B493

| | |
|---|---|
| *Protocol for safety, tolerance and pilot efficacy study of SCH 39166 in acute hospitalized patients with schizophrenia or schizophreniform disorder.<br>Schering Canada Inc. 1992-93 | $ 28,000 |
| *Protocol for the clinical evaluation of the efficacy and tolerability of ritanserin as add-on to depot neuroleptics in patients with predominantly negative symptoms of chronic or sub-chronic schizophrenia.<br>Janssen Pharmaceutica Inc. 1992-1993. | 60,000 |
| *Protocol for the clinical evaluation of Risperidone (R64766) vs haloperidol in treatment-resistant chronic schizophrenic patients: a multicentre double-blind trial.<br>Janssen Pharmaceutica Inc. 1992-1993 | 168,000 |
| *Economic & Quality of Life Evaluation of Risperidone: International multicentre, randomized, one year prospective, parallel group, naturalistic, open study comparing oral administration of risperidone with oral administration of usual neuroleptics in 400 schizophrenic patients.<br>Benefit International/Janssen. 1993 | 4,000 |
| *Olanzapine vs Haloperidol in the treatment of Schizophrenia and other Psychotic disorders.<br>Pharmaco LSR/Eli Lilly. 1993- | 200,000 |
| *A multicentre, double-blind, randomized, controlled, multiple fixed-dose and dose regimen comparison of "Seroquel" (ICI 204 636) and haloperidol in the prevention of psychotic relapse in outpatients with chronic or subchronic schizophrenia.<br>ICI Pharma Canada Inc. (Zeneca) 1993 - | 165,000 |
| *Longterm Safety of Risperidone in the Treatment of Psychotic Patients: An International Multicentre Open Label Trial., Janssen Pharmaceutica Inc. 1993 | 99,000 |
| *A Clinical Evaluation of Risperdal in the Treatment of Chronic Schizophrenia, Janssen Pharmaceutica Inc., 1993 | 8,000 |

## H. PEER REVIEWED PUBLICATIONS

1.  Chouinard G, Jones BD:  Schizophrenia as dopamine-deficiency disease.  Lancet II:99-100, 1978.

2.  Chouinard G, Ghadirian AM, Jones BD:  Death attributed to ventricular arrhythmia induced by thioridazine in combination with a single contact C capsule.  Can Med Assoc. J 119-729-731, 1978.

3.  Chouinard G, Jones BD, Annable L:  Neuroleptic-induced supersensitivity psychosis.  Am J Psychiatry 135:1409-1410, 1978.

4.  Chouinard G, Jones BD, Young SN, Annable L:  Potentiation of lithium by tryptophan in a patient with bipolar illness.  Am J Psychiatry 136(5):719-720, 1979.

5.  Chouinard G, Jones BD:  Death attributed to ventricular arrhythmia (letter).  Can Med Assoc J 120:1058-1060, 1979.

6.  Chouinard G, Jones BD:  Early onset of tardive dyskinesia:  A case report.  Am J Psychiatry 136:1323-24, 1979.

7.  Chouinard G, Jones BD:  Evidence of brain dopamine deficiency in schizophrenia.  Can J Psychiatry 24:661-667, 1979.

8.  Piper W, Doan B, Edwards M, Jones BD:  Cotherapy behavior, group therapy process and treatment outcome.  J. of Consulting and Clinical Psychology 47:1081-1089, 1979.

9.  Chouinard G, Jones BD:  Neuroleptic-induced supersensitivity psychosis: Clinical and pharmacologic characteristics.<br>A. J Psychiatry 137:16-21, 1980.

10.  Chouinard G, Annable L, Jones BD, Ross-Chouinard A:  Sex differences and tardive dyskinesia (letter). Am J Psychiatry 137:507, 1980.

11.  Chouinard G, Jones BD:  Defining drug-induced supersensitivity (letter). Am J Psychiatry 137(8):992-993, 1980.

12.  Chouinard G, Jones BD:  Anticholinergics and tardive dyskinesia (letter). Am J Psychiatry 137:1470-1471, 1980.

B494

13.    Chouinard G, Annable L, Jones BD, Collu R: Lack of tolerance to long-term neuroleptic treatment in dopamine tuberoinfundibular system.
Acta Psychiatr Scand 64:353-362, 1981.

14.    Lal S, Jones BD, Patel A: Alcoholism and baldness. Psychiatr J Univ Ottawa 6(2): June 1981.

15.    Chouinard G, Jones BD: Neuroleptic-induced supersensitivity psychosis: The 'Hump Course' and tardive dyskinesia (letter).
J Clin Psychopharmacol 2:143-144, 1982.

16.    Pope HG, Jonas J, Jones BD: Factitious psychosis: Phenomenology, family history and long-term outcome of nine cases.
Am J Psychiatry 139:1480-1483, 1982.

17.    Chouinard G, Creese, I, Boisvert D, Annable L, Bradwejn J, Jones BD: High neuroleptic plasma levels in patients manifesting supersensitivity
psychosis. Biol Psychiatry 17(7):849-852, 1982.

18.    Benca F, Sunderland P, Jones BD, Lemay M, Cohen BM, Lipinski JF: Normal ventricles in young schizophrenics.
Br J Psychiatry 141:90-93, 1982.

19.    Piper W, Marrache M, Lacroix R, Richardson A, Jones BD: Group cohesion, other cohesions and related group concepts.
Human Relations 36:93-108, 1983.

20.    Piper W, Jones BD, Lacroix R, Marrache M, Richardson A: Pregroup interactions and bonding in small groups.
Small Group Behavior 15:51-62, 1984.

21.    Jones BD, Steinberg S, Chouinard G: Fast-cycling bipolar disorder induced by tricyclic antidepressant withdrawal
Am J Psychiatry 141:108-109, 1984.

22.    Chouinard G, Bradwejn J, Annable L, Jones BD, Ross-Chouinard A: Withdrawal symptoms after long-term treatment with low potency
neuroleptics. J Clin Psychiatry 45(12):500-502, 1984.

23.    Lipinski JF, Cohen BM, Frankenburg F, Tohen M, Waternaux C, Altesman R, Jones BD, Harris P: S-adenosyl-1-methionine
in the treatment of depression - results of an open trial. Am J Psychiatry 141:448-450, 1984.

24.    Jones BD: Psychosis associated with water intoxication: Psychogenic polydipsia or concomitant dopaminergic supersensitivity
disorders? (Letter) Lancet 2:519-520, 1984.

25.    Chouinard G, Jones BD: No cross-over of hypersensitivity reactions between zimelidine and fluoxetine. Can Med Assoc J 131:1190, 1984.

26.    Chouinard G, Annable L, Bradwejn J, Labonte A, Jones BD, Belanger M-C: An early Phase II clinical trial with follow-up of Tomoxetine
(LY139603) in the treatment of newly admitted depressed patients. Psychopharmacol Bull 21:73-76, 1985.

27.    Jones BD: Tardive Dyskinesia: Further comments. Schizophr Bull 11(2):187-189, 1985.

28.    Jones BD, Chouinard G: Clonazepam in the treatment of recurrent symptoms of depression and anxiety in a patient with systemic lupus
erythematosus. Am J Psychiatry 142(3):354-5, 1985.

29.    Cohen BM, Waternaux C, Chouinard G, Sommer B, Jones BD: Levels of neuroleptic in patients receiving depot fluphenazine.
J Clin Psychopharmacol 5:328-332, 1985.

30.    Jones BD, Lal S: Tardive dyskinesia uncovered after ingestion of sominex, an over-the-counter drug. Can J Psychiatry 30:370-371, 1985.

31.    Moreau A, Jones BD, Banno V: Chronic central anticholinergic toxicity in manic depressive illness mimicking dementia.
Can J. Psychiatry 31:339-341, 1986.

32.    Yassa R, Jones BD: The complications of tardive dyskinesia. Psychosomatics 26:305-313, 1985.

33.    Fast DK, Jones BD, Kusalic M, Erickson M: Effect of carbamazepine on neuroleptic plasma levels and efficacy.
Am J Psychiatry 143:117-118, 1986.

34.    Jones BD: The use of tryptophan in the treatment of affective disorder. Neuropsychopharmacol Bull 15:1-10, 1986.

B495

35.  Koczapski AB, Ashby YT, Ibraheem S, Paredes J, Jones BD, Ancill R:  Afternoon radiator-sitting syndrome (ARSS):  Hypothermia and early diagnosis of self-induced water intoxication.  Br J Psychiatry 151:133-134; 1987.

36.  Corral M, Sivertz K, Jones BD:  Transient mood elevation associated with antidepressant drug decrease.  Can J Psychiatry 32:764-767, 1987.

37.  Jones BD, Runikis A:  Interaction of ginseng with phenelzine (letter).  J Clin Psychopharmacol 7(3):201-202, 1987.

38.  Koczapski AB, Ibraheem S, Ashby YT, Paredes J, Jones BD, Ancill R:  Early diagnosis of water intoxication by monitoring diurnal variations in body weight.  Am J Psychiatry 144(12):1626, 1987.

39.  Hurwitz T, Kopala L, Clark C, Jones BD:  Olfactory deficits in schizophrenia.  Biol Psychiatry 23:123-128, 1988.

40.  Bassett AS, McGillivray BC, Jones BD, Pantzar JT:  Partial trisomy chromosome 5 cosegregating with schizophrenia Lancet I:799-801, 1988.

41.  Jones BD:  Hypofrontality in schizophrenia (letter).  Can J Psychiatry  33:243-245, 1988.

42.  Jones BD:  Treatment of chronic schizophrenic patients (letter).  J Clin Psychopharmacol 8:301, 1988.

43.  Lam RW, Bloch M, Jones BD, Marcus AM, Fox S, Amman W, Hayden MR:  Psychiatric morbidity associated with early clinical diagnosis of Huntington disease in a predictive testing program.  J Clin Psychiatry 49:444-447, 1988.

44.  Iacono WG, Bassett AS, Jones BD:  Eye tracking dysfunction is associated with partial trisomy of chromosome 5 and schizophrenia (letter).  Arch Gen Psychiatry 45:1140-1141, 1988.

45.  Jones BD:  Biology of Depression. Psychiatry J University of Ottawa  14:349-351, 1989.

46.  Iacono WG, Bassett AS, Jones BD:  Eye tracking dysfunction is associated with partial trisomy of chromosome 5 and schizophrenia: A response (In Reply:  Letter).  Arch Gen Psychiatry 46:757-758, 1989.

47.  Shriqui C, Jones BD:  Free radical involvement in schizophrenia and tardive dyskinesia.  Schizophr Res 3:81, 1990.

48.  Lapierre YD, Nair NPV, Jones BD, McClure DJ, Bakish D, Max P, Manchanda R, Beaudry P, Bloom D, Rotstein E, Ancill R, Sandor P, Sladen-Dew N, Durand C, Chandrasena R, Horn E, Elliott D, Das M, Ravindran A, Matsos G:  A controlled dose-ranging study of remoxipride and haloperidol in schizophrenia - a Canadian multi-centre trial:  Acta Psychiatr Scand. 82 (Suppl. 358): 72-76, 1990.

49.  Shriqui C, Bradwejn J, Jones BD:  Tardive dyskinesia:  Legal and preventive aspects:  Can J Psychiatr, 35:576-580, October 1990.

50.  Shriqui C, Jones BD:  Free radical involvement in schizophrenia and tardive dyskinesia.  Can J Psychiatry, 35(3):282-284 1990.

51.  Jones BD:  Developing a National Plan for Schizophrenia Research:  Can J Psychiatry, 35:655-656, 1990.

52.  Jostell K, Lapierre YDL, Nair NPV, Chouinard G, Awad AG, Saxena B, Jones BD, McClure D, Bakish D, Max P, Manchanda R, Beaudry P, Bloom D, Rotstein E, Ancill R, Sandor P, Sladen-Dew N, Durand C, Chandrasena R, Horn E, Elliot D, Das M, Ravindran A,  Matsos G:Plasma concentration of remoxipride in relation to antipsychotic effect and adverse symptoms. Acta Psychiatr Scand; 82(Suppl.358):48-50, 1990.

53.  Jones BD:  Response to the Editorial: Developing a National Plan for Schizophrenia Research: Can J Psychiatry, 36:152-153, 1991.

54.  Labelle A, Bradford JMW, Bourget D, Jones BD, Carmichael M:  Adolescent Murderers.  Can J Psychiatr, 36(8):583-587, 1991.

55.  Alda M, Labelle A, Dvorakova M, Jones BD, Zvolsky P, LeMelledo JM, Fraser H:  Mode of Inheritance in Schizophrenia.  Analysis of Models for Linkage Studies. Schizophrenia Research. 6:(2) 94, 1992.

56.  Shriqui C, Bradwejn J, Annable L, Jones BD: Vitamin E in the Treatment of Tardive Dyskinesia: A double-blind placebo controlled study.  American Journal of Psychiatry. 149:391-393, 1992.

57.  Collins EJ, Lalonde P, Jones BD, Addington D, MacCrimmon DJ, MacEwan GW, Teehan MD: Clozapine in the treatment of Refractory Schizophrenia: Canadian Policies and Clinical Guidelines.  The Canadian Journal of Psychiatry. 37:(7) 482-488, 1992.

B496

CURRICULUM VITAE - DR. BARRY D. JONES

58. Collins EJ, Lalonde P, Jones BD, Addington D, MacCrimmon DJ, MacEwan GW, Techan MD:  La clozapine dans le traitement de la schizophrénie réfractaire: régles et directives canadiennes. La revue canadienne de psychiatrie.  37:(7) 489-496, 1992

59. Lapierre YD, Ancill R, Awad G, Bakish D, Beaudry P, Bloom D, Chandrasena R, Das M, Durand C, Elliott D, Horn E, Jones B, Manchanda R, Max P, McClure DJ, Ravindran A, Rotstein E, Sandor P, Sladen-Dew.  "A dose-finding study with Remoxipride in the Acute Treatment of Schizophrenic Patients." Journal of Psychiatry and Neuroscience, 17:(4), 135-145 October 1992.

60. Purdon SE, Jones BD, Mohr E: Three Syndromes in Schizophrenia, Canadian Psychology, 1993;34:297.

61. Chouinard G, Jones BD et al: A Canadian multicentre placebo-controlled study of fixed doses of Risperidone and Haloperidol in the Treatment of chronic schizophrenic patients.  J Clin Psychopharmacology Feb. 1993.

62. Jones BD: Schizophrenia: Into the next Mellenium.  Can. J. Psychiatry, September 1993;38:7(3)S67.

63. Jones BD, Alda M, Labelle A, Dvorakova M, Zvolsky P:  Analysis of Genetic Models for Linkage Studies of Schizophrenia, Psychiatric Genetics 1993;3:144.

64. Jones BD, McCleary C: "Humanizing Rehabilitation" Issues in Schizophrenia, Vol.2, Number 3, Fall 1993.

a)   **Papers in Press**

Purdon SE, Mohr E, Illivitzki V, Jones BD: "Huntington's Disease: Pathogenesis, Diagnosis, and Treatment" Journal of Psychiatry and NeuroScience, 1993.

Addington DE, Jones BD, Bloom D, Chouinard G, Remington G, Albright P: Reduction of Hospital Days in Chronic Schizophrenic Patients treated with Risperidone: A Retrospective Study, Clinical Therapeutics, 1993.

Wilcox P, Bassett A, Jones BD, Fleetham J: "Respiratory Dysrhythmias in Patients with Tardive Dyskinesia" Chest, May 1993.

b)   **Non-Peer Reviewed Publications**

Chouinard G, Jones BD:  Drug interaction studies in the support of schizophrenia as dopamine deficiency disease.  Proceedings of the Founding Meeting of the Canadian College of Neuropsychopharmacology, edited by D.J. McClure, M.D., Montreal, Quebec, Canada pp:125-144, 1978.

Jones BD:  Three tardive dyskinesia detective stories.  Annals Royal Coll Phys Surg 17:121-124, 1984.

Jones BD:  New applications for clonazepam.  Proceedings of Satellite Symposium of the Canadian Psychiatric Association, pp. 45-59, 1986.

Jones BD:  Demystifying the schizophrenia diagnosis.  Diagnosis 5:63-73, 1988.

Jones BD:  Schizophrenia:  Treatment.  Medicine North America  36:6564-6568, 1989.

Jones BD: Impact of Clozapine therapy on the treatment and understanding of  schizophrenia. Proceedings of a Satellite Symposium of the 41st Annual meeting of the Canadian Psychiatric Association, Saskatoon, Saskatchewan. Royal Society of Medicine Services. October 1991, 15-22.

Jones BD: National Strategy for Research on Schizophrenia, Bulletin, Vol 25, No. 1, Page 23, February 1993.

c)   **Book Chapter**

Chouinard G, Jones BD, Annable L:  Neuroleptic-induced supersensitivity psychosis, In:  Phenothiazines and Structurally Related Drugs:  Basic and Clinical studies, developments in neuroscience, edited by Earl Usdin Helmut Eckert and Irene S. Forrest, Vol. 7, Elsevier North Holland, 1980.

Jones BD:  Long-term neuroleptic toxicity and mood:  Blurring of diagnostic boundaries. In:  Depression in Schizophrenics. Williams R, Dalby JT (eds).  Proceedings of a World Psychiatric Symposium on Depression in Schizophrenics.  Plenum Press:  New York. 203-213, 1989.

B497

d)     **Book Reviews**

Clinical Psychopharmacology of Schizophrenia, Chapters 110-116, In:  Psychopharmacology:  The Third Generation of Progress, edited by Herbert Y. Meltzer.  Raven Press, New York. 1987. Psychiatr J Univ Ottawa.  January 1989.

Schizophrenia.  A Guide for Patients and Families, edited by Kerr A, Thompson R, Jeffries J.  Clarke Institute of Psychiatry 1988. Psychiatr J Univ Ottawa.  May 1989.

Jones BD:  Pharmacotherapy of depression:  In:  Advances in the treatment of Depression.  Toronto: MES  Medical Education Services 1990.


e)     **Educational Aids**

The compliant schizophrenic, two-case histories, one in a series, McNeil Pharmaceutical, Toronto, Ontario. 1987.

The compliant schizophrenic, two-case histories, two in a series, McNeil Pharmaceutical, Toronto, Ontario. 1987

The compliant chronic schizophrenic patient-A Description, one in a series.  A roundtable discussion.  Newsletter.  Science & Medicine Canada, Toronto, 1988.

The compliant chronic schizophrenic patient - Strategies to minimize and manage tardive dyskinesia, two in a series, A Roundtable Discussion, Science & Medicine Canada, 1988.

Long-term neuroleptic toxicity.  In:  Depression in Schizophrenics. Newsletter.  Toronto:  MES  Medical Education Services 1988:10.

The Breeding Ground-Recognition.  Monograph.  Proceedings of Phases of Care for the Chronic Schizophrenic Patient Symposium. Science & Medicine.  Toronto, Canada.  1989.

Systems to minimize/manage side effects with neuroleptics. Proceedings of the Systems of Care for the Chronic Schizophrenic Patient Symposium.  Science & Medicine Canada, Toronto, Ontario. 1989.

Pharmacotherapy of Depression.  Proceedings of the Recent Advances in the Treatment of Depression, Symposia Series, The Medicine Group May 1990.

Redefining schizophrenia and "schizophrenic treatment", Canadian Council on Schizophrenia, Chateau Montebello, Quebec, 30-31 May 1992.

Addressing Deficit Symptoms in Rehabilitation Programs: Issues in Schizophrenia Vol.1, Number 1.  Published by the Canadian Psychiatric Association. 1991.


f)     **Other**

A national strategy for research on schizophrenia, published in cooperation with the Mental Health Division, Department of National Health and Welfare, The Government of Canada. 1991.


## I.  ABSTRACTS

1.     Collu R, Chouinard G, Jones BD, Annable L: Dopaminergic control of prolactin release in humans:  Absence of neuroleptic-induced hypersensitivity.  Am Fed Clin Res 26(6):840A, 1978.

2.     Chouinard G, Jones BD, Annable L:  Neuroleptic-induced supersensitivity psychosis. Scientific Proceedings of the 132nd Annual Meeting of the American Psychiatric Association, Chicago, Illinois, pp.144-145, 1979.

3.     Jones BD, Chouinard G, Annable L, Collu R:  Neuroleptic and pituitary dopaminergic receptors.  Scientific Proceedings of the 132nd Annual Meetings of the American Psychiatric Association, Chicago, Illinois, pp.144-145, 1979.

4.     Chouinard G, Jones BD, Annable L:  Neuroleptic-induced supersensitivity psychosis.  Annals of the Royal College of Physicians and Surgeons of Canada,  Annual Meeting, p.13, 1979.

5.     Chouinard G, Annable L, Jones BD:  CNS tolerance to antipsychotic effect associated with supersensitivity psychosis.  Scientific Proceedings of the 4th International Symposium on Phenothiazines and Related Drugs, Zurich, Switzerland, p.13, 1979.

B498

6.    Chouinard G, Annable L, Jones BD: L-dopa in drug-induced extrapyramidal symptoms. 12th CINP Congress (Collegium Internationale Neuropsychopharmacologicum), Goteborg, Sweden, p.106, 1980.

7.    Chouinard G, Ross-Chouinard A, Annable L, Jones BD: Extrapyramidal symptom rating scale. 12th CINP Congress (Collegium Internationale Neuropsychopharmacologicum), Goteborg, Sweden, p.106-107, 1980.

8.    Chouinard G, Jones BD, Annable L: L-dopa in drug-induced extrapyramidal symptoms. 35th Annual Convention and Scientific Program of the Society of Biological Psychiatry, Boston, Massachussetts, p.65, 1980.

9.    Chouinard G, Ross-Chouinard A, Annable L, Jones BD: Extrapyramidal symptom rating scale. Can J Neurol Sci 7(3):233, 1980.

10.   Bradwejn J, Jones BD, Annable L, Chouinard G: Relapse or therapeutic rebound upon antidepressant withdrawal. Syllabus and Scientific Proceedings of the 135th Annual Meeting of the American Psychiatric Association, No. 82E, P.202, 1982.

11.   Chouinard G, Annable L, Jones BD: Neuroleptic-induced supersensitivity psychosis. Syllabus and Scientific Proceedings of the 135th Annual Meeting of the American Psychiatric Association, No. 82C, p.201, 1982.

12.   Chouinard G, Annable L, Jones BD: Anticholinergic drugs and tardive dyskinesia. 5th Annual Scientific Meeting of the Canadian College of Neuropsychopharmacology, Quebec City, May 12-14, 1982.

13.   Jones BD, Bradwejn J, Chouinard G, Annable L, Young T: Paradoxical therapeutic response to antidepressant withdrawal. Scientific Program of the 38th Annual Meeting of the Society of Biological Psychiatry, No. 45, p.79, 1983.

14.   Bradwejn J, Jones BD, Annable L, Creese I, Chouinard G: Effect of alcohol on extrapyramidal symptoms and neuroleptic blood levels. Scientific Program of the 38th Annual Meeting of the Society of Biological Psychiatry, No. 69, p.103, 1983.

15.   Jones BD, Chouinard G, Annable L, Young T: Criteria for neuroleptic supersensitivity psychosis. Syllabus and Scientific Proceedings of the 136th Annual Meeting of the American Psychiatric Association, No. 59, p.262, 1983.

16.   Jones BD, Chouinard G, Annable L, Ducas D: Factors related to tardive dyskinesia in affective disorders. Scientific Program of the 33rd Annual Meeting of the Canadian Psychiatric Association, No. 122, 1983.

17.   Jones BD, Chouinard G, Annable L, Bradwejn J, Ducas D: Eye blink rates in chronically treated schizophrenic patients. 6th Annual Scientific Meeting of the Canadian College of Neuropsychopharmacology, Saskatoon, Sask., p.103, 1983.

18.   Jones BD, Bradwejn J, Chouinard G, Annable L, Young T: Rebound effects of antidepressant withdrawal upon mood in depressed patients: A controlled study. 6th Annual Scientific Meeting of the Canadian College of Neuropsychopharmacology, Saskatoon, Sask., p.102, 1983.

19.   Bradwejn J, Annable L, Jones BD, Creese I, Chouinard G: Alcohol and neuroleptic blood levels in schizophrenic outpatients. 6th Annual Scientific Meeting of the Canadian College of Neuropsychopharmacology, Saskatoon, Sask., p.93, 1983.

20.   Benerakis C, Jones BD: Paediatric psychopharmacology. Scientific Program of the Quebec Psychiatric Association Meeting, No. 23, 1984.

21.   Fielding A, Palacios G, Jones BD, Day H, Campbell W, Nissenson H, Sidler M, August L: Effects on patient outcome of a family education project. Scientific Program of the 34th Annual Meeting of the Canadian Psychiatric Association, No. 71, 1984.

22.   Jones BD, Yassa R: The complications of tardive dyskinesia. Scientific Program of the 34th Annual Meeting of the Canadian Psychiatric Association, No. 106, 1984.

23.   Chouinard G, Annable L, Bradwejn J, Labonte A, Jones BD, Mercier P, Belanger MC: An early Phase II clinical trial of tomoxetine (LY139603) in the treatment of newly admitted depressed patients. Proceedings of the NCDEU Annual Meeting, 1984.

24.   Jones BD: The appearance of paranoid symptoms after antidepressant drug therapy. Scientific Program of the 35th Annual Meeting of the Canadian Psychiatric Association, 1985.

25.   Jones BD, Erickson M: Monitoring neuroleptic plasma levels in the treatment of psychotic disorders. International Conference on Mental Health and Technology, No. P32, 1986.

26.   Jones BD: Signs and symptoms of the young adult chronic schizophrenic patient. Proceedings of a Symposium on the Young Adult Chronic Schizophrenic Patient, Canadian Psychiatric Association, No. 2, 1986.

B499

**CURRICULUM VITAE - DR. BARRY D. JONES**                                                                    PAGE 16

27.    Jones BD, Erickson M, Peters R, Parfitt H, Lieber H, Schieldrop P:  Evaluation of a training program for the assessment of extrapyramidal side effects.  Scientific Program of the 36th Annual Meeting of the Canadian Psychiatric Association, Page 74, No. 55, 1986.

28.    Jones BD, Fast DK, Erickson M:  Interaction of carbamazepine with neuroleptics.  Scientific Program of the 36th Annual Meeting of the Canadian Psychiatric Association, Page 46-47, No. 36, 1986.

29.    Jones BD, Koczapski A, Ledwidge B:  Historical development, definition, and hypotheses concerning self-induced water intoxication syndrome in schizophrenia.  Scientific Program of the 36th Annual Meeting of the Canadian Psychiatric Association, Page 160-164, No. 132, 1986.

30.    Bassett A, Jones BD, Wilcox PG, Fleetham JA:  Objective evaluation of respiratory dyskinesia.  New Research Abstract 113, 140th Meeting of the American Psychiatric Association, 1987.

31.    Bassett A, McGillivray B, Jones BD, Wood S:  Partial trisomy of chromosome 5 in association with schizophrenia.  New Research Abstract 75, 140th Meeting of the American Psychiatric Association, 1987.

32.    Kopala L, Hurwitz T, Clark C, Jones BD:  Olfactory deficits in schizophrenia.  New Research Abstract 38, 140th Meeting of the American Psychiatric Association, 1987.

33.    Jones BD, Kopala L:  Neuroleptic-induced tardive syndromes:  Tardive psychiatric disorders.  Scientific Program of the 37th Annual Meeting of the Canadian Psychiatric Association, 1987.

34.    Ancill R, MacEwan EW, Jones BD:  Neuroleptic-induced tardive syndromes:  Tardive movement disorders.  Scientific Program of the 37th Annual Meeting of the Canadian Psychiatric Association, 1987.

35.    Fast DK, Jones BD, Erickson M:  Interaction of carbamazepine with neuroleptics in the treatment of mania.  National Student Research Forum, Page 2, No. A-1, 1987.

36.    Jones BD:  Pharmacological treatment of mania.  Scientific Program of the 141st Annual Meeting of the American Psychiatric Association, Montreal, Quebec. 7-13 May 1988.

37.    Bassett AS, Malaspina D, Jones BD, Forsythe P, Beck A, Kaufmann CA, Sandkuyl L:  Illness/wellness in a large schizophrenia pedigree. New Research Poster Presentation.  Scientific Program of the 141st Annual Meeting of the American Psychiatric Association, Montreal, Quebec. 7-13 May 1988.

38.    Iacono WG, Bassett AS, Jones BD:  Eye tracking dysfunction is associated with partial trisomy of chromosome 5 and schizophrenia. Psychophysiology, SPR Abstracts 25:457, July 1988.

39.    Jones BD:  Biology of schizophrenia.  Canadian Consensus Symposium on Depression.  Ottawa, Ontario. 9-10 September 1988.

40.    Jones BD:  Improving homogeneity in psychiatric research - pharmacological strategies.  Scientific Program of the 38th Annual Meeting of the Canadian Psychiatric Association, No. 23, p.46, 1988.

41.    Jones BD:  Management of the acutely psychotic patient.  Scientific Program of the 38th Annual Meeting of the Canadian Psychiatric Association, No. 42, p.71, 1988.

42.    Jones BD:  Psychopharmacological treatment of mania.  Scientific Program of the 38th Annual Meeting of the Canadian Psychiatric Association, No. 91, p.145, 1988.

43.    Kopala L, Hurwitz T, Clark C, Jones B:  Olfactory deficits in schizophrenia.  Scientific Program of the 38th Annual Meeting of the Canadian Psychiatric Association, No. 97, p.162, 1988.

44.    Wood S, Bassett AS, Jones BD, Langlois S, Pantzar JT, McGillivray B:  A familial 5q11.2-q 13.3 segmental trisomy cosegregating with multiple anomalies including schizophrenia.  American Society of Human Genetics.  Toronto, Ontario.  October 1988.

45.    Jones BD:  The breeding ground-recognition.  "Phases of Schizophrenia" Symposium, Ottawa, Ontario.  17-18 February 1989.

46.    Jones BD, Labelle A, Grimes D:  Neural implants in Parkinson's disease:  Implications for schizophrenia.  International Congress on schizophrenia Research, San Diego, Calif. 1-5 April 1989.

47.    Jones BD, Labelle A, Grimes D:  Neural implants in Parkinson's disease:  Implications for schizophrenia.  Scientific Program of the 142nd Annual Meeting of the American Psychiatric Association.  New Research Abstract 112, San Francisco, Calif. 6-11 May 1989.

B500

48. Lapierre YD, Jones BD: Canadian Remoxipride Study Group: Remoxipride in schizophrenia: A haloperidol controlled multicentre double-blind dose-finding clinical trial. Scientific Program of the 142nd Annual Meeting of the American Psychiatric Association. New Research Abstract 106, San Francisco, Calif. 6-11 May 1989.

49. Jones BD, Labelle A: Recent advances in the genetics of schizophrenia. 50th Annual Convention of the Canadian Psychological Association. Halifax, Nova Scotia. 8-10 June 1989.

50. Jostell KG, Lapierre YD, Jones BD: Canadian Remoxipride Study Group: Plasma concentration of remoxipride in relation to antipsychotic effect and adverse symptoms. Scientific Program of the International Symposium entitled "Development of a New Antipsychotic Remoxipride". Monte Carlo, Monaco, 19-20 June 1989.

51. Lapierre YD, Nair NPV, Chouinard G, Awad AG, Saxena B, Jones BD, McClure J, Bakish D, Max P, Manchanda R, Beaudry P, Bloom D, Rotstein E, Ancill R, Sandor P, Sladen-Dew N, Matsos G: A controlled dose-ranging study of remoxipride vs haloperidol in schizophrenia: A Canadian multicentre trial. Scientific Program of the International Symposium entitled "Development of a New Antipsychotic Remoxipride". Monte Carlo, Monaco 19-20 June 1989.

52. Garnis-Jones S, Browne M, Horn E, Higgins B, Jones BD: Dermatological reactions to lithium: A clinical survey. 2nd International Symposium on Dermatology and Psychiatry. Leeds, England. 9-11 July 1989.

53. Jones BD: Genetic linkage analysis: Clinical research implications in schizophrenia. Scientific Program of the BAP/CCNP Joint Annual Meeting. Cambridge, England. 23-26 July 1989.

54. Awad G, Grof P, Jones BD, Lapierre YD: Update in the psychopharmacology of antipsychotics. Scientific Program of the 39th Annual Meeting of the Canadian Psychiatric Association, No. 22, p.46, 1989.

55. Lapierre YD, Chandrasena R, Ravindran A, Jones BD, Grof P: Psychopharmacological treatment of mania. Scientific Program of the 39th Annual Meeting of the Canadian Psychiatric Association, No. 39, p.74, 1989.

56. Lapierre YD, Nair NPV, Beaudry P, Saxena B, Awad G, Chouinard G, McClure J, Jones BD, Bakish D, Ancill R, Max P, Sandor P, Manchanda R.: Remoxipride: A Canadian multicentre clinical trial. Scientific Program of the 8th World Congress of Psychiatry, No. 3183, p.816, 1989.

57. Shriqui C, Bradwejn J, Jones BD: Tardive dyskinesia: Legal and preventive aspects. Canadian Psychiatric Association, 39th Annual Meeting, St. John's Newfoundland, September 1989.

58. Shriqui C, Jones BD: Free radical involvement in schizophrenia. Biennial Winter Workshop on Schizophrenia. Bagastein, Austria. 29 January - 2 February 1990.

59. Awad AG, Ancill R, Bakish D, Beaudry P, Bloom D, Chouinard G, Jones BD, Jostell KG, Lapierre YD, Manchanda R, Matsos G, Max P, McClure J, Nair NPV, Rotstein E, Sandor P, Saxena B, Sladen-Dew N: Selective dopamine D2 antagonist, remoxipride, in the treatment of acute schizophrenia - results of prolactin studies. Abstract of the V Biennial Winter Workshop on Schizophrenia, Badgastein, Austria. 3.1:43, 1990.

60. Shriqui C, Bradwejn J, Jones BD, Blanchard A: Alpha-tocopherol in the treatment of tardive dyskinesia. Regional Congress - WFSBP. Casablanca, Morocco. 15-16 February 1990.

61. Shriqui C, Bradwejn J, Jones BD: Tardive dyskinesia: Legal and preventive aspects. Regional Congress - WFSBP. Casablanca, Morocco 15-16 February 1990

62. Shriqui C, Jones BD, Mohr E: Oxyradical toxicity in schizophrenia: Therapeutic implications. Regional Congress - WFSBP. Casablanca, Morocco. 15-16 February 1990.

63. Shriqui C, Bradwejn J, Jones BD, Annable L: Alpha-tocopherol in the treatment of tardive dyskinesia. International Congress on Schizophrenia Research. Tucson, Arizona, April 1990.

64. Shriqui C, Jones BD, Blanchard A, Bradwejn J: Alpha-tocopherol in the treatment of tardive dyskinesia. Movement Disorders. Washington, D.C., 1990:5 Suppl(1)57.

65. Shriqui C, Jones BD, Mohr E: Oxyradical toxicity and tardive dyskinesia: Therapeutic implications. Movement Disorders. Washington, D.C. 1990:5 Suppl(1)58.

66. Shriqui C, Jones BD, Mohr E: Oxyradical toxicity in schizophrenia: Therapeutic implications. International Congress on Schizophrenia. Vancouver, B.C., July 1990.

B501

67. Shriqui C, Bradwejn J, Jones BD, Blanchard A: Alpha-tocopherol in tardive dyskinesia. International Congress on Schizophrenia. Vancouver, B.C. July 1990.

68. Jones B: Schizophrenia Treatment Strategies in the 90's: A new level of sophistication in pharmacotherapy. International Congress on Schizophrenia. Vancouver, B.C. July 1990.

69. Awad AG, Lapierre YDL, Nair NPV, Jones BD, et al: Remoxipride - A selective dopamine D2 antagonist in the treatment of acute schizophrenia - A Canadian multicentre clinical trial. International Congress on Schizophrenia, Vancouver, B.C. July 1990.

70. Dubuc B, Jones BD: Developing a Canadian national research strategy. International Congress on Schizophrenia, Vancouver, B.C., July 1990.

71. Shriqui C, Bradwejn J, Jones BD, Blanchard A: Alpha-tocopherol in the treatment of tardive dyskinesia. Canadian Psychiatric Association Annual Meeting, Toronto, Ontario, September 1990.

72. Saxena B, Lapierre YDL, Nair NPV, Beaudry P, Awad G, McClure J, Rotstein E, Jones BD, Bakish D, Ancill R, Max P, Sandor P, Manchanda R: Remoxipride v/s haloperidol in the treatment of acute schizophrenia: A Canadian multicentre double-blind clinical study. 17th Congress of Collegium Internationale Neuro-Psychopharmacologicum, Tokyo, Japan, 10-14 September 1990.

73. Shriqui C, Bradwejn J, Jones BD, Annable L: Vitamin E in the treatment of tardive dyskinesia. American Psychiatric Association 144th Annual Meeting, New Orleans, Louisiana, May 1991.

74. Shriqui C, Bradwejn J, Jones BD, Annable L: A negative double-blind placebo controlled crossover study of Vitamin E in the treatment of tardive dyskinesia. 5th World Congress of Biological Psychiatry, Florence, Italy, June 1991.

75. Shriqui CL, Bradwejn J, Jones, BD and Annable L: Alpha-Tocopherol in the Treatment of Tardive Dyskinesia. 5th World Congress of Biological Psychiatry, Biol Psychiatry 1991;29:201S-329S. 9-14 June 91, Florence, Italy.

76. Lapierre YD, Ancill RJ, Awad AG, Bakish D, Beaudry P, Bloom D, Chouinard G, Jones BD, Manchanda R, Matsos G, Max P, McClure DJ, Nair NVP, Rotstein EA, Sandor P, Saxena B, and Sladen-Dew N: A Dose-Ranging Study of Remoxipride in Acute Schizophrenia - A Canadian Multicentre Study. 5th World Congress of Biological Psychiatry, Biol Psychiatry 1991;29:203S-329S. 9-14 June 91, Florence, Italy.

77. Jostell KG, Lapierre YD, Ancill RJ, Awad AG, Bakish D, Beaudry P, Bloom D, Chouinard G, Jones BD, Manchanda R, Matsos G, Max P, McClure DJ, Nair NVP, Rotstein EA, Sandor P, Saxena B and Sladen-Dew N: Remoxipride Plasma Concentrations and Clinical Response in Acute Schizophrenia. 5th World Congress of Biological Psychiatry, Biol Psychiatry 1991;29:333S-701S. 9-14 June 91, Florence, Italy.

78. Garnis-Jones S, Horn E, Browne M, Higgins B and Jones BD: Chronic Dermatoses in Lithium and Neuroleptic Treated Patients: A Comparative Study. 5th World Congress of Biological Psychiatry, Biol Psychiatry 1991;29:333S-701S. 9-14 June 91, Florence, Italy.

79. Remington G, Chouinard G, Jones BD, et al: Schizophrenia Therapeutics: A New Neuroleptics, The International Conference in Schizophrenia, Vancouver, B.C. July 1990. Published by the MES Medical Education Services 1991.

80. MacEwan GW, Ancill RJ, Remington G, Jones BD: Symposium on the Treatment Resistant Psychotic Patient. 41st Annual Meeting, Canadian Psychiatric Association, Saskatoon, Saskatchewan. 1-4 October 1991.

81. Chouinard G, Jones BD, Remington G, Bloom D, Addington D, MacEwan G, Labelle A, Beauclair L, Arnott W: A Canadian multicentre placebo-controlled study of risperidone and haloperidol in chronic schizophrenic patients. 41st Annual Meeting of the Canadian Psychiatric Association, Saskatoon, Saskatchewan. 1-4 October 1991.

82. Chouinard G, Jones BD, et al: A placebo-controlled study of Risperidone in the treatment of Schizophrenia, 30th Annual Meeting of the American College of Neuropsychopharmacology, San Juan, Puerto Rico. 9-13 December 1991

83. Lurie S, Lowy F, Shepherd M, Jones BD, Sharfstein S: Clozapine: A Treatment with a Price Tag - Political and Economic Issues. 72nd Annual Meeting, Ontario Psychiatric Association, Toronto, Ontario. 30 January - 1 February 1992.

84. Alda M, Labelle A, Dvorakova M, Jones BD, Zvolsky P, Fraser H, Le Melledo JM, Cameron P: Genetic transmission of familial Schizophrenia. 145th Annual Meeting, American Psychiatric Association, Washington, D.C., Page 147, NR402, May 1992.

85. Chouinard G, Jones BD, Remington G, Addington D, Nair NPV, Ancill R: A placebo-controlled study of Risperidone in the treatment of Schizophrenia. 145th Annual Meeting, American Psychiatric Association, Washington, D.C. Page 109, No. 94. May 1992.

86. Jones BD: "Schizophrenia Research in Canada: The big bang for little bucks theory". Schizophrenia 1992: Poised for Change, Vancouver, B.C. PS17, Page 64, 19-22 July 1992.

B502

87.    Jones BD: "Management of Acute Aggression in Adults." Schizophrenia 1992: Poised for Change,  SS.20, Page 69. Vancouver, B.C., 19-22 July 1992.

88.    Garnis-Jones S, Ravindran A, Bazinet P, Jones BD: "Psychodermatology Clinic: Structure and Patient Population." Schizophrenia 1992:  Poised for Change, S.35, Page 78. Vancouver, B.C. 19-22 July 1992.

89.    MacEwan GW, Chouinard G, Jones BD, Remington G, Addington D, Nair NPV, Arnott W: "A Canadian Multicentre fixed-dose study of Risperidone in chronic schizophrenia." Schizophrenia 1992: Poised for Change, S.139, Page 104. Vancouver, B.C. 19-22 July 1992.

90.    Jones BD: "A foot in two doors: The development of linkage between community mental health centres and a hospital-based schizophrenia program." Schizophrenia 1992: Poised for Change, W.03A, Page 112. Vancouver, B.C.  19-22 July 1992.

91.    Stinson L, Williams-Keeler L, Jones BD: "Surviving Schizophrenia: Portraits on film."  Schizophrenia 1992: Poised for Change, W.03B, Page 112. Vancouver, B.C. 19-22 July 1992.

92.    Williams-Keeler L, Stinson L, Jones BD: "Disease impact and the post-traumatic stress disorder interface in schizophrenia."  Schizophrenia 1992: Poised for Change, W03C, Page 112. Vancouver, B.C.  19-22 July 1992.

93.    Jones BD: "Clinical Issues Related to the Use o Clozapine." C3.03c, 11th International Congress of Group Psychotherapy, Montreal, Quebec. 22-28 August 1992.

94.    Chouinard G, Jones BD, Remington G, Bloom D, Addington D, MacEwan G, Labelle A, Beauclair L, Arnott W: A Canadian Multicentre study of Risperidone and Haloperidol in chronic schizophrenic patients. 42nd Annual Meeting, Canadian Psychiatric Association, PS9, Page 25, Montreal, Quebec. 16-18 September 1992.

95.    Chouinard G, Beauclair L, Jones BD, Labelle A, Williams R, Fairbairn R, Singh A: A Double-blind study of loxapine and haloperidol in the assessment of minimal therapeutic dose in schizophrenia.  42nd Annual Meeting, Canadian Psychiatric Association, PS9, Page 28, Montreal, Quebec. 1992.  .

96.    Mai F, Pivik RT, Jones BD, Alda M, Seeman P, Cleghorn JM, Buchsbaum M:  Biological markers for schizophrenia: Facts, Fiction and the Future. 42nd Annual Meeting, Canadian Psychiatric Association, S7, Page 126, Montreal, Quebec, 1992.

97.    Jones BD: Genetic Markers in Schizophrenia. 42nd Annual Mtg, Canadian Psychiatric Association, S7, Page 128, Montreal, Quebec. 1992.

98.    Jones BD, Labelle A: Update on the psychopharmacology of schizophrenia: Focus on Positive/Negative and Disorganized symptoms.  42nd Annual Meeting, Canadian Psychiatric Association, S9, Page 135, Montreal, Quebec. 1992.

99.    Oyewumi LK, Collins EJ, Honer WG, MacEwan GW, Jones BD, Labelle A:  Specialized units for the treatment-resistant schizophrenic patients. 42nd Annual Meeting, Canadian Psychiatric Association, S12, Page 142. Montreal, Quebec. 1992.

100.   Jones BD, Labelle A: Advantages and disadvantages of specialized psychiatry units for treatment-resistant schizophrenic patients. 42nd Annual Meeting, Canadian Psychiatric Association, S12, Page 145. Montreal, Quebec. 1992.

101.   Jones BD, Seeman P, Frankenburg F, Stockmeister C:  Clozapine: How does it work? 42nd Annual Meeting, Canadian Psychiatric Association, SS10, Page 190. Montreal, Quebec. 1992.

102.   Jones BD: Clinical Issues Related to the Use of Clozapine. 11th International Congress of Group Psychotherapy. C3.03c, Montreal, Quebec. 22-28 August 1992.

103.   Lit W, Jones BD, Purdon S: "Risperidone in the treatment of pervasive developmental disorder." 13th Annual Research & Teaching Day, Royal Ottawa Hospital, Page 3, 13 November 1992.

104.   Purdon SE, Jones BD, Mohr E: "Three Syndromes in Schizophrenia" Canadian Psychology, Vol.34, Page 297, 1993.

105.   Jones BD: "Serotonergic mechanisms in schizophrenia" IX World Congress of Psychiatry, Rio de Janeiro, Page 48, No. 188. 6-12 June 193.

106.   Garnis-Jones S, Ravindran AV, Bazinet P, Jones BD: "Psychodermatology Clinic: Structure and patient population" IX World Congress of Psychiatry, Rio de Janeiro, Page 123, No. 483.  6-12 June 1993.

107.   Jones BD, Addington DE, Bloom D, Chouinard G, Remington G: "Risperidone in chronic schizophrenia: Impact on health care system costs". IX World Congress of Psychiatry, Rio de Janeiro, Page 187, No. 734. 6-12 June 1993.

108.   Jones BD: "Cost benefit of new antipsychotics" IX World Congress of Psychiatry, Rio de Janeiro, Page 209, No. 818.  6-12 June 1993.

B503

109.   Garnis-Jones S, Ripley C, Jones BD:  "The skin and schizophrenia: Hypertrichosis associated with severe illness in females" IX World Congress of Psychiatry, Rio de Janeiro, Page 320, No. 1256. 6-12 June 1993.

110.   el-Ouebaly N, Lam RW, Pincus HA, Jones BD:  "Psyhiatric Research Funding: An Indicator of Stigma", 43rd Annual Meeting Canadian Psychiatric Association, Winnipeg, Manitoba, Page 14, 28 September - 1 October 1993.

111.   Jones BD: "The Dos and Don'ts of Advocating for Increased Research Funding for Mental Illness", 43rd Annual Meeting, Canadian Psychiatric Association, Winnipeg, Manitoba, Page 14, 28 September - 1 October 1993.

112.   Addington DE, Bloom D, Chouinard G, Jones BD: "The Effect of Risperidone on Hospitalization in Chronic Schizophrenia", 43rd Annual Meeting, Canadian Psychiatric Association, Winnipeg, Manitoba, P7, Page 72, 28 September - 1 October 1993.

113.   Jones BD, First M, Carpenter WT, Baltimore G, MacEwan W, Wasylenaki D: "Redefining Schizophrenia in the 1990s", 43 Annual Meeting, Canadian Psychiatric Association, Winnipeg, Manitoba, SS1, Page 131, 28  September - 1 October 1993.

114.   Chouinard G, Jones BD, et al: "Economic health state utility determinations for schizophrenic patients treated with risperidone or haloperidol", Submitted to the Annual Meeting of the American College of Neuropsychopharmacology, Honolulu, Hawaii, 13-17 December 1993.

## J.  COMMUNICATIONS

1.   Jones BD, Chouinard G, Annable L:  The relationship between tardive dyskinesia and psychotic decompensation in schizophrenic patients withdrawn from antipsychotic medication. 28th Annual Meeting of the Canadian Psychiatric Association, Halifax, N.S.  18-20 October 1978.

2.   Chouinard G, Jones BD, Annable L:  Neuroleptic-induced supersensitivity psychosis.  48th Annual Meeting of the Royal College of Physicians and Surgeons of Canada, Montreal, Quebec. 5-9 February 1979.

3.   Chouinard G, Annable L, Jones BD:  Supersensitivity psychosis associated with sudden decline in prolactin levels.  2nd Annual Meeting of the Canadian College of Neuropsychopharmacology, Hamilton, Ontario. 26-27 April 1979.

4.   Chouinard G, Jones BD, Annable L:  Neuroleptic-induced supersensitivity psychosis.  132nd Annual Meeting of the American Psychiatric Association, Chicago, Illinois, USA.  12-18 May 1979.

5.   Jones BD, Chouinard G, Annable L, Collis R:  Neuroleptics and pituitary dopaminergic receptors. 132nd Annual Meeting of the American Psychiatric Association, Chicago, Illinois, USA.  12-18 May 1979.

6.   Ross-Chouinard A, Chouinard G, Annable L, Jones BD:  A rating scale for parkinsonian and dyskinetic symptoms induced by neuroleptic drugs.  29th Annual Meeting of the Canadian Psychiatric Association, Vancouver, Canada 26-28 September 1979.

7.   Chouinard G, Annable L, Jones BD:  CNS tolerance to antipsychotic effect associated with supersensitivity psychosis. 4th International Symposium on Phenothiazines and Related Drugs. Zurich, Switzerland.  September 1979.

8.   Chouinard G, Annable L, Jones BD: L-dopa in drug-induced extrapyramidal symptoms. 12th CINP Cong. Goteborg, Sweden. 22-26 June 1980

9.   Chouinard G, Ross-Chouinard A, Annable L, Jones BD:  Extrapyramidal symptom rating scale.  12th CINP Congress. Goteborg, Sweden. 22-26 June 1980.

10.   Chouinard G, Jones BD, Annable L:  L-dopa in drug-induced extrapyramidal symptoms.  35th Annual Convention and Scientific Program of the Society of Biological Psychiatry, Boston, Massachusetts.  5-7 September 1980.

11.   Chouinard G, Ross-Chouinard A, Annable L, Jones BD:  Extrapyramidal symptom rating scale.  3rd Annual Meeting of the Canadian College of Neuropsychopharmacology, University of Alberta, Edmonton, Alta.  12-13 May 1980.

12.   Chouinard G, Annable L, Jones BD:  Anticholinergic drugs and tardive dyskinesia.  5th Annual Scientific Meeting of the Canadian College of Neuropsychopharmacology, Quebec City, Quebec.  12-14 May 1982.

13.   Chouinard G, Annable L, Jones BD:  Neuroleptic-induced supersensitivity psychosis.  135th Annual Meeting of the American Psychiatric Association, Toronto, Ontario.  15-21 May 1982.

14.   Bradwejn J, Jones BD, Annable L, Chouinard G:  Relapse or therapeutic rebound upon antidepressant withdrawal.  135th Annual Meeting of the American Psychiatric Association.  Toronto, Ontario.  15-21 May 1982.

15.   Jones BD:  Supersensitivity psychosis and high potency neuroleptics. Ottawa Civic Hospital, Department of Psychiatry Grand Rounds, Ottawa, Ontario.  23 March 1982.

B504

16.     Jones BD:  Supersensitivity psychosis and high potency neuroleptics.  St. Mary's Hospital, Department of Psychiatry Grand Rounds.  Montreal, Quebec.  22 April 1982.

17.     Jones BD:  Tardive dyskinesia:  An update.  Jewish General Hospital, Department of Psychiatry Grand Rounds, Montreal, Quebec. 12 September 1982.

18.     Jones BD:  Psychoactive drug withdrawal:  Is stopping the cure worse than the disease?  Montreal General Hospital, Department of Psychiatry Grand Rounds, Montreal, Quebec.  19 September 1982.

19.     Jones BD:  Psychoactive drug withdrawal:  An overview.  University Health Sciences Hospital, Visiting Lecturer Series.  Vancouver, B.C. 9 December 1982.

20.     Jones BD:  New treatment for affective disorders.  Shaughnessy Hospital Research Luncheon, Vancouver, B.C. 10 December 1982.

21.     Jones BD:  Paediatric psychopharmacology:  Everything you wanted to know but were afraid to ask.  Montreal Children's Hospital Department of Psychiatry Grand Rounds, Montreal, Quebec.  9 February 1983.

22.     Jones BD, Bradwejn J, Chouinard G, Annable L, Young T:  Paradoxical therapeutic response to antidepressant withdrawal. 38th Annual Meeting of the Society of Biological Psychiatry, New York, N.Y.  17 April - 1 May 1983.

23.     Bradwejn J, Jones BD, Annable L, Creese I, Chouinard G:  Effect of alcohol on extrapyramidal symptoms and neuroleptic blood levels. 38th Annual Meeting of the Society of Biological Psychiatry, New York, N.Y.  27 April - 1 May 1983.

24.     Jones BD, Bradwejn J, Chouinard G, Annable L, Young T:  Rebound effects of antidepressant withdrawal upon mood in depressed patients:  A controlled study.  6th Annual Scientific Meeting of the Canadian College of Neuropsychopharmacology, Saskatoon, Sask. 25-27 May 1983.

25.     Bradwejn J, Annable L, Jones BD, Creese I, Chouinard G:  Alcohol and neuroleptic blood levels in schizophrenic outpatients. 6th Annual Scientific Meeting of the Canadian College of Neuropsychopharmacology, Saskatoon, Saskatchewan.  25-27 May 1983.

26.     Jones BD, Chouinard G, Annable L, Bradwejn J., Ducas D:  Eye blink rates in chronically treated schizophrenic patients.  6th Annual Scientific Meeting of the Canadian College of Neuropsychopharmacology, Saskatoon, Saskatchewan. 25-27 May 1983.

27.     Jones BD, Chouinard G, Annable L, Young T:  Criteria for neuroleptic supersensitivity psychosis. 136th Annual Meeting of the American Psychiatric Association, New York, N.Y.  30 April - 6 May 1983.

28.     Jones BD, Chouinard G, Annable L, Ducas D:  Factors related to tardive dyskinesia in affective disorders.  33rd Annual Meeting of the Canadian Psychiatric Association, Ottawa, Ontario.  28-30 September 1983.

29.     Day H, Jones BD, Sidler M:  Family information/education series.  8th Annual Conference of International Association of Psychosocial Rehabilitation Services.  Santa Monica, California.  19-21 May 1983.

30.     Jones BD:  Receptors in psychopharmacology.  Montreal General Hospital, Department of Psychiatry Grand Rounds, Montreal, Quebec. 23 September 1983.

31.     Jones BD:  What the general psychiatrist needs to know about receptors.  St. Mary's Hospital, Department of Psychiatry Grand Rounds. Montreal, Quebec.  6 December 1983.

32.     Benerakis C, Jones BD:  Paediatric psychopharmacology.  Quebec Psychiatric Association Annual Meeting, Québec City, Quebec. 22-24 June 1984.

33.     Jones BD, Yassa R:  The complications of tardive dyskinesia.  34th Annual Meeting of the Canadian Psychiatric Association, Banff, Alberta. 10-12 October 1984.

34.     Fielding A, Palacios G, Jones BD, Day H, Campbell W, Nisenson H, Sidler M, August L:  Effects on patient outcome of a family education project. 34th Annual Meeting of the Canadian Psychiatric Association, Banff, Alberta. 10-12 October 1984.

35.     Jones BD:  Treatment of affective disorders:  Antidepressant withdrawal.  Annual Meeting of the French Speaking Physicians of Quebec, Montreal, Quebec.  25-26 October 1984.

36.     Chouinard G, Annable L, Bradwejn J, Labonte A, Jones BD, Mercier P, Belanger MC:  An early Phase II clinical trial of tomoxetine (LY139603) in the treatment of newly admitted depressed patients.  NCDEU Annual Meeting, Key Biscayne, Florida.  20-23 May 1984.

B505

37.    Jones BD:  Biotechnological advances in the treatment of affective disorders.  Symposium entitled, "Recent Biotechnological Advances in Psychiatric Illness".  Health and Welfare Canada, Toronto, Ontario.  5-7 February 1985.

38.    Jones BD:  Anticholinergic effects and memory disturbance.  Vancouver General Hospital,  Department of Psychiatry Grand Rounds, Vancouver, B.C.  29 January 1985.

39.    Jones BD:  Schizophrenia:  Pills and politics.  B.C. Friends of Schizophrenics.  Public Lecture.  14 January 1985.

40.    Jones BD:  Clinical implications of psychoactive drug discontinuation.  Lions Gate Hospital, Department of Psychiatry Grand Rounds, 21 March 1985.

41.    Jones BD:  Psychoactive drug withdrawal.  British Columbia Medical Association General Meeting, Scientific Presentation.  25 March 1985.

42.    Jones BD:  The appearance of paranoid symptoms after antidepressant drug therapy.  Scientific Program of the 35th Annual Meeting of the Canadian Psychiatric Association, Quebec City, Quebec.  2-4 October 1985.

43.    Jones BD:  Recent advances in the treatment of affective disorders.  Montreal General Hospital; Department of Psychiatry Grand Rounds, Montreal, Quebec.  11 October 1985.

44.    Jones BD:  Stopping psychoactive drugs.  Vancouver General Hospital, Medical Grand Rounds, Vancouver, B.C.  20 March 1986.

45.    Jones BD, Erickson M:  Monitoring neuroleptic plasma levels in the treatment of psychotic disorders.  International Conference on Mental Health and Technology, Vancouver, B.C.  1986.

46.    Jones BD:  Management of behavioral problems in schizophrenia.  Prince George Hospital Grand Rounds, Prince George, B.C. 30 Sept. 1986.

47.    Jones BD:  Neuroleptic treatment of schizophrenia:  Recent advances.  Penticton Hospital Grand Rounds, Penticton, B.C. 5 September 1986.

48.    Fast DK, Jones BD, Erickson E:  Interaction of carbamazepine with neuroleptics.  36th Annual Meeting of the Canadian Psychiatric Association, Vancouver, B.C.  24-26 September 1986.

49.    Jones BD, Erickson M., Peters R, Parfitt H, Lieber H, Shieldrop P:  Evaluation of a training program for the assessment of extrapyramidal side effects.  36th Annual Meeting of the Canadian Psychiatric Association, Vancouver, B.C.  24-26 September 1986.

50.    Jones BD, Koczapski A, Lodwidge B:  Historical development, definition,m and hypothesis concerning self-induced water intoxication syndrome in schizophrenia.  36th Annual Meeting of the Canadian Psychiatric Association, Vancouver, B.C.  24-26 September 1986.

51.    Jones BD:  Use and misuse of benzodiazepines in the treatment of anxiety disorders.  Symposium entitled, "Use, Abuse, and Misuse of Benzodiazepines".  Continuing Medical Education, Vancouver, B.C.  25 November 1986.

52.    Jones BD:  Use and abuse of benzodiazepines.  Kelowna General Hospital Grand Rounds, Kelowna, B.C. 13 January 1987.

53.    Jones BD:  Tardive syndrome.  University of Ottawa Department of Psychiatry Grand Rounds, Ottawa, Ontario  20 January 1987.

54.    Jones BD:  Tardive syndromes in the treatment of schizophrenia.  B.C. Section of Psychiatry, Scientific Presentation, Vancouver, B.C. 26 January 1987.

55.    Jones BD:  Post psychotic depression.  Riverview Hospital, Grand Rounds, Vancouver, B.C.  25 February 1987.

56.    Jones BD:  Non-pharmacological management of schizophrenia.  Shaughnessy Hospital, Grand Rounds, Vancouver, B.C.  4 March 1987.

57.    Fast DK, Jones BD, Erickson M:  Interaction of carbamazepine with neuroleptics in the treatment of mania.  San Antonio, Texas.  April 1987.

58.    Bassett A, Jones BD, Wilcox PG, Fleetham JA:  Objective evaluation of respiratory dyskinesia.  140th Meeting of the American Psychiatric Association, Chicago, Illinois.  9-15 May 1987.

59.    Bassett A, McGillivray B, Jones BD, Wood S:  Partial trisomy of chromosome 5 in association with schizophrenia.  140th Meeting of the American Psychiatric Association, Chicago, Illinois.  9-15 May 1987.

60.    Kopala L, Hurwitz T, Clark C, Jones BD:  Olfactory deficits in schizophrenia.  140th Meeting of the American Psychiatric Association, Chicago, Illinois.  9-15 May 1987.

61.    Bassett AS, Jones BD, McGillivray B, Pantzar JT: Autosomal abnormality linked to schizophrenia. 140th Meeting of the American Psychiatric Association, Chicago, Illinois. 9-15 May 1987.

62.    Jones BD: Treatment of schizophrenia: Past, present, and future. 7th Annual Canadian Conference, Canadian Friends of Schizophrenics. Toronto, Ontario. 30 May 1987.

63.    Jones BD: Neuroleptic-induced tardive syndrome: Clinical presentation. R.O. Jones Memorial Lecture, University of Dalhousie, Halifax, Nova Scotia. 10 June 1987.

64.    Jones BD: Research in schizophrenia: Problems and progress. Atlantic Provinces Psychiatric Association Annual Meeting. 11 June 1987.

65.    Jones BD: Behavioral problems in schizophrenia: Relationship to tardive syndromes. R.O. Jones Memorial Lecture, Atlantic Province Psychiatric Association, Charlottetown, P.E.I. 12 June 1987.

66.    Jones BD: First choice of a neuroleptic. Symposium entitled "Psychoactive Drug Treatment in Psychiatric Illness", Vancouver, B.C. 23 June 1987.

67.    Jones BD: Precursor strategies in psychiatric disorders: Relevance to tryptophan. Satellite Symposium of the 37th Annual Meeting of the Canadian Psychiatric Association, entitled: "Current Concepts in the treatment of Affective and other disorders with L-tryptophan (a serotonin precursor)." London, Ontario. 15 September 1987.

68.    Jones BD, Kopala L: Neuroleptic-induced tardive syndromes: Tardive psychiatric disorders. 37th Annual Meeting of the Canadian Psychiatric Association, London, Ontario. 16-18 September 1987.

69.    Ancill R, MacEwan EW, Jones BD: Neuroleptic-induced tardive syndromes: Tardive movement disorders. 37th Annual Meeting of the Canadian Psychiatric Association, London, Ontario. 16-18 September 1987.

70.    Jones BD: Tardive syndromes: Behavioral problems. Queen Street Mental Health Centre, Grand Rounds. Toronto, Ontario. 2 October 1987.

71.    Jones BD: Psychoactive drug treatment of psychiatric illness: Is polypharmacy all that bad? Whitby Hospital Grand Rounds, Whitby, Ontario. 9 October 1987.

72.    Jones BD: The genetics of schizophrenia: A tale of two families. 8th Annual Research and Teaching Day, Department of Psychiatry, University of Ottawa, Ontario. 23 October 1987.

73.    Jones BD, Lapierre YD, McClure DJ, Shaw BF: Resistant depression - Is there light at the end of the tunnel? Health Care Information Network - TV Mind and body Series, Newark, N.J. 30 October 1987.

74.    Jones BD: The treatment of psychiatric illnesses - Is polypharmacy all that bad? Royal Ottawa Hospital, Education Services & Merrell Dow Pharmaceuticals (Canada) Inc., Ottawa, Ontario. 16 November 1987.

75.    Jones BD: Treatment of schizophrenia: Past, present and future. Friends of Schizophrenics, Ottawa Chapter, Ottawa, Ontario. 25 Nov. 1987.

76.    Jones BD, Smith Ald.Nancy: Schizophrenia: Lets talk about it. Forum on Schizophrenia, Ottawa-Carleton Friends of Schizophrenics, Royal Ottawa Hospital and Canadian Mental Health Association. Ottawa, Ontario. 28 November 1987.

77.    Jones BD: Tardive syndrome: Implications for schizophrenia research. Douglas Hospital Grand Rounds, Montreal, Quebec. 3 December 1987.
78.    Jones BD: Tardive syndromes. Sunnybrook Hospital Grand Rounds, Toronto, Ontario. 15 January 1988.

79.    Jones BD: Etiology of schizophrenia. Review Lecture. 68th Annual Meeting of the Ontario Psychiatric Association, Toronto, Ontario. 28 January 1988.

80.    Jones BD: The compliant chronic schizophrenic patient. Pimozide Round Table Discussion. Science & Medicine Canada, Ottawa, Ontario. 6 February 1988.

81.    Jones BD: The genetic revolution in schizophrenia. Ottawa Academy of Medicine, Psychiatric Section, Ottawa, Ontario. 10 February 1988.

82.    Jones BD: Etiology, differential diagnosis and management. Residents' Annual Ski Weekend, Mont-Tremblant, Quebec. 19 February 1988.

83.    Jones BD: Molecular biology and schizophrenia. National Research Council of Canada, Ottawa, Ontario. 25 February 1988.

B507

84.    Jones BD:  Are patients genetically predisposed to tardive dyskinesia?  University of Ottawa, Department of Psychiatry, Ottawa, Ontario. 8 March 1988.

85.    Kopala L, Hurwitz T, Clark C, Jones BD:  Olfactory deficits in schizophrenia.  Pacific Northwest College of Neuropsychopharmacology Annual Meeting, Vancouver, B.C. 10 March 1988.

86.    Jones BD:  Pimozide Round Table Discussion.  Science & Medicine Canada.  Vancouver, B.C. 14 March 1988.

87.    Jones BD, Boodoosingh L, Hoscabocus S, Mamen A:  Conduct disorder in childhood:  Havoc in families and schools.  Hospital Satellite Network - TV Mind and Body Series.  Newark, N.J.  18 March 1988.

88.    Lapierre YD, Jones BD, Bakish D, Sequeira H:  Mise a jour sur la schizophrénie:  Hypotheses étiologiques.  Laval University, Quebec City, Quebec.  23 March 1988.

89.    Jones BD:  Tardive dyskinesia and the problems of long-term neuroleptic medication.  Symposium entitled, "Integrating the Clinical and Ethical Aspects of Major Mental Disorder".  Whitby Psychiatric Hospital Clinical Day, Whitby, Ontario.  25 March 1988.

90.    Jones BD:  System to minimize/manage side effects with neuroleptics.  Symposium entitled; "Systems of Care for the Chronic Schizophrenic Patient".  Science & Medicine Canada, Toronto, Ontario.  26 March 1988.

91.    Jones BD:  Behavioral problems in schizophrenia:  Differential diagnosis and management.  Ottawa General Hospital Scientific Meeting. Ottawa, Ontario.  30 March 1988.

92.    Jones BD:  Olfactory deficits in schizophrenia.  Friday Research Seminar, University of Ottawa, Department of Psychiatry, Ottawa, Ontario. 8 April 1988.

93.    Jones BD:  Staff psychiatrist syndrome.  Residents in Psychiatry, Royal Ottawa Hospital, Ottawa, Ontario.  12 April 1988.

94.    Bassett A, Pivik RT, Jones BD:  Schizophrenia research - the molecular genetics approach (introduction).  Resident Research Day Faculty of Health Sciences, Department of Psychiatry, Ottawa, Ontario.  15 April 1988.

95.    Reichenfeld HF, Jones BD, Puxty J, Raman S:  Prevalence and severity of psychopathology among residents of long-term institutions in the Regional Municipality of Ottawa-Carleton.  Poster - Int'l Psychogeriatric Assoc. Meeting, Lausanne, Switzerland.  28-29 April 1988.

96.    Ravindran A, Potoczny W, Grof P, Lapierre YD, Hrdina P, Jones BD, Chandrasena R:  Pharmacological treatment of mania.  Course entitled,"Affective Disorders: An Update".  141st Annual Meeting of the American Psychiatric Association, Montreal, Quebec. 7-13 May 1988.

97.    Jones BD:  Pharmacology-self assessment.  Psychiatry for Family Practice Refresher Course.  Ottawa Civic Hosp., Ottawa, Ont.  26 May 1988.

98.    Jones BD:  Molecular genetic approach to schizophrenia:  Searching for families.  Pierre-Janet Hospital, Hull, Quebec.  2 June 1988.

99.    Jones BD:  The use of L-tryptophan in mood disorders.  Hamilton Psychiatric Hospital, Department of Psychiatry Grand Rounds, Hamilton, Ontario.  17 June 1988.

100.   Jones BD:  Long-term neuroleptic toxicity and mood.  Course entitled, "Treatment Approaches to Depression in Schizophrenics". Depression in Schizophrenics Conference, Calgary, Alberta.  6-8 July 1988.

101.   Jones BD:  Neuroleptic drugs.  A Pharmacy Student/Preceptor Workshop, Royal Ottawa Hospital, Ottawa, Ontario.  16 August 1988.

102.   Wood S, Bassett AS, Jones BD, Langlois S, Pantzar JT, McGillivray BC:  Partial chromosome 5 trisomy and schizophrenia in two family members.  XVIth International Congress of Genetics, Toronto, Ontario.  21-27 August 1988.

103.   Iacono WG, Bassett AS, Jones BD:  Eye tracking dysfunction is associated with partial trisomy of chromosome 5 and schizophrenia. Annual Meeting of the Society for Psychophysiological Research.  1988.

104.   Jones BD:  Biology of Schizophrenia.  Discussant.  Canadian Consensus Symposium on Depression.  University of Ottawa, Ottawa, Ontario. 9-10 September 1988.

105.   Jones BD, Bassett A, Kopala L:  Pharmacological Strategies.  Symposium entitled, "Improving Homogeneity in Psychiatric Research".  38th Annual Meeting of the Canadian Psychiatric Association, Halifax, Nova Scotia.  28-30 September 1988.

B508

106. Lapierre YD, Chandrasena R, Bradford J, Jones BD:  Management of the acutely psychotic patient.  Symposium entitled, "Psychiatric Emergencies".  38th Annual Meeting of the Canadian Psychiatric Association, Halifax, Nova Scotia.   28-30 September 1988.

107. Lapierre YD, Chandrasena R, Potoczny W, Grof P, Ravindran A, Jones BD:  Psychopharmacological treatment of mania.  Course entitled, "Affective Disorders:  An Update of Current Concepts of Etiology, Diagnosis, Classification & Treatment".  38th Annual Meeting of the Canadian Psychiatric Association, Halifax, Nova Scotia.  28-30 September 1988.

108. Kopala L, Hurwitz T, Clark C, Jones BD:  Olfactory deficits in schizophrenia.  38th Annual Meeting of the Canadian Psychiatric Association Halifax, Nova Scotia.  28-30 September 1988.

109. Wood S, Bassett AS, Jones BD, Langlois S, Pantzar JT, McGillivray BC:  A familial 5q11.2-q13.3 segmental trisomy cosegregating with multiple anomalies including schizophrenia.  Poster.  American Society of Human Genetics, Toronto, Ontario.  October 1988.

110. Jones BD:  Schizophrenia research:  New and improved.  Forum.  Friends of Schizophrenics, Peterborough Chapter and Civic Hospital Schizophrenic Clinic, Peterborough, Ontario.  3 October 1988.

111. Jones BD:  Tardive syndromes:  Identification and management.  Montreal General Hospital Grand Rounds, Montreal, Quebec.  14 October 1988.

112. Jones BD:  Schizophrenia, Illness and Treatment.  Canadian mental Health Association "Let's Deal with Mental Health - The 1989 Workshop Series for Families and Friends of the Mentally Ill".  St. Paul's University, Ottawa, Ontario.  14 October 1988.

113. Jones BD:  Prozac 20 Workshop: A representative training conference.  Eli Lilly Canada Inc., Toronto, Ontario.  10 January 1989.

114 Jones BD:  Genetics and schizophrenia.  Centre hospitalier Robert-Giffard, Quebec City, Quebec.  1 February 1989.

115. Jones BD:  Everything you wanted to know about schizophrenia but were paranoid to ask.  Department of Psychology, Trent University, Peterborough, Ontario.  3 February 1989.

116. Jones BD:  The breeding ground-recognition.  Symposium "Phases of Schizophrenia".  Science & Medicine Canada, Ottawa, Ontario.  17-18 Feb.1989.

117. Jones BD:  Genetics and schizophrenia.  Hamilton Chapter, Friends of Schizophrenics, Hamilton, Ontario.  28 February 1989.

118. Jones BD:  Tardive syndromes.  Clarke Institute of Psychiatry.  Toronto, Ontario.  1 March 1989.

119. Jones BD:  Recent advances in the genetics of schizophrenia.  Public Forum entitled, "Living and Working with Schizophrenia".  The Clarke Relatives and Friends of Schizophrenics Programme.  Toronto, Ontario.  1 March 1989.

120. Jones BD:  Clinical trials in schizophrenia.  Workshop entitled, "Clinical Drug Trials".  Department of Psychiatry, University of Ottawa, Ottawa, Ontario.  3 March 1989.

121. Jones BD, DaSilva T, Kunjukrishnan R, Lemberger L, Lapierre YD, Grof P:  Designing a clinical trial: A practice run.  Moderator.  Clinical Drug Trials Workshop.  Department of Psychiatry, University of Ottawa, Ontario.  3 March 1989.

122. Jones BD, Labelle A, Grimes D:  Neural implants in Parkinson's disease:  Implications for schizophrenia.  Poster.  International Congress on Schizophrenia Research, San Diego, California.  1-5 April 1989.

123. Jones BD:  Splitting the schizophrenia atom.  Invited Guest Teacher.  "Psychiatry Update 1989" Conference, University of Saskatchewan, Department of Psychiatry and Saskatchewan Psychiatric Association.  Saskatoon, Saskatchewan.  14 April 1989.

124. Weinstein RP, Bakish D, Jones BD:  A comparison of dysthymic disorder with major depression.  Residents' Annual Research Day, Department of Psychiatry, University of Ottawa, Ottawa, Ontario.  14 April 1989.

125. Jones BD:  Tardive syndromes.  Small Group Sessions.  "Psychiatry Update 1989" Conference.  University of Saskatchewan, Department of Psychiatry and Saskatchewan Psychiatric Association, Saskatoon, Saskatchewan.  14 April 1989.

126. Jones BD, Lapierre YD, Lalonde P:  The genetics of schizophrenia.  Symposium entitled, "Genetics, Treatment and Rehabilitation of the Schizophrenic Patient".  McGill University, Department of Psychiatry, Montreal, Quebec.  19 April 1989.

127. Jones BD:  Tardive dyskinesia and other syndromes.  Institut de la Santé.  Laval, Quebec.  19 April 1989.

B509

128.    Jones BD:  Genetics and schizophrenia: Implications of the recent discovery of a location for a major gene predisposing to the illness. North Shore Branch, Canadian Mental Health Association, Vancouver, B.C. 4 May 1989.

129.    Jones BD:  Treatment of schizophrenia in the year 2000.  Combined Rounds.  Victoria General & Shaughnessy Hospitals, Vancouver, B.C. 5 May 1989.

130.    Jones BD:  Treatment of Schizophrenia in the year 2000. Riverview Hospital Rounds, Vancouver, B.C.  5 May 1989.

131.    Jones BD:  Treatment of schizophrenia in the year 2000. British Columbia Friends of Schizophrenics Society, Richmond, B.C. 5 May 1989.

132.    Jones BD, Labelle A, Grimes D:  Neural Implants: Implications for schizophrenia.  Poster. 142nd Annual Meeting of the American Psychiatric Association, San Francisco, California.  6-11 May 1989.

133.    Lapierre YD, Canadian Remoxipride Study Group:  Remoxipride in schizophrenia: A haloperidol controlled multi-centre double-blind, dose finding clinical trial.  Poster.  142nd Annual Meeting of the American Psychiatric Association. San Francisco, California.  6-11 May 1989.

134.    Jones BD:  Update on schizophrenia. Ontario College Health Association Annual Conf. Carleton University, Ottawa, Ontario. 11 May 1989.

135.    Jones BD:  Medication management of schizophrenia - Present and future.  10th Annual Conference entitled "Schizophrenia...The Next Decade".  Canadian Friends of Schizophrenics. Ottawa, Ontario.  12-13 May 1989.

136.    Jones BD: Tardive dyskinesia syndromes. Clinical Grand Rounds, Dept. of Psychiatry, Jewish General Hospital, Montreal, P.Q. 6 June 1989.

137.    Jones BD, Labelle A:  Recent advances in the genetics of schizophrenia.  50th Annual Convention of the Canadian Psychological Association. Halifax, Nova Scotia. 10 June 1989.

138.    Jones BD:  Recent advances in the understanding of the etiology of schizophrenia. Department of Psychiatry Grand Rounds, St. Mary's Hospital, Montreal, Quebec.  15 June 1989.

139.    Jostell KG, Lapierre YD, Canadian Remoxipride Study Group:  Plasma concentration of remoxipride in relation to antipsychotic effect and adverse symptoms.  Poster.  International Symposium entitled, "Development of a New Antipsychotic Remoxipride".  Monte Carlo, Monaco. 19-20 June 1989.

140.    Lapierre YD, Nair NPV, Chouinard G, Awad AG, Saxena B, Jones BD, McClure J, Bakish D, Max P, Manchanda R, Beaudry P, Bloom D, Rotstein R, Ancill R, Sandor P, Sladen-Dew N, Mataos G:  A controlled dose-ranging study of remoxipride vs haloperidol in schizophrenia - A Canadian multicentre trial.  International Symposium entitled, "Development of a New Antipsychotic remoxipride".  Monte Carlo, Monaco. 19-20 June 1989.

141.    Garnis-Jones S, Browne M, Horn E, Higgins B, Jones BD:  Dermatological reactions to lithium: A clinical survey.  2nd International Symposium on Dermatology and Psychiatry.  Leeds, England. June 1989.

142.    Bassett A, Gurling H, Muir W, Jones BD, Collinge J:  Genetic linkage analysis:  Clinical research implications in schizophrenia Gene".  Co-Chairman.  Joint Annual Meeting of the British Association for Psychopharmacology and the Canadian College of Neuropsychopharmacology. Cambridge, England.  23-26 July 1989.

143.    Awad AG, Canadian Remoxipride Study Group:  Selective dopamine D₂ antagonist and prolactin response in schizophrenia:  Results of remoxipride studies.  Poster.  BAP/CCNP Joint Annual Meeting.  Cambridge, England.  23-26 July 1989.

144.    Jones BD:  Rehabilitation progress in schizophrenia.  Keynote Speaker.  Western conference on Mental Health Rehabilitation.  "The Framework of Support".  Regina, Saskatchewan.  13-15 September 1989.

145.    Jones BD:  Medical Aspects of long-term mental illness.  Seminar.  Western Conference on Mental Health Rehabilitation "The Framework of Support".  Regina, Saskatchewan.  13-15 September 1989.

146.    Jones BD:  Schizophrenia:  A detective story.  Keynote Address.  Nova Scotia Friends of Schizophrenics Annual Provincial Conference. Dartmouth, Nova Scotia.  19 September 1989.

147.    Awad AG, Grof P, Jones BD, Lapierre YD:  Update in the psychopharmacology of antipsychotics.  Symposium entitled, "Clinical Psychopharmacology Update".  Section on Psychopharmacology, 39th Annual Meeting of the Canadian Psychiatric Association. St. John's Newfoundland.  20-22 September 1989.

148.    Lapierre YD, Chandrasena R, Ravindran A, Jones BD, Grof P:  Psychopharmacological treatment of mania.  Course entitled, "Mood Disorders: A Review".  39th Annual Meeting of the Canadian Psychiatric Association, St. John's, Newfoundland.  20-22 September 1989.

B510

149.   Jones BD:  Behavioral problems in schizophrenia.  10th Annual Ontario Alternative Housing conference "Perspectives in Community Mental health".  Ottawa, Ontario.  25-27 September 1989.

150.   Jones BD:  Brain research and funding for research.  Ottawa chapter, Friends of Schizophrenics.  Ottawa, Ontario.  27 September 1989.

151.   Jones BD:  Clues towards understanding schizophrenia.  Grand Rounds.  Department of Psychiatry, University of Manitoba, Winnipeg, Manitoba.  17 October 1989.

152.   Jones BD:  Coping with schizophrenia.  Hospital Auxiliaries Association of Ontario Region 9.  Fall Conf.  Ottawa, Ont.  18 October 1989.

153.   Lapierre YD, Nair NPV, Beaudry P, Saxena B, Awad G, Chouinard G, McClure J, Jones BD, Bakish D, Ancill R, Max P, Sandor P, Manchanda R:  Remoxipride: A Canadian multi-centre clinical trial.  Free Communication.  8th World Congress of Psychiatry, Athens, Greece.  13-19 October 1989.

154.   Jones BD:  The biological aspects of major mental disorders.  Scientific Meeting for Psychiatrists of Monteregie.  Charles LeMoyne Hospital, Montreal, Quebec.  25 October 1989.

155.   Jones BD:  The understanding and treatment of schizophrenia:  Still crazy after all these years.  Academic Rounds.  Allan Memorial Institute, Montreal, Quebec.  26 October 1989.

156.   Jones BD:  Schizophrenia:  A modern detective story.  Academic Lecture.  Ontario Psychiatric Association Fall Meeting.  Kingston, Ontario 28 October 1989.

157.   Shriqui C, Bradwejn J, Jones BD, Blanchard A:  Alpha-tocopherol in the treatment of tardive dyskinesia:  Preliminary results.  Resident Research Lecture, Third Annual Research Day, Department of Psychiatry, McGill University, Montreal, Quebec.  10 November 1989.

158.   Shriqui C, Jones BD:  Tardive dyskinesia:  Therapeutic strategies.  10th Annual Research and Teaching Day, Department of Psychiatry, University of Ottawa and Royal Ottawa Hospital, Ottawa, Ontario.  17 November 1989.

159.   Jones BD:  Pharmacotherapy of depression.  Symposium entitled, "Recent Advances in the Treatment of Depression", Eli Lilly and the Medicine Group, Toronto, Montreal, Vancouver, Canada.  20-22 November 1989.

160.   Jones BD:  Schizophrenia:  Not a myth but a mental illness.  Canadian Club of Hamilton, Hamilton, Ontario.  13 December 1989.

161.   Jones BD:  Genetic research in schizophrenia.  Grand Rounds Brockville Psychiatric Hospital, Brockville, Ontario.  24 January 1990.

162.   Jones BD:  Schizophrenia:  Illness and treatment.  The 1990 Workshop Series for the Community entitled, "Let's Deal with Mental Health".  Ottawa-Carleton Branch, Canadian Mental Health Association and Algonquin College, Continuing Education, Ottawa, Ont.  25 January 1990.

163.   Shriqui C, Jones BD:  Free radical involvement in schizophrenia.  Poster.  Biennial Winter Workshop on Schizophrenia.  Badgastein, Austria.  29 January - 02 February 1990.

164.   Shriqui C, Bradwejn J, Jones BD, Blanchard A:  Alpha-tocopherol in the treatment of tardive dyskinesia.  Clinical Nutrition, Pharma Industry Unit, Department of Human Nutrition and Health, F. Hoffman - La roche & Co. Ltd., Basle, Switzerland, 12 February 1990.  _

165.   Shriqui C, Bradwejn J, Jones BD, Blanchard A:  Alpha-tocopherol in the treatment of tardive dyskinesia.  Regional Congress - WFSBP.  Casablanca, Morocco.  15-16 February 1990.

166.   Shriqui C, Bradwejn J, Jones BD:  Tardive dyskinesia:  legal and preventive aspects.  Regional Congress - WFSBP.  Casablanca, Morocco.  15-16 February 1990.

167.   Shriqui C, Jones BD, Mohr E:  Oxyradical toxicity in schizophrenia:  Therapeutic implications.  Regional Congress - WFSBP.  Casablanca, Morocco.  15-16 February 1990.

168.   Shriqui C, Bradwejn J, Jones BD, Blanchard A:  Alpha-tocopherol in the treatment of tardive dyskinesia.  Le centre de recherche universite Laval Robert-Giffard, Quebec, Quebec.  12 March 1990.

169.   Jones BD, Grof P, Labelle A, Alda M, Friend W, Walsh M:  Psychiatric genetic research:  Trials and tribulations.  Grand Rounds, Royal Ottawa Hospital, Ottawa, Ontario.  20 March 1990.

B511

170. Bergeron R, Labelle A, Jones BD: Premenstrual relapse of schizophrenia: Relationship of the injection interval to the menstrual cycle. Residents Annual Research Day. Department of Psychiatry, University of Ottawa, Ottawa, Ontario. 20 April 1990.

171. Shriqui C, Bradwejn J, Jones BD: Tardive dyskinesia: Legal and preventive aspects. Residents Annual Research Day. Department of Psychiatry, University of Ottawa, Ottawa, Ontario. 20 April 1990.

172. Shriqui C, Bradwejn J, Jones BD, Blanchard A: Alpha-tocopherol in the treatment of tardive dyskinesia. Residents Annual Research Day, Department of Psychiatry, University of Ottawa, Ottawa, Ontario. 20 April 1990.

173. Shriqui C, Jones BD, Blanchard A, Bradwejn J: Alpha-tocopherol in the treatment of tardive dyskinesia. Poster. First International Congress of Movement disorders. Washington, D.C. 25-27 April 1990.

174. Shriqui C, Jones BD, Mohr E: Oxyradical toxicity and tardive dyskinesia: Therapeutic implications. Poster. First International Congress of Movement Disorders. Washington, D.C. 25-27 April 1990.

175. Jones BD: Mise a jour sur la recherche en schizophrenie. Conference scientifique. Pierre-Janet hopitalier. 2 May 1990.

176. Shriqui C, Bradwejn J, Jones BD: Alpha-tocopherol in the treatment of tardive dyskinesia. Grand Rounds, Department of Psychiatry, St. Mary's Hospital, Montreal, Quebec. 14 June 1990.

177. Jones BD: Schizophrenia treatment strategies in the 90's: A new level of sophistication in pharmacotherapy. International Conference schizophrenia, Vancouver, B.C., July 1990.

178. Jones BD: Schizophrenia 1990: Poised for What? International Conference on Schizophrenia, Vancouver, B.C. July 1990.

179. Jones BD: The role of Remoxipride in the Treatment of Schizophrenia. International Conference on Schizophrenia, Vancouver, B.C. July 1990.

180. Awad AG, Lapierre YDL, Nair NPV, Beaudry P, Saxena B, Chouinard G, McClure J, Jones BD, Bakish D, Ancill R, Max P, Sandor P, Manchanda R: Remoxipride - A Selective Dopamine D2 antagonist in the treatment of acute schizophrenia - A Canadian multicenter clinical trial. International Conference on Schizophrenia, Vancouver, B.C. July 1990.

181. Shriqui C, Bradwejn J, Jones BD, Annable L: Vitamin E in the treatment of tardive dyskinesia. Mental Health Exhibition, Le centre hopitalier Robert-Giffard, 31 October 1990.

182. Jones BD: Genetics & Psychopharmacology in schizophrenia, Schizophrenia Awareness Week, Alberta, Canada. October 1990.

183. Jones BD: Genes and Schizophrenia - Effects on the Family, 11th Annual C.G.P.A. Conference, Ottawa, Ontario. October 1990.

184. Jones BD: Schizophrenia, Etiology & Treatment, Peterborough, Ontario. November 1990.

185. Garnis-Jones S, Horn E, Browne M, Higgins B, Jones BD: Chronic Dermatoses in Lithium and Neuroleptic Treated patients. First Annual Meeting of the Association for Psychocutaneous Medicine of North America, Atlanta, Georgia, December 1990.

186. Jones BD: "The use of Clozapine in schizophrenia: Clinical, Theoretical and Political Implications". Grand Rounds - Queen Street Mental Health Centre, Toronto, Ontario. 12 April 1991.

187. Jones BD: "Peculiarities of Psychoactive drug trials", Pharmaceutical manufacturers Association of Canada, Sponsored by Boehringer Ingelheim, Canada. Montreal, Quebec 25 April 1991.

188. Jones BD: "Clozaril" Sponsored by Sandoz Canada. Quebec City, Quebec. 26 April 1991.

189. Shriqui C, Bradwejn J, Jones DB, Annable L: Vitamin E in the treatment of tardive dyskinesia. American Psychiatric Association 144th Annual Meeting, New Orleans, Louisiana, May 1991.

190. Jones BD: "The Psychopharmacology of the negative symptoms of Schizophrenia" XIV Annual Meeting CCNP Canadian College of Neuropsychopharmacology, Hamilton, Ontario. 2- 5 June 1991.

191. Garnis-Jones S, Horn E, Browne M., Higgins B, Jones BD: Chronic dermatoses in lithium and neuroleptic treated patients: A comparative study. Canadian Dermatology Association Meeting, Niagara-on-the-Lake, Ontario, June 1991.

B512

192.  Shriqui C, Bradwejn J, Jones BD, Annable L:  A negative double-blind placebo controlled crossover study of Vitamin E in the treatment of tardive dyskinesia.  5th World congress of Biological Psychiatry, Florence, Italy, June 1991.

193.  Shriqui CL, Bradwejn J, Jones BD, Annable L:  Alpha-Tocopherol in the Treatment of Tardive Dyskinesia.  5th World Congress of Biological Psychiatry, Biol Psychiatry 1991;29:201S-329S.  9-14 June 91, Florence, Italy.

194.  Lapierre YD, Ancill RJ, Awad AG, Bakish D, Beaudry P, Bloom D, Chouinard G, Jones BD, Manchanda R,  Matsos G, Max P, McClure DJ, Nair NVP, Rotstein EA, Sandor P, Saxena B, and Sladen-Dew N:  A Dose-Ranging Study of Remoxipride in Acute Schizophrenia - A Canadian Multicentre Study.  5th World Congress of Biological Psychiatry, Biol Psychiatry 1991;29:203S-329S.  9-14 June 91, Florence, Italy.

195.  Jostell KG, Lapierre YD, Ancill RJ, Awad AG, Bakish D, Beaudry P,  Bloom D, Chouinard G, Jones BD, Manchanda R, Matsos G, Max P, McClure DJ, Nair NVP, Rotstein EA, Sandor P, Saxena B, Sladen-Dew N: Remoxipride Plasma Concentrations and Clinical Response in Acute Schizophrenia.  5th World Congress of Biological Psychiatry, Biol Psychiatry 1991;29:333S-701S. 9-14 June 91, Florence, Italy.

196.  Garnis-Jones S, Horn E, Browne M, Higgins B and Jones BD:  Chronic Dermatoses in Lithium and Neuroleptic Treated Patients: A Comparative Study.  5th World Congress of Biological Psychiatry, Biol Psychiatry 1991;29;333S-701S.  9-14 June 91, Florence, Italy.

197.  Remington G, Chouinard G, Jones BD, et al: Schizophrenia Therapeutics: A New Neuroleptics, The International Conference in Schizophrenia, Vancouver, B.C. July 1990. Published by the MES Medical Education Services 1991.

198.  MacEwan GW, Ancill RJ, Remington B, Jones BD: Symposium on the Treatment Resistant Psychotic Patient.  41st Annual Meeting of the Canadian Psychiatric Association, Saskatoon, Saskatchewan.  1 - 4 October 1991.

199.  Jones BD:  Impact of clozapine therapy on the treatment and understanding of schizophrenia, 41st Annual Meeting of the Canadian Psychiatric Association, Saskatoon, Saskatchewan, October 1991.

200.  Jones BD:  Update on Schizophrenia, Nursing Schizophrenia Conference, Royal Ottawa Hospital, Ottawa, Ontario.  25 October 1991.

201.  Jones BD:  Symposium - Neuroleptics, Montreal, Quebec 26-27 October 1991.

202.  Jones BD:  Clozaril, Allan Memorial Hospital, Montreal Quebec.  7 November 1991.

203.  Jones BD:  Update on Schizophrenia and Clozaril.  Grand Rounds for Residents, St. John, Newfoundland.  8 November 1991.

204.  Jones BD:  Schizophrenia Update - Cornwall Friends of Schizophrenics, Cornwall, Ontario.  12 November 1991.

205.  Jones BD:  Methotrimeprazine: An alternative to clozapine in treatment refractory schizophrenia. 12th Annual Research & Teaching Day, Royal Ottawa Hospital, 15 November 1991.

206.  Jones BD:  Clozapine's role in the understanding of Schizophrenia.  Whitby Psychiatric Hospital, Whitby, Ontario. 29 Nov. 1991.

207   Jones BD:  Clozapine: Implications for the Understanding of Schizophrenia, Ottawa General Hospital, Ottawa, Ontario. 6 December 1991.

208.  Chouinard G, Jones BD, et al: A placebo-controlled study of Risperidone in the treatment of schizophrenia.  30th Annual Meeting, American College of Neuropsychopharmacology, San Juan, Puerto Rico, 9-13 December 1991.

209.  Alda M, Labelle A, Dvorakova M, Jones BD, Zvolsky P, LeMelledo JM, Fraser H:  Mode of Inheritance in Schizophrenia.  Analysis of Models for Linkage Studies. Schizophrenia Research (An International Multidisciplinary Journal) 6:(2)94, January 1992. VI Biannual Winter Workshop in Schizophrenia, Austria 25 January 1992.

210.  Lurie S, Lowy F, Shepherd M, Jones BD, Sharfstein S: Clozapine: A Treatment with a Price Tag - Political and Economic Issues. 72nd Annual Meeting, Ontario Psychiatric Association, Toronto, Ontario. 30 January - 1 February 1992.

211.  Jones BD: Remoxipride: The Canadian Clinical trials.  Strategies in schizophrenia management: The role of selective dopamine antagonist. Vancouver, B.C., 7 March 1992.

212.  Alda M, Labelle A, Jones BD: "Mode of Inheritance in Schizophrenia: Analysis of Models for Linkage Studies.  Annual Resident Research Day, Royal Ottawa Hospital, 24 April 1992.

213.  Jones BD: "Clozapine's Role in the Understanding of Schizophrenia", Kingston Psychiatric Hospital, Kingston, Ontario.  29 April 1992.

214.  Jones BD: "Redefining Schizophrenia and Schizophrenic Treatment", Canadian Council on Schizophrenia, Chateau Montebello, Quebec. 30-31 May 1992.

B513

215. Jones BD: "A Comparative Approach to the Treatment and Rehabilitation of the Schizophrenic Patient: An Interactive Session. Canadian Council on Schizophrenia, Chateau Montebello, Quebec. 30-31 May 1992.

216. Jones BD: "Contribution of neurosciences to Psychiatry", XV Annual Meeting, Canadian College of neuropsychopharmacology, Saskatoon, Saskatchewan.  31 May - 3 June 1992.

217. Jones BD, Labelle A, Fraser H, Bedard D, Brideau R: "Methotrimeprazine: an alternative to Clozapine in treatment refractory schizophrenia. XVIIIth CINP Congress, 15:(1)B 364B, 1992.  Nice, France.

218. Shriqui C, Annable L, Bradwejn J, Jones BD: "Lack of correlation between vitamin E plasma levels and improvement in tardive dyskinesia. 18th Collegium Internationale Neuro-Psychopharmacologicum, 15:(1)B 262B, 1992.  Nice, France.

219. Jones BD: "Schizophrenia Research in Canada: the Big Bang for Little Bucks Theory", Schizophrenia 1992: Poised for change, Vancouver, B.C. 19-22 July 1992.

220. Jones BD, Stinson L, Weston J, Cloutier E, Decks S: "A Foot in Two Doors: The Development of Linkage Between Community health Centres and a Hospital - Based Schizophrenia Program." Schizophrenia 1992: Poised for Change, Vancouver, B.C. 19-22 July 1992.

221. Stinson L, Williams-Keeler L, Jones BD: "Surviving Schizophrenia: Portraits on Film." Schizophrenia 1992: Poised for Change,  Vancouver, B.C. 19-22 July 1992.

222. Williams-Keeler L, Stinson L, Jones BD: "Disease Impact and the Post-Traumatic Stress Disorder Interface in Schizophrenia."  Schizophrenia 1992: Poised for Change, Vancouver, B.C. 19-22 July 1992.

223. Garnis-Jones S, Ravindran AV, Bazinet P, Jones BD: "Psychodermatology Clinic: Structure and Patient Population."  Schizophrenia 1992: Poised for Change, Vancouver, B.C.  19-22 July 1992.

224. Jones BD:  Chair, Presentation and discussion of the National Research Strategy on Schizophrenia.  Canadian Alliance for Research on Schizophrenia (CAROS).  Schizophrenia 1992: Poised for Change, Vancouver, B.C. 19-22 July 1992.

225. Jones BD: "Management of Acute Aggression in Adults." Schizophrenia 1992: Poised for Change, Vancouver, B.C. 19-22 July 1992.

226. Jones BD: "Schizophrenia Research in Canada: The Big Bang for Little Bucks Theory."  Schizophrenia 1992: Poised for Change,  Vancouver, B.C. 19-22 July 1992.

227. MacEwan GW, Chouinard G, Jones BD, Remington G, Addington D, Nair NPV, Arnott W: A Canadian Multicentre Fixed-Dose Study of Risperidone in Chronic Schizophrenia." Schizophrenia 1992: Poised for Change, Vancouver, B.C. 19-22 July 1992.

228. Jones BD: "Clinical Issues Related to the Use of Clozapine", 11th International Congress of Group Psychotherapy, Montreal, Quebec, 22-28 August 1992.

229. Chouinard G, Jones BD, Remington G, Bloom D, Addington D, MacEwan G, Labelle A, Beauclair L, Arnott W: A Canadian Multicentre study of Risperidone and Haloperidol in chronic schizophrenic patients. 42nd Annual Meeting, Canadian Psychiatric Association, Montreal, Quebec. 16-18 September 1992.

230. Chouinard G, Beauclair L, Jones BD, Labelle A, Williams R, Fairbairn R, Singh A: A Double-blind study of loxapine and haloperidol in the assessment of minimal therapeutic dose in schizophrenia. 42nd Annual Meeting, Canadian Psychiatric Association, Montreal, Quebec. 16-18 September 1992.

231. Mai F, Pivik RT, Jones BD, Alda M, Seeman P, Cleghorn JM, Buchsbaum M:  Biological markers for schizophrenia: Facts, Fiction and the Future. 42nd Annual Meeting, Canadian Psychiatric Association, Montreal, Quebec, 16-18 September 1992.

232. Jones BD: Genetic Markers in Schizophrenia.  42nd Annual Meeting, Canadian Psychiatric Association, Montreal, Quebec. 16-18 Sept. 1992.

233. Jones BD, Labelle A: Update on the psychopharmacology of schizophrenia: Focus on Positive/Negative and Disorganized symptoms.  42nd Annual Meeting, Canadian Psychiatric Association, Montreal, Quebec. 16-18 September 1992.

234. Oyewumi LK, Collins EJ, Honer WG, MacEwan GW, Jones BD, Labelle A:  Specialized units for the treatment-resistant schizophrenic patients.  42nd Annual Meeting, Canadian Psychiatric Association, Montreal, Quebec. 16-18 September 1992.

235. Jones BD, Labelle A: Advantages and disadvantages of specialized psychiatry units for treatment-resistant schizophrenic patients. 42nd Annual Meeting, Canadian Psychiatric Association, Montreal, Quebec. 16-18 September 1992.

B514

236. Jones BD, Seeman P, Praskenburg F, Stockmeister C: Clozapine: How does it work? 42nd Annual Meeting, Canadian Psychiatric Association, Montreal, Quebec. 16-18 September 1992.

237. Jones BD: "Antipsychotics for community use" Ottawa Civic Hospital, Ottawa, Ontario. 24 September 1992.

238. Jones BD, Lit W: "Stepwise approach to management of acute schizophrenic relapse." Grand Rounds, ROH, 3 November 1992.

239. Lit W, Jones BD: "Risperidone in the treatment of psychotic symptoms associated with autism and mental retardation." 13th Annual Research & Teaching Day, Royal Ottawa Hospital, 13 November 1992.

240. Jones BD: "Current Issues in the Treatment of Schizophrenia" Benny Lo Restaurant, 20 January 1993.

241. Danson JYH, Finlayson R, Jones BD, Shulman KI, Weir D, Malcolmson S: Special Forum "Ontario Psychiatry at the Corss-Roads: Strengths, Weaknesses, Opportunities, Threats in 1993", 73rd Annual Meeting, Ontario Psychiatric Association, Delta Chelsea Hotel, toronto, Ontario. 28-30 January 1993.

242. Jones BD: "Related Treatment Issues in Schizophrenia" Post-Traumatic Stress Disorder in Vietnam Veterans: The Trauma of War and its relevance to the psychotic experience. Royal Ottawa Hospital, 21 January 1993.

243. Jones BD: "Consultative forum on the economical impact of RISPERDAL (risperidone) in hospital settings across Canada. Gatineau Room, Chateau Laurier, Ottawa, Ontario. 10 March 1993

244. Cavazzoni P, Jones BD: "A comparative review of risperidone vs clozapine response in treatment resistant schizophrenic patients. Resident Research Day, Royal Ottawa Hospital, 23 April 1993.

245. Jones BD: "Psychopharmacology Update for Schizophrenia" St. Thomas Psychiatric Hospital, Windsor Ontario. 27 May 1993.

246. Gauthier S, Jones BD, Stanhope T, Simpson K: Public Forum - "Advances in research; What do we want and what can we expect?" XVI Annual Meeting, Canadian College of Neuropsychopharmacology (CCNP), Montreal, Quebec. 30 May - 2 June 1993.

247. Jeffries JJ, Bloom D, Addington D, Kane JM, Leyaen J, Jones BD, Owens DGC: "Risperidone: The next step in the modern management of schizophrenia: An interactive satellite broadcast, IX World Congress of Psychiatry live from Rio de Janeiro, 8 June 1993.

248. Jones BD, Chouinard G, et al: "An antidyskinetic effect of risperidone" IX World Congress of Psychiatry, Rio de Janeiro, 6-12 June 1993.

249. Jones BD: "Update on Schizophrenia and Clozapine" Waterford Hospital, St. John's, Nfld. 24 June 1993.

250. Jones BD: "Update on Schizophrenia and Clozapine" Lecture for Residents, St. John's, Nfld. 25 June 1993.

251. Jones BD: Invited guest speaker for "Call-in Talk Show", CBC Radio, Ottawa, Ontario. 7 July 1993.

252 Jones BD: Invited guest speaker for "Call-in Talk Show", CFRA Radio, Ottawa, Ontario. 14 July 1993.

253. Jones BD: "Canadian Alliance for Research on Schizophrenia, Recent Research and New Drug Therapies", Speaker, BC. Schizophrenia Society, Victoria Chapter and Capital Mental Health Association, Victoria, B.C., 25 July 1993.

254. Jones BD: "Future directions in the Management of Schizophrenia" Residents dinner, Ottawa, Ontario. 24 August 1993.

255. Jones BD: "Risperidone in the Treatment of Chronic Schizophrenia: The Canadian Multicentre Experience". Grand Rounds - Lakeshore General Hospital, Montreal, P.Q., 22 September 1993.

256. Jones BD: "Understanding & Treating Schizophrenia: The Role of Novel Antipsychotics", C.H. Robert Giffard Hospital, Quebec City, P.Q., 22 September 1993.

257. Jones BD: "Review of the Pharmacological & Clinical Profile of the Novel Antipsychotic Risperidone in the Treatment of Schizophrenia" Grand Rounds at C.H.U.L., Quebec City, P.Q., 23 September 1993.

258. Jones BD: Research and New Meds, Manitoba Schizophrenia Society information/Educational Meeting, Winnipeg, Manitoba 27 September 1993.

259. Jones BD: Brief Address - Schizophrenia Society of Alberta, Schizophrenia Awareness Week, Schizophrenia '93 Open Forum, Edmonton, Alberta, 8 October 1993.

B515

CURRICULUM VITAE - DR. BARRY D. JONES                                                    PAGE 32

260.  Jones BD: "Understanding Negative Symptoms", Schizophrenia Awareness Week, Edmonton, Alberta, 8 October 1993.

261.  Jones BD: Recent Advances in the Understanding and Treatment of Schizophrenia: Investment or Expenditure. International Symposium, McMaster University, Hamilton, Ontario.  22 October 1993.

262.  Jones BD: "The Role of Atypical Neuroleptics in the Treatment of Schizophrenia", Grand Rounds, Women's College Hospital, Toronto, Ontario.  12 November 1993.

263.  Jones BD: "The Role of Atypical Neuroleptics in the Treatment of Schizophrenia", Grand Rounds, Mount Sinai Hospital, Toronto, Ontario.  12 November 1993.

264.  Jones BD: "Understanding Treating Schizophrenia: The Role of Novel Antipsychotics" , Hotel Intercontinental, Montreal, Quebec.  16 November 1993.

265.  Jones BD: "Atypical Antipsychotics in the Treatment of Schizophrenia", Grand Rounds, Queen Elizabeth Hospital, Montreal, Quebec.  16 November 1993.

266.  Purdon S, Jones BD, Labelle A, Erickson D.: "Neurobehavioral research on schizophrenia", Research & Teaching Day, Royal Ottawa Hospital, 19 November 1993.

267.  Jones BD: "PANSS Training", Brockville Psychiatric Hospital, Brockville, Ontario. 18 November 1993.

268.  Jones BD: "PANSS Training" Kingston Psychiatric Hospital, Kingston, Ontario.  19 November 1993.

269.  Jones BD: Grand Rounds - "Tardive Dyskinesia and Other Tardive Syndromes", Kingston Psychiatric Hospital, Kingston, Ontario.  19 November 1993.

270.  Jones BD: "The New Pharmacotherapy of Schizophrenia", Queen Street Mental Health Centre, Toronto, Ontario. 3 December 1993.

271.  Jones BD: Grand Rounds - "New Developments in the Treatment of Schizophrenia", Riverview Hospital, Vancouver, B.C. 8 December 1993.

272.  Jones BD: "Pharmacology and Clinical Use of Risperidone in Treating Chronic Schizophrenia" presented to local psychiatrists, Vancouver, B.C., 8 December 1993.

273.  Jones BD: "New Developments in the Management of Schizophrenia" presented to psychiatrists from GVMHSS, Vancouver, B.C. 9 December 1993.

274.  Jones BD:  Grand Rounds - "Novel Antipsychotics in the Treatment of Schizophrenia", Department of Psychiatry, University of British Columbia, Vancouver, B.C., 9 December 1993.

275.  Jones BD: "Recent Research and New Drug Therapies", Vancouver, B.C. 9 December 1993.

276.  Jones BD: "New Developments in the Management of Schizophrenia", Royal Jubilee Hospital, Victoria, B.C. 10 December 1993.

277.  Jones BD: "Novel Antipsychotic Drugs in the Treatment of Schizophrenia", Oak Ridge Division Mental Health Centre, Penetanguishene, Ontario.  17 December 1993.

B516

50771L/0015 | 0027
93 | 030
02-28-94

CF

# CURRICULUM VITAE

# ALAIN LABELLE

# FACULTY OF HEALTH SCIENCES
# UNIVERSITY OF OTTAWA

# ROYAL OTTAWA HOSPITAL
1145 Carling Avenue
Ottawa, Ontario
K1Z 7K4
CANADA

## (613) 724-6501

February 1994

RECEIVED

SEP 2 9 1994

CLINICAL &
MEDICAL AFFAIRS

B517

# CURRICULUM VITAE

**PERSONAL:**

| | |
|---|---|
| Date/Place of Birth: | 10 July 1958 |
| | St. Jovite, Quebec, Canada |
| Citizenship: | Canadian |
| Languages: | French, English |
| Address: | 21 rue des Narcisses or C.P. 419 |
| | Hull, Quebec          Labelle, Quebec |
| | J9A 1T2               J0T 1H0 |

**EDUCATION:**

Cert. Sec. V
Ecole Polyvalente Cure-Mercure
St. Jovite, Quebec
1975-1976

D.E.C.
C.E.G.E.P. St. Jerome
St. Jerome, Quebec
Diploma of Collegial Studies in Health Sciences
1976-1978

Universite de Montreal
Montreal, Quebec

**POST GRADUATE:**

Verdun Hospital Centre
Verdun, Quebec
Mixed Internship
1983-1984

University of Ottawa
Faculty of Health Sciences
School of Medicine

Children's Hospital of Eastern Ontario
Child Psychiatry
July 1984-December 1984

Ottawa General Hospital
Adult Psychiatry
January 1985-December 1985

B518

Royal Ottawa Hospital
Chronic Psychiatry
Psychopharmacology Research
January 1986-December 1986

Pierre-Janet Hospital
Adult Inpatient Department
Psychopharmacology Research
January 1987-June 1987

Royal Ottawa Hospital
Forensic Psychiatry
July 1987-June 1988

Royal Ottawa Hospital
Research Department
Research Fellowship
July 1988-June 1989

**DEGREES AND DIPLOMAS:**

Doctor of Medicine (M.D.)
University of Montreal
1983

Diploma in Psychiatry
University of Montreal
1988

Certificate of Specialist in Psychiatry
Royal College of Physicians and Surgeons of Canada
1988

Certificate of Specialist of Psychiatry
Professional Corporation of Physicians of Quebec
1988

Fellow of the Royal College of Physicians and Surgeons of Canada
(F.R.C.P.C.)
1988

Research Fellowship
University of Ottawa
1989

**LICENCES:**

Professional Corporation of Physicians of Quebec
1984 (#84-065)

College of Physicians and Surgeons of Ontario
1984 (#54528)

B519

Licence of the Medical Council of Canada (LMCC)
1983

Clinical Researcher, Health Protection Branch
Health and Welfare Canada
1987

**PRESENT POSITION:**

Director, Inpatient Unit of the Schizophrenia Program
Royal Ottawa Hospital

Assistant Professor of Psychiatry, Department of Psychiatry
Faculty of Health Sciences, University of Ottawa

Member, Institute of Mental Health Research, Schizophrenia Branch,
Royal Ottawa Hospital

**SOCIETIES AND ASSOCIATIONS:**

Quebec Medical Association
Canadian Medical Association
Professional Corporation of Physicians of Quebec
Canadian Psychiatric Association
American Psychiatric Association
Association des medecins de langue francaise du Canada
Royal College of Physicians and Surgeons of Canada
The Medical-Legal Society of Ottawa-Carleton

**COMMITTEES:**

Residents' Representative
Research Committee
Department of Psychiatry
University of Ottawa
1986-1988

Member, Residents' Executive Committee
Department of Psychiatry
University of Ottawa
1987-1988

Member, Pharmacy and Therapeutic Committee
Royal Ottawa Hospital
1992-ongoing

Member, ECT Review Committee
Royal Ottawa Hospital
1992-ongoing

B520

## TEACHING ACTIVITIES:

1.  Responsible for lecture on Schizophrenia to third-year medical students, University of Ottawa, 1989-ongoing.

2.  Responsible for lecture on Genetic of Schizophrenia to Psychiatric Residents of the University of Ottawa, 1990-ongoing.

3.  Responsible for lecture on Neuroleptics to Psychiatric Residents of the University of Ottawa, 1990-ongoing.

4.  Supervisor of medical students attached to the Inpatient Unit of the Schizophrenia Program, Royal Ottawa Hospital, 1989-ongoing.

5.  Supervisor of Psychiatric Residents attached to the Inpatient Unit of the Schizophrenia Program, Royal Ottawa Hospital, 1989-ongoing.

6.  Responsible for Review Course on Phenomenology, Classification of Schizophrenia to Psychiatric Residents of the University of Ottawa, 1993-ongoing.

## PAST RESEARCH ACTIVITIES:

1.  Co-investigator, Clinical trial of the antidepressant **Nefazodone**, double-blind placebo controlled. Royal Ottawa Hospital, Outpatient Department.
    January 1986-December 1986.

2.  Participation, Clinical trial of the neuroleptic **Clopenthixol**, double-blind, active controlled study, Royal Ottawa Hospital.
    January 1986-December 1986.

3.  Participation, Clinical trial for the antidepressant **Fluoxetine**, double-blind, active controlled study, Royal Ottawa Hospital, Inpatient Department.
    January 1986-December 1986.

4.  Co-investigator, Clinical trial of the neuroleptic **Remoxipride**, double-blind study, active controlled, Pierre-Janet Hospital, Inpatient Department.
    January 1987-June 1987.

5.  Co-investigator, Clinical trial of the neuroleptic **Raclopride**, open study, Royal Ottawa Hospital.
    August 1989-June 1990.

B521

6.  Co-investigator, Clinical trial of the neuroleptic **Risperidone**, double-blind study, active controlled, Royal Ottawa Hospital, Inpatient Unit of the Schizophrenia Program. August 1989-October 1990.

## PRESENT RESEARCH ACTIVITIES:

1.  Co-investigator, **"Evaluation of the Sexual Functioning of Schizophrenic Patients Taking Neuroleptic Medication"**, Royal Ottawa Hospital, Forensic Department. July 1984-Ongoing.

2.  Co-investigator, **"Evaluation of the Sexual Functioning of Priests"**, Royal Ottawa Hospital, Forensic Department. April 1988-Ongoing.

3.  Principal investigator, **"Identification of Schizophrenia Pedigrees Informative for Genetic Linkage Analysis"**, Royal Ottawa Hospital, Research Department. July 1988-Ongoing.

4.  Co-investigator, **"Identification of Paraphiliac Families Informative for Genetic Linkage Analysis"**, Royal Ottawa Hospital. Ongoing.

5.  Co-investigator, **"Perpetration of Criminal Acts by Law Enforcement Officers"**. May 1989-Ongoing.

6.  Co-investigator, **"Identifying Families for Studies of Genetic Linkage in Schizophrenia"**, Calgary Foothills Hospital. July 1989-Ongoing.

7.  Co-investigator, Clinical trial of the neuroleptic **Remoxipride**, double-blind study, active controlled, Schizophrenia Program, Royal Ottawa Hospital. June 1990-Ongoing.

8.  Co-investigator, Clinical trial of the neuroleptic **Ondansetron**, double-blind study, active controlled, Inpatient Unit of the Schizophrenia Program, Royal Ottawa Hospital. November 1990-Ongoing.

9.  Co-investigator, Clinical trial for the neuroleptic **Amperozide**, double-blind study, placebo and active controlled, Inpatient Unit of the Schizophrenia Program, Royal Ottawa Hospital. November 1990-Ongoing.

B522

10. Principal investigator, Clinical trial of **Clozapine** responders and non-responders. Inpatient Unit of the Schizophrenia Program, Royal Ottawa Hospital Foundation, Grant.     1993-Ongoing.

## OTHER ACTIVITIES:

1. Acted as Scientific Reporter, World Congress of Psychiatry, Athens, Greece, October 1989.

2. Act as a grant reviewer for Medical Research Council of Canada.

## MEDIA:

1. Radio interview on Schizophrenia with CBC Network for **"Science et technologie en marche: la neurobiologie"**. May 10, 1989.

2. Radio interview on Clozapine with CBC Network for **"Day Break"**. January 12, 1991.

3. Press Conference on **"Canadian Release of Clozapine"**, Skyline Hotel, Ottawa, Ontario. March 26, 1991.

4. Radio interview on **"Canadian Release of Clozapine"**, CHEZ-FM 106. March 26, 1991.

## GRANTS:

 *Principal Investigator
**Co-Investigator

1. *Research grant from the Canadian Psychiatric Research Foundation for "Identification of Schizophrenia Pedigrees Informative for Genetic Linkage Analysis", $25,000.00. 1988-1989

2. **Research grant from the Ian Douglas Bebensee Foundation for "Identification of Families Informative for Genetic Linkage: A Feasibility Study in Western Canada", $15,000.00. 1989-1991

3. *Research grant from the Royal Ottawa Hospital Foundation for "Identification of Schizophrenia Pedigrees Informative for Genetic Linkage Analysis", $27,000.00. 1990-1991

B523

**POSTERS:**

1. Jones BD, Labelle A, Grimes D: "Neural Implants in Parkinson's Disease: Implication for Schizophrenia", International Congress on Schizophrenia Research, San Diego, California, USA, April 5, 1989.

2. Jones BD, Labelle A, Grimes D: "Neural Implants in Parkinson's Disease: Implication for Schizophrenia", American Psychiatric Association Meeting, San Francisco, California, USA, May 9, 1989.

3. Jones BD, Labelle A: "A Recent Advances in the Genetics of Schizophrenia", 50th Annual Convention of the Canadian Psychological Association, Halifax, Nova Scotia, June 8-10, 1989.

4. Labelle A, Bourget D, Tessier P, Alda M, Bradford JMW: "Familial Pedigrees of Paraphilia: American Psychiatric Association Meeting, New York, N.Y., May 15, 1990.

5. Alda M, Lit W, Ahrens B, Labelle A, Zvolsky P, Jones BD, Cameron P: "Age of Onset in Sporadic & Familial Schizophrenia". 7th Biennial Winter Workshop on Schizophrenia, Diablerets, Switzerland, January 23-28/94.

6. Purdon SE, Jones BD, Begin L, Labelle A, Mohr E: "Frontal Mediation of New Learning in Huntington's Disease and Schizophrenia". 7th Biennial Winter Workshop on Schizophrenia, Diablerets, Switzerland, January 23-28/94.

**PUBLICATIONS:**

1. Lapierre YDL, Labelle A: Manic-like Reaction Induced by Lorazepam withdrawal. Can. J. Psychiatry Vol. 32, 697-698, November 1987.

2. Labelle A, Lapierre YDL: Keratoderma: side-effects of Lithium. Journal Clin. Psychopharmacol, vol 11, no. 2, 149-150, April 1991.

3. Labelle A, Bradford JMW, Bourget D, Jones BD, Carmichael M: Adolescent Murderers. Canadian Journal of Psychiatry, vol. 36, October 1991.

4. Alda M, Jones BD, Labelle A: Alternative Model of Inheritance of Schizophrenia. Submitted for publication.

5. Bourget D, Tessier PF, Labelle A: A clinical study of Satanic Cult Participants: involvement and psychopathology. Submitted for publication.

B524

6.  Alda M, Labelle A, Dvorakova M, Jones BD, Zvolsky P, LeMelledo JM, Fraser: Mode of Inheritance in Schizophrenia. Analysis of models for linkage studies.  Schizophrenia Research (an international multidisciplinary Journal), SCRSEH 6(2) P. 94, January 1992.

7.  Labelle A: Clozapine and negative symptoms of schizophrenia, clozapine in treatment-resistant schizophrenia: a scientific update, edited by Y. Lapierre and B. Jones, 1992; Royal Society of Medicine Services International Congress a symposium series no. 185, published by Royal Society of Medicine Services Limited 51-53, 1992.

8.  Chouinard G, Jones BD, Remington G, Bloom D, Addington D, MacEwan GW, Labelle A, Beauclair L, Arnott W: "A Canadian Multicentre Placebo Controlled Study of Fixed Doses of Risperidone and Haloperidol in the Treatment of Chronic Schizophrenic Patients". Journal Clin. Psychopharmacology, vol. 13, No. 1, pp. 25-40, 1993.

9.  Bourget D, Tessier P, Labelle A.  "Problématique diagnostique chez le schizophrène meurtrier". Le Clinicien, Novembre 1993, 8(11): 67-74.

**Refereed:**

Jones BD, Labelle A: "Recent Advances in the Genetics of Schizophrenia".  Canadian Psychological Association Meeting. St. John, Newfoundland, Canada 1989.

Bourget D, Tessier PF, Labelle A: "Clinical Study of Satanic Cult Participants".  International conference on cults and terrorism, Montego Bay, Jamaica.  1990.

Panelist: Clozapine in treatment-resistant schizophrenia: a scientific update.  "Clinical Efficacy and Use of Clozapine - the Canadian Experience". Canadian Psychiatric Association, Saskatoon, Saskatchewan, October 1-4, 1991.

Alda M, Labelle A, Dvorakova M, Jones BD, Zvolsky P, LeMelledo JM, Fraser H: Mode of inheritance in schizophrenia. Analysis of models for linkage studies.  Schizophrenia Research (an international multidisciplinary journal), SCRSEH 6(2) p. 94, January 1992.  VI Biannual Winter Workshop in Schizophrenia, Austria, January 25, 1992.

Chouinard G, Jones BD, Remington G, Bloom D, Addington D, MacEwan G, Labelle A, Beauclair L, Arnott W: "A Canadian multicentre placebo-controlled study of Risperidone and Haloperidol in chronic schizophrenic patients:, 42nd Annual Meeting, Canadian Psychiatric Association, Montreal, Quebec, September 16-18, 1992.

B525

Oyewumi LK, Collins EJ, Honer WG, Jones BD, MacEwan GW, Labelle A:
"Specialized units for treatment-resistant schizophrenic patients".
42nd Annual Meeting, Canadian Psychiatric Association, Montreal,
Quebec, September 16-18, 1992.

**Non-Refereed:**

"Evaluation of the Sexual Functioning of Schizophrenia Patients
Taking Neurologic Medication - Preliminary Results". Grand Rounds,
Royal Ottawa Hospital, February 1, 1988.

**PRESENTATIONS:**

"Schizophrenia". Lecture to the University of Ottawa Law Students,
March 25, 1988.

"Juvenile Murderers".  Research Day, Department of Psychiatry,
University of Ottawa, April 15, 1988.

"Current Research in Schizophrenia".  Algonquin College Nursing
Students, November 23, 1988.

"Principles  de  selection  pour  des  etudes  epidemiologiques
familiales".  Hopital Robert-Giffard, Quebec City, February 1,
1989.

"Schizophrenia and its Effect on the Family".  Nepean High School,
Nepean, Ontario, March 16, 1989.

"Research in Schizophrenia".  University of Ottawa Law Students,
March 17, 1989.

"Update on Schizophrenia".  Nursing In-service Meeting, Royal
Ottawa Hospital, March 28, 1989.

"Psychiatry as a Career".  Sir Robert Borden High School, Nepean,
Ontario, April 24, 1989.

"The Genetics of Schizophrenia".  Pharmacy Students Preceptor
Workshop, Royal Ottawa Hospital, July 12, 1989.

"Genetics of Schizophrenia".  Department of Psychiatry, Friday
Research Seminar, University of Ottawa, November 3, 1989.

"New Pharmacotherapy of Schizophrenia".  North Bay Psychiatric
Hospital, North Bay, Ontario, February 23, 1991.

"Clozapine".  Pharmacy Student Preceptor Workshop, Royal Ottawa
Health Care Group, Ottawa, Ontario, July 30, 1991.

B526

CME - "New Pharmacotherapy of Schizophrenia: Focus on Clozapine". Douglas Hospital, Verdun, Quebec, October 10, 1991.

Grand Rounds - "New Pharmacotherapy of Schizophrenia: Focus on Clozapine".  Lakeshore General Hospital, Montreal, November 6, 1991.

"Psychopharmacology in Schizophrenia".  Causeway, Ottawa, January 15, 1992.

"Schizophrenia".  sponsored by CMHA, Presland Residence, Ottawa, January 20, 1992.

Grand Rounds - "Revue de la pharmacologie clinique de la risperidone dans le traitement de la schizophrenie chronique". sponsored by Janssen Pharmaceutical, Hotel-Dieu de Levis, Levis, Quebec, March 17, 1993.

Grand Rounds - "Revue de la pharmacologie clinique de la risperidone dans le traitement de la schizophrenie chronique". sponsored by Janssen Pharmaceutical, Clinique Roy-Rousseau, Beauport, Quebec, March 18, 1993.

Grand Rounds - "Pharmacological and clinical profile of Risperidone in the treatment of chronic schizophrenia". sponsored by Janssen Pharmaceutical, Reddy-Memorial Hospital, Montreal, Quebec, April 14, 1993.

Grand Rounds - sponsored by Janssen Pharmaceutical, Valleyfield, Quebec, April 19, 1993.

Grand Rounds - sponsored by Janssen Pharmaceutical, Hopital Charlemoyne, Montreal, Quebec, April 23, 1993.
Grand Rounds - sponsored by Janssen Pharmaceutical, Lakeshore General Hospital, Pointe Claire, Quebec, May 12, 1993.

Grand Rounds - sponsored by Janssen Pharmaceutical, Maisonneuve-Rosemont Hospital, Montreal, Quebec, May 20, 1993.

Grand Rounds - sponsored by Janssen Pharmaceutical, Cite de la Sante de Laval, Laval, Quebec, June 9, 1993.

"Le profil pharmacologique et clinique de la rispéridone", sponsored by Janssen Pharmaceutical, July 8, 1993, restaurant, 'La Vieille Histoire', Laval, Quebec.

"Future directions in the management of schizophrenia".  Residents Presentation sponsored by Astra Pharma Inc., Capone's Restaurant, Ottawa, Ontario, August 24, 1993.

Teleconference, September 3, 1993. "Remoxipride".  Sponsored by Astra Pharmaceutica.

B527

"What's new in the treatment of the schizophrenic patient". Sponsored by Astra Pharma Inc., October 19, 1993. Capones Restaurant, Ottawa, Ontario.

Grand Rounds, "New advances in the treatment of schizophrenia". Sponsored by Astra Pharma Inc., October 20, 1993. Brockville Psychiatric Hospital, Brockville, Ontario.

Algonquin College, Woodroffe Campus, "Dealing with mental illness in the classroom". October 29, 1993. Ottawa, Ontario.

Grand Rounds - "Revue du profil pharmacologique et clinique de la risperidone dans le traitement de la schizophrenie chronique". Jean Talon Hospital, Montreal, Quebec. Sponsored by Janssen Pharmaceutica Inc. November 11, 1993.

14th Annual Research and Teaching Day, November 19, 1993, Royal Ottawa Hospital. "Neurobehavioral research on schizophrenia". S. Purdon Ph.D.; B. Jones MD; A. Labelle MD; D. Erickson Ph.D.

14th Annual Research and Teaching Day, November 19, 1993, Royal Ottawa Hospital. "EEG abnormalities, clozapine treatment and organic brain syndrome". P. Cavazzoni MD; H. Butter Ph.D.; A. Labelle MD.

Grand Rounds - Centre Hospitalier Robert-Giffard, Quebec, P.Q. "Etude canadienne sur la Risperidone". February 23, 1994.

1994 Update, presented by The Ottawa Valley Regional Drug Information Service, sponsored by Pfizer Pharmaceutical. "Schizophrenia - New Era in Therapy". February 26, 1994, Ottawa, Ontario.

Telemedicine Canada - Teleconference. "Recent Medications for the Treatment of Schizophrenia". Participation of 20 sites with seven provinces represented. April 8, 1994. Ottawa, Ontario.

B528

## CURRICULUM VITAE

**Name:** REMINGTON, Gary James

**Business Address:** Clinical Investigation Unit &
Schizophrenia Research Program,
Clarke Institute of Psychiatry,
Toronto, Ontario  M5T 1R8,
Canada

**Citizenship:** Canadian

**Date of Birth:** November 17, 1951

### A. Date of CV Preparation

June 30, 1993

### B. Biographical Information

#### 1. Degrees

Ph.D.        1977

M.D.         1980

F.R.C.P.(C)  1984

Ph.D. THESIS:

Genetic and ontogenetic variations in catecholaminergic and
cholinergic development: a model for hyperkinesis

#### 2. Employment

Assistant Professor,
Department of Psychiatry,
University of Toronto (1984-)

Clinical Investigation Unit
and Schizophrenia Research Program,
Clarke Institute of Psychiatry

Psychopharmacology Program,
Department of Psychiatry,
University of Toronto

RECEIVED

OCT 0 6 1993

CLINICAL &
MEDICAL AFFAIRS

B529

2

### 3. Honors

| | |
|---|---|
| Psychopharmacology Panel, Canadian Alliance for Research on Schizophrenia | 1990 |
| World Health Organization, Task Force on Neuroleptics | 1990 |
| Psychopharmacology Consultant, College of Physicians and Surgeons of Ontario | 1990/91 |
| Examiner, Royal College of Physicians and Surgeons of Canada | 1990/91, 1992/93 |

### 4. Professional Affiliations and Activities

MEMBERSHIP IN PROFESSIONAL SOCIETIES:

American College of Psychiatrists (Laughlin Fellow)

Canadian College of Neuropsychopharmacology

Canadian Medical Association

Canadian Psychiatric Association

College of Physicians and Surgeons of Ontario

Ontario Psychiatric Association

Royal College of Physicians and Surgeons of Canada

Society for Neuroscience

COMMITTEES:

(a) INSTITUTE

Academic Trust Fund

Associates Executive

Medical Staff Vice-President

Pharmacy and Therapeutics

(b) UNIVERSITY

Department of Psychiatry Research

B530

3

University of Toronto Research Grants

(c) OTHER

| | |
|---|---|
| Clarke Institute Representative,<br>Ontario Psychiatric Association | 1987/88  -  1992/93 |
| Coordinator,<br>Royal College Examinations in Psychiatry,<br>Toronto | 1991/92,   1992/93 |

REVIEWER:

(a) FOUNDATIONS AND GROUPS

Canadian Psychiatric Research Foundation

Fonds de la recherche en sante du Quebec (FRSQ)

Ontario Mental Health Foundation

Ontario Ministry of Health

Dean's Fund, Department of Medicine, University of Toronto

Scientific Review for Research, Department of Psychiatry

Ethics Review for Research, Department of Psychiatry

(b) JOURNALS

American Journal of Psychotherapy

Biological Psychiatry

Canadian Journal of Psychiatry

Journal of Psychiatry & Neuroscience

EDITORIAL BOARDS:

Drug Protocol (1989/90)

B531

4

## C. Academic History

1. Research Endeavours

The atypical psychoses

Biochemical factors mediating psychosis

Neuroleptic-induced side effects

Pharmacotherapy of schizophrenia

CURRENT PROJECTS:

Remington G, Prendergast P, Jeffries JJ: Maintenance treatment with oral and depot neuroleptics in schizophrenia: a 10-year follow-up.

Remington G, Collins A, Coulter K: Insight, psychopathology, and neurocognitive functioning in chronic schizophrenia.

Remington G, Jeffries JJ, Zipursky R: Risperidone (R 64766) versus haloperidol in chronic schizophrenic patients: an international multicenter double-blind parallel-group study to evaluate relapse incidence and quality of life.

Remington G, Jeffries JJ, Zipursky R: Clinical evaluation of the efficacy and tolerability of ritanserin as add-on therapy to depot neuroleptics in patients with predominantly negative symptoms of chronic or subchronic schizophrenia.

Remington G, Zipursky R, Jeffries JJ: Risperidone (R 64766) in the treatment of first admission psychotic patients: an international multicenter double-blind parallel-group study versus haloperidol.

Remington G, Zipursky R, Jeffries JJ: Risperidone (R 64766) OD versus BID in the treatment of acute exacerbations of schizophrenia: an international multicenter double-blind paralll-group trial.

Remington G, Fornazzari L, Tupling S: Akathisia: assessment, measurement and treatment.

Remington G, Tupling S, Fornazzari L: The quantification of neuroleptic-induced akinesia.

Remington G, Sloman L, Tupling S, Hasey G: Depression, gait patterns, and effects of antidepressant therapy.

Remington G, Rosenblat H, Voineskos G, Reed K: A comparison of intramuscular zuclopenthixol and haloperidol in the emergency treatment of acutely psychotic patients.

Baskys A, Remington G: Glutamatergic neurotransmission in the neocortex: properties and regulation of biogenic amines and antipsychotic drugs.

B532

5

Fornazzari L, Remington G, Collins P, Rosenblat H, Smith I, Coulter K, Birkett K: Dysprosodias, perception of emotional gestures and mimic expression in schizophrenia.

Kennedy J, Bean G, Zhang J, Remington G, et al: A clinical and genetic investigation of haloperidol versus risperidone in psychosis.

Reed K, Remington G: Haloperidol/reduced haloperidol ratio in acute psychosis.

Sloman L, Remington G, Konstantareas M: Clomipramine versus haloperidol in autism: a double-blind crossover evaluation.


2. Research Awards (Title/Amount/Source/Duration)

PRINCIPAL INVESTIGATOR:

A comparison of intramuscular zuclopenthixol acetate and haloperidol in the emergency treatment of acutely psychotic patients (154,000/Merrell Dow/1987-90)

Risperidone (R 64766) in the treatment of chronic schizophrenic patients: an international multicenter, placebo-controlled, double-blind, parallel group study versus haloperidol (96,000/Janssen/1989-90)

The quantitative assessment of akathisia (1,750/Clarke Institute/1989-90)

The quantitative assessment of akathisia (14,375/Ontario Mental Health Foundation/1989-90)

The quantitative assessment of akathisia (34,000/Canadian Psychiatric Research Foundation/1989-90)

A prospective, randomized, placebo-controlled, multicenter, parallel-group comparison of the efficacy and safety of amperozide low (1-5 mg), high (7.5-12.5 mg) dose, and haloperidol (10-30 mg) in institutionalized schizophrenics (200,000/Sandoz/1990-91)

Risperidone (R 64766) in the treatment of first admission psychotic patients: an international, multicenter, double-blind, parallel-group study (35,000/Janssen/1991-92)

Insight, negative symptomatology, and neurocognitive functioning in chronic schizophrenia (3,000/Clarke Institute/1992-93)

Risperidone (R 64766) once daily versus risperidone twice daily in the treatment of acute exacerbations of schizophrenia: an international, multicenter, double-blind parallel group trial (132,000/Janssen/1992-93)

Clinical evaluation of the efficacy and tolerability of ritanserin as add-on therapy to depot neuroleptics in patients with predominantly negative symptoms of chronic and sub-chronic schizophrenia (146,160/Janssen/1992-93)

B533

6

A double-blind, placebo-controlled, parallel-group rising oral dose study of the safety, tolerability and efficacy of SDZ MAR 327 in hospitalized patients with schizophrenic disorders   (108,000/Sandoz/1992-93)

Risperidone (R 64766) versus haloperidol in treatment resistant chronic schizophrenic patients: a multicenter double-blind trial (110, 000/Janssen/1993-94)

Long-term safety of risperidone in the treatment of psychotic patients: an international multicenter open label trial (35000/Janssen/1993-1998)

CO-INVESTIGATOR:

Atypical neuroleptic clozapine blocks synaptic transmission in the hippocampus (7,500/Sandoz/1992)

Differential effects of clomipramine versus haloperidol in the treatment of autistic disorder (86,730/ Ontario Mental Health Foundation/1993-1995)

IN PREPARATION (PRINCIPAL INVESTIGATOR):

Akathisia, postural sway, and bradykinesia (Ontarion Mental Health Foundation)

IN PREPARATION (CO-INVESTIGATOR):

Glutamatergic neurotransmission in the neocortex: properties and regulation by biogenic amines and antisychotic drugs (Canadian Psychiatric Research Foundation)

## D. Scholarly/Research Achievement and Creative Professional Activity

1. Refereed Publications (P=primary author; S=secondary; J=joint)

Remington G, Anisman H: Disruptive effects of epinephrine on active avoidance behavior: alteration by scopolamine and d-amphetamine. Pharmacol Biochem Behav 1974; 2:424-430   (P)

Remington G, Anisman H: Genetic and ontogenetic variations in response to scopolamine and d-amphetamine in three strains of mice. Dev Psychobiol 1976; 9:579-586 (P)

Anisman H, Kokkinidis L, Glazier S, Remington G: Differentiation of response biases elicited by scopolamine and d-amphetamine: effects on habituation. Behav Biol 1976; 18:401-407   (P)

Remington G, Anisman H: A simple method for quantifying tremor in rodents. Pharmacol Biochem Behav 1977; 4: 721-723 (P)

Anisman H, deCantanzero D, Remington G: Escape performance following exposure to inescapable shock: deficits in motor response maintenance. J Exp Psychol 1978; 4:197-218   (P)

B534

Anisman H, Remington G, Sklar L: Effects of inescapable shock on subsequent escape performance: catecholaminergic and cholinergic mediation of response initiation and maintenance. Psychopharmacology 1979; 6:107-124  (J)

Anisman H, Grimmer L, Irwin J, Remington G, Sklar LS: Escape performance after inescapable shock in selectively bred lines of mice: response maintenance and catecholaminergic activity. J Comp Physiol Psychol 1979; 93:229-241  (J)

Remington H, Book H: DeClérambault's syndrome, bipolar affective disorder and response to lithium. Am J Psychiatry 1984; 141:1285-1287  (P)

Remington G, Hoffman B: Gas sniffing as a form of substance abuse. Can J Psychiatry 1984; 29:31-35  (P)

Remington G, Jeffries JJ: Psychiatric disturbances associated with cerebral arteriovenous malformations. J Clin Psychiatry 1984; 45:226-229  (P)

Jeffries JJ, Remington G, Wilkins J: The question of combined lithium/neuroleptic toxicity. Can J Psychiatry 1984; 29:601-604  (J)

Remington G, Bezchlibnyk K: Lorazepam and the use of sublingual medications (ltr). J Clin Psychopharmacol 1987; 7:365-367  (P)

Remington G: The Pisa syndrome: possible role for serotonin and noradrenaline (ltr). J Clin Psychopharmacol 1988; 8:228-229  (P)

Remington G: Pharmacotherapy of schizophrenia. Can J Psychiatry 1989; 34:211-220 (P)

Menuck M, Legault S, Schmidt P, Remington G: The nosologic status of the remitting atypical psychoses. Compr Psychiatry 1989; 30:53-73 (J)

Remington G, da Costa G: Ethnocultural factors in resident supervision. Am J Psychother 1989; 43:398-404  (P)

Remington G: Free radicals and tardive dyskinesia (ltr). Can J Psychiatry 1990; 35:283-284  (P)

Remington G, Menuck M, Schmidt P, Legault S: The remitting atypical psychoses: clinical and nosologic considerations. Can J Psychiatry 1990; 35:36-40 (P)

Jeffries JJ, Remington G: Drug treatment of schizophrenia. Drug Protocol 1990; 5:25-30 ( J )

Remington G, Voineskos G, Pollock B, Reed K, Coulter K: Incidence of neuroleptic-induced dystonia in mania versus schizophrenia. Am J Psychiatry 1990; 147:1231-1233 ( P )

Tang SW, Remington G, Persad E, Rosenblat R: Coadministration of a beta-adrenergic antagonist and a tricyclic antidepressant: a pilot study. Psychiatry Res 1990; 33:101-106  (J)

Cheung SW, Tang SW, Remington GJ: Simultaneous quantitation of loxapine, amoxapine, and their 7- and 8-hydroxy metabolites in plasma by high performance liquid chromatography. J Chromatogr, 1991; 564:213-221 (J)

B535

8

Remington G, Rosenblat H: Spousal allegations of incest during transient psychotic episodes. Br J Psychiatry, 1991; 159:287-288 (P)

Fornazzari L, Remington G, Jeffries JJ: Akathisia, porphyria and low iron (ltr). Can J Psychiatry, 1991; 36:548 (J)

Fornazzari L, Ichise M, Remington G, Smith I: Rabbit syndrome, antidepressant use, and cerebral perfusion SPECT scan findings. J Psychiatr Neurosci, 1991; 16:227-229 (J)

Jeffries JJ, Bezchlibnyk-Butler, Remington G: Amennorhea and galactorrhea associated with fluvoxamine in a loxapine-treated patient (ltr). J Clin Psychopharmacol, 1992; 12:296-297 (J)

Chouinard G, Jones B, Remington G, et al: A Canadian multicenter placebo-controlled study of risperidone and haloperidol in the treatment of chronic schizophrenic patients. J Clin Psychopharmacol, 1993; 13:25-40 (J)

Remington G, Pollock B, Voineskos G, K Reed, Coulter K: Acutely psychotic patients receiving high-dose haloperidol therapy. J Clin Psychopharmacol, 1993; 13:41-45 (P)

Remington G, Prendergast P, Bezchlibnyk-Butler K: Dosaging patterns in schizophrenia with depot, oral and combined neuroleptic therapy. Can J Psychiatry, 1993; 38:159-161 (P)

Remington G, Fornazzari L, Sethna R: Placebo response in refractory tardive akathisia. Can J Psychiatry, 1993; 38:248-250 (P)

Baskys A, Wang S, Remington G, Wojtowicz JM: Haloperidol and loxapine but not clozapine increase synaptic responses in the hippocampus. Eur J Pharmacol, 1993; 235:305-307 (J)

Remington G, Book H: Discriminative validity of the Borderline Syndrome Index. J Pers Dis, in press (P)

Schacter D, Kleinman I, Prendergast P, Remington G, Schertzer S: Informed consent, tardive dyskinesia and psychopathology. J Nerv Ment Dis, in press (J)

Bezchlibnyk-Butler K, Remington G: Use of antiparkinsonian agents in neuroleptic-induced EPS. Can J Psychiatry, in press (J)

BOOKS AND CHAPTERS:

Remington G, Sloman L: Neurotransmitters, psychopathology and central nervous system development, in Pediatric Clinical Pharmacology. Edited by MacLeod SM, Radde IC. St Louis, Mosby Yearbook Publishers, 1993 (P)

Sloman L, Remington G: Pediatric psychopharmacology: clinical guidelines, in Pediatric Clinical Pharmacology. Edited by MacLeod SM, Radde IC. St. Louis, Mosby Yearbook Publishers, 1993 (S)

B536

9

Thompson R, Remington G: Paranoid Conditions. Toronto, Clarke Institute of Psychiatry,
1992  (J)

Remington G: Dopaminergic and serotonergic mechanisms in the action of standard and
atypical neuroleptics, Contemporary Issues in the Treatment of Schizophrenia.
Edited by Shriqui CL, Nasrallah HA. Washington, American Psychiatric Press, in
press (P)

Baskys A, Remington G (eds): Brain Mechanisms and Psychotropic Drugs, Boca Raton, CRC
Press, in preparation (J)


2. Non-refereed  Publications

Remington G: Sexual life events and schizophrenia (ltr). Compr Psychiatry 1989; 30:114
( P )

Remington G, Jeffries JJ: Neuroleptic-induced movement disorders. Psychiatry 1989;
3:52-54   (P)

Jeffries JJ, Remington G: Inpatient treatment of schizophrenia. Psychiatry 1989; 3:55-61
( P )

Remington G: Recent developments in antipsychotic medications. Schizophrenia Society of
Canada 1991; First Quarter (P)

Remington G, Jeffries JJ: Pharmacologic management of schizophrenia. Ont Med 1991;
10:22-23   (P)

Remington G: Schizophrenia & new medications: an update. Schizophrenia Society of Canada
Newsletter 1992: 1(2) (P)

Remington G: A Canadian perspective on the use of depot neuroleptics. Relapse, 1992; 2:3-4
( P )

Remington G: New drugs in the treatment of schizophrenia. Contemporary Psychiatry,
1992; 1 (Suppl):3-6   (P)


BOOK REVIEWS:

Schou M: Lithium Treatment of Manic-Depressive Illness. Basel, S. Karger, 1983. For, Can
Med Assoc J 1984; 130:512-513

Iversen LL, Iversen SD, Snyder SJ: Handbook of Psychopharmacology. New York, Plenum
Press, 1984. For, Can J Psychiatry 1987; 32:410-411

Hindmarch I, Stonier PD: Human Psychopharmacology: Measures and Methods (Vol 1).
Chichester, John Wiley, 1987. For, Can Pharmaceut J 1988; 121:125-126

B537

10

3. Manuscripts/Publications

SUBMITTED:

Remington G: Clinical use of risperidone. Can J Psychiatry (P)

Remington G, Jeffries J, Sethna R: De Clérambault's syndrome and electroconvulsive therapy. J Clin Psychiatry (P)

Remington G, Prendergast P, Bezchlibnyk-Butler K: Neuroleptic dosages in chronic schizophrenia: 1980-1990. Am J Psychiatry (P)

Nair NPV, Persad E, Remick R, Amin M, Remington G, Schwartz G: A pharmacodynamic comparison of once-a-day dosing of sustained-release and regular-release lithium. Lithium (J)


IN PREPARATION:

Remington G, Jeffries JJ: A systematic approach to refractory schizophrenia. (P)

Remington G, Fornazzari L, Jeffries JJ: Tardive torticollis and its treatment. (J)

Remington G, Fornazzari L, Tupling S: The quantification of akathisia. (P)

Remington G, Fornazzari S, Tupling S, Jeffries J: Postural sway in schizophrenia. (P)

Remington G, Pollock B, Reed K, Voineskos G, Coulter K: Early neuroleptic plasma levels and acute dystonia. (P)

Remington G, Pollock B, Reed K, Voineskos G, Coulter K: Previous neuroleptic exposure and risk of acute dystonic reactions

Fornazzari L, Remington G, Collins P, Smith I: Impairment of emotionality in schizophrenia. (J)


**E.  Presentations  and  Special  Lectures**

1. Papers presented

Seeman M, Voineskos G, Remington G, Tourgis P, Goering P: Schizophrenia: comprehensive continuing care. Ontario Psychiatric Association 64th Annual Meeting, Toronto, Ontario, January 1984

Menuck M, Remington G, Schmidt P, Legault S: Classification of functional psychoses. Ontario Psychiatric Association 65th Annual Meeting, Toronto, Ontario, January 1985

Remington, G: Neuroleptics: emergency use and current research. Conference on Practical Issues in Clinical Psychopharmacology, Toronto, Ontario, November 1985

B538

11

Persad E, Remington G: New approaches in the pharmacotherapy of mania and depression. Ontario Psychiatric Association 66th Annual Meeting, Toronto, Ontario, January 1986

Jeffries JJ, Remington, G: Schizophrenia and depression. Conference on Affective Disorders: New Approaches to Investigation and Management, Toronto, Ontario, November 1988

Prendergast P, Turner T, Remington G: High dose, low dose, no dose - the role of medication in chronic schizophrenia. Psychiatric Rehabilitation: A National Perspective Conference, Toronto, Ontario, October 1989

Jeffies JJ, del Rosario J, Remington, G: Carbamazepine for schizophrenia. Ontario Psychiatric Association 72nd Annual Meeting, Toronto, Ontario, January 1992

Collins E, Remington G, Jones B: Assessment and treatment of extrapyramidal symptoms of schizophrenia: a workshop for clinicians. Ontario Psychiatric Association 73rd Annual Meeting, Toronto, Ontario, January 1993

PUBLISHED ABSTRACTS:

Remington G, Sklar LS, Anisman H: Effects of inescapable shock on subsequent escape performance: dopaminergic mediation of response initiation and maintenance. Canadian Psychological Association, Vancouver, British Columbia, June 1977

Sklar LS, Remington G, Anisman H: Effects of inescapable shock on subsequent escape performance: effects of catecholaminergic manipulations. Canadian Psychological Association, Vancouver, British Columbia, June 1977

Remington G, Hoffman B: Gas sniffing as a form of substance abuse. Canadian Psychiatric Association 32nd Annual Meeting, Montreal, Quebec, September 1982

Remington G, Jeffries JJ: Psychiatric disturbances associated with cerebral arteriovenous malformations. Canadian Psychiatric Association 32nd Annual Meeting, Montreal, Quebec, September 1982

Jeffries JJ, Remington G, Wilkins J: Combined lithium/neuroleptic toxicity. Canadian Psychiatric Association 32nd Annual Meeting, Montreal, Quebec, September 1982

Remington G, Book H: De Clerambault's syndrome, bipolar affective disorder and response to lithium. Canadian Psychiatric Association 36th Annual Meeting, Banff, Alberta, October 1984 p 110

Rosenblat R, Tang S, Persad E, Remington G: Propanolol-antidepressant interaction. Clinical Research Society of Toronto, Toronto, Ontario, April 1985

Remington G, Legault S, Schmidt P, Menuck M: The nosologic status of the atypical functional psychoses. I. A clinical profile of the atypical psychoses. Conference of the World Psychiatric Association on Nomenclature and Classification, Montreal, Quebec, June 1985

B539

12

Schmidt P, Legault S, Remington G, Menuck M: The nosologic status of the atypical functional psychoses. II. Conference of the World Psychiatric Association on Nomenclature and Classification, Montreal, Quebec, June 1985

Legault S, Schmidt P, Remington G, Menuck M: The nosologic status of the atypical psychoses. III. 'Cycloid psychosis' and the atypical functional psychoses. Conference of the World Psychiatric Association on Nomenclature and Classification, Montreal, Quebec, June 1985

Remington G, Pollock B, Voineskos G, Warsh J, Reed K, Beresford J, Coulter K: The emergency treatment of acutely psychotic patients: clinical and pharmacologic correlates. Fourth World Congress of Biological Psychiatry, Philadelphia, Pennsylvania, September 1986, p 274

Remington G, Book H: Discriminative validity of the Borderline Syndrome Index, a self-report questionnaire. Canadian Psychiatric Association 38th Annual Meeting, Vancouver, British Columbia, September 1986, pp 178-179

Remington G: Symposium Chair, New perspectives in the pharmacological treatment of schizophrenic patients: role of zuclopenthixol. Schizophrenia 1990: Poised for Discovery, an International Conference, Vancouver, British Columbia, July 1990, p 45

Remington G, Voineskos G, Pollock B, Reed K, Coulter K: Acutely psychotic patients receiving high dose neuroleptic therapy. Schizophrenia 1990: Poised for Discovery, an International Conference, Vancouver, British Columbia, July 1990, p 77

Remington G, Fornazzari L, Tupling S, Rosenblat H, Coulter K, Hassell K: The quantitative assessment of akathisia. Schizophrenia 1990: Poised for Discovery, an International Conference, Vancouver, British Columbia, July 1990, p 78

Prendergast P, Turner T, Remington G: High dose, low dose, no dose - the role of medication in chronic schizophrenia. Canadian Psychiatric Association 40th Annual Meeting, Toronto, Ontario, September 1990, pp 88-89

Fornazzari L, Remington G, Collins P, Rosenblat H, Smith I, Hassell K, Coulter K, Jeffries JJ: Dysprosodias in schizophrenia. Canadian Psychiatric Association 40th Annual Meeting, Toronto, Ontario, September 1990, pp 116-117

Remington G, Fornazzari L, Tupling S, Rosenblat H, Coulter K, Hassell K: The quantitative assessment of akathisia. Canadian Psychiatric Association 40th Annual Meeting, Toronto, Ontario, September 1990, pp 118-119

Remington G, Voineskos G, Pollock B, Reed K, Coulter K: Incidence of neuroleptic-induced dystonia in mania versus schizophrenia. Canadian Psychiatric Association 40th Annual Meeting, Toronto, Ontario, September 1990, pp 119-120

Prendergast P, Remington G, Bezchlibnyk-Butler K: Neuroleptic dosing patterns in chronic schizophrenia. Canadian Psychiatric Association 40th Annual Meeting, Toronto, Ontario, September 1990, p 163

Awad G, Cleghorn J, Schulz C, Remington G: Drug therapy in schizophrenia - variability of outcome and prediction of response. Canadian College of Neuropsychopharmacology XIV Annual Meeting, Hamilton, Ontario, June 1991

B540

13

Chouinard G, Burns H, Remington G, Gauthier S: Assessment of drug-induced EPS. Canadian College of Neuropsychopharmacology XIV Annual Meeting, Hamilton, Ontario, June 1991

Fornazzari L, Remington G, Collins P, Rosenblat H, Coulter K, Smith I, Birkett K, Jeffries JJ: Impairment of emotionality in schizophrenia: a non-verbal and paralinguistic deficit in non-dominant hemisphere. Canadian College of Neuropsychopharmacology XIV Annual Meeting, Hamilton, Ontario, June 1991, p 14

MacEwan GW, Ancill RJ, Remington G, Jones B: Symposium on the treatment resistant psychotic patient. Canadian Psychiatric Association 41st Annual Meeting, Saskatoon, Saskatchewan, October 1991, pp 3-4

Chouinard G, Jones B, Remington G, Addington D, Nair NPV, MacEwan GW: A placebo-controlled study of risperidone in the treatment of schizophrenia. American College of Neuropsychopharmacology 30th Annual Meeting, San Juan, Puerto Rico, December 1991, p 226

Chouinard G, Jones B, Remington G, Addington D, Nair NPV, MacEwan GW: A placebo-controlled study of risperidone in the treatment of schizophrenia. 145th Annual Meeting of the American Psychiatric Association, Washington, D.C., May 1992

Remington G: Acute pharmacologic management: historical perspective and current guidelines - a role for zuclopenthixol. Schizophrenia 1992: Poised for Change, Vancouver, British Columbia, July 1992, p 65

Baskys A, Remington G, Wang S, Wojtowicz JM: Atypical neuroleptic clozapine blocks synaptic transmission in the hippocampus. Schizophrenia 1992: Poised for Change, Vancouver, British Columbia, July 1992, p 148

MacEwan GW, Chouinard G, Jones B, Remington G, Addington D, Nair NPV, Arnott W: A Canadian multicentre fixed-dose study of risperidone in chronic schizophrenia. Schizophrenia 1992: Poised for Change, Vancouver, British Columbia, July 1992, p 104

Remington G, Yassa R, Shriqui C, Chouinard C: Neuroleptic-induced movement disorders. Canadian Psychiatric Association 42nd Annual Meeting, Montreal, Quebec, September 1992, pp 100-102

Jeffries JJ, Del Rosario J, Remington G, Williams R: Carbamazepine in schizophrenia. Candian Psychiatric Association 42nd Annual Meeting, Montreal, Quebec, September 1992, pp 27-28

Schacter DC, Kleinman I, Prendergast P, Remington G, Schertzer S: The effect of psychopathology on schizophrenic patients' ability to give informed consent. Canadian Psychiatric Association 42nd Annual Meeting, Montreal, Quebec, September 1992, pp 24-25

Chouinard C, Bloom D, Beauclair L, Jones B, Labelle A, Remington G, Addington D, MacEwan G, Arnott W: A Canadian multicentre placebo-controlled study of risperidone and haloperidol in chronc schizophrenic patients. Canadian Psychiatric Association 42nd Annual Meeting, Montreal, Quebec, September 1992, pp 25-26

B541

Baskys A, Remington G, Palmer E, Wojtowicz JM: Effects of clozapine (cloz), loxapine (lox) and haloperidol (hal) on synaptic transmission in the $CA_1$ area of the hippocampus. Society for Neuroscience 22 Annual meeting, Anaheim, California, October 1992, p 573

Baskys A, Wang S, Remington G, Wojtowicz JM: Haloperidol and loxapine but not clozapine increase synaptic responses in the CA1 area of the rat hippocampus *in vitro*. 13th European Winter Conference on Brain Research. La Plagne, France, March 1993

Remington G, Reed K, Voineskos G, Coulter K: A double-blind comparison of zuclopenthixol acetate and haloperidol in acutely psychotic patients. The IVth International Congress on Schizophrenia Research, Colorado Springs, Colorado, April 1993, p. 247

Remington G, Pollock B, Reed K, Coulter K, Voineskos G: Plasma neuroleptic levels in patients with and without acute dystonic reactions. The IVth International Congress on Schizophrenia Research, Colorado Springs, Colorado, April 1993, p. 279

Jones B, Addington DE, Bloom D, Chouinard G, Remington G: Risperidone in chronic schizophrenia: impact on health care system costs. 9th World Congress of Psychiatry, Rio de Janeiro, Brazil, June 1993, p. 187


2. Invited Lectures

The acutely psychotic patient: emergency treatment and neuroleptization. Training lectures for McNeil Pharmaceuticals (Canada) Ltd, October 1985, February 1986, September 1986

Alopecia areata and its psycological impact. Canadian Alopecia Areata Association, Toronto, Ontario, October 1987

Systems of pharmacotherapeutic intervention in schizophrenia. Conference on Systems of Care for the Chronic Schizophrenic Patient, Toronto, Ontario, March 1988

Psychotropic drug use in the mentally retarded. Metropolitan Toronto Association for the Mentally Retarded, Toronto, Ontario, March 1988

The borderline syndrome: evolution and etiology. Conference on The Characterologically Disturbed Patient: The Challenge of the 90's, Toronto, Ontario, November 1988

The residual phase of schizophrenia. Conference on Phases of Schizophrenia, Ottawa, Ontario, February 1989

Pharmacotherapy of schizophrenia: the last five years.
(1) Department of Psychiatry, University of Western Ontario, London, Ontario, May 1989

(2) Grand Rounds, Department of Psychiatry, Scarborough-Grace Hospital, Toronto, Ontario, September 1989

(3) Memorial University, Department of Psychiatry, Waterford Hospital, St John's, Newfoundland, October 1989

B542

15

(4)  Medical Staff, Centracare Hospital, Saint John, New Brunswick, October 1989

(5)  Grand Rounds, Department of Psychiatry, Camp Hill Hospital, Halifax, Nova Scotia,
      October 1989

Pharmacotherapy of schizophrenia. Grand Rounds, Department of Psychiatry, Toronto East
      General Hospital, Toronto, Ontario, January 1990

The interface of medication and psychological treatment. Symposium on Medications and
      Psychotherapy, Ontario Psychological Association, Toronto, Ontario, February 1990

Update on neuroleptics.
(1) Department of Psychiatry, Douglas Hospital, Montreal, Quebec, March 1990

(2) Grand Rounds, Department of Psychiatry, Montreal General Hospital, Montreal, Quebec,
      March 1990

The atypical remitting psychoses. Department of Psychiatry, Montreal General Hospital,
      Montreal, Quebec, March 1990

The evolution of pharmacotherapy. Conference on Clinical Evolution in the Psychiatric
      Hospital. Niagara-On-The-Lake, Ontario, April 1990

The interface of psychology and psychopharmacology. Department of Psychology, York
      University, Toronto, Ontario, May 1990, October 1990, October 1991, October
      1992

Current perspectives in schizophrenia.
(1) Grand Rounds, University of Alberta, Department of Psychiatry, Alberta Hospital,
      Edmonton, Alberta, May 1990

(2) Grand Rounds, University of British Columbia, Department of Psychiatry, Vancouver
      General Hospital, Vancouver, British Columbia, May 1990

(3) Grand Rounds, Unversity of British Columbia, Department of Psychiatry, Riverview
      Hospital, Port Coquitlam, British Columbia, May 1990

Managing the long-term side effects of neuroleptics. Conference on Integrating Health Care:
      A Perspective for the 90's, Toronto, Ontario, October 1990

Mental illness - myths and realities: two case hisories. Ninth Annual Pharmacy Technicians
      Conference, Toronto, Ontario, November 1990

Combining medications and psychotherapy. Workshop presented by the Clinical Section of
      the Ontario Psychological Association, Toronto, Ontario, November 1990

Rational use of psychotropic medications. Pharmaceutical Manufacturers Association of
      Canada Education Day, Toronto, Ontario, April 1991

Psychotropic medications in developmentally handicapped children. Beverley School
      Professional Development Day, May, 1991

B543

16

The clinical value of plasma neuroleptic levels. Symposium on Drug Therapy in Schizophrenia - Variability of Outcome and Preciction of Response, Canadian College of Neuropsychopharmacology XIV Annual Meeting, June, 1991

Clinical measurements of akathisia. Symposium on Assessment of Drug Induced EPS and Dystonic Movements, Canadian College of Neuropsychopharmacology XIV Annual Meeting, June, 1991

Depot Neuroleptics. Roundtable Discussion on Issues in the Management of Chronic Schizophrenia. Cambridge, Ontario, September 20, 1991

Schizophrenia and new developments in antipsychotic drugs. Ontario Friends of Schizophrenia, Thunder Bay, Ontario, October 28, 1991

Recent developments in antipsychotic medications. Lakehead Psychiatric Hospital, Thunder Bay, Ontario, October 29, 1991

Neuroleptic-induced movement disorders. Victoria Hospital Department of Psychiatry, University of Western Ontario, London, Ontario, November 4, 1991

Pathophysiologic basis of schizophrenia: typical and atypical neuroleptics. Merrell Dow Education Day, November 5, 1991

Neuroleptics: An update. St. Michael's Hospital, Toronto, Ontario, April 2, 1992

Neuroleptics and Side Effects. Community Rehabilitation Services Program, Community Resources Consultants of Toronto, Toronto, Ontario, May 19, 1992

Current perspectives in the treatment of schizophrenia. Department of Psychiatry, University Hospital, University of British Columbia, Vancouver, British Columbia, July 23, 1992

Novel antipsychotics in the treatment of schizophrenia: risperidone. Pharmacy Specialty Group in Psychiatry, Canadian Society of Hospital Pharmacists, Toronto Chapter, Toronto, Ontario, October 14, 1992

A systematic approach to treatment-resistant schizophrenia. Grand Rounds, Toronto General Hospital, Toronto, Ontario, October 30, 1992

Insight, negative symptoms, and neurocognitive functioning. University of Manitoba, Winnipeg, Manitoba, November 2, 1992

New and atypical neuroleptics in schizophrenia: risperidone. Selkirk Mental Health Centre, Selkirk, Manitoba, November 2, 1992

Atypical psychoses. Grand Rounds, University of Manitoba, Winnipeg, Manitoba, November 3, 1992

Risperidone in chronic schizophrenia: a US-Canadian multicentre trial. St. Thomas Psychiatric Hospital, St. Thomas, Ontario, November 4, 1992

A review of long-acting neuroleptics. Grand Rounds, London Psychiatric Hospital, London, Ontario, November 19, 1992

B544

Strategies in the management of treatment-resistant schizophrenia. Medical Rounds, Penetanguishene Mental Health Centre, Penetanguishene, Ontario, November 20, 1992

Update on novel and atypical antipsychotics. Community Occupational Therapists and Associates, Toronto, Ontario, January 14, 1993

Pharmacotherapy of schizophrenia: an update. Ontario Psychiatric Association 73rd Annual Meeting, Toronto, Ontario, January 29,1993

Novel antipsychotics: theoretical and clinical implications.
(1) Grand Rounds, St. Mary's Hospital, Montreal, Quebec, February 18,1993
(2) Grand Rounds, Douglas Hospital, Montreal, Quebec, March 11, 1993
(3) Grand Rounds, Montreal General Hospital, Montreal, Quebec, March 12, 1993
(4) Grand Rounds, Dept. of Psychiatry, Dalhousie University, Halifax, March 26, 1993
(5) Department of Psychiatry, Memorial University, St. John's, Newfoundland, April 6, 1993
(6) Grand Rounds, Waterford Hospital, St. John's, Newfoundland, April 7, 1993

Understanding and treating schizophrenia in light of new advances. Brockville Psychiatric Hospital, Brockville , Ontario, March 24, 1993

Awakenings in patients with schizophrenia: the clinician's perspective. Psychomotor and cognitive impairment in Schizophrenia: Assessment and Clinical Implications, Toronto, Ontario, April 3, 1993

Neuroleptic-induced movement disorders. Memorial University, St. John's, Newfoundland, Aprik 7, 1993

Intolerance to antipsychotic medications in schizophrenic patients: what next? London Psychiatric Hospital, London, Ontario, April 15, 1993

Neuroleptic-induced movement disorders. York Community Services, Toronto, Ontario, April 16, 1993

Novel and atypical antipsychotics. Grand Rounds, Peel Memorial Hospital, Brampton, Ontario, April 23, 1993

Understanding and treating schizophrenia in light of new advances. The Windsor Academy of Psychiatry, Windsor, Ontario, April 27, 1993

Schizophrenia - new and alternative drug treatments. Branson Hospital, Toronto, Ontario, April 28,1993

New and alternative treatments in the pharmacotherapy of schizophrenia. Lakehead Psychiatric Hospital, Thunder Bay, Ontario, April 30, 1993

Rational management of movement disorders caused by neuroleptics. Saskatoon City Hospital, Department of Psychiatry, Saskatoon, Saskatchewan, May 13, 1993

Current perspectives in schizophrenia. Royal University Hospital, Department of Psychiatry, Saskatoon, Saskatchewan, May 14, 1993

B545

18

Understanding and treating schizophrenia in light of new advances. Royal University Hospital, Department of Psychiatry, Saskatoon, Saskatchewan, May 14, 1993

Novel and atypical neuroleptics in the treatment of schizophrenia. Greater Vancouver Mental Health Services Society, Vancouver, British Columbia, June 1, 1993

Treatment resistant schizophrenia: a systematic approach. Psychiatry Grand Rounds, Vancouver General Hospital, Vancouver, British Columbia, June 1, 1993

Recent advacnce in the diagnosis and management of schizophrenia. Psychiatry Grand Rounds, Mississauga Hospital, Mississauga, Ontario, June 2, 1993

Depot neuroleptics in the treatment of schizophrenia. Department of Psychiatry, Toronto General Hospital, Toronto, Ontario, June 18, 1993

Current perspectives on the diagnosis and pharmacology of schizophrenia. Schizophrenia Programme Family Support Night, Credit Valley Hospital, Mississauga, Ontario, June 29, 1993

**F. List of Courses**

(a) Undergraduate Teaching

| | |
|---|---|
| Medical students,<br>Years I, II, and III,<br>Psychiatry rotation | 1984/85 - 1992/93 |
| Medical students,<br>Year 1,<br>Psychiatry elective | 1991/92, 1992/93 |
| Occupational therapy students,<br>Year III,<br>Psychopharmacology seminars | 1985/86, 1986/87 |
| Pharmacy students,<br>Year III,<br>Schizophrenia and its treatment | 1988/89 |

(b) Postgraduate Teaching

| | |
|---|---|
| Resident supervision,<br>Clarke Institute | 1984/85 - 1992/93 |
| Clarke Institute Residents,<br>Psychopharmacology seminars | 1984/85 - 1991/92 |

B546

| | |
|---|---|
| Core Lecture Series,<br>Psychopharmacology of Schizophrenia,<br>University of Toronto,<br>Department of Psychiatry | 1991/92, 1992/93 |
| Coordinator,<br>Core Lecture Series in Schizophrenia,<br>University of Toronto,<br>Department of Psychiatry | 1992/93 |

OTHER PROFESSIONAL TEACHING:

Schizophrenia in the 80's: choosing a neuroleptic. Medifacts Limited, Audio Program for Specialists, June 1986

Interactive television seminars: consultation/teaching sessions with Lakehead Psychiatric Hospital, June 1986

Member, Baffin Island psychiatric consultation team, 1983, 1985, 1986

Clinical psychopharmacology update: treatment of schizophrenia. Telemedicine Canada, Toronto, Ontario, November 1989

Engineering successful treatment with neuroleptics: pharmacologic and clinical considerations, Science and Medicine Canada, Educational brochure for Psychiatry, 1989

Schizophrenia. The Raief Meier Morning Show, CKNW, Vancouver, British Columbia, July 1990

Making the switch: oral to depot neuroleptic therapy. The Medicine Group, Educational Video for Psychiatry, 1991

Schizophrenia. The Rick Smith Show, CKPR TV, Thunder Bay, Ontario, October 1991

Schizophrenia. CBQ Radio, Thunder Bay, Ontario, October 1991

Schizophrenia. Health Spot, CKPR TV, Thunder Bay, Ontario, October 1991

Schizophrenia: new and alternative drug treatments. Telemedicine Canada, Toronto, Ontario, November 1991

Neuroleptic-induced movement disorders. Merrell Dow, Educational Video for Psychiatry, 1992

Schizophrenia and new drugs: Risperidone. Q107 Radio, Toronto, Ontario, February 1993

New drugs for schizophrenia. Halifax Chronicle Herald, Halifax, Nova Scotia, March 1993

Schizophrenia. CBC radio, Halifax, Nova Scotia, March 1993

Schizophrenia and new advances. Star Phoenix, Saskatoon, Saskatchewan, May 1993

B547

20

New treatments in schizophrenia. CKOM, Saskatoon, Saskatchewan, May 1993

B548

# CURRICULUM VITAE

## DR. BISHAN MURARI SAXENA

**HOME ADDRESS:**

REDACTED

**BUSINESS ADDRESS:**
Hamilton Psychiatric Hospital
100 West 5th Street
Hamilton, Ontario
L9C 3N6

(416) 575-6028 (direct line)
(416) 389-3208 (facsimile)

**EDUCATIONAL BACKGROUND:**

Dip. Psych.     Central Institute of Psychiatry, Ranchi University, India 1964
Ph.D.           Central Institute of Psychiatry, Ranchi University, India (1964-66)
                1971

**CURRENT STATUS:**

Professor, Department of Psychiatry, Faculty of Health Sciences, McMaster University, Hamilton, Ontario.  Status:  Continuing appointment without annual review.

Director of Research, Hamilton Psychiatric Hospital, Hamilton, Ontario.

Director, Psychopharmacology Research and Training Centre (WHO Affiliated Institution), Hamilton Psychiatric Hospital, Department of Psychiatry, McMaster University, Hamilton, Ontario.

**PROFESSIONAL ORGANIZATIONS:**

Colegium Internationale Neuro-Psychopharmacologicum (C.I.N.P.)
Canadian Psychiatric Association (C.P.A.)
Canadian College of Neuropsychopharmacology (C.C.N.P.)
Indian Psychiatric Society (I.P.S.)

RECEIVED

OCT 0 6 1993

CLINICAL &
MEDICAL AFFAIRS

1

B549

## EMPLOYMENT HISTORY:

### ACADEMIC:

| | |
|---|---|
| 1966 - 1972 | Fellow, Division of Psychopharmacology, McGill University, Douglas Hospital, Montreal, Quebec |
| 1972 - 1974 | Research Coordinator, Hamilton Psychiatric Hospital |
| 1972 - 1974 | Lecturer in Psychiatry, McMaster University |
| 1974 - 1978 | Assistant Professor in Psychiatry, McMaster University |
| 1974 - | Director of Research, Hamilton Psychiatric Hospital |
| 1978 - 1984 | Associate Professor in Psychiatry, McMaster University |
| 1983 - 1988 | Director General, Psychopharmacology Research and Training Centre, Department of Psychiatry, Faculty of Health Sciences, McMaster University and Hamilton Psychiatric Hospital, Hamilton, Ontario |
| 1984 - | Professor in Psychiatry, McMaster University |
| 1988 - | Director, Psychopharmacology Research and Training Centre (WHO Affiliated Institution) |

### CONSULTATIONS:

| | |
|---|---|
| 1977 - | Consultant - Douglas Hospital Research Centre, McGill University, Montreal, Quebec (Director - Dr. N.V.P. Nair) |
| 1977 - 1983 | Consultant - Department of Psychiatry, Division of Psychopharmacology, St. Mary's Hospital, McGill University, Montreal, Quebec (Director - Dr. D.J. McClure) |
| 1982 - 1986 | Consultant - Department of Psychiatry, Division of Psychopharmacology, Lakeshore Hospital, Pointe Claire, Quebec (Director - Dr. M. Amin) |
| 1988 - | Consultant - Department of Psychiatry, Oakville- Trafalgar Memorial Hospital, Oakville, Ontario (Director - Dr. E. Busse) |

2

B550

## AWARDS AND HONOURS:

| | |
|---|---|
| 1962 - 1964 | Academic Fellowship, Ministry of Health, Central Institute of Psychiatry, Government of India, Ranchi University, India |
| 1964 - 1966 | Research Fellowship, Ministry of Health, Central Institute of Psychiatry, Government of India, Ranchi University, India |
| 1969, 1970 | McNeil Award, Canadian Psychiatric Association with H.E. Lehmann and T.A. Ban |
| 1978 - 1980 | Chairman, Membership and Fellowship Committee, Canadian College of Neuropsychopharmacology (C.C.N.P.) |
| 1980 - 1984 | Member, Fellowship Committee, Canadian College of Neuropsychopharmacology (C.C.N.P.) |
| 1980 - | Member, Association for Methodology and Documentation in Psychiatry (AMDP) International Secretariat, Leige, Belgium |
| 1982 - | Member, World Psychiatric Association (WPA). Section on "Standardized Assessment Procedures in Psychiatry". |
| 1983 - | Treasurer, WPA Section "Standardized Assessment Procedures in Psychiatry". |
| 1986 - 1988 | Secretary, Canadian College of Neuropsychopharmacology (C.C.N.P.) |
| 1990 - | Member Executive Committee, Montreal-WHO Collaborative Research Training Centre in Mental Health |

## PUBLICATIONS:

BOOKS:

Recent Advances in Canadian Neuropsychopharmacology. (eds.) Grof, P., Saxena, B., Karger, S. - Basel - Munchen - Paris - London - New York - Sydney, 1980.

CONTRIBUTIONS TO BOOKS:

Predictors of therapeutic responsivity to thioxthixene. (with Ban, T.A., Lehmann, H.E., and Sterlin, C. In: The Present Status of Psychotropic Drugs (eds.) Cerletti, A. and Bove, F.J. Excerpta Medica Foundation, Basel, 1969.

3

B551

Test-Retest reliability in a conditioning test battery in normals and chronic schizophrenics. (with Ban, T.A., Lehmann, H.E. and Ananth, J.V.) In Adv. in Rehab. Ther. (eds.) R.D. Rubin, H. Fensterheim, A.A. Lazarus and C.M. Franks. Academic Press Inc., New York, 1971.

Lithium stabilization and weight gain. (with Grof, P., Loughrey, E. and Daigle, L.) In: Psychopharmacology, Sexual Disorders and Drug Abuse. (eds.) T.A. Ban et al, North Holland Publ. Co., Amsterdam, 1973.

Nicotinic acid, thioridazine fluoxymesterone and their combinations in hospitalized geriatric patients. In: Progress in Psychiatric Treatment (eds.) D.F. Klein, Banta Gittleman-Klein, and Rachel Brunner. Mazel, New York, 1975.

Carbamazepine and diphenylhydantoin in the treatment of grand mal epilepsy. A comparative clinical trial. (with Singh, A.N. and Gent, M.) In: Total Care in Severe Epilepsy. International Bureau for Epilepsy, London, England (ed.) M.J. Parsonage, 1976.

A controlled study of trazodone in chronic schizophrenic patients with pronounced depressive symptomatology. (with Singh, A.N.) In: Proceedings of the Third International Congress of Psychosomatic Medicine. Therapy in Psychosomatic Medicine, Vol. 3, Pharmacotherapeutic Tribune. Edizioni, L., Pozzi, Roma (ed. Antonelli, F.), 1977.

Anti-convulsive and psychotropic effects of carbamazepine in hospitalized epileptics - A long-term study. (with Singh, A.) In: Recent Advances in Neurology. Plenum Press, N.Y. (ed. Dr. Penry), 1977.

Intramuscular neuroleptics in schizophrenia: clinical efficacy and side effects. (with MacCrimmon, D.) In: Recent Advances in Canadian Neuropsychopharmacology. (eds. Grof, P. and Saxena, B.), Karger Int., Montreal 1980.

Lithium and the kidney: clinical viewpoint. (with Grof, P., MacCrimmon, D., Grof, E. and Daigle, L.) In: Recent Advances in Canadian Neuropsycho-pharmacology. (eds. Grof, P. and Saxena, B.), Karger Int., Montreal 1980.

ARTICLES IN JOURNALS:

Mesoradazine in acute psychotic disturbance. (with Ast, H., Amin, M., Lehmann, H.E. and Ban, T.) Curr. Ther. Res., 9: 623, December 1967.

Treatment of chronic schizophrenic patients with haloperidol and chlorpromazine combined. (with Jones, B., Lehmann, H.E., and Ban, T.A.) Curr. Ther. Res., 10: 276, June 1968.

4

B552

A preliminary investigation of WY3263 versus amitriptyline in depression. (with Sterlin, C., Lehmann, H.E., Oliveros, R.F. and Ban, T.A.) Curr. Ther. Res., 10: 576, November 1968.

Prazepam in the treatment of psychoneurotic outpatients - A Brief Report. (with Silver, D., Ban, T.A., Kristof, F.E., and Bennett, Jean) Curr. Ther. Res., 11: 10, October 1969. Hydroxyzine, amitriptyline and their combination in the treatment of psychoneurotic patients. (with Silver, D., Beaubien, J., Ban, T.A. and Bennett, Jean) Curr. Ther. Res., 11: 11, November 1969.

Thiothixene - Its range of therapeutic activity. (with Oliveros, R.F., Ban, T.A., Lehmann, H.E. and Sterlin, C.) Int. J. Clin. Pharmacol., 3: 20, 1970.

Molidone - A new psychotropic drug.  A clinical study. (with Ramsey, R.A., Lehmann, H.E., Ban, T.A. and Bennett, Jean). Int. J. Clin. Pharmacol., 3: 46, 1970.

The place of thiothixene in the treatment of schizophrenic Patients - A systematic clinical study. (with Sterlin, C., Ban, T.A. and Lehmann, H.E.) Canad. Psychiat. Assoc. J., 15: 3: 1970.

A conditioning test battery for the study of psychopathological mechanisms and psychopharmacological effects. (with Ban, T.A. and Lehmann, H.E.,) Canad. Psychiat. Assoc. J., 15: 301, 1970.

Psychometric and psychophysiological tests in the prediction of therapeutic responsiveness in the schizophrenic. (with Sterlin, C., Ban, T.A. and Lehmann, H.E.) Int. J. Psychobiol., 1: 85, 1970.

Nicotinic acid adjuvant therapy in newly admitted schizophrenic patients. (with Ramsay, R.A., Ban, A., Lehmann, H.E. and Bennett, Jean) Canad. Med. Assoc. J., 102: 939, 1970.

A survey of extrapyramidal manifestations in the inpatient population of a psychiatric hospital. (with Lehmann, H.E. and Ban, T.A.) Lavel Med., 41: 909, 1970.

A comparative study of modindone and trifluoperazine. (with Ramsay, R.A., Ban, T.A. and Lehmann, H.E.) Curr. Ther. Res., 12: 438, July 1970.

Some aspects of schizophrenia. (with Bhasaran, K.) Ind. Psych. Assoc. J., Feb. 1970.

Combined adminstration of thioridazine and fluoxymesterone in the treatment of geriatric patients. (with Deutsch, M., Curr. Ther. Res., 12: 805, 1970.

B553

Fluphenazine enanthate in the treatment of chronic psychotic patients: A controlled clinical study. (with Deverteuil, R., Lehmann, H.E. and Ban, T.A.) Int. J. Clin. Pharmacol., 4: 219, 1971.

Combined administration of thioridazine and nicotinic acid in the treatment of geriatric patients. (with Ananth, J.V., Lehmann, H.E. and Ban, T.A.) Curr. Ther. Res., 13: 156, 1971.

Combined administration of thioridzaine, nicotinic acid and fluoxymesterone in the treatment of geriatric patients. (with Boillet, Joyce, Lehmann, H.E. and Ban, T.A.) Curr. Ther. Res., 13: 8, 541, 1971.

A systematic clinical study with nicotinic acid, thioridazine, fluxymesterone and their combination in hospitalized geriatric patients - therapeutic results and changes in psychometric test performance. (with Lehmann, H.E. and Ban, T.A.) World J. Psycho-Synthesis, III: No. 5, 1971.

Social class and schizophrenia - A study based on caste system in India. (with Bhaskaran, K. and Ananth, J.) Trans. Cul. Psychiat. Res. Rev., 9: 130, 1972.

Difference in symptomatology of schizophrenic male and female patients. (with Bhaskaran, K.) Trans. Cul. Psychiat. Res. Review, 9: 130, 1972.

Combined administration of thiroidazine and fluoxymesterone in geriatric patients. (with Deutsch, M., Ananth, J., Lehmann, H.E. and Ban, T.A.) World J. Psychosynthesis, 4: 23, 1972.

Thioridazine in geriatrics - Clinical and psychometric findings. (with Ananth, J., Lehmann, H.E. and Ban, T.A.) World J. Psychosynthesis, 4: 41, 1972.

Nicotinic acid, thioridazine, fluoxymesterone and their combination in hospitalized geriatric patients. (with Lehmann, H.E. and Ban, T.A.) Can. Psychiat. Assoc. J., 17, 315, 1972.

Mood and psychometric changes induced by carbodioxide inhalation in geriatric patients. (with Lehmann, H.E. and Ban, T.A.) World J. Psychosynthesis, 4: 23, 1972.

Conditioning in the assessment of psychopathology - A clinical test battery: Findings and theoretical consideration. Excerpta Medica Foundation International Cong. Series No. 274, Psychiatry II, 1105, Amsterdam 1973.

Combined administration of thioridazine and nicotinic acid in the treatment of geriatric patients. (with Ananth, J., Lehmann, H.E. and Ban, T.A.) J. Int. Med. Res., 1: (3), 188, 1973.

6

B554

Absence of placebo response in geriatric patients. (with Ananth, J.V., Deutsch, M., Ban, T.A. and Lehmann, H.E.) World J. Psychosynthesis, 5: 25, 1973.

Cultural influence and delusions in schizophrenic patients. (with Grof, P.) Trans. Cul. Psychiat. Res. Review, 9: 1972.

Lorazepam in the treatment of anxiety neurosis. (with Singh, A.) Curr. Ther. Res., 16: 149, 1974.

Doxepin and amitriptyline in depression. A double blind study. (with Grof, P., Cantor, R., Daigle, L. and Hethrington, D.) Curr. Ther. Res., 16: 470, 1974.

Maprotiline (ludiomil, Ciba 34, 276-Ba) and imipramine in depressed outpatients. (with Singh, A.N., Gent, M. and Nelson, H.) Curr. Ther. Res., 19: 4: 1976.

Bioavailability and side-effects of different lithium carbonate products. (with Grof, P., MacCrimmon, D., Daigle, L. and Prior, M.) Neur. Psychol. Biol., Vol. 2, 1977.

Clorimipramine (Anafranil) in depressive patients with obsessive neurosis. (with Singh, A.N. and Gent, M.) J. Int. Med., Res. 5: Supp. 1977.

Dopaminergic agonist nomifensine compared with amitriptyline. (with Grof, P., Daigle, L. and Mahutte, G.) Brit. J. Clin. Pharmac., 4: 221, 1977.

Fluphenazine decanoate and fluphenazine enanthate in the outpatient management of chronic schizophrenia. (with MacCrimmon, D., Foley, P. and Grof, P.) J. Neuropsychobiol., 4: 360, 1978.

Systematic studies with lorazepam in anxiety. (with Singh, A.N. and Nelson, H.) Curr. Ther. Res., 25: 1, 1979.

Pipothiazine palmitate versus fluphenazine ananthate in chronic schizophrenic patients. (with Singh, A.N.) Curr. Ther. Res., 25: 1, 1979.

Double-blind cross-over comparison of triazolam and flurazepam in hospitalized psychiatric patients with insomnia. (with Singh, A.N.) Curr. Ther. Res., 27: 4, 1980.

Clinical and experimental comparison of IM lorazepam, diazepam and placebo: psychometric tests and psychiatric rating scales in the assessment of benzodiazepines. (with Singh, A.N. and Porter, W.R.) Curr. Ther. Res., 28: 2, 1980.

Neuroendocrine investigation of healthy volunteers on nortriptyline and lithium. (with Grof, E., Grof, P., Brown, G.M. and Henry, R.) Can. J. Neur. Sciences, 7: 3, 1980.

7

B555

Contribution to the symposium on "lithium treatment and the kidney". (with Grof, P., Smith, E.K.M., MacCrimmon, D., Grof, E. and Daigle, L.) In: Supp. to Prog. in Neuropsychopharmacol. Biol. Psychiatry (eds. Radouco-Thomas, C. and Garcin, F.), Pergamon Press, Oxford, 1980.

A comparison between ketazolam and clorazepate dipotassium in the treatment of anxiety. (with Nair, N.V.P., Singh, A.N. and Lapierre, Y.) In: Supp. to Prog. in Neuropsychopharmacol. Biol. Psychiatry (eds. Radouco-Thomas, C. and Garcin, F.), Pergamon Press, Oxford, 1980.

Lorazepam in anxiety (oral, parenteral and sublingual). A review of systematic studies. (with Singh, A.N. and Porter, W.R.) In: Supp. to Prog. in Neuropsycho-pharmacol. Biol. Psychiatry (eds. Radouco-Thomas, C. and Garcin, F.), Pergamon Press, Oxford, 1980.

Combination of lorazepam and maprotiline in the treatment of anxious depression. (with Singh, A.N. and Porter, W.R.) In: Supp. to Prog. in Neuropsychopharmacol. Biol. Psychiatry (eds. Radouco-Thomas, C. and Garcin, F.), Pergamon Press, Oxford, 1980.

Long-term lithium treatment and the kidney: Interim report on fifty patients. (with Grof, P., MacCrimmon, D., Smith, E.K.M., Grof, E. and Keitner, G.) Can. Psychiat. Assoc., 25: 7, 1980.

Lithium and the kidneys. (with Grof, P., MacCrimmon, D., Grof, E., Daigle, L. and Kenny, J.) Int. Nat. Drug Ther. Newsletter 16, 3, 11, 1981.

Ketazolam in the treatment of anxiety: A standard and placebo controlled study. (with Nair, N.V.P., Singh, A.N., Lapierre, Y., Nestros, J.N. and Schwartz, G.) Curr. Ther. Res., 5: 131, 1982.

Bupropion and amitriptyline in the treatment of depressed patients. (with Mendels, J., Amin, M.A., Chouinard, G., Cooper, A.J., Miles, J.E., Remick, R.A., Secunda, S.K. and Singh, A.N.) J. Clin. Psychiat., 44: 118, 1983.

Dexamethasone interacts with lithium in altering neuroendocine response to insulin hypoglycaemia and TRH. (with Grof, E., Brown, G.M. and Grof, P.) Neuroendocrinolgy Letters, 5: 174, 1983.

A dose-finding study of sublingual lorazepam in anxiety. (with Singh, A.N. and Marshall, A.M.) Curr. Ther. Res., 34: 227, 1983.

Effects of lithium, nortriptyline and dexamethasone in insulin sensitivity. (with Grof, E., Arato, M., Grof, P. and Brown, G.M.) Prog. Neuropsychopharmacol. Biol. Psychaitry, 8: 687, 1984.

B556

Sublingual lorazepam in the treatment of anxiety.  A double-blind placebo controlled
study. (with Singh, A.) Curr. Ther. Res., 38:  No. 4, October 1985.

The effects of lithium administration on LH response in healthy volunteers. (Grof, E.,
Grof, P., Brown, G.M., Saxena, B.) In:  Prog. Neuro-Psychopharmacol. and Biol.
Psychiat. 1987.

Selective dopamine D2 antagonist and prolactin response in acute schizophrenia -results
from remoxipride studies. (with Awad, A., Lapierre, Y.D. et al)  Prog. Neuro-
Psychopharmacol. and Biol. Psychiat., Vol. 14, 1990.

Plasma concentration of remoxipride in relation to antipsychotic effect and adverse
symptoms.  (with Jostell, K.-G., Lapierre, Y.D. et al) Acta Psychiat. Scand., 82 (Suppl.
358), 1990.

A controlled dose-ranging study of remoxipride and haloperidol in schizphrenia -a
Canadian multicentre trial.  (with Lapierre, Y.D., Nair, N.P.V. et al)  Acta Psychiat.
Scand., 82 (Suppl. 358), 1990.

Serotonergic interhemispheric asymmetry:  neurochemical and pharmaco-EEG evidence.
(with Arato, M., Frecska, E., MacCrimmon, D.J., Guscott, R., Tekes, K., Tothfalusi, L.)
Prog. Neuro-Psychopharmacol. & Biol. Psychiat., Vol. 15, pp. 759-764, 1991.

Computerized Pattern Recognition of EEG Artifact.  (with MacCrimmon, D.J.,
Durocher, G., Chan, R. and Hay, D.R.)  In press, Brain Topography, 1992.

Reversible Monoamine Oxidase (MAO-A) Inhibitors in Panic Disorder.  (with Bakish,
D., Bowen, R. and D'Souza, J.) In press, 1992.

PROCEEDINGS OF MEETINGS:

Carbondioxide inhalation in the prediction of therapeutic changes in geriatric psychiatry.
(with Lehmann, H.E. and Ban, T.A.) Proceeding "Group Without a Name".
International Psychiatric Research Society, Warren, Vt. U.S.A., October 14-17, 1971.

Psychometric and psychophysiological tests in the prediction of therapeutic
responsiveness in schizophrenias with particular reference to thiothixene.  In:
Proceedings of the First International Congress of CIANS.  Section of World Psychiatric
Association, Arti Grafiche Pacini Mariotti, Pisa, 1972.

Psychometric and psychophysiological tests in the prediction of therapeutic
responsiveness in schizophrenias. (with Sterlin, C. and Ban, T.A.) In:  Proceedings of
First International Congress on High Nervous Activity (ed. C.L. Cazzullo), Pacini, Italy,
180-188, 1973.

9

B557

The effectiveness of oral neuroleptics and intramuscular fluphenzine enanthate (FE) in the management of relapsing schizophrenics. (with MacCrimmon, D., Grof, P. and Foley, P.) Presented at the Second International Congress of CIANS. Prague, Czechoslovakia, June 30-July 1975.  Published in Proceedings, 1975.

A double-blind comparative trial of nomifensine.  A new antidepressant with amitriptyline. (with Grof, P., Daigle, L., Goldrick, M. and Mahutte, G.)  In: Proceedings of the International Symposium on Nomifensine.  Schatauer Verlag, Stuttgard, W. Germany (E.E. Lindenlaub), 1977.

Behavioral rating scales and psychometric tests in the assessment of psycho-pharmacological effects in the aged.  International Symposium on Geriatric, In: Proceedings IV World Congress of Psychosomatic Medicine. Kyoto, Japan, September 1977.

Ludiomil as a maintenance treatment in depression, electrophysiological changes. (with Singh, A.N.) In:  Proceedings Fourth Int. College, Psychosomatic Med. (ed. Ikemi, S.), 1978.

The determination of chlorpromazine in the clinical environment. (with Rosenfeld, J., MacCrimmon, D., Grof, P., Foley, P and Taguchi, V.)  In:  Proceedings of First Annual Scientific Meeting of the Canadian College of Neuropsycho-pharmacology. (ed. McClure, D.J.), Pfizer Continuing Medical Education, 1978.

Platelet monoamine oxidase in affective disorders. (with Grof, P., MacCrimmon, D. and Murphy, D.) In:  Proceedings of First Annual Scientific Meeting of the Canadian College of Neuropsychopharmacology. (ed. MacClure, D.J.), Pfizer Continuing Medical Education, 1978.

Neuroendocrine effects of long-term lithium treatment.  With:  Grof, E., Brown, G.M., Grof, P., and Downie, S.)  In:  Report for the Collegium Internationale Neuro-Psychopharmacologicum; Florence, Italy, 1984.

Schizophrenia Therapeutics - A New Neuroleptic, Chronic Schizophrenia.  With: Remington, G., Chouinard, G., Jones, B., and Pedersen, V.) Toronto:  MES Medical Education Services 1991; 1-4.

Efficacy and Safety of Brofaromine in Depression:  A Canadian Multicentre placebo controlled trial and a review of comparative controlled studies.  With: Chouinard, G., Nair, N.V.P., Kutcher, S., Bakish, D. et al.  Clin. Neuropsychopharma., Vol. 15, Supp. 1, Part A, 1992.

B558

SCIENTIFIC EXHIBIT:

Comparison of clinical efficacy and drug blood levels of doxepin and maprotiline. (with Grof, P., Nair, N.P. V., Chamberlain, C.H., Gupta, R.N., Hux, M.)  Scientific Exhibit, 136th Annual Meeting American Psychiatric Association, New York, New York, April 30 - May 6, 1983.

**ADMINISTRATIVE RESPONSIBILITIES:**

DEPARTMENT:

Director, Psychopharmacology Research and Training Centre, Hamilton Psychiatric Hospital, Department of Psychiatry, McMaster University, Hamilton, Ontario.

Director of Research, Hamilton Psychiatric Hospital, Hamilton, Ontario.

Secretary, Research and Publications Committee, Hamilton Psychiatric Hospital, Hamilton, Ontario.

UNIVERSITY:

Professor, Department of Psychiatry, McMaster University, Hamilton, Ontario.

Member, Department of Psychiatry, Tenure and Promotions Committee, McMaster University, Hamilton, Ontario.

Member, Department of Psychiatry, Research Committee, McMaster University, Hamilton, Ontario.

B559

cF.  *[handwritten: 5877IL/0015 | 0030; 00 | 030; 7/93]*

# C U R R I C U L U M     V I T A E

**NAME:  JOHN S. CARMAN, M.D.**

**SOCIAL SECURITY NUMBER:** REDACTED

**DATE AND PLACE OF BIRTH:**  March 3, 1945; Teaneck, New Jersey

**HOME ADDRESS:** REDACTED

**WORK ADDRESS:**  Carman Research, 4000 Cumberland Pkwy., Bldg. 100, Suite A, Atlanta, Georgia 30339

**MARITAL STATUS:**  Divorced; REDACTED

**EDUCATION AND TRAINING:**

| | |
|---|---|
| 1963 - 1967 - | B.S., Magna cum Laude in Chemistry, University of Notre Dame; South Bend, Indiana |
| 1967 - 1971 - | M.D., State University of New York, Upstate Medical Center (UMC); Syracuse, New York |
| 1971 - 1974 - | Resident in Psychiatry, University of North Carolina Memorial Hospital; Chapel Hill, North Carolina |

**FULL TIME PROFESSIONAL POSITIONS:**

| | |
|---|---|
| 1973 - 1974 - | Clinical Associate and Admissions Coordinator, Biological Psychiatry Branch, National Institute of Mental Health (NIMH); Bethesda, Maryland |
| 1974 - 1978 - | Clinical Associate and Ward Administrator, Laboratory of Clinical Psychopharmacology, Division of Special Mental Health Research, Intramural Research Program, NIMH; Washington, D.C. |
| 1978 - 1981 - | Associate Professor in Psychiatry, University of Alabama in Birmingham (UAB); Birmingham, Alabama |
| 1979 - 1981 - | Clinical Service Coordinator, Adult Inpatient Psychiatric Unit, University Hospital, UAB |
| 1979 - 1981 - | Preceptor in Clinical Psychopharmacology, UAB |
| 1981 - | Director, Psychopharmacology Clinic, UAB |
| 1981 - 1983 - | Director, Adult Treatment Service, Brawner Psychiatric Institute (BPI); Smyrna, Georgia |
| 1982 - 1983 - | Director of Geropsychiatry, BP |
| 1982 - 1988 - | Clinical Assistant Professor of Psychiatry, Emory University, School of Medicine |
| 1984 - 1988 - | Director of Research, Center for Interpersonal Studies, Smyrna, Georgia |
| 1988-Present- | Director, Carman Research, Atlanta, Georgia |

B560

CURRICULUM VITAE
John S. Carman, M.D.
Page 2

OTHER PROFESSIONAL EXPERIENCE AND ACTIVITIES:

| | |
|---|---|
| 1967 - | Research Fellow in Pediatric Endocrinology, UMC |
| 1968 - | Research Fellow in Psychologic Testing, UMC |
| 1969 - | Research Fellow in Anesthesiology, UMC |
| 1969 - 1971 - | Medical Extern, Onandaga County Penitentiary; Jamesville, New York |
| 1975 - 1976 - | Staff Psychiatrist, Alexandria Mental Health Center |
| 1977 - 1978 - | Staff Psychiatrist, Mount Vernon Mental Health Center |
| 1980 - 1981 - | Leader, Psychiatric Residents' Sensitivity Training Group, UAB |
| 1980 - 1981 - | PSRO Committee, UAB |
| 1978 - 1981 - | Research Committee, Neuroscience Program, UAB |
| 1981 - | General Clinical Research Center - Scientific Advisory Committee, UAB |
| 1981 - 1982 - | Clinical Management Committee, BPI |
| 1981-Present- | Institutional Review Board for Research Involving Human Subjects, BPI |
| 1984 - | Citizens Ambassador to China, People-to-People International |

HONORS AND AWARDS:

| | |
|---|---|
| 1966 - 1967 - | Student President, College of Science, University of Notre Dame |
| 1963 - 1967 - | Academic Tuition Scholarship at Notre Dame |
| 1967 - 1971 - | New York State Regents Scholarship in Medicine |
| 1967 - 1971 - | Health Professions Scholarship |
| 1978 - | Clinical Science A.E. Bennett Award from the Society of Biological Psychiatry |
| 1979 - | Curt P. Richter Award from the International Society of Psychoneuroendocrinology |

BOARD CERTIFICATIONS:

| | | |
|---|---|---|
| 1972 - | National Board of Medical Examiners | 120376 |
| 1977 - | American Board of Psychiatry and Neurology | 16066 |

MEDICAL LICENSURES:

| | | |
|---|---|---|
| 1971 - 1974 - | North Carolina | |
| 1975 - Present - | Virginia | #25724 |
| 1978 - Present - | Alabama | 8550 |
| 1981 - Present - | Georgia | 23143 |

B561

CURRICULAM VITAE
John S. Carman, M.D.
Page 3

MEMBERSHIPS:

    American Psychiatric Association
    Society of Biological Psychiatry
    International Society of Psychoneuroendocrinology
    American Medical Association
    Southern Medical Association

MILITARY SERVICE:

1973 - 1978 - Assistant Surgeon (04), U.S. Public Health
             Service, Honorable Discharge

RESEARCH GRANTS OR CONTRACTS AWARDED:

| Term of Study | Source of Funding | Purpose | F.D.A. Phase |
|---|---|---|---|
| 10/79 - 9/80 | Burroughs-Wellcome | Wellbutrin in Depression | III |
| 10/79 - 9/80 | Burroughs-Wellcome | Neuroleptic (radioreceptor) Assay Kit Studies | N/A |
| 10/80 - 9/81 | McNeil | Pimozide vs mellaril in Acute Schizophrenia | III |
| 10/80 - 7/83 | Sandoz | Mellaril vs. haldol oral liquid preparations in Psychogeriatric Inpatients | IV |
| 10/80 - 10/83 | Burroughs-Wellcome | BW 234 in Mania | II |
| 3/82 - 5/83 | Merrell-Dow | Gamma Vinyl Gaba in Tardive Dyskinesia | II |
| 5/82 - 12/83 | Ciba-Geigy | Oxaprotaline vs amitriptyline in Depression | III |
| 6/83 - 8/84 | Mead Johnson | Trazadone vs doxepin in Depression | IV |
| 1/84 - 7/84 | Lilly | Fluoxetine vs placebo in Depression | IV |

B562

CURRICULUM VITAE
John S. Carman, M.D.
Page 3b

RESEARCH GRANTS OR CONTRACTS AWARDED - Cont'd:

| Term of Study | Source of Funding | Purpose | F.D.A Phase |
|---|---|---|---|
| 4/84 - 7/84 | Rorer | Indalpine vs. amitriptyline vs. placebo in Depression | III |
| 3/82 - 6/84 | Burroughs-Wellcome | BW 647 vs. placebo in Depression | II |
| 7/83 - 4/85 | Upjohn | Adinazolam vs. amitriptyline in Depression | III |
| 5/84 - 6/85 | Pfizer | Citalopram vs. imipramine vs placebo in Depression | II |
| 11/85 - 11/87 | Organon | Mianserin vs. amitriptyline vs placebo in Depression | III |
| 9/87 - 4/89 | Burroughs-Wellcome | Wellbutrin 300 mg. vs placebo in Major Depression | III |
| 1/88 - 4/89 | Boots | Dothiepin open in Depression | III |
| 2/88 - 12/89 | Organon | Long term open trial of Org 3770 (mepirzapine) in Major Depression | III |
| 4/88 - 3/89 | Lorex | Alpidem vs diazepam vs placebo in Generalized Anxiety Disorder | III |
| 4/88 - 4/90 | Bristol-Myers | Gepirone open in Major Depression<br>Gepirone vs placebo in Major Depression<br>Gepirone vs placebo in Generalized Anxiety Disorder | II<br>III<br>III |
| 9/86 - 9/89 | McNeil | Etoperidone (EB) vs amitriptyline in Major Depression | III |

B563

CURRICULUM VITAE
John S. Carman, M.D.
Page 3c

RESEARCH GRANTS OR CONTRACTS AWARDED - Cont'd:

| Term of Study | Source of Funding | Purpose | F.D.A Phase |
|---|---|---|---|
| 9/86 - 9/89 | McNeil | Etoperidone (AMI) vs. Amitriptyline vs. placebo in Major Depression | III |
| 5/88 - 6/89 | Pfizer | Sertraline vs. placebo in obesity | III |
| 6/88 - 8/90 | Wyeth | Venlafaxine vs. Trazadone vs. placebo in Major Depression and long term extension | III |
| 3/89 - 6/90 | Miles | Ipsapirone vs. placebo in Generalized Anxiety Disorder (GAD) | III |
| 9/89 - 9/91 | Upjohn | Deracyn vs. placebo in Generalized Anxiety Disorder (GAD) | III |
| 1/90 - 11/90 | Reid-Rowell | Fluvoxamine vs. placebo in Major Depression (MD) | III |
| 4/90 - 7/92 | Merck | Remoxipride vs. placebo in Schizophrenia | III |
| 5/90 - 10/90 | Merrell-Dow | MDL 72,394 in Major Depression | II |
| 9/90 - present (enrollment complete) | Janssen | Risperidone vs. placebo vs. haloperidal in Chronic Schizophrenia | II |
| 11/90 - 2/92 | Wyeth | Zalospirone vs. placebo in GAD | II |
| 11/90 - 12/91 | Wyeth | Zalospirone vs. placebo in MD | II |
| 12/90 - 5/92 | Miles | Ipsapirone vs. placebo in MD | II |

B564

CURRICULUM VITAE
John S. Carman, M.D.
Page 3d

RESEARCH GRANTS OR CONTRACTS AWARDED - Cont'd:

| Term of Study | Source of Funding | Purpose | F.D.A Phase |
|---|---|---|---|
| 1/91 - 11/91 | SmithKline-Beecham | Paroxetine vs. fluoxetine vs. placebo in MD | II |
| 7/91 - 7/92 | Sandoz | Abecarnil low dose vs high dose, vs placebo vs buspirone in GAD | III |
| 5/91 - 10/91 | Upjohn | Xanax SR vs placebo in Panic Disorder | IV |
| 1/92 - present (enrollment complete) | Sandoz | Open label abecarnil in GAD | III |
| 1/92 - present (enrollment complete) | Eli Lilly | LY237733 vs placebo vs lorazepam in GAD | II |
| 12/91 - present (enrollment complete) | Wyeth-Ayerst | Venlafaxine bid vs tid vs placebo in Major Depression | III |
| 4/92 - present | Bristol-Myers Squibb | BuSpar bid vs tid in Generalized Anxiety Disorder | IV |
| 3/91/ - 11/91 | SmithKline-Beecham | Switching fluoxetine treated patients to paroxetine without washout | IV |
| 7/92 - present | Lundbeck | Citalopram vs placebo in Moderate to Severe Depression | III |
| 6/92 - present | Eli Lilly | LY 170053 vs placebo vs haloperidol in Schizophrenia | II |
| 11/90 - 3/92 | ICI Pharmaceuticals | ICI 204, 636 vs placebo in hospitalized schizophrenics | II |

B565

CURRICULUM VITAE
John S. Carman, M.D.
Page 3e

RESEARCH GRANTS OR CONTRACTS AWARDED - Cont'd:

| Term of Study | Source of Funding | Purpose | F.D.A Phase |
|---|---|---|---|
| 9/91 - 3/92 | Pfizer | Sertraline vs amitriptyline vs placebo in Major Depression | IV |
| 8/92 - present | Organon | Org 4428 vs placebo in Major Depression | II |

B566

CURRICULUM VITAE
John S. Carman                                    BIBLIOGRAPHY
Page 4                                            (Items 1-8)

PRESENTATIONS:

1.   Carman, J.S., Post, R.M., Goodwin, F.K., Bunney, W.E.,
     Teplitz, T.A.:   Calcium, ECT, lithium and mood.
     Presented at the Annual Meeting of the American
     Psychiatric Association; New Research Program; Detroit,
     Michigan, May, 1974.

2.   Stoddard, F.J., Post, R.M., Gillin, J.C., Bunney, W.E.,
     Carman, J.S.:   Phasic changes in manic-depressive
     illness. Presented at the Annual Meeting of the American
     Psychiatric Association; New Research Program; Detroit,
     Michigan, May, 1974.

3.   Bunney, W.E., Post, R.M., Stoddard, F.J., Gillin, J.C.,
     Buchsbaum, M.S., Carman, J.S.:  Cyclic biologic changes
     in manic-depressive illness.   Presented at the 9th
     Congress,      Collegium      Internationale
     Neuropsychopharmacologicum; Paris, July, 1974.

4.   Post, R.M., Gerner, R.H., Carman, J.S., Bunney, W.E.:  A
     dopamine-receptor stimulator in depression. Presented at
     the Annual Meeting of the American Psychiatric
     Association; Anaheim, California, May, 1975.

5.   Carman, J.S., Wyatt, R.J.: Alternations in CSF and serum
     total calcium with changes in psychiatric state.
     Presented at the Conference on Neuroregulators and
     Hypotheses of Psychiatric Disorders; Asilomar,
     California, January, 1976.

6.   Jimerson, D.C., Post, R.M., Carman, J.S., van Kammen,
     D.P., Wood, J.H., Goodwin, F.K., Bunney, W.E.:  CSF
     electrolytes: Calcium and Depression. Presented at the
     Annual Meeting of the American Psychiatric Association;
     Miami, Florida, May, 1976.

7.   Carman, J.S., Wyatt, R.J.:  Calcium:  Pacesetting the
     periodic psychoses. Presented at the Annual Meeting of
     the American Psychiatric Association; Atlanta, Georgia,
     May, 1978.

8.   Carman, J.S.: Calcium: Bivalent cation in the bivalent
     psychoses.  A.E. Bennett Award Paper, presented at the
     Annual Meeting of the Society for Biologic Psychiatry;
     Atlanta, Georgia, May, 1978.

B567

CURRICULUM VITAE
John S. Carman, M.D.
Page 5

BIBLIOGRAPHY
(Items 9-15)

PRESENTATIONS - Cont'd:

9. Freed, W.J., Perlow, M.J., Carman, J.S., Wyatt, R.J.: Calcitonin reduces feeding in man, monkey and rat. Presented at the Annual Meeting of the Society for Neurosciences; St. Louis, Missouri, November, 1978.

10. Gillin, J.C., Kleinman, J.E., Nasrallah, H.S., Bigelow, L.B., Rogol, A., Luchins, D., Carman, J.S., Weinberger, D.R., Wyatt, R.J.: Inhibition of Dopamine Synthesis in Chronic Schizophrenia: a follow-up study. Presented at the 4th International Catecholamine Symposium; Asimolar, California, 1978.

11. Post, R.M., Gerner, R.J., Jimerson, D.C., Carman, J.S., Rey, A.C., Bunney, W.E.:  The effects of Piribedil on mood, sleep, endocrine function, and amine metabolism in depressed patients.  Presented at the International Symposium on piribedil, a dopaminergic agonist; Munich, Germany, November, 1978.

12. Carman, J.S.: Calcitonin and other Calcitropic Hormones in the periodic psychoses.  Curt R. Richter Award Essay, Presented at the 10th Congress of the International Society of Psychoneuroendocrinology; Park City, Utah, 1980.

13. Carman, J.S., Post, R.M., Ballenger, J.C., Becker, K.L., Silva, O.: Radioimmunoassayable Calcitonin in Human CSF: Relationship to Psychiatric Diagnosis. Presented at the 35th Annual Meeting of the Society of Biologic Psychiatry; Boston, Massachusetts, September, 1980.

14. Carman, J.S., Wyatt, E.S., Hall, K.R., Crews, E.L.: Dexamethasone Non-Suppression: Predictor of Thymoleptic Response in Catatonic and Schizoaffective Patients. Presented at the 35th Annual Meeting of the Society of Biologic Psychiatry; Boston, Massachusetts, September, 1980.

15. Carman, J.S., Wyatt, E.S., Dohn, H.H., Hall, K.R., Crews, E.L., Ledbetter, J.: RBC/plasma lithium ratio (LR) as a predictor of acute antimanic response to lithium in affective, schizoaffective or paranoid schizophrenic patients.  Presented at the 35th Annual Meeting of the Society of Biologic Psychiatry; Boston, Massachusetts, September, 1980.

B568

CURRICULUM VITAE                    BIBLIOGRAPHY
John S. Carman, M.D.                (Items 16-23)
Page 6

**PRESENTATIONS - Cont'd:**

16.  Wyatt, E.S., Carman, J.S., Crews, E.L., Spencer, S., Bush, J.: Computerized Cerebral Tomography in Schizophrenia. Presented at the 35th Annual Meeting of the Society of Biologic Psychiatry; Boston, Massachusetts, September, 1980.

17.  Smith, W.B., Carman, J.S., Wyatt, E.S.: Calcitonin in chronic pain. Presented at the 36th Annual Meeting of the Society of Biologic Psychiatry; New Orleans, Louisiana, May, 1981.

18.  Carman, J.S., Wyatt, E.S., Hall, K.R., Crews, E.L.: DST predicts thymoleptic response in RDC Schizophrenics. Presented at the Annual Meeting of the American Psychiatric Association; New Research Program; New Orleans, Louisiana, May, 1981.

19.  Wyatt, E.S., Carman, J.S., Crews, E.L., Spencer, S., Bush, J: Computerized Cerebral Tomography in Schizophrenia. Presented at the 134th Annual Meeting of the American Psychological Association; New Research Program; New Orleans, Louisiana, May, 1981.

20.  Carman, J.S., Post, R.M., Ballenger, J.C., Goodwin, F.K.: Calcitonin in Affective Disorder. Presented at the XII Congress of the International Society of Psychoneuroendocrinology; Montreal, Canada, May, 1981.

21.  Carman, J.S., Smith, W.B., Wyatt, E.S., Lukensmeyer, W.: Calcitonin in chronic pain. Presented at the XII Congress of the International Society of Psychoneuroendocrinology; Montreal, Canada, May, 1981.

22.  Carman, J.S., Wyatt, E.S., Hall, K.R., Crews, E.L., Scalise, M., Watts, D., Hoppers, L.: Dexamethasone Non-Suppression: Predictor of Thymoleptic Response in Catatonic and Paranoid Schizophrenics and Schizoaffective Patients. Presented at the XII Congress of the International Society of Psychoneuroendocrinology; Montreal, Canada, May, 1981.

23.  Carman, J.S., Wyatt, E.S., Dohn, H.H., Hall, K.R., Crews, E.L.: RBC/plasma lithium ratio as a predictor of acute response to lithium in manic, schizoaffective patients. Presented in Symposium on predictors of response to psychotropic drugs at the III World Congress of Biologic Psychiatry; Stockholm, Sweden, June, 1981.

B569

CURRICULUM VITAE                          BIBLIOGRAPHY
John S. Carman, M.D.                       (Items 24-32)
Page 7

PRESENTATIONS - Cont'd:

24.  Carman, J.S., Wyatt, E.S., Hall, K.R., Crews, E.L.:
     Dexamethasone Non-Suppression: Predictor of Thymoleptic
     Response in Schizophrenic and Schizoaffective Patients.
     Presented at the III World Congress of Biologic
     Psychiatry in the Symposium on predictors of response to
     psychotropic drugs; Stockholm, Sweden, June, 1981.

25.  Carman, J.S., Post, R.M., Ballenger, J.C., Goodwin, F.K.:
     Reduced CSF Calcitonin in Mania.  Presented in the
     Symposium on neuropeptides in CSF, at the III World
     Congress of Biologic Psychiatry; Stockholm, Sweden, June,
     1981.

26.  Carman, J.S.:  Calcium in Manic Depressive Illness.
     Presented at Wayne State University, Lafayette clinic;
     Detroit, Michigan, January, 1982.

27.  Carman, J.S.: Biological Predictors of Psychotropic Drug
     Response.  Presented at Fair Oaks Hospital; Summit, New
     Jersey, March, 1982.

28.  Carman, J.S.:  Psychopharmacology - 1982.  Presented at
     the Annual Meeting of the Georgia Psychological
     Association; Savannah, Georgia, May, 1982.

29.  Carman, J.S.:  Predictors of response to psychotropic
     drugs.  Presented to the South Carolina Psychiatric
     Association; Charleston, South Carolina, 1983.

30.  Carman, J.S., Tarry, M.H., Wyatt-Knowles, E.S.: BW647 in
     depression.  Presented at the Annual Meeting of the
     Society of Biological Psychiatry; New York, April, 1983.

31.  Carman, J.S., Wyatt-Knowles, E.S., Tarry, M.H., Dren, A.,
     Manberg, P.: BW234 in Mania.  Presented at the Annual
     Meeting of the Society of Biological Psychiatry; New
     York, April, 1983.

32.  Carman, J.S., Wyatt-Knowles, E.S., Fleck, R., Martin, D.,
     Gold, M.S.:  Neuroleptic Compliance in schizophrenic
     Outpatients.  Presented at the Annual Meeting of the
     National Association of Private Psychiatric Hospital;
     Palm Springs, California, January, 1984.

B570

CURRICULUM VITAE                          BIBLIOGRAPHY
John S. Carman, M.D.                       (Items 33-41)
Page 8

PRESENTATIONS - Cont'd:

33.  Carman, J.S., Wyatt-Knowles, E.S., Fleck, R.J., Martin,
     D., Gold, M.S.:  Monitoring Neuroleptic Compliance in
     Schizophrenic Outpatients. Presented at XVth Congress of
     the International Society of Psychoneuroendocrinology;
     Vienna, Austria, July, 1984.

34.  Carman, J.S., Wyatt-Knowles, E.S.:  Drug Research in the
     Private Psychiatric Setting.   Presented at the 52nd
     Annual Meeting of the National Association of Private
     Psychiatric Hospitals; Marco Island, Florida, January,
     1985.

35.  Carman, J.S., Wyatt-Knowles, E.S.:   BW234 in Mania.
     Presented at the IVth World Congress of Biological
     Psychiatry; Philadelphia, Pennsylvania, 1985.

36.  Carman, J.S., Wyatt-Knowles, E.S.: Calcium and Affective
     Illness.   Presented at the IVth World Congress of
     Biological Psychiatry; Philadelphia, Pennsylvania, 1985.

37.  Carman, J.S.:  Lithium in Teenagers. Presented at the
     Annual Meeting of Georgia Adolescent Psychiatry; Atlanta,
     Georgia, December 11, 1985.

38.  Carman, J.S.:   Update on Clinical Psychopharmacology.
     Presented at Annual Symposium of Alabama State Department
     of Continued Education; Tuscaloosa, Alabama and Mobile,
     Alabama, April 30 and May 1, 1986.

39.  Carman, J.S., Ahdieh, H., Wyatt-Knowles, E.S., Warga, E.,
     Panagides, J.:  Mianserin vs. Amitriptyline vs. placebo
     in Major Depression.   Presented at the 30th Annual
     Meeting of the NCDEU; Key Biscayne, Florida, June, 1990.

40.  Derivan, A., Borison, R., Carman, J., Crowder, J.,
     Cunningham, L., Diamond, B.:  Six-week Comparison of
     Venlafaxine, Trazodone, and placebo in Major Depression.
     Presented at the ACNP meeting, San Juan, 1991.

41.  Carman, J.S.:   Long-Term Safety of Risperidone in
     Patients with Chronic Schizophrenia.  Presented at the
     American Psychiatric Association's 146th annual meeting,
     San Francisco, California, May, 1993.

B571

CURRICULUM VITAE                           BIBLIOGRAPHY
John S. Carman, M.D.                        (Items 1-13)
Page 9

ABSTRACTS AND LETTERS:

1.  Carman, J.S.: Methylphenidate in Akathisia.  LANCET II: 1093, 1972.

2.  Carman, J.S.:  Hyperdopaminergic states:  a continuum. LANCET II: 1249, 1972.

3.  Carman, J.S.:  Physostigmine in tardive Dyskinesia. LANCET II: 1424-1425, 1972.

4.  Carman, J.S.: Pigment and Kinesia.  LANCET I: 374, 1973.

5.  Carman, J.S.: Lithium in Chorea.  LANCET I: 611, 1973.

6.  Carman, J.S.: Imipramine in hyperacusic Depression.  Am. J. Psychiatry 130:  937, 1973.

7.  Carman, J.S.:  M.I.F.:   Inhibitor of O-methylation? LANCET I:  1247, 1973.

8.  Carman, J.S., Tucker, L.S.:  Benztropine in childhood Hyperkinesis.  LANCET II:  1337, 1973.

9.  Carman, J.S., Post, R.M., Goodwin, F.K., Bunney, W.E., Teplitz, T.A.:  Calcium, ECT, lithium and mood.  New Research Program of the 127th Annual Meeting of the American Psychiatric Association; Detroit, Michigan, May, 1974.

10. Stoddard, F.J., Post, R.M., Gillin, J.C., Bunney, W.E., Carman, J.S.:   Phasic changes in manic-depressive illness.  New Research Program of the 127th Annual Meeting of the American Psychiatric Association; Detroit, Michigan, May, 1974.

11. Post, R.M., Gerner, R.H., Carman, J.S., Bunney, W.E.:  A dopamine-receptor stimulator in depression.  Proceedings of the 128th Annual Meeting of the American Psychiatric Association;  Anaheim, California, May, 1975.

12. Jimerson, D.C., Post, R.M., Carman, J.S., van Kammen, D.P., Wood, J.H., Goodwin, F.K., Bunney, W.E.:   CSF electrolytes:  Calcium and Depression.  Proceedings of the 129th Annual Meeting of the American Psychiatric Association; Asimolar, California, January, 1976.

13. Carman, J.S., Post, R.M., Goodwin, F.J., Buswell, R.: Melatonin, MSH, and Psychosis:  a reply.  Am. J. Psychiatry 134:  583-584, 1977.

B572

CURRICULUM VITAE                          BIBLIOGRAPHY
John S. Carman, M.D.                       (Items 14-21)
Page 10

ABSTRACTS AND LETTERS - Cont'd:

14. Carman, J.S., Wyatt, R.J.:  Calcium:  Pacesetting the
    periodic psychoses.  Proceedings of the 131st Annual
    Meeting of the American Psychiatric Association; Atlanta,
    Georgia, May, 1978.

15. Carman, J.S., Post, R.M., Ballenger, J.C., Becker, K.L.,
    Silva, O.: Radioimmunoassayable Calcitonin in Human CSF:
    Relationship to Psychiatric Diagnosis.  Abstracts of the
    35th   Annual   Meeting   of   the   Society   of   Biologic
    Psychiatry; Boston, Massachusetts, September, 1980.

16. Carman, J.S., Wyatt, E.S., Hall, K.R., Crews, E.L.,
    Hoppers, L., Scalise, M.: Dexamethasone Non-Suppression:
    Predictor  of  Thymoleptic  Response  in  Catatonic  and
    Schizoaffective Patients.  Abstracts of the 35th Annual
    Meeting of the Society of Biologic Psychiatry; Boston,
    Massachusetts, September, 1980.

17. Carman, J.S., Wyatt, E.S., Dohn, H.H., Hall, K.R., Crews,
    E.L., Ledbetter, J.:  RBC/plasma lithium ration (LR) as
    a predictor of acute antimanic response to lithium in
    affective,  schizoaffective  or  paranoid  schizophrenic
    patients.  Abstracts of the 35th Annual Meeting of the
    Society of Biologic Psychiatry; Boston, Massachusetts,
    September, 1980.

18. Smith, W.B., Carman, J.S., Wyatt, E.S.:  Calcitonin in
    chronic pain.  Abstracts of the 36th Annual Meeting of
    the  Society  of  Biologic  Psychiatry;  New  Orleans,
    Louisiana, May, 1981.

19. Wyatt, E.S., Carman, J.S., Crews, E.L., Spencer, S.,
    Bush,  J.:   Computerized  Cerebral  Tomography  in
    Schizophrenia.  Abstracts of the 36th Annual Meeting of
    the  Society  of  Biologic  Psychiatry;  New  Orleans,
    Louisiana, May, 1981.

20. Carman, J.S., Wyatt, E.S., Hall, K.R., Crews, E.L.,
    Hoppers, L., Scalise, M.:  DST and thymoleptic response
    in RDC Schizophrenics.  New Research Program of the 134th
    Annual Meeting of the American Psychiatric Association;
    New Orleans, Louisiana, May, 1981. (NR48)

21. Wyatt, E.S., Carman, J.S., Crews, E.L., Spencer, S.,
    Bush,  J.:   Computerized  Cerebral  Tomography  in
    Schizophrenia.  New Research Program of the 134th Annual
    Meeting of the American Psychiatric Association; New
    Orleans, Louisiana, May, 1981. (NR49)

B573

CURRICULUM VITAE
John S. Carman, M.D.
Page 11

BIBLIOGRAPHY
(Items 22-28)

ABSTRACTS AND LETTERS - Cont'd:

22. Carman, J.S., Post, R.M., Ballenger, J.C., Goodwin, F.K.: Calcitonin in Affective Disorders. <u>Neuroendocrinology Letters 3:</u> 115, 1981.

23. Carman, J.S., Smith, W.B., Wyatt, E.S., Lukenmeyer, W.: Calcitonin in chronic pain. <u>Neuroendocrinology Letters 3:</u> 122, 1981.

24. Carman, J.S., Wyatt, E.S., Hall, K.R., Crews, E.L., Hoppers, L., Scalise, M.: Dexamethasone Non-Suppression: Predictor of Thymoleptic Response in Catatonic, Paranoid, and Schizoaffective Patients. <u>Neuroendocrinology Letters 3:</u> 122, 1981.

25. Carman, J.S., Tarry, M.H., Wyatt-Knowles, E.S.: BW647 in Depression. Abstracts of the 38th Annual Meeting of the Society of Biologic Psychiatry; New York City, New York, April, 1983.

26. Carman, J.S., Wyatt, E.S., Tarry, M.H., Dren, A., Manberg, P.: BW234 in Mania, Abstracts of the 38th Annual Meeting of the Society of Biologic Psychiatry; New York City, New York, April, 1983.

27. Carman, J.S., Wyatt, E.S.: BW234 in Mania. Abstracts of the 14th World Congress Biological Psychiatry; Philadelphia, Pennsylvania, September 8-13, 1986.

28. Carman, J.S., Wyatt, E.S.: Calcium in Affective Disorder. Abstracts of the 14th World Congress Biological Psychiatry; Philadelphia, Pennsylvania, September 8-13, 1986.

B574

CURRICULUM VITAE                    BIBLIOGRAPHY
John S. Carman, M.D.                (Items 1-10)
Page 12

PUBLICATIONS:

1.  Prange, A.J., Sisk, J.L., Wilson, I.C., Morris, C.E.,
    Hall, C.D., Carman, J.S.:  Balance, permission, and
    discrimination among amines: A theoretical consideration
    of the actions of 1-tryptophan in disorders of movement
    and affect, In: Serotonin and Behavior, (Usdin, E., and
    Barchas, J.S., eds.), New York, Academic Press, 1973, pp.
    539-548.

2.  Carman, J.S., Schoulson, I., Chase, T.M.:  Lithium
    carbonate alone in Huntington's Chorea. Lancet I: 811-
    812, 1974.

3.  Carman, J.S., Post, R.M., Teplitz, T.A., Goodwin, F.K.:
    Divalent cations in predicting antidepressant response to
    lithium. Lancet II: 1454, 1974.

4.  Post, R.M., Gerner, R.H., Carman, J.S., Bunney, W.E.:
    Effect of low doses of a dopamine receptor stimulator in
    mania. Lancet I: 203-204, 1976.

5.  Green, R.A., Barchas, J.D., Elliott, G.R., Carman, J.S.,
    Wyatt, R.J.:  The tryptolines:  Effect of
    intraventricular administration on spontaneous motor
    activity of rats. Pharmacol. Biochem. Behav. 5: 383-385,
    1976.

6.  Carman, J.S., Buswell, R.T., Post, R.M., Goodwin, F.K.:
    Negative effects of melatonin on depression. Am. J.
    Psychiatry 133: 1181-1186, 1976.

7.  Carman, J.S., Post, R.M., Goodwin, F.K., Bunney, W.E.:
    Calcium and electroconvulsive therapy of severe
    depressive illness. Biol. Psychiatry 12: 5-17, 1977.

8.  Bigelow, L.B., Nasrallah, H.S., Carman, J.S., Gillin,
    J.C., Wyatt, R.J.:  Baclofen treatment in chronic
    schizophrenia. Am J. Psychiatry 134: 318-319, 1977.

9.  Carman, J.S., Wyatt, R.J.: Alterations in CSF and serum
    total calcium with changes in psychiatric state, In:
    Neuroregulators and Psychiatric Disorders (Usdin, E.,
    Hamburg, D.A., and Barchas, J.S., eds.), New York, Oxford
    University Press, 1977, pp. 488-494.

10. Carman, J.S., Wyatt, R.J.:  Calcitonin and malignant
    catatonia. Lancet II: 1124-1125, 1977.

B575

| CURRICULUM VITAE | BIBLIOGRAPHY |
|---|---|
| John S. Carman, M.D. | (Items 11-19) |
| Page 13 | |

PUBLICATIONS - Cont'd:

11. Carman, J.S., Wyatt, R.J.:  Reduction of serum prolactin following subcutaneous salmon calcitonin.  Lancet II: 1267-1268, 1977.

12. Post, R.M., Gerner, R.H., Carman, J.S., Gillin, J.C., Jimerson, D.C., Goodwin, F.K., Bunney, W.E.:  Effects of a dopamine agonist, Piribedil, in depressed patients.  Arch. Gen. Psychiatry 35:  609-615, 1978.

13. Carman, J.S., Nasrallah, H.A., O'Brien, P., Gillin, J.C., Wyatt, R.J.:      Weight   changes   during   various neuropharmacologic manipulations in psychotic inpatients.  Acta Cientifica Venezolana 29:  178-182, 1978.

14. Carman, J.S., Wyatt, R.J.:   Use of calcitonin in psychotic agitation or mania.  Arch. Gen. Psychiatry 36: 72-75, 1979.

15. Carman, J.S., Gillin, J.C., Murphy, D.L., Weinberger, D.R., Bigelow, L.B., Wyatt, R.J.:  Effects of a specific inhibitor or Type A Monoamine Oxidase on behavior, sleep and circadian rhythms in schizophrenic and/or affectively ill patients.  Communications Psychopharmacology 2:  513-524, 1979.

16. Jimerson, D.C., Post, R.M., Carman, J.S., van Kammen, D.P., Wood, J.H., Goodwin, F.K., Bunney, W.E.:   CSF Calcium:  Clinical correlates in affective illness and schizophrenia.  Biol. Psychiatry 14:  295-336, 1979.

17. Carman, J.S., Wyatt, R.J.:  Calcium: Bivalent cation in the bivalent psychoses.  Biol. Psychiatry 14:  295-336, 1979.

18. Carman, J.S., Wyatt, R.J.:   Calcium:  Pacesetting the periodic psychoses.  Am. J. Psychiatry 136:  1035-1039, 1979.

19. Carman, J.S., Post, R.M., Runkle, D.C., Bunney, W.E., Wyatt, R.J.:  Increased serum calcium and phosphorus with the "switch"  into manic or excited psychotic states.  Brit. J. Psychiatry 135:  55-61, 1979.

B576

CURRICULUM VITAE                    BIBLIOGRAPHY
John S. Carman, M.D.                 (Items 20-28)
Page 14

PUBLICATIONS - Cont'd:

20. Gillin, J.C., Kleinman, J.E., Nasrallah, H.A., Bigelow, L.B., Rogol, A., Luchins, D., Carman, J.S., Weinberger, D.R., Wyatt, R.J.:  Inhibition of dopamine synthesis in chronic schizophrenia:  A follow-up study, In: Catecholamines: Basic and Clinical Frontiers (Usdin, E., Kopin, I.J., and Barchas, J.D., eds.), New York, Pergamon Press, 1979, pp. 1839-1841.

21. Post, R.M., Gerner, R.J., Jimerson, D.C., Carman, J.S., Rey, A.C., Bunney, W.E.:  The effects of Piribedil on mood, sleep, endocrine function, and amine metabolism in depressed patients.  Psychologie Medicale II (B):  143-154, 1979.

22. Oliver, P., Carman, J.S., Hoffer, B., Wyatt, R.J.:  The effect of altered calcium ion concentration on interictal spike generation in the hippocampal slice.  Experimental Neurology 68:  489-499, 1980.

23. Carman, J.S., Crew, E.L., Bancroft, A., Wyatt, E., Cooper, B., Ledbetter, J., Daniels, J., Monson, S., Bond, W.:  Calcium and Calcium-Regulating Hormones in the Biphasic Periodic Psychoses.  Journal of Operational Psychiatry 11:  5, 1980.

24. Becker, K.L., Silva, O.L., Post, R.M., Ballenger, J.C., Carman, J.S., Snider, R.H., Moore, C.G.:  Immunireactive Calcitonin in CSF of Man.  Brain Research 194:  598-602, 1980.

25. Freed, W.J. Perlow, M.J., Carman, J.S., Wyatt, R.J.: Calcitonin reduces feeding in man, monkey and rat. Pharmacol. Biochem. Behav. 12:  609-612, 1980.

26. Carman, J.S., Wyatt. E.S., Crews, E.L.:  Prediction of Response to Psychotropic Medications.  Ala. Med. J. 17: 161-165, 1980.

27. Carman, J>S>, Jimerson, D.C., Post, R.M.:  Electrolyte changes associated with shifts in affective states, In: Electrolytes and Neuropsychiatric Disorders. (Alexander, P., ed.), Plenum Press, New York, 1981, pp. 277-293.

28. Carman, J.S.:  Pharmacologic Studies of Calcium and Modd, In:  Electrolytes and Neuropsychiatric Disorders. (Alexander, P., ed.), Plenum Press, New York, 1981, pp. 295-303.

B577

CURRICULUM VITAE                          BIBLIOGRAPHY
John S. Carman, M.D.                       (Items 29-36)
Page 15

PUBLICATIONS - Cont'd:

29. Carman, J.S., Bigelow, L.B., Wyatt, R.J.: Lithium combined with neuroleptics in chronic schizophrenia and schizoaffective patients. J. Clin. Psychiat. 42: 124-128, 1981.

30. Carman, J.S.: Calcium Psychiatric Illness, In: The Role of Calcium in Biological Systems, Vol. III (Anghileri, L.J., Tuffet-Anghileri, A.M., eds.) CRC Press, Boca Raton, Florida, 1982, pp. 157-173.

31. Carman, J.S., Wyatt, E.S., Hall, K.R., Crews, E.L.: Dexamethasone Non-Suppression: Predictor of Thymoleptic Response in Catatonic and Schizoaffective Patients, In: Biological Psychiatry 1981. (Perris, C., Struwe, Jansson, eds.), Elsevier Press, Amsterdam, 1981, pp. 353-358.

32. Carman, J.S., Wyatt, E.S., Dohn, H.H., Hall, K.R., Crews, E.L., Ledbetter, J.: RBC/plasma lithium ratio (LR) as a predictor of acute antimanic response to lithium in manic, schizoaffective or paranoid schizophrenic patients, In: Biological Psychiatry 1981. (Perris, C., Struwe, Jansson, eds.), Elsevier Press, Amsterdam, 1981, pp. 353-358.

33. Carman, J.S., Post, R.M., Ballenger, J.C., Goodwin, F.K.: Reduced CSF Calcitonin in Mania, In: Biological Psychiatry 1981. (Perris, C., Struwe, Jansson, eds.), Elsevier Press, Amsterdam, 1981, pp. 353-358.

34. Potkin, S.G., Weinberger, D., Kleinman, J., Nasrallah, H., Luchins, D., Bigelow, L., Linnoila, M., Fischer, S.H., Bjornsson, T.D., Carman, J.S., Gillin, J.C., Wyatt, R.J.: Wheat Gluten Challenge in Schizophrenic Patients. A.J. Psychiatry 138: 1208-1211, 1981.

35. Carman, J.S., Wyatt, E.S., Smith, W., Post, R.M., Ballenger, J.C.: Calcium and Calcitonin in Bipolar Affective Disorder, In: The Neurobiology of Mood Disorders. (Post, R.M., and Ballenger, J.C., eds.), Williams and Wilkins Company, Baltimore 1984, pp. 340-355.

36. Gold, M.S., Lydiard, R.B., Carman, J.S., (eds): Advances in Psychopharmacology; Predicting and Improving Treatment Response. CRC Press, Boca Raton, Florida, 1984.

B578

CURRICULUM VITAE                         BIBLIOGRAPHY
John S. Carman, M.D.                      (Items 37-46)
Page 16

PUBLICATIONS - Cont'd:

37.   Gold, M.S., Carman, J.S.:  Thyroid Failure and Clinical
      Misdiagnosis.  pp. 67-82. ibid.

38.   Lydiard, R.B., Carman, J.S., Gold, M.S.: Antipsychotics:
      Predicting Response/Maximizing Efficacy.  pp. 179-224.

39.   The Role of the Laboratory in Psychiatry.  Gold, M.S.,
      Pottash, A.C., Carman, J.S., and Lydiard, R.B., pp. 307-
      318.  ibid.

40.   Carman, J.S., Wyatt, E.S., Fleck, R., Martin, D., Gold,
      M.: Neuroleptic Compliance in Schizophrenic Outpatients.
      Psychiatric Hosp. 15: 173-178, 1984.

41.   Carman, J.S., Wyatt-Knowles, E.S.: Calcium and Affective
      Disorder, In:  Biological Psychiatry 1985.  (eds.:
      Shagas, C., Josiasson, R.C., Bridges, W.H., Weiss, K.J.,
      Stoff, D., Simpson, G.M.) Elsevier Press, New York, 1986,
      pp. 323-325.

42.   Crews, E.L., Wyatt, E.S., Carman, J.S.:    Salmon
      Calcitonin: Effects on tardive Dyskinesia. (Submitted)

43.   Hall, K.R., Carman, J.S., Wyatt, E.S.:  Bupropion:
      Antimanic prophylaxis and spectrum of antidepressant
      efficacy   and   its   relationship   to   dexamethasone
      suppression of a dopaminergic thymoleptic.  (Submitted)

44.   Carman, J.S.:  Marked but asymptomatic thyroid hormone
      elevations   in   a   paranoid   schizophrenic   on   low
      phenylalamine diet.  (Submitted)

45.   Wyatt, E.S., Carman, J.S., Crews, E.L., Spencer, S.,
      Bush,  J.:    Computerized  Cerebral  Tomography  in
      Schizophrenia:  Failure to Predict Neuroleptic Response
      or Side Effects.  (In press)

46.   Lineberry, C.G., Johnston, J.A., Raymond, R.N., Samara,
      B.,  Feighner,  J.P.,  Harto,  N.E.,  Granacher,  R.P.,
      Weisler, R.H., Carman, J.S., Boyer, W.F.:  A fixed dose
      (300mg.) Efficacy study of Bupropion and placebo in
      Depressed Outpatients.  J. Clin. Psychiatry 51: 194-199,
      1990.

B579

CURRICULUM VITAE
John S. Carman, M.D.
Page 17

BIBLIOGRAPHY
(Items 47-48)

PUBLICATIONS - Cont'd:

47.   Carman, J.S., Adieh, H., Wyatt-Knowles, E.S., Warga, E., Panagides, J.:   A controlled study of Mianserin in moderately   to   severely   depressed   outpatients. <u>Psychoparmacology Bulletin</u> 27 No. 2:  135-139.

48.   Cunningham, L.A, Borison, R.A., Carman, J.S., et al:  A comparison of Venlafaxine, Trazodone and placebo in Major Depression.  <u>J. Clin. Psychopharm: 1993</u>.  (In press)

B580

**WALTER A. BROWN, M.D.**

SB77IC/881 5    0031

030

12/10/93

**CURRICULUM VITAE**

Date of Birth:        September 6, 1941

Place of Birth:       New York, NY

Citizenship:          U.S.

Social Security Number: REDACTED

Mailing Address:      REDACTED

Telephone Number:     REDACTED

RECEIVED

DEC 1 0 1993

CLINICAL &
MEDICAL AFFAIRS

**EDUCATION:**

Undergraduate: Hamilton College – English Literature, A.B., 1963.

Medical School: Duke University – September, 1963 thru June, 1967– degree –1967
                Honors:  Upjohn Award in Community Medicine, 1967.

**POSTGRADUATE TRAINING:**

Internship: George Washington Hospital, Washington, DC, (Medical) July, 1967 through June, 1968.

Residency:  Yale University, Department of Psychiatry, New Haven, CT, third year (Psychiatry), July, 1968 through June, 1969.

Yale University, Department of Psychiatry, New Haven, CT, third year (Psychiatry), July, 1971 through June, 1972.

Fellowships: National Institute of Child Health and Human Development/ National Institutes of Health, Public Health Service, Bethesda, MD, Research Associate, July, 1969 through June, 1971.

Yale University, New Haven, CT – Foundations' Fund for Research in Psychiatry Fellow, July 1972 through June, 1974.

**POSTGRADUATE HONORS AND AWARDS:**

Seymour Lustman Research Award, 1972 – for best research carried out during residency.

Fellow – American Psychiatric Association – 1981

B581

## PROFESSIONAL LICENSES AND CERTIFICATION

Medical Licenses in North Carolina, District of Columbia, Connecticut and Rhode Island.  Board certified, American Board of Psychiatry and Neurology, Inc., Psychiatry, 1975.

## ACADEMIC APPOINTMENTS

Professor of Psychiatry, Brown University Program in Medicine, Providence, RI, 1983 through present.

Associate Professor of Psychiatry, Brown University Program in Medicine, Providence, RI, 1977 through 1983.

Assistant Professor of Psychiatry, Brown University Program in Medicine, Providence, RI, July 1974 through 1977.

Visiting Research Assistant Professor of Medicine, Mount Sinai School of Medicine, New York, NY September 1973 through June 1974.

Assistant Professor of Psychiatry, Yale University School of Medicine, New Haven, CT, July 1972 through June 1974.

## HOSPITAL APPOINTMENTS:

Associate Chief of Staff for Research, VA Medical Center, Providence, RI, July 1976 through present.

Acting Chief of Psychiatry, VA Medical Center, Providence, RI August 1979 through February 1980, September 1987 through February 1988.

Director Neuroendocrine Research Laboratory, VA Medical Center, Providence, RI, 1975 through present.

Director Psychiatric Consultation-Liaison Service, VA Medical Center, Providence, RI, July 1974 through September 1982.

Consultant in Psychiatry, Roger Williams General Hospital, Providence, RI, September 1974 through present.

Courtesy Staff, Butler Hospital, July 1982 through present.

## OTHER APPOINTMENTS

Laboratory Technician for Mission Clinic, Pearl Lagoon, Nicaragua, Summer, 1964.

Director of Medical Team working with Public Health Service of Nicaragua on tuberculosis detection and polio vaccination, Corn Island, Nicaragua, Summer, 1966.

Examiner- American Board of Psychiatry and Neurology, 1979 through present.

B582

Editorial Boards - Psychosomatics, 1983 to 1986
  Psychoneuroendocrinology, 1986 through present- Practicum, 1986 through present.

Member - APA Task Force on Use of Laboratory Tests in Psychiatry, 1983 through present.

Member - ad Hoc Merit Review Board, Veterans Administration Research Service, 1981.

Member - NIMH Site Visit and Review Committees, 1979 through present.

Member - Mental Health and Behavioral Science Research Advisory Group, Veterans Administration Research Service, 1985 through 1988.

Member - National Clinical Advisory Board, Healthcare Services of America, Inc., 1983 through 1988.

Member - Academic Advisory Committee, Department of Mental Health Retardation and Hospitals, State of Rhode Island and Providence Plantations, 1983 through present.

Executive Director, Ocean State Research Institute 1988 through present.

President, Clinical Programs Ltd, 1985 through present.

HOSPITAL COMMITTEES:

Research Committee 1976 through present, Executive Secretary.

Human Studies Committee 1976 through present, Executive Secretary.

UNIVERSITY COMMITTEES:

Program in Medicine Admission Committee 1979 through 1981.

Senior Faculty Appointment and Promotion Committee 1983 through 1985.

Medical Faculty Council 1984 through 1986.

Promotions Committee (Department of Psychiatry) 1984 through present.

Affective Disorders Group (Department of Psychiatry) 1983 through present.

MEMBERSHIP IN SOCIETIES:

American Psychiatric Association

American College of Neuropsychopharmacology

International Society of Psychoneuroendocrinology
  PAPERS:

B583

Klein, R.F., & Brown, W.A., Pain Descriptions in the Medical Setting. Journal of Psychosomatic Research, 10:367-372, 1967.

Brown, W.A., Post Amputation Phantom Limb Pain. Disease of the Nervous System, 29:301-306, 1968.

Brown, W.A., & Mueller, P.S., Psychological Function in Individuals with Amyotrophic Lateral Sclerosis. Psychosomatic Medicine, 32:141-152, 1970.

Brown, W.A., Kromberg, C. & Slavinsky, A., Staff Attitudes Toward Research. Journal of Psychiatric Nursing and Mental Health Services, 9:7-11, 1971.

Burns, K., Brown, W.A. & Keating, G., Dimensions of Control: Correlations Between MMPI & I-E Scores. Journal of Consulting and Clinical Psychology, 36:301, 1971.

Brown, W.A., The Meaning of Success in a Person with a "Success Phobia". Psychiatry, 34:425-430, 1971.

Brown, W.A., & Shereshefsky, P., Seven Women, a Prospective Study of Postpartum Psychiatric Disorders. Psychiatry, 35:139-159, 1972.

Brown, W.A., Manning, T. & Grodin, J., The Relationship of Antenatal and Perinatal Psychological Variables to the Use of Drugs in Labor. Psychosomatic Medicine, 34:119-127, 1972.

Brown, W.A., Grodin, J. & Manning, T., Prenatal Psychologic State and the Use of Drugs in Labor. American Journal of Obstetrics and Gynecology, 113:598-601, 1972.

Keating, G., Brown, W.A. & Standley, K., The Volunteer Rescue Squad: The Impact of a Group on the Psychological Adaption of its Members. American Journal of Psychiatry, 130:278-282, 1973.

Brown, W.A., Van Woert, M.H., & Ambani, L.M., Effect of Apomorphine on Growth Hormone Release in Humans. Journal of Clinical Endocrinology and Metabolism, 37:462-467, 1973.

Brown, W.A., Krieger, D.T., Van Woert, M.H. & Ambani, L.M., Dissociation of Growth Hormone and Cortisol Release Following Apomorphine. Journal of Clinical Endocrinology and Metabolism, 38:1127-1129, 1974.

Brown, W.A., Drawbaugh, R., Gianutsos, G., Lal, H. & Brown, G., Effects of Apomorphine on Serum Prolactin Level in the Male Rat. Research Communications in Chemical Pathology and Pharmacology, 11:671-674, 1975.

Brown, W.A. & Heninger, G., Cortisol, Growth Hormone, Free Fatty Acids and Experimentally Evoked Affective Arousal. American Journal of Psychiatry, 132:1172-1176, 1975.

Brown, W.A., & Jacobson, E.M., Consultation Liaison Psychiatry-Current Responsibilities. American Journal of Psychiatry, 133:326-328, 1976.

Brown, W.A., & Heninger, G., Stress-Induced Growth Hormone Release:

B584

Psychologic and Physiologic: Correlates. *Psychosomatic Medicine,* 38:145-147, 1976.

Brown, W.A., & Williams, B.W., Methylphenidate Increases Serum Growth Hormone Concentrations. *Journal of Clinical Endocrinology and Metabolism,* 43:937-939, 1976.

Lal, H. Brown, W.A., Drawbaugh, R., Hynes, M. & Brown, G., Enhanced Prolactin Inhibition Following Chronic Treatment with Haloperidol and Morphine. *Life Sciences,* 20:101-106, 1977.

Monti, P.M., Brown, W.A. & Corriveau, D.P., Testosterone and Components of Aggressive and Sexual Behavior in Man. *American Journal of Psychiatry,* 134:692-694, 1977.

Brown, W.A., Psychologic and Neuroendocrine Response to Methylphenidate. *Archives of General Psychiatry,* 34:1103-1108, 1977.

Brown, W.A., Corriveau, D.P. & Monti, P.M., Anger Arousal Following a Motion Picture: A Methodologic Note. *American Journal of Psychiatry,* 134:930-931, 1977

Corriveau, D.P., Brown, W.A., & Monti, P.M., Orthogonal Components of Reported Sexual Activity in Man, *Psychological Reports,* 41:57-58, 1977.

Brown, W.A., Monti, P.M. & Corriveau, D.P., Serum Testosterone and Sexual Activity and Interest in Men. *Archives of Sexual Behavior,* 7:97-103, 1977.

Scaramella, T. & Brown, W.A., Serum Testosterone and Aggressiveness in Hockey Players. *Psychosomatic Medicine,* 40:262-265, 1978.

Brown, W.A., Corriveau, D.P., & Ebert, M.H., Acute Psychologic and Neuroendocrine Effects of Dextroamphetamine and Methylphenidate. *Psychopharmacology,* 58:189-195, 1978.

Laughren, T.P. & Brown, W.A., Effects of Thioridazine on Serum Testosterone. *American Journal of Psychiatry,* 35:982-984, 1978.

Mac vane, J., Lange, J., Brown, W., & Zayat, M., Psychological Functioning of Bipolar Manic Depressives in Remission. *Archives of General Psychiatry,* 35:1351-1354, 1978.

Brown, W.A., Laughren, T.P. & Williams B., Neuroendocrine Correlates of Clinical Response During Withdrawal from Chlordiazepoxide. *Communications in Psychopharmacology,* 2:251-254, 1978.

Laughren, T.P., Brown, W.A., & Williams, B., Serum Prolactin and Clinical State During Neuroleptic Treatment and Withdrawal. *American Journal of Psychiatry,* 136:108-110, 1979.

Brown, W.A., & Mueller, B., Alleviation of Manic Symptoms with Catecholamine Agonists. *American Journal of Psychiatry,* 136:230-231, 1979.

B585

Brown, W.A. Johnston, R. & Mayfield, D.G., The 24 Hour Dexamethasone Suppression Test in a Clinical Setting: Relationship to Diagnosis, Clinical State and Response to a Treatment. American Journal of Psychiatry, 136:543-547, 1979.

Williams, B.W. & Brown, W.A., Psychotropic Drugs do not Interfere with radioligand Assays for Prolactin, Cortisol, and Growth Hormone. Communications in Psychopharmacology, 3:359-662, 1979.

Brown, W.A. & Laughren, T.P., Growth Hormone Release and the Tardive Dyskinesia of Neuroleptic Withdrawal. The Lancet, 259, 1980 (letter).

Brown, W.A., Studies of Response to Dexamethasone in Psychiatric Patients. Psychopharmacology Bulletin, 16:44, 1980.

Brown, W.A., Haier, R.J. & Qualls, C.B., The Dexamethasone and Subtype of Depression. Archives of General Psychiatry, 37:747, 1980.

Brown, W.A.& Shuey, I. Response to Dexamethasone and Subtype of Depression. Archives of General Psychiatry, 37:747, 1980.

Lange, J.D., Brown, W.A., Wincze, J.P., & Zwicks, W., Serum Testosterone Concentration and Penil Tumescence Changes in Men. Hormones and Behavior, 14:267-270, 1980.

Brown, W.A., Haier, R.J. & Qualls, C.B., The Dexamethasone Suppression Test in the Identification of Subtypes of Depression Differentially Responsive to Antidepressants. Psychopharmacology Bulletin, 17:1, 1981.

Brown, W.A., Testosterone and Human Behavior. International Journal of Mental Health, 9:3-4; 45-66, 1981

Brown, W.A. & Laughren, T.P., Low Serum Prolactin and Early Relapse Following Neuroleptic Withdrawal. American Journal of Psychiatry, 138(2):237, 1981.

Brown, W.A., & Qualls, C.B., Pituitary-Adrenal Disinhibition in Depression: Marker of a Depressive Subtype with Characteristic Clinical Features and Response to Treatment. Psychiatry Research, 4:115-128, 1981.

Brown, W.A., The Dexamethasone Suppression Test in the Management of Depression. Behavioral Medicine, September, 1981.

Brown, W.A., The Dexamethasone Suppression Test: Clinical Applications. Psychosomatics, 22:11, 1981.

Brown, W.A., Laughren, T.P. & Williams, B.W., Differential Effects of Neuroleptic Agents on the Pituitary-Gonadal Axis in Men. Archives of General Psychiatry, 38:1270-1272, 1981.

Parsons, J.A., Brown, W.A., & Sirota, A.D., Inappropriate Amputation Requests. Psychosomatics, 22:9, 1981.

Glazer, W.M., Moore, D.C., Bowers, M.B. & Brown, W.A., Serum Prolactin and

B586

Tardive Dyskinesia. _American Journal of Psychiatry_, 138 (11):1493-1496, 1981.

Brown, W.A., Laughren, T.P., Chisholm, E., & Williams, B.W., Low Serum Neuroleptic Levels Predict Relapse in Schizophrenic Patients. _Archives of General Psychiatry_, 39 (9):998-1000, 1982.

Brown, W.A., & Qualls, C.B., Pituitary-Adrenal Regulation over Multiple Depressive Episodes. _Psychiatry Research_, 7 (3):265-269, 1982.

Brown, W.A., & Qualls, C.B., Pituitary-Adrenal Assessment in Identifying Subtypes of Depression. _Psychopharmacology Bulletin_, 18(3):84-86, 1982.

Brown, W.A., & Laughren, T.P., Serum Neuroleptic Levels in the Maintenance Treatment of Schizophrenics. _Psychopharmacology Bulletin_, 19(1):76-78, 1983.

Greenberg, J., Brown, W.A., Laughren, T.P., & Krantz, J., Neuroleptic Levels by Radioreceptor Assay and Clinical Response during Treatment of Acute Exacerbation of Schizophrenia--Some Preliminary Findings. _Psychopharmacology Bulletin_, 19(1):74-76, 1983.

Brown, W.A., Daamen, M., D'Agostino, C., Dockery, E., Fournier, P., & Parsells, A., Cortisol Level Response to 1- and 2-mg Doses of Dexamethasone. _American Journal of Psychiatry_, 140(5):609-611, 1983.

Brown, W.A., Prolactin Levels and Effects of Neuroleptics. _Psychosomatics_, 24, (6):569-581, 1983.

Bansal, S. & Brown, W.A., Cyproheptadine in Depression. _The Lancet_, 803, 1983 (letter).

Brown, W.A., The DST and Pituitary-Adrenocortical Function. _Archives of General Psychiatry_, 42:121-123, 1985.

Keitner, G.I., Maier, R.J., Qualls, C.B., Brown, W.A., & McKendall, M.J., Diagnostic Heterogeneity and the DST in Consecutive psychiatric Admissions. _Psychiatry Research_, 14:215-223, 1985.

Keitner, G.I., Brown, W.A., Qualls, C.B., Maier, R.J., & Barnes, K.T., Results of the Dexamethasone Suppression Test in Psychiatric Patients with and without weight loss. _American Journal of Psychiatry_, 142:246-248, 1985.

Krantz, D. & Brown, W.A., Dexamethasone Suppresses Beta-Endorphin in Human. _Psychoneuroendocrinology_, 10(2):211-214, 1985.

Brown, W.A., & Silver, M., Serum Neuroleptic Levels and Clinical Outcome in Schizophrenic Patients Treated with Fluphenazine Decanoate. _Journal of Clinical Psychopharmacology_, 5(3):143-147, 1985.

Pinto, R.P., Sirota, A.D. & Brown, W.A., Behavioral Instruction for a Patient's Relative to Increase Antihypertensive Compliance. _Psychosomatics_, 26:8, 1985.

B587

Brown, W.A., Arato, M. & Shrivastava, R., Pituitary-Adrenocortical Hyperfunction and Intolerance to Fluvoxamine, a Selective Serotonin Uptake Inhibitor. _American Journal of Psychiatry_, 143(1):88-90, 1986.

Brown, W.A., Haltzman, S.D., Fruzzetti, A., Keitner, G.I., Norman, W., & Miller, I., Consistency of Pituitary-Adrenocortical Function Across Multiple Psychiatric Hospitalizations. _Psychiatry Research_, 18:203-208, 1986.

Faraone, S.V., Curran, J.C., Laughren, T.P. & Brown, W.A, Neuroleptic Bioavailability, Psychosocial Factors and Clinical Status: A One-Year Study of Schizophrenic Outpatients After Dose Reduction. _Psychiatry Research_, 19:311-332, 1986.

Garfinkel, B.D., Brown, W.A., Klee, S.H., Braden, W., Beauchesne, H., & Shapiro, S.K., Neuroendocrine and cognitive responses to amphetamine in adolescents with a history of Attention Deficit Disorder. _Journal American Academy Child Psychiatry_, 4:503-508, 1986.

Brown, W.A., Shrivastava, R.K., & Arato, M., Pretreatmnet Pituitary-Adrenocorticol Status and Placebo Response in Depression. _Psychopharmacology Bulletin_, 23:155-159, 1987.

Faraone, S.V., Brown, W.A., & Laughren, T.P., Serum Neuroleptic Levels, Prolactin and Relapse: A Two Year Study of Schizophrenic Outpatients _Journal of Clinical Psychiatry_, 48:151-154, 1987.

Leong, S.S., Brown, W.A., Acetylcholine and Affective Disorder. _Journal of Neural Transmission_, 70:295-312, 1987.

Rao, M.L., Brown, W.A., Stability of Serum Neuroleptic and Prolactin Concentrations During Short and Long-term Treatment of Schizophrenic Patients. _Psychopharmacology_, 93:237-242, 1987.

Brown, W.A., Predictors of Placebo Response in Depression. _Psychopharmacology Bulletin_, 24:1, 1988.

Rao, M.L., Brown, W.A. & Wagner, R., Radioreceptor Assay and High Performance Liquid Chromatography Yield Similar Results for Serum Thoridazine, and its Major metabolites. _Therapeutic Drug Monitoring_, 10(02):184-187, 1988.

Brown, W.A., Dornseif, B.E., & Wernicke, S.F., Placebo Response in Depression: A Search for Predictors. _Psychiatry Research_, 26:259-264, 1988.

Faraone, S.V., Cirelli, V., Curran, J.P., & Brown, W.A., Neuroleptic Dose Reduction for Schizophrenic Outpatients: A Three-Year Follow-Up. _Hospital and Community Psychiatry_, 39:1207-1208, 1988.

Faraone, S.V., Young, A.S., Brown, W.A., Neuroleptic Nonresponse and Affective Symptoms: A Two Year Prospective Study of Schizophrenic Outpatients. _Psychiatry Research_, 28:315-321, 1989.

B588

Brown, W.A., Herz, L.R., Response to Neuroleptic Drugs as a Device for Classifying Schizophrenia. _Schizophrenia Bulletin,_ 15:123-129, 1989.

Keitner, G.I., Fruzetti, A., Miller, I.W., Norman, W.H., & Brown, W.A., The Effect of Anticonvulsants on the Dexamethasone Suppression Test. _Canadian Journal of Psychiatry,_ 34:441-443, 1989.

Faraone, S.V., Green, A.I., Brown, W.A., Yin, P., Tsuang, M., Clinical Effects of an 80% Neuroleptic Dose Reduction in Neuroleptic Refractory Psychotic Patients. _Hospital and Community Psychiatry,_ 40:1193-1199, 1989.

Young, A.S., Faraone, S.V., Brown, W.A., Correction of Serum Neuroleptic Activity for Blood to Brain Distribution: A Method that may Render Radioreceptor Assay Results Comparable Between Neuroleptics. _Journal of Clinical Psychopharmacology,_ 9:5, 1989.

Green, A.I., Faraone, S.V., & Brown, W.A., Prolactin Shifts after Neuroleptic Withdrawal. _Psychiatry Research,_ 32:213-219, 1990.

Norman, W.H., Brown, W.A., Miller, I.W., Keitner, G.I., Overholzer, J.C., The DST and Completed Suicide. _Acta Psychiatrica Scandinavica,_ 81:120-125, 1990.

Stone, A.B., Pearlstein, T.B., Brown, W.A., Fluoxetine in the Treatment of Premenstrual Syndrome. _Psychopharmacology Bulletin,_ 26:331-335, 1990.

Stone, A.B., Pearlstein, T.B., Brown, W.A., Fluoxetine in the Treatment of Late Luteal Phase Dysphoric Disorder. _Journal of Clinical Psychiatry,_ 52:290-293, 1991.

Khan, A., Brown, W.A., Who should receive antidepressants: Suggestions from Placebo Treatment. _Psychopharmacology Bulletin,_ 27:271-274, 1991.

Brown, W.A., Johnson, M.F., Chen, M.G., Clinical Features of Depressed Patients who do and do not Improve with Placebo. _Psychiatry Research,_ 41:203-214, 1992.

Brown, W.A., Harrison W., Are Patients who are Intolerant to one SSRI Intolerant to Another? _Psychopharmacology Bulletin,_ 28:253-256, 1992.

White, K., Kando, J., Park, T., Waternaux, C., Brown, W.A. Side Effects and the "Blindability" of Clinical Drug trials. _American Journal of Psychiatry,_ 149:1730-1731, 1992.

Daamen, M., Brown, W.A., Single Dose Fluoxetine in the Management of PMS. _Journal of Clinical Psychiatry,_ 53:210-211, 1992

Faraone, S.V., Simpson, J.C., Brown, W.A., Mathematical Models of Complex Dose-Response Relationships. Implications for Experimental Design in Psychopharmacologic Research. _Statistics in Medicine,_ 11:685-702, 1992.

Levy, U.H., Greenberg, D., Lerer, B., Dasberg, H., Brown, W.A., Trial of Maintenance Neuroleptic Dose Reduction in Schizophrenic Outpatient's:

B589

Psychopharmacologic Research.  Statistics in Medicine, 11:685-702, 1992.

Levy, U.H., Greenberg, D., Lerer, B., Dasberg, H., Brown, W.A., Trial of Maintenance Neuroleptic Dose Reduction in Schizophrenic Outpatient's: Two-Year Outcome.  J Clin Psychiatry, 54:59-62, 1993.

Seidman, L.J., Pepple, J.R., Faraone, S.V., Kremen, W.S., Green A.I., Brown, W.A., & Tsuang, M.T., Neuropsychological Performance in Chronic Schizophrenia in Response to Neuroleptic Dose Reduction: Biological Psychiatry, 33:575-584, 1993

Glazer, W.M., Friedhoff, L.T., Marder, S.R., Brown, W.A., The Determination of the Steady-State Pharmacokinetic Profile of Fluphenazine Decanoate by Gas Chromatography/Mass Spectrometry Detection.  Schizophrenia Research, In Press.

Keitner, G.I., Ryan, C.E., Kohn, R.K., Miller, I.W., Norman, W.H., Brown, W.A., Age and DST: Results from a Broad Unselected Patient Population. Psychiatry Research, In Press.

Brown, W.A., Sirota, A.D., Niaura, R., Engebretson, T.O., Endocrine Correlates of Sadness and Elation.  Psychosomatic Medicine, In Press

**BOOKS, BOOK CHAPTERS, COMMENTARY**

Brown, W.A., A Prospective Study of Postpartum Psychiatric Disorders.  In: Morris, N., (ed.) Psychosomatic Medicine in Obstetrics and Gynecology. London Karger, Basel, 1972.

Brown, W.A., & Shereshefsky, P.M., Seven Women: A prospective Study of Postpartum Psychiatric Disorders.  IN: Shereshefsky, P.M., and Yarrow, L.J. (Eds.) Psychological Aspects of a First Pregnancy and Early Postnatal Adaption.  Raven Press, 1974.

Brown, W.A., Lal, H. & Brown, G., Serum Prolactin as an Indicator of Alterations in Brain Dopamine Systems. Catecholamines: Basic and Clinical Functions, 1254-1256, 1979.

Brown, W.A, Psychological Care During Pregnancy and the Post Partum Period. Raven Press, 1979.

Brown, W.A., Laughren, T.P., & Mueller, B., Endocrine Effects of Lithium in Manic Depressive Patients.  Proceedings II World Congress of Biological Psychiatry. Biological Psychiatry Today, 759, 1979.

Brown, W.A., & Goldberg, R., Psychotropic Drugs: Use and Problems.  In: Bishop, D.S. (ed.). Behavioral Problem in the Disabled: Assessment and Management.  Williams and Wilkins, 1980.

Brown, W.A., Pregnancy Fears.  Chilbirth Educator, 1:53-57, 1981.

Brown, W.A., Use of the Dexamethasone Suppression Test in Depression.  In: Post, R.M., and Ballenger, J.C., (eds.). Neurobiology of Mood Disorders. Williams & Wilkins, 1984.

B590

Brown, W.A., Neuroleptics and Prolactin: A Second Look. In: Shah, N.S. and Donald, A.G. (eds.). Psychoneuroendocrine Dysfunction. Plenum Publishing Corp., 1984.

Brown, W.A., Faraone, S.V., Serum Neuroleptic and Prolactin Levels and Schizophrenic Relapse. In: Liberman, J.A., (ed.). Prediction of Relapse in Schizophrenia. APA Press, 1986.

Brown, W.A., Clinical Correlates of Pituitary-Adrenocortical Activity in Depression. In: Halbreich, U., and Rose, R. (eds.). Hormones and Depression. Raven Press, 1987.

Brown, W.A., Hormones and Sexual Aggression in the Male. (Commentary) Integrative Psychiatry. Elsevier Press, 1987.

Brown, W.A., Pretreatment Pituitary-Adrenocorticol Status Predicts Placebo Response in Depression. In: Lerer, B., and Gershon, S. (eds.). New Directions in Affective Disorders. Springer Verlag, 126:592-595, 1987.

Brown, W.A., Herz, L., Neuroleptic Response as a Nosologic Device. In: Tsuang, M.T., and Simpson, J.C., (eds.). Handbook of Schizophrenia, Vol. 3, Nosology, Epidemiology and genetics of Schizophrenia. Elsevier Press, 1988.

Brown, W.A., The Endocrinology of Neuropsychiatric Disorders. (Guest Editor) Endocrinology and Metabolism Clinics of North America. W.B. Saunders Co., 1988.

Green, A.I., & Brown, W.A., Prolactin and Neuroleptic Drugs. In: Brown, W.A., (ed.). The Endocrinology of Neuropsychiatric Disorders; Endocrinology and Metabolism Clinics of North America. 17(1):213, 1988.

Green, A.I., & Brown, W.A., Prolactin and Neuroleptic Drugs. In: Brown, W.A. (ed.). The Endocrinology of Neuropsychiatric Disorders; Neurologic Clinics. 6(1):213, 1988.

Brown, W.A., Can Hormones subtype Depression? Citation Classic Comment Current Contents/Clinical Medicine, Life Sciences, Social & Behavioral Sciences. 32(22):14, 1989.

Brown, W.A., What happened to the DST? Citation Classic Comment, Current Contents Social and Behavioral Sciences. 22:12-13, 1990

Brown, W.A., Is Light Treatment a Placebo? Psychopharmacology Bulletin 26(4):527-530, 1990.

Brown, W.A., Biochemical Predictors of Relapse in Schizophrenic Patients. Relapse, 1:4-5, 1991.

Brown, W.A., Commentary on "Menstrually Related Disorders: Points of Consensus, Debate, and Disagreement". Neuropsychopharmacology 9:23-24, 1993.

B591

Stone, A.B., Brown, W.A., Psychological Changes During Pregnancy:
  Implications for Medical Care. In: Schatz, M., and Zeiger, R.S. (eds.)
  Asthma and Allergy in Pregnancy and Early Infancy. Marcel Dekker,
  89-108, 1993.

Briggs, J., McBride, L., Bagino, O., Brown, W.A., & Bauer, M.S. Screening
depressives for causative medical illness: The example of thyroid function
testing, II: Hypothesis testing in ambulatory depressives. J Depression,
In Press.

B592

STATE OF RHODE ISLAND
AND PROVIDENCE PLANTATIONS
DEPARTMENT OF HEALTH

LICENSE TYPE                          LICENSE NO.

DOCTOR OF MEDICINE      MD 4809

BARBARA A. DEBUONO, MD    EXP. DATE
DIRECTOR OF HEALTH       01/01/95
REGISTRANT

Walter A Brown
REDACTED

23644

SIGNATURE