B593

5077EV0015 0432
D30
1/13/94

# GEORGE M. SIMPSON, M.D.

DATE/PLACE OF BIRTH:     September 28, 1926
                         Pennsylvania of Scottish parents
                         Lived in Scotland 1929-1955

MARITAL STATUS:          Married, REDACTED REDACTED

EDUCATION:

1940-1944     Wishaw High School
              Lanarkshire, Scotland

1944-1948     B.Sc., Biochemistry, Glasgow University

1948-1950     Research on Antibiotics and Fermentation
              Biochemistry, Distillers Co., Ltd.,
              Liverpool, England

1950-1955     M.B., Ch.B., Graduated in Medicine
              Liverpool, University
              Liverpool, England

SOCIAL SECURITY #:   REDACTED

EMPLOYMENT:

1983-present     Professor of Psychiatry and Pharmacology,
                 and Director, Clinical Psychopharmacology
                 Medical College of Pennsylvania/EPPI
                 Philadelphia, PA  (215-842-4390)
                 FAX 215-843-7137

1980-1983        Director, Adult Psychiatric Center
                 Department of Mental Health
                 Los Angeles, CA

1977-1983        Professor of Psychiatry
                 University of Southern California
                 Los Angeles, CA

1977-1980        Director, USC/Metro
                 Psychopharmacology Services

RECEIVED

JAN 1 3 1994

CLINICAL &
MEDICAL AFFAIRS

B594

2

|  | Norwalk, CA |
|---|---|
| 1975-1977 | Research Consultant, Division of Psychiatry<br>Bergen Pines County Hospital<br>Paramus, NJ |
| 1974-1977 | Associate Clinical Professor<br>New York Medical College<br>New York, NY |
| 1971-1975 | Unit Chief, Yonkers-Hudson Shore Unit<br>Rockland Psychiatric Center<br>Orangeburg, NY |
| 1968-1977 | Principal Research Psychiatrist<br>Research Institute<br>Rockland Psychiatric Center<br>Orangeburg, NY |
| 1968-1975 | Associate Director, Division<br>of Psychiatry<br>Bergen Pines County Hospital<br>Paramus, NJ |
| 1968 | Visiting Professor, Menninger Clinic<br>Topeka, KS |
| 1961-1968 | Supervising Psychiatrist<br>Research Center<br>Rockland State Hospital<br>Orangeburg, NY |
| 1959-1977 | Assistant in Psychiatry<br>Columbia University<br>New York, NY |
| 1959-1961 | Senior Psychiatrist<br>Research Center<br>Rockland State Hospital<br>Orangeburg, NY |
| 1958-1962 | Associate Director<br>Rockland County Mental Health Association<br>Monsey, NY |
| 1957-1959 | Resident in Psychiatry<br>Research Center<br>Rockland State Hospital<br>Orangeburg, NY |

B595

**3**

| 1956-1957 | Assistant Resident, Department of Psychiatry<br>Allen Memorial Institute<br>Royal Victoria Hospital<br>Montreal, Canada and<br>Mc Gill University<br>Montreal, Canada |
| 1955-1956 | Internship, Royal Southern Hospital<br>Liverpool, England |

<u>COMMITTEES/HONORS</u>:

| 1993 | Chairman, VI World Congress of Biological Psychiatry<br>Young Investigators Travel Award Committee |
| 1992 | Board of Directors, American Society of Clinical<br>Psychopharmacology, Inc. (ASCP) |
| 1992-present | Committee Member, Relationship with Non-Professional<br>Organizations & Advocacy Groups (ASCP) |
| 1992-present | Committee Member, Relationship with Professional<br>Organizations  (ASCP) |
| 1992 | Immediate Past President, and Council Member, American<br>College of Neuropsychopharmacology |
| 1991 | Winner of Arthur P. Noyes Award for outstanding<br>contributions in the field of schizophrenia |
| 1991 | President, American College of Neuro-<br>psychopharmacology (ACNP) |
| 1990 | Chairman, Mental Health and Neurosciences<br>Planning Committee, MCP/EPPI |
| 1990-93 | Member, ACNP Honorifics Committee<br>Member, ACNP Mental Health Leadership Forum Liaison<br>Member, ACNP Task Force to Revise Guidelines for<br>Clinical Trials of Psychotropic Drugs |
| 1989-91 | Advisory Board of Schizophrenia Diagnostic &<br>Consultation Center, MCP/EPPI |
| 1989-91 | Chairman, Vth World Congress of Biological<br>Psychiatry Young Investigators Travel Award<br>Committee |
| 1989 | Member, Committee on A.E. Bennett<br>Award, Society of Biological Psychiatry |

B596

**4**

| | |
|---|---|
| 1986-1988 | Member, Mayor's Task Force on Homeless Mentally Ill, City of Philadelphia |
| 1986 | Chairman, Nominating Committee, ACNP |
| 1985 | Secretary-General, IV World Congress of Biological Psychiatry; Member, Program Committee and Organizing Committee |
| 1984-86 | Chairman, Constitution and Rules Committee, ACNP |
| 1985-1987 | Chairman, TDAB Grant Review Committee |
| 1982-1983 | Chairman, Search Committee for Director of Psychiatry and Law University of Southern California |
| 1982-1988 | Chairman, APA Task Force on Sudden Death in Psychiatry |
| 1978-1981 | Member of State of California Committee for the Protection of Human Subjects Consultant, HEW and FDA on areas related to psychotropic agents and side effects |
| 1977-1978 | Member of APA Task Force to AMA on developing"Model Psychopharmacologic Screening Criteria" |
| 1977-1978 | Member of APA Task Force on Tardive Dyskinesia |
| 1976-1978 | Member, New York State, Department of Mental Hygiene Committee on Therapeutics |

EDITORIAL RESPONSIBILITIES:

| | |
|---|---|
| Advisory Board: | Biological Psychiatry<br>Schizophrenia Bulletin<br>Psychiatric Annals |
| Associate Editor: | Psychopharmacology Bulletin |
| Editorial Board: | Psychiatric Journal of the University of Ottawa<br>Integrative Psychiatry |
| Scientific Advisor: | Journal of Clinical Psychiatry |
| Reviewer: | American Journal of Psychiatry<br>Archives of General Psychiatry<br>Hospital and Community Psychiatry<br>Medical Newsletter<br>Journal of Clinical Psychopharmacology |

B597

**5**

PROFESSIONAL MEMBERSHIPS:

American College of Clinical
  Pharmacology
American College of Neuropsychopharmacology,
  Fellow and 1991 President
American Psychiatric Association, Life Fellow
American College of Psychiatrists
American Society for Clinical Pharmacology and
    Therapeutics
British Medical Association
CINP
Pennsylvania Medical Society
Royal College of Psychiatry, Fellow and Founding
    Member
Society of Biological Psychiatry
Southern California Psychiatric Society
National Alliance for the Mentally Ill

LICENSURES:               Pennsylvania #029471-E
                          California #C037445

ACTIVE SUPPORT:

Stanley Foundation/National Alliance for the Mentally Ill - Mentor of Medical
Student Fellowship in Schizophrenia

NIMH/PAL Grant, MH45190 - Double-blind Clozapine in Treatment-Resistant
Schizophrenia, 10-year MERIT Award

B598

**6**

PUBLICATIONS:

1.  Nicklin, G., Sacks, W., Wehrheim, H., Simpson, G., Saunders, J. and Kline N.: Cross transfusion in schizophrenia. Am. J. Psych. 116(4):334-336, 1959.

2.  Simpson, G.M. and Kline, N.S.: Histamine wheal formation and mental illness. J. Nerv. Mntl. Dis. 133:19-24, 1961.

3.  Simpson, G.M.: Uneventful trifluoperazine (Stelazine) therapy after previous granulocytic depression. J. Mntl. Sci. 107:258-260, 1961.

4.  Simpson, G.M.: Pavlovian conference on higher nervous activity, Discussion: Part V. Ann. N.Y. Acad. Sci. 92(3):1134-1136, 1961.

5.  Simpson, G.M. and Kline, N.S.: A new type psychiatric research ward. Am. J. Psych. 119(6):511-514, 1962.

6.  Simpson, G.M., Radinger, N., Rochlin, D. and Kline, N.S.: Enovid in the treatment of psychic disturbances associated with menstruation. Dis. Nerv. Syst. 23(10), 1962.

7.  Simpson, G.M. and Blair, J.: Tendon reflexes in myxedema. Brit. Med. J. 5295:1833-1834, 1962.

8.  Simpson, G.M. and Harris, A.H.: The effect of tri-iodothyronine on abnormalities in the cerebrospinal fluid of chronic schizophrenic patients. Am. J. Psych. 119(2):170-171, 1962.

9.  Blair, J.H., Simpson, G.M. and Kline, N.: Monoamine oxidase inhibitor and sperm production. JAMA 181:172, 1962.

10. Cranswick, E.H., Simpson, G.M. and Nies, A.: An abnormal thyroid finding produced by a phenothiazine. JAMA 181:554-555, 1962.

11. Kline, N.S., Simpson, G. and Brodie, B.B.: The clinical application of desmethylimipramine: a new type of antidepressant drug. Intl. J. Neuropharmacol. 1:55-60, 1962.

12. Simpson, G.M., Blair, J.H. and Nartowicz, G.R.: Prolonged achilles reflex in neurosyphilis simulating the myxedema reflex. New Engl. J. Med. 268:89-91, 1963.

13. Simpson, G.M., Blair, J.M. and Nartowicz, G.R.: Diagnostic limitations of achilles tendon reflex in thyroid disease. N.Y. State J. Med. 63(8):1148-1153, 1963.

14. Bogoch, S., Sacks, W. and Simpson, G.M.: Biosynthesis of nervous system glycoproteins. Neurology 13:356, 1963.

B599

**7**

15. Simpson, G.M. and Blair, J.: Reflex measurements in thyroid disease
Lancet 1:1002, 1963 (letter).

16. Cranswick, E.H. and Simpson, G.M.: Perphenazine and thyroid
function. JAMA 186:1102, 1963 (letter).

17. Simpson, G.M., Cranswick, E.H. and Blair, J.H.: Thyroid indices in
chronic schizophrenia. J. Nerv. Mntl. Dis. 137(6):582-590, 1963.

18. Simpson, G.M., Farkas, T. and Saunders, J.C.: The clinical evaluation
of a new butyrophenone (WY-34573). Psychopharmacologia 5:306, 1964.

19. Simpson, G.M., Amuso, D., Blair, J.H. and Farkas, T.: Phenothiazine
produced extra-pyramidal system disturbances. Arch. Gen. Psych.
10:199-208, 1964.

20. Kline, N.S. and Simpson, G.M.: A long-acting phenothiazine in office
practice. Am. J. Psych. 120(10):1012-1014, 1964.

21. Simpson, G.M.: Reactions following the intra-muscular administration
of chlorprothixene. Am. J. Psych. 120(10):1021-1023, 1964.

22. Simpson, G.M., Blair, J.H. and Cranswick, E.H.: Cutaneous effects of a
new butyrophenone drug. Clin. Pharmacol. Ther. 5(3):310-311, 1964.

23. Simpson, G.M., Cranswick, E.H. and Blair, J.H.: Thyroid indices in
chronic schizophrenia: II. J. Nerv. Mntl. Dis. 138(6):581-585, 1964.

24. Cranswick, E.H. and Simpson, G.M.: Perphenazine and thyroid
function. Am. J. Psych. 120(11), 1964.

25. Simpson, G.M., Rochlin, D. and Kline, N.S.: Further studies of Enovid
in the treatment of psychiatric patients. Dis. Nerv. Syst. 25:484-486,
1964.

26. Kline, N.S., Sacks, W. and Simpson, G.M.: Further studies on: one day
treatment of depression with 5-HTP. Am. J. Psych. 12(4):379-381, 1964.

27. Blum, B., Weizmann, H., Simpson, G.M., Kraklowsky, D., Kulcsan, I.S.
and Merskey, H.: Harmine antagonism of drug-induced extra-pyramidal
disturbances. Psychopharmacologia 6:307-310, 1964.

28. Simpson, G.M., Amin, M., Kunz, E. and McCafferty, F.V.: Studies on a
second long-acting fluphenazine. Am. J. Psych. 121(8):784-787, 1965.

29. Simpson, G.M., Kunz, E. and Slafta, J.: Use of sodium diphenylhydantoin
in treatment of leg ulcers. N.Y. State J. Med. 65(7):886-888, 1965.

30. Cranswick, E.H., Cooper, T.B. and Simpson, G.M.: Two-year follow up
study of protein bound iodine elevation in patients following
perphenazine. Am. J. Psych. 122(3):300-305, 1965.

B600

8

31.  Simpson, G.M., Blair, J.H. and Amuso, D.:  Effects of anti-depressants on
     genito-urinary function.  Dis. Nerv. Syst. 26:787-789, 1965.

32.  Simpson, G.M. and Amin, M.:  Clinical testing of a new
     dihydromorphanthridine derivative.  Psychopharmacol. Bull. 3:33, 1965.

33.  Simpson, G.M., Kunz, E. and Watts, T.P.S.:  A new butyrophenone in the
     treatment of chronic schizophrenia.  Psychopharmacologia (Berl.) 8:223-
     226, 1965.

34.  Simpson, G.M., Kunz, E. and Watts, T.P.S.:  Behavioral and anti-
     epileptic effects of an iminostilbene derivative.  Neuro-Psychopharm.
     4:442-448, 1965.

35.  Simpson, G.M., Amin, M. and Kunz, E.:  Withdrawal effects of
     phenothiazines.  Comp. Psych. 6(5):347-351, 1965.

36.  Simpson, G.M. and Salim, T.:  A preliminary study of P-4599 in chronic
     schizophrenics.  Curr. Ther. Res. 7(10):661-664, 1965.

37.  Simpson, G.M. and Iqbal, J.:  A preliminary study of thiothixene in
     chronic schizophrenics.  Curr. Ther. Res. 7(11):697-700, 1965.

38.  Simpson, G.M. and Amin, M.:  Opipramol hydrochloride in the treatment
     of diseases of the senium.  Psychopharmacol. Bull. 3(3):50, 1966.

39.  Simpson, G.M. and Cooper, T.B.:  Thyroid indices in chronic
     schizophrenia: III.  J. Nerv. Mntl. Dis. 142(1):58-62, 1966.

40.  Simpson, G.M. and Amuso, D.:  Treatment of chronic schizophrenia with
     triiodothyronine. 11(4):303-305, 1966.

41.  Simpson, G.M. and Cooper, T.B.:  The effect of phenothiazines on
     cerebrospinal fluid.  Intl. J. Neuropsych. 2(3):223-226, 1966.

42.  Simpson, G.M., Angus, J.W.S. and Iqbal, J.:  The effect of clopenthixol
     on chronic schizophrenia.  Curr. Ther. Res. 8(3):85-90, 1966.

43.  Simpson, G.M., Blair, J.H., Iqbal, J. and Iqbal, F.:  A preliminary study
     of trimipramine in chronic schizophrenia.  Curr. Ther. Res. 8(5):225-231,
     1966.

44.  Simpson, G.M. and Cooper, T.B.:  The effect of three butyrophenones
     on serum cholesterol levels.  Curr. Ther. Res. 8(5):249-255, 1966.

45.  Simpson, G.M., Hackett, E. and Kline,, N.S.:  Difficulties in systematic
     rating of depression during out-patient drug treatment.  Can. Psych.
     Assoc. J. 11:S116-S122, 1966.

B601

**9**

46. Simpson, G.M. and Siegler, A.: A preliminary study of a new dihydromorphanthridine derivative in chronic schizophrenia. Curr. Ther. Res. 8:406-409, 1966.

47. Simpson, G.M., Iqbal, J.and Iqbal, F.: A preliminary study of Lilly 51641. Curr. Ther. Res. 8(8):400-405, 1966.

48. Simpson, G.M., Iqbal, J. and Iqbal, F.: A preliminary study of SKF-14,336 in chronic schizophrenia. Curr. Ther. Res. 8(9):447-451, 1966.

49. Simpson, G.M.: Effective participation by general practitioners. Drug. Ther. Mntl. Illn. 38(6):557-564, 1966.

50. Blair, J.H. and Simpson, G.M.: Effect of antipsychotic drugs on reproductive functions. Dis. Nerv. Syst. 27:645-647, 1966.

51. Simpson, G.M., Iqbal, J., Iqbal, F. and Angus, J.W.S.: A preliminary study of P-5277, a new active tricyclic antipsychotic agent. Curr. Ther. Res. 8(10):468-471, 1966.

52. Simpson, G.M.: An approach to the standardization of data collection for joint studies. Excerpta Med. 150:835-837, 1966.

53. Kline, N.S., Simpson, G. and Sacks, W.: Amines and amine precursors combined with a monoamine oxidase inhibitor in the treatment of depression. Proc. 5th Intl. Cong. Coll. Intl. Neuropsychopharmacol. pgs. 343-346, 1966.

54. Angus, J.W.S., Iqbal, F., Iqbal, J. and Simpson, G.M.: A year's trial of thiothixene in chronic schizophrenia. Intl. J. Neuropsych. 3(5):408-412, 1967.

55. Simpson, G.M. and Angus, J.W.S.: A preliminary study of MK- 741 in chronic schizophrenia. Curr. Ther. Res. 9(1):24-28, 1967.

56. Simpson, G. and Angus, J.W.S.: A preliminary study of prothipendyl in chronic schizophrenia. Curr. Ther. Res. 9(5):265-268, 1967.

57. Laska, E., Morrill, D., Kline, N.S., Hackett, E. and Simpson, G.M.: Scribe - A method for producing automated narrative psychiatric case histories. Am. J. Psych. 124(1):120-122, 1967.

58. Sugarman, A.A., Simpson, G.M., Fink, M., Denber, H., Gallant, D.M., Ban, T.A., Itil, T. and Halden, J.M.C.: Reports of clinical studies of psychiatric drugs. J. Clin. Pharmacol. 7(4):239-243, 1967.

59. Simpson, G.M., Angus, J.W.S. and Edwards, J.G.: A controlled study of haloperidol in chronic schizophrenia. Curr. Ther. Res. 9(8):407-418, 1967.

B602

**10**

60. Simpson, G.M. and Kline, N.S.: The evaluation of C1-515 in the treatment of depression. Psychopharmacol. Bull. 4(1):62, 1967.

61. Simpson, G.M., Cole, J.O., Crane, C.E., Rees, W.L.L., Lehmann, H.E. and Tobin, J.M.: Prospective clinical application of haloperidol. Intl. J. Neuropsych. 3(1):533-541, 1967.

62. Simpson, G.M., Kunz-Bartholini, E. and Watts, T.P.S.: A preliminary evaluation of the sedative effects of Catapres, a new antihypertensive agent, in chronic schizophrenic patients. J. Clin. Pharmacol. 7(4):221-225, 1967.

63. Simpson, G.M., Angus, J.W.S. and Edwards, J.G.: A preliminary study of C1-601 in chronic schizophrenia. Curr. Ther. Res. 9(9):486-491, 1967.

64. Simpson, G. and Angus, J.W.S.: A preliminary study of oxypendyl in chronic schizophrenia. Curr. Ther. Res. 9(4):225-228, 1967.

65. Simpson, G.M.: Side effects of phenothiazines. Br. J. Psych. 113:331-332, 1967.

66. Krumholz, W.V., Sheppard, C., Merlis, S., Sugarman, A.A., Angus, S., Krakov, L., Simpson, G.M., Bishop, M.P., O'Maellie, L.R. and Gallant, D.M.: Comparison of P-5227 and thioridazine in chronic schizophrenic patients. J. Clin. Pharmacol. 287-295, 1967.

66A. Lichtigfeld, F.J. and Simpson, G.M.: Hypocalcemic states. New Engl. J. Med. 276:874-875, 1967.

67. Simpson, G.M. and Krakov, L.: A preliminary trial of BL-KR 140 in chronic schizophrenia. Curr. Ther. Res. 10(2):74-76, 1968.

68. Simpson, G.M. and Kunz-Bartholini, E.: Relationship of individual tolerance, behavior and phenothiazine produced extrapyramidal system disturbance. Dis. Nerv. Syst. 29:269-274, 1968.

69. Simpson, G.M., Angus, J.W.S., Sugarman, A.A. and Stolberg, H.: Two pilot studies of BC-347 in chronic schizophrenic patients. J. Clin. Pharmacol. 8(3):196-199, 1968.

70. Simpson, G.M. and Laska, E.: Sensitivity to a phenothiazine (butaperazine) Canad. Psychiat. Assoc. J. 13:499-508, 1968.

71. Simpson, G.M., Amin, M., Kunz-Bartholini, E., Watts, T.P.S. and Laska, E.: Problems in the evaluation of the optimal dose of a phenothiazine (butaperazine). Dis. Nerv. Syst. 59:172-176, 1968.

72. Cooper, T.B. and Simpson, G.M.: Perphenazine and serum protein bound iodine. Acta Endocrinol. 59:172-176, 1968.

B603

**11**

73. Edwards, J.G. and Simpson, G.M.: A study of intramuscular thiothixene in acute schizophrenia. Curr. Ther. Res. 10(9):448-452, 1968.

74. Edwards, J.G. and Simpson, G.M.: Further studies of the butyrophenone, CI-601, in chronic schizophrenic patients. Curr. Ther. Res. 10(10):520-528, 1968.

75. Simpson, G.M. and Krakov, L.: A preliminary study of molindone (EN-1733A) in chronic schizophrenia. Curr. Ther. Res. 10(1):41-46, 1968.

76. Edwards, J.G. and Simpson, G.M.: A trial of clomacron phosphate (SK&F 14,336) in mania. Curr. Ther. Res. 11(3):115-117, 1969.

77. Angus, J.W.S. and Simpson, G.M.: Fluphenazine enanthate in the treatment of chronic schizophrenia. Pharmakopsychiat. 2(1):61-65, 1969.

78. Angus, J.W., Deutsch, L.J., Edwards, J.G. and Simpson, G.M.: A double blind comparison of the acridine derivative, clomacran phosphate, and trifluoperazine in schizophrenia. Beh. Neuropsych. 1(1):13-19, 1969.

79. Laska, E., Simpson, G.M. and Bank, R.: A computerized mental status. Comp. Psych. 10(2):136-145, 1969.

80. Sugarman, A.A., Herrmann, J., O'Hara, M., Simpson, G.M., Angus, J.W.S. and Deutsch, L.: Two pilot studies of AHR-1680 in chronic schizophrenic patients. J. Clin. Pharmacol. 9(3):183-186, 1969.

81. Simpson, G.M., Amin, M., Kunz-Bartholini, E., Salim, T. and Watts, T.P.S.: Problems in the evaluation of the optimal dose of a butyrophenone (trifluperidol). Int. Pharmacopsychiat. 2:59-70, 1969.

82. Cooper, T.B. and Simpson, G.M.: Preliminary report of a longitudinal study on the effects of lithium on iodine metabolism. Curr. Ther. Res. 11(10):603-608, 1969.

83. Angus, J.W.S., Go, S.H. and Simpson, G.M.: Pilot study on the use of AL-1201 in the treatment of chronic schizophrenia. Curr. Ther. Res. 11(12):779-783, 1969.

84. Simpson, G.M. and Cooper, T.B.: Lithium and thyroid function. Am. J. Psych. 125(8):1132-1133, 1969.

85. Simpson, G.M. and Angus, J.W.S.: A rating scale for extrapyramidal side effects. Acta Psych. Scand. 212:11-19, 1970.

86. Simpson, G.M., Krakov, L. and Kunz-Bartholini, E.: A controlled trial of combined medications on behavioral and extrapyramidal effects. Acta Psych. Scand. 212:20-27, 1970.

87. Angus, J.W.S. and Simpson, G.M.: Handwriting changes and response to drugs - A controlled study. Acta Psych. Scand. 212:28-37, 1970.

B604

**12**

88. Simpson, G.M., Krakov, L., Mattke, D. and St. Phard, G.:  A controlled comparison of the treatment of schizophrenia patients when treated according to the neuroleptic threshold or by clinical judgment. Acta Psych. Scand. 212:38-43, 1970.

89. Simpson, G.M.:  Controlled studies of antiparkinsonism agents in the treatment of drug-induced extrapyramidal symptoms.  Acta Psych. Scand. 212:44-51, 1970.

90. Angus, J.W.S. and Simpson, G.M.:  Hysteria and drug-induced dystonia. Acta Psych. 212:53-58, 1970.

91. Wolpert, A., White, L., Dana, L., Sugarman, A.A., Arengo, A.D., Simpson, G.M., Bishop, M.P. and Gallant, D.M.:  Clinical pharmacological trial of loxapine succinate.  J. Clin. Pharmacol. 10(3):175-181, 1970.

92. Simpson, G.M., Angus, J.W.S., Beckles, E.D. and Deutsch, L.:  A one year trial of clomacron phosphate in chronic schizophrenia. Pharmakopsychiatrie Neuro-Psychopharmakologie 3(1):67-72, 1970.

93. Nies, A. and Simpson, G.M.:  Histamine wheal formation and schizophrenia.  Int. Pharmacopsychiat. 5:27-34, 1970.

94. Simpson, G.M.:  Long-acting, antipsychotic agents and extrapyramidal side effects. Dis. Nerv. Syst. 31:12-14, 1970.

95. Kline, N.S., Simpson, G.M. and Swenson, J.E.:  Private ambulatory patients treated with fluphenazine enanthate.  Dis. Nerv. Syst. 43-45, 1970.

96. Simpson, G.M.:  Discussion of D.M. Engelhardt's paper "Outpatient Considerations." Psychopharmacol. Bull. 6:61-63, 1970.

97. Simpson, G.M.:  Drug screening program:  drug resistant schizophrenics.  Psychopharmacol. Bull. 6:81-82, 1970.

97A. Simpson, G.M.:  Clomacran-phosphate against schizophrenia.  Munch Med Wochenschr 42:3, 1970.

97B. Engelhardt, D.M., Simpson, G.M., Ban, T.A. and Merlis, S.: Outpatient considerations.  Psychopharmacol. Bull. 6:58-72, 1970.

98. Simpson, G.M.:  Clinical vs. desk pharmacology.  Intl. J. Psych. 481-486, 1970-71.

99. Simpson, G.M., Croll, D. and Lee, J.H.:  An evaluation of metiapine in chronic schizophrenia.  Curr. Ther. Res. 13(4):257-263, 1971.

B605

**13**

100. Simpson, G.M., Amin, M. and Edwards, J.C.: A double-blind comparison of molindone and trifluoperazine in the treatment of acute schizophrenia. J. Clin. Pharmacol. 227-236, 1971.

101. Varga, E. and Simpson, G.M.: Loxapine succinate in the treatment of uncontrollable destructive behavior. Curr. Ther. Res. 13(12):737-742, 1971.

102. Simpson, G.M.: Discussion of L. Tetreault and J.M. Bordeleu's paper on "The usefulness of the placebo and of the double blind technique in the evaluation of psychotropic drugs." Psychopharmacol. Bull. 7:58-60, 1971.

103. Simpson, G.M.: GPA 1714. Psychopharmacol. Bull. 8:68-69, 1972.

104. Simpson, G.M., Beckles, D., Tsalski, Z. and Lee, J.H.: Some methodological considerations in the evaluation of drug-induced extrapyramidal disorders: A study of EX10-029, a new morphanthridine derivative. J. Clin. Pharmacol. 12:142-152, 1972.

105. Simpson, G.M., Arengo, A.D., Angus, J.W.S., Beckles, E.D. and Rachlin, D.: A one-year trial of clopenthixol in chronic schizophrenia. Canad. Psychiat. Assoc. J. 17(4):321-322, 1972.

106. Simpson, G.M., Amin, M., Angus, J.W.S., Edwards, J.C., Go, S.H. and Lee, J.H.: Role of antidepressants and neuroleptics in the treatment of depression. Arch. Gen. Psych. 27:337-345, 1972.

107. Simpson, G.M. and Varga, V.: An investigation of the clinical effect of GPA-1714, a catechol-O-methyl transferase inhibitor. J. Clin. Pharmacol. 12(10):417-421, 1972.

108. Simpson, G.M.: Problems associated with the long-term use of major tranquilizers. Neurological side effects. Psychopharmacol. Bull. 8:63-64, 1972.

109. Birkett, D.P., Hirschfield, W. and Simpson, G.M.: Thiothixene in the treatment of diseases of the senium. Curr. Ther. Res. 14(12):775-779, 1972.

110. Kellner, R., Simpson, G.M. and Winslow, W.W.: The relationship of depressive neurosis to anxiety and somatic symptoms. Psychosomatics 13:358-362, 1972.

110A. Simpson, G.M.: A longitudinal study of trace metals therapy in the copper loaded schizophrenia patient. Psychopharmacol. Bull. 8:1-3, 1972.

110B. Simpson, G.M.: Large doses of fluphenazine enanthate. Brit. Med. J. 3:293-294, 1972.

B606

111.  Simpson, G.:  Butaperazine blood levels and clinical outcome.
      Psychopharmacol. Bull. 9:48, 1973.

112.  Laska, E., Varga, E., Wanderling, J., Simpson, G., Logemann, G. and
      Shah, B.K.:  Patterns of psychotropic drug use for schizophrenia. 34:294-305,
      1973.

113.  Simpson, G.M., Lament, R., Cooper, T.B., Lee, J.H. and Bruce, R.B.: The
      relationship between blood levels of different forms of butaperazine and
      clinical response.  J. Clin. Pharmacol. 13:288-297, 1973.

114.  Simpson, G.M., Haher, E.J., Herketh, E. and Lee, J.H.:  A controlled
      comparison of metiapine and chlorpromazine in chronic schizophrenia.
      J. Clin. Pharmacol. 408:415, 1973.

115.  Cooper, T.B., Bergner, P-E.E. and Simpson, G.M.:  The 24-hour serum lithium
      level as a prognosticator of dosage requirements.  Am. J. Psych. 130(5):601-603, 1973.

116.  Schiele, B.C., Gallant, D., Simpson, G., Gardner, E.A., Cole, J., Crane, G., Chase,
      T., Ayd, E., Levine, J. and Ochota, L.:  Neurological syndromes associated with
      antipsychotic drug use.  Arch. Gen. Psych. 130:6, 1973.

117.  Cooper, T.B. and Simpson, G.M.:  Concomitant imipramine and methylphenidate
      administration:  A case report.  Am. J. Psych. 130:6, 1973.

118.  Bergner, P-E.E., Berniker, K., Cooper, T.B., Gradyan, J.R. and Simpson,
      G.M.:  Lithium kinetics in man:  effect of variation in dosage pattern.
      Brit. J. Pharmacol. 49:328-339, 1973.

118A. Cooper, T.B. and Simpson, G.M.:  Lithium and the thyroid:  current findings in
      man.  Psychopharmacol. Bull. 9:30-31, 1973.

119.  Lee, J.H., Branchey, M., Haher, E.J., Varga, E. and Simpson, G.M.:  Once versus thrice
      daily thiothixene in the treatment of schizophrenic in-patients.  Brit. J. Psych.
      125:73-78, 1974.

120.  Simpson, G.M. and Varga, V.:  An early clinical trial of lenperone (AHR-2277), a
      butyrophenone, in clinical schizophrenia.  Curr. Ther. Res. 16(5):477-482, 1974.

121.  Simpson, G.M., Varga, E., Reiss, M., Cooper, T.B., Bergner, P-E.E.
      and Lee, J.H.:  Bioequivalency of generic and brand-named
      chlorpromazine.  Clin. Pharmacol. Ther. 15(6):631-641, 1974.

122.  Simpson, G.M. and Varga, E.:  Clozapine - a new antipsychotic agent. Curr.
      Ther. Res. 18(7):679-686, 1974.

122A. Simpson, G.M.:  Drug-screening program for drug-resistant schizophrenics.
      Psychopharmacol. Bull. 10:52-53, 1974.

122B. Simpson, G.M.:  Patterns of psychotropic drug use for schizophrenia.
      Psychopharmacol. Bull. 10:18, 1974.

B607

15

123.  Cooper, T.B., Simpson, G.M., Haher, E.J. and Bergner, E.:  Butaperazine pharmacokinetics.  Arch. Gen. Psych. 32:903-905, 1975.

124.  Varga, E., Haher, E.J. and Simpson, G.M.:  Neuroleptic-induced Kluver-Bucy syndrome.  Biol. Psych. 10(1):65-68, 1975.

125.  Simpson, G.M.:  CNS effects of neuroleptic agents.  Psych. Ann. 5:11, 1975.

126.  Simpson, G.M. and Varga, E.:  Clozapine:  a new and unusual antipsychotic agent. Psychopharmacol. Bull. 11(1):14-15, 1975.

127.  Brebbia, D.R., Branchey, M.H., Pyne, E., Watson, J., Brebbia, A.F. and Simpson, G.M.:  The effects of amoxapine on electroencephalographic stages of sleep in normal human subjects.  Psychopharmacologia (Berl.) 45:1-7, 1975.

128.  Cooper, T.B., Allen, D. and Simpson, G.M.:  A sensitive GLC method for the determination of imipramine and desmethylimipramine using a nitrogen detector.  Psychopharmacol. Comm. 1(4):445-454, 1975.

129.  Simpson, G.M. and Varga, V.:  Pipotiazine palmitate: A new depot neuroleptic.  Curr. Ther. Res. 17(3):276-280, 1975.

129A. Cooper, T.B., Simpson, G.M., Hahr, E.J. and Bergner, P-E.E.:  Butaperazine pharmacokinetics.  Arch. Gen. Psych. 32:903-905, 1975.

129B. Cooper, T.B. and Simpson, G.M.:  Plasma/blood level monitoring techniques in psychiatry.  Psychopharmacol. Bull. 11:18-20, 1975.

130.  Simpson, G.M. and Cuculic, Z.:  A double blind comparison of loxapine succinate and trifluoperazine in newly admitted schizophrenic patients. J. Clin. Pharmacol. 16(1):60-65, 1976.

131.  Simpson, G.M., Zoubok, B. and Lee, J.H.:  An early clinical and toxicity trial of EX II-582A in chronic schizophrenia.  Curr. Ther. Res. 19(1):87-93, 1976.

132.  Simpson, G.M., Branchey, M.H., Lee, J.H. and Varga, E.:  A two year trial of loxapine succinate in chronic psychotic patients.  Dis. Nerv. Syst. 37(5):305-307, 1976.

133.  Simpson, G.M., Branchey, M.H., Lee, J.H., Voitashevsky, A. and Zoubok, B.: Lithium in tardive dyskinesia.  Pharmakopsychiatrie Neuro-Psychopharmakologie 6:76-80, 1976.

134.  Simpson, G.M., Varga, E. and Haher, E.J.:  Psychotic exacerbations produced  by neuroleptics.  Dis. Nerv. Syst. 37(7):367-369, 1976.

B608

135. Cooper, T.B. and Simpson, G.M.: The 24-hour lithium level as a
     prognosticator of dosage requirements: A 2-year follow-up study. Am. J.
     Psych. 133(4):440-443, 1976.

136. Cooper, T.B., Allen D. and Simpson, G.M.: A sensitive method for the
     determination of amitriptyline and nortriptyline in human plasma.
     Psychopharmacol. Comm. 2(2):105-116, 1976.

137. Branchey, M.H., Charles, J. and Simpson, G.M.: Extrapyramidal side effects in
     lithium maintenance therapy.  Am. J. Psych. 133(4):444-445, 1976.

138. Cooper, T.B., Simpson, G.M. and Lee, J.H.: Thymoleptic and neuroleptic
     drug plasma levels in psychiatry: current status.  Intl. Rev. Neurobiol.
     19:289-309, 1976.

139. Simpson, G.M., Lee, J.H., Cuculic, Z. and Kellner, R.:  Two dosages of
     imipramine in hospitalized endogenous and neurotic depressives.  Arch.
     Gen. Psych. 33:1093-1102, 1976.

139A. Simpson, G.M. and Kline, N.S.:  Tardive dyskinesia:  manifestations,
      incidence, etiology and treatment.  Res. Publ. Assoc. Res. Nev. Mntl.
      Dis. 55:427-432, 1976.

140. Bishop, M.P., Simpson, G.M., Durnett, C.W. and Kiltie, H.:  Efficacy of
     loxapine in the treatment of paranoid schizophrenia.  Psychopharmacology
     51:107-115, 1977.

141. Simpson, G.M., Voitashevsky, A., Young, M.A. and Lee, J.H.:  Deanol in
     the treatment of tardive dyskinesia.  Psychopharmacology 52:257-261, 1977.

142. Simpson, G.M., Branchey, M.H. and Lee, J.H.:  A trial of naltrexone in
     chronic schizophrenia.  Curr. Ther. Res. 22(6):909-913, 1977.

143. Simpson, G.M. and Lee, J.H.:  The treatment of tardive dyskinesia. Curr.
     Psych. Ther. 17:235-245, 1977.

144. Kellner, R., Simpson, G.M. and Sheffield, B.F.:  The value of self-rating
     scales in drug trials.  Psychopharmacol. Bull. 42-43, 1977.

145. Branchey, M., Meisner, M. and Simpson, G.M.:  A paradox in the prognosis of
     schizophrenia.  Explanation by a mathematical model. J. Theor. Biol.  66:267-
     280, 1977.

145A. Kellner, R., Sheffield, B.F. and Simpson, G.M.:  Comparative value of
      rating and self-rating scales in drug trials.  Psychopharmacol. Bull.
      13:12-14, 1977.

146. Simpson, G.M. and Cooper, T.B.:  Clozapine plasma levels and convulsions.
     Am. J. Psych. 135(1):99-100, 1978.

B609

147. Simpson, G.M., Lee, J.H. and Shrivastava, R.K.:  Clozapine in tardive dyskinesia.  Psychopharmacology 56:75-80, 1978.

148. Cooper, T.B. and Simpson, G.M.:  Prediction of individual dosage of nortriptyline.  Am. J. Psych. 135(3):333-335, 1978.

149. Simpson, G.M., Lee, J.H., Shrivastava, R.K. and Branchey, M.H.:  Baclofen in the treatment of tardive dyskinesia and schizophrenia.  Psychopharmacol. Bull. 14:16-17, 1978.

150. Simpson, G.M., Cooper, T.B., Lee, J.H. and Young, M.A.: Clinical and plasma level characteristics of intramuscular and oral loxapine. Psychopharmacology 56:225-232, 1978.

151. Branchey, M.H., Lee, J.H., Amin, R. and Simpson, G.M.:  High- and low-potency neuroleptics in elderly psychiatric patients.  JAMA 239(18):1860-1862, 1978.

152. Iqbal, M.J., Young, M.A., Charles, J., Elgart, B., VonGreiff, H. and Simpson, G.M.:  A long term comparative trial of penfluridol and fluphenazine decanoate in schizophrenia outpatients.  J. Clin. Psych. 39(4):375-379, 1978.

153. Simpson, G.M., Varga, E., Lee, J.H. and Zoubok, B:  Tardive dyskinesia and psychotropic drug history. Psychopharmacology 58:117-124, 1978.

154. Branchey, M.H., Lee, J.H., Simpson, G.M., Elgart, B. and Vincencio, A.:  Loxapine succinate as a neuroleptic agent:  Evaluation in the populations of elderly psychiatric    patients.  J. Am. Geriat. Soc. 26(6):263-267, 1978.

155. Cooper, T.B., Simpson, G.M., Lee, H. and Bergner, P.E.:  Evaluation of a slow-release lithium carbonate formulation.  Am. J. Psych. 135(8):917-922, 1978.

156. Kellner, R., Sheffield, B.F. and Simpson, G.M.:  The value of self-rating scales in drug trials with nonpsychotic patients.  Prog. Neuro-Psychopharmacol. 2:197-205, 1978.

157. Branchey, M.H., Brebbia, D.R., Cooper, T.B. and Simpson, G.M.:  Effects of loxapine on the sleep of chronic schizophrenics.  Psychopharmacology 62:201-206, 1979.

158. Simpson, G.M., Lee, J.H., Zoubok, B. and Gardos, G.:  A rating scale for tardive dyskinesia.  Psychopharmacology 64:171-179, 1979.

159. Dorsey, R., Ayd, F., Cole, J., Klein, D., Simpson, G., Tubin, J. and DiMascio, A.:  Psychopharmacological screening criteria development project. JAMA 241(10):1021-1031, 1979.

B610

160. Simpson, G.M., Cooper, T.B., Bark, N., Sud, I. and Lee, J.H.:  Effect of antiparkinsonian medication of plasma levels of chlorpromazine.  Arch. Gen. Psych. 37:205-208, 1980.

161. Laska, E., Siegel, C. and Simpson, G.M.:  Automated review system for orders of psychotropic drugs.  Arch. Gen. Psych. 37:824-827, 1980.

162. Carroll, R.S., Miller, A., Ross, B. and Simpson, G.M.:  Research as an impetus to improved treatment.  Arch. Gen. Psych. 37:377-380, 1980.

163. White, K., Shih, J., Fong, T-L., Young, H., Gelfand, R., Boyd, J.,Simpson, G. and Sloane, R.B.:  Elevated platelet monoamine oxidase activity in patients with nonendogenous depression.  Am. J. Psych.  137(10):1258-1259, 1980.

164. Baldessarini, R.J., Cole, J.O., Davis, J.M., Simpson, G., Tarsy, D., Gardos, G. and Preskorn, S.H.:  Tardive dyskinesia:  Summary of a task force report of the American Psychiatric Association.  Am. J. Psych. 137:1163-1172, 1980.

165. Simpson, G.M., Pi, E.H. and Sramek, J.J. Jr.:  Adverse effects of antipsychotic agents.  Drugs 21:138-151, 1981.

166. Pi, E.H. and Simpson, G.M.:  Tardive dyskinesia and abnormal tongue movements.  Br. J. Psych. 139:526-528, 1981.

167. White, K. and Simpson, G.M.:  Combined MAOI-tricyclic antidepressant treatment: A reevaluation.  J. Clin. Psychopharmacol. 1(5):264-282, 1981.

168. Pi, E. and Simpson, G.:  The treatment of refractory schizophrenia: pharmacotherapy and clinical implications of blood level measurement of neuroleptics.  Int. Pharmacopsychiat. 16:154-161, 1981.

169. Khajawall, A.M. and Simpson, G.M.:  Characteristics of chronic phencyclidine abusers.  Am. J. Drug Alcoh. Abuse 8(3):301-310, 1981.

170. Pi, E.H. and Simpson, G.M.:  The use and misuse of benzodiazepines:  An update.  J. Cont. Educ. Fam. Phys. 16:102-106, 1982.

171. Simpson, G. M. and Pi, E.H.:  The treatment of refractory schizophrenia (blood levels of antipsychotic agents).  Adv. Biosci. 31:393-398, 1981.

171a. Cooper, T.B., Bark, N. and Simpson, G.M.:  Prediction of steady state plasma and saliva levels of desmethylimipramine using a single dose, single time point procedure.  Psychopharmacology 74:115-121, 1981.

172. Simpson, G.M., Pi, E.H. and Sramek, J.J.Jr.:  Management of tardive dyskinesia:  Current update.  Drugs 23:381-393, 1982.

B611

**19**

173. Simpson, G.M., White, K.L., Boyd, J.L., Cooper, T.B., Halaris, A., Wilson, I.C., Raman, E.J. and Ruther, E.: Relationship between plasma antidepressant levels and clinical outcome for inpatients receiving imipramine. Am. J. Psych. 139(3):358-360, 1982.

174. Khajawall, A.M., Sramek, J. and Simpson, G.M.: `Loads' alert. West. J. Med. 137:166-168, 1982.

175. Simpson, G.M. and White, K.: Monamine oxidase inhibitors: Their use in clinical practice. Hosp. Comm. Psych. 33:615-616, 1982.

176. Khajawall, A.M., Erickson, T.B. and Simpson, G.M.: Chronic phencyclidine abuse and physical assault. Am. J. Psych. 139(12):1604-1606, 1982.

177. White, K., Razani, J., Simpson, G., Rebal, R., Sloane, R. B., O'Leary, J. and Palmer, R.: Combined MAOI-tricyclic antidepressant treatment: a controlled trial. Psychopharmacol. Bull. 18:180-181, 1982.

178. Pi, E.H., Miller, A., Rosenberg, M.R., Schultz, C.L. and Simpson, G.M.: Therapeutic effects of psychiatric hospitalization. J. Psych. Trmt. Eval. 5:135-142, 1983.

179. Simpson, G.M., Pi, E.H. and White, K.: Plasma drug levels and clinical response to antidepressants. J. Clin. Psych. 44(5):27-34, 1983.

180. Khajawall, A.M. and Simpson, G.M.: Peculiarities of PCP urinary excretion and monitoring. J. Toxicol. Clin. Toxicol. 19(8):835-842,1982-83.

181. Simpson, G.M., Khajawall, A.M., Alatorre, E. and Staples, F.R.: Urinary PCP excretion in chronic abusers. J. Toxicol. Clin. Toxicol. 19(10):1051-1059, 1982-83.

182. Simpson, G.M., Pi, E.H., Abdelmalek, E., Boyd, J.L., Carroll, R.S.,Cooper, T.B. and Miller, A.: Relationship between plasma desipramine levels and clinical outcome for RDC major depressive inpatients. Psychopharmacology 80:240-242, 1983.

183. Simpson, G.M., Pi, E.H. and Sramek, J.J.: The current status of tardive dyskinesia. J. Psych. Trmt. Eval. 5:127-133, 1983.

184. Simpson, G., White, K., Pi, E.H., Razani, J. and Sloane, R.B.: Monoamine oxidase inhibition and tyramine sensitivity in L-deprenyl-treatment subjects. Psychopharmacol. Bull. 19(3):340-342, 1983.

185. Pi, E.H., Sramek, J.J. and Simpson, G.M.: Effect of lithium on leukocytes: A two-year follow-up. J. Clin. Psych. 44(4):139-140,1983.

186. Shih, J. C., White, K., Razani, J., Simpson, G. and Sloane, R.B.: Platelet MAO activity in depressed patients. Psychopharmacol. Bull. 19:561-564, 1983.

B612

20

187. Pi, E.H. and Simpson, G.M.: A trial of tricyclic antidepressant in RDC schizoaffective disorder, depressed type. Hillside J. Clin. Psych. 5(1):23-29, 1983.

188. Razani, J., White, K.L., White, J., Simpson, G., Sloane, R.B., Rebel, R. and Palmer, R.: The safety and efficacy of combined amitriptyline and tranylcypromine antidepressant treatment. Arch. Gen. Psych. 40:657-661, 1983.

189. Simpson, G.M. and Khajawall, A.M.: Urinary acidifiers in phencyclidine detoxification. Hillside J. Clin. Psych. 5:161-168, 1983.

190. White, K., Razani, J., Cadow, B., Gelfand, R., Palmer, R., Simpson, G. and Sloane, R.B.: Tranylcypromine vs. nortriptyline vs. placebo in depressed outpatients: a controlled trial. Psychopharmacology 82:258-262, 1983.

191. Pi, E.H. and Simpson, G.M.: Atypical neuroleptics: clozapine and the benzamides in the prevention and treatment of tardive dyskinesia. Mod. Probl. Pharmacopsych. 21:79-86, 1983.

192. Simpson, G.M.: Identification and treatment of neuroleptic-induced extrapyramidal reactions - Introduction. Clin. Neuropharmacol. 6(1), 1983.

193. Simpson, G.M., Jeste, D.V. and Wyatt, R.J.: Understanding and treating tardive dyskinesia. Hosp. Comm. Psych. 34:1065-1066, 1983.

194. Simpson, G.M.: A brief history of depot neuroleptics: J. Clin. Psych. 45:3-4, 1984.

195. Khajawall, A.M. and Simpson, G.M.: Critical interpretation of urinary phencyclidine monitoring. Adv. Alcoh. Subst. Abuse 3:65-73, 1984.

196. Severson, J.A., Robinson, H.E. and Simpson, G.M.: Neuroleptic-induced striatal dopamine receptor supersensitivity in mice: relationship to dose and drug. Psychopharmacology 84:115-119, 1984.

197. Simpson, G.M. and White, K.: Tyramine studies and the safety of MAOI drugs. J. Clin. Psych. 45(7):59-61, 1984.

198. White, K. and Simpson, G.: The combined use of MAOIs and tricyclics. J. Clin. Psych. 45(7)67-69, 1984.

199. Simpson, G.M. and Yadalam, K.: Blood levels of neuroleptics: State of the art. J. Clin. Psych. 46:22-28, 1985.

200. Pi, E.H. and Simpson, G.M.: New antidepressants: A review. Hosp. Formul. 20:580-588, 1985.

201. Yadalam, K.G., Jain, A.K. and Simpson, G.M.: Mania in two sisters with similar cerebellar disturbances. Am. J. Psych. 142:1067-1068, 1985.

B613

202. Simpson, G.M., Frederickson, E., Palmer, R., Pi, E.H., Sloane, R.B. and White, K.: Platelet monoamine oxidase inhibition by deprenyl and tranylcypromine: Implications for clinical use. Biol. Psych. 20:680-684, 1985.

203. White, K. and Simpson, G.: Should the use of MAO inhibitors be abandoned. Integr. Psych. 3:34-45, 1985.

204. Levinson, D.F. and Simpson, G.M.: The emergency treatment of affective disorders. Emerg. Hlth. Svcs. Rev. 3:45-54, 1985.

205. Campbell, R. and Simpson, G.M.: Alternative approaches in the treatment of psychotic agitation. Psychosomatics 27:23-26, 1986.

206. Sramek, J.J., Sayles, M.A. and Simpson, G.M.: Neuroleptic dosage for Asians: A failure to replicate. Am. J. Psych. 143:535-536, 1986.

207. Simpson, G.M., Pi, E.H. and Sramek, J.J.: An update on tardive dyskinesia. Hosp. Comm. Psych. 37:362-369, 1986.

208. Sramek, J.J., Pi, E.H. and Simpson, G.M.: Anticholinergic agents for prophylaxis of neuroleptic-induced dystonic reactions: A prospective study. J. Clin. Psych. 47:305-309, 1986.

209. Pi, E.H., Gentile, E.M. and Simpson, G.M.: Antipanic effects and plasma tricyclic antidepressant levels: A preliminary report. In: Biological Psychiatry 1985 (Proceedings of IV World Congress of Biological Psychiatry), 7:509-511, 1986.

210. Pi, E.H., Jain, A. and Simpson, G.M.: Review and survey of different prescribing practices in Asia. In: Biological Psychiatry 1985 (Proceedings of IV World Congress of Biological Psychiatry), 7:1536-1538, 1986.

211. Simpson, G.M.: Pharmacological treatments of schizophrenia. Psychopharmacol. Bull. 22:33-35, 1986.

212. Pi, E.H., Simpson, G.M. and Cooper, T.B.: Pharmacokinetics of desipramine in Caucasian and Asian volunteers. Am. J. Psych. 143:1174-1176, 1986.

213. Simpson, G.M.: In the pipeline. Psychopharmacol. Bull. 22:339-341, 1986.

214. Levinson, D.F. and Simpson, G.M.: Neuroleptic-induced extra-pyramidal symptoms with fever. Heterogeneity of the 'Neuroleptic Malignant Syndrome.' Arch. Gen. Psych. 43:839-848, 1986.

215. Lake, C.R., Casey, D.E., McEvoy, J.P., Siris, S.G., Boyer, W.F. and Simpson, G.: The "Pros" and "Cons" of anticholinergic prophylaxis. Psychopharmacol. Bull. 22:981-984, 1986.

B614

215A. Sramek, J.J., Simpson, G.M., Morrison, R.L. and Heiser, J.F.:
Anticholinergic agents for prophylaxis of neuroleptic-induced dystonic
reactions: a prospective study. J. Clin. Psych. 47(6):305-309, 1986.

216. White, K. and Simpson, G.: Treatment-resistant depression.
Psychiatric Ann. 17:274-278, 1987.

217. Elia, J., Katz, I.R. and Simpson, G.M.: Teratogenicity of psycho-
therapeutic medications. Psychopharmacology 23:531-586, 1987.

218. Simpson, G.M.: Postmarketing evaluation of haloperidol decanoate
injection: Efficacy, safety, and dosing considerations. J. Clin. Psych.
Case Comm. 1:1-8, 1988.

219. Simpson, G.M., Pi, E.H., Gross, L., Baron, D. and November, M.: Plasma
levels and therapeutic response with trimipramine treatment of endogenous
depression. J. Clin. Psych. 49:113-116, 1988.

220. Simpson, G.M., Davis, J., Jefferson, J.W. and Perez-Cruet, J.F.: Sudden
death in psychiatric patients: The role of neuroleptic drugs. APA Task
Force Report 27:1-35, 1988.

221. Yadalam, K.G. and Simpson, G.M.: Novel antipsychotics. Curr. Opin.
Psych. 1(1):23-31, 1988.

222. Hunt, J.I., Singh, H. and Simpson, G.M.: Neuroleptic-induced
supersensitivity psychosis: Retrospective study of schizophrenic
inpatients. J. Clin. Psych. 49:258-260, 1988.

223. Simpson, G.M., Yadalam, K.G. and Stephanos, M.J.: Double-blind
carbidopa/levodopa and placebo study in tardive dyskinesia. J. Clin.
Psychopharmacol. 8:49S-51S, 1988.

224. Simpson, G.M. and Singh, H.: Tardive dyskinesia rating scales.
L'Encephale 14:175-182, 1988.

225. Yadalam, K.G. and Simpson, G.M.: Changing from oral to depot
fluphenazine. J. Clin. Psych. 9:346-348, 1988.

226. Vitiello, B., Behar, D., Malone, R., Delaney, M.A., Ryan, P.J. and Simpson,
G.M.: Pharmacokinetics of lithium carbonate in children. J. Clin.
Psychopharmacol. 8(5):355-359, 1988.

227. Silver, P.A. and Simpson, G.M.: Antipsychotic use in the medically ill.
Psychother. Psychosom. 49:120-136, 1988.

228. Simpson, G.M.: Tardive dyskinesia rating scale (TDRS). Psychopharmacol.
Bull. 24(4):803-806, 1988.

B615

229.  Simpson, G.M., White, K. and Silver, P.:  Management of hypertensive
      crises in patients on MAOIs.  MAOI Therapy.  R.I. Shader, ed., 45-52,
      1988.

230.  White, K. and Simpson, G.M.:  Management of MAOI overdoses and
      hyperthermic crises.  MAOI Therapy.  R.I. Shader, ed., 53-61, 1988.

231.  Pi, E.H., Singh, H. and Simpson, G.M.:  A current view on tardive
      dyskinesia.  A. J. Cont. Nursing Educ. 1-11, 1989 review issue.

232.  Katz, I.R., Simpson, G.M., Jethanandani, V., Cooper, T. and
      Muhly, C.:  Steady state pharmacokinetics of nortriptyline in the frail
      elderly.  Neuropsychopharmacology 2:229-236, 1989.

233.  Simpson, G.M. and de Leon, J.:  Tyramine and new monoamine oxidase
      inhibitor drugs.  Brit. J. Psych. 155:32-37, 1989.

234.  de Leon, J., Bott, A. and Simpson, G.M.:  Dysmorphophobia:  Body
      dysmorphic disorder or delusional disorder, somatic subtype?
      Comp. Psych. 30(6):457-472, 1989.

235.  de Leon, J., Wilson, W.H. and Simpson, G.M.:  Measurement of negative
      symptoms in schizophrenia.  Psychiatr. Dev. 3:211-234, 1989.

236.  Yadalam, K., Korn, M.L. and Simpson, G.M.:  Tardive dystonia: Four
      case histories  J. Clin. Psych. 51:17-20, 1990.

237.  Simpson, G.M.:  Treatment-resistant depression.  Clin. Neurosci.
      Pgm. Newslet. May/June:1-4, 1990.

238.  Katz, I.R., Simpson, G.M., Curlik, S.M., Parmelee, P.A.
      and Muhly, C.:  Pharmacologic treatment of major depression for
      elderly patients in residential care settings.  J. Clin. Psych.
      51(7):41-48, 1990.

239.  Singh, H., Hunt, J.I., Vitiello, B. and Simpson, G.M.:  Neuroleptic
      withdrawal in patients meeting criteria for supersensitivity
      psychosis.  J. Clin. Psych. 51:319-321, 1990.

240.  Levinson, D.F., Simpson, G.M., Singh, H., Yadalam, K., Jain, A.,
      Stephanos, M.J. and Silver, P.:  Fluphenazine dose, clinical
      response, and extrapyramidal symptoms during acute treatment.
      Arch. Gen. Psych. 47:761-768, 1990.

241.  Simpson, G.M., Yadalam, K.G., Levinson, D.F., Stephanos, M.J.,
      Lo, E-S. and Cooper, T.B.:  Single-dose pharmacokinetics of
      fluphenazine after fluphenazine decanoate administration.  J. Clin.
      Psychopharmacol. 10:417-421, 1990.

B616

242.   Singh, H., Levinson, D.F., Simpson, G.M., Lo, E-S. and Friedman, E.:
       Acute dystonia during fixed-dose neuroleptic treatment.  J. Clin.
       Psychopharmacol. 10:389-396, 1990.

243.   Simpson, G.M. and Gratz, S.:  Neuroleptic malignant syndrome.
       Clin. Neuropharmacol. 13(2):143-144, 1990.

244.   de Leon, J. and Simpson, G.M.:  Do schizophrenic negative symptoms
       respond to neuroleptics?  Integr. Psych. 7:39-47, 1991.

245.   Simpson, G.M., Greenberg, R. and Griffin, S.:  Treatment resistant
       depression. Integ. Psych. 7:107-112, 1991.

246.   Verghese, C., Kessel, J.B. and Simpson, G.M.:  Pharmacokinetics of
       neuroleptics. Psychopharmacol. Bull. 27:551-563, 1991.

247.   de Leon, J., Wilson, W.H. and Simpson, G.M.:  Negative symptoms,
       defect state and Huber's basic symptoms: A comparison of the
       concepts.  Psychiatr. Q. 62:277-297, 1991.

248.   de Leon, J. Antelo, R.E. and Simpson, G.: Delusion of parasitosis
       or chronic tactile hallucinosis: Hypothesis about their brain
       physiopathology.  Comp. Psych. 33:25-33, 1992.

249.   Levinson, D.F., Singh, H. and Simpson, G.M.:  Timing of acute clinical response to
       fluphenazine.  Brit. J. Psych. 160:365-371, 1992.

250.   de Leon, J., Simpson, G.M. and Peralta, V.:  Positive and negative symptoms
       in schizophrenia: Where are the data?  Biol. Psych. 31:431-434, 1992.

251.   Kessel, J.B., Verghese, C. and Simpson, G.M.:  Neurotoxicity related to
       lithium and neuroleptic combinations? A retrospective review.  J. Psychiatr.
       Neurosci. 17:28-30, 1992.

252.   Gratz, S.S., Levinson, D.F. and Simpson, G.M.:  The treatment and management
       of neuroleptic malignant syndrome.  Prog. Neuro-Psychopharmacol. Biol. Psych.
       16:425-443, 1992.

253.   Simpson, G.M. and Gratz, S.S.:  Comparison of the pressor effect of tyramine
       after treatment with phenelzine and moclobemide in healthy male volunteers.
       Clin. Pharmacol. Ther. 52:286-291, 1992.

254.   Simpson, G.M.:  Schizophrenia in the decade of the brain.  Psychiatr. Ann. 23(4):
       169-170, 1993.

255.   Bech, P., Malt, U.F., Dencker, S.J., Ahlfors, U.G., Elgen, K., Lewander, T., Lundell,
       A., Simpson, G.M. and Lingjaerde, O. (eds.)  Scales for Assessment of Diagnosis and
       Severity of Mental Disorders.  Acta Psych. Scand. Suppl. 87(372):1-87, 1993.

B617

256.   Verghese, C., de Leon, J. and Simpson, G.M.: Neuroendocrine factors influencing polydipsia in psychiatric patients: An hypothesis. Neuropsychopharmacology 9(2):157-166, 1993.

257.   de Leon, J., Ellis, G., Rosen, P. and Simpson, G.M.: The test-retest reliability of the Mini-Mental State Examination in chronic schizophrenic patients. Acta Psych. Scand. 88:188-192, 1993.


CHAPTERS, LETTERS TO THE EDITOR, ABSTRACTS, BOOK REVIEWS (PARTIAL LISTING)

Simpson, G.M. and Watts, T.P.S.: Antidepressant drugs. Am. J. Psych. 121:1029-1029, 1965.

Simpson, G.M.: Side-effects of phenothiazines. Brit. J. Psych. 113:331-332, 1967.

Simpson, G.M. and Harper, P.: Clinical techniques for evaluating antianxiety drugs. II. In: Pharmacological Techniques in Drug Evaluation, Vol. II, Year Book Med. Publ. 341-354, 1967.

Blair, J.H., Stearns, H.E. and Simpson, G.M.: Vitamin B12 and fertility. Lancet 50, 1968.

Simpson, G.M. and Kline, N.S.: Behavioral pharmacology: The beginning of an affair. In: Behavioral Pharmacology, eds. T. Thompson and C.R. Schuster, Prentice-Hall, 26-27, 1968.

Laska, E.M. and Simpson, G.M.: Computers and clinical trials. In: Computers and Electronic Devices in Psychiatry, N. Kline and E. Laska, eds., Grune and Stratton, New York, pp 124-128, 1968.

Blair, J.H., MacLeod, J. and Simpson, G.M.: The essential morphological normality of schizophrenics' semen. In: Schizophrenia: Current Concepts and Research, ed., D.V.S. Sankar, P.J.D. Publ. 719-724, 1969.

Simpson, G.M.: Experience with thioxanthenes. In: The Thioxanthenes, Modern Problems of Pharmacopsychiatry, Vol. 2, eds. F.A. Freyhan, N. Petrilowitsch and P. Pichor, S. Kargel, Basel/New York, 76-79, 1969.

Angst, J., Grof, P., Schou, M. and Simpson, G.M.; Lithium. Lancet 7605:1097-1098, 1969.

Simpson, G.M. and Cooper, T.B.: Lithium and thyroid function. Am. J. Psych. 125:1132, 1969.

Gallant, D.M., Bishop, M.P., Free-Spencer, M.Jr., Goldberg, S.C. and Simpson, G.M.: Evaluation of efficacy of psychotropic agents in schizophrenic populations: methodological procedures. In: Principles and Problems of Psychotropic Agents, ed. J. Levine, Washington, U.S. Gov. Print. Off. 59-90, 1971.

Simpson, G.M. and Varga, E.: Status of the paranoid faulted for ignoring recent literature. Psych. Quart. 46:142-143, 1972.

Simpson, G.M.: Tardive dyskinesia. Brit. J. Psych. 122:618, 1973.

B618

26

Cooper, T.B. and Simpson, G.M.: Concomitant imipramine and methylphenidate administration:
A case report. Am. J. Psych. 130:721, 1973.

Simpson, G.M. and Varga, E.: Problems, prognosis and diagnosis of tardive dyskinesia. J.
Pharmacologie 5:93, 1974.

Bishop, M.P., Simpson, G.M., Dunnett, C.W. and Kiltie, H.: Unusual efficacy of loxapine in
treatment of paranoid schizophrenia. J. Pharmacologie 5:8, 1974.

Cooper, T.B. and Simpson, G.M.: Lithium and the thyroid. Current findings in man. In: The
Thyroid Axis, Drugs and Behavior, Raven Press, New York, 189-199, 1973.

Simpson, G.M., Cooper, T.B. and Lee, J.H.: Recent advances in blood levels of
antidepressant agents: assay procedures, reliability and relationship to therapeutic
outcome and side effects. In: Depression, ed. D.M. Gallant, Spectrum Publ., New York, 109-
125, 1974.

Cooper, T.B., Simpson, G.M. and Allen, D.: Rapid direct micro method for determination of
plasma lithium. Atomic Absorp. Newslet. 13(5):119, 1974.

Simpson, G.M., Branchey, M.H. and Shrivastava, R.K.: Baclofen in
schizophrenia. Lancet 702:966, 1975.

Sachs, W. and Simpson, G.M.: Ascorbic-acid in levodopa therapy. Lancet 1:527, 1975.

Simpson, G.M.: The drug-monitoring system: managerial and research implications. In:
1Safeguarding Psychiatric Privacy: Computer Systems and Their Use, eds. E. Laska and R.
Bank, J. Wiley and Sons, 321-326, 1975.

Cooper, T.B. and Simpson, G.M.: Plasma blood level monitoring techniques in psychiatry.
In: Pharmacokinetics of Psychoactive Drugs, eds. L.A. Gottschalk and S. Merlis, Spectrum
Publ., New York, 23-31, 1976.

Simpson, G.M.: The hazards of treatment and how to deal with them. In: Successful
psychotherapy, ed. J.L. Claghorn, Brunner/Mazel, New York, 1976.

Gallant, D.M. and Simpson, G.M.: Depression: Behavioral, Biochemical, Diagnostic and
Treatment Concepts. J. Wiley and Sons, New York, 1976.

Cooper, T.B., Simpson, G.M. and Lee, J.H.: Thymoleptic and neuroleptic drugs plasma levels
in psychiatry: current status. In: International Review of Neurobiology, Vol. 19,
Academic Press, New York, 269-309, 1976.

Simpson, G.M. and Lee, J.H.: Thioxanthenes. In: Drug Treatment of Mental      Disorders,
ed. L.L. Simpson, Raven Press, New York, 31-43, 1976.

Simpson, G.M. and Kline, N.S.: Tardive dyskinesia: manifestations, incidence, etiology and
treatment. In: The Basal Ganglia, ed. M.D. Yahr, Raven Press, New York, 427-432, 1976.

Branchey, M.H. and Simpson, G.M.: Cogwheel rigidity early in lithium treatment. Am. J.

B619

**27**

Psych. 134:211, 1977.

Simpson, G.M. and Lee, J.H.: The treatment of tardive dyskinesia. In: Current Psychiatric
Therapies, Vol. 17, ed. J.H. Masserman, Grune and Stratton, 235-245, 1977.

Simpson, G.M.: Neurotoxicity of major tranquilizers. In: Neurotoxicology, eds. L. Roizin,
H. Shiraki and N. Greevic, Raven Press, New York, 1-7, 1977.

Simpson, G.M. and Lee, J.H.: A ten-year review of antipsychotics. In: Psychopharmacology:
A Generation of Progress, eds. M.A. Lipton, A. DiMascio and K.F. Killam, Raven Press, New
York, 1131-1137, 1978.

Simpson, G.M. and Shrivastava, R.K.: Abnormal gaits in tardive dyskinesia. Am. J. Psych.
135:865, 1978.

Kellner, R., Sheffield, B.F. and Simpson, G.M.: The value of self-rating scales in drug
trials with nonpsychotic patients. In: Progress in Neuro-Psychopharmacology, Vol. 2,
Pergamon Press, Great Britain, 197-205, 1978.

Cooper, T.B. and Simpson, G.M.: Kinetics of lithium and clinical response.      In:
Psychopharmacology: A Generation of Progress, eds. M.A. Lipton, A. DiMascio and K.F.
Killam, Raven Press, New York, 923-931, 1978.

Simpson, G.: Modern Problems of Pharmacopsychiatry, Vol. 14 of Differential
Psychopharmacology of Anxiolytics and Sedatives, eds. J.R. Boissier, Basal, S. Karger, 1107,
1979.

Simpson, G.M. and Pi, E.H.: Pharmacokinetics of antipsychotic agents. In: Recent Advances
in Neuropsychopharmacology, Vol. 31, B. Angrist, et al., eds., Pergamon Press, Oxford, 365-
372, 1981.

Simpson, G.M. and Pi, E.H.: The treatment of refractory schizophrenia (blood levels of
antipsychotic agents). In: Recent Advances in Neuropsychopharmacology, Vol. 31, eds. B.
Angrist, et al., Pergamon Press, Oxford, 393-398, 1981.

Simpson, G.M.: Lithium-therapy in aggressive mentally subnormal patients. Brit. J. Psych.
138-438, 1981.

Cooper, T.B. and Simpson, G.M.: Lithium dosing guide. Am. J. Psych. 139(7):969, 1982.

Simpson, G.M.: Neurological assessments. In: The Behavior of Psychiatric Patients.
Quantitative Techniques for Evaluation, eds. E.I. Burdock, A. Sudilovsky and S. Gershon,
Marcel Dekker, New York, 103-114, 1982.

Simpson, G.M.: Understanding and treating tardive dyskinesia (book review). Hosp. Comm.
Psych. 34:1065-1066, 1983.

Simpson, G.M., Pi, E.H. and Sramek, J.J. Jr.: Neuroleptics and antipsychotics. In:
Meyler's Side Effects of Drugs, 10th ed. N.N.G. Dukes, ed., Elsevier Science Publ., 95-108,
1984.

B620

**28**

Simpson, G.M. and May, P.R.A.:  Somatic treatment in schizophrenia.  In:  Comprehensive
Textbook of Psychiatry IV, H.I. Kaplan and B.J. Sadock, eds., Williams and Wilkins,
Baltimore, 713-746, 1985.

Pi, E.H. and Simpson, G.M.:  Clozapine and loxapine - measurement, pharmacokinetics and
therapeutic levels.  In:  Antipsychotics, G. Burrows, et al., eds., Elsevier Science Publ.,
129-138, 1985.

Goldstein, P.C., Goldman, H.W., Cooper, I. and Simpson, G.:  Neuropsychological and
psychological outcome of radiofrequency thalamotomy for tardive dystonia.  J. Clin. Exp.
Neuropsychol.  7:618, 1985.

Goldstein, P.C., Simpson, G. and Jubanyik, K.:  Treatment effects of clonazepam upon
neuropsychological and psychiatric concomitants of Meige's Syndrome.  J. Clin. Exp.
Neuropsychol. 7:647, 1985.

Pi, E.H. and Simpson, G.M.:  Central nervous system toxicity of Psychopharmacological
agents.  Neurotoxicology, E. Blum and L. Manzo, eds., Marcel Dekker, 219-232, 1986.

Shagass, C., Josiassen, R.C. Bridger, W.H., Weiss, K.J., Stoff, D. and Simpson, G.M.
(editors), Biological Psychiatry 1985, Developments in Psychiatry, Vol. 7,Proceedings of the
IV World Congress of Biological Psychiatry, 1986.

Levinson, D.F. and Simpson, G.M.:  Serious non-extrapyramidal adverse effects of
neuroleptics:  sudden death, agranulocytosis and hepatotoxicity:  A Generation of Progress
(III).  New York:  Raven Press, pp 1431-1426, 1987.

Levinson, D.F., Singh, H., Simpson, G.M. and Friedman, E.:  Acute increase in plasma
homovanillic acid after oral fluphenazine in psychiatric patients (abstract).  ACNP
1987:160.

Levinson, D.F., Singh, H., Yadalam, K. and Simpson, G.M.:  Dosage (10 vs. 20 mg) of oral
fluphenazine does not predict clinical improvement during acute treatment (abstract).  ACNP
1987.

Simpson, G.M., Levinson, D.F. and Singh, H.:  Problems in defining the relationship between
neuroleptic drug levels and drug effects (abstract).  ACNP 1987:122.

Hunt, J., Singh, H. and Simpson, G.M.:  Neuroleptic-induced supersensitivity psychosis:
Retrospective study of schizophrenic inpatients.  MCP Science Day, 1987.

Levinson, D.F. and Simpson, G.M.:  Anti-psychotic drug side effects.  APA, 1987.

Levinson, D.F. and Simpson, G.M.:  Sequelae of neuroleptic malignant syndrome (letter).
Biol. Psych. 22:237-241, 1987.

McEvoy, J.P. and Simpson, G.M.:  Dystonia, neuroleptic dose, and anticholinergic drugs
(letter).  Am. J. Psych. 144:393-394, 1987.

B621

**29**

Singh, H. and Simpson, G.M.: Tardive dyskinesia: Clinical features. In: Tardive Dyskinesia - Biological mechanisms and clinical aspects. M.E. Wolf and A.D. Mosnaim, eds., pgs. 67-86, APA Press, Inc., 1988.

Simpson, G.M., Levinson, D.F., Singh, H., Stephanos, M.J. and Yadalam, K.G.: Akathisia as a predictor of outcome in neuroleptic treatment. Abstract presented at XVI CINP Congress, Munich, August, 1988.

Levinson, D.F., Simpson, G.M., Singh, H., Cooper, T.B., Laska, E.V. and  Midha, K.K.: Neuroleptic plasma level may predict response in patients who meet a criterion for improvement (letter). Arch. Gen. Psych. 45(9):878-879, 1988.

Simpson, G.M. and Levinson, D.F.: Can we increase the response to somatic therapies for schizophrenia? In: Treatment Resistance in Schizophrenia, S.J. Dencker and F. Kulhanek, eds., pgs 44-55, Vieweg & Sohn, Braunschweig/Weisbaden, 1988.

Hunt, J.I., Singh, H. and Simpson, G.M.: Neuroleptic-induced supersensitivity psychosis: Retrospective study of schizophrenic inpatients. Psych. Dig. 3:27-28, 1988.

Simpson, G.M. and Singh, H.: Buspirone and dyskinesia (letter). J. Clin. Psych. 49:503, 1988.

Simpson, G.M.: Plasma trimipramine levels (letter). J. Clin. Psych. 50:108-109, 1989.

Singh, H., Hunt, J.I., Vitiello, B. and Simpson, G.M.: Supersensitivity psychosis: A controlled prospective double-blind withdrawal study. Biol. Psych. (Suppl.) 25:161A-162A, 1989.

Singh, H., Levinson, D.F. and Simpson, G.M.: Acute dystonia during fixed-dose neuroleptic treatment. Biol. Psych. (Suppl.) 25:162A, 1989.

Levinson, D.F., Singh, H., Simpson, G.M., Cooper, T.B. and Friedman, E.: Acute HVA and prolactin response to fluphenazine challenge in patients with psychosis and/or stimulant abuse. Biol. Psych. (Suppl.) 25:176A, 1989.

Levinson, D.F., Singh, H. and Simpson, G.M.: Timing of clinical improvement during acute fluphenazine treatment. Biol. Psych. (Suppl.) 25:178A, 1989.

Yadalam, K.G. and Simpson, G.M.: Single dose pharmacokinetics of fluphenazine decanoate. Biol. Psych. (Suppl.) 25:180A, 1989.

Singh, H., Levinson, D.F., Simpson, G.M. and Cooper, T.B.: Acute dystonic reactions during fixed-dose neuroleptic treatment. Schiz. Res. 2:247, 1989.

Yadalam, K.G., Frances, A., Lieberman, J., Jacobs, M., Mayerhof, D., Ninan, P., Schooler, N. and Simpson, G.M.: Plasma levels of fluphenazine and prolactin in maintenance treatment of schizophrenia. Schiz. Bull. 2:216, 1989.

Coccaro, E.F., Siever, L.J., Gabriel, S. and Simpson, G.: Buspirone challenge: Preliminary

B622

**30**

evidence for a 5-HT-1-like receptor mode of action in healthy volunteers and in personality disorder patients.  ACNP 28:222, 1989.

Wilson, W.H. and Simpson, G.M.: Pharmacotherapy.  In:  Handbook of Comparative Treatments for Adult Disorders.  A.S. Bellack and M. Hersen, eds., J. Wiley & Sons, New York, pg 34-47, 1989.

Singh, H., Hunt, J.I., Vitiello, B., Simpson, G.M.:  Neuroleptic withdrawal in patients meeting criteria for supersensitivity psychosis.  Abstract-a-card, Psych. ed., 1(4), Dec. 1990.

Katz, I., Curlik, S.M., Parmalee, P. and Simpson, G.M.:  Treatment of depression in the frail elderly.  In:  Pharmacotherapy of Depression, J.D. Amsterdam, ed., Marcel Dekker, Inc., New York, pp 303-319, 1990.

Elia, J. and Simpson, G.M.:  Antidepressant medications during pregnancy and lactation: Fetal teratogenic and toxic effects.  In:  Pharmacotherapy of Depression, J.D. Amsterdam, ed., Marcel Dekker, Inc., New York, pp 337-379, 1990.

Simpson, G.M. and Singh, H.:  Tricyclic antidepressants.  In:  Pharmacotherapy of Depression, J.D. Amsterdam, ed., Marcel Dekker, Inc., New York, pp 75-91, 1990.

Lauterbach, E.C., Singh, H., Simpson, G.M. and Morrison, R.L.:  Gait disorders in tardive dyskinesia (Letter).  Acta Psych. Scand. 82(3):267, 1990.

Gratz, S. and Simpson, G.:  Neuroleptic malignant syndrome.  Brit. J. Psych. (letter) 157:617-618, 1990.

Simpson, G.M., Singh, H., Hunt, J.I., Vitiello, B.:  Rejoinder to Letter to the Editor (Supersensitivity Psychosis).  J. Clin. Psych. 52(2):90, 1991.

Simpson, G.M. and Kessel, J.B.:  Clinical pharmacology of clozapine.  In:  Biological Psychiatry, Vol. 1, G. Racagni, et al., eds., Elsevier Science Publ., pp 526-528, 1991.

Simpson, G.M. and Kessel, J.B.:  Treatment-resistant depression (Letter).  Brit. J. Psych. 159:163, 1991.

Verghese, C., de Leon, J. and Simpson, G.M.:  Clozapine treatment of polydipsia:  A prolactin connection? (Letter).  J. Clin. Psychopharmacol. 12:218-219, 1992.

Simpson, G.M., Pi, E.H. and Sramek, J.J. Jr.:  Neuroleptics and antipsychotics.  In: Meyler's Side Effects of Drugs, 12th edition.  M.N.G. Dukes, ed., Elsevier Science Publ., Netherlands, pp 105-121, 1992.

Gratz, S.S. and Simpson, G.M.:  Psychopharmacology.  In:  Research in Psychiatry: Issues, Strategies, and Methods.  L.K.G. Hsu and M. Hersen, eds., Plenum Press, New York, pp 309-329, 1992.

de Leon, J. and Simpson, G.M.:  Assessment of neuroleptic-induced extrapyramidal symptoms. In:  Adverse Effects of Psychotropic Drugs.  J.M. Kane and J.A. Lieberman, eds.  Guilford Press, New York, pp 218-234, 1992.

B623

**31**

Gratz, S.S., Levinson, D.F. and Simpson, G.M.:  Neuroleptic malignant syndrome.  In:
Adverse Effects of Psychotropic Drugs.  J.M. Kane and J.A. Lieberman, eds., Guilford Press,
New York, pp 266-284, 1992.

de Leon, J., White, A.O. and Simpson, G.M.:  Test-retest reliability of attention
disturbances in schizophrenic patients.  47th Annual Meeting, Society of Biological
Psychiatry, Washington, DC, 1992.  Biol. Psych. 31:113A, 1992.

Tracy, J., Ferguson, M., Qureshi, G., Jordan, Y., Johnson, C., Lewis, K., de Leon, J. and
Simpson, G.:  Prevalence of water intoxication in a state hospital.  31st Annual meeting,
American College of Neuropsychopharmacology, San Juan, Puerto Rico, 1992.

B624

RECEIVED

DEC 21 1993

CLINICAL &
MEDICAL AFFAIRS

CURRICULUM VITAE
JOHN WM. KNESEVICH, M.D., C.M.
ASH STREET
HOLLIS, NH 03049
603-465-3545

BORN:                      May 7, 1948

MARITAL STATUS:            MARRIED

EDUCATION:

    University:        Indiana University, graduated June,
                    1971, A.B. with Honors (Chemistry).

    Medical School: McGill University, Montreal, P.Q.
                    Canada, graduated June, 1974, M.D.,
                    C.M. degrees.

RESIDENCIES:

    Assistant Resident in Psychiatry, Barnes Hospital and
    Washington University School of Medicine, July 1974-
    June 1977.

    Chief Resident in Psychiatry, Barnes Hospital and
    Washington University School of Medicine, July 1974-
    June 1978.

UNIVERSITY APPOINTMENTS:

    Assistant in Psychiatry, Washington University School
    of Medicine, St. Louis, Missouri, 1974-1977.

    Instructor in Psychiatry, Washington University School
    of Medicine, St. Louis, Missouri, 1977-1979.

    Assistant Professor of Psychiatry, Washington
    University School of Medicine 1979-1987.

    Associate Professor, Clinical Psychiatry, Dartmouth
    Medical School, Hanover, New Hampshire, 1987-1988.

    Instructor, Program in Physical Therapy, Washington
    University School of Medicine, 1985-1987.

    Instructor, Program in Occupational Therapy, Washington
    University School of Medicine, 1985-1987.

ADMINISTRATIVE APPOINTMENTS:

    Acting Director of the Psychiatry Outpatient Clinic
    and Emergency Services, Jewish Hospital of St. Louis,
    St. Louis, Missouri, 1978-1979.

B625

Director of the Psychiatry Outpatient Clinic and
Emergency Services, Jewish Hospital of St. Louis,
St. Louis, Missouri, 1979-1980.

Associate Director, Psychiatry Inpatient Service,
Barnes Hospital, St. Louis, Missouri, 1981-1985.

Associate Director, Psychiatry Residency Training
Program, Washington University School of Medicine,
St. Louis, Missouri, 1981-1985.

Director, Psychiatry Residency Training Program,
Washington University School of Medicine, St. Louis,
Missouri, 1985-1987.

Director, Psychiatry-Medicine Unit, Dartmouth School
of Medicine, Hanover, New Hampshire 1987-1988.

Director, The Neuropsychiatric Center, Brookside
Hospital, Nashua, New Hampshire, 1988-1990.

CURRENT ACTIVITIES:

Private Practice of Psychiatry, Hollis, New
Hampshire 1990-present.

Corporate Psychiatric Consultant, Sowerby Healthcare,
1991-present.

Physician Surveyor, Joint Commission on Accreditation of
Healthcare Organizations, Oakbrook Terrace, Illinois,
1991-present.

MEMBERSHIPS:

American Psychiatric Association, General Member
1980-present.

Advisory Board, Alzheimer's Disease and Related
Disorders Association, Inc., St. Louis,
Missouri Chapter, 1981-1985.

Behavioral Genetics Association 1982-present.

American Medical Association 1982-present.

American Psychopathological Association, 1985-
1992.

Board of Directors, Physician's Corporation
of Washington University Medical Center, 1986-
1987.

American Neuropsychiatric Association, 1989-present.

New Hampshire Medical Society 1991-present.

B626

HOSPITAL AND CLINIC APPOINTMENTS:

> Assistant Psychiatrist, Barnes Hospital, St. Louis, Missouri, 1977-1987.
>
> Assistant-in-Psychiatry, Jewish Hospital of St. Louis, St. Louis, Missouri, 1977-1987.
>
> Consultant Psychiatrist, Malcolm Bliss Mental Health Center, St. Louis, Missouri, 1979-1987.
>
> Consultant Psychiatrist, Traverse City Regional Psychiatric Hospital, Traverse City, Michigan, 1980-1981.
>
> Consultant Psychiatrist, Leelanau Memorial Hospital, Northport, Michigan, 1980-1981.
>
> Psychiatrist, Mary Hitchcock Memorial Hospital, Hanover, New Hampshire, 1987-1988.
>
> Psychiatrist, Catholic Medical Center, Manchester, New Hampshire, 1988-1992.
>
> Psychiatrist, Brookside Hospital, Nashua New Hampshire, 1988-1990.
>
> Psychiatrist, Nashua Memorial Hospital, Nashua New Hampshire, 1988-present.
>
> Psychiatrist, Monadnock Community Hospital Peterborough, New Hampshire, 1993-present.

HOSPITAL AND UNIVERSITY COMMITTEES:

> Medical Audit Committee, Barnes Hospital, Barnes Hospital, St. Louis, Missouri 1981-1985.
>
> Quality Assurance Committee of Psychiatry, Barnes Hospital, St. Louis, Missouri, 1982-1985.
>
> Ad Hoc Committee for Fourth Year Elective Issues, Washington University School of Medicine, St. Louis, Missouri, 1984-1985.
>
> Quality Assurance Committee, Barnes Hospital, St. Louis, Missouri 1985-1987.

CERTIFICATIONS:

> Diplomate National Board of Medical Examiners, July 1975.
>
> Certrified, American Board of Psychiatry and Neurology (Psychiatry), 1979.

B627

LICENSURE:

New Hampshire 1987.  No. 7684

Inactive in Missouri, California and Michigan.

PUBLICATIONS:

Knesevich JW, Biggs JT:  Letter- Do Tricyclic
antidepressants work?  The Lancet, 1:802, 1976.

Knesevich JW, Biggs JT, Clayton PJ, and Ziegler VE:
Validity of the Hamilton Rating Scale for Depression.
British Journal of Psychiatry, 131:49-52, 1977.

Ziegler VE, Knesevich JW, Wylie LT, and Biggs JT:
Sampling time, dosage schedule and nortriptyline plasma
levels.  Archives of General Psychiatry, 34:613-615,
1977.

Ziegler VE, Meyer DA, Rosen SH, Knesevich JW and Biggs
JT:  Amitriptyline dosage schedule, sampling time and
tricyclic plasma levels.  British Journal of Psychiatry,
131:168-171, 1977.

Ziegler VE, Knesevich JW, Wylie LT, and Biggs JT:
Sampling time, dosage schedule and nortriptyline plasma
levels.  Psychiatry digest, September 1977.

Knesevich JW:  Successful Treatment of a patient's
obsessive compulsive disorder with Clonidine
hydrochloride.  American Journal of Psychiatry,
139:364-365, 1982.

Berg L, Hughes CP, Coben LA, Danziger WL, Martin RL,
and Knesevich JW:  Mild dememtia of the Alzheimer type
(SDAT):  Research diagnostic criteria, recruitment, and
description of a study population.  Journal of
Neurology, Neurosurgery, and Psychiatry, 45:62-968,
1982.

Knesevich JW, LaBarge E, Martin RL Dansiger WL, and
Berg L:  Birth order and maternal age effect in
dementia of the Alzheimer type.  Psychiatry Research,
7:345-350, 1982.

Knesevich JW, Zalcman, SJ, and Clayton PJ:  A six year
follow-up of patients with carefully diagnosed good-
and poor-prognosis schizophrenia.  American Journal of
Psychiatry, 140:1507-1510, 1983.

Knesevich JW, Martin RL, Danziger WL, and Berg L:
Preliminary report on affective symptoms in the early
stages of senile dementia of the Alzheimer type.
American Journal of Psychiatry, 140-233-235, 1983.

B628

Dr. Knesevich and Associates Reply:  Coexistence of dmentia and depressions.  American Journal of Psychiatry, 140:1099-1100, 1983.

Berg L, Danziger WL, Storandt M, Coben LA, Gado M, Hughes CP,  Knesevich Jw, and Botwinick J:  Predictive features in mild senile dementia of the Alzheimer type. Neurology, 34:563-569, 1984.

Knesevich JW, Toro FR, Morris JC, and LaBarge E: Aphasia, family history and the longitudinal course of senile dementia of the Alzheimer type. Psychiatry Research, 14:255-263, 1985.

Knesevich JW:  Dementia of the Alzheimer type: Methodological Comments.  Psychiatry Research, 16:263-266, 1985.

LaBarge E, Edwards D and Knesevich JW:  Performance of normal elderly on the Boston Naming Test. Brain and Language, 27:380-384, 1986.

Faber-Langendoen K, Moris JC, Knesevich JW, and Berg L: Aphasia in Senile Dementia of the Alzheimer type. Annal of Neurology, 20:125, 1986.

Knesevich JW, Edwards D, LaBarge E:  The predictive value of the Boston Naming Test in mild Senile Dementia of the Alzheimer type.  Psychiatry Research, 19, 155-161.

Warnock JK, and Knesevich JW:  Adverse cutaneous reactions to antidepressants.  American Journal of Psychiatry, 145, 425-430, 1988.

Faber-Langendoen K, Morris JC, Knesevich JW, LaBarge E, and Berg L:  Aphasia in Senile Dementia of the Alzheimer type.  Annals of Neurology, 23:365-370, 1988.

Vogler GP, Gottesman II, Knesevich JW:  Diagnostic Ratings in a Twin Study of Psychiatric Disorders: Judging the Judges.  Behavioral Genetics, 18(6), 735, 1988.

DiLalla DL, Gottesman II, Vogler GP, Knesevich JW: Personality and Psychopathology: Selection Models for Dimensions of the MMPI.  Behavioral Genetics, 19(6) 753, 1989.

Gynther L, Carey G, Knesevich JW:  A Twin Study of Drug Use.  Behavioral Genetics, 19(6) 760, 1989.

PRESENTATIONS:

Visiting Faculty(SmithKline Beecham Speaker's Bureau) 1992-present.

B629

Speakers Bureau Parke-Davis Pharmaceuticals
1993-present.

Dr. Knesevich has given over 90 pesentations over
the last ten years(25 in 1993).  Usual topics include
psychopharmacological issues, diagnostic issues and new
research developments in psychiatry.

GRANT AWARDS:

Retirement Research Foundation, 1983.  $10,000 award
for the investigation of the relationship of
Histocompatibility Antigens and Senile Dementia of
the Alzheimer type.

Principal Investigator, 1985-1987:  MHCRC in
Epidemiological Genetics and Family Study.  Project
#7, a Twin-Family Study of Affective Disorders.
NIMH Grant 31302.

Principal Investigator, 1985-1987:  Alcohol Research
Center Project #7,  Clinical Genetic Study of Alcoholism
in Male and Female Twins.  NIAAA grant AA 03539.

PHARMACEUTICAL RESEARCH:

Co-Investigator- Phase III Clincal Trial of Remoxapride.
Merck.  1990.

Principal Investigator- Phase IV Clinical Trial of
Paroxetine HCl.  SmithKline Beecham  1992-1993.

Principal Investigator- Treatment IND, Tacrine HCL.
Parke-Davis 1992-1993.

B630

**CURRICULUM VITAE**

**Bijan Bastani, M.D.**

5077 ECL0815 0034
030
2/1/94

PRESENT ADDRESS

Cleveland Veterans Medical Center
10000 Brecksville Road
Brecksville, OH 44141
Office Phone 216/526-3030 Ext 7035

MetroHealth Medical Center
2500 MetroHealth Drive
Cleveland, OH 44109
Office Phone 216/459-4626

Portage Path
Community Mental Health Center
340 S. Broadway Street
Akron, OH 44308
216/376 6144

HOME ADDRESS

REDACTED

DATE OF BIRTH: April 14, 1948

MARITAL STATUS: Married
REDACTED

EDUCATION:

College
1966-1968

Pahlavi (Shiraz) University College of
Arts and Sciences
2 year pre-medicine program

RECEIVED

FEB 0 1 1994

CLINICAL &
MEDICAL AFFAIRS

1

B631

| Professional School 1968-1974 | Pahlavi (Shiraz) University School of Medicine, including one year of internship<br>Scholarship for good academic performance<br>Letter of Merit from Chancellor of University |
|---|---|
| Residency 1976-1979 | Department of Psychiatry<br>Case Western Reserve University<br>Cleveland, Ohio |
| Fellowship 1979-1981 | Department of Psychiatry<br>Case Western Reserve University<br>Fellow in Somatic Therapies in Psychiatry (Psychopharmacology) |
| LICENSURE: | ECFMG Exam 1973<br>FLEX Exam 1978<br>American Board of Psychiatry and Neurology. June 1981<br>Licensed to practice in :<br>    District of Columbia<br>    California<br>    Ohio |

POSITIONS HELD:

| 1993- Present | Director, Reasearch & Education<br>Portage Path<br>Community Mental Health Center |
|---|---|

2

B632

| 1992-Present | Assistant Professor of Psychiatry Case Western Reserve University Cleveland Veterans Medical Center & MetroHealth Center |
|---|---|
| 1986- 1992 | Director Psychobiology Clinic University Hospitals of Cleveland |
| 1981-1986 | Assistant Clinical Professor of Psychiatry Case Western Reserve University VA Hospital, Mental Hygiene Clinic. |
| 1979-1981 | Teaching Fellow in Biological Psychiatry & Psychopharmacology Chief Resident, Adult Outpatient University Hospitals of Cleveland |
| 1979-1981 | Consulting Psychiatrist, West Side Community Mental Health Day Hospital Program |
| 1974-1976 | Assistant Professor of Anatomy and Physiology, College of Physical Education, Tehran, Iran (Military Service appointment) |

3

B633

## RESEARCH PROJECTS & GRANT SUPPORT

| | |
|---|---|
| 1993- | Principal Investigator, Ffficacy of sertraline in fluoxetine resistant or fluoxetine intolerant depressed patients, Pfizer Inc |
| 1992-1993 | Principal Investigator, Effect of Paroxetine in panic disorder, SmithKline Beecham Pharmaceuticals |
| 1991- 1993 | Principal Investigator, Effect of Paroxetine in Obsessive-Compulsive Disorder (OCD) Study. SmithKline Beecham Pharmaceuticals |
| 1991- 1992 | Principal Investigator, Platelet Paroxetine Binding, Neuroendocrine Response to 5-HTP Challenge in OCD. Smith Kline Beecham Pharmaceuticals |
| 1991- | Principal Investigator, Long-Term Treatment with Paroxetine of outpatients with OCD. SmithKline Beecham Pharmaceuticals . |
| 1987-1989 | Principal Investigator , Compassionate Need Study of Fluoxetine in OCD. Elli Lilly Pharmaceuticals |
| 1988-1989 | Principal Investigator , Compassionate Need Study of Fluvoxamine in OCD. Dupar Pharmaceuticals |
| 1986-1992 | Co-investigator, Compassionate Need Study of Clozapine in treatment-resistant Schizophrenia. Sandoz Inc. |

4

B634

| | |
|---|---|
| 1991-1992 | Co-investigator,    LY170053  in Schizophrenia,   Eli Lilly Inc |
| 1991-1992 | Co-investigator,   Sertindole  in  Schizophrenia, Abbott  Laboratories |
| 1990-1991 | Co-investigator, Amperozide  in  Schizophenia. Sandoz  Pharmaceuticals |
| 1986-1988 | Co-investigator, ICI  169,369  ICI Pharmaceuticals. |
| 1987-1992 | Co-investigator, Studies  Malperone  in Schizophrenia, Ferrosan, Inc. |
| 1988-1989 | Co-investigator, CGP  1948A  in  Schizophrenia, CIBA -GEIGY  Pharm. |
| 1989-1990 | Co-investigator, SDZ  HDC-912  in Schizophrenia . Sandoz  Pharmaceuticals |
| 1989-1990 | Co-investigator  BMY-14802-1  in Schizophrenia,  Bristol  Meyers |
| 1987-1988 | Co-investigator,  Effect  of  Tiosperone  in Schizophrenia.    Bristol  Meyers |

5

B635

RESEARCH INTERESTS AND PUBLICATIONS;

1.    Bastani B, Alphs L, Meltzer HY: Development of the Clozaril patient
      management system. Psychopharmacology 99:S122-S125, 1989.

2.    Bastani B, Nash JF, Meltzer HY:  Prolactin and cortisol responses to
      MK-212, a serotonin agonist, in obsessive-compulsive disorder.
      Arch. Gen. Psych 47: 833-839, 1990

3.    Meltzer HY, Bastani B, Kowan KY, Ramirez L, Burnett S, Sharpe J.: A
      prospective study of clozapine in treatment resistant schizophrenic
      patients: I: preliminary report. Psychopharmacology 99:S68-S72,
      1989.

4.    Meltzer HY, Bastani B, Ramirez L and Shigehiro Matsubara: Clozapine:
      New Research on Efficacy and Mechanism of Action: Eur Arch
      Psychiatr Neurol Sci (1989) 238:332-339

5.    Meltzer HY, Burnett S, Bastani B, Ramirez LF: Effects of six months
      of clozapine treatment on the quality of life of chronic
      schizophrenic patients. Hospital and Community Psychiatry 41:
      892-897, 1990.

6.    Bastani B, Arora RC, Meltzer HY:  Serotonin uptake and imipramine
      binding in the blood platelets of obsessive compulsive disorder
      patients  Biological Psychiatry 30: 131-139, 1991.

7.    Meltzer HY, Bastani B, Kwon KY, Ramirez LF, Burnett S, Sharpe J: A
      prospective study of clozapine in treatment resistant schizophrenia
      99: S68-S72, 1989

8.    Lee, H.S., Bastani, B., Friedman, L. and Meltzer, H.Y.: Effect of the
      serotonin agonist, MK-212, on body temreature in schizophrenia.
      Biological Psychiatry 31:460-470, 1992.

6

B636

9.     Meltzer, H.Y., Alphs, L.D., Bastani, B., Kwon, K.Y. and Ramirez,L.F. One year outcome of study of clozapine in treatment-resistant schizophrenia.World Congress Biological Psychiatry, SpringerVerlag, Heidelberg-Berlin,      1991.

10.    Alphs, LD, Meltzer, HY, Bastani, B, Ramirez, LF: Side effects of Clozapine and their management.     Pharmacopsychiatry,24(2):46, 1991.

11.    Meltzer, HY,Alphs, LD, Bastani, B, Ramirez, LF, Kwon, K: Clinical efficacy of Clozapine in treatment of schizophrenia. Pharmacopsychiatry,24(2):44-45,  1991.

12     HY Meltzer, P Cola, L Way, P A Thompson, B Bastani, MA Davies and B Snitz: Cost effectiveness of clozapine in neuroleptic-resistant schizophrenia. Am J Psychiatry 1993, 150:1630-1639.

13.    Arora RC, Bastani B, Meltzer HY: Normal platelet 5-HT2 binding in obsessive -compulsive disorder (Submitted).

14.    Bastani, B, Arora RC,  Meltzer HY:  Platelet 3H-Paroxetine binding in obsessive-compulsive disorder.   (In Preparation).

15.    Bastani B, Meltzer HY: Behavioral and neuroendocrine responses to 5-HTP in unmedicated patients with obsessive-compulsive disorder: relation to clinical response.   (In Preparation).

B637

## PRESENTATIONS & ABSTRACTS:

Bastani B, Nash JF, Meltzer HY:  Neuroendocrine and behavioral effects of novel 5-HT1A and 5-HT2 agonists:  Preclinical and Clinical studies.  ACNP 26th annual meeting (1987).

Meltzer HY, Bastani B, Kwon K et al: Clozapine as a 5-HT2 antagonist in man. Society for Neuroscience Abstracts, 13(2):800. 1987.

Bastani B, Alphs L , Meltzer HY: Clozaril Patient Management System. Clozapine (Leponex/Clozaril) Scientific Update Meeting. Symposium held in Montreux, Switzerland (1988).

Meltzer HY, Bastani B, Kowan K, Ramirez L., Burnett S., Sharpe J: A prospective Study of Clozapine in Treatment resistant Schizophrenic Patients: Clozapine (Leponex/Clozaril) Scientific Update Meeting. Symposium held in Montreux, Switzerland (1988).

Meltzer HY, Nash JF, Matsubara S, Ramirez LF, Bastani B: Serotonergic Dysfunction in Schizophrenia. APA 142nd Annual Meeting (1989).

Meltzer HY, Alphs L,  Bastani B: CPMS A Scientific Exhibition: APA 142nd Annual Meeting (1989).

Meltzer, H.Y., Alphs, L.D., Bastani, B. and Ramirez, L: Session 1942: Effect of Melperone in treatment-resistant schizophrenia. In: Psychiatry Today, Accomplishments and Promises, VIII World Congress of Psychiatry. Abstracts, Stefanis, C.N., Soldatos, C.R. and Rabavilas, A.D., Excerpta Medica International Congress Series 899, Amsterdam, Oxford, New York, p 502, 1990.

Meltzer, H.Y., Bastani, B., Ramirez, L.F., Lee, M., Alpha, L, and Kwon, K: A prospective trial of clozapine in treatment-resistant schizophrenia. In: Psychiatry Today, Accomplishments and Promises, VIII World Congress of Psychiatry Abstracts, Stefanis, C.N., Soldatos, C.R. and Rabavilas, A.D., Excerpta Medica International Congress Series 899, Amsterdam, Oxford, New York, p 677, 1990.

8

B638

Friedman L, Bastani B, Ramirez L, Kuntson M, Meltzer HY: Prefrontal sulcal prominence is inversely related to treatment response to clozapine in schizophrenia. Abstracts of the III international congress on schizophrenia research. April, 1991.

Meltzer, HY, Bastani B, Ramirez L: The Role of Atypical Antipsychotic Drugs in Treatment Resistant Schizophrenia.   APA 144th Annual Meeting (1991).

Meltzer HY, Bastani B, Ramirez L: Clozapine and Melperone: Effects in Schizophrenia.   APA 144th Annual Meeting (1991).

Ramirez L, Meltzer HY, Bastani B, Calabrese J, Schulz C:   Effect of Clozapine in Schizoaffective Disorder and Affective Symptoms in Schizophrenia.   APA 144th Annual Meeting (1991).

Bastani, B, Arora, RC, Meltzer, HY:3H-Paroxetine Binding in Platelets of Obsessive-Compulsive Patients and Normal Controls.   NCDEU 31st Annual Meeting Florida, May 1991.

Bastani, B, Meltzer, HY: Neuroendocrine Response to 5-hydroxytryptophan (5-HTP) in Obsessive-Compulsive Patients and Normal Controls. ACNP 30th Annual Meeting. December, 1991.

A. Rezvani, B.Bastani, DH Overstreet and DS Janowsky. Proxetine suppresses alcohol, but not food intake, in two strains of alcohol preferring rats: A serotonin connection. ACNP Meeting, 1993 .

9

B639

RECEIVED

JAN 1 0 1994

CLINICAL &
MEDICAL AFFAIRS

### CURRICULUM VITAE

### HAROLD DAVID UDELMAN, M.D., FAPA, FAPM

## Personal Data

Birthplace:          Hamilton, Ohio


## Education

University of Cincinnati, College of Arts and Sciences:  1950-1954
    1951 - Phi Eta Sigma
    1954 - Phi Beta Kappa
    1954 - B.S. with high honors
University of Cincinnati, College of Medicine:  1954-1958
    1958 - M.D.


## Postgraduate Training

Internship - Jewish Hospital, Cincinnati, Ohio:  1958-1959

Jr. Resident - Psychiatry:  University of Cincinnati, College of
    Medicine and Affiliated Hospitals:  July 1, 1959 - June 30, 1960

Sr. Resident - Psychiatry:  University of Cincinnati, College of
    Medicine and Affiliated Hospitals:  July 1960 - June 1961

Medical Student Teaching Fellow:  University of Cincinnati, College
    of Medicine and Affiliated Hospitals:  July 1961 - Jan. 1962

Central Clinic Fellow:  University of Cincinnati, College of
    Medicine and Affiliated Hospitals:  Jan. 1962 - June 1962


## Military Service

Captain MC. U.S. Army:  Ft. Knox, Kentucky - July 1962 - July 1964

    Teaching social work students at Mental Hygiene
    Clinic - 1962-1964

    Consultant:  Adolescent Unit, Central State Hospital
    Anchorage, Kentucky - Nov. 1963 - July 1964

    Group Therapist:  Adolescent Unit, Central State Hospital
    Anchorage, Kentucky - 1963-1964

    Consultant:  Baptist Home for Children, Glendale, Ky.
    Nov. 1963 - July 1964

B640

HDU, M.D.

Faculty Positions

University of California Irvine, Assistant Clinical Professor
Visiting Professor, Dept. of Psychiatry, University of Cincinnati, College of Medicine
External Examiner for Fielding Institute, Santa Barbara, CA.
Degree Committee Field Advisor - Antioch University, Yellow Springs, Ohio

Private Practice

333 West Thomas Road, Phoenix, Arizona - August 1964 - May 1980
45 East Osborn Road, Phoenix, Arizona - May 1980 - present

Teaching

Nursing Students - Camelback Hospital and St. Joseph's Hospital
four years.

Interns - St. Joseph's Hospital - three years.

Periodic Lectures - St. Joseph's Hospital (Psychosomatic
Conferences) 1965 - present.

Public Lectures - Psychiatric Series (Phoenix Jewish Community
                  Center) four years
                  Member of Maricopa County Medical Society
                  Speaker's Forum (lecturing at various community
                  groups' meetings) 1965 - present
                  Periodic Lectures to the staff of psychiatric
                  units of St. Joseph's Hospital, Camelback Hospital
                  St. Luke's Hospital, and Good Samaritan Hospital
                  1965 - present.

Non-Private Practice

Group Therapist:  St. Joseph's Hospital Convalescent Unit, 1965-1970

Consultations and examinations for the Phoenix Veterans Administration
Hospital, 1967-1974

Staff Appointments

Samaritan Behavioral Health Center of Scottsdale- Active
Good Samaritan Hospital, Phoenix, AZ - Active
St. Joseph's Hospital, Phoenix, AZ - Active
Doctor's Hospital, Phoenix, AZ - Consulting
Phoenix Baptist Hosptial, Phoenix, AZ - Consulting
St. Luke's Hospital, Phoenix, AZ - Consulting
Phoenix Children's Hospital, Phoenix, AZ - Consulting

B641

HDU, M.D.

Committees

Good Samaritan Hospital –    Psychiatry Committee, 1967-present
                             OB-GYN Committee, 1972-1974

St. Joseph's Hospital –      Psychiatric Committee, 1966-present
                             Intensive Care Committee, 1969-1977
                             Utilization and Review Committee, 1968-1978

Camelback Hospital-          Executive Committee, 1969-1978
                             Executive Committee, Vice-Chairman,
                             1976
                             Utilization and Review Committee,
                             1970-1975
                             Credentials Committee, 1968-1975

Phoenix Psychiatric
Council –                    Interdisciplinary Committee, 1965-1966

Organizations

American Psychiatric Association – Fellow 1972
American Medical Association
Arizona Medical Association
Maricopa County Medical Society
Arizona Psychiatric Society
Phoenix Psychiatric Council
Galen Society
Academy of Psychosomatic Medicine – Fellow 1981
American Association for the Advancement of Science
New York Academy of Sciences
Association for the Advancement of Psychotherapy
British Association for Psychopharmacology

Professional Appointments and Offices

Arizona Psychiatric Society
    Treasurer, 1969
    Secretary, 1970
    Vice-President, 1971
    President-Elect, 1972
    President, 1973
Geigy Symposium on Youth
    Chairman, 1971
Camelback Medical Staff
    Secretary, 1972-1973
    Treasurer, 1973-1974
    Vice-Chief of Staff, 1974-1976
Council of the Academy of Psychosomatic Medicine – 1983-present
Commissioner on Oral Examinations –
    The Arizona Board of Medical Examiners – intermittently
St. Joseph's Hospital & Medical Center          1984-present
    Secretary-Psychiatry Dept. 1988-1989

B642

HDU, M.D.

Certification
American Board of Psychiatry and Neurology, in Psychiatry, 1971

Editorial Responsibilities
Manuscript Reviewer for the medical journal, Psychosomatics
Manuscript Reviewer for the medical journal, American Journal of Psychotherapy
Manuscript Reviewer for the medical journal, Stress Medicine

Video Programs
Leaders in Psychiatry.  The Impact of Chronic Physical Illness on
Individual Families.  Social Psychiatry Research Institute, N.Y., 1981.

Profiles Of Anxiety.  Bristol-Myers Pharmaceutical Co., 1990

Research Foundation
Biomedical Stress Research Foundation, LTD. Established 1985
Chairman and Director

Research
Rheumatology Reaction Pattern Survey - 1975-1976

Rheumatology Reaction Pattern Survey, 1 year follow-up, 1976-1977

Antidepressant Therapy and Immunity funded by Camelback Hospitals,
Phoenix, Arizona - 1982

Antidepressant Therapy and Immunity II funded by Camelback Hospitals,
Phoenix, Arizona - 1984

Catecholamines, Hope, and Immunity - Funded by Norman Cousins and
the Joan B. Kroc Foundation - 1985.

Chlomipramine (Anafranil) in Obsessive Compulsive Disorders-1979 to present

Buspar Switching Study - 1988

Study of Buspirone in Anxious Patients, 65 and over - 1989

Zalospirone Double-Blind, Placebo-Controlled Study in Outpatients
with Major Depression - 1990-91

Zalospirone Double-Blind, Placebo-Controlled Study in Outpatients
with Anxiety - 1991-92.

Open-Label Study to Evaluate the Safety and Efficacy of Sertraline
in the Treatment of Major Depression. 1991-92

Open-Label Study with Abecarnil in Outpatients with Generalized
Anxiety Disorder - 1991-92

B643

HDU, M.D.

Cont. Research

Fluvoxamine in the Treatment of Obsessive Compulsive Disorder.
A Multicenter Double-Blind Placebo-Controlled Study in
Outpatient Children and Adolescents. - 1992

Double-Blind Randomized Flexible-Dose, Multicenter Study Comparing
A-7700 with Placebo in Generalized Anxiety Disorder. (TAP) 1992-1993

Short and Long Term DIscontinuation of Alprazolam in the Treatment
of Panic Disorder with Agoraphobia.  1992-1993

Six Month Open-Label Evaluation of the Safety and Efficacy of
Venlafaxine Followed by a Randomized Double-Blind Placebo-Controlled
One Year Evaluation of Venlafaxine in the Prophylactic Treatment of
Recurrent Depression.  1992-1993

Randomized Comparative Study of Paroxetine in the Treatment of
Depression as Used in a Clinical Practice Setting. 1993

Safety Surveillance Study for Wellbutrin Sustained Release. 1993

An Open-Label Assessment of the Long-Term Safety of Sertindole in
the Treatment of Patients with Schizophrenia and Other Psychotic
Disorders. 1993

B644

HDU, M.D.

BIBLIOGRAPHY

Publications

1.  Udelman, H.D., Haerer, A.F.:  Acute Brain Syndrome
    Secondary to Tetrachlorethylene Ingestion.  American
    Journal of Psychiatry Vol. 121 pp. 78, July 1964.

2.  Udelman, H.D.:  Geriatric Psychiatry - A Global View.
    Arizona Medicine  Vol. 30 pp. 89-91, 1973.

3.  Udelman, H.D.:  Anxiety and Acute Illness.  Arizona
    Medicine  Vol. 31, pp 652-654, 1974.

4.  Udelman, H.D., Udelman, D.L.:  Emotions and Rheumatoid
    Arthritis.  Mind and Medicine  Vol. 4 No. 3, March 1977.

5.  Udelman, H.D., Udelman, D.L.:  Team Therapy in a
    Rheumatology Unit.  Psychosomatics  Vol. 18 No. 5
    pp. 42-46, Dec. 1977.

6.  Udelman, H.D., Udelman, D.L.:  Group Therapy with
    Rheumatoid Arthritic Patients.  American Journal of
    Psychotherapy Vol. 32 No. 2 pp. 288-299, April, 1978.

7.  Udelman, H.D., Udelman, D.L.:  Rheumatology Reaction
    Pattern Survey.  Psychosomatics  Vol. 19, No. 12
    pp. 776-780, Dec. 1978

8.  Udelman, H.D.:  Chronic Illness, Treatment and the
    Self-Concept, Part II.  Arizona Medicine  Vol. 36,
    pp. 684-687, Sept. 1979.

9.  Udelman, H.D., Udelman, D.L.:  The Family in Chronic
    Illness.  Arizona Medicine  pp. 491-493, July 1980.

10. Udelman, H.D., Udelman, D.L.:  Illness and Sexual Self-
    Image.  Sexual Medicine Today  pp. 24, Nov. 1980.

11. Udelman, H.D., Udelman, D.L.:  Emotions and Rheumatologic
    Disorders.  American Journal of Psychotherapy  Vol. 35, No. 4
    pp. 576-587, Oct., 1981.

12. Udelman, H.D., Udelman, D.L.:  Current Explorations in
    Psychoimmunology.  American Journal of Psychotherapy,
    Vol. XXXVII, No. 2, April 1983.

13. Udelman, D.L., Udelman, H.D.:  A Preliminary Report on Anti-
    Depressant Therapy and Its Effects on Hope and Immunity.
    Social Science and Medicine. Vol. 20, No. 10, pp 1069-1072, 1985.

B645

HDU, M.D.

Publications, Cont.

14. Udelman, H.D., Udelman, D.L.:  Hope as a Factor in Remission of Illness.  Stress Medicine.  Vol. 1: 291-294, 1985.

15. Udelman, H.D., Udelman, D.L.:  The Value of Optimism in Recovery.  Physician and Patient.  Vol. 4 #10, 1985.

16. Udelman, H.D., Udelman, D.L.:  A Concurrent Study for Switching Patients from Benzodiazepines to Buspirone.  Abstract Journal of Psychopharmacology.  Vol.3, Number 4,18P, 1989

17. Udelman, H.D., Udelman, D.L.:  Concurrent Use of Buspirone in Anxious Patients During Withdrawal From Alprazolam Therapy.  The Journal of Clinical Psychiatry September 1990 supplement.

18. Udelman, D.L., Udelman, H.D.:  Affects, Neurotransmitters, and Immunocompetence.  Stress Medicine. Vol.7:159-162, 1991.

B646

HDU, M.D.

## PUBLICATIONS:   OTHER

### BOOK REVIEWS

Udelman, H.D., Udelman, D.L.: Asthma and Emotion.  Gardner Press, New York, 1981.  _American Journal of Psychotherapy_ Vol. 38, No. 2, pp 299-301, April 1984.

Udelman, H.D., Udelman, D.L.: Psychosomatic Medicine:  Theoretical, Clinical and Transcultural Aspects.  Plenum Press, N.Y. 1983. _American Journal of Psychotherapy_.  Vol. 39, No. 2 pp 284-5, April, 1985

Udelman, H.D.: Rules Of Hope.  Springer-Verlag, New York, 1991 _Stress Medicine_ Vol. 7:75-78, 1991.

### CHAPTERS IN BOOKS AND ANNUALS

Udelman, H.D., Udelman, D.L.:  A Preliminary Report on Anti-Depressant Therapy and Its Effects on Hope and Immunity. Chapter in _The Content Analysis of Verbal Behavior in Clinical Medicine and Psychiatry_.  L.A. Gottschalk, F. Lolas, L.L. Viney (Eds.) Heidelberg, Germany:  Springer-Verlag _pg 249-255, 1986.

Udelman, D.L., Udelman, H.D.:  Stress And The Immune System. Chapter in _Biological Psychiatry 1985_. C. Shagass, R.C. Josiassen, W.H. Bridger, K.J. Weiss, D. Stoff, and G.M. Simpson (Eds.) New York: Elsevier Science Publishing Co., Inc.-pgs. 681-683, 1986.

B647

HDU, M.D.

<u>PRESENTATIONS</u>

| | | |
|---|---|---|
| April | 1976 | "Rheumatology Group and Udelman Inventory of Change."  Long Beach Veteran's Hospital, Long Beach, California.  Presented with D.L. Udelman, M.A. |
| Nov.  7-10 | 1976 | "Psychosomatic Concepts in Joint Disease." The Academy of Psychosomatic Medicine's 23rd Annual Meeting, Charleston, South Carolina. Presented with D.L. Udelman, M.A. |
| Nov. 10 | 1976 | "Rheumatology Reaction Pattern Survey."  The Academy of Psychosomatic Medicine Meeting, Charleston, South Carolina.  Presented with D.L. Udelman, M.A. |
| March | 1977 | "Psychosomatic Concepts in Illness."  Camelback Hospital Volunteers, Phoenix, Arizona.  Presented with D.L. Udelman, M.A. |
| April 26 | 1976 | "Rheumatology Reaction Pattern Survey."  Arizona Medical Association Annual Meeting.  Presented with D.L. Udelman, M.A. |
| October | 1977 | "Emotions and Arthritis."  St. Joseph's Hospital's Symposium on Stress and Illness, Keynote Speaker: Hans Selye, M.D.  Phoenix, Arizona.  Presented with D.L. Udelman, M.A. |
| Feb.   2 | 1978 | "Psychosomatic Aspects of Rheumatologic Disorders." St. Joseph's Hospital Convalescent Unit Staff, Phoenix, Arizona.  Presented with D.L. Udelman, M.A. |
| April | 1978 | "Psychosomatic Issues in Joint Disease."  Camelback Hospital Medical Staff, Phoenix, Arizona.  Presented with D.L. Udelman, M.A. |
| May | 1978 | "Husband-Wife Co-Therapy Panel" based upon the Husband-Wife Co-Therapy Survey designed by the Udelmans in conjunction with Dr. Pattison, American Psychiatric Association Annual Meeting, Atlanta, Georgia.  Presented with D.L. Udelman, M.A. and E. Mansell Pattison, M.D. |
| June | 1978 | "Comparative Assessment of Rheumatoid Arthritis Patients by a Rheumatologist and a Psychiatric Co-Therapy Team."  Allied Health Professions Section of the Arthritis Foundation Annual Meeting, New York, New York.  Presented with D.L. Udelman,M.A. and Sanford Roth, M.D. |

B648

HDU, M.D.

Presentations cont.

| July | 1978 | "Co-Therapy From the Vantage Point of a Husband-Wife Team." Good Samaritan Hospital Dept. of Psychiatry Grand Rounds, Phoenix, Arizona. Presented with D.L. Udelman, M.A. |
| November | 1978 | "Rheumatology Reaction Pattern Survey - A One-Year Follow-up." Academy of Psychosomatic Medicine Annual Meeting, Atlanta, Georgia. Presented with D.L. Udelman, M.A. |
| April | 1979 | "Non-Compliant Arthritic Patient." a monograph will be published on this symposium, Omega Communications' Merck, Sharp & Dohme Symposium New York, New York. Co-panelists: Sanford Roth,M.D., George Ehrlich, M.D., Paul Brucker, M.D., and Donna Lou Udelman, M.A. |
| May | 1979 | "Chronic Illness, Treatment and the Self-Concept." The American Psychiatric Association Annual Meeting, Chicago, Illinois. Co-panelists: Louis A. Gottschalk, M.D., Sanford Roth, M.D., and Donna Lou Udelman, M.A. |
| June & Oct. | 1979 | "Stress, Illness, Sexuality, and the Family." Phoenix Arthritis Center's Didactic Lecture Series for patients and families. Phoenix, Arizona. Presented with D.L. Udelman, M.A. |
| October | 1979 | "Chronic Illness and the Family." Academy of Psychosomatic Medicine Annual Meeting, San Francisco, California. Presented with D.L. Udelman, M.A. |
| December | 1979 | "Chronic Illness and Its Effect Upon the Sexual Self-Image of a Patient." Sexual Medicine magazine interview, New York. Presented with D.L. Udelman,M.A. |
| December | 1979 | "The Family in Chronic Illness." Dept. of Psychiatry Grand Rounds, Good Samaritan Hospital, Phoenix, Arizona. Presented with D.L. Udelman, M.A. |
| January | 1980 | "Emotions and Rheumatologic Disorders." Dept. of Psychiatry Grand Rounds, University of Arizona College of Medicine, Tucson, Arizona. Presented with D.L. Udelman, M.A. |
| April | 1980 | "Anti-Inflammatory Drug Study Club Workshop." Sponsored by Smith, Kline & French Laboratories, New York, New York. Co-participants: D.L. Udelman,M.A. Sanford Roth, M.D., G. Ehrlich, M.D., et al. |

B649

HDU, M.D.

Presentations cont.

| | | |
|---|---|---|
| May | 1980 | "Husband-Wife Co-Therapy."  American Psychiatric Association Annual Meeting, San Francisco, California.  Co-panelists:  D.L. Udelman, M.A., E. Mansell Pattison, M.D. and M.L. Pattison, B.A. |
| May | 1980 | "Decision Making in the Treatment of Arthritis." The American Rheumatism Association Annual Meeting, Atlanta, Georgia.  Co-panelists:  D.L. Udelman, M.A., Sanford Roth, M.D., J. Decker, M.D., et. al. |
| January | 1981 | "Emotions and Rheumatologic Disorders".  County Hospital, Phoenix, Arizona.  Presented with D.L. Udelman, M.A. |
| May | 1981 | "The Therapeutic Dilemma in Chronic Illness". The American Psychiatric Association Annual Meeting.  New Orleans, Louisiana.  Presented with D.L. Udelman, Ph.D., L. Gottschalk, M.D., and D. Dudley, M.D. |
| May | 1981 | "Illness in the Family".  The American Psychiatric Association Annual Meeting.  New Orleans, Louisiana.  Co-panelists:  D.L. Udelman, Ph.D., L. Gottschalk, M.D., and D. Dudley, M.D. |
| June | 1981 | "Interventions in Chronic Illness".  Good Samaritan Hospital, Dept. of Psychiatry Grand Rounds, Phoenix, Arizona.  Presented with D.L. Udelman, Ph.D. |
| May  18 | 1982 | "Current Explorations in Psychoimmunology" The American Psychiatric Association Annual Meeting. Toronto, Canada.  Presented with D.L. Udelman, Ph.D., L.A. Gottschalk, M.D., M. Stein, M.D., R. Ader, Ph.D., and S. Lesse, M.D. – discussant |
| June 14 | 1982 | "Psychoimmunology".  St. Joseph's Hospital, Department of Psychiatry, Phoenix, Arizona. Presented with D.L. Udelman, Ph.D. |
| July  6 | 1982 | "Psychological Factors In Chronic Illness" Psychiatric Grand Rounds.  Department of Psychiatry and Human Behavior – University of California, Irvine.  Presented with D.L. Udelman, Ph.D. |
| Nov. 21 | 1982 | "Anti-Depressant Therapy and Immunity" Academy of Psychosomatic Medicine Annual Meeting, Chicago, Illinois.  Presented with D.L. Udelman, Ph.D. |
| March 2 | 1983 | "Psychoimmunology" Maricopa County General Hospital Phoenix, Arizona. Presented with D.L. Udelman, Ph.D. |

B650

HDU, M.D.

Presentations cont.

Sept. 20    1983   "A Preliminary Report On Anti-Depressant
                   Therapy and Immunity"  Camelback Hospital,
                   Phoenix, Arizona.  Presented with
                   D.L. Udelman, Ph.D.

Oct.  24,   1983   "Psychoimmunology Update"  Academy of
                   Psychosomatic Medicine Annual Meeting,
                   Las Vegas, Nevada.  Presented with D.L.Udelman, Ph.D.

Jan.  18,   1984   "A Preliminary Report on Anti-Depressant
                   Therapy and Immunity"  The 51st Annual Meeting
                   of The National Association of Private Psychiatric
                   Hospitals, Palm Springs, California.  Presented
                   with D.L. Udelman, Ph.D.

May    7,   1984   "Hope As A Factor In Remission Of Illness" presented
                   at the symposium entitled, "The Role of Hope In
                   Remission From Illness".  The American Psychiatric
                   Association Annual Meeing, Los Angeles, CA.
                   Presented with D. L. Udelman, Ph.D., L.A. Gottschalk, M.D.
                   T.B. Grayboys,M.D., F.O. Henker, M.D., and
                   S. Lesse, M.D. - discussant.

Nov.  12,   1984   "Anti-Depressant Therapy and Immunity II."
                   Academy of Psychosomatic Medicine Annual Meeting,
                   Philadelphia, Pennsylvania.  Presented with
                   D.L. Udelman, Ph.D.

Sept. 13, 1985     "Stress and The Immune System".
                   IVth World Congress of Biological Psychiatry.
                   Philadelphia, Pennsylvania.  Presented with
                   D.L. Udelman, Ph.D.

March 22, 1986     "Living Well With Lupus" Lupus Foundation of
                   America.    Phoenix, Arizona.

May 21, 1986       "Psychoimmunology-Past, Present and Future"
                   Cincinnati Psychiatric Society.  Cincinnati, Ohio.
                   Presented with D.L. Udelman, Ph.D.

May 21, 1986       "Psychoneuroimmunology:  An Emerging Field"
                   University of Cincinnati, Dept. of Psychiatry,
                   Grand Rounds.  Cincinnati, Ohio.  Presented
                   with D.L. Udelman, Ph.D.

Dec. 23, 1986      "How To Be Happy The Rest Of Your Life - The Role
                   Of Hope"  B'nai B'rith- Herman Lewkowitz Lodge # 960
                   Phoenix, Arizona.  Presented with D.L. Udelman, Ph.D.

B651

HDU, M.D.

Presentations

Sept. 19, 1987     "Hopefulness, Behavior and the Immune System".
                   Lupus Foundation of America.  Phoenix, Arizona.

Oct.   24, 1987    "Hope, Mind & Medicine-An Overview"
                   The International Society for the Investigation
                   of Stress.  Mesa, Arizona. Presented with
                   D.L. Udelman, Ph.D.

Oct. 14, 1988      "Hope, Catecholamines and Immunity"
                   World Psychiatric Association, Washington, D.C.
                   Presented with D.L. Udelman, Ph.D.

July 24, 1989      "A Concurrent Study for Switching Patients from .
                   Benzodiazepines to Buspirone"  The British
                   Association for Psychopharmacology and The Canadian
                   College of Neuropsychopharmacology.
                   Cambridge, England. Presented with D.L. Udelman, Ph.D.

Oct. 8, 1989       "Affects, Neurotransmitters, and Immunocompetence"
                   10th World Congress of the International College
                   of Psychosomatic Medicine.  Madrid, Spain

Oct. 14, 1989      "The Concurrent Use of Buspirone in Anxious
                   Patients During Withdrawal From Alprazolam Therapy."
                   VIII World Congress of Psychiatry. Athens, Greece.
                   Presented with D.L. Udelman, Ph.D.

Jan. 10, 1990      "Tapering/Switching Schedule For Buspirone".
                   Phoenix Psychiatric Council.  Phoenix, Arizona
                   Presented with D.L. Udelman, Ph.D.

Jan. 18, 1990      "Psychoneuroimmunology - A Review"
                   St. Joseph's Hospital and Medical Center
                   Psychiatric Grand Rounds.  Phoenix, Arizona
                   Presented with D.L. Udelman, Ph.D.

April 20, 1990     "Dependency, Benzodiazepines & Buspirone"
                   Good Samaritan Hospital - Psychiatric Grand Rounds
                   Phoenix, Arizona.  Presented with D.L. Udelman, Ph.D.

May 11, 1990       "Switching From Benzodiazepines to Buspirone"
                   Bristol-Myers International Group-The Wallingford
                   CNS Academy.  New York, New York.  Presented
                   with D.L. Udelman, Ph.D.

July 17, 1990      "An Open Label Study To Assess Therapeutic Response
                   To Buspirone In A Geriatric Population"  Presented
                   at the British Association for Psychopharmacology.
                   Cambridge, England

B652

HDU, M.D.

**Presentations**

Nov.  25,  1990    Poster Session:  "Affects, Neurotransmitters & Immunocompetence" and  "An Open Label Study to Assess Therapeutic Response to Buspirone in a Geriatric Population"  Academy of Psychosomatic Medicine. Phoenix, AZ.  Presented with D.L. Udelman, Ph.D.

Oct. 12, 1992    Anxiety Disorders - Psychiatry Lecture Series St. Joseph's Medical Center - Menninger Phoenix Phoenix, AZ.

B653

HDU, M.D.

**Presentations**

**Medical Lecture Series** through Ciba Pharmaceuticals

"Diagnosis and Treatment of Obsessive Compulsive Disorder"

March 13, 1990  Palo Verde Hospital - Tucson, Arizona

March 21, 1990  Sonora Desert Hospital - Tucson, Arizona

May 3, 1990     Charter Hospital - Albuquerque, New Mexico

**Medical Lecture Series**  through Roerig/Pfizer Pharmaceuticals

"Diagnosis and Treatment of Depression"

March 17, 1992    Arizona State Hospital - Phoenix, Arizona
March 19, 1992    Westcourt in the Buttes - Phoenix, Arizona
March 26, 1992    Crescent Hotel - Phoenix, Arizona
April 15, 1992    Community Care Network - Phoenix, Arizona

July 23, 1992     Las Cruces Hilton - Las Cruces, New Mexico
Sept. 30, 1992    Marriott Suites - Scottsdale, Arizona

B654

## CURRICULUM VITAE

**Name:**              Gopinath Kasargod Mallya

**Address:**           69 Norwich Road, Needham, MA  02192

**Date of Birth:**     December 17, 1954

**Education:**

| | |
|---|---|
| 1970 P.U.C. | St. Aloysius College, Magalore, India |
| 1978 M.B., B.S. | Kasturba Medical College, Magalore, India |

**Postdoctoral Training:**

   **Internships and Residencies:**

| | |
|---|---|
| 1978-1981 | Bombay Hospital, Bombay, India (Junior Physician) |
| 1981-1985 | Psychiatry Resident (including chief residency of an inpatient unit) University of Tennessee Center of Health Sciences, Memphis, TN |
| 1985-1986 | Geriatric Psychiatry Fellow, McLean Hospital, Belmont, MA |
| 1986-1991 | Psychiatrist in Charge, North Belknap I, McLean Hospital, Belmont, MA |
| 1991-present | Director of Psychopharmacology, Outpatient Clinic |
| 1991-present | Director of Obsessive Compulsive Disorder Clinic |

**Licensure and Certification:**

| | |
|---|---|
| 1983 | Commonwealth of Pennsylvania |
| 1983 | State of Tennessee |
| 1984 | State of Mississippi |
| 1985 | Commonwealth of Massachusetts |
| 1986 | Board Certified in Psychiatry |

**Committee Assignments:**

| | |
|---|---|
| 1983-1984 | Medical Records Committee of City of Memphis Hospital as representative from the Department of Psychiatry |

**Memberships in Professional Societies:**

| | |
|---|---|
| 1982 | American Psychiatry Association |
| 1984 | American Medical Association |
| 1984 | American Geriatrics Society |

RECEIVED

AUG 1 9 1994

CLINICAL &
MEDICAL AFFAIRS

B655

- 2 -

Research Experience (during Residency)

1983-1985          Research unit of Mood Clinic, University of
                   Tennessee.  Worked with Dr. Akiskal and Dr. Lemmi
                   in sleep lab at Baptist Memorial Hospital, Memphis,
                   TN.  Also worked with Dr. Akiskal studying
                   phenomenology of psychiatric disorders in the
                   outpatient population.

Research Activities:  1985-present

1.   Propranolol in neuroleptic induced akathisia

2.   Participated in ICI 169369 treatment of akathisia

3.   D-propranolol in akathisia

4.   Physostigmine in akathisia

5.   Long-term follow-up study of fluvoxamine in obsessive compulsive
     disorder (outpatient study)

6.   Assisted Dr. Kerrin White in double blind placebo study of
     obsessive compulsive disorder and depression with fluvoxamine and
     sertraline

7.   Completed an outpatient trial of ICI-170, 809 in the treatment of
     depression

8.   Sertraline in OCD - a long term follow-up

9.   Currently conducting a trial of Paroxetine in OCD

Bibliography:

1.   Khouri, P.J., Mallya, G.K., Akiskal, H.S.:  Phenomenology of
     Bipolar Disorders (Presented at the Biological Psychiatry Meeting
     in Philadelphia).

2.   Akiskal, H.S., Mallya, G.K.:  Criteria for the "soft" Bipolar
     Spectrum -- Treatment Implications.  Psychopharmacology Bulletin,
     Vol 23, no. 1, 1987.

3.   Lipinski, J.F., Hudson, J.I., Aizley, H.G., Keck, P.E., Mallya,
     G.K., Aranow, R.B., Lukas, E.E., Cunningham, S.L.  Leg movements
     during sleep in neuroleptic-induced akathisia.  Submitted for
     publication.

4.   Shulman, K., Tohen, M., Satlin, A., Mallya, G.K., Kalunian, D.
     The characteristics and outcome of mania vs. depression in old age.
     Am J. Psych 1992.

B656

- 3 -

5.   Adler, L.A., Angrist, B., Fritz, P., Rotrosen, J., Mallya, G.K., Lipinski, J.F.  Lack of efficacy of d-propranolol in neuroleptic induced akathisia.  Neuropsychopharmacology 4:(2) 1991.

6.   Lipinski, J., Mallya, G.K., Zimmerman, P., Pope, H.:  Fluoxetine induced akathisia:  J Clin Psych.

7.   Short-term and long-term treatment of OCD with fluvoxamine -- accepted for publication in Annals of Clinical Psychiatry.

Presentations:

1.   Pathophysiology of akathisia at the American Psychiatric Association meeting in Chicago 1987.

2.   Participated in a seminar on akathisia at the American Psychiatric Association meeting in San Francisco 1989.

3.   Workshop on treatment of akathisia at the American Psychiatric Association meeting in New Orleans 1991.

4.   Present an abstract:  "Is there a serotonergic withdrawal syndrome?" at the NCDEU, Key Biscayne, FL 1991.

Academic Appointment:

Instructor in Psychiatry at Harvard Medical School.

Book Review:

Mallya, G.K.:  A Textbook of Geriatric Clinical Psychopharmacology (Submitted to the Journal of Clinical Psychiatry).

Awards:

Recipient of "Best Teacher" Award -- awarded by graduating residents, 1993.

B657

## CURRICULUM VITAE

**NAME:**                     LUIS F. RAMIREZ, M.D.

Social Security #:  REDACTED

Date of Birth:      April 12, 1944

Place of Birth:     Cartago, Colombia, S.A.

Addresses:          Cleveland Veterans Administration
                      Medical Center —
                    Psychiatry Service
                    10000 Brecksville Road
                    Brecksville, Ohio 44141

                    Department of Psychiatry
                    University Hospitals of Cleveland
                    2040 Abington Road
                    Cleveland, Ohio 44106
                    REDACTED

Telephone Numbers:  (216) 838-6033 (VA Psychiatry Office)
                    REDACTED
   Telefax Number:  (216) 546-2713

Immigration Status: U.S. Citizen

### EDUCATION AND TRAINING

1960-1967     Universidad del Valle
              Cali, Colombia, S.A.
              Medical School

1966-1967     Hospital Universitario
              Universidad Del Valle
              Cali, Colombia, S.A.
              Internship

1967-1970     Physician for the Colombian Health Insurance
              System, Staff Physician Hospital del Sagrado
              Corazon de Jesus, Cartago, Colombia, S.A., Private
              Practice

**RECEIVED**

### PROFESSIONAL EXPERIENCE

1970-1974     Fairhill Mental Health Center       **JUL 25 1994**
              Cleveland, Ohio
              Psychiatric Residency                CLINICAL &
                                                   MEDICAL AFFAIRS

1973-1974     Director, Crisis Intervention Unit, Fairhill Mental
              Health Center
              Cleveland, Ohio

1975-1986     Chairman,    Consolidated    Standards    Q.A.
              Sub-Committee, Cleveland VA Medical Center

*(FEBRUARY 24, 1994)*

B658

**L.F. Ramirez, M.D.**

| | |
|---|---|
| 1974-1985 | Assistant Chief, Psychiatry Service, Cleveland VA Medical Center. |
| 1976-1986 | Chairman, Continuing Medical Education Program, Psychiatry Service, Cleveland VA Medical Center, Brecksville Unit |
| 1976- | Member, VA Systematic External Review Program (SERP), VAH Allen Park, Allen Park, Michigan |
| 1976- | Diplomate, American Board of Psychiatry and Neurology |
| 1977- | Member, SERP Team, VA Hospital, Little Rock, Arkansas |
| 1978-1982 | Program Chairman, Cleveland Psychiatric Society |
| 1978- | Member, SERP Team, VA Hospital, Danville, Illinois |
| 1979- | Vice-President Elect, Cleveland Psychiatric Society |
| 1980- | Member, SERP Team, VA Hospital, Northport, New York |
| 1980- | Secretary, Cleveland Psychiatric Society |
| 1981- | President-Elect, Cleveland Psychiatric Society |
| 1981-1986 | Project Manager for the Veterans Administration Mid-Atlantic Regional Medical Education Center (W.O.C.) |
| 1982- | President, Cleveland Psychiatric Society |
| 1984- | Chairman, Economic Affairs, Cleveland Psychiatric Society |
| 1985-1986 | Acting Chief, Psychiatry Service, Cleveland VA Medical Center. |
| 1986-1991 | Clinical Director Psychobiology Evaluation and Treatment Program. University Hospitals, Cleveland, Ohio |
| 1987-1991 | Physician-in-Charge, Emergency Services, Department of Psychiatry, Case Western Reserve University |
| 1991-present | Chief, Psychiatry Service, Cleveland Veterans Administration Medical Center |
| 1991-present | Vice-Chairman, Department of Psychiatry, Case Western Reserve University |

2

B659

**L.F. Ramirez, M.D.**

## ACADEMIC POSITIONS

1974-1986    Assistant Professor, Department of Psychiatry, Case Western Reserve University

1985-present    Director, Interviewing Program, Pre-Clerkship Patient-Based, Program, Case Western Reserve University

1986-present    Associate Professor, Department of Psychiatry, Case Western Reserve University

## HOSPITAL AFFILIATION

University Hospitals of Cleveland
Cleveland V.A.M.C.

## LICENSING AND CERTIFICATION

1967    E.C.F.M.G. Certificate No. 093-124
1977    Ohio Medical License

## MEMBERSHIPS

American Psychiatric Association, Member
Ohio Psychiatric Association, Member
Cleveland Psychiatric Society, Member

## BOARD CERTIFICATION

- Psychiatry, by the American Board of Psychiatry and Neurology, April, 1976
  Certificate Number: 14937

## HONORS

- Drew Clements Award for Outstanding Services, Cleveland Psychiatry Society, 1986

- Staff of the Year Award Neighborhood Counseling Service, 1988

- Award for Teaching Excellence, University Hospitals Psychiatry Residents, 1989

3

B660

**L.F. Ramirez, M.D.**

## RESEARCH PROJECTS & GRANT SUPPORT

1992-Present     Principal Investigator, Effect of Sertindole in Schizophrenia, Abbott Laboratories

1991-1992        Co-investigator, Sertindole in Schizophrenia, Abbott Laboratories

1991-            Co-investigator, LY170053 in Schizophrenia, Eli Lilly Inc.

1990-1991        Co-investigator, Amperozide in Schizophrenia, Sandoz Pharmaceuticals

1989-1990        Co-investigator, SDZ HDC-912 in Schizophrenia, Sandoz Pharmaceuticals

1989-1990        Co-investigator, BMY-14802-1 in Schizophrenia, Bristol Meyers

1988-1989        Co-investigator, CGP 1948A in Schizophrenia, CIBA-GEIGY Pharmaceuticals

1987-1988        Co-investigator, Effect of Tiosperone in Schizophrenia, Bristol Meyers

1986-1988        Co-investigaror, ICI 169,369, Stuart Pharmaceuticals

1987-1991        Co-investigator, Studies Malperone in Schizophrenia, Ferrosan, Inc.

1986-1991        Co-investigator,     Compassionate Need   Study   of   Clozapine   in treatment-resistant Schizophrenia, Sandoz Pharmaceuticals

## PUBLICATIONS

1. Whaley, M. and Ramirez, L.F.: The use of seclusion and physical restraints. Journal of Psychiatry Nursing and Mental Health Services, January 1980.

2. Ramirez, L.F., Bruce, J. and Whaley, M.: An educational program for the prevention and management of disturbed behavior in psychiatric setting. The Journal of Continuing Education in Nursing, September/October 1981.

3. Ramirez, L.F., McCormick, R.A., Russo, A.M. and Taber, J.F.: Patterns of substance abuse in pathological gamblers undergoing treatment. Addictive Behaviors, Vol. 8, pp 425-428, 1983.

4

B661


**L.F. Ramirez, M.D.**

4.  McCormick, R.A., Russo, A.M. Ramirez, L.F. and Taber, J.F.: Affective disorders among pathological gamblers seeking treatment. American Journal of Psychiatry 141:215-218, February 1984.

5.  Russo, A.M., Taber, J.T., McCormick, R.A. and Ramirez, L.F.: An established treatment program for pathological gamblers: Initial outcome study results. Hospital and Community Psychiatry 35:823, August 1984.

6.  McCormick, R.A. and Ramirez, L.F.: Clinician - Interactive computerized utilization review for mental health care. O.R.B. 12:121, April 1986.

7.  Taber, J.I., McCormick, R.A. and Ramirez, L.F.: The relationship between severe life stresses and compulsive gambling. International Journal of Addictions 22 (1): 71-79, 1987.

8.  Taber, J.I., McCormick, R.A., Russo, A., Adkins, B.J. and Ramirez, L.F.: Follow-up of pathological gamblers after treatment. American Journal of Psychiatry 144: 757-761, June 1987.

9.  Ramirez, L.F., McCormick, R.A., Hull, A. and Hussey, S.: The effect of computer-ized utilization review on patterns of psychiatric inpatient care. Hospital and Community Psychiatry 38:977, September, 1987.

10. Simpson, D.M., Ramos, F. and Ramirez, L.F.: Death of a psychiatric patient from amantadine poisoning (letter). American Journal of Psychiatry 145:267-268, February, 1988.

11. Ramirez, L.F., McCormick, R.A. and Lowy, M.T.: Plasma cortisol and depression in pathological gamblers. British Journal of Psychiatry 153:684-686, 1988.

12. Meltzer, H.Y., Bastani, B., Ramirez, L.F. and Matsubara, S.: Clozapine: New research on efficacy and mechanism of action. European Archives of Psychiatric and Neurological Sciences 238:332-339, 1989.

13. Helmuth, D., Ljaljevic, Z., Ramirez, L.F. and Meltzer, H.Y.: Choreoathetosis induced by verapamil and lithium treatment. Journal of Clinical Psychopharmacology 9:No 6, 1989.

14. Meltzer, H.Y., Bastani, B., Kwon, K.Y., Ramirez, L.F., Burnett, S., Sharpe, J.: A prospective study of clozapine in treatment-resistant patients: I: Preliminary report. Psychopharmacology 99:(Suppl.)S68-S72, 1989.

5

B662

**L.F. Ramirez, M.D.**

**PUBLICATIONS, Continued...**

15. Meltzer, H.Y., Burnett, S., Bastani, B., Ramirez, L.F. and Barry, M.: Effects of six months of clozapine treatment on the quality of life of chronic schizophrenic patients. Hospital and Community Psychiatry 41:(No. 8) 892-897, 1990.

16. Parsa, M.A., Rohr, T., Ramirez, L.F. and Meltzer, H.Y.: Neuroleptic malignant-like syndrome, without neuroleptics. Journal of Clinical Psychopharmacology 10:No. 6:437-438, 1990.

17. Sajatovic, M., Verbanac, P., Ramirez, L.F. and Meltzer, H.Y.: Clozapine treatment of psychiatric symptoms resistant to neuroleptic treatment in patients with Huntington's chorea. Neurology 41:156, 1991.

18. Meltzer, H.Y., Alphs, L.D., Bastani, B., Ramirez, L.F. and Kwon, K.: Clinical efficacy of clozapine in the treatment of schizophrenia. Pharmacopsychiatry 24:44-45, 1991.

19. Alphs, L.D. Meltzer, H.Y., Bastani, B. and Ramirez, L.F.: Side effects of clozapine and their management. Pharmacopsychiatry 24:46, 1991.

20. Parsa, M.A., Ramirez, L.F., Loula, E.C. and Meltzer, H.Y.: Effect of clozapine on psychotic depression and parkinsonism. Journal of Clinical Psychopharmacology 11:330-331, 1991.

21. Lee, H.S., Bastani, B., Friedman, L., Ramirez, L.F. and Meltzer, H.Y.: Effect of the serotonin agonist, MK-212, on body temperature in schizophrenia. Biological Psychiatry 31:460-470, 1992.

22. Parsa, M.A., Al-Lahham, Y.H., Ramirez, L.F., Meltzer, H.Y.: Prolonged Relapse After Abrupt Clozapine Withdrawal. Journal of Clinical Psychopharmacology 13: 154-155, 1993.

23. Parsa, M.A., Simon, M.R., Dubrow, C., Ramirez, L.F., Meltzer, H.Y.: Psychiatric Manifestations of Olivo-ponto-cerebelar Atrophy and Treatment with Clozapine. Int'l J Psychiatry in Medicine 23: 149-156, 1993.

24. Sajatovic, M., Ramirez, L.F., Kenny, John T., Meltzer, H.Y.: The Use of Clozapine in Borderline-Intellectual-Functioning and Mentally Retarded Schizophrenic Patients. Comp. Psychiatry 31:29-33 Jan/Feb 1994.

6

B663

**L.F. Ramirez, M.D.**

## ABSTRACTS

1. Meltzer, H.Y., Kwon, K., Ramirez, L.F. and Nash, J.F.: Clozapine as a 5-HT$_2$ antagonist in man. <u>Society of Neuroscience Abstracts 13</u>:800, 1987.

2. Meltzer, H.Y., Bastani, B., Kowan, K., Ramirez, L., Burnett, S., Sharpe, J. A Prospective Study of Clozapine in Treatment resistant Schizophrenic Patients: Clozapine (Leponex/Clozaril) Scientific Update Meeting. <u>Symposium held in Montreux, Switzerland</u> (1988).

3. Meltzer, H.Y., Nash J.F., Matsubara, S., Ramirez, L.F., Bastani, B. Serotonergic Dysfunction in Schizophrenia. <u>APA 142nd Annual Meeting</u> (1989).

4. Meltzer, H.Y., Alphs, L.D., Bastani, B. and Ramirez, L.: Session 1942: Effect of melperone in treatment-resistant schizophrenia. In: Psychiatry Today, Accomplishments and Promises, VIII World Congress of Psychiatry Abstracts, Stefanis, C.N., Soldatos, C.R. and Rabavilas, A.D., <u>Excerpta Medica International Congress Series 899, Amsterdam, Oxford, New York</u>, p 502, 1990.

5. Meltzer, H.Y., Alphs, L.D., Bastani, B., and Ramirez, L., Session 1942: Effect of Melperone in Treatment-Resistant Schizophrenia. In: Psychiatry Today, Accomplishments and Promises, VIII World Congress of Psychiatry. Abstracts, Stefanis, C.N., Soldatos, C.R. and Rabavilas, A.D., <u>Excerpta Medica International Congress Series 899, Amsterdam, Oxford, New York</u>, p 502, 1990.

6. Meltzer, H.Y., Bastani, B., Ramirez, L.F., Lee, M., Alphs, L. and Kwon, K.: Session 2623: A prospective trial of clozapine in treatment-resistant schizophrenia. In: Psychiatry Today, Accomplishments and Promises, VIII World Congress of Psychiatry Abstracts, Stefanis, C.N., Soldatos, C.R. and Rabavilas, A.D., <u>Excerpta Medica International Congress Series 899, Amsterdam, Oxford, New York</u>, p 676, 1990.

7. Meltzer, H.Y., Bastani, B., Ramirez, L.F., Lee, M., Alpha, L., and Kwon, K.: A Prospective Trial of Clozapine in Treatment-Resistant Schizophrenia. In: Psychiatry Today, Accomplishments and Promises, VII World Congress of Psychiatry Abstracts, Stefanis, C.N., Soldatos, C.R. and Rabavilas, A.D., <u>Excerpta Medica International Congress Series 899, Amsterdam, Oxford, New York</u>, p 677, 1990.

B664

**L.F. Ramirez, M.D.**

8.  Friedman, L., Bastani, B., Ramirez, L.F., Kuntson, M., Meltzer, H.Y. Prefrontal Sulcal Prominence is Inversely related to Treatment Response to Clozapine in Schizophrenia. Abstracts of the ill international congress on schizophrenia research, April, 1991.

9.  Meltzer, H.Y., Bastani, B., Ramirez, L.F. The Role of Atypical Antipsychotic Drugs in Treatment Resistant Schizophrenia. APA 144th Annual Meeting (1991).

10. Meltzer, H.Y., Bastani, B., Ramirez, L.F. Clozapine and Melperone: Effects in Schizophrenia. APA 144th Annual Meeting (1991).

11. Meltzer, H.Y., Alphs, L.D., Bastani, B., Ramirez, L.F. and Kwon, K.: Clinical efficacy of clozapine in the treatment of schizophrenia. Symposium: Atypical Antipsycho-tics: Clinical Advantages, 17th Congress of Collegium Internationale Neuropsycho-pharmacologicum, September 10-14, 1990, Kyoto, Japan. Pharmacopsychiatry 24: 44-45, 1991.

12. Alphs, L.D. Meltzer, H.Y., Bastani, B. and Ramirez, L.F.: Side effects of clozapine and their management. Symposium: Atypical Antipsychotics: Clinical Advantages, 17th Congress of Collegium Internationale Neuropsychopharmacologicum, September 10-14, 1990, Kyoto, Japan. Pharmacopsychiatry 24:46, 1991.

13. Friedman, L., Bastani, B., Ramirez, L.F., Knutson, L., Shurell, M. and Meltzer, H.Y.: Prefrontal sulcal prominence is inversely related to response to clozapine in schizophrenic patients. Schizophrenia Research 4(No.3):317, 1991.

14. Meltzer, H.Y., Alphs, L.D., Bastani, B., Kwon, K.Y. and Ramirez, L.F.: One year outcome of study of clozapine in treatment-resistant schizophrenia. World Congress of Biological Psychiatry, Springer-Verlag, Heidelberg-Berlin (In Press), 1991.

15. Meltzer, H.Y., Bastani, B., Ramirez, L., Sajatovic, M. and Kenny, J.: Dimensions of outcome during long-term treatment with clozapine. International Congress on Schizophrenia Research, 1991.

16. Meltzer, H.Y., Alphs, L.D., Bastani, B., Kwon, K.Y. and Ramirez, L.F. One year outcome of study of clozapine in treatment-resistant schizophrenia. World Congress Biological Psychiatry, Springer-Verlag, Heidelberg-Berlin, 1991.

8

B665

**L.F. Ramirez, M.D.**

**BOOKS**

1.  McCormick, R.A. and Ramirez, L.F.: <u>Clinical Handbook of
    Quality Assurance</u>.  Published by Quality Assurance Associates
    1984.

2.  McCormick, R.A. and Ramirez, L.S.: Pathological gambling, In:
    <u>Modern Perspective in Psychosocial Pathology</u>, J.G. Howells
    (Ed), Brunner/Mazel, New York, 1988.

B666

**L.F. Ramirez, M.D.**

**PRESENTATIONS** (Partial Listing)

Grand Rounds, Hanna Pavilion, University Hospitals, "The Violence: A Psycho-Social Problem in Colombia", April, 1974

University of Missouri Medical Center, First Clergy Workshop: "Crisis Intervention" Columbia, Missouri, November 7, 1974

Cleveland Metropolitan General Hospital, Psychiatric Grand Rounds: "Crisis Intervention: Theory, Principles, Intervention", June, 1975

North Central Regional Medical Education Center, "Management of Suicide and Violent Behavior", Minneapolis, Minnesota, September 29-30, 1977

South Central Regional Medical Education Center, "The Multidisciplinary Prevention and Management of Disturbed Behavior", St. Louis, Missouri, June 26-30, 1978

Veterans Administration, District #13 Workshop, "The Prevention and Management of Disturbed Behavior, Cincinnati, Ohio, June 6-8, 1979

Massillon State Hospital, "Management of Schizophrenia", February, 1980

Stark County Medical Society, "Management of Schizophrenia", April, 1980

San Juan Puerto Rico VA Hospital, "DSM-III" Workshop, December, 1980

Mid-Atlantic RMEC, Prevention and Management of Disturbed Behavior", VA, Pittsburgh, Pennsylvania, February 17-18, 1982

Ann Arbor VA Hospital, Prevention and Management of Disturbed Behavior" April 28-30, 1982

Cleveland VA Hospital - MARMEC, "Clinical Monitors in Psychiatry", April 14, 1982

Pittsburgh VA Hospital - MARMEC, "Quality Assurance for Physicians and Dentists February 10-11, 1983

Williamsburg VA Hospital, MARMEC, "Prevention and Management of Disturbed Behavior", February 24-25, 1983

Erie VA Hospital, MARMEC, "Prevention and Management of Disturbed Behavior" June 2-3, 1983

Mid-Atlantic RMEC, "Polypharmacy", August 23-24, 1983

Columbus, Ohio, MARMEC, "Utilization Review in Mental Health", March 7, 1984

10

B667

**L.F. Ramirez, M.D.**

**PRESENTATIONS, Continued...** (Partial Listing)

Altoona VA Hospital, "Prevention and Management of Disturbed Behavior" June 28-29, 1984

Tampa Heights Hospital, "Prevention and Management of Disturbed Behavior" June 6, 1984

DSM-III - Training the Trainers, RMEC, September, 1984

Prevention and Management of Disturbed Behavior, Training the Trainer Program RMEC, September 1984/November 1984

"Crisis Intervention", NARMEC, Canandaigua, N.Y., December 1984

Utilization Review, MARMEC, Michigan, October 1984

Utilization Review, MARMEC, Pittsburgh, August 1985

Utilization Review, South West RMEC, Long Beach, California, March 1987

Tardive Dyskinesia: New Ideas About An Old Problem, Windsor Psychiatric Hospital, April 13, 1988

Management of Affective Disorder In the Elderly, Elyria Memorial Hospital, May 5, 1988

Diagnosis and Treatment of Depression, Columbus Academy of Ostheopathic Medicine, Fall Seminar, October 1989

Diagnosis and Management of Depression, Department of Family Practice Timken Mercy Medical Center, February 15, 1989

Evaluation of the Violent Psychiatry Patient and Psychopharmacology of Aggression, Mid-Atlantic Regional Medical Education Center Veterans Administration, Cleveland, Ohio, March 1989

DSM-III-R: A Review, Center for Human Services, Cleveland, Ohio, May, 1989, Management of Affective Disorder in the Elderly, Parma Community Hospital Parma, Ohio, June 7, 1989

Clozapine: An Atypical Neuroleptic Grand Rounds, Laurelwood Psychiatric Hospital, Ohio, August 18, 1989

Clozapine: A New Chapter in the Management of the Treatment-Resistant Schizophrenic, Convencion Anual Psiquiatrica, A.P.A., Puerto Rico, August, 1989

11

B668

**L.F. Ramirez, M.D.**

**PRESENTATIONS, Continued...** (Partial Listing)

"Clozapine: Clinical Advantages and Side Effects". Royal College of Physicians, London, England, December 6, 1989

"Juego Patologico: Consideraciones Diagnosticas", Forum de Administraciones Europeas Reguladoras Del Juego, Barcelona, Spain, April 5-6, 1990

"Atypical neuroleptic in the long-term management of schizophrenia", Portuguese Society of Biological Psychiatry, Coimbra, Portugal, January 11-12, 1991

"The Treatment of Schizoaffective Disorders with Clozapine and Its Effects on Affective Symptoms", American Psychiatric Association Meetings, New Orleans, LA, May, 1991

"El juego patologico"
"Manejo del paciente esquizofrenico con clozapine" y
"Experiencia Clinica International con Clozapina"
Congreso Chileno De Ciencias Neurologicas y Psiquiatriacas Santiago, October 16, 17, 18, 19, 1991.

"La Calidad de vida del paciente esquizofrenico"
"Neurolepticos Atipicos" Congreso De Psiquiatria de Centroamerica y Panama, March 27, 1992.

The history of the Dopamine Theory of Schizophrenia and Quality of Life, Grand Round UTMB, Galveston, Sept. 1, 1993, and UT, Houston, Sept. 2, 1993.

**OTHER ACTIVITIES**

Reviewer for Hospital and Community Psychiatry Journal

Reviewer for Book Forum Section of American Journal of Psychiatry

Reviewer for the Book Review Section of The Journal of Clinical Psychiatry

12

## APPENDIX  C

**Sample case report forms**

**Subject Selection (1)**  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .C1 . . . .

**Subject Selection (1) (Revised)**  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .C2 . . .

**Subject Selection (2)**  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .C3 . . . .

**Registration**  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .C4 . . . . .

**Medical History**  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .C5 . . . . .

**Childbearing Potential**  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .C6 . . . .

**Psychiatric History**  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .C7 . . . . .

**Psychiatric History (Revised)**  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .C8 . . . .

**Antipsychotic Medication History**  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .C9 . . .

**Other Medication History**  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .C10 . . .

**Brief Psychiatric Rating Scale (BPRS) - Visit 1** . . . . . . . . . . . . . . . . . . . . . . . . . . . . .C11 . .

**Clinical Global Impression - Visit 1**  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .C12 . .

**Qualification Criteria - Screening**  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .C13 . .

**Abnormal Involuntary Movement Scale (AIMS) - Visit 1** . . . . . . . . . . . . . . . . . . . . . .C14

**Vital Signs - Segment A - Visit 1**  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .C15 . .

**Physical Exam - Segment A - Visit 1**  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .C16 . .

**12-Lead ECG Report - Segment A - Visit 1** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .C17 .

**Ophthalmologic Examination - Segment A - Visit 1** . . . . . . . . . . . . . . . . . . . . . . . . .C18

**SmithKline Beecham Lab Test Labels - Visit 1**  . . . . . . . . . . . . . . . . . . . . . . . . . . . . .C19 .

**Brief Psychiatric Rating Scale (BPRS) - Additional Visit 1** . . . . . . . . . . . . . . . . . . . . .C20

**Clinical Global Impression - Additional Visit 1**  . . . . . . . . . . . . . . . . . . . . . . . . . . . . .C21 .

**Brief Psychiatric Rating Scale (BPRS) - Visit 2** . . . . . . . . . . . . . . . . . . . . . . . . . . . . .C22 .

**Clinical Global Impression - Visit 2**  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .C23 . .

## APPENDIX C (continued)

Qualification Criteria - Visit 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C24 . .

Modified Sans (1) - Visit 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C25. . .

Modified Sans (2) - Visit 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C26. . .

Modified Sans (3) - Visit 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C27. . .

Modified Sans (4) - Visit 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C28. . .

Schedule For The Deficit Syndrome (SDS) Scoresheet - Visit 2 . . . . . . . . . . . . . . . . . . . C29

Simpson Scale - Visit 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C30. . .

Abnormal Involuntary Movement Scale (AIMS) - Visit 2 . . . . . . . . . . . . . . . . . . . . . . . . . . C31

Quality Of Life Scale - Visit 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C32 . .

Health Outcomes Questionnaire - Subject - Visit 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C33

Health Outcomes Questionnaire (1) - Visit 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C34.

Health Outcomes Questionnaire - Caregiver - Visit 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . C35

Health Outcomes Questionnaire (2) - Visit 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C36.

Vital Signs - Segment A - Visit 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C37 . .

SmithKline Beecham Lab Test Labels - Visit 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C38.

12-Lead ECG Report - Visit 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C39 . .

Vital Signs - Segment B - Visit 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C40 . .

Brief Psychiatric Rating Scale (BPRS) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C41 .

Clinical Global Impression . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C42. . .

Relapse Criteria . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C43. . . .

Vital Signs - Segment B . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C44 . . .

SmithKline Beecham Lab Test Labels . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C45 .

Modified Sans (1) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C46. . . .

Modified Sans (2) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C47. . . .

Modified Sans (3) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C48. . . .

## APPENDIX C (continued)

Modified Sans (4) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C49. . . .

Simpson Scale . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C50. . . .

Abnormal Involuntary Movement Scale (AIMS) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C51.

Prescription Record - Segment B Titration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .C52.

12-Lead ECG Report . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C53 . . .

Ophthalmologic Examination . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C54 . .

Quality Of Life Scale . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C55 . . .

Health Outcomes Questionnaire - Subject . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C56 .

Health Outcomes Questionnaire (1) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C57. . .

Health Outcomes Questionnaire - Caregiver . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C58.

Health Outcomes Questionnaire (2) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C59. .

Physical Exam - Final . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C60 . . .

Concurrent Therapy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C61 . . .

Adverse Experiences . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C62 . . .

Study Completion/Withdrawal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C63 . .

Signature Page . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C64. . . .

Additional Hematology/Biochemistry tests . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C65.

Additional Thyroid/Miscellaneous Tests . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C66 .

Additional Vital Signs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C67 . . .

Cognitive Function Tests - Summary Scoring Sheet (1) . . . . . . . . . . . . . . . . . . . . . . . C68

Cognitive Function Tests - Summary Scoring Sheet (2) . . . . . . . . . . . . . . . . . . . . . . . C69

Cognitive Function Tests - Summary Scoring Sheet (3) . . . . . . . . . . . . . . . . . . . . . . . C70

Ophthalmologic Examination - Segment A (1) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C71.

Ophthalmologic Examination - Segment A (1) (Revised) . . . . . . . . . . . . . . . . . . . . . . C72

Ophthalmologic Examination - Segment A (2) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C73.

**APPENDIX C (continued)**

**Ophthalmologic Examination - Segment A (2) (Revised)** . . . . . . . . . . . . . . . . . . . . . . . . . .C74

**Ophthalmologic Examination - Segment B (1)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .C75

**Ophthalmologic Examination - Segment B (1) (Revised)** . . . . . . . . . . . . . . . . . . . . . . . . . .C76

**Ophthalmologic Examination - Segment B (2)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .C77

**Ophthalmologic Examination - Segment B (2) (Revised)** . . . . . . . . . . . . . . . . . . . . . . . . . .C78

**Prescription Record - Segment B Fixed Dose (1)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .C79

**Prescription Record - Segment B Fixed Dose (2)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .C80

**Prescription Record - Segment B Fixed Dose (3)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .C81

**Prescription Record - Segment B Fixed Dose (4)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .C82

**Prescription Record - Segment B Fixed Dose (5)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .C83

**Prescription Record - Segment B Fixed Dose (6)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .C84

**Prescription Record - Segment B Fixed Dose (7)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .C85

**Prescription Record - Segment B Fixed Dose (8)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .C86

**Prescription Record - Segment B Fixed Dose (9)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .C87

**Prescription Record - Segment B Fixed Dose (10)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .C88

**Prescription Record - Segment B Fixed Dose (11)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .C89

**Prescription Record - Segment B Fixed Dose (12)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .C90

**Prescription Record - Segment B Fixed Dose (13)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .C91

**Prescription Record - Segment B Fixed Dose (14)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .C92

**Prescription Record - Segment B Fixed Dose (15)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .C93

**Prescription Record - Segment B Fixed Dose (16)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .C94

**Prescription Record - Segment B Fixed Dose (17)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .C95

**Prescription Record - Segment B Fixed Dose (18)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .C96

**Prescription Record - Segment B Fixed Dose (19)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .C97

**Prescription Record - Segment B Fixed Dose (20)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .C98

**APPENDIX C (continued)**

**Prescription Record - Segment B Fixed Dose (21)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . .C99

**Prescription Record - Segment B Fixed Dose (22)** . . . . . . . . . . . . . . . . . . . . . . . . . . . .C100

**Prescription Record - Segment B Fixed Dose (23)** . . . . . . . . . . . . . . . . . . . . . . . . . . . .C101

**Prescription Record - Segment B Fixed Dose (24)** . . . . . . . . . . . . . . . . . . . . . . . . . . . .C102

**Prescription Record - Segment B Fixed Dose (25)** . . . . . . . . . . . . . . . . . . . . . . . . . . . .C103

**Retroillumination Photographs - Segment A** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .C104

**Retroillumination Photographs - Segment B** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .C105

C1

| ZENECA PHARMACEUTICALS GROUP<br>ZENECA INC.<br>**SUBJECT SELECTION (1)** | TRIAL NO. 5077IL/0015 | CENTER NO. 00 _ _ |
|---|---|---|
| | SUBJECT ID. | SUBJECT ID. |

| FORM NO. 190 | VISIT NO. 1 | SEQUENCE NO. 0 | | | PRINT NO. AP93476 |
|---|---|---|---|---|---|

Date form completed   | | | | 1 | 9 | 9 | | |
month   day   year

**INCLUSION CRITERIA**   Check (√) Yes **Y** or No **N**   (All responses should be **YES** to be eligible for entry)

Y   N

3 ☐ ☐  Chronic or subchronic schizophrenia according to DSM–III–R criteria of any of the following subtypes:

|  |  |
|---|---|
| Disorganized type | 295.11  or  .12 |
| Catatonic type | 295.21  or  .22 |
| Paranoid type | 295.31  or  .32 |
| Residual type | 295.61  or  .62 |
| Undifferentiated type | 295.91  or  .92 |

4 ☐ ☐  No concurrent Axis I DSM—III–R diagnoses such as the following:

    a)  Alcohol or psychoactive substance dependence not in full remission
    b)  Concomitant organic mental disorder
    c)  Mental retardation

5 ☐ ☐  Full or partial remission according to DSM–III–R criteria upon entry into Segment A
    <u>Full remission</u> – There are no longer any symptoms or signs of the disorder
    <u>Partial remission</u> – The full criteria for the disorder were previously met, but currently only some of the symptoms or signs of the illness are present

6 ☐ ☐  No history of acute psychotic relapse or hospitalization for an acute exacerbation of schizophrenia within 6 months of entry into Segment A

7 ☐ ☐  A history of at least one acute psychotic relapse or hospitalization for acute exacerbation of schizophrenia within 36 months of entry into Segment A

8 ☐ ☐  A score on the Abnormal Involuntary Movement Scale (AIMS) Global Judgement – Severity of Abnormal Movements (Item 8) of ≤ 3 (moderate) at entry into Segment A

9 ☐ ☐  Continuous maintenance neuroleptic treatment for at least 6 months prior to entry into Segment A

10 ☐ ☐  Maintenance neuroleptic dose ≤ 30 mg/day of haloperidol or equivalent upon entry to Segment A

11 ☐ ☐  All non–neuroleptic psychotropic agents (e.g., carbamazepine, lithium, valproate, benzodiazepines), except medications for the treatment of extrapyramidal symptoms must be discontinued prior to entry into Segment A. Discontinuation of these medications should result in no change in level of remission

12 ☐ ☐  Male or female outpatient 18 to 65 years of age

13 ☐ ☐  Written informed consent obtained either by subject, or from spouse, parent or legal representative

KEYPUNCH NOTE: SUBJECT SELECTION (1) IS CONTINUED
ON FORM TITLED SUBJECT SELECTION (2)

RELAPSE PREVENTION TRIAL

DO NOT WRITE ON PAGE/S LAID OVER THIS FORM

NO CARBON REQUIRED

C2

| ZENECA PHARMACEUTICALS GROUP<br>ZENECA INC.<br>**SUBJECT SELECTION (1)** | | TRIAL NO.<br>**5077IL/0015** | CENTER NO.<br>**00** _ _ |
|---|---|---|---|
| | | SUBJECT ID. | SUBJECT NO. |

| FORM NO.<br>**190** | VISIT NO.<br>**1** | SEQUENCE NO.<br>**0** | | PRINT NO.<br>**AP94138** |
|---|---|---|---|---|

Date form completed

| | | | | | 1 | 9 | 9 | |
|---|---|---|---|---|---|---|---|---|
| | | month | | day | | | year | |

**INCLUSION CRITERIA**   Check (√) Yes **Y** or No **N**   (All responses should be **YES** to be eligible for entry)

Y   N

³ ☐ ☐   Chronic or subchronic schizophrenia according to DSM–III–R criteria of any of the following subtypes:

Disorganized type          295.11  or  .12
Catatonic type             295.21  or  .22
Paranoid type              295.31  or  .32
Residual type              295.61  or  .62
Undifferentiated type      295.91  or  .92

⁴ ☐ ☐   No concurrent Axis I DSM–III–R diagnoses such as the following:

    a) Alcohol or psychoactive substance dependence not in full remission
    b) Concomitant organic mental disorder
    c) Mental retardation

⁵ ☐ ☐   Full or partial remission according to DSM–III–R criteria upon entry into Segment A
    <u>Full remission</u> – There are no longer any symptoms or signs of the disorder

    <u>Partial remission</u> – The full criteria for the disorder were previously met, but currently only some of the symptoms or signs of the illness are present

⁶ ☐ ☐   In clinical remission from an acute psychotic relapse or acute exacerbation of schizophrenia requiring hospitalization within 6 months of entry into Segment A

⁷ ☐ ☐   A history of at least one acute psychotic relapse or hospitalization for acute exacerbation of schizophrenia within 36 months of entry into Segment A

⁸ ☐ ☐   A score on the Abnormal Involuntary Movement Scale (AIMS) Global Judgement – Severity of Abnormal Movements (Item 8) of ≤ 3 (moderate) at entry into Segment A

⁹ ☐ ☐   Continuous maintenance neuroleptic treatment for at least 6 months prior to entry into Segment A

¹⁰ ☐ ☐   Maintenance neuroleptic dose ≤ 30 mg/day of haloperidol or equivalent upon entry to Segment A

¹¹ ☐ ☐   All non–neuroleptic psychotropic agents (e.g., carbamazepine, lithium, valproate, benzodiazepines), except medications for the treatment of extrapyramidal symptoms must be discontinued prior to entry into Segment A. Discontinuation of these medications should result in no change in level of remission

¹² ☐ ☐   Male or female outpatient 18 to 65 years of age

¹³ ☐ ☐   Written informed consent obtained either by subject, or from spouse, parent or legal representative

²³ ☐ ☐   Patient is not receiving maintenance antipsychotic treatment with clozapine upon entry into Segment A

KEYPUNCH NOTE: SUBJECT SELECTION (1) IS CONTINUED
ON FORM TITLED SUBJECT SELECTION (2)

RELAPSE PREVENTION TRIAL

AP94138

*(left margin, vertical text)* DO NOT WRITE ON PAGES LAID OVER THIS FORM

*(left margin, vertical text)* NO CARBON REQUIRED

C3

| ZENECA PHARMACEUTICALS GROUP ZENECA INC. **SUBJECT SELECTION (2)** | TRIAL NO. **5077IL/0015** | CENTER NO. **00 _ _** |
|---|---|---|
| | SUBJECT ID. | SUBJECT NO. |
| | PRINT NO. | **AP93477** |

**EXCLUSION CRITERIA** (All responses should be **NO** to be eligible for study)

Y   N

14 ☐ ☐ Pregnant or lactating female. Female of childbearing potential must have a serum human chorionic gonadotropin test performed during Segment A, with a negative result reported prior to entry into Segment B,and be using a reliable method of birth control (i.e., oral contraceptives for a minimum of three months, approved contraceptive implant, long–term injectable contraception, IUD or tubal ligation)

15 ☐ ☐ Participation in an investigational drug trial within 30 days of Segment A

16 ☐ ☐ Previous participation in an investigational drug trial of 'SEROQUEL' (ICI 204,636)

17 ☐ ☐ Evidence of any clinically significant disorder or laboratory finding which in the opinion of the investigator makes the subject unsuitable to receive an investigational new drug. In particular, subject with clinically significant or unstable hematologic, hepatic, cardiovascular, pulmonary, gastrointestinal, endocrine/metabolic, renal or other systemic disease or laboratory abnormality

18 ☐ ☐ WBC count less than the lower limits of normal for the assay (3.8 THOU/MCL, SKBL)

19 ☐ ☐ History of clozapine–induced agranulocytosis

20 ☐ ☐ Clinically significant abnormal electrocardiogram

21 ☐ ☐ History of seizure disorder

22 ☐ ☐ History of violent, assaultive or suicidal behavior during previous episodes of psychotic relapse

DO NOT WRITE ON PAGE IS LAID OVER THIS FORM

NO CARBON REQUIRED

RELAPSE PREVENTION TRIAL

C4

ZENECA PHARMACEUTICALS GROUP
ZENECA INC.
**REGISTRATION**

| PRINT NO. |
|---|
| **AP93478** |

---

### SUBJECT IDENTIFICATION

TRIAL NO.  | 5 | 0 | 7 | 7 | I | L | / | 0 | 0 | 1 | 5 |

CENTER NO.  | 0 | 0 | | |

SUBJECT INITIALS | | | |
first  middle  last

SUBJECT NO. | | | | |

---

### DEMOGRAPHY

DATE OF BIRTH | | | | 1 | 9 | |
month   day   year

☐ SEX (Put appropriate code in box)

M = MALE     F = FEMALE

☐ ORIGIN (Put appropriate code in box)

1 = CAUCASIAN

2 = AFRICAN AMERICAN

3 = ASIAN

4 = HISPANIC

7 = OTHER

---

### CONSENT

| W | CONSENT RECEIVED

DATE OF CONSENT | | | | 1 | 9 | 9 | |
month   day   year

DO NOT WRITE ON PAGES LAID OVER THIS FORM

NO CARBON REQUIRED

AP93478

C5

ZENECA PHARMACEUTICALS GROUP
ZENECA INC.
**MEDICAL HISTORY**

| TRIAL NO. 5077IL/0015 | CENTER NO. 00 _ _ |
|---|---|
| SUBJECT ID. | SUBJECT NO. |

| FORM NO. 1091 | VISIT NO. 1 | SEQUENCE NO. 0 | | PRINT NO. AP93479 |
|---|---|---|---|---|

Date of history $^1$ [ ][ ] [ ][ ] [1][9][9][ ]
month    day    year

KEYPUNCH NOTE: USE THIS DATE AND FIELD NO. 1 FOR EACH SUCCEEDING FORM ON THIS PAGE

HISTORY   Check (√)   Normal **N** or Abnormal **A**

Describe significant  abnormal histories **only**

| | N | A | | |
|---|---|---|---|---|
| 3 | ☐ | ☐ | HEENT | 4 |
| 5 | ☐ | ☐ | CNS | 6 |
| 7 | ☐ | ☐ | Blood/Lymph | 8 |
| 9 | ☐ | ☐ | Skin/Hair | 10 |
| 11 | ☐ | ☐ | Cardiovascular | 12 |
| 13 | ☐ | ☐ | Respiratory | 14 |
| 15 | ☐ | ☐ | GI(Including liver) | 16 |
| 17 | ☐ | ☐ | Genitourinary | 18 |
| 19 | ☐ | ☐ | Musculoskeletal | 20 |
| 21 | ☐ | ☐ | Endocrine | 22 |
| 23 | ☐ | ☐ | Allergic | 24 |
| 25 | ☐ | ☒ | Psychiatric | **Complete Psychiatric History Form** |
| 27 | ☐ | ☐ | Drug/alcohol abuse | 28 |

DO NOT WRITE ON PAGES 1 AND 2 OF THIS FORM
NO CARBON REQUIRED

| FORM NO. 510 | VISIT NO. 1 | SEQUENCE NO. 0 | | |
|---|---|---|---|---|

**TOBACCO HISTORY**

Is subject presently a tobacco user ?   10 [ ][ ]   **If YES, specify amount below**
NO  YES
N    Y

11 [ ]   (Put appropriate code in box)

**1** = < 1  pack of cigarettes/day

**2** = 1 – 2  packs of cigarettes/day

**3** = > 2  packs of cigarettes/day

**4** = Other (e.g. cigars, pipe, chewing tobacco, etc.)   12 _____

RELAPSE PREVENTION TRIAL

AP93479

C6

| ZENECA PHARMACEUTICALS GROUP<br>ZENECA INC.<br>**CHILDBEARING POTENTIAL** | TRIAL NO. **5077IL/0015** | CENTER NO. **00** _ _ |
|---|---|---|
| | SUBJECT ID. | SUBJECT NO. |
| | | PRINT NO. **AP93480** |

Date form completed  [  ][  ][  ][ 1 ][ 9 ][ 9 ][  ]
                     month   day        year

---

## FEMALE SUBJECTS ONLY

☐  **Childbearing Potential**  (Put appropriate code in box)

**0** = Post–menopausal

**1** = Tubal ligation

**2** = Hysterectomized

**3** = IUD

**4** = Oral  contraception for at least 3 months

**5** = Contraceptive implant

**6** = Long–term injectable contraceptive

DO NOT WRITE ON PAGES LAID OVER THIS FORM

NO CARBON REQUIRED

RELAPSE PREVENTION TRIAL

C7

ZENECA PHARMACEUTICALS GROUP
ZENECA INC.
**PSYCHIATRIC HISTORY**

| TRIAL NO. | 5077IL/0015 | CENTER NO. | 00 _ _ |
|---|---|---|---|
| SUBJECT ID. | | SUBJECT NO. | |

| FORM NO. | 1203 | VISIT NO. | 1 | SEQUENCE NO. | 0 | | PRINT NO. | AP93481 |
|---|---|---|---|---|---|---|---|---|

Date of history [1] [ ][ ][ ][ ] [1][9][9][ ]
                    month   day    year

*DO NOT WRITE ON PAGES LAID OVER THIS FORM*

**DSM–III–R DIAGNOSIS** (Check (√) one box)

### SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

|  | SUBCHRONIC | | CHRONIC | |
|---|---|---|---|---|
| Disorganized | [2] □ [2] | 295.11 | □ [3] | 295.12 |
| Catatonic | [2] □ [0] | 295.21 | □ [1] | 295.22 |
| Paranoid | [2] □ [4] | 295.31 | □ [5] | 295.32 |
| Residual | [2] □ [8] | 295.61 | □ [9] | 295.62 |
| Undifferentiated | [2] □ [6] | 295.91 | □ [7] | 295.92 |

---

**PSYCHIATRIC HISTORY**

Age first received treatment for psychiatric illness [3] [ ][ ]  (years)

Total number of prior inpatient psychiatric hospitalizations
(Put appropriate code in box below)

[4] [ ]

**0** = 0

**1** = 1–5

**2** = 6–10

**3** = 11–15

**4** = 16–20

**5** = > 20

**6** = Unknown

Onset date of last acute psychotic relapse
[5] [ ][ ][ ][ ] [1][9][9][ ]
      month   day    year
**(Must be ≥ 6 but ≤ 36 months)**

*NO CARBON REQUIRED*

---

RELAPSE PREVENTION TRIAL

C8

ZENECA PHARMACEUTICALS GROUP
ZENECA INC.
**PSYCHIATRIC HISTORY**

| | | |
|---|---|---|
| TRIAL NO. **5077IL/0015** | CENTER NO. **00 _ _** | |
| SUBJECT ID. | SUBJECT NO. | |

| FORM NO. **1203** | VISIT NO. **1** | SEQUENCE NO. **0** | | PRINT NO. **AP93481R** |
|---|---|---|---|---|

Date of history [1] [ ] [ ] [ ] [ ] [1] [9] [9] [ ]
month     day          year

**DSM–III–R DIAGNOSIS** (Check (√) one box)

SUBCHRONIC OR CHRONIC SCHIZOPHRENIA

|  | SUBCHRONIC | CHRONIC |
|---|---|---|
| Disorganized | [2] [ ] 295.11  2 | [ ] 295.12  3 |
| Catatonic | [2] [ ] 295.21  0 | [ ] 295.22  1 |
| Paranoid | [2] [ ] 295.31  4 | [ ] 295.32  5 |
| Residual | [2] [ ] 295.61  8 | [ ] 295.62  9 |
| Undifferentiated | [2] [ ] 295.91  6 | [ ] 295.92  7 |

**PSYCHIATRIC HISTORY**

Age first received treatment for psychiatric illness [3] [ ] [ ]   (years)

Total number of prior inpatient psychiatric hospitalizations
(Put appropriate code in box below)

[4] [ ]

**0** = 0
**1** = 1–5
**2** = 6–10
**3** = 11–15
**4** = 16–20
**5** = > 20
**6** = Unknown

Onset date of clinical remission from
the last acute psychotic relapse

[6] [ ] [ ] [ ] [ ] [1] [9] [9] [ ]
month     day          year

**(Must be ≥ 6 but ≤ 36 months)**

RELAPSE PREVENTION TRIAL

AP93481R

DO NOT WRITE ON PAGES LAID OVER THIS FORM

NO CARBON REQUIRED

C9

| ZENECA PHARMACEUTICALS GROUP<br>ZENECA INC.<br>**ANTIPSYCHOTIC MEDICATION HISTORY** | | | TRIAL NO. **5077IL/0015** | CENTER NO. **00 _ _** |
|---|---|---|---|---|
| | | | SUBJECT ID. | SUBJECT NO. |

| FORM NO. **1227** | VISIT NO. **1** | SEQUENCE NO. **0** | | PRINT NO. **AP93482** |
|---|---|---|---|---|

**WEEK −1**

DATE OF HISTORY  ¹ | | | | 1 | 9 | 9 | |
              month        day        year

List last full day's dose of all maintenance neuroleptic medication (other than depot medication) taken within the last 4 weeks prior to entry into Segment A.

Record neuroleptic tapering schedule and depot medication below.

*(left margin, vertical text)* DO NOT WRITE ON PAGES LAID OVER THIS FORM

*(left margin, vertical text)* NO CARBON REQUIRED

| MAINTENANCE THERAPY | LAST TOTAL DAILY DOSE | UNITS | DATE STOPPED (month/day/year) | INDICATION |
|---|---|---|---|---|
| 3 | 4 | 5 | 7 [ ][ ][ ][ 1 ][ 9 ][ 9 ][ ] | 8 |
| 10 | 11 | 12 | 14 [ ][ ][ ][ 1 ][ 9 ][ 9 ][ ] | 15 |

| NEUROLEPTIC TAPERING SCHEDULE | LAST TOTAL DAILY DOSE | UNITS | DATE STOPPED (month/day/year) | INDICATION |
|---|---|---|---|---|
| 17 | 18 | 19 | 21 [ ][ ][ ][ 1 ][ 9 ][ 9 ][ ] | 22 |
| 24 | 25 | 26 | 28 [ ][ ][ ][ 1 ][ 9 ][ 9 ][ ] | 29 |
| 31 | 32 | 33 | 35 [ ][ ][ ][ 1 ][ 9 ][ 9 ][ ] | 36 |
| 38 | 39 | 40 | 42 [ ][ ][ ][ 1 ][ 9 ][ 9 ][ ] | 43 |

| DEPOT | DOSE | DATE ADMINISTERED (month/day/year) | INDICATION |
|---|---|---|---|
| 45 | 46 | 48 [ ][ ][ ][ 1 ][ 9 ][ 9 ][ ] | 50 |
| 52 | 53 | 55 [ ][ ][ ][ 1 ][ 9 ][ 9 ][ ] | 57 |

**RELAPSE PREVENTION TRIAL**

AP93482

C10

| ZENECA PHARMACEUTICALS GROUP ZENECA INC. **OTHER MEDICATION HISTORY** | | TRIAL NO. **5077IL/0015** | CENTER NO. **00 _ _** |
|---|---|---|---|
| | | SUBJECT ID. | SUBJECT NO. |

| FORM NO. **1093** | VISIT NO. **1** | SEQUENCE NO. **0** | | PRINT NO. **AP93483** |
|---|---|---|---|---|

DATE OF HISTORY  ¹ [ ] [ ] [ ] [ ] [1] [9] [9]
month   day   year

INDICATE IF **NO** OTHER MEDICATION WAS GIVEN WITHIN LAST 4 WEEKS

² [ ] NONE (√)
N

List all significant medication (other than antipsychotic medication) taken within the last 4 weeks.

| THERAPY | TOTAL DAILY DOSE | DATE STOPPED (month/day/year) | INDICATION |
|---|---|---|---|
| 4 | 6 | 9 [ ] [ ] [ ] .. [1] [9] [9] | 5 |
| 12 | 14 | 17 [ ] [ ] [ ] [1] [9] [9] | 13 |
| 20 | 22 | 25 [ ] [ ] [ ] [1] [9] [9] | 21 |
| 28 | 30 | 33 [ ] [ ] [ ] [1] [9] [9] | 29 |
| 36 | 38 | 41 [ ] [ ] [ ] [1] [9] [9] | 37 |
| 44 | 46 | 49 [ ] [ ] [ ] [1] [9] [9] | 45 |
| 52 | 54 | 57 [ ] [ ] [ ] [1] [9] [9] | 53 |
| 60 | 62 | 65 [ ] [ ] [ ] [1] [9] [9] | 61 |
| 68 | 70 | 73 [ ] [ ] [ ] [1] [9] [9] | 69 |
| 76 | 78 | 81 [ ] [ ] [ ] .. [1] [9] [9] | 77 |

DO NOT WRITE ON PAGES LAID OVER THIS FORM

NO CARBON REQUIRED

RELAPSE PREVENTION TRIAL

C11

ZENECA PHARMACEUTICALS GROUP
ZENECA INC.
**BRIEF PSYCHIATRIC RATING SCALE (BPRS)**

| TRIAL NO. | 5077IL/0015 | CENTER NO. | 00 _ _ |
|---|---|---|---|
| SUBJECT ID. | | SUBJECT NO. | |

| FORM NO. 526 | VISIT NO. 1 | SEQUENCE NO. 0 | | PRINT NO. AP93484 |
|---|---|---|---|---|

WEEK –1        Date  ¹ [  ] [  ] [  ] [  ] [ 1 ][ 9 ][ 9 ] [  ]
                              month    day         year

Please enter the score for the term which best describes the subject's condition.
   **0** = not present,   **1** = very mild,   **2** = mild,   **3** = moderate   **4** = moderately severe,   **5** = severe,   **6** = extremely severe
**Note:   Subjects must have a score of ≤ 3 on all four of the following items (Items 4, 11, 12 and 15) to be included
            in the study**

1.  SOMATIC CONCERN
Degree of concern over present bodily health. Rate the degree of which physical health is preceived as a problem by the patient, whether complaints have a realistic basis or not.
Score (3)

2.  ANXIETY
Worry, fear, or over–concern for present or future. Rate solely on the basis of verbal report of patient's own subjective experiences. Do not infer anxiety from physical signs or from neurotic defense mechanisms.
Score (4)

3.  EMOTIONAL WITHDRAWAL
Deficiency in relating to the interviewer and to the interviewer situation. Rate only the degree to which the patient gives the impression of failing to be in emotional contact with other people in the interview situation.
Score (5)

4.  **CONCEPTUAL DISORGANIZATION**
**Degree to which the thought processes are confused, disconnected, or disorganized. Rate on the basis of integration of the verbal products of the patient; do not rate on the basis of patient's subjective impression of his own level of functioning.**
Score (6)

5.  GUILT FEELINGS
Over–concern or remorse for past behavior. Rate on the basis of the patient's subjective experiences of guilt as evidenced by verbal report with appropriate affect; do not infer guilt feelings from depression, anxiety or neurotic defenses.
Score (7)

6.  TENSION
Physical and motor manifestations of tension "nervous–ness", and heightened activation level. Tension should be rated solely on the basis of physical signs and motor behavior and not on the basis of subjective experiences of tension reported by the patient.
Score (8)

7.  MANNERISMS AND POSTURING
Unusual and unnatural motor behavior, the type of motor behavior which causes certain mental patients to stand out in a crowd of normal people. Rate only abnormality of movements; do not rate simple heightened motor activity here.
Score (9)

8.  GRANDIOSITY
Exaggerated self–opinion, conviction of unusual ability or powers. Rate only on the basis of patient's statements about himself or self–in–relation–to–others, not on the basis of his demeanor in the interview situation.
Score (10)

9.  DEPRESSIVE MOOD
Despondency in mood, sadness. Rate only degree of despondency; do not rate on the basis of inferences concerning depression based upon general retardation and somatic complaints.
Score (11)

10.  HOSTILITY
Animosity, contempt, belligerence, disdain for other people outside the interview situation. Rate solely on the basis of the verbal report of feelings and actions of the patient towards others; do not infer hostility from neurotic defenses, anxiety, or somatic complaints. (Rate attitude towards interviewer under "uncooperativeness").
Score (12)

11.  **SUSPICIOUSNESS**
**Belief (delusional or otherwise) that others have now, or have had in the past, malicious or discriminatory intent towards the patient. On the basis of verbal report, rate only those suspicions which are currently held whether they concern past or present circumstances.**
Score (13)

12.  **HALLUCINATORY BEHAVIOR**
**Perceptions without normal external stimulus correspondence. Rate only those experiences which are reported to have occurred within the last week and which are described as distinctly different from the thought and imagery processes of normal people.**
Score (14)

13.  MOTOR RETARDATION
Reduction in energy level evidenced in slowed move–ments. Rate on the basis of observed behavior of the patient only; do not rate on the basis of patient's subjective impression of own energy level.
Score (15)

14.  UNCOOPERATIVENESS
Evidence of resistance, unfriendliness, resentment, and lack of readiness to cooperate with the interviewer. Rate only on the basis of the patient's attitude and responses to the interviewer and the interview situation; do not rate on basis of reported resentment or uncooperativeness outside the interview situation.
Score (16)

15.  **UNUSUAL THOUGHT CONTENT**
**Unusual, odd, strange or bizarre thought content. Rate here the degree of unusualness, not the degree of disorganization of thought processes.**
Score (17)

16.  BLUNTED AFFECT
Reduced emotional tone, apparent lack of normal feeling or involvement.
Score (18)

17.  EXCITEMENT
Heightened emotional tone, agitation, increased reactivity.
Score (19)

18.  DISORIENTATION
Confusion or lack of proper association for person, place or time.
Score (20)

**TOTAL SCORE** [    ]

RELAPSE PREVENTION TRIAL
AP93484

DO NOT WRITE ON PAGES LAID OVER THIS FORM

NO CARBON REQUIRED

C12

| ZENECA PHARMACEUTICALS GROUP ZENECA INC. **CLINICAL GLOBAL IMPRESSION** | | | TRIAL NO. **5077IL/0015** | CENTER NO. **00** _ _ |
|---|---|---|---|---|
| | | | SUBJECT ID. | SUBJECT NO. |
| FORM NO. **522** | VISIT NO. **1** | SEQUENCE NO. **0** | | PRINT NO. **AP93485** |

**WEEK −1**

Date  ¹ [ ][ ][ ][ ] [1][9][9] [ ]
month    day    year

---

**SEVERITY OF ILLNESS**     Subject must have a score of ≤ 4 to enter study

Considering your total clinical experience with this particular population, how mentally ill is the subject at this time?

(Put appropriate code in box)

³ [ ]   **0 = Not assessed**

**1 = Normal, not ill at all**

**2 = Borderline mentally ill**

**3 = Mildly ill**

**4 = Moderately ill**

5 = Markedly ill

6 = Severely ill

7 = Among the most extremely ill subjects

---

*RELAPSE PREVENTION TRIAL*

C13

| ZENECA PHARMACEUTICALS GROUP<br>ZENECA INC.<br>**QUALIFICATION CRITERIA – SCREENING** | | TRIAL NO. **5077IL/0015** | CENTER NO. **00 _ _** |
|---|---|---|---|
| | | SUBJECT ID. | SUBJECT NO. |

| FORM NO. **559** | VISIT NO. **1** | SEQUENCE NO. **0** | | PRINT NO. **AP93486** |
|---|---|---|---|---|

**WEEK −1**

Date form completed  ¹ [ ][ ][ ][ ][1][9][9][ ]
               month  day   year

DO NOT WRITE ON PAGES LAID OVER THIS FORM

Check (√) Yes **Y** or No **N**    (All responses must be **YES** to enter Segment A )

  Y  N

⁴☐ ☐ Score of ≤ 3 (moderate) on all the following Brief Psychiatric Rating Scale (BPRS) items:

        Item  4   Conceptual Disorganization
        Item 11  Suspiciousness
        Item 12  Hallucinatory Behavior
        Item 15  Unusual Thought Content

⁵☐ ☐ Score of ≤ 4 (moderately ill) on the Clinical Global Impression (CGI) Severity of Illness item

Subject will enter Segment A  (Check (√) one):

  Y  N

⁷☐ ☐ With a neuroleptic tapering period

⁸☐ ☐ Without a neuroleptic tapering period

NO CARBON REQUIRED

**Last relapse resulted in:**

  Y  N

⁹☐ ☐ Medication change

¹⁰☐ ☐ Psychiatric hospitalization

RELAPSE PREVENTION TRIAL

C14

| ZENECA PHARMACEUTICALS GROUP<br>ZENECA INC.<br>**ABNORMAL INVOLUNTARY MOVEMENT SCALE (AIMS)** | TRIAL NO.   **5077IL/0015** | CENTER NO.   **00 _ _** |
| | SUBJECT ID. | SUBJECT NO. |

| FORM NO.   **534** | VISIT NO.   **1** | SEQUENCE NO.   **0** | | PRINT NO.   **AP93487** |

**WEEK −1**      Date (month/day/year)      ¹ [ ] [ ] [ ] [ ] [1] [9] [9]

Instructions:   Complete examination procedure before making ratings.  When rating movements, rate highest severity observed and rate movements that occur upon activation one less than those observed spontaneously.
**(Put appropriate code in boxes below)**

*(left margin, vertical text: DO NOT WRITE ON PAGES LAID OVER THIS FORM)*
*(left margin, vertical text: NO CARBON REQUIRED)*

**FACIAL AND ORAL MOVEMENTS**

1. **Muscles of facial expression**  e.g., movements of forehead, eyebrows, periorbital area, cheeks; include frowning, blinking, smiling, grimacing

   ³ [ ]   0 = None
           1 = Minimal (may be extreme normal)
           2 = Mild
           3 = Moderate
           4 = Severe

2. **Lips and perioral area**  e.g., puckering, pouting, smacking

   ⁴ [ ]   0 = None
           1 = Minimal (may be extreme normal)
           2 = Mild
           3 = Moderate
           4 = Severe

3. **Jaw**  e.g., biting, clenching, chewing, mouth opening, lateral movements

   ⁵ [ ]   0 = None
           1 = Minimal (may be extreme normal)
           2 = Mild
           3 = Moderate
           4 = Severe

4. **Tongue**  rate only increase in movement both in and out of mouth, not inability to sustain movement

   ⁶ [ ]   0 = None
           1 = Minimal (may be extreme normal)
           2 = Mild
           3 = Moderate
           4 = Severe

**EXTREMITY MOVEMENTS**

5. **Upper (arms, wrists, hands, fingers)**  include choreic movements (i.e., rapid, objectively purpose–less, irregular, spontaneous) and athetoid movements (i.e., slow, irregular, complex, serpentine). Do **not** include tremor (i.e., repetitive, regular, rhythmic)

   ⁷ [ ]   0 = None
           1 = Minimal (may be extreme normal)
           2 = Mild
           3 = Moderate
           4 = Severe

**EXTREMITY MOVEMENTS (continued)**

6. **Lower (legs, knees, ankles, toes)** e.g., lateral knee movement, foot tapping, heel dropping, foot squirming, inversion and eversion of foot

   ⁸ [ ]   0 = None
           1 = Minimal (may be extreme normal)
           2 = Mild
           3 = Moderate
           4 = Severe

**TRUNK MOVEMENTS**

7. **Neck, shoulders, hip**  e.g., rocking, twisting, squirming, pelvic gyrations

   ⁹ [ ]   0 = None
           1 = Minimal (may be extreme normal)
           2 = Mild
           3 = Moderate
           4 = Severe

**GLOBAL JUDGEMENTS**

8. **Severity of abnormal movements  (must be ≤ 3)**

   ¹⁰ [ ]  0 = None/normal
           1 = Minimal
           2 = Mild
           3 = Moderate
           4 = Severe

9. **Incapacitation due to abnormal movements**

   ¹¹ [ ]  0 = None/normal
           1 = Minimal
           2 = Mild
           3 = Moderate
           4 = Severe

10. **Patient's awareness of abnormal movements**
    Rate only patient's report

   ¹² [ ]  0 = No awareness
           1 = Aware, no distress
           2 = Aware, mild distress
           3 = Aware, moderate distress
           4 = Aware, severe distress

**DENTAL STATUS**

|  | Yes | No |
| Any current problems with teeth and/or dentures? | [ ] | [ ] |
| Does subject usually wear dentures? | [ ] | [ ] |

RELAPSE PREVENTION TRIAL

AP93487

C15

ZENECA PHARMACEUTICALS GROUP
ZENECA INC.
**VITAL SIGNS – SEGMENT A**

| TRIAL NO. 5077IL/0015 | CENTER NO. 00 _ _ |
|---|---|
| SUBJECT ID. | SUBJECT NO. |

| FORM NO. 1211 | VISIT NO. 1 | SEQUENCE NO. 0 | | | PRINT NO. AP93488 |
|---|---|---|---|---|---|

**WEEK  –1**

DO NOT WRITE ON PAGES LAID OVER THIS FORM

1   DATE
    | | | | 1 | 9 | 9 | |
    month   day   year

11   WEIGHT
    | | | ◆ | |
    ☐ KG
    ☐ LB

SUPINE BP (mmHg)
**systolic**   **diastolic**

3   | | | | /     4   | | | |

SUPINE
PULSE(bpm)

7   | | | |

STANDING BP (mmHg)
**systolic**   **diastolic**

5   | | | | /     6   | | | |

STANDING
PULSE(bpm)

8   | | | |

ORAL
TEMP

10   | | | ◆ |

NO CARBON REQUIRED

*RELAPSE PREVENTION TRIAL*

C16

| ZENECA PHARMACEUTICALS GROUP ZENECA INC. **PHYSICAL EXAM – SEGMENT A** | TRIAL NO. 5077IL/0015 | CENTER NO. 00 _ _ |
|---|---|---|
| | SUBJECT ID. | SUBJECT NO. |

| FORM NO. 1092 | VISIT NO. 1 | SEQUENCE NO. 0 | | PRINT NO. AP93489 |
|---|---|---|---|---|

DO NOT WRITE ON PAGES LAID OVER THIS FORM

DATE OF EXAM   1 [ ][ ][ ][1][9][9]     HEIGHT   38 [ ]
       month   day   year

EXAM    CHECK (√) Normal, Abnormal or Not done/deferred

| NORMAL | ABNORMAL | DEFERRED | | | DESCRIBE SIGNIFICANT ABNORMALITIES **ONLY** |
|---|---|---|---|---|---|
| 1 | 2 | 3 | | | |
| 4 ☐ | ☐ | ☐ | Head | 5 | _____ |
| 6 ☐ | ☐ | ☐ | Eyes (Including funduscopy) | 7 | _____ |
| 8 ☐ | ☐ | ☐ | Ears | 9 | _____ |
| 10 ☐ | ☐ | ☐ | Nose | 11 | _____ |
| 12 ☐ | ☐ | ☐ | Throat | 13 | _____ |
| 14 ☐ | ☐ | ☐ | Neck | 15 | _____ |
| 16 ☐ | ☐ | ☐ | Lymph Nodes | 17 | _____ |
| 18 ☐ | ☐ | ☐ | Breasts | 19 | _____ |
| 20 ☐ | ☐ | ☐ | Heart | 21 | _____ |
| 22 ☐ | ☐ | ☐ | Abdomen | 23 | _____ |
| 24 ☐ | ☐ | ☐ | Lungs/Thorax | 25 | _____ |
| 26 ☐ | ☐ | ☐ | Genitourinary | 27 | _____ |
| 28 ☐ | ☐ | ☐ | Extremities | 29 | _____ |
| 30 ☐ | ☐ | ☐ | Musculoskeletal | 31 | _____ |
| 32 ☐ | ☐ | ☐ | Skin | 33 | _____ |
| 34 ☐ | ☐ | ☐ | Neurologic | 35 | _____ |

NO CARBON REQUIRED

C17

ZENECA PHARMACEUTICALS GROUP
ZENECA INC.
**12–LEAD ECG REPORT – SEGMENT A**

| TRIAL NO. 5077IL/0015 | CENTER NO. 00 _ _ |
|---|---|
| SUBJECT ID. | SUBJECT NO. |

| FORM NO. 499 | VISIT NO. 1 | SEQUENCE NO. 0 | REFERENCE RANGE 9999 | | PRINT NO. AP93490 |

DATE OF ECG [1] [ ][ ] [ ][ ] [1][9][9][ ]
month   day   year

RATE,  ATRIAL [2] [ ][ ][ ] /min

VENTRICULAR [3] [ ][ ][ ] /min

RHYTHM (√) [4] ☐ SINUS ☐ OTHER (Describe) [5] _____
1          2

AXIS     (√) [6] ☐ NORMAL ☐ LEFT ☐ RIGHT ☐ INDETERMINATE
1          2       3       4

PR INTERVAL [7] [0][ ][ ][ ] (sec)

QRS INTERVAL [8] [0][ ][ ][ ] (sec)

QT INTERVAL [9] [0][ ][ ][ ] (sec)

RR INTERVAL [10] [0][ ][ ][ ] (sec)   **(Complete only if QTc is manually calculated)**

QTc [17] [0][ ][ ][ ] (sec)

P WAVE  (√) [11] ☐ NORMAL ☐ ABNORMAL
N          A

QRS COMPLEX  (√) [12] ☐ NORMAL ☐ ABNORMAL
N          A

ST SEGMENT  (√) [13] ☐ NORMAL ☐ ABNORMAL
N          A

T WAVE  (√) [14] ☐ NORMAL ☐ ABNORMAL
N          A

OVERALL EVALUATION

ARE ANY FINDINGS CLINICALLY SIGNIFICANT ? [19] ☐ NO  ☐ YES
N          Y

IF **YES**, DESCRIBE [20] _____

RELAPSE PREVENTION TRIAL

C18

ZENECA PHARMACEUTICALS GROUP
ZENECA INC.
**OPHTHALMOLOGIC EXAMINATION – SEGMENT A**

| TRIAL NO. 5077IL/0015 | CENTER NO. 00 _ _ |
|---|---|
| SUBJECT ID. | SUBJECT NO. |

| FORM NO. 1250 | VISIT NO. 1 | SEQUENCE NO. 0 | | PRINT NO. AP93491 |

DATE OF EXAM    [   ] [   ] [ 1 9 9 ]
month   day   year

|  | **RIGHT EYE** | **LEFT EYE** |
|---|---|---|
| BEST CORRECTED VISUAL ACUITY | 20/ [2][  ] | 20/ [3][  ] |
| DILATED SLIT LAMP EXAMINATION OF THE OCULAR LENS | NORMAL [4][ ] N    ABNORMAL [ ] A | NORMAL [6][ ] N    ABNORMAL [ ] A |
| IF ABNORMAL, DESCRIBE | [5]_____ _____ _____ | [7]_____ _____ _____ |

DO NOT WRITE ON PAGES LAID OVER THIS FORM

NO CARBON REQUIRED

RELAPSE PREVENTION TRIAL

C19

| ZENECA PHARMACEUTICALS GROUP<br>ZENECA INC.<br>**SMITHKLINE BEECHAM LAB TEST LABELS** | TRIAL NO.   **5077IL/0015** | CENTER NO.   **00 _ _** |
|---|---|---|
| | SUBJECT ID. | SUBJECT NO. |

| FORM NO.   **979** | VISIT NO.   **1** | SEQUENCE NO.   **0** | | PRINT NO.   **AP93492** |
|---|---|---|---|---|

**WEEK −1**

LABELS FOR **SMITHKLINE** STANDARD LABORATORY SPECIMENS  Attach label(s) in appropriate boxes below

DO NOT WRITE ON PAGES LAID OVER THIS FORM

DATE OF SPECIMENS        | | | | 1 | 9 | 9 |
month    day    year

6

**LABEL**
INITIAL SPECIMEN

| FORM NO.   **979** | VISIT NO. | SEQUENCE NO. | | | |
|---|---|---|---|---|---|

LABELS FOR **SMITHKLINE** STANDARD LABORATORY SPECIMENS  Attach label(s) in appropriate boxes below

DATE OF SPECIMENS        | | | | 1 | 9 | 9 |
month    day    year

6

**LABEL**
REPEAT SPECIMEN

| FORM NO.   **979** | VISIT NO. | SEQUENCE NO. | | | |
|---|---|---|---|---|---|

LABELS FOR **SMITHKLINE** STANDARD LABORATORY SPECIMENS  Attach label(s) in appropriate boxes below

NO CARBON REQUIRED

DATE OF SPECIMENS        | | | | 1 | 9 | 9 |
month    day    year

6

**LABEL**
REPEAT SPECIMEN

RELAPSE PREVENTION TRIAL

C20

ZENECA PHARMACEUTICALS GROUP
ZENECA INC.
**BRIEF PSYCHIATRIC RATING SCALE (BPRS)**

| TRIAL NO. 5077IL/0015 | CENTER NO. 00 _ _ |
|---|---|
| SUBJECT ID. | SUBJECT NO. |

| FORM NO. 526 | VISIT NO. 1 | SEQUENCE NO. | | PRINT NO. AP93494 |
|---|---|---|---|---|

| WEEK –1 | Date | ¹ | | | | 1 | 9 | 9 | | : |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | month | | day | | | year | | |

DO NOT WRITE ON PAGES LAID OVER THIS FORM

NO CARBON REQUIRED

Please enter the score for the term which best describes the subject's condition.
0 = not present,   1 = very mild,   2 = mild,   3 = moderate   4 = moderately severe,   5 = severe,   6 = extremely severe
Note:   Subjects must have a score of ≤ 3 on all four of the following items (Items 4, 11, 12 and 15) to be included in the study

**1. SOMATIC CONCERN**
Degree of concern over present bodily health. Rate the degree of which physical health is preceived as a problem by the patient, whether complaints have a realistic basis or not.
Score (3)

**2. ANXIETY**
Worry, fear, or over–concern for present or future. Rate solely on the basis of verbal report of patient's own subjective experiences. Do not infer anxiety from physical signs or from neurotic defense mechanisms.
Score (4)

**3. EMOTIONAL WITHDRAWAL**
Deficiency in relating to the interviewer and to the interviewer situation. Rate only the degree to which the patient gives the impression of failing to be in emotional contact with other people in the interview situation.
Score (5)

**4. CONCEPTUAL DISORGANIZATION**
**Degree to which the thought processes are confused, disconnected, or disorganized. Rate on the basis of integration of the verbal products of the patient; do not rate on the basis of patient's subjective impression of his own level of functioning.**
Score (6)

**5. GUILT FEELINGS**
Over–concern or remorse for past behavior. Rate on the basis of the patient's subjective experiences of guilt as evidenced by verbal report with appropriate affect; do not infer guilt feelings from depression, anxiety or neurotic defenses.
Score (7)

**6. TENSION**
Physical and motor manifestations of tension "nervous-ness", and heightened activation level. Tension should be rated solely on the basis of physical signs and motor behavior and not on the basis of subjective experiences of tension reported by the patient.
Score (8)

**7. MANNERISMS AND POSTURING**
Unusual and unnatural motor behavior, the type of motor behavior which causes certain mental patients to stand out in a crowd of normal people. Rate only abnormality of movements; do not rate simple heightened motor activity here.
Score (9)

**8. GRANDIOSITY**
Exaggerated self–opinion, conviction of unusual ability or powers. Rate only on the basis of patient's statements about himself or self–in–relation–to–others, not on the basis of his demeanor in the interview situation.
Score (10)

**9. DEPRESSIVE MOOD**
Despondency in mood, sadness. Rate only degree of despondency; do not rate on the basis of inferences concerning depression based upon general retardation and somatic complaints.
Score (11)

**10. HOSTILITY**
Animosity, contempt, belligerence, disdain for other people outside the interview situation. Rate solely on the basis of the verbal report of feelings and actions of the patient towards others; do not infer hostility from neurotic defenses, anxiety, or somatic complaints. (Rate attitude towards interviewer under "uncooperativeness").
Score (12)

**11. SUSPICIOUSNESS**
**Belief (delusional or otherwise) that others have now, or have had in the past, malicious or discriminatory intent towards the patient. On the basis of verbal report, rate only those suspicions which are currently held whether they concern past or present circumstances.**
Score (13)

**12. HALLUCINATORY BEHAVIOR**
**Perceptions without normal external stimulus correspondence. Rate only those experiences which are reported to have occurred within the last week and which are described as distinctly different from the thought and imagery processes of normal people.**
Score (14)

**13. MOTOR RETARDATION**
Reduction in energy level evidenced in slowed move-ments. Rate on the basis of observed behavior of the patient only; do not rate on the basis of patient's subjective impression of own energy level.
Score (15)

**14. UNCOOPERATIVENESS**
Evidence of resistance, unfriendliness, resentment, and lack of readiness to cooperate with the interviewer. Rate only on the basis of the patient's attitude and responses to the interviewer and the interview situation; do not rate on basis of reported resentment or uncooperativeness outside the interview situation.
Score (16)

**15. UNUSUAL THOUGHT CONTENT**
**Unusual, odd, strange or bizarre thought content. Rate here the degree of unusualness, not the degree of disorganization of thought processes.**
Score (17)

**16. BLUNTED AFFECT**
Reduced emotional tone, apparent lack of normal feeling or involvement.
Score (18)

**17. EXCITEMENT**
Heightened emotional tone, agitation, increased reactivity.
Score (19)

**18. DISORIENTATION**
Confusion or lack of proper association for person, place or time.
Score (20)

**TOTAL SCORE**

RELAPSE PREVENTION TRIAL
AP93494

C21

| ZENECA PHARMACEUTICALS GROUP<br>ZENECA INC.<br>**CLINICAL GLOBAL IMPRESSION** | TRIAL NO. **5077IL/0015** | CENTER NO. **00 _ _** |
|---|---|---|
| | SUBJECT ID. | SUBJECT NO. |

| FORM NO. **522** | VISIT NO. **1** | SEQUENCE NO. | | | PRINT NO. **AP93495** |
|---|---|---|---|---|---|

**WEEK –1**

Date [1][ ][ ][ ][1][9][9]

month    day    year

---

**SEVERITY OF ILLNESS**        Subject must have a score of ≤ 4 to enter study

Considering your total clinical experience with this particular population, how mentally ill is the subject at this time?

(Put appropriate code in box)

[3] [ ]    **0 = Not assessed**

**1 = Normal, not ill at all**

**2 = Borderline mentally ill**

**3 = Mildly ill**

**4 = Moderately ill**

5 = Markedly ill

6 = Severely ill

7 = Among the most extremely ill subjects

DO NOT WRITE ON PAGES LAID OVER THIS FORM

NO CARBON REQUIRED

---

RELAPSE PREVENTION TRIAL

C22

ZENECA PHARMACEUTICALS GROUP
ZENECA INC.
**BRIEF PSYCHIATRIC RATING SCALE (BPRS)**

| TRIAL NO. 5077IL/0015 | CENTER NO. 00 _ _ |
|---|---|
| SUBJECT ID. | SUBJECT NO. |

| FORM NO. 526 | VISIT NO. 2 | SEQUENCE NO. 0 | | PRINT NO. AP93497 |
|---|---|---|---|---|

| WEEK 0 | Date | 1 | _ _ | _ _ | 1 9 9 _ |
|---|---|---|---|---|---|
| | | | month | day | year |

DO NOT WRITE ON THIS SIDE AND OVER THIS FORM

NO CARBON REQUIRED

Please enter the score for the term which best describes the subject's condition.
0 = not present,   1 = very mild,   2 = mild,   3 = moderate   4 = moderately severe,   5 = severe,   6 = extremely severe
Note:   Subjects must have a score of ≤ 3 on all four of the following items (Items 4, 11, 12 and 15) to be included in the study

**1.  SOMATIC CONCERN**
Degree of concern over present bodily health. Rate the degree of which physical health is preceived as a problem by the patient, whether complaints have a realistic basis or not.                                    Score (3)

**2.  ANXIETY**
Worry, fear, or over–concern for present or future. Rate solely on the basis of verbal report of patient's own subjective experiences. Do not infer anxiety from physical signs or from neurotic defense mechanisms.                  Score (4)

**3.  EMOTIONAL WITHDRAWAL**
Deficiency in relating to the interviewer and to the interviewer situation. Rate only the degree to which the patient gives the impression of failing to be in emotional contact with other people in the interview situation.                      Score (5)

**4.  CONCEPTUAL DISORGANIZATION**
**Degree to which the thought processes are confused, disconnected, or disorganized. Rate on the basis of integration of the verbal products of the patient; do not rate on the basis of patient's subjective impression of his own level of functioning.**                  Score (6)

**5.  GUILT FEELINGS**
Over–concern or remorse for past behavior. Rate on the basis of the patient's subjective experiences of guilt as evidenced by verbal report with appropriate affect; do not infer guilt feelings from depression, anxiety or neurotic defenses.                          Score (7)

**6.  TENSION**
Physical and motor manifestations of tension "nervousness", and heightened activation level. Tension should be rated solely on the basis of physical signs and motor behavior and not on the basis of subjective experiences of tension reported by the patient.                      Score (8)

**7.  MANNERISMS AND POSTURING**
Unusual and unnatural motor behavior, the type of motor behavior which causes certain mental patients to stand out in a crowd of normal people. Rate only abnormality of movements; do not rate simple heightened motor activity here.                      Score (9)

**8.  GRANDIOSITY**
Exaggerated self-opinion, conviction of unusual ability or powers. Rate only on the basis of patient's statements about himself or self–in–relation–to–others, not on the basis of his demeanor in the interview situation.                      Score (10)

**9.  DEPRESSIVE MOOD**
Despondency in mood, sadness. Rate only degree of despondency; do not rate on the basis of inferences concerning depression based upon general retardation and somatic complaints.                      Score (11)

**10.  HOSTILITY**
Animosity, contempt, belligerence, disdain for other people outside the interview situation. Rate solely on the basis of the verbal report of feelings and actions of the patient towards others; do not infer hostility from neurotic defenses, anxiety, or somatic complaints. (Rate attitude towards interviewer under "uncooperativeness").                      Score (12)

**11.  SUSPICIOUSNESS**
**Belief (delusional or otherwise) that others have now, or have had in the past, malicious or discriminatory intent towards the patient. On the basis of verbal report, rate only those suspicions which are currently held whether they concern past or present circumstances.**                  Score (13)

**12.  HALLUCINATORY BEHAVIOR**
**Perceptions without normal external stimulus correspondence. Rate only those experiences which are reported to have occurred within the last week and which are described as distinctly different from the thought and imagery processes of normal people.**                  Score (14)

**13.  MOTOR RETARDATION**
Reduction in energy level evidenced in slowed movements. Rate on the basis of observed behavior of the patient only; do not rate on the basis of patient's subjective impression of own energy level.                      Score (15)

**14.  UNCOOPERATIVENESS**
Evidence of resistance, unfriendliness, resentment, and lack of readiness to cooperate with the interviewer. Rate only on the basis of the patient's attitude and responses to the interviewer and the interview situation; do not rate on basis of reported resentment or uncooperativeness outside the interview situation.                      Score (16)

**15.  UNUSUAL THOUGHT CONTENT**
**Unusual, odd, strange or bizarre thought content. Rate here the degree of unusualness, not the degree of disorganization of thought processes.**                  Score (17)

**16.  BLUNTED AFFECT**
Reduced emotional tone, apparent lack of normal feeling or involvement.                      Score (18)

**17.  EXCITEMENT**
Heightened emotional tone, agitation, increased reactivity.                      Score (19)

**18.  DISORIENTATION**
Confusion or lack of proper association for person, place or time.                      Score (20)

**TOTAL SCORE** [ ]

RELAPSE PREVENTION TRIAL

C23

| ZENECA PHARMACEUTICALS GROUP ZENECA INC. **CLINICAL GLOBAL IMPRESSION** | | TRIAL NO. **5077IL/0015** | CENTER NO. **00** _ _ |
|---|---|---|---|
| | | SUBJECT ID. | SUBJECT NO. |

| FORM NO. **522** | VISIT NO. **2** | SEQUENCE NO. **0** | | PRINT NO. **AP93498** |
|---|---|---|---|---|

**WEEK 0**

Date  ¹ [ ][ ][ ][ 1 ][ 9 ][ 9 ][ ]

month    day    year

---

**SEVERITY OF ILLNESS**     Subject must have a score of ≤ 4 to enter study

Considering your total clinical experience with this particular population, how mentally ill is the subject at this time?

(Put appropriate code in box)

³ [ ]   **0 = Not assessed**

**1 = Normal, not ill at all**

**2 = Borderline mentally ill**

**3 = Mildly ill**

**4 = Moderately ill**

5 = Markedly ill

6 = Severely ill

7 = Among the most extremely ill subjects

---

RELAPSE PREVENTION TRIAL

C24

| ZENECA PHARMACEUTICALS GROUP ZENECA INC. **QUALIFICATION CRITERIA** | TRIAL NO. **5077IL/0015** | CENTER NO. **00 _ _** |
|---|---|---|
| | SUBJECT ID. | SUBJECT NO. |

| FORM NO. **559** | VISIT NO. **2** | SEQUENCE NO. **0** | | | PRINT NO. **AP93499** |
|---|---|---|---|---|---|

**WEEK 0**

Date form completed  ¹ [  ] [  ] [  ] [ 1 ] [ 9 ] [ 9 ] [  ]
                          month      day       year

Check (√) Yes **Y** or No **N**     (All responses must be YES to enter Segment B)

      Y     N
³ [  ]  [  ]  Maintenance neuroleptic dose ≤ 15 mg/day of haloperidol or equivalent

⁴ [  ]  [  ]  Score of  ≤ 3 (moderate) on all the following Brief Psychiatric Rating Scale (BPRS) items:

                Item  4    Conceptual Disorganization
                Item 11   Suspiciousness
                Item 12   Hallucinatory Behavior
                Item 15   Unusual Thought Content

⁵ [  ]  [  ]  Score of  ≤ 4 (moderately ill) on the Clinical Global Impression (CGI) Severity of Illness item

Response must be **NO** to enter Segment B

      Y     N
⁶ [  ]  [  ]  Depot neuroleptic injection within one dosing interval prior to Segment B

---

**SUBJECT NO. ASSIGNMENT**

**If subject meets qualification criteria above, assign subject no. in format "XNN" where  X = Center No.  and  NN = next consecutive  2 – digit randomization no. (e.g. Center no. 1,  subject no.  01 = 101)**

**If subject does not meet qualification criteria above, assign subject no. in sequence starting with 9001.**

RELAPSE PREVENTION TRIAL

DO NOT WRITE ON PAGES 1 AND OVER THIS FORM

NO CARBON REQUIRED

C25

| ZENECA PHARMACEUTICALS GROUP ZENECA INC. MODIFIED SANS (1) | TRIAL NO. 5077IL/0015 | CENTER NO. 00 _ _ |
|---|---|---|
| | SUBJECT ID. | SUBJECT NO. |

| FORM NO. 453 | VISIT NO. 2 | SEQUENCE NO. 0 | | PRINT NO. AP93504 |
|---|---|---|---|---|

**WEEK 0**

Date (month/day/year) | | | | | 1 | 9 | 9 | |

Instructions:  Questions not based on direct subject observation. Refer to subject functioning since last evaluation
**(Put appropriate code in boxes below)**

## AFFECTIVE FLATTENING OR BLUNTING

**1.  UNCHANGING FACIAL EXPRESSIONS**

2 ☐  **1 =** Not at all;  patient is normal or labile
**2 =** Mild;  some decrease in facial expressiveness
**3 =** Moderate;  facial expressiveness is significantly decreased
**4 =** Marked;  facial expressiveness is markedly decreased
**5 =** Severe;  facial expression is essentially unchanging

**2.  DECREASED SPONTANEOUS MOVEMENT**

3 ☐  **1 =** Not at all;  patient moves normally or is overactive
**2 =** Mild;  some decrease in spontaneous movements
**3=** Moderate;  significant decrease in spontaneous movements
**4 =** Marked;   movements are markedly decreased
**5 =** Severe;  patient sits immobile throughout the interview

**3.  PAUCITY OF EXPRESSIVE GESTURE**

4 ☐  **1 =** Not at all;  patient uses expressive gestures normally or excessively
**2 =** Mild;  some decrease in expressive gestures
**3 =** Moderate;  significant decrease in expressive gestures
**4 =** Marked;  marked decrease in gestures
**5 =** Severe;  patient never uses body as an aid in expression

**4.  POOR EYE CONTACT**

5 ☐  **1 =** Not at all;  good eye contact and expression
**2 =** Mild;  some decrease in eye contact and eye expression
**3=** Moderate;  significant decrease in eye contact
**4 =** Marked;  very infrequent eye contact
**5 =** Severe;  patient almost never looks at interviewer

**5.  AFFECTIVE NONRESPONSIVITY**

6 ☐  **1 =** Not at all
**2 =** Mild;   slight but definite lack in responsivity
**3 =** Moderate;  moderate decrease in responsivity
**4 =** Marked;  marked decrease in responsivity
**5 =** Severe;  patient essentially unresponsive, even on prompting

**6.  LACK OF VOCAL INFLECTIONS**

7 ☐  **1 =** Not at all;  normal vocal inflections
**2 =** Mild;   slight decrease in inflections
**3 =** Moderate;  definite decrease in vocal inflections
**4 =** Marked;  marked decrease in vocal inflections
**5 =** Severe;  nearly all speech in a monotone

**7.  GLOBAL RATING OF AFFECTIVE FLATTENING**

8 ☐  **1 =** No flattening;  normal affect
**2 =** Mild affective  flattening
**3 =** Moderate affective flattening
**4 =** Marked affective flattening
**5 =** Severe affective flattening

Copyright© Nancy Andreasen, 1984

| RELAPSE PREVENTION TRIAL | Keypunch Note: Modified SANS (1) is continued on form titled Modified SANS (2) |
|---|---|

AP93504

DO NOT WRITE ON PAGES 5 AND 14 OF THIS FORM

NO CARBON REQUIRED

C26

| ZENECA PHARMACEUTICALS GROUP ZENECA INC. **MODIFIED SANS (2)** | TRIAL NO. **5077IL/0015** | CENTER NO. **00 _ _** |
|---|---|---|
| | SUBJECT ID. | SUBJECT NO. |
| **Week 0 (continued)** | | PRINT NO. **AP93505** |

### ALOGIA

8. **POVERTY OF SPEECH**

   9 ☐   **1 =** No poverty of speech; a substantial and appropriate no. of replies to questions include additional information
   **2 =** Mild; occasional replies do not include elaborated information even though this is appropriate
   **3 =** Moderate; some replies do not include appropriately elaborated information and many replies are mono–syllabic or very brief ("yes, no, maybe, I don't know, last week")
   **4 =** Marked; answers are rarely more than a few words in length
   **5 =** Severe; patient says little and occasionally fails to answer questions

9. **POVERTY OF CONTENT OF SPEECH**

   10 ☐   **1 =** No poverty of content
   **2 =** Mild; occasional replies are too vague to be comprehensible or can be markedly condensed
   **3 =** Moderate; frequent replies which are vague or can be markedly condensed to make up at least a quarter of the interview
   **4 =** Marked; at least half of the patient's speech is composed of vague or incomprehensible replies
   **5 =** Severe; nearly all speech is vague, incomprehensible or can be markedly condensed

10. **BLOCKING***

    11 ☐   **1 =** No blocking
    **2 =** Mild; a single instance noted during a 15–minute period
    **3 =** Moderate; occurs twice during 15 minutes
    **4 =** Marked; occurs 3 times during 15 minutes
    **5 =** Severe; occurs more than 3 times

11. **INCREASED LATENCY OF RESPONSE**

    12 ☐   **1 =** Not at all
    **2 =** Mild; occasional brief pauses before replying
    **3 =** Moderate; significant increase in latency of response
    **4 =** Marked; marked increase in latency of response
    **5 =** Severe; long pauses prior to nearly all replies

12. **GLOBAL RATING OF ALOGIA**

    13 ☐   **1 =** No alogia
    **2 =** Mild; mild but definite impoverishment in thinking
    **3 =** Moderate; significant evidence for impoverished thinking
    **4 =** Marked; patient's thinking seems impoverished much of the time
    **5 =** Severe; patient's thinking seems impoverished nearly all of the time

* **Ratings based primarily upon verbal report**

| RELAPSE PREVENTION TRIAL | Keypunch Note: Modified SANS (2) is continued on form titled Modified SANS (3) |
|---|---|
| AP93505 | |

DO NOT WRITE ON PAGES 1 AND 2 OF THIS FORM

NO CARBON REQUIRED

<table>
<tr><td>ZENECA PHARMACEUTICALS GROUP<br>ZENECA INC.<br>**MODIFIED SANS  (3)**</td><td>TRIAL NO. **5077IL/0015**</td><td>CENTER NO. **00 _ _**</td></tr>
<tr><td></td><td>SUBJECT ID.</td><td>SUBJECT NO.</td></tr>
<tr><td>**WEEK  0  (continued)**</td><td colspan="2">PRINT NO. **AP93506**</td></tr>
</table>

## AVOLITION – APATHY

### 13.  GROOMING AND HYGIENE

[14]  ☐  **1 =**  No evidence of poor grooming and hygiene
**2 =**  Mild;  some slight but definite indication of inattention to appearance
**3 =**  Moderate;  appearance is somewhat disheveled
**4 =**  Marked;  appearance is significantly disheveled
**5 =**  Severe;  appearance is extremely disheveled

### 14.  IMPERSISTENCE AT WORK OR SCHOOL*

[15]  ☐  **1 =**  No evidence of impersistence at work or school
**2 =**  Mild;  slight indication of impersistence
**3 =**  Moderate; definite indication of impersistence
**4 =**  Marked;  significant indications of impersistence
**5 =**  Severe;  patient consistently fails to maintain a record at work or in school
**9 =**  Cannot be assessed adequately because of severe formal thought disorder, uncooperativeness, or marked evasiveness/guardedness or not assessed

### 15.  PHYSICAL ANERGIA*

[16]  ☐  **1 =**  No evidence of physical anergia
**2 =**  Mild anergia
**3 =**  Moderate anergia
**4 =**  Marked anergia
**5 =**  Severe anergia
**9 =**  Cannot be assessed adequately because of severe formal thought disorder, uncooperativeness, or marked evasiveness/guardedness or not assessed

### 16.  GLOBAL RATING OF AVOLITION

[17]  ☐  **1 =**  No avolition
**2 =**  Mild;  but definitely present
**3 =**  Moderate avolition
**4 =**  Marked avolition
**5 =**  Severe avolition
**9 =**  Cannot be assessed

## ANHEDONIA – ASOCIALITY

### 17.  RECREATIONAL INTERESTS AND ACTIVITIES*

[18]  ☐  **1 =**  No inability to enjoy recreational interests or activities
**2 =**  Mild inability to enjoy recreational activities
**3 =**  Moderate inability to enjoy recreational activities
**4 =**  Marked inability to enjoy recreational activities
**5 =**  Severe inability to enjoy recreational activities
**9 =**  Cannot be assessed adequately because of severe formal thought disorder, uncooperativeness, or marked evasiveness/guardedness or not assessed

### 18.  SEXUAL INTEREST AND ACTIVITIES*

[19]  ☐  **1 =**  No inability to enjoy sexual activities
**2 =**  Mild but definite loss of ability to enjoy sex
**3 =**  Moderate loss of ability to enjoy sex
**4 =**  Marked loss of ability to enjoy sex
**5 =**  Severe loss of ability to enjoy sex
**9 =**  Cannot be assessed adequately because of severe formal thought disorder, uncooperativeness, or marked evasiveness/guardedness or not assessed

* Ratings based primarily upon verbal report

<table>
<tr><td>RELAPSE PREVENTION TRIAL</td><td>**Keypunch Note: Modified SANS (3) is continued on form titled Modified SANS (4)**</td></tr>
</table>

AP93506

DO NOT WRITE ON PAGES LARGE IN THIS FORM

NO CARBON REQUIRED

C28

| ZENECA PHARMACEUTICALS GROUP<br>ZENECA INC.<br>**MODIFIED SANS  (4)** | TRIAL NO.<br>**5077IL/0015** | CENTER NO.<br>**00 _ _** |
|---|---|---|
| | SUBJECT ID. | SUBJECT NO. |
| **WEEK  0  (continued)** | | PRINT NO.<br>**AP93507** |

## ANHEDONIA – ASOCIALITY (continued)

### 19. ABILITY TO FEEL INTIMACY AND CLOSENESS*

20 [ ]
- **1 =** No  inability to feel  intimacy and closeness
- **2 =** Mild but definite inability to feel intimacy and closeness
- **3 =** Moderate inability to feel intimacy and closeness
- **4 =** Marked inability to feel intimacy and closeness
- **5 =** Severe inability to feel intimacy and closeness
- **9 =** Cannot be assessed adequately because of severe formal thought disorder, uncooperativeness, or marked evasiveness/guardedness or not assessed

### 20. RELATIONSHIPS WITH FRIENDS AND PEERS*

21 [ ]
- **1 =** No inability to form friends
- **2 =** Mild but definite inability to form friendships
- **3 =** Moderate inability to form friendships
- **4 =** Marked inability to form friendships
- **5 =** Severe inability to form friendships
- **9 =** Cannot be assessed adequately because of severe formal thought disorder, uncooperativeness, or marked evasiveness/guardedness or not assessed

### 21. GLOBAL RATING OF ANHEDONIA – ASOCIALITY

22 [ ]
- **1 =** No  evidence of anhedonia – asociality
- **2 =** Mild but definite evidence of anhedonia – asociality
- **3 =** Moderate evidence of anhedonia – asociality
- **4 =** Marked evidence of anhedonia – asociality
- **5 =** Severe evidence of anhedonia – asociality
- **9 =** Cannot be assessed

## ATTENTION

### 22. SOCIAL INATTENTIVENESS

23 [ ]
- **1 =** No indication of inattentiveness
- **2 =** Mild but definite signs of inattentiveness
- **3 =** Moderate signs of inattentiveness
- **4 =** Marked signs of inattentiveness
- **5 =** Severe signs of inattentiveness
- **9 =** Cannot be assessed adequately because of severe formal thought disorder, uncooperativeness, or marked evasiveness/guardedness or not assessed

### 23. INATTENTIVENESS DURING MENTAL STATUS TESTING*

24 [ ]
- **1 =** No  errors
- **2 =** Mild but definite (one error)
- **3 =** Moderate (two errors)
- **4 =** Marked (three errors)
- **5 =** Severe (more than three errors)

### 24. GLOBAL RATING OF ATTENTION

25 [ ]
- **1 =** No indication of inattentiveness
- **2 =** Mild  but definite inattentiveness
- **3 =** Moderate inattentiveness
- **4 =** Marked inattentiveness
- **5 =** Severe inattentiveness

**\* Ratings based primarily upon verbal report**

*RELAPSE PREVENTION TRIAL*

AP93507

DO NOT WRITE ON PAGE'S LAID OVER THIS FORM

NO CARBON REQUIRED

C29

| ZENECA PHARMACEUTICALS GROUP<br>ZENECA INC.<br>**SCHEDULE FOR THE DEFICIT SYNDROME (SDS) SCORESHEET** | TRIAL NO.   **5077IL/0015** | CENTER NO.   **00 _ _** |
|---|---|---|
| | SUBJECT ID. | SUBJECT NO. |

| FORM NO.   **1280** | VISIT NO.   **2** | SEQUENCE NO.   **0** | | PRINT NO.   **AP93509** |
|---|---|---|---|---|

**Week 0**

Date of rating  [1] [ ] [ ] [ ] [1] [9] [9] [ ]
month        day        year

To be considered to have the Deficit Syndrome the subject must meet DSM–III–R criteria for schizophrenia and have two or more negative symptoms listed below with:

Severity rated ≥ 2        AND
Primary rated 1 (YES)   AND
Stable rated 1 (YES).

**Check (√) the appropriate score in each category below**

**A. NEGATIVE SYMPTOMS**

|  | SEVERITY [1] | | | | | PRIMARY [2] | | | STABLE [3] | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 0 | 1 | 2 | 3 | 4 | Yes 1 | No 2 | NA 9 | Yes 1 | No 2 | NA 9 |
| 1.  Restricted affect | [2] ☐ | ☐ | ☐ | ☐ | ☐ | [3] ☐ | ☐ | ☐ | [4] ☐ | ☐ | ☐ |
| 2.  Diminished emotional range | [5] ☐ | ☐ | ☐ | ☐ | ☐ | [6] ☐ | ☐ | ☐ | [7] ☐ | ☐ | ☐ |
| 3.  Poverty of speech | [8] ☐ | ☐ | ☐ | ☐ | ☐ | [9] ☐ | ☐ | ☐ | [10] ☐ | ☐ | ☐ |
| 4.  Curbing of interests | [11] ☐ | ☐ | ☐ | ☐ | ☐ | [12] ☐ | ☐ | ☐ | [13] ☐ | ☐ | ☐ |
| 5.  Diminished sense of purpose | [14] ☐ | ☐ | ☐ | ☐ | ☐ | [15] ☐ | ☐ | ☐ | [16] ☐ | ☐ | ☐ |
| 6.  Diminished social drive | [17] ☐ | ☐ | ☐ | ☐ | ☐ | [18] ☐ | ☐ | ☐ | [19] ☐ | ☐ | ☐ |

NA = not applicable if Negative Symptom Severity is 0 or 1

| | 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|
| **B.** GLOBAL SEVERITY [1] | [20] ☐ | ☐ | ☐ | ☐ | ☐ |

**NOTE:**

[1]  SEVERITY:   Refer to rating anchors on opposite page.

[2]  PRIMARY:   Symptoms are not secondary to anxiety, drug effect, suspiciousness and other psychotic symptoms, mental retardation, depression, or anything other than the disease itself.

[3]  STABLE:   Symptoms have been present for the preceding twelve months and were always present during periods of relative remission.

RELAPSE PREVENTION TRIAL

C30

ZENECA PHARMACEUTICALS GROUP
ZENECA INC.
**SIMPSON SCALE**

| TRIAL NO. 5077IL/0015 | CENTER NO. 00 _ _ |
| SUBJECT ID. | SUBJECT NO. |

| FORM NO. 693 | VISIT NO. 2 | SEQUENCE NO. 0 | | PRINT NO. AP93511 |

**WEEK 0**  Date (month/day/year) ¹ | | | | 1 | 9 | 9 |   (Put appropriate code in boxes below)

*(vertical text left margin: DO NOT WRITE ON PAGE SLAID OVER THIS FORM)*
*(vertical text left margin: NO CARBON REQUIRED C)*

**1.  GAIT**

1 = Normal
2 = Mild diminution in swing while the patient is walking
3 = Obvious diminution in swing suggesting shoulder rigidity
4 = Stiff gait with little or no arm swing noticeable
5 = Rigid gait with arms slightly pronated; or stooped–shuffling gait with propulsion and repropulsion
9 = Not ratable

Score (2)

**2.  ARM DROPPING**

1 = Normal, free fall with loud slap and rebound
2 = Fall slowed slightly with less audible contact and little rebound
3 = Fall slowed, no rebound
4 = Marked slowing, no slap at all
5 = Arms fall as though against resistance: as though through glue
9 = Not ratable

Score (3)

**3.  SHOULDER SHAKING**

1 = Normal
2 = Slight stiffness and resistance
3 = Moderate stiffness and resistance
4 = Marked rigidity with difficulty in passive movement
5 = Extreme stiffness and rigidity with almost a frozen joint
9 = Not ratable

Score (4)

**4.  ELBOW RIGIDITY**

1 = Normal
2 = Slight stiffness and resistance
3 = Moderate stiffness and resistance
4 = Marked rigidity with difficulty in passive movement
5 = Extreme stiffness and rigidity with almost a frozen joint
9 = Not ratable

Score (5)

**5.  WRIST RIGIDITY**

1 = Normal
2 = Slight stiffness and resistance
3 = Moderate stiffness and resistance
4 = Marked rigidity with difficulty in passive movement
5 = Extreme stiffness and rigidity with almost a frozen joint
9 = Not ratable

Score (6)

**6.  HEAD ROTATION**

1 = Loose, no resistance
2 = Slight resistance to movement although the time to rotate may be normal
3 = Resistance is apparent and time of rotation is shortened
4 = Resistance is obvious and rotation is slowed
5 = Head appears stiff and rotation is difficult to carry out
9 = Not ratable

Score (7)

**7.  GLABELLAR TAP**

1 = 0–5  blinks
2 = 6–10 blinks
3 = 11–15 blinks
4 = 16–20 blinks
5 = 21 or more blinks
9 = Not ratable

Score (8)

**8.  TREMOR**

1 = Normal
2 = Mild finger tremor, obvious to sight and touch
3 = Tremor of hand or arm occurring spasmodically
4 = Persistent tremor of one or more limbs
5 = Whole body tremor
9 = Not ratable

Score (9)

**9.  SALIVATION**

1 = Normal
2 = Excess salivation so that pooling takes place if mouth is open and tongue is raised
3 = Excess salivation is present and might occasionally result in difficulty speaking
4 = Speaking with difficulty because of excess salivation
5 = Frank drooling
9 = Not ratable

Score (10)

**10.  AKATHISIA**

1 = No restlessness reported or observed
2 = Mild restlessness observed (e.g., occasional jiggling of foot when subject is seated)
3 = Moderate restlessness observed (e.g., on several occasions jiggles foot, crosses and uncrosses legs or twists parts of body)
4 = Restlessness frequently observed (e.g., foot or leg moving most of the time)
5 = Restlessness persistently observed (e.g., patient cannot sit still and may get up and walk)
9 = Not ratable

Score (11)

RELAPSE PREVENTION TRIAL

C31

ZENECA PHARMACEUTICALS GROUP
ZENECA INC.
**ABNORMAL INVOLUNTARY MOVEMENT SCALE (AIMS)**

| TRIAL NO. **5077IL/0015** | CENTER NO. **00 _ _** |
|---|---|
| SUBJECT ID. | SUBJECT NO. |

| FORM NO. **534** | VISIT NO. **2** | SEQUENCE NO. **0** | | PRINT NO. **AP93512** |

**WEEK 0**    Date (month/day/year)  [ ][ ][ ][ ][ ][1][9][9][ ]

Instructions:  Complete examination procedure before making ratings.  When rating movements, rate highest severity observed and rate movements that occur upon activation one less than those observed spontaneously.
**(Put appropriate code in boxes below)**

*(left margin, vertical: DO NOT WRITE ON PAGES LAID OVER THIS FORM / NO CARBON REQUIRED)*

**FACIAL AND ORAL MOVEMENTS**

1. **Muscles of facial expression**  e.g., movements of forehead, eyebrows, periorbital area, cheeks; include frowning, blinking, smiling, grimacing

   3 [ ]   0 = None
   1 = Minimal (may be extreme normal)
   2 = Mild
   3 = Moderate
   4 = Severe

2. **Lips and perioral area**  e.g., puckering, pouting, smacking

   4 [ ]   0 = None
   1 = Minimal (may be extreme normal)
   2 = Mild
   3 = Moderate
   4 = Severe

3. **Jaw**  e.g., biting, clenching, chewing, mouth opening, lateral movements

   5 [ ]   0 = None
   1 = Minimal (may be extreme normal)
   2 = Mild
   3 = Moderate
   4 = Severe

4. **Tongue**  rate only increase in movement both in and out of mouth, not inability to sustain movement

   6 [ ]   0 = None
   1 = Minimal (may be extreme normal)
   2 = Mild
   3 = Moderate
   4 = Severe

**EXTREMITY MOVEMENTS**

5. **Upper (arms, wrists, hands, fingers)**  include choreic movements (i.e., rapid, objectively purpose–less, irregular, spontaneous) and athetoid movements (i.e., slow, irregular, complex, serpentine).  Do **not** include tremor (i.e., repetitive, regular, rhythmic)

   7 [ ]   0 = None
   1 = Minimal (may be extreme normal)
   2 = Mild
   3 = Moderate
   4 = Severe

**EXTREMITY MOVEMENTS (continued)**

6. **Lower (legs, knees, ankles, toes)**  e.g., lateral knee movement, foot tapping, heel dropping, foot squirming, inversion and eversion of foot

   8 [ ]   0 = None
   1 = Minimal (may be extreme normal)
   2 = Mild
   3 = Moderate
   4 = Severe

**TRUNK MOVEMENTS**

7. **Neck, shoulders, hip**  e.g., rocking, twisting, squirming, pelvic gyrations

   9 [ ]   0 = None
   1 = Minimal (may be extreme normal)
   2 = Mild
   3 = Moderate
   4 = Severe

**GLOBAL JUDGEMENTS**

8. **Severity of abnormal movements**

   10 [ ]   0 = None/normal
   1 = Minimal
   2 = Mild
   3 = Moderate
   4 = Severe

9. **Incapacitation due to abnormal movements**

   11 [ ]   0 = None/normal
   1 = Minimal
   2 = Mild
   3 = Moderate
   4 = Severe

10. **Patient's awareness of abnormal movements**
    Rate only patient's report

    12 [ ]   0 = No awareness
    1 = Aware, no distress
    2 = Aware, mild distress
    3 = Aware, moderate distress
    4 = Aware, severe distress

**DENTAL STATUS**

Any current problems with teeth and/or dentures?   Yes [ ]  No [ ]

Does subject usually wear dentures?   Yes [ ]  No [ ]

**RELAPSE PREVENTION TRIAL**

AP93512

C32

| ZENECA PHARMACEUTICALS GROUP ZENECA INC. **QUALITY OF LIFE SCALE** | TRIAL NO. **5077IL/0015** | | CENTER NO. **00 _ _** |
|---|---|---|---|
| | SUBJECT ID. | SUBJECT NO. | |

| FORM NO. **1171** | VISIT NO. **2** | SEQUENCE NO. **0** | | | PRINT NO. **AP93513** |
|---|---|---|---|---|---|

**WEEK 0**

Date of rating

| 1 | | | 1 | 9 | 9 | |
|---|---|---|---|---|---|---|
| month | | day | | year | | |

### Check (√) the appropriate score in each category below

**INTERPERSONAL RELATIONS AND SOCIAL NETWORK**

| | | | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Household Member | 2 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 2. | Friends | 3 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 3. | Acquaintances | 4 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 4. | Social Activity | 5 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 5. | Social Network | 6 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 6. | Social Initiatives | 7 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 7. | Social Withdrawal | 8 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 8. | Sociosexual Relations | 9 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |

**INSTRUMENTAL ROLE FUNCTIONING**

| | | | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| 9. | Extent | 10 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 10. | Adequacy | 11 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 11. | Underemployment | 12 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 12. | Satisfaction | 13 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**INTRAPSYCHIC FOUNDATIONS AND COMMON OBJECTS AND ACTIVITIES**

| | | | 0 | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|---|---|
| 13. | Sense of Purpose | 14 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 14. | Motivation | 15 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 15. | Curiosity | 16 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 16. | Anhedonia | 17 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 17. | Time Utilization | 18 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 18. | Objects | 19 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 19. | Activities | 20 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 20. | Empathy | 21 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 21. | Interaction | 22 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

DO NOT WRITE ON PAGES 1 AND 2 OR OVER THIS FORM

NO CARBON REQUIRED

RELAPSE PREVENTION TRIAL

AP93513

C33

ZENECA PHARMACEUTICALS GROUP
ZENECA INC.
HEALTH OUTCOMES QUESTIONNAIRE – SUBJECT

| TRIAL NO. **5077IL/0015** | CENTER NO. **00 _ _** |
|---|---|
| SUBJECT ID. | SUBJECT NO. |

| FORM NO. **1253** | VISIT NO. **2** | SEQUENCE NO. **0** | | | PRINT NO. **AP93527** |
|---|---|---|---|---|---|

**WEEK 0**                    **(Adapted from A. P. Lehman, M.D., M.S.P.H.)**

Date of visit    [ ] [ ] [ ] [ ] [1] [9] [9] [ ]
                 month    day      year

What is subject's current living situation?  (Put appropriate code in box below)

[3] [ ]    **A =** Hospital

**B =** Skilled nursing facility — 24 hour nursing service

**C =** Intermediate care facility — less than 24 hour nursing care facility

**D =** Supervised group living (generally long term)

**E =** Transitional group home (halfway or quarterway house)

**F =** Family foster care

**G =** Cooperative apartment, supervised (staff on premises)

**H =** Cooperative apartment, unsupervised (staff not on premises)

**I =** Board and care home (private proprietary home for adults, with program and supervision)

**J =** Boarding house (includes meals, no program or supervision)

**K =** Rooming or boarding house or hotel (includes single room occupancy, no meals are provided, cooking facilities may be available)

**L =** Private house or apartment

**M =** Shelter

**N =** Jail

**O =** No current residence (including the streets, bus stations, missions, etc.)

**P =** No information

DO NOT WRITE ON PAGES LAID OVER THIS FORM

NO CARBON REQUIRED

RELAPSE PREVENTION TRIAL

AP93527

C34

ZENECA PHARMACEUTICALS GROUP
ZENECA INC.
**HEALTH OUTCOMES QUESTIONNAIRE (1)**

| TRIAL NO. 5077IL/0015 | CENTER NO. 00 _ _ |
|---|---|
| SUBJECT ID. | SUBJECT NO. |

| FORM NO. 1253 | VISIT NO. 2 | SEQUENCE NO. 0 | | PRINT NO. AP93527R |
|---|---|---|---|---|

**WEEK 0**

**(Adapted from A. P. Lehman, M.D., M.S.P.H.)**

*(text along left margin: DO NOT WRITE ON PAGES LAID OVER THIS FORM)*

*(text along left margin: NO CARBON REQUIRED)*

Date of visit    ¹ [ ][ ][ ][ 1 ][ 9 ][ 9 ][ ]
                    month    day    year

---

### This part of the questionnaire is to be filled out by the subject

What is subject's current living situation?  (Put appropriate code in box below)

³ [   ]    **A =** Hospital

**B =** Skilled nursing facility — 24 hour nursing service

**C =** Intermediate care facility — less than 24 hour nursing care facility

**D =** Supervised group living (generally long term)

**E =** Transitional group home (halfway or quarterway house)

**F =** Family foster care

**G =** Cooperative apartment, supervised (staff on premises)

**H =** Cooperative apartment, unsupervised (staff not on premises)

**I =** Board and care home (private proprietary home for adults, with program and supervision)

**J =** Boarding house (includes meals, no program or supervision)

**K =** Rooming or boarding house or hotel (includes single room occupancy, no meals are provided, cooking facilities may be available)

**L =** Private house or apartment

**M =** Shelter

**N =** Jail

**O =** No current residence (including the streets, bus stations, missions, etc.)

**P =** No information

KEYPUNCH NOTE: HEALTH OUTCOMES QUESTIONNAIRE (1) IS CONTINUED
ON FORM TITLED HEALTH OUTCOMES QUESTIONNAIRE (2)

---

RELAPSE PREVENTION TRIAL

AP93527R

C35

ZENECA PHARMACEUTICALS GROUP
ZENECA INC.
**HEALTH OUTCOMES QUESTIONNAIRE – CAREGIVER**

| TRIAL NO. 5077IL/0015 | CENTER NO. 00 _ _ |
|---|---|
| SUBJECT ID. | SUBJECT NO. |

| FORM NO. 1253 | VISIT NO. 2 | SEQUENCE NO. 0 | | | PRINT NO. AP93528 |
|---|---|---|---|---|---|

**WEEK 0**

Date of visit  [1] [ ][ ] [ ][ ] [1][9][9]
                     month      day        year

---

**PRIMARY RELATIONSHIP**

What is **SPONSOR'S (CAREGIVER'S) PRIMARY** relationship to the subject?  (Put appropriate code in box below)

[4] [ ]     **1 =** Spouse/significant other

**2 =** Family

**3 =** Friend

**4 =** Psychiatric personnel (e.g., case worker, group home staff)

**5 =** Other    Specify: [5] _____

---

**EMPLOYMENT STATUS (Answer the following questions only if sponsor is the primary caregiver for the subject)**

Has the sponsor been employed during the past month?    **Yes** [7] [ ]   **No*** [ ]
                                                                              Y              N

*If **No**, is the reason related to caring for the subject?    **Yes** [8] [ ]   **No** [ ]
                                                                                  Y              N

**Type of paid work performed:**  (check (√) **all** that apply)

|  | **Yes** |
|---|---|
| Managerial/professional | [9] [ ] |
| Clerical/technical | [10] [ ] |
| Skilled manual labor | [11] [ ] |
| Unskilled manual labor | [12] [ ] |
|  | Y |

What was the total number of days during the past month in which the sponsor was unable to work because of the need to care for the subject?    [13] [ ]

---

RELAPSE PREVENTION TRIAL
AP93528

DO NOT WRITE ON PAGES LAID OVER THIS FORM

NO CARBON HR OFFERED

C36

| ZENECA PHARMACEUTICALS GROUP ZENECA INC. **HEALTH OUTCOMES QUESTIONNAIRE (2)** | TRIAL NO. **5077IL/0015** | CENTER NO. **00 _ _** |
|---|---|---|
| | SUBJECT ID. | SUBJECT NO. |
| | | PRINT NO. **AP93528R** |

**WEEK 0**

Date of visit : [ ][ ][ ][ 1 ][ 9 ][ 9 ][ ]
month    day    year

---

### This part of the questionnaire is to be filled out by the primary caregiver

**PRIMARY RELATIONSHIP**

What is **SPONSOR'S (CAREGIVER'S) PRIMARY** relationship to the subject?

(Put appropriate code in box below)

[4] [ ]   **1** = Spouse/significant other

**2** = Family

**3** = Friend

**4** = Psychiatric personnel (e.g., case worker, group home staff)

**5** = Other   Specify: [5] _____

---

**EMPLOYMENT STATUS (Answer the following questions only if sponsor is the primary caregiver for the subject)**

Has the sponsor been employed during the past month?   **Yes** [7] [ ]   **No\*** [ ]
Y    N

\*If **No**, is the reason related to caring for the subject?   **Yes** [8] [ ]   **No** [ ]
Y    N

**Type of paid work performed:**  (check (√) all that apply)

|  | **Yes** |
|---|---|
| Managerial/professional | [9] [ ] |
| Clerical/technical | [10] [ ] |
| Skilled manual labor | [11] [ ] |
| Unskilled manual labor | [12] [ ] Y |

What was the total number of days during the past month in which the sponsor was unable to work because of the need to care for the subject?

[13] [ ]

---

RELAPSE PREVENTION TRIAL

AP93528R

DO NOT WRITE ON PAGES LAID OVER THIS FORM

NO CARBON REQUIRED

C37

| ZENECA PHARMACEUTICALS GROUP ZENECA INC. **VITAL SIGNS – SEGMENT A** | TRIAL NO. 5077IL/0015 | CENTER NO. 00 _ _ |
|---|---|---|
| | SUBJECT ID. | SUBJECT NO. |

| FORM NO. 1211 | VISIT NO. 2 | SEQUENCE NO. 0 | | | PRINT NO. AP93529 |
|---|---|---|---|---|---|

**WEEK 0**

DO NOT WRITE ON PAGES LAID OVER THIS FORM

DATE
1 [ ] [ ] [ 1 ] [ 9 ] [ 9 ] [ ]
month   day   year

11 WEIGHT
[ ] [ ] [ ] ☐ KG
☐ LB

SUPINE BP (mmHg)
systolic        diastolic
3 [ ] [ ] [ ] / 4 [ ] [ ] [ ]

SUPINE PULSE(bpm)
7 [ ] [ ] [ ]

STANDING BP (mmHg)
systolic        diastolic
5 [ ] [ ] [ ] / 6 [ ] [ ] [ ]

STANDING PULSE(bpm)
8 [ ] [ ] [ ]

ORAL TEMP
10 [ ] [ ] [ ]

**DISPENSE MEDICATION FOR TITRATION PHASE CARTON – END SEGMENT A (WEEK 0)**

NO CARBON REQUIRED

┌─────────────────────┐
│                     │
│                     │
│       **LABEL**     │
│                     │
│                     │
└─────────────────────┘

RELAPSE PREVENTION TRIAL

C38

| ZENECA PHARMACEUTICALS GROUP<br>ZENECA INC.<br>**SMITHKLINE BEECHAM LAB TEST LABELS** | | | TRIAL NO.<br>5077IL/0015 | | CENTER NO.<br>00 _ _ |
|---|---|---|---|---|---|
| | | | SUBJECT ID. | | SUBJECT NO. |

| FORM NO.<br>979 | VISIT NO.<br>2 | SEQUENCE NO.<br>0 | | | PRINT NO.<br>AP93530 |
|---|---|---|---|---|---|

**WEEK  0**

LABELS FOR **SMITHKLINE** STANDARD LABORATORY SPECIMENS  Attach label(s) in appropriate boxes below

DATE OF SPECIMENS

| | | | | 1 | 9 | 9 | |
|---|---|---|---|---|---|---|---|
| month | | day | | | year | | |

6

**LABEL**
INITIAL SPECIMEN

| FORM NO.<br>979 | VISIT NO. | SEQUENCE NO. | | | |
|---|---|---|---|---|---|

LABELS FOR **SMITHKLINE** STANDARD LABORATORY SPECIMENS  Attach label(s) in appropriate boxes below

DATE OF SPECIMENS

| | | | | 1 | 9 | 9 | |
|---|---|---|---|---|---|---|---|
| month | | day | | | year | | |

6

**LABEL**
REPEAT SPECIMEN

| FORM NO.<br>979 | VISIT NO. | SEQUENCE NO. | | | |
|---|---|---|---|---|---|

LABELS FOR **SMITHKLINE** STANDARD LABORATORY SPECIMENS  Attach label(s) in appropriate boxes below

DATE OF SPECIMENS

| | | | | 1 | 9 | 9 | |
|---|---|---|---|---|---|---|---|
| month | | day | | | year | | |

6

**LABEL**
REPEAT SPECIMEN

*RELAPSE PREVENTION TRIAL*

C39

| ZENECA PHARMACEUTICALS GROUP ZENECA INC. **12–LEAD ECG REPORT** | TRIAL NO. **5077IL/0015** | CENTER NO. **00** _ _ |
|---|---|---|
| | SUBJECT ID. | SUBJECT NO. |

| FORM NO. **499** | VISIT NO. **2** | SEQUENCE NO. **0** | REFERENCE RANGE **9999** | | PRINT NO. **AP93531** |

**WEEK 0**

DATE OF ECG  [1] [ ] [ ] [ ] [ ] [1] [9] [9]
    month      day        year

RATE,  ATRIAL  [2] [ ] [ ] [ ]  /min

        VENTRICULAR  [3] [ ] [ ] [ ]  /min

RHYTHM (√)  [4] ☐ SINUS   ☐ OTHER (Describe)  [5] _____
                1              2

AXIS   (√)  [6] ☐ NORMAL   ☐ LEFT   ☐ RIGHT   ☐ INDETERMINATE
                1             2         3            4

PR INTERVAL  [7] [0] [ ] [ ] [ ]  (sec)

QRS INTERVAL  [8] [0] [ ] [ ] [ ]  (sec)

QT INTERVAL  [9] [0] [ ] [ ] [ ]  (sec)

RR INTERVAL  [10] [0] [ ] [ ] [ ]  (sec)   **(Complete only if QTc is manually calculated)**

QTc  [17] [0] [ ] [ ] [ ]  (sec)

P WAVE  (√)  [11] ☐ NORMAL   ☐ ABNORMAL
                   N             A

QRS COMPLEX  (√)  [12] ☐ NORMAL   ☐ ABNORMAL
                       N             A

ST SEGMENT  (√)  [13] ☐ NORMAL   ☐ ABNORMAL
                      N             A

T WAVE  (√)  [14] ☐ NORMAL   ☐ ABNORMAL
                   N             A

OVERALL EVALUATION

    ARE ANY FINDINGS CLINICALLY SIGNIFICANT ?   [19]  NO ☐   YES ☐
                                                       N        Y

    IF **YES**, DESCRIBE  [20] _____

    _____

| RELAPSE PREVENTION TRIAL |

*NO NOT WRITE ON PAGES LAID OVER THIS FORM*

*NO CARBON REQUIRED*

C40

| ZENECA PHARMACEUTICALS GROUP ZENECA INC. **VITAL SIGNS – SEGMENT B** | TRIAL NO. **5077IL/0015** | CENTER NO. **00 _ _** |
|---|---|---|
| | SUBJECT ID. | SUBJECT NO. |

| FORM NO. **1211** | VISIT NO. **3** | SEQUENCE NO. **0** | | | PRINT NO. **AP93548** |

**WEEK 1**

DATE
1 [ ][ ][ ][1][9][9][ ]
month   day   year

*Has the subject spontaneously complained of any symptoms at time of vital signs?  **If yes**, record on **Adverse Experience** form. If positional (e.g., dizziness on standing), please note when recording.

SUPINE BP (mmHg)
systolic 3 [ ][ ][ ]/ diastolic 4 [ ][ ][ ]

SUPINE PULSE(bpm) 7 [ ][ ][ ]

STANDING BP (mmHg)
systolic 5 [ ][ ][ ]/ diastolic 6 [ ][ ][ ]

STANDING PULSE(bpm) 8 [ ][ ][ ]

ORAL TEMP 10 [ ][ ][↓]

*SYMPTOMS?
NO 12 [ ] N   YES** [ ] Y

DO NOT WRITE ON PAGES LAID OVER THIS FORM

NO CARBON REQUIRED

*RELAPSE PREVENTION TRIAL*

C41

ZENECA PHARMACEUTICALS GROUP
ZENECA INC.
**BRIEF PSYCHIATRIC RATING SCALE (BPRS)**

| | |
|---|---|
| TRIAL NO. **5077IL/0015** | CENTER NO. **00 _ _** |
| SUBJECT ID. | SUBJECT NO. |

| FORM NO. **526** | VISIT NO. | SEQUENCE NO. **0** | | PRINT NO. **AP93549** |

Week Number [ ]   Date [ ] month [ ] day [ ] 1 9 9 [ ] year

Please enter the score for the term which best describes the subject's condition.
**0 = not present,  1 = very mild,  2 = mild,  3 = moderate  4 = moderately severe,  5 = severe,  6 = extremely severe**

1. SOMATIC CONCERN
Degree of concern over present bodily health. Rate the degree of which physical health is preceived as a problem by the patient, whether complaints have a realistic basis or not. Score (3) [ ]

2. ANXIETY
Worry, fear, or over–concern for present or future. Rate solely on the basis of verbal report of patient's own subjective experiences. Do not infer anxiety from physical signs or from neurotic defense mechanisms. Score (4) [ ]

3. EMOTIONAL WITHDRAWAL
Deficiency in relating to the interviewer and to the interviewer situation. Rate only the degree to which the patient gives the impression of failing to be in emotional contact with other people in the interview situation. Score (5) [ ]

4. CONCEPTUAL DISORGANIZATION
Degree to which the thought processes are confused, disconnected, or disorganized. Rate on the basis of integration of the verbal products of the patient; do not rate on the basis of patient's subjective impression of his own level of functioning. Score (6) [ ]

5. GUILT FEELINGS
Over–concern or remorse for past behavior. Rate on the basis of the patient's subjective experiences of guilt as evidenced by verbal report with appropriate affect; do not infer guilt feelings from depression, anxiety or neurotic defenses. Score (7) [ ]

6. TENSION
Physical and motor manifestations of tension "nervous–ness", and heightened activation level. Tension should be rated solely on the basis of physical signs and motor behavior and not on the basis of subjective experiences of tension reported by the patient. Score (8) [ ]

7. MANNERISMS AND POSTURING
Unusual and unnatural motor behavior, the type of motor behavior which causes certain mental patients to stand out in a crowd of normal people. Rate only abnormality of movements; do not rate simple heightened motor activity here. Score (9) [ ]

8. GRANDIOSITY
Exaggerated self–opinion, conviction of unusual ability or powers. Rate only on the basis of patient's statements about himself or self–in–relation–to–others, not on the basis of his demeanor in the interview situation. Score (10) [ ]

9. DEPRESSIVE MOOD
Despondency in mood, sadness. Rate only degree of despondency; do not rate on the basis of inferences concerning depression based upon general retardation and somatic complaints. Score (11) [ ]

10. HOSTILITY
Animosity, contempt, belligerence, disdain for other people outside the interview situation. Rate solely on the basis of the verbal report of feelings and actions of the patient towards others; do not infer hostility from neurotic defenses, anxiety, or somatic complaints. (Rate attitude towards interviewer under "uncooperativeness"). Score (12) [ ]

11. SUSPICIOUSNESS
Belief (delusional or otherwise) that others have now, or have had in the past, malicious or discriminatory intent towards the patient. On the basis of verbal report, rate only those suspicions which are currently held whether they concern past or present circumstances. Score (13) [ ]

12. HALLUCINATORY BEHAVIOR
Perceptions without normal external stimulus correspondence. Rate only those experiences which are reported to have occurred within the last week and which are described as distinctly different from the thought and imagery processes of normal people. Score (14) [ ]

13. MOTOR RETARDATION
Reduction in energy level evidenced in slowed move-ments. Rate on the basis of observed behavior of the patient only; do not rate on the basis of patient's subjective impression of own energy level. Score (15) [ ]

14. UNCOOPERATIVENESS
Evidence of resistance, unfriendliness, resentment, and lack of readiness to cooperate with the interviewer. Rate only on the basis of the patient's attitude and responses to the interviewer and the interview situation; do not rate on basis of reported resentment or uncooperativeness outside the interview situation. Score (16) [ ]

15. UNUSUAL THOUGHT CONTENT
Unusual, odd, strange or bizarre thought content. Rate here the degree of unusualness, not the degree of disorganization of thought processes. Score (17) [ ]

16. BLUNTED AFFECT
Reduced emotional tone, apparent lack of normal feeling or involvement. Score (18) [ ]

17. EXCITEMENT
Heightened emotional tone, agitation, increased reactivity. Score (19) [ ]

18. DISORIENTATION
Confusion or lack of proper association for person, place or time. Score (20) [ ]

**TOTAL SCORE** [ ]

RELAPSE PREVENTION TRIAL

AP93549

DO NOT WRITE ON PAGES LAID OVER THIS FORM

NO CARBON REQUIRED

C42

| ZENECA PHARMACEUTICALS GROUP ZENECA INC. **CLINICAL GLOBAL IMPRESSION** | TRIAL NO. **5077IL/0015** | | CENTER NO. **00** _ _ |
|---|---|---|---|
| | SUBJECT ID. | | SUBJECT NO. |

| FORM NO. **522** | VISIT NO. | SEQUENCE NO. **0** | | | | PRINT NO. **AP93550** |
|---|---|---|---|---|---|---|

Week Number [  ]   Date [1][  ][  ][ ][1][9][9][ ]
month   day   year

## SEVERITY OF ILLNESS

Considering your total clinical experience with this particular population, how mentally ill is the subject at this time?

(Put appropriate code in box)

3 [  ]   **0** = Not assessed

**1** = Normal, not ill at all

**2** = Borderline mentally ill

**3** = Mildly ill

**4** = Moderately ill

**5** = Markedly ill

**6** = Severely ill

**7** = Among the most extremely ill subjects

## GLOBAL IMPROVEMENT (Rate total improvement whether or not it is entirely due to drug treatment)

Compared to subject's condition **at Week 0**, how much has subject changed?

(Put appropriate code in box)

4 [  ]   **0** = Not assessed

**1** = Very much improved

**2** = Much improved

**3** = Minimally improved

**4** = No change

**5** = Minimally worse

**6** = Much worse

**7** = Very much worse

RELAPSE PREVENTION TRIAL

DO NOT WRITE ON PAGES LAID OVER THIS FORM

NO CARBON REQUIRED

C43

| ZENECA PHARMACEUTICALS GROUP<br>ZENECA INC.<br>**RELAPSE CRITERIA** | TRIAL NO.<br>**5077IL/0015** | CENTER NO.<br>**00 _ _** |
| | SUBJECT ID. | SUBJECT NO. |

| FORM NO.<br>**1249** | VISIT NO. | SEQUENCE NO.<br>**0** | | PRINT NO.<br>**AP93551** |

Week Number ☐☐    Date of evaluation [1] ☐☐ ☐☐ ☐☐ **1 9 9** ☐
month  day  year

DO NOT WRITE ON PAGES LAID OVER THIS FORM

Check (√) Yes **Y** or No **N**  Items A through G below

## RELAPSE CRITERIA I

  Y   N

[2] ☐  ☐  **A.** BPRS positive symptom items (i.e., Item 4. Conceptual Disorganization,
Item 11. Suspiciousness, Item 12. Hallucinatory Behavior, Item 15. Unusual
Thought Content):

A score ≥ 4 (moderately severe) on **two** or more of the positive symptom items
described above

**OR**

A score ≥ 4 (moderately severe) on **one** of the positive symptom items with an
increase of ≥ 2 points over Baseline levels (i.e., Week 0) on that item

**AND**

[3] ☐  ☐  **B. CGI Global Improvement Item**  score ≥ 6 (much worse)

If responses to A and B are both **Yes** and the subject is being evaluated:

  At Rating  1:  Schedule visit in 3 days to re–evaluate for relapse.
  At Rating  2:  Subject has had a psychotic relapse. Complete the final assessments and case
report forms.

If the response to either A or B is **No**, continue to Items C through G.

NO CARBON REQUIRED

## RELAPSE CRITERIA II

  Y   N

[4] ☐  ☐  **C.**  Rapidly deteriorating psychopathology

[5] ☐  ☐  **D.**  Too agitated/uncooperative to be evaluated

[6] ☐  ☐  **E.**  Requires imminent hospitalization

[7] ☐  ☐  **F.**  Actively suicidal

[8] ☐  ☐  **G.**  At significant risk for violent behavior

If any of the responses to Items C through G are **Yes**, the subject is considered to have relapsed.
Complete the final assessments and case report forms.

If subject does not fulfill Relapse Criteria I or II, re–evaluate subject at the next regularly  scheduled
visit.

RELAPSE PREVENTION TRIAL

AP93551

C44

ZENECA PHARMACEUTICALS GROUP
ZENECA INC.
**VITAL SIGNS – SEGMENT B**

| TRIAL NO. **5077IL/0015** | CENTER NO. **00 _ _** |
|---|---|
| SUBJECT ID. | SUBJECT NO. |

| FORM NO. **1211** | VISIT NO. | SEQUENCE NO. **0** | | | PRINT NO. **AP93552** |
|---|---|---|---|---|---|

Week Number [  ]

¹ DATE [   ][   ][ 1 ][ 9 ][ 9 ][   ]
  month   day   year

\*Has the subject spontaneously complained of any symptoms at time of vital signs? \*\*If **yes**, record on **Adverse Experience** form. If positional (e.g., dizziness on standing), please note when recording.

SUPINE BP (mmHg)
systolic ³ [   ][   ][   ] / diastolic ⁴ [   ][   ][   ]

SUPINE PULSE(bpm) ⁷ [   ][   ][   ]

STANDING BP (mmHg)
systolic ⁵ [   ][   ][   ] / diastolic ⁶ [   ][   ][   ]

STANDING PULSE(bpm) ⁸ [   ][   ][   ]

ORAL TEMP ¹⁰ [   ][   ]•[   ]

\*SYMPTOMS?
NO ¹² [ ] N     YES\*\* [ ] Y

**COMPLETE AT WEEKS 12, 24, 36 AND 52**

WEIGHT ¹¹ [   ][   ]•[   ]   [ ] KG   [ ] LB

| FORM NO. **1214** | VISIT NO. | SEQUENCE NO. **0** | | | |
|---|---|---|---|---|---|

**DISPENSE MEDICATION NEXT PERIOD:**

WEEKS _____

¹ DATE [   ][   ][ 1 ][ 9 ][ 9 ][   ]
  month   day   year

⁸ # TABLETS DISPENSED [   ][   ][   ]

⁹ # TABLETS RETURNED [   ][   ][   ]

LABEL

RELAPSE PREVENTION TRIAL

C45

ZENECA PHARMACEUTICALS GROUP
ZENECA INC.
**SMITHKLINE BEECHAM LAB TEST LABELS**

| TRIAL NO. 5077IL/0015 | CENTER NO. 00 _ _ |
|---|---|
| SUBJECT ID. | SUBJECT NO. |

| FORM NO. 979 | VISIT NO. | SEQUENCE NO. 0 | | | PRINT NO. AP93553 |
|---|---|---|---|---|---|

LABELS FOR **SMITHKLINE** STANDARD LABORATORY SPECIMENS  Attach label(s) in appropriate boxes below

DO NOT WRITE ON PAGES LAID OVER THIS FORM

WEEK NUMBER [ ][ ]

DATE OF SPECIMENS    1 [ ][ ][ ][ 1 ][ 9 ][ 9 ]
                       month    day      year

6
**LABEL**
INITIAL SPECIMEN

| FORM NO. 979 | VISIT NO. | SEQUENCE NO. | | | |
|---|---|---|---|---|---|

LABELS FOR **SMITHKLINE** STANDARD LABORATORY SPECIMENS  Attach label(s) in appropriate boxes below

DATE OF SPECIMENS    1 [ ][ ][ ][ 1 ][ 9 ][ 9 ]
                       month    day      year

6
**LABEL**
REPEAT SPECIMEN

| FORM NO. 979 | VISIT NO. | SEQUENCE NO. | | | |
|---|---|---|---|---|---|

LABELS FOR **SMITHKLINE** STANDARD LABORATORY SPECIMENS  Attach label(s) in appropriate boxes below

NO CARBON REQUIRED

DATE OF SPECIMENS    1 [ ][ ][ ][ 1 ][ 9 ][ 9 ]
                       month    day      year

6
**LABEL**
REPEAT SPECIMEN

RELAPSE PREVENTION TRIAL

C46

ZENECA PHARMACEUTICALS GROUP
ZENECA INC.
**MODIFIED SANS (1)**

| TRIAL NO. 5077IL/0015 | CENTER NO. 00 _ _ |
|---|---|
| SUBJECT ID. | SUBJECT NO. |

| FORM NO. 453 | VISIT NO. | SEQUENCE NO. 0 | | PRINT NO. AP93554 |
|---|---|---|---|---|

Week Number [ ][ ]        Date (month/day/year) $^1$ [ ][ ][ ][ ][ 1 ][ 9 ][ 9 ][ ]

Instructions:  Questions not based on direct subject observation. Refer to subject functioning since last evaluation
**(Put appropriate code in boxes below)**

DO NOT WRITE ON PAGES LAID OVER THIS FORM

## AFFECTIVE FLATTENING OR BLUNTING

1. **UNCHANGING FACIAL EXPRESSIONS**
   $^2$ [ ]  1 =  Not at all;  patient is normal or labile
         2 =  Mild;  some decrease in facial expressiveness
         3 =  Moderate;  facial expressiveness is significantly decreased
         4 =  Marked;  facial expressiveness is markedly decreased
         5 =  Severe;  facial expression is essentially unchanging

2. **DECREASED SPONTANEOUS MOVEMENT**
   $^3$ [ ]  1 =  Not at all;  patient moves normally or is overactive
         2 =  Mild;  some decrease in spontaneous movements
         3=  Moderate;  significant decrease in spontaneous movements
         4 =  Marked;  movements are markedly decreased
         5 =  Severe;  patient sits immobile throughout the interview

3. **PAUCITY OF EXPRESSIVE GESTURE**
   $^4$ [ ]  1 =  Not at all;  patient uses expressive gestures normally or excessively
         2 =  Mild;  some decrease in expressive gestures
         3 =  Moderate;  significant decrease in expressive gestures
         4 =  Marked;  marked decrease in gestures
         5 =  Severe;  patient never uses body as an aid in expression

4. **POOR EYE CONTACT**
   $^5$ [ ]  1 =  Not at all;  good eye contact and expression
         2 =  Mild;  some decrease in eye contact and eye expression
         3=  Moderate;  significant decrease in eye contact
         4 =  Marked;  very infrequent eye contact
         5 =  Severe;  patient almost never looks at interviewer

5. **AFFECTIVE NONRESPONSIVITY**
   $^6$ [ ]  1 =  Not at all
         2 =  Mild;   slight but definite lack in responsivity
         3 =  Moderate;  moderate decrease in responsivity
         4 =  Marked;  marked decrease in responsivity
         5 =  Severe;  patient essentially unresponsive, even on prompting

6. **LACK OF VOCAL INFLECTIONS**
   $^7$ [ ]  1 =  Not at all;  normal vocal inflections
         2 =  Mild;   slight decrease in inflections
         3 =  Moderate;  definite decrease in vocal inflections
         4 =  Marked;  marked decrease in vocal inflections
         5 =  Severe;  nearly all speech in a monotone

7. **GLOBAL RATING OF AFFECTIVE FLATTENING**
   $^8$ [ ]  1 =  No flattening;  normal affect
         2 =  Mild affective  flattening
         3 =  Moderate affective flattening
         4 =  Marked affective flattening
         5 =  Severe affective flattening

NO CARBON REQUIRED

Copyright© Nancy Andreasen, 1984

RELAPSE PREVENTION TRIAL

Keypunch Note: Modified SANS (1) is continued on form titled Modified SANS (2)

C47

| ZENECA PHARMACEUTICALS GROUP<br>ZENECA INC.<br>**MODIFIED SANS  (2)** | TRIAL NO.<br>**5077IL/0015** | CENTER NO.<br>**00 _ _** |
|---|---|---|
| | SUBJECT ID. | SUBJECT NO. |
| | | PRINT NO.<br>**AP93555** |

**ALOGIA**

8. **POVERTY OF SPEECH**

[9]  ☐  **1 =** No poverty of speech;  a substantial and appropriate no. of replies to questions include additional  information
**2 =** Mild;  occasional replies do not include elaborated information even though this is appropriate
**3 =** Moderate;  some replies do not include appropriately elaborated information and many replies are mono–syllabic or very brief ("yes, no, maybe, I don't know, last week")
**4 =** Marked;  answers are rarely more than a few words in length
**5 =** Severe;  patient says little and occasionally fails to answer questions

9. **POVERTY OF CONTENT OF SPEECH**

[10]  ☐  **1 =** No poverty of content
**2 =** Mild;  occasional replies are too vague to be comprehensible or can be markedly condensed
**3 =** Moderate;  frequent replies which are vague or can be markedly condensed to make up at least a quarter of the interview
**4 =** Marked;  at least half of the patient's speech is composed of vague or incomprehensible replies
**5 =** Severe;  nearly all speech is vague, incomprehensible or can be markedly condensed

10. **BLOCKING***

[11]  ☐  **1 =** No blocking
**2 =** Mild;  a single instance noted during a 15–minute period
**3 =** Moderate;  occurs twice during 15 minutes
**4 =** Marked;  occurs 3 times during 15 minutes
**5 =** Severe;  occurs more than 3 times

11. **INCREASED LATENCY OF RESPONSE**

[12]  ☐  **1 =** Not at all
**2 =** Mild;  occasional brief pauses before replying
**3 =** Moderate;  significant increase in latency of response
**4 =** Marked;  marked increase in latency of response
**5 =** Severe;  long pauses prior to nearly all replies

12. **GLOBAL RATING OF ALOGIA**

[13]  ☐  **1 =** No alogia
**2 =** Mild;  mild but definite impoverishment in thinking
**3 =** Moderate;  significant evidence for impoverished thinking
**4 =** Marked;  patient's thinking seems impoverished much of the time
**5 =** Severe;  patient's thinking seems impoverished nearly all of the time

***  Ratings based primarily upon verbal report**

| RELAPSE PREVENTION TRIAL | Keypunch Note: Modified SANS (2) is continued on form titled Modified SANS (3) |
|---|---|

DO NOT WRITE ON PAGES LAID OVER THIS FORM

NO CARBON REQUIRED

C48

| ZENECA PHARMACEUTICALS GROUP ZENECA INC. MODIFIED SANS (3) | TRIAL NO. 5077IL/0015 | CENTER NO. 00 _ _ |
|---|---|---|
| | SUBJECT ID. | SUBJECT NO. |
| | PRINT NO. | AP93556 |

*(vertical left margin text: DO NOT WRITE ON PAGE S LAID OVER THIS FORM)*

## AVOLITION – APATHY

**13. GROOMING AND HYGIENE**

$^{14}$ [ ]
- **1 =** No evidence of poor grooming and hygiene
- **2 =** Mild;  some slight but definite indication of inattention to appearance
- **3 =** Moderate;  appearance is somewhat disheveled
- **4 =** Marked;  appearance is significantly disheveled
- **5 =** Severe;  appearance is extremely disheveled

**14. IMPERSISTENCE AT WORK OR SCHOOL***

$^{15}$ [ ]
- **1 =** No evidence of impersistence at work or school
- **2 =** Mild;  slight indication of impersistence
- **3 =** Moderate; definite indication of impersistence
- **4 =** Marked;  significant indications of impersistence
- **5 =** Severe;  patient consistently fails to maintain a record at work or in school
- **9 =** Cannot be assessed adequately because of severe formal thought disorder, uncooperativeness, or marked evasiveness/guardedness or not assessed

**15. PHYSICAL ANERGIA***

$^{16}$ [ ]
- **1 =** No evidence of physical anergia
- **2 =** Mild anergia
- **3 =** Moderate anergia
- **4 =** Marked anergia
- **5 =** Severe anergia
- **9 =** Cannot be assessed adequately because of severe formal thought disorder, uncooperativeness, or marked evasiveness/guardedness or not assessed

**16. GLOBAL RATING OF AVOLITION**

$^{17}$ [ ]
- **1 =** No avolition
- **2 =** Mild;  but definitely present
- **3 =** Moderate avolition
- **4 =** Marked avolition
- **5 =** Severe avolition
- **9 =** Cannot be assessed

## ANHEDONIA – ASOCIALITY

*(vertical left margin text: NO CARBON REQUIRED)*

**17. RECREATIONAL INTERESTS AND ACTIVITIES***

$^{18}$ [ ]
- **1 =** No inability to enjoy recreational interests or activities
- **2 =** Mild inability to enjoy recreational activities
- **3 =** Moderate inability to enjoy recreational activities
- **4 =** Marked inability to enjoy recreational activities
- **5 =** Severe inability to enjoy recreational activities
- **9 =** Cannot be assessed adequately because of severe formal thought disorder, uncooperativeness, or marked evasiveness/guardedness or not assessed

**18. SEXUAL INTEREST AND ACTIVITIES***

$^{19}$ [ ]
- **1 =** No inability to enjoy sexual activities
- **2 =** Mild but definite loss of ability to enjoy sex
- **3 =** Moderate loss of ability to enjoy sex
- **4 =** Marked loss of ability to enjoy sex
- **5 =** Severe loss of ability to enjoy sex
- **9 =** Cannot be assessed adequately because of severe formal thought disorder, uncooperativeness, or marked evasiveness/guardedness or not assessed

**\* Ratings based primarily upon verbal report**

| RELAPSE PREVENTION TRIAL | Keypunch Note: Modified SANS (3) is continued on form titled Modified SANS (4) |
|---|---|

C49

| | | |
|---|---|---|
| ZENECA PHARMACEUTICALS GROUP<br>ZENECA INC.<br>**MODIFIED SANS (4)** | TRIAL NO.<br>**5077IL/0015** | CENTER NO.<br>**00** _ _ |
| | SUBJECT ID. | SUBJECT NO. |
| | | PRINT NO.<br>**AP93557** |

### ANHEDONIA – ASOCIALITY (continued)

**19. ABILITY TO FEEL INTIMACY AND CLOSENESS***

[20] ☐ 
1 = No  inability to feel  intimacy and closeness
2 = Mild but definite inability to feel intimacy and closeness
3 = Moderate inability to feel intimacy and closeness
4 = Marked inability to feel intimacy and closeness
5 = Severe inability to feel intimacy and closeness
9 = Cannot be assessed adequately because of severe formal thought disorder, uncooperativeness, or marked evasiveness/guardedness or not assessed

**20. RELATIONSHIPS WITH FRIENDS AND PEERS***

[21] ☐
1 = No inability to form friends
2 = Mild but definite inability to form friendships
3 = Moderate inability to form friendships
4 = Marked inability to form friendships
5 = Severe inability to form friendships
9 = Cannot be assessed adequately because of severe formal thought disorder, uncooperativeness, or marked evasiveness/guardedness or not assessed

**21. GLOBAL RATING OF ANHEDONIA – ASOCIALITY**

[22] ☐
1 = No  evidence of anhedonia – asociality
2 = Mild but definite evidence of anhedonia – asociality
3 = Moderate evidence of anhedonia – asociality
4 = Marked evidence of anhedonia – asociality
5 = Severe evidence of anhedonia – asociality
9 = Cannot be assessed

### ATTENTION

**22. SOCIAL INATTENTIVENESS**

[23] ☐
1 = No indication of inattentiveness
2 = Mild but definite signs of inattentiveness
3 = Moderate signs of inattentiveness
4 = Marked signs of inattentiveness
5 = Severe signs of inattentiveness
9 = Cannot be assessed adequately because of severe formal thought disorder, uncooperativeness, or marked evasiveness/guardedness or not assessed

**23. INATTENTIVENESS DURING MENTAL STATUS TESTING***

[24] ☐
1 = No  errors
2 = Mild but definite (one error)
3 = Moderate (two errors)
4 = Marked (three errors)
5 = Severe (more than three errors)

**24. GLOBAL RATING OF ATTENTION**

[25] ☐
1 = No indication of inattentiveness
2 = Mild  but definite inattentiveness
3 = Moderate inattentiveness
4 = Marked inattentiveness
5 = Severe inattentiveness

**\* Ratings based primarily upon verbal report**

*RELAPSE PREVENTION TRIAL*

AP93557

DO NOT WRITE ON PAGES LAID OVER THIS FORM

NO CARBON REQUIRED

C50

ZENECA PHARMACEUTICALS GROUP
ZENECA INC.
**SIMPSON SCALE**

| TRIAL NO. | 5077IL/0015 | CENTER NO. | 00 _ _ |
| SUBJECT ID. | | SUBJECT NO. | |

| FORM NO. 693 | VISIT NO. | SEQUENCE NO. 0 | | PRINT NO. AP93558 |

Week Number [  ]   Date (month/day/year) [ ][ ] [ ][ ] [1][9][9][ ]   (Put appropriate code in boxes below)

DO NOT WRITE ON PAGE 5 LAID OUT H THIS FORM

NO CARBON REQUIRED

**1. GAIT**

1 = Normal
2 = Mild diminution in swing while the patient is walking
3 = Obvious diminution in swing suggesting shoulder rigidity
4 = Stiff gait with little or no arm swing noticeable
5 = Rigid gait with arms slightly pronated; or stooped–shuffling gait with propulsion and repropulsion
9 = Not ratable

Score [  ] (2)

**2. ARM DROPPING**

1 = Normal, free fall with loud slap and rebound
2 = Fall slowed slightly with less audible contact and little rebound
3 = Fall slowed, no rebound
4 = Marked slowing, no slap at all
5 = Arms fall as though against resistance: as though through glue
9 = Not ratable

Score [  ] (3)

**3. SHOULDER SHAKING**

1 = Normal
2 = Slight stiffness and resistance
3 = Moderate stiffness and resistance
4 = Marked rigidity with difficulty in passive movement
5 = Extreme stiffness and rigidity with almost a frozen joint
9 = Not ratable

Score [  ] (4)

**4. ELBOW RIGIDITY**

1 = Normal
2 = Slight stiffness and resistance
3 = Moderate stiffness and resistance
4 = Marked rigidity with difficulty in passive movement
5 = Extreme stiffness and rigidity with almost a frozen joint
9 = Not ratable

Score [  ] (5)

**5. WRIST RIGIDITY**

1 = Normal
2 = Slight stiffness and resistance
3 = Moderate stiffness and resistance
4 = Marked rigidity with difficulty in passive movement
5 = Extreme stiffness and rigidity with almost a frozen joint
9 = Not ratable

Score [  ] (6)

**6. HEAD ROTATION**

1 = Loose, no resistance
2 = Slight resistance to movement although the time to rotate may be normal
3 = Resistance is apparent and time of rotation is shortened
4 = Resistance is obvious and rotation is slowed
5 = Head appears stiff and rotation is difficult to carry out
9 = Not ratable

Score [  ] (7)

**7. GLABELLAR TAP**

1 = 0–5  blinks
2 = 6–10 blinks
3 = 11–15 blinks
4 = 16–20 blinks
5 = 21 or more blinks
9 = Not ratable

Score [  ] (8)

**8. TREMOR**

1 = Normal
2 = Mild finger tremor, obvious to sight and touch
3 = Tremor of hand or arm occurring spasmodically
4 = Persistent tremor of one or more limbs
5 = Whole body tremor
9 = Not ratable

Score [  ] (9)

**9. SALIVATION**

1 = Normal
2 = Excess salivation so that pooling takes place if mouth is open and tongue is raised
3 = Excess salivation is present and might occasionally result in difficulty speaking
4 = Speaking with difficulty because of excess salivation
5 = Frank drooling
9 = Not ratable

Score [  ] (10)

**10. AKATHISIA**

1 = No restlessness reported or observed
2 = Mild restlessness observed (e.g., occasional jiggling of foot when subject is seated)
3 = Moderate restlessness observed (e.g., on several occasions jiggles foot, crosses and uncrosses legs or twists parts of body)
4 = Restlessness frequently observed (e.g., foot or leg moving most of the time)
5 = Restlessness persistently observed (e.g., patient cannot sit still and may get up and walk)
9 = Not ratable

Score [  ] (11)

RELAPSE PREVENTION TRIAL

C51

ZENECA PHARMACEUTICALS GROUP
ZENECA INC.
**ABNORMAL INVOLUNTARY MOVEMENT SCALE (AIMS)**

| TRIAL NO. 5077IL/0015 | CENTER NO. 00 _ _ |
|---|---|
| SUBJECT ID. | SUBJECT NO. |

| FORM NO. 534 | VISIT NO. | SEQUENCE NO. 0 | | PRINT NO. AP93559 |
|---|---|---|---|---|

Week Number [ ][ ]     Date (month/day/year) ¹[ ][ ] . [ ][ ] 1 9 9 [ ]

Instructions:  Complete examination procedure before making ratings.  When rating movements, rate highest severity observed and rate movements that occur upon activation one less than those observed spontaneously.
**(Put appropriate code in boxes below)**

DO NOT WRITE ON PAGES LAID OVER THIS FORM

NO CARBON REQUIRED

**FACIAL AND ORAL MOVEMENTS**

1. **Muscles of facial expression**   e.g.,  movements of forehead, eyebrows, periorbital area, cheeks; include frowning, blinking, smiling, grimacing

   ³ [ ]  0 =   None
        1 =   Minimal (may be extreme normal)
        2 =   Mild
        3 =   Moderate
        4 =   Severe

2. **Lips and perioral area**   e.g.,  puckering,  pouting, smacking

   ⁴ [ ]  0 =   None
        1 =   Minimal (may be extreme normal)
        2 =   Mild
        3 =   Moderate
        4 =   Severe

3. **Jaw**  e.g.,  biting, clenching, chewing, mouth opening, lateral movements

   ⁵ [ ]  0 =   None
        1 =   Minimal (may be extreme normal)
        2 =   Mild
        3 =   Moderate
        4 =   Severe

4. **Tongue**  rate only  increase in  movement both in and out of mouth, not inability to sustain movement

   ⁶ [ ]  0 =   None
        1 =   Minimal (may be extreme normal)
        2 =   Mild
        3 =   Moderate
        4 =   Severe

**EXTREMITY MOVEMENTS**

5. **Upper (arms, wrists, hands, fingers)**   include choreic movements (i.e., rapid, objectively purpose- less, irregular, spontaneous) and athetoid movements (i.e., slow, irregular, complex,  serpentine).  Do **not** include tremor (i.e., repetitive, regular, rhythmic)

   ⁷ [ ]  0 =   None
        1 =   Minimal (may be extreme normal)
        2 =   Mild
        3 =   Moderate
        4 =   Severe

**EXTREMITY MOVEMENTS (continued)**

6. **Lower (legs, knees, ankles, toes)**  e.g., lateral knee movement, foot tapping, heel dropping, foot squirming, inversion and eversion of foot

   ⁸ [ ]  0 =   None
        1 =   Minimal (may be extreme normal)
        2 =   Mild
        3 =   Moderate
        4 =   Severe

**TRUNK MOVEMENTS**

7. **Neck, shoulders, hip**  e.g., rocking, twisting, squirming, pelvic gyrations

   ⁹ [ ]  0 =   None
        1 =   Minimal (may be extreme normal)
        2 =   Mild
        3 =   Moderate
        4 =   Severe

**GLOBAL JUDGEMENTS**

8. **Severity of abnormal movements**

   ¹⁰ [ ]  0 =   None/normal
         1 =   Minimal
         2 =   Mild
         3 =   Moderate
         4 =   Severe

9. **Incapacitation due to abnormal movements**

   ¹¹ [ ]  0 =   None/normal
         1 =   Minimal
         2 =   Mild
         3 =   Moderate
         4 =   Severe

10. **Patient's awareness of abnormal movements**
    Rate only patient's report

   ¹² [ ]  0 =   No awareness
         1 =   Aware, no distress
         2 =   Aware, mild distress
         3 =   Aware, moderate distress
         4 =   Aware, severe distress

**DENTAL STATUS**

Any current problems with teeth and/or dentures?   Yes [ ]  No [ ]

Does subject usually wear dentures?   Yes [ ]  No [ ]

RELAPSE PREVENTION TRIAL

AP93559

C52

ZENECA PHARMACEUTICALS GROUP
ZENECA INC.
**PRESCRIPTION RECORD – SEGMENT B TITRATION**

| TRIAL NO. | 5077IL/0015 | CENTER NO. | 00 _ _ |
|---|---|---|---|
| SUBJECT ID. | | SUBJECT NO. | |

| FORM NO. | 1214 | VISIT NO. | 4 | SEQUENCE NO. | 0 | | | PRINT NO. | AP93560 |
|---|---|---|---|---|---|---|---|---|---|

DO NOT WRITE ON PAGES LAID OVER THIS FORM

NO CARBON REQUIRED

| DAY NO. | DATE month/day/year | 8AM (√) 1 | 2PM (√) 2 | 8PM (√) 3 | NOMINAL DAILY DOSE (mg) | NUMBER TABLETS DISPENSED | NUMBER TABLETS RETURNED | COMMENT |
|---|---|---|---|---|---|---|---|---|
| 2 1 | 1 [  ][  ] 1 9 9 | 3 | 4 | 5 | 6 | 8 17 | 9 | 14 |
| 16 2 | 15 [  ][  ] 1 9 9 | 17 | 18 | 19 | 20 | 22 17 | 23 | 28 |
| 30 3 | 29 [  ][  ] 1 9 9 | 31 | 32 | 33 | 34 | 36 17 | 37 | 42 |
| 44 4 | 43 [  ][  ] 1 9 9 | 45 | 46 | 47 | 48 | 50 17 | 51 | 56 |
| 58 5 | 57 [  ][  ] 1 9 9 | 59 | 60 | 61 | 62 | 64 17 | 65 | 70 |
| 72 6 | 71 [  ][  ] 1 9 9 | 73 | 74 | 75 | 76 | 78 17 | 79 | 84 |
| 86 7 | 85 [  ][  ] 1 9 9 | 87 | 88 | 89 | 90 | 92 17 | 93 | 98 |
| 100 8 | 99 [  ][  ] 1 9 9 | 101 | 102 | 103 | 104 | 106 17 | 107 | 112 |
| 114 9 | 113 [  ][  ] 1 9 9 | 115 | 116 | 117 | 118 | 120 17 | 121 | 126 |
| 128 10 | 127 [  ][  ] 1 9 9 | 129 | 130 | 131 | 132 | 134 17 | 135 | 140 |
| 142 11 | 141 [  ][  ] 1 9 9 | 143 | 144 | 145 | 146 | 148 17 | 149 | 154 |
| 156 12 | 155 [  ][  ] 1 9 9 | 157 | 158 | 159 | 160 | 162 17 | 163 | 168 |
| 170 13 | 169 [  ][  ] 1 9 9 | 171 | 172 | 173 | 174 | 176 17 | 177 | 182 |
| 184 14 | 183 [  ][  ] 1 9 9 | 185 | 186 | 187 | 188 | 190 17 | 191 | 196 |

Has subject been titrated to maximum nominal daily dose of "600 mg" ?   Yes [  ]   No [  ]   **If no, do not continue**

RELAPSE PREVENTION TRIAL

C53

| ZENECA PHARMACEUTICALS GROUP ZENECA INC. **12–LEAD ECG REPORT** | TRIAL NO. **5077IL/0015** | CENTER NO. **00** _ _ |
|---|---|---|
| | SUBJECT ID. | SUBJECT NO. |

| FORM NO. **499** | VISIT NO. | SEQUENCE NO. **0** | REFERENCE RANGE **9999** | PRINT NO. **AP93561** |
|---|---|---|---|---|

*(left margin, vertical text: DO NOT WRITE ON PAGE 5 LEAD OVER THIS FORM)*

*(left margin, vertical text: NO CARBON REQUIRED)*

WEEK NUMBER [  ]      DATE OF ECG  [1] [ ][ ] . [ ][ ] . [1][9][9][ ] .
                                   month    day    year

RATE,   ATRIAL      [2] [ ][ ][ ]  /min

            VENTRICULAR   [3] [ ][ ][ ]  /min .

RHYTHM ($\sqrt{}$)   [4] ☐ SINUS    ☐ OTHER (Describe) [5] _____
                        1            2

AXIS    ($\sqrt{}$)   [6] ☐ NORMAL   ☐ LEFT   ☐ RIGHT   ☐ INDETERMINATE
                        1           2        3          4

PR INTERVAL   [7] [0][ ][ ][ ]  (sec)

QRS INTERVAL  [8] [0][ ][ ][ ]  (sec)

QT INTERVAL   [9] [0][ ][ ][ ]  (sec)

RR INTERVAL   [10] [0][ ][ ][ ]  (sec)   **(Complete only if QTc is manually calculated)**

QTc   [17] [0][ ][ ][ ]  (sec)

P WAVE  ($\sqrt{}$)   [11] ☐ NORMAL    ☐ ABNORMAL
                         N            A

QRS COMPLEX  ($\sqrt{}$)   [12] ☐ NORMAL    ☐ ABNORMAL
                              N            A

ST SEGMENT  ($\sqrt{}$)   [13] ☐ NORMAL    ☐ ABNORMAL
                             N            A

T WAVE  ($\sqrt{}$)   [14] ☐ NORMAL    ☐ ABNORMAL
                         N            A

OVERALL EVALUATION

        ARE ANY FINDINGS CLINICALLY SIGNIFICANT ?   **NO**   **YES***
                                                  [19] ☐      ☐
                                                       N      Y

    IF **YES**, DESCRIBE   [20] _____
                                _____

─────────────────────────────────────────────
*Assess and if appropriate, record on form titled **ADVERSE EXPERIENCES**

| RELAPSE PREVENTION TRIAL |
|---|

C54

| ZENECA PHARMACEUTICALS GROUP ZENECA INC. **OPHTHALMOLOGIC EXAMINATION** | TRIAL NO. **5077IL/0015** | CENTER NO. **00 _ _** |
|---|---|---|
| | SUBJECT ID. | SUBJECT NO. |

| FORM NO. **1250** | VISIT NO. | SEQUENCE NO. **0** | | PRINT NO. **AP93562** |
|---|---|---|---|---|

WEEK NUMBER [  ]        DATE OF EXAM  ¹ [ ][ ][ ][ ][ 1 ][ 9 ][ 9 ][ ]
                                              month    day      year

DO NOT WRITE ON PAGES LAID OVER THIS FORM

|  | **RIGHT EYE** | **LEFT EYE** |
|---|---|---|
| BEST CORRECTED VISUAL ACUITY | 20/ ² [  ] | 20/ ³ [  ] |
| DILATED SLIT LAMP EXAMINATION OF THE OCULAR LENS | NORMAL  ABNORMAL<br>⁴ [ ]       [ ]<br>  N        A | NORMAL  ABNORMAL<br>⁶ [ ]       [ ]<br>  N        A |
| IF ABNORMAL, DESCRIBE | ⁵ _____<br>_____<br>_____ | ⁷ _____<br>_____<br>_____ |

WAS THERE A SIGNIFICANT CHANGE IN THE OCULAR **LENS** FROM THE SCREENING OPHTHALMOLOGIC EXAM?

     NO    YES
  ⁸ [ ]   [ ]
     N     Y

If **YES**, describe:

⁹

_____

_____

NO CARBON REQUIRED

RELAPSE PREVENTION TRIAL

C55

| ZENECA PHARMACEUTICALS GROUP ZENECA INC. **QUALITY OF LIFE SCALE** | TRIAL NO. 5077IL/0015 | CENTER NO. 00 _ _ |
|---|---|---|
| | SUBJECT ID. | SUBJECT NO. |

| FORM NO. 1171 | VISIT NO. | SEQUENCE NO. 0 | | PRINT NO. AP93564 |
|---|---|---|---|---|

Week Number [ ] [ ]          Date of rating [1] [ _ _ ] [ _ _ ] [1] [9] [9]
                                              month    day      year

---

**Check (√) the appropriate score in each category below**

## INTERPERSONAL RELATIONS AND SOCIAL NETWORK

| | | | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Household Member | [2] | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 2. | Friends | [3] | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 3. | Acquaintances | [4] | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 4. | Social Activity | [5] | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 5. | Social Network | [6] | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 6. | Social Initiatives | [7] | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 7. | Social Withdrawal | [8] | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 8. | Sociosexual Relations | [9] | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |

## INSTRUMENTAL ROLE FUNCTIONING

| | | | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| 9. | Extent | [10] | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 10. | Adequacy | [11] | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 11. | Underemployment | [12] | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 12. | Satisfaction | [13] | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

## INTRAPSYCHIC FOUNDATIONS AND COMMON OBJECTS AND ACTIVITIES

| | | | 0 | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|---|---|
| 13. | Sense of Purpose | [14] | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 14. | Motivation | [15] | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 15. | Curiosity | [16] | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 16. | Anhedonia | [17] | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 17. | Time Utilization | [18] | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 18. | Objects | [19] | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 19. | Activities | [20] | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 20. | Empathy | [21] | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 21. | Interaction | [22] | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

RELAPSE PREVENTION TRIAL

DO NOT WRITE ON PAGES LAID OVER THIS FORM

NO CARBON REQUIRED

C56

| ZENECA PHARMACEUTICALS GROUP ZENECA INC. HEALTH OUTCOMES QUESTIONNAIRE – SUBJECT | | TRIAL NO. 5077IL/0015 | CENTER NO. 00 _ _ |
|---|---|---|---|
| | | SUBJECT ID. | SUBJECT NO. |

| FORM NO. 1253 | VISIT NO. | SEQUENCE NO. 0 | | PRINT NO. AP93565 |
|---|---|---|---|---|

**(Adapted from A. P. Lehman, M.D., M.S.P.H.)**

Week Number [  ][  ]     Date of visit [  ][  ][  ][1][9][9][  ]¹
                                        month    day    year

DO NOT WRITE ON PAGES LAID OVER THIS FORM

What is subject's current living situation?  (Put appropriate code in box below)

³ [  ]     **A =**  Hospital

**B =**  Skilled nursing facility — 24 hour nursing service

**C =**  Intermediate care facility — less than 24 hour nursing care facility

**D =**  Supervised group living (generally long term)

**E =**  Transitional group home (halfway or quarterway house)

**F =**  Family foster care

**G =**  Cooperative apartment, supervised (staff on premises)

**H =**  Cooperative apartment, unsupervised (staff not on premises)

**I =**  Board and care home (private proprietary home for adults, with program and supervision)

**J =**  Boarding house (includes meals, no program or supervision)

**K =**  Rooming or boarding house or hotel (includes single room occupancy, no meals are provided, cooking facilities may be available)

**L =**  Private house or apartment

**M =**  Shelter

**N =**  Jail

**O =**  No current residence (including the streets, bus stations, missions, etc.)

**P =**  No information

NOT CARBON REQUIRED

RELAPSE PREVENTION TRIAL

AP93565

C57

ZENECA PHARMACEUTICALS GROUP
ZENECA INC.
**HEALTH OUTCOMES QUESTIONNAIRE (1)**

| TRIAL NO. 5077IL/0015 | CENTER NO. 00 _ _ |
|---|---|
| SUBJECT ID. | SUBJECT NO. |

| FORM NO. 1253 | VISIT NO. | SEQUENCE NO. 0 | | PRINT NO. AP93565R |
|---|---|---|---|---|

**(Adapted from A. P. Lehman, M.D., M.S.P.H.)**

Week Number [ ]     Date of visit [¹] [ ][ ] [ ][ ] 1 9 9 [ ]
month    day    year

---

DO NOT WRITE ON PAGES LAID OVER THIS FORM

NO CARBON REQUIRED

**This part of the questionnaire is to be filled out by the subject**

---

What is subject's current living situation?  (Put appropriate code in box below)

[³] [ ]    **A =** Hospital

**B =** Skilled nursing facility — 24 hour nursing service

**C =** Intermediate care facility — less than 24 hour nursing care facility

**D =** Supervised group living (generally long term)

**E =** Transitional group home (halfway or quarterway house)

**F =** Family foster care

**G =** Cooperative apartment, supervised (staff on premises)

**H =** Cooperative apartment, unsupervised (staff not on premises)

**I =** Board and care home (private proprietary home for adults, with program and supervision)

**J =** Boarding house (includes meals, no program or supervision)

**K =** Rooming or boarding house or hotel (includes single room occupancy, no meals are provided, cooking facilities may be available)

**L =** Private house or apartment

**M =** Shelter

**N =** Jail

**O =** No current residence (including the streets, bus stations, missions, etc.)

**P =** No information

KEYPUNCH NOTE: HEALTH OUTCOMES QUESTIONNAIRE (1) IS CONTINUED
ON FORM TITLED HEALTH OUTCOMES QUESTIONNAIRE (2)

---

RELAPSE PREVENTION TRIAL

AP93565R

C58

ZENECA PHARMACEUTICALS GROUP
ZENECA INC.
**HEALTH OUTCOMES QUESTIONNAIRE – CAREGIVER**

| TRIAL NO. | 5077IL/0015 | CENTER NO. | 00 _ _ |
| SUBJECT ID. | | SUBJECT NO. | |

| FORM NO. 1253 | VISIT NO. | SEQUENCE NO. 0 | | PRINT NO. AP93566 |

Week Number [ ]   Date of visit [ ] [ ] [ ] [1] [9] [9]
                                 month   day      year

---

**PRIMARY RELATIONSHIP**

Has there been a change in the sponsor (caregiver) since the last assessment?   2   Yes [ ] No [ ]
**If no, go to the EMPLOYMENT STATUS section**                                        Y      N

If **yes**, what is your **SPONSOR'S PRIMARY** relationship to the subject?  (Put appropriate code in box below)

4 [ ]   1 = Spouse/significant other

        2 = Family

        3 = Friend

        4 = Psychiatric personnel (e.g., case worker, group home staff)

        5 = Other   Specify: 5 _____

---

**EMPLOYMENT STATUS (Answer the following questions only if SPONSOR if the primary caregiver for the subject)**

Has there been a change in the sponsor's employment status since the last assessment?   6   Yes [ ] No [ ]
**If no, go to DAYS OUT OF WORK section**                                                     Y      N

Is the sponsor employed?   7   Yes [ ] No* [ ]
                                Y      N

*If  **No**, is the reason related to caring for the subject?   8   Yes [ ] No [ ]
                                                                    Y      N

**Type of paid work performed:**  (check (√) **all** that apply)

                                                      Yes
Managerial/professional           9  [ ]
Clerical/technical               10  [ ]
Skilled manual labor             11  [ ]
Unskilled manual labor           12  [ ]
                                                      Y

---

**DAYS OUT OF WORK**

What was the total number of days during the past month in which the sponsor was unable
to work because of the need to care for the subject?   13 [          ]

---

RELAPSE PREVENTION TRIAL

AP93566

*(left margin, vertical text)* DO NOT WRITE ON PAGES 1 AND OVER THIS FORM

*(left margin, vertical text)* NO CARBON REQUIRED

C59

ZENECA PHARMACEUTICALS GROUP
ZENECA INC.
**HEALTH OUTCOMES QUESTIONNAIRE (2)**

| TRIAL NO. | 5077IL/0015 | CENTER NO. | 00 _ _ |
|---|---|---|---|
| SUBJECT ID. | | SUBJECT NO. | |
| | | PRINT NO. | AP93566R |

Date of visit [ ][ ] [ ][ ] [ 1 ][ 9 ][ 9 ][ 9 ]
          month   day     year

DO NOT WRITE ON PAGES LAID OVER THIS FORM

### This part of the questionnaire is to be filled out by the primary caregiver

**PRIMARY RELATIONSHIP**

Has there been a change in the sponsor (caregiver) since the last assessment?   2 [ ] Yes  [ ] No
**If no, go to the EMPLOYMENT STATUS section.**              Y    N

If **yes**, what is your **SPONSOR'S PRIMARY** relationship to the subject?  (Put appropriate code in box below)

4 [ ]   **1 =** Spouse/significant other

       **2 =** Family

       **3 =** Friend

       **4 =** Psychiatric personnel (e.g., case worker, group home staff)

       **5 =** Other   Specify: 5 _____

**EMPLOYMENT STATUS (Answer the following questions only if SPONSOR if the primary caregiver for the subject)**

Has there been a change in the sponsor's employment status since the last assessment?   6 [ ] Yes  [ ] No
**If no, go to DAYS OUT OF WORK section**               Y    N

Is the sponsor employed?   7 [ ] Yes  [ ] No*
               Y    N

*If **No**, is the reason related to caring for the subject?   8 [ ] Yes  [ ] No
               Y    N

NO CARBON REQUIRED

**Type of paid work performed:**  (check (√) all that apply)

                         Yes

    Managerial/professional   9 [ ]

    Clerical/technical   10 [ ]

    Skilled manual labor   11 [ ]

    Unskilled manual labor   12 [ ]
                         Y

**DAYS OUT OF WORK**

What was the total number of days during the past month in which the sponsor was unable
to work because of the need to care for the subject?   13 [ ][ ]

RELAPSE PREVENTION TRIAL

AP93566R

C60

| ZENECA PHARMACEUTICALS GROUP<br>ZENECA INC.<br>**PHYSICAL EXAM – FINAL** | | | TRIAL NO.<br>**5077IL/0015** | CENTER NO.<br>**00 _ _** |
|---|---|---|---|---|
| | | | SUBJECT ID. | SUBJECT NO. |
| FORM NO.<br>**310** | VISIT NO. | SEQUENCE NO.<br>**0** | | PRINT NO.<br>**AP93567** |

*DO NOT WRITE ON PAGES LAID OVER THIS FORM*

Date of exam  ¹ ☐☐ ☐☐ 1 9 9 ☐
                  month  day    year

Were there any clinically significant changes compared to the previous physical exam ?

   **NO**  **YES**
³ ☐   ☐   If YES, describe below and record on form titled **Adverse Experiences**
   N    Y

*NO CARBON REQUIRED*

RELAPSE PREVENTION TRIAL

C61

| ZENECA PHARMACEUTICALS GROUP ZENECA INC. **CONCURRENT THERAPY** | | TRIAL NO. **5077IL/0015** | CENTER NO. **00 _ _** |
|---|---|---|---|
| | | SUBJECT ID. | SUBJECT NO. |
| FORM NO. **1093** | VISIT NO. | SEQUENCE NO. | PRINT NO. **AP93568** |

DATE OF STUDY ENTRY [1]  [ ] [ ] [ ] [ ] | 1 | 9 | 9 |   month  day  year

CHECK (√) IF **NO** CONCURRENT THERAPY GIVEN [2] [ ] **N**

**NOTE:** If an INDICATION is a new medical condition that develops **after** subject has entered trial, then consider appropriate entry on form titled **ADVERSE EXPERIENCES**

| THERAPY | DOSE/ FREQUENCY/ ROUTE | DATE (month/day/year) | INDICATION | CONTIN– UING?(√) |
|---|---|---|---|---|
| 4 | 6 | 7 DATE STARTED [ ][ ][ ] 1 9 9  9 DATE STOPPED [ ][ ][ ] 1 9 9 | 5 | 11 [ ] Y |
| 12 | 14 | 15 DATE STARTED [ ][ ][ ] 1 9 9  17 DATE STOPPED [ ][ ][ ] 1 9 9 | 13 | 19 [ ] Y |
| 20 | 22 | 23 DATE STARTED [ ][ ][ ] 1 9 9  25 DATE STOPPED [ ][ ][ ] 1 9 9 | 21 | 27 [ ] Y |
| 28 | 30 | 31 DATE STARTED [ ][ ][ ] 1 9 9  33 DATE STOPPED [ ][ ][ ] 1 9 9 | 29 | 35 [ ] Y |
| 36 | 38 | 39 DATE STARTED [ ][ ][ ] 1 9 9  41 DATE STOPPED [ ][ ][ ] 1 9 9 | 37 | 43 [ ] Y |
| 44 | 46 | 47 DATE STARTED [ ][ ][ ] 1 9 9  49 DATE STOPPED [ ][ ][ ] 1 9 9 | 45 | 51 [ ] Y |
| 52 | 54 | 55 DATE STARTED [ ][ ][ ] 1 9 9  57 DATE STOPPED [ ][ ][ ] 1 9 9 | 53 | 59 [ ] Y |
| 60 | 62 | 63 DATE STARTED [ ][ ][ ] 1 9 9  65 DATE STOPPED [ ][ ][ ] 1 9 9 | 61 | 67 [ ] Y |

*RELAPSE PREVENTION TRIAL*

DO NOT WRITE ON PAGES LAID OVER THIS FORM

NO CARBON REQUIRED

ZENECA PHARMACEUTICALS GROUP
ZENECA INC.
ADVERSE EXPERIENCES

| DATE OF STUDY ENTRY | FORM NO. 740 | PRINT NO. AP93569 | TRIAL NO. 5071IL/0015 | CENTER NO. 00 |
|---|---|---|---|---|
| month day year 1 1 9 9 | VISIT NO. | SEQUENCE NO. | SUBJECT ID. | SUBJECT NO. |

ANY ADVERSE EXPERIENCES ? (√) 2 NO  1 YES

| ADVERSE EXPERIENCE | DATE (mo/da/yr) | INTENSITY (see codes below) | CLASSIFICATION (see codes below) Y  N | OUTCOME TO DATE (see codes below) | WITHDRAWN FROM STUDY DUE TO EVENT ? YES  NO Y  N | CAUSALITY ASSESSMENT (see codes below) | CAUSALITY REASON (see codes below, if CODE 6 – Other, specify reason) |

1.
ONSET 1 9 9
RESOLVED 1 9 9
A – 11
B – 12
C – 13
CODE 6 REASON (Specify):
COMMENTS N (NONE)

2.
ONSET 1 9 9
RESOLVED 1 9 9
A – 29
B – 30
C – 31
CODE 6 REASON (Specify):
COMMENTS N (NONE)

3.
ONSET 1 9 9
RESOLVED 1 9 9
A – 47
B – 48
C – 49
CODE 6 REASON (Specify):
COMMENTS N (NONE)

4.
ONSET 1 9 9
RESOLVED 1 9 9
A – 65
B – 66
C – 67
CODE 6 REASON (Specify):
COMMENTS N (NONE)

CODES:

CLASSIFICATION
(Check Y (Yes) or N (No) for each category
A = Requiring or prolonging hospitalization
B = Causing severe or permanent disability
C = Life threatening

INTENSITY
1 = Mild
2 = Moderate
3 = Severe

OUTCOME TO DATE
1 = Recovered
2 = Ongoing, no treatment
3 = Ongoing, under treatment
4 = Died (Enter details on form titled STUDY COMPLETION)

CAUSALITY ASSESSMENT
(Was experience related to test drug ?)
1 = No – not related
2 = Probably not
3 = Probably
4 = Definitely
5 = Undetermined

CAUSALITY REASONS (Specify above)
1 = Temporal relationship
2 = Previous experience with test drug
3 = Previous experience with similar drug
4 = No other cause found
5 = No reason provided
6 = Other (specify above under CAUSALITY REASON)

RELAPSE PREVENTION TRIAL

AP93569

C63

| ZENECA PHARMACEUTICALS GROUP ZENECA INC. **STUDY COMPLETION/WITHDRAWAL** | TRIAL NO. **5077IL/0015** | CENTER NO. **00 _ _** |
|---|---|---|
| | SUBJECT ID. | SUBJECT NO. |

| FORM NO. **1094** | VISIT NO. | SEQUENCE NO. **0** | | PRINT NO. **AP93570** |
|---|---|---|---|---|

DATE STUDY COMPLETED [1] [ ] [ ] [ ] [ ] [1] [9] [9] [ ]
month   day   year

KEYPUNCH NOTE: USE THIS DATE AND FIELD NO. 1 FOR EACH SUCCEEDING FORM ON THIS PAGE

DATE OF LAST DOSE [2] [ ] [ ] [ ] [ ] [1] [9] [9] [ ]
month   day   year

WAS SUBJECT ASSIGNED TO RANDOMIZED TREATMENT ? [9]    YES [ ] Y    NO [ ] N

If **yes**, specify below that subject completed the study per protocol or indicate primary reason for subject's withdrawal by putting appropriate number in adjacent box

[4] [ ]   0 = COMPLETED PROTOCOL

1 = PSYCHOTIC RELAPSE

2 = SUBJECT REFUSED TO CONTINUE OR LOST TO FOLLOW–UP

3 = ADVERSE EXPERIENCE OR INTERCURRENT ILLNESS

4 = PROTOCOL NONCOMPLIANCE

STATEMENT OF DEATH

DATE OF DEATH [6] [ ] [ ] [ ] [ ] [1] [9] [9] [ ]
month   day   year

WAS A POSTMORTEM PERFORMED ? [8]   YES [ ] Y   NO [ ] N

CAUSE OF DEATH
[7] _____

| FORM NO. **810** | VISIT NO. | SEQUENCE NO. **0** | | |
|---|---|---|---|---|

IS SUBJECT ENTERING THE OPEN–LABEL EXTENSION PHASE? [3]   YES [ ] Y   NO [ ] N

**COMPLETE ONLY IF SUBJECT HAS RELAPSED**

WAS SUBJECT HOSPITALIZED AS A RESULT OF THIS RELAPSE? [4]   YES [ ] Y   NO [ ] N

RELAPSE PREVENTION TRIAL

DO NOT WRITE ON PAGES LAID OVER THIS FORM

NO CARBON REQUIRED

C64

ZENECA PHARMACEUTICALS GROUP
ZENECA INC.
**SIGNATURE PAGE**

| TRIAL NO. 5077IL/0015 | CENTER NO. 00 _ _ |
|---|---|
| SUBJECT ID. | SUBJECT NO. |
| VISIT NO. | PRINT NO. AP93571 |

USE TYPEWRITER OR BALLPOINT PEN/ BLACK INK

DO NOT WRITE ON PAGES LAID OVER THIS FORM

**I HAVE REVIEWED ALL THE SUBJECT'S DATA AND DETERMINED IT TO BE ACCURATE.**

**WEEK NUMBER** ☐☐

**SIGNATURE** _____

**DATE(mo/da/yr)** _____

NO CARBON REQUIRED

AP93571

C65

ZENECA PHARMACEUTICALS GROUP
ZENECA INC.
**ADDITIONAL HEMATOLOGY/BIOCHEMISTRY TESTS**

| TRIAL NO. 5077IL/0015 | CENTER NO. 00 _ _ |
|---|---|
| SUBJECT ID. | SUBJECT NO. |

| FORM NO. 1097 | VISIT NO. | SEQUENCE NO. | REFERENCE RANGE | ASSAY DATE USE FIELD 1 DATE | PRINT NO. AP93573 |
|---|---|---|---|---|---|

**ADDITIONAL HEMATOLOGY TESTS**     Use this form to record results obtained at **local lab only.**

DO NOT WRITE ON PAGES LAID OVER THIS FORM

DATE SPECIMEN OBTAINED

| | | | | 1 | 9 | 9 | |
|---|---|---|---|---|---|---|---|
| month | | day | | | year | | |

TEST

Co. use only

RESULT

| FORM NO. 1096 | VISIT NO. | SEQUENCE NO. | REFERENCE RANGE | ASSAY DATE USE FIELD 1 DATE | |
|---|---|---|---|---|---|

**ADDITIONAL BIOCHEMISTRY TESTS**     Use this form to record results obtained at **local lab only.**

NO CARBON REQUIRED

DATE SPECIMEN OBTAINED

| | | | | 1 | 9 | 9 | |
|---|---|---|---|---|---|---|---|
| month | | day | | | year | | |

TEST

Co. use only

RESULT

RELAPSE PREVENTION TRIAL

AP93573

C66

| ZENECA PHARMACEUTICALS GROUP ZENECA INC. **ADDITIONAL THYROID/MISCELLANEOUS TESTS** | TRIAL NO. **5077IL/0015** | CENTER NO. **00 _ _** |
|---|---|---|
| | SUBJECT ID. | SUBJECT NO. |

| FORM NO. **1204** | VISIT NO. | SEQUENCE NO. | REFERENCE RANGE | ASSAY DATE **USE FIELD 1 DATE** | PRINT NO. **AP93574** |
|---|---|---|---|---|---|

**ADDITIONAL THYROID OR MISCELLANEOUS TESTS**        (See Section 7.2.4 of protocol)

Use this form to record results obtained at **local lab only.**

DO NOT WRITE ON PAGES LAID OVER THIS FORM

**DATE SPECIMEN OBTAINED**

1 | | | | | 1 | 9 | 9 | |

month      day          year

**TEST**

**Co. use only**

**RESULT**

NO CARBON REQUIRED

C67

**ZENECA PHARMACEUTICALS GROUP**
**ZENECA INC.**
**ADDITIONAL VITAL SIGNS**

| TRIAL NO. 5077IL/0015 | CENTER NO. 00 _ _ |
|---|---|
| SUBJECT ID. | SUBJECT NO. |

| FORM NO. 1211 | VISIT NO. | SEQUENCE NO. | REFERENCE RANGE 9999 | | PRINT NO. AP93575 |

**ADDITIONAL**

*Has the subject spontaneously complained of any symptoms at time of vital signs? **If yes, record on **Adverse Experience** form. If positional (e.g., dizziness on standing), please note when recording.

[Form repeated 5 times with fields: DATE (month/day/year 1 9 9_), WEIGHT (KG/LB), SUPINE BP (mmHg) systolic/diastolic, SUPINE PULSE(bpm), STANDING BP (mmHg) systolic/diastolic, STANDING PULSE(bpm), ORAL TEMP, *SYMPTOMS? NO(N)/YES**(Y)]

RELAPSE PREVENTION TRIAL

AP93575

DO NOT WRITE ON PAGES LAID OVER THIS FORM

NO CARBON REQUIRED

C68

ZENECA PHARMACEUTICALS GROUP
ZENECA INC.
**COGNITIVE FUNCTION TESTS – SUMMARY SCORING SHEET (1)**

| TRIAL NO. **5077IL/0015** | CENTER NO. **00 _ _** |
|---|---|
| SUBJECT ID. | SUBJECT NO. |

| FORM NO. **1273** | VISIT NO. | SEQUENCE NO. **0** | | | PRINT NO. **AP93579** |
|---|---|---|---|---|---|

Option : 2 [  ]   **(Options = A, B, C or D)**      Date of test 1 [ ][ ][ ][ ][1][9][9][ ]

month    day    year

At Baseline testing only, please record educational level using the following scale

**SUBJECT**   **SUBJECT'S FATHER**   **SUBJECT'S MOTHER**

3 [  ]    4 [  ]    5 [  ]

1 =  Graduate or professional training (completed or attended 1 year of a recognized professional course)

2 =  College or university graduate ( 4 years)

3 =  Partial college (at least 1 year of college,or completed Jr. college, technical school, nursing school, etc.)

4 =  High school graduate

5 =  Partial high school (completed grades 10 or 11)

6 =  Jr. high school (completed grades 7, 8, or 9)

7 =  Less than 7 years of school

9 =  Information not available

| TASK NO. | TEST |
|---|---|
| 1 | **PARAGRAPH MEMORY TEST – IMMEDIATE RECALL** |

VERBATIM SCORE PARAGRAPH 1:      6 [          ]  (MAXIMUM = 25)

PARAPHRASE SCORE PARAGRAPH 1:      7 [          ]

VERBATIM SCORE PARAGRAPH 2:      8 [          ]  (MAXIMUM = 25)

PARAPHRASE SCORE PARAGRAPH 2:      9 [          ]

| 2 | **SYMBOL DIGIT TEST** |

TOTAL CORRECT      14 [          ]

| 3 | **PACED AUDITORY SERIAL ADDITION TEST – REVISED** |

TOTAL NUMBER OF INCORRECT RESPONSES      15 [          ]  (MAXIMUM = 6)

KEYPUNCH NOTE: Cognitive Function Tests – Summary Scoring Sheet (1) is continued on form titled Cognitive Function Tests – Summary Scoring Sheet (2)

RELAPSE PREVENTION TRIAL

*(vertical text, left margin)* DO NOT WRITE ON PAGES LAID OVER THIS FORM

*(vertical text, left margin)* NO CARBON REQUIRED

C69

| ZENECA PHARMACEUTICALS GROUP<br>ZENECA INC.<br>**COGNITIVE FUNCTION TESTS – SUMMARY SCORING SHEET (2)** | TRIAL NO.<br>**5077IL/0015** | CENTER NO.<br>**00 _ _** |
|---|---|---|
| | SUBJECT ID. | SUBJECT NO. |

| | PRINT NO.<br>**AP93580** |
|---|---|

**TASK NO.**   **TEST**

DO NOT WRITE ON PAGES LAID OVER THIS FORM

**4**   **STROOP COLOR–WORD TEST**

A.  COLOR TASK:  TOTAL CORRECT    16 [     ]    (MAXIMUM = 112)

B.  COLOR WORD–TASK:  TOTAL CORRECT    17 [     ]    (MAXIMUM = 112)

**5**   **PARAGRAPH MEMORY TEST – 15 MINUTE DELAYED RECALL**

VERBATIM SCORE PARAGRAPH 1:    10 [     ]    (MAXIMUM = 25)

PARAPHRASE SCORE PARAGRAPH 1:    11 [     ]

VERBATIM SCORE PARAGRAPH 2:    12 [     ]    (MAXIMUM = 25)

PARAPHRASE SCORE PARAGRAPH 2:    13 [     ]

**6**   **PATTERN MEMORY TEST – IMMEDIATE RECALL**

NUMBER CORRECT BLOCKS STIMULUS 1:    18 [     ]    (MAXIMUM = 12)

NUMBER CORRECT BLOCKS STIMULUS 2:    19 [     ]    (MAXIMUM = 12)

NUMBER CORRECT BLOCKS STIMULUS 3:    20 [     ]    (MAXIMUM = 12)

NO CARBON REQUIRED

**7**   **WORD LIST GENERATION (VERBAL FLUENCY TEST)**

TOTAL NUMBER OF CORRECT WORDS LETTER 1:    23 [     ]

TOTAL NUMBER OF CORRECT WORDS LETTER 2:    24 [     ]

> **KEYPUNCH NOTE: Cognitive Function Tests – Summary Scoring Sheet (2) is continued on form titled Cognitive Function Tests – Summary Scoring Sheet (3)**

RELAPSE PREVENTION TRIAL

AP93580