C70

| ZENECA PHARMACEUTICALS GROUP<br>ZENECA INC.<br>**COGNITIVE FUNCTION TESTS – SUMMARY SCORING SHEET (3)** | TRIAL NO.<br>**5077IL/0015** | CENTER NO.<br>**00 _ _** |
| --- | --- | --- |
| | SUBJECT ID. | SUBJECT NO. |

| | PRINT NO.<br>**AP93581** |
| --- | --- |

**TASK NO.**   **TEST**

*(left margin, vertical text: DO NOT WRITE ON PAGE 5 LAID OVER THIS FORM)*

**8**   TRAIL MAKING TEST

**TIME ELAPSED TO COMPLETE (CUT OFF AT 300 SECONDS)**

A. NUMBERS ONLY:   [25] [        ] SECONDS

B. NUMBERS AND LETTERS:   [26] [        ] SECONDS

**9**   PATTERN MEMORY TEST – 15 MINUTE DELAYED RECALL AND RECOGNITION

NUMBER BLOCKS RECALLED CORRECTLY:   [21] [        ] (MAXIMUM = 12)

NUMBER OF PATTERNS RECOGNIZED   [22] [        ] (MAXIMUM = 3)

*(left margin, vertical text: NO CARBON REQUIRED)*

**10**   HOPKINS VERBAL LEARNING TEST

A. FREE RECALL:

TOTAL CORRECT TRIAL 1   [27] [        ] (MAXIMUM = 12)

TOTAL CORRECT TRIAL 2   [28] [        ] (MAXIMUM = 12)

TOTAL CORRECT TRIAL 3   [29] [        ] (MAXIMUM = 12)

B. RECOGNITION:

NUMBER OF TRUE POSITIVES:   [30] [        ] (MAXIMUM = 12)

NUMBER OF FALSE–POSITIVE ERRORS:

RELATED   [31] [        ] (MAXIMUM = 6)

UNRELATED   [32] [        ] (MAXIMUM = 6)

*RELAPSE PREVENTION TRIAL*

C71

ZENECA PHARMACEUTICALS GROUP
ZENECA INC.
**OPHTHALMOLOGIC EXAMINATION – SEGMENT A (1)**

| TRIAL NO. **5077IL/0015** | CENTER NO. **00** _ _ |
|---|---|
| SUBJECT ID. | SUBJECT NO. |

| FORM NO. **942** | VISIT NO. **1** | SEQUENCE NO. **0** | | PRINT NO. **AP93759** |
|---|---|---|---|---|

Date of examination [1] [ ][ ] [ ][ ] [1][9][9][ ]
month   day   year

DO NOT WRITE ON PAGES LAID OVER THIS FORM

|  | **Right Eye** | | **Left Eye** | |
|---|---|---|---|---|
| Best corrected visual acuity | 20/ [2] [ ] | | 20/ [13] [ ] | |
| **Dilated Slit Lamp Examination** | **Normal** | **Abnormal** | **Normal** | **Abnormal** |
| A. Cornea | [3] ☐ 1 | ☐ 2 | [14] ☐ 1 | ☐ 2 |
| If abnormal, describe: | [4] _____ | | [15] _____ | |
| B. Anterior chamber | [5] ☐ 1 | ☐ 2 | [16] ☐ 1 | ☐ 2 |
| If abnormal, describe: | [6] _____ | | [17] _____ | |
| C. Ocular lens | [7] ☐ 1 | ☐ 2 | [18] ☐ 1 | ☐ 2 |
| If abnormal, describe: | [8] _____ | | [19] _____ | |

NO CARBON REQUIRED

_____
Optometrist's/Ophthalmologist's Signature

_____
Date

KEYPUNCH NOTE: OPHTHALMOLOGIC EXAMINATION – SEGMENT A (1) IS CONTINUED
ON FORM TITLED OPHTHALMOLOGIC EXAMINATION – SEGMENT A (2)

RELAPSE PREVENTION TRIAL

AP93759

C72

ZENECA PHARMACEUTICALS GROUP
ZENECA INC.
**OPHTHALMOLOGIC EXAMINATION – SEGMENT A (1)**

| TRIAL NO. 5077IL/0015 | CENTER NO. 00 _ _ |
|---|---|
| SUBJECT ID. | SUBJECT NO. |

| FORM NO. 942 | VISIT NO. 1 | SEQUENCE NO. 0 | | PRINT NO. AP93759R |
|---|---|---|---|---|

Date of examination  1 [ ][ ][ ][ ] 1 9 9 [ ]
  month   day   year

DO NOT WRITE ON PAGES LAID OVER THIS FORM

|  | **Right Eye** | **Left Eye** |
|---|---|---|
| Best corrected distance visual acuity (Snellen) | 20/ 2 [____] | 20/ 14 [____] |
| Pupil size at full dilitation* (Eye excluded if mydriasis <6 mm.) | 3 [_____] (mm) | 15 [_____] (mm) |

**Dilated Slit Lamp Examination**

|  | Normal  Abnormal | Normal  Abnormal |
|---|---|---|
| A. Cornea | 4 □1  □2 | 16 □1  □2 |
| If abnormal, describe: | 5 _____  _____ | 17 _____  _____ |
| B. Anterior chamber | 6 □1  □2 | 18 □1  □2 |
| If abnormal, describe: | 7 _____  _____ | 19 _____  _____ |
| C. Ocular lens | 8 □1  □2 | 20 □1  □2 |
| If abnormal, describe: | 9 _____  _____ | 21 _____  _____ |

NO CARBON REQUIRED

**\*If no contraindication to mydriasis, dilate using two drops each of 0.5% tropicamide and 2.5% phenylephrine HCL**

_____   _____
Optometrist's/Ophthalmologist's Signature       Date

KEYPUNCH NOTE: OPHTHALMOLOGIC EXAMINATION – SEGMENT A (1) IS CONTINUED ON FORM TITLED OPHTHALMOLOGIC EXAMINATION – SEGMENT A (2)

RELAPSE PREVENTION TRIAL

AP93759R

C73

| ZENECA PHARMACEUTICALS GROUP<br>ZENECA INC.<br>**OPHTHALMOLOGIC EXAMINATION – SEGMENT A (2)** | TRIAL NO. **5077IL/0015** | CENTER NO. **00 _ _** |
|---|---|---|
| | SUBJECT ID. | SUBJECT NO. |
| | | PRINT NO. **AP93760** |

## LOCS III SYSTEM

### Lens Opacities Classification System (LOCS) Version III* Rating Scale

Refer to the standards provided.  If the cataract feature is identical to that in the relevant standard, the score will be the number of that standard.  For cataract features (opacities) falling between two standards, grade on a scale of 0.1 to 0.9 with an increasing grade signifying increasing cataract severity.  Thus, a cataract with severity halfway between that and the next higher standard will be assigned a number midway between the two standards, such as 1.5 or 2.5.  A cataract with severity more than the standard but less than midway, for example, would receive a rating of 1.1, 1.2, 1.3, or 1.4.

|  | **Right Eye** | **Left Eye** |
|---|---|---|
| 1. **Cortical Cataract (C)**<br>There are 5 standards: C1 to C5 (Middle row)<br>Range:<br>No cataract (clear) = 0.1<br>Most severe cataract (very opaque) = 5.9 | 9 ☐ | 20 ☐ |
| 2. **Posterior Subcapsular (P)**<br>There are 5 standards: P1 to P5 (Bottom row)<br>Only grade if visible against red reflex.<br>Range:<br>No cataract (clear) = 0.1<br>Most severe cataract (very opaque) = 5.9 | 10 ☐ | 21 ☐ |
| 3. **Nuclear Opalescence (NO)**<br>There are 6 standards: NO1 to NO6 (Top row)<br>The average opalescence of the **entire** nucleus is graded.<br>Range:<br>No cataract (clear) = 0.1<br>Most severe cataract (very opaque) = 6.9 | 11 ☐ | 22 ☐ |
| 4. **Nuclear Color (NC)**<br>There are 6 standards: NC1 to NC6 (Top row)<br>Range:<br>No cataract (colorless) = 0.1<br>Most severe cataract (brunescent) = 6.9 | 12 ☐ | 23 ☐ |

5.  Were retroillumination photographs taken according to the instruction manual?  24 **Yes** ☐ Y  **No** ☐ N

If **no**, why not?  25 _____

_____
Optometrist's/Ophthalmologist's Signature                    _____  Date

* Adapted from Chylack et al., Arch. Ophthalmol. 111:831, 1993.

RELAPSE PREVENTION TRIAL

AP93760

DO NOT WRITE ON PAGES LAID OVER THIS FORM

NO CARBON REQUIRED

C74

ZENECA PHARMACEUTICALS GROUP
ZENECA INC.
**OPHTHALMOLOGIC EXAMINATION – SEGMENT A (2)**

| TRIAL NO. 5077IL/0015 | CENTER NO. 00 _ _ |
|---|---|
| SUBJECT ID. | SUBJECT NO. |
|  | PRINT NO. AP93760R |

**Lens Opacities Classification Scale Using LOCS III**

Refer to the standards provided.  For each cataract type, C, P, NO, and for NC, assign a LOCS III decimal score.  If  the cataract feature is identical to that in the relevant standard, the score is the number of that standard.  If it is halfway between that and the next highest standard, it is the number of that standard plus 0.5 (i.e. 1.5, 2.5 etc.).  If the extent or severity of the cataract is more than the lesser standard (i.e. 1.0), but less than a cataract midway along the interval (i.e. 1.5), the decimal grade might be 1.1, 1.2, 1.3 or 1.4.  The lowest score, for no cataract, is 0.1 for all types.  The highest score, for C and P cataracts is 5.9; for NO and NC, it is 6.9.  The rules for estimating the nuclear opalescence, nuclear color, cortical or posterior subcapsular cataract are detailed in the LOCS III paper (Chylack et al. Arch. Ophthalmol. 111:831,1993).  Please read and understand this before applying LOCS III at the slitlamp.

<strong>Right Eye       Left Eye</strong>

1.  **Cortical Cataract (C)**
    There are 5 standards: C1 to C5 (Middle row)
    Range:
    No cataract (clear) = 0.1
    Most severe cataract (very opaque) = 5.9

    Right Eye: 10 [        ]   Left Eye: 22 [        ]

2.  **Posterior Subcapsular (P)**
    There are 5 standards: P1 to P5 (Bottom row)
    Only grade if visible against red reflex.
    Range:
    No cataract (clear) = 0.1
    Most severe cataract (totally opaque) = 5.9

    Right Eye: 11 [        ]   Left Eye: 23 [        ]

3.  **Nuclear Opalescence (NO)**
    There are 6 standards: NO1 to NO6 (Top row)
    The average opalescence of the **entire** nucleus is graded.
    Range:
    No cataract (clear) = 0.1
    Most severe cataract (very opalescent) = 6.9

    Right Eye: 12 [        ]   Left Eye: 24 [        ]

4.  **Nuclear Color (NC)**
    There are 6 standards: NC1 to NC6 (Top row)
    The color of the posterior reflex and the nucleus are graded.
    Range:
    Colorless = 0.1
    Very brunescent = 6.9

    Right Eye: 13 [        ]   Left Eye: 25 [        ]

5.  Were retroillumination photographs taken according to the instruction manual?

    26 [ ] Yes (Y)   [ ] No (N)

    If **no**, why not?  27 _____

Optometrist's/Ophthalmologist's Signature _____   Date _____

\* Adapted from Chylack et al., Arch. Ophthalmol. 111:831, 1993.

RELAPSE PREVENTION TRIAL

AP93760R

DO NOT WRITE ON PAGES LAID OVER THIS FORM

NO CARBON REQUIRED

C75

ZENECA PHARMACEUTICALS GROUP
ZENECA INC.
**OPHTHALMOLOGIC EXAMINATION – SEGMENT B (1)**

| TRIAL NO. 5077IL/0015 | CENTER NO. 00 _ _ |
|---|---|
| SUBJECT ID. | SUBJECT NO. |

| FORM NO. 942 | VISIT NO. | SEQUENCE NO. 0 | | PRINT NO. AP93761 |
|---|---|---|---|---|

Week number ☐☐       Date of examination [1] ☐☐☐☐ 1 9 9 ☐
                                              month   day    year

|  | **Right Eye** | **Left Eye** |
|---|---|---|
| Best corrected visual acuity | 20/ [2] ☐ | 20/ [13] ☐ |

Dilated Slit Lamp Examination

|  | Right Eye Normal | Right Eye Abnormal | Left Eye Normal | Left Eye Abnormal |
|---|---|---|---|---|
| A. Cornea | [3] ☐ 1 | ☐ 2 | [14] ☐ 1 | ☐ 2 |
| If abnormal, describe: | [4] _____ | | [15] _____ | |
| B. Anterior chamber | [5] ☐ 1 | ☐ 2 | [16] ☐ 1 | ☐ 2 |
| If abnormal, describe: | [6] _____ | | [17] _____ | |
| C. Ocular lens | [7] ☐ 1 | ☐ 2 | [18] ☐ 1 | ☐ 2 |
| If abnormal, describe: | [8] _____ | | [19] _____ | |

Has there been a significant change in any of the above exams since the screening ophthalmologic exam?

|  | NO | YES | |
|---|---|---|---|
| Visual Acuity | [26] ☐ N | ☐ Y | If yes, describe: [27] _____ |

Dilated Slit Lamp Examination

|  | NO | YES | |
|---|---|---|---|
| Cornea | [28] ☐ N | ☐ Y | If yes, describe: [29] _____ |
| Anterior chamber | [30] ☐ N | ☐ Y | If yes, describe: [31] _____ |
| Ocular lens | [32] ☐ N | ☐ Y | If yes, describe: [33] _____ |

Optometrist's/Ophthalmologist's Signature _____       Date _____

KEYPUNCH NOTE: OPHTHALMOLOGIC EXAMINATION – SEGMENT B (1) IS CONTINUED ON FORM TITLED OPHTHALMOLOGIC EXAMINATION – SEGMENT B (2)

RELAPSE PREVENTION TRIAL
AP93761

DO NOT WRITE ON PAGES LAID OVER THIS FORM

NO CARBON REQUIRED

C76

ZENECA PHARMACEUTICALS GROUP
ZENECA INC.
**OPHTHALMOLOGIC EXAMINATION – SEGMENT B (1)**

| TRIAL NO. 5077IL/0015 | CENTER NO. 00 _ _ |
|---|---|
| SUBJECT ID. | SUBJECT NO. |

| FORM NO. 942 | VISIT NO. | SEQUENCE NO. 0 | | | PRINT NO. AP93761R |
|---|---|---|---|---|---|

Week number [  ] | Date of examination [1] [ ][ ][ ] 1 9 9 [ ]
month  day  year

DO NOT WRITE ON PAGES LAID OVER THIS FORM

|  | **Right Eye** | **Left Eye** |
|---|---|---|
| Best corrected distance visual acuity (Snellen) | 20/ [2] [    ] | 20/ [14] [    ] |
| Pupil size at full dilitation* (Eye excluded if mydriasis <6 mm.) | [3] [        ] (mm) | [15] [        ] (mm) |

**Dilated Slit Lamp Examination**

|  | Normal   Abnormal | Normal   Abnormal |
|---|---|---|
| A.  Cornea | [4] [ ]    [ ]  <br> 1       2 | [16] [ ]    [ ]  <br> 1       2 |
| If abnormal, describe: | [5] _____ <br> _____ | [17] _____ <br> _____ |
| B.  Anterior chamber | [6] [ ]    [ ]  <br> 1       2 | [18] [ ]    [ ]  <br> 1       2 |
| If abnormal, describe: | [7] _____ <br> _____ | [19] _____ <br> _____ |
| C.  Ocular lens | [8] [ ]    [ ]  <br> 1       2 | [20] [ ]    [ ]  <br> 1       2 |
| If abnormal, describe: | [9] _____ <br> _____ | [21] _____ <br> _____ |

NO CARBON REQUIRED

**\*If no contraindication to mydriasis, dilate using two drops each of 0.5% tropicamide and 2.5% phenylephrine HCL**

Has there been a significant change in any of the above exams since the screening ophthalmologic exam?

|  | NO   YES | |
|---|---|---|
| Visual Acuity | [28] [ ]  [ ] <br> N    Y | If yes, describe: [29] _____ |
| Dilated Slit Lamp: | | |
| Cornea | [30] [ ]  [ ] <br> N    Y | If yes, describe: [31] _____ |
| Anterior chamber | [32] [ ]  [ ] <br> N    Y | If yes, describe: [33] _____ |
| Ocular lens | [34] [ ]  [ ] <br> N    Y | If yes, describe: [35] _____ |

_____
Optometrist's/Ophthalmologist's Signature                    Date

KEYPUNCH NOTE: OPHTHALMOLOGIC EXAMINATION – SEGMENT B (1) IS CONTINUED
ON FORM TITLED OPHTHALMOLOGIC EXAMINATION – SEGMENT B (2)

RELAPSE PREVENTION TRIAL

AP93761R

C77

ZENECA PHARMACEUTICALS GROUP
ZENECA INC.
**OPHTHALMOLOGIC EXAMINATION – SEGMENT B (2)**

| TRIAL NO. 5077IL/0015 | CENTER NO. 00 _ _ |
|---|---|
| SUBJECT ID. | SUBJECT NO. |
| | PRINT NO. AP93762 |

## LOCS III SYSTEM

### Lens Opacities Classification System (LOCS) Version III* Rating Scale

Refer to the standards provided. If the cataract feature is identical to that in the relevant standard, the score will be the number of that standard. For cataract features (opacities) falling between two standards, grade on a scale of 0.1 to 0.9 with an increasing grade signifying increasing cataract severity. Thus, a cataract with severity halfway between that and the next higher standard will be assigned a number midway between the two standards, such as 1.5 or 2.5. A cataract with severity more than the standard but less than midway, for example, would receive a rating of 1.1, 1.2, 1.3, or 1.4.

|  | **Right Eye** | **Left Eye** |
|---|---|---|
| 1. **Cortical Cataract (C)**<br>There are 5 standards: C1 to C5 (Middle row)<br>Range:<br>No cataract (clear) = 0.1<br>Most severe cataract (very opaque) = 5.9 | 9 ☐ | 20 ☐ |
| 2. **Posterior Subcapsular (P)**<br>There are 5 standards: P1 to P5 (Bottom row)<br>Only grade if visible against red reflex.<br>Range:<br>No cataract (clear) = 0.1<br>Most severe cataract (very opaque) = 5.9 | 10 ☐ | 21 ☐ |
| 3. **Nuclear Opalescence (NO)**<br>There are 6 standards: NO1 to NO6 (Top row)<br>The average opalescence of the **entire** nucleus is graded.<br>Range:<br>No cataract (clear) = 0.1<br>Most severe cataract (very opaque) = 6.9 | 11 ☐ | 22 ☐ |
| 4. **Nuclear Color (NC)**<br>There are 6 standards: NC1 to NC6 (Top row)<br>Range:<br>No cataract (colorless) = 0.1<br>Most severe cataract (brunescent) = 6.9 | 12 ☐ | 23 ☐ |

5. Were retroillumination photographs taken according to the instruction manual?  24  Yes ☐ Y   No ☐ N

If **no**, why not?  25 _____

_____         _____
Optometrist's/Ophthalmologist's Signature                      Date

* Adapted from Chylack et al., Arch. Ophthalmol. 111:831, 1993.

| RELAPSE PREVENTION TRIAL |
|---|

AP93762

DO NOT WRITE ON PAGES LAID OVER THIS FORM

NO CARBON REQUIRED

C78

ZENECA PHARMACEUTICALS GROUP
ZENECA INC.
**OPHTHALMOLOGIC EXAMINATION – SEGMENT B (2)**

| TRIAL NO. 5077IL/0015 | CENTER NO. 00 _ _ |
|---|---|
| SUBJECT ID. | SUBJECT NO. |
| | PRINT NO. AP93762R |

**Lens Opacities Classification Scale Using LOCS III**

Refer to the standards provided.  For each cataract type, C, P, NO, and for NC, assign a LOCS III decimal score.  If the cataract feature is identical to that in the relevant standard, the score is the number of that standard.  If it is halfway between that and the next highest standard, it is the number of that standard plus 0.5 (i.e. 1.5, 2.5 etc.).  If the extent or severity of the cataract is more than the lesser standard (i.e. 1.0), but less than a cataract midway along the interval (i.e. 1.5), the decimal grade might be 1.1, 1.2, 1.3 or 1.4.  The lowest score, for no cataract, is 0.1 for all types.  The highest score, for C and P cataracts is 5.9; for NO and NC, it is 6.9.  The rules for estimating the nuclear opalescence, nuclear color, cortical or posterior subcapsular cataract are detailed in the LOCS III paper (Chylack et al. Arch. Ophthalmol. 111:831,1993).  Please read and understand this before applying LOCS III at the slitlamp.

|  | Right Eye | Left Eye |
|---|---|---|

1. **Cortical Cataract (C)**
   There are 5 standards: C1 to C5 (Middle row)
   Range:
   No cataract (clear) = 0.1
   Most severe cataract (very opaque) = 5.9     10 [      ]   22 [      ]

2. **Posterior Subcapsular (P)**
   There are 5 standards: P1 to P5 (Bottom row)
   Only grade if visible against red reflex.
   Range:
   No cataract (clear) = 0.1
   Most severe cataract (totally opaque) = 5.9     11 [      ]   23 [      ]

3. **Nuclear Opalescence (NO)**
   There are 6 standards: NO1 to NO6 (Top row)
   The average opalescence of the **entire** nucleus is graded.
   Range:
   No cataract (clear) = 0.1
   Most severe cataract (very opalescent) = 6.9     12 [      ]   24 [      ]

4. **Nuclear Color (NC)**
   There are 6 standards: NC1 to NC6 (Top row)
   The color of the posterior reflex and the nucleus are graded.
   Range:
   Colorless = 0.1
   Very brunescent = 6.9     13 [      ]   25 [      ]

5. Were retroillumination photographs taken according to the instruction manual?     26 Yes [  ] Y   No [  ] N

   If **no**, why not?     27 _____

_____     _____
Optometrist's/Ophthalmologist's Signature          Date

* Adapted from Chylack et al., Arch. Ophthalmol. 111:831, 1993.

| RELAPSE PREVENTION TRIAL |
|---|

AP93762R

*Sidebar text:* DO NOT WRITE ON PAGES LAID OVER THIS FORM

*Sidebar text:* NO CARBON REQUIRED

C79

| ZENECA PHARMACEUTICALS GROUP<br>ZENECA INC.<br>**PRESCRIPTION RECORD – SEGMENT B FIXED DOSE (1)** | | TRIAL NO. **5077IL/0015** | CENTER NO. **00 _ _** |
| SUBJECT ID. | SUBJECT NO. |

| FORM NO. **1214** | VISIT NO. **5** | SEQUENCE NO. **0** | | PRINT NO. **AP93765** |

DO NOT WRITE ON PAGES LAID OVER THIS FORM

NO CARBON REQUIRED

| | | DATE<br>month/day/year | NUMBER<br>TABLETS<br>DISPENSED | NUMBER<br>TABLETS<br>RETURNED | COMMENT |
|---|---|---|---|---|---|
| **W** | 1 | 1 9 9 | 8 **17** | 9 | 14 |
| **E** | 15 | 1 9 9 | 22 **17** | 23 | 28 |
| **E** | 29 | 1 9 9 | 36 **17** | 37 | 42 |
| **K** | 43 | 1 9 9 | 50 **17** | 51 | 56 |
| **3** | 57 | 1 9 9 | 64 **17** | 65 | 70 |
| | 71 | 1 9 9 | 78 **17** | 79 | 84 |
| ↓ | 85 | 1 9 9 | 92 **17** | 93 | 98 |
| **W** | 99 | 1 9 9 | 106 **17** | 107 | 112 |
| **E** | 113 | 1 9 9 | 120 **17** | 121 | 126 |
| **E** | 127 | 1 9 9 | 134 **17** | 135 | 140 |
| **K** | 141 | 1 9 9 | 148 **17** | 149 | 154 |
| **4** | 155 | 1 9 9 | 162 **17** | 163 | 168 |
| | 169 | 1 9 9 | 176 **17** | 177 | 182 |
| ↓ | 183 | 1 9 9 | 190 **17** | 191 | 196 |

**KEYPUNCH NOTE:  PRESCRIPTION RECORD – SEGMENT B FIXED DOSE (1) IS CONTINUED ON FORM TITLED PRESCRIPTION RECORD SEGMENT B FIXED DOSE (2)**

RELAPSE PREVENTION TRIAL

AP93765

C80

| ZENECA PHARMACEUTICALS GROUP<br>ZENECA INC.<br>**PRESCRIPTION RECORD – SEGMENT B FIXED DOSE (2)** | TRIAL NO. **5077IL/0015** | CENTER NO. **00 _ _** |
| | SUBJECT ID. | SUBJECT NO. |
| | | PRINT NO. **AP93766** |

DO NOT WRITE ON PAGES LAID OVER THIS FORM

NO CARBON REQUIRED

| | DATE<br>month/day/year | NUMBER<br>TABLETS<br>DISPENSED | NUMBER<br>TABLETS<br>RETURNED | COMMENT |
|---|---|---|---|---|
| **W** | 197 [ ][ ][ ] 1 9 9 | 204 **17** | 205 [ ] | 210 |
| **E** | 211 [ ][ ][ ] 1 9 9 | 218 **17** | 219 [ ] | 224 |
| **E** | 225 [ ][ ][ ] 1 9 9 | 232 **17** | 233 [ ] | 238 |
| **K** | 239 [ ][ ][ ] 1 9 9 | 246 **17** | 247 [ ] | 252 |
| **5** | 253 [ ][ ][ ] 1 9 9 | 260 **17** | 261 [ ] | 266 |
| ↓ | 267 [ ][ ][ ] 1 9 9 | 274 **17** | 275 [ ] | 280 |
| | 281 [ ][ ][ ] 1 9 9 | 288 **17** | 289 [ ] | 294 |
| **W** | 295 [ ][ ][ ] 1 9 9 | 302 **17** | 303 [ ] | 308 |
| **E** | 309 [ ][ ][ ] 1 9 9 | 316 **17** | 317 [ ] | 322 |
| **E** | 323 [ ][ ][ ] 1 9 9 | 330 **17** | 331 [ ] | 336 |
| **K** | 337 [ ][ ][ ] 1 9 9 | 344 **17** | 345 [ ] | 350 |
| **6** | 351 [ ][ ][ ] 1 9 9 | 358 **17** | 359 [ ] | 364 |
| | 365 [ ][ ][ ] 1 9 9 | 372 **17** | 373 [ ] | 378 |
| ↓ | 379 [ ][ ][ ] 1 9 9 | 386 **17** | 387 [ ] | 392 |

RELAPSE PREVENTION TRIAL

AP93766

C81

ZENECA PHARMACEUTICALS GROUP
ZENECA INC.
**PRESCRIPTION RECORD – SEGMENT B FIXED DOSE (3)**

| TRIAL NO. 5077IL/0015 | CENTER NO. 00 _ _ |
|---|---|
| SUBJECT ID. | SUBJECT NO. |

| FORM NO. 1214 | VISIT NO. 6 | SEQUENCE NO. 0 | | PRINT NO. AP93767 |
|---|---|---|---|---|

| | | DATE month/day/year | NUMBER TABLETS DISPENSED | NUMBER TABLETS RETURNED | COMMENT |
|---|---|---|---|---|---|
| **W** | 1 [      ] 1 9 9 | | 8 [ 17 ] | 9 [     ] | 14 |
| **E** | 15 [      ] 1 9 9 | | 22 [ 17 ] | 23 [     ] | 28 |
| **E** | 29 [      ] 1 9 9 | | 36 [ 17 ] | 37 [     ] | 42 |
| **K** | 43 [      ] 1 9 9 | | 50 [ 17 ] | 51 [     ] | 56 |
| **7** | 57 [      ] 1 9 9 | | 64 [ 17 ] | 65 [     ] | 70 |
| | 71 [      ] 1 9 9 | | 78 [ 17 ] | 79 [     ] | 84 |
| | 85 [      ] 1 9 9 | | 92 [ 17 ] | 93 [     ] | 98 |
| **W** | 99 [      ] 1 9 9 | | 106 [ 17 ] | 107 [     ] | 112 |
| **E** | 113 [      ] 1 9 9 | | 120 [ 17 ] | 121 [     ] | 126 |
| **E** | 127 [      ] 1 9 9 | | 134 [ 17 ] | 135 [     ] | 140 |
| **K** | 141 [      ] 1 9 9 | | 148 [ 17 ] | 149 [     ] | 154 |
| **8** | 155 [      ] 1 9 9 | | 162 [ 17 ] | 163 [     ] | 168 |
| | 169 [      ] 1 9 9 | | 176 [ 17 ] | 177 [     ] | 182 |
| | 183 [      ] 1 9 9 | | 190 [ 17 ] | 191 [     ] | 196 |

DO NOT WRITE ON PAGES LAID OVER THIS FORM

NO CARBON REQUIRED

**KEYPUNCH NOTE: PRESCRIPTION RECORD – SEGMENT B FIXED DOSE (3) IS CONTINUED ON FORM TITLED PRESCRIPTION RECORD SEGMENT B FIXED DOSE (4)**

RELAPSE PREVENTION TRIAL

AP93767

C82

ZENECA PHARMACEUTICALS GROUP
ZENECA INC.
**PRESCRIPTION RECORD – SEGMENT B FIXED DOSE (4)**

| TRIAL NO. 5077IL/0015 | CENTER NO. 00 _ _ |
|---|---|
| SUBJECT ID. | SUBJECT NO. |
| | PRINT NO. AP93768 |

DO NOT WRITE ON PAGES LAID OVER THIS FORM

NO CARBON REQUIRED

| | DATE month/day/year | NUMBER TABLETS DISPENSED | NUMBER TABLETS RETURNED | COMMENT |
|---|---|---|---|---|
| **W E E K 9** | 197 [ ][ ][ ] 1 9 9 | 204 17 | 205 [ ] | 210 |
| | 211 [ ][ ][ ] 1 9 9 | 218 17 | 219 [ ] | 224 |
| | 225 [ ][ ][ ] 1 9 9 | 232 17 | 233 [ ] | 238 |
| | 239 [ ][ ][ ] 1 9 9 | 246 17 | 247 [ ] | 252 |
| | 253 [ ][ ][ ] 1 9 9 | 260 17 | 261 [ ] | 266 |
| | 267 [ ][ ][ ] 1 9 9 | 274 17 | 275 [ ] | 280 |
| | 281 [ ][ ][ ] 1 9 9 | 288 17 | 289 [ ] | 294 |
| **W E E K 10** | 295 [ ][ ][ ] 1 9 9 | 302 17 | 303 [ ] | 308 |
| | 309 [ ][ ][ ] 1 9 9 | 316 17 | 317 [ ] | 322 |
| | 323 [ ][ ][ ] 1 9 9 | 330 17 | 331 [ ] | 336 |
| | 337 [ ][ ][ ] 1 9 9 | 344 17 | 345 [ ] | 350 |
| | 351 [ ][ ][ ] 1 9 9 | 358 17 | 359 [ ] | 364 |
| | 365 [ ][ ][ ] 1 9 9 | 372 17 | 373 [ ] | 378 |
| | 379 [ ][ ][ ] 1 9 9 | 386 17 | 387 [ ] | 392 |

RELAPSE PREVENTION TRIAL

AP93768

C83

ZENECA PHARMACEUTICALS GROUP
ZENECA INC.
**PRESCRIPTION RECORD – SEGMENT B FIXED DOSE (5)**

| TRIAL NO. 5077IL/0015 | CENTER NO. 00 _ _ |
|---|---|
| SUBJECT ID. | SUBJECT NO. |

| FORM NO. 1214 | VISIT NO. 7 | SEQUENCE NO. 0 | | | PRINT NO. AP93769 |
|---|---|---|---|---|---|

DO NOT WRITE ON PAGES LAID OVER THIS FORM

NO CARBON REQUIRED

| | DATE month/day/year | NUMBER TABLETS DISPENSED | NUMBER TABLETS RETURNED | COMMENT |
|---|---|---|---|---|
| **W** | 1 [ ][ ][ ] 1 9 9 | 8 17 | 9 [ ] | 14 |
| **E** | 15 [ ][ ][ ] 1 9 9 | 22 17 | 23 [ ] | 28 |
| **E** | 29 [ ][ ][ ] 1 9 9 | 36 17 | 37 [ ] | 42 |
| **K** | 43 [ ][ ][ ] 1 9 9 | 50 17 | 51 [ ] | 56 |
| **11** | 57 [ ][ ][ ] 1 9 9 | 64 17 | 65 [ ] | 70 |
| ↓ | 71 [ ][ ][ ] 1 9 9 | 78 17 | 79 [ ] | 84 |
| | 85 [ ][ ][ ] 1 9 9 | 92 17 | 93 [ ] | 98 |
| **W** | 99 [ ][ ][ ] 1 9 9 | 106 17 | 107 [ ] | 112 |
| **E** | 113 [ ][ ][ ] 1 9 9 | 120 17 | 121 [ ] | 126 |
| **E** | 127 [ ][ ][ ] 1 9 9 | 134 17 | 135 [ ] | 140 |
| **K** | 141 [ ][ ][ ] 1 9 9 | 148 17 | 149 [ ] | 154 |
| **12** | 155 [ ][ ][ ] 1 9 9 | 162 17 | 163 [ ] | 168 |
| ↓ | 169 [ ][ ][ ] 1 9 9 | 176 17 | 177 [ ] | 182 |
| | 183 [ ][ ][ ] 1 9 9 | 190 17 | 191 [ ] | 196 |

KEYPUNCH NOTE: PRESCRIPTION RECORD – SEGMENT B FIXED DOSE (5) IS CONTINUED ON FORM TITLED PRESCRIPTION RECORD SEGMENT B FIXED DOSE (6)

RELAPSE PREVENTION TRIAL

AP93769

C84

| ZENECA PHARMACEUTICALS GROUP | | |
|---|---|---|
| ZENECA INC. | | |
| PRESCRIPTION RECORD – SEGMENT B FIXED DOSE (6) | | |

| TRIAL NO. **5077IL/0015** | CENTER NO. **00 _ _** |
|---|---|
| SUBJECT ID. | SUBJECT NO. |
| | PRINT NO. **AP93770** |

DO NOT WRITE ON PAGES LAID OVER THIS FORM

NO CARBON REQUIRED

| | | DATE month/day/year | NUMBER TABLETS DISPENSED | NUMBER TABLETS RETURNED | COMMENT |
|---|---|---|---|---|---|
| **W** | 197 | [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 204 [ 17 ] | 205 [ ] | 210 |
| **E** | 211 | [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 218 [ 17 ] | 219 [ ] | 224 |
| **E** | 225 | [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 232 [ 17 ] | 233 [ ] | 238 |
| **K** | 239 | [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 246 [ 17 ] | 247 [ ] | 252 |
| **13** | 253 | [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 260 [ 17 ] | 261 [ ] | 266 |
| | 267 | [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 274 [ 17 ] | 275 [ ] | 280 |
| | 281 | [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 288 [ 17 ] | 289 [ ] | 294 |
| **W** | 295 | [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 302 [ 17 ] | 303 [ ] | 308 |
| **E** | 309 | [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 316 [ 17 ] | 317 [ ] | 322 |
| **E** | 323 | [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 330 [ 17 ] | 331 [ ] | 336 |
| **K** | 337 | [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 344 [ 17 ] | 345 [ ] | 350 |
| **14** | 351 | [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 358 [ 17 ] | 359 [ ] | 364 |
| | 365 | [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 372 [ 17 ] | 373 [ ] | 378 |
| | 379 | [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 386 [ 17 ] | 387 [ ] | 392 |

RELAPSE PREVENTION TRIAL

AP93770

C85

| ZENECA PHARMACEUTICALS GROUP | | | | |
|---|---|---|---|---|
| ZENECA INC. | | TRIAL NO. 5077IL/0015 | | CENTER NO. 00 _ _ |
| PRESCRIPTION RECORD – SEGMENT B FIXED DOSE (7) | | SUBJECT ID. | | SUBJECT NO. |

| FORM NO. 1214 | VISIT NO. 8 | SEQUENCE NO. 0 | | PRINT NO. AP93771 |
|---|---|---|---|---|

DO NOT WRITE ON PAGES LAID OVER THIS FORM

NO CARBON REQUIRED

| | DATE month/day/year | NUMBER TABLETS DISPENSED | NUMBER TABLETS RETURNED | COMMENT |
|---|---|---|---|---|
| **W** | 1 [ ][ ][ ][ ] 1 9 9 | 8 [ 17 ] | 9 [ ] | 14 |
| **E** | 15 [ ][ ][ ][ ] 1 9 9 | 22 [ 17 ] | 23 [ ] | 28 |
| **E** | 29 [ ][ ][ ][ ] 1 9 9 | 36 [ 17 ] | 37 [ ] | 42 |
| **K** | 43 [ ][ ][ ][ ] 1 9 9 | 50 [ 17 ] | 51 [ ] | 56 |
| **15** | 57 [ ][ ][ ][ ] 1 9 9 | 64 [ 17 ] | 65 [ ] | 70 |
| | 71 [ ][ ][ ][ ] 1 9 9 | 78 [ 17 ] | 79 [ ] | 84 |
| ↓ | 85 [ ][ ][ ][ ] 1 9 9 | 92 [ 17 ] | 93 [ ] | 98 |
| **W** | 99 [ ][ ][ ][ ] 1 9 9 | 106 [ 17 ] | 107 [ ] | 112 |
| **E** | 113 [ ][ ][ ][ ] 1 9 9 | 120 [ 17 ] | 121 [ ] | 126 |
| **E** | 127 [ ][ ][ ][ ] 1 9 9 | 134 [ 17 ] | 135 [ ] | 140 |
| **K** | 141 [ ][ ][ ][ ] 1 9 9 | 148 [ 17 ] | 149 [ ] | 154 |
| **16** | 155 [ ][ ][ ][ ] 1 9 9 | 162 [ 17 ] | 163 [ ] | 168 |
| | 169 [ ][ ][ ][ ] 1 9 9 | 176 [ 17 ] | 177 [ ] | 182 |
| ↓ | 183 [ ][ ][ ][ ] 1 9 9 | 190 [ 17 ] | 191 [ ] | 196 |

**KEYPUNCH NOTE: PRESCRIPTION RECORD – SEGMENT B FIXED DOSE (7) IS CONTINUED ON FORM TITLED PRESCRIPTION RECORD SEGMENT B FIXED DOSE (8)**

RELAPSE PREVENTION TRIAL

AP93771

C86

| ZENECA PHARMACEUTICALS GROUP  ZENECA INC.  **PRESCRIPTION RECORD – SEGMENT B FIXED DOSE (8)** | TRIAL NO. **5077IL/0015** | CENTER NO. **00 _ _** |
| | SUBJECT ID. | SUBJECT NO. |
| | | PRINT NO. **AP93772** |

DO NOT WRITE ON PAGES LAID OVER THIS FORM
NO CARBON REQUIRED

| | | DATE  month/day/year | NUMBER TABLETS DISPENSED | NUMBER TABLETS RETURNED | COMMENT |
|---|---|---|---|---|---|
| **W** | 197 | 1 9 9 | 204 **17** | 205 | 210 |
| **E** | 211 | 1 9 9 | 218 **17** | 219 | 224 |
| **E** | 225 | 1 9 9 | 232 **17** | 233 | 238 |
| **K** | 239 | 1 9 9 | 246 **17** | 247 | 252 |
| **17** | 253 | 1 9 9 | 260 **17** | 261 | 266 |
| | 267 | 1 9 9 | 274 **17** | 275 | 280 |
| | 281 | 1 9 9 | 288 **17** | 289 | 294 |
| **W** | 295 | 1 9 9 | 302 **17** | 303 | 308 |
| **E** | 309 | 1 9 9 | 316 **17** | 317 | 322 |
| **E** | 323 | 1 9 9 | 330 **17** | 331 | 336 |
| **K** | 337 | 1 9 9 | 344 **17** | 345 | 350 |
| **18** | 351 | 1 9 9 | 358 **17** | 359 | 364 |
| | 366 | 1 9 9 | 372 **17** | 373 | 378 |
| | 379 | 1 9 9 | 386 **17** | 387 | 392 |

RELAPSE PREVENTION TRIAL

AP93772

C87

ZENECA PHARMACEUTICALS GROUP
ZENECA INC.
**PRESCRIPTION RECORD – SEGMENT B FIXED DOSE (9)**

| TRIAL NO. **5077IL/0015** | CENTER NO. **00 _ _** |
|---|---|
| SUBJECT ID. | SUBJECT NO. |

| FORM NO. **1214** | VISIT NO. **9** | SEQUENCE NO. **0** | | PRINT NO. **AP93773** |
|---|---|---|---|---|

*DO NOT WRITE ON PAGES LAID OVER THIS FORM*

*NO CARBON REQUIRED*

| | | DATE month/day/year | NUMBER TABLETS DISPENSED | NUMBER TABLETS RETURNED | COMMENT |
|---|---|---|---|---|---|
| **W E E K 19** | | 1 [ ][ ][ ] 1 9 9 | 8 17 | 9 [ ] | 14 |
| | | 15 [ ][ ][ ] 1 9 9 | 22 17 | 23 [ ] | 28 |
| | | 29 [ ][ ][ ] 1 9 9 | 36 17 | 37 [ ] | 42 |
| | | 43 [ ][ ][ ] 1 9 9 | 50 17 | 51 [ ] | 56 |
| | | 57 [ ][ ][ ] 1 9 9 | 64 17 | 65 [ ] | 70 |
| | | 71 [ ][ ][ ] 1 9 9 | 78 17 | 79 [ ] | 84 |
| | | 85 [ ][ ][ ] 1 9 9 | 92 17 | 93 [ ] | 98 |
| **W E E K 20** | | 99 [ ][ ][ ] 1 9 9 | 106 17 | 107 [ ] | 112 |
| | | 113 [ ][ ][ ] 1 9 9 | 120 17 | 121 [ ] | 126 |
| | | 127 [ ][ ][ ] 1 9 9 | 134 17 | 135 [ ] | 140 |
| | | 141 [ ][ ][ ] 1 9 9 | 148 17 | 149 [ ] | 154 |
| | | 155 [ ][ ][ ] 1 9 9 | 162 17 | 163 [ ] | 168 |
| | | 169 [ ][ ][ ] 1 9 9 | 176 17 | 177 [ ] | 182 |
| | | 183 [ ][ ][ ] 1 9 9 | 190 17 | 191 [ ] | 196 |

**KEYPUNCH NOTE: PRESCRIPTION RECORD – SEGMENT B FIXED DOSE (9) IS CONTINUED ON FORM TITLED PRESCRIPTION RECORD SEGMENT B FIXED DOSE (10)**

RELAPSE PREVENTION TRIAL

AP93773

C88

ZENECA PHARMACEUTICALS GROUP
ZENECA INC.
**PRESCRIPTION RECORD – SEGMENT B FIXED DOSE (10)**

| TRIAL NO. | CENTER NO. |
|---|---|
| **5077IL/0015** | **00** _ _ |
| SUBJECT ID. | SUBJECT NO. |
| | PRINT NO. |
| | **AP93774** |

DO NOT WRITE ON PAGES LAID OVER THIS FORM

NO CARBON REQUIRED

| | | DATE month/day/year | NUMBER TABLETS DISPENSED | NUMBER TABLETS RETURNED | COMMENT |
|---|---|---|---|---|---|
| **W** | | 197 [ ][ ][ ][ ] 1 9 9 | 204 **17** | 205 [ ] | 210 |
| **E** | | 211 [ ][ ][ ][ ] 1 9 9 | 218 **17** | 219 [ ] | 224 |
| **E** | | 225 [ ][ ][ ][ ] 1 9 9 | 232 **17** | 233 [ ] | 238 |
| **K** | | 239 [ ][ ][ ][ ] 1 9 9 | 246 **17** | 247 [ ] | 252 |
| **21** | | 253 [ ][ ][ ][ ] 1 9 9 | 260 **17** | 261 [ ] | 266 |
| | | 267 [ ][ ][ ][ ] 1 9 9 | 274 **17** | 275 [ ] | 280 |
| ↓ | | 281 [ ][ ][ ][ ] 1 9 9 | 288 **17** | 289 [ ] | 294 |
| **W** | | 295 [ ][ ][ ][ ] 1 9 9 | 302 **17** | 303 [ ] | 308 |
| **E** | | 309 [ ][ ][ ][ ] 1 9 9 | 316 **17** | 317 [ ] | 322 |
| **E** | | 323 [ ][ ][ ][ ] 1 9 9 | 330 **17** | 331 [ ] | 336 |
| **K** | | 337 [ ][ ][ ][ ] 1 9 9 | 344 **17** | 345 [ ] | 350 |
| **22** | | 351 [ ][ ][ ][ ] 1 9 9 | 358 **17** | 359 [ ] | 364 |
| | | 365 [ ][ ][ ][ ] 1 9 9 | 372 **17** | 373 [ ] | 378 |
| ↓ | | 379 [ ][ ][ ][ ] 1 9 9 | 386 **17** | 387 [ ] | 392 |

RELAPSE PREVENTION TRIAL

AP93774

C89

ZENECA PHARMACEUTICALS GROUP
ZENECA INC.
**PRESCRIPTION RECORD – SEGMENT B FIXED DOSE (11)**

| TRIAL NO. 5077IL/0015 | CENTER NO. 00 _ _ |
|---|---|
| SUBJECT ID. | SUBJECT NO. |

| FORM NO. 1214 | VISIT NO. 10 | SEQUENCE NO. 0 | | PRINT NO. AP93775 |
|---|---|---|---|---|

DO NOT WRITE ON PAGES LAID OVER THIS FORM

NO CARBON REQUIRED

| | | DATE month/day/year | NUMBER TABLETS DISPENSED | NUMBER TABLETS RETURNED | COMMENT |
|---|---|---|---|---|---|
| **W** | 1 | 1 9 9 | 8 17 | 9 | 14 |
| **E** | 15 | 9 9 | 22 17 | 23 | 28 |
| **E** | 29 | 1 9 9 | 36 17 | 37 | 42 |
| **K** | 43 | 1 9 9 | 50 17 | 51 | 56 |
| **23** | 57 | 1 9 9 | 64 17 | 65 | 70 |
| | 71 | 1 9 9 | 78 17 | 79 | 84 |
| ↓ | 85 | 1 9 9 | 92 17 | 93 | 98 |
| **W** | 99 | 1 9 9 | 106 17 | 107 | 112 |
| **E** | 113 | 1 9 9 | 120 17 | 121 | 126 |
| **E** | 127 | 1 9 9 | 134 17 | 135 | 140 |
| **K** | 141 | 1 9 9 | 148 17 | 149 | 154 |
| **24** | 155 | 1 9 9 | 162 17 | 163 | 168 |
| | 169 | 1 9 9 | 176 17 | 177 | 182 |
| ↓ | 183 | 1 9 9 | 190 17 | 191 | 196 |

KEYPUNCH NOTE: PRESCRIPTION RECORD – SEGMENT B FIXED DOSE (11) IS CONTINUED ON FORM TITLED PRESCRIPTION RECORD SEGMENT B FIXED DOSE (12)

RELAPSE PREVENTION TRIAL

AP93775

C90

| ZENECA PHARMACEUTICALS GROUP | | TRIAL NO. **5077IL/0015** | CENTER NO. **00 _ _** |
| --- | --- | --- | --- |
| ZENECA INC. | | SUBJECT ID. | SUBJECT NO. |
| **PRESCRIPTION RECORD – SEGMENT B FIXED DOSE (12)** | | | |
| | | | PRINT NO. **AP93776** |

DO NOT WRITE ON PAGES LAID OVER THIS FORM
NO CARBON REQUIRED

| | DATE month/day/year | NUMBER TABLETS DISPENSED | NUMBER TABLETS RETURNED | COMMENT |
| --- | --- | --- | --- | --- |
| **W E E K 25** | 197 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 204 **17** | 205 [ ] | 210 |
| | 211 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 218 **17** | 219 [ ] | 224 |
| | 225 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 232 **17** | 233 [ ] | 238 |
| | 239 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 246 **17** | 247 [ ] | 252 |
| | 253 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 260 **17** | 261 [ ] | 266 |
| | 267 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 274 **17** | 275 [ ] | 280 |
| | 281 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 288 **17** | 289 [ ] | 294 |
| **W E E K 26** | 295 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 302 **17** | 303 [ ] | 308 |
| | 309 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 316 **17** | 317 [ ] | 322 |
| | 323 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 330 **17** | 331 [ ] | 336 |
| | 337 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 344 **17** | 345 [ ] | 350 |
| | 351 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 358 **17** | 359 [ ] | 364 |
| | 365 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 372 **17** | 373 [ ] | 378 |
| | 379 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 386 **17** | 387 [ ] | 392 |

RELAPSE PREVENTION TRIAL

AP93776

C91

ZENECA PHARMACEUTICALS GROUP
ZENECA INC.
**PRESCRIPTION RECORD – SEGMENT B FIXED DOSE (13)**

| TRIAL NO. **5077IL/0015** | CENTER NO. **00 _ _** |
|---|---|
| SUBJECT ID. | SUBJECT NO. |

| FORM NO. **1214** | VISIT NO. **11** | SEQUENCE NO. **0** | | PRINT NO. **AP93777** |
|---|---|---|---|---|

DO NOT WRITE ON PAGES LAID OVER THIS FORM

NO CARBON REQUIRED

| | DATE month/day/year | NUMBER TABLETS DISPENSED | NUMBER TABLETS RETURNED | COMMENT |
|---|---|---|---|---|
| **W E E K 27** | 1 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 8 [ 17 ] | 9 [ ] | 14 |
| | 15 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 22 [ 17 ] | 23 [ ] | 28 |
| | 29 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 36 [ 17 ] | 37 [ ] | 42 |
| | 43 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 50 [ 17 ] | 51 [ ] | 56 |
| | 57 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 64 [ 17 ] | 65 [ ] | 70 |
| | 71 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 78 [ 17 ] | 79 [ ] | 84 |
| | 85 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 92 [ 17 ] | 93 [ ] | 98 |
| **W E E K 28** | 99 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 106 [ 17 ] | 107 [ ] | 112 |
| | 113 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 120 [ 17 ] | 121 [ ] | 126 |
| | 127 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 134 [ 17 ] | 135 [ ] | 140 |
| | 141 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 148 [ 17 ] | 149 [ ] | 154 |
| | 155 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 162 [ 17 ] | 163 [ ] | 168 |
| | 169 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 176 [ 17 ] | 177 [ ] | 182 |
| | 183 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 190 [ 17 ] | 191 [ ] | 196 |

**KEYPUNCH NOTE: PRESCRIPTION RECORD – SEGMENT B FIXED DOSE (13) IS CONTINUED ON FORM TITLED PRESCRIPTION RECORD SEGMENT B FIXED DOSE (14)**

RELAPSE PREVENTION TRIAL

AP93777

C92

ZENECA PHARMACEUTICALS GROUP
ZENECA INC.
**PRESCRIPTION RECORD – SEGMENT B FIXED DOSE (14)**

| TRIAL NO. 5077IL/0015 | | CENTER NO. 00 _ _ |
|---|---|---|
| SUBJECT ID. | | SUBJECT NO. |
| | | PRINT NO. AP93778 |

DO NOT WRITE ON PAGES LAID OVER THIS FORM

NO CARBON REQUIRED

| | | DATE month/day/year | NUMBER TABLETS DISPENSED | NUMBER TABLETS RETURNED | COMMENT |
|---|---|---|---|---|---|
| **W** | 197 | [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 204 [ 17 ] | 205 [ ] | 210 |
| **E** | 211 | [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 218 [ 17 ] | 219 [ ] | 224 |
| **E** | 225 | [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 232 [ 17 ] | 233 [ ] | 238 |
| **K** | 239 | [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 246 [ 17 ] | 247 [ ] | 252 |
| **29** | 253 | [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 260 [ 17 ] | 261 [ ] | 266 |
| | 267 | [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 274 [ 17 ] | 275 [ ] | 280 |
| ↓ | 281 | [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 288 [ 17 ] | 289 [ ] | 294 |
| **W** | 295 | [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 302 [ 17 ] | 303 [ ] | 308 |
| **E** | 309 | [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 316 [ 17 ] | 317 [ ] | 322 |
| **E** | 323 | [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 330 [ 17 ] | 331 [ ] | 336 |
| **K** | 337 | [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 344 [ 17 ] | 345 [ ] | 350 |
| **30** | 351 | [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 358 [ 17 ] | 359 [ ] | 364 |
| | 365 | [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 372 [ 17 ] | 373 [ ] | 378 |
| ↓ | 379 | [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 386 [ 17 ] | 387 [ ] | 392 |

RELAPSE PREVENTION TRIAL

AP93778

C93

ZENECA PHARMACEUTICALS GROUP
ZENECA INC.
**PRESCRIPTION RECORD – SEGMENT B FIXED DOSE (15)**

| TRIAL NO. 5077IL/0015 | CENTER NO. 00 _ _ |
|---|---|
| SUBJECT ID. | SUBJECT NO. |

| FORM NO. 1214 | VISIT NO. 12 | SEQUENCE NO. 0 | | PRINT NO. AP93779 |
|---|---|---|---|---|

| | | DATE month/day/year | NUMBER TABLETS DISPENSED | NUMBER TABLETS RETURNED | COMMENT |
|---|---|---|---|---|---|
| **W** | | 1 [ ] [ ] . [ ] 1 9 9 | 8 [ 17 ] | 9 [ ] | 14 |
| **E** | | 15 [ ] [ ] [ ] 1 9 9 | 22 [ 17 ] | 23 [ ] | 28 |
| **E** | | 29 [ ] [ ] [ ] 1 9 9 | 36 [ 17 ] | 37 [ ] | 42 |
| **K** | | 43 [ ] [ ] [ ] 1 9 9 | 50 [ 17 ] | 51 [ ] | 56 |
| **31** | | 57 [ ] [ ] [ ] 1 9 9 | 64 [ 17 ] | 65 [ ] | 70 |
| | | 71 [ ] [ ] [ ] 1 9 9 | 78 [ 17 ] | 79 [ ] | 84 |
| | | 85 [ ] [ ] [ ] 1 9 9 | 92 [ 17 ] | 93 [ ] | 98 |
| **W** | | 99 [ ] [ ] [ ] 1 9 9 | 106 [ 17 ] | 107 [ ] | 112 |
| **E** | | 113 [ ] [ ] [ ] 1 9 9 | 120 [ 17 ] | 121 [ ] | 126 |
| **E** | | 127 [ ] [ ] [ ] 1 9 9 | 134 [ 17 ] | 135 [ ] | 140 |
| **K** | | 141 [ ] [ ] [ ] 1 9 9 | 148 [ 17 ] | 149 [ ] | 154 |
| **32** | | 155 [ ] [ ] [ ] 1 9 9 | 162 [ 17 ] | 163 [ ] | 168 |
| | | 169 [ ] [ ] [ ] 1 9 9 | 176 [ 17 ] | 177 [ ] | 182 |
| | | 183 [ ] [ ] [ ] 1 9 9 | 190 [ 17 ] | 191 [ ] | 196 |

DO NOT WRITE ON PAGES LAID OVER ON THIS FORM

NO CARBON REQUIRED

**KEYPUNCH NOTE: PRESCRIPTION RECORD – SEGMENT B FIXED DOSE (15) IS CONTINUED ON FORM TITLED PRESCRIPTION RECORD SEGMENT B FIXED DOSE (16)**

RELAPSE PREVENTION TRIAL

AP93779

C94

| ZENECA PHARMACEUTICALS GROUP ZENECA INC. PRESCRIPTION RECORD – SEGMENT B FIXED DOSE (16) | TRIAL NO. 5077IL/0015 | CENTER NO. 00 _ _ |
|---|---|---|
| | SUBJECT ID. | SUBJECT NO. |
| | | PRINT NO. AP93780 |

DO NOT WRITE ON PAGES LAID OVER THIS FORM

NO CARBON REQUIRED

| | DATE month/day/year | NUMBER TABLETS DISPENSED | NUMBER TABLETS RETURNED | COMMENT |
|---|---|---|---|---|
| **W E E K 33** | 197 [  ][  ] 1 9 9 | 204 [17] | 205 [  ] | 210 |
| | 211 [  ][  ] 1 9 9 | 218 [17] | 219 [  ] | 224 |
| | 225 [  ][  ] 1 9 9 | 232 [17] | 233 [  ] | 238 |
| | 239 [  ][  ] 1 9 9 | 246 [17] | 247 [  ] | 252 |
| | 253 [  ][  ] 1 9 9 | 260 [17] | 261 [  ] | 266 |
| | 267 [  ][  ] 1 9 9 | 274 [17] | 275 [  ] | 280 |
| | 281 [  ][  ] 1 9 9 | 288 [17] | 289 [  ] | 294 |
| **W E E K 34** | 295 [  ][  ] 1 9 9 | 302 [17] | 303 [  ] | 308 |
| | 309 [  ][  ] 1 9 9 | 316 [17] | 317 [  ] | 322 |
| | 323 [  ][  ] 1 9 9 | 330 [17] | 331 [  ] | 336 |
| | 337 [  ][  ] 1 9 9 | 344 [17] | 345 [  ] | 350 |
| | 351 [  ][  ] 1 9 9 | 358 [17] | 359 [  ] | 364 |
| | 365 [  ][  ] 1 9 9 | 372 [17] | 373 [  ] | 378 |
| | 379 [  ][  ] 1 9 9 | 386 [17] | 387 [  ] | 392 |

RELAPSE PREVENTION TRIAL

AP93780

C95

| ZENECA PHARMACEUTICALS GROUP ZENECA INC. PRESCRIPTION RECORD – SEGMENT B FIXED DOSE (17) | | TRIAL NO. 5077IL/0015 | CENTER NO. 00 _ _ |
|---|---|---|---|
| | | SUBJECT ID. | SUBJECT NO. |

| FORM NO. 1214 | VISIT NO. 13 | SEQUENCE NO. 0 | | | PRINT NO. AP93781 |
|---|---|---|---|---|---|

| | | DATE month/day/year | NUMBER TABLETS DISPENSED | NUMBER TABLETS RETURNED | COMMENT |
|---|---|---|---|---|---|
| **W** | 1 | [ ][ ][ ] 1 9 9 | 8 [ 17 ] | 9 [ ] | 14 |
| **E** | 15 | [ ][ ][ ] 1 9 9 | 22 [ 17 ] | 23 [ ] | 28 |
| **E** | 29 | [ ][ ][ ] 1 9 9 | 36 [ 17 ] | 37 [ ] | 42 |
| **K** | 43 | [ ][ ][ ] 1 9 9 | 50 [ 17 ] | 51 [ ] | 56 |
| **35** | 57 | [ ][ ][ ] 1 9 9 | 64 [ 17 ] | 65 [ ] | 70 |
| | 71 | [ ][ ][ ] 1 9 9 | 78 [ 17 ] | 79 [ ] | 84 |
| | 85 | [ ][ ][ ] 1 9 9 | 92 [ 17 ] | 93 [ ] | 98 |
| **W** | 99 | [ ][ ][ ] 1 9 9 | 106 [ 17 ] | 107 [ ] | 112 |
| **E** | 113 | [ ][ ][ ] 1 9 9 | 120 [ 17 ] | 121 [ ] | 126 |
| **E** | 127 | [ ][ ][ ] 1 9 9 | 134 [ 17 ] | 135 [ ] | 140 |
| **K** | 141 | [ ][ ][ ] 1 9 9 | 148 [ 17 ] | 149 [ ] | 154 |
| **36** | 155 | [ ][ ][ ] 1 9 9 | 162 [ 17 ] | 163 [ ] | 168 |
| | 169 | [ ][ ][ ] 1 9 9 | 176 [ 17 ] | 177 [ ] | 182 |
| | 183 | [ ][ ][ ] 1 9 9 | 190 [ 17 ] | 191 [ ] | 196 |

DO NOT WRITE ON PAGES LAID OVER THIS FORM

NO CARBON REQUIRED

**KEYPUNCH NOTE: PRESCRIPTION RECORD – SEGMENT B FIXED DOSE (17) IS CONTINUED ON FORM TITLED PRESCRIPTION RECORD SEGMENT B FIXED DOSE (18)**

RELAPSE PREVENTION TRIAL

AP93781

C96

**ZENECA PHARMACEUTICALS GROUP**
**ZENECA INC.**
**PRESCRIPTION RECORD – SEGMENT B FIXED DOSE (18)**

| TRIAL NO. 5077IL/0015 | CENTER NO. 00 _ _ |
|---|---|
| SUBJECT ID. | SUBJECT NO. |
| | PRINT NO. AP93782 |

DO NOT WRITE ON PAGES LAID OVER THIS FORM

| | | DATE month/day/year | NUMBER TABLETS DISPENSED | NUMBER TABLETS RETURNED | COMMENT |
|---|---|---|---|---|---|
| **W** | 197 | ☐ ☐ ☐ 1 9 9 | 204 **17** | 205 ☐ | 210 |
| **E** | 211 | ☐ ☐ ☐ 1 9 9 | 218 **17** | 219 ☐ | 224 |
| **E** | 225 | ☐ ☐ ☐ 1 9 9 | 232 **17** | 233 ☐ | 238 |
| **K** | 239 | ☐ ☐ ☐ 1 9 9 | 246 **17** | 247 ☐ | 252 |
| **37** | 253 | ☐ ☐ ☐ 1 9 9 | 260 **17** | 261 ☐ | 266 |
| | 267 | ☐ ☐ ☐ 1 9 9 | 274 **17** | 275 ☐ | 280 |
| | 281 | ☐ ☐ ☐ 1 9 9 | 288 **17** | 289 ☐ | 294 |
| **W** | 295 | ☐ ☐ ☐ 1 9 9 | 302 **17** | 303 ☐ | 308 |
| **E** | 309 | ☐ ☐ ☐ 1 9 9 | 316 **17** | 317 ☐ | 322 |
| **E** | 323 | ☐ ☐ ☐ 1 9 9 | 330 **17** | 331 ☐ | 336 |
| **K** | 337 | ☐ ☐ ☐ 1 9 9 | 344 **17** | 345 ☐ | 350 |
| **38** | 351 | ☐ ☐ ☐ 1 9 9 | 358 **17** | 359 ☐ | 364 |
| | 365 | ☐ ☐ ☐ 1 9 9 | 372 **17** | 373 ☐ | 378 |
| | 379 | ☐ ☐ ☐ 1 9 9 | 386 **17** | 387 ☐ | 392 |

NO CARBON REQUIRED

RELAPSE PREVENTION TRIAL

AP93782

C97

ZENECA PHARMACEUTICALS GROUP
ZENECA INC.
**PRESCRIPTION RECORD – SEGMENT B FIXED DOSE (19)**

| TRIAL NO. | 5077IL/0015 | CENTER NO. | 00 _ _ |
|---|---|---|---|
| SUBJECT ID. | | SUBJECT NO. | |

| FORM NO. | 1214 | VISIT NO. | 14 | SEQUENCE NO. | 0 | | | PRINT NO. | AP93783 |
|---|---|---|---|---|---|---|---|---|---|

DO NOT WRITE ON PAGES LAID OVER THIS FORM

NO CARBON REQUIRED

| | DATE<br>month/day/year | NUMBER<br>TABLETS<br>DISPENSED | NUMBER<br>TABLETS<br>RETURNED | COMMENT |
|---|---|---|---|---|
| **W** | 1 [ ][ ] . [ ] 1 9 9 | 8 17 | 9 [ ] | 14 |
| **E** | 15 [ ][ ][ ] 1 9 9 | 22 17 | 23 [ ] | 28 |
| **E** | 29 [ ][ ][ ] 1 9 9 | 36 17 | 37 [ ] | 42 |
| **K** | 43 [ ][ ][ ] 1 9 9 | 50 17 | 51 [ ] | 56 |
| **39** | 57 [ ][ ][ ] 1 9 9 | 64 17 | 65 [ ] | 70 |
| | 71 [ ][ ][ ] 1 9 9 | 78 17 | 79 [ ] | 84 |
| | 85 [ ][ ][ ] 1 9 9 | 92 17 | 93 [ ] | 98 |
| **W** | 99 [ ][ ][ ] 1 9 9 | 106 17 | 107 [ ] | 112 |
| **E** | 113 [ ][ ][ ] 1 9 9 | 120 17 | 121 [ ] | 126 |
| **E** | 127 [ ][ ][ ] 1 9 9 | 134 17 | 135 [ ] | 140 |
| **K** | 141 [ ][ ][ ] 1 9 9 | 148 17 | 149 [ ] | 154 |
| **40** | 155 [ ][ ][ ] 1 9 9 | 162 17 | 163 [ ] | 168 |
| | 169 [ ][ ][ ] 1 9 9 | 176 17 | 177 [ ] | 182 |
| | 183 [ ][ ][ ] 1 9 9 | 190 17 | 191 [ ] | 196 |

KEYPUNCH NOTE: PRESCRIPTION RECORD – SEGMENT B FIXED DOSE (19) IS CONTINUED ON FORM TITLED PRESCRIPTION RECORD SEGMENT B FIXED DOSE (20)

RELAPSE PREVENTION TRIAL

AP93783

C98

ZENECA PHARMACEUTICALS GROUP
ZENECA INC.
**PRESCRIPTION RECORD – SEGMENT B FIXED DOSE (20)**

| | |
|---|---|
| TRIAL NO. **5077IL/0015** | CENTER NO. **00 _ _** |
| SUBJECT ID. | SUBJECT NO. |
| | PRINT NO. **AP93784** |

DO NOT WRITE ON PAGES LAID OVER THIS FORM

NO CARBON REQUIRED

| | | DATE month/day/year | NUMBER TABLETS DISPENSED | NUMBER TABLETS RETURNED | COMMENT |
|---|---|---|---|---|---|
| **W E E K 41** | | 197 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 204 [ 17 ] | 205 [ ] | 210 |
| | | 211 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 218 [ 17 ] | 219 [ ] | 224 |
| | | 225 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 232 [ 17 ] | 233 [ ] | 238 |
| | | 239 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 246 [ 17 ] | 247 [ ] | 252 |
| | | 253 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 260 [ 17 ] | 261 [ ] | 266 |
| | | 267 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 274 [ 17 ] | 275 [ ] | 280 |
| | | 281 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 288 [ 17 ] | 289 [ ] | 294 |
| **W E E K 42** | | 295 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 302 [ 17 ] | 303 [ ] | 308 |
| | | 309 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 316 [ 17 ] | 317 [ ] | 322 |
| | | 323 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 330 [ 17 ] | 331 [ ] | 336 |
| | | 337 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 344 [ 17 ] | 345 [ ] | 350 |
| | | 351 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 358 [ 17 ] | 359 [ ] | 364 |
| | | 365 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 372 [ 17 ] | 373 [ ] | 378 |
| | | 379 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 386 [ 17 ] | 387 [ ] | 392 |

**RELAPSE PREVENTION TRIAL**

AP93784

C99

ZENECA PHARMACEUTICALS GROUP
ZENECA INC.
**PRESCRIPTION RECORD – SEGMENT B FIXED DOSE (21)**

| TRIAL NO. 5077IL/0015 | CENTER NO. 00 _ _ |
|---|---|
| SUBJECT ID. | SUBJECT NO. |

| FORM NO. 1214 | VISIT NO. 15 | SEQUENCE NO. 0 | | PRINT NO. AP93785 |
|---|---|---|---|---|

| | DATE month/day/year | NUMBER TABLETS DISPENSED | NUMBER TABLETS RETURNED | COMMENT |
|---|---|---|---|---|
| **W** | 1 [ ][ ][ ][ ] 1 9 9 | 8 17 | 9 [ ] | 14 |
| **E** | 15 [ ][ ][ ][ ] 1 9 9 | 22 17 | 23 [ ] | 28 |
| **E** | 29 [ ][ ][ ][ ] 1 9 9 | 36 17 | 37 [ ] | 42 |
| **K** | 43 [ ][ ][ ][ ] 1 9 9 | 50 17 | 51 [ ] | 56 |
| **43** | 57 [ ][ ][ ][ ] 1 9 9 | 64 17 | 65 [ ] | 70 |
| | 71 [ ][ ][ ][ ] 1 9 9 | 78 17 | 79 [ ] | 84 |
| | 85 [ ][ ][ ][ ] 1 9 9 | 92 17 | 93 [ ] | 98 |
| **W** | 99 [ ][ ][ ][ ] 1 9 9 | 106 17 | 107 [ ] | 112 |
| **E** | 113 [ ][ ][ ][ ] 1 9 9 | 120 17 | 121 [ ] | 126 |
| **E** | 127 [ ][ ][ ][ ] 1 9 9 | 134 17 | 135 [ ] | 140 |
| **K** | 141 [ ][ ][ ][ ] 1 9 9 | 148 17 | 149 [ ] | 154 |
| **44** | 155 [ ][ ][ ][ ] 1 9 9 | 162 17 | 163 [ ] | 168 |
| | 169 [ ][ ][ ][ ] 1 9 9 | 176 17 | 177 [ ] | 182 |
| | 183 [ ][ ][ ][ ] 1 9 9 | 190 17 | 191 [ ] | 196 |

DO NOT WRITE ON PAGES LAID OVER THIS FORM

NO CARBON REQUIRED

**KEYPUNCH NOTE: PRESCRIPTION RECORD – SEGMENT B FIXED DOSE (21) IS CONTINUED ON FORM TITLED PRESCRIPTION RECORD SEGMENT B FIXED DOSE (22)**

RELAPSE PREVENTION TRIAL

AP93785

C100

ZENECA PHARMACEUTICALS GROUP
ZENECA INC.
**PRESCRIPTION RECORD – SEGMENT B FIXED DOSE (22)**

| TRIAL NO. **5077IL/0015** | CENTER NO. **00 _ _** |
|---|---|
| SUBJECT ID. | SUBJECT NO. |
| | PRINT NO. **AP93786** |

DO NOT WRITE ON PAGES LAID OVER THIS FORM

NO CARBON REQUIRED

| | DATE month/day/year | NUMBER TABLETS DISPENSED | NUMBER TABLETS RETURNED | COMMENT |
|---|---|---|---|---|
| **W** | 197 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 204 **17** | 205 [ ] | 210 |
| **E** | 211 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 218 **17** | 219 [ ] | 224 |
| **E** | 225 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 232 **17** | 233 [ ] | 238 |
| **K** | 239 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 246 **17** | 247 [ ] | 252 |
| **45** | 253 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 260 **17** | 261 [ ] | 266 |
| | 267 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 274 **17** | 275 [ ] | 280 |
| ↓ | 281 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 288 **17** | 289 [ ] | 294 |
| **W** | 295 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 302 **17** | 303 [ ] | 308 |
| **E** | 309 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 316 **17** | 317 [ ] | 322 |
| **E** | 323 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 330 **17** | 331 [ ] | 336 |
| **K** | 337 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 344 **17** | 345 [ ] | 350 |
| **46** | 351 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 358 **17** | 359 [ ] | 364 |
| | 365 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 372 **17** | 373 [ ] | 378 |
| ↓ | 379 [ ][ ][ ][ 1 ][ 9 ][ 9 ] | 386 **17** | 387 [ ] | 392 |

RELAPSE PREVENTION TRIAL

AP93786

C101

**ZENECA PHARMACEUTICALS GROUP**
**ZENECA INC.**
**PRESCRIPTION RECORD – SEGMENT B FIXED DOSE (23)**

| TRIAL NO. 5077IL/0015 | CENTER NO. 00 _ _ |
| SUBJECT ID. | SUBJECT NO. |

| FORM NO. 1214 | VISIT NO. 16 | SEQUENCE NO. 0 | | PRINT NO. AP93787 |

| | DATE month/day/year | NUMBER TABLETS DISPENSED | NUMBER TABLETS RETURNED | COMMENT |
|---|---|---|---|---|
| **W** | 1 [ ][ ][ ] 1 9 9 | 8 17 | 9 [ ] | 14 |
| **E** | 15 [ ][ ][ ] 1 9 9 | 22 17 | 23 [ ] | 28 |
| **E** | 29 [ ][ ][ ] 1 9 9 | 36 17 | 37 [ ] | 42 |
| **K** | 43 [ ][ ][ ] 1 9 9 | 50 17 | 51 [ ] | 56 |
| **47** | 57 [ ][ ][ ] 9 9 | 64 17 | 65 [ ] | 70 |
| | 71 [ ][ ][ ] 1 9 9 | 78 17 | 79 [ ] | 84 |
| | 85 [ ][ ][ ] 1 9 9 | 92 17 | 93 [ ] | 98 |
| **W** | 99 [ ][ ][ ] 1 9 9 | 106 17 | 107 [ ] | 112 |
| **E** | 113 [ ][ ][ ] 1 9 9 | 120 17 | 121 [ ] | 126 |
| **E** | 127 [ ][ ][ ] 1 9 9 | 134 17 | 135 [ ] | 140 |
| **K** | 141 [ ][ ][ ] 1 9 9 | 148 17 | 149 [ ] | 154 |
| **48** | 155 [ ][ ][ ] 1 9 9 | 162 17 | 163 [ ] | 168 |
| | 169 [ ][ ][ ] 1 9 9 | 176 17 | 177 [ ] | 182 |
| | 183 [ ][ ][ ] 1 9 9 | 190 17 | 191 [ ] | 196 |

DO NOT WRITE ON PAGES LAID OVER THIS FORM

NO CARBON REQUIRED

KEYPUNCH TO THE PRESCRIPTION RECORD – SEGMENT B FIXED DOSE (23) IS CONTINUED
ON FORM 1215 PRESCRIPTION RECORD SEGMENT B FIXED DOSE (24)

RELAPSE PREVENTION TRIAL

AP93787

C102

**ZENECA PHARMACEUTICALS GROUP**
**ZENECA INC.**
**PRESCRIPTION RECORD – SEGMENT B FIXED DOSE (24)**

| TRIAL NO. | 5077IL/0015 | CENTER NO. | 00 _ _ |
|---|---|---|---|
| SUBJECT ID. | | SUBJECT NO. | |
| | | PRINT NO. | AP93788 |

DO NOT WRITE ON PAGES LAID OVER THIS FORM

NO CARBON REQUIRED

| | | DATE month/day/year | NUMBER TABLETS DISPENSED | NUMBER TABLETS RETURNED | COMMENT |
|---|---|---|---|---|---|
| **W** | 197 | ☐☐☐ 1 9 9 | 204 **17** | 205 ☐ | 210 |
| **E** | 211 | ☐☐☐ 1 9 9 | 218 **17** | 219 ☐ | 224 |
| **E** | 225 | ☐☐☐ 1 9 9 | 232 **17** | 233 ☐ | 238 |
| **K** | 239 | ☐☐☐ 1 9 9 | 246 **17** | 247 ☐ | 252 |
| **49** | 253 | ☐☐☐ 1 9 9 | 260 **17** | 261 ☐ | 266 |
| | 267 | ☐☐☐ 1 9 9 | 274 **17** | 275 ☐ | 280 |
| ↓ | 281 | ☐☐☐ 1 9 9 | 288 **17** | 289 ☐ | 294 |
| **W** | 295 | ☐☐☐ 1 9 9 | 302 **17** | 303 ☐ | 308 |
| **E** | 309 | ☐☐☐ 1 9 9 | 316 **17** | 317 ☐ | 322 |
| **E** | 323 | ☐☐☐ 1 9 9 | 330 **17** | 331 ☐ | 336 |
| **K** | 337 | ☐☐☐ 1 9 9 | 344 **17** | 345 ☐ | 350 |
| **50** | 351 | ☐☐☐ 1 9 9 | 358 **17** | 359 ☐ | 364 |
| | 365 | ☐☐☐ 1 9 9 | 372 **17** | 373 ☐ | 378 |
| ↓ | 379 | ☐☐☐ 1 9 9 | 386 **17** | 387 ☐ | 392 |

**RELAPSE PREVENTION TRIAL**

AP93788

C103

| ZENECA PHARMACEUTICALS GROUP ZENECA INC. **PRESCRIPTION RECORD – SEGMENT B FIXED DOSE (25)** | TRIAL NO. 5077IL/0015 | CENTER NO. 00 _ _ |
|---|---|---|
| | SUBJECT ID. | SUBJECT NO. |

| FORM NO. 1214 | VISIT NO. 17 | SEQUENCE NO. 0 | | PRINT NO. AP93789 |
|---|---|---|---|---|

DO NOT WRITE ON PAGES LAID OVER THIS FORM

NO CARBON REQUIRED

| | | DATE month/day/year | NUMBER TABLETS DISPENSED | NUMBER TABLETS RETURNED | COMMENT |
|---|---|---|---|---|---|
| **W E E K 51** | 1 | [ ][ ][ ]1 9 9 | 8 [17] | 9 [ ] | 14 |
| | 15 | [ ][ ][ ]1 9 9 | 22 [17] | 23 [ ] | 28 |
| | 29 | [ ][ ][ ]1 9 9 | 36 [17] | 37 [ ] | 42 |
| | 43 | [ ][ ][ ]1 9 9 | 50 [17] | 51 [ ] | 56 |
| | 57 | [ ][ ][ ]1 9 9 | 64 [17] | 65 [ ] | 70 |
| | 71 | [ ][ ][ ]1 9 9 | 78 [17] | 79 [ ] | 84 |
| | 85 | [ ][ ][ ]1 9 9 | 92 [17] | 93 [ ] | 98 |
| **W E E K 52** | 99 | [ ][ ][ ]1 9 9 | 106 [17] | 107 [ ] | 112 |
| | 113 | [ ][ ][ ]1 9 9 | 120 [17] | 121 [ ] | 126 |
| | 127 | [ ][ ][ ]1 9 9 | 134 [17] | 135 [ ] | 140 |
| | 141 | [ ][ ][ ]1 9 9 | 148 [17] | 149 [ ] | 154 |
| | 155 | [ ][ ][ ]1 9 9 | 162 [17] | 163 [ ] | 168 |
| | 169 | [ ][ ][ ]1 9 9 | 176 [17] | 177 [ ] | 182 |
| | 183 | [ ][ ][ ]1 9 9 | 190 [17] | 191 [ ] | 196 |

RELAPSE PREVENTION TRIAL

AP93789

C104

| ZENECA PHARMACEUTICALS GROUP ZENECA INC. **RETROILLUMINATION PHOTOGRAPHS – SEGMENT A** | TRIAL NO. **5077IL/0015** | CENTER NO. **00 _ _** |
|---|---|---|
| | SUBJECT ID. | SUBJECT NO. |

| FORM NO. **942** | VISIT NO. **1** | SEQUENCE NO. **99** | | | PRINT NO. **AP9403** |
|---|---|---|---|---|---|

Date of examination  ¹ [  ] [  ] [  ] [ 1 ] [ 9 ] [ 9 ] [  ]
  month    day    year

|  | **Right Eye** | **Left Eye** |
|---|---|---|
| Pupil size at full dilitation* (Eye excluded if mydriasis <6 mm.) | 3 [ ] **(mm)** | 15 [ ] **(mm)** |

1. **Cortical Cataract (C)**
   There are 5 standards: C1 to C5 (Middle row)
   Range:
   No cataract (clear) = 0.1
   Most severe cataract (very opaque) = 5.9      10 [ ]      22 [ ]

2. **Posterior Subcapsular (P)**
   There are 5 standards: P1 to P5 (Bottom row)
   Only grade if visible against red reflex.
   Range:
   No cataract (clear) = 0.1
   Most severe cataract (totally opaque) = 5.9      11 [ ]      23 [ ]

3. **Nuclear Opalescence (NO)**
   There are 6 standards: NO1 to NO6 (Top row)
   The average opalescence of the **entire** nucleus is graded.
   Range:
   No cataract (clear) = 0.1
   Most severe cataract (very opalescent) = 6.9      12 [ ]      24 [ ]

4. **Nuclear Color (NC)**
   There are 6 standards: NC1 to NC6 (Top row)
   The color of the posterior reflex and the nucleus are graded.
   Range:
   Colorless = 0.1
   Very brunescent = 6.9      13 [ ]      25 [ ]

_____
Optometrist's/Ophthalmologist's Signature                    Date _____

* Adapted from Chylack et al., Arch. Ophthalmol. 111:831, 1993.

| RELAPSE PREVENTION TRIAL |
|---|

AP9403

DO NOT WRITE ON PAGES LAID OVER THIS FORM

NO CARBON REQUIRED

C105

ZENECA PHARMACEUTICALS GROUP
ZENECA INC.
**RETROILLUMINATION PHOTOGRAPHS – SEGMENT B**

| TRIAL NO. **5077IL/0015** | CENTER NO. **00 _ _** |
|---|---|
| SUBJECT ID. | SUBJECT NO. |

| FORM NO. **942** | VISIT NO. | SEQUENCE NO. **99** | | | PRINT NO. **AP9404** |
|---|---|---|---|---|---|

*DO NOT WRITE ON PAGES LAID OVER THIS FORM*

Week number ☐ ☐

Date of examination ¹ ☐ ☐ ☐ ☐ | 1 9 9 ☐
month   day   year

|  | **Right Eye** | **Left Eye** |
|---|---|---|
| Pupil size at full dilitation*<br>(Eye excluded if mydriasis <6 mm.) | ³ ☐<br>(mm) | ¹⁵ ☐<br>(mm) |

1.  **Cortical Cataract (C)**
    There are 5 standards: C1 to C5 (Middle row)
    Range:
    No cataract (clear) = 0.1
    Most severe cataract (very opaque) = 5.9

    ¹⁰ ☐            ²² ☐

2.  **Posterior Subcapsular (P)**
    There are 5 standards: P1 to P5 (Bottom row)
    Only grade if visible against red reflex.
    Range:
    No cataract (clear) = 0.1
    Most severe cataract (totally opaque) = 5.9

    ¹¹ ☐            ²³ ☐

3.  **Nuclear Opalescence (NO)**
    There are 6 standards: NO1 to NO6 (Top row)
    The average opalescence of the **entire** nucleus is graded.
    Range:
    No cataract (clear) = 0.1
    Most severe cataract (very opalescent) = 6.9

    ¹² ☐            ²⁴ ☐

4.  **Nuclear Color (NC)**
    There are 6 standards: NC1 to NC6 (Top row)
    The color of the posterior reflex and the nucleus are graded.
    Range:
    Colorless = 0.1
    Very brunescent = 6.9

    ¹³ ☐            ²⁵ ☐

*NO CARBON REQUIRED*

Optometrist's/Ophthalmologist's Signature                    Date

\* Adapted from Chylack et al., Arch. Ophthalmol. 111:831, 1993.

RELAPSE PREVENTION TRIAL

AP9404

## APPENDIX  D

**US protocol and amendments**

**1 March 1995 − Final protocol** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .D1 to D65

**1 March 1995 − Protocol revision** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .D66 to D69

**2 September 1994 − Protocol revision** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .D70 to D75

**29 July 1994 − Protocol revision** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .D76 to D82

**23 May 1994 − Protocol revision** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .D83 .  .


**Canadian protocol and amendments**

**13 April 1995 − Final protocol** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .D84 to D144

**13 April 1995 − Protocol revision** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .D145 to D148

**26 January 1995 − Protocol revision** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .D149 to D152

**23 October 1994 − Protocol revision** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .D153 to D154

**29 July 1994 − Protocol revision** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .D155 to D158

**23 May 1994 − Protocol revision** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .D159 to D160

**18 August 1993 − Protocol revision** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .D161 to D162

D1

_5077I4/0015.0013_
_RC_

A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE
AND DOSE REGIMEN COMPARISON OF SEROQUEL™ (ICI 204,636) AND HALOPERIDOL
IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS
WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

Trial No. 5077IL/0015:0013

Date:  May 5, 1993
Revised:  May 23, 1994
Revised:  July 29, 1994
Revised:  September 2, 1994
Revised:  March 1, 1995

This document is a confidential communication of ZENECA (formerly ICI)
Pharmaceuticals, ZENECA, Inc.  Acceptance of this document constitutes
the agreement by the recipient that no unpublished information contained herein
will be published or disclosed without the prior written approval of ZENECA
Pharmaceuticals, except that this document may be disclosed to appropriate
institutional review boards so long as they are requested to keep it
confidential.

SEROQUEL is a trademark, the property of ZENECA Ltd.

D2

Signature Page

**Trial Title:**

A Multicenter, Double-Blind, Randomized, Controlled, Multiple Fixed-Dose and Dose Regimen Comparison of SEROQUEL (ICI 204,636) and Haloperidol in the Prevention of Psychotic Relapse in Outpatients with Chronic or Subchronic Schizophrenia

**Trial Number:**   5077IL/0015:0013

**Investigator:**   Alexander L. Miller, MD
                    John  Chiles, MD
                    Brady/Green Clinical Research
                    527 North Leona, 4th Floor
                    San Antonio, TX  78229

**Institutional Review Board(s):**

                    University of Texas IRB
                    Health Science Center at San Antonio
                    7703 Floyd Curl Dr.
                    San Antonio, TX  78284

**Senior Director:**

          Lisa A. Arvanitis, M.D.
          Senior Director
          CNS Clinical Research
          CNS International Clinical Project Team
          Clinical and Medical Affairs

1.   This study, 5077IL/0015, will commence in July 1993 with completion expected by September, 1995, unless mutually agreed otherwise.

2.   The total number of outpatients expected to be exposed to study drugs in this multicenter trial is 560.  Each of 37 centers may enter up to 42 subjects in double-blind treatment.

3.   We, the undersigned, have carefully read this protocol and agree that it contains all the necessary information required to conduct the study.

L. A. Arvanitis, M.D.                John  Chiles, MD
Senior Director
CNS Clinical Research
CNS International Clinical Project Team
Clinical and Medical Affairs

3/7/95                              3-20-95
Date                               Date

D3

ZENECA Study Personnel
Persons to be contacted in the event of Adverse Events

Senior Director:

Lisa A. Arvanitis, MD
CNS International Clinical Project Team
Clinical & Medical Affairs
ZENECA Pharmaceuticals
Office: (302) 886-2744
Home:   REDACTED

Project Physician:

Walter W. Hong, MD
CNS International Clinical Project Team
Clinical & Medical Affairs
ZENECA Pharmaceuticals
Office:  (302) 886-2897
Home:   REDACTED

Clinical Research Manager:*

Jean T. Fennimore
CNS International Clinical Project Team
Clinical & Medical Affairs
ZENECA Pharmaceuticals
Office: (302) 886-2874
Home:   REDACTED

Clinical Research Associates:*

Jacqueline Fiore
CNS International Clinical
   Project Team
Clinical & Medical Affairs
ZENECA Pharmaceuticals
Office: (302) 886-2649
Home:   REDACTED

Gary D. Fritz
CNS International Clinical
   Project Team
Clinical & Medical Affairs
ZENECA Pharmaceuticals
Office: (302) 886-2813
Home:   REDACTED

Dianne T. Edwards
CNS International Clinical
   Project Team
Clinical & Medical Affairs
ZENECA Pharmaceuticals
Office: (302) 886-8026
Home:   REDACTED

Lyette S. Chernous, M.A.
CNS International Clinical
   Project Team
Clinical & Medical Affairs
ZENECA Pharmaceuticals
Office: (302) 886-4658
Home:   REDACTED

Linda S. Johnson
CNS International Clinical
   Project Team
Clinical & Medical Affairs
ZENECA Pharmaceuticals
Office: (302) 886-7728
Home:   REDACTED

Camille L. Wentz
CNS International Clinical
   Project Team
Clinical & Medical Affairs
ZENECA Pharmaceuticals
Office: (302) 886-7724
Home:   REDACTED

*Primary contacts for this study.

D4

| CONTENTS | PAGE NUMBER |
|---|---|
| TITLE PAGE | |
| SIGNATURE PAGE | |
| ZENECA STUDY PERSONNEL | |
| CONTENTS | |
| PROTOCOL SUMMARY | i |
| **1**    **INTRODUCTION** | **1** |
| **1.1**   **Pharmacology** | **1** |
| **1.2**   **Toxicology** | **1** |
| **1.3**   **Human pharmacokinetics and bioavailability** | **2** |
| **1.4**   **Clinical development** | **2** |
| 1.4.1  Efficacy | 2 |
| 1.4.2  Safety | 3 |
| **1.5**   **Study rationale** | **4** |
| **2**    **OBJECTIVES** | **4** |
| **3**    **TRIAL DESIGN** | **5** |
| **3.1**   **Design** | **5** |
| **3.2**   **Open label extension** | **5** |
| **3.3**   **Visit structure** | **6** |
| **4**    **SUBJECT SELECTION** | **6** |
| **4.1**   **Source of subjects** | **6** |
| **4.2**   **Number of subjects** | **6** |
| **4.3**   **Inclusion criteria** | **6** |
| 4.3.1  Diagnosis | 6 |
| 4.3.2  Level of remission or prognostic factors | 7 |
| 4.3.3  Qualification criteria | 7 |
| 4.3.4  Neuroleptic and other psychotropic therapy | 7 |
| 4.3.5  General | 8 |
| **4.4**   **Exclusion criteria** | **8** |
| 4.4.1  General | 8 |
| 4.4.2  Medical | 8 |
| 4.4.3  Psychiatric/Neurologic | 9 |

D5

**CONTENTS (continued)**                                              **PAGE NUMBER**

**5**      **TRIAL DRUGS/TREATMENT**                                      9

**5.1**    **Formulation, packaging and storage**                        9
    5.1.1  Segment A - Screening                      9
    5.1.2  Segment B - Double-Blind                    10
    5.1.3  Drug labeling                               11

**5.2**    **Drug administration: route, dose and regimen**              12
    5.2.1  Drug administration - Segment A - Screening 12
    5.2.2  Drug administration - Segment B - Double-Blind 12

**5.3**    **Group assignment/randomization**                            13
**5.4**    **Drug accountability**                                       13

**6**      **CONCURRENT TREATMENT**                                      14

**6.1**    **Psychotropic medication**                                   14
    6.1.1  Neuroleptic medication                      14
    6.1.2  Non-neuroleptic medications                 14
    6.1.3  Medication for agitation and insomnia       15

**6.2**    **Medication for extrapyramidal symptoms**                    15
**6.3**    **Concomitant non-psychotropic medication**                   15

**7**      **TRIAL METHODS**                                             15

**7.1**    **Procedural summary**                                        15
    7.1.1  Segment A - Screening                       16
    7.1.2  Segment B - Double-Blind                    16
    7.1.3  Definition of psychotic relapse             17

**7.2**    **Clinical and laboratory evaluations**                       18
    7.2.1  Psychiatric assessments                     18
    7.2.2  Neurological assessments                    19
    7.2.3  Assessment of adverse events                19
    7.2.4  Clinical chemistry and hematology           19
    7.2.5  Electrocardiogram                           20
    7.2.6  Vital signs                                 20
    7.2.7  Physical examination                        21
    7.2.8  Ophthalmologic examination                  21
    7.2.9  Health outcomes assessments                 21

D6

CONTENTS (continued)                                                    PAGE NUMBER

7.3     Collection and handling of biological samples for analysis        21
        7.3.1   Schedule for sample collection                            21
        7.3.2   Blood collection technique and handling                   22
        7.3.3   Sample labeling                                           22
        7.3.4   Sample shipment                                           22
        7.3.5   Procedure for assay of SEROQUEL (ICI 204,636)             23


8       ADVERSE EVENTS, SUBJECT WITHDRAWALS AND DROPOUTS                  23

8.1     Adverse events                                                   23
8.2     Subject withdrawals and dropouts                                 24
8.3     Code breaks                                                      24

9       DATA MANAGEMENT AND STATISTICAL CONSIDERATION                    25

9.1     Data management                                                  25
9.2     Statistical methods                                             25
        9.2.1   Power considerations                                     25
        9.2.2   Data analysis                                            27

10      ADMINISTRATIVE ASPECTS                                           32

10.1    Institutional review board                                      32
10.2    Informed consent                                                32
10.3    Study commencement and discontinuation                          32
10.4    Laboratory accreditation                                        33
10.5    Payment of grant                                                33
10.6    Case record form completion                                     33
10.7    Sponsor monitoring                                              33
10.8    Record retention                                                34
10.9    Investigator's final report                                     34

REFERENCES                                                              34

APPENDICES

A.      Open Label Extension
B.      Diagnostic Criteria for Schizophrenia
C.      Diagnostic Criteria for Psychoactive Substance Abuse
D.      Equivalent Doses for Various Neuroleptic Agents
E.      Actual Doses in Blister Cards
F.      Recommended Titration Schedule
G.      Cognitive Function Tests
H.      Health Outcomes Assessments

D7

-i-
PROTOCOL SUMMARY

**Title:**

A Multicenter, Double-Blind, Randomized, Controlled, Multiple Fixed-Dose and
Dose Regimen Comparison of SEROQUEL (ICI 204,636) and Haloperidol in the
Prevention of Psychotic Relapse in Outpatients with Chronic or Subchronic
Schizophrenia.

**Objectives:**

Primary:  To delineate the dose response relationship for SEROQUEL
(ICI 204,636), administered on both TID and BID dose regimens, in the prevention
of psychotic relapse in outpatients with chronic or subchronic schizophrenia as
measured by the time to withdrawal from the trial.

Secondary:  To compare the efficacy, as measured by changes from baseline in the
Brief Psychiatric Rating Scale (BPRS) and Clinical Global Impression (CGI), the
safety and tolerability among three fixed doses of SEROQUEL (ICI 204,636),
administered on both TID and BID dose regimens, with haloperidol in the
prevention of psychotic relapse in the above population.

Tertiary:  To investigate the relative effects of multiple fixed doses of
SEROQUEL (ICI 204,636) and haloperidol, administered for up to one year, on
negative symptoms, cognitive function, quality of life and health outcomes
assessments in the above population.  The relationship between plasma
concentrations of SEROQUEL (ICI 204,636) and response to treatment will be
explored.

**Trial Design:**

The trial is a Phase III, US and Canadian, multicenter, randomized, double-blind
study comparing three fixed doses and two dose regimens of SEROQUEL
(ICI 204,636) with a standard dose of haloperidol in the prevention of psychotic
relapse in outpatients with chronic or subchronic schizophrenia.

**Type and Number of Subjects:**

Subjects considered eligible will be male or female outpatients between 18 and
65 years of age who fulfill DSM-III-R (Diagnostic and Statistical Manual of
Mental Disorders, Third Edition, Revised - 1987) criteria for chronic or
subchronic schizophrenia of any of the following subtypes:

|                  |              |
| ---------------- | ------------ |
| Disorganized     | 295.11 and .12 |
| Catatonic        | 295.21 and .22 |
| Paranoid         | 295.31 and .32 |
| Residual         | 295.61 and .62 |
| Undifferentiated | 295.91 and .92 |

Subjects will be in full or partial remission according to DSM-III-R criteria
and will be currently treated with neuroleptic agents.

D8

-ii-

A total of 560 subjects, randomized to one of seven treatment regimens (80 subjects per treatment arm), will be treated at 37 centers in the US and Canada. Up to 42 subjects may be entered into double-blind treatment at each center.

**Trial Treatment:**

Upon successful completion of the screening period, subjects will be randomized to receive one of three fixed doses of SEROQUEL (ICI 204,636) or haloperidol. The treatment groups will consist of the following:

| Treatment Arm | Total Daily Dose | Treatment Regimen |
|---|---|---|
| SEROQUEL (ICI 204,636) | 75 mg | TID |
| SEROQUEL (ICI 204,636) | 75 mg | BID |
| SEROQUEL (ICI 204,636) | 300 mg | TID |
| SEROQUEL (ICI 204,636) | 300 mg | BID |
| SEROQUEL (ICI 204,636) | 600 mg | TID |
| SEROQUEL (ICI 204,636) | 600 mg | BID |
| Haloperidol | 12 mg | TID |

**Duration of Treatment:** The protocol is divided into two segments:

| Segment | | Duration |
|---|---|---|
| A | Screening | 7 to 28 days |
| B | Double-Blind | |
| | Titration | 2 weeks |
| | Fixed-Dose Phase | 50 weeks |

Each subject will participate in Segment A for seven to 28 days depending on the dose of maintenance neuroleptic medication at entry. Each subject will participate in Segment B for up to 52 weeks or until psychotic relapse occurs.

Subjects who have completed the trial or who have been withdrawn from the trial after having completed at least four weeks of treatment in Segment B may be eligible, upon completion of all trial assessments, to participate in an open label extension phase with SEROQUEL (ICI 204,636) for up to 104 additional weeks.

**Psychiatric Assessments:**

Primary Measures: 18-item Brief Psychiatric Rating Scale (BPRS); Clinical Global Impression (CGI).

Secondary Measures:  Modified Scale for the Assessment of Negative Symptoms (SANS); Quality of Life Scale (QLS); cognitive function tests.

Other Assessments:  Schedule for the Deficit Syndrome (SDS)

**Safety Assessments:**

Neurologic Measures: Simpson Scale, Abnormal Involuntary Movement Scale (AIMS)

D9

-iii-

Additional Safety Measures:  Physical examination, vital signs, electrocardiograms, dilated ophthalmologic slit lamp examination, clinical laboratory tests, and a record of adverse experiences.  Plasma levels of SEROQUEL (ICI 204,636) will be determined.

-iv-

D10

## TABLE 1
### SCHEDULE OF ASSESSMENTS - 5077IL/0015

A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE-REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

| | Segment A — SCREEN—<TITRATION> | | | | | | | | Segment B — FIXED DOSE | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **VISIT NUMBER:** | -1* | 1 | 2 | 3 | 4 | 5 | 6 | 7 | | 8 | | 9 | | 10 | | 11 | | 12 | | 13 | | 14 | | 15 | | 16 | | 17 |
| **WEEKS:** | 0 | 1 | 2 | 4 | 6 | 8 | 10 | 12 | 14 | 16 | 18 | 20 | 22 | 24 | 26 | 28 | 30 | 32 | 34 | 36 | 38 | 40 | 42 | 44 | 46 | 48 | 50 | 52 |
| SCHEDULED VISITS | X | X | X | X | X | X | X | X | | X | | X | | X | | X | | X | | X | | X | | X | | X | | X |
| TELEPHONE VISITS | | | | | | | | | X | | X | | X | | X | | X | | X | | X | | X | | X | | X | |
| **SCREENING** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DEMOGRAPHY/DIAGNOSIS | X | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MEDICAL HISTORY | X | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PSYCHIATRIC HISTORY | X | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **PSYCHIATRIC ASSESSSMENTS** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BPRS | X | X | X | X | X | X | X | X | | X | | X | | X | | X | | X | | X | | X | | X | | X | | X |
| CGI | X | X | X | X | X | X | X | X | | X | | X | | X | | X | | X | | X | | X | | X | | X | | X |
| SANS | X | | X | X | X | | X | | | X | | | | X | | | | X | | | | X | | | | X | | X |
| SDS | X | | X | X | X | | X | | | X | | | | X | | | | X | | | | X | | | | X | | X |
| **COGNITIVE FUNCTION TESTS** | | | X | | | X | | | | X | | | | X | | | | | | | | | | | | X | | X |
| **HEALTH OUTCOMES ASSESSMENTS** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| QUESTIONNAIRE | | | X | | | | X | | | X | | | | X | | | | X | | | | | | | | X | | X |
| QLS | | | X | | | | X | | | X | | | | X | | | | X | | | | | | | | X | | X |
| **NEUROLOGIC ASSESSMENTS** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SIMPSON SCALE | X | X | X | X | X | X | X | X | | X | | X | | X | | X | | X | | X | | X | | X | | X | | X |
| AIMS | X | X | X | X | X | X | X | X | | X | | X | | X | | X | | X | | X | | X | | X | | X | | X |
| **SAFETY ASSESSMENTS** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ADVERSE EVENTS | X | X | X | X | X | X | X | X | | X | | X | | X | | X | | X | | X | | X | | X | | X | | X |
| HEMATOLOGY | X | X | X | X | X | X | X | X | | X | | X | | X | | X | | X | | X | | X | | X | | X | | X |
| LIVER FUNCTION TESTS | X | | | | | | X | | | X | | X | | X | | | | X | | X | | | | | | | | X |
| THYROID FUNCTION TESTS[b] | X | | | | | | X | | | X | | X | | X | | | | X | | X | | | | | | | | X |
| CHEMISTRY/PROLACTIN | X | | | | | | X | | | X | | X | | X | | | | X | | X | | | | | | | | X |
| SERUM HCG[c] | X | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ECG | X | | | | | | X | | | X | | | | X | | X | | | | X | | | | | | X | | X[a] |
| VITAL SIGNS | X | X | | X | | X | | X | | X | | X | | X | | X | | X | | X | | X | | X | | X | | X[a] |
| WEIGHT | X | X | | X | | X | | X | | X | | | | X | | | | X | | X | | X | | X | | X | | X[a] |
| PHYSICAL EXAM | X | | | | | | X | | | | | | | X | | | | | | | | | | | | | | X[a] |
| OPHTHALMOLOGIC EXAM | X | | | | | | | | | | | | | | | | | | | | | | | | | | | X[a] |
| PLASMA LEVELS | | | | | | | X | | | X | | | | X | | | | | | X | | | | | | | | X |
| **ADMINISTRATIVE** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DISPENSE STUDY MEDICATION | X | X | X | X | X | X | X | X | | X | | X | | X | | X | | X | | X | | X | | X | | X | | X |
| MEDICATION COMPLIANCE CHECK | | X | X | X | X | X | X | X | | X | | X | | X | | X | | X | | X | | X | | X | | X | | X |

* Segment A duration will vary from 1 week to 4 weeks depending on the need for tapering of previous neuroleptic.

a Follow-up if clinically significant.

b Thyroid binding globulin and Reverse T3 at Week -1 and weeks 24 and 52 only.

c Females of child bearing potential only. Additional serum HCGs will be performed at the discretion of the Investigator.

D11

-1-

## 1   INTRODUCTION

ICI 204,636, (IND# 32,132) is a dibenzothiazepine derivative in clinical development by ZENECA Pharmaceuticals, ZENECA, Inc.  ZENECA Pharmaceuticals has filed to use the trade name, SEROQUEL™.  SEROQUEL (ICI 204,636) is designated chemically as 2-(2-[4-(dibenzo[b,f][1,4] thiazepin-11-yl)piperazin-1-yl] ethoxy)ethanol, fumarate salt and has the following structure:



### 1.1   Pharmacology

SEROQUEL (ICI 204,636) is a novel antipsychotic agent intended for the treatment of schizophrenia and other psychotic disorders.  It exhibits high affinity for brain serotonin S2 receptors ($IC_{50}$ = 148 nM) and lower affinity for dopamine D2 and D1 receptors ($IC_{50}$s = 329 and 1,243 nM, respectively).  SEROQUEL (ICI 204,636) possesses considerably less muscarinic cholinergic ($IC_{50}$ > 10,000 nM) and alpha-1 adrenergic ($IC_{50}$ = 90 nM) receptor antagonist activity compared with standard antipsychotic agents (e.g., haloperidol).

SEROQUEL (ICI 204,636) is active orally in classical tests for antipsychotic activity (e.g., conditioned avoidance tests and behavioral or electrophysio-logical tests measuring the reversing actions of dopamine agonists) and possesses substantial selectivity for the limbic system.  Additionally, SEROQUEL (ICI 204,636), unlike standard antipsychotic agents, demonstrates little or no activity in haloperidol-sensitized or drug-naive cebus monkeys, and does not produce depolarization inactivation of nigrostriatal dopamine neurons, paradigms considered predictive of extrapyramidal side effect liability.

### 1.2   Toxicology

SEROQUEL (ICI 204,636) has undergone a toxicological program directed at supporting clinical evaluation in man.  SEROQUEL (ICI 204,636) has a low acute toxicity and has shown no evidence of teratogenic, mutagenic or clastogenic potential in the various tests conducted in dog, rat, and mouse.

D12

-2-

Two toxicologic findings with potential implications for treatment with
SEROQUEL (ICI 204,636) in man include the formation of cataracts of the ocular
lens at the top dose of 100 mg/kg/day in the six month dog study and thyroidal
pigment deposition, follicular cell hypertrophy, and increased thyroid
stimulating hormone (TSH) levels in the six month rat study.

Lenticular defects have not been observed in the cynomolgus monkey after 12
months of exposure to SEROQUEL (ICI 204,636) at 43.5 mg/kg/day nor have
cataracts been noted in man with up to six weeks of exposure to SEROQUEL
(ICI 204,636).  Pigment deposition or changes in thyroid function have not been
seen in the six month dog study or in the cynomolgus monkeys after 12 months of
exposure.  Small decreases in mean total T4 levels, without associated changes
in TSH levels, have been seen in one early Phase II, placebo-controlled trial
(Study 5077IL/0006).  There were no associated cases of clinical hypothyroidism.

## 1.3   Human pharmacokinetics and bioavailability

The pharmacokinetics of SEROQUEL (ICI 204,636) in man have been investigated in
a total of seven trials.  After oral administration, SEROQUEL (ICI 204,636) is
rapidly absorbed with a mean time to peak plasma level concentration ($T_{max}$)
ranging from 1.2 to 1.8 hours.  The elimination of SEROQUEL (ICI 204,636) is
also rapid with mean half-life ($t_{1/2}$) values observed in normal male subjects and
in male subjects with schizophrenic symptomatology ranging from 2.2 to 3.2
hours.  SEROQUEL (ICI 204,636) is moderately bound (83%) to plasma protein.

SEROQUEL (ICI 204,636) is extensively metabolized.  Less than 1% of the
administered oral dose is excreted unchanged in the urine and feces.
Approximately 73% and 21% of a radiolabelled ($^{14}$C) dose of SEROQUEL
(ICI 204,636) is excreted in the urine and feces, respectively.  In man, the
largest fractions of SEROQUEL (ICI 204,636)-related material circulating in
plasma are unchanged SEROQUEL (ICI 204,636) (11%) and the inactive (at the
dopamine D2 receptor) sulfoxide metabolite (10%).

## 1.4   Clinical development

### 1.4.1   Efficacy

Two placebo-controlled clinical trials have demonstrated the efficacy of
SEROQUEL (ICI 204,636) in the treatment of hospitalized subjects with acute
exacerbation of chronic and subchronic schizophrenia.  The first study (Study
5077IL/0004) was a U.S., double-blind, randomized, placebo-controlled,
rising-dose safety, tolerability and plasma level evaluation of SEROQUEL
(ICI 204,636) in 12 male schizophrenic subjects with mild to moderate
symptomatology.  Eight subjects were treated with SEROQUEL (ICI 204,636) in
doses up to 250 mg per day for 21 days while four subjects received placebo.
The second study (5077IL/0006) was a U.S., multicenter, double-blind,
randomized, placebo-controlled, trial evaluating SEROQUEL (ICI 204,636) in the
treatment of 105 evaluable hospitalized subjects with acute exacerbation of
schizophrenia.  After a minimum two day placebo single-blind phase, subjects
were treated for 42 days with up to 750 mg/day of SEROQUEL (ICI 204,636) or
placebo using a flexible dosing titration schedule.

D13

-3-

Efficacy for both trials was assessed using the 18 item Brief Psychiatric Rating Scale (BPRS) and Clinical Global Impression (CGI). In Study 5077IL/0004, the difference between the SEROQUEL (ICI 204,636) and placebo treatment groups in the change from baseline for the BPRS total score was statistically significant (p<0.05) at Days 13 and 21. The difference between the treatment groups for the change from baseline for the CGI Severity of Illness score was statistically significant (p<0.05) at Day 21. In Study 5077IL/0006 the differences in the change from baseline for the BPRS total score and CGI Severity of Illness score between ICI 204,636 and placebo were statistically significant (p ≤ 0.05) or marginally significant (p ≤ 0.08) at all visits after Day 7.

Using a 30% or greater decrease in BPRS total score at any visit compared to baseline as a criterion of clinically meaningful response, all eight SEROQUEL (ICI 204,636)-treated subjects in Study 5077IL/0004 exhibited a clinically meaningful improvement. One of the four placebo-treated subjects exhibited a similar decrease in the BPRS total score. In Study 5077IL/0006, 23 (44%) of SEROQUEL (ICI 204,636)-treated subjects and 17 (32%) of placebo-treated subjects met the criteria for clinical response. This difference was not statistically significant.

A U.S., European and South African multicenter, open pilot study in hospitalized subjects with acute psychotic symptomatology (e.g., schizophrenia, mania, delusional disorder) has recently been completed. Subjects were treated with doses of SEROQUEL (ICI 204,636) up to 750 mg/day for 42 days in Europe and South Africa and in the U.S. were treated with up to 500 mg/day for 28 days. In an interim analysis, 37 of 102 subjects (36%) demonstrated a clinical response, defined as a 30% reduction in BPRS total score at any visit. Changes from baseline for both BPRS total score and the CGI Severity of Illness score were statistically significant (p<0.001) for all visits after screening.

The recruitment phase for two additional controlled Phase II clinical trials is complete and the efficacy and safety analyses are in progress. Study 5077US/0001 (204636/0008) is an international, placebo-controlled, dose ranging study in hospitalized subjects with acute exacerbation of schizophrenia and Study 204636/0007 is an international trial comparing the efficacy and safety of SEROQUEL (ICI 204,636) and chlorpromazine in the same subject population.

1.4.2 Safety

A total of 425 subjects has been treated with SEROQUEL (ICI 204,636). SEROQUEL (ICI 204,636) is well tolerated in schizophrenic subjects at doses up to 750 mg/day. No major safety concerns have arisen in the early Phase II clinical trials.

A total of eight SEROQUEL (ICI 204,636)-treated subjects withdrew from clinical trials as a result of adverse events or intercurrent medical illness (e.g., increased liver function tests, rash). The most frequently reported adverse events include somnolence, dizziness, agitation, insomnia, and headache.

D14

-4-

Changes in vital signs (e.g., orthostatic hypotension) were more frequent in SEROQUEL (ICI 204,636)-treated subjects as compared to placebo-treated subjects. Although sinus tachycardia has frequently been noted on electrocardiograms, other clinically important arrhythmias have not been seen. Mild, transient, reversible, and clinically asymptomatic elevations in ALT/SGPT were seen in a small sub-population of SEROQUEL (ICI 204,636)-treated subjects. Small decreases in mean total T4 levels were observed in the SEROQUEL (ICI 204,636)-treated subjects in Study 5077IL/0006 compared to placebo-treated subjects but there were no cases of clinical hypothyroidism noted.  Agranulocytosis has not been observed with SEROQUEL (ICI 204,636) treatment.

The results from two placebo-controlled studies suggest that the incidence of extrapyramidal symptoms in subjects treated with SEROQUEL (ICI 204,636) is no greater than seen in the placebo-treated subjects.  Acute dystonic reactions have not been reported to date.

1.5   Study rationale

This Phase III clinical trial is designed to evaluate the dose response relationship for SEROQUEL (ICI 204,636) administered on a TID dose regimen in the prevention of psychotic relapse in outpatients with schizophrenia.  Because compliance with long term maintenance treatment is a major issue for subjects with schizophrenia, this trial will also explore the dose response relationship for SEROQUEL (ICI 204,636) administered on a BID dose regimen in the prevention of psychotic relapse in schizophrenic subjects.  In addition, the long-term safety of SEROQUEL (ICI 204,636) will be assessed.

2   OBJECTIVES

Primary:
To delineate the dose response relationship for SEROQUEL (ICI 204,636), administered on either a TID and BID dose regimen, in the prevention of psychotic relapse in outpatients with chronic or subchronic schizophrenia as measured by the time to withdrawal from the trial.

Secondary:
To compare the efficacy, as measured by changes from baseline in the Brief Psychiatric Rating Scale (BPRS) and Clinical Global Impression (CGI), the safety and tolerability among three fixed doses of SEROQUEL (ICI 204,636), administered on either a TID and BID dose regimen, with haloperidol in the prevention of psychotic relapse in the above population.

Tertiary:
To investigate the relative effects of multiple fixed doses of SEROQUEL (ICI 204,636) and haloperidol, administered for up to one year, on negative symptoms, cognitive function, quality of life and health outcomes assessments in the above population.  The relationship between plasma  concentrations of SEROQUEL (ICI 204,636) and response to treatment will be explored.

D15

-5-

# 3   TRIAL DESIGN

## 3.1   Design

This trial is a Phase III US and Canadian, multicenter, double-blind, randomized study comparing three fixed doses and two dose regimens of SEROQUEL (ICI 204,636) with a standard dose of haloperidol in the prevention of psychotic relapse in outpatients with chronic or subchronic schizophrenia.

The trial is divided into two segments:  A, Screening, and B, Double-Blind.  The double-blind segment of the study is divided into titration and fixed-dose treatment phases.

All non-neuroleptic psychotropic agents, except medications for the treatment of extrapyramidal symptoms and lorazepam (see 6.1 and 6.2), will be discontinued prior to the start of Segment A.  During Segment A, subjects will undergo screening clinical and laboratory evaluations and, if necessary, a neuroleptic taper (Sec. 6.1.1).  Those subjects satisfying all entry and qualification criteria will enter Segment B.

Upon entry into Segment B, neuroleptic medications and medications for the treatment of extrapyramidal symptoms (e.g., anticholinergics, beta blockers) will be discontinued and subjects will be randomized to one of the following seven treatment groups:

| Treatment Arm | Total Daily Dose | Treatment Regimen |
|---|---|---|
| SEROQUEL (ICI 204,636) | 75 mg | TID |
| SEROQUEL (ICI 204,636) | 75 mg | BID |
| SEROQUEL (ICI 204,636) | 300 mg | TID |
| SEROQUEL (ICI 204,636) | 300 mg | BID |
| SEROQUEL (ICI 204,636) | 600 mg | TID |
| SEROQUEL (ICI 204,636) | 600 mg | BID |
| Haloperidol | 12 mg | TID |

The dosage of study medication for each subject will be individually titrated to the randomized fixed dose over a period of two weeks.  At the conclusion of the two-week titration phase, the dose of study medication will be fixed at the randomized dose level for up to 50 weeks or until the subject experiences a psychotic relapse.

## 3.2   Open label extension

Subjects who have completed the trial or who have been withdrawn from the trial after having completed at least four weeks of Segment B (Week 4) may be eligible, upon completion of all trial assessments, to participate in an open label extension phase with SEROQUEL (ICI 204,636) for up to 104 weeks.  The objective of the open label extension phase is to gather long-term safety data for SEROQUEL (ICI 204,636).

Every attempt should be made to maintain the subject in the double-blind treatment phase for the entire 52-week duration of the trial.

D16

-6-

Details of the open label extension phase and the schedule of assessments can be found in Appendix A.

## 3.3   Visit structure

The trial plan (Table 1, Schedule of Assessments) indicates the number and timing of the planned visits and the telephone calls with the study coordinator. It is important to maintain the visit structure as accurately as possible.  When an adjustment to this structure is necessary, the visit should occur within four days of the planned schedule.  The timing of subsequent visits should be planned to maintain the visit structure relative to baseline.

## 4   SUBJECT SELECTION

## 4.1   Source of subjects

Subjects eligible for entry into this trial will be outpatients with chronic or subchronic schizophrenia.  The source of subjects will include Veterans Administration clinics, Community Mental Health Centers, university psychiatric clinics, and private psychiatric clinics.

## 4.2   Number of subjects

A total of 560 subjects, randomized to one of seven treatment regimens (80 subjects per arm), will be treated at 37 centers in the US and Canada.  Up to 42 subjects may be entered into Segment B (Double-Blind treatment) at each center. It is expected that each trial center will recruit at least three subjects each month.  The estimated recruitment period for this trial is approximately 48 months.

## 4.3   Inclusion criteria

### 4.3.1   Diagnosis

- Chronic or subchronic schizophrenia according to DSM-III-R (Diagnostic and Statistical Manual of Mental Disorders, Third Edition, Revised - 1987) criteria (Appendix B) of any of the following subtypes:

| Disorganized | 295.11 or .12 |
| Catatonic | 295.21 or .22 |
| Paranoid | 295.31 or .32 |
| Residual | 295.61 or .62 |
| Undifferentiated | 295.91 or .92 |

- No concurrent Axis I DSM-III-R diagnoses such as the following:

  - Alcohol or psychoactive substance dependence not in full remission  (See Appendix C)

  - A concomitant organic mental disorder

  - Mental retardation

D17

-7-

4.3.2   Level of remission or prognostic factors:

· Full or partial remission according to DSM-III-R criteria  upon entry
  into Segment A

    <u>Full remission</u>
    There are no longer any symptoms or signs of the disorder.

    <u>Partial remission</u>
    The full criteria for the disorder were previously met, but currently
    only some of the symptoms or signs of the illness are present.

· In clinical remission from an acute psychotic relapse or acute
  exacerbation of schizophrenia requiring hospitalization within 6 months
  of entry into Segment A

· A history of at least one acute psychotic relapse or hospitalization
  for acute exacerbation of schizophrenia within 36 months of entry into
  Segment A.  Subjects who do not fulfill the 36 month criterion but have a
  well-documented history of multiple psychotic relapses or
  hospitalizations for acute psychotic exacerbation may be entered into
  Segment A provided the last psychotic relapse or hospitalization for
  acute psychotic exacerbation did not occur greater than 6 years prior to
  entry into Segment A.

· A score on the Abnormal Involuntary Movement Scale (AIMS) Global
  Judgement - Severity of Abnormal Movements (Item 8) of ≤ 3 (moderate) at
  entry into Segment A

4.3.3   Qualification criteria

Subjects must meet BOTH of the criteria listed below at Week -1 and at Day 0
(Baseline):

· 18-item Brief Psychiatric Rating Scale (BPRS) (0-6 point system) positive
  symptom items (listed below) rated ≤ 3 (moderate):

            Item 4        Conceptual Disorganization
            Item 11       Suspiciousness
            Item 12       Hallucinatory Behavior
            Item 15       Unusual Thought Content

· Clinical Global Impression (CGI) Severity of Illness assessment ≤ 4
  (moderately ill)

4.3.4   Neuroleptic and other psychotropic therapy

· Continuous **maintenance** neuroleptic treatment for at least 6 months prior
  to entry into Segment A

D18

-8-

- **Maintenance** neuroleptic dose ≤ 30 mg/day of haloperidol or equivalent upon entry to Segment A and ≤ 15 mg/day of haloperidol or equivalent upon entry to Segment B.  Dose equivalents for neuroleptics other than haloperidol are outlined in Appendix D.

- No depot neuroleptic injection within one dosing interval prior to entry into Segment B

- Patients receiving maintenance antipsychotic treatment with clozapine upon entry into Segment A will not be considered eligible for entry into the trial

- All non-neuroleptic psychotropic agents (e.g., carbamazepine, lithium, valproate), except medications for the treatment of extrapyramidal symptoms and lorazepam (see 6.1 and 6.2), must be discontinued prior to entry into Segment A.  Discontinuation of these medications should result in no change in the level of remission.

4.3.5   General

- Male and female (see also 4.4.1) outpatients, 18 to 65 years of age

- Written informed consent obtained from subject, or from spouse, parent or legal representative

- It is recommended that a sponsor or reliable caregiver be identified to accompany or assist the subject during the trial.

**4.4   Exclusion criteria**

4.4.1   General

- Pregnant or lactating females.  Females of childbearing potential must have a serum human chorionic gonadotropin test performed during Segment A, with a negative result reported prior to entry into Segment B, and be using a reliable method of birth control (i.e., oral contraceptives for a minimum of three months, approved contraceptive implant, long-term injectable contraception, IUD or tubal ligation).

- Participation in an investigational drug trial within 30 days of Segment A

- Previous participation in an investigational trial of SEROQUEL (ICI 204,636)

4.4.2   Medical

- Evidence of any significant clinical disorder or laboratory finding which in the opinion of the investigator makes the subject unsuitable to receive an investigational new drug.  In particular, subjects with clinically significant or unstable hematologic, hepatic, cardiovascular, pulmonary, gastrointestinal, endocrine/metabolic, renal or other systemic disease or laboratory abnormality

D19

-9-

· A WBC count less than the lower limits of normal for the assay (3.8 THOU/MCL, SmithKline Beecham Clinical Laboratories)

· A history of clozapine-induced agranulocytosis

· A clinically significant abnormal electrocardiogram

4.4.3  Psychiatric/Neurologic

· A history of seizure disorder

· A history of violent, assaultive or suicidal behavior during previous episodes of psychotic relapse

## 5      TRIAL DRUGS/TREATMENT

### 5.1    Formulation, packaging and storage

The Investigational Materials Section of ZENECA Pharmaceuticals will supply blister cards containing tablets of 25 mg and 100 mg of SEROQUEL (ICI 204,636) or matching placebo and 2.0 mg and 5.0 mg haloperidol or matching placebo as follows:

| Formulation | | Identification Number |
|---|---|---|
| SEROQUEL | 25 mg tablets | F7134 |
| SEROQUEL | 25 mg matched placebo | F7142 |
| SEROQUEL | 100 mg tablets | F7133 |
| SEROQUEL | 100 mg matched placebo | F7143 |
| Haloperidol | 2 mg tablets | F10108 |
| Haloperidol | 2 mg matched placebo | F10109 |
| Haloperidol | 5 mg tablets | F10110 |
| Haloperidol | 5 mg matched placebo | F10111 |

A generic form of haloperidol, approved for commercial use in the U.S., will be obtained from Schiapparelli Searle. No reformulation of the generic haloperidol will be performed; therefore, tablets will be packaged in a double-dummy fashion.

The medication assigned to each subject will be packaged in separate cartons for the titration phase of Segment B, for Weeks 2-4, and for each four week period of the fixed-dose phase of Segment B. Throughout the trial, subjects will be instructed to take the contents of one blister card per day. All blister pockets on each card will be labeled as "morning", "afternoon", or "evening" doses corresponding to 8:00 a.m., 2:00 p.m. and 8:00 p.m., respectively. Drug supplies will be kept in a secure location, at room temperature and protected from light and moisture.

5.1.1  Segment A - Screening

No study medication will be administered during Segment A.

D20

-10-

## 5.1.2  Segment B - Double-Blind

### Titration phase

For the titration phase, each subject will be allocated a carton of 25 blister cards.  Each blister card will be labeled as containing a "nominal" daily dose of 75 mg, 150 mg, 250 mg, 300 mg, 400 mg, or 600 mg.  The number of blister cards packaged for each "nominal" daily dose is indicated below:

| "Nominal" Daily Dose (mg) (As per Label) | Number of Blister cards Supplied |
|---|---|
| 75 | 3 |
| 150 | 4 |
| 250 | 3 |
| 300 | 3 |
| 400 | 3 |
| 600 | 9 |

The "nominal" daily dose is the dose labeled on each of the blister cards, containing SEROQUEL (ICI 204,636) or haloperidol, to be taken by the subject were she/he to be randomized to one of the 600 mg/day SEROQUEL (ICI 204,636) treatment arms of the study.

The actual contents of the blister cards will depend on the treatment arm to which the subject is randomized.  The actual dose the subject receives will never exceed the fixed dose to which the subject is randomized.  If the subject is randomized to the 75 mg SEROQUEL (ICI 204,636) treatment arm, the actual daily dose received will never exceed 75 mg of SEROQUEL (ICI 204,636).  If the subject is randomized to haloperidol, the actual daily dose will never exceed 12 mg of haloperidol.  Despite different "nominal" daily doses, all Segment B blister cards will be identical in appearance.  The 2 p.m. dose will be placebo in the BID treatment arm.  Appendix E reviews the actual dose of study medication for each of the titration levels, by treatment arm.

During the titration phase, the blister cards will be dispensed on a weekly basis and will correspond to written instructions provided by the investigator.

Each blister card will contain a total of 17 tablets to be administered in three divided doses.  An example of a Segment B 300 mg TID blister card is as follows:

D21

-11-

SEGMENT B

| Time of Dose | SEROQUEL (ICI 204,636) | | | | | Haloperidol |
|---|---|---|---|---|---|---|
| 8 a.m. | IP-25 | IP-25 | I-100 | IP-100 | IP-100 | HP-5 |
| 2 p.m. | IP-25 | IP-25 | I-100 | IP-100 | | HP-2 |
| 8 p.m. | IP-25 | IP-25 | I-100 | IP-100 | IP-100 | HP-5 |

```
Legend:  IP-25  = SEROQUEL (ICI 204,636) 25 mg matching placebo
         I-100  = SEROQUEL (ICI 204,636) 100 mg
         IP-100 = SEROQUEL (ICI 204,636) 100 mg matching placebo
         HP-5   = Haloperidol 5 mg matching placebo
         HP-2   = Haloperidol 2 mg matching placebo
```

<u>Fixed-dose phase</u>

During the fixed-dose phase of Segment B, each subject will be allocated 13 cartons of blister cards, one carton for Weeks 2-4 and one for every four week period thereafter.  In addition, each subject will be assigned an "overage" box which will contain twenty extra blister cards.  The Week 2-4 carton will contain a total of 14 blister cards with space for an additional two cards to be added by the coordinator from the "overage" box.  The remaining cartons will contain a total of 28 blister cards with space for an additional four cards to be added by the coordinator from the "overage" box.  The additional cards are to be added in order for there to be sufficient medication in the event of a delayed visit. Unused "overage" cards will be carried forward into the carton dispensed for the next four weeks.  All blister cards for all treatment arms in the fixed-dose treatment phase of Segment B will be labeled as "600 mg".  Appendix E reviews the actual dose of study medication for each of the fixed-dose phase treatment arms.

Drug accountability will be performed at visits every four weeks.  All unused study medication is to be returned to ZENECA Pharmaceuticals at the end of the study.

5.1.3  Drug labeling

The labels on the cartons of packaged drug and on each blister card for Segment B will identify the study number, subject number and the segment.  Subject initials and date to be taken will be recorded on the blister card label by study center personnel.  Carton labels will display the appropriate wording required for investigational drugs, and the dosing instruction, "Administer as per protocol".

D22

-12-

Cartons for the titration phase will be labeled "Segment B: Titration" and the blister cards will be labeled with the "nominal" daily dose (e.g., "75 mg", "300 mg"). Cartons for the fixed-dose phase will be labeled "Segment B: Fixed-dose" and all blister cards will be labeled "600 mg".

Each carton of blister cards will have a two-part label. One portion of the label will be permanently affixed to the carton; the remainder of the label will be attached to the carton, but perforated in such a way that it can easily be removed. This tear-off portion of the label will be removed, dated and attached to the subject's case record form at the time that carton of blister packs is first dispensed to document proper assignment of study drug. The visible portion of this tear-off label will contain identical pertinent information to that which remains attached to the carton. Each tear-off label will also have a sealed portion that identifies the medication that the subject received. Only in a medical emergency is the investigator authorized to open the sealed portion and break the code for that subject only. The circumstances of such an action must be reported immediately and explained fully to ZENECA Pharmaceuticals and documented on the subject's case record form.

## 5.2  Drug administration: route, dose and regimen

Study medication will be orally administered on a TID basis (i.e., 8:00 a.m., 2:00 p.m. and 8:00 p.m.) and on an empty stomach (i.e., at least 30 minutes before or at least 60 minutes after meals).

5.2.1  Drug administration - Segment A - Screening

No study medication will be administered during Segment A.

5.2.2  Drug administration - Segment B - Double-Blind

Titration phase

The titration phase is the first two weeks of the randomized portion of the trial and medications will be dispensed on a weekly basis. During the titration phase, doses will be increased in a stepwise, double-blind fashion to the "nominal" fixed dose of 600 mg by selecting the appropriate daily dose from the pre-determined doses in the subject's cartons labeled "Segment B: Titration". The subject will be instructed in writing as to the recommended schedule for increasing the dose. A recommended titration schedule appears in Appendix F. Once a daily dose blister card of tablets has been selected, that blister card should be used for the remainder of the day.

The 600 mg "nominal" dose must be achieved by the end of Week 2 of Segment B. Those subjects unable to achieve the 600 mg "nominal" dose by the end of the two week titration phase of Segment B will be allowed one additional week to achieve the 600 mg "nominal" dose. Those subjects not achieving the 600 mg "nominal" dose by the end of Week 3 of Segment B will be withdrawn from the study. Recommended titration schedules for a three week titration also appear in Appendix F. Drug supplies for the additional titration week should come from the cartons labeled "Segment B: Titration" only and not from the "overage" box or cartons labeled "Segment B: Fixed-dose".

D23

-13-

## Fixed-dose phase

Subjects will continue with the 600 mg "nominal" daily dose for up to 50 weeks in the fixed-dose phase. During the fixed-dose treatment phase there will be no allowance for study medication dosage adjustment for subjects experiencing adverse effects or changes in the level of psychotic symptomatology.

### 5.3   Group assignment/randomization

The eligibility of each subject will be established during Segment A, before randomization to treatment. A separate randomization schedule, in balanced blocks, will be produced for each center by the Biometrics Group at ZENECA Pharmaceuticals. The Investigational Materials Section of ZENECA Pharmaceuticals will be responsible for packaging the study medication in blister cards and cartons according to the randomization schedule provided by the Biometrics group. Subject numbers, and therefore Segment B double-blind study medication, will be allocated by study center personnel in a strict sequential order as subjects enter the trial. In order to maximize the efficiency of drug delivery and avoid interruptions in subject accrual, it may be necessary to provide subsequent drug shipments in randomized blocks labeled with subject numbers originally intended for another center. Once a number has been assigned, no attempt should be made to use that number again if, for example, a subject drops out or withdraws. All subjects will be randomized only once.

If a randomization number is allocated incorrectly, no attempt should be made to remedy the error once trial material has been dispensed. The subject will continue with the allocated number and trial material and ZENECA should be notified as soon as the error is discovered. Admission of subsequent subjects will continue using the first unallocated number in the original numbering sequence.

Trial monitors and data management staff at ZENECA will be unaware of the randomization code until completion of the trial and until all data have been validated and the database is locked.

### 5.4   Drug accountability

The investigational materials are to be prescribed by only the investigator or the sub-investigators named in form FDA-1572. Under no circumstances will the investigator allow the investigational drug to be used other than as directed by the protocol without prior ZENECA approval.

The investigator must maintain accurate records accounting for the receipt of the investigational materials (the sponsor provides a copy of the Investigational Materials Shipping Order for this purpose) and for the disposition of the material. This should consist of a dispensing record including the identification of the person to whom the drug is dispensed, the quantity and the date of dispensing, and any unused drug returned to the investigator. This record is in addition to any drug accountability information recorded on the case record forms. Subjects must return all unused drugs to the investigator. At the termination of the study or at the request of the sponsor, the investigator must return any unused supplies to ZENECA Pharmaceuticals. This return will be documented on an Investigational Materials Return Invoice supplied by the sponsor.

D24

-14-

**6   CONCURRENT TREATMENT**

The indication, total daily dose, and duration of all treatment specified below
will be recorded on the Concurrent Therapy case record form.

**6.1   Psychotropic medication**

6.1.1   Neuroleptic medication

· The **maintenance** neuroleptic dose must be ≤ 30 mg/day of haloperidol or
equivalent upon entry to Segment A.  Dose equivalents for neuroleptics
other than haloperidol are outlined in Appendix D.

· The maximum dose of neuroleptic medication must be ≤ 15 mg/day of
haloperidol or equivalent prior to entry into Segment B.

· For subjects entering Segment A on a maintenance neuroleptic dose
≤ 15 mg/day of haloperidol, the duration of Segment A will be a
minimum of one week.

· Subjects with neuroleptic doses between 15 and 30 mg/day of haloperidol
or equivalent upon entry to Segment A must have their neuroleptic tapered
to 15 mg/day and maintained at that level for two weeks prior to entry to
Segment B.

· For subjects entering Segment A on a maintenance neuroleptic dose of
haloperidol or equivalent between 15 and 30 mg/day, the duration of
Segment A will be two to four weeks. A tapering schedule is outlined
in Appendix D.

· Subjects must continue to meet all qualification criteria during
Segment A.

· Oral neuroleptic agents will be taken during Segment A and discontinued
upon entry to Segment B.

· No depot neuroleptics will be administered within one dosing cycle of
entry to Segment B.

6.1.2   Non-neuroleptic medications

· All non-neuroleptic psychotropic agents (e.g., carbamazepine, lithium),
except lorazepam, must be discontinued prior to entry into Segment A.

· Every attempt should be made to taper and/or discontinue lorazepam prior
to entry into Segment A.  Subjects who are unable to tolerate
discontinuation of lorazepam may enter Segment A on a dose of
lorazepam ≤3 mg in a 24 hour period.  The dose of lorazepam should remain
fixed throughout Segment A and Segment B.  Fixed doses of lorazepam >3 mg
in a 24 hour period will not be allowed.  Benzodiazepines other than
lorazepam will not be allowed, although subjects may be switched to
lorazepam prior to entry into Segment A.  Subjects not receiving
lorazepam prior to entry into Segment A should not be placed on a fixed
dose of lorazepam upon entry into Segment A or Segment B.

D25

-15-

### 6.1.3  Medication for agitation and insomnia

The investigator may not administer medication for agitation and insomnia during Segments A and B with the exception of the following oral agents:

a. chloral hydrate, $\leq$ 2000 mg/day, orally

b. lorazepam, $\leq$3 mg in a 24 hour period (including the $\leq$3 mg fixed dose discussed in 6.1.2) with a limit of 7 days for each prescription. Lorazepam may be used for the treatment of insomnia and agitation which is not responsive to treatment with chloral hydrate.  The subject should be evaluated for psychotic relapse by telephone contact (or office visit) every 7 days while receiving lorazepam.  Those patients who manifest symptoms consistent with psychotic relapse during the telephone contact should be evaluated within 24 hours for psychotic relapse during an office visit.  Every 14 days while receiving lorazepam, the patient must be evaluated for the presence of psychotic relapse during an office visit.  Upon resolution of agitation and insomnia, every attempt should be made to taper and discontinue lorazepam or taper the lorazepam dose to the prior fixed dose.

### 6.2  Medication for extrapyramidal symptoms

Medications for the treatment of extrapyramidal symptoms (e.g., anticholiner-gics, beta-blockers) may be continued during Segment A.  These agents must be discontinued along with the neuroleptic agents upon entry to Segment B.

During Segment B, only benztropine mesylate may be administered for extrapyramidal symptoms.  The dose and duration of use of benztropine mesylate are at the clinician's discretion; however, the ongoing need for this medication must be assessed on a regular basis.  Prophylactic use of this agent will not be permitted.

### 6.3  Concurrent non-psychotropic medication

Non-psychotropic medications taken by the subject prior to starting Segment A may be continued throughout the trial.

Drugs required for any minor complaints that arise during the course of the trial (e.g., indigestion or headache) are permitted at the investigator's discretion.  Females who enter Segment A with an IUD, oral contraceptives, or injectable or implantable hormonal agents designed to prevent pregnancy must continue with these medical treatments throughout the study.

### 7  TRIAL METHODS

### 7.1  Procedural summary

The trial period has been divided into two segments:  A. Screening, B. Double-Blind.  Segment B is further subdivided into titration and fixed-dose phases.  Table 1 provides a schedule of assessments for this study.  Any subject

D26

-16-

discontinued by the investigator prior to Week 52 will have all final study assessments, including plasma levels, performed on the day of the subject's last evaluation.

## 7.1.1  Segment A - Screening

Subjects meeting appropriate inclusion/exclusion criteria for the study will be admitted into Segment A, a one to four week screening period.  Each subject will have demographic information, a medical history and a physical examination (including laboratory tests, ophthalmological examination, electrocardiogram and vital signs) obtained during Segment A.  All subjects will have a psychiatric history recorded.  The psychiatric diagnosis will be documented using a DSM-III-R checklist.

Records of all candidates who are screened prior to entry to Segment A will be retained by the investigator.  Records of all subjects entered into the trial will be retained by the investigator for submission to ZENECA Pharmaceuticals. Subjects who are found to be ineligible for this investigation will have the reasons recorded.

The results of screening ECG and laboratory assessments must be available for review prior to entry into Segment B.  Only those subjects satisfying the qualification criteria on the last day of Segment A (Day 0) will be admitted to Segment B.

Subjects undergoing the neuroleptic drug taper will be seen weekly.  The duration of Segment A will depend on the subject's neuroleptic dose upon entry into Segment A, as outlined in Appendix D.  BPRS and CGI assessments, other than the scheduled Week -1 and Day 0 (Baseline) assessments, will be completed during the neuroleptic drug taper only if the subject exhibits worsening psychopathology.  Subjects no longer fulfilling qualification criteria will be withdrawn from the trial.  For subjects who experience worsening psychopathology but still fulfill qualification criteria, it will be left to the investigator's clinical judgment whether to continue the drug taper and consider the subject a potential candidate for entry into Segment B or to withdraw the subject from the trial.  In addition, subjects who remain in Segment A for more than two weeks must have all of the screening laboratory tests repeated with the exception of the ophthalmologic examination.

## 7.1.2  Segment B - Double-Blind

### Titration phase

Each qualifying subject will be assigned the next consecutive number.  This number will determine the treatment, according to the randomization schedule generated by the Biometrics Group of ZENECA Pharmaceuticals.

Subjects will be seen weekly during the two-week titration phase.

### Fixed-dose phase

Subjects will be seen at Week 4 and every four weeks thereafter during the fixed-dose phase for up to 50 weeks or until psychotic relapse occurs.  Subjects will be contacted by telephone by the study coordinator midway between the

D27

-17-

monthly visits to ascertain how the subject is managing and if the subject is
taking the trial medication as prescribed.

## 7.1.3  Definition of psychotic relapse

Subjects with worsening psychopathology must be evaluated for psychotic relapse
within 24 hours of the investigator or study coordinator having been notified of
the subject's clinical status.  Those subjects receiving doses of lorazepam
above the fixed dose (see 6.1.2) for the treatment of agitation and insomnia
must be evaluated for the presence of psychotic relapse as outlined in 6.1.3.

### Relapse criteria I

To be considered to have had a psychotic relapse according to relapse criteria
I, subjects must fulfill the following criteria on two separate occasions, at
least three days but no more than five days apart.

· BPRS positive symptom items (i.e., Item 4. Conceptual Disorganization, Item
  11. Suspiciousness, Item 12. Hallucinatory Behavior, Item 15. Unusual
  Thought Content):

    A score ≥ 4 (moderately severe) on **two** or more of the positive symptom
      items described above

                              OR

    A score ≥ 4 (moderately severe) on **one** of the positive symptom items
    with an increase of ≥ 2 points over Baseline levels (i.e., Day 0) on that
    item

                              AND

· A CGI Global Improvement score ≥ 6 (much worse)

During the required three to five day re-evaluation period, subjects may be
treated with psychotropic medication as outlined in Section 6.1.3.

### Relapse criteria II

Subjects who do not fulfill the criteria when evaluated for psychotic relapse,
as well as those subjects who are awaiting the three to five day re-assessment
for psychotic relapse, and who exhibit any of the behaviors or conditions listed
below, will, at the discretion of the clinician, be withdrawn from the trial and
be considered to have had a psychotic relapse.  The three to five day
re-evaluation period will not be required.

    · Rapidly deteriorating psychopathology
    · Too agitated/uncooperative to be evaluated
    · Requires imminent hospitalization
    · Actively suicidal
    · At significant risk for violent behavior

D28

-18-
## 7.2  Clinical and laboratory evaluations

### 7.2.1  Psychiatric assessments

The presence of psychotic relapse will be assessed using the following rating scales:

> 18-item Brief Psychiatric Rating Scale (BPRS) (0-6 point system)
> Clinical Global Impression (CGI)

Additional psychiatric assessments include the following:

> Modified Scale for the Assessment of Negative Symptoms (SANS)
> Schedule for the Deficit Syndrome (SDS)
> Cognitive function tests (See Appendix G)

The Schedule for the Deficit Syndrome is a diagnostic instrument used to assess whether schizophrenic subjects have the deficit syndrome of schizophrenia.

At each center, an individual will be identified who will administer the BPRS, CGI and SANS at all study visits in order to reduce the variability in rating scale scores.  To further assure that raters remain blind to treatment, this individual must not be involved in the evaluation of adverse events, laboratory tests, or neurological assessments of the subject.  In addition, this individual will have participated in an inter-rater reliability program sponsored by ZENECA Pharmaceuticals.

At each scheduled visit it is recommended that the subject be evaluated using the BPRS, CGI and SANS prior to the administration of the cognitive function tests, health outcomes questionnaire or Quality of Life Scale (QLS).

Segment A - Screening

The BPRS and CGI will be completed at Week -1 and Day 0.

For subjects who are randomized, the SANS, SDS, and cognitive function tests will be obtained at Day 0 (start of double-blind).

Segment B - Double-Blind

The BPRS and CGI will be performed at Weeks 1 and 2 during the titration phase.

The following scales will be obtained at Week 4 and every four weeks thereafter during the fixed-dose phase:

> 18-item Brief Psychiatric Rating Scale (BPRS)
> Clinical Global Impression (CGI)
> Modified Scale for the Assessment of Negative Symptoms (SANS)

Cognitive function tests will be performed at Weeks 8, 24, and 52.

D29

-19-

## 7.2.2   Neurologic assessments

The Abnormal Involuntary Movement Scale (AIMS) will be obtained at Week -1 (Segment A, Screening).  The Simpson Scale and the AIMS will be performed at Day 0 and during Segment B at Weeks 4, 12, 24, 36 and 52.

## 7.2.3   Assessment of adverse events

At every visit, spontaneous reports together with observed adverse events will be assessed and recorded on the Adverse Experiences form in the case record book.

For the purpose of this trial, any detrimental change in the subject's condition during the course of the trial, other than recognized signs and symptoms of schizophrenia, should be considered as an adverse event.  This is the case whether or not other factors may have contributed to the change and whether or not the event is considered to be related to the trial therapy.

## 7.2.4   Clinical chemistry and hematology

All clinical laboratory determinations will be performed by SmithKline Beecham Clinical Laboratories.  ZENECA Pharmaceuticals will obtain the necessary documentation of licensure, accuracy of laboratory methods and normal ranges for this central laboratory.  ZENECA will notify the site of any changes in the normal ranges during the course of the study, including the dates such changes are effective.

The investigator may use local laboratory facilities when deemed clinically necessary.  However, if local laboratory facilities are utilized, a Normal Values Form for the laboratory participating in the study, as well as its license number or evidence of accreditation, must be submitted by the investigator to the Clinical & Medical Affairs Department of ZENECA Pharmaceuticals.  In addition, ZENECA must be notified of any changes in normal values that occur during the course of the study.  The following laboratory tests will be performed:

| Hematology | Thyroid Function Tests |
|---|---|
| Total WBC | Total T3 |
| Differential | Total T4 |
| RBC Count | TSH |
| Hemoglobin | Free T4 |
| Hematocrit | Thyroid Binding Globulin |
| Platelet Count | Reverse T3 |

| Liver Function Tests | Miscellaneous |
|---|---|
| SGPT/ALT | Serum Human Chorionic Gonadotropin |
| SGOT/AST | Test (females of childbearing |
| Total bilirubin | potential only) |
| Alkaline phosphatase | |
| | Prolactin |

D30

-20-

### Chemistry

| | |
|---|---|
| Urea nitrogen | Sodium |
| Creatinine | Potassium |
| Glucose | Chloride |
| Calcium | Albumin |

When handling blood, body fluids and tissues from humans, it is essential that the following Universal Precautions are adhered to:

1.  Assume that every patient is infected with Human Immunodeficiency Viruses (HIV) and Hepatitis Viruses (HV).

2.  Use the principles of aseptic technique and good microbiological practice in drawing blood and handling human blood, body fluids and tissues.

3.  Wear latex gloves and a labcoat while performing phlebotomy, and wear a face shield or goggles and a mask whenever the potential exists for splashing or aerosolization of blood or body fluids. Use fresh gloves for each patient.

4.  Never attempt to resheath or recap used needles.

### Segment A - Screening

Hematology, chemistry, liver function tests, thyroid function tests, prolactin, and a serum human chorionic gonadotropin test (for females of childbearing potential only) will be performed during Segment A.

### Segment B - Double-Blind

Hematology and liver function tests will be analyzed at Weeks 2, 4, 8, 12, 16, 20, 24, 36, and 52.

Thyroid function tests, with the exception of thyroid binding globulin and reverse T3, will be analyzed at Weeks 4, 12, 24, 36, and 52. Thyroid binding globulin and reverse T3 will be analyzed at Weeks 24 and 52 only.

Chemistry (other than liver function tests) and prolactin will be analyzed at Weeks 24 and 52.

### 7.2.5   Electrocardiogram

A standard 12-lead electrocardiogram (ECG) will be performed during Segment A, and during Segment B at Weeks 12, 24, 36, and 52.  Copies of the ECG tracing will be made available to ZENECA Pharmaceuticals, if deemed necessary.

### 7.2.6   Vital signs

Blood pressures and heart rates will be measured after the subject has been supine for at least three minutes and also after the subject has been standing for at least one minute.  The same arm will be used for repeated measurements. Blood pressures will be measured using the standard cuff method. Heart rates

D31

-21-

will be determined by palpation of the radial pulse for a period of 30 seconds. Additional vital signs will be obtained as deemed necessary if clinically significant signs or symptoms occur.

Segment A - Screening

Blood pressures and heart rates (supine and standing), temperature and weight will be measured at Week -1 and Week 0.

Segment B - Double-Blind

Blood pressures and heart rates (supine and standing) and temperature will be measured at Weeks 1 and 2 during the dose titration phase of Segment B, at Week 4 and every four weeks thereafter during the fixed-dose phase of Segment B.

Weight will be recorded at Weeks 12, 24, 36, and 52.

7.2.7   Physical examination

Each subject will undergo a physical examination during Segment A and at Week 52, or at the last visit for subjects withdrawing prior to the completion of 52 weeks of treatment with study medication.

7.2.8   Ophthalmological examination

A dilated slit lamp examination will be performed during Segment A, and during Segment B at Weeks 12, 24, 36, and 52.

7.2.9   Health outcomes assessments

A health outcomes questionnaire will be completed by the subject and sponsors who are also primary caregivers at Day 0 and at Weeks 16, 32, and 52. The Quality of Life Scale (QLS) will be administered at Day 0 and at Weeks 16, 32, and 52. (See Appendix H).

7.3   Collection and handling of biological samples for analysis

All centers will collect blood samples to quantitate plasma levels of SEROQUEL (ICI 204,636) and its primary metabolite and to assess clinical response and monitor medication compliance.

7.3.1   Schedule for sample collection

Blood samples for plasma analysis will be obtained at Weeks 12, 24, 36, and 52 of Segment B.  These samples must be obtained before the morning dose of SEROQUEL (ICI 204,636) is taken. If a sample cannot be obtained before the morning dose, it should not be drawn.  If the subject relapses, the re-assessment visit should be scheduled in the early morning to allow for collection of the final sample.  Times of dosing and sample collection will be recorded on the Specimen Shipment form.

D32

-22-

### 7.3.2  Blood collection technique and handling

The Drug Disposition and Metabolism department of ZENECA Pharmaceuticals must
approve any clinical supplies (e.g., syringes, needles, sample collection
vessels, etc.) that may come into contact with SEROQUEL (ICI 204,636).  These
supplies will be provided in advance and will be tested for chemicals that may
leach off causing assay interference, for reactions that may cause blood to
hemolyze, and for absorption of SEROQUEL (ICI 204,636).

Using aseptic technique, a 5 ml venous blood sample will be collected from a
forearm vein into a heparinized tube at each time period.

Blood samples must be inverted gently and centrifuged at 2500 rpm for 10
minutes.  Samples must be centrifuged within 15-30 minutes of collection.
Plasma separation and removal must be performed with a Pasteur pipet.  The
resulting plasma samples must be transferred to 12 mL Sarstedt polypropylene
tubes.  The tubes must be maintained at -20° C or colder until assayed for
SEROQUEL (ICI 204,636).

### 7.3.3  Sample labeling

Labels will be prepared and supplied by ZENECA Pharmaceuticals for all tubes and
containers used to collect, treat, store or ship aliquots of the biologic
samples for drug assays.  The labels for the polypropylene tubes should be
wrapped with transparent tape to ensure the labels remain attached to the tubes
during processing and shipment. Each label will include the following
information:

> 1) Study number
> 2) Subject number
> 3) Subject initials
> 4) Date of collection
> 5) Study day
> 6) Time of blood collection
> 7) Date and time of last dose

### 7.3.4  Sample shipment

The investigator will arrange to have the plasma samples for drug analysis
transported directly to:

> ZENECA Pharmaceuticals
> 1800 Concord Pike, Lab Services Storeroom
> Chemical and Pharmaceutical Research Labs
> Wilmington, Delaware 19897
> ATTN:  Ellen M. Yurek
> Phone: 800-822-8215, ext. 2181

The biological samples must be kept at -20°C or colder (using a freezer or dry
ice) until analyzed.  They should be packed securely to avoid breakage during
transit and the frozen samples should be packed with sufficient dry ice to
prevent thawing for at least 72 hours.  A Specimen Shipment form must be
completed and sent to ZENECA Pharmaceuticals with each set of samples.
Samples must be shipped by Federal Express, overnight delivery.  They must be

D33

-23-

shipped only on Monday, Tuesday or Wednesday to avoid their possible arrival at the laboratories on weekends. E. M. Yurek must be notified by telephone or FAX (302-886-5345) immediately after samples are shipped.

The plasma samples will be shipped at various time points during the study.

7.3.5   Procedure for assay of SEROQUEL (ICI 204,636)

An HPLC method with UV detection (method number 16-07(R1) and method number 16P-02) has been developed and validated by ZENECA for the quantitation of SEROQUEL (ICI 204,636) and ICI 214,227 (7-hydroxy metabolite) in human plasma.

## 8   ADVERSE EVENTS, SUBJECT WITHDRAWALS AND DROPOUTS

### 8.1   Adverse events

Serious adverse events, irrespective of causality, must be reported <u>immediately</u> (within 24 hours of first obtaining knowledge of the incident) by telephone to the Clinical and Medical Affairs Department of ZENECA Pharmaceuticals. Serious adverse events include the following:

1) all fatal events
2) all life-threatening events
3) any event that causes permanent or severe disability
4) any event that causes or prolongs hospitalization
5) an event that causes withdrawal from the clinical trial for a reason other than a change related to the recognized signs and symptoms of schizophrenia
6) cancer, congenital abnormality or overdose

Persons to be contacted in the event the above occurrences are indicated on the study personnel page.

In addition to contacting ZENECA immediately by telephone, there must also be a written report of the serious and unexpected experiences and deaths. This report will give full details of the experience including an assessment of relationship to the study drug and will be sent to ZENECA Pharmaceuticals promptly. Additionally, the Institutional Review Board must be notified in writing of any experience falling into this immediate reporting category. Adverse experiences will be reported promptly to the FDA by ZENECA Pharmaceuticals in compliance with the regulations.

When contacting ZENECA Pharmaceuticals regarding adverse experiences, site personnel should be prepared to provide as much of the following information as is available at the time:

(a) subject's initials, and subject number
(b) investigator's name
(c) protocol title and trial number
(d) subject's date of birth, sex, race
(e) study drug: total number of doses, dates of administration; if blinded, please indicate
(f) concomitant drugs: dose, route of administration, and duration of therapy

D34

-24-

(g)   information regarding the adverse experience
   -   description
   -   onset date and end date
   -   whether hospitalization or prolonged hospitalization was required
   -   treatment required for the adverse experience
   -   treatment outcome
   -   any de-challenge or re-challenge information which is available
   -   investigator's determination of relationship to the study drug (see
       definitions)
   -   whether the event is life threatening

**8.2   Subject withdrawals and dropouts**

Participation in this clinical trial may be discontinued for any of the
following reasons:

   ·   Adverse experience or intercurrent illness (include on Adverse
       Experience case record form and report to ZENECA within 24 hours)
   ·   Psychotic relapse
   ·   Subject refused to continue or lost to follow-up
   ·   Protocol noncompliance

Protocol noncompliance is defined as a subject missing two consecutive study
visits. The investigator should investigate the subject's status to ensure that
the reason for noncompliance was not related to an adverse event, intercurrent
illness, or psychotic relapse.

The withdrawals from the trial must be fully documented.  The documentation must
include the reason for the withdrawal and details of any sequelae (followed
through until symptoms resolve).  If a subject is withdrawn from the study for
any reason prior to the scheduled completion of the study at Week 52, the
subject must have a physical examination, clinical laboratory tests, 12-lead
ECG, and all other Week 52 assessments completed.  Optimally, all procedures
should be performed within 24 hours of termination and prior to initiating new
therapies.

In order for ZENECA to remain updated on the number of study completers,
withdrawals and relapses, the investigator will FAX the study completion/
withdrawal case report form to ZENECA within five days of completion.

**8.3   Code breaks**

The investigator will be provided with sealed randomization codes for each
subject.  The randomization code should be kept with the trial material.  The
code may be broken only _after_ a decision has been made to withdraw a subject
from the study _and_ if immediate knowledge of the trial medication is needed to
optimize the clinical management of the subject.  The investigator must notify
ZENECA Pharmaceuticals of any code breaks.

As a result of the planned interim analysis (Sec. 9.2), it may be necessary to
discontinue randomization into one or more of the treatment arms of the study.
If this occurs, study centers will receive a list of subject numbers and will
ship the tablet supplies corresponding to these subject numbers to ZENECA
Pharmaceuticals within seven days of notification.

D35

-25-

In addition, a listing of subjects, by subject number, who remain in the
treatment arms in which randomization will be discontinued will be sent to each
study center. These subjects should be withdrawn from the clinical trial within
seven days of notification and classified as study completers on the
completion/withdrawal case report form.  These subjects may then enter the open
label extension phase of the study, if appropriate.

## 9    DATA MANAGEMENT AND STATISTICAL CONSIDERATIONS

### 9.1   Data management

Record forms will be provided for the recording of all data.  The forms will be
in triplicate with carbonless paper.  Data will be recorded legibly onto the
record forms, preferably in ballpoint pen.  If any data are not available,
omissions will be indicated on the record forms. Corrections should be made
legibly and initialed.  Correction fluid or covering labels must not be used.
The top original and the first copy of the completed form will be collected and
returned to ZENECA Pharmaceuticals and the second copy will be retained by the
investigator.

Samples of blood to be analyzed at ZENECA must be accompanied by the
appropriate documentation.

### 9.2  Statistical methods

The statistical methods described below are for reporting and analysis of data
from the 52 week double-blind segment (Segment B) of the study.  Methods for the
open-label segment can be found in Appendix A.

#### 9.2.1  Power Considerations

Standard sample size calculations were not used for this study since the primary
goal was to identify the dose-response relationship for SEROQUEL (ICI 204,636),
and closed form solutions for estimates are not available.  Monte Carlo
simulations were used to evaluate the ability to detect different dose-response
relationships (as well as differences in pairwise comparisons) in a proportional
hazards model.

Data representing times to withdrawal from the trial were generated from
exponential distributions using the random exponential generation function in
the SAS system.  Values of the exponential distribution parameter lambda were
obtained for each dose group (75 mg, 300 mg and 600 mg) by imposing hypothetical
proportions of subjects "surviving" the study (ie, not withdrawing) which
increased with dose in a linear fashion.  The smallest difference modeled
between contiguous dose groups corresponded to a difference in proportions of
subjects not withdrawing of 0.2.  Proportions not relapsing in each dose group
were modeled across the range of possible values (ie, from 0.05 to 0.9).  If the
value of the random variate was greater than one, the observation was considered
to be censored at one year (ie, not a withdrawal).  If the value of the random
variate was less than one, the variate denoted the time to withdrawal
(represented as a proportion of one year).

D36

-26-

These data were then analyzed using the PROC PHREG procedure in SAS. A linear
relationship among hazard rates was modeled by using dose as the independent
variable in the model predicting the time to withdrawal. The data were also
analyzed by including appropriately formulated dummy variables which allowed for
pairwise comparisons among the three dose groups. One thousand simulated
"experiments" were conducted. The power to detect the imposed linear
dose-response relationship (as well as the imposed pairwise differences) was
given by the number of times, in the 1000 simulations, that the relationship (or
pairwise difference) was actually detected ($p < 0.05$).

A sample size of 80 subjects per group provided more than adequate power to
detect a linear relationship among hazard rates (power > 0.99). This sample
size also provided power of at least 0.72 in detecting differences among
pairwise comparisons for the smallest differences modeled (differences of 0.2
among proportions of subjects not relapsing).

Other plausible dose-response relationships were investigated as well.
Specifically, simulations using the techniques described above were repeated for
an asymptotic dose-response relationship (i.e., a larger difference in relapse
rates between the 75 mg and 300 mg groups than between the 300 mg and 600 mg
groups). For differences as small as 0.25 between the lowest dose and the
highest dose, a sample size of 80 per group provides a power of 0.90 to detect a
dose-response relationship using a linear model. The power for pairwise
comparisons of contiguous dose groups was low (less than 0.50).

In summary, the results of simulations using various hypothetical dose-response
relationships show that a sample size of 80 subjects per treatment group will
provide at least 90% power to detect such a relationship using a linear model.
For pairwise differences between contiguous dose groups, 80 subjects per group
provides at least 70% power to detect differences in relapse rates as small as
0.20.

As a result of the decision to terminate recruitment into the trial, power
calculations were revisited. An assessment of data available on an in-house
database for 226 randomized patients was performed in a completely blinded
fashion. The purpose of this assessment was twofold:  (1) to reassess power
vis-a-vis the objective of identifying a dose-response relationship among <u>dose
groups</u> of SEROQUEL (ie, 75 mg BID and TID, 300 mg BID and TID, 600 mg BID and
TID), and (2) to determine a minimum amount of follow-up for the final cohort of
randomized patients which allow for a timely yet virtually complete analysis.

At the time of this assessment, data were available for 226 randomized patients,
with approximately 65 additional patients randomized but not yet available on
the database. Of these 226 patients, 25 had completed the trial, 184 had
withdrawn from the trial, and 17 were continuing. Nonparametric survival
analysis for this cohort showed that the median time to withdrawal was
approximately 12 weeks. The conditional "survival" probabilities from this
cohort were applied appropriately to the 17 continuing patients and the 65
additional randomized patients not yet available on the database, in an attempt
to predict their outcomes and the timings of their outcomes. It was determined
that a three-month follow-up of this cohort should result in no more than 10%
(25 of approximately 300) of the total number of randomized patients being
censored at the time of analysis.

D37

The status of these 226 patients indicated a withdrawal rate across all groups of approximately 88%.  Assuming a withdrawal rate of 88%, and assuming that one-seventh of the patients and one-seventh of the withdrawals had occurred in the haloperidol treatment arm, power simulations were repeated.  In these simulations, the overall withdrawal rate of 88% was imposed, with possible dose-response relationships given this overall withdrawal rate explored.  In addition, a random uniform variate was added to the model to simulate recruitment over 78 weeks (representing the actual recruitment period for the trial, September 1993 through February 1995).  This element was added in order to estimate the experience of the cohort of patients randomized after February of 1994, who would not have had an opportunity to be followed for one year at the time of recruitment cut-off.

Given an overall withdrawal rate of 88%, the maximum difference between the two lowest daily doses of SEROQUEL and the highest daily dose of SEROQUEL was approximately 28% (eg, 98% withdrawal in each of the 75 mg and 300 mg groups, and 70% withdrawal in the 600 mg group).  The simulations of 1000 experiments with 80 patients per dose group showed very high power (eg, 99%) to detect this dose-response relationship, as well as to detect differences in pairwise comparisons.

Given an overall withdrawal rate of 88%, the difference between the two lowest doses of SEROQUEL and the highest dose of SEROQUEL can be as small as 12% (eg, 92% withdrawal in each of the 75 mg and 300 mg groups, and 80% withdrawal in the 600 mg group) and the power to detect this difference would still be over 80%.  The power to detect differences smaller than this drops below 80% rapidly.

9.2.2  Data Analysis

a) Efficacy

All analyses will be based on the total daily dose of medication received (eg, 75 mg SEROQUEL, 300 mg SEROQUEL, 600 mg SEROQUEL or 12 mg haloperidol).  These analyses will be the basis of statistical inferences about the dose-response relationship for SEROQUEL as well as for pairwise comparisons.  Data will also be presented according to total daily dose and regimen (ie, the groups to which patients were initially randomized) to allow for an evaluation of dose and dose regimen using descriptive techniques, since formal analyses will most likely have low power.

Formal analyses will be performed when the last randomized patient continuing in the trial has completed 3 months of treatment.  It is anticipated that fewer than 10% of all randomized patients would have unknown outcomes at this time.  Data will be cut off and analyzed, but ongoing randomized patients will continue in the trial until they either withdraw or complete one year of treatment.  When the final patient completes the trial (or withdraws from the trial), all remaining data will be collected and the analyses will be repeated.

The disposition of all subjects screened for entry into the study will be tabulated, along with reasons for screen failure.

Demographic (age, sex, race) and baseline characteristics (diagnosis, psychiatric history, presence or absence of the deficit syndrome based on the Schedule for the Deficit Syndrome, baseline symptomatology scales) will be

D38

-28-

tabulated by treatment using descriptive statistics or frequency distributions
as appropriate.  Baseline characteristics will be compared among treatments
using analysis of variance for continuous measures and Mantel-Haenszel
chi-square tests for categorical measures.  Any significant difference among
treatments will result in the consideration of the baseline characteristic for
inclusion as a covariate in the analysis of the time to treatment failure.

The primary efficacy measure will be the time to withdrawal from Segment B of
the study, calculated from the date the subject was randomized to treatment.
For this primary measure of efficacy, withdrawal from the study for any reason
will be considered treatment failure (ie, no withdrawals will be censored).
Subjects who complete Segment B will be considered censored observations at one
year.  A secondary measure of efficacy will be the time to withdrawal for those
subjects considered to have relapsed (see definition on page 16).  Subjects who
withdraw for reasons other than relapse will be censored at the time of
withdrawal, and subjects who complete Segment B will be censored at one year.

Other secondary measures of efficacy include the changes from baseline in the
following psychiatric rating scale scores:

      BPRS positive symptom items (Items 4, 11, 12 and 15)
      SANS summary score (sum of the global items)

The score on the Global Improvement item from the CGI will also be analyzed.

The primary population for the analysis of the time to withdrawal from the trial
will consist of all randomized subjects analyzed according to the treatments to
which they were randomized (the "intention-to-treat" population).  A secondary
population of interest will be the subset of subjects considered to be protocol
adherent who successfully complete the titration phase of Segment B.  Randomized
subjects who violate diagnostic or qualification inclusion criteria or who
represent major deviations from the protocol will be excluded from this
secondary population.  Examples of major deviations which would result in the
exclusion of a subject from this analysis include chronic non-compliance with
study medication regimen or consistent use of disallowed medications.  Also
excluded from this analysis will be any subject receiving less than 2 weeks of
randomized treatment.

The primary population for analyses of symptomatology scales (BPRS, CGI, SANS),
health outcomes questionnaires, the Quality of Life Scale (QLS) and the
cognitive function assessments will consist of all randomized subjects having at
least one post-baseline efficacy measurement (the "intention-to-treat"
population).  Adequate trial monitoring will ensure that the number of
randomized subjects not having at least one post-baseline assessment on these
scales will be small enough (ie, less than 5%) to minimize concerns regarding
bias.  The secondary population of interest will be the subset of subjects
considered to be protocol adherent with minimally sufficient time on therapy
(see previous paragraph).

D39

-29-

The primary analysis of efficacy will compare the times to withdrawal (for any reason) from the study among treatment groups for all randomized subjects. Crude and life-table withdrawal rates will be calculated for each treatment group. The times to withdrawal will be compared among treatments using a proportional hazards model. The dose-response relationship will be modeled using the PROC PHREG procedure in the SAS System supplemental library. Pairwise comparisons of treatment groups will also be performed using the proportional hazards model. Pairwise comparisons of SEROQUEL treatment groups with the haloperidol group will be made using a proportional hazards model and calculating 95% confidence limits for the ratios of the resulting hazard rates.

The assumption of proportional hazards in these models will be investigated graphically and tested formally (although power is generally low). If this assumption appears to be untenable, an alternative test, such as the modified Gehan-Wilcoxon test, will be used. The effects of prognostic variables and other covariates will be explored. Tests for qualitative interactions between covariates and treatment will be performed (Gail and Simon, 1985).

Secondary analyses of efficacy will evaluate changes from baseline in the BPRS positive symptom items and the SANS summary score. The score on the CGI Global Improvement item will also be analyzed. Scores and changes from baseline for these scores will be summarized by visit for each treatment group using descriptive statistics and frequencies as appropriate. The primary timepoint for analysis of these data will be week 52. Any subject withdrawing from the study prior to week 52 will have final visit data carried forward to week 52. Changes from baseline at the final visit will be compared using an analysis of covariance (with the baseline score as the covariate). Type III sums of squares will be used. The assumptions of this model will be investigated, with non-parametric alternatives used if any assumption is violated.

Data from the health outcomes questionnaires, the QLS, and the cognitive function assessments will be summarized using appropriate descriptive statistics. The statistical analyses of these data will be considered exploratory.

Efficacy data for subgroups of subjects identified by the presence or absence of the deficit syndrome (as measured by the SDS) will be evaluated to determine differential responses. These investigations are exploratory.

The relationship between plasma levels of SEROQUEL (ICI 204,636) and its primary metabolite (ICI 214,227) and response will be investigated using graphic and descriptive techniques.

b)   Interim Analysis

An interim analysis will be performed to prevent subjects from being exposed to a sub-therapeutic dose of treatment if a significant difference between either 75 mg treatment group and higher dose groups of SEROQUEL or the haloperidol group exists. If a such a difference is found, the 75 mg treatment group(s) will be discontinued.

This analysis will be performed after approximately one-half of the total expected number of withdrawals from the trial have occurred. A conservative estimate of withdrawal in the 75 mg groups would be approximately 0.50, and a

D40

-30-

liberal estimate for the remaining treatment groups would be approximately 0.30. The expected number of total withdrawals from the trial would then be 200, so that the interim analysis will be performed after approximately 100 withdrawals have occurred.  The analysis will be performed by an independent Data and Safety Monitoring Committee consisting of one psychiatrist and one statistician, neither of whom are affiliated with the trial or ZENECA Pharmaceuticals.  These individuals will be provided with the randomization code for the study, along with the subject numbers of subjects who have withdrawn and total numbers of subjects randomized to each treatment group.

When approximately 100 subjects have withdrawn from the study, the proportions of subjects relapsing in each 75 mg treatment group will be compared with each other treatment group using a chi-square test.  Each comparison will be carried out with the critical value of alpha at 0.001.  If any of these comparisons is significant at the 0.001 level, the 75 mg treatment group(s) will be discontinued.  Subjects will continue to be allocated into the remaining treatment groups until the recruitment goal (100 subjects per group) is achieved.  The trial will then continue until each subject has been treated and followed for one year, or until withdrawn from the trial.  No other comparisons will be performed, and no further details of this interim analysis will be communicated.  If the 0.001 level of significance is not obtained by any comparison, the study will run to its planned completion.

The final analyses of efficacy will be tested at the 0.05 significance level, regardless of the interim analysis outcome.

In order to assess the appropriateness of the assumptions upon which sample size requirements are based, the numbers of randomized subjects and withdrawals will be monitored in a blind fashion as the study progresses.  Recruitment to and withdrawal from the study will be evaluated for serious deviation from expected rates of subject accrual and loss, respectively.  The protocol may be amended if these data indicate that assumptions regarding the progress of the trial are untenable.

c)   Safety

All subjects who receive randomized treatment will be included in analyses of safety data according to the treatment actually received.

Adverse events leading to the premature withdrawal of subjects from the study will be tabulated for each treatment group.

Numbers of and crude incidence rates for adverse events in each treatment group will be summarized by COSTART body system and by COSTART preferred term.  An event which occurred one or more times on the date of or subsequent to randomization will contribute one observation to the numerator of the crude incidence rate; all subjects exposed will comprise the denominator of the rate. The intensities of all events will also be tabulated for each treatment group.

The occurrence of adverse events of particular interest will be investigated using additional descriptive techniques.  These events include sedation/somnolence, orthostatic hypotension, tachycardia, dizziness, agitation

D41

-31-

and insomnia. The onset of these events will be investigated by calculating incidence rates by visit.  Cumulative incidence rates will also be calculated for each treatment group.

All laboratory data will be summarized by visit using descriptive statistics for raw data and for the change from baseline.

The following laboratory parameters will be further investigated: white blood cell count, neutrophils, SGOT, SGPT, T3, T4, Free T4, and TSH.  Frequencies of subjects exhibiting clinically significant changes as defined below will be tabulated for each treatment group:

| | |
|---|---|
| WBC: | $3,000/mm^3$ or less |
| Neutrophils: | 15% (as % of Total WBC) or less |
| SGOT, SGPT: | 3 times upper limit of normal or greater |
| T3,T4,Free T4: | less than 80% of lower limit of normal, OR greater than 120% of upper limit of normal |
| TSH: | greater than 120% of upper limit of normal |

In addition, an analysis of slopes will be conducted in an attempt to identify more subtle trends over time.  A linear regression model will be fit to each subject's data for each of the above-mentioned parameters, and a slope will be calculated.  The distribution of slopes will then be compared among treatment groups using analysis of variance techniques, with no adjustment for multiple pairwise comparisons.

Analysis of additional thyroid tests (i.e., thyroid binding globulin, and reverse T3) will be exploratory.

Involuntary movements and extrapyramidal symptoms will be evaluated using changes from baseline in total scores from the AIMS and Simpson scale, respectively.  The dose-response relationships will be analyzed and pairwise comparisons will be performed using techniques described for the analysis of the BPRS in section 9.2.2.1.  Previous trials have shown data from these two scales to be consistently non-normally distributed (e.g., large proportions of subjects showing no change, severely skewed distributions).  If normality assumptions are violated, the Wilcoxon rank sum test will be used.

Vital signs and weight will be summarized by visit for each treatment group using descriptive statistics.

Frequencies of clinically significant abnormalities in overall ECG interpretation will be compared among treatments using a Mantel-Haenszel chi-square test.  Descriptive statistics for atrial and ventricular rates and for PR, QRS, QT and QTc intervals and for changes from baseline for these parameters will be presented.  Slope analyses (as described for selected laboratory parameters above) will be performed for atrial rate and QTc interval.

Frequencies of changes from baseline found on ophthalmologic examination will be tabulated and compared among treatments using a Mantel-Haenszel chi-square test.

All formal statistical tests will be performed at alpha (two-sided) equal to 0.05 unless otherwise stated.

D42

-32-

## 10   ADMINISTRATIVE ASPECTS

Other administrative aspects are described in the ZENECA Pharmaceuticals booklet
entitled "Good Clinical Practices - Principles and Regulations for Clinical
Investigators", 2/93 edition.  A copy of this document must be provided for
review and must be discussed prior to the study initiation.

### 10.1   Institutional review board

This protocol and the proposed consent form must be reviewed and approved by the
previously-named Institutional Review Board (IRB) prior to the start of the
study and a copy of the approval letter supplied to ZENECA Pharmaceuticals (the
sponsor).  During the course of the study, the investigator shall make timely
and accurate reports to the IRB on the progress of the trial, at intervals not
exceeding one year, as well as satisfying any other local IRB regulations
regarding reporting.  Copies of all reports to and correspondence with the IRB
must be provided to ZENECA Pharmaceuticals.  Further, at the completion or early
termination of the study, a final report should be made to the IRB by the
investigator within 3 months.

Any change or revision in a Phase III protocol that significantly affects the
safety of the subjects, the scope of the investigation, or the scientific
quality of the study must be agreed with the sponsor and approved by the IRB
prior to implementation.  The sponsor will notify FDA of all protocol changes or
revisions.  However, any protocol change intended to eliminate an apparent
immediate hazard to the subject may be implemented immediately if FDA is
subsequently notified by amendment and the IRB is informed.

It is the investigator's obligation to maintain an IRB correspondence file, and
to make this available for review by ZENECA Pharmaceuticals representatives as
part of the study monitoring process.

### 10.2   Informed consent

The proposed consent form must be reviewed and approved by ZENECA
Pharmaceuticals prior to initiation of the study.  The proposed form must
contain a full explanation of the possible advantages, risks, alternate
treatment options, and availability of treatment in the case of injury, in
accordance with the Federal Regulations as detailed in 21CFR50.  It should also
indicate that, by signature, the subject, or where appropriate, legal guardian,
permits access to relevant medical records by the sponsor and by representatives
of the FDA.

The investigator is responsible for obtaining written informed consent from
potential subjects prior to performing any trial tests or assessments required
by the protocol.  A copy of the signed document will be given to the subject and
the original retained by the investigator with his copy of the record forms.

### 10.3   Study commencement and discontinuation

Upon satisfactory receipt of all necessary paperwork, the ZENECA Pharmaceuticals
monitor will arrange that all study material be delivered to the study site and
that a mutually convenient appointment is set up.  Subject entry must not begin

D43

-33-

until this initiation visit by ZENECA Pharmaceuticals personnel has been made. At this meeting, all personnel expected to be involved in the study conduct will undergo an orientation to include review of study protocol, instruction for case record form completion and overall responsibilities including those for drug accountability and study file maintenance.

Throughout the course of the trial, the investigator shall make every reasonable effort to maintain the enrollment rate of appropriate subjects at a level previously determined with ZENECA Pharmaceuticals to be reasonable. Should the enrollment rate lag or significant numbers of clearly nonevaluable subjects be entered, the sponsor may elect to terminate the study. The sponsor also has the right to terminate the study for nonadherence to protocol, unavailability of the investigator or his study staff for ZENECA Pharmaceuticals monitoring personnel, or administrative reasons, at any time.

**10.4    Laboratory accreditation**

All clinical laboratory determinations will be performed by SmithKline Beecham Clinical Laboratories (see 7.2.4). Any local clinical laboratory facility to be used for analysis of samples provided for by this protocol must show evidence of adequate licensure or accreditation.

**10.5    Payment of grant**

Prior to commencement of this trial, the investigator will submit a proposed budget for the study which should be itemized on a per subject basis. The investigator will also provide the payee name(s) and tax identification number(s) to the sponsor prior to the beginning of the study. Any changes in payee during the course of the study will be confirmed in writing. The agreed final budget will be confirmed in writing by the ZENECA Pharmaceuticals Project Physician prior to the start of the study.

**10.6    Case record form completion**

Case record forms should be completed in a timely manner, and every effort should be made to have forms completed and up-to-date in anticipation of a visit by the ZENECA Pharmaceuticals monitor.

It is the obligation of the investigator to review each page of the form and sign summary page(s) as requested. If, for any reason, certain data are lacking to complete an individual record form, a written statement will be provided by the investigator explaining the reasons for the lack of data. ZENECA shall retain ownership of all original case record forms.

**10.7    Sponsor monitoring**

Prior to the study commencement, members of ZENECA Pharmaceuticals will visit the study site to assure adequacy of facilities for the protocol, and to discuss with the investigator general obligations regarding studies with investigational new drugs.

Throughout the course of the study, the ZENECA Pharmaceuticals monitor named in this protocol will make frequent contacts with the investigator. This will include telephone and/or on-site visits at appropriate intervals, as determined

D44

-34-

by the sponsor.  During these visits, case record forms will be reviewed for completeness and adherence to protocol.  As part of the data audit it is expected that source documents (e.g., hospital records, office records) will be made available for the ZENECA Pharmaceuticals monitor's review.  The monitor will also perform drug accountability checks, and may periodically request review of the investigator's study file to assure completeness of documentation in all respects of the study conduct.

On completion of the study the ZENECA Pharmaceuticals monitor will arrange for a final review of the study files after which the file should be secured for the appropriate time period as specified in Section 10.8, Record Retention.  The investigator or appointed delegate will receive the ZENECA Pharmaceuticals representative during these on-site visits and will cooperate in providing the documents for review and responding to inquiries that may arise as part of this review.  Also, the investigator will permit inspection of the study files by authorized representatives of the Food and Drug Administration.

**10.8   Record retention**

Records of drug disposition, case record forms and reports of this investigation must be maintained by the investigator for one of the following two periods: (1) A period of at least two years following the date on which the test article is approved by FDA for marketing for the purposes that were the subject of the clinical investigations; (2) a period of at least two years after the date on which the entire investigation (all clinical studies) is terminated and the FDA is notified.

**10.9   Investigator's final report**

Upon completion or termination of the study, the investigator will submit a final written report to the sponsor as required by Federal Regulations.  The report should be submitted to ZENECA Pharmaceuticals within 90 days of completion or termination of the study.

**REFERENCES**

Gail, M and Simon, R (1985)
Testing for Qualitative Interactions Between Treatment Effects and Patient Subsets.
Biometrics 41(June): 361-372

D45

A-1

**APPENDIX A**

OPEN LABEL EXTENSION PHASE FOR
A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE
AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE
PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH
CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TRIAL NO. 5077IL/0015

**OBJECTIVE**

To obtain long term safety data on subjects treated with SEROQUEL
(ICI 204,636)

**ELIGIBILITY CRITERIA**

· Subjects who have completed the relapse prevention trial.

· Subjects who have completed at least four weeks of treatment in Segment B,
  who experience a psychotic relapse, and who have completed all trial
  assessments in the relapse prevention trial.

· Subjects entered into Segment B who have been withdrawn for an adverse event
  or intercurrent illness after having completed at least four weeks of
  treatment in Segment B (Week 4), who have completed all trial assessments in
  the relapse prevention trial, and whose participation, in the opinion of the
  investigator, would not be precluded by the adverse event or intercurrent
  illness.

· Males and females.  Females of child-bearing potential must use a reliable
  method of contraception (i.e., oral contraceptives for a minimum of three
  months, approved contraceptive implant, long-term injectable contraceptive,
  IUD or tubal ligation) for the duration of the open label extension phase of
  treatment.

· Subjects participating in the open label extension phase must be willing to
  comply with safety monitoring guidelines and adhere to the schedule of
  assessments

· Written informed consent obtained either from subject, spouse, parent or
  legal representative

**DURATION OF TREATMENT**

Up to 104 weeks

**DRUG SUPPLIES AND PACKAGING**

SEROQUEL (ICI 204,636) will be supplied to each study center in bulk bottles
containing either 25 mg or 100 mg tablets.  Drug will be dispensed from the bulk
bottle to the subject by prescription.  During the titration phase of treatment,
drug will be dispensed on a weekly basis.  Once titration is completed and a
clinically efficacious dose is attained, drug will be dispensed every four
weeks.

D46

A-2

## DRUG ADMINISTRATION AND REGIMEN

Study blind will not be broken at the time that participation in the relapse prevention trial has ended.  Because it will not be known to which treatment group the subject was randomized, subjects entering the open label extension phase must be retitrated to an optimal dose of SEROQUEL (ICI 204,636) during the first two weeks of the open label extension phase.  The rate of titration and the dose achieved will be determined by the investigator according to the subject's clinical response and tolerability.

During the first week of the titration period, drug may be dispensed from bottles containing 25 mg and 100 mg tablets.

It is recommended that doses be administered in units of 100 mg once titration is completed.  The maximum daily dose should not exceed 800 mg/day and the dosing regimen must be TID.

Periodic dosage adjustments may be necessary to maintain clinical stability and are left to the clinical discretion of the investigator.

## CONCOMITANT MEDICATIONS

During the open label extension, subjects may use any concomitant medication deemed clinically indicated by the investigator with the exception of another antipsychotic agent.

## TRIAL METHODS

### Frequency of Visits

Participation in the open label extension phase must begin within five days of completion of, or withdrawal from, the relapse prevention trial.  All subjects will be assessed at Weeks 1, 2, and 4 and every four weeks thereafter (see Table A.1, Schedule of Assessments).

It is important to adhere to the visit structure; however, if it is necessary to make adjustments to the schedule, the visit should occur within seven days of the planned visit.  The timing of subsequent visits should be planned to maintain the visit structure relative to the start of the open label extension phase.

Subjects who do not comply with the study procedures or who are noncompliant with taking study medication will be counseled by the investigator, and continued study participation will be at the discretion of the investigator. Any subject withdrawing from the study prior to the completion of two years will have all final assessments performed at the time of withdrawal.

D47

A-3

**Clinical and Laboratory Evaluations**

**Psychiatric Assessments**

The following psychiatric rating scales will be performed at Weeks 4, 12, 24, 36, 52, 64, 76, 88, and 104:

> 18-item Brief Psychiatric Rating Scale (BPRS) (0-6 point scoring system)
> Clinical Global Impression (CGI) - Severity of Illness
> Modified Scale for the Assessment of Negative Symptoms (SANS)

**Neurologic Assessments**

The following neurologic assessments will be performed at Weeks 4, 12, 24, 36, 52, 64, 76, 88 and 104:

> Simpson Scale
> Abnormal Involuntary Movement Scale (AIMS)

**Adverse Events**

Adverse events will be evaluated and recorded at each visit.  Adverse events for hospitalized subjects will be assessed daily.

**Clinical Chemistry and Hematology**

All clinical laboratory determinations will be performed by SmithKline Beecham Clinical Laboratories (See Section 7.2.4 of the relapse prevention protocol).

| Hematology | Thyroid Function Tests | Chemistry |
|---|---|---|
| Total WBC | Free T4 | Urea Nitrogen |
| Differential | TSH | Creatinine |
| RBC Count | | Glucose |
| Hemoglobin | Liver Function Tests | Calcium |
| Hematocrit | | Albumin |
| Platelet Count | SGPT/ALT | Sodium |
| | SGOT/AST | Potassium |
| | Total Bilirubin | Chloride |
| | Alkaline Phosphatase | |

Miscellaneous

Serum Human Chorionic Gonadotropin Test
(for females of child-bearing potential only, at the discretion of the investigator)

Hematology and liver function tests will be analyzed at Weeks 1, 2, 4, 8, 12, 16, 20, 24, 36, 52, 64, 76, 88 and 104.

Thyroid function tests will be analyzed at Weeks 4, 12, 24, 36, 52, 64, 76, 88 and 104.

Chemistries will be performed at Weeks 24, 52, 76 and 104.

D48

A-4

Additional serum human chorionic gonadotropin tests may be performed in females of child-bearing potential at the discretion of the investigator to assure that an adequate method of contraception is being maintained.

**Electrocardiograms**

A standard 12-lead electrocardiogram (ECG) will be performed at Weeks 12, 24, 36, 52, 64, 76, 88 and 104.  Additional ECGs may be performed if clinically indicated.  Copies of the ECG tracing will be made available to ZENECA Pharmaceuticals, if deemed necessary.

**Vital Signs**

Blood pressures and heart rates will be measured after the subject has been supine for at least three minutes and also after the subject has been standing for at least one minute.  Heart rates will be determined by palpation of the radial pulse for a period of 30 seconds.

Blood pressures, heart rates and temperature will be measured at Weeks 1 and 2, and every four weeks thereafter.  Weight will be measured at Weeks 12, 24, 36, 52, 64, 76, 88 and 104.

**Physical Examination**

Each subject will undergo a physical examination at Weeks 52 and 104.

**STATISTICAL METHODS**

Since this portion of the study is non-comparative, non-randomized, and non-blinded, no formal tests of hypotheses will be performed.

Proportions of subjects remaining in the trial at each visit will be tabulated. Reasons for discontinuation will be tabulated.

Descriptive statistics will be used to summarize BPRS total and factor scores, the CGI Severity of Illness item, and SANS summary score at each visit.  Total scores from the Simpson scale and the AIMS will also be summarized using descriptive statistics.

Compliance with treatment regimen will be assessed using tablet counts to calculate observed tablet use.

Adverse events will be classified using the COSTART system of nomenclature. Numbers of events, event severity and crude event rates will be tabulated by COSTART body system and preferred term.  Adverse events of particular interest (sedation/somnolence, orthostatic hypotension, tachycardia, dizziness, agitation and insomnia) will be summarized by visit using life table methods in order to more adequately describe the onset of these events.  Cumulative event rates will also be calculated.  Ninety-five percent confidence intervals will be calculated for rates of serious events.

All laboratory data, vital signs and weight will be summarized by visit using descriptive statistics.

D49

A-5

Frequencies of clinically significant changes (as defined below) in the following laboratory parameters will be tabulated:

| | |
|---|---|
| WBC: | $3.0 \times 10^9$ cells or less |
| Neutrophils: | $1.5 \times 10^9$ cells or less |
| SGOT, SGPT: | 3 times upper limit of normal or greater |
| Free T4: | less than 80% of lower normal limit, OR greater than 120% of upper normal limit |
| TSH: | greater than 120% of upper normal limit |

Incidence rates of clinically significant changes in these parameters will be calculated for each visit and over all visits. Ninety-five percent confidence intervals for these event rates will be calculated.

Frequencies of clinically significant abnormalities in ECG interpretation will be tabulated at each visit and over all visits.  Descriptive statistics for atrial and ventricular rates and for PR, QRS, QT and QTc intervals will be calculated.

D50

A-6
TABLE A.1

SCHEDULE OF ASSESSMENTS - OPEN LABEL EXTENSION PHASE FOR 5077IL/0015 (page 1 of 2)

A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

| | End of Relapse Trial | TITRATION 1 | TITRATION 2 | 4 | 8 | 12 | 16 | 20 | 24 | 28 | 32 | 36 | 40 | 44 | 48 | 52 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PATIENT VISITS | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| **PSYCHIATRIC ASSESSMENTS** | | | | | | | | | | | | | | | | |
| BPRS | x | | | x | x | x | | | x | | | x | | | | x |
| CGI-Severity of Illness | x | | | x | x | x | | | x | | | x | | | | x |
| SAMS | x | | | x | | x | | | x | | | x | | | | x |
| **NEUROLOGIC ASSESSMENTS** | | | | | | | | | | | | | | | | |
| SIMPSON SCALE | x | | | x | | x | | | x | | | x | | | | x |
| AIMS | x | | | x | | x | | | x | | | x | | | | x |
| **SAFETY ASSESSMENTS** | | | | | | | | | | | | | | | | |
| ADVERSE EVENTS | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| HEMATOLOGY | x | x | x | x | | x | x | | x | | | x | | | | x |
| LIVER FUNCTION TESTS | x | x | x | x | | x | x | | x | | | x | | | | x |
| THYROID FUNCTION TESTS | x | | | | | | | | x | | | | | | | x |
| CHEMISTRY | x | | | | | | | | x | | | | | | | x |
| SERUM HCG[b] | x | | | | | | | | | | | | | | | |
| ECG | x | x | | x | | x | | x | x | x | x | x | x | x | x | x |
| VITAL SIGNS | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| WEIGHT | x | x | | x | | x | | | x | | | x | | | | x |
| PHYSICAL EXAM | x | | | | | | | | x | | | | | | | x |
| **ADMINISTRATIVE** | | | | | | | | | | | | | | | | |
| DRUG DISPENSING | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| DRUG COMPLIANCE | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |

a Follow-up if clinically significant
b Serum HCG tests will be performed at the discretion of the investigator

D51

A-7
TABLE A.1

SCHEDULE OF ASSESSMENTS - OPEN LABEL EXTENSION PHASE FOR 5077IL/0015 (page 2 of 2)

A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

| | Trial Week 56 | 60 | 64 | 68 | 72 | 76 | 80 | 84 | 88 | 92 | 96 | 100 | 104 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PATIENT VISITS | x | x | x | x | x | x | x | x | x | x | x | x | x |
| **PSYCHIATRIC ASSESSMENTS** | | | | | | | | | | | | | |
| BPRS | | | x | | | x | | | x | | | | x[a] |
| CGI-Severity of Illness | | | x | | | x | | | x | | | | x[a] |
| SANS | | | x | | | x | | | x | | | | x[a] |
| **NEUROLOGIC ASSESSMENTS** | | | | | | | | | | | | | |
| SIMPSON SCALE | | | x | | | x | | | x | | | | x[a] |
| AIMS | | | x | | | x | | | x | | | | x[a] |
| **SAFETY ASSESSMENTS** | | | | | | | | | | | | | |
| ADVERSE EVENTS | x----- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | x[a] |
| HEMATOLOGY | | | x | | | x | | | x | | | | x[a] |
| LIVER FUNCTION TESTS | | | x | | | x | | | x | | | | x[a] |
| THYROID FUNCTION TESTS | | | | | | x | | | | | | | x[a] |
| CHEMISTRY | | | | | | | | | | | | | |
| SERUM HCG[b] | | | | | | | | | | | | | x[a] |
| ECG | | | | | | x | | | x | | | | x[a] |
| VITAL SIGNS | x | x | x | x | x | x | x | x | x | x | x | x | x[a] |
| WEIGHT | x | x | x | x | x | x | x | x | x | x | x | x | x[a] |
| PHYSICAL EXAM | | | | | | | | | | | | | x[a] |
| **ADMINISTRATIVE** | | | | | | | | | | | | | |
| DRUG DISPENSING | x | x | x | x | x | x | x | x | x | x | x | x | x |
| DRUG COMPLIANCE | x | x | x | x | x | x | x | x | x | x | x | x | x |

a Follow-up if clinically significant at the discretion of the investigator
b Serum HCG tests will be performed at the discretion of the investigator

D52

B-1

APPENDIX B

Diagnostic Criteria for Schizophrenia DSM-III-R
(295.11, 295.12, 295.21, 295.22, 295.31, 295.32,
295.91, 295.92, 295.61,295.62)

(A)   Presence of characteristic psychotic symptoms in the active phase
either (1), (2), or (3) for at least one week (unless the symptoms are
successfully treated):

    (1)   two of the following:

        (a) delusions

        (b) prominent hallucinations (throughout the day for several
days or several times a week for several weeks, each
hallucinatory experience not being limited to a few brief
moments)

        (c) incoherence or marked loosening of associations

        (d) catatonic behavior

        (e) flat or grossly inappropriate affect

    (2)   bizarre delusions (i.e., involving a phenomenon that the
person's culture would regard as totally implausible, e.g.,
thought broadcasting, being controlled by a dead person)

    (3)   prominent hallucinations [as defined in (1)(b) above] of a voice
with content having no apparent relation to depression or
elation, or a voice keeping up a running commentary on the
person's behavior or thoughts, or two or more voices conversing
with each other

(B)   During the course of the disturbance, functioning in such areas as
work, social relations, and self-care is markedly below the highest
level achieved before onset of the disturbance (or, when the onset is
in childhood or adolescence, failure to achieve expected level of
social development).

(C)   Schizoaffective Disorder and Mood Disorder with Psychotic Features
have been ruled out, i.e., if a Major Depressive or Manic Syndrome has
ever been present during an active phase of the disturbance, the total
duration of all episodes of a mood syndrome has been brief relative to
the total duration of the active and residual phases of the
disturbance.

(D)   Continuous signs of the disturbance for at least six months.   The
six-month period must include an active phase (of at least one week,

D53

B-2
**APPENDIX B** (Continued)

or less if symptoms have been successfully treated) during which there were psychotic symptoms characteristic of Schizophrenia (symptoms in A), with or without a prodromal or residual phase, as defined below.

Prodromal phase:  A clear deterioration in functioning before the active phase of the disturbance that is not due to a disturbance in mood or to a Psychoactive Substance Use Disorder and that involves at least two of the symptoms noted below.

Residual phase:  Following the active phase of the disturbance, persistence of at least two of the symptoms noted below, these not being due to a disturbance in mood or to a Psychoactive Substance Use Disorder.

Prodromal or Residual Symptoms:

(1)   marked social isolation or withdrawal

(2)   marked impairment in role functioning as wage-earner, student, or homemaker

(3)   markedly peculiar behavior (e.g., collecting garbage, talking to self in public, hoarding food)

(4)   marked impairment in personal hygiene and grooming

(5)   blunted or inappropriate affect

(6)   digressive, vague, overelaborate, or circumstantial speech, or poverty of speech, or poverty of content

(7)   odd beliefs or magical thinking, influencing behavior and inconsistent with cultural norms, e.g., superstitiousness, belief in clairvoyance, telepathy, "sixth sense," "others can feel my feelings," overvalued ideas, ideas of reference

(8)   unusual perceptual experiences, e.g., recurrent illusions, sensing the presence of a force or a person not actually present

(9)   marked lack of initiative, interests, or energy

Examples:  Six months of prodromal symptoms with one week of symptoms from A; no prodromal symptoms with six months of symptoms from A; no prodromal symptoms with one week of symptoms from A and six months of residual symptoms.

D54

B-3
**APPENDIX B** (Continued)

(E)  It cannot be established that an organic factor initiated and
     maintained the disturbance.

(F)  If there is a history of Autistic Disorder, the additional diagnosis
     of Schizophrenia is made only if prominent delusions or hallucinations
     are also present.

CLASSIFICATION OF COURSE.  The course of disturbance is coded in the fifth
digit:

     1:  Subchronic.  The time from the beginning of the disturbance, when
         the person first began to show signs of the disturbance (including
         prodromal, active, and residual phases) more or less continuously,
         is less than two years, but at least six months.

     2:  Chronic.  Same as above, but more than two years.

D55

C-1

APPENDIX C

**Diagnostic Criteria for Psychoactive Substance Dependence**

A.  At least three of the following:

(1) substance often taken in larger amounts or over a longer period than the person intended

(2) persistent desire or one or more unsuccessful efforts to cut down or control substance use

(3) a great deal of time spent in activities necessary to get the substance (e.g., theft), taking the substance (e.g., chain smoking), or recovering from its effects

(4) frequent intoxication or withdrawal symptoms when expected to fulfill major role obligations at work, school, home (e.g., does not go to work because hung over, goes to school "high", intoxicated while taking care of his or her children), or when substance use is physically hazardous (e.g., drives when intoxicated)

(5) important social, occupational, or recreational activities given up or reduced because of substance use

(6) continued substance use despite knowledge of having a persistent or recurrent social, psychological, or physical problem that is caused or exacerbated by the use of the substance (e.g., keeps using heroin despite family arguments about it, cocaine-induced depression, or having an ulcer made worse by drinking)

(7) marked tolerance:  need for markedly increased amounts of the substance (i.e., at least a 50% increase) in order to achieve intoxication or desired effect, or markedly diminished effect with continued use of the same amount

**Note:**  The following items may not apply to cannabis, hallucinogens, or phencyclidine (PCP):

(8) characteristic withdrawal symptoms (see specific withdrawal syndromes under Psychoactive Substance-induced Organic Mental Disorders)

(9) substance often taken to relieve or avoid withdrawal symptoms

B.  Some symptoms of the disturbance have persisted for at least one month, or have occurred repeatedly over a longer period of time.

D56

C-2
**APPENDIX C** (Continued)

Criteria for Severity of Psychoactive Substance Dependence:

**Mild:**  Few, if any symptoms in excess of those required to make the
diagnosis, and the symptoms result in no more than mild impairment
in occupational functioning or in usual social activities or
relationships with others.

**Moderate:**  Symptoms or functional impairment between "mild" and
"severe."

**Severe:**  Many symptoms in excess of those required to make the
diagnosis, and the symptoms markedly interfere with occupational
functioning or with usual social activities or relationships with
others.

**In Partial Remission:**  During the past six months, some use of the
substance and some symptoms of dependence.

**In Full Remission:**  During the past six months, either no use of the
substance, or use of the substance and no symptoms of dependence.

D57

D-1

**APPENDIX D**
**REVISED 7/18/94**

**Tapering Schedule and Equivalent Doses for Various Neuroleptic Agents**

I.  Tapering Schedule

The maximum dose of maintenance neuroleptic is ≤ 30 mg/day of haloperidol or equivalent upon entry to Segment A.

Subjects with maintenance doses  > 30 mg/day of haloperidol or equivalent will not be considered for participation in this trial.

The maximum dose of neuroleptic is ≤ 15 mg/day of haloperidol or equivalent upon entry to Segment B.

Subjects with neuroleptic doses between 15 and 30 mg/day of haloperidol or equivalent upon entry to Segment A must be tapered to 15 mg/day and maintained at that level for two weeks prior to entry to Segment B:

> · Haloperidol or equivalent will be tapered by 5 mg/week (Milligram decrements for other neuroleptics are given below.)
> · Haloperidol or equivalent will be stabilized at 15 mg/day for two weeks.
> · During the tapering phase, subjects must maintain clinical stability and fulfill qualification criteria

> Example.  A subject on 30 mg/day haloperidol will be decreased to 25 mg/day for one week, to 20 mg/day for one week, and then maintained at 15 mg/day for two weeks prior to entry into Segment B.

II.  Dose Equivalents[1]

| DRUG | Maximum Allowable Dose on Entry to Segment A (mg) | Maximum Allowable Dose on Entry to Segment B (mg) | Approximate Weekly Decrements in Segment A Equivalent to 5 mg Haloperidol (mg) |
|---|---|---|---|
| Chlorpromazine (Thorazine) | 1500 | 750 | 250 |
| Haloperidol (Haldol) | 30 | 15 | 5 |
| Fluphenazine (Prolixin, Permitil) | 30 | 15 | 5 |
| Mesoridazine (Serentil) | 750 | 400 | 100-150 |
| Thioridazine (Mellaril) | 800 | 800 | 0 |
| Perphenazine (Trilafon) | 120 | 60 | 20 |
| Trifluoperazine (Stelazine) | 75 | 40 | 10 |
| Thiothixene (Navane) | 75 | 40 | 10 |
| Loxapine (Loxitane, Daxolin) | 150 | 75 | 25 |
| Molindone (Moban) | 225 | 75 | 50 |
| Pimozide (Orap) | 16 | 8 | 2 |
| Risperidone (Risperdal)[2] | 10 | 6 | 2.0 |
| Flupenthixol dihydrochloride (Fluanxol)[2*] | 30 | 15 | 5.0 |

D58

D-2

**APPENDIX D (CONT)**
**REVISED 7/18/94**

**Tapering Schedule and Equivalent Doses for Various Neuroleptic Agents**

| Depot Formulations:<br><br>DRUG | Maximum<br>Allowable Dose<br>on Entry to<br>Segment A<br>(mg) | Maximum<br>Allowable Dose<br>on Entry to<br>Segment B<br>(mg) |
|---|---|---|
| Fluphenazine Decanoate<br>(Prolixin Decanoate)[3] | 75 mg q 2 weeks | 35-50 mg q 2 weeks |
| Haloperidol Decanoate<br>(Haldol Decanoate)[3] | 600 mg q 4 weeks | 300 mg q 4 weeks |
| Pipotiazine Palmitate<br>(Piportil L4)[2*] | 300 mg q 4 weeks | 150 mg q 4 weeks |
| Fluspiriline (IMAP)[2*] | 15 mg q 1 week | 7.5 mg q 1 week |
| Flupenthixol Decanoate<br>(Fluanxol Depot Injection)[2*] | 80 mg q 2-3 weeks | 40 mg q 2-3 weeks |

[1] Approximate dose equivalent from: Hyman, SE and Arana, GW. <u>Handbook of Psychiatric Drug Therapy</u>, p.7, Little, Brown, 1987.

[2] B. Saxena, Personal communication

[3] J. Lieberman, Personal communication

* Canadian sites only

protocol-relapse/slp

D59

**APPENDIX E**

**Actual Doses in Blister Cards**

E-1

| "Nominal" Daily Dose (as per label) | Dosing Time | Randomized Treatment Arms | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 75 BID | 75 TID | 300 BID | 300 TID | 600 BID | 600 TID | Haloperidol |
| **I. Segment B - Titration Phase** | | | | | | | | |
| 75 mg | 8 am | 25 | 25 | 25 | 25 | 25 | 25 | P |
| | 2 pm | P | 25 | P | 25 | P | 25 | 2.0 |
| | 8 pm | 50 | 25 | 50 | 25 | 50 | 25 | P |
| 150 mg | 8 am | 25 | 25 | 100 | 50 | 100 | 50 | 5.0 |
| | 2 pm | P | 25 | P | 50 | P | 50 | P |
| | 8 pm | 50 | 25 | 50 | 50 | 50 | 50 | P |
| 250 mg | 8 am | 25 | 25 | 125 | 100 | 125 | 100 | 5.0 |
| | 2 pm | P | 25 | P | 50 | P | 50 | 2.0 |
| | 8 pm | 50 | 25 | 125 | 100 | 125 | 100 | P |
| 300 mg | 8 am | 25 | 25 | 150 | 100 | 150 | 100 | 5.0 |
| | 2 pm | P | 25 | P | 100 | P | 100 | 2.0 |
| | 8 pm | 50 | 25 | 150 | 100 | 150 | 100 | P |
| 400 mg | 8 am | 25 | 25 | 150 | 100 | 200 | 125 | 5.0 |
| | 2 pm | P | 25 | P | 100 | P | 125 | P |
| | 8 pm | 50 | 25 | 150 | 100 | 200 | 150 | 5.0 |
| 600 mg | 8 am | 25 | 25 | 150 | 100 | 300 | 200 | 5.0 |
| | 2 pm | P | 25 | P | 100 | P | 200 | 2.0 |
| | 8 pm | 50 | 25 | 150 | 100 | 300 | 200 | 5.0 |
| **II. Segment B - Fixed-Dose Treatment Phase** | | | | | | | | |
| 600 mg | 8 am | 25 | 25 | 150 | 100 | 300 | 200 | 5.0 |
| | 2 pm | P | 25 | P | 100 | P | 200 | 2.0 |
| | 8 pm | 50 | 25 | 150 | 100 | 300 | 200 | 5.0 |

P = Placebo

D60

F-1
APPENDIX F
Recommended Titration Schedule

Following is the recommended dosing schedule for Segment B - Double blind,
titration:

|         |   |         |                        |
|---------|---|---------|------------------------|
| DAY 1   | - | 75 mg   | "nominal" daily dose   |
| DAY 2   | - | 150 mg  | "nominal" daily dose   |
| DAY 3   | - | 250 mg  | "nominal" daily dose   |
| DAY 4   | - | 300 mg  | "nominal" daily dose   |
| DAY 5   | - | 400 mg  | "nominal" daily dose   |
| DAY 6   | - | 600 mg  | "nominal" daily dose   |
| DAY 7   | - | 600 mg  | "nominal" daily dose   |
| DAY 8   | - | 600 mg  | "nominal" daily dose   |
| DAY 9   | - | 600 mg  | "nominal" daily dose   |
| DAY 10  | - | 600 mg  | "nominal" daily dose   |
| DAY 11  | - | 600 mg  | "nominal" daily dose   |
| DAY 12  | - | 600 mg  | "nominal" daily dose   |
| DAY 13  | - | 600 mg  | "nominal" daily dose   |
| DAY 14  | - | 600 mg  | "nominal" daily dose   |

The 600 mg "nominal" dose must be achieved by Day 14 of Segment B; however, it may
be achieved in as few as 6 days, as indicated above.

Subjects unable to achieve the 600 mg "nominal" dose within the 14-day timeframe
may continue an additional week, during the fixed-dose phase of Segment B, to
achieve the 600 mg "nominal" dose.  If after 3 weeks the subject is unable to
achieve the 600 mg "nominal dose, then he or she will be withdrawn from the trial.

The following are two extended titration possibilities.  Variation between the two
is possible; however, if a subject achieves the 600 mg "nominal" dose within the
third week of titration, continue to use blister cards from the box labeled
"SEGMENT B - TITRATION" for the remainder of the week.

| Using all available titration cards up to "600 mg" | | Using all available "600 mg" cards | |
|---|---|---|---|
| Day 1 | 75 | Day 1 | 75 |
| Day 2 | 75 | Day 2 | 75 |
| Day 3 | 75 | Day 3 | 75 |
| Day 4 | 150 | Day 4 | 150 |
| Day 5 | 150 | Day 5 | 150 |
| Day 6 | 150 | Day 6 | 150 |
| Day 7 | 150 | Day 7 | 250 |
| Day 8 | 250 | Day 8 | 250 |
| Day 9 | 250 | Day 9 | 300 |
| Day 10 | 250 | Day 10 | 300 |
| Day 11 | 300 | Day 11 | 400 |
| Day 12 | 300 | Day 12 | 400 |
| Day 13 | 300 | | |

D61

F-2

| Using all available titration cards up to "600 mg" (continued) | | Using all available "600 mg" cards (continued) | |
|---|---|---|---|
| Day 14 | 400 | Day 13 | 600 |
| Day 15 | 400 | Day 14 | 600 |
| Day 16 | 400 | Day 15 | 600 |
|  |  | Day 16 | 600 |
| Day 17 | 600 | Day 17 | 600 |
| Day 18 | 600 | Day 18 | 600 |
| Day 19 | 600 | Day 19 | 600 |
| Day 20 | 600 | Day 20 | 600 |
| Day 21 | 600 | Day 21 | 600 |

D62

G-1
**APPENDIX G**

**Cognitive Function Tests**

Working Committee

**The University of Texas Health
Sciences Center at San Antonio**

**Washington University School of
Medicine, St. Louis**

Alexander L. Miller, M.D.
Roderick Mahurin, Ph.D.
Dawn Velligan, Ph.D.

John G. Csernansky, M.D.
John W. Newcomer, M.D.
Suzanne Craft, Ph.D.

The battery of cognitive function tests developed by the Working Committee has been designed to assess the cognitive deficits frequently associated with schizophrenia. Areas of cognitive dysfunction in schizophrenic subjects include attention and vigilance, executive function, psychomotor speed, and verbal and visual memory. These cognitive domains have also been demonstrated to be sensitive to the effects of neuroleptics (e.g., attention and vigilance, psychomotor speed) and anticholinergics (e.g., visual and verbal memory).

The validity and reliability of each of the subtests of this 35-40 minute test battery have been established.  Each test is objectively scored and five alternative forms exist for each of the subtests. The series of tests will be administered by a research coordinator, trained by the Working Committee at the time of study initiation. It requires only paper, pencil, and an audiotape containing a standardized presentation of some of the test items.

The cognitive function test battery contains the following items:

1.   ATTENTION

Stroop Color-Word Test   (Selective Attention) (5 minutes)

A.   Color Task.  The subject is first shown a stimulus sheet containing names of colors printed in colors to be used in the test (red, blue, tan, and green) and is asked to read the words aloud starting at the top of the first column and continuing with the next column.  The subject may practice with the first few words and then is timed for 60 seconds.  Errors are checked on the Form C response sheet-Color Task.  The sheet is marked to show how far on the list the subject read in 60 seconds.  If the subject finishes in less than 60 seconds, the time it took the subject to complete the list is recorded.

B.   Color-Word Task.  Subjects are then shown a second similar stimulus sheet but this time are asked to name aloud the color of the ink in which the word is printed.  The subject may practice on the first few words and then is timed for 60 seconds.  Errors are checked on the Form C-W response sheet.  The sheet is marked to show how far on the list the subject read in 60 seconds.

The number of correct, incorrect, and self-corrected responses are recorded for Part A and Part B.

D63

G-2

<u>Paced Auditory Serial Addition Test-Revised</u> (Sustained Attention and Vigilance) (5 minutes)

This task involves reading a number from one to ten to the subject, followed by a series of ten ones and twos. Subjects are asked to produce the sum of these strings of numbers. Five series of two strings each are presented using 4, 3, 2, 1.5 and 1 second intervals between numbers, respectively. Errors are recorded.

2. EXECUTIVE FUNCTION

<u>Trail Making Test (Parts A and B)</u> (5 minutes)

Part A of the Trail Making Test is a timed test that requires the subject to connect 25 numbers, in sequence, on a page. Part B of the test requires the added complexity of connecting 25 numbers and letters in an alternating sequence. The score obtained is the total time, in seconds, to complete each part of the test.

This test provides a sensitive measure of cognitive flexibility (Part B) and psychomotor speed and visual search (Part A).

<u>Verbal Fluency Test</u>  (5 minutes)

Subjects are asked to generate as many words as possible (excluding proper names, numbers, and variants of previously used words) starting with a specified letter of the alphabet. Correct responses are scored on two trials using a different letter for each trial. The total number of correct responses are used in the analysis.

3. PSYCHOMOTOR SPEED

<u>Symbol Digit Test</u> (5 minutes)

This test is modeled on the Digit-Symbol subtest of the Wechsler Adult Intelligence Scale-Revised (WAIS-R). Subjects are shown a template of nine symbols, presented directly under the numbers "1" through "9". Below the template are three lines of 25 numbers each, arranged in random order with a blank space below each number. Subjects are instructed to fill in the blank space with the symbol associated with that number in the template, working as quickly as possible from left to right across each of the three lines. Subjects are allowed a total of 90 seconds and the number of correct symbols is recorded. The task measures attention, psychomotor speed, visual scanning and working memory.

4. VERBAL MEMORY

<u>Paragraph Memory Test</u> (5 minutes)

Subjects hear short narratives, modeled on the Wechsler Memory Scale - Revised Logical Memory Test, with 25 pieces of information followed by immediate and delayed (15 minute) verbatim recall. Two paragraphs are given at each test session. Scores for both correct and inaccurate (e.g., related to another

D64

G-3

paragraph) recall are tabulated using established scoring methods.  Only total correct scores for verbatim (immediate and delayed) recall are used in the analysis, for the purpose of data reduction.

Hopkins Verbal Learning Test (10 minutes)

This test requires free verbal recall of a verbally presented 12 item word list. A total of three recall trials are followed by forced-choice (yes/no) recognition of the original list plus 12 additional words equated in frequency and category.  Scores obtained include words recalled in each learning trial, total words recalled, and a Discrimination Index, calculated from the word recognition score.

5.  VISUAL MEMORY

Pattern Memory Test (5 minutes)

Subjects are shown a sheet of paper with three checkerboard patterns of nine equal sections each.  Each pattern consists of four blackened sections out of the nine in the three-by-three array.  Subjects are told to study each sheet of three patterns for 15 seconds and then immediately asked to reproduce the patterns on another sheet of paper with three blank checkerboards.

A total of three trials, each consisting of one sheet with three checkerboard patterns, for immediate recall are given.  Free recall for the patterns is tested after a 15 minute delay.  subjects receive one point for each pattern correctly reproduced.  Following delayed recall, subjects are asked to pick out the three test patterns from an array of 12 checkerboards, including 9 distractor patterns.  Subjects receive one point for each pattern correctly recognized.

6. PREMORBID INTELLECTUAL FUNCTION

Premorbid intellectual function will be assessed by determining the educational status (e.g., number of years of formal education, highest grade level achieved) of the subject and both parents, if known.

D65

H-1

**APPENDIX H**

**Health Outcomes Assessments**

The following information will be obtained from the subject and the sponsor at
baseline (Day 0) and at Weeks 16, 32, and 52:

<u>For subject</u>     ·   Residential status

                    ·   Independent living

                    ·   Employment status


<u>For sponsor/</u>     ·   Relationship to subject
<u>caregiver</u>
                        For primary caregivers only:

                    ·   Employment status
                        Type of paid work
                        Days of work missed in order to care for subject

D66

PROTOCOL REVISION

A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE
AND DOSE REGIMEN COMPARISON OF SEROQUEL™ (ICI 204,636) AND HALOPERIDOL
IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS
WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TRIAL NUMBER 5077IL/0015 *0013*

Revised 3/1/95

REVISIONS:

1.  Section 2 OBJECTIVES, Page 4, Paragraph 1 originally read:

    Primary:
    To delineate the dose response relationship for SEROQUEL (ICI 204,636),
    administered on both TID and BID dose regimens, in the prevention of
    psychotic relapse in outpatients with chronic or subchronic schizophrenia as
    measured by the time to withdrawal from the trial.

    Revised to now read:

    Primary:
    To delineate the dose response relationship for SEROQUEL (ICI 204,636),
    administered on either a TID and BID dose regimen, in the prevention of
    psychotic relapse in outpatients with chronic or subchronic schizophrenia as
    measured by the time to withdrawal from the trial.

2.  Section 2 OBJECTIVES, Page 4, Paragraph 2 originally read:

    Secondary:
    To compare the efficacy, as measured by changes from baseline in the Brief
    Psychiatric Rating Scale (BPRS) and Clinical Global Impression (CGI), the
    safety and tolerability among three fixed doses of SEROQUEL (ICI 204,636),
    administered on both TID and BID dose regimens, with haloperidol in the
    prevention of psychotic relapse in the above population.

    Revised to now read:

    Secondary:
    To compare the efficacy, as measured by changes from baseline in the Brief
    Psychiatric Rating Scale (BPRS) and Clinical Global Impression (CGI), the
    safety and tolerability among three fixed doses of SEROQUEL (ICI 204,636),
    administered on either a TID and BID dose regimen, with haloperidol in the
    prevention of psychotic relapse in the above population.

D67

3.   <u>Section 9.2.1 Power Considerations, Page 26, Paragraph 3, Sentence 3
     originally read:</u>

     For differences as small as 0.25 between the lowest dose and the highest
     dose, a sample size of 80 per group provides a poser of 0.90 to detect a
     dose-response relationship using a linear model.

     Revised to now read:

     For differences as small as 0.25 between the lowest dose and the highest
     dose, a sample size of 80 per group provides a power of 0.90 to detect a
     dose-response relationship using a linear model.

4.   <u>Section 9.2.1 Power Considerations, Page 26, Paragraphs 5, 6 and Page 27,
     Paragraphs 1, 2, and 3 were added as follows:</u>

     As a result of the decision to terminate recruitment into the trial, power
     calculations were revisited.  An assessment of data available on an in-house
     database for 226 randomized patients was performed in a completely blinded
     fashion.  The purpose of this assessment was twofold:  (1) to reassess power
     vis-a-vis the objective of identifying a dose-response relationship among
     <u>dose groups</u> of SEROQUEL (ie, 75 mg BID and TID, 300 mg BID and TID, 600 mg
     BID and TID), and (2) to determine a minimum amount of follow-up for the
     final cohort of randomized patients which allow for a timely yet virtually
     complete analysis.

     At the time of this assessment, data were available for 226 randomized
     patients, with approximately 65 additional patients randomized but not yet
     available on the database.  Of these 226 patients, 25 had completed the
     trial, 184 had withdrawn from the trial, and 17 were continuing.
     Nonparametric survival analysis for this cohort showed that the median time
     to withdrawal was approximately 12 weeks.  The conditional "survival"
     probabilities from this cohort were applied appropriately to the 17
     continuing patients and the 65 additional randomized patients not yet
     available on the database, in an attempt to predict their outcomes and the
     timings of their outcomes.  It was determined that a three-month follow-up
     of this cohort should result in no more than 10% (25 of approximately 300)
     of the total number of randomized patients being censored at the time of
     analysis.

     The status of these 226 patients indicated a withdrawal rate across all
     groups of approximately 88%.  Assuming a withdrawal rate of 88%, and
     assuming that one-seventh of the patients and one-seventh of the withdrawals
     had occurred in the haloperidol treatment arm, power simulations were
     repeated.  In these simulations, the overall withdrawal rate of 88% was
     imposed, with possible dose-response relationships withdrawal rate explored.  In addition, a random uniform variate was added
     to the model to simulate recruitment over 78 weeks (representing the actual
     recruitment period for the trial, September 1993 through February 1995).
     This element was added in order to estimate the experience of the cohort of
     patients randomized after February of 1994, who would not have had an
     opportunity to be followed for one year at the time of recruitment cut-off.

D68

Given an overall withdrawal rate of 88%, the maximum difference between the two lowest daily doses of SEROQUEL and the highest daily dose of SEROQUEL was approximately 28% (eg, 98% withdrawal in each of the 75 mg and 300 mg groups, and 70% withdrawal in the 600 mg group). The simulations of 1000 experiments with 80 patients per dose group showed very high power (eg, 99%) to detect this dose-response relationship, as well as to detect differences in pairwise comparisons.

Given an overall withdrawal rate of 88%, the difference between the two lowest doses of SEROQUEL and the highest dose of SEROQUEL can be as small as 12% (eg, 92% withdrawal in each of the 75 mg and 300 mg groups, and 80% withdrawal in the 600 mg group) and the power to detect this difference would still be over 80%. The power to detect differences smaller than this drops below 80% rapidly.

5. <u>Section 9.2.2 Data Analysis, Page 27, Section a) Efficacy, Paragraphs 1 and 2 added as follows:</u>

All analyses will be based on the total daily dose of medication received (eg, 75 mg SEROQUEL, 300 mg SEROQUEL, 600 mg SEROQUEL or 12 mg haloperidol). These analyses will be the basis of statistical inferences about the dose-response relationship for SEROQUEL as well as for pairwise comparisons. Data will also be presented according to total daily dose and regimen (ie, the groups to which patients were initially randomized) to allow for an evaluation of dose and dose regimen using descriptive techniques, since formal analyses will most likely have low power.

Formal analyses will be performed when the last randomized patient continuing in the trial has completed 3 months of treatment. It is anticipated that fewer than 10% of all randomized patients would have unknown outcomes at this time. Data will be cut off and analyzed, but ongoing randomized patients will continue in the trial until they either withdraw or complete one year of treatment. When the final patient completes the trial (or withdraws from the trial), all remaining data will be collected and the analyses will be repeated.

6. <u>Section 9.2.2 Data Analysis, Section a) Efficacy, Page 29, Paragraph 1 originally read:</u>

The primary analysis of efficacy will compare the times to withdrawal (for any reason) from the study among treatment groups for all randomized subjects. Crude and life-table withdrawal rates will be calculated for each treatment group. The time to withdrawal will be compared among treatments using a proportional hazards model. The dose-response relationship will be modeled separately for each Seroquel treatment regimen (bid and tid) using the PROC PHREG procedure in the SAS System supplemental library. Pairwise comparisons of doses within each treatment regimen will also be performed using the proportional hazards model. Pairwise comparisons of dose for the two regimens (e.g., 300 mg bid versus 300 mg tid) and comparisons of each dose with haloperidol will be made using a proportional hazards model and calculating 95% confidence limits for the ratios of the resulting hazard rates.

D69

Revised to now read:

The primary analysis of efficacy will compare the times to withdrawal (for any reason) from the study among treatment groups for all randomized subjects.  Crude and life-table withdrawal rates will be calculated for each treatment group.  The times to withdrawal will be compared among treatments using a proportional hazards model.  The dose-response relationship will be modeled using the PROC PHREG procedure in the SAS System supplemental library.  Pairwise comparisons of treatment groups will also be performed using the proportional hazards model.  Pairwise comparisons of SEROQUEL treatment groups with the haloperidol group will be made using a proportional hazards model and calculating 95% confidence limits for the ratios of the resulting hazard rates.


John   Chiles, MD
Principal Investigator


Lisa Arvanitis, MD
Senior Director
CNS Clinical Research
Clinical and Medical Affairs
ZENECA Pharmaceuticals
Wilmington, DE


relapse protocol/slp

D70

9/2/94 Rev          RC

5077I 4/0015: 0013

PROTOCOL REVISION

A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE
AND DOSE REGIMEN COMPARISON OF SEROQUEL™ (ICI 204,636) AND HALOPERIDOL
IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS
WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

TRIAL NUMBER 5077IL/0015: 0013

REVISIONS:

1.  PROTOCOL SUMMARY, Page ii - Duration of Treatment, paragraph 2 originally
    read:

    Subjects who have completed the trial or who have been withdrawn from the
    trial after having completed at least four weeks of treatment in Segment B
    may be eligible, upon completion of all trial assessments, to participate in
    an open label extension phase with SEROQUEL (ICI 204,636) for up to 52
    additional weeks.

    Revised to now read:

    Subjects who have completed the trial or who have been withdrawn from the
    trial after having completed at least four weeks of treatment in Segment B
    may be eligible, upon completion of all trial assessments, to participate in
    an open label extension phase with SEROQUEL (ICI 204,636) for up to 104
    additional weeks.

2.  Section 3.2, Open Label Extension, Page 5, paragraph 1, first sentence
    originally read:

    Subjects who have completed the trial or who have been withdrawn from the
    trial after having completed at least four weeks of Segment B (Week 4) may
    be eligible, upon completion of all trial assessments, to participate in an
    open label extension phase with SEROQUEL (ICI 204,636) for up to 52 weeks.

    Revised to now read:

    Subjects who have completed the trial or who have been withdrawn from the
    trial after having completed at least four weeks of Segment B (Week 4) may
    be eligible, upon completion of all trial assessments, to participate in an
    open label extension phase with SEROQUEL (ICI 204,636) for up to 104 weeks.

3.  APPENDIX A, DURATION OF TREATMENT originally read:

    Up to 52 weeks

    Revised to now read:  Up to 104 weeks

D71

4. APPENDIX A, TRIAL METHODS, Frequency of Visits, paragraph 3, second sentence originally read:

Any subject withdrawing from the study prior to the completion of one year will have all final assessments performed at the time of withdrawal.

Revised to now read:

Any subject withdrawing from the study prior to the completion of two years will have all final assessments performed at the time of withdrawal.

5. APPENDIX A, Psychiatric Assessments originally read:

The following psychiatric rating scales will be performed at Weeks 4, 12, 24, 36, and 52.

Revised to now read:

The following psychiatric rating scales will be performed at Weeks 4, 12, 24, 36, 52, 64, 76, 88, and 104:

6. APPENDIX A, Neurologic Assessments originally read:

The following neurologic assessments will be performed at Weeks 4, 12, 24, 36, 52.

Revised to now read:

The following neurologic assessments will be performed at Weeks 4, 12, 24, 36, 52, 64, 76, 88 and 104:

7. APPENDIX A, Adverse Events originally read:

Adverse events will be evaluated and recorded at each visit.

Revised to now read:

Adverse events will be evaluated and recorded at each visit.  Adverse events for hospitalized subjects will be assessed daily.

D72

8.  APPENDIX A, Clinical Chemistry and Hematology, paragraphs 2, 3 and 4 originally read:

Hematology and liver function tests will be analyzed at Weeks 1, 2, 4, 8, 12, 16, 20, 24, 36 and 52.

Thyroid function tests will be analyzed at Weeks 4, 12, 24, 36 and 52.

Chemistries will be performed at Weeks 24 and 52.

Revised to now read:

Hematology and liver function tests will be analyzed at Weeks 1, 2, 4, 8, 12, 16, 20, 24, 36, 52, 64, 76, 88 and 104.

Thyroid function tests will be analyzed at Weeks 4, 12, 24, 36, 52, 64, 76, 88 and 104.

Chemistries will be performed at Weeks 24, 52, 76 and 104.

9.  APPENDIX A, Electrocardiograms, first sentence originally read:

A standard 12-lead electrocardiogram (ECG) will be performed at Weeks 12, 24, 36 and 52.

Revised to now read:

A standard 12-lead electrocardiogram (ECG) will be performed at Weeks 12, 24, 36, 52, 64, 76, 88 and 104.

10. APPENDIX A, Vital Signs, paragraph 2 originally read:

Blood pressures, heart rates and temperature will be measured at Weeks 1 and 2, and monthly.  Weight will be measured at Weeks 12, 24, 36 and 52.

Revised to now read:

Blood pressures, heart rates and temperature will be measured at Weeks 1 and 2, and every four weeks thereafter.  Weight will be measured at Weeks 12, 24, 36, 52, 64, 76, 88 and 104.

11. APPENDIX A, Physical Examination originally read:

Each subject will undergo a physical examination at Week 52.

Revised to now read:

Each subject will undergo a physical examination at Weeks 52 and 104.

D73

RECEIVED

APR 2 4 1995

12.  <u>APPENDIX A, Table A.1, page A-7</u>

This table adds the schedule of of assessments for for Open Label Extension Weeks 56-104.


Alexander L. Miller, MD                    10/10/94
                                           Date


John  Chiles, MD                           10/10/94
                                           Date


Lisa Arvanitis, MD
Senior Director
CNS Clinical Research
Clinical and Medical Affairs
ZENECA Pharmaceuticals
Wilmington, DE


relapse protocol/slp

A-6
TABLE A.1

SCHEDULE OF ASSESSMENTS - OPEN LABEL EXTENSION PHASE FOR 5077IL/0015 (page 1 of 2)

A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

| | End of Relapse Trial | Titration | | Trial Week | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 4 | 8 | 12 | 16 | 20 | 24 | 28 | 32 | 36 | 40 | 44 | 48 | 52 |
| PATIENT VISITS | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| **PSYCHIATRIC ASSESSMENTS** | | | | | | | | | | | | | | | | |
| BPRS | x | | | x | | x | | | x | | | x | | | | x |
| CGI-Severity of illness | x | | | x | | x | | | x | | | x | | | | x |
| SANS | x | | | x | | x | | | x | | | x | | | | x |
| **NEUROLOGIC ASSESSMENTS** | | | | | | | | | | | | | | | | |
| SIMPSON SCALE | x | | | x | | x | | | x | | | x | | | | x |
| AIMS | x | | | x | | x | | | x | | | x | | | | x |
| **SAFETY ASSESSMENTS** | | | | | | | | | | | | | | | | |
| ADVERSE EVENTS | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| HEMATOLOGY | x | x | x | x | x | x | x | x | x | | | x | | | | x |
| LIVER FUNCTION TESTS | x | x | x | x | x | x | x | x | x | | | x | | | | x |
| THYROID FUNCTION TESTS | x | | | | | | | | x | | | | | | | x |
| CHEMISTRY | x | x | x | x | x | x | x | x | x | | | x | | | | x |
| SERUM HCG[b] | x | | | | | | | | | | | | | | | x |
| ECG | x | x | | x | x | x | x | x | x | x | x | x | x | x | x | x |
| VITAL SIGNS | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| WEIGHT | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| PHYSICAL EXAM | x | | | | | | | | | | | x | x | x | x | x |
| **ADMINISTRATIVE** | | | | | | | | | | | | | | | | |
| DRUG DISPENSING | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| DRUG COMPLIANCE | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |

a Follow-up if clinically significant at the discretion of the investigator
b Serum HCG tests will be performed at the discretion of the investigator

D75

A-7
TABLE A.1

SCHEDULE OF ASSESSMENTS – OPEN LABEL EXTENSION PHASE FOR 5077IL/0015 (page 2 of 2)

A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND DOSE REGIMEN COMPARISON OF SEROQUEL (ICI 204,636) AND HALOPERIDOL IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

| | Trial Week | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 56 | 60 | 64 | 68 | 72 | 76 | 80 | 84 | 88 | 92 | 96 | 100 | 104 |
| PATIENT VISITS | x | x | x | x | x | x | x | x | x | x | x | x | x |
| **PSYCHIATRIC ASSESSMENTS** | | | | | | | | | | | | | |
| BPRS | | | x | | | x | | | x | | | x | x |
| CGI-Severity of Illness | | | x | | | x | | | x | | | x | x |
| SANS | | | x | | | x | | | x | | | | x |
| **NEUROLOGIC ASSESSMENTS** | | | | | | | | | | | | | |
| SIMPSON SCALE | | | x | | | x | | | x | | | | x |
| AIMS | | | x | | | x | | | x | | | | x |
| **SAFETY ASSESSMENTS** | | | | | | | | | | | | | |
| ADVERSE EVENTS | x----------------------------------------------------------------------- | | | | | | | | | | | | x |
| HEMATOLOGY | | | x | | | x | | | x | | | | x |
| LIVER FUNCTION TESTS | | | x | | | x | | | x | | | | x |
| THYROID FUNCTION TESTS | | | x | | | x | | | x | | | | x |
| CHEMISTRY | | | | | | x | | | | | | | x |
| SERUM HCG [b] | | | | | | | | | | | | | x |
| ECG | x | | x | x | | x | | x | x | | x | | x |
| VITAL SIGNS | x | x | x | x | x | x | x | x | x | x | x | x | x |
| WEIGHT | x | x | x | x | x | x | x | x | x | x | x | x | x |
| PHYSICAL EXAM | | | | | | | | | | | | | x |
| **ADMINISTRATIVE** | | | | | | | | | | | | | |
| DRUG DISPENSING | x | x | x | x | x | x | x | x | x | x | x | x | x |
| DRUG COMPLIANCE | x | x | x | x | x | x | x | x | x | x | x | x | x |

a Follow-up if clinically significant
b Serum HCG tests will be performed at the discretion of the investigator

D76

*7/29/94*

*5677I4/0015:0013*

## PROTOCOL REVISION

A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE
AND DOSE REGIMEN COMPARISON OF SEROQUEL™ (ICI 204, 636) AND HALOPERIDOL
IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS
WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

Revision:

1. <u>Signature page</u>:

   Item 1.  Change completion date to September, 1995.

   Item 2.  Change total number of centers to 37.

2. <u>Page ii, First paragraph</u>:

   Change number of centers to 37.

3. <u>Page 6, Section 4.2</u>:

   Change number of centers to 37.

   Change recruitment period to 48 months.

4. <u>Page 5, Section 3.1, Third paragraph, First sentence originally read</u>:

   All non-neuroleptic psychotropic agents, except medications for the
   treatment of extrapyramidal symptoms, will be discontinued prior to the
   start of Segment A.

   Revised to now read:

   All non-neuroleptic psychotropic agents, except medications for the
   treatment of extrapyramidal symptoms and lorazepam (see 6.1 and 6.2), will
   be discontinued prior to the start of Segment A.

5. <u>Page 7, Section 4.3.2, Third bullet</u>:

   Add as the second sentence:

   Subjects who do not fulfill the 36 month criterion but have a
   well-documented history of multiple psychotic relapses or hospitalizations
   for acute psychotic exacerbation may be entered into Segment A provided
   the last psychotic relapse or hospitalization for acute psychotic
   exacerbation did not occur greater than 6 years prior to entry into
   Segment A

RECEIVED

APR 25 1995

D77

6. **Page 8, Section 4.3.4, Fifth bullet, First sentence originally read:**

All non-neuroleptic psychotropic agents (e.g., carbamazepine, lithium, valproate, benzodiazepines), except medications for the treatment of extrapyramidal symptoms, must be discontinued prior to entry into Segment A.

Revised now to read:

All non-neuroleptic psychotropic agents (e.g., carbamazepine, lithium, valproate), except medications for the treatment of extrapyramidal symptoms and lorazepam (see 6.1 and 6.2), must be discontinued prior to entry into Segment A.

7. **Page 12, Section 5.2.2, Titration Phase:**

Last two sentences omitted. Added as second paragraph:

The 600 mg "nominal" dose must be achieved by the end of Week 2 of Segment B. Those subjects unable to achieve the 600 mg "nominal" dose by the end of the two week titration phase of Segment B will be allowed one additional week to achieve the 600 mg "nominal" dose. Those subjects not achieving the 600 mg "nominal" dose by the end of Week 3 of Segment B will be withdrawn from the study. Recommended titration schedules for a three week titration also appear in Appendix F. Drug supplies for the additional titration week should come from the cartons labeled "Segment B: Titration" only and not from the "overage" box or cartons labeled "Segment B: Fixed-dose".

8. **Page 14, Section 6.1.2, First bullet originally read:**

All non-neuroleptic psychotropic agents (e.g., carbamazepine, lithium, benzodiazepines) must be discontinued prior to entry into Segment A.

Revised to now read:

All non-neuroleptic psychotropic agents (e.g., carbamazepine, lithium), except lorazepam, must be discontinued prior to entry into Segment A.

9. **Page 14, Section 6.1.2, Add as the second bullet:**

Every attempt should be made to taper and/or discontinue lorazepam prior to entry into Segment A. Subjects who are unable to tolerate discontinuation of lorazepam may enter Segment A on a dose of lorazepam $\leq 3$ mg in a 24 hour period. The dose of lorazepam should remain fixed throughout Segment A and Segment B. Fixed doses of lorazepam >3 mg in a 24 hour period will not be allowed. Benzodiazepines other than lorazepam will not be allowed, although subjects may be switched to lorazepam prior to entry into Segment A. Subjects not receiving lorazepam prior to entry into Segment A should not be placed on a fixed dose of lorazepam upon entry into Segment A or Segment B.

D78

10. <u>Page 15, Section 6.1.3, Item b. originally read</u>:

    b. lorazepam, $\leq 3$ mg per 24 hour period with a limit of three days for each prescription.  Lorazepam must only be used for the treatment of severe agitation.  The subject must be evaluated for psychotic relapse within 24 hours of first receiving lorazepam and every 3 days thereafter while receiving this agent.

Revised to now read:

    b. lorazepam, $\leq 3$ mg in a 24 hour period (including the $\leq 3$ mg fixed dose discussed in 6.1.2) with a limit of 7 days for each prescription.  Lorazepam may be used for the treatment of insomnia and agitation which is not responsive to treatment with chloral hydrate.  The subject should be evaluated for psychotic relapse by telephone contact (or office visit) every 7 days while receiving lorazepam.  Those patients who manifest symptoms consistent with psychotic relapse during the telephone contact should be evaluated within 24 hours for psychotic relapse during an office visit.  Every 14 days while receiving lorazepam, the patient must be evaluated for the presence of psychotic relapse during an office visit.  Upon resolution of agitation and insomnia, every attempt should be made to taper and discontinue lorazepam or taper the lorazepam dose to the prior fixed dose.

11. <u>Page 17, Section 7.1.3, First paragraph, Second sentence originally read</u>:

Those subjects receiving lorazepam must be assessed for the presence of psychotic relapse within 24 hours of administration of lorazepam.

Revised to now read:

Those subjects receiving doses of lorazepam above the fixed dose (see 6.1.2) for the treatment of agitation and insomnia must be evaluated for the presence of psychotic relapse as outlined in 6.1.3.

12. <u>Appendix A, Page A-2, Add new section before TRIAL METHODS</u>:

<u>CONCOMITANT MEDICATIONS</u>

During the open label extension, subjects may use any concomitant medication deemed clinically indicated by the investigator with the exception of another antipsychotic agent.

13. <u>Appendix A, Page A-5, STATISTICAL METHODS chart, WBC and Neutrophils originally read</u>:

WBC:          3,000/mm$^3$ or less
Neutrophils:  15% (as % of Total WBC) or less

Revised to now read:

WBC:          3.0 x 10$^9$ cells or less
Neutrophils:  1.5 x 10$^9$ cells or less

D79

14. **Appendix D, Pages D-1 and D-2, Dose Equivalents chart**:

   Revised to include anti-psychotic agents available only in Canada and newly available agents in the U.S.  (See attached).

15. **Appendix F, Page F-1**:

   Revised to include three week titration schedule.  (See attached).


John   Chiles, MD
Principal Investigator


Lisa Arvanitis, MD
Senior Director
CNS Clinical Research
Clinical and Medical Affairs
ZENECA Pharmaceuticals Group
Wilmington, DE

RECEIVED

APR 2 5 1995

D80

D-1

APPENDIX D
REVISED 7/18/94

Tapering Schedule and Equivalent Doses for Various Neuroleptic Agents

I.  Tapering Schedule

The maximum dose of maintenance neuroleptic is ≤ 30 mg/day of haloperidol or
equivalent upon entry to Segment A.

Subjects with maintenance doses  > 30 mg/day of haloperidol or equivalent will
not be considered for participation in this trial.

The maximum dose of neuroleptic is ≤ 15 mg/day of haloperidol or equivalent upon
entry to Segment B.

Subjects with neuroleptic doses between 15 and 30 mg/day of haloperidol or
equivalent upon entry to Segment A must be tapered to 15 mg/day and maintained
at that level for two weeks prior to entry to Segment B:

- Haloperidol or equivalent will be tapered by 5 mg/week (Milligram
  decrements for other neuroleptics are given below.)
- Haloperidol or equivalent will be stabilized at 15 mg/day for two weeks.
- During the tapering phase, subjects must maintain clinical stability and
  fulfill qualification criteria

Example.  A subject on 30 mg/day haloperidol will be decreased to 25 mg/day
for one week, to 20 mg/day for one week, and then maintained at 15 mg/day
for two weeks prior to entry into Segment B.

II.  Dose Equivalents[1]

| DRUG | Maximum Allowable Dose on Entry to Segment A (mg) | Maximum Allowable Dose on Entry to Segment B (mg) | Approximate Weekly Decrements in Segment A Equivalent to 5 mg Haloperidol (mg) |
|---|---|---|---|
| Chlorpromazine (Thorazine) | 1500 | 750 | 250 |
| Haloperidol (Haldol) | 30 | 15 | 5 |
| Fluphenazine (Prolixin, Permitil) | 30 | 15 | 5 |
| Mesoridazine (Serentil) | 750 | 400 | 100-150 |
| Thioridazine (Mellaril) | 800 | 800 | 0 |
| Perphenazine (Trilafon) | 120 | 60 | 20 |
| Trifluoperazine (Stelazine) | 75 | 40 | 10 |
| Thiothixene (Navane) | 75 | 40 | 10 |
| Loxapine (Loxitane, Daxolin) | 150 | 75 | 25 |
| Molindone (Moban) | 225 | 75 | 50 |
| Pimozide (Orap) | 16 | 8 | 2 |
| Risperidone (Risperdal)[2] | 10 | 6 | 2.0 |
| Flupenthixol dihydrochloride (Fluanxol)[2*] | 30 | 15 | 5.0 |

D81

D-2

**APPENDIX D (CONT)**
**REVISED 7/18/94**

**Tapering Schedule and Equivalent Doses for Various Neuroleptic Agents**

| Depot Formulations:<br><br>DRUG | Maximum<br>Allowable Dose<br>on Entry to<br>Segment A<br>(mg) | Maximum<br>Allowable Dose<br>on Entry to<br>Segment B<br>(mg) |
|---|---|---|
| Fluphenazine Decanoate<br>(Prolixin Decanoate)[3] | 75 mg q 2 weeks | 35-50 mg q 2 weeks |
| Haloperidol Decanoate<br>(Haldol Decanoate)[3] | 600 mg q 4 weeks | 300 mg q 4 weeks |
| Pipotiazine Palmitate<br>(Piportil L4)[2*] | 300 mg q 4 weeks | 150 mg q 4 weeks |
| Fluspiriline (IMAP)[2*] | 15 mg q 1 week | 7.5 mg q 1 week |
| Flupenthixol Decanoate<br>(Fluanxol Depot Injection)[2*] | 80 mg q 2-3 weeks | 40 mg q 2-3 weeks |

[1] Approximate dose equivalent from: Hyman, SE and Arana, GW. Handbook of Psychiatric Drug Therapy, p.7, Little, Brown, 1987.

[2] B. Saxena, Personal communication

[3] J. Lieberman, Personal communication

[*] Canadian sites only

protocol-relapse/slp

D82

**APPENDIX F**
**Recommended Titration Schedule**

Following is the recommended dosing schedule for Segment B - Double blind, titration:

```
DAY 1   -    75 mg "nominal" daily dose
DAY 2   -   150 mg "nominal" daily dose
DAY 3   -   250 mg "nominal" daily dose
DAY 4   -   300 mg "nominal" daily dose
DAY 5   -   400 mg "nominal" daily dose
DAY 6   -   600 mg "nominal" daily dose
DAY 7   -   600 mg "nominal" daily dose
DAY 8   -   600 mg "nominal" daily dose
DAY 9   -   600 mg "nominal" daily dose
DAY 10  -   600 mg "nominal" daily dose
DAY 11  -   600 mg "nominal" daily dose
DAY 12  -   600 mg "nominal" daily dose
DAY 13  -   600 mg "nominal" daily dose
DAY 14  -   600 mg "nominal" daily dose
```

The 600 mg "nominal" dose must be achieved by Day 14 of Segment B; however, it may be achieved in as few as 6 days, as indicated above.

Subjects unable to achieve the 600 mg "nominal" dose within the 14-day timeframe may continue an additional week, during the fixed-dose phase of Segment B, to achieve the 600 mg "nominal" dose.  If after 3 weeks the subject is unable to achieve the 600 mg "nominal dose, then he or she will be withdrawn from the trial.

The following are two extended titration possibilities.  Variation between the two is possible; however, if a subject achieves the 600 mg "nominal" dose within the third week of titration, continue to use blister cards from the box labeled "SEGMENT B - TITRATION" for the remainder of the week.

| Using all available titration cards up to "600 mg" | | Using all available "600 mg" cards | |
|---|---|---|---|
| Day 1 | 75 | Day 1 | 75 |
| Day 2 | 75 | Day 2 | 75 |
| Day 3 | 75 | Day 3 | 75 |
| Day 4 | 150 | Day 4 | 150 |
| Day 5 | 150 | Day 5 | 150 |
| Day 6 | 150 | Day 6 | 150 |
| Day 7 | 150 | | |
| | | Day 7 | 250 |
| Day 8 | 250 | Day 8 | 250 |
| Day 9 | 250 | | |
| Day 10 | 250 | Day 9 | 300 |
| | | Day 10 | 300 |
| Day 11 | 300 | | |
| Day 12 | 300 | Day 11 | 400 |
| Day 13 | 300 | Day 12 | 400 |
| Day 14 | 400 | Day 13 | 600 |
| Day 15 | 400 | Day 14 | 600 |
| Day 16 | 400 | Day 15 | 600 |
| | | Day 16 | 600 |
| Day 17 | 600 | Day 17 | 600 |
| Day 18 | 600 | Day 18 | 600 |
| Day 19 | 600 | Day 19 | 600 |
| Day 20 | 600 | Day 20 | 600 |
| Day 21 | 600 | Day 21 | 600 |

D83

*50722(6015.003*

*9 5/23/94 Rev*

*X RC*

PROTOCOL REVISION

A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE
AND DOSE REGIMEN COMPARISON OF SEROQUEL™ (ICI 204, 636) AND HALOPERIDOL
IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS
WITH CHRONIC OR SUBCHRONIC SCHIZOPHRENIA

Revision:

1. Page 7, Section 4.3.2, Second bullet item originally read:

   No history of an acute psychotic relapse or hospitalization for an acute
   exacerbation of schizophrenia within 6 months or entry into Segment A.

   Revised to now read:

   In clinical remission from an acute psychotic relapse or acute
   exacerbation of schizophrenia requiring hospitalization within 6 months of
   entry into Segment A.

2. Page 8, Section 4.3.4:

   Add as the fourth bullet item:

   Patients receiving maintenance antipsychotic treatment with clozapine upon
   entry into Segment A will not be considered eligible for entry into the
   trial.


John Chiles, MD
Principal Investigator

Alexander Miller, MD
Principal Investigator

Lisa Arvanitis, MD
Senior Director
CNS Clinical Research
Clinical and Medical Affairs
ZENECA Pharmaceuticals Group
Wilmington, DE

RECEIVED

JUL 0 7 1994

CLINICAL &
MEDICAL AFFAIRS

D84



*RC*

A MULTICENTER, DOUBLE-BLIND, RANDOMIZED, CONTROLLED, MULTIPLE FIXED-DOSE AND
DOSE REGIMEN COMPARISON OF SEROQUEL™ (ICI 204,636) AND HALOPERIDOL
IN THE PREVENTION OF PSYCHOTIC RELAPSE IN OUTPATIENTS WITH CHRONIC OR
SUBCHRONIC SCHIZOPHRENIA

Trial No. 5077IL/0015

Date:  May 5, 1993

Revision:  August 18, 1993
Revision:  May 23, 1994
Revision:  July 29, 1994
Revision:  October 23, 1994
Revision January 26, 1995
Revision: April 13, 1995

RECEIVED

MAY 24 1995

CLINICAL &
MEDICAL AFFAIRS

This document is a confidential communication of Zeneca Pharma Inc. (formerly ICI Pharma Canada). Acceptance of this document constitutes the agreement by the recipient that no unpublished information contained herein will be published or disclosed without the prior written approval of Zeneca Pharma Inc., except that this document may be disclosed to appropriate institutional review boards so long as they are requested to keep it confidential.

SEROQUEL is a trademark, the property of ZENECA Ltd.

D85

## Signature Page - Canadian Trial

**Trial Title:**

A Multicenter, Double-Blind, Randomized, Controlled, Multiple Fixed-Dose and Dose regimen Comparison of SEROQUEL (ICI 204,636) and Haloperidol in the Prevention of Psychotic Relapse in Outpatients with Chronic or Subchronic Schizophrenia.

**Trial Number:**   5077IL/0015/0029

**Investigator:**

Bishan Saxena, Ph.D.
Psychopharmacology Research & Training Centre
& Hamilton Psychiatric Hospital
100 West 5th Street
Hamilton, Ontario L9C 3N6

Erhard Busse, M.D.
Psychopharmacology Research & Training Centre
& Oakville-Trafalgar Memorial  Hospital
327 Reynolds Street
Oakville, Ontario L9G 3L7

**Institutional  Review Board(s):**

Psychopharmacology Research & Training Centre, WHO Affiliated Hospital
Hamilton Psychiatric Hospital
100 West 5th Street
Hamilton, Ontario L9C 3N6

**Project Physician/Director:**

Lisa A. Arvanitis, M.D.
Director, CNS Clinical Research
CNS International Clinical Project Team
Clinical and Medical Affairs

1.      This study, 5077IL/0015, will commence in July, 1993 with completion expected by September 1995, unless mutually agreed otherwise.

2.      The total number of outpatients expected to be exposed to study drugs in this multicenter trial is 560. Each of 37 centers may enter up to 42 subjects in double-blind treatment.

3.      We, the undersigned, have carefully read this protocol and agree that it contains all the necessary information required to conduct the study.

_L.A. Arvanitis, M.D._
L.A. Arvanitis, M.D.
Director, CNS Clinical Research
CNS International Clinical Project Team
Clinical and Medical Affairs

Date   5/24/95

_Bishan Saxena, Ph.D._
Bishan Saxena, Ph.D.

Date   16/5/98

_Erhard Busse, M.D._
Erhard Busse, M.D.

Date   16/5/95

_Ali Raza_
Ali Raza, B.Sc. (Hons), MB.BS, M.D.
Director, Clinical & Medical Affairs
Zeneca Pharma Inc., Canada

Date   28/IV/95    RECEIVED

MAY 24 1995
CLINICAL &
MEDICAL AFFAIRS

D86

**ZENECA Pharma Inc. - Study Personnel**

Persons to be contacted in the event of Adverse Events

<u>Canadian Project Physician/Director:</u>

Ali Raza
Director, Clinical & Medical Affairs
ZENECA  Pharma Inc., Canada
Office: (905) 821-8000 X 300
Pager: REDACTED

<u>Canadian Clinical Research Manager:</u>

Linda Kasprzak
Clinical & Medical Affairs
ZENECA  Pharma Inc.,Canada
Office: (905) 821-8000 X314
Home:   REDACTED

<u>Canadian Clinical Research Associate:</u>

Bea M. Singh
Clinical and Medical Affairs
ZENECA  Pharma Inc.,Canada
Office: (905) 821-8000 X305
Home:   REDACTED

Stuart Carrothers
Clinical and Medical Affairs
ZENECA Pharma Inc.,Canada
Office: (905) 821-8000 X333
Home:   REDACTED

Loretta Belle-Scantlebury
Clinical and Medical Affairs
ZENECA Pharma Inc., Canada
Office:(905)821-8000
Home:   REDACTED

In the event that the above Zeneca Pharma Inc. personnel cannot be reached, the following persons
may be contacted.

<u>Senior Director:</u>

Lisa A. Arvanitis, M.D.
CNS International Clinical Project Team
Clinical & Medical Affairs
ZENECA Pharmaceuticals Group ZENECA Inc.
Office: (302) 886-2744
Home: REDACTED

<u>Project Physician:</u>

Walter W. Hong
CNS International Clinical Project Team
Clinical & Medical Affairs
ZENECA Pharmaceuticals Group ZENECA Inc.
Office: (302) 886-2897
Home: REDACTED

D87

**ZENECA Pharma Inc. - Study Personnel (continued)**

Clinical Research Manager:

Jean T. Fennimore
CNS International Clinical Project Team
Clinical & Medical Affairs
ZENECA Pharmaceuticals Group, ZENECA Inc.
Office: (302) 886-2874
Home: REDACTED

Clinical Research Associates

Jacqueline Fiore
CNS International Clinical
    Project Team
Clinical & Medical Affairs
ZENECA Pharmaceuticals
Office: (302) 886-2649
Home: REDACTED

Linda S. Johnson
CNS International Clinical
    Project Team
Clinical & Medical Affairs
ZENECA Pharmaceuticals
Office: (302) 886-7728
Home: REDACTED

Dianne T. Edwards
CNS International Clinical
    Project Team
Clinical & Medical Affairs
ZENECA Pharmaceuticals
Office: (302) 886-8026
Home: REDACTED

Lyette S. Chernous
CNS International Clinical
    Project Team
Clinical & Medical Affairs
ZENECA Pharmaceuticals
Office: (302) 886-4658
Home: REDACTED

Gary D. Fritz
CNS International Clinical
    Project Team
Clinical & Medical Affairs
ZENECA Pharmaceuticals
Office: (302) 886-2813
Home: REDACTED

Camille L. Wentz
CNS International Clinical
    Project Team
Clinical & Medical Affairs
ZENECA Pharmaceuticals
Office: (302) 886-7724
Home: REDACTED

* Primary contacts for this study.

D88

**CONTENTS**

TITLE PAGE

SIGNATURE PAGE

ZENECA STUDY PERSONNEL

CONTENTS

PROTOCOL SUMMARY

| | | |
|---|---|---|
| **1** | **INTRODUCTION** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 |
| | 1.1 Pharmacology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 |
| | 1.2 Toxicology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 |
| | 1.3 Human pharmacokinetics and bioavailability . . . . . . . . . . . . . . . . . . . . . . | 2 |
| | 1.4 Clinical development . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 |
| |     1.4.1 Efficacy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 |
| |     1.4.2 Safety . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 |
| | 1.5 Study rationale . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 |
| | | |
| **2** | **OBJECTIVES** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 |
| | | |
| **3** | **TRIAL DESIGN** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 |
| | 3.1 Design . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 |
| | 3.2 Open label extension . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 |
| | 3.3 Visit structure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 |
| | | |
| **4** | **SUBJECT SELECTION** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 |
| | 4.1 Source of subjects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 |
| | 4.2 Number of subjects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 |
| | 4.3 Inclusion criteria . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 |
| |     4.3.1 Diagnosis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 |
| |     4.3.2 Level of remission or prognostic factors . . . . . . . . . . . . . . . . . . . . . | 6 |
| |     4.3.3 Qualification criteria . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 |
| |     4.3.4 Neuroleptic and other psychotropic therapy . . . . . . . . . . . . . . . . . | 7 |
| |     4.3.5 General . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 |
| | | |
| | 4.4 Exclusion criteria . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 |
| |     4.4.1 General . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 |
| |     4.4.2 Medical . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 |
| |     4.4.3 Psychiatric/Neurologic . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 |
| | | |
| **5** | **TRIAL DRUGS/TREATMENT** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 |
| | | |
| | 5.1 Formulation, packaging and storage . . . . . . . . . . . . . . . . . . . . . . . . . | 8 |
| |     5.1.1 Segment A - Screening . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 |
| |     5.1.2 Segment B - Double-Blind . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 |
| |     5.1.3 Drug labeling . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 10 |
| | 5.2 Drug administration: route, dose and regimen . . . . . . . . . . . . . . . . . . . | 11 |
| |     5.2.1 Drug administration - Segment A - Screening . . . . . . . . . . . . . . . . | 11 |
| |     5.2.2 Drug administration - Segment B - Double-Blind . . . . . . . . . . . . . . | 11 |
| | 5.3 Group assignment/randomization . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 |
| | 5.4 Drug accountability . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12 |

D89

## CONTENTS

| | | PAGE # |
|---|---|---|
| **6** | **CONCURRENT TREATMENT** | **12** |
| | 6.1 Psychotropic medication | 12 |
| |   6.1.1 Neuroleptic medication | 12 |
| |   6.1.2 Non-neuroleptic medications | 13 |
| |   6.1.3 Medication for agitation and insomnia | 13 |
| | 6.2 Medication for extrapyramidal symptoms | 14 |
| | 6.3 Concurrent non-psychotropic medication | 14 |
| **7** | **TRIAL METHODS** | **14** |
| | 7.1 Procedural summary | 14 |
| |   7.1.1 Segment A - Screening | 14 |
| |   7.1.2 Segment B - Double-Blind | 15 |
| |   7.1.3 Definition of psychotic relapse | 15 |
| | 7.2 Clinical and laboratory evaluations | 16 |
| |   7.2.1 Psychiatric assessments | 16 |
| |   7.2.2 Neurologic assessments | 17 |
| |   7.2.3 Assessment of adverse events | 17 |
| |   7.2.4 Clinical chemistry, hematology and urinalysis | 17 |
| |   7.2.5 Electrocardiogram | 19 |
| |   7.2.6 Vital signs | 19 |
| |   7.2.7 Physical examination | 19 |
| |   7.2.8 Ophthalmologic examination | 19 |
| |   7.2.9 Health outcomes assessments | 19 |
| | 7.3 Collection and handling of biological samples for analysis | 20 |
| |   7.3.1 Schedule for sample collection | 20 |
| |   7.3.2 Blood collection technique and handling | 20 |
| |   7.3.3 Sample labeling | 20 |
| |   7.3.4 Sample shipment | 20 |
| |   7.3.5 Procedure for assay of SEROQUEL (ICI 204,636) | 21 |
| **8** | **ADVERSE EVENTS, SUBJECT WITHDRAWALS AND DROPOUTS** | **21** |
| | 8.1 Adverse events | 21 |
| | 8.2 Subject withdrawals and dropouts | 22 |
| | 8.3 Code breaks | 22 |
| **9** | **DATA MANAGEMENT AND STATISTICAL CONSIDERATIONS** | **23** |
| | 9.1 Data management | 23 |
| | 9.2 Statistical methods | 23 |
| |   9.2.1 Power Considerations | 23 |
| |   9.2.2 Data Analysis | 24 |
| **10** | **ADMINISTRATIVE ASPECTS** | **28** |
| | 10.1 Institutional review board | 28 |
| | 10.2 Informed consent | 29 |
| | 10.3 Study commencement and discontinuation | 29 |
| | 10.4 Laboratory accreditation | 29 |
| | 10.5 Payment of grant | 29 |
| | 10.6 Case record form completion | 29 |
| | 10.7 Sponsor monitoring | 30 |
| | 10.8 Record retention | 30 |
| | 10.9 Investigator's final report | 30 |
| | **REFERENCES** | **31** |

D90

## CONTENTS

**APPENDICES**

A.   Open Label Extension
B.   Diagnostic Criteria for Schizophrenia
C.   Diagnostic Criteria for Psychoactive Substance Abuse
D.   Tapering Schedule and Equivalent Doses for Various Neuroleptic Agents
E.   Actual Doses in Blister Cards
F.   Recommended Titration Schedule
G.   Cognitive Function Test Battery
H.   Health Outcomes Assessments

D91

## PROTOCOL SUMMARY

**Title:**

A Multicenter, Double-Blind, Randomized, Controlled, Multiple Fixed-Dose and Dose Regimen Comparison of SEROQUEL (ICI 204,636) and Haloperidol in the Prevention of Psychotic Relapse in Outpatients with Chronic or Subchronic Schizophrenia.

**Objectives:**

Primary:
To delineate the dose response relationship for SEROQUEL (ICI 204,636), administered on both TID and BID dose regimens, in the prevention of psychotic relapse in outpatients with chronic or subchronic schizophrenia as measured by the time to withdrawal from the trial.

Secondary:
To compare the efficacy, as measured by changes from baseline in the Brief Psychiatric Rating Scale (BPRS) and Clinical Global Impression (CGI), the safety and tolerability among three fixed doses of SEROQUEL (ICI 204,636), administered on both TID and BID dose regimens, with haloperidol in the prevention of psychotic relapse in the above population,

Tertiary:
To investigate the relative effects of multiple fixed doses of SEROQUEL (ICI 204,636) and haloperidol, administered for up to one year, on negative symptoms, cognitive function, quality of life and health outcomes assessments in the above population. The relationship between plasma  concentrations of SEROQUEL (ICI 204,636) and response to treatment will be explored.

**Trial Design:**

The trial is a Phase III, US and Canadian, multicenter, randomized, double-blind study comparing three fixed doses and two dose regimens of SEROQUEL (ICI 204,636) with a standard dose of haloperidol in the revention of psychotic relapse in outpatients with chronic or subchronic schizophrenia.

**Type and Number of Subjects:**

Subjects considered eligible will be male or female outpatients between 18 and 65 years of age who fulfill DSM-III-R (Diagnostic and Statistical Manual of Mental Disorders, Third Edition, Revised - 1987) criteria for chronic or subchronic schizophrenia of any of the following subtypes:

| | |
|---|---|
| Disorganized | 295.11 and .12 |
| Catatonic | 295.21 and .22 |
| Paranoid | 295.31 and .32 |
| Residual | 295.61 and .62 |
| Undifferentiated | 295.91 and .92 |

Subjects will be in full or partial remission according to DSM-III-R criteria and will be currently treated with neuroleptic agents.

A total of 560 subjects, randomized to one of seven treatment regimens (80 subjects per treatment arm), will be treated at 37 centers in the US and Canada.  Up to 42 subjects may be entered into double-blind treatment at each center.

D92

-ii-

**Trial Treatment:**

Upon successful completion of the screening period, subjects will be randomized to receive one of three fixed doses of SEROQUEL (ICI 204,636) or haloperidol. The treatment groups will consist of the following:

| Treatment Arm | Total Daily Dose | Treatment Regimen |
|---|---|---|
| SEROQUEL (ICI 204,636) | 75 mg | TID |
| SEROQUEL (ICI 204,636) | 75 mg | BID |
| SEROQUEL (ICI 204,636) | 300 mg | TID |
| SEROQUEL (ICI 204,636) | 300 mg | BID |
| SEROQUEL (ICI 204,636) | 600 mg | TID |
| SEROQUEL (ICI 204,636) | 600 mg | BID |
| Haloperidol | 12 mg | TID |

**Duration of Treatment:**

The protocol is divided into two segments:

| | Segment | Duration |
|---|---|---|
| A | Screening | 7 to 28 days |
| B | Double-Blind | |
| | Titration | 2 weeks |
| | Fixed-Dose Phase | 50 weeks |

Each subject will participate in Segment A for seven to 28 days depending on the dose of maintenance neuroleptic medication at entry. Each subject will participate in Segment B for up to 52 weeks or until psychotic relapse occurs.

Subjects who have completed the trial or who have been withdrawn from the trial after having completed at least four weeks of treatment in Segment B may be eligible, upon completion of all trial assessments, to participate in an open label extension phase with SEROQUEL (ICI 204,636) for up to 104 additional weeks.

**Psychiatric Assessments:**

Primary Measures: 18-item Brief Psychiatric Rating Scale (BPRS); Clinical Global Impression (CGI). Secondary Measures: Modified Scale for the Assessment of Negative Symptoms (SANS); Quality of Life Scale (QLS); cognitive function tests.

Other Assessments: Schedule for the Deficit Syndrome (SDS)

**Safety Assessments:**

Neurologic Measures: Simpson Scale, Abnormal Involuntary Movement Scale (AIMS)

Additional Safety Measures: Physical examination, vital signs, electrocardiograms, ophthalmologic examinations consisting of best corrected visual acuity, dilated slit lamp examination, clinical laboratory tests and a record of adverse experiences. Plasma levels of SEROQUEL (ICI 204,636) will be determined.

D93

1

## 1   INTRODUCTION

ICI 204,636, (IND# 32,132) is a dibenzothiazepine derivative in clinical development by Zeneca Pharma Inc./ZENECA Pharmaceuticals Group. Zeneca Pharma Inc./ZENECA Pharmaceuticals Group has filed to use the trade name, SEROQUEL®.   SEROQUEL (ICI 204,636) is designated chemically as 2-[2-[4-(dibenzo[b,f][1,4]thiazepin-11-yl)piperazin-1-yl]ethoxy]ethanol, fumarate salt and has the following structure:



## 1.1   Pharmacology

SEROQUEL (ICI 204,636) is a novel antipsychotic agent intended for the treatment of schizophrenia and other psychotic disorders.  It exhibits high affinity for brain serotonin S2 receptors ($IC_{50}$ = 148 nM) and lower affinity for dopamine D2 and D1 receptors ($IC_{50}$s = 329 and 1,243 nM, respectively). SEROQUEL (ICI 204,636) possesses considerably less muscarinic cholinergic ($IC_{50}$ > 10,000 nM) and alpha-1 adrenergic ($IC_{50}$ = 90 nM) receptor antagonist activity compared with standard antipsychotic agents (e.g., haloperidol).

SEROQUEL (ICI 204,636) is active orally in classical tests for antipsychotic activity (e.g., conditioned avoidance tests and behavioral or electrophysiological tests measuring the reversing actions of dopamine agonists) and possesses substantial selectivity for the limbic system.   Additionally, SEROQUEL (ICI 204,636), unlike standard antipsychotic agents, demonstrates little or no activity in haloperidol-sensitized or drug-naive cebus monkeys, and does not produce depolarization inactivation of nigrostriatal dopamine neurons, paradigms considered predictive of extrapyramidal side effect liability.

## 1.2   Toxicology

SEROQUEL (ICI 204,636) has undergone a toxicological program directed at supporting clinical evaluation in man.  SEROQUEL (ICI 204,636) has a low acute toxicity and has shown no evidence of teratogenic, mutagenic or clastogenic potential in the various tests conducted in dog, rat, and mouse.

Two toxicologic findings with potential implications for treatment with SEROQUEL (ICI 204,636) in man include the formation of cataracts of the ocular lens at the top dose of 100 mg/kg/day in the six month dog study and thyroidal pigment deposition, follicular cell hypertrophy, and increased thyroid stimulating hormone (TSH) levels in the six month rat study.

D94

iii



D95

2

Lenticular defects have not been observed in the cynomolgus monkey after 12 months of exposure to SEROQUEL (ICI 204,636) at 43.5 mg/kg/day nor have cataracts been noted in man with up to six weeks of exposure to SEROQUEL (ICI 204,636). Pigment deposition or changes in thyroid function have not been seen in the six month dog study or in the cynomolgus monkeys after 12 months of exposure. Small decreases in mean total T4 levels, without associated changes in TSH levels, have been seen in one early Phase II, placebo-controlled trial (Study 5077IL/0006). There were no associated cases of clinical hypothyroidism.

**1.3    Human pharmacokinetics and bioavailability**

The pharmacokinetics of SEROQUEL (ICI 204,636) in man have been investigated in a total of seven trials. After oral administration, SEROQUEL (ICI 204,636) is rapidly absorbed with a mean time to peak plasma level concentration ($T_{max}$) ranging from 1.2 to 1.8 hours. The elimination of SEROQUEL (ICI 204,636) is also rapid with mean half-life ($t_{1/2}$) values observed in normal male subjects and in male subjects with schizophrenic symptomatology ranging from 2.2 to 3.2 hours. SEROQUEL (ICI 204,636) is moderately bound (83%) to plasma protein.

SEROQUEL (ICI 204,636) is extensively metabolized. Less than 1% of the administered oral dose is excreted unchanged in the urine and feces. Approximately 73% and 21% of a radiolabelled ($^{14}$C) dose of SEROQUEL (ICI 204,636) is excreted in the urine and feces, respectively. In man, the largest fractions of SEROQUEL (ICI 204,636)-related material circulating in plasma are unchanged SEROQUEL (ICI 204,636) (11%) and the inactive (at the dopamine D2 receptor) sulfoxide metabolite (10%).

**1.4    Clinical development**

1.4.1    Efficacy

Two placebo-controlled clinical trials have demonstrated the efficacy of SEROQUEL (ICI 204,636) in the treatment of hospitalized subjects with acute exacerbation of chronic and subchronic schizophrenia. The first study (Study 5077IL/0004) was a U.S., double-blind, randomized, placebo-controlled, rising-dose safety, tolerability and plasma level evaluation of SEROQUEL (ICI 204,636) in 12 male schizophrenic subjects with mild to moderate symptomatology. Eight subjects were treated with SEROQUEL (ICI 204,636) in doses up to 250 mg per day for 21 days while four subjects received placebo. The second study (5077IL/0006) was a U.S., multicenter, double-blind, randomized, placebo-controlled, trial evaluating SEROQUEL (ICI 204,636) in the treatment of 105 evaluable hospitalized subjects with acute exacerbation of schizophrenia. After a minimum two day placebo single-blind phase, subjects were treated for 42 days with up to 750 mg/day of SEROQUEL (ICI 204,636) or placebo using a flexible dosing titration schedule.

Efficacy for both trials was assessed using the 18 item Brief Psychiatric Rating Scale (BPRS) and Clinical Global Impression (CGI). In Study 5077IL/0004, the difference between the SEROQUEL (ICI 204,636) and placebo treatment groups in the change from baseline for the BPRS total score was statistically significant ($p \le 0.05$) at Days 13 and 21. The difference between the treatment groups for the change from baseline for the CGI Severity of Illness score was statistically significant ($p \le 0.05$) at Day 21. In Study 5077IL/0006 the differences in the change from baseline for the BPRS total score and CGI Severity of Illness score between ICI 204,636 and placebo were statistically significant ($p \le 0.05$) or marginally significant ($p \le 0.08$) at all visits after Day 7.

Using a 30% or greater decrease in BPRS total score at any visit compared to baseline as a criterion of clinically meaningful response, all eight SEROQUEL (ICI 204,636)-treated subjects in Study 5077IL/0004 exhibited a clinically meaningful improvement. One of the four placebo-treated subjects exhibited a similar decrease in the BPRS total score. In Study 5077IL/0006, 23 (44%) of SEROQUEL (ICI 204,636)-treated subjects and 17 (32%) of placebo-treated subjects met the criteria for clinical response. This difference was not statistically significant.

D96

3

A U.S., European and South African multicenter, open pilot study in hospitalized subjects with acute psychotic symptomatology (e.g., schizophrenia, mania, delusional disorder) has recently been completed. Subjects were treated with doses of SEROQUEL (ICI 204,636) up to 750 mg/day for 42 days in Europe and South Africa and in the U.S. were treated with up to 500 mg/day for 28 days. In an interim analysis, 37 of 102 subjects (36%) demonstrated a clinical response, defined as a 30% reduction in BPRS total score at any visit. Changes from baseline for both BPRS total score and the CGI Severity of Illness score were statistically significant (p < 0.001) for all visits after screening.

The recruitment phase for two additional controlled Phase II clinical trials is complete and the efficacy and safety analyses are in progress. Study 5077US/0001 (204636/0008) is an international, placebo-controlled, dose ranging study in hospitalized subjects with acute exacerbation of schizophrenia and Study 204636/0007 is an international trial comparing the efficacy and safety of SEROQUEL (ICI 204,636) and chlorpromazine in the same subject population.

1.4.2   Safety

A total of 425 subjects has been treated with SEROQUEL (ICI 204,636). SEROQUEL (ICI 204,636) is well tolerated in schizophrenic subjects at doses up to 750 mg/day. No major safety concerns have arisen in the early Phase II clinical trials.

A total of eight SEROQUEL (ICI 204,636)-treated subjects withdrew from clinical trials as a result of adverse events or intercurrent medical illness (e.g., increased liver function tests, rash). The most frequently reported adverse events include somnolence, dizziness, agitation, insomnia, and headache.

Changes in vital signs (e.g., orthostatic hypotension) were more frequent in SEROQUEL (ICI 204,636)-treated subjects as compared to placebo-treated subjects. Although sinus tachycardia has frequently been noted on electrocardiograms, other clinically important arrhythmias have not been seen. Mild, transient, reversible, and clinically asymptomatic elevations in ALT/SGPT were seen in a small sub-population of SEROQUEL (ICI 204,636)-treated subjects. Small decreases in mean total T4 levels were observed in the SEROQUEL (ICI 204,636)-treated subjects in Study 5077IL/0006 compared to placebo-treated subjects but there were no cases of clinical hypothyroidism noted. Agranulocytosis has not been observed with SEROQUEL (ICI 204,636) treatment.

The results from two placebo-controlled studies suggest that the incidence of extrapyramidal symptoms in subjects treated with SEROQUEL (ICI 204,636) is no greater than seen in the placebo-treated subjects. Acute dystonic reactions have not been reported to date.

D97

4

## 1.5    Study rationale

This Phase III clinical trial is designed to evaluate the dose response relationship for SEROQUEL (ICI 204,636) administered on a TID dose regimen in the prevention of psychotic relapse in outpatients with schizophrenia. Because compliance with long term maintenance treatment is a major issue for subjects with schizophrenia, this trial will also explore the dose response relationship for SEROQUEL (ICI 204,636) administered on a BID dose regimen in the prevention of psychotic relapse in schizophrenic subjects. In addition, the long-term safety of SEROQUEL (ICI 204,636) will be assessed.

## 2    OBJECTIVES

Primary:
To delineate the dose response relationship for SEROQUEL (ICI 204,636), administered on either a TID and BID dose regimen, in the prevention of psychotic relapse in outpatients with chronic or subchronic schizophrenia as measured by the time to withdrawal from the trial.

Secondary:
To compare the efficacy, as measured by changes from baseline in the Brief Psychiatric Rating Scale (BPRS) and Clinical Global Impression (CGI), the safety and tolerability among three fixed doses of SEROQUEL (ICI 204,636), administered on either a TID and BID dose regimen, with haloperidol in the prevention of psychotic relapse in the above population.

Tertiary:
To investigate the relative effects of multiple fixed doses of SEROQUEL (ICI 204,636) and haloperidol, administered for up to one year, on negative symptoms, cognitive function, quality of life and health outcomes assessments in the above population. The relationship between plasma concentrations of SEROQUEL (ICI 204,636) and response to treatment will be explored.

## 3    TRIAL DESIGN

### 3.1   Design

This trial is a Phase III US and Canadian, multicenter, double-blind, randomized study comparing three fixed doses and two dose regimens of SEROQUEL (ICI 204,636) with a standard dose of haloperidol in the prevention of psychotic relapse in outpatients with chronic or subchronic schizophrenia.

The trial is divided into two segments: A, Screening, and B, Double-Blind. The double-blind segment of the study is divided into titration and fixed-dose treatment phases.

All non-neuroleptic psychotropic agents, except medications for the treatment of extrapyramidal symptoms & lorazepam (see 6.1 and 6.2), will be discontinued prior to the start of Segment A. During Segment A, subjects will undergo screening clinical and laboratory evaluations and, if necessary, a neuroleptic taper (Sec. 6.1.1). Those subjects satisfying all entry and qualification criteria will enter Segment B.

Upon entry into Segment B, neuroleptic medications and medications for the treatment of extrapyramidal symptoms (e.g., anticholinergics, beta blockers) will be discontinued and subjects will be randomized to one of the following seven treatment groups:

D98

5

| Treatment Arm | Total Daily Dose | Treatment Regimen |
|---|---|---|
| SEROQUEL (ICI 204,636) | 75 mg | TID |
| SEROQUEL (ICI 204,636) | 75 mg | BID |
| SEROQUEL (ICI 204,636) | 300 mg | TID |
| SEROQUEL (ICI 204,636) | 300 mg | BID |
| SEROQUEL (ICI 204,636) | 600 mg | TID |
| SEROQUEL (ICI 204,636) | 600 mg | BID |
| Haloperidol | 12 mg | TID |

The dosage of study medication for each subject will be individually titrated to the randomized fixed dose over a period of two weeks.  At the conclusion of the two-week titration phase, the dose of study medication will be fixed at the randomized dose level for up to 50 weeks or until the subject experiences a psychotic relapse.

3.2    Open label extension

Subjects who have completed the trial or who have been withdrawn from the trial after having completed at least four weeks of Segment B (Week 4) may be eligible, upon completion of all trial assessments, to participate in an open label extension phase with SEROQUEL (ICI 204,636) for up to 104 weeks.  The objective of the open label extension phase is to gather long-term safety data for SEROQUEL (ICI 204,636).

Every attempt should be made to maintain the subject in the double-blind treatment phase for the entire 52-week duration of the trial.

Details of the open label extension phase and the schedule of assessments can be found in Appendix A.

3.3    Visit structure

The trial plan (Table 1, Schedule of Assessments) indicates the number and timing of the planned visits and the telephone calls with the study coordinator.  It is important to maintain the visit structure as accurately as possible.  When an adjustment to this structure is necessary, the visit should occur within four days of the planned schedule.  The timing of subsequent visits should be planned to maintain the visit structure relative to baseline.

4    SUBJECT SELECTION

4.1    Source of subjects

Subjects eligible for entry into this trial will be outpatients with chronic or subchronic schizophrenia.  The source of subjects will include Veterans Administration clinics, Community Mental Health Centers, university psychiatric clinics, and private psychiatric clinics.

4.2    Number of subjects

A total of 560 subjects, randomized to one of seven treatment regimens (80 subjects per arm), will be treated at 37 centers in the US and Canada.  Up to 42 subjects may be entered into Segment B (Double-Blind treatment) at each center.  It is expected that each trial center will recruit at least three subjects each month.  The estimated recruitment period for this trial is approximately 48 months.

D99

6

**4.3    Inclusion criteria**

**4.3.1    Diagnosis**

- Chronic or subchronic schizophrenia according to DSM-III-R (Diagnostic and Statistical Manual of Mental Disorders, Third Edition, Revised - 1987) criteria (Appendix B) of any of the following subtypes:

  | | |
  |---|---|
  | Disorganized | 295.11 or .12 |
  | Catatonic | 295.21 or .22 |
  | Paranoid | 295.31 or .32 |
  | Residual | 295.61 or .62 |
  | Undifferentiated | 295.91 or .92 |

- No concurrent Axis I DSM-III-R diagnoses such as the following:

  - Alcohol or psychoactive substance dependence not in full remission  (See Appendix C)
  - A concomitant organic mental disorder
  - Mental retardation

**4.3.2    Level of remission or prognostic factors:**

- Full or partial remission according to DSM-III-R criteria  upon entry into Segment A

  Full remission

  There are no longer any symptoms or signs of the disorder.

  Partial remission

  The full criteria for the disorder were previously met, but currently only some of the symptoms or signs of the illness are present.

  Subjects who do not fulfil the 36 month criterion but have a well-documented history of multiple psychotic relapses or hospitalizations for acute psychotic exacerbation may be entered into Segment A provided the last psychotic relapse or hospitalization for acute psychotic exacerbation did not occur greater than 6 years prior to entry into Segment A.

- No history of an acute psychotic relapse or hospitalization for an acute exacerbation of schizophrenia within 6 months of entry into Segment A.

- A history of at least one acute psychotic relapse or hospitalization for acute exacerbation of schizophrenia within 36 months of entry into Segment A

- A score on the Abnormal Involuntary Movement Scale (AIMS) Global Judgement. Severity of Abnormal Movements (Item 8) of $\leq$ 3 (moderate) at entry into Segment A

D100

7

### 4.3.3   Qualification criteria

Subjects must meet BOTH of the criteria listed below at Week -1 and at Day 0 (Baseline):

- 18-item Brief Psychiatric Rating Scale (BPRS) (0-6 point system) positive symptom items (listed below) rated ≤ 3 (moderate):

    | | |
    |---|---|
    | Item 4 | Conceptual Disorganization |
    | Item 11 | Suspiciousness |
    | Item 12 | Hallucinatory Behavior |
    | Item 15 | Unusual Thought Content |

- Clinical Global Impression (CGI) Severity of Illness assessment ≤ 4 (moderately ill)

### 4.3.4   Neuroleptic and other psychotropic therapy

- Continuous **maintenance** neuroleptic treatment for at least 6 months prior to entry into Segment

- **Maintenance** neuroleptic dose ≤ 30 mg/day of haloperidol or equivalent upon entry to Segment A and ≤ 15 mg/day of haloperidol or equivalent  upon entry to Segment B. Dose equivalents for neuroleptics other than haloperidol are outlined in Appendix D.

- No depot neuroleptic injection within one dosing interval prior to entry into Segment B

- All non-neuroleptic psychotropic agents (e.g., carbamazepine, lithium, valproate), except medications for the treatment of extrapyramidal symptoms and lorazepam (see 6.1 and 6.2) must be discontinued prior to entry into Segment A.  Discontinuation of these medications should result in no change in the level of remission.

### 4.3.5   General

- Male and female (see also 4.4.1) outpatients, 18 to 65 years of age

- Written informed consent obtained from subject, or from spouse, parent or legal representative

- It is recommended that a sponsor or reliable caregiver be identified to accompany or assist the subject during the trial.

### 4.4   Exclusion criteria

### 4.4.1   General

- Pregnant or lactating females.  Females of childbearing potential must have a serum human chorionic gonadotropin test performed during Segment A, with a negative result reported prior to entry into Segment B, and be using a reliable method of birth control (i.e., oral contraceptives for a minimum of three months, approved contraceptive implant, long-term injectable contraception, IUD or tubal ligation).

D101

8

- Participation in an investigational drug trial within 30 days of Segment A

- Previous participation in an investigational trial of SEROQUEL (ICI 204,636)

4.4.2   Medical

- Evidence of any significant clinical disorder or laboratory finding which in the opinion of the investigator makes the subject unsuitable to receive an investigational new drug. In particular, subjects with clinically significant or unstable hematologic, hepatic, cardiovascular, pulmonary, gastrointestinal, endocrine/metabolic, renal or other systemic disease or laboratory abnormality

- A WBC count less than the lower limits of normal for the assay (3.8 THOU/MCL, SmithKline Beecham Clinical Laboratories)

- A history of clozapine-induced agranulocytosis

- A clinically significant abnormal electrocardiogram

4.4.3   Psychiatric/Neurologic

- A history of seizure disorder

- A history of violent, assaultive or suicidal behavior during previous episodes of psychotic relapse

**5        TRIAL DRUGS/TREATMENT**

**5.1     Formulation, packaging and storage**

The Investigational Materials Section of ZENECA Pharmaceuticals Group will supply blister cards containing tablets of 25 mg and 100 mg of SEROQUEL (ICI 204,636) or matching placebo and 2.0 mg and 5.0 mg haloperidol or matching placebo as follows:

| Formulation | | Identification Number |
|---|---|---|
| SEROQUEL | 25 mg tablets | F7134 |
| SEROQUEL | 25 mg matched placebo | F7142 |
| SEROQUEL | 100 mg tablets | F7133 |
| SEROQUEL | 100 mg matched placebo | F7143 |
| Haloperidol | 2 mg tablets | F10108 |
| Haloperidol | 2 mg matched placebo | F10109 |
| Haloperidol | 5 mg tablets | F10110 |
| Haloperidol | 5 mg matched placebo | F10111 |

A generic form of haloperidol, approved for commercial use in the U.S., will be obtained from Schiapparelli Searle. No reformulation of the generic haloperidol will be performed; therefore, tablets will be packaged in a double-dummy fashion.

D102

9

The medication assigned to each subject will be packaged in separate cartons for the titration phase of Segment B, for Weeks 2-4, and for each four week period of the fixed-dose phase of Segment B. Throughout the trial, subjects will be instructed to take the contents of one blister card per day. All blister pockets on each card will be labeled as "morning", "afternoon", or "evening" doses corresponding to 8:00 a.m., 2:00 p.m. and 8:00 p.m., respectively. Drug supplies will be kept in a secure location, at room temperature and protected from light and moisture.

### 5.1.1 Segment A - Screening

No study medication will be administered during Segment A.

### 5.1.2 Segment B - Double-Blind

<u>Titration phase</u>

For the titration phase, each subject will be allocated a carton of 25 blister cards. Each blister card will be labeled as containing a "nominal" daily dose of 75 mg, 150 mg, 250 mg, 300 mg, 400 mg, or 600 mg. The number of blister cards packaged for each "nominal" daily dose is indicated below:

| "Nominal" Daily Dose (mg) (As per Label) | Number of Blister cards Supplied |
|---|---|
| 75 | 3 |
| 150 | 4 |
| 250 | 3 |
| 300 | 3 |
| 400 | 3 |
| 600 | 9 |

The "nominal" daily dose is the dose labeled on each of the blister cards, containing SEROQUEL (ICI 204,636) or haloperidol, to be taken by the subject were she/he to be randomized to one of the 600 mg/day SEROQUEL (ICI 204,636) treatment arms of the study.

The actual contents of the blister cards will depend on the treatment arm to which the subject is randomized. The actual dose the subject receives will never exceed the fixed dose to which the subject is randomized. If the subject is randomized to the 75 mg SEROQUEL (ICI 204,636) treatment arm, the actual daily dose received will never exceed 75 mg of SEROQUEL (ICI 204,636). If the subject is randomized to haloperidol, the actual daily dose will never exceed 12 mg of haloperidol. Despite different "nominal" daily doses, all Segment B blister cards will be identical in appearance. The 2 p.m. dose will be placebo in the BID treatment arm. Appendix E reviews the actual dose of study medication for each of the titration levels, by treatment arm.

During the titration phase, the blister cards will be dispensed on a weekly basis and will correspond to written instructions provided by the investigator.

Each blister card will contain a total of 17 tablets to be administered in three divided doses. An example of a Segment B 300 mg TID blister card is as follows:

D103

10

**SEGMENT B**

| Time of Dose | SEROQUEL (ICI 204,636) | | | Haloperidol |
|---|---|---|---|---|
| 8 a.m. | IP-25 IP-25 | I-100 IP-100 IP-100 | | HP-5 |
| 2 p.m. | IP-25 IP-25 | I-100 IP-100 | | HP-2 |
| 8 p.m. | IP-25 IP-25 | I-100 IP-100 IP-100 | | HP-5 |

Legend:  IP-25  = SEROQUEL (ICI 204,636) 25 mg matching placebo
I-100  = SEROQUEL (ICI 204,636) 100 mg
IP-100  = SEROQUEL (ICI 204,636) 100 mg matching placebo
HP-5  = Haloperidol 5 mg matching placebo
HP-2  = Haloperidol 2 mg matching placebo

Fixed-dose phase

During the fixed-dose phase of Segment B, each subject will be allocated 13 cartons of blister cards, one carton for Weeks 2-4 and one for every four week period thereafter.  In addition, each subject will be assigned an "overage" box which will contain twenty extra blister cards.  The Week 2-4 carton will contain a total of 14 blister cards with space for an additional two cards to be added by the coordinator from the "overage" box.  The remaining cartons will contain a total of 28 blister cards with space for an additional four cards to be added by the coordinator from the "overage" box.  The additional cards are to be added in order for there to be sufficient medication in the event of a delayed visit.  Unused "overage" cards will be carried forward into the carton dispensed for the next four weeks.  All blister cards for all treatment arms in the fixed-dose treatment phase of Segment B will be labeled as "600 mg". Appendix E reviews the actual dose of study medication for each of the fixed-dose phase treatment arms.

Drug accountability will be performed at visits every four weeks.  All unused study medication is to be returned to Zeneca Pharma Inc. at the end of the study.

5.1.3  Drug labeling

The labels on the cartons of packaged drug and on each blister card for Segment B will identify the study number, subject number and the segment.  Subject initials and date to be taken will be recorded on the blister card label by study center personnel.  Carton labels will display the appropriate wording required for investigational drugs, and the dosing instruction, "Administer as per protocol".

Cartons for the titration phase will be labeled "Segment B: Titration" and the blister cards will be labeled with the "nominal" daily dose (e.g., "75 mg", "300 mg").  Cartons for the fixed-dose phase will be labeled "Segment B: Fixed-dose" and all blister cards will be labeled "600 mg".

Each carton of blister cards will have a two-part label.  One portion of the label will be permanently affixed to the carton; the remainder of the label will be attached to the carton, but perforated in such a way that it can easily be removed.  This tear-off portion of the label will be removed, dated and attached

D104

11

to the subject's case record form at the time that carton of blister packs is first dispensed to document proper assignment of study drug. The visible portion of this tear-off label will contain identical pertinent information to that which remains attached to the carton. Each tear-off label will also have a sealed portion that identifies the medication that the subject received. Only in a medical emergency is the investigator authorized to open the sealed portion and break the code for that subject only. The circumstances of such an action must be reported immediately and explained fully to Zeneca Pharma Inc. and documented on the subject's case record form.

## 5.2   Drug administration: route, dose and regimen

Study medication will be orally administered on a TID basis (i.e., 8:00 a.m., 2:00 p.m. and 8:00 p.m.) and on an empty stomach (i.e., at least 30 minutes before or at least 60 minutes after meals).

### 5.2.1   Drug administration - Segment A - Screening

No study medication will be administered during Segment A.

### 5.2.2   Drug administration - Segment B - Double-Blind

Titration phase
The titration phase is the first two weeks of the randomized portion of the trial and medications will be dispensed on a weekly basis. During the titration phase, doses will be increased in a stepwise, double-blind fashion to the "nominal" fixed dose of 600 mg by selecting the appropriate daily dose from the pre-determined doses in the subject's cartons labeled "Segment B: Titration". The subject will be instructed in writing as to the recommended schedule for increasing the dose. A recommended titration schedule appears in Appendix F. Once a daily dose blister card of tablets has been selected, that blister card should be used for the remainder of the day.

The 600mg "nominal" dose must be achieved by the end of Week 2 of Segment B. Those subjects unable to achieve the 600mg "nominal " dose by the end of the the two week titration phase of Segment B will be allowed one additional week to achieve the 600mg "nominal" dose. Those subjects not achieving the 600mg "nominal" dose by the end of Week 3 of Segment B will be withdrawn from the study. Recommended titration schedules for a three week titration also appear in Appendix F. Drug supplies for the additional titration week should come from the cartons labeled "Segment B: Titration" only and not from the "overage" box or cartons labeled "Segment B: Fixed-dose".

Fixed-dose phase

Subjects will continue with the 600 mg "nominal" daily dose for up to 50 weeks in the fixed-dose phase. During the fixed-dose treatment phase there will be no allowance for study medication dosage adjustment for subjects experiencing adverse effects or changes in the level of psychotic symptomatology.

## 5.3   Group assignment/randomization

The eligibility of each subject will be established during Segment A, before randomization to treatment. A separate randomization schedule, in balanced blocks, will be produced for each center by the Biometrics Group at ZENECA Pharmaceuticals. The Investigational Materials Section of ZENECA Pharmaceuticals Group will be responsible for packaging the study medication in blister cards and cartons according to the randomization schedule provided by the Biometrics group. Subject numbers, and

D105

12

therefore Segment B double-blind study medication, will be allocated by study center personnel in a strict sequential order as subjects enter the trial. In order to maximize the efficiency of drug delivery and avoid interruptions in subject accrual, it may be necessary to provide subsequent drug shipments in randomized blocks labeled with subject numbers originally intended for another center. Once a number has been assigned, no attempt should be made to use that number again if, for example, a subject drops out or withdraws. All subjects will be randomized only once.

If a randomization number is allocated incorrectly, no attempt should be made to remedy the error once trial material has been dispensed. The subject will continue with the allocated number and trial material and Zeneca Pharma Inc. should be notified as soon as the error is discovered. Admission of subsequent subjects will continue using the first unallocated number in the original numbering sequence.

Trial monitors and data management staff at Zeneca will be unaware of the randomization code until completion of the trial and until all data have been validated and the database is locked.

**5.4   Drug accountability**

The investigational materials are to be prescribed by only the investigator or the sub-investigators named in forms HPB-3005 and FDA-1572. Under no circumstances will the investigator allow the investigational drug to be used other than as directed by the protocol without prior Zeneca Pharma Inc. approval.

The investigator must maintain accurate records accounting for the receipt of the investigational materials (the sponsor provides a copy of the Investigational Materials Shipping Order for this purpose) and for the disposition of the material. This should consist of a dispensing record including the identification of the person to whom the drug is dispensed, the quantity and the date of dispensing, and any unused drug returned to the investigator. This record is in addition to any drug accountability information recorded on the case record forms. Subjects must return all unused drugs to the investigator. At the termination of the study or at the request of the sponsor, the investigator must return any unused supplies to Zeneca Pharma Inc. This return will be documented on an Investigational Materials Return Invoice supplied by the sponsor.

**6   CONCURRENT TREATMENT**

The indication, total daily dose, and duration of all treatment specified below will be recorded on the Concurrent Therapy case record form.

**6.1   Psychotropic medication**

6.1.1   Neuroleptic medication

- The maintenance neuroleptic dose must be $\leq$ 30 mg/day of haloperidol or equivalent upon entry to Segment A. Dose equivalents for neuroleptics other than haloperidol are outlined in Appendix D.

- The maximum dose of neuroleptic medication must be $\leq$ 15 mg/day of haloperidol or equivalent prior to entry into Segment B.

- For subjects entering Segment A on a maintenance neuroleptic dose $\leq$ 15 mg/day of haloperidol, the duration of Segment A will be a minimum of one week.

D106

13

- Subjects with neuroleptic doses between 15 and 30 mg/day of haloperidol or equivalent upon entry to Segment A must have their neuroleptic tapered to 15 mg/day and maintained at that level for two weeks prior to entry to Segment B.

  · For subjects entering Segment A on a maintenance neuroleptic dose of haloperidol or equivalent between 15 and 30 mg/day, the duration of Segment A will be two to four weeks. A tapering schedule is outlined in Appendix D.

  · Subjects must continue to meet all qualification criteria during Segment A.

- Oral neuroleptic agents will be taken during Segment A and discontinued upon entry to Segment B.

- No depot neuroleptics will be administered within one dosing cycle of entry to Segment B.

### 6.1.2   Non-neuroleptic medications

- All non-neuroleptic psychotropic agents (e.g., carbamazepine, lithium), except lorazepam must be discontinued prior to entry into Segment A.

  Every attempt should be made to taper and/or discontinue lorazepam prior to entry into Segment A. Subjects who are unable to tolerate discontinuation of lorazepam may enter Segment A on a dose of lorazepam ≤ 3mg in a 24 hour period. The dose of lorazepam should remain fixed throughout Segment A and Segment B. Fixed doses of lorazepam >3mg in a 24 hour period will not be allowed. Benzodiazepines other than lorazepam will not be allowed, although subjects may be switched to lorazepam prior to entry into Segment A. Subjects not receiving lorazepam prior to entry into Segment A should not be placed on a fixed dose of lorazepam upon entry into Segment A or Segment B.

### 6.1.3   Medication for agitation and insomnia

The investigator may not administer medication for agitation and insomnia during Segments A and B with the exception of the following oral agents:

a.   chloral hydrate, ≤ 2000 mg/day, orally

b.   lorazepam, ≤ 3 mg in a 24 hour period (including the ≤ 3mg fixed dose discussed in 6.1.2) with a limit of 7 days for each prescription. Lorazepam may be used for the treatment of insomnia and agitation which is not responsive to treatment with chloral hydrate. The subject should be evaluated for psychotic relapse by telephone contact (or office visit) every 7 days while receiving lorazepam. Those patients who manifest symptoms consistent with psychotic relapse during the telephone contact should be evaluated within 24 hours for psychotic relapse during an office visit. Every 14 days while receiving lorazepam, the patient must be evaluated for the presence of psychotic relapse during an office visit. Upon resolution of agitation and insomnia, every attempt should be made to taper and discontinue lorazepam or taper the Lorazepam dose to the prior fixed dose.

D107

14

## 6.2    Medication for extrapyramidal symptoms

Medications for the treatment of extrapyramidal symptoms (e.g., anticholinergics, beta-blockers) may be continued during Segment A. These agents must be discontinued along with the neuroleptic agents upon entry to Segment B.

During Segment B, only benztropine mesylate may be administered for extrapyramidal symptoms. The dose and duration of use of benztropine mesylate are at the clinician's discretion; however, the ongoing need for this medication must be assessed on a regular basis. Prophylactic use of this agent will not be permitted.

## 6.3    Concurrent non-psychotropic medication

Non-psychotropic medications taken by the subject prior to starting Segment A may be continued throughout the trial.

Drugs required for any minor complaints that arise during the course of the trial (e.g., indigestion or headache) are permitted at the investigator's discretion. Females who enter Segment A with an IUD, oral contraceptives, or injectable or implantable hormonal agents designed to prevent pregnancy must continue with these medical treatments throughout the study.

## 7    TRIAL METHODS

## 7.1    Procedural summary

The trial period has been divided into two segments: A. Screening, B. Double-Blind. Segment B is further subdivided into titration and fixed-dose phases. Table 1 provides a schedule of assessments for this study. Any subject discontinued by the investigator prior to Week 52 will have all final study assessments, including plasma levels, performed on the day of the subject's last evaluation.

### 7.1.1    Segment A - Screening

Subjects meeting appropriate inclusion/exclusion criteria for the study will be admitted into Segment A, a one to four week screening period. Each subject will have demographic information, a medical history and a physical examination (including laboratory tests, ophthalmological examination, electrocardiogram and vital signs) obtained during Segment A. All subjects will have a psychiatric history recorded. The psychiatric diagnosis will be documented using a DSM-III-R checklist.

Records of all candidates who are screened prior to entry to Segment A will be retained by the investigator. Records of all subjects entered into the trial will be retained by the investigator for submission to Zeneca Pharma Inc. Subjects who are found to be ineligible for this investigation will have the reasons recorded.

The results of screening ECG and laboratory assessments must be available for review prior to entry into Segment B. Only those subjects satisfying the qualification criteria on the last day of Segment A (Day 0) will be admitted to Segment B.

D108

15

Subjects undergoing the neuroleptic drug taper will be seen weekly.  The duration of Segment A will depend on the subject's neuroleptic dose upon entry into Segment A, as outlined in Appendix D.  BPRS and CGI assessments, other than the scheduled Week -1 and Day 0 (Baseline) assessments, will be completed during the neuroleptic drug taper only if the subject exhibits worsening psychopathology. Subjects no longer fulfilling qualification criteria will be withdrawn from the trial.  For subjects who experience worsening psychopathology but still fulfill qualification criteria, it will be left to the investigator's clinical judgment whether to continue the drug taper and consider the subject a potential candidate for entry into Segment B or to withdraw the subject from the trial.  In addition, subjects who remain in Segment A for more than two weeks must have all of the screening laboratory tests repeated with the exception of the ophthalmologic examination.

### 7.1.2   Segment B - Double-Blind

Titration phase

Each qualifying subject will be assigned the next consecutive number.  This number will determine the treatment, according to the randomization schedule generated by the Biometrics Group of ZENECA Pharmaceuticals Group.

Subjects will be seen weekly during the two-week titration phase.

Fixed-dose phase

Subjects will be seen at Week 4 and every four weeks thereafter during the fixed-dose phase for up to 50 weeks or until psychotic relapse occurs.  Subjects will be contacted by telephone by the study coordinator midway between the monthly visits to ascertain how the subject is managing and if the subject is taking the trial medication as prescribed.

### 7.1.3   Definition of psychotic relapse

Subjects with worsening psychopathology must be evaluated for psychotic relapse within 24 hours of the investigator or study coordinator having been notified of the subject's clinical status.  Those subjects receiving doses of lorazepam above the fixed dose (see 6.1.2) for the treatment of agitation and insomnia must be evaluated for the presence of psychotic relapse as outlined in 6.1.3.

Relapse criteria I

To be considered to have had a psychotic relapse according to relapse criteria I, subjects must fulfill the following criteria on two separate occasions, at least three days but no more than five days apart.

(a)     BPRS positive symptom items (i.e., Item 4. Conceptual Disorganization, Item 11. Suspiciousness, Item 12. Hallucinatory Behavior, Item 15. Unusual Thought Content):

A score $\geq$ 4 (moderately severe) on **two** or more of the positive symptom items described above

OR

A score $\geq$ 4 (moderately severe) on **one** of the positive symptom items with an increase of $\geq$ 2 points over Baseline levels (i.e., Day 0) on that item

D109

16

AND

(b)      A CGI Global Improvement score ≥ 6 (much worse)

During the required three to five day re-evaluation period, subjects may be treated with psychotropic medication as outlined in Section 6.1.3.

Relapse criteria II

Subjects who do not fulfill the criteria when evaluated for psychotic relapse, as well as those subjects who are awaiting the three to five day re-assessment for psychotic relapse, and who exhibit any of the behaviors or conditions listed below, will, at the discretion of the clinician, be withdrawn from the trial and be considered to have had a psychotic relapse.  The three to five day re-evaluation period will not be required.

- Rapidly deteriorating psychopathology
- Too agitated/uncooperative to be evaluated
- Requires imminent hospitalization
- Actively suicidal
- At significant risk for violent behavior

**7.2      Clinical and laboratory evaluations**

7.2.1   Psychiatric assessments

The presence of psychotic relapse will be assessed using the following rating scales:

18-item Brief Psychiatric Rating Scale (BPRS) (0-6 point system)
Clinical Global Impression (CGI)

Additional psychiatric assessments include the following:

Modified Scale for the Assessment of Negative Symptoms (SANS)
Schedule for the Deficit Syndrome (SDS)
Cognitive function tests (See Appendix G)

The Schedule for the Deficit Syndrome is a diagnostic instrument used to assess whether schizophrenic subjects have the deficit syndrome of schizophrenia.

At each center, an individual will be identified who will administer the BPRS, CGI and SANS at all study visits in order to reduce the variability in rating scale scores.  To further assure that raters remain blind to treatment, this individual must not be involved in the evaluation of adverse events, laboratory tests, or neurological assessments of the subject.  In addition, this individual will have participated in an inter-rater reliability program sponsored by Zeneca Pharma Inc./ZENECA Pharmaceuticals Group.

At each scheduled visit it is recommended that the subject be evaluated using the BPRS, CGI and SANS prior to the administration of the cognitive function tests, health outcomes questionnaire or Quality of Life Scale (QLS).

D110

17

<u>Segment A - Screening</u>

The BPRS and CGI will be completed at Week -1 and Day 0.

For subjects who are randomized, the SANS, SDS, and cognitive function tests will be obtained at Day 0 (start of double-blind).

<u>Segment B - Double-Blind</u>

The BPRS and CGI will be performed at Weeks 1 and 2 during the titration phase.

The following scales will be obtained at Week 4 and every four weeks thereafter during the fixed-dose phase:

18-item Brief Psychiatric Rating Scale (BPRS)
Clinical Global Impression (CGI)
Modified Scale for the Assessment of Negative Symptoms (SANS)

Cognitive function tests will be performed at Weeks 8, 24, and 52.

7.2.2   Neurologic assessments

The Abnormal Involuntary Movement Scale (AIMS) will be obtained at Week -1 (Segment A, Screening). The Simpson Scale and the AIMS will be performed at Day 0 and during Segment B at Weeks 4, 12, 24, 36 and 52.

7.2.3   Assessment of adverse events

At every visit, spontaneous reports together with observed adverse events will be assessed and recorded on the Adverse Experiences form in the case record book.

For the purpose of this trial, any detrimental change in the subject's condition during the course of the trial, other than recognized signs and symptoms of schizophrenia, should be considered as an adverse event.  This is the case whether or not other factors may have contributed to the change and whether or not the event is considered to be related to the trial therapy.

7.2.4   Clinical chemistry, hematology and urinalysis

All clinical laboratory determinations will be performed by SmithKline Beecham Clinical Laboratories. ZENECA Pharmaceuticals Group will obtain the necessary documentation of licensure, accuracy of laboratory methods and normal ranges for this central laboratory.  Zeneca Pharma Inc. will notify the site of any changes in the normal ranges during the course of the study, including the dates such changes are effective.

The investigator may use local laboratory facilities when deemed clinically necessary.  However, if local laboratory facilities are utilized, a Normal Values Form for the laboratory participating in the study, as well as its license number or evidence of accreditation, must be submitted by the investigator to the Clinical & Medical Affairs Department of Zeneca Pharma Inc.  In addition, Zeneca Pharma Inc. must be notified of any changes in normal values that occur during the course of the study.
The following laboratory tests will be performed:

D111

18

| Hematology | Thyroid Function Tests |
|---|---|
| Total WBC | Total T3 |
| Differential | Total T4 |
| RBC Count | TSH |
| Hemoglobin | Free T4 |
| Hematocrit | Thyroid Binding Globulin |
| Platelet Count | Reverse T3 |

| Liver Function Tests | Miscellaneous |
|---|---|
| SGPT/ALT | Serum Human Chorionic Gonadotropin |
| SGOT/AST | Test (females of childbearing |
| Total bilirubin | potential only) |
| Alkaline phosphatase | Prolactin |

Chemistry

| | |
|---|---|
| Urea nitrogen | Sodium |
| Creatinine | Potassium |
| Glucose | Chloride |
| Calcium | Albumin |

When handling blood, body fluids and tissues from humans, it is essential that the following Universal Precautions are adhered to:

1. Assume that every patient is infected with Human Immunodeficiency Viruses (HIV) and Hepatitis Viruses (HV).

2. Use the principles of aseptic technique and good microbiological practice in drawing blood and handling human blood, body fluids and tissues.

3. Wear latex gloves and a labcoat while performing phlebotomy, and wear a face shield or goggles and a mask whenever the potential exists for splashing or aerosolization of blood or body fluids. Use fresh gloves for each patient.

4. Never attempt to resheath or recap used needles.

Segment A - Screening

Hematology, chemistry, liver function tests, thyroid function tests, prolactin, and a serum human chorionic gonadotropin test (for females of childbearing potential only) will be performed during Segment A.

Segment B - Double-Blind

Hematology and liver function tests will be analyzed at Weeks 2, 4, 8, 12, 16, 20, 24, 36, and 52.

Thyroid function tests, with the exception of thyroid binding globulin and reverse T3, will be analyzed at Weeks 4, 12, 24, 36, and 52. Thyroid binding globulin and reverse T3 will be analyzed at Weeks 24 and 52 only.

D112

19

Chemistry (other than liver function tests) and prolactin will be analyzed at Weeks 24 and 52.

7.2.5   Electrocardiogram

A standard 12-lead electrocardiogram (ECG) will be performed during Segment A, and during Segment B at Weeks 12, 24, 36, and 52.  Copies of the ECG tracing will be made available to Zeneca Pharma Inc., if deemed necessary.

7.2.6   Vital signs

Blood pressures and heart rates will be measured after the subject has been supine for at least three minutes and also after the subject has been standing for at least one minute.  The same arm will be used for repeated measurements. Blood pressures will be measured using the standard cuff method. Heart rates will be determined by palpation of the radial pulse for a period of 30 seconds.  Additional vital signs will be obtained as deemed necessary if clinically significant signs or symptoms occur.

Segment A - Screening

Blood pressures and heart rates (supine and standing), temperature and weight will be measured at Day -7 and Day 0.

Segment B - Double-Blind

Blood pressures and heart rates (supine and standing) and temperature will be measured at Weeks 1 and 2 during the dose titration phase of Segment B, at Week 4 and every four weeks thereafter during the fixed-dose phase of Segment B.

Weight will be recorded at Weeks 12, 24, 36, and 52.

7.2.7   Physical examination

Each subject will undergo a physical examination during Segment A and at Week 52, or at the last visit for subjects withdrawing prior to the completion of 52 weeks of treatment with study medication.

7.2.8   Ophthalmologic examination

An ophthalmologic examination will be performed by an ophthalmologist during Segment A and during Segment B at Weeks 12, 24, 36 and 52.  The examination will consist of the following:

-    best corrected visual acuity
-    a dilated slit lamp examination of the cornea, anterior chamber and occular lens

7.2.9   Health outcomes assessments

A health outcomes questionnaire will be completed by the subject and sponsors who are also primary caregivers at Day 0 and at Weeks 16, 32, and 52. The Quality of Life Scale (QLS) will be administered at Day 0 and at Weeks 16, 32, and 52. (See Appendix .

D113

20

**7.3      Collection and handling of biological samples for analysis**

All centers will collect blood samples to quantitate plasma levels of SEROQUEL (ICI 204,636) and its primary metabolite and to assess clinical response and monitor medication compliance.

7.3.1   Schedule for sample collection

Blood samples for plasma analysis will be obtained at Weeks 12, 24, 36, and 52 of Segment B.  Times of dosing and sample collection should be recorded accurately.

7.3.2   Blood collection technique and handling

The Drug Disposition and Metabolism department of ZENECA Pharmaceuticals Group must approve any clinical supplies (e.g., syringes, needles, sample collection vessels, etc.) that may come into contact with SEROQUEL (ICI 204,636).  These supplies will be provided in advance and will be tested for chemicals that may leach off causing assay interference, for reactions that may cause blood to hemolyze, and for absorption of SEROQUEL (ICI 204,636).

Using aseptic technique, a 5 ml venous blood sample will be collected from a forearm vein into a heparinized tube at each time period.

Blood samples must be inverted gently and centrifuged at 2500 rpm for 10 minutes.  Samples must be centrifuged within 15-30 minutes of collection. Plasma separation and removal must be performed with a Pasteur pipet.  The resulting plasma samples must be transferred to 12 mL Sarstedt polypropylene tubes.  The tubes must be maintained at -20° C or colder until assayed for SEROQUEL (ICI 204,636).

7.3.3   Sample labeling

Labels will be prepared and supplied by ZENECA Pharmaceuticals Group for all tubes and containers used to collect, treat, store or ship aliquots of the biologic samples for drug assays.  The labels for the polypropylene tubes should be wrapped with transparent tape to ensure the labels remain attached to the tubes during processing and shipment. Each label will include the following information:

  1)  Study number
  2)  Subject number
  3)  Subject initials
  4)  Date of collection
  5)  Study day
  6)  Time of blood collection
  7)  Time of last dose

7.3.4   Sample shipment

The investigator will arrange to have the plasma samples for drug analysis transported directly
to:      ZENECA Pharmaceuticals Group
         1800 Concord Pike, Lab Services Storeroom
         Chemical and Pharmaceutical Research Labs
         Wilmington, Delaware 19897
         ATTN:  Karen Palermo        Phone: 800-822-8215,      Ext. 5353