

| | |
|---|---|
| **Clinical Study Report** | |
| Drug substance: | quetiapine fumarate |
| Study code: | D1447C00126 |
| Date: | 19 June 2007 |

# A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (Oral Tablets 400 mg to 800 mg Daily in Divided Doses) to Placebo when Used as Adjunct to a Mood Stabilizer (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients

| | |
|---|---|
| **Study dates:** | First patient enrolled: 6 April 2004 |
| | Last patient enrolled: 7 March 2006 |
| **Phase of development:** | Therapeutic confirmatory (III) |
| **International Co-ordinating Investigator:** | Dr Eduard Vieta |
| | Barcelona H.Clínic i Provincial Psiquiatría, Psiquiatría |
| | Villarroel 170 |
| | Barcelona 08036, Cataluña |
| | SPAIN |
| **Sponsor's Responsible Medical Officer:** | Martin Brecher, MD, DMSc |

This study was performed in compliance with Good Clinical Practice.

This submission /document contains trade secrets and confidential commercial information, disclosure of which is prohibited without providing advance notice to AstraZeneca and opportunity to object.

CONFIDENTIAL
AZSER12744448

| Clinical Study Report Synopsis<br>Study code D1447C00126 | (For national authority use only) |
|---|---|

| Drug product: | Seroquel™ | **SYNOPSIS** | |
|---|---|---|---|
| Drug substance(s): | quetiapine fumarate | | |
| Study code: | D1447C00126 | | |
| Date: | 19 June 2007 | | |

## A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (Oral Tablets 400 mg to 800 mg Daily in Divided Doses) to Placebo when Used as Adjunct to a Mood Stabilizer (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients

**International co-ordinating investigator**

Dr Eduard Vieta
Barcelona H.Clínic i Provincial Psiquiatria, Psiquiatría Villarroel 170
Barcelona 08036, Cataluña
SPAIN

**Study centre(s)**

This study was conducted in 177 centers in 18 countries.

**Publications**

None at report time

| **Study dates** | | **Phase of development** |
|---|---|---|
| **First patient enrolled** | 6 April 2004 | Therapeutic confirmatory (III) |
| **Last patient completed** | 31 October 2006 | |

**Primary objective:**

The primary objective was to evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a mood event.

Recurrence was defined as (1) initiation of an antipsychotic, antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a manic, depressed or mixed event, (2) hospitalization for a manic, depressed or mixed event, (3) Young Mania Rating Scale (YMRS) (Young et al 1978) score ≥20 at 2 consecutive assessments or at the final assessment if the patient discontinues, or

2

| Clinical Study Report Synopsis<br>Study code D1447C00126 | (For national authority use only) |
|---|---|

Montgomery-Asberg Depression Rating Scale (MADRS) (Montgomery and Asberg 1979) score ≥20 at 2 consecutive assessments or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic, depressed or mixed event.

**Secondary objectives:**

1.  To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a manic event. Recurrence was defined as (1) initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a manic event or mixed event with predominantly manic symptoms, (2) hospitalization for a manic event or mixed event with predominantly manic symptoms, or (3) YMRS total score ≥20 at 2 consecutive assessments or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic event or mixed event with predominantly manic symptoms.

2.  To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a depressed event.  Recurrence was defined as (1) initiation of an antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a depressed event or mixed event with predominantly depressed symptoms, (2) hospitalization for a depressed event or mixed event with predominantly depressed symptoms, or (3) MADRS total score ≥20 at 2 consecutive assessments or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a depressed event or mixed event with predominantly depressed symptoms.

3.  To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in decreasing the severity of manic and depressive symptoms between mood events as assessed by the YMRS, the MADRS and the Clinical Global Impression-Bipolar (CGI-BP) (Spearing et al 1997).

4.  To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in decreasing the severity of psychotic symptoms between mood events as assessed by the Positive and Negative Syndrome Scale-Positive Subscale (PANSS-P) (Kay et al 1987).

5.  To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in improving level of functioning between mood events as assessed by the Sheehan Disability Scale (SDS) (Sheehan 1983, Sheehan et al 1996).

CONFIDENTIAL<br>AZSER12744450

| Clinical Study Report Synopsis<br>Study code D1447C00126 | (For national authority use only) |
| --- | --- |

6.      To explore the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in improving Quality of Life (QOL) as assessed by the Psychological General Well-being Scale (PGWB) (Dupuy 1984).

7.      To explore the level of patient acceptance of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) as assessed by time to all-cause discontinuation.

8.      To determine whether quetiapine when used as adjunct to mood stabilizer (lithium or valproate) is safe and well-tolerated as assessed by adverse events (AEs), laboratory values, vital signs, extrapyramidal symptoms (EPS) scales (Simpson Angus Scale [SAS] [Simpson and Angus 1970], Barnes Akathisia Rating Scale [BARS] [Barnes 1989], and Abnormal Involuntary Movement Scale [AIMS] [Guy 1976]), physical examinations, and electrocardiograms (ECGs).

**Study design**

This was a multicenter, randomized, parallel-group, double-blind study to compare quetiapine with placebo when used as adjunct to lithium or valproate in the maintenance treatment of adult patients with bipolar I disorder for up to 104 weeks. The study consisted of enrollment and 2 phases, the initial open-label treatment phase and the subsequent randomized treatment phase. To be eligible for randomization, a patient must have been treated with quetiapine within the range of 400 to 800 mg/day and mood stabilizer (lithium or valproate) for at least 12 weeks during the open-label treatment phase. To be randomized, a patient also had to have a YMRS total score $\leq 12$, and a MADRS total score $\leq 12$ assessed at a minimum of 4 consecutive visits spanning at least 12 weeks, with the allowance of a single excursion with a YMRS and/or MADRS total score of 13 or 14 (unless this occurred on the last of the 4 consecutive visits).

**Target patient population and sample size**

Male or female patients, aged 18 years or older, with bipolar I disorder, who had experienced an acute manic, depressed or mixed episode at enrollment, or a past manic, depressed or mixed episode within 26 weeks, as documented by medical records, treated with quetiapine and mood stabilizer (lithium or valproate). The patients should have had at least 1 manic, depressed or mixed episode in the 2 years prior to the index episode (most recent episode according to DSM-IV).

Assuming a hazard ratio of 0.65 for quetiapine versus placebo in a Cox proportional hazards model, the model required at least 227 patients with recurrence of a mood event (with a 2-tailed test of significance level of 0.05 and power of 90%). To observe a total of 227 mood events, it was estimated that approximately 1700 patients should be enrolled, giving approximately 710 randomized patients, assuming that approximately 42% of the enrolled patients fulfilled the criteria for randomization.

4

CONFIDENTIAL
AZSER12744451

| Clinical Study Report Synopsis<br>Study code D1447C00126 | (For national authority use only) |
| --- | --- |

**Investigational product and comparator: dosage, mode of administration and batch numbers**

Patients began or continued on an oral dose of open-label quetiapine, 400 to 800 mg daily in divided doses, with a recommended target dose of 600 mg/day, after meeting all inclusion and none of the exclusion criteria for entering the open-label treatment phase. Doses could be adjusted within this range to maximize efficacy and tolerability. After meeting all inclusion criteria and none of the exclusion criteria for randomization, patients were randomized either to quetiapine or placebo twice daily. After randomization, open-label 100-mg quetiapine tablets (from a specific visit pack for this phase) were titrated down and replaced with 100-mg tablets of blinded investigational product (provided by the investigator or a designee) at a rate of 1 tablet per every 2 days. The dose of blinded investigational product (quetiapine or placebo) could be adjusted as clinically indicated within the dose range of 400 to 800 mg/day all through the randomized treatment phase. The strengths of study treatment from the following batches used in this study were: quetiapine 100 mg tablets batch numbers: 12962A03, 12964F03, 12965C03, 21035E04, 30947E05, 30131A05, 30943F05, 31747H05, 31370K05, LK4603, 41277C06, 30131A05, 30947E05, 30130D05. Placebo, tablets, batch numbers: 12961D03, 21038G04, 30133F05, 23826G04, 30944C05, 30945K05, LC4634, 31745C05, 30133F05, 31748E05.

**Adjunct treatment, dosage and mode of administration**

Patients began or continued on an oral dose of open-label lithium or valproate (valproate is a general term, and used in this CSR referring to a family of medications including the various formulations of divalproex) chosen by the investigator according to his or her clinical judgement, after meeting all inclusion and none of the exclusion criteria for entering the open-label treatment phase. Dose adjustments for lithium or valproate were made at the discretion of the investigator to achieve symptom control, to minimize side effects, and to achieve target trough serum concentrations of 0.5 mEq/L to 1.2 mEq/L for lithium and 50μg/ml to 125 μg/ml for valproate during the entire length of the study. During the randomized treatment phase, more stringent criteria for dose adjustments were applied. In the case of intolerability, the dose of the mood stabilizer could be decreased as long as the serum level remained above the lower limit (0.5mEq/L for lithium or 50 μg/ml for valproate), and dose could also be adjusted if serum level was outside the predefined range (ie, 0.5mEq/L to 1.2 mEq/L for lithium or 50 μg/ml to 125 μg/ml for valproate).

**Duration of treatment**

The study consisted of enrollment and 2 phases: open-label treatment phase (12 weeks to 36 weeks), and randomized treatment phase (up to 104 weeks).

**Criteria for evaluation (main outcome variables)**

**Efficacy**

- Primary outcome variable: time to recurrence of a mood event

CONFIDENTIAL
AZSER12744452

| Clinical Study Report Synopsis<br>Study code D1447C00126 | (For national authority use only) |
| --- | --- |

- Secondary outcome variables related to mood events: proportion of patients with a mood event prior to Week 28 and Week 52; recurrence of a manic event; recurrence of a depressed event; time to all-cause discontinuation.

- Secondary outcome variables related to symptoms between mood events: YMRS total score; MADRS total score; CGI-BP scores; PANSS-P score.  For the listed symptom rating scales, results from between mood events are presented, ie, from randomization up to final assessment but excluding assessment associated with a mood event.

**Patient Reported Outcomes**

Secondary outcome variables: SDS total score (a secondary outcome variable of particular interest) and PGWB total score; for both scales results from between mood events are presented, ie, from randomization up to final assessment but excluding assessment associated with a mood event.

**Safety**

Standard safety assessments included adverse events; laboratory test results; vital signs; weight and body mass index (BMI); ECG results; physical examination results; and extrapyramidal symptoms (EPS), assessed by means of SAS, BARS, and AIMS scores

**Statistical methods**

All hypotheses were 2-sided. A stepwise sequential procedure was used for the confirmatory part of this study to ensure a multiple level of significance of 0.05.  The 4 outcome variables, time to a mood event, time to a manic event, time to a depressed event and mean change in SDS total score were tested sequentially.

The primary outcome variable, time to recurrence of a mood event, and the 3 secondary outcome variables, time to recurrence of a manic event, time to recurrence of a depressed event, and time to all-cause discontinuation were analyzed using a Cox-proportional hazard model to estimate the hazard ratio of recurrence between treatment groups.  The mixed model was used for repeated measures analysis of the YMRS, MADRS, CGI-BP, PANSS-P, and PGWB total scores across all assessments between randomization and up to, but excluding the assessments associated with a mood event.  The outcome variable of the SDS total score was analyzed using analysis of covariance (ANCOVA).  Cochran-Mantel-Haenszel test (CMH) was used for categorical comparisons.  Descriptive statistics were provided for all efficacy and safety variables.

**Patient population**

There were 1461 patients enrolled into the study, 1433 received open-label treatment with quetiapine, and thus were included in the open-label safety population.  Of the 1461 enrolled patients, 706 patients were randomized to treatment with quetiapine or placebo used as adjunct to a mood stabilizer (lithium or valproate), 3 of whom did not receive any randomized study medication, so 703 patients were included in the randomized safety population

CONFIDENTIAL
AZSER12744453

| Clinical Study Report Synopsis | (For national authority use only) |
|---|---|
| Study code D1447C00126 | |

(336 receiving quetiapine and 367 receiving placebo).  Of those, all 703 were included in the ITT population, the primary population for analyses of efficacy results.

Although the randomization rate was somewhat higher in patients with a manic index episode (58.3%), possibly due to a lower incidence of adverse events,  than in patients with a depressed (42.0%) or a mixed index episode (41.5%), the demographics and baseline characteristics of the open-label population and the randomized population were similar.  The most common reasons for discontinuation during the open-label phase were "adverse event" (219 patients, 15.0%) and "subject not willing to continue" (162 patients, 11.1%).

Of the 703 randomized patients, 242 experienced a mood event (62 in quetiapine group and 180 in placebo group) during maintenance treatment, and 347 patients (213 in quetiapine group and 134 in placebo group) were treated in the randomized treatment phase without having a mood event for the maximum 104 weeks or until the termination of the study. Of the patients remaining in the study, 61 patients in quetiapine group and 53 in placebo group were discontinued for reasons other than a mood event during randomized maintenance treatment. Of the patients discontinuing for reasons other than a mood event, "subject not willing to continue" was the most common reason for discontinuation in both treatment groups; 26 out of 61 quetiapine patients and 16 out of 53 placebo patients.

The 2 treatment groups were well matched as to demographic and baseline disease characteristics.  Patients had an overall mean age of approximately 42 years, and 53% were female.  The YMRS total score and MADRS total score at randomization were similar in the 2 treatment groups.  At randomization, more patients (48.5%) had a manic episode as the most recent bipolar episode, compared to 28.9% with a depressive episode, and 22.6% with a mixed episode.

The mean exposure during the randomized period was about 44% longer to quetiapine than to placebo (189 and 130 days respectively).

The demographic characteristics of the study population at randomization are described in Table S 1.

**Table S 1      Patient population (ITT population)**

| | | QTP + LI/VAL N =750 | | PLA + LI/VAL N = 748 | | Total 1498 | |
|---|---|---|---|---|---|---|---|
| **Demographic characteristics** | | | | | | | |
| Sex (n and % of patients) | Male | 144 | (42.9) | 172 | (46.9) | 316 | (45.0) |
| | Female | 192 | (57.1) | 195 | (53.1) | 387 | (55.0) |
| Age (years)[a] | Mean (SD) | 42.26 | (12.59) | 41.93 | (12.82) | 42.09 | (12.66) |
| | Range | 18 to 75 | | 18 to 84 | | 18 to 84 | |
| Race (n and % of patients) | Caucasian | 321 | (95.5) | 358 | (97.5) | 679 | (96.6) |
| | Black | 8 | (2.4) | 3 | (0.8) | 11 | (1.6) |

CONFIDENTIAL
AZSER12744054

| Clinical Study Report Synopsis | (For national authority use only) |
| --- | --- |
| Study code D1447C00126 | |

|  |  | QTP + LI/VAL N =750 | | PLA + LI/VAL N = 748 | | Total 1498 | |
| --- | --- | --- | --- | --- | --- | --- | --- |
|  | Oriental | 2 | (0.6) | 1 | (0.3) | 3 | (0.4) |
|  | Other | 5 | (1.5) | 5 | (1.4) | 10 | (1.4) |
| Weight (kg)[a] | Mean (SD) | 84.6 | (18.03) | 83.7 | (18.53) | 84.10 | (18.29) |
|  | Range | 45 to 145 | | 46 to 165 | | 45 to 165 | |
| **Disease characteristics** | | | | | | | |
| YMRS total score at randomization | Mean (SD) | 2.47 | | 2.24 | | 2.53 | |
|  | Range | 0 to 12 | | 0 to 12 | | 0 to 12 | |
| MADRS total score at randomization | Mean (SD) | 3.38 | | 3.68 | | 3.54 | |
|  | Range | 0 to 17 | | 0 to 30 | | 0 to 30 | |
| Assigned mood stabilizer: n (%) | Lithium | 143 | (42.6) | 153 | (41.7) | 296 | (42.1) |
|  | Valproate | 193 | (57.4) | 214 | (58.3) | 407 | (57.9) |
| DSM-IV diagnosis of bipolar I disorder, most recent episode: n (%) | Manic | 163 | (48.5) | 174 | (47.4) | 337 | (47.9) |
|  | Depressed | 97 | (28.9) | 109 | (29.7) | 206 | (29.3) |
|  | Mixed | 76 | (22.6) | 84 | (22.9) | 160 | (22.8) |
| With rapid cycling course: n (%) | Yes | 74 | (22.0) | 94 | (25.6) | 168 | (23.9) |
|  | No | 262 | (78.0) | 270 | (73.6) | 532 | (75.7) |

[a]     At enrollment

ITT=Intention to treat; N=Number; PP=Per-protocol

## Efficacy results

The main efficacy results, the analysis of time to recurrence of a mood event, are summarized in Table S 2.  The primary analysis is based on time to first recurrence of a mood event, and the statistical model used in this analysis is a Cox regression model.  This model uses the primary variable (time to mood event) to estimate a hazard ratio, which is the outcome of the model.  Therefore, even though it is called "Analysis of time to recurrence of a mood event", no actual measure of time is presented in the primary analysis.  As a complement, Kaplan-Meier estimates and plots are provided in order to infer the time to mood events.

In patients with bipolar I disorder, quetiapine as adjunct with a mood stabilizer (lithium or valproate) significantly increased the time to recurrence of a mood event (manic or depressed) compared to placebo adjunct with a mood stabilizer (estimated hazard ratio 0.28, corresponding to a risk reduction of 72%).  Kaplan-Meier estimates of time to 20% of the patients experiencing recurrence of a mood event was 211 days for the quetiapine treatment group and 30 days in the placebo treatment group.  The demonstrated efficacy of quetiapine did not show restriction to any specific subgroup (assigned mood stabilizer, age, sex, race, index episode, or precence of rapid cycling) and the results in the primary ITT population

8

CONFIDENTIAL
AZSER12744455

| Clinical Study Report Synopsis<br>Study code D1447C00126 | (For national authority use only) |
| --- | --- |

were supported by the results in the PP population.  Likewise, quetiapine significantly increased the time to recurrence of a manic episode (estimated hazard ratio 0.30, corresponding to a risk reduction of 70%) and a depressed episode (estimated hazard ratio 0.26, corresponding to a risk reduction of 74%), respectively, compared to placebo.  The time to all-cause discontinuation from the study was greater in the quetiapine treatment group.

Quetiapine was superior to placebo in improving quality of life between mood events assessed by PGWB, but had no conclusive effect on the patients' level of functioning according to the analyses of the SDS scores.  In addition, from randomization up to final assessment but excluding assessments associated with a mood event, quetiapine was more effective in suppressing manic, depressed, and psychotic symptoms, as assessed by YMRS, MADRS and PANSS-P total scores.  The analyses of the results from the CGI-BP scale provided evidence that maintenance treatment with quetiapine was more efficacious than placebo in suppressing overall bipolar symptoms on the Severity of Overall Bipolar Illness scale and Global Improvement scale.

The main efficacy results are summarized in Table S 2 and Table S 3.

**Table S 2      Efficacy results, time to event, randomized treatment phase (ITT population)**

|  | QTP + LI/VAL vs<br>PLA + LI/VAL<br>QTP N=336 / PLA N=367 |
| --- | --- |
| Analysis of time to recurrence of a mood event | |
| Hazard ratio | 0.28 |
| 95% CI | 0.21, 0.37 |
| p-value | <.0001 |
| Analysis of time to recurrence of a manic event | |
| Hazard ratio | 0.30 |
| 95% CI | 0.20, 0.44 |
| p-value | <.0001 |
| Analysis of time to recurrence of a depressed event | |
| Hazard ratio | 0.26 |
| 95% CI | 0.17, 0.41 |
| p-value | <.0001 |

ITT Intent-to-treat. PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group.
/csre/dev/seroquel/d1447c00126/sp/output/tlf/t11020101.rtf  mood201.sas  10JAN2007:14:50  kwcn867

CONFIDENTIAL
AZSER12744456

| Clinical Study Report Synopsis<br>Study code D1447C00126 | (For national authority use only) |
|---|---|

### Table S 3   Summary of efficacy results between mood events, LS means and treatment comparisons of rating scales (ITT population)

| Outcome variable | LS mean (SE) | | Difference in LS means (SE) | 95% CI | P-value |
|---|---|---|---|---|---|
| | QTP + LI/VAL (N = ) | PLA + LI/VAL (N = ) | | | |
| SDS total score, mean change[a] | -0.55 (0.302) | 0.13 (0.312) | -0.68 (0.432) | -1.53, 0.17 | 0.1149 |
| Additional rating scales[b] | | | | | |
|    PGWB total score | 102.46 (0.601)) | 100.54 (0.697) | 1.92 (0.834) | 0.28, 3.55 | 0.0218 |
|    YMRS total score | 2.44 (0.093) | 3.34 (0.148) | -0.90 (0.161) | -1.21, -0.58 | <0.0001 |
|    MADRS total score | 3.55 (0.129) | 4.28 (0.154) | -0.73 (0.175) | -1.07, -0.39 | <0.0001 |
|    CGI-BP Severity of Illness | 1.53 (0.022) | 1.67 (0.028) | -0.14 (0.031) | -0.20, -0.08 | <0.0001 |
|    CGI-BP Global Improvement | 3.91 (0.039) | 4.08 (0.045) | -0.18 (0.051) | -0.28, 0.08 | 0.0006 |
|    PANSS-P score | 7.68 (0.049) | 7.90 (0-054) | -0.22 (0.063) | -0.35, -0.10 | 0.0005 |

[a]   Analysis of the mean change from randomization across all assessment after randomization and up to, but excluding the first mood event, using an ANCOVA model
[b]   Analysis of all assessments between randomization and up to, but excluding the first mood event, using a repeated measures mixed model
ITT Intention-to-Treat.  PLA Placebo.  QTP Quetiapine.  LI Lithium.  VAL Valproate.  N Number of patients in treatment group.  SD Standard deviation.  SDS Sheehan Disability Scale.  PGWB Psychological General Well-being Scale.  CGI-BP Clinical Global Impression – Bipolar.  MADRS Montgomery-Asberg Depression Rating Scale.  PANSS-S Positive and Negative Syndrome Scale-Positive Subscale.  YMRS Young Mania Rating Scale.

### Safety results

Quetiapine was generally safe and well tolerated in the dose range of 400-800 mg when used as adjunct with lithium or valproate for maintenance treatment in patients with bipolar I disorder.  The overall incidence of adverse events (AE) emerging during the randomized period was similar in the quetiapine group (54.8%) and in the placebo group (55.3%) (Table S 4).  The overall incidence of AEs considered by the investigator to be causally related to the study drug was similar in the 2 treatment groups.

10

CONFIDENTIAL
AZSER12744457

| Clinical Study Report Synopsis | (For national authority use only) |
|---|---|
| Study code D1447C00126 | |

**Table S 4     Number (%) of patients who had at least 1 adverse event in any category (randomized safety population)**

| | Randomized treatment QTP+ LI/VAL (N=336) | PLA+ LI/VAL (N=367) | Assigned mood stabilizer QTP+ LI (N=143) | PLA+ LI (N=153) | QTP+ VAL (N=193) | PLA+ VAL (N=214) |
|---|---|---|---|---|---|---|
| | n (%) | n (%) | n (%) | n (%) | n (%) | n (%) |
| ANY ADVERSE EVENT | 184 ( 54.8) | 203 ( 55.3) | 79 ( 55.2) | 93 ( 60.8) | 105 ( 54.4) | 110 ( 51.4) |
| DRUG-RELATED ADVERSE EVENT [a] | 78 ( 23.2) | 80 ( 21.8) | 28 ( 19.6) | 32 ( 20.9) | 50 ( 25.9) | 48 ( 22.4) |

[a]  As judged by the investigator.
PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group. n  Number of patients.
Note: Events reported during randomized treatment phase. Patients with multiple events in the same category are counted only once.
/csre/dev/seroquel/d1447c00126/sp/output/tlf/t1103020101.rtf  aelog201.sas  07FEB2007:15:51  kwcn867

There were 7 deaths reported in the study, 3 during open-label treatment (2 suicide and 1 pneumonia) and 1 during randomized treatment in the quetiapine group (suicide), and 3 in the placebo group (cardiac failure, suicide and a death of unknown cause at the time of report).  The incidence of serious adverse events (SAE) during the randomized period was higher in the placebo group (5.4%) than in the quetiapine group (1.5%).  In the quetiapine group, 2.4% of the patients were prematurely discontinued from the study during the randomized phase due to an AE ongoing at randomization or emerging during randomized treatment, compared to 3.0% of the patients in the placebo group.

**Table S 5     Patients in various categories of adverse events ongoing at randomization or reported during randomized treatment (Randomized safety population)**

| | Randomized treatment QTP+ LI/VAL (N=336) | PLA+ LI/VAL (N=367) | Assigned mood stabilizer QTP+ LI (N=143) | PLA+ LI (N=153) | QTP+ VAL (N=193) | PLA+ VAL (N=214) |
|---|---|---|---|---|---|---|
| | n (%) | n (%) | n (%) | n (%) | n (%) | n (%) |
| SERIOUS ADVERSE EVENT | 5 ( 1.5) | 20 ( 5.4) | 4 ( 2.8) | 6 ( 3.9) | 1 ( 0.5) | 14 ( 6.5) |
| SERIOUS ADVERSE EVENT LEADING TO DEATH | 1 ( 0.3) | 3 ( 0.8) | 1 ( 0.7) | 2 ( 1.3) | 0 | 1 ( 0.5) |
| SERIOUS ADVERSE EVENT NOT LEADING TO DEATH | 4 ( 1.2) | 17 ( 4.6) | 3 ( 2.1) | 4 ( 2.6) | 1 ( 0.5) | 13 ( 6.1) |
| ADVERSE EVENTS LEADING TO DISCONTINUATION | 8 ( 2.4) | 11 ( 3.0) | 4 ( 2.8) | 6 ( 3.9) | 4 ( 2.1) | 5 ( 2.3) |

[a]  As judged by the investigator.

11

CONFIDENTIAL
AZSER12744458

| Clinical Study Report Synopsis Study code D1447C00126 | (For national authority use only) |
|---|---|

PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group. n  Number of patients.
Note: Events ongoing at randomization or reported during randomized treatment phase.
Patients with multiple events in the same category are counted only once.
/csre/dev/seroquel/d1447c00126/sp/output/tlf/t1103020102.rtf  aelog204.sas  07FEB2007:15:52  kwcn867

The most common adverse events by preferred term emerging during the randomized treatment phase in the quetiapine treatment group were "somnolence", "nasopharyngitis", and "headache".  "Insomnia" was more common in the placebo group than in the quetiapine treatment group.

**Table S 6    Number (%) of patients with the most commonly reported (≥5%) adverse events (randomized safety population)**

| | Randomized treatment | | Assigned mood stabilizer | | | |
|---|---|---|---|---|---|---|
| **MEDDRA PREFERRED TERM[a]** | QTP+LI/VAL (N=336) n   (%) | PLA+LI/VAL (N=367) n   (%) | QTP+LI (N=143) n   (%) | PLA+LI (N=153) n   (%) | QTP+VAL (N=193) n   (%) | PLA+VAL (N=214) n   (%) |
| ANY ADVERSE EVENT | 60 (17.9) | 90 (24.5) | 26 (18.2) | 44 (28.8) | 34 (17.6) | 46 (21.5) |
| SOMNOLENCE | 19 (5.7) | 8 (2.2) | 8 (5.6) | 4 (2.6) | 11 (5.7) | 4 (1.9) |
| NASOPHARYNGITIS | 18 (5.4) | 20 (5.4) | 8 (5.6) | 8 (5.2) | 10 (5.2) | 12 (5.6) |
| HEADACHE | 17 (5.1) | 21 (5.7) | 8 (5.6) | 9 (5.9) | 9 (4.7) | 12 (5.6) |
| INSOMNIA | 13 (3.9) | 52 (14.2) | 7 (4.9) | 29 (19.0) | 6 (3.1) | 23 (10.7) |

[a] Patients with multiple events falling under the same preferred term are counted only once in that term.
PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group. n  Number of patients.
MedDRA Medical Dictionary of Regulatory Activities.
Note: Common adverse event: occurring at an incidence of >=5% in any randomized treatment group.
Note: Events reported during randomized treatment phase sorted by decreasing frequency in the QTP + LI/VAL treatment group.
/csre/dev/seroquel/d1447c00126/sp/output/tlf/t1103020202.rtf  aelog203.sas  07FEB2007:15:52  kwcn867

The incidence of AEs potentially related to suicidality was low in both treatment groups (0.6 vs 0.8%).  The incidences of AEs potentially associated with EPS emerging during randomized treatment were similar in the 2 treatment groups (5.1 vs 4.6%) and there were no mean increases from baseline in parkinsonian symptomatology or akathisia in the quetiapine group as assessed by mean SAS, BARS, and AIMS scores.

Quetiapine was not associated with treatment-emergent neutropenia or agranulocytosis during randomized treatment.  There were no adverse events potentially related to neutropenia or agranulocytosis reported during randomized treatment with quetiapine.  During the open-label phase 3 patients (0.2%) had "neutrophil count decreased" and 2 patients (0.1%) had "neutropenia".  Neutrophil counts were low (<1.5 x $10^9$ cells/L) in 7 patients (2.3%) in the quetiapine treatment group, compared to 2 patients (0.6%) in the placebo group.  None of the patients had neutrophil counts below 1.0 x $10^9$ cells/L.

The mean body weight increased by 2.87 kg during open-label treatment in the open-label safety population.  During the randomized treatment phase there was a mean weight increase

12

| Clinical Study Report Synopsis<br>Study code D1447C00126 | (For national authority use only) |
|---|---|

of 0.51 kg in the quetiapine group and a mean decrease of –1.88 kg in the placebo group. Mean HDL and triglycerides showed an increase during both the open-label treatment and during randomized treatment with quetiapine.

There were small increases in mean glucose, $HbA_{1C}$, and insulin levels in the quetiapine treatment group compared to placebo. Clinically important values for glucose regulation measures were more common in quetiapine-treated patients. The incidence of patients with a shift from ≤2 to ≥3 metabolic risk factors during randomized treatment was somewhat higher in quetiapine group (41 patients, 17.9%) than in the placebo group (29 patients, 12.2%). Some differences between the treatment groups were noted in BMI, triglycerides and glucose.

**Conclusions**

- Quetiapine is superior to placebo in increasing the time to recurrence of a mood event (manic, depressed, mixed) when used as adjunct with lithium or valproate.

- Quetiapine is superior to placebo in increasing the time to recurrence of a manic event when used as adjunct with lithium or valproate.

- Quetiapine is superior to placebo in increasing the time to recurrence of a depressed event when used as adjunct with lithium or valproate.

- The proportion of patients with bipolar I disorder experiencing a mood event during the first 52 weeks is lower in patients on quetiapine with lithium or valproate compared to patients on placebo with lithium or valproate.

- Quetiapine is superior to placebo in suppressing manic and depressed symptoms between mood events when used as adjunct with lithium or valproate.

- Quetiapine is superior to placebo in improving Quality of Life between mood events when used as adjunct with lithium or valproate.

- Quetiapine doses within the range of 400 to 800 mg/day were prescribed. Overall, the quetiapine dose prior to randomization and through the randomized treatment phase was similar.

- Quetiapine is generally safe and well-tolerated in maintenance treatment of bipolar I disorder within the dose range 400 mg/day to 800 mg/day when used as adjunct with lithium or valproate.

**Date of the report**

19 June 2007

CONFIDENTIAL
AZSER12744460

Clinical Study Report
Study code: D1447C00126

PAGE

## TABLE OF CONTENTS

TITLE PAGE ...................................................................................................1

SYNOPSIS ......................................................................................................2

TABLE OF CONTENTS...................................................................................14

LIST OF ABBREVIATIONS AND DEFINITION OF TERMS ..........................52

1.        ETHICS....................................................................................................55

1.1       Ethics review..........................................................................................55

1.2       Ethical conduct of study.........................................................................55

1.3       Patient information and consent..............................................................55

2.        INVESTIGATORS AND STUDY ADMINISTRATIVE STRUCTURE.............55

2.1       Staff at investigational sites....................................................................55

2.2       AstraZeneca study personnel ................................................................55

2.3       Other participants....................................................................................56
2.3.1     Non-sponsor organizations or individuals .............................................56
2.3.2     Study committees....................................................................................57

3.        INTRODUCTION.....................................................................................57

4.        STUDY OBJECTIVES..............................................................................58

4.1       Primary objective....................................................................................58

4.2       Secondary objectives..............................................................................59

5.        STUDY PLAN AND PROCEDURES .......................................................60

5.1       Overall study design and flow chart .......................................................60
5.1.1     Enrollment...............................................................................................61
5.1.2     Open-label treatment phase....................................................................61
5.1.3     Randomized treatment phase..................................................................62

5.2       Rationale for study design, doses and control groups............................69

5.3       Selection of study population..................................................................70
5.3.1     Study selection record............................................................................70
5.3.2     Open-label treatment phase....................................................................70
5.3.2.1   Inclusion criteria for entering the Open-label treatment phase...............70
5.3.2.2   Exclusion criteria for entering the Open-label treatment phase.............71
5.3.3     Randomized treatment phase..................................................................72
5.3.3.1   Inclusion criteria for entering the randomized treatment phase..............72
5.3.3.2   Exclusion criteria for entering the randomized treatment phase............72

14

CONFIDENTIAL
AZSER12744461

Clinical Study Report
Study code: D1447C00126

| 5.3.4 | Restrictions | 73 |
| 5.3.5 | Discontinuation of patients from treatment or assessment | 73 |
| 5.3.5.1 | Criteria for discontinuation | 73 |
| 5.3.5.2 | Voluntary discontinuation by a patient | 73 |
| 5.3.5.3 | Incorrectly enrolled or randomized patients | 74 |
| 5.3.5.4 | Procedures associated with a discontinuation | 74 |
| | | |
| 5.4 | Treatments | 74 |
| 5.4.1 | Investigational products | 74 |
| 5.4.2 | Doses and treatment regimens | 76 |
| 5.4.3 | Method of assigning patients to treatment groups | 77 |
| 5.4.4 | Blinding and procedures for unblinding the study | 77 |
| 5.4.4.1 | Methods for ensuring blinding during the randomized treatment phase | 77 |
| 5.4.4.2 | Methods for unblinding the study | 78 |
| 5.4.5 | Pre-study, concomitant, and post-study treatments | 78 |
| 5.4.6 | Treatment compliance | 80 |
| | | |
| 5.5 | Measurements of study variables and definitions of outcome variables | 80 |
| 5.5.1 | Primary outcome variable: Time to recurrence of a mood event | 80 |
| 5.5.2 | Screening and demographic measurements | 80 |
| 5.5.3 | Efficacy measurements and outcome variables | 81 |
| 5.5.3.1 | Summary of efficacy objectives and outcome variables | 81 |
| 5.5.3.2 | Recurrence of a mood event, of a manic event, and of a depressed event | 85 |
| 5.5.3.3 | Time to all-cause discontinuation (patient acceptance) | 85 |
| 5.5.3.4 | Symptoms between mood events: YMRS total score | 86 |
| 5.5.3.5 | Symptoms between mood events: MADRS total score | 86 |
| 5.5.3.6 | Symptoms between mood events: CGI-BP | 87 |
| 5.5.3.7 | Symptoms between mood events: PANSS-P score | 87 |
| 5.5.4 | Patient-Reported Outcomes (PROs) measurements and outcome variables | 88 |
| 5.5.4.1 | Summary of PRO objectives and outcome variables | 88 |
| 5.5.4.2 | Level of functioning between mood events (SDS) | 88 |
| 5.5.4.3 | Quality of life between mood events (PGWB) | 89 |
| 5.5.5 | Health Economics measurements and variables (Not applicable) | 90 |
| 5.5.6 | Pharmacokinetic measurements and variables (Not applicable) | 90 |
| 5.5.7 | Safety measurements and variables | 90 |
| 5.5.7.1 | Summary of safety objectives and outcome variables | 90 |
| 5.5.7.2 | Adverse events | 92 |
| 5.5.7.3 | Overdose | 94 |
| 5.5.7.4 | Laboratory measurements and variables | 95 |
| 5.5.7.5 | Physical examination | 96 |
| 5.5.7.6 | Vital signs measurement and outcome variables | 97 |
| 5.5.7.7 | Electrocardiogram (ECG) measurements and outcome variables | 97 |
| 5.5.7.8 | Weight and Body Mass Index (BMI) | 98 |
| 5.5.7.9 | Metabolic risk factors | 98 |
| 5.5.7.10 | Neurological assessments and outcome variables related to EPS (SAS, BARS, AIMS) | 99 |
| 5.5.8 | Pharmacogenetic measurements and variables | 100 |

CONFIDENTIAL
AZSER12744462

Clinical Study Report
Study code: D1447C00126

| 5.6 | Data management and quality assurance | 100 |
|---|---|---|
| 5.6.1 | Monitoring | 101 |
| 5.6.1.1 | Closure of a clinical site due to quality | 101 |
| 5.6.2 | Training | 101 |
| 5.6.3 | Data management | 102 |
| 5.7 | Statistical methods and determination of sample size | 103 |
| 5.7.1 | Statistical evaluation | 103 |
| 5.7.2 | Description of outcome variables in relation to objectives and hypotheses | 103 |
| 5.7.3 | Description of analysis sets | 103 |
| 5.7.4 | Statistical issues relating to study outcome variables | 103 |
| 5.7.4.1 | General principles | 103 |
| 5.7.4.2 | Multiplicity | 104 |
| 5.7.4.3 | Subgroup Analysis | 105 |
| 5.7.4.4 | Analysis method for time to event | 106 |
| 5.7.5 | Analysis Methods | 107 |
| 5.7.5.1 | Primary analysis for time to recurrence of a mood event | 107 |
| 5.7.5.2 | Secondary efficacy analysis of primary interest | 107 |
| 5.7.5.3 | Secondary efficacy analyses | 107 |
| 5.7.5.4 | Secondary analyses for Patient-Reported Outcome variables | 108 |
| 5.7.5.5 | Safety and tolerability analyses | 109 |
| 5.7.6 | Determination of sample size | 115 |
| 5.7.7 | Interim analyses | 116 |
| 5.7.8 | Data and safety monitoring board | 116 |
| 5.8 | Clinical study protocol amendments and other changes in the conduct of the study or planned analyses | 116 |
| 5.8.1 | Changes in the conduct of the study | 116 |
| 5.8.2 | Changes to planned analyses | 120 |
| 6. | STUDY PATIENTS | 122 |
| 6.1 | Summary of patients | 122 |
| 6.2 | Disposition | 124 |
| 6.3 | Protocol deviations | 127 |
| 6.4 | Patient populations analyzed (analysis sets) | 128 |
| 6.5 | Demographic and other patient characteristics | 130 |
| 6.6 | Treatment compliance and use of concomitant medication | 134 |
| 6.6.1 | Treatment compliance | 134 |
| 6.6.2 | Concomitant medication at study entry | 134 |
| 6.6.3 | Concomitant medication during the open-label treatment phase | 135 |
| 6.6.4 | Concomitant medication during randomized treatment phase | 136 |
| 6.7 | Conclusions on study patients | 137 |
| 7. | EFFICACY AND PHARMACOKINETIC RESULTS | 138 |

CONFIDENTIAL
AZSER12744463

Clinical Study Report
Study code: D1447C00126

| | | |
|---|---|---|
| 7.1 | Summary of efficacy results | 138 |
| 7.2 | Efficacy results | 142 |
| 7.2.1 | Recurrence of bipolar symptoms, randomized treatment phase | 142 |
| 7.2.1.1 | Recurrence of a mood event | 142 |
| 7.2.1.2 | Recurrence of a manic event | 146 |
| 7.2.1.3 | Recurrence of a depressed event | 148 |
| 7.2.1.4 | Time to recurrence of a mood event by index episode | 150 |
| 7.2.2 | Symptoms between mood events, Randomized treatment phase | 150 |
| 7.2.2.1 | YMRS | 150 |
| 7.2.2.2 | MADRS | 151 |
| 7.2.2.3 | PANSS-P | 155 |
| 7.2.3 | Symptom scale measurements, open-label treatment phase | 156 |
| 7.3 | Patient Reported Outcomes | 157 |
| 7.3.1 | Level of functioning between mood events (SDS), randomized treatment phase | 157 |
| 7.3.2 | Quality of life between mood events (PGWB), randomized treatment phase | 158 |
| 7.3.3 | Patient Reported Outcomes, open-label treatment phase | 159 |
| 7.4 | Health Economics results (Not applicable) | 159 |
| 7.5 | Pharmacokinetic results (Not applicable) | 159 |
| 7.6 | Potential issues affecting efficacy results | 159 |
| 7.7 | Conclusions on efficacy results | 159 |
| 8. | SAFETY RESULTS | 163 |
| 8.1 | Summary of safety | 163 |
| 8.2 | Extent of exposure | 166 |
| 8.3 | Adverse events | 170 |
| 8.3.1 | Categories of adverse events | 170 |
| 8.3.2 | Most common adverse events | 172 |
| 8.4 | Deaths, serious adverse events, discontinuation due to adverse events, and other significant adverse events | 179 |
| 8.4.1 | Deaths | 179 |
| 8.4.1.1 | Narratives of deaths | 181 |
| 8.4.2 | Serious adverse events other than deaths | 184 |
| 8.4.3 | Discontinuations due to adverse events | 189 |
| 8.4.4 | Other significant adverse events | 190 |
| 8.4.5 | Adverse events by organ system or syndrome | 190 |
| 8.4.5.1 | Adverse events potentially associated with suicidality | 190 |
| 8.4.5.2 | Adverse events potentially associated with EPS | 191 |
| 8.4.5.3 | Adverse events potentially associated with QT prolongation | 193 |
| 8.4.5.4 | Adverse events potentially associated with diabetes mellitus | 193 |
| 8.4.5.5 | Adverse events potentially associated with neutropenia and agranulocytosis | 196 |

CONFIDENTIAL
AZSER12744464

Clinical Study Report
Study code: D1447C00126

| | | |
|---|---|---|
| 8.4.5.6 | Adverse events potentially associated with somnolence | 199 |
| 8.4.6 | Discussion of deaths, serious adverse events, discontinuation due to adverse events, and other significant adverse events | 200 |
| 8.5 | Clinical laboratory evaluation | 201 |
| 8.5.1 | Hematology, randomized treatment phase | 201 |
| 8.5.1.1 | Changes in mean values over time in hematology | 201 |
| 8.5.1.2 | Individual clinically important abnormalities in hematology | 206 |
| 8.5.2 | Clinical chemistry, randomized treatment phase | 210 |
| 8.5.2.1 | Changes in mean values over time in hepatic laboratory data | 210 |
| 8.5.2.2 | Individual clinically important abnormalities in hepatic laboratory data | 213 |
| 8.5.2.3 | Changes in mean values over time in renal laboratory data | 215 |
| 8.5.2.4 | Individual clinically important abnormalities in renal laboratory data | 217 |
| 8.5.2.5 | Changes in mean values over time in electrolyte laboratory data | 219 |
| 8.5.2.6 | Individual clinically important abnormalities in electrolyte laboratory data | 222 |
| 8.5.2.7 | Changes in mean values over time in glucose regulation laboratory data | 223 |
| 8.5.2.8 | Individual clinically important abnormalities in glucose regulation laboratory data | 229 |
| 8.5.2.9 | Changes in mean values over time in lipid laboratory data | 231 |
| 8.5.2.10 | Individual clinically important abnormalities in lipid laboratory data | 234 |
| 8.5.2.11 | Changes in mean values over time in thyroid laboratory data | 235 |
| 8.5.2.12 | Individual clinically important abnormalities in thyroid laboratory data | 238 |
| 8.5.2.13 | Changes in mean values over time in prolactin laboratory data | 242 |
| 8.5.2.14 | Individual clinically important abnormalities in prolactin laboratory data | 244 |
| 8.5.3 | Urinalysis | 244 |
| 8.5.4 | Clinical laboratory evaluation, open-label treatment phase | 244 |
| 8.5.5 | Discussion of clinical laboratory results | 245 |
| 8.6 | Vital signs, ECG, physical findings and other observations related to safety | 246 |
| 8.6.1 | Vital signs, Randomized treatment phase | 246 |
| 8.6.1.1 | Changes in mean values over time: vital signs | 246 |
| 8.6.1.2 | Individual clinically important abnormalities: vital signs | 249 |
| 8.6.1.3 | Vital signs, open-label treatment phase | 252 |
| 8.6.2 | ECG, randomized treatment phase | 253 |
| 8.6.2.1 | Changes in mean values over time: ECG | 253 |
| 8.6.2.2 | Individual clinically important abnormalities: ECG | 256 |
| 8.6.2.3 | ECG, open-label treatment phase | 259 |
| 8.6.3 | Physical findings and other observations related to safety | 259 |
| 8.6.3.1 | Physical examinations | 259 |
| 8.6.3.2 | Changes in mean values over time: weight and BMI, randomized treatment phase | 259 |
| 8.6.3.3 | Individual clinically important changes: weight and BMI | 261 |
| 8.6.3.4 | Weight and BMI, open-label treatment phase | 263 |
| 8.6.3.5 | Metabolic risk factors | 263 |
| 8.6.3.6 | EPS related rating scales (SAS, BARS, AIMS), randomized treatment phase | 264 |
| 8.6.3.7 | Pregnancies | 268 |

CONFIDENTIAL
AZSER12744465

Clinical Study Report
Study code: D1447C00126

8.6.4       Discussion of vital signs, ECG, physical findings and other observations
            related to safety ...................................................................................269

8.7         Conclusions on safety results...........................................................270

9.          DISCUSSION AND OVERALL CONCLUSIONS............................271

9.1         Discussion .........................................................................................271

9.2         Overall conclusions...........................................................................274

10.         REFERENCE LIST ...........................................................................275

11.         TABLES, FIGURES AND GRAPHS REFERRED TO BUT NOT
            INCLUDED IN THE TEXT ...............................................................279

11.1        Demographic, baseline, concomitant medication and other patient-specific
            characteristics....................................................................................279

11.2        Efficacy data, randomized treatment phase ......................................711
11.2.1      Recurrence of a mood event...............................................................711
11.2.1.1    All-cause discontinuation...................................................................721
11.2.2      Recurrence of a manic event..............................................................728
11.2.3      Recurrence of a depressed event .......................................................732
11.2.4      YMRS ................................................................................................736
11.2.5      MADRS ..............................................................................................752
11.2.6      CGI-BP...............................................................................................768
11.2.7      PANSS-P.............................................................................................867
11.2.8      SDS (Level of functioning)...............................................................875
11.2.9      PGWB (Quality of life).....................................................................885
11.2.10     Symptom scale measurements, open-label treatment phase .............903

11.3        Safety data.........................................................................................925
11.3.1      Exposure.............................................................................................925
11.3.2      Adverse events ...................................................................................954
11.3.2.1    Categories of adverse events..............................................................954
11.3.2.2    All adverse events ..............................................................................958
11.3.3      Deaths.................................................................................................1286
11.3.3.1    Listing of deaths ................................................................................1287
11.3.3.2    Narratives of deaths ...........................................................................1288
11.3.4      Serious adverse events other than death ............................................1288
11.3.4.1    Summary tables of serious adverse events other than death..............1288
11.3.4.2    Listings of serious adverse events other than death...........................1306
11.3.4.3    Narratives of serious adverse events other than death ......................1316
11.3.5      Discontinuations due to adverse events .............................................1316
11.3.5.1    Summary tables of discontinuations due to adverse events...............1316
11.3.5.2    Listings of discontinuations due to adverse events............................1331
11.3.5.3    Narratives of discontinuations due to adverse events........................1355
11.3.6      Other significant adverse events (Not applicable) ............................1355
11.3.7      Adverse events by organ system or syndrome....................................1355
11.3.7.1    Suicidality ..........................................................................................1355

19

Clinical Study Report
Study code: D1447C00126

11.3.7.2    EPS .................................................................................................1357
11.3.7.3    QT prolongation ...............................................................................1361
11.3.7.4    Diabetes mellitus .............................................................................1362
11.3.7.5    Neutropenia and agranulocytosis .....................................................1365
11.3.7.6    Somnolence .....................................................................................1367
11.3.7.7    Adverse events by organ system or syndrome ongoing at randomization or reported during randomized treatment phase ...................................................1370
11.3.8     Clinical laboratory evaluation ...........................................................1377
11.3.8.1    Summary tables and figures of hematology results, randomized treatment phase..................................................................................................1377
11.3.8.2    Listings of abnormal hematology results by patient, entire study period ..........1412
11.3.8.3    Narratives for patients with abnormal hematology results, entire study period (Not applicable) ...............................................................................1412
11.3.8.4    Summary tables and figures of clinical chemistry results, randomized treatment phase..................................................................................................1412
11.3.8.5    Listings of abnormal clinical chemistry results by patient, entire study period..................................................................................................1571
11.3.8.6    Narratives for patients with abnormal clinical chemistry results, entire study period (Not applicable).................................................................................1571
11.3.8.7    Summary tables and figures of clinical laboratory evaluation, open-label treatment phase..................................................................................................1571
11.3.8.8    Urinalysis .......................................................................................1676
11.3.9     Vital signs, ECG, physical findings and other observations ...........................1689
11.3.9.1    Vital signs ......................................................................................1689
11.3.9.2    ECG.................................................................................................1745
11.3.9.3    Physical examinations .......................................................................1762
11.3.9.4    Weight and BMI...............................................................................1762
11.3.9.5    Metabolic risk factors .......................................................................1783
11.3.9.6    SAS .................................................................................................1791
11.3.9.7    BARS ...............................................................................................1794
11.3.9.8    AIMS...............................................................................................1798
11.3.10    Narratives of deaths, serious adverse events other than death, and discontinuations due to adverse events .................................................................1803
11.3.11    Clintrace reports of study drug overdose .................................................3530
11.3.12-1  Patients with diabetes-related adverse events...............................................3551
11.3.12-2  Patients who received hypoglycemic medication .......................................3602
11.3.12-3  Patients with high glucose and HbA1c .......................................................3661

## LIST OF TABLES                                                        PAGE

Table 1        AstraZeneca personnel contributing to the study .....................................56

Table 2        Study plan, open-label treatment phase ...................................................66

CONFIDENTIAL
AZSER12744467

Clinical Study Report
Study code: D1447C00126

Table 3         Study plan: randomized treatment phase ...................................................67

Table 3         Study plan: randomized treatment phase (cont.) ........................................68

Table 4         Details of investigational product and any other study treatments...........75

Table 5         Permitted, restricted and prohibited medications during the study ..........79

Table 6         Efficacy objectives, and outcome variables relating to each
                objective.....................................................................................................81

Table 7         PRO objectives, and outcome variables relating to each objective..........88

Table 8         Safety objectives and outcome variables relating to each objective .......91

Table 9         Laboratory safety variables ......................................................................95

Table 10        Categorization of BMI.............................................................................98

Table 11        Protocol amendments ..............................................................................117

Table 12        Local amendments to the protocol..........................................................119

Table 13        Changes to planned analyses ..................................................................120

Table 14        Location of supporting data on study patients........................................124

Table 15        Premature discontinuation from open-label treatment phase by
                index episode (all patients enrolled)......................................................125

Table 16        Patient populations, randomized treatment phase ..................................128

Table 17        Demographic characteristics at randomization (ITT population)...........130

Table 18        Disease characteristics (current) (ITT population)..................................132

Table 19        Disease characteristics (historical) (ITT population) .............................133

Table 20        Psychoactive medication use at enrollment (Open-label safety
                population)...............................................................................................135

Table 21        Serum concentration of assigned mood stabilizer during
                randomized treatment phase (ITT population)........................................136

Table 22        Summary of efficacy results (ITT population)........................................139

Table 23        Location of supporting data on efficacy and patient reported
                outcomes..................................................................................................140

Table 24        Analysis of time to recurrence of a mood event (ITT population).........143

Table 25        Kaplan-Meier estimates of time to recurrence of a mood event at
                specified time points (ITT population)....................................................144

Table 26        Analysis of time to recurrence of a manic event (ITT population) ........147

Table 27        Kaplan-Meier estimates of time to recurrence of a manic event at
                specified time points (ITT population)....................................................147

CONFIDENTIAL
AZSER12744468

Clinical Study Report
Study code: D1447C00126

Table 28        Analysis of time to recurrence of a depressed event (ITT population)........................................................................................149

Table 29        Kaplan-Meier estimates of time to recurrence of a depressed event at specified time points (ITT population)...............................150

Table 30        YMRS total score (ITT population) ......................................................151

Table 31        MADRS total score (ITT population) ...................................................152

Table 32        CGI-BP severity of overall bipolar illness (ITT population) ................153

Table 33        CGI-BP improvement of overall bipolar illness (ITT population).........154

Table 34        PANSS-P score (ITT population)..........................................................156

Table 35        SDS total score, mean change during randomized treatment (OC, ITT population)........................................................................................157

Table 36        PGWB total score (ITT population) .....................................................158

Table 37        Efficacy objectives, outcome variables, and conclusions......................159

Table 38        Location of supporting data on safety ..................................................165

Table 39        Extent of exposure to quetiapine during randomized treatment phase (ITT population) ........................................................................167

Table 40        Patients in various categories of adverse events (Randomized safety population) .............................................................................171

Table 41        Patients in various categories of adverse events ongoing at randomization or reported during RTP (Randomized safety population)........................................................................................172

Table 42        Adverse events by system organ class, by treatment group and assigned mood stabilizer (Randomized safety population)...................173

Table 43        Common adverse events (≥5%), by treatment group and assigned mood stabilizer (Randomized safety population)..................................175

Table 44        Listing of deaths during open-label and randomized treatment phase ......................................................................................180

Table 45        Serious, non-fatal adverse events ongoing or reported during randomized treatment phase (Randomized safety population)..............185

Table 46        Serious, non-fatal adverse events determined to be drug-related as judged by the investigator (randomized safety population) .................186

Table 47        Serious, non-fatal adverse events in the open-label treatment phase (Open-label safety population)............................................................187

Table 48        Adverse events ongoing at randomization or reported during RTP leading to discontinuation (Randomized safety population).................189

22

CONFIDENTIAL
AZSER12744469

Clinical Study Report
Study code: D1447C00126

Table 49          Adverse events potentially associated with suicidality
                  (Randomized safety population)............................................191

Table 50          Adverse events potentially associated with EPS (Randomized
                  safety population) ........................................................192

Table 51          Adverse events potentially associated with diabetes mellitus
                  (Randomized safety population)............................................193

Table 52          Adverse events potentially associated with neutropenia and
                  agranulocytosis (Randomized safety population)......................196

Table 53          Adverse events potentially associated with somnolence
                  (Randomized safety population)............................................199

Table 54          Hematology laboratory data, change from randomization to end of
                  treatment (Randomized safety population)..............................202

Table 55          Hematology laboratory data (differential count), change from
                  randomization to end of treatment (randomized safety population).......204

Table 56          Hematology laboratory data, clinically important values at any
                  time (Randomized safety population).....................................207

Table 57          Hepatic laboratory data, change from randomization to end of
                  treatment (Randomized safety population)..............................211

Table 58          Hepatic laboratory data, clinically important values at any time
                  (randomized safety population)............................................214

Table 59          Renal laboratory data, change from randomization to end of
                  treatment (Randomized safety population)..............................216

Table 60          Renal laboratory data, clinically important values at any time
                  (Randomized safety population)............................................217

Table 61          Electrolyte laboratory data, change from randomization to end of
                  treatment (Randomized safety population)..............................220

Table 62          Electrolyte laboratory data, clinically important values at any time
                  (randomized safety population)............................................222

Table 63          Glucose regulation laboratory data, change from randomization to
                  end of treatment (Randomized safety population) ....................224

Table 64          Glucose regulation data, change from randomization, diabetic
                  subgroups, by treatment group (Randomized safety population)..........227

Table 65          Glucose and $HbA_{1c}$ data, clinically important values at any time
                  (Randomized safety population)............................................229

Table 66          Glucose and $HbA_{1c}$ clinically important values at any time, by
                  diabetic subgroup (randomized safety population) ...................230

CONFIDENTIAL
AZSER12744470

Clinical Study Report
Study code: D1447C00126

Table 67     Lipids laboratory data, change from randomization to end of treatment (randomized safety population)................................................232

Table 68     Lipids laboratory data, clinically important values at any time (randomized safety population).................................................234

Table 69     Thyroid laboratory data, change from randomization to end of treatment (Randomized safety population)............................................236

Table 70     Thyroid laboratory data, clinically important values at any time (Randomized safety population).................................................238

Table 71     Clinically important low free T4 value vs clinically important high TSH values (randomized safety population) ...........................................240

Table 72     Prolactin laboratory data, change from randomization to end of treatment (Randomized safety population)............................................243

Table 73     Prolactin laboratory data, clinically important values at any time (randomized safety population).................................................244

Table 74     Supine vital signs data, change from randomization to end of treatment (Randomized safety population)............................................247

Table 75     Supine vital signs data, clinically important values in at least 30% of assessments (Randomized safety population) ...................................250

Table 76     ECG rates and intervals, change from randomization to end of treatment (Randomized safety population)............................................254

Table 77     ECG rates and intervals, clinically important values at any time (Randomized safety population).................................................257

Table 78     Weight data, change from randomization to end of treatment (randomized safety population).................................................260

Table 79     Weight data, patients with ≥7% change from randomization to end of treatment (LOCF, Randomized safety population)............................262

Table 80     Metabolic risk factors, treatment emergent development of ≥3 risk factors at end of treatment (Randomized safety population).................263

Table 81     SAS total score, change from randomization to end of treatment (Randomized safety population).................................................264

Table 82     SAS total score, categorical change from randomization to end of treatment (Randomized safety population)............................................265

Table 83     BARS Global Assessment, change from randomization to end of treatment (Randomized safety population)............................................265

Table 84     BARS Global assessment, categorical change from randomization to end of treatment (Randomized safety population) ...........................266

24

CONFIDENTIAL
AZSER12744471

Clinical Study Report
Study code: D1447C00126

| Table 85 | AIMS total score, change from randomization to end of treatment (randomized safety population) ................................................................267 |
| --- | --- |
| Table 86 | AIMS total score, categorical change from randomization to end of treatment (randomized safety population)..........................................267 |
| Table 87 | Safety objectives, outcome variables and conclusions.........................270 |
| Table 11.1- 1 | Premature discontinuation from open-label treatment phase by index episode (all patients enrolled) ......................................................280 |
| Table 11.1- 2 | Premature discontinuation from randomized treatment phase (ITT population)...............................................................................................281 |
| Table 11.1- 3 | Premature discontinuation from randomized treatment phase, by index episode (ITT population) .............................................................281 |
| Table 11.1- 4 | Premature discontinuation from randomized treatment phase, by mood stabilizer(ITT population) .............................................................282 |
| Table 11.1- 5 | Derivation of analysis populations ........................................................283 |
| Table 11.1- 6 | Patient populations, randomized treatment phase .................................284 |
| Table 11.1- 7 | Demographic characteristics at randomization (ITT population)...........285 |
| Table 11.1- 8 | Demographic characteristics at randomization (Randomized safety population)...............................................................................................287 |
| Table 11.1- 9 | Demographic characteristics at randomization (PP population) ............288 |
| Table 11.1- 10 | Demographic characteristics at randomization, by assigned mood stabilizer (ITT population)...................................................................290 |
| Table 11.1- 11 | Demographic characteristics at randomization, by index episode (ITT population) ....................................................................................292 |
| Table 11.1- 12 | Demographic characteristics at randomization, by sex (ITT population)...............................................................................................294 |
| Table 11.1- 13 | Disease characteristics (current) (ITT population)................................295 |
| Table 11.1- 14 | Disease characteristics (current) (Randomized safety population) ........297 |
| Table 11.1- 15 | Disease characteristics (current) (PP population)..................................298 |
| Table 11.1- 16 | Disease characteristics (current), by assigned mood stabilizer (ITT population)...............................................................................................299 |
| Table 11.1- 17 | Disease characteristics (current), by index episode (ITT population)...............................................................................................300 |
| Table 11.1- 18 | Disease characteristics (current), by sex (ITT population)....................302 |
| Table 11.1- 19 | Disease characteristics (historical) (ITT population) ............................303 |

CONFIDENTIAL
AZSER12744472

Clinical Study Report
Study code: D1447C00126

Table 11.1- 20   Disease characteristics (historical) (Randomized safety population).................................................................................305

Table 11.1- 21   Disease characteristics (historical) (PP population) ...............................306

Table 11.1- 22   Disease characteristics (historical), by assigned mood stabilizer (ITT population) ......................................................................306

Table 11.1- 23   Disease characteristics (historical), by index episode (ITT population)................................................................................308

Table 11.1- 24   Disease characteristics (historical), by sex (ITT population)................309

Table 11.1- 25   Demographic characteristics at enrollment (all patients enrolled, randomized safety population, and ITT) ..................................311

Table 11.1- 26   Disease characteristics (current) (all patients enrolled, randomized safety population, and ITT) ...........................................312

Table 11.1- 27   Disease characteristics (historical) (all patients enrolled, randomized safety population, and ITT) ...........................................314

Table 11.1- 28   Compliance in intake of study medication (Randomized safety population)................................................................................316

Table 11.1- 29   Compliance in intake of study medication (ITT population) ................316

Table 11.1- 30   Compliance in intake of study medication (Open-label safety population)................................................................................317

Table 11.1- 31   Concomitant medication use at enrollment, by generic name (Open-label safety population) ...............................................318

Table 11.1- 32   Concomitant medication use at enrollment, by medication class and generic name (Open-label safety population)...........................372

Table 11.1- 33   Psychoactive medication use at enrollment (Open-label safety population)................................................................................416

Table 11.1- 34   Serum concentration of assigned mood stabilizer during open-label treatment phase (Open-label safety population) .........................417

Table 11.1- 35   Lorazepam use during open-label treatment phase (Open-label safety population) ......................................................................418

Table 11.1- 36   Sleep medication use during Open-label treatment phase (Open-label safety population) .......................................................419

Table 11.1- 37   Anticholinergic medication use during Open-label treatment phase (Open-label safety population) .................................................420

Table 11.1- 38   Psychoactive medication use during Open-label treatment phase (Open-label safety population) .................................................421

Table 11.1- 39   Concomitant medication use during open-label treatment phase, by generic name (Open-label safety population)....................................422

26

Clinical Study Report
Study code: D1447C00126

Table 11.1- 40    Concomitant medication use during open-label treatment phase, by medication class and generic name (Open-label safety population)........................................................................................492

Table 11.1- 41    Serum concentration of assigned mood stabilizer during the last 12 weeks of open-label treatment phase (ITT and randomized safety population)........................................................................................550

Table 11.1- 42    Lorazepam use during the last 12 weeks of open-label treatment phase (ITT population) .........................................................................551

Table 11.1- 43    Sleep medication use during the last 12 weeks of open-label treatment phase (ITT population) ............................................................551

Table 11.1- 44    Anticholinergic medication use during the last 12 weeks of open-label treatment phase (ITT population) ...........................................552

Table 11.1- 45    Psychoactive medication use during the last 12 weeks of open-label treatment phase (ITT population) ...........................................553

Table 11.1- 46    Concomitant medication use during the last 12 weeks of open-label treatment phase, by generic name (ITT population)....................554

Table 11.1- 47    Concomitant medication use during the last 12 weeks of open-label treatment phase, by medication class and generic name (ITT population).........................................................................................592

Table 11.1- 48    Concomitant medication use during randomized treatment phase, by generic name (Randomized safety population) ..................624

Table 11.1- 49    Concomitant medication use during randomized treatment phase, by medication class and generic name (Randomized safety population)........................................................................................668

Table 11.1- 50    Serum concentration of assigned mood stabilizer during randomized treatment phase (ITT population) .......................................705

Table 11.1- 51    Lorazepam use during randomized treatment phase (ITT population).........................................................................................705

Table 11.1- 52    Sleep medication use during randomized treatment phase (ITT population).........................................................................................706

Table 11.1- 53    Anticholinergic medication use during randomized treatment phase (Randomized safety population)...........................................708

Table 11.1- 54    Concomitant use of anticholinergics for symptoms of EPS, by type of drug (Randomized safety population)................................709

Table 11.1- 55    Concomitant use of anticholinergics for symptoms of EPS (Randomized safety population )........................................................710

Table 11.1- 56    Psychoactive medication use at enrollment, all patients enrolled (Randomized safety population and ITT)...............................710

27

CONFIDENTIAL
AZSER12744474

Clinical Study Report
Study code: D1447C00126

Table 11.2.1- 1     Summary of efficacy results (ITT population) .........................................711

Table 11.2.1- 2     Time to recurrence of a mood event, Kaplan Meier estimates (ITT
population)....................................................................................714

Table 11.2.1- 3     Kaplan-Meier estimates of time to recurrence of a mood event at
specified time points (ITT population)..........................................714

Table 11.2.1- 4     Analysis of time to recurrence of a mood event (ITT population).........715

Table 11.2.1- 5     Patients fulfilling a mood event criteria (ITT population) ....................715

Table 11.2.1- 6     Analysis of time to recurrence of a mood event in various
subgroups (ITT population)............................................................716

Table 11.2.1- 7     Analysis of time to recurrence of a mood event, supportive
analysis using a stratified Cox model (ITT population).........................718

Table 11.2.1- 8     Analysis of time to recurrence of a mood event, supportive
analysis using a stratified Log-Rank test (ITT population)...................718

Table 11.2.1- 9     Analysis of time to recurrence of a mood event (PP population)...........719

Table 11.2.1- 10    Proportions of patients experiencing a mood event prior to week
28 and 52 respectively (ITT population) ........................................719

Table 11.2.1- 11    Time to all-cause discontinuation, Kaplan Meier estimates (ITT
population)....................................................................................722

Table 11.2.1- 12    Analysis of time to recurrence of a mood event by index episode
(ITT population) ...........................................................................723

Table 11.2.1- 13    Analysis of time to recurrence of a mood event by index episode
and assigned mood stabilizer (ITT population)....................................724

Table 11.2.1- 14    Time to recurrence of a mood event, Cox regression model with
time dependent variable (ITT population) .......................................725

Table 11.2.1- 15    Time to recurrence of a mood event, Cox regression model with
time dependent variable (ITT population)........................................727

Table 11.2.2- 1     Time to recurrence of a manic event, Kaplan Meier estimates (ITT
population)....................................................................................729

Table 11.2.2- 2     Kaplan-Meier estimates of time to recurrence of a manic event at
specified time points (ITT population)..........................................729

Table 11.2.2- 3     Analysis of time to recurrence of a manic event (ITT population) ........730

Table 11.2.2- 4     Patients fulfilling a manic event criteria (ITT population)....................730

Table 11.2.2- 5     Proportions of patients experiencing a manic event prior to week
28 and 52 respectively (ITT population) ........................................731

Table 11.2.3- 1     Time to recurrence of a depressed event, Kaplan Meier estimates
(ITT population) ...........................................................................733

28

Clinical Study Report
Study code: D1447C00126

Table 11.2.3- 2    Kaplan-Meier estimates of time to recurrence of a depressed event at specified time points (ITT population).................................733

Table 11.2.3- 3    Analysis of time to recurrence of a depressed event (ITT population)........................................................................................734

Table 11.2.3- 4    Patients fulfilling a depressed event criteria (ITT population)..............734

Table 11.2.3- 5    Proportions of patients experiencing a depressed event prior to week 28 and 52 respectively (ITT population)......................................735

Table 11.2.4- 1    YMRS total score (ITT population) ....................................................736

Table 11.2.4- 2    YMRS item scores (ITT population)...................................................736

Table 11.2.4- 3    YMRS total score, change from randomization, by visit (OC, ITT population)........................................................................................740

Table 11.2.4- 4    YMRS total score, by visit (ITT population) ......................................746

Table 11.2.5- 1    MADRS total score (ITT population) .................................................752

Table 11.2.5- 2    MADRS item scores (ITT population)................................................753

Table 11.2.5- 3    MADRS total score, change from randomization by visit (OC, ITT population)........................................................................................756

Table 11.2.5- 4    MADRS total score, by visit (ITT population)...................................762

Table 11.2.6- 1    CGI-BP severity of overall bipolar illness (ITT population) ...............768

Table 11.2.6- 2    CGI-BP severity of overall bipolar illness change from randomization by visit (OC, ITT population).......................................770

Table 11.2.6- 3    CGI-BP severity of overall bipolar illness, by visit (ITT population)........................................................................................776

Table 11.2.6- 4    CGI-BP severity of overall bipolar illness, by visit (OC, quetiapine group, ITT population) .......................................................783

Table 11.2.6- 5    CGI-BP severity of overall bipolar illness, by visit (OC, placebo group, ITT population) ........................................................................784

Table 11.2.6- 6    CGI-BP severity of mania symptoms (ITT population)........................786

Table 11.2.6- 7    CGI-BP severity of mania symptoms, change from randomization by visit (OC, ITT population)...........................................................788

Table 11.2.6- 8    CGI-BP severity of mania symptoms, by visit (ITT population)...........794

Table 11.2.6- 9    CGI-BP severity of mania symptoms, by visit (OC, quetiapine group, ITT population) ........................................................................800

Table 11.2.6- 10   CGI-BP severity of mania symptoms, by visit (OC, placebo group, ITT population).......................................................................802

Table 11.2.6- 11   CGI-BP severity of depressed symptoms (ITT population)..................804

CONFIDENTIAL
AZSER12744476

Clinical Study Report
Study code: D1447C00126

Table 11.2.6- 12   CGI-BP severity of depressed symptoms, change from randomization by visit (OC, ITT population)..........................................806

Table 11.2.6- 13   CGI-BP severity of depressed symptoms, by visit (ITT population).....812

Table 11.2.6- 14   CGI-BP severity of depressed symptoms, by visit (OC, quetiapine group, ITT population) ...................................................819

Table 11.2.6- 15   CGI-BP severity of depressed symptoms, by visit (OC, placebo group, ITT population) ...................................................820

Table 11.2.6- 16   CGI-BP improvement of overall bipolar illness (ITT population).........822

Table 11.2.6- 17   CGI-BP improvement of overall bipolar illness, by visit (OC, ITT population)................................................................824

Table 11.2.6- 18   CGI-BP improvement of overall bipolar illness, analysis by visit (ITT population) ................................................................828

Table 11.2.6- 19   CGI-BP improvement in overall bipolar illness relative to randomization, by visit (OC, quetiapine group, ITT population)...........834

Table 11.2.6- 20   CGI-BP improvement in overall bipolar illness relative to randomization, by visit (OC, placebo group, ITT population)..............835

Table 11.2.6- 21   CGI-BP improvement of mania symptoms  (ITT population) ..............837

Table 11.2.6- 22   CGI-BP improvement of mania symptoms, by visit (OC, ITT population)................................................................839

Table 11.2.6- 23   CGI-BP improvement of mania symptoms, analysis by visit (ITT population)................................................................843

Table 11.2.6- 24   CGI-BP improvement in mania symptoms relative to randomization, by visit (OC, quetiapine group, ITT population)...........849

Table 11.2.6- 25   CGI-BP improvement in mania symptoms relative to randomization, by visit (OC, placebo group, ITT population)..............850

Table 11.2.6- 26   CGI-BP improvement of depressed symptoms (ITT population) ..........852

Table 11.2.6- 27   CGI-BP improvement of depressed symptoms, by visit (OC, ITT population)................................................................854

Table 11.2.6- 28   CGI-BP improvement of depressed symptoms, analysis by visit (ITT population) ................................................................858

Table 11.2.6- 29   CGI-BP improvement in depressed symptoms relative to randomization, by visit (OC, quetiapine group, ITT population)...........864

Table 11.2.6- 30   CGI-BP improvement in depressed symptoms relative to randomization, by visit (OC, placebo group, ITT population)..............865

Table 11.2.7- 1   PANSS-P score (ITT population)........................................................867

Table 11.2.7- 2   PANSS-P item scores (ITT population) ...............................................867

30

CONFIDENTIAL
AZSER12744477

Clinical Study Report
Study code: D1447C00126

Table 11.2.7- 3    PANSS-P score, change from randomization by visit (OC, ITT population)..................................................................................870

Table 11.2.7- 4    PANSS-P score, by visit (ITT population)..............................................872

Table 11.2.8- 1    SDS total score, mean change during randomized treatment (OC, ITT population)..................................................................................875

Table 11.2.8- 2    SDS total score, mean change for subgroups of patients with and without a mood event (OC, ITT population)..........................................876

Table 11.2.8- 3    SDS total score, change from randomization by visit (OC, ITT population)..................................................................................878

Table 11.2.8- 4    SDS work/school, social life/leisure and family life/ home responsibilities score, mean change during randomized treatment (OC, ITT population)..................................................................................883

Table 11.2.8- 5    SDS, days lost and days underproductive , mean change during randomized treatment (OC, ITT population)..........................................884

Table 11.2.9- 1    PGWB total score (ITT population) ........................................................885

Table 11.2.9- 2    PGWB anxiety, depressed mood, positive well-being, self-control, general health, and vitality score excluding assessments associated with a mood event (ITT population)..................................................886

Table 11.2.9- 3    PGWB item scores (ITT population)........................................................887

Table 11.2.9- 4    PGWB total score, change from randomization by visit (OC, ITT population)..................................................................................893

Table 11.2.9- 5    PGWB total score, by visit (ITT population) ........................................898

Table 11.2.10- 1   YMRS total score, by visit (OC, Open-label safety population)............903

Table 11.2.10- 2   YMRS total score, by visit (LOCF, Open-label safety population).......904

Table 11.2.10- 3   YMRS total score, by visit (LOCF, Open-label safety population).......907

Table 11.2.10- 4   YMRS total score, by visit and index episode (LOCF, Open-label safety population )..................................................................................908

Table 11.2.10- 5   MADRS total score,  by visit (OC, Open-label safety population)........911

Table 11.2.10- 6   MADRS total score,  by visit and index episode (OC, Open-label safety population) ..................................................................................912

Table 11.2.10- 7   MADRS total score,  by visit  (LOCF, Open-label safety population )..................................................................................914

Table 11.2.10- 8   MADRS total score,  by visit and index episode (LOCF, Open-label safety population) ....................................................................916

Table 11.2.10- 9   CGI-BP severity of overall bipolar illness, by visit  (OC, Open-label safety population) ..................................................................................919

CONFIDENTIAL
AZSER12744478

Clinical Study Report
Study code: D1447C00126

Table 11.2.10- 10  CGI-BP severity of mania symptoms, by visit (OC, Open-label safety population) ...........................................................................920

Table 11.2.10- 11  CGI-BP severity of depression symptoms, by visit (OC, Open-label safety population ...................................................921

Table 11.2.10- 12  CGI-BP improvement in overall bipolar illness,  by visit  (OC, Open-label safety population) ................................................922

Table 11.2.10- 13  CGI-BP improvement in mania symptoms, by visit  (OC, Open-label safety population) ................................................923

Table 11.2.10- 14  CGI-BP improvement in depression symptoms,  by visit (OC, Open-label safety population) ................................................924

Table 11.3.1- 1  Extent of exposure to quetiapine during randomized treatment phase (ITT population) ...................................................926

Table 11.3.1- 2  Distribution of quetiapine dose at randomization (ITT population).......928

Table 11.3.1- 3  Median quetiapine dose during randomized treatment phase (ITT population)...................................................................930

Table 11.3.1- 4  Mean quetiapine daily dose by duration of quetiapine exposure (ITT population) ...................................................................930

Table 11.3.1- 5  Extent of exposure to quetiapine by index episode (ITT population)...................................................................932

Table 11.3.1- 6  Distribution of quetiapine dose at randomization by index episode (ITT population) ...........................................................934

Table 11.3.1- 7  Distribution of median quetiapine dose during randomized treatment period by index episode (ITT population)..............................934

Table 11.3.1- 8  Extent of exposure to quetiapine during randomized treatment phase (Randomized safety population)....................................935

Table 11.3.1- 9  Distribution of quetiapine dose at randomization (Randomized safety population) ...........................................................937

Table 11.3.1- 10  Distribution of median quetiapine dose during randomized treatment phase (Randomized safety population) ..........................939

Table 11.3.1- 11  Mean quetiapine daily dose by duration of quetiapine exposure (Randomized safety population)..........................................939

Table 11.3.1- 12  Extent of exposure to quetiapine by index episode (Randomized safety population) ...........................................................940

Table 11.3.1- 13  Distribution of quetiapine dose at randomization by index episode (Randomized safety population).........................................993

Table 11.3.1- 14  Distribution of median quetiapine dose during randomized treatment period by index episode (Randomized safety population) .....943

32

Clinical Study Report
Study code: D1447C00126

Table 11.3.1- 15   Extent of exposure to quetiapine during Open-label treatment phase (Open-label safety population)....................................................944

Table 11.3.1- 16   Distribution of median quetiapine dose during Open-label treatment phase (Open-label safety population)....................................948

Table 11.3.1- 17   Extent of exposure to placebo during randomized treatment phase (ITT population) ..............................................................................949

Table 11.3.1- 18   Extent of exposure to quetiapine during last 12 weeks of open-label treatment phase (ITT population) ........................................951

Table 11.3.1- 19   Extent of exposure to assigned mood stabilizer during randomized treatment phase (ITT population)..............................................953

Table 11.3.1- 20   Distribution of median quetiapine dose during last 12 weeks of open-label treatment phase .....................................................954

Table 11.3.2.1- 2   Patients in various categories of adverse events ongoing at randomization or reported during RTP (Randomized safety population)........................................................................................956

Table 11.3.2.1- 3   Patients in various categories of adverse events (Open-label safety population)...............................................................................957

Table 11.3.2.2- 1   Adverse events by system organ class, by treatment group and assigned mood stabilizer (Randomized safety population)..................959

Table 11.3.2.2- 2   Common adverse events (≥5%), by preferred term, treatment group and assigned mood stabilizer (Randomized safety population)........................................................................................961

Table 11.3.2.2- 3   All adverse events, by preferred term, treatment group and assigned mood stabilizer (Randomized safety population)..................961

Table 11.3.2.2- 4   Adverse events by SOC and preferred term, by treatment group and mood stabilizer (Randomized safety population)..........................978

Table 11.3.2.2- 5   Adverse events by preferred term and maximum intensity, treatment group, and assigned mood stabilizer (Randomized safety population)........................................................................................996

Table 11.3.2.2- 6   Common adverse events in the quetiapine treatment group over time (randomized safety population)...................................................1034

Table 11.3.2.2- 7   Common adverse events in the placebo treatment group over time (randomized safety population).....................................................1034

Table 11.3.2.2- 8   All adverse events determined to be drug-related, as judged by the investigator, by preferred term, treatment group, and assigned mood stabilizer (Randomized safety population)..................................1035

CONFIDENTIAL
AZSER12744480

Clinical Study Report
Study code: D1447C00126

Table 11.3.2.2- 9  Common adverse events (≥5%), frequencies and incidence densities, by preferred term and treatment group (Randomized safety population) ............................................................................1047

Table 11.3.2.2- 10 Adverse events ongoing at randomization or reported during RTP by SOC, treatment group and assigned mood stabilizer (Randomized safety population)........................................................1048

Table 11.3.2.2- 11 All adverse events ongoing at randomization or reported during RTP, by preferred term, treatment group and assigned mood stabilizer (Randomized safety population)............................................1051

Table 11.3.2.2- 12 Common adverse events (≥5%) ongoing at randomization or reported during RTP, by preferred term, treatment group and assigned mood stabilizer (Randomized safety population)................1091

Table 11.3.2.2- 13 Common adverse events (≥5%) ongoing at randomization or reported during RTP, frequencies and incidence densities, by preferred term, treatment group, and assigned mood stabilizer (Randomized safety population)........................................................1092

Table 11.3.2.2- 14 All adverse events reported ≥2 weeks after randomization, by preferred term, treatment group and assigned mood stabilizer (Randomized safety population)........................................................1093

Table 11.3.2.2- 15 Common adverse events (≥5%) reported ≥2 weeks after randomization, by preferred term, treatment group and assigned mood stabilizer (Randomized safety population)................................1119

Table 11.3.2.2- 16 Adverse events by SOC (Open-label safety population)....................1120

Table 11.3.2.2- 17 All adverse events by preferred term, for open-label treatment, by assigned mood stabilizer (Open-label safety population)....................1123

Table 11.3.2.2- 18 Adverse events by SOC and preferred term, for Open-label treatment, by mood stabilizer (Open-label safety population) ............1174

Table 11.3.2.2- 19 Adverse events by preferred term and maximum intensity, for open-label treatment, by assigned mood stabilizer (Open-label safety population) ...............................................................................1200

Table 11.3.2.2- 20 All adverse events determined to be drug-related, as judged by the investigator, by preferred term, for open-label treatment, by assigned mood stabilizer (Open-label safety population)....................1263

Table 11.3.3.2- 1  Listing of deaths during open-label treatment phase and randomized treatment phase .............................................................1287

Table 11.3.4.1- 1  Serious, non-fatal adverse events (Randomized safety population).....1289

Table 11.3.4.1- 2  All serious adverse events (Randomized safety population)................1292

CONFIDENTIAL
AZSER12744481

Clinical Study Report
Study code: D1447C00126

Table 11.3.4.1- 3   Serious, non-fatal adverse events in the quetiapine treatment group over time (Randomized safety population) ............................................1295

Table 11.3.4.1- 4   Serious, non-fatal adverse events in the placebo treatment group over time (Randomized safety population) ............................................1296

Table 11.3.4.1- 5   Serious, non-fatal adverse events determined to be drug-related as judged by the investigator (Randomized safety population)...............1297

Table 11.3.4.1- 6   Serious, non-fatal adverse events in the open-label treatment phase (Open-label safety population) ....................................................1299

Table 11.3.4.1- 7   Serious, non-fatal adverse events ongoing or reported during randomized treatment phase (Randomized safety population)............1305

Table 11.3.4.2- 1   Listing of all patients who had a serious, non-fatal adverse event during open-label and randomized treatment phase ............................1307

Table 11.3.5.1- 1   Adverse events leading to discontinuation (Randomized safety population).......................................................................................1317

Table 11.3.5.1- 2   Adverse events ongoing at randomization or reported during RTP leading to discontinuation (Randomized safety population)...............1319

Table 11.3.5.1- 3   Adverse events leading to discontinuation in the open-label treatment phase (Open-label safety population)..................................1322

Table 11.3.5.2- 1   Listing of all patients who had study treatment discontinued during open-label and randomized treatment phase owing to an adverse event ....................................................................................1332

Table 11.3.7.1- 1   Adverse events potentially associated with suicidality (Randomized safety population)........................................................1355

Table 11.3.7.1- 2   Adverse events potentially associated with suicidality (Open-label safety population) ........................................................................1356

Table 11.3.7.2- 1   Adverse events potentially associated with EPS (Randomized safety population) ........................................................................1358

Table 11.3.7.2- 2   Adverse events potentially associated with EPS (Open-label safety population)........................................................................1360

Table 11.3.7.3- 1   Adverse events potentially associated with QT prolongation (Randomized safety population)........................................................1362

Table 11.3.7.3- 2   Adverse events potentially associated with QT prolongation (Open-label safety population) ........................................................1362

Table 11.3.7.4- 1   Adverse events potentially associated with diabetes mellitus (Randomized safety population)........................................................1363

Table 11.3.7.4- 2   Adverse events potentially associated with diabetes mellitus (Open-label safety population) ........................................................1364

CONFIDENTIAL
AZSER12744482

Clinical Study Report
Study code: D1447C00126

Table 11.3.7.5- 1   Adverse events potentially associated with neutropenia and agranulocytosis (Randomized safety population)...................................1365

Table 11.3.7.5- 2   Adverse events potentially associated with neutropenia and agranulocytosis (Open-label safety population)...................................1366

Table 11.3.7.6- 1   Adverse events potentially associated with somnolence (Randomized safety population)...........................................................1368

Table 11.3.7.6- 2   Adverse events potentially associated with somnolence (Open-label safety population) ....................................................................1369

Table 11.3.7.7- 1   Adverse events ongoing at randomization or reported during RTP and potentially associated with suicidality. (Randomized safety population)...............................................................................................1370

Table 11.3.7.7- 2   Adverse events ongoing at randomization or reported during RTP and potentially associated with EPS (Randomized safety population)...............................................................................................1371

Table 11.3.7.7- 3   Adverse events ongoing at randomization or reported during RTP and potentially associated with QT prolongation (Randomized safety population) ..............................................................................1373

Table 11.3.7.7- 4   Adverse events ongoing at randomization or reported during RTP and potentially associated with diabetes mellitus(Randomized safety population) ..............................................................................1374

Table 11.3.7.7- 5   Adverse events ongoing at randomization or reported during RTP and potentially associated with neutropenia and agranulocytosis (Randomized safety population)...........................................................1375

Table 11.3.7.7- 6   Adverse events ongoing at randomization or reported during RTP and potentially associated with somnolence (Randomized safety population)...............................................................................................1376

Table 11.3.8.1- 1   Hematology laboratory data, change from randomization to end of treatment (Randomized safety population)...................................1378

Table 11.3.8.1- 2   Hematology laboratory data (differential count), change from randomization to end of treatment (Randomized safety population) ...1380

Table 11.3.8.1- 3   Hematology laboratory data, change from randomization by visit (OC, Randomized safety population) ...................................................1382

Table 11.3.8.1- 4   Hematology laboratory data (differential count), change from randomization by visit (OC, Randomized safety population) .............1393

Table 11.3.8.1- 5   Hematology laboratory data, clinically important values at any time (Randomized safety population)................................................1403

Table 11.3.8.1- 6   Hematology laboratory data, shift to clinically important values at any time (Randomized safety population)..........................................1405

36

Clinical Study Report
Study code: D1447C00126

Table 11.3.8.1- 7   Hematology laboratory data, shift to clinically important values from randomization to end of treatment (Randomized safety population) ...................................................................................1408

Table 11.3.8.4- 1   Hepatic laboratory data, change from randomization to end of treatment (randomized safety population) ............................................1413

Table 11.3.8.4- 2   Hepatic laboratory data, change from randomization by visit (OC, randomized safety population) ...............................................1415

Table 11.3.8.4- 3   Hepatic laboratory data, clinically important values at any time (randomized safety population) .............................................1423

Table 11.3.8.4- 4   Hepatic laboratory data, shift to clinically important values at any time (randomized safety population) ....................................1424

Table 11.3.8.4- 5   Hepatic laboratory data, shift from randomization to end of treatment (randomized safety population) ............................................1425

Table 11.3.8.4- 6   Renal laboratory data, change from randomization to end of treatment (randomized safety population) ............................................1426

Table 11.3.8.4- 7   Renal laboratory data, change from randomization by visit (OC, randomized safety population) ...............................................1427

Table 11.3.8.4- 8   Renal laboratory data, clinically important values at any time (randomized safety population) .............................................1431

Table 11.3.8.4- 9   Renal laboratory data, shift to clinically important values at any time (randomized safety population) ....................................1431

Table 11.3.8.4- 10  Renal laboratory data, shift from randomization to end of treatment (randomized safety population) ............................................1432

Table 11.3.8.4- 11  Electrolyte laboratory data, change from randomization to end of treatment (randomized safety population) ............................................1433

Table 11.3.8.4- 12  Electrolyte laboratory data, change from randomization by visit (OC, randomized safety population) ...............................................1435

Table 11.3.8.4- 13  Electrolyte laboratory data, clinically important values at any time (randomized safety population) .............................................1444

Table 11.3.8.4- 14  Electrolyte laboratory data, shift to clinically important values at any time (randomized safety population) ....................................1445

Table 11.3.8.4- 15  Electrolyte laboratory data, shift from randomization to end of treatment (randomized safety population) ............................................1446

Table 11.3.8.4- 16  Glucose regulation data, change from randomization to end of treatment (randomized safety population) ............................................1447

Table 11.3.8.4- 17  Glucose regulation data, change from randomization, diabetic subgroups, by treatment group (randomized safety population) ..........1449

CONFIDENTIAL
AZSER12744484

Clinical Study Report
Study code: D1447C00126

Table 11.3.8.4- 18 Glucose regulation data, change from randomization, diabetic subgroups, by mood stabilizer (randomized safety population)...........1451

Table 11.3.8.4- 19 Glucose regulation data, change to end of treatment, diabetics (randomized safety population)........................................................1452

Table 11.3.8.4- 20 Glucose regulation data, change to end of treatment, diabetic risk (randomized safety population)....................................................1455

Table 11.3.8.4- 21 Glucose regulation data, change to end of treatment, non-diabetics (randomized safety population)........................................................1457

Table 11.3.8.4- 22 Glucose regulation data, change from randomization by visit (OC, randomized safety population) ......................................................1459

Table 11.3.8.4- 23 Glucose regulation data, change to end of treatment, >8 h fasting (randomized safety population)........................................................1468

Table 11.3.8.4- 24 Glucose regulation data, change from baseline, >8 h fasting, diabetic subgroups, by treatment group (randomized safety population).......................................................................................1470

Table 11.3.8.4- 25 Glucose regulation data, change from baseline, >8 h fasting, diabetic subgroups, by mood stabilizer (randomized safety population).......................................................................................1471

Table 11.3.8.4- 26 Glucose regulation data, change to end of treatment, >8 h fasting, diabetics (randomized safety population)............................................1473

Table 11.3.8.4- 27 Glucose regulation data, change to end of treatment, >8 h fasting, diabetic risk (randomized safety population). ...................................1475

Table 11.3.8.4- 28 Glucose regulation data, change to end of treatment, >8 h fasting, non-diabetics (randomized safety population) ......................................1477

Table 11.3.8.4- 29 Glucose regulation data, change from randomization by visit, >8 h fasting (OC, randomized safety population).........................................1479

Table 11.3.8.4- 30 Glucose and $HbA_{1c}$ clinically important values at any time (randomized safety population) ......................................................1488

Table 11.3.8.4- 31 Glucose and $HbA_{1c}$ clinically important values at any time, by diabetic subgroups and treatment group (randomized safety population).......................................................................................1489

Table 11.3.8.4- 32 Glucose and $HbA_{1c}$ clinically important values at any time, by diabetic subgroups and assigned mood stabilizer (randomized safety population) ......................................................................1491

Table 11.3.8.4- 33 Glucose and $HbA_{1c}$ shift to clinically important values at any time (randomized safety population)........................................................1492

Table 11.3.8.4- 34 Glucose and $HbA_{1c}$ shift to clinically important values at any time, diabetics (randomized safety population)............................................1493

38

CONFIDENTIAL
AZSER12744485

Clinical Study Report
Study code: D1447C00126

Table 11.3.8.4- 35 Glucose and HbA$_{1c}$ shift to clinically important values at any time, diabetic risk (randomized safety population) ......................................1494

Table 11.3.8.4- 36 Glucose and HbA$_{1c}$ shift to clinically important values at any time, non-diabetics (randomized safety population) .............................1495

Table 11.3.8.4- 37 Glucose and HbA$_{1c}$ shift from randomization to end of treatment (randomized safety population) ........................................................1496

Table 11.3.8.4- 38 Glucose and HbA$_{1c}$ clinically important values at any time, >8 h fasting (randomized safety population) ...............................................1497

Table 11.3.8.4- 39 Glucose and HbA$_{1c}$ clinically important values at any time, >8 h fasting, by diabetic subgroup and treatment group, (randomized safety population) ........................................................................1498

Table 11.3.8.4- 40 Glucose and HbA$_{1c}$ clinically important values at any time, >8 h fasting, by diabetic subgroup and assigned mood stabilizer (randomized safety population) .............................................................1499

Table 11.3.8.4- 41 Glucose and HbA$_{1c}$ shift to clinically important values at any time, >8 h fasting (randomized safety population) ....................................1500

Table 11.3.8.4- 42 Glucose and HbA$_{1c}$ shift to clinically important values at any time, >8 h fasting, diabetics (randomized safety population) ......................1501

Table 11.3.8.4- 43 Glucose and HbA$_{1c}$ shift to clinically important values at any time, >8 h fasting, diabetic risk (randomized safety population) .................1502

Table 11.3.8.4- 44 Glucose and HbA$_{1c}$ shift to clinically important values at any time, >8 h fasting, non-diabetics (randomized safety population) ...............1503

Table 11.3.8.4- 45 Glucose and HbA$_{1c}$ shift from randomization to end of treatment, >8 h fasting (randomized safety population) ....................................1504

Table 11.3.8.4- 46 Lipids laboratory data, change from randomization to end of treatment (randomized safety population) ............................................1521

Table 11.3.8.4- 47 Lipids laboratory data, change from randomization by visit (OC, randomized safety population) ...................................................1523

Table 11.3.8.4- 48 Lipids laboratory data, change from randomization to end of treatment, > 8 h fasting (OC, randomized safety population) .............1531

Table 11.3.8.4- 49 Lipids laboratory data, change from randomization by visit, >8 h fasting (OC, randomized safety population) ....................................1533

Table 11.3.8.4- 50 Lipids laboratory data, clinically important values at any time (randomized safety population) ............................................................1541

Table 11.3.8.4- 51 Lipids laboratory data, shift to clinically important values at any time (randomized safety population) ....................................................1542

Table 11.3.8.4- 52 Lipids laboratory data, shift from randomization to end of treatment (randomized safety population) ............................................1543

CONFIDENTIAL
AZSER12744486

Clinical Study Report
Study code: D1447C00126

Table 11.3.8.4- 53 Lipids laboratory data, clinically important values at any time, >8 h fasting (randomized safety population) ..............................................1544

Table 11.3.8.4- 54 Lipids laboratory data, shift to clinically important values at any time, >8 h fasting (randomized safety population) ............................1545

Table 11.3.8.4- 55 Lipids laboratory data, shift from randomization to end of treatment, >8 h fasting (randomized safety population) ......................1546

Table 11.3.8.4- 56 Thyroid laboratory data, change from randomization to end of treatment (randomized safety population) ............................................1547

Table 11.3.8.4- 57 Thyroid laboratory data, change from randomization by visit (OC, randomized safety population) ............................................................1548

Table 11.3.8.4- 58 Thyroid laboratory data, clinically important values at any time (randomized safety population) ............................................................1555

Table 11.3.8.4- 59 Clinically important low free T4 value vs clinically important high TSH values (randomized safety population) ............................................1556

Table 11.3.8.4- 60 Clinically important low free T3 values vs clinically important high TSH values (randomized safety population) ............................1557

Table 11.3.8.4- 61 Clinically important low free T4 values vs clinically important high TSH values by visit (randomized safety population) ................1558

Table 11.3.8.4- 62 Clinically important low free T3 values vs clinically important high TSH value by visit (randomized safety population) ................1560

Table 11.3.8.4- 63 Thyroid laboratory data, shift to clinically important values at any time (randomized safety population) ............................................1562

Table 11.3.8.4- 64 Thyroid laboratory data, shift from randomization to end of treatment (randomized safety population) ............................................1563

Table 11.3.8.4- 65 Prolactin laboratory data, change from randomization to end of treatment (randomized safety population) ............................................1564

Table 11.3.8.4- 66 Prolactin laboratory data, change from randomization by visit (OC, randomized safety population) ............................................1564

Table 11.3.8.4- 67 Prolactin laboratory data, clinically important values at any time (randomized safety population) ............................................................1567

Table 11.3.8.4- 68 Prolactin laboratory data, shift to clinically important values at any time (randomized safety population) ............................................1567

Table 11.3.8.4- 69 Prolactin laboratory data, shift from randomization to end of treatment (randomized safety population) ............................................1568

Table 11.3.8.7- 1 Hematology laboratory data, change from enrollment to end of open-label treatment phase (Open-label safety population) ................1571

40

CONFIDENTIAL
AZSER12744487

Clinical Study Report
Study code: D1447C00126

Table 11.3.8.7- 2   Hematology laboratory data (differential count), change from enrollment up to Week 36/randomization (Open-label safety population) ........................................................................................1573

Table 11.3.8.7- 3   Hematology laboratory data, change from enrollment by visit (OC, Open-label safety population) ..................................................1575

Table 11.3.8.7- 4   Hematology laboratory data (differential count), change from enrollment by visit (OC, Open-label safety population) .....................1582

Table 11.3.8.7- 5   Hematology laboratory data, clinically important values at any time (Open-label safety population) .....................................................1588

Table 11.3.8.7- 6   Hematology laboratory data, shift to clinically important values at any time (Open-label safety population) ................................................1590

Table 11.3.8.7- 7   Hematology laboratory data, shift from enrollment to end of open-label treatment phase (Open-label safety population) ........................1594

Table 11.3.8.7- 8   Hepatic laboratory data, change from enrollment to end of open-label safety population) ...................................1598

Table 11.3.8.7- 9   Hepatic laboratory data, change from enrollment, by visit (OC, Open-label safety population) ..................................................1599

Table 11.3.8.7- 10  Hepatic laboratory data, clinically important values at any time (Open-label safety population) .....................................................1602

Table 11.3.8.7- 11  Hepatic laboratory data, shift to clinically important values at any time (Open-label safety population) .....................................................1603

Table 11.3.8.7- 12  Hepatic laboratory data, shift from enrollment to end of open-label treatment (Open-label safety population) ................................................1605

Table 11.3.8.7- 13  Renal laboratory data, change from enrollment to end of open-label treatment (Open-label safety population) ...................................1606

Table 11.3.8.7- 14  Renal laboratory data, change from enrollment, by visit (OC, Open-label safety population) ..................................................1608

Table 11.3.8.7- 15  Renal laboratory data, clinically important values at any time (Open-label safety population) .....................................................1609

Table 11.3.8.7- 16  Renal laboratory data, shift to clinically important values at any time (Open-label safety population) .....................................................1610

Table 11.3.8.7- 17  Renal laboratory data, shift from enrollment to end of open-label treatment (Open-label safety population) ................................................1611

Table 11.3.8.7- 18  Electrolyte laboratory data, change from enrollment to end of open-label treatment (Open-label safety population) ........................1612

Table 11.3.8.7- 19  Electrolyte laboratory data, change from enrollment, by visit (OC, Open-label safety population) ..................................................1613

CONFIDENTIAL
AZSER12744488

Clinical Study Report
Study code: D1447C00126

Table 11.3.8.7- 20 Electrolyte laboratory data, clinically important values at any time (Open-label safety population) ............................................................. 1616

Table 11.3.8.7- 21 Electrolyte laboratory data, shift to clinically important values at any time (Open-label safety population) ................................................ 1618

Table 11.3.8.7- 22 Electrolyte laboratory data, shift from enrollment to end of open-label treatment (Open-label safety population) ...................................... 1619

Table 11.3.8.7- 23 Glucose regulation laboratory data, change from enrollment to end of open-label treatment (Open-label safety population) ...................... 1621

Table 11.3.8.7- 24 Glucose regulation laboratory data, change from enrollment to end of open-label treatment, diabetic subgroups, (Open-label safety population) ............................................................................................... 1623

Table 11.3.8.7- 25 Glucose regulation laboratory data, change from enrollment by visit (OC, Open-label safety population) ................................................ 1625

Table 11.3.8.7- 26 Glucose regulation laboratory data, change from enrollment to end of open-label treatment, >8 h fasting (OC, Open-label safety population) ............................................................................................... 1629

Table 11.3.8.7- 27 Glucose regulation laboratory data, change from enrollment to end of open-label treatment, diabetic subgroups, >8 h fasting (Open-label safety population) ....................................................................... 1631

Table 11.3.8.7- 28 Glucose regulation laboratory data, change from enrollment by visit, >8 h fasting (OC, Open-label safety population) ......................... 1632

Table 11.3.8.7- 29 Glucose regulation laboratory data, clinically important values at any time (Open-label safety population) ................................................ 1636

Table 11.3.8.7- 30 Glucose and HbA$_{1c}$, clinically important values at any time, diabetic subgroups, (Open-label safety population) ............................ 1636

Table 11.3.8.7- 31 Glucose regulation laboratory data, shift to clinically important values at any time (Open-label safety population) ............................. 1638

Table 11.3.8.7- 32 Glucose regulation laboratory data, shift from enrollment to end of open-label treatment (Open-label safety population) ......................... 1639

Table 11.3.8.7- 33 Glucose regulation laboratory data, clinically important values at any time, >8 h fasting (Open-label safety population) ........................ 1640

Table 11.3.8.7- 34 Glucose and HbA$_{1c}$, clinically important values at any time, >8 h fasting, by diabetic subgroup (Open-label safety population) .............. 1640

Table 11.3.8.7- 35 Glucose regulation laboratory data, shift to clinically important values at any time, >8 h fasting (Open-label safety population) .......... 1642

Table 11.3.8.7- 36 Glucose regulation laboratory data, shift from enrollment to end of open-label treatment, >8 h fasting (Open-label safety population) ...... 1643

42

CONFIDENTIAL
AZSER12744489

Clinical Study Report
Study code: D1447C00126

Table 11.3.8.7- 37 Lipids laboratory data, change from enrollment to end of open-label treatment (Open-label safety population) ..................................... 1653

Table 11.3.8.7- 38 Lipids laboratory data, change from enrollment by visit (OC, Open-label safety population) ................................................. 1654

Table 11.3.8.7- 39 Lipids laboratory data, change from enrollment to end of open-label treatment, >8 h fasting (OC, Open-label safety population) ........ 1657

Table 11.3.8.7- 40 Lipids laboratory data, change from enrollment by visit, >8 h fasting (OC, Open-label safety population) ................................ 1659

Table 11.3.8.7- 41 Lipids laboratory data, clinically important values at any time (Open-label safety population) .................................................. 1663

Table 11.3.8.7- 42 Lipids laboratory data, shift to clinically important values at any time (Open-label safety population) ..................................... 1664

Table 11.3.8.7- 43 Lipids laboratory data, shift from enrollment to end of open-label treatment (Open-label safety population) ............................... 1665

Table 11.3.8.7- 44 Lipids laboratory data, clinically important values at any time, >8 h fasting (Open-label safety population) ................................ 1666

Table 11.3.8.7- 45 Lipids laboratory data, shift to clinically important values at any time, >8 h fasting (Open-label safety population) .................... 1668

Table 11.3.8.7- 46 Lipids laboratory data, shift from enrollment to end of open-label treatment, >8 h fasting (Open-label safety population) ............... 1669

Table 11.3.8.7- 47 Prolactin laboratory data, change from enrollment to end of open-label treatment (Open-label safety population) .......................... 1670

Table 11.3.8.7- 48 Prolactin laboratory data, change from enrollment by visit (OC, Open-label safety population) ............................................. 1671

Table 11.3.8.7- 49 Prolactin laboratory data, clinically important values at any time (Open-label safety population) ....................................... 1672

Table 11.3.8.7- 50 Prolactin laboratory data, shift to clinically important values at any time (Open-label safety population) ............................ 1673

Table 11.3.8.7- 51 Prolactin laboratory data, shift from enrollment to end of open-label treatment (Open-label safety population) ...................... 1673

Table 11.3.8.7- 52 TSH values for patients with hypothyroidism ............................... 1674

Table 11.3.8.8- 1 Summary of urine laboratory data (LOCF) (Randomized safety population) ......................................................................... 1677

Table 11.3.8.8- 2 Summary of urine laboratory data (Open-label safety population) ...... 1683

Table 11.3.9.1- 1 Supine vital signs data, change from randomization to end of treatment (Randomized safety population) ........................................... 1690

43

Clinical Study Report
Study code: D1447C00126

Table 11.3.9.1- 2   Supine vital signs data, change from randomization by visit (OC, randomized safety population) ................................................................1691

Table 11.3.9.1- 3   Standing vital signs data, change from randomization to end of treatment (Randomized safety population)...................................................1698

Table 11.3.9.1- 4   Standing vital signs data, change from randomization by visit (OC, randomized safety population) ................................................................1700

Table 11.3.9.1- 5   Orthostatic changes in vital signs data, change from randomization to end of treatment (Randomized safety population) .........................1707

Table 11.3.9.1- 6   Orthostatic changes in vital sign data, change from randomization by visit (OC, randomized safety population)......................................1708

Table 11.3.9.1- 7   Supine vital signs data, clinically important values in at least 30% of assessments (Randomized safety population) ..................................1710

Table 11.3.9.1- 8   Supine vital signs data, shift to clinically important values at any time (randomized safety population) ....................................................1711

Table 11.3.9.1- 9   Supine vital signs data, shift from randomization to end of treatment (Randomized safety population)...................................................1713

Table 11.3.9.1- 10  Standing vital signs data, clinically important values in at least 30% of assessments (Randomized safety population)........................1714

Table 11.3.9.1- 11  Standing vital signs data, shift to clinically important values at any time (randomized safety population) ....................................................1715

Table 11.3.9.1- 12  Standing vital signs data, shift from randomization to end of treatment (Randomized safety population)...................................................1717

Table 11.3.9.1- 13  Orthostatic changes in vital signs data, shift to clinically important values at any time (randomized safety population) ...........................1718

Table 11.3.9.1- 14  Orthostatic changes in vital signs data, shift from randomization to end of treatment (randomized safety population)................................1719

Table 11.3.9.1- 15  Supine vital signs data, change from enrollment to end of open-label treatment (Open-label safety population) ...................................1720

Table 11.3.9.1- 16  Supine vital signs data, change from enrollment by visit (OC, Open-label safety population) ...............................................................1721

Table 11.3.9.1- 17  Standing vital signs data, change from enrollment to end of open-label treatment (Open-label safety population) ...................................1723

Table 11.3.9.1- 18  Standing vital signs data, change from enrollment by visit (OC, Open-label safety population) ...............................................................1724

Table 11.3.9.1- 19  Orthostatic changes in vital signs data, change from enrollment to end of open-label treatment (Open-label safety population)...............1729

CONFIDENTIAL
AZSER12744491

Clinical Study Report
Study code: D1447C00126

Table 11.3.9.1- 20 Orthostatic changes in vital sign data, change from enrollment by visit (OC, Open-label safety population)................................................1730

Table 11.3.9.1- 21 Supine vital signs data, clinically important values in at least 30% of assessments (Open-label safety population) ...................................1735

Table 11.3.9.1- 22 Supine vital signs data, shift to clinically important values at any time (Open-label safety population)......................................................1736

Table 11.3.9.1- 23 Supine vital signs data, shift from enrollment to end of open-label treatment (Open-label safety population)...........................................1738

Table 11.3.9.1- 24 Standing vital signs data, clinically important values in at least 30% of assessments (Open-label safety population) ...........................1739

Table 11.3.9.1- 25 Standing vital signs data, shift to clinically important values at any time (Open-label safety population)....................................................1740

Table 11.3.9.1- 26 Standing vital signs data, shift from enrollment to end of open-label treatment (Open-label safety population) ...................................1742

Table 11.3.9.1- 27 Orthostatic changes in vital signs data, shift to clinically important values at any time (Open-label safety population) ...............................1743

Table 11.3.9.1- 28 Orthostatic changes in vital signs data, shift from enrollment to end of open-label treatment (Open-label safety population)................1744

Table 11.3.9.2- 1  ECG rates and intervals, change from randomization to end of treatment (Randomized safety population)..........................................1746

Table 11.3.9.2- 2  ECG rates and intervals, change from randomization by visit (OC, Randomized safety population) ..............................................................1748

Table 11.3.9.2- 3  ECG rates and intervals, clinically important values at any time (randomized safety population) .............................................................1752

Table 11.3.9.2- 4  ECG rates and intervals, patients with clinically important values at end of treatment (randomized safety population)..........................1753

Table 11.3.9.2- 5  ECG data, shift to clinically important values at any time (randomized safety population) .............................................................1755

Table 11.3.9.2- 6  ECG data, shift from randomization to end of treatment (randomized safety population) .............................................................1756

Table 11.3.9.2- 7  ECG rate and interval data, change from enrollment to end of open-label treatment (Open-label safety population) ..........................1758

Table 11.3.9.2- 8  ECG rates and intervals, clinically important values at any time (Open-label safety population) .............................................................1761

Table 11.3.9.4- 1  Weight data, change from randomization to end of treatment (Randomized safety population).........................................................1762

CONFIDENTIAL
AZSER12744492

Clinical Study Report
Study code: D1447C00126

Table 11.3.9.4- 2  Weight data, change from randomization by visit (LOCF, randomized safety population) .......................................................1763

Table 11.3.9.4- 3  Weight data, change from randomization by visit (OC, randomized safety population) .......................................................1766

Table 11.3.9.4- 4  Weight data by BMI category, change from randomization to end of treatment (Randomized safety population) .....................................1768

Table 11.3.9.4- 5  BMI data, change from randomization to end of treatment (Randomized safety population)..........................................................1771

Table 11.3.9.4- 6  BMI data, change from randomization by visit (LOCF, randomized safety population) .......................................................1771

Table 11.3.9.4- 7  BMI data, change from randomization by visit (OC, randomized safety population) ....................................................................1774

Table 11.3.9.4- 8  Weight data, patients with $\geq$7% change from randomization to end of treatment (LOCF, Randomized safety population) ........................1777

Table 11.3.9.4- 9  Weight data, $\geq$7% increase from randomization, by visit (OC, Randomized safety population) .............................................................1778

Table 11.3.9.4- 10 Weight data, change from enrollment to end of open-label treatment (Open-label safety population) .........................................1780

Table 11.3.9.4- 11 BMI data, change from enrollment to end of open-label treatment (Open-label safety population) .........................................1780

Table 11.3.9.4- 12 Weight data, patients with $\geq$7% increase from enrollment to end of open-label treatment (LOCF, Open-label safety population) ...............1781

Table 11.3.9.4- 13 Weight data, change from enrollment to end of open-label treatment (ITT population) ................................................................1782

Table 11.3.9.5- 1  Metabolic risk factors, treatment emergent development of $\geq$3 risk factors at end of treatment (Randomized safety population)...............1783

Table 11.3.9.5- 2  Metabolic risk factors, treatment emergent development of risk factors at end of treatment (Randomized safety population)...............1783

Table 11.3.9.5- 3  Metabolic risk factors excluding triglycerides, development of $\geq$3 risk factors at end of treatment (randomized safety population)..........1785

Table 11.3.9.5- 4  Metabolic risk factors, shift from randomization to end of treatment (Randomized safety population)..........................................1785

Table 11.3.9.5- 5  Metabolic risk factors, treatment emergent development of $\geq$3 risk factors at end of treatment, >8 h fasting (Randomized safety population)........................................................................1787

Table 11.3.9.5- 6  Metabolic risk factors, treatment emergent development of risk factors at end of treatment, >8 h fasting (Randomized safety population)........................................................................1787

46

Table 11.3.9.5- 7   Metabolic risk factors excluding triglycerides, development of ≥3 risk factors at end of treatment, >8 h fasting (Randomized safety population)................................................................................1788

Table 11.3.9.5- 8   Metabolic risk factors, shift from randomization to end of treatment, >8 h fasting (Randomized safety population) ....................1789

Table 11.3.9.5- 9   Metabolic risk factors, ≥3 risk factors at end of open-label treatment (Open-label safety population)............................................1790

Table 11.3.9.5- 10  Metabolic risk factors, ≥3 risk factors at end of open-label treatment, >8 h fasting (Open-label safety population).......................1790

Table 11.3.9.6- 1   SAS total score, change from randomization to end of treatment (randomized safety population).............................................1791

Table 11.3.9.6- 2   SAS total score, change from randomization, by visit (OC, Randomized safety population)................................................1791

Table 11.3.9.6- 3   SAS total score, categorical change from randomization to end of treatment (randomized safety population)...................................1794

Table 11.3.9.7- 1   BARS Global assessment, change from randomization to end of treatment (randomized safety population)....................................1794

Table 11.3.9.7- 2   BARS Global assessment, change from randomization, by visit (OC, Randomized safety population)................................................1795

Table 11.3.9.7- 3   BARS Global assessment, categorical change from randomization to end of treatment (randomized safety population)...........................1797

Table 11.3.9.8- 1   AIMS total score, change from randomization to end of treatment (randomized safety population).............................................1798

Table 11.3.9.8- 2   AIMS total score, change from randomization, by visit (OC, randomized safety population) ............................................1799

Table 11.3.9.8- 3   AIMS total score, categorical change from randomization to end of treatment (randomized safety population).......................................1801

## LIST OF FIGURES                                                PAGE

Figure 1          Study chart................................................................................63

Figure 2          Visit schedule: Enrollment and Open-label treatment Phase .................64

Figure 3          Visit schedule: Randomized treatment Phase...........................................65

Figure 4          Patient disposition (completion or discontinuation)..............................126

Figure 5          Analysis sets ............................................................................129

CONFIDENTIAL
AZSER12744494

Clinical Study Report
Study code: D1447C00126

Figure 6            Time to recurrence of a mood event, Kaplan Meier curves (ITT population)..................................................................................142

Figure 7            Time to all cause discontinuation, Kaplan Meier curves (ITT population)..................................................................................145

Figure 8            Time to recurrence of a manic event, Kaplan Meier curves (ITT population)..................................................................................146

Figure 9            Time to recurrence of a depressed event, Kaplan Meier curves (ITT population) ................................................................148

Figure 10           Median quetiapine dose during randomized treatment phase (ITT population)..................................................................................168

Figure 11.2.1- 1    Time to recurrence of a mood event, Kaplan Meier curves (ITT population)..................................................................................713

Figure 11.2.1- 2    Time to all cause discontinuation, Kaplan Meier curves (ITT population)..................................................................................721

Figure 11.2.1- 3    Arjas plot (ITT population) ...........................................................726

Figure 11.2.2- 1    Time to recurrence of a manic event, Kaplan Meier curves (ITT population)..................................................................................728

Figure 11.2.3- 1    Time to recurrence of a depressed event, Kaplan Meier curves (ITT population) ................................................................732

Figure 11.2.4- 1    YMRS total score change from randomization, by visit, excluding mood events (Mean, OC, ITT population) .................................739

Figure 11.2.5- 1    MADRS total score change from randomization, by visit, excluding mood events (Mean, OC, ITT population............................755

Figure 11.2.6- 1    CGI-BP severity of overall bipolar illness change from baseline, by visit, excluding mood events (Mean, OC, ITT population)..............769

Figure 11.2.6- 2    CGI-BP severity of mania symptoms, change from randomization by visit, excluding mood event (Mean, OC, ITT population) ...............787

Figure 11.2.6- 3    CGI-BP severity of depressed symptoms, change from randomization by visit, excluding mood event (Mean, OC, ITT population)..................................................................................805

Figure 11.2.6- 4    CGI-BP improvement of overall bipolar illness, from randomization to end of treatment, by visit excluding mood event (Mean, OC, ITT population)...............................................................823

Figure 11.2.6- 5    CGI-BP improvement of mania symptoms, from randomization to end of treatment, by visit excluding mood event (Mean, OC, ITT population)..................................................................................838

CONFIDENTIAL
AZSER12744495

Clinical Study Report
Study code: D1447C00126

Figure 11.2.6- 6    CGI-BP improvement of depressed symptoms, from randomization to end of treatment, by visit excluding mood event (Mean, OC, ITT population).....................................................................853

Figure 11.2.7- 1    PANSS-P score change from randomization to end of treatment, by visit excluding mood event (Mean, OC, ITT population)................869

Figure 11.2.8- 1    SDS total score change from randomization to end of treatment, by visit excluding mood event (Mean, OC, ITT population)................877

Figure 11.2.9- 1    PGWB total score change from randomization to end of treatment, by visit, excluding mood event (Mean, OC, ITT population)...............892

Figure 11.3.1- 1    Median quetiapine dose during randomized treatment phase (ITT population)...............................................................................929

Figure 11.3.1- 2    Median quetiapine dose during randomized treatment phase (Randomized safety population)..............................................938

Figure 11.3.1- 3    Median quetiapine dose during open-label treatment phase (Open-label safety population) ................................................946

Figure 11.3.1- 4    Median quetiapine dose during last 12 weeks of open-label treatment phase (Open-label safety population)....................................947

Figure 11.3.8.4- 1  Shift plot: glucose (mg/dL) at baseline vs end of treatment, QTP + LI/VAL (randomized safety population)...............................................1505

Figure 11.3.8.4- 2  Shift plot: glucose (mg/dL) at baseline vs end of treatment, PLA + LI/VAL (randomized safety population)...............................................1506

Figure 11.3.8.4- 3  Shift plot: glucose (mg/dL) at baseline vs end of treatment, QTP + LI/VAL, diabetics (randomized safety population)............................1507

Figure 11.3.8.4- 4  Shift plot: glucose (mg/dL) at baseline vs end of treatment, PLA + LI/VAL, diabetics (randomized safety population)............................1508

Figure 11.3.8.4- 5  Shift plot: glucose (mg/dL) at baseline vs end of treatment, QTP + LI/VAL, diabetic risk (randomized safety population) ......................1509

Figure 11.3.8.4- 6  Shift plot: glucose (mg/dL) at baseline vs end of treatment, PLA + LI/VAL, diabetic risk (randomized safety population) ......................1510

Figure 11.3.8.4- 7  Shift plot: glucose (mg/dL) at baseline vs end of treatment, QTP + LI/VAL, non-diabetics (randomized safety population) ....................1511

Figure 11.3.8.4- 8  Shift plot: glucose (mg/dL) at baseline vs end of treatment, PLA + LI/VAL, non-diabetics (randomized safety population) ....................1512

Figure 11.3.8.4- 9  Shift plot: glucose (mg/dL) at baseline vs end of treatment, QTP + LI/VAL, >8 h fasting (randomized safety population)........................1513

Figure 11.3.8.4- 10 Shift plot: glucose (mg/dL) at baseline vs end of treatment, PLA + LI/VAL, >8 h fasting (randomized safety population) ...................1514

49

CONFIDENTIAL
AZSER12744496

Clinical Study Report
Study code: D1447C00126

Figure 11.3.8.4- 11 Shift plot: glucose (mg/dL) at baseline vs end of treatment, QTP + LI/VAL, diabetics, >8 h fasting (randomized safety population) ..... 1515

Figure 11.3.8.4- 12 Shift plot: glucose (mg/dL) at baseline vs end of treatment, PLA + LI/VAL, diabetics, >8 h fasting (randomized safety population) ..... 1516

Figure 11.3.8.4- 13 Shift plot: glucose (mg/dL) at baseline vs end of treatment, QTP + LI/VAL, diabetic risk, >8 h fasting (randomized safety population) ................................................................................. 1517

Figure 11.3.8.4- 14 Shift plot: glucose (mg/dL) at baseline vs end of treatment, PLA + LI/VAL, diabetic risk, >8 h fasting (randomized safety population) ................................................................................. 1518

Figure 11.3.8.4- 15 Shift plot: glucose (mg/dL) at baseline vs end of treatment, QTP + LI/VAL, non-diabetics, >8 h fasting (randomized safety population) ................................................................................. 1519

Figure 11.3.8.4- 16 Shift plot: glucose (mg/dL) at baseline vs end of treatment, PLA + LI/VAL, non-diabetics, >8 h fasting (randomized safety population) ................................................................................. 1520

Figure 11.3.8.4- 17 Blood sampling for clinical labs, cumulative percentage of patients by time of day (at randomization) (randomized safety population) ................................................................................. 1569

Figure 11.3.8.4- 18 Blood sampling for clinical labs, cumulative percentage of patients by time of day (final assessment) (randomized safety population) ................................................................................. 1570

Figure 11.3.8.7- 1 Shift plot: glucose (mg/dL) at enrollment vs end of open-label treatment, QTP + LI/VAL (Open-label safety population) ................. 1645

Figure 11.3.8.7- 2 Shift plot: glucose (mg/dL) at enrollment vs end of open-label treatment, QTP + LI/VAL, > 8 h fasting (Open-label safety population) ................................................................................. 1646

Figure 11.3.8.7- 3 Shift plot: glucose (mg/dL) at enrollment vs end of open-label treatment, QTP + LI/VAL, diabetics (Open-label safety population) ................................................................................. 1647

Figure 11.3.8.7- 4 Shift plot: glucose (mg/dL) at enrollment vs end of open-label treatment, QTP + LI/VAL, diabetic risk (Open-label safety population) ................................................................................. 1648

Figure 11.3.8.7- 5 Shift plot: glucose (mg/dL) at enrollment vs end of open-label treatment, QTP + LI/VAL, non-diabetics (Open-label safety population) ................................................................................. 1649

Figure 11.3.8.7- 6 Shift plot: glucose (mg/dL) at enrollment vs end of open-label treatment, QTP + LI/VAL, diabetics, >8 h fasting (Open-label safety population) ................................................................................. 1650

CONFIDENTIAL
AZSER12744497

Figure 11.3.8.7- 7   Shift plot: glucose (mg/dL) at enrollment vs end of open-label treatment, QTP + LI/VAL, diabetic risk, >8 h fasting (Open-label safety population) .................................................................................1651

Figure 11.3.8.7- 8   Shift plot: glucose (mg/dL) at enrollment vs end of open-label treatment, QTP + LI/VAL, non-diabetic, >8 h fasting (Open-label safety population) ...............................................................................1652

## LIST OF APPENDICES

12          Appendices

12.1        Study information

12.2        Patient data listings

If required by the authority, appendices 12.3 Case report forms and 12.4 Individual patient data (US archival listings) will be included in the appropriate section of the application

51

CONFIDENTIAL
AZSER12744498

Clinical Study Report
Study code: D1447C00126

# LIST OF ABBREVIATIONS AND DEFINITION OF TERMS

The following abbreviations and special terms are used in this study report.

| Abbreviation or special term | Explanation |
|---|---|
| AE | Adverse event (see definition in Section 5.5.7.2). |
| AIMS | Abnormal Involuntary Movement Scale |
| ALT | Alanine aminotransferase |
| ANCOVA | Analysis of covariance |
| Assessment | An observation made on a variable involving a subjective judgement (assessment) |
| AST | Aspartate aminotransferase |
| BARS | Barnes Akathisia Rating Scale |
| BMI | Body Mass Index |
| BP | Bipolar Disorder |
| BUN | Blood urea nitrogen |
| CBC | Complete Blood cell Count |
| CGI-BP | Clinical Global Impression- Bipolar |
| CI | Confidence interval |
| CNS | Central nervous system |
| CRF | Case Report Form |
| CRO | Clinical Research Organization |
| CST | Clinical Study Team |
| DAE | Adverse event leading to discontinuation of a patient from study treatment |
| DM | Diabetes Mellitus |
| DSM-IV | Diagnostic and Statistical Manual of Mental Disorders- Fourth Edition |
| ECG | Electrocardiogram |
| ECT | Electroconvulsive therapy |
| EPS | Extrapyramidal symptoms |
| FDA | Food and Drug Administration |
| GCP | Good Clinical Practice |
| HR | Hazard ratio |
| HCG | Human Chorionic Gonadotropin |
| ICF | Informed Consent Form |

CONFIDENTIAL
AZSER12744499

Clinical Study Report
Study code: D1447C00126

| Abbreviation or special term | Explanation |
| --- | --- |
| ICH | International Conference on Harmonization |
| IEC | Independent Ethics Committee |
| IRB | Institutional Review Board |
| International Co-ordinating investigator | If a study is conducted in several countries the International Co-ordinating Investigator is the Investigator co-ordinating the investigators and/or activities internationally. |
| ITT | Intent-to-treat |
| LOCF | Last observation carried forward |
| MADRS | Montgomery-Asberg Depression Rating Scale |
| MEB | Medicines Evaluation Board (the Dutch Regulatory Authority) |
| Measurement | An observation made on a variable using a measurement device. |
| MedDRA | Medical Dictionary for Regulatory Activities |
| MS | Mood stabilizer |
| NCSL | Non-center-specific labeling |
| OC | Observed cases |
| Outcome variable | A variable (usually a derived variable) specifically defined to be used in the analysis of a study objective. |
| Overdose | Ingestion of Investigational Product (quetiapine or placebo) > 800 mg/day. |
| PANSS-P | Positive and Negative Syndrome Scale-Positive Subscale |
| Parameter | A quantity (usually unknown) that characterizes the distribution of a variable in a population of patients. |
| PGWB | Psychological General Well-being Scale |
| Principal investigator | A person responsible for the conduct of a clinical study at an investigational study site. Every investigational study site has a principal investigator. |
| PROs | Patient Reported Outcomes |
| PP | Per-protocol |
| QOL | Quality of Life |
| SAE | Serious adverse event (see definition in Section 5.5.7.2) |
| SAP | Statistical Analysis Plan |
| SAS | Simpson-Angus Scale |
| SDS | Sheehan Disability Scale |
| TSH | Thyroid-stimulating hormone |
| T3 | Triiodothyronine |

53

CONFIDENTIAL
AZSER12744500

Clinical Study Report
Study code: D1447C00126

| Abbreviation or special term | Explanation |
|---|---|
| T4 | Thyroxine |
| Valproate | Valproate is a general term referring to a family of medications including the various formulations of divalproex. |
| Variable | A characteristic or a property of a patient that may vary eg from time to time or between patients. |
| WBC | White Blood Cell |
| YMRS | Young Mania Rating Scale |

CONFIDENTIAL
AZSER12744501

Clinical Study Report
Study code: D1447C00126

## 1.      ETHICS

### 1.1      Ethics review

The final Clinical Study Protocol (CSP), including the final version of the Patient Information and Consent Form(s), was approved or given a favorable opinion in writing by an Independent Ethics Committee (IEC) before enrollment of any patient into the study.  The principal investigator was responsible for informing the IEC of any amendment to the protocol as per local requirements.  The IECs/Institutional Review Boards (IRBs) in each country that participated in the study are listed in Appendix 12.1.3.

### 1.2      Ethical conduct of study

The study was performed in accordance with the ethical principles that have their origin in the Declaration of Helsinki and that are consistent with ICH/Good Clinical Practice and applicable regulatory requirements and the AstraZeneca policy on Bioethics.

### 1.3      Patient information and consent

The principal investigator ensured that the patient was given full and adequate oral and written information about the nature, purpose, possible risks, and benefits of the study.  Patients were also notified that they were free to discontinue their participation in the study at any time.  The patient was given the opportunity to ask questions and time for consideration of those questions.  The patient's signed informed consent had to be obtained before any study-specific procedure was conducted.

The English master version of the Patient Information and Consent Form is provided in Appendix 12.1.3.  If modifications were made according to local requirements, the new version was approved by AstraZeneca.

## 2.      INVESTIGATORS AND STUDY ADMINISTRATIVE STRUCTURE

### 2.1      Staff at investigational sites

The study was conducted in 177 study sites in 18 countries Australia, Belgium, Bulgaria, Czech Republic, Finland, France, Germany, Hungary, Italy, Norway, Poland, Russia, Spain, Sweden, Turkey, UK, US and South Africa)  The principal investigators, co-investigators and other personnel who carried out important study activities are listed by study site in Appendix 12.1.4.1.

### 2.2      AstraZeneca study personnel

Table 1 lists key participating personnel at AstraZeneca.  An expanded list is located in Appendix 12.1.4.2.

CONFIDENTIAL
AZSER12744502

Clinical Study Report
Study code: D1447C00126

| Table 1 | AstraZeneca personnel contributing to the study | |
|---|---|---|

| Name | Position | Role in study |
|---|---|---|
| Maria Fernström | Study Delivery Leader | Clinical Study Management |
| Ivan Eggens | Clinical Research Physician | Study Team Physician |
| Inger Persson | Senior Statistician | Clinical Study Team Biostatistician |
| Annika Häggman | Senior Study Delivery Operations Specialist | Operational Study Lead |
| Helena Ljungström | Study Delivery Operations Specialist | Operational Study Lead |
| Agneta Gunillasson | Senior Data Management Technology Analyst | Clinical Study Team Data Manager |
| Grace Lu | Principle Programmer | Clinical Study Team Programmer |
| Bengt Olsson | Medical Communication Scientist | Report Author |

## 2.3     Other participants

### 2.3.1     Non-sponsor organizations or individuals

A central laboratory, Quintiles Laboratories, performed all laboratory analyses and logistics for shipments of genetic samples. See Appendix 12.1.4.4 for specific laboratory in different countries.

Genetic samples were extracted by Tepnel and then forwarded to Clinical Genotyping Group R & D Genetics AstraZeneca, Alderley Park

>       Tepnel Life Sciences PLC
>       Heron House
>       Oaks Business Park
>       Crewe Road, Wythenshawe,
>       Manchester M23 9HZ
>       UK

ECGs were evaluated by eRT

>       eResearch Technology Limited
>       Pegasus House, Bakewell Road
>       Orton Southgate
>       Peterborough PE2 6YS
>       UK

Standardized certification of YMRS, MADRS and CGI-BP was performed by UBC (United Biosource Corporation, previously named Pharmastar) who also kept track of certified raters. They also performed training in AIMS, BARS and SAS (no certification).

56

CONFIDENTIAL
AZSER12744503

Clinical Study Report
Study code: D1447C00126

UBC
575 E, Swedesford Road
Suite 101
Wayne, PA 19087
USA

The service and coordination regarding e-diaries were performed by PHT Corporation Sàrl

PHT Corporation Sàrl
2, chemin Louis-Hubert
1213 Petit-Lancy, Geneva
SWITZERLAND

Scales translations were performed by Mapi Research Institute

Mapi Research Institute
27 rue de la Villette
69003 Lyon
FRANCE

**2.3.2    Study committees**

See Appendix 12.1.4.3.


# 3.    INTRODUCTION

This study provided long-term efficacy data on quetiapine when used as adjunct with a mood stabilizer (lithium or valproate) in increasing time to recurrence of a mood event in patients with Bipolar I Disorder.  (Valproate is a general term, and used in this CSR referring to a family of medications including the various formulations of divalproex.)

Bipolar I Disorder is a psychiatric disorder that is characterized by 1 or more manic or mixed episodes, usually accompanied by major depressed episodes.  It is a serious, lifelong medical condition, which is associated with a lifetime risk of suicide attempt up to 50% (Jamison 2000, Valtonen et al 2005).  The rate of suicide has been estimated among bipolar patients to be 0.4% per year compared to the general population average of 0.017% per year (Baldessarini and Tondo 2003).  The lifetime prevalence of bipolar spectrum disorder, including both bipolar I and bipolar II type, has been estimated to be as high as 3.7%, evenly distributed between men and women (Hirschfeld et al 2003).

Although many treatment options are now available, there is still a substantial number of patients suffering from bipolar disorder not receiving appropriate pharmacotherapy.  Hence, there is a clear need for efficacious and well tolerated agents to treat and prevent episodes of acute mania and depression.  Current therapies for bipolar disorder prevent recurrence of illness in only 25% to 33% of patients (Tondo et al 1998) While some patients can be safely treated with a single medication, the majority of patients require multiple medications to

CONFIDENTIAL
AZSER12744504

manage the numerous symptoms of bipolar disorder.  Lithium, the historical 'gold standard,' is still extensively prescribed for bipolar disorder.  In recent years, the atypical antipsychotics (eg, olanzapine [alone or in combination with fluoxetine], risperidone, aripriprazole, ziprasidone, quetiapine) have been recommended in treatment guidelines (NICE 2006, Hirschfeld 2005, Keck et al 2004) and increasingly used as first line treatments in acute mania (Keck 2005), and also in acute bipolar depression (European Agency for the Evaluation of Medicinal Products for Human Use, Gao et al 2005).  Because of the safety and tolerability profiles of the atypical antipsychotics and the risk of relapse, there is there is an interest in continuing treatment, beyond resolution of the acute episode, into the 'maintenance' phase.

Quetiapine fumarate (quetiapine) is a dibenzothiazepine derivative approved in many countries world wide following development by AstraZeneca for the acute treatment of patients with schizophrenia and bipolar mania, and bipolar depression in the US.  Quetiapine is an atypical antipsychotic agent, which interacts with a broad range of neurotransmitter receptors.  Quetiapine exhibits a higher affinity for serotonin ($5HT_2$) receptors in the brain than it does for dopamine $D_1$ and $D_2$ receptors in the brain.  Quetiapine also has high affinity at histaminergic and adrenergic $\alpha_1$ receptors, with a lower affinity at adrenergic $\alpha_2$ receptors, but no appreciable affinity at cholinergic muscarinic or benzodiazepine receptors.

The efficacy and safety of quetiapine when used as monotherapy and as adjunct with a mood stabilizer (lithium or valproate) in the treatment of bipolar mania have been shown in a series of randomized placebo-controlled studies.  In 2 monotherapy studies, comparing quetiapine to placebo, quetiapine was effective in reducing core manic symptoms, agitation and aggression, and psychotic symptoms in patients with acute mania, and it improved functional status (McIntyre et al 2005, Bowden et al 2005).  In a 3-week study with quetiapine used as adjunct therapy with lithium or valproate, quetiapine plus mood stabilizer was significantly more effective than mood stabilizer alone in reducing core manic symptoms, agitation and aggression, and psychotic symptoms in patients with psychotic symptoms at baseline (Sachs et al 2004).

Moreover, superior efficacy of quetiapine compared to placebo for up to 8 weeks in the treatment of a depressed episode in patients with bipolar I and II disorder has been demonstrated in 2 randomized placebo-controlled studies (Calabrese et al 2005, Thase et al 2006).

Quetiapine is currently the only atypical antipsychotic approved by the FDA for bipolar mania and bipolar depression.

# 4.   STUDY OBJECTIVES

## 4.1   Primary objective

The primary objective was to evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a mood event.

58

CONFIDENTIAL
AZSER12744505

Recurrence was defined as (1) initiation of an antipsychotic, antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a manic, depressed or mixed event, (2) hospitalization for a manic, depressed or mixed event, (3) Young Mania Rating Scale (YMRS) (Young et al 1978) score $\geq$20 at 2 consecutive assessments or at the final assessment if the patient discontinues, or Montgomery-Asberg Depression Rating Scale (MADRS) (Montgomery and Asberg 1979) score $\geq$20 at 2 consecutive assessments or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic, depressed or mixed event.

## 4.2    Secondary objectives

1.      To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a manic event. Recurrence is defined as (1) initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a manic event or mixed event with predominantly manic symptoms, (2) hospitalization for a manic event or mixed event with predominantly manic symptoms, or (3) YMRS total score $\geq$20 at 2 consecutive assessments or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic event or mixed event with predominantly manic symptoms.

2.      To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a depressed event.  Recurrence is defined as (1) initiation of an antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a depressed event or mixed event with predominantly depressed symptoms, (2) hospitalization for a depressed event or mixed event with predominantly depressed symptoms, or (3) MADRS score $\geq$20 at 2 consecutive assessments or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a depressed event or mixed event with predominantly depressed symptoms.

3.      To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in decreasing the severity of manic and depressive symptoms between mood events as assessed by the YMRS, the MADRS and the Clinical Global Impression-Bipolar (CGI-BP) (Spearing et al 1997).

4.      To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in decreasing the severity of psychotic symptoms between mood events as assessed by the Positive and Negative Syndrome Scale-Positive Subscale (PANSS-P) (Kay et al 1987).

59

CONFIDENTIAL
AZSER12744506

Clinical Study Report
Study code: D1447C00126

5.    To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in improving level of functioning between mood events as assessed by the Sheehan Disability Scale (SDS) (Sheehan 1983, Sheehan et al 1996).

6.    To explore the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in improving Quality of Life (QOL) as assessed by the Psychological General Well-being Scale (PGWB) (Dupuy 1984).

7.    To explore the level of patient acceptance of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) as assessed by time to all-cause discontinuation.

8.    To determine whether quetiapine when used as adjunct to mood stabilizer (lithium or valproate) is safe and well-tolerated as assessed by adverse events (AEs), laboratory values, vital signs, extrapyramidal symptoms (EPS) scales (Simpson Angus Scale [SAS] [Simpson and Angus 1970], Barnes Akathisia Rating Scale [BARS] [Barnes 1989], and Abnormal Involuntary Movement Scale [AIMS] [Guy 1976]), physical examinations, and electrocardiograms (ECGs).

# 5.    STUDY PLAN AND PROCEDURES

The overall study design and plan are presented and discussed in Section 5.1 and Section 5.2, respectively.  The study population and its relationship to the intended target population are defined in Section 5.3.  Study treatments and dosing regimens are described in Section 5.4. Study measurements and variables are described and justified in Section 5.5, and measures taken to ensure the quality of study data are described in Section 5.6.  Statistical methods and presentation of the data are detailed in Section 5.7.  Any changes to the planned conduct of the study, or planned statistical analyses, are presented in Section 5.8.

## 5.1    Overall study design and flow chart

The study was performed as a multicenter, randomized, parallel-group, double-blind study to compare quetiapine with placebo when used as adjunct to lithium or valproate in the maintenance treatment of adult patients with Bipolar I Disorder for up to 104 weeks.  To observe a total of 227 mood events, it was estimated that approximately 1700 patients should be enrolled, giving approximately 710 randomized patients at 200 centers with an average enrollment of 8-9 patients per center.  The final number of enrolled and randomized patients is presented in Section 6.2.  The study consisted of enrollment and 2 phases, a 12 weeks up to 36 weeks open-label treatment phase, and an up to 104 weeks randomized treatment phase.

The primary objective was to evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a mood event in patients with Bipolar I Disorder.  To be eligible for the study a patient had to have an acute manic, depressed or mixed episode at enrollment or have had a past manic, depressed or

CONFIDENTIAL
AZSER12744507

Clinical Study Report
Study code: D1447C00126

mixed episode within 26 weeks, as documented by medical records, treated with quetiapine and mood stabilizer (lithium or valproate).  Once enrolled, a patients had to be treated with quetiapine and the assigned mood stabilizer for at least 12 weeks up to 36 weeks before he/she could be randomized.  Patients who did not meet the eligibility criteria for randomization at week 36 were taken out of the study.

### 5.1.1    Enrollment

The enrollment process could last for up to 7 days.  At the first visit (ie, Visit S0), patients, or a legally acceptable representative, provided informed consent and subsequently completed all required laboratory and clinical evaluations (see Section 5.5.2).  Patients who met all inclusion criteria and none of the exclusion criteria (see Section 5.3.2.1 and Section 5.3.2.2) were enrolled into the open-label treatment phase at Visit S1, that had to occur within 7 days of Visit S0.  If the enrollment exceeded 7 days, all evaluations had to be repeated before the patient could enter the open-label treatment phase.

### 5.1.2    Open-label treatment phase

The purpose of the open-label treatment phase was to achieve stabilization and confirm stability of the patient's clinical condition and of the dosages of quetiapine and mood stabilizer before randomization.  The first dose of open-label treatment was dispensed at the first visit (S1) after Visit S0.  Visits occurred monthly with an option to perform additional visits at week 1 (visit S2) and week 2 (visit S3), depending on the patient's clinical condition, as judged by the investigator.

During the open-label treatment phase, patients were treated with open-label quetiapine (400-800 mg daily in divided doses with a recommended target dose of 600 mg) and a mood stabilizer (lithium or valproate with a trough serum concentration of 0.5 mEq/L to 1.2 mEq/L for lithium and 50 µg/ml to 125 µg/ml for valproate) chosen by the investigator according to his or her clinical judgement.  Other antipsychotic and psychoactive medications (eg, antidepressants and anxiolytics) could also be used as clinically indicated during this phase, with exception of the last 12 weeks prior to randomization (see Section 5.4.5).

Patients entering the open-label treatment phase had to be treated with quetiapine and mood stabilizer (lithium or valproate) during this phase for a minimum of 12 weeks before being eligible to meet the criteria for randomization.

Patients with a manic, depressed or mixed episode within the last 26 weeks prior to enrollment, had to be treated with quetiapine and mood stabilizer (lithium or valproate) continuously until the time of eligibility for randomization.  An interruption of the treatment for a maximum of 2 continuous weeks was permitted during the period from the manic, depressed or mixed episode up to enrollment into the open-label treatment phase, with patient still eligible for randomization.

To be randomized, patients had to meet all the inclusion criteria (see Section 5.3.3.1) and none of the exclusion criteria for randomization (see Section 5.3.3.2).  Patients had to be randomized within 3 days after fulfilling all the inclusion criteria and none of the exclusion

61

CONFIDENTIAL
AZSER12744508

Clinical Study Report
Study code: D1447C00126

criteria for randomization.  If the patient was not randomized within 3 days, inclusion and exclusion criteria for randomization would be reassessed.

If the patient discontinued during the Open-label treatment Phase, assessments should be performed as described in Table 2.

### 5.1.3        Randomized treatment phase

Patients who met all the inclusion criteria for randomization and none of the exclusion criteria for randomization were randomized (at Visit 1) in a blinded fashion to quetiapine or placebo twice daily (400-800 mg daily in divided doses with a recommended target dose of 600 mg) plus open-label mood stabilizer (lithium or valproate) with a trough serum concentration of 0.5 mEq/L to 1.2 mEq/L for lithium and 50 µg/ml to 125 µg/ml for valproate).  Starting at Visit 1 (the day of randomization), open-label 100 mg quetiapine tablets would be replaced with 100 mg tablets of blinded investigational product at a rate of 1 tablet per every 2 days (see Section 5.4.2  for more detailed information).

Randomization was stratified by assigned mood stabilizer (lithium or valproate) (see Section 5.7.4.1).

Patients continued in the randomized treatment phase for up to 104 weeks, or until they met any of the criteria (see Section 5.5.3.1) for a mood event (manic, depressed or mixed), or until the study was terminated by AstraZeneca.  Once a mood event occurred, the patient had to be discontinued from the study according to the procedures stated in Section 5.3.5.4.  The mood event was reported to the monitor within 3 days of event onset.  Patients could also be discontinued from study treatment and assessments due to lack of efficacy, adverse event, patient lost to follow-up, protocol noncompliance, informed consent withdrawn, or other (see Section 5.3.5.1).

Recruitment of patients to the open-label treatment phase ceased (7 mars 2006) when it was estimated that a sufficient number of patients had been recruited to provide a total of 227 mood events (See Section 5.7.6).  The study was terminated (10 aug 2006) when the required number of events had occurred (at least 227 mood events).

Figure 1 shows the design of the study and the sequence of treatment periods.

CONFIDENTIAL
AZSER12744509

Clinical Study Report
Study code: D1447C00126

**Figure 1**      **Study chart**



63

CONFIDENTIAL
AZSER12744510

Clinical Study Report
Study code: D1447C00126

**Figure 2      Visit schedule: Enrollment and Open-label treatment Phase**



CONFIDENTIAL
AZSER12744511

Clinical Study Report
Study code: D1447C00126

**Figure 3        Visit schedule: Randomized treatment Phase**



Table 2 summarizes the study procedures and assessments conducted at each time point.

65

Clinical Study Report
Study code: D1447C00126

## Table 2    Study plan, open-label treatment phase

| Study week: | | 0 | 1 | 2 | 4 | 8 | 12 | 16 | 20 | 24 | 28 | 32 | 36 | Discontinuation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Visit number:** | Enrollment | S1 | S2 (optional) | S3 (optional) | S4 | S5 | S6 | S7 | S8 | S9 | S10 | S11 | S12 | |
| Informed consent | ✓ | | | | | | | | | | | | | |
| Eligibility criteria for open-label treatment phase | ✓ | | | | | | | | | | | | | |
| Eligibility criteria for randomization | | | | | | | | | | | | | ✓ | |
| Demography and diagnosis | ✓ | | | | | | | | | | | | | |
| Medical, psychiatric, and medication history | ✓ | | | | | | | | | | | | | |
| Concurrent medications | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| YMRS | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| MADRS | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| CGI-BP | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| PANSS-P | ✓ | | | | | | | | | | | | | |
| SDS[a] | ✓ | | | | | | | | | | | | | |
| Adverse events | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Physical examination[b] | ✓ | | | | | | | | | | | | | ✓ |
| Urinalysis | ✓ | | | | | | | | | | | | | |
| Urine toxicology | ✓ | | | | | | | | | | | | | |
| Serum pregnancy test | ✓ | | | | | | | | | | | | | |
| Vital signs | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Weight | | | ✓ | | | | ✓ | | | ✓ | | | ✓ | ✓ |
| Height | ✓ | | | | | | | | | | | | | |
| Electrocardiogram | ✓ | | | | | | | | | | | | | |
| Serum chemistry | ✓ | | | | | | ✓[c] | | | ✓[c] | | | | |
| Thyroid Function Tests | ✓ | | | | | | | | | | | | | |
| Hematology | ✓ | | | | ✓[d] | ✓[d] | ✓ | | | ✓ | | | | |
| Optional Genetic Blood Sample | ✓ | | | | | | | | | | | | | |
| Mood stabilizer level | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Drug dispensing | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Drug accountability | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

CGI-BP Clinical Global Impression-Bipolar.  MADRS Montgomery-Asberg Depression Rating Scale.  PANSS-P Positive and Negative Syndrome Scale-Positive Subscale.  SDS Sheehan Disability Scale.  YMRS Young Mania Rating Scale.

a   To be completed by the patient prior to clinical evaluation
b   Physical examination to include ophthalmoscopic examination
c   Only s-insulin, p-glucose and HbA1c
d   Does not include HbA1c

66

CONFIDENTIAL
AZSER12744513

Clinical Study Report
Study code: D1447C00126

**Table 3**      **Study plan: randomized treatment phase**

| Study plan | Randomization | Randomized treatment Phase | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Study week: | 0 | 1 | 2 | 4 | 6 | 8 | 12 | 16 | 20 | 24 | 28 |
| Visit Number: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| Eligibility criteria for randomization | ✓ | | | | | | | | | | |
| Concurrent medications | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| YMRS | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| MADRS | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| CGI-BP | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| PANSS-P | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ |
| SDS[a] | ✓ | | | | | | ✓ | | | | ✓ |
| PGWB[a] | ✓ | | | | | | ✓ | ✓ | | ✓ | ✓ |
| SAS, BARS, AIMS | ✓ | | | | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ |
| Adverse events | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Physical examination[b] | ✓ | | | | | | | | | | ✓ |
| Urinalysis | ✓ | | | | | | | | | | |
| Serum pregnancy test | ✓ | | | | | | | | | | |
| Vital signs | ✓ | | | | | | ✓ | | | | ✓ |
| Weight | ✓ | | | ✓ | | | | | | | ✓ |
| Electrocardiogram | ✓ | | | | | | | | | | ✓ |
| Serum chemistry | ✓ | | | | | | ✓ | | | | ✓ |
| Thyroid Function Tests | ✓ | | | | | | | | | | ✓ |
| Hematology | ✓ | | | | | | ✓ | | | | ✓ |
| Mood stabilizer level | ✓ | | | ✓ | ✓ | | ✓ | ✓ | | ✓ | ✓ |
| Drug dispensing | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Drug accountability | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

AIMS Abnormal Involuntary Movement Scale.  BARS Barnes Akathisia Rating Scale.  CGI-BP Clinical Global Impression-Bipolar.  MADRS Montgomery-Asberg Depression Rating Scale.  PANSS-P Positive and Negative Syndrome Scale-Positive Subscale.  PGWB Psychological General Well-being Scale.  SAS Simpson-Angus Scale.  SDS Sheehan Disability Scale.  YMRS Young Mania Rating Scale.

a   To be completed by the patient prior to clinical evaluation

b   Physical examination to include ophthalmoscopic examination

CONFIDENTIAL
AZSER12744514

Clinical Study Report
Study code: D1447C00126

**Table 3       Study plan: randomized treatment phase (cont.)**

| Study week: | 32 | 36 | 40 | 44 | 48 | 52 | 60 | 68 | 76 | 84 | 92 | 104 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Visit Number: | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 or Final Visit |
| Concurrent medications | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |  | ✓ |
| YMRS | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| MADRS | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| CGI-BP | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |  |  | ✓ |
| PANSS-P |  | ✓ |  | ✓ |  | ✓ |  | ✓ |  | ✓ |  | ✓ |
| SDS[a] | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| PGWB[a] | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |  | ✓ | ✓ |  |  | ✓ |
| SAS, BARS, AIMS |  | ✓ |  | ✓ |  | ✓ |  | ✓ |  | ✓ |  | ✓ |
| Adverse events | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Physical examination[b] |  |  | ✓ |  |  | ✓ |  |  |  |  |  | ✓ |
| Urinalysis |  |  |  |  |  | ✓ |  |  |  |  |  | ✓ |
| Serum pregnancy test |  |  |  |  |  |  |  |  |  |  |  | ✓ |
| Vital signs |  |  | ✓ |  |  | ✓ |  | ✓ |  | ✓ |  | ✓ |
| Weight |  |  | ✓ |  |  | ✓ |  | ✓ |  | ✓ |  | ✓ |
| Electrocardiogram |  |  |  |  |  | ✓ |  |  |  |  |  | ✓ |
| Serum chemistry |  |  | ✓ |  |  | ✓ |  | ✓ |  | ✓ |  | ✓ |
| Thyroid Function Tests |  |  | ✓ |  |  | ✓ |  | ✓ |  | ✓ |  | ✓ |
| Hematology |  |  | ✓ |  |  | ✓ |  | ✓ |  | ✓ |  | ✓ |
| Mood Stabilizer Levels | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Drug dispensing | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Drug accountability | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

AIMS  Abnormal Involuntary Movement Scale.  BARS  Barnes Akathisia Rating Scale.  CGI-BP  Clinical Global Impression–Bipolar.  MADRS  Montgomery-Asberg Depression Rating Scale.  PANSS-P  Positive and Negative Syndrome Scale-Positive Subscale.  PGWB  Psychological General Well-being Scale.  SAS  Simpson-Angus Scale.  SDS  Sheehan Disability Scale.  YMRS  Young Mania Rating Scale.

a    To be completed by the patient prior to clinical evaluation

b    Physical examination to include ophthalmoscopic examination

68

CONFIDENTIAL
AZSER12744515

Clinical Study Report
Study code: D1447C00126

## 5.2    Rationale for study design, doses and control groups

Quetiapine as adjunct treatment to mood stabilizer (lithium or valproate) has proven to be more efficacious than a mood stabilizer alone in the acute treatment of bipolar mania (Sachs et al 2004), and efficacious as monotherapy in the acute treatment of bipolar depression in placebo-controlled studies (Calabrese et al 2005, Thase et al 2006).  So far, no data are available on the efficacy of quetiapine for the prevention of recurrence of manic or depressed episodes in bipolar patients.  For these reasons, the current study examined the efficacy of quetiapine as adjunct to lithium or valproate in preventing subsequent mood episodes. Patients with either manic or depressed index episodes were eligible for inclusion since quetiapine has been proven efficacious in both poles of the bipolar disorder as adjunct treatment to mood stabilizer.

A study duration of up to 104 weeks should be sufficient to show efficacy and safety in maintenance treatment.  To ensure that patients were in remission at the time of randomization, ie with no or only few signs of illness remaining, patients had to be stable in their bipolar symptomatology for 12 consecutive weeks to be eligible for randomization.  To achieve this, patients were treated with quetiapine and a mood stabilizer (lithium or valproate) for at least 12 weeks up to 36 weeks in an open-label treatment phase prior to randomization. Thus, the study consisted of an initial open-label treatment phase followed by a randomized treatment phase.

Time to mood event is a highly relevant measure from a clinical perspective and has been frequently used in maintenance studies.  Therefore, time to mood event was used in this study as the primary outcome variable.  In addition, time to manic event and time to depressed event were analyzed as secondary outcome variables.  The definition of an event was crucial for the outcome of the study in order to be clinically appropriate.  The event criteria used in the study were in consideration with scientific advice from Food and Drug Administration (FDA) in June and October 2003, and advice received from Medicines Evaluation Board (MEB, the Dutch Regulatory Authority) in September 2003.

The inclusion and exclusion criteria for this study ensured that the results in the study population can be generalized to patients with Bipolar I Disorder, and also provide adequate homogeneity for detection of a difference between study cohorts.  Specifically, the requirement that patients had at least 1 manic, depressed or mixed episode in the previous 2 years was designed to ensure that patients were sufficiently at risk for recurrences during the study period.

In the quetiapine acute mania studies showing a difference between quetiapine and placebo, responding patients had a mean last-week daily dose of approximately 600 mg, with the majority of the patients receiving doses in the range of 400 to 800 mg/day.  In the studies with quetiapine used for acute treatment of bipolar depression, both 300 and 600 mg/day appeared to be similarly safe and effective doses.  Although no additional benefit was seen with the 600 mg/day dose in these trials, 600 mg/day is within the demonstrated effective dose range for the treatment of acute mania, and may offer greater protection against emergent mania.

CONFIDENTIAL
AZSER12744516

Thus, it was judged that a dose range of 400 to 800 mg/day would be appropriate to ensure the prevention of both manic and depressive episodes.

Lithium and valproate are widely prescribed worldwide to treat bipolar disorder in the long-term setting.  Hence, they were included in the adjunct study design as assigned mood stabilizers.  Comparison to placebo was needed to demonstrate efficacy.  The randomized withdrawal design of the study is well established and suitable for demonstration of long-term efficacy in recurrence prevention.

## 5.3      Selection of study population

### 5.3.1     Study selection record

Investigators had to keep a record of patients who were considered for enrollment (ie, had signed the informed consent form) but did not receive an enrollment number.

### 5.3.2     Open-label treatment phase

#### 5.3.2.1   Inclusion criteria for entering the Open-label treatment phase

For inclusion in the Open-label treatment Phase, patients had to fulfill all of the following criteria at enrollment;

1.      Provide written informed consent before initiation of any study-related procedures

2.      A diagnosis of Bipolar I Disorder, Most Recent Episode Manic (296.4x), or Bipolar I Disorder, Most Recent Episode Depressed (296.5x), or Bipolar I Disorder, Most recent Episode Mixed (296.6x), with or without psychotic features, as defined by Diagnostic and Statistical Manual of Mental Disorders-Fourth Edition (DSM-IV)

3.      Male or female, at least 18 years old

4.      At least 1 manic, depressed or mixed episode in the 2 years prior to the index episode

5.      One of the following:

    –   A current manic, depressed or mixed episode by DSM-IV criteria

    –   A past manic, depressed or mixed episode within 26 weeks as documented by medical records, that was treated with quetiapine and mood stabilizer (lithium or valproate). Since this episode, treatment with this combination must not have been interrupted for more than 2 weeks continuously.

6.      Female patients of childbearing potential must be using a reliable method of contraception.  Reliable methods of contraception include hormonal contraceptives (eg, oral contraceptive or long-term injectable or implantable hormonal contraceptive), double-barrier methods (eg, condom and diaphragm, condom and foam, condom and sponge), intrauterine devices, and tubal ligation

CONFIDENTIAL
AZSER12744517

Clinical Study Report
Study code: D1447C00126

7.      Able to understand and comply with the requirements of the study

**5.3.2.2   Exclusion criteria for entering the Open-label treatment phase**

Any of the following was regarded as a criterion for exclusion from the study at enrollment:

1.      Diagnosis of an anxiety disorder as defined by DSM-IV, which was treated with medication within the past year

2.      Known intolerance or lack of response to quetiapine fumarate or to the assigned mood stabilizer, as judged by the investigator

3.      Pregnancy or lactation.  Female patients of childbearing potential must have a negative serum human chorionic gonadotropin (HCG) test at enrollment

4.      Substance or alcohol dependence at enrollment (except dependence in full remission, and except for caffeine or nicotine dependence), as defined by DSM-IV criteria

5.      Opiate, amphetamine, barbiturate, cocaine, cannabis, or hallucinogen abuse by DSM-IV criteria within 4 weeks prior to enrollment

6.      Use of any of the following cytochrome P450 3A4 inhibitors in the 14 days preceding enrollment including but not limited to: ketoconazole, itraconazole, fluconazole, erythromycin, clarithromycin, troleandomycin, indinavir, nelfinavir, ritonavir, and saquinavir

7.      Use of any of the following cytochrome P450 inducers in the 14 days preceding enrollment including but not limited to: phenytoin, carbamazepine, barbiturates, rifampin, St. John's Wort, and glucocorticoids

8.      Thyroid stimulating hormone (TSH) concentration more than 10% above the upper limit of the normal range, regardless of treatment for hypothyroidism or hyperthyroidism

9.      Unstable or inadequately treated medical illness (eg, diabetes, angina pectoris, hypertension) as judged by the investigator

10.     Medical conditions that would affect absorption, distribution, metabolism, or excretion of study treatment

11.     Use of an experimental drug within 30 days of enrollment

12.     Previously randomized into this study or study D1447C00127

13.     Previously enrolled into the Open-label treatment Phase (visit S1 and onwards) in this study or study D1447C00127

CONFIDENTIAL
AZSER12744518

Clinical Study Report
Study code: D1447C00126

14.     A patient with Diabetes Mellitus (DM) fulfilling 1 of the following criteria:

   – Unstable DM defined as enrollment HbA1c >8.5%.

   – Admitted to hospital for treatment of DM or DM related illness in past 12 weeks.

   – Not under care of physician responsible for patient's DM care.

   – Physician responsible for patient's DM care has not indicated that patient's DM is controlled.

   – Physician responsible for patient's DM care has not approved patient's participation in the study.

   – Has not been on the same dose of oral hypoglycemic drug(s) and/or diet for the 4 weeks prior to enrollment.  For thiazolidinediones (glitazones) this period should not be less than 8 weeks.

   – Taking insulin whose daily dose on 1 occasion in the past 4 weeks has been more than 10% above or below their mean dose in the preceding 4 weeks.

Note: If a patient with diabetes meets 1 of these criteria the patient is to be excluded even if the treating physician believes that the patient is stable and can participate in the study.

## 5.3.3     Randomized treatment phase

### 5.3.3.1     Inclusion criteria for entering the randomized treatment phase

For inclusion in the randomized treatment phase, patients had to fulfill all of the following criteria during the open-label treatment phase as judged by the investigator:

1.     Has been prescribed a dose of quetiapine within the range 400 to 800 mg/day and mood stabilizer (lithium or valproate) for at least 12 weeks

2.     YMRS total score ≤12 and MADRS total score ≤12 assessed at a minimum of 4 consecutive visits spanning at least 12 weeks, with the allowance of a single excursion.  An excursion was defined as a visit in which the YMRS or MADRS (or both) total score equals 13 or 14.  The excursion may not have occured at the last of the consecutive visits.

### 5.3.3.2     Exclusion criteria for entering the randomized treatment phase

Any of the following was regarded as a criterion for exclusion from the study at the last visit of the open-label treatment phase:

1.     Hospitalization due to a mood event (manic, depressed or mixed) during the open-label treatment phase

CONFIDENTIAL
AZSER12744519

2.      Electroconvulsive therapy (ECT) during the open-label treatment phase

3.      Attempt to commit suicide or homicide during the open-label treatment phase

4.      Substance or alcohol dependence (except dependence in full remission, and except for caffeine or nicotine dependence), as defined by DSM-IV criteria

5.      Opiate, amphetamine, barbiturate, cocaine, cannabis, or hallucinogen abuse by DSM-IV criteria during the last 12 weeks

### 5.3.4      Restrictions

See Section 5.4.5  for restricted and prohibited medications.

### 5.3.5      Discontinuation of patients from treatment or assessment

#### 5.3.5.1      Criteria for discontinuation

Patients could be discontinued from study treatment and assessments at any time, at the discretion of the investigator(s).  Specific reasons for discontinuing a patient from this study were:

1.      Voluntary discontinuation by the patient who was at any time free to discontinue his/her participation in the study, without prejudice to further treatment.

2.      Safety reasons as judged by the investigator and/or AstraZeneca

3.      Severe non-compliance to protocol as judged by the investigator and/or AstraZeneca.

4.      Incorrect enrollment or randomization of the patient

5.      Patient was hospitalized due to a mood event (manic, depressed or mixed) during the Open-label treatment phase

6.      Patient experienced a mood event (manic, depressed or mixed) during the Randomized treatment phase as defined in Section 5.5.1.

7.      The study was terminated by AstraZeneca

8.      A repeated neutrophil count of $<1.0 \times 10^9$/L which also had to be reported as an AE, see Section 5.5.7.2.

#### 5.3.5.2      Voluntary discontinuation by a patient

Patients were free to discontinue their participation in the study at any time, without prejudice to further treatment.  Patients who discontinued were asked about the reason(s) for their discontinuation and about the presence of any adverse events.  If possible, they were seen and

CONFIDENTIAL
AZSER12744520

Clinical Study Report
Study code: D1447C00126

assessed by the investigator(s).  Adverse events were followed up, and any investigational products and study materials were to be returned by the patient.

### 5.3.5.3   Incorrectly enrolled or randomized patients

Incorrectly enrolled or randomized patients were to be discontinued from further study treatment and assessments.

### 5.3.5.4   Procedures associated with a discontinuation

For all patients who discontinued, except for those patients who discontinued due to a mood event as defined by medical intervention or rating scale criteria, the investigator thoroughly evaluated whether the discontinuation was due to a mood event or not.  This determination was made by the investigator based on a telephone or face-to-face interview, information from family or other persons familiar with the patient, or other reliable sources.  The information that was used in making this determination was to be documented on the appropriate sections of the CRF.

Once a mood event (manic, depressed or mixed) occurred (see Section 5.5.1), the patient was discontinued from the study.

All study procedures required at Final Visit, including collection of safety variables, were conducted and recorded on the appropriate CRFs.  Any patient who discontinued the study and had clinically significant or abnormal findings based on the investigator's clinical judgement on relevant safety assessments were followed up at the investigator's discretion.

In the case of a neutrophil count of $<1.0\times10^9$/L, the test was repeated within 1 day.  If the second neutrophil count was $<1.0\times10^9$/L, this was reported as an AE and the patient was discontinued from the study, see Section 5.5.7.  Additionally, these patients were monitored with a Complete Blood cell Count (CBC) and White Blood Cell (WBC) differential count weekly until their counts recovered.

## 5.4   Treatments

### 5.4.1   Investigational products

The investigational product was manufactured and supplied to the investigator by AstraZeneca.  The details of the investigational product and any study treatment are given in Table 4.

CONFIDENTIAL
AZSER12744521

Clinical Study Report
Study code: D1447C00126

| Table 4 | | | Details of investigational product and any other study treatments |
|---|---|---|---|
| Investigational product or other treatment | Dosage form and strength | Formulation number | Batch number |
| quetiapine | Tablet 100 mg | F12689 | 12962A03, 12964F03, 12965C03, 21035E04, 30947E05, 30131A05, 30943F05, 31747H05, 31370K05, LK4603, 41277C06, US only: 30131A05, 30947E05, 30130D05 |
| placebo | Tablet | F12637 | 12961D03, 21038G04, 30133F05, 23826G04, 30944C05, 30945K05, LC4634, 31745C05; US only: 30133F05, 31748E05 |

All investigational products were kept in a secure place under appropriate storage conditions.

AstraZeneca provided centers with open-labeled supplies of quetiapine during the open-label treatment phase of the study, and blinded supplies of quetiapine and placebo during the randomized treatment phase of the study.  Mood stabilizer (lithium or valproate) was provided locally.

Open-label treatment phase

Patients were supplied with visit packs containing sufficient tablets for 1, 2 or 4 weeks, dependent upon the visit being dispensed.  Tablets were packed in white PVC/aluminium foil walleted blister packs for the first 4 weeks of open-label treatment, and packed in tamper evident, high-density polyethylene (HPDE) bottles with an induction seal child resistant cap for all other visits.

Randomized treatment phase

AstraZeneca provided centers with blinded quetiapine or placebo to match, during the randomized treatment phase.  Open-label quetiapine was also provided for the beginning of this phase where the open-label quetiapine was replaced by the blinded investigational product.  The investigator or a designee (eg, a study nurse/study coordinator/pharmacy at the site) provided patients with patient specific visit packs containing sufficient tablets for each visit being dispensed.

Blinded quetiapine or placebo and open-label quetiapine were packed in white PVC/aluminium foil walleted blister pack for visits 1 and 2, where open-label quetiapine was replaced by blinded investigational product (up to 14 days), and packed in tamper evident, high-density polyethylene (HPDE) bottles with an induction seal child resistant cap for all other visits.  Patients were supplied with visit packs containing sufficient tablets for each visit being dispensed.

CONFIDENTIAL
AZSER12744522

Clinical Study Report
Study code: D1447C00126

### 5.4.2    Doses and treatment regimens

**Open-label treatment phase**

Patients began or continued open-label quetiapine at visit S1, after meeting all inclusion and none of the exclusion criteria for entering the Open-label treatment Phase.  Quetiapine was given orally, twice daily, in divided doses.

The recommended target dosage of quetiapine was 600 mg/day, but the prescribed dosage could be adjusted within the range of 400 to 800 mg/day to maximize efficacy and tolerability. The dose was titrated upward to reach 600 mg/day, as follows:

- Patients who were not taking quetiapine at enrollment were given 100 mg on Day 1, 200 mg on Day 2, 300 mg on Day 3, and 400 mg on Day 4.  The dose was then increased to 600 mg on Day 5.  However, the dose could be titrated more slowly to increase tolerability but had to reach a minimum of 400 mg/day within 14 days after the first dose of quetiapine.

- Patients who were taking quetiapine at enrollment at a dosage of less than 400 mg/day had their doses titrated upward in a manner consistent with the schedule stated above.

Patients began or continued on mood stabilizer (lithium or valproate) after meeting all inclusion and none of the exclusion criteria for entering the open-label treatment phase.  Dose regimen and dose adjustment for lithium or valproate was made at the discretion of the investigator to achieve symptom control, to minimize side effects, and to achieve target trough serum concentrations of 0.5 mEq/L to 1.2 mEq/L for lithium and 50 μg/ml to 125 μg/ml for valproate during the open-label treatment phase.

Treatment with open-label quetiapine and mood stabilizer continued until patients met all the inclusion criteria and none of the exclusion criteria for randomization (see Section 5.3.3.1 and Section 5.3.3.2), at which time randomization took place.  Patients were randomized in a blinded fashion to either quetiapine plus assigned mood stabilizer (lithium or valproate), or placebo plus assigned mood stabilizer (lithium or valproate).  Patients who did not meet the eligibility criteria for randomization at week 36 were taken out of the study.

**Randomized treatment phase**

Quetiapine was given orally, twice daily, in divided doses.  Starting at Visit 1 (the day of randomization), open-label 100-mg quetiapine tablets was replaced with 100-mg tablets of blinded investigational product at a rate of 1 tablet per every 2 days.  The rate of replacement could be slowed to increase tolerability/reduce potential effects of withdrawal of active drug. Replacement of open-label quetiapine with blinded investigational product had to be completed within 14 days (or 15 days for the 800 mg/day dose group).  During this period the could be increased as clinically indicated to a maximum of 8 tablets/day (blinded and open-label medication combined).

CONFIDENTIAL
AZSER12744523

Clinical Study Report
Study code: D1447C00126

After all open-label tablets were replaced, the dose of blinded investigational product (quetiapine or placebo) could be adjusted as clinically indicated within the dose range of 400 to 800 mg/day.

Investigators were encouraged to use investigational product (quetiapine or placebo) to treat anxiety, sleep, and other symptoms before using lorazepam or the restricted sleep medications.

Treatment with the assigned mood stabilizer continued during the entire length of the study. The assigned mood stabilizers were not adjusted after randomization except as follows:

1.      for intolerability, allowed dosage decrease of mood stabilizer but no lower than the lower serum level limit (0.5mEq/L for lithium or 50 μg/ml for valproate), or

2.      if serum level was above or below the limits (0.5mEq/L to 1.2 mEq/L for lithium or 50 μg/ml to 125 μg/ml for valproate)

### 5.4.3      Method of assigning patients to treatment groups

This study was established with a non-center-specific labeling (NCSL) randomization.  Patient eligibility was established before open-label treatment began in the open-label treatment phase.  Patients were randomized strictly sequentially, as patients were eligible for randomization.  If a patient discontinued from the study, the patient number was not reused, and the patient was not allowed to re-enter the study.

Randomization was stratified by assigned mood stabilizer (lithium or valproate).  Patients were randomized in balanced blocks (block size 4 was used) with an equal probability of receiving the 2 treatments within each stratum.  The actual treatment given to the patient during the randomized treatment phase of the study was determined by a randomization schedule prepared by the Biostatistical Group of AstraZeneca.

The investigator assigned the patient the first unallocated number available at the center according to the assigned mood stabilizer.  If a number was allocated incorrectly, no attempt was made to remedy the error once study material had been dispensed.  The patient continued with the allocated number and study material.  The assigned monitor was notified as soon as the error was discovered and the error was adequately documented.  Subsequent patients continued using the first unallocated number in the original numbering sequence.

The drug was sent to the centers in boxes of 4 treatment kits per mood stabilizer. This is the reason why the treatment groups were not exactly balanced within strata since all kits were not used at all centers.

### 5.4.4      Blinding and procedures for unblinding the study

### 5.4.4.1      Methods for ensuring blinding during the randomized treatment phase

Quetiapine 100-mg tablets were yellow.  The placebo 100-mg tablets were identical to the active product in terms of appearance, smell, and taste.  Packaging, labeling and preparation

CONFIDENTIAL
AZSER12744524

Clinical Study Report
Study code: D1447C00126

of the investigational product were performed in a way that ensured blinding throughout the randomized treatment phase of the study.

No member of the study team in AstraZeneca, at investigational centers or the Clinical Research Organization (CRO) handling data had access to the randomization scheme during the conduct of the study.

### 5.4.4.2    Methods for unblinding the study

Treatment codes, indicating the treatment randomization for each randomized patient, were available to the investigator(s) or pharmacists at the study centre.  The treatment code was not to be broken except in medical emergencies when the appropriate management of the patient necessitated knowledge of the treatment randomization.  The investigator(s) was to document and report to AstraZeneca any breaking of the treatment code.  AstraZeneca retained the right to break the code for serious adverse events that were causally related to treatment and potentially required expedited reporting to regulatory authorities and, in exceptional circumstances, for other safety reasons.  Treatment codes were not to be broken for the planned analyses of data until all decisions on the availability of the data from each individual patient were made and documented.

### 5.4.5    Pre-study, concomitant, and post-study treatments

Nonpsychotropic medications, including over-the counter medications, taken by the patient before entry into the study could be continued during the study.  Other medication, which was considered necessary for the patient's safety and well-being could be given at the discretion of the investigator.

Women who entered the study with an intrauterine device in place, using oral contraceptives, or using injectable or implantable hormonal agents designed to prevent pregnancy could continue these treatments throughout the study.

Potent cytochrome P450 3A4 inhibitors and inducers were prohibited throughout the study due to a potential risk for drug interactions with quetiapine.

Not more than 2 mg of lorazepam per day and no psychoactive and antipsychotic drugs other than those specifically allowed during the study (i.e. quetiapine, assigned mood stabilizer, zolpidem tartrate, zaleplon, zopiclone and chloral hydrate) were permitted during the last 12 weeks prior to randomization, and during the randomized treatment phase.  Depot antipsychotic drugs were prohibited already from 16 weeks prior to randomization.

Medications specifically prohibited or restricted, and those permitted during the study are listed in Table 5.

CONFIDENTIAL
AZSER12744525

Clinical Study Report
Study code: D1447C00126

| Table 5 | Permitted, restricted and prohibited medications during the study |
|---------|--------------------------------------------------------------------|
| **Use category** | **Type of medication** |
| Permitted | Investigational product (quetiapine) |
| | Adjunct treatment (lithium/valproate) |
| | Previous medications for medical, nonpsychiatric illnesses |
| | Oral contraceptives and contraceptive devices |
| | Lorazepam up to 2 mg per day could be used throughout the study. |
| Restricted | One of the following could be used for insomnia up to the specified dosage per night: zolpidem tartrate, 10 mg, zaleplon, 20 mg, zopiclone, 7.5 mg and chloral hydrate, 1 g. |
| | Anticholinergics could be used to treat extrapyramidal symptoms (EPS). Prophylactic use was prohibited |
| | Benzodiazepines (other than lorazepam up to 2 mg per day) as clinically indicated could be used during open-label treatment, with the exception of the last 12 weeks prior to randomization |
| | Antipsychotic medications and mood stabilizers other than those assigned by the investigator (lithium or valproate) as clinically indicated could be used during open-label treatment with the exception of the last 12 weeks prior to randomization |
| | Depot antipsychotic medications as clinically indicated could be used during open-label treatment with the exception of the last 16 weeks prior to randomization |
| | Other psychoactive drugs (including antidepressants, anxiolytics, stimulants and sedatives) as clinically indicated could be used during open-label treatment with the exception of the last 12 weeks prior to randomization |
| Prohibited, entire study | Potent cytochrome P450 3A4 inhibitors (including but not limited to ketoconazole, intraconazole, fluconazole, erythromycin, clarithromycin, troleandomycin, indinavir, nelfinavir, ritonavir, and saquinavir) |
| | Potent cytochrome P450 3A4 inducers (including but not limited to phenytoin, carbamazepine, barbiturates, rifampin, St. John's Wort, and glucocorticoids) |
| | Electroconvulsive therapy (ECT) |
| Prohibited, randomized treatment phase | Antipsychotic medications and mood stabilizers other than those assigned by the investigator (lithium or valproate) |
| | Other psychoactive drugs (including antidepressants, anxiolytics, stimulants and sedatives) other than those specifically allowed (ie, quetiapine, assigned mood stabilizer, zolpidem tartrate, zaleplon, zopiclone and chloral hydrate) |
| | Benzodiazepines other than lorazepam (maximum 2 mg per day) |

After discontinuation, patients were to be treated according to normal practice at the investigational center.

CONFIDENTIAL
AZSER12744526

Clinical Study Report
Study code: D1447C00126

### 5.4.6    Treatment compliance

Individual patient compliance was calculated based on the difference between dispensed and returned tablets divided by expected number based on the duration of study participation. All tablets that were not returned were assumed to have been consumed. However, if a dispensed bottle was not returned at all, the information was regarded as missing and the compliance for that period was assumed to be 100% (fully compliant). The patients were classified as compliant if they took ≥75% of the investigational product.  Non-compliant patients were excluded from the PP analysis set.  Patients for whom compliance could not be calculated were indicated as compliant in the listings, and were not excluded from either the PP or ITT population.  For further details on how compliance was calculated, see Appendix 12.1.9, the SAP, Section 4.3.1.

## 5.5    Measurements of study variables and definitions of outcome variables

### 5.5.1    Primary outcome variable: Time to recurrence of a mood event

The primary outcome variable was time to recurrence of a mood event (manic, depressed, or mixed) from randomization, confirmed by at least 1 of the following as judged by the investigator (see Section 4.1):

- initiation of an antipsychotic, antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a manic, depressed or mixed event

- hospitalization for a manic, depressed, or mixed event

- YMRS total score ≥20 at 2 consecutive assessments or at the final assessment if the patient discontinues, or MADRS total score ≥20 at 2 consecutive assessments or at the final assessment if the patient discontinues

- discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic, depressed or mixed event

This outcome variable was used as the basis for the sample size calculation found in Section 5.7.6.

### 5.5.2    Screening and demographic measurements

The following data were collected at enrollment:

- Informed Consent

- Inclusion and exclusion criteria

- Date of birth, sex and ethnic origin

80

CONFIDENTIAL
AZSER12744527

Clinical Study Report
Study code: D1447C00126

- Psychiatric history (including documentation of DSM-IV criteria for Bipolar I Disorder)

- Significant medical history and surgical history, prior medication history and concurrent medication

- Psychiatric Assessments (YMRS, MADRS, CGI-BP, and PANSS-P)

- Sheehan Disability Scale (SDS)

- Physical examination including direct ophthalmoscopy

- Laboratory assessments including clinical chemistry tests, hematology, thyroid function test, urine toxicology, urinalysis, and serum pregnancy test as detailed in Section 5.5.7.4

- Mood stabilizer levels (only for those patients currently taking mood stabilizer (lithium or valproate) at enrollment)

- Vital signs (including pulse rate, systolic and diastolic blood pressures at supine and standing), height, and weight (see Section 5.5.7.6)

- 12-lead ECG (see Section 5.5.7.7)

- An optional blood sample for genetic research, as described in Section 5.5.8 may have been taken from patients who provided appropriate consent.

The data listed above was to be recorded on the appropriate sections of the CRF.

### 5.5.3    Efficacy measurements and outcome variables

### 5.5.3.1    Summary of efficacy objectives and outcome variables

Table 6 summarizes the efficacy outcome variables of this study, and shows how they relate to the study objectives.

**Table 6        Efficacy objectives, and outcome variables relating to each objective**

| Objective | Summary outcome variables for analysis (including timepoint and population) |
|---|---|
| **Primary objective** | **Primary outcome variable** |
| To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a mood event.  Recurrence was defined as:<br><br>(a)  initiation of an antipsychotic, antidepressant, mood | Time to recurrence of a mood event in the Intention-to-treat (ITT) population |

81

CONFIDENTIAL
AZSER12744528

Clinical Study Report
Study code: D1447C00126

| Table 6 | Efficacy objectives, and outcome variables relating to each objective |
|---|---|
| **Objective** | **Summary outcome variables for analysis (including timepoint and population)** |
| stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a manic, depressed or mixed event<br><br>(b) hospitalization for a manic, depressed or mixed event<br><br>(c) YMRS score ≥20 at 2 consecutive assessments or at the final assessment if the patient discontinued, or MADRS score ≥20 at 2 consecutive assessments or at the final assessment if the patient discontinued, or<br><br>(d) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic, depressed or mixed event | **Secondary outcome variables**<br><br>Time to recurrence of a mood event in the per-protocol (PP) population<br><br>Proportion of patients having a recurrence of a mood event between randomization and Week 28 and Week 52 in the ITT population |
| **Secondary objective**<br><br>To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a manic event.<br><br>Recurrence was defined as:<br><br>(a) initiation of an antipsychotic, antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a manic event, or mixed event with predominantly manic symptoms<br><br>(b) hospitalization for a manic event or mixed event with predominantly manic symptoms<br><br>(c) YMRS score ≥20 at 2 consecutive assessments, or at the final assessment if the patient discontinued, or<br><br>(d) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic event or mixed event with predominantly manic symptoms | **Secondary outcome variables**<br><br>Time to recurrence of a manic event in the ITT population<br><br>Proportion of patients having a recurrence of a manic event between randomization and Week 28 and Week 52 in the ITT population |

82

CONFIDENTIAL
AZSER12744529

Clinical Study Report
Study code: D1447C00126

| Table 6 | Efficacy objectives, and outcome variables relating to each objective |
|---|---|
| **Objective** | **Summary outcome variables for analysis (including timepoint and population)** |
| To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a depressed event.<br><br>Recurrence was defined as:<br><br>(a) initiation of an antipsychotic, antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a depressed event, or mixed event with predominantly depressed symptoms<br><br>(b) hospitalization for a depressed event or mixed event with predominantly depressed symptoms<br><br>(c) MADRS score $\geq 20$ at 2 consecutive assessments or at the final assessment if the patient discontinued, or<br><br>(d) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a depressed event or mixed event with predominantly depressed symptoms | Time to recurrence of a depressed event in the ITT population<br><br>Proportion of patients having a recurrence of a depressed event between randomization and Week 28 and Week 52 in the ITT population |
| To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in decreasing the severity if manic and depressive symptoms between mood events as assessed by the YMRS, the MADRS and the CGI-BP | YMRS total score and item scores at each visit after randomization and up to, but excluding the assessments associated with a mood event (manic, depressed, or mixed)<br><br>Change from baseline (ie, randomization) at each visit after randomization and up to, but excluding the assessments associated with a mood event (manic, depressed, or mixed) for YMRS total score |

CONFIDENTIAL
AZSER12744530

Clinical Study Report
Study code: D1447C00126

**Table 6**         **Efficacy objectives, and outcome variables relating to each objective**

| Objective | Summary outcome variables for analysis (including timepoint and population) |
|---|---|
| | MADRS total score and item scores at each visit after randomization and up to, but excluding the assessments associated with a mood event (manic, depressed, or mixed) |
| | Change from baseline (ie, randomization) at each visit after randomization excluding assessments at time of a mood event (manic, depressed, or mixed) for MADRS total score |
| | CGI-BP Severity of Illness score at each visit after randomization and up to, but excluding the assessments associated with a mood event (manic, depressed, or mixed) in each domain |
| | Change from baseline (ie, randomization) at each visit after randomization excluding assessments at time of a mood event (manic, depressed, or mixed) for CGI-BP Severity of Illness score in each domain |
| | CGI-BP Global Improvement score in each domain at each visit after randomization excluding assessments at time of a mood event (manic, depressed, or mixed) |
| To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in decreasing the severity of psychotic symptoms between mood events as assessed by the PANSS-P. | PANSS-P score at each visit after randomization and up to, but excluding the assessments associated with a mood event (manic, depressed, or mixed) |
| | Change from baseline (ie, randomization) at each visit after randomization excluding assessments at time of a mood event (manic, depressed, or mixed) for PANSS-P score |

84

CONFIDENTIAL
AZSER12744531

Clinical Study Report
Study code: D1447C00126

| Table 6 | Efficacy objectives, and outcome variables relating to each objective |
|---|---|
| **Objective** | **Summary outcome variables for analysis (including timepoint and population)** |
| To explore the level of patient acceptance of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) as assessed by time to all-cause discontinuation | Time to all-cause discontinuation, in the ITT population |

CGI-BP  Clinical Global Impression – Bipolar.  MADRS  Montgomery-Asberg Depression Rating Scale.
     PANSS-S  Positive and Negative Syndrome Scale-Positive Subscale.  YMRS  Young Mania Rating Scale.

The timings of the efficacy assessments are presented in Table 2 and Table 3.  The methods for collecting efficacy data are presented below.

To ensure consistency throughout the study, all raters who conducted assessments for each symptom rating scale were properly trained in the use of the scale (YMRS, MADRS, CGI-BP, and PANSS-P, respectively), and were certified in the use of YMRS, MADRS, and CGI-BP, respectively.  The same rater conducted all assessments for the specific rating scale, across visits for a given patient, to the extent possible.  In the event that the primary rater was not available, a designated back-up rater performed the assessment.  The back-up rater met the same qualifications as the primary rater and was authorized by the Principal Investigator.  For the CGI-BP scale, a rater had to be a licensed physician or licensed clinical psychologist.  The kappa statistic verified rater reliability for YMRS, MADRS and CGI-BP (Appendix 12.1.9)

### 5.5.3.2   Recurrence of a mood event, of a manic event, and of a depressed event

#### (a)   Methods of assessment

An event was defined as described in Table 6.  In case item c) was fulfilled, the time of event was the time of the first of the 2 consecutive assessments and in case item d) was fulfilled the time of event was the time for the final assessment.

#### (b)   Calculation or derivation of outcome variable

The time to event was calculated as the date of event, taken from the mood event form in the CRF, minus the date of randomization +1 day.

### 5.5.3.3   Time to all-cause discontinuation (patient acceptance)

#### (a)   Methods of assessment

The time to all-cause discontinuation was used to assess the level of patient acceptance of quetiapine versus placebo when used as adjunct to a mood stabilizer (lithium or valproate).

#### (b)   Calculation or derivation of outcome variable

CONFIDENTIAL
AZSER12744532

Clinical Study Report
Study code: D1447C00126

The time to all-cause discontinuation was calculated as the date of discontinuation minus the date of randomization +1 day.  In the analysis of time to all-cause discontinuations, patients completing the study after 104 weeks of randomized treatment without being prematurely discontinued or when the study was terminated by the sponsor, were censored.

### 5.5.3.4    Symptoms between mood events: YMRS total score

**(a)        Methods of assessment**

The YMRS is an 11-item instrument that was used to rate the patient's mania symptoms for the preceding week (or for the post-randomization period on Day 4) (Young et al 1978). Scoring for the items was made on a 0- to 4-point scale for 7 of the items and on a 0- to 8-point scale for the remaining 4 items.  The total YMRS total score was calculated as the sum of the 11 individual-item scores.

**(b)        Calculation or derivation of outcome variable**

The change from baseline (randomization) in the YMRS total score at each assessment and final assessment was calculated by subtracting the baseline score from the visit score.  A negative change in score indicated alleviation of mania symptoms.

If more than 1 item was missing the total score was considered missing.  If there was 1 item missing the following rules were used:

- If the missing item was on a 0-4 scale (items 1-4, 7, 10, 11); multiply the total of the non-missing values by 15 and divide by 14.

- If the missing item was on the 0-8 scale (items 5, 6, 8, 9); multiply the total of the non-missing values by 15 and divide by 13.

Imputed values were not rounded to whole numbers.

### 5.5.3.5    Symptoms between mood events: MADRS total score

**(a)        Methods of assessment**

The MADRS is a 10-item instrument that was used to rate the patient's depressive symptoms for the preceding week (Montgomery and Asberg 1979).  Scoring for each of the items was made on a 0- to 6-point scale, with higher scores indicating more severe depression (maximum score of 60).

**(b)        Calculation or derivation of outcome variable**

The MADRS total score was calculated by summing the scores from each of its 10 items. Change from baseline (randomization) in the MADRS total score was calculated at each assessment and final assessment by subtracting the baseline total score from the visit score.

CONFIDENTIAL
AZSER12744533

Clinical Study Report
Study code: D1447C00126

The MADRS total score was set to missing for any patient for whom more than 1 item was missing at an assessment. If 1 item was missing, the MADRS total based on the non-missing items was multiplied by 10 (total number of items) and then divided by 9 (number non-missing). Imputed values were not rounded to whole numbers.

### 5.5.3.6   Symptoms between mood events: CGI-BP

**(a)       Methods of assessment**

The CGI-BP is a 3-part instrument (Spearing et al 1997), only the first 2 parts of which were used in this study . The Severity of illness subscale contains 3 domains (Mania, Depression, and Overall bipolar illness), each of which rates the patient's state at the time of assessment using a 7-point scale that ranges from 1 (normal, not ill) to 7 (very severely ill).

The Global improvement subscale contains the same 3 domains (Mania, Depression, and Overall bipolar illness) as the Severity of illness subscale. Each domain rates the patient's change of state from baseline (ie, compared to the randomization visit) using a 7-point scale that ranges from 1 (very much improved) to 7 (very much worse). At the randomization visit, only the Severity of illness subscale was completed.

**(b)       Calculation or derivation of outcome variable**

The change from baseline in each domain of the CGI-BP Severity of illness score at each visit was calculated by subtracting the score at baseline (randomization) from the visit score. Alleviation of symptom severity was indicated by a negative change from baseline.

For the CGI-BP Global improvement, the mean score was calculated for each domain at each visit. The CGI-BP score was not imputed. If it was missing, it was considered as missing.

### 5.5.3.7   Symptoms between mood events: PANSS-P score

**(a)       Methods of assessment**

The PANSS-P subscale is a subset of items in the PANSS that rates seven positive symptoms of schizophrenia (delusions, conceptual disorganization, hallucinatory behavior, excitement, grandiosity, suspiciousness/persecution, and hostility) (Kay et al 1987).

**(b)       Calculation or derivation of outcome variable**

The PANSS-P score was calculated by summing the scores from each of its 7 items. Change from baseline (randomization) in the PANSS-P score was calculated at each assessment and final assessment by subtracting the baseline total score from the visit score.

If any of the 7 items was missing the PANSS-P assessment was considered as missing.

87

CONFIDENTIAL
AZSER12744534

Clinical Study Report
Study code: D1447C00126

### 5.5.4    Patient-Reported Outcomes (PROs) measurements and outcome variables

#### 5.5.4.1    Summary of PRO objectives and outcome variables

Table 7 summarizes the PRO outcome variables, the secondary efficacy outcome variables of this study, and shows how they relate to the study objectives.

**Table 7            PRO objectives, and outcome variables relating to each objective**

| Secondary objective | Secondary outcome variables |
| --- | --- |
| To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in improving level of functioning between mood events | Mean change from baseline (ie, randomization) in SDS total score across all assessments between randomization and up to final assessment but excluding the assessment associated with a mood event (manic, depressed, or mixed) |
| | Change from baseline (ie, randomization) at each visit after randomization and up to final assessment but excluding the assessments associated with a mood event (manic, depressed, or mixed) for SDS total score and subscores |
| To explore the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in improving Quality of life (QOL) | PGWB total score and subscores at each visit after randomization and up to, but excluding the assessments associated with a mood event (manic, depressed, or mixed) |
| | Change from baseline (ie, randomization) at each visit after randomization and up to, but excluding the assessments associated with a mood event (manic, depressed, or mixed) for PGWB total score and subscores |

SDS  Sheehan Disability Scale.  PGWB  Psychological General Well-being.

The timings of the efficacy assessments are presented in Table 3.  The methods for collecting PRO data are presented below.

When calculating the mean change from baseline in SDS, for patients with a documented mood event (manic, depressed or mixed), all assessments from randomization to the last assessment prior to the event were used; for patients not experiencing a mood event during trial, all available assessments were used.

#### 5.5.4.2    Level of functioning between mood events (SDS)

#### (a)            Methods of assessment

88

CONFIDENTIAL
AZSER12744535

Clinical Study Report
Study code: D1447C00126

The Sheehan Disability Scale (SDS) was utilized to evaluate the level of functioning between mood events in the patient population.  The SDS uses a discretized visual analog scale to measure 3 items to assess symptom impact on overall disability, reviewing the last week (Sheehan et al 1996).  The instrument evaluates symptom impact and impairment in the domains of work/school, social life/leisure, and family life/home responsibility.

In addition to the 3 primary disability measures (work/school, social life/leisure, family life/home responsibilities), 2 additional questions, measuring absenteeism (missed days at work/school or days unable to perform normal daily activities due to symptoms) and presenteeism (days with reduced productivity while at work/school due to symptoms), were included in the SDS.

**(b)        Calculation or derivation of outcome variable**

The SDS total score was calculated by summing the scores from each of its 3 domains.  Change from baseline (randomization) in the SDS total score was calculated at each assessment and final assessment by subtracting the baseline total score from the visit score.

The SDS total score was analyzed using the mean change from baseline across all assessments between randomization and up to, but excluding the assessments associated with a mood event.  When calculating the mean change from baseline for patients with a documented mood event (manic, depressed or mixed), all assessments from randomization up to the last assessment prior to the event were used; for patients not experiencing a mood event during trial, all available assessments were used.

If more than 1 functional domains was missing the SDS total score was considered missing.  If there was 1 functional domain missing the following rules will be used:

- If the functional domain was work/school, multiply the SDS total of the non-missing functional domains by 3 and divide by 2.

- If the functional domain was not work/school, the SDS total score was considered missing.

Imputed values were not rounded to whole numbers.

**5.5.4.3     Quality of life between mood events (PGWB)**

**(a)        Methods of assessment**

The Psychological General Well-being (PGWB) was utilized to explore the quality of life of the patients.  The PGWB was designed to measure psychological well-being and distress (Dupuy 1984).  The instrument is composed of 22 items which are rated on a 6-point rating scale, and includes both positive and negative questions (ie, 1 question for each item) reviewing the last week.  A high score indicates a high level of well-being.  The scores from the 22 items are aggregated into a total score and scores for 6 dimensions.  The dimensions are: Anxiety (the sum of scores from items 5, 8, 17, 19, and 22); Depressed mood (items 3, 7,

89

CONFIDENTIAL
AZSER12744536

Clinical Study Report
Study code: D1447C00126

and 11); Positive well-being (items 1, 9, 15, and 20); Self-control (items 4, 14, and 18); General health (items 2, 10, and 13); and Vitality (items 6, 12, 16, and 21).

**(b)        Calculation or derivation of outcome variable**

The PGWB total score was calculated by summing the scores from each item, and the 6 dimension scores were calculated by adding the item scores within each dimension.  Change from baseline (randomization) in the PGWB total score and in the 6 dimension scores were calculated at each assessment by subtracting the baseline value from the visit value.

The PGWB total score was considered missing for any patient for whom more than 2 items were missing.  If 1 item was missing, the PGWB total score based on the non-missing items was multiplied by 22 (total number of items), and then divided by number of non-missing items (either 20 or 21).  Imputed values will not be rounded to whole numbers.

**5.5.5      Health Economics measurements and variables (Not applicable)**

**5.5.6      Pharmacokinetic measurements and variables (Not applicable)**

**5.5.7      Safety measurements and variables**

**5.5.7.1    Summary of safety objectives and outcome variables**

Table 8 summarizes the safety outcome variables assessed in this study, and shows how they relate to the study objectives.

90

CONFIDENTIAL
AZSER12744537

Clinical Study Report
Study code: D1447C00126

**Table 8**   **Safety objectives and outcome variables relating to each objective**

| Objective | Summary outcome variables for analysis (including time point and population[a]) |
|---|---|
| Evaluate the safety and tolerability of quetiapine in the treatment of patients with bipolar depression | Incidence and intensity of adverse events |
| | Incidence of drug-related adverse events |
| | Incidence of patient discontinuation due to adverse event |
| | Incidence of adverse events potentially associated with suicidality |
| | Incidence of adverse events potentially associated with extrapyramidal symptoms |
| | Incidence of adverse events potentially associated with QT prolongation |
| | Incidence of adverse events potentially associated with diabetes mellitus |
| | Incidence of adverse events potentially associated with neutropenia and agranulocytosis |
| | Incidence of adverse events potentially associated with somnolence |
| | Incidence of adverse events potentially associated with weight change |
| | Incidence of adverse events potentially associated with metabolic risk factors |
| | Change in clinical laboratory assessments from randomization to end of treatment |
| | Change in vital signs from randomization to end of treatment |
| | Change in ECG from randomization to end of treatment |
| | Change in weight and body mass index (BMI) from randomization to end of treatment |
| | Change in the SAS total score from randomization to end of treatment |
| | Change in BARS Global Assessment score from randomization to end of treatment |
| | Change in the AIMS total score from randomization to end of treatment |

[a]   The population is the randomized safety population for all variables in the table
SAS Simpson-Angus Scale; BARS Barnes Akathisia Rating Scale; AIMS Abnormal Involuntary Movement Scale, ECG Electrocardiogram.

91

CONFIDENTIAL
AZSER12744538

Clinical Study Report
Study code: D1447C00126

The timings of the safety assessments are presented in Table 3.  The methods for collecting safety data are described below.

### 5.5.7.2      Adverse events

### (a)          Definitions

An adverse event was defined as the development of an undesirable medical condition or the deterioration of a pre-existing medical condition following or during exposure to a pharmaceutical product, whether or not considered causally related to the product.  An undesirable medical condition could be symptoms (eg, nausea, chest pain), signs (eg, tachycardia, enlarged liver), or the abnormal results of an investigation (eg, laboratory findings, ECG).  The definition included events in any screening period or during any follow-up period specified in the study protocol

A serious adverse event was defined as an AE occurring during any study phase (ie, run-in, treatment, washout, follow-up), and at any dose of the investigational product, comparator or placebo, that fulfilled 1 or more of the following criteria:

- resulted in death

- was immediately life-threatening

- required in-patient hospitalization or prolongation of existing hospitalization

- resulted in persistent or significant disability or incapacity

- was a congenital abnormality or birth defect

- was an important medical event that might have jeopardized the patient or may require medical intervention to prevent 1 of the outcomes listed above.

### (b)          Recording of adverse events

All AEs were recorded on the CRF from informed consent up to 30 days after the final study visit, and during any follow-up period as required, whether or not related to the investigational product.  This included AEs spontaneously reported by the patient and/or observed by the physician or center staff.  The patient was asked a non-specific open question "Have you had any health problems since the previous visit?".  All recordings on the CRF had to include the dates of onset and cessation, the intensity of the event, and the investigator's appraisal of each AE.  If the intensity of an AE changed, only the maximum intensity of the event was recorded.

Intensity was defined as 1 of the following:

- Mild:        awareness of sign or symptom, but easily tolerated

- Moderate:   discomfort sufficient to cause interference with normal activities

92

CONFIDENTIAL
AZSER12744539

Clinical Study Report
Study code: D1447C00126

- Severe:   incapacitating, with inability to perform normal activities

All AEs and SAEs, including those that were ongoing at the end of the study or follow-up period, as required, were followed to resolution or until such time in the investigator's opinion that the AE or SAE has become stable and unlikely to change.

The causality of AEs (ie, their potential relationship to study treatment) was assessed by the investigator(s), who in completing the CRF answered "yes" or "no" to the question: "In your medical judgement, is there a reasonable possibility that the event may have been caused by the investigational product?" (investigational product defined as quetiapine or placebo). For further information on assessment of causality, see Appendix 12.1.1, CSP, Appendix B.

Any detrimental change in the patient's condition after the patient entered the study was discussed with the investigator. Where the detrimental change was considered by the investigator to constitute a progression or recurrence of bipolar mania or depression due to a lack of efficacy, it was not to be considered to be an AE even where this necessitated or prolonged hospitalization. However, if it was felt that the investigational product may have contributed to the deterioration, this was to be treated as an AE.

Suicide or attempted suicide, irrespective of the method, but occurring in connection with the use of investigational product, was to be reported as AEs (serious or non-serious). This event was to be identified as suicide or attempted suicide, and the method of the suicide or attempt was to be provided. If an attempted suicide met the criteria for an SAE, the event had to be reported according to the guidelines for SAE reporting below in this section

Patient reported outcome questionnaires (SDS, PGWB) were not to be used as instruments for collecting safety data. However, if information about an AE was elicited, this was to be recorded on the AE CRF page. Additionally, for any patient who presented with a fever, pharyngitis, or other signs and symptoms of infection, CBC with a WBC differential count was to be performed. If such an AE fulfilled the definition of an SAE, it was to be reported as described below in this section.

Signs and symptoms revealed and recorded during PANSS-P, SAS, BARS, and AIMS rating were only reported as AEs if they fulfilled the criteria for an SAE or led to discontinuation from treatment with the investigational product. They were however, evaluated in the overall safety analysis.

Abnormal laboratory tests including ECGs, or vital signs, were not to be reported as AEs unless they fulfilled the criteria for an SAE or led to discontinuation. If an abnormal laboratory test result or vital sign was associated with clinical signs and symptoms, the sign or symptom was to be reported as the AE, and the associated test result or vital sign was to be recorded on the appropriate CRF.

In the case of a neutrophil count of $<1.0 \times 10^9$/L, the test had to be repeated within 1 day. If the second neutrophil count was $<1.0 \times 10^9$/L, this had to be reported as an AE and the patient had to be discontinued from the study. The AE was to be recorded as 'Neutrophil count

CONFIDENTIAL
AZSER12744540

decreased'. If signs and symptoms of the neutropenia were present, e.g. infection, these was also be recorded as AEs.

If an overdose occurred, it had to be reported in accordance with the procedures described in Section 5.5.7.3.

If a pregnancy occurred, it had to be reported as follows.  Pregnancy in itself was not regarded as an AE unless there was a suspicion that the investigational product may have interfered with the effectiveness of a contraceptive medication.  However, the outcome of all pregnancies (spontaneous miscarriage, elective termination, normal birth or congenital abnormality) was to be followed up and documented even if the patient was discontinued from the study.  All reports of congenital abnormalities, birth defects and spontaneous miscarriages were to be recorded as SAEs.  Elective abortions without complications were not to be considered as adverse events.  All outcomes of pregnancy were to be reported to AstraZeneca on the pregnancy outcomes report form.

The adverse event dictionary, Medical Dictionary for Regulatory Activities (MedDRA), was used by AstraZeneca staff for the classification and analysis of AEs in the AMOS study database.  For regulatory reporting, SAEs were processed in the Clintrace Global Drug Safety Database and coded using MedDRA.

New AEs occurring after the final visit were not actively sought or collected, however, AEs and SAEs occurring within 30 days after the patient has completed the study were to be reported.  Unsolicited AE reports occurring up to 30 days after last dose of investigational drug were to be recorded together with concomitant medications in appropriate sections of the CRF.  SAEs had to be reported to the AstraZeneca Drug Safety Department, as described below in this section.

(c)        Reporting of serious adverse events

All SAEs were to be reported, whether or not they were considered causally related to the investigational product.  When an investigator became aware of an SAE during the course of the study, the SAE was to be reported to the local monitor or other AstraZeneca representative in accordance with the AstraZeneca study protocol (See Appendix 12.1.1).

5.5.7.3    Overdose

An overdose was defined as a quetiapine dose exceeding 800 mg/day.  As the study was blinded during the randomized treatment phase and tablet intake was not monitored on a daily basis, this was established through the study investigator, who during the study, ie, before the code was broken, used the following definition of an overdose: a dose exceeding the number of tablets specified for each day.  If an investigator discovered a patient had exceeded the daily number of tablets an overdose report was filled out on a Clintrace overdose form.  Following breaking of the code, if it was possible that the patient had taken >800 mg quetiapine on any day, the report was entered into the Clintrace database.  An overdose without any associated symptoms was not recorded as an AE, but the overdose was reported

CONFIDENTIAL
AZSER12744541

to AstraZeneca.  An overdose associated with an AE was reported as an AE.  If symptoms meeting the criteria for an SAE had occurred in association with the overdose, the case was reported immediately to AstraZeneca, within 1 day.  An assessment whether the overdose was accidental or intentional had to be recorded.  If the overdose was a suicide attempt, this had to be clearly recorded.

### 5.5.7.4    Laboratory measurements and variables

Blood and urine specimens were collected for hematology, clinical chemistry tests, thyroid function tests, fasting plasma glucose (P-glucose), fasting serum insulin (S-insulin) levels, serum pregnancy tests, urinalysis, and urine toxicology and these samples were processed by a central laboratory (Quintiles Laboratories).  Blood samples were to be collected between the hours of 8:00 and 10:00 am, local time.  The time of the last meal was recorded in the CRF.  The patient should be fasting for at least 8 hours prior to the blood draw (presumed fasting). samples were collected to check trough serum concentrations of the mood stabilizer (lithium or valproate) as needed, at the discretion of the investigator, during the randomized treatment phase of the study.

Laboratory safety variables assessed in this study are summarized in Table 9.

**Table 9             Laboratory safety variables**

| Type of assessment | Variables |
|---|---|
| Fasting hematology | hemoglobin concentration, hematocrit, red blood cell count, total and differential white blood cell counts, and platelet count |
| Fasting clinical chemistry | |
| Hepatic function | total bilirubin, alkaline phosphatase, alanine transaminase (ALT), and aspartate transaminase (AST) |
| Renal function | Blood urea nitrogen (BUN), creatinine |
| Electrolytes | sodium, potassium, chloride, bicarbonate |
| Glucose regulation | glycosylated hemoglobin levels (HbA$_1$C), glucose, insulin, Homeostatic Model Assessment of Insuline Resistance (HOMA-R), Quantitative Insulin SensitivityCheck Index (QUICKI) |
| Lipids | high-density lipoprotein cholesterol (HDL), low-density lipoprotein cholesterol (LDL), triglycerides, total cholesterol |
| Thyroid function | thyroid stimulating hormone (TSH), free triidothyronine (free T3), free thyroxine (free T4) |
| Other | prolactin |
| Urinalysis | chemistry and specific gravity |

For the open-label treatment phase, the change in laboratory measurements from enrollment to randomization visit were calculated by the sponsor.  For the randomized treatment phase, the

CONFIDENTIAL
AZSER12744542

Clinical Study Report
Study code: D1447C00126

change in laboratory measurements from randomization to final visit were calculated by the sponsor.

Source data was electronically transferred from the central laboratory to the study database at AstraZeneca.  Laboratory test values were compared to the laboratory standard normal ranges and flagged with H (High) or L (Low) if they are outside of the normal range.  Abnormal laboratory findings were also identified as potentially clinically important according to the criteria specified in Appendix 12.1.9 (the SAP, Appendix B).  The criteria for clinically important changes were revised to reflect changes in medical standards and to insure consistency across the Seroquel programs as defined in 2005 and agreed with regulatory authorities.

In the analysis of diabetics the insulin resistance and sensitivity indices were calculated using Homeostatic Model Assessment of insulin resistance (HOMA-R) and Quantitative Insulin Sensitivity Check Index (QUICKI) defined below.

- HOMA-R = (Insulin [$\mu$U/mL] x Glucose [mmol/L])/22.5

- QUICKI = 1/[log(Insulin [$\mu$U/mL]) + 10log[Glucose (mg/dL)]]

Glucose and lipid metabolism variables were evaluated for the open-label safety population and for the randomized safety population with all samples included regardless of fasting status (fasting glucose/lipid laboratory data) and for a subgroup of patients with a fasting time documented in the pCRF of at least 8h from last meal to blood sampling (documented fasting glucose/lipid laboratory data).

Evaluation of glucose data was also made for 3 subgroups of patients defined as 1) known to be diabetic, 2) regarded as at risk for diabetes, and for those who were 3) neither diabetic nor at-risk for diabetes.  These subgroups are defined below.

- Diabetic patients: fasting glucose $\geq$126 mg/dL at randomization, HbA$_{1c}$ above ULN at randomization or history of diabetes.

- Patients at-risk for diabetes: fasting glucose $\geq$100 mg/dL and <126 mg/dL at randomization, history of gestational diabetes, or BMI $\geq$35 and not meeting any of the criteria listed under diabetic patients.

- Non-diabetic patients: Patients not meeting criteria for diabetes or diabetic risk.

**5.5.7.5   Physical examination**

A complete physical examination, including direct ophthalmoscopy, according to local routine practice was conducted at enrollment and at subsequent visits as outlined in Table 2 and Table 3 and recorded by body system in the CRF.  New positive findings after enrollment examination were reported as adverse events.

96

CONFIDENTIAL
AZSER12744543

Clinical Study Report
Study code: D1447C00126

### 5.5.7.6    Vital signs measurement and outcome variables

**(a)        Methods of assessment**

Blood pressure and pulse rate were recorded at enrollment and at subsequent study visits as described in Table 2 and Table 3.  Blood pressure and pulse rate were recorded in supine position and 2 minutes after the patient has been standing.  The method used at baseline had to be used at each subsequent recording.

**(b)        Calculation or derivation of outcome variables**

Change from baseline in vital signs and weight were derived as the value at the visit minus the value at randomization.  Values outside the extended range were flagged.  During the open-label treatment phase, change from enrollment baseline to randomization visit was summarized for each measurement by assigned mood stabilizer.  During the randomized treatment phase, change from randomization to final visit was summarized for each measurement by randomized treatment, and by randomized treatment and assigned mood stabilizer.  The criteria for potentially clinically important values in vital signs are shown in Appendix 12.1.9 (the SAP, Appendix B).

### 5.5.7.7    Electrocardiogram (ECG) measurements and outcome variables

**(a)        Methods of assessment**

A 12-lead ECG for patients was acquired at the site, at enrollment and at subsequent visits as outlined in Table 2 and Table 3, and using a unit provided by the central ECG laboratory.  The data was transmitted to the central ECG laboratory.  Quality assurance of the ECG Waveform was conducted by eResearch Technology, Inc (eRT).  ECGs were processed through a computer interpretation program and then reviewed first by an ECG analyst and then by a board-certified cardiologist.  Results were faxed to the site within 24 hours for the enrollment and randomization (Visit 1) assessments.  All other reports were faxed within 72 hours of the assessment.  The time of the ECG was recorded in the central ECG laboratory database.  Data was transferred electronically to the study database at AstraZeneca.  All ECG print outs and hard copy reports were to be signed and dated by the investigator.

ECG results were to be reviewed for potential clinical significance, which was to be determined by the investigator in consultation with the cardiologist at the ECG laboratory, if needed.

**(b)        Calculation or derivation of outcome variables**

Change from baseline for interval data and rate data were derived by subtracting the randomization value from the value at the visit.  Values outside the extended range were flagged.  During the open-label treatment phase, change from enrollment baseline to randomization visit was summarized for each measurement by assigned mood stabilizer. During the randomized treatment phase, change from randomization baseline to final visit was summarized for each measurement by randomized treatment, and by randomized treatment

97

CONFIDENTIAL
AZSER12744544

Clinical Study Report
Study code: D1447C00126

and assigned mood stabilizer. ECG parameters and criteria for clinically important values are shown in Appendix 12.1.9 (the SAP, Appendix B).

### 5.5.7.8    Weight and Body Mass Index (BMI)

**(a)**        **Methods of assessment**

Weight had to be measured (in kg) with the patient in light clothing, without shoes, and had to be measured using the same scale and at approximately the same time of day at each visit.

**(b)**        **Calculation or derivation of outcome variables**

Body mass index was calculated using the following formula:

*BMI = weight in kilograms / (height in meters)$^2$*

The BMI was categorized as described in Table 10.

**Table 10          Categorization of BMI**

| Category | Underweight | Normal weight | Overweight | Obese | Severely obese |
|---|---|---|---|---|---|
| BMI (kg/m$^2$) | <18.5 | ≥18.5 to <25 | ≥25 to <30 | ≥30 to <40 | ≥40 |

BMI  Body Mass Index

During the open-label treatment phase, change from enrollment baseline to randomization visit was summarized for each measurement by assigned mood stabilizer. During the randomized treatment phase, change from randomization baseline to final visit was summarized for each measurement by randomized treatment, and by randomized treatment and assigned mood stabilizer. A weight gain of ≥7% compared to baseline was considered a potentially clinically important difference.

### 5.5.7.9    Metabolic risk factors

Metabolic risk factors were evaluated by determining which patients had relevant medical history at baseline or who exhibited combinations of the following findings:

- BMI ≥30 kg/m$^2$

- Supine systolic blood pressure ≥130 mmHg or diastolic blood pressure ≥85 mmHg averaged over the last 2 assessments

- Triglycerides ≥150 mg/dL

- High-density lipoprotein (HDL) <40 mg/dL for men or <50 mg/dL for women

- Fasting glucose ≥100 mg/dL

98

CONFIDENTIAL
AZSER12744545

Clinical Study Report
Study code: D1447C00126

Patients were defined as metabolic risk patients if they fulfilled at least 3 out of the 5 findings.

### 5.5.7.10  Neurological assessments and outcome variables related to EPS (SAS, BARS, AIMS)

**(a)**      **Methods of assessment**

EPS was assessed using 3 rating scales: Parkinsonian symptoms were assessed using the Simpson-Angus Scale (SAS) (Simpson and Angus 1970), akathisia was measured by the Barnes Akathisia Rating Scale (BARS) (Barnes 1989), and dyskinesia was assessed using the Abnormal Involuntary Movement Scale (AIMS) (Guy 1976).  Each of these assessments was administered by the investigator at specified visits as defined in Table 3.  The BARS, SAS, and AIMS scores were filled out in a workbook and then transferred to the pCRF.

The SAS scale, containing 10 items, was rated on a 5-point scale where 0 was normal and 4 was severe symptoms.

The BARS scale contains 4 items but only the last item, the global clinical assessment of akathisia, was used for the analysis.  This item was rated on a 6-point scale where 0 was normal and higher values represented more pronounced symptoms.

The AIMS scale consisted of 10 items where items 1-4 assessed abnormal involuntary facial and oral movements, items 5 and 6 assessed  extremity movements, item 7 assessed trunk movements, and items 8, 9, and 10 were global judgements on severity of abnormal movements, incapacitation due to abnormal movements, and patient's awareness of abnormal movements, respectively.  Each item was scored on a 5-point scale where 0 represented no abnormal movements/no incapacitation/no awareness, and 4 indicated severe abnormal movements/incapacitation/awareness.

**(b)**      **Calculation or derivation of outcome variables**

For SAS and AIMS, individual item scores were added to obtain a total score for each assessment.  Both the SAS total score and the AIMS total score was a summary of all 10 items of the respective scale.  The SAS total score and the AIMS total score was considered as missing for any patient for whom more than 1 item of the scale was missing.  If 1 item was missing, the SAS score or the AIMS score based on the non-missing items was multiplied by 10 (total number of items), and then divided by 9 (number of non-missing items).  Imputed values were not rounded to whole numbers.

The BARS global clinical assessment of akathisia (last item of the scale), was used in the analysis of the scale.  Missing BARS global assessments were considered missing at random and not included in the analysis.  Patients were ineligible if at the randomization visit their global assessment score was missing.

For SAS, BARS, and AIMS, the change from baseline (ie, randomization) was calculated for each assessment as the visit score minus the baseline score.  The total SAS and AIMS scores,

99

CONFIDENTIAL
AZSER12744546

Clinical Study Report
Study code: D1447C00126

and the BARS global assessment score at end of treatment were analyzed using the proportion of patients "improved", "with no change" or "worsened" from their baseline score.

### 5.5.8    Pharmacogenetic measurements and variables

Consent for genetic research was obtained and documented through a form separate from that used for the main study.  This form specifically stated that sampling was optional and not a requirement for study participation.  DNA samples obtained from participating patients' blood samples were coded and stored at a secure location within AstraZeneca.  No personal identifiers traveled with the samples or were stored with them.

Documents that link the DNA sample's code with the clinical study data were stored in secure files at AstraZeneca with limited access.  If a patient wishes to withdraw from the genetic research component of the study, this link will be used to track and destroy the relevant DNA sample.  Once DNA testing has been performed, AstraZeneca cannot destroy DNA analysis results.  DNA samples will be stored for a maximum of 15 years from completion of the clinical study; they will then be destroyed.

Except as required by law genetic data will not be made available to patients; insurance companies, employers, family members; or to the investigator or any other present or future treating physician.  Where law requires that patients be granted access to their genetic research data should they request such information, this information will be provided to the patient by the investigator with the clear understanding that it reflects exploratory research and lacks clinical validity.

The results of any genetic testing, any genetic analyses, any genetic sequences, patents, diagnostic tests, drugs, or biological products developed directly or indirectly as a result of this study, as well as any information derived directly or indirectly from the samples collected in this study, are the sole property of AstraZeneca (and its successors, licensees, and assigns) and may be used for commercial purposes.  Participating patients have no right to this property or to any share of the profits that may be earned directly or indirectly as a result of this study.

No analysis of DNA has been conducted at the time of finalization of this CSR, and thus, data can not be reported in the document.

## 5.6    Data management and quality assurance

The quality of study data was assured through monitoring of investigational sites, provision of appropriate training for study personnel, and use of data management procedures, as detailed below.

AstraZeneca's quality assurance and internal quality control procedures provide reassurance that the clinical study programme was carried out in accordance with GCP guidelines.  AstraZeneca undertakes a GCP audit programme to ensure compliance with its procedures and to assess the adequacy of its quality control measures.  Audits, by a Global Quality Assurance group operating independently of the study monitors and in accordance with

CONFIDENTIAL
AZSER12744547