documented policies and procedures, are directed towards all aspects of the clinical study process and its associated documentation.

### 5.6.1    Monitoring

Investigator's meetings were held before the start and periodically during the conduct of the study.  Before the study was initiated at an investigational site, representatives of AstraZeneca, or a company representing AstraZeneca visited the site to ensure the adequacy of the facilities, and to discuss with the investigator and other personnel involved in the study their responsibilities with regard to study protocol adherence, and the responsibility of AstraZeneca and its representatives.

During the study, monitors had regular contacts with the investigational sites; these contacts included visits to confirm that the facilities remained acceptable, that the investigational teams were adhering to the protocol, that data were being accurately recorded in the CRF, and to provide information and support to the investigator.  The monitor ensured that the drug accountability was carried out.  Source data verification (a comparison of the data in the CRF with the hospital and other records at the investigational site) was also performed.  The monitor or other AstraZeneca/CRO personnel were available between visits, to provide any information or advice required by the investigator.

#### 5.6.1.1    Closure of a clinical site due to quality

During the conduct of the study, AstraZeneca decided to close site 1105 due to problems with quality assurance.  In 2004, the Polish site monitor discovered that site 1105 had poor quality. A QC check was performed by the Polish Clinical Process Manager (CPrM) and CRM (Study Leader) after receiving information from the monitor suggesting poor quality. Poor quality was confirmed by the CPrM and CRM.  The Principal Investigator and other staff at the site were not willing to collaborate with AstraZeneca after the QC check, and AZ could therefore not guarantee the quality of the patient data. It was decided to close the site, without being able to perform Source Data Verification (SDV).  The responsible Bioethics Committee (at Medical Academy in Lublin) was informed about these events by AstraZeneca.  Data available from site 1105 was included in the evaluation of efficacy and safety.

### 5.6.2    Training

The Principal Investigator at each site ensured that appropriate training relevant to the study was given to the medical, nursing, and other staff involved and that any information of relevance to the performance of this study was forwarded to the co-investigators and other staff involved.

To ensure consistency throughout the study, all raters received training in rating the assessment scales.  Only qualified raters were permitted to conduct the assessments.  There was training and information on all study related processes at an Investigators' start-up meeting and at local initiation and monitoring meetings.  AstraZeneca supplied more detailed instructions to center personnel as necessary before and during the study.

CONFIDENTIAL
AZSER12744548

Clinical Study Report
Study code: D1447C00126

### 5.6.3    Data management

The Data Management Plan (DMP) for the study described the methods used to collect, validate, transfer and process clinical data in the study.  It also clarified the roles and responsibilities of the different functions and personnel involved in the data management process.  The Data Management Plan served as a guideline for personnel involved in the data management process.

AstraZeneca provided paper CRFs used in this study for collection of all data except laboratory from the patients.  The forms were printed in triplicate on carbonless paper.  The investigator was responsible to ensure that the data in the CRFs were accurate and complete.  The AstraZeneca monitor, or AstraZeneca's agent reviewed the data at each of the study centers.  The monitor collected the original edited CRF pages on an ongoing basis throughout the study, and forwarded them to the respective local data management site.

After collection of the CRFs, each participating AstraZeneca Marketing Company (MC) and Clinical Research Region (CRR) entered data continuously throughout the study into the AMOS central database at AstraZeneca R&D, Södertälje. Data received electronically by AstraZeneca from a validated source was loaded directly into the study database for analysis. No transfer of data was needed, as all MC/CRR had remote access to the central database AMOS. Further data checking and validation were performed until the database corresponds completely with the data collected in the CRFs.  Any queries raised by AstraZeneca as a result of the data cleaning process was to be answered by the investigator.  Data were cleaned on a regular basis by the participating MC/CRR.

Clean file for the final database was declared at AstraZeneca R&D Södertälje when all data had been set to clean by the MC/CRR.  Prior to clean file, AstraZeneca clinical data management performed a consistency check between center/countries and a final quality control on a sample of the data.  This final control included critical variables, e g data related to primary endpoints and adverse events which were reviewed for 100% of randomized subjects. Remaining variables were reviewed for a randomly selected 5% sample of randomized subjects, at a minimum.

After the declaration of clean file, the randomization code was broken.  Prior to unblinding, all decisions regarding evaluability of the data from each individual patient were made and documented.  The date of clean file and the subsequent database lock was documented by the Clinical Data Manager and the Study Delivery Leader at AstraZeneca R&D Södertälje after a Södertälje after a clean file meeting with relevant Clinical Study Team (CST) members.

The original signed CRFs (ie, the complete document covering all study information concerning each patient) were stored at AstraZeneca and copies were stored at the respective sites.

CONFIDENTIAL
AZSER12744549

Clinical Study Report
Study code: D1447C00126

## 5.7    Statistical methods and determination of sample size

### 5.7.1    Statistical evaluation

The statistical evaluation of study data was performed by the Biostatistics Group of the AstraZeneca Biostatistics Section using SAS® Version 8.2.

### 5.7.2    Description of outcome variables in relation to objectives and hypotheses

Definitions of efficacy outcome variables are given in Section 5.5.1and Section 5.5.3. Definitions of patient-reported outcome variables are given in Section 5.5.4.  Definitions of safety outcome variables are given in Section 5.5.7.

The null hypotheses of no difference between quetiapine and placebo with respect to the primary outcome variable was tested in favor of the alternative hypotheses that treatment with quetiapine would have superior efficacy to placebo in time to recurrence of a mood event. Similar null hypotheses were tested for the secondary efficacy outcome variables.

### 5.7.3    Description of analysis sets

Data analyses were based on the 4 patient populations, defined below.

- The intent-to-treat (ITT) population included all evaluable patients in the randomized safety population, ie, included all randomized patients who took study treatment, classified according to their randomized treatment.  Data from this population was used in the efficacy analyses.

- The per-protocol (PP) population was the subset of ITT patients who did not have any protocol violations or deviations regarded as interfering with an accurate efficacy assessment (see Appendix 12.1.9, the SAP, Appendix A, for further detail). Data collected after a patient had a deviation that significantly affected efficacy was to be excluded from analysis.  Data from this population was used as a consistency check only for the primary study analysis.

- The open-label safety population included all patients who entered the Open-label treatment phase and took study treatment.  Data from this population was used for safety analyses during the Open-label treatment phase.

- The randomized safety population included all patients who took randomized study treatment during the Randomized treatment phase, classified according to actual treatment taken.  Data from this population was used for safety analyses during the randomization phase.

### 5.7.4    Statistical issues relating to study outcome variables

### 5.7.4.1    General principles

All hypotheses were 2-sided.

CONFIDENTIAL
AZSER12744550

Clinical Study Report
Study code: D1447C00126

The analyses of efficacy data were primarily based on the ITT population. In addition, a supportive analysis was carried out using the PP population to evaluate the robustness of the results. The analysis of the safety data was performed for the safety population. When appropriate, the last (valid) observation carried forward (LOCF) principle was used to impute values in case of patient discontinuations leading to missing data. In addition, analyses using only the observed cases were performed.

This trial employed a central randomization stratified by assigned mood stabilizer (lithium or valproate); therefore, mood stabilizer, together with geographical region, was included as a stratification variable in the analysis models.

### 5.7.4.2    Multiplicity

A stepwise sequential procedure was used for the confirmatory part of this study to ensure a multiple level of significance of 0.05. The following outcome variables were tested sequentially:

1.      Time to a mood event

The null hypothesis is that the between-group hazard ratio is equal to unity.

2.      Time to a manic event

The null hypothesis is that the between-group hazard ratio is equal to unity.

3.      Time to a depressed event

The null hypothesis is that the between-group hazard ratio is equal to unity.

4.      Mean change in SDS Total Score

The null hypothesis is that the between-group difference in mean change is zero

A 2-sided test for each of these null hypotheses was performed at a significance level of 0.05. A successful outcome was defined as a hazard ratio <1 when comparing quetiapine to placebo.

A successful outcome of the main analysis (1st step) was regarded as evidence that quetiapine is more effective than placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing the time to a mood event.

No confirmatory claims for time to a manic event (2nd step) were made unless the null hypotheses in both the 1st and 2nd step were rejected. A successful outcome in both these steps was regarded as evidence that quetiapine is more effective than placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing the time to a manic event.

No confirmatory claims for time to a depressed event (3rd step) were made unless the null hypotheses in the 1st and 3rd step were rejected. A successful outcome in both these steps

104

CONFIDENTIAL
AZSER12744551

Clinical Study Report
Study code: D1447C00126

was regarded as evidence that quetiapine as adjunct with a mood stabilizer (lithium or valproate) is more effective than placebo used as adjunct with a mood stabilizer in increasing the time to a depressed event.  Time to a mood event was a composite endpoint of time to a manic event and time to a depressed event.  If the time to a mood event was statistically significant (ie, p<0.05) and in favour of quetiapine, both the time to a manic event and the time to a depressed event could be tested at the same level in the sequential hierarchy, using a significance level of 5% without increasing the overall false-positive error rate.

No confirmatory claims for mean change in SDS total score (4th step) were made unless the null hypotheses in the 1st, 2nd, 3rd and 4th steps were all rejected.  A successful outcome on all these steps was regarded as evidence that quetiapine is more effective than placebo when used as adjunct to mood stabilizer (lithium or valproate) in improving level of functioning between mood episodes.

This stepwise sequential procedure ensured a multiple level of significance of 0.05 and concords to the CPMP guideline, (European Agency for the Evaluation of Medicinal Products for Human Use Points to Consider on Multiplicity Issues in Clinical Studies).

Analyses made to check for robustness and/or validity of the main analysis were exploratory and focusing on presenting point estimates and 95% confidence intervals for the hazard ratio of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate).  The main purpose was to increase confidence in the results obtained from the main analysis and no adjustment of the confidence levels used or the p-values displayed were therefore needed.

No confirmatory claims were made for any other secondary outcome variables than the ones stated above, but p-values were generally presented in order to aid the interpretation of the results.  The confidence levels and p-values displayed were unadjusted for multiplicity and the overall interpretation of these results needed to take multiplicity issues into account.

### 5.7.4.3    Subgroup Analysis

To explore the uniformity of the treatment effect of quetiapine compared to placebo when used as adjunct with lithium or valproate, exploratory analyses of the primary efficacy outcome variable were made for different subgroups.  The hazard ratio of quetiapine versus placebo, when used as adjunct with lithium or valproate, and a corresponding 95% confidence interval were calculated using the same model as for the primary analysis.

The following subpopulations will be investigated:

- Age distribution (18-39, 40-65, >65)

- Sex (male, female)

- Race (Caucasian, Black, Oriental, Other)

- Assigned mood stabilizer (Lithium, valproate)

CONFIDENTIAL
AZSER12744552

Clinical Study Report
Study code: D1447C00126

- DSM-IV diagnosis of most recent episode (manic, mixed, depressed)

- Patients with rapid cycling course (Yes, No).

- Region (USA, Rest of World)

**5.7.4.4    Analysis method for time to event**

The primary outcome variable, time to recurrence of a mood event, and the secondary outcome variables, time to recurrence of a manic event, time to recurrence of a depressed event, and time to all-cause discontinuation were analyzed using a Cox-proportional hazard model.

The main analysis used a Cox proportional hazards model to estimate the hazard ratio, quetiapine versus placebo as adjunct with lithium or valproate, and a corresponding 95% confidence interval (CI), and to test the null hypothesis that the hazard ratio is equal to unity. The assigned mood stabilizer and geographical region within study were included in the covariates.

Analyses of time to event used the dates recorded in the database in the analyses.  This outcome variable was a mixture of actual date, interval censored, and right censored observations.  The hospitalization criteria used actual dates, but the criteria based on the assessment scales was the interval censored since assessments were done at planned visits.

The Cox's proportional hazard model was considered appropriate to use although it does not take into account the interval-censored nature of the time to event data.  The survival curve estimates are hence biased (although in the same direction for both treatments).  However, the main focus was on the comparison between the 2 treatments and this estimate is unbiased and the test is also appropriate.

Analyses made to check for robustness and/or validity of the primary analysis were exploratory and focusing on presenting point estimates and 95% confidence intervals for the hazard ratio of quetiapine as adjunct to a mood stabilizer versus a mood stabilizer alone.  The main purpose was to increase confidence in the results obtained from the primary analysis and no adjustment of the confidence levels used or the p-values displayed were therefore needed.

Supportive analyses to check the assumption of constant hazard ratio (HR) were performed.  An Arjas plot (Arjas 1988) was utilized to plot the estimated cumulative hazard vs number of failures in each treatment group and in addition the time-dependent covariate log(t) was added to the Cox model.  Kaplan-Meier survival curves and a corresponding table with Kaplan-Meier estimates were displayed.  These were done only to evaluate the robustness of the main results.

The number and proportions of patients with an event prior to Week 28 and Week 52 were analyzed using the Cochran–Mantel-Haenszel (CMH) test.  The analyses were stratified by assigned mood stabilizer and geographical region.  In addition, Kaplan-Meier estimates of

106

CONFIDENTIAL
AZSER12744553

Clinical Study Report
Study code: D1447C00126

Weeks 28 and 52 were presented and log-rank tests were utilized to test for differences between treatment groups in survival curves up to Weeks 28 and 52, respectively.

### 5.7.5 Analysis Methods

#### 5.7.5.1 Primary analysis for time to recurrence of a mood event

The primary efficacy outcome variable was the time to recurrence of a mood event further defined in Section 5.5.1.  The outcome variable was analyzed using the ITT population as the main analysis with a supportive analysis performed on the PP population to assess sensitivity of results to population assessed.

A sensitivity analysis was performed using the stratified Cox model and a Log-rank test stratified by the assigned mood stabilizer and geographical region.

For patients not experiencing a mood event, the time was censored at the time the patient discontinued from or completed the study without meeting any of the mood event criteria.

#### 5.7.5.2 Secondary efficacy analysis of primary interest

The primary analysis was supported by additional analyses using the ITT population.  Kaplan-Meier estimates of event rates at Weeks 28 and 52 were presented and log-rank tests were utilized to test for differences between treatment groups in survival curves up to Week 28 and Week 52, respectively.

In addition, the proportion (number and percent) of patients fulfilling the different components of mood event criteria during the randomized phase was presented.  The components of mood event criteria were: initiation of medications; hospitalization; YMRS total score $\geq 20$ or MADRS total score $\geq 20$; and discontinuation of patient due to a mood event.

The influence of individual geographical region region was explored as part of a supportive robustness analysis.  The estimates and 95% confidence intervals for the hazard ratio of quetiapine versus placebo were calculated for the subgroup of patients in each geographical region respectively.

#### 5.7.5.3 Secondary efficacy analyses

All secondary analyses were made in order to yield supportive evidence that quetiapine is more effective than placebo.  These analyses used the ITT population and were presented as point estimates with associated 95% confidence intervals for the treatment effects and the difference between groups.  The confidence levels and p-values displayed were nominal with no adjustment for multiplicity issues.

#### (a)  Time to recurrence of a manic event

The time to recurrence of a manic event, defined in Section 4.2, was analyzed using the ITT population.

CONFIDENTIAL
AZSER12744554

Clinical Study Report
Study code: D1447C00126

For patients not experiencing a manic event, the time was censored at the time the patient discontinued from or completed the study without meeting any of the manic event criteria.

The proportion (number and percent) of patients fulfilling manic event criteria was also presented. The manic event criteria were: initiation of medications; hospitalization; YMRS total score ≥20; and discontinuation due to a manic or mixed event with predominantly manic symptoms.

**(b)      Time to recurrence of a depressed event**

The time to recurrence of a depressed event, defined in Section 4.2 was analyzed using the ITT population.

For patients not experiencing a depressed event, the time were censored at the time the patient discontinued from or completed the study without meeting any of the depressed event criteria.

The proportion (number and percent) of patients fulfilling depressed event criteria were also presented. The depressed event criteria were: initiation of medications; hospitalization; MADRS total score ≥20; and discontinuation due to a depressed or mixed event with predominantly depressed symptoms.

**(c)      Patient acceptance (all-cause discontinuations)**

Time to all-cause discontinuation was analyzed using the same method as for the primary endpoint as described above in this section.

**(d)      Severity of manic or depressed symptoms between mood events (YMRS, MADRS, CGI-BP)**

YMRS, MADRS, and CGI-BP scores were analyzed using a repeated measures mixed model of all assessments between randomization and up to, but excluding the assessment in connection with the mood event. The estimated difference between the least square means of the treatment groups was used as the test statistic, with a statistical significance level of 0.05. By using the least-squares means, the analysis adjusted for differences in covariates. The assigned adjunctive mood stabilizer (either lithium or valproate), geographical region, and included as a fixed effect covariate.

**(e)      Severity of psychotic symptoms between mood events (PANSS-P)**

The PANSS-P scores were analyzed using the same techniques as the YMRS and MADRS total scores.

**5.7.5.4      Secondary analyses for Patient-Reported Outcome variables**

**(a)      Level of functioning between mood events (SDS)**

CONFIDENTIAL
AZSER12744555

Clinical Study Report
Study code: D1447C00126

Global level of functioning between mood events, as assessed by the SDS total score, was evaluated as a secondary outcome of particular interest. The key outcome variable for this claim was the mean change from baseline of the SDS total score as defined in Section 5.5.4.2.

This outcome variable was analyzed by using an Analysis of Covariance model with treatment, assigned mood stabilizer, region, and SDS total score at randomization as fixed effects. The null hypothesis of no difference in the mean change in SDS total score between treatment groups was tested in favor of the alternative that there was a difference. A statistically significant result in favor of quetiapine was regarded as evidence that quetiapine is more effective than placebo, as adjunct to mood stabilizers, in improving level of functioning in between mood episodes. In addition, the estimated mean of the mean change in SDS total score for each treatment group, the estimated difference between groups and the corresponding 95% confidence intervals were calculated using the above model. Similar analyses were performed separately for the 3 SDS domains (Work/school, Social life and Family/Home).

The summary statistics were presented for the following 2 additional questions respectively:

- missed days at work/school or days unable to perform normal daily activities due to symptoms;

- days with reduced productivity while at work/school due to symptoms.

- In addition, descriptive statistics of the mean change in the SDS total score will be computed for the subgroups of patients with and without mood events to ensure a consistent response.

**(b)      Quality of life (PGWB)**

The PGWB total score was analyzed using the same method as described for YMRS, MADRS and CGI-BP in Section 5.7.5.3(d).

**5.7.5.5    Safety and tolerability analyses**

Safety and tolerability were assessed for the open-label treatment phase and the randomized treatment phase. The randomized treatment phase data provides the benefit of a placebo-controlled safety and tolerability comparison. Safety and tolerability were evaluated by assigned mood stabilizer (lithium or valproate). No statistical inference was made.

**(a)      Adverse Events**

Adverse events were classified using the Medical Dictionary for Regulatory Activities (MedDRA) system of nomenclature. Numbers of events and crude incidence rates were tabulated by SOC and preferred term. If a particular adverse event occurred more than once in any patient, the event contributed only 1 observation to the numerator of the crude incidence rate. If the intensity or seriousness of the adverse event changed, the overall intensity or seriousness was the maximum intensity or seriousness of the multiple recurrences. The

CONFIDENTIAL
AZSER12744556

denominator of the rate comprised all patients exposed to treatment.  The intensity of all events was also tabulated.

The summary tables will be presented for the Open-label phase and for the Randomized treatment phase separately.  Summary tables for the randomized treatment phase will include adverse events emerging from randomization.  In addition, adverse events during the randomized treatment phase will be comprised in a number of alternative presentations.  Namely, 1 set of tables including all adverse events emerging from randomization as well as the adverse events ongoing at randomization and 1 set of tables including only adverse events ongoing 2 weeks after randomization or starting 2 weeks after randomization or later, i.e. after the maximum down titration period.  Furthermore, total patient years of exposure and incidence densities were calculated for common adverse events.  The incidence densities were calculated as (total number of patients with events/total patient years of exposure)x100.  If the intensity or seriousness of the adverse event changes, the overall intensity or seriousness were the maximum intensity or seriousness of the multiple occurrences.

Incidence rates were tabulated and presented for the following categories: all adverse events, common adverse events, drug-related adverse events, all serious adverse events, serious adverse events leading to death, non-fatal serious adverse events, and adverse events leading to discontinuation of patient from treatment.

Other adverse events of interest included the disease state event suicidality, as well as EPS symptom events, neutropenia/agranulocytosis events, QT prolongation events, diabetic events, and somnolence which were summarized by treatment group to explore level of risk in the population and potential dose response effects in these events.  Search criteria for these events are found in the SAP, Appendix 12.1.9.

Patients identified through this review for neutropenia/agranulocytosis, QT prolongation, and diabetic events had a listing prepared of the relevant laboratory and ECG assessments in order to facilitate the identification of patients for discussion in the relevant section.

No statistical analyses were planned of adverse event incidence rates.  Only descriptive statistics were generated.

Adverse event summaries based on all events by SOC and preferred term are provided for subgroups, ie age categories, sex, and race.

**(b)         Laboratory safety measurements**

The following clinical laboratory assessments at enrollment, at last visit in open-label treatment, at randomization, and at the end of randomized treatment, and the changes from enrollment to last visit in open-label treatment, and from randomization to end of randomized treatment were presented using descriptive statistics divided on treatment group and treatment group within mood stabilizer.

CONFIDENTIAL
AZSER12744557

Clinical Study Report
Study code: D1447C00126

<u>Hematology tests</u>: hemoglobin concentration, hematocrit, red blood cell count, total and differential white blood cell counts, and platelet count.

<u>Clinical chemistry tests</u>: total bilirubin, alkaline phosphatase, alanine transaminase (ALT), aspartate transaminase (AST), creatinine, BUN, sodium, potassium, chloride, glucose, bicarbonate, high-density lipoprotein cholesterol, low-density lipoprotein cholesterol, total cholesterol, triglycerides, insulin, glycosylated hemoglobin levels (HbA1c), thyroid stimulating hormone (TSH), free triidothyronine (free T3), free thyroxine (free T4), and prolactin.

<u>Urinalysis:</u> chemistry and specific gravity (at enrollment, at randomization, week 52, and Final Visit or discontinuation).

Change from randomization to and value at week 12, 28, 40, 52, 68, 84, and 104 in the randomization phase were presented with descriptive statistics for hematology and clinical chemistry.  Change from randomization to and value at week 52 and end of treatment were presented with descriptive statistics for urinalysis.  All patients with data at a certain assessment were included in the calculation.

The number and proportion of patients with potentially clinically important values emerging after enrollment were presented for the open-label treatment phase.  Patients not at risk at enrollment (ie, fulfilling the criteria for a clinically important value at enrollment for open-label treatment phase) were excluded.

The number and proportion of patients with potentially clinically important values emerging during randomized treatment were presented for the randomized treatment phase.  Patients not at risk at randomization (ie, fulfilling the criteria for a clinically important value at randomization for randomized treatment phase) were excluded.

The shift tables presented the number and proportion of patients in each category (clinically important low and high) at any time, and patients in each category (clinically important low, normal, and clinically important high) at last visit in open-label treatment phase and at the end of randomized treatment phase by baseline category.  In addition, treatment emergent laboratory values identified using computerized methods to compare results or changes from baseline to standard extended ranges were flagged at the patient and test level.  The criteria defined in quetiapine project agreed extended normal ranges to identify potentially clinically important changes are given in Appendix 12.1.9 (the SAP, Appendix B).

Cross tabulations of clinically important low free thyroxine versus clinically important high TSH, and clinically important low free triidothyronine versus clinically important high TSH values were presented.

- Fasting state was assessed through the fasting glucose on the laboratory file.  In addition, if the calculated difference between date and time of lab draw and date and time of last meal was >8 hours, this sample was defined as in confirmed fasting state.

CONFIDENTIAL
AZSER12744558

Clinical Study Report
Study code: D1447C00126

A separate analysis of lipids, glucose and insulin data and derived glucose regulation variables (HOMA-R and QUICKI, see Section 5.5.7.4) was done for the subset of patient with data at baseline and post baseline which was collected in the confirmed fasting state.  In addition, the descriptive statistics will be provided for the following subgroups: diabetics, patients at diabetic risk, and non-diabetics (for definitions, see Section 5.5.7.4).

Indication of insulin resistance, assessed by HOMA-R calculated as (insulin value (mU/mL) x glucose value (mmol/L)) divided by 22.5, was summarized.

Indication of insulin sensitivity, assessed by QUICKI calculated as 1 divided by the following value ($\log_{10}$(insulin value ($\mu$U/mL)) + $\log_{10}$(glucose value (mg/dL))), was summarized.

**(c)      Vital signs measurement**

The vital sign variables were supine, standing and orthostatic pulse, systolic blood pressure and diastolic blood pressure.  The vital sign data were presented using descriptive statistics divided on treatment group and treatment group within mood stabilizer.  Values at enrollment, at last visit in open-label treatment, at randomization, and at the end of randomized treatment, and the changes from enrollment to last visit in open-label treatment, and from randomization to end of randomized treatment were presented for vital sign variables, where the baseline value (at randomization) was based on patients with data for both assessments.

Change from randomization to and value at week 12, 28, 40, 52, 68, 84 and 104 were presented with descriptive statistics. All patients with data at a certain assessment were included in the calculation.

The number and proportion of patients with at least 30% of assessments with clinically important values emerging after enrollment were presented for the open-label treatment phase. Patients not at risk at enrollment (ie, fulfilling the criteria for a clinically important value at enrollment for open-label treatment phase) were excluded.

The number and proportion of patients with at least 30% of assessments with clinically important values emerging during randomized treatment phase were presented for each treatment group and treatment group within mood stabilizer.  Patients not at risk at randomization (ie, fulfilling the criteria for a clinically important value at randomization for randomized treatment phase) were excluded.

In addition, shift tables presented the number and proportion of patients in each category (clinically important low and high) at any time by baseline category for each treatment group and treatment group within assigned mood stabilizer.

**(d)      Electrocardiogram (ECG) measurements**

The ECG outcome variables were heart rate, PR interval, QRS interval, QT and QTc Fridericia. The ECG data were presented using descriptive statistics divided on treatment group and treatment group within mood stabilizer. Values at enrollment, at last visit in open-

112

CONFIDENTIAL
AZSER12744559

label treatment, at randomization, at end of randomized treatment, and change from enrollment to open-label treatment and from randomization to end of randomized treatment will be presented for ECG outcome variables, here the baseline value (at randomization) were based on the patients with valid data for both assessments.

Change from randomization to and value at week 52 will be presented with descriptive statistics. All patients with data at 52 weeks are included in the calculations.

The number and proportion of patients with clinically important values emerging after enrollment were presented for the open-label treatment phase. Patients not at risk at enrollment (ie, fulfilling the criteria for a clinically important value at enrollment for open-label treatment phase) were excluded.

The number and proportion of patients with potentially clinically important values emerging during randomized treatment were presented for the randomized treatment phase. Patients not at risk at randomization (ie, fulfilling the criteria for a clinically important value at randomization for randomized treatment phase) were excluded.

In addition, shift tables will present the number and percentage of patients in each category (clinically important low and high) at any time and end of treatment by baseline category for each treatment group and treatment group within assigned mood stabilizer.

**(e)      Weight measurement**

The weight data were presented using descriptive statistics divided on treatment group and treatment group within mood stabilizer. Values at enrollment, end of open-label treatment, at randomization, and at end of randomized treatment, and change from enrollment to open-label treatment and from randomization to end of randomized treatment were presented, here the baseline value (at randomization) was based on the patients with valid data for both assessments. In addition, the data was presented divided by BMI category (see Table 10) at randomization.

Change in weight and BMI from randomization to and value at week 12, 28, 40, 52, 68, 84 and 104 were presented with descriptive statistics. All patients with data at a certain assessment were included in the calculation. Both the OC and LOCF approach were presented.

The number and percentage of patients with a clinically important value ($\geq 7\%$ increase in weight from enrollment) emerging after enrollment were presented for the open-label treatment phase. Patients not at risk at enrollment (ie, fulfilling the criteria for a clinically important value at enrollment for open-label treatment phase) were excluded.

The number and proportion of patients with clinically important values ($\geq 7\%$ increase in weight from randomization) emerging during randomized treatment were presented for each treatment group and treatment group within mood stabilizer divided on BMI category at randomization.

113

CONFIDENTIAL
AZSER12744560

Clinical Study Report
Study code: D1447C00126

**(f)      Neurological assessments**

The SAS, BARS, and AIMS data were presented using descriptive statistics divided on treatment group and treatment group within mood stabilizer.  For SAS and AIMS total score, and for BARS Global assessment, the number and proportion of patients with an improvement, no change, or worsening in the scores from enrollment to last visit in open-label treatment, and from randomization to end of randomized treatment were presented for each treatment group and treatment group within assigned mood stabilizer.

The values at enrollment, at last visit in open-label treatment, at randomization, and the end of randomization treatment, and change from enrollment to randomization, from randomization to each assessment and to the end of treatment were summarized by descriptive statistics.

**(g)      Other safety areas of specific interest**

For 6 predefined safety areas of specific interest, summary tables were prepared showing the aggregated incidence of prospectively identified MedDRA preferred terms potentially associated with each of the areas.  The MedDRA search terms for each safety area are defined in Appendix 12.1.9, the SAP.

**Suicidality**

A table of AEs with number and percent of patients with AEs potentially associated with suicidality using individual preferred terms and total was produced.

**EPS**

A table of AEs with number and percent of patients with AEs potentially associated with EPS using individual preferred terms and total was produced.

For anticholinergic medication, the proportion was calculated as the number of patients who took some anticholinergic medication after randomization divided by the number of randomized patients.  The use of anticholinergic medication was also reported separately for predefined time periods after randomization.

The following medications were included in the tables for anticholinergic medication: trihexyphenidyl, procyclidine, ethopropazine, biperiden, diphenhydramine, benztropine, benzhexol, orphenadrine hyoscyamine sulphate.

**QT/QTc prolongation**

A table of AEs with number and percent of patients with AEs potentially associated with QT or QTc prolongation using individual preferred terms and total was produced.

**Diabetes mellitus**

A table of AEs with number and percent of patients with AEs potentially associated with diabetes mellitus using individual preferred terms and total was produced.  This table was produced for the following subsets: all patients, diabetic patients, diabetic-risk patients and

CONFIDENTIAL
AZSER12744561

Clinical Study Report
Study code: D1447C00126

non-diabetic patients.  The definition for the different categories can be found in Appendix 12.1.9, the SAP.

**Neutropenia/Agranulocytosis**

A table of AEs with number and percent of patients with AEs potentially associated with neutropenia or agranulocytosis using individual preferred terms and total was produced.

**Suicidality**

A table of AEs with number and percent of patients with AEs associated with suicidality using individual preferred terms and total were produced.

**Somnolence**

A table of AEs with number and percent of patients with AEs potentially associated with somnolence using individual preferred terms and total was produced.

**(h)       Metabolic risk factors**

The number and percentage of patients with treatment emergent development of at least 3 risk factors at end of open-label treatment phase were presented for each treatment group and by assigned mood stabilizer.  Patients with 3 or more risk factors at enrollment were excluded.

The number and percentage of patients with at least 3 risk factors at end of randomized treatment phase were presented for each treatment group and by assigned mood stabilizer. Patients with 3 or more risk factors at randomization were excluded from these tables.  This for patients with at least 3 risk factors, excluding the triglycerides, at end of randomized treatment.

The number and percentage of patients with a treatment emergent risk factor at end of randomized treatment were presented for each treatment group for each specific risk factor. Patients at risk, ie, not fulfilling the specific criteria at randomization, were included.

In addition, shift tables presented the number and proportion of patients in each category (<3, ≥3) and total at end of treatment by number of risk factors at randomization for each treatment group.

All tables were repeated for the subgroup of patients with confirmed fasting conditions.

**5.7.6       Determination of sample size**

The primary outcome variable in this study was time to recurrence of a mood event.  This outcome variable was analyzed using Cox proportional hazards model.  The sample size estimation was based on achieving a clinical meaningful hazard ratio of 0.65 for quetiapine versus placebo.  To provide 90% power with a 2-tailed test at significance level of 0.05, this analysis required 227 patients with a documented recurrence of a mood event.

115

CONFIDENTIAL
AZSER12744562

Clinical Study Report
Study code: D1447C00126

In a previous 1-year recurrence prevention study with the atypical antipsychotic drug olanzapine (Tohen et al 2002), the rate for recurrence of a mood event at 1 year was approximately 30% in the olanzapine group and 40% in the lithium group. Assuming a recurrence rate of 32%, approximately 710 patients were to be randomized to obtain 227 patients who had a recurrence of a mood event. Assuming 42% of the enrolled patients fulfill the criteria for randomization, this would have led to approximately 1700 enrolled patients.

Recruitment of patients to the open-label treatment phase was to be stopped by the sponsor when it was estimated that a sufficient number of patients had been recruited to provide a total of 227 mood events. The study was terminated by the sponsor when the required number of events had occurred (at least 227 mood events).

### 5.7.7      Interim analyses

No interim analyses were done in this study.

### 5.7.8      Data and safety monitoring board

No data or safety monitoring boards were used in this study.

## 5.8      Clinical study protocol amendments and other changes in the conduct of the study or planned analyses

### 5.8.1      Changes in the conduct of the study

The original study protocol was dated 10 July 2003. Amendments to the study protocol are summarized in Table 11, which also indicates when amendments came into force with respect to the recruitment of patients. The main purpose of Amendment 1 was to change the primary objective of the study from time to recurrence of a manic event to time to recurrence of a mood event, and to make it possible to include in the study patients with a depressed episode as the most recent. This was to allow for an evaluation of the maintenance effects of quetiapine as adjunct to a mood stabilizer in the treatment of a broader spectrum of the bipolar disorder. The main purpose of Amendment 2 was to add criteria for which patients with diabetes mellitus should not be included in the study and to provide information on how to handle patients that developed diabetes mellitus in the course of the study. Amendment 3 described and justified the removal of the e-diary and the NIMH-LCM questionnaire from the study. Amendment 4 suggested that the study could be terminated when the target of 227 patients with recurrence of a mood event was achieved.

CONFIDENTIAL
AZSER12744563

Clinical Study Report
Study code: D1447C00126

**Table 11**　　　　　**Protocol amendments**

| Number (date of internal approval) | Key details of amendment (Section of this report affected) | Reason for amendment | Persons who initiated amendment[a] |
|---|---|---|---|
| **Amendments made before the start of patient recruitment** | | | |
| 1 (29 Jan 2004)[b] | Primary objective (Section 4.1) Primary outcome variable Efficacy and pharmacodynamic measurements and outcome variables Multiplicity | The primary objective was changed from time to a manic event to time to a mood event, to better capture the effect of quetiapine on the full spectrum of bipolar disorder symptoms. | Clinical Study Team (CST) |
| | Secondary objective #1 (Section 4.2) Secondary outcome variable Efficacy and pharmacodynamic measurements and outcome variables Multiplicity | As a consequence of the change of primary objective, time to a mood event became a secondary objective. Mixed events were to be assigned either to manic event or depressed event, not to both. | CST |
| | Rationale for study design, doses and control groups (Section 5.2), Duration of treatment Enrollment and open-label treatment phase Recruitment and study termination Determination of sample size | (a) The number of patients to be enrolled and randomized and number of mood events captured were adjusted due to the change of primary objective (b) Period of stability (that would suggest appropriateness for long-term maintenance treatment) was changed to be 12 to 36 weeks (c) Inclusion criteria were changed to allow patients with a depressive episode as the most recent, since study data had demonstrated the positive effects of quetiapine in the acute treatment of bipolar depression. | CST |
| | Addition of genetic sampling component (Section 5.5.8, Collection of samples for genetic analysis, Ethical conduct of the study, Appendix C, Written ICF #5 and 6) | The option for enrolled patients to provide a sample of deoxyribonucleic acid (DNA) to allow for possible future genetic analyses was added. | CST |
| | Inclusion criteria for entering the Randomized treatment Phase | The inclusion criteria were simplified to focus on specific observable, clinical measures of mood state. | CST |
| | Criteria for discontinuation Procedures for discontinuation Recording of adverse events | A patient with a repeated neutrophil count $<0.5 \times 10^9$/L must be discontinued from the study to further ensure patient safety (due to an identified potential risk for quetiapine to cause neutropenia or agranulocytosis). | CST |

117

CONFIDENTIAL
AZSER12744564

Clinical Study Report
Study code: D1447C00126

**Table 11**                    **Protocol amendments**

| Number (date of internal approval) | Key details of amendment (Section of this report affected) | Reason for amendment | Persons who initiated amendment[a] |
|---|---|---|---|
| | Updated information regarding overdose (Section 5.5.7.2) <br> Recording of adverse events | Overdose definition added for safety reasons. | CST |
| **Amendments made after the start of patient recruitment** | | | |
| 2 (17 Jun 2004)[c] | Exclusion criteria Open-label treatment Phase (Section 5.3.2.2) | Two exclusion criteria (one related to diabetes mellitus and 1 related to previous enrollment in Study 126 or 127) were added to further ensure patient safety and to perform consistent safety monitoring across the entire Seroquel program, and to collect supplementary information on diabetes. | Medical Science Director (MSD) and CST |
| | Criteria for discontinuation (Section 5.3.5.1) <br> Procedures for discontinuation | Repeated neutrophil count of <0.5 x $10^9$/L modified to <1.0 x $10^9$/L to further ensure patient safety and to perform consistent safety monitoring across the entire Seroquel program. | MSD and CST |
| | Recording of AE (Section 5.5.7.2) <br> Procedures in case of overdose | In accordance with recent changes to the AZ policy on collection of overdose data, information on CBC and WBC monitoring was added to ensure that data are properly documented in order to collate information for the IB and CDS regarding the level of excess dosage taken or administered without adverse effects. | MSD and CST |
| 3 (21 Apr 2005)[d] | Secondary objectives (Section 4.2) <br> Patient reported Outcomes variables and measurements <br> ICF | To ensure patient safety: The e-diary with an NIMH-LCM questionnaire was removed. From an interim review of entered data revealed that patients did not understand or were not following the instructions for using the tool. | CST |
| | Overall study design and flow chart | To emphasize that the sample size is based on assumptions and that the final number of enrolled patients may change during the study, based on randomization rates. | CST |
| 4 (17 Jan 2006)[e] | | | CST |

118

CONFIDENTIAL <br> AZSER12744565

Clinical Study Report
Study code: D1447C00126

**Table 11          Protocol amendments**

| Number (date of internal approval) | Key details of amendment (Section of this report affected) | Reason for amendment | Persons who initiated amendment[a] |
|---|---|---|---|
| | Study design<br>Duration of treatment<br>Overall study design and flow chart<br>Randomized treatment phase<br>Recruitment and study termination<br>Rationale for study design, doses and control groups<br>Determination of sample size | The study was to be terminated when the required number of mood events has occurred.  This was to avoid unnecessary placebo treatment and unnecessary participation in an experimental protocol after the last mood event, since it was estimated that the 227th mood event could occur before a substantial part of the randomized patients had reached 28 weeks of randomization. | CST |
| | Study centers and number of patients planned<br>Study period<br>Overall study design and flow chart<br>Study timetable and termination | Due to a higher drop-out rate than expected in the open-label treatment phase, the total number of enrolled patients had to be increased from 1420 to 1700, and the number of centers from 120 to 200.  The estimated last patient completed date was also moved 1 month forward. | |

| | |
|---|---|
| a | All protocol amendments were approved within AstraZeneca before being implemented. |
| b | Submitted 25 March 2005, SN0725. |
| c | Submitted 2 May 2005, SN0738 |
| d | Submitted 14 March 2006, SN0821 |
| e | Submitted 14 March 2006, SN 0821. |

CST = Clinical Study Team.

Furthermore, local amendments were created in Australia, Bulgaria, the Czech Republic, Hungary, Norway and the US. The details of these local amendments to the study protocol are shown in Table 12.  In addition, 1 local amendment was submitted in Canada in March 2005 to fulfill a local commitment.  This amendment did not affect the CSP or the ICD.

**Table 12          Local amendments to the protocol**

| Country (date of internal approval) | Key details of amendment (Section of this report affected) | Reason for amendment | Persons who initiated amendment |
|---|---|---|---|
| Australia (19 Jan 2004) | Since lorazepam was not available, the relevant sections of the protocol had to be modified, as applicable | Lorazepam was changed to oxazepam throughout the document (dose was adjusted as applicable, ie, 2 mg lorazepam was changed to 30 mg oxazepam) | CST |
| Bulgaria (20 Oct 2003) | Target patient population and inclusion criterion #3 | As per Bulgarian National Regulatory Authority requirement, only people between 18 and ≤70 years of age could be included in the study | CST |

119

CONFIDENTIAL
AZSER12744566

Clinical Study Report
Study code: D1447C00126

**Table 12          Local amendments to the protocol**

| Country (date of internal approval) | Key details of amendment (Section of this report affected) | Reason for amendment | Persons who initiated amendment |
|---|---|---|---|
| Czech Republic (6 Feb 2004) | Since lorazepam was not available, the relevant sections of the protocol had to be modified, as applicable | Lorazepam was changed to oxazepam throughout the document (dose was adjusted as applicable, ie, 2 mg lorazepam was changed to 30 mg oxazepam) | CST |
| Hungary (20 Jan 2004) | Since lorazepam was not available, the relevant sections of the protocol had to be modified, as applicable | Lorazepam was changed to alpazoram throughout the document (dose was adjusted as applicable, ie, 2 mg lorazepam was changed to 0.5 mg alpazoram) | CST |
| Norway (11 Sept 2003) | Since lorazepam was not available, the relevant sections of the protocol had to be modified, as applicable | Lorazepam was changed to oxazepam throughout the document (dose was adjusted as applicable, ie, 2 mg lorazepam was changed to 30 mg oxazepam) | CST |
| US (21 Dec 2004) | Recruitment and study termination – Open-label treatment phase | The drug packaging in the US differed from the 1 used in other countries during the first 4 weeks in the open-label treatment phase. | CST |

CST = Clinical Study Team.

### 5.8.2    Changes to planned analyses

Changes to the initially planned analyses as described in the CSP (Appendix 12.1.1) are shown in Table 13. This table indicates when any changes were made in relation to the unblinding of study data.

**Table 13          Changes to planned analyses**

| Key details of change (Section of this report affected) | Reason for change | Persons who initiated change |
|---|---|---|
| Changes and additions made before unblinding of study data | | |
| The stepwise sequential procedure specified in the protocol to control the overall type I error in the confirmatory part of each study was slightly modified (See Section 5.7.4.2). Initially, the plan was to test time to a manic event ahead of time to a depressed event in the sequential order. | In view of recent results in the Bolder studies (D1447L00001 and D1447C00135) there was no reason to assume a relative order of time to a manic event and time to a depressed event. | Submission team |
| Kaplan-Meier estimates of event rates at Weeks 28 and 52 were presented for each treatment group. A log-rank test was utilized to test for differences between treatment groups in survival curves up to Week 28 and Week 52, respectively. | To support the result of the primary analysis | Submission team |
| Changes made after unblinding of study data | | |
| The samples from the 2 glucose laboratory | In the study protocol subsequent | Clinical Study |

CONFIDENTIAL
AZSER12744567

Clinical Study Report
Study code: D1447C00126

**Table 13         Changes to planned analyses**

| Key details of change (Section of this report affected) | Reason for change | Persons who initiated change |
|---|---|---|
| identification codes ("glucose fasting" and "glucose non-fasting") are pooled in the full analyses of glucose data.<br><br>In the CRF, date and time of blood sampling and date and time of the last meal prior to sampling was reported. This information was used to create a subset of patients only considering samples that met the more stringent fasting conditions, ie, blood sampling documented in the CRF to be more than 8 h after the last reported meal. "Documented fasting" is the term used in this document for describing this subset of glucose data. | to the implementation of Amendment #2 (dated 17 June 2004), it was stated that a patient should be fasting for at least 8 hours prior to blood draw for laboratory measurements. After the implementation of Amendment #2, all glucose values were to be reported by the central laboratory using a laboratory identification code of "glucose fasting". Due to administrative inaccuracies in the central laboratory, the laboratory identification code for "non-fasting glucose" was still used for reporting glucose data in a number of samples after the implementation of Amendment #2, although the amended study protocol was assumed to have been adhered to. Rather than excluding these samples, and all the samples collected prior to the implementation of Amendment #2 from the primary glucose analyses, it was considered appropriate to use all available glucose data in the analyses. Thus, the samples from the 2 glucose laboratory identification codes ("glucose fasting" and "glucose non-fasting") are pooled in the presentations of glucose data in the full safety populations (open-label and randomized, respectively), including subgroups thereof. | Report Delivery Team |

121

CONFIDENTIAL
AZSER12744568

Clinical Study Report
Study code: D1447C00126

# 6.     STUDY PATIENTS

A summary of the patient population is given in Section 6.1. Thereafter, the following aspects of the study population are considered: disposition (Section 6.2), adherence to the study protocol (Section 6.3), populations analyzed (Section 6.4), demography and other baseline characteristics (Section 6.5), and treatment compliance and use of concomitant medication (Section 6.6). Conclusions on the suitability of the patient population with respect to the overall purpose of the study are given in Section 6.7.

## 6.1     Summary of patients

The first patient entered the study on 06 April 2004 and the last patient completed the study on 31 October 2006. In total, 1461 patients were enrolled at 177 study sites and 706 patients (48.3% of the enrolled) were randomized. Of the 703 patients in the ITT population, 242 (34.4%) patients had treatment discontinued due to a mood event. 347 patients (49.4%) completed the randomized treatment (either the maximum 104 weeks or up to the time when study was terminated by AstraZeneca). The number of patients included in the study populations (see Section 5.7.3 for definitions) were: Open-label safety population 1433 patients; Randomized safety population 703 patients; ITT population 703 patients; PP population 565 patients.

Discontinuations due to a mood event during randomized treatment were less common in the quetiapine group (62/336 patients, 18.5%) than the placebo group (180/367 patients, 49.0%). The greater randomized exposure in the quetiapine group, with efficacy in the quetiapine group preventing recurrence of a mood event compared to placebo, resulted in the quetiapine-treated patients having greater potential for discontinuation for reasons other than a mood event. Of the patients remaining in the study, 61 patients in quetiapine group and 53 in placebo group were discontinued for reasons other than a mood event during randomized maintenance treatment. Of the patients discontinuing for reasons other than a mood event, "Subject not willing to continue" was the most common reason for discontinuation in both treatment groups; 26 out of 61 quetiapine patients and 16 out of 53 placebo patients. There was no apparent difference between the treatment groups in the number of patients who had important protocol deviations leading to exclusion from the PP analysis.

A higher number of patients with a manic index episode were enrolled to open-label treatment. There was also a higher randomization rate for patients with a manic index episode, probably due to to a lower incidence of AEs during the open-label treatment phase in patients with a manic index episode than in patients with depressed or mixed episodes. The discrepancies in randomization rate with regards to index episode were not considered to introduce such bias in the selection of patients to the randomized treatment phase that interpretation and generalization of the results was influenced.

Overall, the randomized treatment groups were well matched for demographic and baseline disease characteristics. Patients had a mean age of approximately 42 years, and approximately 55% were female. A majority of the patients were Caucasian with 95.5% in the quetiapine

CONFIDENTIAL
AZSER12744569

Clinical Study Report
Study code: D1447C00126

group and 97.5% in the placebo group, and most of the remaining patients were Black or 'Other' race.

Compliance was uniform and high for both treatment groups within the randomized safety population and the median serum concentration levels of mood stabilizers were within the predefined range.

Lorazepam, or substitute if lorazepam was not available, and sleep medication were less frequently used in the quetiapine group than in the placebo group. There were no major differences in the use of anticholinergic medications between the randomized treatment groups.

Patients entering the randomized phase were generally clinically stable during the last 12 weeks of the open-label phase. Mean YMRS and MADRS scores in the randomized ITT population fell from 11.2 and 14.3, respectively, at enrollment, to 2.4 and 3.5 respectively at randomization. These data indicate that this population became stable on open-label quetiapine with mood stabilizer (lithium or valproate) by the time of randomization. 48 out of 703 patients in the randomized ITT population were excluded from the PP analysis for not having met the stability criteria. Also the use of prohibited psychoactive drugs during the 12 weeks before randomization was low: only 19 (2.7%) patients in the randomized ITT population received antidepressants, and 8 patients (1.1%) received other antipsychotics during this period.

During randomized treatment, exposure to study drug (see Section 8.2) was longer in quetiapine patients than in the placebo group, due to the efficacy of quetiapine in preventing or delaying mood events. Total mean randomized duration of exposure was about 44% greater in the quetiapine group (189 days in the quetiapine group compared to 131 days in the placebo group). This was an expected outcome based on the primary objective of increased time to recurrence of a mood event, and the planned protocol stipulation that patients were excluded from the study when a mood event did occur.

Table 14 shows where the data supporting this section are presented.

123

CONFIDENTIAL
AZSER12744570

Clinical Study Report
Study code: D1447C00126

**Table 14          Location of supporting data on study patients**

| Data | Location | |
|---|---|---|
| | Summary tables (Section 11.1) | Individual patient data (Appendix 12.2) |
| Patient disposition and populations analyzed | Table 11.1- 1 to Table 11.1- 6 | Appendix 12.2.1-1 to 12.2.1-4 |
| Discontinued patients | See individual patient data | Appendix 12.2.1.-1 to 12.2.1-2 |
| Patients completing the study | See individual patient data | Appendix 12.2.1.2 |
| Patients for whom the treatment code was prematurely broken | See individual patient data | Appendix 12.2.1.3 |
| Protocol deviations | Table 11.1- 6 | Appendix 12.2.2 |
| Patients and data excluded from efficacy analyses | See individual patient data | Appendix 12.2.2 |
| Demographic and baseline characteristics | Table 11.1- 7 to Table 11.1- 27 | Appendix 12.2.4 |
| Concomitant medication use | Table 11.1- 31 to Table 11.1- 54 | Appendix 12.2.10-9 to 12.2.10-10 |
| Treatment compliance | Table 11.1- 28 to Table 11.1- 30 | Appendix 12.2.5 |

## 6.2      Disposition

The disposition of study patients is provided for the open-label treatment phase by index
episode in Table 15 and combined with the randomized treatment phase in Figure 4.

124

CONFIDENTIAL
AZSER12744571

Clinical Study Report
Study code: D1447C00126

**Table 15          Premature discontinuation from open-label treatment phase by index episode (all patients enrolled)**

|  | Manic Index Episode N=580 n (%) | Mixed Index Episode N=390 n (%) | Depressed Index Episode N=491 n (%) | Total N=1461 n (%) |
|---|---|---|---|---|
| ALL PATIENTS ENROLLED | 580 (100.0) | 390 (100.0) | 491 (100.0) | 1461 (100.0) |
| PREMATURE DISCONTINUATION DURING OPEN-LABEL TREATMENT PHASE | 241 ( 41.6) | 228 ( 58.5) | 285 ( 58.0) | 754 ( 51.6) |
| ELIGIBILITY CRITERIA NOT FULFILLED | 18 ( 3.1) | 17 ( 4.4) | 30 ( 6.1) | 65 ( 4.4) |
| ADVERSE EVENT | 51 ( 8.8) | 71 ( 18.2) | 97 ( 19.8) | 219 ( 15.0) |
| LACK OF THERAPEUTIC RESPONSE | 17 ( 2.9) | 7 ( 1.8) | 21 ( 4.3) | 45 ( 3.1) |
| DEVELOPMENT OF STUDY DISCONTINUATION CRITERIA | 0 | 0 | 0 | 0 |
| SUBJECT NOT WILLING TO CONTINUE | 72 ( 12.4) | 34 ( 8.7) | 56 ( 11.4) | 162 ( 11.1) |
| SUBJECT LOST TO FOLLOW UP | 23 ( 4.0) | 54 ( 13.8) | 32 ( 6.5) | 109 ( 7.5) |
| TERMINATED BY SPONSOR | 4 ( 0.7) | 7 ( 1.8) | 12 ( 2.4) | 23 ( 1.6) |
| OTHER | 56 ( 9.7) | 38 ( 9.7) | 37 ( 7.5) | 131 ( 9.0) |
| COMPLETED OPEN-LABEL TREATMENT BUT NOT RANDOMIZED | 1 ( 0.2) | 0 | 0 | 1 ( 0.1) |
| ALL PATIENTS RANDOMIZED | 338 ( 58.3) | 162 ( 41.5) | 206 ( 42.0) | 706 ( 48.3) |

N Number of Patients with diagnosis of bipolar I disorder, most recent episode.  n Number of patients.
Note:  Percentages are calculated as n/N.
Note: Two patients discontinued during open-label treatment phase since hurricane Katrina destroyed centre, they are included in Other.
/csre/dev/seroquel/d1447c00126/sp/output/tlf/t110101.rtf  dem201.sas  07FEB2007:16:03  kwcn867
Corresponds to Table 11.1- 1.

125

CONFIDENTIAL
AZSER12744572

Clinical Study Report
Study code: D1447C00126

**Figure 4        Patient disposition (completion or discontinuation)**



QTP  quetiapine.  LI  Lithium.  VAL  Valproate.
Note:  "Completed treatment" was defined as completing maximum 104 weeks of randomized treatment or remaining on randomized
        treatment until study was terminated by AstraZeneca.
Data derived from Table 11.1- 1 and Table 11.1- 2.

126

CONFIDENTIAL
AZSER12744573

Clinical Study Report
Study code: D1447C00126

The randomization rate was higher for patients with a manic index episode than for patients with a depressed or mixed index episode. The proportion of patients at enrollment and randomization was; manic index episodes 39.7% vs 47.9%, depressed index episodes 33.6% vs 29.2% and mixed index episodes 26.7 vs 22.9% (Table 11.1- 1 and Table 11.1- 3). There was a lower incidence of adverse events during the open-label treatment phase in patients with a manic index episode (8.8%) than in patients with a depressed (19.8%) or a mixed index episode (18.2) More patients with a mixed index episode were lost to follow up (13.8%) than patients with manic or depressed index episodes (4.0 and 6.5%, respectively).

These discrepancies in randomization rate with regards to index episode were not considered to introduce such bias in the selection of patients to the randomized treatment phase that interpretation and generalization of the results was influenced.

The number of patients discontinuing due to a mood event during the randomized treatment phase was 62 out of 336 (18.5%) in the quetiapine group compared to 180 out of 367 (49.0%) in the placebo group. There were no major differences between the treatment groups in proportion of patients or pattern for premature discontinuations for other reasons than a mood event.

Patients prematurely discontinued from the randomized treatment phase are summarized by index episode in Table 11.1- 3, and by assigned mood stabilizer in Table 11.1- 4.

## 6.3     Protocol deviations

The number of patients with major protocol violations and deviations leading to exclusion from the PP population during the randomized treatment phase in each treatment group are summarized in Table 16.

127

CONFIDENTIAL
AZSER12744574

Clinical Study Report
Study code: D1447C00126

**Table 16**          **Patient populations, randomized treatment phase**

| | QTP+LI/VAL n (%) | PLA+LI/VAL n (%) | Total n (%) |
|---|---|---|---|
| ALL PATIENTS RANDOMIZED [a] | 337 (100.0) | 369 (100.0) | 706 (100.0) |
| EXCLUDED FROM SAFETY POPULATION | 1 ( 0.3) | 2 ( 0.5) | 3 ( 0.4) |
| ....NO STUDY DRUG RECEIVED AFTER RANDOMIZATION | 1 ( 0.3) | 2 ( 0.5) | 3 ( 0.4) |
| SAFETY POPULATION | 336 ( 99.7) | 367 ( 99.5) | 703 ( 99.6) |
| EXCLUDED FROM ITT POPULATION | 0 | 0 | 0 |
| ITT POPULATION | 336 ( 99.7) | 367 ( 99.5) | 703 ( 99.6) |
| EXCLUDED FROM PP POPULATION | 71 ( 21.1) | 67 ( 18.2) | 138 ( 19.5) |
| ....RECEIVED <75% OF RANDOMIZED TREATMENT | 9 ( 2.7) | 7 ( 1.9) | 16 ( 2.3) |
| ....INCORRECT RANDOMIZED TRIAL MEDICATION | 0 | 0 | 0 |
| ....REPLACEMENT OF OPEN-LABEL QTP NOT COMPLETED WITHIN 14 DAYS AFTER RANDOMIZATION | 7 ( 2.1) | 12 ( 3.3) | 19 ( 2.7) |
| ....RANDOMIZED QTP >800 MG/DAY | 2 ( 0.6) | 5 ( 1.4) | 7 ( 1.0) |
| ....RANDOMIZED QTP <400 MG/DAY AFTER TITRATION PERIOD | 22 ( 6.5) | 19 ( 5.1) | 41 ( 5.8) |
| ....MOOD STABILIZER CONCENTRATION NOT WITHIN RANGE | 19 ( 5.6) | 22 ( 6.0) | 41 ( 5.8) |
| ....OTHER IMPORTANT PROTOCOL VIOLATION/DEVIATION | 55 ( 16.3) | 53 ( 14.4) | 108 ( 15.3) |
| PP POPULATION | 265 ( 78.6) | 300 ( 81.3) | 565 ( 80.0) |

[a]  Patients who met all of the inclusion criteria and none of the exclusion criteria at randomization.
ITT Intent-to-treat.  N Number of patients. PP Per protocol.
Note: Percentages are calculated as n/N.
/csre/dev/seroquel/d1447c00126/sp/output/tlf/t110106.rtf  dem207.sas  07FEB2007:16:03  kwcn867
Data derived from Table 11.1- 6.

Of the 108 patients with "other important protocol violations", 48 patients in the ITT population (quetiapine 27 patients and placebo 21 patients) were not stable at randomization (YMRS total score ≤12 and MADRS total score ≤12 assessed at a minimum of 4 consecutive visits spanning at least 12 weeks, with the allowance of a single excursion) (see Appendix 12.2- 2).  In general, the number of patients with major protocol violations and deviations leading to exclusion from the PP population during the randomized treatment phase in each treatment group was similar across treatment groups.

## 6.4      Patient populations analyzed (analysis sets)

The analysis sets and the number of patients in each analysis set are summarized in Figure 5. Definitions of the analysis sets are given in Section 5.7.3.

CONFIDENTIAL
AZSER12744575

Clinical Study Report
Study code: D1447C00126

**Figure 5**          **Analysis sets**



QTP quetiapine. LI Lithium. VAL Valproate ITT Intent-to-treat. n Number of patients. PP Per protocol.
Data derived from Table 11.1- 5.

A total of 1461 patients were enrolled to the open-label treatment period. 28 (1.9%) of the
enrolled patients did not receive investigational product (including 2 patients, E1311008 and
E1311009, who received commercially available quetiapine instead of investigational product
and were excluded from the open-label safety population.  A total of 706 patients were
randomized (including patients E1311008 and E1311009), 337 (47.7%) to quetiapine
treatment and 369 (52.3%) to placebo treatment.

129

CONFIDENTIAL
AZSER12744576

Clinical Study Report
Study code: D1447C00126

Of the 706 randomized patients, 3 patients (0.4%) did not receive study drug after randomization and were excluded from the randomized safety population.  No additional randomized patients were excluded from the ITT population, so the randomized safety population and ITT population consisted of the same 703 patients, 336 patients in the quetiapine-treated group and 367 in the placebo group.

Of the 703 patients in the ITT population, 138 patients (19.6% of the ITT population) were excluded from the PP population due to protocol deviations as described in Section 5.7.3 and detailed in the statistical analysis plan.  71 patients (21.1%) in the quetiapine group and 67 patients (18.2%) in the placebo group were excluded from the PP population  Thus, the PP population consisted of 265 patients in the quetiapine group, and 300 patients in the placebo group.

## 6.5      Demographic and other patient characteristics

The demographic and key baseline characteristics of the patients evaluable for the primary analysis of efficacy in the randomized treatment phase are summarized in Table 17.

**Table 17          Demographic characteristics at randomization (ITT population)**

| | | QTP+ LI/VAL (N=336) | PLA+ LI/VAL (N=367) | Total (N=703) |
|---|---|---|---|---|
| SEX N (%) | Male | 144  ( 42.9) | 172  ( 46.9) | 316  ( 45.0) |
| | Female | 192  ( 57.1) | 195  ( 53.1) | 387  ( 55.0) |
| AGE (YEARS) [a] | N [b] | 336 | 367 | 703 |
| | Mean(SD) | 42.26(12.500) | 41.93(12.819) | 42.09(12.659) |
| | Median | 43.00 | 41.00 | 42.00 |
| | Min to max | 18 to 75 | 18 to 84 | 18 to 84 |
| AGE DISTRIBUTION N (%) [a] | 18-39 | 138  ( 41.1) | 162  ( 44.1) | 300  ( 42.7) |
| | 40-65 | 190  ( 56.5) | 194  ( 52.9) | 384  ( 54.6) |
| | >65 | 8  ( 2.4) | 11  ( 3.0) | 19  ( 2.7) |
| RACE N (%) | Caucasian | 321  ( 95.5) | 358  ( 97.5) | 679  ( 96.6) |
| | Black | 8  ( 2.4) | 3  ( 0.8) | 11  ( 1.6) |
| | Oriental | 2  ( 0.6) | 1  ( 0.3) | 3  ( 0.4) |
| | Other | 5  ( 1.5) | 5  ( 1.4) | 10  ( 1.4) |
| WEIGHT (KG) | N [b] | 335 | 366 | 701 |
| | Mean(SD) | 84.58(18.028) | 83.66(18.532) | 84.10(18.286) |
| | Median | 83.00 | 82.00 | 82.20 |
| | Min to max | 45 to 145 | 46 to 165 | 45 to 165 |
| BMI (KG/M$^2$) | N [b] | 334 | 366 | 700 |
| | Mean(SD) | 29.33(6.055) | 29.11(6.118) | 29.21(6.085) |
| | Median | 28.25 | 28.10 | 28.20 |

CONFIDENTIAL
AZSER12744577

Clinical Study Report
Study code: D1447C00126

**Table 17**          **Demographic characteristics at randomization (ITT population)**

|  |  | QTP+ LI/VAL (N=336) | PLA+ LI/VAL (N=367) | Total (N=703) |
|---|---|---|---|---|
|  | Min to max | 18 to 58 | 17 to 54 | 17 to 58 |
| BMI DISTRIBUTION N (%) | <18.5 | 2 ( 0.6) | 1 ( 0.3) | 3 ( 0.4) |
|  | 18.5 to <25 | 85 ( 25.3) | 94 ( 25.6) | 179 ( 25.5) |
|  | 25 to <30 | 123 ( 36.6) | 132 ( 36.0) | 255 ( 36.3) |
|  | 30 to <40 | 107 ( 31.8) | 116 ( 31.6) | 223 ( 31.7) |
|  | >=40 | 17 ( 5.1) | 23 ( 6.3) | 40 ( 5.7) |
|  | Missing | 2 ( 0.6) | 1 ( 0.3) | 3 ( 0.4) |

[a]  At enrollment.
[b]  Number of patients with non-missing observations.
ITT Intent-to-treat. PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group.
n Number of patients.
/csre/dev/seroquel/d1447c00126/sp/output/tlf/t110107.rtf  dem208.sas  07FEB2007:16:03  kwcn867
Table corresponds to Table 11.1- 7.

There were no major imbalances between the treatment groups with regards to demography that could have a potential influence on the results and their interpretation.

The ITT population was well balanced regarding gender (approximately 55% female), and age (approximately 42 years old). The patients were predominantly Caucasian (approximately 97%). Overall, the mean weight of the ITT population at randomization was 84.1 kg, and the mean BMI was 29.2 kg/m$^2$.

The demographic and key baseline characteristics of the randomized safety and PP populations in the randomized treatment phase are summarized in Table 11.1- 8 and Table 11.1- 9, respectively. The randomized safety population was the same patients as the ITT population, thus the demographic characteristics were identical to the ITT population. The demographic characteristics of the PP population were similar to the ITT population.

There were no major imbalances between quetiapine and placebo treated patients at randomization with regards to demographic characteristics when summarized by mood stabilizer, by index episode or by sex (see Table 11.1- 10, Table 11.1- 11, and Table 11.1- 12, respectively).

The disease characteristics (current) of the ITT population are summarized in Table 18.

CONFIDENTIAL
AZSER12744578

Clinical Study Report
Study code: D1447C00126

**Table 18          Disease characteristics (current) (ITT population)**

| | | QTP+ LI/VAL (N=336) | PLA+ LI/VAL (N=367) | Total (N=703) |
|---|---|---|---|---|
| YMRS AT RANDOMIZATION | N [a] | 336 | 367 | 703 |
| | Mean(SD) | 2.47(3.050) | 2.24(2.810) | 2.35(2.927) |
| | Median | 1.00 | 1.00 | 1.00 |
| | Min to max | 0 to 12 | 0 to 12 | 0 to 12 |
| MADRS AT RANDOMIZATION | N [a] | 336 | 367 | 703 |
| | Mean(SD) | 3.38(3.521) | 3.68(3.794) | 3.54(3.666) |
| | Median | 2.50 | 3.00 | 3.00 |
| | Min to max | 0 to 17 | 0 to 30 | 0 to 30 |
| ASSIGNED MOOD STABILIZER N (%) | Lithium | 143 ( 42.6) | 153 ( 41.7) | 296 ( 42.1) |
| | Valproate | 193 ( 57.4) | 214 ( 58.3) | 407 ( 57.9) |
| DSM-IV DIAGNOSIS OF BIPOLAR I DISORDER, MOST RECENT EPISODE N (%) | Manic | 163 ( 48.5) | 174 ( 47.4) | 337 ( 47.9) |
| | Depressed | 97 ( 28.9) | 109 ( 29.7) | 206 ( 29.3) |
| | Mixed | 76 ( 22.6) | 84 ( 22.9) | 160 ( 22.8) |
| WITH RAPID CYCLING COURSE N (%) [b] | UNKNOWN | 0 | 3 ( 0.8) | 3 ( 0.4) |
| | NO | 262 ( 78.0) | 270 ( 73.6) | 532 ( 75.7) |
| | YES | 74 ( 22.0) | 94 ( 25.6) | 168 ( 23.9) |
| TIME FROM ONSET OF INDEX EPISODE TO RANDOMIZATION (DAYS) | N [a] | 242 | 263 | 505 |
| | Mean(SD) | 209.09(76.631) | 211.29(68.659) | 210.23(72.524) |
| | Median | 194.50 | 199.00 | 198.00 |
| | Min to max | 90 to 481 | 99 to 513 | 90 to 513 |

[a]  Number of patients with non-missing observations.
[b]  Having at least 4 mood episodes in the previous twelve months prior to enrollment.
ITT Intent-to-treat.   MADRS Montgomery-Asberg depression rating scale.   YMRS Young mania rating scale.   PLA Placebo.
QTP Quetiapine.  LI Lithium.  VAL Valproate.  N Number of patients in treatment group.  n Number of patients
DSM-IV Diagnostic and statistical manual of mental disorders – fourth edition.
/csre/dev/seroquel/d1447c00126/sp/output/tlf/t110113.rtf  dsm201.sas  07FEB2007:16:04  kwcn867
Table corresponds to Table 11.1- 13.

There were no major imbalances between the treatment groups with regards to current disease characteristics.

YMRS and MADRS mean total scores at randomization were low (mean 2.35 and 3.54, respectively), indicating that most patients had only few symptoms at the time of randomization.

132

CONFIDENTIAL
AZSER12744579

Clinical Study Report
Study code: D1447C00126

At randomization, a mean of 210 days had passed since onset of the index episode.

Disease characteristics (historical) of the ITT population are summarized by randomized treatment group in Table 19.

**Table 19          Disease characteristics (historical) (ITT population)**

| | | QTP+LI/VAL (N=336) | PLA+LI/VAL (N=367) | Total (N=703) |
|---|---|---|---|---|
| AGE AT FIRST KNOWN BIPOLAR EPISODE | N [a] | 336 | 366 | 702 |
| | Mean(SD) | 27.35(13.635) | 26.49(11.102) | 26.90(12.378) |
| | Median | 25.00 | 24.00 | 25.00 |
| | Min to max | -89 to 69 | 5 to 68 | -89 to 69 |
| YEARS SINCE FIRST KNOWN BIPOLAR EPISODE [b] | N [a] | 336 | 366 | 702 |
| | Mean(SD) | 15.38(12.324) | 15.82(11.330) | 15.61(11.810) |
| | Median | 13.50 | 13.00 | 13.00 |
| | Min to max | 0 to 117 | 0 to 63 | 0 to 117 |
| TOTAL DEPRESSED EPISODES DURING PAST YEAR [b] | N [a] | 332 | 359 | 691 |
| | Mean(SD) | 2.48(7.552) | 2.60(8.016) | 2.54(7.791) |
| | Median | 1.00 | 1.00 | 1.00 |
| | Min to max | 0 to 99 | 0 to 99 | 0 to 99 |
| TOTAL MANIC OR MIXED EPISODES DURING PAST YEAR [b] | N [a] | 335 | 364 | 699 |
| | Mean(SD) | 2.53(7.614) | 2.43(5.524) | 2.48(6.604) |
| | Median | 1.00 | 1.00 | 1.00 |
| | Min to max | 0 to 99 | 0 to 48 | 0 to 99 |
| TOTAL BIPOLAR EPISODES DURING PAST YEAR [b] | N [a] | 336 | 364 | 700 |
| | Mean(SD) | 4.97(14.833) | 4.99(11.701) | 4.98(13.287) |
| | Median | 2.00 | 2.00 | 2.00 |
| | Min to max | 0 to 198 | 0 to 103 | 0 to 198 |

[a]  Number of patients with non-missing observations.
[b]  Up to enrollment.
ITT Intent-to-treat. PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group.
Note: One patient has first known bipolar episode recorded as 1888, leading to –89 years of age at that time.
/csre/dev/seroquel/d1447c00126/sp/output/tlf/t110119.rtf  hisp201.sas  07FEB2007:16:06  kwcn867
Table corresponds to Table 11.1- 19.

The quetiapine and placebo treatment groups were well matched with respect to historical disease characteristics.

CONFIDENTIAL
AZSER12744580

Clinical Study Report
Study code: D1447C00126

The disease characteristics (current and historical) of the randomized safety and PP populations in the randomized treatment phase are summarized in Table 11.1- 14, Table 11.1- 15, Table 11.1- 20, and Table 11.1- 21.  The randomized safety population was the same patients as the ITT populations, so their characteristics were identical.  The ITT and PP populations were similar on both current and historical disease characteristics.

There were no major imbalances between quetiapine and placebo treated patients at randomization with regards to disease characteristics (current and historical) when summarized by mood stabilizer, by index episode, or by sex (see Table 11.1- 16, Table 11.1- 17, Table 11.1- 18, Table 11.1- 22, Table 11.1- 23, and Table 11.1- 24.

In the open-label treatment phase, most demographic and disease characteristics (current and historical) at enrollment were similar for the patients enrolled, compared to the randomized safety and ITT populations.  However, the percentage of patients with each type of index episode was slightly different in the patient population at enrollment compared to the ITT population; manic episodes 39.7 vs 47.9%, depressed episodes from 33.6 vs 29.3% and mixed episodes from 26.7 vs 22.8% (Table 11.1- 1 and Table 11.1- 3).  The percentage of patients with a rapid cycling course of bipolar I disorder was higher at enrollment than in the ITT population; 32.2 vs 23.9%.  The differences were not considered to be clinically meaningful or to potentially affect the interpretation or generalization of randomized efficacy or safety data.  Hence, in terms of demographic and disease characteristics, no major differences were introduced in the selection of patients into the randomized treatment phase (Table 11.1- 25 and Table 11.1- 27).

## 6.6      Treatment compliance and use of concomitant medication

### 6.6.1      Treatment compliance

Compliance (defined in Section 5.4.6) was uniform and high for both treatment groups within the randomized safety population.  Poor compliance (<75%) was recorded in 9 patients (2.7%) in the quetiapine group and in 7 patients (1.9%) in the placebo group (Table 11.1- 28).

Compliance data is shown for ITT population in Table 11.1- 29, and for the open-label safety population in Table 11.1- 30.  Data for the ITT population is identical to the randomized safety population since both populations are comprised of the same patients.  Compliance in the open-label safety population was somewhat lower,;73 patients (5.1%) had compliance of <75%.

### 6.6.2      Concomitant medication at study entry

All medications patients reported receiving at entry in the study on Visit S1, ie, before start of administration of the study drug in the open-label treatment phase, are summarized in Table 11.1- 31 (by generic name) and in Table 11.1- 32 (by class of medication and generic name).

The psychoactive medications patients reported receiving at entry in the study on Visit S1, ie, before start of administration of the study drug in the open-label treatment phase, are summarized in Table 20.

134

CONFIDENTIAL
AZSER12744581

Clinical Study Report
Study code: D1447C00126

Table 20          Psychoactive medication use at enrollment
                  (Open-label safety population)

| CLASSIFICATION | QTP+LI/VAL N= 1433 | |
|---|---|---|
| | n | (%) |
| ANTIDEPRESSANTS | 288 | 20.1 |
| -SSRI | 145 | 10.1 |
| -SNRI | 56 | 3.9 |
| -OTHER | 120 | 8.4 |
| ANXIOLYTICS/HYPNOTICS | 427 | 29.8 |
| MOOD STABILIZERS | 1164 | 81.2 |
| -LITHIUM | 471 | 32.9 |
| -VALPROATE | 710 | 49.5 |
| -LAMOTRIGINE | 35 | 2.4 |
| -OTHER | 19 | 1.3 |
| ANTIPSYCHOTICS | 281 | 19.6 |
| -ATYPICAL | 153 | 10.7 |
| -TYPICAL | 157 | 11.0 |
| NONE | 191 | 13.3 |

N Number of patients in treatment group. n Number of patients in analysis subset. QTP Quetiapine. SSRI Selective serotonin reuptake inhibitor. SNRI Selective norepinephrine reuptake inhibitor.
Note: Patients with multiple use falling under the same classification are counted only once in that classification total.
/csre/dev/seroquel/d1447c00126/sp/output/tlf/t110133.rtf  med201.sas  07FEB2007:16:07  kwcn867
Table corresponds to Table 11.1- 33.

Most enrolled patients (86.7%) were on some form of psychoactive medication at enrollment into the study, most (81.2%) on mood stabilizing medication.

### 6.6.3     Concomitant medication during the open-label treatment phase

The mean serum concentration levels of lithium and valproate were within the predefined range during the open-label treatment phase; 0.68 mEq/L for lithium (0.5 to 1.2 mEq/L) and 65.62 µg/mL for valproate (50 to 125 µg/mL) (Table 11.1- 34).  The use of specific concomitant medications during the open-label phase is summarized in Table 11.1- 35 (lorazepam), Table 11.1- 36 (sleep medication), Table 11.1- 37 (anticholinergics), and Table 11.1- 38 (psychoactive medications).  The use of all concomitant medications are summarized for the entire open-label treatment phase in Table 11.1- 39 (by generic name) and in Table 11.1- 40 (by class of medication and generic name).

During the last 12 weeks prior to randomization in patients in the randomized ITT population, the mean serum concentration levels of lithium and valproate were within the predefined range; 0.72 mEq/L for lithium (0.5 to 1.2 mEq/L) and 69.81 µg/mL for valproate (50 to 125 µg/mL) (Table 11.1- 41).  The use of specific concomitant medications during the last

135

CONFIDENTIAL
AZSER12744582

12 weeks prior to randomization is summarized in Table 11.1- 42 (lorazepam), Table 11.1- 43 (sleep medication), and Table 11.1- 44 (anticholinergic drugs).

Few patients in the randomized ITT population were treated with other psychoactive drugs during last 12 weeks prior to randomization: 19 (2.7%) patients with antidepressants, and 8 (1.1%) patients with other antipsychotics, as shown in Table 11.1- 45.  The majority of patients who received these medications did so in the first month of open-label treatment, and stopped receiving them >60 days before randomization.  The use of all concomitant medications during the last 12 weeks prior to randomization is summarized in Table 11.1- 46 (by generic name) and in Table 11.1- 47 (by class of medication and generic name) for patients in the randomized ITT population.

### 6.6.4        Concomitant medication during randomized treatment phase

All concomitant medications used during the randomized treatment phase are summarized in Table 11.1- 48 (by generic name) and in Table 11.1- 49 (by class of medication and generic name).

### (a)        Assigned mood stabilizer

Serum concentration levels of the assigned mood stabilizers during randomized treatment phase are summarized in Table 21.

**Table 21        Serum concentration of assigned mood stabilizer during randomized treatment phase (ITT population)**

|  |  | QTP+LI/VAL (N=336) | PLA+LI/VAL (N=367) |
|---|---|---|---|
| MEDIAN SERUM LITHIUM CONCENTRATION (mEq/L) | N [a] | 142 | 153 |
|  | Mean(SD) | 0.71(0.198) | 0.70(0.216) |
|  | Median | 0.70 | 0.70 |
|  | Min to max | 0.20 to 1.18 | 0.21 to 1.76 |
| MEDIAN SERUM VALPROATE CONCENTRATION (ug/ml) | N [a] | 191 | 211 |
|  | Mean(SD) | 72.54(21.968) | 70.82(18.873) |
|  | Median | 72.00 | 70.00 |
|  | Min to max | 10.00 to 178.00 | 26.00 to 134.00 |

[a]  Number of patients with non-missing observations.
ITT Intent-to-treat. PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group.
/csre/dev/seroquel/d1447c00126/sp/output/tlf/t110150.rtf  med215.sas  07FEB2007:16:10  kwcn867
Table corresponds to Table 11.1- 50.

The mean serum concentration levels of lithium or valproate during the randomized treatment phase were within the predefined range (Table 21).  No major differences in median serum lithium or valproate concentrations between randomized treatment groups were observed: mean serum lithium was 0.71 and 0.70mEq/L in the 2 treatment groups, mean serum valproate

136

CONFIDENTIAL
AZSER12744583

Clinical Study Report
Study code: D1447C00126

was 72.54 ug/ml in the quetiapine treatment group compared to 70.82 ug/ml in the placebo group.

**(b)      Lorazepam**

The use of lorazepam during randomized treatment are presented in Table 11.1- 51. Lorazepam, or substitute if lorazepam was not available, was less frequently used in the quetiapine group than in the placebo group (10.7% and 16.1%, respectively).  The difference was larger in patients treated with valproate (8.3% and 15.4%, respectively).

**(c)      Sleep medication**

The use of sleep medication during randomized treatment are presented in Table 11.1- 52. Sleep medication was less frequently used in the quetiapine group than in the placebo group (6.3% and 14.7%, respectively).  The difference was larger in patients treated with lithium (4.9% and 16.3%, respectively).

**(d)      Anticholinergics**

The use of anticholinergic medication during randomized treatment are presented in Table 11.1- 53 and Table 11.1- 54.  No major differences in the use of anticholinergic medications between the randomized treatment groups were observed (3.0% in quetiapine group and 2.5% in placebo group).

## 6.7      Conclusions on study patients

The 242 patients with bipolar I disorder experiencing a recurrence of a mood event (manic, depressed or mixed) within 104 weeks of randomization in this study was sufficient to meet the design requirements for statistical power.  The randomized patients were representative of the general bipolar I population; about 42 years old with balanced gender (55% female), and about 16 years since their first known bipolar episode.  The median total number of bipolar episodes during the past year was 2 and most patients (47.9%) had a manic episode as their most recent episode.  The 2 treatment groups were well matched in demographic and baseline disease characteristics.

A higher number of patients with a manic index episode was enrolled to open-label treatment. There was also a higher randomization rate for patients with a manic index episode probably due to to a lower incidence of AEs during the open-label treatment phase in patients with a manic index episode than in patients with depressed or mixed episodes.  The discrepancies in randomization rate with regards to index episode was not considered to introduce such bias in the selection of patients to the randomized treatment phase that interpretation and generalization of the results was influenced.

Within the randomized ITT population, 61 patients in the quetiapine group and 53 patients in the placebo group discontinued the study for a reason other than reaching a study endpoint (ie, having a recurrence of a mood event, being treated 104 weeks without a mood event, or the

CONFIDENTIAL
AZSER12744584

termination of the study when a sufficient number of mood events was achieved). "Subject not willing to continue" was the most common reason in both treatment groups.

Patients entering the randomized phase were generally clinically stable during the last 12 weeks of the open-label phase. Mean YMRS and MADRS scores in the randomized ITT population fell from 11.2 and 14.3, respectively, at enrollment, to 2.4 and 3.5 respectively at randomization. These data indicate that this population became stable on open-label quetiapine with mood stabilizer (lithium or valproate) by the time of randomization.

The study population was considered representative of a patient population with bipolar I disorder.

# 7.    EFFICACY AND PHARMACOKINETIC RESULTS

A summary of the efficacy results is given in Section 7.1. Full results are given in following sections, commencing with Section 7.2, and any issues potentially affecting these results are discussed in Section 7.6. Conclusions on efficacy and pharmacokinetics are given in Section 7.7. The study did not include any pharmacokinetic measurements and analyses.

## 7.1    Summary of efficacy results

The main efficacy results are summarized in Table 22. The primary analysis is based on time to first recurrence of a mood event, and the statistical model used in this analysis is a Cox regression model. This model uses the primary variable (time to mood event) to estimate a hazard ratio, which is the outcome of the model. Therefore, even though it is called "Analysis of time to recurrence of a mood event", no actual measure of time is presented. As a complement, the Kaplan-Meier curves (Figure 11.2.1- 1 and Figure 11.2.1- 2) give measures of the time to mood event for different proportions of patients having experienced a mood event.

CONFIDENTIAL
AZSER12744585

Clinical Study Report
Study code: D1447C00126

**Table 22          Summary of efficacy results (ITT population)**

|  | QTP + LI/VAL vs<br>PLA + LI/VAL<br>QTP N=336 / PLA N=367 |
|---|---|
| Analysis of time to recurrence of a mood event | |
| Hazard ratio | 0.28 |
| 95% CI | 0.21, 0.37 |
| p-value | <.0001 |
| Analysis of time to recurrence of a manic event | |
| Hazard ratio | 0.30 |
| 95% CI | 0.20, 0.44 |
| p-value | <.0001 |
| Analysis of time to recurrence of a depressed event | |
| Hazard ratio | 0.26 |
| 95% CI | 0.17, 0.41 |
| p-value | <.0001 |

ITT Intent-to-treat. PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group.
/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11020101.rtf  mood201.sas  19FEB2007:15:21  kcpx265
Table corresponds to Table 11.2.1- 1.

In patients with bipolar I disorder, quetiapine as adjunct to a mood stabilizer (lithium or valproate) significantly increased the time to recurrence of a mood event compared to placebo adjunct to a mood stabilizer (hazard ratio 0.28, corresponding to a risk reduction of 72%, p<0.0001).  The demonstrated efficacy of quetiapine was not restricted to any specific subgroup (assigned mood stabilizer, age, sex, race, index episode, or episode cycling frequency) and the results in the primary ITT population were supported by the results in the PP population.  Likewise, quetiapine significantly increased the time to recurrence of a manic episode (hazard ratio 0.30, corresponding to a risk reduction of 70%, p<0.0001) and time to recurrence of a depressed episode (hazard ratio 0.26, corresponding to a risk reduction of 74%, p<0.0001) compared to placebo.

In the period from randomization up to (but not including) the recurrence of a mood event, quetiapine had no significant effect on the patients' level of functioning, as assessed by SDS total (estimated difference, quetiapine vs placebo -0.7, p=0.1149).  Quetiapine was effective from randomization up to recurrence of a mood event (excluding the assessment at the time of the event) in suppressing manic and depressed symptoms, as assessed by YMRS and MADRS scales, respectively. There were also statistically significant differences between the treatment groups in suppressing psychotic symptoms assessed by the PANSS-P scale or quality of life assessed by the PWGB scale.  The CGI-BP scores provided further evidence that maintenance

139

CONFIDENTIAL
AZSER12744586

Clinical Study Report
Study code: D1447C00126

treatment with quetiapine was more efficacious than placebo in suppressing overall bipolar symptoms, mania symptoms, and depressed symptoms.

Table 23 shows where the data supporting this section, including the patient reported outcomes measures, are presented.

**Table 23          Location of supporting data on efficacy and patient reported outcomes**

| Data | Location | |
|------|----------|--|
| | **Summary tables (Section 11.2)** | **Individual patient data (Appendix 12.2.6)** |
| **Primary outcome variable** | | |
| Time to recurrence of a mood event (ITT) | Table 11.2.1- 2, Table 11.2.1- 3, Table 11.2.1- 4, Table 11.2.1- 7, Table 11.2.1- 8, Table 11.2.1- 11, Table 11.2.1- 12, Table 11.2.1- 13, Table 11.2.1- 14, Table 11.2.1- 15, Figure 11.2.1- 1 | Appendix 12.2.6 |
| **Secondary outcome variables** | | |
| Recurrence of a mood event | | Appendix 12.2.6 |
| - Time to recurrence of a mood event (PP) | Table 11.2.1- 9 | |
| - Patients fulfilling different mood event criteria | Table 11.2.1- 5 | |
| - Time to recurrence of a mood event in subgroups | Table 11.2.1- 6 | |
| - Incidence of mood events prior to week 28 and Week 52 | Table 11.2.1- 10 | |
| - Time to all-cause discontinuation | Table 11.2.1- 11 Figure 11.2.1- 2 | |
| Recurrence of a manic event | | Appendix 12.2.6 |
| - Time to recurrence of a manic event | Table 11.2.2- 1, Table 11.2.2- 2, Table 11.2.2- 3Figure 11.2.2- 1 | |
| - Patients fulfilling different manic event criteria | Table 11.2.2- 4 | |
| - Proportions of patients experiencing a manic event manic events prior to week 28 and Week 52 | Table 11.2.2- 5 | |

140

CONFIDENTIAL
AZSER12744587

Clinical Study Report
Study code: D1447C00126

**Table 23**          **Location of supporting data on efficacy and patient reported outcomes**

| Data | Location | |
|---|---|---|
| | **Summary tables (Section 11.2)** | **Individual patient data (Appendix 12.2.6)** |
| Recurrence of a depressed event | | Appendix 12.2.6 |
| - Time to depressed event | Table 11.2.3- 1, Table 11.2.3- 2, Table 11.2.3- 3, Figure 11.2.3- 1 | |
| - Patients fulfilling different depressed event criteria | Table 11.2.3- 4 | |
| - Incidence of depressed events prior to Week 28 and Week 52 | Table 11.2.2- 5 | |
| Severity of manic and depressive symptoms between mood events | | Appendix 12.2.6 |
| - YMRS total score and by item | Table 11.2.4- 1 to Table 11.2.4- 4, Table 11.2.10- 2, Table 11.2.10- 1 Figure 11.2.4- 1 | |
| - MADRS total score and by item | Table 11.2.5- 1 to Table 11.2.5- 4, Figure 11.2.5- 1 | |
| - CGI-BP Severity of illness | Table 11.2.6- 1 to Table 11.2.6- 15 Figure 11.2.6- 1 to Figure 11.2.6- 3 | |
| - CGI-BP Global improvement | Table 11.2.6- 16 to Table 11.2.6- 30 Figure 11.2.6- 4 to Figure 11.2.6- 6 | |
| Severity of psychotic symptoms between mood events | | Appendix 12.2.6 |
| - PANSS-P score and by item | Table 11.2.7- 1 to Table 11.2.7- 4 Figure 11.2.7- 1 | |
| Level of functioning between mood events | | Appendix 12.2.6 |
| - SDS total score and by item | Table 11.2.8- 1 to Table 11.2.8- 5 Figure 11.2.8- 1 | |
| Improving Quality of life (QOL) | | Appendix 12.2.6 |
| - PGWB total score, by domain, and by item | Table 11.2.9- 1 to Table 11.2.9- 5 Figure 11.2.9- 1 | |

141

CONFIDENTIAL
AZSER12744588

Clinical Study Report
Study code: D1447C00126

## 7.2 Efficacy results

### 7.2.1 Recurrence of bipolar symptoms, randomized treatment phase

#### 7.2.1.1 Recurrence of a mood event

**Primary outcome variable: Time to recurrence of a mood event**

Kaplan-Meier curves for time to recurrence of a mood event are displayed in Figure 6, estimates of time to recurrence are presented in Table 11.2.1- 2 and analysis of time to recurrence is presented in Table 24.

**Figure 6**        **Time to recurrence of a mood event, Kaplan Meier curves (ITT population)**



ITT  Intent-to-treat. PLA  Placebo. QTP  Quetiapine. LI  Lithium. VAL  Valproate.
Table corresponds to Figure 11.2.1- 1.

The mood event rate was lower in the quetiapine treatment group than in the placebo treatment group during the entire randomized treatment phase as shown in Figure 6.  The majority of mood events in the placebo group appeared after the first month of treatment, thus indicating that a rebound effect was not the reason for the superiority of quetiapine.

142

CONFIDENTIAL
AZSER12744589

Clinical Study Report
Study code: D1447C00126

The time to when 20% of patients experienced recurrence of a mood event was 211 and 30 days in the quetiapine group and placebo group, respectively (Table 11.2.1- 2).

The primary efficacy analysis of the observations displayed in Figure 6, including hazard ratio, confidence interval, and p-value for the quetiapine treatment group versus the placebo treatment group is presented in Table 24.

**Table 24          Analysis of time to recurrence of a mood event (ITT population)**

|  | QTP + LI/VAL vs PLA + LI/VAL QTP N=336 / PLA N=367 |
|---|---|
| Hazard ratio | 0.28 |
| 95% CI | 0.21, 0.37 |
| p-value | <.0001 |

CI Confidence interval.  ITT Intent-to-treat.  PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate.
N Number of patients in treatment group.
/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11020104.rtf  mood203.sas  19FEB2007:15:21  kcpx265
Table corresponds to Table 11.2.1- 4.

The Cox-proportional hazard analysis of time to recurrence of a mood event confirmed the observations shown by the Kaplan-Meier curves; quetiapine used as adjunct with lithium or valproate was superior to placebo used as adjunct in increasing time to recurrence of a mood event (including manic, mixed and depressed events).  The estimated hazard ratio (quetiapine versus placebo) was 0.28 (95% CI = 0.21 to 0.37, p-value <0.0001) corresponding to a risk reduction of 72% (Table 24).

Analyses supporting the primary analysis

The results of the primary analysis of time to recurrence of a mood event were confirmed in sensitivity analyses using the stratified Cox model (p<0.0001, Table 11.2.1- 7) and the stratified Log-rank test (p<0.0001, Table 11.2.1- 8) (mood stabilizer and region are the stratification factors).  The assumption of proportional hazard ratio used in the primary analysis was explored by 2 analyses.  The time-dependent covariate log(t) was added to the Cox model (Table 11.2.1- 14), where t = time to first recurrence of a mood event.  The covariate was significant, indicating that the treatment effect was not constant over time; ie, the proportional hazard assumption does not hold true.  However, the graphs in the Arjas plot Figure 11.2.1- 3 did not appear to differ nonlinearly from the 45-degree line, and thus showed no deviation from proportionality and hence there is no indication that the proportional hazard assumption should not hold true.  The estimated hazard ratio from the primary analysis model reflects a geometric mean of the hazard ratio over time and can thus be used for interpretation purposes (Persson and Khamis 2005).

When including the time-dependent covariate in the model, the estimated hazard ratio is 0.056 at t=0, indicating a strong effect in favor of quetiapine (Table 11.2.1- 15). The hazard ratio

CONFIDENTIAL
AZSER12744590

Clinical Study Report
Study code: D1447C00126

then increases over time and 1 year after randomization the hazard ratio is 0.54. This means that the non-proportionality is explained by quantitative rather than qualitative differences.

In further support, the estimated hazard ratio based on the general proportional hazards model in the primary analysis is consistent with the estimate based on the stratified proportional hazards model.

The numbers of mood events during the randomized treatment phase were 62 (18.5%) and 180 (49.0%) in the quetiapine and placebo treatment groups, respectively (Table 11.2.1- 5). The numbers of patients in the quetiapine group and the placebo group fulfilling the definition of a mood event according to the assessment scale scores YMRS total score $\geq 20$ or MADRS total score $\geq 20$ were 43 out of 62 patients (69.4%) and 141 out of 180 (78.3%), respectively.

The efficacy of quetiapine demonstrated in the primary analysis of time to recurrence of a mood event was not restricted to any specific subgroup, ie, by mood stabilizer, sex, age, race, index episode, episode cycling frequency, or to a specific region, as summarized in Table 11.2.1- 6. The hazard ratio for each subgroup ranged from 0.17 to 0.32 and the upper limit of the 95% CI for each subgroup was below 1.0 for all groups except those with very small sample sizes (Age > 65 years, Black race, Oriental and Other race).

The superiority of quetiapine demonstrated for the ITT population in the analysis of time to recurrence of a mood event was supported by the results in the PP population, with hazard ratio 0.27 and CI: 0.20 to 0.37 (p<0.0001) (Table 11.2.1- 9).

**Proportion of patients experiencing a mood event prior to Week 28 and prior to Week 52**

The analysis of the Kaplan-Meier estimates for patients' probability of being mood event free at Week 28 and Week 52 for the quetiapine treatment group versus the placebo treatment group is shown in Table 25. Exact proportions of patients experiencing a mood event prior to Week 28 and prior to Week 52 are presented in Table 11.2.1- 10.

**Table 25         Kaplan-Meier estimates of time to recurrence of a mood event at specified time points (ITT population)**

| Time to event | Statistics | QTP + LI/VAL N=336 | PLA + LI/VAL N=367 |
|---|---|---|---|
| Week 28 | KM Estimate (%) | 82.6 | 47.4 |
|  | p-value | <.0001 |  |
| Week 52 | KM Estimate (%) | 72.4 | 36.7 |
|  | p-value | <.0001 |  |

ITT Intent-to-treat. KM Kaplan-Meier. PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate.
N Number of patients in treatment group.
Note: p-value of comparison QTP+LI/VAL vs. PLA+LI/VAL based on the log-rank test of time to mood event from randomization to the specified time-point.
/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11020103.rtf  mood217.sas  19FEB2007:15:21  kcpx265
Table corresponds to Table 11.2.1- 3.

144

CONFIDENTIAL
AZSER12744591

Clinical Study Report
Study code: D1447C00126

Both at Week 28 and at Week 52 there were a statistically significant lower estimated mood event rates in the quetiapine group (82.6% and 72.4%, respectively) than in the placebo group (47.4% and 36.7%, respectively) (p<0.0001). These findings were consistent with with the Cox-proportional hazard analysis of time to recurrence of a mood event (Table 24).

**Time to all cause discontinuation**

The time to all-cause discontinuation was increased in the quetiapine group compared to placebo patients as shown in Figure 7 and in Table 11.2.1- 11.

**Figure 7**      **Time to all cause discontinuation, Kaplan Meier curves (ITT population)**



ITT  Intent-to-treat. PLA  Placebo. QTP  Quetiapine. LI  Lithium. VAL  Valproate.
Table corresponds to Figure 11.2.1- 2.

The time to all-cause discontinuation was greater in the quetiapine group at all time points during randomized treatment.  The Kaplan-Meier time to 50% all cause discontinuation was 384 days in the quetiapine treatment group, compared to 126 days in the placebo group (Table 11.2.1- 11).

These results were consistent with the results of the Cox-proportional hazard analysis of time to recurrence of a mood event (Table 24).

145

CONFIDENTIAL
AZSER12744592

Clinical Study Report
Study code: D1447C00126

### 7.2.1.2    Recurrence of a manic event

**Time to recurrence of a manic event**

Kaplan-Meier curves for time to recurrence of a manic event are displayed in Figure 8, estimates of time to recurrence are presented in Table 11.2.2- 1 and analysis of time to recurrence is presented in Table 26.

**Figure 8         Time to recurrence of a manic event, Kaplan Meier curves (ITT population)**



ITT  Intent-to-treat. PLA  Placebo. QTP  Quetiapine. LI  Lithium. VAL  Valproate.
Table corresponds to Figure 11.2.2- 1.

The manic event rate was lower in the quetiapine treatment group than in the placebo treatment group during the entire randomized treatment phase as shown in Figure 8.

The time to when 10% of patients experienced recurrence of a manic event was 194 and 29 days in the quetiapine group and placebo group, respectively (Table 11.2.2- 1).

The primary efficacy analysis of the observations displayed in Figure 8, including hazard ratio, confidence interval, and p-value for the quetiapine treatment group versus the placebo treatment group is presented in Table 26.

146

CONFIDENTIAL
AZSER12744593

Clinical Study Report
Study code: D1447C00126

**Table 26**          Analysis of time to recurrence of a manic event (ITT population)

|  | QTP + LI/VAL vs PLA + LI/VAL QTP N=336 / PLA N=367 |
| --- | --- |
| 95% CI | 0.20, 0.44 |
| Hazard ratio | 0.30 |
| p-value | <.0001 |

CI Confidence interval.  ITT Intent-to-treat.  PLA Placebo.  QTP Quetiapine.  LI Lithium.  VAL Valproate.
N Number of patients in treatment group.
/csre/dev/seroquel/d1447c00126/sp/output/tlf/t11020203.rtf  mood212.sas  07FEB2007:16:11  kwcn867
Table corresponds to Table 11.2.2- 3.

The Cox-proportional hazard analysis of time to recurrence of a manic event confirmed the observations shown by the Kaplan-Meier curves; quetiapine used as adjunct with lithium or valproate was superior to placebo used as adjunct in increasing time to recurrence of a manic event.  The estimated hazard ratio (quetiapine versus placebo) was 0.30, corresponding to a risk reduction of 70%, p<0.0001 (Table 26).

The numbers of patients with manic events throughout the study were 36 (10.7%) and 96 (26.2%) in the quetiapine and placebo groups, respectively.  The numbers of patients in the quetiapine group and the placebo group fulfilling the definition of a manic event according to the assessment scale score YMRS total score ≥20 were 21 out of 36 patients (58.3%) and 73 out of 96 patients (76.0%), respectively (Table 11.2.2- 4).

**Proportion of patients experiencing a manic event prior to Week 28 and prior to Week 52**

The analysis of the Kaplan-Meier estimates for patients' probablility of being free from a manic event at Week 28 and at Week 52 for the quetiapine treatment group versus the placebo treatment group is shown in Table 27.  Exact proportions of patients experiencing a manic event prior to Week 28 and prior to Week 52 are presented in Table 11.2.2- 5.

**Table 27**          Kaplan-Meier estimates of time to recurrence of a manic event at specified time points (ITT population)

| Time to event | Statistics | QTP + LI/VAL N=336 | PLA + LI/VAL N=367 |
| --- | --- | --- | --- |
| Week 28 | KM Estimate (%) | 89.7 | 68.0 |
|  | p-value | <.0001 |  |
| Week 52 | KM Estimate (%) | 81.7 | 57.8 |
|  | p-value | <.0001 |  |

ITT Intent-to-treat. KM Kaplan-Meier. PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate.
N Number of patients in treatment group.
Note: p-value of comparison QTP+LI/VAL vs. PLA+LI/VAL based on the log-rank test of time to manic event from randomization to the specified time-point.
/csre/dev/seroquel/d1447c00126/sp/output/tlf/t11020202.rtf  mood218.sas  07FEB2007:16:11  kwcn867
Table corresponds to Table 11.2.2- 2.

147

CONFIDENTIAL
AZSER12744594

Clinical Study Report
Study code: D1447C00126

Both at Week 28 and at Week 52 there were a statistically significant lower estimated manic event rates in the quetiapine group (89.7 and 81.7%, respectively) than in the placebo group (68.0 and 57.8%, respectively) (p<0.0001).

The results of this analysis showed consistency with the Cox-proportional hazard analysis of time to recurrence of a mood event (Table 26).

### 7.2.1.3   Recurrence of a depressed event

**Time to recurrence of a depressed event**

Kaplan-Meier curves for the time to recurrence of a depressed event are presented in Figure 9. Kaplan-Meier estimates of time to recurrence of a depressed event are presented in Table 11.2.3- 1 and analysis of time to recurrence is presented in Table 28.

**Figure 9**        **Time to recurrence of a depressed event, Kaplan Meier curves (ITT population)**



ITT  Intent-to-treat. PLA  Placebo. QTP  Quetiapine. LI  Lithium. VAL  Valproate.
Table corresponds to Figure 11.2.3- 1.

148

CONFIDENTIAL
AZSER12744595

Clinical Study Report
Study code: D1447C00126

The depressed event rate was lower in the quetiapine treatment group than in the placebo treatment group during the entire randomized treatment phase as shown in Figure 9.

The time to when 10% of patients experienced recurrence of a depressed event was 246 and 30 days in the quetiapine group and placebo group, respectively (Table 11.2.3- 1).

The primary efficacy analysis of the observations displayed in Figure 9, including hazard ratio, confidence interval, and p-value for the quetiapine treatment group versus the placebo treatment group is presented in Table 28.

**Table 28          Analysis of time to recurrence of a depressed event (ITT population)**

|  | QTP + LI/VAL vs PLA + LI/VAL QTP N=336 / PLA N=367 |
|---|---|
| Hazard ratio | 0.26 |
| 95% CI | 0.17, 0.41 |
| p-value | <.0001 |

CI Confidence interval. ITT Intent-to-treat. PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate.
N Number of patients in treatment group.
/csre/dev/seroquel/d1447c00126/sp/output/tlf/t11020303.rtf  mood215.sas  07FEB2007:16:11  kwcn867
Table corresponds to Table 11.2.3- 3.

The Cox-proportional hazard analysis of time to recurrence of a depressed event confirmed the observations shown by the Kaplan-Meier curves; quetiapine used as adjunct with lithium or valproate was superior to placebo used as adjunct in increasing time to recurrence of a depressed event.  The estimated hazard ratio (quetiapine versus placebo) was 0.26, corresponding to a risk reduction of 74% of occurrence of a depressed event, p<0.0001 (Table 28).

The numbers of patients with depressed events throughout the study were 26 (7.7%) and 84 (22.9%) in the quetiapine and placebo groups, respectively.  The numbers of patients in the quetiapine group and the placebo group fulfilling the definition of a depressed event according to the assessment scale score MADRS ≥20 were 22 out of 26 patients (84.6%) and 68 out of 84 paitents (81.0%), respectively (Table 11.2.3- 4).

**Proportion of patients experiencing a depressed event prior to Week 28 and prior to Week 52**

The analysis of the Kaplan-Meier estimates for patients' probablility of being free from a depressed event at Week 28 and at Week 52 for the quetiapine treatment group versus the placebo treatment group is shown in Table 29.  Exact proportions of patients experiencing a depressed event prior to Week 28 and prior to Week 52 are presented in Table 11.2.3- 5.

CONFIDENTIAL
AZSER12744596

Clinical Study Report
Study code: D1447C00126

| Table 29 | Kaplan-Meier estimates of time to recurrence of a depressed event at specified time points (ITT population) |

| Time to event | Statistics | QTP + LI/VAL N=336 | PLA + LI/VAL N=367 |
|---|---|---|---|
| Week 28 | KM Estimate (%) | 92.2 | 70.6 |
| | p-value | <.0001 | |
| Week 52 | KM Estimate (%) | 88.7 | 64.5 |
| | p-value | <.0001 | |

ITT Intent-to-treat. KM Kaplan-Meier. PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate.
N Number of patients in treatment group.
Note: p-value of comparison QTP+LI/VAL vs. PLA+LI/VAL based on the log-rank test of time to depressed event from randomization to the specified time-point.
/csre/dev/seroquel/d1447c00126/sp/output/tlf/t11020302.rtf  mood219.sas  07FEB2007:16:11  kwcn867
Table corresponds to Table 11.2.3- 2.

Both at Week 28 and at Week 52 there were statistically significantly lower estimated depressed event rates in the quetiapine group (92.2% and 88.7%, respectively) than in the placebo group (70.6% and 64.5%, respectively) (p<0.0001).

The results of these analyses showed consistency with the Cox-proportional hazard analysis of time to recurrence of a depressed event (Table 28).

### 7.2.1.4    Time to recurrence of a mood event by index episode

Table 11.2.1- 12 displays the analysis of the time to mood events by type of index bipolar episode.  The efficacy of quetiapine demonstrated for the ITT population across all types of outcome mood events was similar for each type of index episode, reflected by hazard ratios that ranged from 0.19 to 0.44 for each comparison.  The upper limit of the 95% CIs were less than 1.0 in all but 1 of the comparisons (manic events occurring in patients who had a depressed index episode).

Table 11.2.1- 13 displays the analysis of the time to mood events by type of index bipolar episode and by assigned mood stabilizer.

### 7.2.2    Symptoms between mood events, Randomized treatment phase

### 7.2.2.1    YMRS

The YMRS total score at randomization and during the randomized treatment phase, excluding the assessment associated with a mood event is summarized by randomized treatment group in Table 30.  The change over time in YMRS total score from baseline, excluding assessment at mood events, is illustrated by visit and by randomized treatment group in Figure 11.2.4- 1.

150

CONFIDENTIAL
AZSER12744597

**Table 30**              **YMRS total score (ITT population)**

| | QTP + LI/VAL N=336 | PLA + LI/VAL N=367 |
|---|---|---|
| Total score at randomization: mean(SD) | 2.47(3.050) | 2.24(2.810) |
| Total score, randomized treatment phase | | |
| LS mean (SE) | 2.44(0.093) | 3.34(0.148) |
| 95% CI | 2.26,2.62 | 3.05,3.63 |
| Difference between treatment groups | | |
| Estimated difference (SE) | -0.90(0.161) | |
| 95% CI. | -1.21,-0.58 | |
| p-value | <.0001 | |

Note: Analysis of all assessments between randomization and up to, but excluding an assessment associated with a mood event, using a repeated measures mixed model.
YMRS Young mania rating scale.  CI  Confidence interval.  EOT End of treatment or last value before a mood event.
ITT Intent-to-treat. PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group.
SD Standard deviation. SE Standard error.  LS Least square.
/csre/dev/seroquel/d1447c00126/sp/output/tlf/t11020401.rtf ymrs201.sas  10JAN2007:14:54 kwcn867
Table corresponds to Table 11.2.4- 1.

Quetiapine was supperior to placebo in supressing manic symptoms during maintenance treatment (ie, between mood events) (p<0.0001) across the full treatment period excluding assessment at mood events (Table 30 and Figure 11.2.4- 1).  The YMRS total score at randomization was low.  The score remained similar in the quetiapine group (LS mean of 2.44) and increased slightly in the placebo group (mean at randomization 2.24 and LS mean of 3.34 during treatment phase).  The estimated treatment difference in YMRS total score was -0.90, a clinically small but statistically significant difference.

The YMRS scores by item at randomization and during the randomized treatment phase excluding assessment at mood events (Table 11.2.4- 2) were generally low at randomization, and most remained relatively stable during randomized treatment.  "Irritability" was the item with the highest mean score at randomization (0.56 in the quetiapine group and 0.54 in the placebo group).  The LS mean for irritability during randomized treatment was 0.62 in the quetiapine group and 0.76 in the placebo group.

The change from randomization in YMRS total score with assessments associated with a mood event excluded is summarized by visit in Table 11.2.4- 3 using the OC approach and in Table 11.2.4- 4 using repeated measures analysis .

### 7.2.2.2   MADRS

The MADRS total score at randomization and during the randomized treatment phase, excluding the assessments associated with a  mood event is summarized by randomized treatment group in Table 31.  The change in MADRS total score from baseline is illustrated by visit and by randomized treatment group in Figure 11.2.5- 1.

151

CONFIDENTIAL
AZSER12744598

Clinical Study Report
Study code: D1447C00126

**Table 31**          **MADRS total score (ITT population)**

|  | QTP + LI/VAL N=336 | PLA + LI/VAL N=367 |
|---|---|---|
| Total score at randomization: mean(SD) | 3.38(3.521) | 3.68(3.794) |
| Total score, randomized treatment phase | | |
| LS mean (SE) | 3.55(0.129) | 4.28(0.154) |
| 95% CI | 3.30,3.80 | 3.98,4.58 |
| Difference between treatment groups | | |
| Estimated difference (SE) | -0.73(0.175) | |
| 95% CI. | -1.07,-0.39 | |
| p-value | <.0001 | |

Note: Analysis of all assessments between randomization and up to, but excluding an assessment associated with a mood event, using a repeated measures mixed model.
MADRS Montgomery-Asberg Depression Rating scale. CI  Confidence interval. ITT Intent-to-treat. PLA Placebo. QTP Quetiapine.
LI Lithium. VAL Valproate. N Number of patients in treatment group. SD Standard deviation. SE Standard error.  LS Least square.
/csre/dev/seroquel/d1447c00126/sp/output/tlf/t11020501.rtf  madrs201.sas  10JAN2007:14:45  kwcn867
Table corresponds to Table 11.2.5- 1.

Quetiapine was superior to placebo in suppressing depressed symptoms during maintenance treatment (ie, between mood events) (p<0.0001) across the full treatment period (Table 31 and Figure 11.2.5- 1) excluding assessment at mood events.  The MADRS total score at randomization was clinically low (3.38 in the quetiapine group group and 3.68 in the placebo group).  The score increased less during randomized treatment with quetiapine (LS mean 3.55) than during placebo treatment (LS mean 4.28).  The estimated treatment difference in MADRS total score was –0.73, a clinically small but statistically significant difference.

The change from randomization in MADRS total score with assessments associated with a mood event excluded is summarized by visit in Table 11.2.5- 3 using the OC approach and in Table 11.2.5- 4 using repeated measures analysis.

The MADRS score by item at randomization and during the randomized treatment phase is summarized by randomized treatment group in Table 11.2.5- 2.  The item with the largest magnitude of change was "reduced sleep" in the placebo group, which changed from a mean of 0.34 at randomization to an LS mean of 0.73 during randomized treatment.  The corresponding change for the quetiapine group was 0.28 to 0.40.

**CGI-BP Severity of Illness**

The CGI-BP Severity of overall bipolar illness score at randomization and during the randomized treatment phase, excluding the assessments associated with a mood event is summarized by randomized treatment group in Table 32.  The change in CGI-BP severity of overall bipolar illness score from baseline is illustrated by visit and by randomized treatment group in Figure 11.2.6- 1.

CONFIDENTIAL
AZSER12744599

Clinical Study Report
Study code: D1447C00126

**Table 32          CGI-BP severity of overall bipolar illness (ITT population)**

|  | QTP + LI/VAL N=336 | PLA + LI/VAL N=367 |
|---|---|---|
| Total score at randomization: mean(SD) | 1.55(0.852) | 1.57(0.839) |
| Total score, randomized treatment phase |  |  |
| LS mean (SE) | 1.53(0.022) | 1.67(0.028) |
| 95% CI | 1.49,1.57 | 1.62,1.73 |
| Difference between treatment groups |  |  |
| Estimated difference (SE) | -0.14(0.031) |  |
| 95% CI. | -0.20,-0.08 |  |
| p-value | <.0001 |  |

Note: Analysis of all assessments between randomization and up to, but excluding an assessment associated with a mood event, using a repeated measures mixed model.
CGI-BP Clinical Global Impression - Bipolar. CI Confidence interval.  ITT Intent-to-treat.  PLA Placebo. QTP Quetiapine. LI Lithium VAL Valproate. N Number of patients in treatment group. SD Standard deviation. SE Standard error.  LS Least square.
/csre/dev/seroquel/d1447c00126/sp/output/tlf/t11020601.rtf  cgi201.sas  10JAN2007:14:34  kwcn867
Table corresponds to Table 11.2.6- 1.

Quetiapine was superior to placebo in suppressing overall bipolar symptoms during maintenance treatment (ie, between mood events) (p<0.0001), over the treatment period as assessed by the CGI-BP Severity of illness scale (Table 32) excluding assessment at mood events.  The CGI-BP total score at randomization was clinically low (1.6 in both treatment groups).  The score remained the same in the quetiapine group and increased somewhat in the placebo group.  The estimated treatment difference in CGI-BP was –0.14, a clinically small but statistically significant difference.

The change from randomization in CGI-BP severity of overall bipolar illness score with assessments associated with a mood event excluded is summarized by visit in Table 11.2.6- 2 using the OC approach and in Table 11.2.6- 3 using repeated measures analysis.

In Table 11.2.6- 4 and Table 11.2.6- 5, CGI-BP severity of overall bipolar illness is summarized, presenting the proportion of patients in each rating category (ie, ranging from "Normal, not ill" to "Very severely ill") at each visit, excluding assessments associated with a mood event.  At randomization, most of the patients were in the "Normal, not ill" or "Minimally ill" categories in both treatment groups.  The distribution over the categories remained stable throughout randomized treatment in both groups.

The score at randomization and during the randomized treatment phase is summarized for CGI-BP Severity of mania symptom score in Table 11.2.6- 6.  The change in CGI-BP severity of mania symptoms score from baseline is illustrated by visit in Figure 11.2.6- 2.  The change from randomization in CGI-BP severity of mania symptoms score with assessments associated with a mood event excluded is summarized by visit in Table 11.2.6- 7 using the OC approach and Table 11.2.6- 8 using repeated measures analysis.  In Table 11.2.6- 9 and Table 11.2.6- 10, CGI-BP severity of mania symptoms is summarized, presenting proportion of patients in each rating category at each visit, excluding assessments associated with a mood event.

153

CONFIDENTIAL
AZSER12744600

Clinical Study Report
Study code: D1447C00126

Overall, the results in the CGI-BP Severity of mania symptom scores were similar to those seen in the CGI-BP Severity of illness scores.

The score at randomization and during the randomized treatment phase is summarized for CGI-BP Severity of depressed symptom score in Table 11.2.6- 11.  The change in CGI-BP severity of depressed symptoms score from baseline is illustrated by visit in Figure 11.2.6- 3.  The change from randomization in CGI-BP severity of depressed symptoms score with assessments associated with a mood event excluded is summarized by visit in Table 11.2.6- 12 using the OC approach and in Table 11.2.6- 13 using repeated measures analysis.  In Table 11.2.6- 14 and Table 11.2.6- 15, CGI-BP severity of depressed symptoms are summarized, presenting proportion of patients in each rating category  at each visit, excluding assessments associated with a mood event.  Overall, the results in the CGI-BP Severity of depressed symptom scores were similar to those seen in CGI-BP Severity of illness scores.

**CGI-BP Global Improvement**

The CGI-BP Global improvement of overall bipolar illness score during the randomized treatment phase excluding the assessments associated with a mood event is summarized by randomized treatment group in Table 33.

**Table 33        CGI-BP improvement of overall bipolar illness (ITT population)**

|  | QTP + LI/VAL N=336 | PLA + LI/VAL N=367 |
|---|---|---|
| Score, randomized treatment phase |  |  |
| LS mean (SE) | 3.91(0.039) | 4.08(0.045) |
| 95% CI | 3.83,3.98 | 3.99,4.17 |
| Difference between treatment groups |  |  |
| Estimated difference (SE) | -0.18(0.051) |  |
| 95% CI. | -0.28,-0.08 |  |
| p-value | 0.0006 |  |

Note: Analysis of all assessments between randomization and up to, but excluding an assessment associated with a mood event, using a repeated measures mixed model.
CGI-BP Clinical Global Impression - Bipolar.  IC Confidence interval.  ITT Intent-to-treat. PLA Placebo. QTP Quetiapine. LI Lithium VAL Valproate.  N Number of patients in treatment group. SD Standard deviation.  SE Standard error.  LS Least square.
/csre/dev/seroquel/d1447c00126/sp/output/tlf/t11020616.rtf  cgi201.sas  10JAN2007:14:34  kwen867
Table corresponds to Table 11.2.6- 16.

Quetiapine was superior to placebo in improving the patients' overall bipolar symptoms during maintenance treatment, as assessed on the CGI-BP Global improvement scale and compared to the baseline condition at randomization (p=0.0006), across the full treatment period (Table 33 and Figure 11.2.6- 4).

The mean CGI-BP Global improvement of overall bipolar symptoms scores by visit and relative to Visit 1 (ie, start of randomized treatment period) with assessments associated with a mood event excluded is summarized in Table 11.2.6- 17 using the OC approach and in Table

CONFIDENTIAL
AZSER12744601

Clinical Study Report
Study code: D1447C00126

11.2.6- 18 using repeated measures analysis.  In Table 11.2.6- 19 and Table 11.2.6- 20, CGI-BP Global improvement of overall bipolar illness is summarized, presenting proportions of patients in each rating category (ie, ranging from "Very much improved" to "Very much worse") at each visit, excluding assessments associated with a mood event.  In each of these comparisons, the 2 treatment groups were similar.

The CGI-BP improvement of mania symptoms score during the randomized treatment phase is summarized in Table 11.2.6- 21, and the development of mean score over time is illustrated by visit in Figure 11.2.6- 5.  The mean CGI-BP improvement of mania symptoms scores by visit and relative to Visit 1 (ie, start of randomized treatment period) with assessments associated with a mood event excluded is summarized in Table 11.2.6- 22 using the OC approach and in Table 11.2.6- 23 using repeated measures analysis.  In Table 11.2.6- 24 and Table 11.2.6- 25, CGI-BP improvement of mania symptoms are summarized, presenting proportions of patients in each rating category at each visit, excluding assessments associated with a mood event.  In each of these comparisons, the 2 treatment groups were similar throughout the study.

The CGI-BP improvement of depression symptoms score during the randomized treatment phase is summarized in Table 11.2.6- 26, and and the development of mean score over time is illustrated by visit in Figure 11.2.6- 6.  The mean CGI-BP improvement of depressed symptoms scores by visit and relative to Visit 1 (ie, start of randomized treatment period) with assessments associated with a mood event excluded is summarized in Table 11.2.6- 27 using the OC approach and in Table 11.2.6- 28 using repeated measures analysis.  In Table 11.2.6- 29 and Table 11.2.6- 30, CGI-BP improvement of depressed symptoms are summarized, presenting proportions of patients in each rating category at each visit, excluding assessments associated with a mood event.  In each of these comparisons, the 2 treatment groups were similar throughout the study.

### 7.2.2.3    PANSS-P

The PANSS-P score at randomization and during the randomized treatment phase, excluding the assessments associated with a mood event is summarized by randomized treatment group in Table 34.

CONFIDENTIAL
AZSER12744602

Clinical Study Report
Study code: D1447C00126

**Table 34          PANSS-P score (ITT population)**

|  | QTP + LI/VAL N=336 | PLA + LI/VAL N=367 |
|---|---|---|
| Total score at randomization: mean(SD) | 7.94(2.792) | 7.73(1.477) |
| Total score, randomized treatment phase |  |  |
| LS mean (SE) | 7.68(0.049) | 7.90(0.054) |
| 95% CI | 7.59,7.78 | 7.80,8.01 |
| Difference between treatment groups |  |  |
| Estimated difference (SE) | -0.22(0.063) |  |
| 95% CI. | -0.35,-0.10 |  |
| p-value | 0.0005 |  |

Note: Analysis of all assessments between randomization and up to, but excluding an assessment associated with a mood event, using a repeated measures mixed model.
PANSS-P Positive and Negative Syndrome Scale - Positive Subscale. CI Confidence interval.  ITT Intent-to-treat.  PLA Placebo.
QTP Quetiapine  LI Lithium VAL Valproate.  N Number of patients in treatment group. SD Standard deviation.  SE Standard error.
LS Least square.
/csre/dev/seroquel/d1447c00126/sp/output/tlf/t11020701.rtf  panss201.sas  10JAN2007:14:50  kwcn867
Table corresponds to Table 11.2.7- 1.

The PANSS total score was low at randomization (Table 34 and Figure 11.2.7- 1).  A score of 7 equals "normal".  However, the score decreased slightly during randomized treatment with quetiapine and increased slightly during treatment with placebo.  The estimated treatment difference in PANSS-P was -0.22, a clinically small but statistically significant difference.

The change from randomization in PANSS-P score with assessments associated with a mood event excluded is summarized by visit in Table 11.2.7- 3 using the OC approach and in Table 11.2.7- 4 using repeated measures analysis.

The PANSS-P score by item at randomization and during the randomized treatment phase is summarized in Table 11.2.7- 2.  The individual items were similar at randomization and throughout randomized treatment in both treatment groups.

### 7.2.3    Symptom scale measurements, open-label treatment phase

For the open-label treatment phase, the YMRS total score is summarized by visit from enrollment up to the end of open-label treatment in Table 11.2.10- 1 using the OC approach. The MADRS total score is summarized by visit in Table 11.2.10- 5.  The CGI-BP severity of overall bipolar illness score is summarized by visit from enrollment up to end of open-label treatment in Table 11.2.10- 9, the CGI-BP severity of mania symptoms score is summarized in Table 11.2.10- 10, and the CGI-BP severity of depressed symptoms score is shown in Table 11.2.10- 11.  The CGI-BP Global improvement of overall bipolar illness score is summarized by visit from enrollment up to end of open-label treatment in Table 11.2.10- 12, the CGI-BP improvement of mania symptoms score is summarized in Table 11.2.10- 13, and the CGI-BP improvement of depressed symptoms score is summarized in Table 11.2.10- 14.

CONFIDENTIAL
AZSER12744603

Clinical Study Report
Study code: D1447C00126

Overall, each rating scale decreased from enrollment during the first 4 to 8 weeks of open label treatment, and remained stable throughout the remainder of open label treatment. YMRS and MADRS total scores decreased by about 50% during the first weeks of open-label treatment, while CGI-BP scores decreased by about 30% during the same period.

## 7.3     Patient Reported Outcomes

### 7.3.1     Level of functioning between mood events (SDS), randomized treatment phase

The mean change during maintenance treatment and difference between randomized treatment groups in SDS total score excluding the assessments associated with a mood event is summarized in Table 35.

**Table 35          SDS total score, mean change during randomized treatment (OC, ITT population)**

|  | QTP + LI/VAL N=336 | PLA + LI/VAL N=367 |
|---|---|---|
| Number of patients[a] | 234 | 220 |
| SDS total score at randomization: mean(SD) | 6.00(6.969) | 5.12(6.332) |
| Mean Change[b] |  |  |
| LS mean (SE) | -0.55(0.302) | 0.13(0.312) |
| 95% CI | -1.15,0.04 | -0.48,0.74 |
| Difference between treatment groups |  |  |
| Estimated difference (SE) | -0.68(0.432) |  |
| 95% CI. | -1.53,0.17 |  |
| p-value | 0.1149 |  |

[a]   Number of patients with an SDS score at randomization and at least one post randomization score.
[b]   Summarized for each patient using the mean change from baseline (randomization) across all assessments between randomization and up to, but excluding the assessments associated with a mood event.
SDS Sheehan disability scale. CI Confidence interval.  ITT Intent-to-treat. PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate.
N Number of patients in treatment group.
/csre/dev/seroquel/d1447c00126/sp/output/tlf/t11020801.rtf  sds201.sas  10JAN2007:14:52  kwcn867
Table corresponds to Table 11.2.8- 1.

The effect of quetiapine and placebo used as adjunct with lithium or valproate for maintenance treatment of bipolar disorder in improving level of functioning was inconclusive (p-value=0.1149), as assessed by the SDS total score between mood events, excluding the assessments associated with a mood event.

In patients who experienced a mood event, the SDS score increased by 1.63 in the quetiapine treatment group, compared to 5.56 in the placebo group.  In patients who did not experience a mood event, the SDS score changed very little in either treatment group; -0.88 in the quetiapine treatment group and -0.52 in the placebo group (Table 11.2.8- 2).

157

CONFIDENTIAL
AZSER12744604

Clinical Study Report
Study code: D1447C00126

The change in SDS total score from baseline is illustrated by visit in Figure 11.2.8- 1.  The change from randomization in SDS total score with assessments associated with a mood event excluded is summarized by visit Table 11.2.8- 3 using the OC approach

The mean change during maintenance treatment and difference between randomized treatment groups in SDS domain scores for work/school, social life/leisure, and family life/home responsibilities are summarized in Table 11.2.8- 4.  The 2 treatment groups were similar in improving the level of functioning on each of the 3 SDS items of the scale between mood events.

The mean change during maintenance treatment and the difference between randomized treatment groups in SDS domain scores for days lost, and days underproductive are summarized in Table 11.2.8- 5, showing that patients in the 2 treatment groups had similar numbers of work days lost due to illness, and similar underproductive days at work between mood events.

### 7.3.2      Quality of life between mood events (PGWB), randomized treatment phase

The mean change during maintenance treatment and difference between randomized treatment groups in PGWB total score is summarized in Table 36.

**Table 36          PGWB total score (ITT population)**

|  | QTP + LI/VAL N=336 | PLA + LI/VAL N=367 |
|---|---|---|
| Total score at randomization: mean(SD) | 100.64(16.648) | 100.25(16.462) |
| Total score, randomized treatment phase |  |  |
| LS mean (SE) | 102.46(0.601) | 100.54(0.697) |
| 95% CI | 101.28,103.64 | 99.17,101.91 |
| Difference between treatment groups |  |  |
| Estimated difference (SE) | 1.92(0.834) |  |
| 95% CI. | 0.28,3.55 |  |
| p-value | 0.0218 |  |

Note: Analysis of all assessments between randomization and up to, but excluding an assessment associated with a mood event, using a repeated measures mixed model.
PGWB Psychological General Well-Being scale. CI Confidence interval. EOT End of treatment or last value before a mood event.
ITT Intent-to-treat. PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate.  N Number of patients in treatment group.
SD Standard deviation.  SE Standard error. LS Least square.
/csre/dev/seroquel/d1447c00126/sp/output/tlf/t11020901.rtf  pgwb201.sas  10JAN2007:14:50  kwcn867
Table corresponds to Table 11.2.9- 1.

Quetiapine used as adjunct with lithium or valproate for maintenance treatment of bipolar disorder was superior to placebo used as adjunct in improving quality of life (p=0.0218) during maintenance treatment, with an estimated difference between treatments in mean change in PGWB total score of 1.92 between mood events.  The change in PGWB total score from baseline is illustrated by visit and by randomized treatment group in Figure 11.2.9- 1.

CONFIDENTIAL
AZSER12744605

Clinical Study Report
Study code: D1447C00126

The change from randomization in PGWB total score with assessments associated with a mood event excluded is summarized by visit in Table 11.2.9- 4 using the OC approach and in Table 11.2.9- 5 using repeated measures analysis.

The PGWB score at randomization and mean change during the randomized treatment phase is summarized by domain and by item in Table 11.2.9- 2 and Table 11.2.9- 3, respectively. The individual domains and items were stable during randomized treatment, and the 2 treatment groups were similar in the individual comparisons.

### 7.3.3    Patient Reported Outcomes, open-label treatment phase

SDS was assessed at enrollment.  Otherwise, no assessments of PROs were performed during the open-label treatment phase.  Data output for the enrollment assessment is presented in listings only.

## 7.4    Health Economics results (Not applicable)

## 7.5    Pharmacokinetic results (Not applicable)

## 7.6    Potential issues affecting efficacy results

No potential issues affecting the efficacy results have been identified.

## 7.7    Conclusions on efficacy results

The linkage between these conclusions, the specific efficacy objectives of the study, and the study outcome variables selected to address each objective, is presented in Table 37. The ITT population has been used in all efficacy analysis. The PP population was used in an additional analysis of the primary variable.

**Table 37**        **Efficacy objectives, outcome variables, and conclusions**

| Objective | Outcome variables | Conclusion(s) |
|---|---|---|
| **Primary** | **Primary** | |
| To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a mood event. | The time to recurrence of a mood event | Quetiapine is superior to placebo in increasing the time to recurrence of a mood event when used as adjunct with lithium or valproate. |
| | **Secondary** | |
| | Proportion of patients having a mood event between randomization and Week 28 and Week 52, respectively. | The proportion of patients with bipolar I disorder experiencing a mood event during the first 52 weeks is lower in patients on quetiapine with lithium or valproate compared to patients on placebo with lithium or valproate. |

159

CONFIDENTIAL
AZSER12744606

Clinical Study Report
Study code: D1447C00126

| Objective | Outcome variables | Conclusion(s) |
|---|---|---|
| | The time to recurrence of a mood event (PP population) | |
| | The time to all-cause discontinuation from treatment | The time to all-cause discontinuation from treatment was greater in the quetiapine treatment group compared with placebo, consistent with the results in the analysis of time to recurrence of a mood event. |
| **Secondary** | | |
| To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a manic event. | The time to recurrence of a manic event | Quetiapine is superior to placebo in increasing the time to recurrence of a manic event when used as adjunct with lithium or valproate. |
| To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a depressed event. | The time to recurrence of a depressed event | Quetiapine is superior to placebo in increasing the time to recurrence of a depressed event when used as adjunct with lithium or valproate. |
| To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in improving level of functioning between mood events | Mean change from baseline (ie, randomization) in SDS total score across all assessments between randomization and up to final assessment but excluding the assessment associated with a mood event (manic, depressed, or mixed) | The analysis of treatment effect on level of functioning betweeen mood events was inconclusive. |

160

CONFIDENTIAL
AZSER12744607

Clinical Study Report
Study code: D1447C00126

| Objective | Outcome variables | Conclusion(s) |
|---|---|---|
| To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in decreasing the severity of manic and depressive symptoms between mood events as assessed by the YMRS, the MADRS and the CGI-BP. | YMRS total score and item scores at each visit after randomization and up to, but excluding the assessments associated with a mood event (manic, depressed, or mixed)<br><br>Change from baseline (ie, randomization) at each visit after randomization and up to, but excluding the assessments associated with a mood event (manic, depressed, or mixed) for YMRS total score<br><br>MADRS total score and item scores at each visit after randomization and up to, but excluding the assessments associated with a mood event (manic, depressed, or mixed)<br><br>Change from baseline (ie, randomization) at each visit after randomization excluding assessments at time of a mood event (manic, depressed, or mixed) for MADRS total score | Quetiapine is superior to placebo in suppressing manic and depressed symptoms between mood events, when used as adjunct with lithium or valproate. |

161

CONFIDENTIAL
AZSER12744608

Clinical Study Report
Study code: D1447C00126

| Objective | Outcome variables | Conclusion(s) |
|---|---|---|
| | CGI-BP Severity of Illness score at each visit after randomization and up to, but excluding the assessments associated with a mood event (manic, depressed, or mixed) in each domain | |
| | Change from baseline (ie, randomization) at each visit after randomization excluding assessments at time of a mood event (manic, depressed, or mixed) for CGI-BP Severity of Illness score in each domain | |
| | CGI-BP Global Improvement score in each domain at each visit after randomization excluding assessments at time of a mood event (manic, depressed, or mixed) | |
| To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in decreasing the severity of psychotic symptoms between mood events | PANSS-P score at each visit after randomization and up to, but excluding the assessments associated with a mood event (manic, depressed, or mixed) | Quetiapine is superior to placebo in decreasing the severity of psychotic symptoms between mood events when used as adjunct with lithium or valproate. |
| | Change from baseline (ie, randomization) at each visit after randomization excluding assessments at time of a mood event (manic, depressed, or mixed) for PANSS-P score | |

162

CONFIDENTIAL
AZSER12744609

Clinical Study Report
Study code: D1447C00126

| Objective | Outcome variables | Conclusion(s) |
|---|---|---|
| To explore the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in improving Quality of Life between mood events | PGWB total score and subscores at each visit after randomization and up to, but excluding the assessments associated with a mood event (manic, depressed, or mixed)<br><br>Change from baseline (ie, randomization) at each visit after randomization and up to, but excluding the assessments associated with a mood event (manic, depressed, or mixed) for PGWB total score and subscores | Quetiapine is superior to placebo in improving Quality of Life between mood events when used as adjunct with lithium or valproate. |

# 8.    SAFETY RESULTS

Safety data in this report are presented under the following headings:

- Summary of safety (Section 8.1)

- Exposure (Section 8.2)

- Adverse events (Section 8.3)

- Deaths, serious adverse events, discontinuations due to adverse events, and other significant adverse events (Section 8.4)

- Clinical laboratory evaluation (Section 8.5)

- Vital signs, ECG, physical findings and other observations related to safety (Section 8.6).

## 8.1    Summary of safety

During this study, 1461 patients with bipolar I disorder were enrolled into a 12- to 36- week open-label stabilization period with a flexible dose of 400 to 800 mg/day of quetiapine (mean dose 500 mg/day at randomization), used as adjunct treatment to a mood stabilizer (lithium or valproate). For 706 patients that qualified for randomization, open-label treatment was followed by a randomized treatment period of up to 104 weeks with quetiapine or placebo as adjunct to a mood stabilizer, during which the mean median dose of quetiapine was 497 mg/day. During randomized treatment, 242 patients experienced a mood event, at which time

163

CONFIDENTIAL
AZSER12744610

the study was stopped according to the analysis plan.  The mean duration of the randomized treatment period for the quetiapine group was 189 days (27 weeks) and the maximum duration was 655 days (93 weeks).  Exposure to study drug was longer in the quetiapine group than in the placebo group, due to the efficacy of quetiapine at preventing or delaying mood events. The mean randomized exposure was about 44% greater in the quetiapine-treated group (189 days in the quetiapine group compared to 131 days in the placebo group).  This was an expected outcome based on the primary objective of increased time to recurrence of a mood event, and the planned protocol stipulation that patients were excluded from the study when a mood event did occur.

Quetiapine was generally safe and well-tolerated in the treatment of bipolar I disorder within the dose range 400 mg/day to 800 mg/day when used as adjunct to a mood stabilizer.  The system organ classes with the highest incidences of AEs in the quetiapine group were nervous system (20.5%), infections and infestations (15.5%), and the gastrointestinal system (11.6%). The most common adverse event (preferred terms) reported during quetiapine administration were "somnolence" (5.7% of patients in the quetiapine group and 2.2% in the placebo group), "nasopharyngitis" (5.4% of patients in the quetiapine group and 5.4% in the placebo group), and "headache" (5.1% of patients in the quetiapine group and 5.7% in the placebo group). "Insomnia" was more common in the placebo group (14.2% of patients) than in the quetiapine treatment group (3.9%).

The proportion of patients with adverse events potentially related to suicide emerging during the randomized treatment phase in the quetiapine treatment group (2 patients, 0.6%) was similar to the placebo group (3 patients, 0.8%).  The incidence of AEs related to EPS emerging during the randomized phase in the quetiapine group was comparable to placebo (quetiapine 5.1% vs placebo 4.6%) and there were no increases from baseline in parkinsonian symptomatology or akathisia in the quetiapine group as assessed by mean SAS, BARS, and AIMS scores.

There were altogether 7 deaths in the study; 3 in the open-label phase (2 suicide and 1 pneumonia) and 4 in the randomized phase (1 suicide, 1 cardiac failure and 1 death of unknown cause in the placebo group and 1 suicide in the quetiapine group).

The incidence of serious adverse events (SAE) ongoing at randomization or reported with onset during randomized treatment was higher in the placebo group (5.4%) than in the quetiapine group (1.5%). In the quetiapine group 2.4% of patients were prematurely discontinued from the study during the randomized phase due to an AE ongoing at randomization or emerging during randomized treatment, compared to 3.0% of the patients in the placebo group.

Changes in quetiapine-treated patients in body weight and  lipid data were consistent with findings in studies with acute treatment of bipolar I disorder.  The mean body weight increased by 2.87 kg during open-label treatment in the open-label safety population.  During the randomized treatment phase there was a mean weight increase of 0.51 kg in the quetiapine group and a mean decrease of −1.88 kg in the placebo group.  HDL and triglycerides showed

CONFIDENTIAL
AZSER12744611

an increase during both the open-label treatment and during randomized treatment with quetiapine while total cholesterol and LDL decreased.

There were small increases in mean glucose, HbA1c, and insulin levels in the quetiapine treatment group compared to placebo. Clinically important values for glucose regulation measures were more common in quetiapine-treated patients. The incidence of patients with a shift from ≤2 to ≥3 metabolic risk factors during randomized treatment was somewhat higher in quetiapine group (41 patients, 17.9%) than in the placebo group (29 patients, 12.2%). Some differences between the treatment groups were noted in BMI, triglycerides and glucose.

During randomized treatment, more patients had clinically important TSH values in the quetiapine treatment group than in the placebo group (13.2% vs 3.9%). In free T3 and T4 there were only few clinically important values in either treatment group.

Quetiapine was not associated with treatment-emergent neutropenia and agranulocytosis during randomized treatment. There were no adverse events potentially related to neutropenia and agranulocytosis reported during randomized treatment with quetiapine. During the open-label phase 3 patients (0.2%) had "neutrophil count decreased" and 2 patients (0.1%) had "neutrophenia". Mean neutrophil counts increased slightly in both treatment groups during randomized treatment.

Table 38 identifies where the data that support this section can be found.

**Table 38          Location of supporting data on safety**

| Data | Location | |
|------|----------|---|
| | **Summary tables (Section 11.3)** | **Individual patient data (Appendix 12.2.5 to 2.2.10)** |
| Extent of exposure | Table 11.3.1- 1 to Table 11.3.1- 20 Figure 11.3.1- 1 to Figure 11.3.1- 4 | Appendix 12.2.5 |
| Various categories of adverse events | Table 11.3.2.1- 1 to Table 11.3.2.1- 3 | |
| Adverse events | Table 11.3.2.2- 1 to Table 11.3.2.2- 20, Table 11.3.7.1- 1 and Table 11.3.7.1- 2, Table 11.3.7.2- 1 and Table 11.3.7.2- 2, Table 11.3.7.3- 1 and Table 11.3.7.3- 2, Table 11.3.7.4- 1 and Table 11.3.7.4- 2, Table 11.3.7.5- 1 and Table 11.3.7.5- 2, Table 11.3.7.6- 1 and Table 11.3.7.6- 2 Table 11.3.7.7- 1 to Table 11.3.7.7- 6 | Appendix 12.2.7 |
| Deaths | Table 11.3.3.2- 1 | Appendix 12.2.7 |
| Serious adverse events other than death | Table 11.3.4.1- 1 to Table 11.3.4.1- 6, Table 11.3.4.2- 1 | |

CONFIDENTIAL
AZSER12744612

Clinical Study Report
Study code: D1447C00126

| Data | Location | |
|------|----------|---|
| | **Summary tables (Section 11.3)** | **Individual patient data (Appendix 12.2.5 to 2.2.10)** |
| Discontinuation due to adverse events, and other significant adverse events | Table 11.3.5.1- 1 to Table 11.3.5.1- 3, Table 11.3.5.2- 1 | |
| Clinical laboratory evaluations | Table 11.3.8.1- 1 to Table 11.3.8.1- 7 Table 11.3.8.4- 1 to Table 11.3.8.4- 69 | Appendix 12.2.8 |
| | Table 11.3.8.7- 1 to Table 11.3.8.7- 52, Table 11.3.8.8- 1 and Table 11.3.8.8- 2, Figure 11.3.8.4- 1 to Figure 11.3.8.4- 18 Figure 11.3.8.7- 1 to Figure 11.3.8.7- 8 | |
| Vital signs | Table 11.3.9.1- 1 to Table 11.3.9.1- 28 | Appendix 12.2.9 |
| ECG | Table 11.3.9.2- 1to Table 11.3.9.2- 8 | Appendix 12.2.10 |
| Weight and BMI | Table 11.3.9.4- 1 to Table 11.3.9.4- 13 | Appendix 12.2.10 |
| Metabolic risk factors | Table 11.3.9.5- 1 to Table 11.3.9.5- 10 | Appendix 12.2.10 |
| SAS | Table 11.3.9.6- 1 to Table 11.3.9.6- 3 | Appendix 12.2.10 |
| BARS | Table 11.3.9.7- 1 to Table 11.3.9.7- 3 | Appendix 12.2.10 |
| AIMS | Table 11.3.9.8- 1 to Table 11.3.9.8- 3 | Appendix 12.2.10 |

## 8.2     Extent of exposure

An overview of the exposure during the randomized treatment period, in terms of doses received and duration of treatment, is presented in Table 39.

166

CONFIDENTIAL
AZSER12744613

Clinical Study Report
Study code: D1447C00126

**Table 39       Extent of exposure to quetiapine during randomized treatment phase (ITT population)**

| | | Randomized treatment QTP+LI/VAL (N=336) | Assigned mood stabilizer QTP+LI (N=143) | QTP+VAL (N=193) |
|---|---|---|---|---|
| DAILY DOSE AT RANDOMIZATION (mg) [a] | N [b] | 336 | 143 | 193 |
| | Mean(SD) | 500.89(135.490) | 509.09(146.273) | 494.82(126.960) |
| | Median | 400.00 | 400.00 | 400.00 |
| | Min to max | 100.00 to 800.00 | 100.00 to 800.00 | 400.00 to 800.00 |
| MEAN DAILY DOSE (mg) [c] | N [b] | 336 | 143 | 193 |
| | Mean(SD) | 496.03(139.870) | 502.03(136.944) | 491.58(142.190) |
| | Median | 400.00 | 400.00 | 400.00 |
| | Min to max | 320.00 to 1415.38 | 342.86 to 800.00 | 320.00 to 1415.38 |
| MEDIAN DAILY DOSE (mg) [c] | N [b] | 336 | 143 | 193 |
| | Mean(SD) | 497.32(145.249) | 505.59(139.302) | 491.19(149.566) |
| | Median | 400.00 | 400.00 | 400.00 |
| | Min to max | 400.00 to 1600.00 | 400.00 to 800.00 | 400.00 to 1600.00 |
| MINIMUM DAILY DOSE (mg) [c] | N [b] | 336 | 143 | 193 |
| | Mean(SD) | 381.55(213.609) | 361.54(223.583) | 396.37(205.237) |
| | Median | 400.00 | 400.00 | 400.00 |
| | Min to max | 0.00 to 800.00 | 0.00 to 800.00 | 0.00 to 800.00 |
| MAXIMUM DAILY DOSE (mg) [c] | N [b] | 336 | 143 | 193 |
| | Mean(SD) | 530.06(172.302) | 532.86(165.184) | 527.98(177.789) |
| | Median | 500.00 | 500.00 | 500.00 |
| | Min to max | 400.00 to 1600.00 | 400.00 to 1200.00 | 400.00 to 1600.00 |
| DURATION OF EXPOSURE (days) [c] | N [b] | 336 | 143 | 193 |
| | Mean(SD) | 188.88(152.597) | 196.63(158.179) | 183.13(148.480) |
| | Median | 144.00 | 150.00 | 142.00 |
| | Min to max | 1.00 to 655.00 | 5.00 to 655.00 | 1.00 to 644.00 |

---

[a] Last prescribed dose during open-label treatment phase.
[b] Number of patients with non-missing observations.
[c] During randomized treatment.
ITT Intent-to-treat. PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group.
/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11030101.rtf  dose204.sas  19FEB2007:15:13  kcpx265
Table corresponds to Table 11.3.1- 1.

CONFIDENTIAL
AZSER12744614

Clinical Study Report
Study code: D1447C00126

The mean duration of exposure to quetiapine was 189 days (27 weeks) during the randomized treatment phase.  The mean median daily dose for patients exposed to quetiapine was 497 mg during the randomized treatment phase.  The mean duration of exposure to placebo was 131 days (19 weeks) during the randomized treatment phase (Table 11.3.1- 17).  The mean duration of exposure during the randomized period was about 44% longer to quetiapine than to placebo.

Most patients (55.1%) received a quetiapine daily dose of 400 mg at randomization, defined as the last prescribed dose during open-label treatment phase (Table 11.3.1- 2).  The number of patients receiving other daily doses (500 mg to 800 mg) of quetiapine at randomization were lower but generally similar, ranging from 4.5% (700 mg) to 19.6% (600 mg).  At randomization, 9.5% of patients received the highest daily dose of quetiapine (800 mg) allowed in this study.

The distribution of median quetiapine dose in the ITT population during the randomized treatment phase is illustrated in Figure 10.

**Figure 10        Median quetiapine dose during randomized treatment phase (ITT population)**



Note: Median values between dose values as follows: 500 includes 450; 600 includes 550; 700 includes 650; 800 includes 750.

168

CONFIDENTIAL
AZSER12744615

Figure corresponds to Figure 11.3.1- 1 and Table 11.3.1- 3.

The most common median daily dose of quetiapine during randomized treatment was 400 mg, (58.0% of the quetiapine-treated patients).  The distribution of median daily doses during randomized treatment phase was similar to the distribution of doses at randomization (shown in Table 11.3.1- 2).  The number of patients receiving other median daily doses (500 mg to 800 mg) during randomized treatment were generally similar, ranging from 4.7% (700 mg) to 17.3% (600 mg).  During randomized treatment, 9.2% of patients received the highest median daily dose of quetiapine (800 mg or greater) allowed in this study.

Of all quetiapine-treated patients, 236 (70.2%) patients were exposed to quetiapine for at least 24 weeks and 154 (45.8%) were exposed for at least 36 weeks during the randomized treatment period  (Table 11.3.1- 4).

An overview of the exposure during the randomized treatment period, in terms of doses received and duration of treatment, is presented by index episode in Table 11.3.1- 5.  Similar mean median daily quetiapine doses were used in patients with manic, depressed or mixed index episodes (499 mg, 473 mg 524 mg, respectively).  The distribution of the median daily quetiapine dose at randomization and during randomized treatment period is summarized by index episode in Table 11.3.1- 6 and in Table 11.3.1- 7, respectively.

The exposure to quetiapine in the randomized safety population is summarized in Table 11.3.1- 8 to Table 11.3.1- 14, and in Figure 11.3.1- 2.

An overview of the exposure during the open-label treatment phase, in terms of doses received and duration of treatment, is presented in Table 11.3.1- 15 and the distribution of median quetiapine dose is illustrated in Figure 11.3.1- 3, and summarized in Table 11.3.1- 16.

During the open-label treatment phase, the mean median daily dose of quetiapine was 446 mg, and the most common median dose of quetiapine was 400 mg.  The mean duration of open-label treatment was 115 days (16 weeks).

A quetiapine dose exceeding 800 mg/day was defined as an overdose.  Overdoses were reported in the AstraZeneca safety database (Clintrace); those overdoses that were considered to be adverse events were also reported in the study database.  Further details about the reporting of overdose is given in Section 5.5.7.3.

Twenty patients had a reported overdose during the study that involved, or was suspected to involve, quetiapine.  Brief summaries of the Clintrace reports for these patients are provided in Section 11.3.11.  Of the 20 reported overdoses, 8 were considered intentional overdoses (Patients E0202002, E0205003, E0302007, E0802011, E0805016, E1311008, E1311012. and E1709025). Two of these 8 cases were completed suicides (E0805016 and E1709025).

Seven of the reported overdoses were coded with the preferred term "accidental overdose" (E0103003, E0103025, E0203007, E0209001, E0210001, E0211002, E0302006).  The

169

CONFIDENTIAL
AZSER12744616

preferred term "prescribed overdose" was used for 3 patients (E0302003, E0802010, E080212).  In addition, 2 patients was reported with "overdose" as the preferred term (E0118017 and E0203008).

The maximum single quetiapine dose reported was 13.6 gram (Patient E0805016, one of the patients with a "completed suicide").  The other patient with an AE of "completed suicide" (E1709025) did not have the dose of quetiapine specified in the Clintrace report.  According to the report, the investigator reported a "multiple drug overdose" (preferred term "multiple drug overdose intentional") with SEROQUEL (quetiapine fumarate) and depakote, leading to death.  The patient committed suicide 22 May 2006 and the study database contain information that the study drug was discontinued 21 February 2006 in Patient E1709025, ie, 3 months prior to the suicide.  This information is not included in the Clintrace report.  Full SAE narratives for these patients are provided in Section 11.3.10.

In other patients, the dose varied between ">800 mg/day" to 2200 mg/day (Patient E0209001 who took this dose for 2 consecutive days).  The maximum repeated overdose taken for more than a week was by Patient E0302007; 1200 mg/day of quetiapine for 20 days with no AEs. Patient E1311012 received 900 mg/day for 3 weeks and 4 days, when the dose was reduced to 600 mg/day as a result of a reported AE with preferred term "sedation".  For a few patients, the actual dose taken is not specified.

Besides the 2 reports of completed suicide associated with quetiapine overdose during the study (Patient E0805016 and Patient E1709025), no other report of overdose were considered to be an SAE or were associated with an SAE.  The overdose in Patient E1311012 was considered to be associated with a the non-serious AE "sedation".

The remaining 17 overdoses were not considered to be AEs, or associated with AEs.

## 8.3    Adverse events

This section gives an overview of the adverse events reported in the study.

Summary tables for the randomized treatment phase include adverse events emerging from randomization.  In addition, adverse events during the randomized treatment phase are also presented in tables including all adverse events present at randomization as well as adverse emerging during randomized treatment.  This is the primary presentation of SAEs and DAEs.

### 8.3.1    Categories of adverse events

A summary of adverse events and adverse events judged by the investigator to be drug-related emerging during the randomized treatment phase is presented in Table 40.  Patients are presented by randomized treatment group and by assigned mood stabilizer.

CONFIDENTIAL
AZSER12744617

Clinical Study Report
Study code: D1447C00126

**Table 40**　　　**Patients in various categories of adverse events (Randomized safety population)**

| | Randomized treatment QTP+ LI/VAL (N=336) | PLA+ LI/VAL (N=367) | Assigned mood stabilizer QTP+ LI (N=143) | PLA+ LI (N=153) | QTP+ VAL (N=193) | PLA+ VAL (N=214) |
|---|---|---|---|---|---|---|
| | n (%) | n (%) | n (%) | n (%) | n (%) | n (%) |
| ANY ADVERSE EVENT | 184 ( 54.8) | 203 ( 55.3) | 79 ( 55.2) | 93 ( 60.8) | 105 ( 54.4) | 110 ( 51.4) |
| DRUG-RELATED ADVERSE EVENT [a] | 78 ( 23.2) | 80 ( 21.8) | 28 ( 19.6) | 32 ( 20.9) | 50 ( 25.9) | 48 ( 22.4) |

[a]  As judged by the investigator.
PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group. n  Number of patients.
Note: Events reported during randomized treatment phase. Patients with multiple events in the same category are counted only once.
/csre/dev/seroquel/d1447c00126/sp/output/tlf/t1103020101.rtf  aelog201.sas  07FEB2007:15:51  kwcn867
Table derived from Table 11.3.2.1- 1.

In the randomized safety population, adverse events emerged during randomized treatment in 184 (54.8%) of the quetiapine-treated patients, compared to 203 (55.3%) patients in the placebo group.

A summary of adverse events ongoing at randomization or reported during the randomized treatment phase is presented in Table 11.3.2.1- 2.  The number of patients with adverse events ongoing at randomization or reported during the randomized treatment phase are larger in both the quetiapine group and the placebo group than during the randomized period (67.3% and 66.8%, respectively).

The number of patients with AE during the open-label treatment phase (70.9%) (see Table 11.3.2.1- 3) are similar to the number of patients in the quetiapine group (67.3%) with AEs ongoing at randomization or reported during the randomized treatment phase.

A summary of serious adverse events, and adverse events leading to discontinuation ongoing at randomization or reported during the randomized treatment phase is presented inTable 41. Patients are presented by randomized treatment group and by assigned mood stabilizer.

CONFIDENTIAL
AZSER12744618

Clinical Study Report
Study code: D1447C00126

| Table 41 | | Patients in various categories of adverse events ongoing at randomization or reported during RTP (Randomized safety population) | | | | | |
|---|---|---|---|---|---|---|---|

| | Randomized treatment QTP+LI/VAL (N=336) | PLA+LI/VAL (N=367) | Assigned mood stabilizer QTP+LI (N=143) | PLA+LI (N=153) | QTP+VAL (N=193) | PLA+VAL (N=214) |
|---|---|---|---|---|---|---|
| | n (%) | n (%) | n (%) | n (%) | n (%) | n (%) |
| SERIOUS ADVERSE EVENT | 5 ( 1.5) | 20 ( 5.4) | 4 ( 2.8) | 6 ( 3.9) | 1 ( 0.5) | 14 ( 6.5) |
| SERIOUS ADVERSE EVENT LEADING TO DEATH | 1 ( 0.3) | 3 ( 0.8) | 1 ( 0.7) | 2 ( 1.3) | 0 | 1 ( 0.5) |
| SERIOUS ADVERSE EVENT NOT LEADING TO DEATH | 4 ( 1.2) | 17 ( 4.6) | 3 ( 2.1) | 4 ( 2.6) | 1 ( 0.5) | 13 ( 6.1) |
| ADVERSE EVENTS LEADING TO DISCONTINUATION | 8 ( 2.4) | 11 ( 3.0) | 4 ( 2.8) | 6 ( 3.9) | 4 ( 2.1) | 5 ( 2.3) |

a As judged by the investigator.
PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group. n Number of patients.
Note: Events ongoing at randomization or reported during randomized treatment phase.
Patients with multiple events in the same category are counted only once.
/csre/dev/seroquel/d1447c00126/sp/output/tlf/t1103020102.rtf aelog204.sas 07FEB2007:15:52 kwcn867
Table derived from Table 11.3.2.1- 2.

There were 5 patients (1.5%) in the quetiapine treatment group who experienced a serious adverse event during randomized treatment, compared to 20 patients (5.4%) in the placebo group. There was 1 death in the quetiapine treatment group and 3 deaths in the placebo group during randomized treatment. There were 8 patients (2.4%) with adverse events that led to discontinuation in the quetiapine treatment group, compared to 11 (3.0%) in the placebo group. Of these patients, 2 in the quetiapine group and 1 in the placebo group had their onset as adverse events in the open-label treatment phase, but they led to discontinuation in the randomized treatment phase. As noted in Figure 4 and described in Section 8.4.3, two of the patients in the placebo group with an adverse event that led to discontinuation had a reason other than an adverse event listed as the reason for discontinuation on the "Study Termination" CRF.

During the open-label treatment phase 58 patients (4.0%) had a serious adverse event (see Table 11.3.2.1- 3). There were 3 deaths, and 196 patients (13.7%) had adverse events leading to discontinuation.

## 8.3.2   Most common adverse events

The adverse events in the randomized treatment phase of the study, summarized by system organ class, are shown in Table 42.

172

CONFIDENTIAL
AZSER12744619

Clinical Study Report
Study code: D1447C00126

**Table 42**    Adverse events by system organ class, by treatment group and assigned mood stabilizer (Randomized safety population)

| SYSTEM ORGAN CLASS | Randomized treatment QTP+ LI/VAL (N=336) n (%) | PLA+ LI/VAL (N=367) n (%) | Assigned mood stabilizer QTP+LI (N=143) n (%) | PLA+LI (N=153) n (%) | QTP+VAL (N=193) n (%) | PLA+VAL (N=214) n (%) |
|---|---|---|---|---|---|---|
| NERVOUS SYSTEM DISORDERS | 69 ( 20.5) | 60 ( 16.3) | 26 ( 18.2) | 25 ( 16.3) | 43 ( 22.3) | 35 ( 16.4) |
| INFECTIONS AND INFESTATIONS | 52 ( 15.5) | 55 ( 15.0) | 28 ( 19.6) | 27 ( 17.6) | 24 ( 12.4) | 28 ( 13.1) |
| GASTROINTESTINAL DISORDERS | 39 ( 11.6) | 52 ( 14.2) | 18 ( 12.6) | 30 ( 19.6) | 21 ( 10.9) | 22 ( 10.3) |
| MUSCULOSKELETAL AND CONNECTIVE TISSUE DISORDERS | 34 ( 10.1) | 23 ( 6.3) | 15 ( 10.5) | 12 ( 7.8) | 19 ( 9.8) | 11 ( 5.1) |
| GENERAL DISORDERS AND ADMINISTRATION SITE CONDITIONS | 29 ( 8.6) | 23 ( 6.3) | 12 ( 8.4) | 11 ( 7.2) | 17 ( 8.8) | 12 ( 5.6) |
| PSYCHIATRIC DISORDERS | 25 ( 7.4) | 74 ( 20.2) | 10 ( 7.0) | 36 ( 23.5) | 15 ( 7.8) | 38 ( 17.8) |
| INVESTIGATIONS | 18 ( 5.4) | 19 ( 5.2) | 8 ( 5.6) | 8 ( 5.2) | 10 ( 5.2) | 11 ( 5.1) |
| METABOLISM AND NUTRITION DISORDERS | 18 ( 5.4) | 10 ( 2.7) | 5 ( 3.5) | 6 ( 3.9) | 13 ( 6.7) | 4 ( 1.9) |
| RESPIRATORY, THORACIC AND MEDIASTINAL DISORDERS | 17 ( 5.1) | 14 ( 3.8) | 8 ( 5.6) | 5 ( 3.3) | 9 ( 4.7) | 9 ( 4.2) |
| SKIN AND SUBCUTANEOUS TISSUE DISORDERS | 12 ( 3.6) | 14 ( 3.8) | 5 ( 3.5) | 10 ( 6.5) | 7 ( 3.6) | 4 ( 1.9) |
| VASCULAR DISORDERS | 10 ( 3.0) | 9 ( 2.5) | 6 ( 4.2) | 3 ( 2.0) | 4 ( 2.1) | 6 ( 2.8) |
| INJURY, POISONING AND PROCEDURAL COMPLICATIONS | 8 ( 2.4) | 12 ( 3.3) | 4 ( 2.8) | 7 ( 4.6) | 4 ( 2.1) | 5 ( 2.3) |
| REPRODUCTIVE SYSTEM AND BREAST DISORDERS | 8 ( 2.4) | 5 ( 1.4) | 6 ( 4.2) | 3 ( 2.0) | 2 ( 1.0) | 2 ( 0.9) |
| EYE DISORDERS | 7 ( 2.1) | 9 ( 2.5) | 5 ( 3.5) | 1 ( 0.7) | 2 ( 1.0) | 8 ( 3.7) |
| CARDIAC DISORDERS | 6 ( 1.8) | 8 ( 2.2) | 1 ( 0.7) | 5 ( 3.3) | 5 ( 2.6) | 3 ( 1.4) |

173

CONFIDENTIAL
AZSER12744620

Clinical Study Report
Study code: D1447C00126

**Table 42       Adverse events by system organ class, by treatment group and assigned mood stabilizer (Randomized safety population)**

| SYSTEM ORGAN CLASS | Randomized treatment QTP+ LI/VAL (N=336) n (%) | PLA+ LI/VAL (N=367) n (%) | Assigned mood stabilizer QTP+LI (N=143) n (%) | PLA+LI (N=153) n (%) | QTP+VAL (N=193) n (%) | PLA+VAL (N=214) n (%) |
|---|---|---|---|---|---|---|
| ENDOCRINE DISORDERS | 6 ( 1.8) | 6 ( 1.6) | 5 ( 3.5) | 6 ( 3.9) | 1 ( 0.5) | 0 |
| RENAL AND URINARY DISORDERS | 6 ( 1.8) | 3 ( 0.8) | 1 ( 0.7) | 1 ( 0.7) | 5 ( 2.6) | 2 ( 0.9) |
| BLOOD AND LYMPHATIC SYSTEM DISORDERS | 5 ( 1.5) | 4 ( 1.1) | 0 | 1 ( 0.7) | 5 ( 2.6) | 3 ( 1.4) |
| EAR AND LABYRINTH DISORDERS | 3 ( 0.9) | 4 ( 1.1) | 0 | 2 ( 1.3) | 3 ( 1.6) | 2 ( 0.9) |
| HEPATOBILIARY DISORDERS | 3 ( 0.9) | 1 ( 0.3) | 2 ( 1.4) | 0 | 1 ( 0.5) | 1 ( 0.5) |
| IMMUNE SYSTEM DISORDERS | 2 ( 0.6) | 6 ( 1.6) | 0 | 2 ( 1.3) | 2 ( 1.0) | 4 ( 1.9) |
| NEOPLASMS BENIGN, MALIGNANT AND UNSPECIFIED (INCL CYSTS AND POLYPS) | 1 ( 0.3) | 2 ( 0.5) | 1 ( 0.7) | 0 | 0 | 2 ( 0.9) |
| SOCIAL CIRCUMSTANCES | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.5) | 0 |

Note: Patients with multiple events in the same category are counted only once.
PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group. n  Number of patients.
Note: Events reported during randomized treatment phase sorted by decreasing frequency in the QTP + LI/VAL group.
/exe/dev/sanoquel d1447c00126/sp/output/tlf/t1103020201.rtf  aelog203.sas  07FEB2007-15:51  kwcn867
Table corresponds to Table 11.3.2.2–1.

174

CONFIDENTIAL
AZSER12744621

Clinical Study Report
Study code: D1447C00126

The system organ classes with the highest incidences of AEs in the quetiapine group were nervous system disorders (quetiapine 20.5%, placebo 16.3%), infections and infestations (quetiapine 15.5%, placebo 15.0%), the gastrointestinal system (quetiapine 11.6%, placebo 14.2%), and musculoskeletal and connective tissue disorders (quetiapine 10.1% and placebo 6.3%).  The largest apparent differences between quetiapine and placebo treatment groups were psychiatric disorders (quetiapine 7.4%, placebo 20.2%).

The most common adverse events in the randomized treatment phase of the study, as summarized by preferred term, are shown in Table 43.

**Table 43          Common adverse events (≥5%), by treatment group and assigned mood stabilizer (Randomized safety population)**

| | Randomized treatment | | Assigned mood stabilizer | | | |
|---|---|---|---|---|---|---|
| | QTP+LI/VAL (N=336) | PLA+LI/VAL (N=367) | QTP+LI (N=143) | PLA+LI (N=153) | QTP+VAL (N=193) | PLA+VAL (N=214) |
| MEDDRA PREFER-RED TERM[a] | n  (%) | n  (%) | n  (%) | n  (%) | n  (%) | n  (%) |
| ANY ADVERSE EVENT | 60 (17.9) | 90 (24.5) | 26 (18.2) | 44 (28.8) | 34 (17.6) | 46 (21.5) |
| SOMNOLENCE | 19 (5.7) | 8 (2.2) | 8 (5.6) | 4 (2.6) | 11 (5.7) | 4 (1.9) |
| NASOPHARYNGITIS | 18 (5.4) | 20 (5.4) | 8 (5.6) | 8 (5.2) | 10 (5.2) | 12 (5.6) |
| HEADACHE | 17 (5.1) | 21 (5.7) | 8 (5.6) | 9 (5.9) | 9 (4.7) | 12 (5.6) |
| INSOMNIA | 13 (3.9) | 52 (14.2) | 7 (4.9) | 29 (19.0) | 6 (3.1) | 23 (10.7) |

[a]  Patients with multiple events falling under the same preferred term are counted only once in that term.
PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group. n  Number of patients.
MedDRA Medical Dictionary of Regulatory Activities.
Note: Common adverse event: occurring at an incidence of >=5% in any randomized treatment group.
Note: Events reported during randomized treatment phase sorted by decreasing frequency in the QTP + LI/VAL treatment group.
/csre/dev/seroquel/d1447c00126/sp/output/tlf/t1103020202.rtf  aelog203.sas  07FEB2007:15:52  kwcn867
Table corresponds to Table 11.3.2.2- 2.

The most common adverse events by preferred term emerging during the randomized treatment phase in the quetiapine treatment group were "somnolence" (5.7% of patients in the quetiapine group and 2.2% in the placebo group), "nasopharyngitis" (5.4% of patients in the quetiapine group and 5.4% in the placebo group) and "headache" (5.1% of patients in the quetiapine group and 5.7% in the placebo group).  "Insomnia" was more common in the placebo group (14.2% of patients) than in the quetiapine treatment group (3.9%).

The full list of adverse events emerging during the randomized treatment phase are summarized by preferred term in Table 11.3.2.2- 3, and by system organ class and preferred terms in Table 11.3.2.2- 4.  Among AEs that occurred in less than 5% of the patients, constipation was more frequent in the quetiapine treatment group (4.5%) than in the placebo treatment group (1.1%). Diarrhea (0.9% of patients in the quetiapine group and 4.1% in the placebo group) and nausea was more common in the placebo group than in the quetiapine group (2.4% of patients in the quetiapine group and 4.4% in the placebo group). In the placebo

175

CONFIDENTIAL
AZSER12744622

group, diarrhea and nausea were more common in the group with lithium assigned as mood stabilizer (lithium 7.2% vs valproate 1.9%, and lithium 9.2% vs valproate 0.9%, respectively).

"Cataract" was reported in 2 patients (E0138008 and E1801002) during randomized quetiapine treatment. Both AEs occurred in older patients at risk for cataract on adjunct therapy. None of the patients discontinued treatment due to the AE.

Patient E0138008, a 54-year-old Caucasian woman, had a nonserious AE reported as "cataract recurring" (MedDRA: cataract) on Day 171 of treatment with quetiapine (mean daily dose 416.7 mg/day). The patient had completed 169 days of open-label treatment with quetiapine and lithium and was at Day 2 of the randomized phase. She had a history of cataract, myopia, and presbyopia. At enrollment, the patient was using melatonin, simvastatin, aspirin, and rabeprazole sodium; she stopped using melatonin when she entered the study. Other concomitant medications included lorazepam, benzonatate, telithromycin, and naproxen. The AE was considered by the investigator to be of mild intensity and not causally related to the investigational product. The patient was discontinued after 44 days of randomized treatment due to noncompliance with her mood stabilizer regimen, having had a total of 213 days of quetiapine treatment. The AE was ongoing when the patient left the study.

Patient E1801002, a 59-year-old Caucasian man, had a nonserious AE of "cataract left eye" (MedDRA: cataract) reported on Day 169 of treatment with quetiapine (mean daily dose 300 mg/day) and lithium (Day 85 of the randomized phase). The patient had a history of rheumatism and benign prostate hypertrophy. There was no reported history of cataract. Concomitant medications included meloxicam and norfloxacin. The AE was considered by the investigator to be of mild intensity and not causally related to the investigational product. The patient completed a total of 295 days of quetiapine treatment and was discontinued when the sponsor ended the study.

All adverse events emerging during the randomized treatment phase are summarized by maximum intensity and preferred term in Table 11.3.2.2- 5. The most commonly reported AEs were predominantly of mild or moderate intensity.

There were no major differences between the treatment groups in the pattern or frequency over time for the most common adverse events (Table 11.3.2.2- 6 and Table 11.3.2.2- 7). The common adverse events appeared mostly early in the randomized treatment period, particularly within the first 12 weeks of randomized treatment.

During randomized treatment, 78 patients (23.2%) in the quetiapine group and 80 patients (21.8%) in the placebo group were reported to have adverse events determined by the investigator to be drug-related (Table 11.3.2.2- 8). The most common drug-related adverse event in the quetiapine treatment group emerging during randomized treatment was "somnolence" (quetiapine 4.5%, placebo 1.6%) and the most common drug-related adverse event in the placebo treatment group was "insomnia" (quetiapine 0.9%, placebo 4.6%).

The frequencies and incidence density of common adverse events emerging during the randomized treatment phase are summarized in Table 11.3.2.2- 9.

CONFIDENTIAL
AZSER12744623

Clinical Study Report
Study code: D1447C00126

Adverse events ongoing at randomization or reported during the randomized treatment phase are summarized by system organ class in Table 11.3.2.2- 10 and by preferred term in Table 11.3.2.2- 11 (all adverse events) and in Table 11.3.2.2- 12 (most common, reported in ≥5% in any treatment group).  The frequencies and incidence density of common adverse events ongoing at randomization or reported during the randomized treatment phase are summarized in Table 11.3.2.2- 13.  In the quetiapine treatment group, the most common events ongoing at randomization or reported during the randomized treatment phase were "weight increased" (13.7% in the quetiapine group and 8.2% in the placebo group), "somnolence" (8.9% in the quetiapine group and 6.5% in the placebo group), "tremor" (7.4% in the quetiapine group and 6.0% in the placebo group) and "constipation" (7.4% in the quetiapine group and 2.2% in the placebo group).  "Insomnia" (5.1% in the quetiapine group and 15.3% in the placebo group) and "headache" were more common in the placebo group than in the quetiapine group (5.7% in the quetiapine group and 8.2% in the placebo group).  The incidence of adverse events ongoing at randomization or reported during the randomized treatment phase was higher in both the quetiapine group and the placebo group than the incidence of adverse events emerging during the randomized period.

Adverse events starting from 2 weeks after randomization (the maximum time period for down-titration of quetiapine in patients randomized to placebo) are summarized by preferred term in Table 11.3.2.2- 14 (all adverse events) and in Table 11.3.2.2- 15 (most common, reported in ≥5% in any treatment group).  The pattern of adverse events starting from 2 weeks after randomization was very similar to the complete adverse event profile, thus down-titration of quetiapine during the first 2 weeks after randomization in the placebo group did not influence the comparison between the treatment groups.

Adverse events in the open-label treatment phase are summarized by system organ class in Table 11.3.2.2- 16.  All adverse events are summarized by preferred term in Table 11.3.2.2- 17, by system organ class and preferred terms in Table 11.3.2.2- 18, and by maximum intensity and preferred term in Table 11.3.2.2- 19.  "Cataract" was reported in one patient during the open-label treatment phase (E0202003) and in one patient at the screening visit (E0803002).  One of the patients was included in the open-label safety population (E0202003). None of the patients was discontinued due to the adverse event.

Patient E0202003, a 50-year-old Caucasian woman, had a nonserious AE of "cataract" reported on Day 148 of open-label treatment with quetiapine (mean daily dose 453.7 mg/day) and lithium.  The patient had a history of hypothyroidism, and she continued treatment with levothyroxine after entering the study.  There was no reported history of cataract.  The patient had AEs of "right sectoral episcleritis," "blepharitis," and "eye pain" reported approximately 3 months before the report of cataract.  Concomitant medications in addition to thyroxine included fluorometholone ophthalmic suspension and hypromellose to treat the AE of episcleritis and venlafaxine.  The AE was considered by the investigator to be of mild intensity and not causally related to the investigational product.  The patient completed 161 days of open-label quetiapine treatment and was then discontinued because she was lost to followup.  The AEs of cataract, episcleritis, and blepharitis were ongoing when the patient left the study.

177

CONFIDENTIAL
AZSER12744624

Clinical Study Report
Study code: D1447C00126

Patient E0803002, a 63-year-old Caucasian woman, had a nonserious AE of "cataract" reported at the screening visit.  No investigational product was dispensed.  The AE was considered by the investigator to be of mild intensity and not causally related to the investigational product.  The patient was discontinued due to an AE of "atrial fibrillation" also reported at the screening visit.  Both AEs were ongoing when the patient left the study.

"Renal failure" and "renal failure acute" were reported during the open-label treatment phase in in 2 patients (E0127008 and E0404004, respectively).  None of the patients were discontinued due to the adverse event.

Patient E0127008, a 59-year-old Caucasian man, had nonserious AEs of "renal failure," "hyperkalemia," "septic syndrome" (MedDRA: sepsis), and an SAE of "pneumonia" reported on Day 174 of open-label treatment with quetiapine (mean daily dose 406.4 mg/day) and valproate.  The patient had a history of hypertension, coronary artery disease, myocardial infarction, hypercholesterolemia, central retina vein occlusion, and arthritis.  Concomitant medications ongoing from the time of enrollment included rosuvastatin, diclofenac sodium, brimonidine tartrate, timolol maleate, dorzolamide hydrochloride, latanoprost, aspirin, carvedilol, losartan, digoxin, furosemide, nicotinic acid, sodium chloride, and potassium chloride.  Serum creatinine concentrations were 1.2 mg/dL at screening and 1.0 mg/dL at the final visit (235 days after the start of open-label treatment).  BUN concentrations were 15 mg/dL at screening and 19 mg/dL at the final visit.  The serum creatinine and BUN concentrations at the time the renal failure was reported were not available.  The sepsis was treated with levofloxacin, cefepime hydrochloride, azithromycin, and sodium polystyrene sulfonate.  Roziglitazone was started when the AEs resolved, 14 days after onset, and discontinued after 79 days.  The 4 reported AEs were considered by the investigator to be of severe intensity; none was considered causally related to the investigational product, but treatment with investigational product was temporarily stopped.  The patient was discontinued 235 days after the start of open-label treatment, when the sponsor stopped the study.  (A narrative describing the SAE of pneumonia is provided in Section 11.3.10)

Patient E0404004, a 43-year-old Caucasian woman, had nonserious AEs of "acute renal failure, unspecified" (MedDRA: renal failure acute) and "other iron deficiency anaemia" (MedDRA: iron deficiency anaemia) on Day 149 of open-label treatment with quetiapine (mean daily dose 565.5 mg/day) and valproate.  At this time, the patient also had an ongoing SAE of "unstable angina" (MedDRA: angina unstable).  She had had a previous AE of acute cystitis (MedDRA: cystitis) that was reported on Day 73 of open-label treatment and resolved 7 days later after treatment with ciprofloxacin.  The patient had a history of chronic bronchitis and thyrotoxicosis.  Valproate was the only concomitant medication ongoing from the time of enrollment.  There were no concomitant medications used after enrollment and prior to the renal failure other than valproate and ciprofloxacin.  The patient's serum creatinine concentration was 0.8 mg/dL at screening and also at the final visit (169 days after the start of open-label treatment).  BUN concentrations were 7 mg/dL at screening and 8 mg/dL at the final visit.  The serum creatinine and BUN concentrations at the time the renal failure was reported were not available.  The AEs of renal failure acute and iron deficiency anaemia were considered by the investigator to be of moderate intensity.  Neither of the AEs was considered

178

CONFIDENTIAL
AZSER12744625

Clinical Study Report
Study code: D1447C00126

causally related to the investigational product, and neither led to discontinuation.  However, study treatment was stopped after 169 days for general safety reasons as judged by the investigator.  (A narrative describing the SAE of angina is provided in Section 11.3.10).

All adverse events judged by the investigator to be drug related are summarized by preferred term in Table 11.3.2.2- 20.  The most common adverse events during open-label treatment judged to be treatment-related by the investigator were "sedation" (16.0% of the patients), "somnolence" (13.7% of the patients), "dry mouth" (10.2% of the patients); and "weight increased" (9.1% of the patients) similar to the known effects of quetiapine on initiation of therapy.

## 8.4     Deaths, serious adverse events, discontinuation due to adverse events, and other significant adverse events

### 8.4.1     Deaths

During the open-label treatment phase, 3 of the 1433 patients included in the open-label safety population had an SAE leading to death.  In 1 patient the suicide was committed 90 days after last dose of quetiapine. During the randomized treatment phase 1 of 336 patients randomized to quetiapine treatment and 3 of 367 patients randomized to placebo treatment had a fatal SAE.

A listing of all patients who died during the study (in the open-label treatment phase and in the randomized treatment phase) is provided in Table 44 and narratives for these patients are provided in Section 8.4.1.1.

179

CONFIDENTIAL
AZSER12744626

Clinical Study Report
Study code: D1447C00126

**Table 44       Listing of deaths during open-label and randomized treatment phase**

| TREATMENT PERIOD AT AE ONSET | TREATMENT [a] / QTP DOSE [b] | CEN-TER | PATIENT NUMBER | SEX/ AGE[c] (YEARS) | TREATMENT DURATION OLT + RTP (DAYS)[d] | ADVERSE EVENT PREFERRED TERM/ INVESTIGATOR'S TEXT | TIME TO ONSET OF AE (DAYS)[e] | TIME TO DEATH (DAYS)[f] | CAUSAL-ITY[r] |
|---|---|---|---|---|---|---|---|---|---|
| OPEN-LABEL | QTP+LI / | 805 | E0805016 | Female/ 33 | 100 + 0 | COMPLETED SUICIDE/ Suicide | 101 | 101 | No |
|  |  |  | E0805026 | Male/ 64 | 8 + 0 | PNEUMONIA/ Pneumonia | 1 | 9 | No |
|  | QTP+VAL/ | 1709 | E1709025 | Female/ 33 | 23 + 0 | COMPLETED SUICIDE/ Suicide | 113 | 113 | No |
| RANDOM QTP | QTP+LI / | 1201 | E1201014 | Male/ 46 | 131 + 304 | COMPLETED SUICIDE/ Suicide by self-Hanging | 329 | 329 | No |
| RANDOM PLA | PLA+LI / | 202 | E0202001 | Male/ 55 | 259 + 42 | DEATH/ Death-cause unknown | 65 | 65 | No |
|  | E1006002 | 1006 |  | Female/ 50 | 82 + 167 | CARDIAC FAILURE/ Heart failure | 174 | 174 | No |
|  | PLA+VAL/ | 303 | E0303010 | Male/ 38 | 168 + 22 | COMPLETED SUICIDE/ Death by suicide | 22 | 22 | Yes |

[a]  Investigational product + mood stabilizer.
[b]  Dose (mg/day) at onset of AE leading to death.
[c]  Age at enrollment.
[d]  From first dose to last dose of Investigational product.
[e]  From first open-label dose to death in OLT and from first randomization dose to death in RTP.
[f]  From first dose to last dose of Investigational product, as assessed by the investigator.
[r]  Causality to Investigational product, as assessed by the investigator.
PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. OLT Open-label treatment phase. RTP Randomized treatment phase.
Note: All deaths are included from start of open-label treatment phase up to 30 days following last dose of investigational product.
/cstr/dev/serequel/d1447c00126/sp/output/tlf/t11l03030201.rtf aelog226.sas 13JAN2007:01:04 kqsx265
Table corresponds to Table 11.3.3.2-1.

180

CONFIDENTIAL
AZSER12744627

Clinical Study Report
Study code: D1447C00126

#### 8.4.1.1   Narratives of deaths

**Open-label treatment phase**

Patient No. E0805016: {INTENTIONAL OVERDOSE, SUICIDE} A report has been
received from an investigator concerning a 34-year-old female Caucasian patient enrolled in
study D1447C00126, a phase III comparison of the efficacy and safety of quetiapine fumarate
(400 to 800 mg daily) to placebo when used as adjunct to mood stabilizers (lithium or
valproate) in the maintenance treatment of bipolar I disorder in adult patients.  Concomitant
drugs included lithium carbonate for bipolar disorder, clonazepam for bipolar disorder,
cinolazepam for insomnia and fluoxetine hydrochloride for depression.  The patient had a
history of tonsillectomy.  The patient started study drug on 03-Nov-2005 (stabilization phase
of study). REDACTED later, on REDACTED, the patient took open-label study drug (13.6
grams) in order to commit suicide. No other medications, alcohol or additive drugs were
involved. The patient was found dead on REDACTED. No resuscitation was performed. There
were no symptoms leading to suicide according to the investigator, although the patient had a
history of previous suicide attempts.  The investigator considered the act of committing
suicide to be unrelated to the study drug. A company physician considered the fatal outcome
as possibly related to study drug.  Summary of follow-up information received by
AstraZeneca on 07-Mar-2006: Dose of study drug at suicide provided. No other medications
or alcohol were involved in the suicide. Information that the patient previous history of suicide
attempts added.

Patient No. E0805026: {PNEUMONIA} A report was received from an investigator
concerning a 65-year-old male Caucasian patient enrolled in study D1447C00126, a phase III
comparison of the efficacy and safety of quetiapine fumarate (400 to 800 mg daily) to placebo
when used as adjunct to mood stabilizers (lithium or valproate) in the maintenance treatment
of bipolar I disorder in adult patients.  Concomitant drugs included quetiapine fumarate for
bipolar I disorder, lithium carbonate for bipolar disorder, diazepam for mania, metoprolol
tartrate for rise in blood pressure and haloperidol for mania.  The patient had a history of
operation due to gastric ulcer.   The patient started open-label treatment on 07-MAR-2006 and
RED later he developed pneumonia. He was treated with bromhexine hydrochloride,
aminophylline and ciprofloxacin hydrochloride. On REDACTED days after onset of
the event, the patient was hospitalized due to high temperature, hampered respiration and pain
in chest. He died on REDACTED, despite attempt to resuscitate. The cause of death was
pneumonia and respiratory failure.  The investigator considered the event to be unrelated to
the study therapy.

Patient No. E1709025: {MULTIPLE DRUG OVERDOSE, SUICIDE}A report was received
from a legal expert physician, then from an investigator and a legal expert biologist
concerning a 33-year-old female Caucasian patient enrolled in study D1447C00126, a phase
III comparison of the efficacy and safety of quetiapine fumarate (400 to 800 mg daily) to
placebo when used as adjunct to mood stabilizers (lithium or valproate) in the maintenance
treatment of bipolar I disorder in adult patients.  Concomitant drugs included lorazepam for
bipolar disorder and lactulose for constipation.  The patient's medical history included
previous ideation and attempt of suicide, constipation (non-serious adverse event), dizziness

CONFIDENTIAL
AZSER12744628

(non-serious adverse event), oculogyric crisis (non-serious adverse event) and acute cervicitis. In July 2002, the patient started Depakote (valproate semisodium). On ▮REDACTE▮ 2006, she entered in the pre-randomization treatment period and began study drug Seroquel (quetiapine). On ▮REDAC▮ 2006, i.e. 16 weeks and 3 days after starting study therapy, the patient was found dead at home. The date of death was reported as being ▮REDACTED▮. Autopsy was scheduled on 31 May 2006.   The investigator reported a multiple drug overdose with Seroquel and Depakote, and stated that the probable cause of death was suicide. He also stated that bipolar disorder was a major cause of suicide. The investigator considered the events to be unrelated to Seroquel and to be related to Depakote.  Follow up information received on 14 June 2006: Event changed from death to suicide. Added investigator's causality assessment of NO for Seroquel. Narrative updated accordingly.  Follow up information received on 29 June 2006: suicidality data collection form completed. Start date of Depakote, medical history and cause of suicide added. Narrative updated accordingly.  Corrected report: multiple drug overdose added as serious adverse event

**Randomized treatment phase; quetiapine treatment**

Patient No. E1201014: {SUICIDE BY SELF-HANGING} A report was received from an investigator concerning a 48-year-old male Caucasian patient enrolled in study D1447C00126, a phase III comparison of the efficacy and safety of quetiapine fumarate (400 to 800 mg daily) to placebo when used as adjunct to mood stabilizers (lithium or valproate) in the maintenance treatment of bipolar I disorder in adult patients.  Concomitant drugs included enalapril for hypertension and lithium carbonate for bipolar disorder I.   The patient began study drug on 17-OCT-2005 and last dose was on ▮REDAC▮ 2006. On ▮REDAC▮ 2006, three weeks and 5 days after last dose of study drug and in the follow up period, the patient committed suicide by self-hanging which was severe and caused by depression. The patient died on ▮REDACTED▮. The investigator considered the event(s) to be unrelated to the study therapy.

**Randomized treatment phase; placebo treatment**

Patient No. E0202001: {DEATH CAUSE UNKNOWN}  A report has been received from a study investigator concerning a 55-year-old-Caucasian male patient enrolled in a multi-centre, randomized, parallel-group, double-blind, phase III comparison of the efficacy and safety of Seroquel (quetiapine fumarate) to placebo when used as adjunct to mood stabilizers (lithium or valproate) in the maintenance treatment of bipolar I disorder in adult patients.  The study is divided in 2 treatment phases, the open label treatment phase (stabilization phase) and the randomized treatment phase (maintenance phase).  The patient was receiving lithium therapy as a mood stabilizer.  It was also reported in a local newspaper that this patient had been murdered.  The patient had a history of dry mouth, nausea, tremor, postural hypotension, rash on lower back and abnormal ECG.  The abnormal ECG and rash occurred at randomization phase of the study.  A cardiologist was unable to say whether the AV conduction delay was due to a drug, disease, or spontaneous event.  On 12 June 2004 the patient commenced open label treatment phase with Seroquel at a daily dosage of 50 mg increasing to 800 mg on 10 September 2004.  On an unknown date the patient commenced the blinded randomized treatment phase.  On 20 April 2005 the patient completed the study.  The patient commenced treatment with olanzapine for his bipolar disorder on the same day.  Treatment with Lithium

CONFIDENTIAL
AZSER12744629

continued.  All lab values were within normal ranges.  On REDACTED the patient was found dead, the cause of death was unknown, an autopsy has been requested.  At the time of reporting to AstraZeneca the official cause of death was unknown. It was reported that the study site co-ordinator suspects heart attack but this has not yet been confirmed.  The study investigator considered the event to be unrelated to lithium, open-label Seroquel or blinded study therapy.   Summary of follow-up received on 20 June 2005: -Stop date of study therapy added -Stop date removed for Lithium -All lab values within normal range -Detail of abnormal ECG added.  Summary of follow up information received by AstraZeneca on 04 October 2005: -Added additional report source (newspaper report) -Reporter causality of No with blinded study therapy added. -Initial CIOMS I produced as this case has not previously been reported (omitted in error)  Summary of follow up information received by AstraZeneca on 10,12 and 13 October 2005: -Study Investigator removed the provided causality assessment for blinded study therapy -Company Causality for Blinded study therapy added as NO Summary of follow up information received by AstraZeneca on 01 November 2005 - Reporter's causality for lithium received. - Company causality amended.

Patient No. E1006002: {HEART FAILURE} A report was received from an investigator concerning a 51 year old female patient enrolled in study D1447C00126, a multicenter, randomized, parallel-group, double-blind, phase III comparison of the efficacy and safety of quetiapine fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to placebo when used as adjunct to mood stabilizers (lithium or valproate) in the maintenance treatment of bipolar i disorder in adult patients.  Concomitant drugs included lithium citrate for bipolar disorder, estradiol valerate for climacterial symptoms, bisoprolol for hypotension and nitrazepam for insomnia.  The patient had her first visit on 07-JAN-2005 and started open-label study treatment. Later, she was randomized and started randomized treatment on 06-APR-2005. On 19-SEP-2005 she suffered from a mixed mood event (YMRS was 25), was hospitalized and was withdrawn from the study. At 14:00 on REDACTED the patient was resting on her bed. When the staff checked up on the patient again at 15:00, she was dead with her mouth full of vomit.  Autopsy was performed. The cause of death was heart failure.  The investigator considered the event to be unrelated to the study therapy.  The company physician considered the event to be unrelated to the study therapy.

Patient No. E0303010: {SUICIDE (DROWNING)} A report was received from an investigator concerning a 38 year old male patient enrolled in study D1447C00126, a multicenter, randomized, parallel-group, double-blind, phase III comparison of the efficacy and safety of quetiapine fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to placebo when used as adjunct to mood stabilizers (lithium or valproate) in the maintenance treatment of bipolar I disorder in adult patients.  Concomitant drugs included valproate for bipolar, paroxetine hydrochloride for bipolar disorder, and olanzapine for psychosis.  The patient had a history of alcohol abuse, sedation, erectile dysfunction, depression and dry mouth. The patient had no family history of suicide or mental disorders. It was reported that prior to being admitted to hospital, the patient had driven his car against an obstacle.  The patient began study drug (randomization phase) on 29-JUN-2005. The following 2 visits were planned on 06-Jul-2005 and REDA 2005. This last visit was postponed from 13-Jul-2005 till REDA 2005 due to the holiday period. On 06-Jul-2005 the patient refused to come to see the

CONFIDENTIAL
AZSER12744630

Clinical Study Report
Study code: D1447C00126

investigator because of his work and other reasons  but contacted the investigaor by phone to tell him everything was okay.  The investigator stressed the patient to come for his next appointment. The patient came on ▮REDA▮ 2005 and was withdrawn from the study because of his relapse of severe depression and was hospitalized on ▮REDA▮-2005 for depression.  On the same day it was reported that the patient had taken zuclopenthixol, 100mg, and olanzapine, 10mg for psychosis. He fled the hospital and committed suicide (drowning) on ▮REDACTE▮.  He was found dead on ▮REDACTE▮.   The therapeutic drug monitoring level for valproic acid on 01-Jun-2005 was reported as 26 mg/L.  The reporter has suggested  that this low value may be attributed to  possible noncompliance by the patient.  The investigator considered the event(s) causally related to th e study therapy.   Summary of follow up information received AstraZeneca 29-Jul-2005: Concomitant medications taken on date of death added.  Summary of follow up information received by AstraZeneca on 17-Aug-2005:  Laboratory values, additional information about last visits of the study before suicide added and narrative updated.  Summary of follow up information received at AstraZeneca 23-Aug-2005: Medical history updated.

**8.4.2      Serious adverse events other than deaths**

Patients with serious non-fatal serious adverse events ongoing at randomization or reported during randomized treatment phase are summarized by randomized treatment group and by assigned mood stabilizer in Table 45.  All serious adverse events,  including deaths and non-fatal serious adverse events are summarized in Table 11.3.4.1- 2.

CONFIDENTIAL
AZSER12744631

Clinical Study Report
Study code: D1447C00126

**Table 45      Serious, non-fatal adverse events ongoing or reported during randomized treatment phase (Randomized safety population)**

| MEDDRA PREFERRED TERM [a] | Randomized treatment QTP+ LI/VAL (N=336) n (%) | PLA+ LI/VAL (N=367) n (%) | Assigned mood stabilizer QTP+ LI (N=143) n (%) | PLA+ LI (N=153) n (%) | QTP+ VAL (N=193) n (%) | PLA+ VAL (N=214) n (%) |
|---|---|---|---|---|---|---|
| ANGER | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.5) | 0 |
| BENIGN PROSTATIC HYPERPLASIA | 1 ( 0.3) | 0 | 1 ( 0.7) | 0 | 0 | 0 |
| DRUG TOXICITY | 1 ( 0.3) | 0 | 1 ( 0.7) | 0 | 0 | 0 |
| NAUSEA | 1 ( 0.3) | 0 | 1 ( 0.7) | 0 | 0 | 0 |
| STRIDOR | 1 ( 0.3) | 0 | 1 ( 0.7) | 0 | 0 | 0 |
| SUICIDAL IDEATION | 1 ( 0.3) | 1 ( 0.3) | 0 | 1 ( 0.7) | 1 ( 0.5) | 0 |
| UPPER LIMB FRACTURE | 1 ( 0.3) | 0 | 1 ( 0.7) | 0 | 0 | 0 |
| ADENOVIRUS INFECTION | 0 | 1 ( 0.3) | 0 | 1 ( 0.7) | 0 | 0 |
| ALCOHOL WITHDRAWAL SYNDROME | 0 | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.5) |
| ANGINA PECTORIS | 0 | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.5) |
| ANKLE FRACTURE | 0 | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.5) |
| ASTHMA | 0 | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.5) |
| CARDIAC FAILURE | 0 | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.5) |
| CELLULITIS | 0 | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.5) |
| COMA | 0 | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.5) |
| CYSTITIS | 0 | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.5) |
| DEEP VEIN THROMBOSIS | 0 | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.5) |
| DEHYDRATION | 0 | 1 ( 0.3) | 0 | 1 ( 0.7) | 0 | 0 |
| DYSPHONIA | 0 | 1 ( 0.3) | 0 | 1 ( 0.7) | 0 | 0 |
| ELECTROCARDIOGRAM T WAVE ABNORMAL | 0 | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.5) |
| GLYCOSYLATED HAEMOGLOBIN INCREASED | 0 | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.5) |
| HEPATITIS ACUTE | 0 | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.5) |
| HYPERTENSION | 0 | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.5) |
| INFLAMMATORY BOWEL DISEASE | 0 | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.5) |
| MANIA | 0 | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.5) |
| PNEUMONIA | 0 | 1 ( 0.3) | 0 | 1 ( 0.7) | 0 | 0 |
| RIB FRACTURE | 0 | 1 ( 0.3) | 0 | 1 ( 0.7) | 0 | 0 |
| THYROID ADENOMA | 0 | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.5) |

[a]   Patients with multiple events falling under the same preferred term are counted only once in that term.
QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group. n  Number of patients.
MedDRA Medical Dictionary of Regulatory Activities.
Note: Events ongoing at randomization or reported during randomized treatment phase sorted by decreasing frequency in the QTP+LI/VAL treatment group.

185

CONFIDENTIAL
AZSER12744632

Clinical Study Report
Study code: D1447C00126

/csre/dev/seroquel/d1447c00126/sp/output/tlf/t1103040107.rtf  aelog245.sas  07FEB2007:15:55  kwcn867
Table corresponds to Table 11.3.4.1- 7

The number of patients with non-fatal serious adverse events ongoing at randomization or reported during the randomized treatment phase was small; 4 quetiapine-treated patients (1.2%) and 17 placebo-treated patients (4.6%) (Table 41).  None of the non-fatal SAEs appeared in more than 1 patient (Table 45).

The distribution of non-fatal serious adverse events over time is presented in Table 11.3.4.1- 3 for the quetiapine treatment group and for the placebo treatment group in Table 11.3.4.1- 4.

Patients with serious non-fatal adverse events related to the investigational product as judged by the investigator are summarized in Table 46.

**Table 46        Serious, non-fatal adverse events determined to be drug-related as judged by the investigator (randomized safety population)**

| MEDDRA PREFERRED TERM [a] | Randomized treatment QTP+ LI/VAL (N=336) n (%) | PLA+ LI/VAL (N=367) n (%) | Assigned mood stabilizer QTP+ LI (N=143) n (%) | PLA+ LI (N=153) n (%) | QTP+ VAL (N=193) n (%) | PLA+ VAL (N=214) n (%) |
|---|---|---|---|---|---|---|
| ANGER | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.5) | 0 |
| SUICIDAL IDEATION | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.5) | 0 |
| CARDIAC FAILURE | 0 | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.5) |
| GLYCOSYLATED HAEMOGLOBIN INCREASED | 0 | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.5) |
| HEPATITIS ACUTE | 0 | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.5) |

[a]  Patients with multiple events falling under the same preferred term are counted only once in that term.
PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group. n  Number of patients.
MedDRA Medical Dictionary of Regulatory Activities.
Note: Events reported during randomized treatment phase by decreasing frequency.
/csre/dev/seroquel/d1447c00126/sp/output/tlf/t1103040105.rtf  aelog221.sas  07FEB2007:15:54  kwcn867
Table corresponds to Table 11.3.4.1- 5.

The proportion of serious non-fatal adverse events related to the investigational product as judged by the investigator was low (5 patients; 2 in the quetiapine group and 3 in the placebo group).

Patients with serious, non-fatal adverse events during the open-label treatment phase are summarized in Table 47.

186

CONFIDENTIAL
AZSER12744633

Clinical Study Report
Study code: D1447C00126

**Table 47**          **Serious, non-fatal adverse events in the open-label treatment phase (Open-label safety population)**

| MEDDRA PREFERRED TERM [a] | OPEN-LABEL QTP QTP+LI/VAL (N=1433) n (%) | ASSIGNED MOOD STABILIZER QTP+LI (N=577) n (%) | QTP+VAL (N=832) n (%) |
|---|---|---|---|
| SUICIDE ATTEMPT | 6 ( 0.4) | 1 ( 0.2) | 5 ( 0.6) |
| DEPRESSION | 5 ( 0.3) | 3 ( 0.5) | 2 ( 0.2) |
| CELLULITIS | 2 ( 0.1) | 0 | 2 ( 0.2) |
| CHOLELITHIASIS | 2 ( 0.1) | 1 ( 0.2) | 1 ( 0.1) |
| DRUG TOXICITY | 2 ( 0.1) | 0 | 2 ( 0.2) |
| MANIA | 2 ( 0.1) | 1 ( 0.2) | 1 ( 0.1) |
| PNEUMONIA | 2 ( 0.1) | 0 | 2 ( 0.2) |
| ANGER | 1 ( 0.1) | 0 | 1 ( 0.1) |
| ANGINA PECTORIS | 1 ( 0.1) | 0 | 1 ( 0.1) |
| ANGINA UNSTABLE | 1 ( 0.1) | 0 | 1 ( 0.1) |
| ANKLE FRACTURE | 1 ( 0.1) | 0 | 1 ( 0.1) |
| ANXIETY | 1 ( 0.1) | 0 | 1 ( 0.1) |
| ASTHMA | 1 ( 0.1) | 0 | 1 ( 0.1) |
| BRAIN CONTUSION | 1 ( 0.1) | 0 | 1 ( 0.1) |
| BREAST CANCER | 1 ( 0.1) | 0 | 1 ( 0.1) |
| BRONCHITIS ACUTE | 1 ( 0.1) | 1 ( 0.2) | 0 |
| CALCULUS URINARY | 1 ( 0.1) | 0 | 1 ( 0.1) |
| CARDIAC STRESS TEST ABNORMAL | 1 ( 0.1) | 0 | 1 ( 0.1) |
| CHOLECYSTITIS | 1 ( 0.1) | 0 | 1 ( 0.1) |
| COLONIC POLYP | 1 ( 0.1) | 0 | 1 ( 0.1) |
| CONFUSIONAL STATE | 1 ( 0.1) | 0 | 1 ( 0.1) |
| CONSTIPATION | 1 ( 0.1) | 1 ( 0.2) | 0 |
| DEEP VEIN THROMBOSIS | 1 ( 0.1) | 0 | 1 ( 0.1) |
| DIABETES MELLITUS | 1 ( 0.1) | 0 | 1 ( 0.1) |
| DIABETIC COMPLICATION | 1 ( 0.1) | 1 ( 0.2) | 0 |
| DYSPNOEA | 1 ( 0.1) | 0 | 1 ( 0.1) |
| GLOBAL AMNESIA | 1 ( 0.1) | 1 ( 0.2) | 0 |
| GRAND MAL CONVULSION | 1 ( 0.1) | 0 | 1 ( 0.1) |
| HAEMORRHOIDS | 1 ( 0.1) | 1 ( 0.2) | 0 |
| HYPERSOMNIA | 1 ( 0.1) | 0 | 1 ( 0.1) |
| HYPOMANIA | 1 ( 0.1) | 1 ( 0.2) | 0 |

187

CONFIDENTIAL
AZSER12744634

Clinical Study Report
Study code: D1447C00126

| Table 47 | Serious, non-fatal adverse events in the open-label treatment phase (Open-label safety population) |
|---|---|

| | OPEN-LABEL QTP QTP+LI/VAL (N=1433) | ASSIGNED MOOD STABILIZER QTP+LI (N=577) | QTP+VAL (N=832) |
|---|---|---|---|
| **MEDDRA PREFERRED TERM** [a] | n (%) | n (%) | n (%) |
| INFECTED CYST | 1 ( 0.1) | 0 | 1 ( 0.1) |
| INGUINAL HERNIA | 1 ( 0.1) | 0 | 1 ( 0.1) |
| INTERSTITIAL LUNG DISEASE | 1 ( 0.1) | 0 | 1 ( 0.1) |
| ISCHAEMIC CARDIOMYOPATHY | 1 ( 0.1) | 0 | 1 ( 0.1) |
| MENINGITIS ASEPTIC | 1 ( 0.1) | 0 | 1 ( 0.1) |
| MUSCULAR WEAKNESS | 1 ( 0.1) | 0 | 1 ( 0.1) |
| NAUSEA | 1 ( 0.1) | 0 | 1 ( 0.1) |
| NEPHROLITHIASIS | 1 ( 0.1) | 1 ( 0.2) | 0 |
| OLIGODENDROGLIOMA | 1 ( 0.1) | 0 | 1 ( 0.1) |
| OVARIAN DISORDER | 1 ( 0.1) | 1 ( 0.2) | 0 |
| PALPITATIONS | 1 ( 0.1) | 0 | 1 ( 0.1) |
| PSYCHOTIC DISORDER | 1 ( 0.1) | 0 | 1 ( 0.1) |
| PULMONARY EMBOLISM | 1 ( 0.1) | 1 ( 0.2) | 0 |
| ROAD TRAFFIC ACCIDENT | 1 ( 0.1) | 0 | 1 ( 0.1) |
| SCIATICA | 1 ( 0.1) | 0 | 1 ( 0.1) |
| SKULL FRACTURE | 1 ( 0.1) | 0 | 1 ( 0.1) |
| SUBILEUS | 1 ( 0.1) | 0 | 1 ( 0.1) |
| SUICIDAL IDEATION | 1 ( 0.1) | 1 ( 0.2) | 0 |
| TRANSIENT ISCHAEMIC ATTACK | 1 ( 0.1) | 1 ( 0.2) | 0 |
| VARICELLA | 1 ( 0.1) | 1 ( 0.2) | 0 |

[a] Patients with multiple events falling under the same preferred term are counted only once in that term.
QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group. n Number of patients. Y MedDRA Medical Dictionary of Regulatory Activities.
Note: Events by decreasing frequency.
/csre/dev/seroquel/d1447c00126/sp/output/tlf/t1103040106.rtf  aelog222.sas  07FEB2007:15:54  kwcn867
Table corresponds to Table 11.3.4.1- 6

SAEs were reported in 64 of the 1433 patients in the open-label safety population.  The most common SAEs during the open-label treatment phase were "suicide attempt" (6 patients, 0.4%) and "depression" (5 patients, 0.3%). Most events occurred in patients with valproate as assigned mood stabilizer.

188

CONFIDENTIAL
AZSER12744635

Clinical Study Report
Study code: D1447C00126

All patients who had a serious adverse event other than death during open-label and randomized treatment are listed in Table 11.3.4.2- 1 and narratives for these patients are provided in Section 11.3.10.

### 8.4.3    Discontinuations due to adverse events

Patients with adverse events ongoing at randomization or reported during randomized treatment phase leading to discontinuation are summarized in Table 48.  There is a discrepancy between the number of AEs leading to discontinuation during randomized treatment reported in the AE log and the number of discontinuations due to an AE reported in the TERM module; there were 2 patients in the placebo group (E0123003 and E1692002) recorded as discontinued due to an AE in the AE log, but not in the TERM module.  In the TERM module, the reason for discontinuation was recorded for both patients as "Development of study-specific discontinuation criteria", ie a mood event.

**Table 48        Adverse events ongoing at randomization or reported during RTP leading to discontinuation (Randomized safety population)**

| MEDDRA PREFERRED TERM [a] | Randomized treatment QTP+ LI/VAL (N=336) n (%) | PLA+ LI/VAL (N=367) n (%) | Assigned mood stabilizer QTP+ LI (N=143) n (%) | PLA+ LI (N=153) n (%) | QTP+ VAL (N=193) n (%) | PLA+ VAL (N=214) n (%) |
|---|---|---|---|---|---|---|
| ACCOMMODATION DISORDER | 1 ( 0.3) | 0 | 1 ( 0.7) | 0 | 0 | 0 |
| CONSTIPATION | 1 ( 0.3) | 0 | 1 ( 0.7) | 0 | 0 | 0 |
| DRUG TOXICITY | 1 ( 0.3) | 0 | 1 ( 0.7) | 0 | 0 | 0 |
| HYPERLIPIDAEMIA | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.5) | 0 |
| HYPERSOMNIA | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.5) | 0 |
| HYPERTRIGLYCERIDAEMIA | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.5) | 0 |
| NAUSEA | 1 ( 0.3) | 0 | 1 ( 0.7) | 0 | 0 | 0 |
| SEDATION | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.5) | 0 |
| SOMNOLENCE | 1 ( 0.3) | 0 | 1 ( 0.7) | 0 | 0 | 0 |
| TACHYCARDIA | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.5) | 0 |
| AGITATION | 0 | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.5) |
| CARDIAC FAILURE | 0 | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.5) |
| GLYCOSYLATED HAEMOGLOBIN INCREASED | 0 | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.5) |
| HEPATITIS ACUTE | 0 | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.5) |
| HYPERHIDROSIS | 0 | 1 ( 0.3) | 0 | 1 ( 0.7) | 0 | 0 |
| INSOMNIA | 0 | 3 ( 0.8) | 0 | 2 ( 1.3) | 0 | 1 ( 0.5) |
| SLEEP DISORDER | 0 | 3 ( 0.8) | 0 | 2 ( 1.3) | 0 | 1 ( 0.5) |
| SUICIDAL IDEATION | 0 | 1 ( 0.3) | 0 | 1 ( 0.7) | 0 | 0 |

CONFIDENTIAL
AZSER12744636

Clinical Study Report
Study code: D1447C00126

**Table 48**          **Adverse events ongoing at randomization or reported during RTP leading to discontinuation (Randomized safety population)**

| MEDDRA PREFERRED TERM [a] | Randomized treatment QTP+ LI/VAL (N=336) n (%) | PLA+ LI/VAL (N=367) n (%) | Assigned mood stabilizer QTP+ LI (N=143) n (%) | PLA+ LI (N=153) n (%) | QTP+ VAL (N=193) n (%) | PLA+ VAL (N=214) n (%) |
|---|---|---|---|---|---|---|
| WEIGHT INCREASED | 0 | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.5) |

[a]  Patients with multiple events falling under the same preferred term are counted only once in that term.
PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group. n  Number of patients.
MedDRA Medical Dictionary of Regulatory Activities.
Note: Events reported during randomized treatment phase by decreasing frequency.
/csre/dev/seroquel/d1447c00126/sp/output/tlf/t1103050102.rtf  aelog224.sas  07FEB2007:15:54  kwcn867
Table corresponds to Table 11.3.5.1- 2.

There were 10 patients with AEs ongoing at randomization or reported during the randomized treatment period in 8 quetiapine-treated patients and 13 AEs in 11 placebo-treated patients led to discontinuation. "Insomnia" and "sleep disorder" were the only adverse events leading to discontinuation in more than single patients (3 placebo-treated patients).

During the open-label treatment phase, adverse events in 196 (13.7%) patients led to discontinuation (Table 11.3.5.1- 3). The most common DAEs were "sedation" (63 patients, 4.4%) and "somnolence" (34 patients, 2.4%).

All patients who were discontinued from study treatment due to an adverse event are listed in Table 11.3.5.2- 1 and narratives for these patients are provided in Section 11.3.10.

### 8.4.4      Other significant adverse events

There were no OAEs identified in this study.

### 8.4.5      Adverse events by organ system or syndrome

### 8.4.5.1      Adverse events potentially associated with suicidality

Patients with adverse events potentially associated with suicidality during the randomized treatment phase are summarized in Table 49.

190

CONFIDENTIAL
AZSER12744637

Clinical Study Report
Study code: D1447C00126

**Table 49**          **Adverse events potentially associated with suicidality (Randomized safety population)**

| MEDDRA PREFERRED TERM [a] | Randomized treatment QTP+ LI/VAL (N=336) n (%) | PLA+ LI/VAL (N=367) n (%) | Assigned mood stabilizer QTP+ LI (N=143) n (%) | PLA+ LI (N=153) n (%) | QTP+ VAL (N=193) n (%) | PLA+ VAL (N=214) n (%) |
|---|---|---|---|---|---|---|
| ANY ADVERSE EVENT | 2 ( 0.6) | 3 ( 0.8) | 1 ( 0.7) | 2 ( 1.3) | 1 ( 0.5) | 1 ( 0.5) |
| COMPLETED SUICIDE | 1 ( 0.3) | 1 ( 0.3) | 1 ( 0.7) | 0 | 0 | 1 ( 0.5) |
| SUICIDAL IDEATION | 1 ( 0.3) | 1 ( 0.3) | 0 | 1 ( 0.7) | 1 ( 0.5) | 0 |
| SUICIDE ATTEMPT | 0 | 1 ( 0.3) | 0 | 1 ( 0.7) | 0 | 0 |

[a]  Patients with multiple events falling under the same preferred term are counted only once in that term.
PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group. n  Number of patients.
MedDRA Medical Dictionary of Regulatory Activities, version 7.0.
Note: Events reported during randomized treatment phase by decreasing frequency in the quetiapine treatment group.
/csre/dev/seroquel/d1447c00126/sp/output/tlf/t1103070101.rtf  aelog227.sas  07FEB2007:15:54  kwcn867
Table corresponds to Table 11.3.7.1- 1.

The number of AEs potentially associated with suicidality was similar in the quetiapine group as in the placebo group (2 patients, 0.6% in the quetiapine group compared to 3 patients, 0.8% in the placebo group).  The number of patients with AEs potentially associated with suicidality ongoing at randomization or reported during the randomized treatment period was the same as the number emerging during randomized treatment (Table 11.3.7.7- 1).

During the open-label treatment phase "suicide attempt" was reported in 7 patients (0.5%), "suicidal ideation" in 2 patients (0.1%), and a completed suicide in 1 patient (0.1%) (Table 11.3.7.1- 2).

### 8.4.5.2     Adverse events potentially associated with EPS

Patients with adverse events potentially associated with EPS during the randomized treatment phase are summarized by randomized treatment and by assigned mood stabilizer in Table 50.

191

CONFIDENTIAL
AZSER12744638

Clinical Study Report
Study code: D1447C00126

**Table 50**      **Adverse events potentially associated with EPS (Randomized safety population)**

| MEDDRA PREFERRED TERM [a] | Randomized treatment QTP+ LI/VAL (N=336) n (%) | PLA+ LI/VAL (N=367) n (%) | Assigned mood stabilizer QTP+ LI (N=143) n (%) | PLA+ LI (N=153) n (%) | QTP+ VAL (N=193) n (%) | PLA+ VAL (N=214) n (%) |
|---|---|---|---|---|---|---|
| ANY ADVERSE EVENT | 17 ( 5.1) | 17 ( 4.6) | 5 ( 3.5) | 9 ( 5.9) | 12 ( 6.2) | 8 ( 3.7) |
| TREMOR | 12 ( 3.6) | 8 ( 2.2) | 3 ( 2.1) | 3 ( 2.0) | 9 ( 4.7) | 5 ( 2.3) |
| DYSKINESIA | 1 ( 0.3) | 2 ( 0.5) | 0 | 1 ( 0.7) | 1 ( 0.5) | 1 ( 0.5) |
| EXTRAPYRAMIDAL DISORDER | 1 ( 0.3) | 1 ( 0.3) | 0 | 1 ( 0.7) | 1 ( 0.5) | 0 |
| HYPERTONIA | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.5) | 0 |
| MUSCLE RIGIDITY | 1 ( 0.3) | 0 | 1 ( 0.7) | 0 | 0 | 0 |
| PSYCHOMOTOR HYPERACTIVITY | 1 ( 0.3) | 0 | 1 ( 0.7) | 0 | 0 | 0 |
| AKATHISIA | 0 | 2 ( 0.5) | 0 | 1 ( 0.7) | 0 | 1 ( 0.5) |
| DYSTONIA | 0 | 1 ( 0.3) | 0 | 1 ( 0.7) | 0 | 0 |
| FREEZING PHENOMENON | 0 | 1 ( 0.3) | 0 | 1 ( 0.7) | 0 | 0 |
| RESTLESSNESS | 0 | 2 ( 0.5) | 0 | 1 ( 0.7) | 0 | 1 ( 0.5) |
| TARDIVE DYSKINESIA | 0 | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.5) |

[a]  Patients with multiple events falling under the same preferred term are counted only once in that term.
PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group. n  Number of patients.
EPS Extrapyramidal symptoms. MedDRA Medical Dictionary of Regulatory Activities, version 7.0.
Note: Events reported during randomized treatment phase by decreasing frequency in the quetiapine treatment group.
/csre/dev/seroquel/d1447c00126/sp/output/tlf/t1103070201.rtf  aelog229.sas  07FEB2007:15:54  kwcn867
Table corresponds to Table 11.3.7.2- 1.

The proportion of patients with adverse events potentially related to EPS was similar in the quetiapine treatment group (17 patients, 5.1%) and the placebo group (17 patients, 4.6%). The number of patients with AEs potentially related to EPS ongoing at randomization or reported during the randomized treatment period was larger than the number emerging during randomized treatment in both treatment groups (quetiapine 33 patients, 9.8% and placebo 37 patients, 10.1%) (Table 11.3.7.7- 2).

Patient E0137004, a 47-year-old Caucasian woman, had a nonserious AE of "tardive dyskinesia" reported on Day 69 of randomized treatment with placebo and valproate.  Prior to randomization, the patient had completed 200 days of treatment with quetiapine (mean daily dose 681.5 mg/day) and valproate.  At enrollment, the patient had a history of diabetes mellitus Type II, hypercholesterolemia, arthritis, and emphysema.  After enrollment, the patient continued prior treatment with bupropion, lovastatin, insulin, celecoxib, fluticasone, salbutamol, and albuterol.  Additional comcomitant medications used prior to onset of the AE included furosemide, zolpidem, lorazepam, cephalexin, and azithromycin.  No treatment was

CONFIDENTIAL
AZSER12744639

Clinical Study Report
Study code: D1447C00126

given for the tardive dyskinesia.  The AE was considered by the investigator to be of moderate
intensity at onset and not causally related to the investigational product.  The AE was ongoing
and of mild intensity when the patient was discontinued on Day 142 of placebo treatment due
to a mood event.

During the open-label phase, 155 (10.8%) patients experienced an AE potentially related to
EPS.  "Tremor" was the most commonly reported AE potentially related to EPS (106 patients,
7.4%) (Table 11.3.7.2- 2).

### 8.4.5.3    Adverse events potentially associated with QT prolongation

There were no adverse events associated with QT prolongation at any time during this study.
Table 11.3.7.3- 1, Table 11.3.7.7- 3 and Table 11.3.7.3- 2 demonstrate the absence of these
AEs during randomized treatment and open-label treatment.

### 8.4.5.4    Adverse events potentially associated with diabetes mellitus

Patients with adverse events potentially associated with diabetes mellitus during randomized
treatment phase are summarized in Table 51.

### Table 51          Adverse events potentially associated with diabetes mellitus
(Randomized safety population)

| MEDDRA PREFERRED TERM [a] | Randomized treatment QTP+ LI/VAL (N=336) n (%) | PLA+ LI/VAL (N=367) n (%) | Assigned mood stabilizer QTP+ LI (N=143) n (%) | PLA+ LI (N=153) n (%) | QTP+ VAL (N=193) n (%) | PLA+ VAL (N=214) n (%) |
|---|---|---|---|---|---|---|
| ANY ADVERSE EVENT | 4 ( 1.2) | 2 ( 0.5) | 1 ( 0.7) | 1 ( 0.7) | 3 ( 1.6) | 1 ( 0.5) |
| BLOOD GLUCOSE INCREASED | 2 ( 0.6) | 0 | 1 ( 0.7) | 0 | 1 ( 0.5) | 0 |
| BLOOD INSULIN INCREASED | 1 ( 0.3) | 1 ( 0.3) | 0 | 1 ( 0.7) | 1 ( 0.5) | 0 |
| GLYCOSYLATED HAEMOGLOBIN INCREASED | 1 ( 0.3) | 1 ( 0.3) | 0 | 0 | 1 ( 0.5) | 1 ( 0.5) |
| HYPERINSULINAEMIA | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.5) | 0 |
| THIRST | 0 | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.5) |

[a]   Patients with multiple events falling under the same preferred term are counted only once in that term.
PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group. n  Number of patients.
MedDRA Medical Dictionary of Regulatory Activities, version 7.0.
Note: Events reported during randomized treatment phase by decreasing frequency in the quetiapine treatment group.

CONFIDENTIAL
AZSER12744640

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t1103070401.rtf aelog233.sas 19FEB2007:15:04 kcpx265
Table corresponds to Table 11.3.7.4- 1.

During randomized treatment, there were 4 patients (1.2%) with reports of AEs potentially associated with diabetes in the quetiapine treatment group, compared to 2 patients (0.5%) in the placebo group. The number of patients with AEs potentially associated with diabetes ongoing at randomization or reported during the randomized treatment period was larger than the number emerging during randomized treatment in both treatment groups (quetiapine 8 patients, 2.4% and placebo 4 patients, 1.1%) (Table 11.3.7.7- 4).

"Diabetes mellitus" was reported during openl-label treatment in 3 patients (E0101014, E0119015 and E0146006) and "diabetes mellitus non-insulin dependent" was reported during open-label treatment in 1 patient (E0404003). All AEs appeared during the open-label period and none them led to discontinuation. Of the 4 patients, 2 patients (E0101014 and E0146006) were discontinued during OL, and 2 patients (E0119015 and E0404003) were randomized (both to placebo), ie the AE continued into the RTP. Detailed information of individual patient cases pertaining to adverse events of particular interest is included in the Summary of Clinical Safety for this submission, along with discussion about the clinical relevance of the observed data. A brief summary of these patient cases follows:

Patient E0101014, a 32-year-old Caucasian woman, had a nonserious AE of "diabetes mellitus type 2" (MedDRA: diabetes mellitus) that was reported on Day 169 of open-label treatment with quetiapine (mean daily dose 382.5 mg/day) and valproate and led to discontinuation of study treatment on Day 183. At screening, the patient had a BMI of 33.9. There was no reported history of diabetes. HbA1c values were 5.9% at screening, 6.4% on Day 85, 6.6% on Day 163, and 6.2% at the last visit (9 days after the last dose of quetiapine). Fasting glucose concentrations were 93 mg/dL at screening, 131 mg/dL on Day 85, 114 mg/dL on Day 163, and 85 mg/dL at the last visit. Treatment with glipizide and quinapril hydrochloride was started on Day 169, the day the AE was reported. The AE was considered by the investigator to be of mild intensity and causally related to the investigational product. (The AE of diabetes mellitus is also discussed in the narrative provided in Section 11.3.10).

Patient E0119015, a 49-year-old Caucasian man, had a nonserious AE of "diabetes mellitus" reported on Day 24 of open-label treatment with quetiapine (mean daily dose 399.1 mg/day) and valproate; the AE did not lead to discontinuation. At screening, the patient had a BMI of 42.5. He had a history of obesity, dyslipidemia, and chronic obstructive pulmonary disease. There was no reported history of diabetes. At the time the AE of diabetes was reported, the patient had an ongoing AE of bilateral lower extremity cellulitis (treated with amoxicillin). After completing 113 days of open-label quetiapine treatment, he was randomized to treatment with placebo and valproate, which continued for 141 days and was stopped when the sponsor ended the study. HbA1c values were 6.1% at screening, 6.8% on Day 85 of open-label quetiapine treatment, 6.9% on Day 3 of placebo treatment, and 6.9% at the last visit (Day 141 of placebo treatment). Fasting glucose concentrations were 95 mg/dL at screening, 109 mg/dL on Day 85 of open-label quetiapine treatment, 121 mg/dL on Day 3 of placebo treatment, and 116 mg/dL at the last visit. The maximum glucose value (138 mg/dL) was

194

CONFIDENTIAL
AZSER12744641

Clinical Study Report
Study code: D1447C00126

recorded on Day 87 of placebo treatment.  Treatment with metformin was started on the day the AE was reported.  The AE was considered by the investigator to be of mild intensity and not causally related to the investigational product; it was ongoing at the last study visit.

Patient E0146006, a 42-year-old Caucasian man, had an SAE of "diabetes mellitus" that was reported on Day 43 of open-label treatment with quetiapine (mean daily dose 540 mg/day) and valproate and led to discontinuation of study treatment on Day 50.  At screening, the patient had a BMI of 32.1, elevated cholesterol, and hypertriglyceridemia.  There was no reported history of diabetes.  The patient had ongoing concomitant treatment with gabapentin.  HbA1c values were 6.7% at screening, 10.8% on Day 43 (day of SAE onset), and 11.5% on Day 50 (last day of quetiapine treatment).  Fasting glucose concentrations were 129 mg/dL at screening and 220 mg/dL on Day 50; there was no reported glucose measurement for Day 43.  Treatment with metformin was started 6 days after the onset of the SAE and continued for 5 days.  A series of followup assessments showed decreasing HbA1c and glucose values.  At the final visit, 84 days after the last dose of study treatment, the HbA1c value was 6.3% and the glucose concentration was 106 mg/dL, and the SAE was considered to be resolved.  The SAE of diabetes was considered by the investigator to be causally related to the investigational product.  The patient's discontinuation was also associated with a nonserious AE of increased hypertriglyceridemia that began 6 days after the diabetes onset and was considered by the investigator to be causally related to the investigational product.  (The AEs of diabetes mellitus and increased hypertriglyceridemia are also discussed in the narrative provided in Section 11.3.10

Patient E0404003, a 58-year-old Caucasian man, had a nonserious AE of "non-insulin dependent diabetes mellitus" on Day 120 of open-label treatment with quetiapine (mean daily dose 606.6 mg/day) and valproate.  At screening, the patient had a BMI of 38.4.  He had a history of essential hypertension, chronic ischemic heart disease, and chronic bronchitis.  There was no reported history of diabetes.  After completing 196 days of open-label quetiapine treatment, the patient was randomized to treatment with placebo and valproate, which continued for 155 days and was stopped when the sponsor ended the study.  HbA1c values were 6.9% at screening; 7.4% and 6.7 % on Days 85 and 169 of open-label quetiapine treatment, respectively; 6.7% on Day 1 of placebo treatment; and 6.3% at the last visit (1 day after completion of placebo treatment).  Fasting glucose concentrations were 107 mg/dL at screening; 145 mg/dL and 132 mg/dL on Days 85 and 169 of open-label quetiapine treatment, respectively; 123 mg/dL on Day 1 of placebo treatment; and 114 mg/dL at the last visit.  Treatment with gliclazide was started on the day the AE was reported and continued throughout the remainder of the study.  The AE was considered by the investigator to be of moderate intensity and not causally related to the investigational product; it was ongoing when the study was terminated.

Additional listings were generated containing only those patients who had AEs potentially related to diabetes and patients who received hypoglycemic medication.  These are provided in Appendix 11.3.12-1 and Appendix 11.3.12-2, respectively.

CONFIDENTIAL
AZSER12744642

### 8.4.5.5    Adverse events potentially associated with neutropenia and agranulocytosis

Patients with adverse events potentially associated with neutropenia and agranulocytosis during the randomized treatment phase are summarized in Table 52.

**Table 52          Adverse events potentially associated with neutropenia and agranulocytosis (Randomized safety population)**

| MEDDRA PREFERRED TERM [a] | Randomized treatment QTP+ LI/VAL (N=336) n (%) | PLA+ LI/VAL (N=367) n (%) | Assigned mood stabilizer QTP+ LI (N=143) n (%) | PLA+ LI (N=153) n (%) | QTP+ VAL (N=193) n (%) | PLA+ VAL (N=214) n (%) |
|---|---|---|---|---|---|---|
| ANY ADVERSE EVENT | 0 | 2 ( 0.5) | 0 | 0 | 0 | 2 ( 0.9) |
| NEUTROPENIA | 0 | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.5) |
| NEUTROPHIL COUNT DECREASED | 0 | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.5) |

[a]  Patients with multiple events falling under the same preferred term are counted only once in that term.
PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group. n  Number of patients.
MedDRA Medical Dictionary of Regulatory Activities, version 7.0.
Note: Events reported during randomized treatment phase by decreasing frequency in the quetiapine treatment group.
/csre/dev/seroquel/d1447c00126/sp/output/tlf/t1103070501.rtf  aelog235.sas  07FEB2007:15:55  kwcn867
Table corresponds to Table 11.3.7.5- 1.

None of the patients in the quetiapine group and 2 of the patients (0.5%) in the placebo group had AEs potentially associated with neutrophenia and and agranulocytosis during the randomized treatment period (patient E0129024; "neutropenia" and patient E0127001 "neutrophil count decreased") (Table 52).  However, "leukopenia" (which was not used as a AE term for selection of patients to Table 52) was reported in 2 patients during randomized treatment with quetiapine.

Patient E0129009, a 38-year-old Caucasian man, had nonserious AEs of "leukopenia" and "lymphocytopenia" (MedDRA: lymphopenia) reported on Day 372 of treatment with quetiapine and valproate (Day 204 of randomized treatment, mean daily dose 600 mg/day). At screening, the patient had a leukocyte count of $8.7 \times 10^9$/L, a lymphocyte count of $1.05 \times 10^9$/L, and a neutrophil count of $6.95 \times 10^9$/L.  During study treatment, leukocyte counts ranged from 3.8 to $8.5 \times 10^9$/L, lymphocyte counts ranged from 0.43 to $1.23 \times 10^9$/L, and neutrophil counts ranged from 2.64 to $6.84 \times 10^9$/L.  None of the values was of potential clinical significance except a lymphocyte count of 0.43 on Day 57 of open-label treatment.  At the time the AEs were reported, the leukocyte count was $3.8 \times 10^9$/L, the lymphocyte count was $0.66 \times 10^9$/L, and the neutrophil count was $2.64 \times 10^9$/L.  Platelet and erythrocyte counts remained within the normal range throughout the study.  Ibuprofen was the only concomitant medication other than valproate used prior to onset of the AEs.  The "leukopenia" and "lymphopenia" were considered by the investigator to be of mild and moderate intensity,

196

CONFIDENTIAL
AZSER12744643

Clinical Study Report
Study code: D1447C00126

respectively, and not causally related to the investigational product.  The AEs were ongoing when the patient was discontinued because the sponsor stopped the study.

Patient E0120013, a 35-year-old Caucasian woman, had a nonserious AE of "leukopenia" reported on Day 262 of treatment with quetiapine and valproate (Day 121 of randomized treatment, mean daily dose 400 mg/day).  The patient's neutrophil count (x $10^9$/L ) was 2.74 at screening, 1.97 on Day 31 of open-label treatment, 1.33 at randomization, 1.03 when the AE was reported on Day 262 of quetiapine treatment, and 1.37 at a followup assessment 31 days after the last dose of quetiapine treatment.  Concomitant medications other than valproate used prior to the AE included acetaminophen, ibuprofen, and sulfamethoxazole and trimethoprim.  The AE was considered by the investigator to be of mild intensity and causally related to the investigational product.  The patient was discontinued at the sponsor's discretion.  The AE was still present at study termination.

During the open-label phase 5 patients (0.3%) had AEs potentially associated with neutrophenia and and agranulocytosis; 3 patients (0.2%) with "neutrophil count decreased" (E0145002, E1104005 and E1104011) and 2 patients (0.1%) with "neutropenia" (E0203009 and E1502015) (Table 11.3.7.5- 2).  "Neutrophil count decreased" was reported in one patient at randomization (E0127001).

Patient E0145002, a 55-year-old Caucasian woman, had a nonserious AE of "decreased absolute neutrophils" (MedDRA: neutrophil count decreased) on Day 59 of open-label treatment with quetiapine (mean daily dose 496.6 mg/day) and valproate that was accompanied by a nonserious AE of "decreased absolute lymphocytes" (MedDRA: lymphocyte count decreased).  At screening, the patient's neutrophil count was 2.79 x $10^9$/L.  During open-label treatment, the neutrophil counts (x $10^9$/L) were 2.07 on Day 29, 1.50 on Day 59 when the AEs were reported, and 1.42 on Day 85.  After 119 days of open-label treatment, the patient was randomised to placebo treatment and continued in the study another 28 days until she was discontinued due to a mood event.  The patient's neutrophil count (x $10^9$/L) was 3.20 at randomisation and 3.72 at the last visit 15 days after the last dose of randomized treatment.  The lymphocyte count at screening was 0.87 x $10^9$/L.  During study treatment, the lymphocyte counts (x $10^9$/L) ranged from 0.79 (when the AEs were reported on Day 59 of open-label treatment) to 1.98.  The patient had a history of bilateral lower-leg edema, gastroesophageal reflux disease, diabetes Type I, diabetic neuropathy, hypothyroidism, and rheumatoid arthritis.  Concomitant medications included insulin, triameterene/hydrochlorothiazide, methotrexate, potassium, estradiol, lansoprazole, lorazepam, and thyroid hormones.  The AEs of neutrophil count decreased and lymphocyte count decreased were considered by the investigator to be of moderate intensity and not causally related to the investigational product.  The patient also had a nonserious AE of white blood cell decreased reported on Day 29 of open-label treatment (leukocyte count 3.9 x $10^9$/L, neutrophil count 2.07 x $10^9$/L).  There were no infection-related AEs reported.

Patient E0203009, a 34-year-old Caucasian woman, had a nonserious AE of "neutropenia" that was reported on Day 14 of open-label treatment with quetiapine (mean daily dose 345.1 mg/day) and valproate and led to discontinuation of study treatment on Day 40.  The

197

CONFIDENTIAL
AZSER12744644

Clinical Study Report
Study code: D1447C00126

patient's neutrophil count (x $10^9$/L ) was 3.29 and 1.41 on Days 5 and 34 of open-label treatment, respectively. No other neutrophil counts were available. There were no concomitant medications used prior to the event other than valproate. No infection-related AEs were reported. The AE was considered by the investigator to be of mild intensity and causally related to the investigational product. The AE was resolved at follow-up.

Patient E1104005, a 55-year-old Caucasian man, had a nonserious AE of "neutrophil count below 1.0 x $10^9$/L" (MedDRA: neutrophil count decreased) reported on Day 229 of open-label treatment with quetiapine (mean daily dose 495.4 mg/day) and valproate. The actual neutrophil count at onset of the AE was not reported. At screening, the patient's neutrophil count was 1.14 x $10^9$/L. During open-label treatment, neutrophil counts (x $10^9$/L) were 1.22 on Day 29, 1.30 on Day 57, 0.92 on Day 85, 1.33 on Day 111, 1.06 on Day 112, 1.25 on Day 173, and 1.01 at the final visit (1 day after Day 237 of open-label treatment and 10 days after the AE was reported). The patient was discontinued because he was unwilling to continue in the study. He had a history of arterial hypertension. The only reported concomitant medication other than valproate was levomepromazine. The AE of neutrophil count decreased was considered by the investigator to be of mild intensity and not causally related to the investigational product. The AE was ongoing when the patient left the study. There were no infection-related AEs (or other AEs) reported.

Patient E1104011, a 49-year-old Caucasian man, had a nonserious AE of "low level of neutrophils" (MedDRA: neutrophil count decreased) reported on Day 83 of open-label treatment with quetiapine (mean daily dose 395.9 mg/day) and valproate. After completing 221 days of open-label quetiapine treatment, he was randomized to treatment with placebo and valproate, which continued for 84 days and was stopped when the sponsor ended the study. The patient's neutrophil count (x $10^9$/L) was 3.57 at screening, 0.94 when the AE was reported on Day 83 of open-label quetiapine treatment, 3.03 at the next assessment on Day 108 of open-label treatment , 3.59 at randomization, and 4.74 at the last visit. Concomitant medications used prior to the event included mianserin hydrochloride, calcium glubionate, and paracetamol with codeine. The AE was considered by the investigator to be of moderate intensity and causally related to the investigational product; it was resolved at follow-up. On Day 85 of placebo treatment, the patient had a nonserious AE of "punctum opality in cortical layer of the right eye lens" (MedDRA: lenticular opacities) which was considered by the investigator to be of mild intensity and causally related to the investigational product. There was no reported history of eye disorder. This AE was still present at follow-up.

Patient E1502015, a 56-year-old Caucasian man, had a nonserious AE of "neutropenia" reported on Day 29 of open-label treatment with quetiapine (mean daily dose 400 mg/day) and valproate. The patient was randomized to quetiapine after 91 days of open-label treatment and was treated for another 29 days. The patient's neutrophil count (x $10^9$/L) was 1.80 at screening, 1.47 when the AE was reported on Day 29, 1.63 at randomization, 1.45 recorded 170 days after the last dose of quetiapine, and 1.73 at the last visit (282 days after the last dose of quetiapine). There were no concomitant medications used prior to the event other than valproate. The AE was considered by the investigator to be of mild intensity and causally

198

CONFIDENTIAL
AZSER12744645

related to the investigational product.  The AE was ongoing when treatment was discontinued because the patient was not willing to continue.

Patient E0127001, a 41-year-old Caucasian woman, had a nonserious AE of "low neutrophils" (MedDRA: neutrophil count decreased) reported at randomization following 170 days of open-label treatment with quetiapine (mean daily dose 738.8 mg/day) and valproate.  The patient was randomised to placebo treatment and continued in the study another 158 days until she was discontinued due to a mood event.  At screening, the patient's neutrophil count was 1.82 x $10^9$/L.  Subsequent neutrophil counts (x $10^9$/L) were 1.85 on Day 29, 2.25 on Day 57, and 2.38 on Day 83 of open-label treatment; 1.20 at randomisation (when the AE was reported); and 3.55 on Day 85 of randomised treatment.  The patient had a history of alcohol dependence in full remission, nicotine dependency in full remission (early), and allergy to trimethoprim-sulfamethoxazole.  Concomitant medications included nicotine resin, aripiprazole, lorazepam, zolpidem, ibuprofen, triamterene, and zaleplon.  The AE of neutrophil count decreased was considered by the investigator to be of mild intensity and not causally related to the investigational product.  It was preceded (1 month) by nonserious AEs of loss of appetite (MedDRA: anorexia), decreased energy (MedDRA: asthenia), cold sweats (MedDRA: cold sweat), hot flushes (MedDRA: hot flush), and dizziness and followed (1 day) by a nonserious AE of viral infection.

Patient E0129024, a 32-year-old Caucasian man, had a nonserious AE of "neutropenia" reported on Day 267 of treatment with quetiapine (mean daily dose 530.6 mg/day) and valproate (Day 1 of randomized treatment).  The patient was randomized to placebo, and the AE occurred on the first day of down titration of quetiapine.  The patient's neutrophil count (x $10^9$/L) was 3.28 at screening, 1.78 when the AE was reported on Day 1 of randomized treatment, and 3.24 at the final visit (after a total of 288 days of study treatment).  There were no concomitant medications used prior to the event other than valproate.  The AE was considered by the investigator to be of mild intensity and not causally related to the investigational product.  The patient was discontinued due to a mood event.  The AE was resolved at follow-up.

### 8.4.5.6   Adverse events potentially associated with somnolence

Patients with adverse events potentially associated with somnolence during the randomized treatment phase are summarized in Table 53.

**Table 53**       **Adverse events potentially associated with somnolence (Randomized safety population)**

| | Randomized treatment QTP+ LI/VAL (N=336) | PLA+ LI/VAL (N=367) | Assigned mood stabilizer QTP+ LI (N=143) | PLA+ LI (N=153) | QTP+ VAL (N=193) | PLA+ VAL (N=214) |
|---|---|---|---|---|---|---|
| MEDDRA PREFERRED TERM [a] | n (%) | n (%) | n (%) | n (%) | n (%) | n (%) |
| ANY ADVERSE EVENT | 24 ( 7.1) | 14 ( 3.8) | 10 ( 7.0) | 6 ( 3.9) | 14 ( 7.3) | 8 ( 3.7) |

199

CONFIDENTIAL
AZSER12744646

Clinical Study Report
Study code: D1447C00126

Table 53          Adverse events potentially associated with somnolence (Randomized
                  safety population)

| MEDDRA PREFERRED TERM [a] | Randomized treatment QTP+ LI/VAL (N=336) n (%) | PLA+ LI/VAL (N=367) n (%) | Assigned mood stabilizer QTP+ LI (N=143) n (%) | PLA+ LI (N=153) n (%) | QTP+ VAL (N=193) n (%) | PLA+ VAL (N=214) n (%) |
|---|---|---|---|---|---|---|
| SOMNOLENCE | 19 ( 5.7) | 8 ( 2.2) | 8 ( 5.6) | 4 ( 2.6) | 11 ( 5.7) | 4 ( 1.9) |
| SEDATION | 4 ( 1.2) | 5 ( 1.4) | 2 ( 1.4) | 2 ( 1.3) | 2 ( 1.0) | 3 ( 1.4) |
| SLUGGISHNESS | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.5) | 0 |
| LETHARGY | 0 | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.5) |

[a]  Patients with multiple events falling under the same preferred term are counted only once in that term.
PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group. n  Number of patients.
MedDRA Medical Dictionary of Regulatory Activities, version 7.0.
Note: Events reported during randomized treatment phase by decreasing frequency in the quetiapine treatment group.
/csre/dev/seroquel/d1447c00126/sp/output/tlf/t1103070601.rtf  aelog237.sas  07FEB2007:15:55  kwcn867
 Data from Table 11.3.7.6- 1

Adverse events potentially associated with somnolence emerged in 24 patients (7.1%) in the
quetiapine group during randomized treatment compared to 14 patients, (3.8%) in the placebo
group.  "Somnolence" was most frequently reported in both treatment group (quetiapine 19
patients, 5.7% and placebo 8 patients, 2.2%) (Table 53).  The number of patients with AEs
potentially associated with somnolence ongoing at randomization or reported during the
randomized treatment period was larger than the number emerging during randomized
treatment in both treatment groups (quetiapine 54 patients, 16.1%  and placebo 51
patients,13.9%)). "Somnolence" (quetiapine 30 patients, 8.9% and placebo 24 patients, 6.5%)
and "sedation" were most common (quetiapine 22 patients, 6.5% and placebo 25 patients,
6.8%) (Table 11.3.7.7- 6).

Adverse events potentially associated with somnolence were more common during the open-
label treatment phase than in the randomized treatment phase (455 patients, 31.8%);
"sedation" (232 patients, 16.2%) and "somnolence" (217 patients, 15.1%) were most common
(Table 11.3.7.6- 2).

### 8.4.6     Discussion of deaths, serious adverse events, discontinuation due to adverse events, and other significant adverse events

There were altogether 7 deaths in the study.  3 deaths occurred in relation to the open-label
phase; 1 pneumonia and 2 suicides.  One of the suicides was committed 90 days after the last
dose. There were 4 deaths in relation to the randomized phase; 1 suicide (25 days after the last
dose) in the quetiapine group and 1 suicide, 1 cardiac failure and 1 death of unknown cause
(23 days after the last dose) in the placebo group.

CONFIDENTIAL
AZSER12744647