Clinical Study Report
Study code: D1447C00126

## Table 11.3.9.8-2  AIMS total score, change from randomization, by visit (OC, randomized safety population)

| WINDOWED VISIT | | Randomized treatment | | Assigned mood stabilizer | | | |
|---|---|---|---|---|---|---|---|
| | | QTP+ LI/VAL N=336 | PLA+ LI/VAL N=367 | QTP+ LI N=143 | PLA+ LI N=153 | QTP+ VAL N=193 | PLA+ VAL N=214 |
| | Median | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Min to Max | -1.00 to 0.00 | -1.00 to 0.00 | 0.00 to 0.00 | 0.00 to 0.00 | -1.00 to 0.00 | -1.00 to 0.00 |
| Week 104 | N[a] | 1 | 1 | 1 | 1 | | |
| | Randomization Mean(SD) | 0.00 | 0.00 | 0.00 | 0.00 | | |
| | At visit Mean(SD) | 0.00 | 0.00 | 0.00 | 0.00 | | |
| | Change Mean(SD) | 0.00 | 0.00 | 0.00 | 0.00 | | |
| | Median | 0.00 | 0.00 | 0.00 | 0.00 | | |
| | Min to Max | 0.00 to 0.00 | 0.00 to 0.00 | 0.00 to 0.00 | 0.00 to 0.00 | | |

[a] Number of patients with an assessment at randomization and at the specified visit.
AIMS Abnormal Involuntary Movement Scale. OC Observed cases. PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate.
N Number of patients in treatment group.
/sce/dev/seroquel/d1447c00126/sp/output/tlf/t11103090802.rtf aims200.sas 10JAN2007:16:38 kksr035

## Table 11.3.9.8-3  AIMS total score, categorical change from randomization to end of treatment (randomized safety population)

| | Randomized treatment | | Assigned mood stabilizer | | | |
|---|---|---|---|---|---|---|
| | QTP+ LI/VAL N=336 n (%) | PLA+ LI/VAL N=367 n (%) | QTP+ LI N=143 n (%) | PLA+ LI N=153 n (%) | QTP+ VAL N=193 n (%) | PLA+ VAL N=214 n (%) |
| IMPROVED | 25 ( 8.0) | 27 ( 8.1) | 8 ( 6.0) | 10 ( 7.3) | 17 ( 9.4) | 17 ( 8.6) |
| NO CHANGE | 276 (87.9) | 282 (84.2) | 121 (91.0) | 118 (86.1) | 155 (85.6) | 164 (82.8) |
| WORSENED | 13 ( 4.1) | 26 ( 7.8) | 4 ( 3.0) | 9 ( 6.6) | 9 ( 5.0) | 17 ( 8.6) |

CONFIDENTIAL
AZSER12746248

Clinical Study Report
Study code: D1447C00126

**Table 11.3.9.8- 3  AIMS total score, categorical change from randomization to end of treatment (randomized safety population)**

| | Randomized treatment | | Assigned mood stabilizer | | | |
|---|---|---|---|---|---|---|
| | QTP+ LI/VAL N = 336 n (%) | PLA+ LI/VAL N = 367 n (%) | QTP+ LI N = 143 n (%) | PLA+ LI N = 153 n (%) | QTP+ VAL N = 193 n (%) | PLA+ VAL N = 214 n (%) |
| TOTAL | 314 (100.0) | 335 (100.0) | 133 (100.0) | 137 (100.0) | 181 (100.0) | 198 (100.0) |

Note: Table includes patients with an assessment at randomization and at least one after randomization.
AIMS Abnormal Involuntary Movement Scale. PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate.
N Number of patients in treatment group. n Number of patients.
/csr/e/dev/scroquel/d1447c00126/sp/output/tlf/t11030908803.rtf  aims201.sas  10JAN2007:14:34  kwen86

1802

CONFIDENTIAL
AZSER12746249

Narrative event
Death, SAE

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E020 2001

Study phase-treatment during which event occurred
Off Treatment - NA

**Narrative event:**

Death:        DEATH

SAE:          DEATH

DAE:          No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 55 | Male | Caucasian | 259 | 2004-06-18 | 2005-03-03 | NA | 2005-04-20 | Development of Study-Specific Discontinuation Criteria (mood event) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| 42 | 2005-03-04 | 2005-04-14 |

**Medical History:**

Current:

Past:

**Death information:**

Date of death:    2005 D T R

Cause of death:   unknown

Post-mortem:      Yes

1803

1

CONFIDENTIAL
AZSER12746250

**Subject identifier**
D1447C00126/E0202001

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
Death, SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2004-06-17 (-1) | 2005-03-25 (281) | DRY MOUTH(Dry mouth) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 600 | 2004-07-08 (21) | 2004-08-17 (61) | NAUSEA(Nausea) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 600 | 2004-07-18 (31) | 2005-03-18 (274) | TREMOR(Tremor both hands) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 800 | 2004-09-16 (91) | 2004-09-16 (91) | ORTHOSTATIC HYPOTENSION(Postural hypotension) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 800 | 2004-09-23 (98) | 2004-09-23 (98) | ORTHOSTATIC HYPOTENSION(Postural hypotension) | 9.1 | Resolved | Yes | No | No | Mild |
| RD | PLACEBO 800 | 2005-03-04 (1) | NA | RASH(Rash lower back) | 9.1 | Continuing | No | No | No | Mild |
| RD | PLACEBO 800 | 2005-03-04 (1) | NA | ELECTROCARDIOGRAM ABNORMAL(Abnormal ECG) | 9.1 | Continuing | No | No | No | Mild |
| OffTrt | | 2005 ▣ R (65) | NA | DEATH(Death unknown) | 9.1 | Died | No | No | Yes / {DE} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

1804

CONFIDENTIAL
AZSER12746251

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0202001 | Off Treatment - NA | Death, SAE |

**Descriptive text:**

{DEATH CAUSE UNKNOWN}  A report has been received from a study investigator concerning a 56 year-old male patient enrolled in a multi-centre, randomized, parallel-group, double-blind, phase III comparison of the efficacy and safety of Seroquel (quetiapine fumarate) to placebo when used as adjunct to mood stabilizers (lithium or valproate) in the maintenance treatment of Bipolar I disorder in adult patients.  The study is divided in 2 treatment phases, the open label treatment phase (stabilization phase) and the randomized treatment phase (maintenance phase).  The patient was receiving Lithium therapy as a mood stabilizer.  It was also reported in a local newspaper that this patient had been murdered.  The patient had a history of dry mouth, nausea, tremor, postural hypotension, rash on lower back and abnormal ECG.  The abnormal ECG occurred at randomisation phase of the study.  A cardiologist was unable to say whether the AV conduction delay was due to a drug, disease, or spontaneous event.  On 12 June 2004 the patient commenced open label treatment phase with Seroquel at a daily dosage of 50 mg increasing to 800 mg on 10 September 2004.  On an unknown date the patient commenced the blinded randomized treatment phase.  On 20 April 2005 the patient completed the study.  The patient commenced treatment with olanzapine for his bipolar disorder on the same day.  Treatment with Lithium continued.  All lab values were within normal ranges.  On ▮Jun 20 2005 the patient was found dead, the cause of death was unknown, an autopsy has been requested.  At the time of reporting to AstraZeneca the official cause of death was unknown. It was reported that the study site co-ordinator suspects heart attack but this has not yet been confirmed.  The study investigator considered the event to be unrelated to lithium, open-label Seroquel or blinded study therapy.   Summary of follow-up received on 20 June 2005: -Stop date of study therapy added -Stop date removed for Lithium -All lab values within normal range -Detail of abnormal ECG added.  Summary of follow up information received by AstraZeneca on 04 October 2005: -Added additional report source (newspaper report) -Reporter causality of No with blinded study therapy added. -Initial CIOMS I produced as this case has not previously been reported (omitted in error)  Summary of follow up information received by AstraZeneca on 10,12 and 13 October 2005: -Study Investigator removed the provided causality assessment for blinded study therapy -Company Causality for Blinded study therapy added as NO  Summary of follow up information received by AstraZeneca on 01 November 2005 - Reporter's causality for lithium received. - Company causality amended.

3

1805

CONFIDENTIAL
AZSER12746252

**Narrative event**
Death, SAE

**Subject identifier**
D1447C001126/E020/2001

**Study phase-treatment during which event occurred**
Off Treatment - NA

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|-------|--------------|-------------------------------|--------------------------------|---------|-------|----------------|-------------------|-----|-----|-------------|
| Enrollment | Enrollment | 2004-06-11 (-7) | PreTrt | | 5.2 (%) | 3.40 (mmol/L)H | 6.45 (mmol/L)H | 1.09 (mmol/L) | | 173 (g/L) |
| Visit prior to Event | V23 | 2005-04-20 (307) | NA | 6.3 (mmol/L) | 4.9 (%) | 2.12 (mmol/L) | 5.28 (mmol/L)H | 1.17 (mmol/L) | | 162 (g/L) |
| Final Study Visit | V23 | 2005-04-20 (307) | NA | 6.3 (mmol/L) | 4.9 (%) | 2.12 (mmol/L) | 5.28 (mmol/L)H | 1.17 (mmol/L) | | 162 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|-------|--------------|-------------------------------|--------------------------------|----------------|-----------------|-------------|-----|-----|------------|-----|-----|
| Enrollment | Enrollment | 2004-06-11 (-7) | PreTrt | 233 (10**9/L) | 5.0 (10**9/L) | 3.38 (10**9/L) | 21 (IU/L) | 18 (IU/L) | 106 (umol/L) | 1.80 (mIU/L) | 20.8 (pmol/L) |
| Visit prior to Event | V23 | 2005-04-20 (307) | NA | 256 (10**9/L) | 5.6 (10**9/L) | 4.00 (10**9/L) | 23 (IU/L) | 15 (IU/L) | 115 (umol/L) | 2.96 (mIU/L) | 14.8 (pmol/L) |
| Final Study Visit | V23 | 2005-04-20 (307) | NA | 256 (10**9/L) | 5.6 (10**9/L) | 4.00 (10**9/L) | 23 (IU/L) | 15 (IU/L) | 115 (umol/L) | 2.96 (mIU/L) | 14.8 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * = unscheduled visit

1806

4

CONFIDENTIAL
AZSER12746253

**Subject identifier**
D1447C00126/E0202001

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
Death, SAE

**Weight:  Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

1807

CONFIDENTIAL
AZSER12746254

| Subject identifier<br>D1447C00126/E0202001 | Study phase-treatment during which event occurred<br>Off Treatment - NA | | | | Narrative event<br>Death, SAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started<br>(day started) | Date stopped<br>(day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-08-16 (60) | 2005-05-14 (72)# | Yes | LITHIUM | 1000 mg | Bipolar disorder |
| 2005-04-20 (48) | 2005-05-14 (72)# | Yes | OLANZAPINE | 10 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

1808

CONFIDENTIAL
AZSER12746255

Narrative event
Death, SAE

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0303010

Study phase-treatment during which event occurred
Randomized - PLACEBO 400

**Narrative event:**

| | |
|---|---|
| Death: | COMPLETED SUICIDE |
| SAE: | COMPLETED SUICIDE |
| DAE: | No |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 38 | Male | Caucasian | 168 | 2005-01-12 | 2005-06-28 | PLACEBO 400 | 2005▮▮ | Development of Study-Specific Discontinuation Criteria (mood event (depressed)) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| 22 | 2005-06-29 | 2005▮▮▮ |

**Medical History:**

| | |
|---|---|
| Current: | dry mouth, sedation, erectile dysfunction |
| Past: | alcohol abuse |

**Death information:**

| | |
|---|---|
| Date of death: | 2005-▮▮ |
| Cause of death: | suicide (drowning) |
| Post-mortem: | .U |

1

1809

CONFIDENTIAL
AZSER12746256

**Subject identifier**
D1447C00126/E0303010

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 400

**Narrative event**
Death, SAE

Adverse event information:

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-01-07 (-5) | NA | SEDATION(Sedation) | 9.1 | Continuing | Yes | No | No | Moderate |
| PreTrt | | 2005-01-07 (-5) | NA | ERECTILE DYSFUNCTION(Erectile dysfunction) | 9.1 | Continuing | Yes | No | No | Severe |
| OL | QUETIAPINE 500 | 2005-01-12 (1) | NA | DYSLIPIDAEMIA(Dyslipedemia) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-03-09 (57) | NA | MEMORY IMPAIRMENT(Forget fulness) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-03-09 (57) | NA | DRY MOUTH(Dry mouth) | 9.1 | Continuing | Yes | No | No | Moderate |
| RD | PLACEBO 400 | 2005-  (22) | NA | COMPLETED SUICIDE(Death) | 9.1 | Died | Yes | No | Yes / {DE HO} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

1810

CONFIDENTIAL
AZSER12746257

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0303010 | Randomized - PLACEBO 400 | Death, SAE |

**Descriptive text:**

{SUICIDE (DROWNING)} A report was received from an investigator concerning a 38 year old male patient enrolled in study D1447C00126. A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included valproate sodium for bipolar, zuclopenthixol for psychosis and olanzapine for psychosis. The patient had a history of alcohol abuse, sedation, erectile dysfunction, depression and dry mouth. The patient had no family history of suicide or mental disorders. It was reported that prior to being admitted to hopsital, the patient had driven his car against an obstacle. The patient began study drug (randomisation phase) on 29-JUN-2005. The following two visits were planned on 06-Jul-2005 and ▬▬▬2005. This last visit was postponed from 13-Jul-2005 till ▬▬▬2005 due to the holiday period. On 06-Jul-2005 the patient refused to come to see the investigator because of his work and other reasons  but contacted the investigator by phone to tell him everything was ok.  The investigator stressed the patient to come for his next  appointment. The patient came on ▬▬▬2005 and was withdrawn from the study because of his relapse of severe depression and and was hospitalised on ▬▬▬2005 for the depression.  On the same day it was reported that the patient had taken zuclopenthixol, 100mg, and olanzapine, 10mg for psychosis. He fled the hospital and committed suicide (drowning) on ▬▬▬2005. He was found dead on ▬▬▬2005.  The therapeutic drug monitoring level for Valproic acid  on 01-Jun-2005 was reported as 26mg/L. The reporter has suggested  that this low value may be attributed to  possible noncompliance by the patient.  The investigator considered the event(s) causally related to th e study therapy.  Summary of follow up information received AstraZeneca 29-Jul-2005: Concomitant medications taken on date of death added.  Summary of follow up information received AstraZeneca 17-Aug-2005: Lab values, additional information about last visits of the study before suicide added and narrative updated.  Summary of follow up information received AstraZeneca 23-Aug-2005: Medical history updated

1811

3

CONFIDENTIAL
AZSER12746258

**Narrative event**
Death, SAE

**Subject identifier**
D1447C00126/E0303010

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 400

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-01-07 (-5) | PreTrt | | 5.6 (%) | 1.33 (mmol/L) | 8.11 (mmol/L)H | 0.91 (mmol/L)L | | 149 (g/L) |
| Visit prior to Event | Randomiza tion (V1) | 2005-06-29 (1) | PLACEBO 400 | 5.0 (mmol/L) | 5.6 (%) | 2.07 (mmol/L) | 6.92 (mmol/L)H | 1.01 (mmol/L)L | | 159 (g/L) |
| Final Study Visit | V23 | 2005-07-20 (22) | PLACEBO 400 | | 5.8 (%) | 1.22 (mmol/L) | 6.63 (mmol/L)H | 1.11 (mmol/L) | | 163 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-01-07 (-5) | PreTrt | 173 (10**9/L) | 7.7 (10**9/L) | 4.00 (10**9/L) | 50 (IU/L)H | 22 (IU/L) | 80 (umol/L) | 1.40 (mIU/L) | 13.7 (pmol/L) |
| Visit prior to Event | Randomiza tion (V1) | 2005-06-29 (1) | PLACEBO 400 | | 9.0 (10**9/L) | 5.63 (10**9/L) | 32 (IU/L) | 21 (IU/L) | 80 (umol/L) | | |
| Final Study Visit | V23 | 2005-07-20 (22) | PLACEBO 400 | 181 (10**9/L) | 13.9 (10**9/L)H | 10.69 (10**9/L)H | 31 (IU/L) | 20 (IU/L) | 62 (umol/L) | 0.88 (mIU/L) | 23.9 (pmol/L) H |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range. H=above normal range. NR=not recorded     * = unscheduled visit

1812

4

CONFIDENTIAL
AZSER12746259

**Narrative event**
Death, SAE

**Subject identifier**
D1447C00126/E0303010

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 400

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

1813

CONFIDENTIAL
AZSER12746260

**Subject identifier**
D1447C00126/E0303010

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 400

**Narrative event**
Death, SAE

## Medication information: Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-05-05 (114) | 2005-08-19 (52)# | Yes | ERGENYL CHRONO | 300 mg | Bipolar |
| 2005-07-20 (22) | 2005-07-20 (22) | No | ZUCLOPENTHIXOL | 100 mg | Psychosis |
| 2005-07-20 (22) | 2005-08-19 (52)# | Yes | OLANZAPINE | 10 mg | Psychosis |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

1814

CONFIDENTIAL
AZSER12746261

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0805016

Study phase-treatment during which event occurred
Off Treatment - NA

Narrative event
Death, SAE, DAE

**Narrative event:**

| | |
|---|---|
| Death: | COMPLETED SUICIDE |
| SAE: | COMPLETED SUICIDE |
| DAE: | COMPLETED SUICIDE |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 33 | Female | Caucasian | 100 | 2005-11-03 | 2006-02-10 | NA | 2006- ⬛ ⬛ | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

Current:

Past:

**Death information:**

| | |
|---|---|
| Date of death: | 2006- ⬛ ⬛ |
| Cause of death: | suicide |
| Post-mortem: | Yes |

1815

1

CONFIDENTIAL
AZSER12746262

**Subject identifier**
D1447C00126/E0805016

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 600 | 2005-11-06 (4) | 2005-11-12 (10) | DRY MOUTH(Dry mouth) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 600 | 2005-11-19 (17) | 2005-12-25 (53) | NAUSEA(Nausea) | 9.1 | Resolved | No | No | No | Severe |
| OL | QUETIAPINE 800 | 2006-01-02 (61) | 2006-02-09 (99) | NAUSEA(Nausea) | 9.1 | Resolved | No | No | No | Severe |
| OffTrt | | 2006-■■■■ (101) | NA | COMPLETED SUICIDE(Suicide) | 9.1 | Died | No | Yes | Yes / {DE} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

1816

2

CONFIDENTIAL
AZSER12746263

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0805016 | Off Treatment - NA | Death, SAE, DAE |

**Descriptive text:**

{INTENTIONAL OVERDOSE, SUICIDE} A report has been received from an investigator concerning a 34 years old female patient enrolled in study D1447C00126, a phase III comparison of the efficacy and safety of quetiapine fumarate (400 to 800 mg daily) to placebo when used as adjunct to mood stabilizers (lithium or valproate) in the maintenance treatment of bipolar I disorder in adult patients. Concomitant drugs included lithium carbonate for bipolar disorder, clonazepam for bipolar disorder, cinolazepam for insomnia and fluoxetine hydrochloride for bipolar disorder. The patient had a history of tonsillectomy. The patient started study drug on 03-Nov-2005 (stabilization phase of study). Three months later, on ▮ ▮ ▮ 2006, the patient took open-label study drug (13.6 grams) in order to commit suicide. No other medications, alcohol or additive drugs were involved. The patient was found dead on ▮ ▮ ▮ 2006. No resuscitation was performed. There were no symptoms leading to suicide according to the investigator, although the patient had a history of previous suicide attempts. The investigator considered the act of committing suicide to be unrelated to the study drug. A company physician considered the fatal outcome as possibly related to study drug. Summary of follow-up information received by AstraZeneca on 07-Mar-2006: Dose of study drug at suicide provided. No other medications or alcohol were involved in the suicide. Information that the patient previous history of suicide attempts added.

1817

3

CONFIDENTIAL
AZSER12746264

**Narrative event**
Death, SAE, DAE

**Subject identifier**
D1447C00126/E08/5016

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-10-27 (-6) | PreTrt | 5.8 (mmol/L) | 5.6 (%) | 3.14 (mmol/L) | 6.24 (mmol/L)H | 1.14 (mmol/L) | | 145 (g/L) |
| Visit prior to Event | S6 | 2006-01-26 (85) | QUETIAPINE 800 | 5.4 (mmol/L) | 5.5 (%) | | | | | 148 (g/L) |
| Final Study Visit | S6 | 2006-01-26 (85) | QUETIAPINE 800 | 5.4 (mmol/L) | 5.5 (%) | | | | | 148 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-10-27 (-6) | PreTrt | 296 (10**9/L) | 10.1 (10**9/L) | 6.43 (10**9/L) | 41 (IU/L)H | 24 (IU/L) | 71 (umol/L) | 1.82 (mIU/L) | 11.5 (pmol/L) |
| Visit prior to Event | S6 | 2006-01-26 (85) | QUETIAPINE 800 | 273 (10**9/L) | 8.7 (10**9/L) | 5.56 (10**9/L) | | | | | |
| Final Study Visit | S6 | 2006-01-26 (85) | QUETIAPINE 800 | 273 (10**9/L) | 8.7 (10**9/L) | 5.56 (10**9/L) | | | | | |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * = unscheduled visit

1818

4

CONFIDENTIAL
AZSER12746265

**Narrative event**
Death, SAE, DAE

**Subject identifier**
D1447C00126/E085016

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

1819

CONFIDENTIAL
AZSER12746266

# START OF E NARRATIVE

**Subject identifier**
D1447C00126/E0805026

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

## Narrative event:

| | |
|---|---|
| Death: | PNEUMONIA |
| SAE: | PNEUMONIA |
| DAE: | PNEUMONIA |

## Baseline information and summary of treatment:

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 64 | Male | Caucasian | 8 | 2006-03-07 | 2006-03-14 | QUETIAPINE 800 | 2006-▇▇▇ | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

## Medical History:

Current:

Past:

## Death information:

| | |
|---|---|
| Date of death: | 2006-▇▇▇ |
| Cause of death: | pneumonia, respiratory failure |
| Post-mortem: | Yes |

1820

1

CONFIDENTIAL
AZSER12746267

**Subject identifier**
D1447C00126/E0805026

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

**Narrative event**
Death, SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2006-02-27 (-8) | 2006-02-28 (-7) | BLOOD PRESSURE DECREASED(Drop in blood-pressure) | 9.1 | Resolved | Yes | No | No | Moderate |
| PreTrt | | 2006-03-01 (-6) | 2006-03-14 (8) | BLOOD PRESSURE INCREASED(Rise in blood-pressure) | 9.1 | Resolved | No | No | No | Moderate |
| PreTrt | | 2006-03-04 (-3) | 2006-03-15 (9) | NON-CARDIAC CHEST PAIN(Pain in chest because pneumonia) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 800 | 2006-██R██ (1) | NA | PNEUMONIA(Pneumonia) | 9.1 | Died | No | Yes | Yes / {DE} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

1821

CONFIDENTIAL
AZSER12746268

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0805026 | Open Label - QUETIAPINE 800 | Death, SAE, DAE |

**Descriptive text:**

{PNEUMONIA} A report was received from an investigator concerning a 65 year old male patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included quetiapine fumarate for bipolar I disorder, lithium carbonate for bipolar disorder, diazepam for mania, metoprolol tartrate for rise in blood pressure and haloperidol for mania. The patient had a history of operation due to gastric ulcer. The patient started open-label treatment on 07-MAR-2006 and one day later he developed pneumonia. He was treated with bromhexin hydrochloride, aminophylline and ciprofloxacin. On ▨▨▨2006, nine days after onset of the event, the patient was hospitalized due to high temperature, hampered respiration and pain in chest. He died on ▨▨▨2006, despite attempt to resuscitation. The cause of death was pneumonia and respiratory failure. The investigator considered the event to be unrelated to the study therapy.

1822

3

CONFIDENTIAL
AZSER12746269

**Subject identifier**
D1447C00126/E0805026

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

**Narrative event**
Death, SAE, DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-02-28 (-6) | PreTrt | 7.1 (mmol/L)H | 6.2 (%)H | 0.86 (mmol/L) | 3.68 (mmol/L) | 1.61 (mmol/L) | | 137 (g/L) |
| Visit prior to Event | Enrollment | 2006-02-28 (-6) | PreTrt | 7.1 (mmol/L)H | 6.2 (%)H | 0.86 (mmol/L) | 3.68 (mmol/L) | 1.61 (mmol/L) | | 137 (g/L) |
| Final Study Visit | Enrollment | 2006-02-28 (-6) | PreTrt | 7.1 (mmol/L)H | 6.2 (%)H | 0.86 (mmol/L) | 3.68 (mmol/L) | 1.61 (mmol/L) | | 137 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-02-28 (-6) | PreTrt | 305 (10**9/L) | 10.2 (10**9/L) | 7.49 (10**9/L) | 26 (IU/L) | 20 (IU/L) | 71 (umol/L) | 0.41 (mIU/L) | 18.2 (pmol/L) |
| Visit prior to Event | Enrollment | 2006-02-28 (-6) | PreTrt | 305 (10**9/L) | 10.2 (10**9/L) | 7.49 (10**9/L) | 26 (IU/L) | 20 (IU/L) | 71 (umol/L) | 0.41 (mIU/L) | 18.2 (pmol/L) |
| Final Study Visit | Enrollment | 2006-02-28 (-6) | PreTrt | 305 (10**9/L) | 10.2 (10**9/L) | 7.49 (10**9/L) | 26 (IU/L) | 20 (IU/L) | 71 (umol/L) | 0.41 (mIU/L) | 18.2 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

4

1823

CONFIDENTIAL
AZSER12746270

**Subject identifier**
D1447C00126/E0805026

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

**Narrative event**
Death, SAE, DAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

1824

CONFIDENTIAL
AZSER12746271

**Narrative event**
Death, SAE, DAE

**Subject identifier**
D1447C00126/E0805026

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

## Medication information: Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2006-02-22 (-13) | 2006-03-09 (3) | No | LITHIUM | 750 mg | Bipolar disorder |
| 2006-03-06 (-1) | 2006-03-14 (8) | No | HALOPERIDOL | 5 mg | Mania |
| 2006-03-06 (-1) | 2006-03-15 (9) | No | METOPROLOL | 25 mg | Rise in blood-pressure |
| 2006-03-07 (1) | 2006-03-10 (4) | No | DIAZEPAM | 20 mg | Mania |
| 2006-03-08 (2) | 2006-03-14 (8) | No | AMINOPHYLLINE | 450 mg | Pneumonia |
| 2006-03-08 (2) | 2006-03-14 (8) | No | BROMHEXINE | 48 mg | Pneumonia |
| 2006-03-08 (2) | 2006-03-14 (8) | No | CIPROFLOXACIN | 1000 mg | Pneumonia |
| 2006-03-10 (4) | 2006-03-10 (4) | No | LITHIUM | 1250 mg | Bipolar disorder |
| 2006-03-11 (5) | 2006-03-14 (8) | No | DIAZEPAM | 10 mg | Mania |
| 2006-03-11 (5) | 2006-03-14 (8) | No | LITHIUM | 1000 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

1825

6

CONFIDENTIAL
AZSER12746272

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E1006002

Study phase-treatment during which event occurred
Off Treatment - NA

Narrative event
Death, SAE

**Narrative event:**

| | |
|---|---|
| Death: | CARDIAC FAILURE |
| SAE: | CARDIAC FAILURE |
| DAE: | No |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 50 | Female | Caucasian | 82 | 2005-01-14 | 2005-04-05 | NA | 2005-09-19 | Development of Study-Specific Discontinuation Criteria (mood event) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| 167 | 2005-04-06 | 2005-09-19 |

**Medical History:**

Current:

Past:

**Death information:**

| | |
|---|---|
| Date of death: | 2005 m R |
| Cause of death: | heart failure |
| Post-mortem: | Yes |

1826

1

CONFIDENTIAL
AZSER12746273

**Subject identifier**
D1447C00126/E1006002

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
Death, SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| RD | PLACEBO 600 | 2005-05-17 (42) | 2005-06-02 (58) | DIARRHOEA(Diarrhea) | 9.1 | Resolved | No | No | No | Mild |
| RD | PLACEBO 600 | 2005-05-17 (42) | 2005-06-02 (58) | NAUSEA(Nausea) | 9.1 | Resolved | No | No | No | Mild |
| OffTrt | | 2005-■■■R■ (174) | NA | CARDIAC FAILURE(Heart failure) | 9.1 | Died | No | No | Yes / {DE} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

1827

CONFIDENTIAL
AZSER12746274

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E1006002 | Off Treatment - NA | Death, SAE |

**Descriptive text:**

{HEART FAILURE} A report was received from an investigator concerning a 51 year old female patient enrolled in study D1447C00126, a multicenter, randomized, parallel-group, double-blind, phase III comparison of the efficacy and safety of quetiapine fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to placebo when used as adjunct to mood stabilizers (lithium or valproate) in the maintenance treatment of bipolar i disorder in adult patients.

Concomitant drugs included lithium citrate for bipolar disorder, estradiol valerate for climacterial symptoms, bisoprolol for hypertension and nitrazepam for bipolar disorder i. The patient had her first visit on 07-JAN-2005 and started open-label study treatment. Later, she was randomised and started randomised treatment on 06-APR-2005. On 19-SEP-2005 she suffered from a mixed mood event (YMRS was 25), was hospitalised and was withdrawn from the study. At 14:00 on █ █ █ █ 2005 the patient was resting on her bed. When the staff checked up on the patient again at 15:00, she was dead with her mouth full of vomit. Autopsy was performed. The cause of death was heart failure. The investigator considered the event to be unrelated to the study therapy. The company physician considered the event to be unrelated to the study therapy. When the study was unblinded on 07-DEC-2006 it was determined that the patient received placebo.

1828

3

CONFIDENTIAL
AZSER12746275

**Narrative event**
Death, SAE

**Subject identifier**
D1447C00126/E1006002

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly- cerides | Total Cholesterol | HDL | LDL | Hemo- globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-01-07 (-7) | PreTrt | | 4.7 (%) | 2.28 (mmol/L) | 5.65 (mmol/L)H | 1.84 (mmol/L) | | 143 (g/L) |
| Visit prior to Event | V7 | 2005-06-28 (84) | PLACEBO 600 | | 5.1 (%) | 2.79 (mmol/L) | 5.00 (mmol/L) | 1.58 (mmol/L) | | 147 (g/L) |
| Final Study Visit | V7 | 2005-06-28 (84) | PLACEBO 600 | | 5.1 (%) | 2.79 (mmol/L) | 5.00 (mmol/L) | 1.58 (mmol/L) | | 147 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-01-07 (-7) | PreTrt | 272 (10**9/L) | 10.1 (10**9/L) | 6.66 (10**9/L) | 13 (IU/L) | 10 (IU/L) | 62 (umol/L) | 1.25 (mIU/L) | 9.9 (pmol/L) |
| Visit prior to Event | V7 | 2005-06-28 (84) | PLACEBO 600 | 294 (10**9/L) | 10.1 (10**9/L) | 6.14 (10**9/L) | 18 (IU/L) | 15 (IU/L) | 71 (umol/L) | 2.17 (mIU/L) | 15.9 (pmol/L) |
| Final Study Visit | V7 | 2005-06-28 (84) | PLACEBO 600 | 294 (10**9/L) | 10.1 (10**9/L) | 6.14 (10**9/L) | 18 (IU/L) | 15 (IU/L) | 71 (umol/L) | 2.17 (mIU/L) | 15.9 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

1829

4

CONFIDENTIAL
AZSER12746276

**Narrative event**
Death, SAE

**Subject identifier**
D1447C00126/E1006002

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

1830

5

CONFIDENTIAL
AZSER12746277

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E1006002 | Off Treatment - NA | Death, SAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-12-14 (-31)# | 2005-10-19 (197)# | Yes | ESTRADIOL | 2 mg | Climacterial symptoms |
| 2004-12-14 (-31)# | 2005-10-19 (197)# | Yes | LITHIUM | 210 mg | Bipolar disorder |
| 2005-06-01 (57) | 2005-10-19 (197)# | Yes | BISOPROLOL | 1.25 mg | Hypotension |
| 2005-09-19 (167) | 2005-10-19 (197)# | Yes | QUETIAPINE | 600 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

1831

6

CONFIDENTIAL
AZSER12746278

Narrative event
Death, SAE

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E1201014

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event:**

Death:        COMPLETED SUICIDE

SAE:          COMPLETED SUICIDE

DAE:          No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 46 | Male | Caucasian | 131 | 2005-06-08 | 2005-10-16 | NA | 2006-08-17 | Other (study stopped by sponsor) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| 304 | 2005-10-17 | 2006-08-16 |

**Medical History:**

Current:      hypertension

Past:

**Death information:**

Date of death:    2006 ▮▮ ▮

Cause of death:   suicide

Post-mortem:      No

1

1832

CONFIDENTIAL
AZSER12746279

**Subject identifier**
D1447C00126/E1201014

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OffTrt | | 2006-08-08 (329) | 2006-09-10 (329) | COMPLETED SUICIDE(Suicide by self-hanging) | 9.1 | Died | No | No | Yes / {DE} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

1833

2

CONFIDENTIAL
AZSER12746280

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E1201014 | Off Treatment - NA | Death, SAE |

**Descriptive text:**

{SUICIDE BY SELF-HANGING} A report was received from an investigator concerning a 48-year-old male patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included enalapril for hypertension and lithium carbonate for bipolar disorder I. The patient began study drug on 08-JUN-2005 and last dose was on ██-███-2006, three weeks and five days after last dose of study drug and in the follow up period, the patient committed suicide by self-hanging which was severe and caused by depression. The patient died ██████ 2006. The investigator considered the event(s) to be unrelated to the study therapy. When the study was unblinded on 07-DEC-2006 it was determined that the patient received quetiapine fumarate.

1834

3

CONFIDENTIAL
AZSER12746281

**Subject identifier**
D1447C00126/E1201014

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
Death, SAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|-------|--------------|-------------------------------|--------------------------------|---------|-------|----------------|-------------------|-----|-----|-------------|
| Enrollment | Enrollment | 2005-06-02 (-6) | PreTrt | 5.2 (mmol/L) | 5.5 (%) | 0.84 (mmol/L) | 7.51 (mmol/L)H | 1.92 (mmol/L) | | 149 (g/L) |
| Visit prior to Event | V23 | 2006-08-17 (436) | NA | 6.8 (mmol/L)H | 5.6 (%) | 3.42 (mmol/L)H | 8.55 (mmol/L)H | 1.48 (mmol/L) | | 151 (g/L) |
| Final Study Visit | V23 | 2006-08-17 (436) | NA | 6.8 (mmol/L)H | 5.6 (%) | 3.42 (mmol/L)H | 8.55 (mmol/L)H | 1.48 (mmol/L) | | 151 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|-------|--------------|-------------------------------|--------------------------------|----------------|-----------------|-------------|-----|-----|------------|-----|-----|
| Enrollment | Enrollment | 2005-06-02 (-6) | PreTrt | 296 (10**9/L) | 10.3 (10**9/L) | 7.87 (10**9/L) | 25 (IU/L) | 25 (IU/L) | 80 (umol/L) | 2.93 (mIU/L) | 12.0 (pmol/L) |
| Visit prior to Event | V23 | 2006-08-17 (436) | NA | 303 (10**9/L) | 8.4 (10**9/L) | 5.31 (10**9/L) | 67 (IU/L)H | 40 (IU/L) | 170 (umol/L)H | 5.60 (mIU/L)H | 11.1 (pmol/L) |
| Final Study Visit | V23 | 2006-08-17 (436) | NA | 303 (10**9/L) | 8.4 (10**9/L) | 5.31 (10**9/L) | 67 (IU/L)H | 40 (IU/L) | 170 (umol/L)H | 5.60 (mIU/L)H | 11.1 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.      L=below normal range, H=above normal range, NR=not recorded      * - unscheduled visit

1835

4

CONFIDENTIAL
AZSER12746282

**Narrative event**
Death, SAE

**Subject identifier**
D1447C00126/E1201014

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

1836

CONFIDENTIAL
AZSER12746283

**Subject identifier**
D1447C00126/E1201014

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
Death, SAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-06-01 (-7) | 2006-09-15 (334)# | Yes | LITHIUM | 1000 mg | Bipolar disorder I |
| 2005-06-02 (-6) | 2006-09-15 (334)# | Yes | ENALAPRIL | 10 mg | Hypertension |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

1837

CONFIDENTIAL
AZSER12746284

Narrative event
Death, SAE, DAE

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E1709025

Study phase-treatment during which event occurred
Off Treatment - NA

**Narrative event:**

Death:      COMPLETED SUICIDE
SAE:        COMPLETED SUICIDE
DAE:        COMPLETED SUICIDE

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 33 | Female | Caucasian | 23 | 2006-01-30 | 2006-02-21 | NA | 2006-▉▉ | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

Current:      acute cervicitis

Past:

**Death information:**

Date of death:      2006-▉▉

Cause of death:      suicide

Post-mortem:        Yes

1838

1

CONFIDENTIAL
AZSER12746285

**Subject identifier**
D1447C00126/E1709025

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 300 | 2006-01-31 (2) | 2006-01-31 (2) | OCULOGYRATION(Oculogyric crisis) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 300 | 2006-01-31 (2) | 2006-02-06 (8) | DIZZINESS(Dizziness) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 600 | 2006-02-10 (12) | 2006-05-22 (113) | CONSTIPATION(Constipation) | 9.1 | Resolved | Yes | No | No | Mild |
| OffTrt | | 2006-█▌▊█ (113) | NA | COMPLETED SUICIDE(Suicide) | 9.1 | Died | No | Yes | Yes / {DE} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

1839

CONFIDENTIAL
AZSER12746286

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E1709025 | Off Treatment - NA | Death, SAE, DAE |

**Descriptive text:**

{MULTIPLE DRUG OVERDOSE, SUICIDE}A report was received from a legal expert physician, then from an investigator and a legal expert biologist concerning a 33-year-old female patient enrolled in study D1447C00126, a Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.   Concomitant drugs included lorazepam for bipolar disorder and lactulose for constipation.  The patient's medical history included previous ideation and attempt of suicide, constipation (non-serious adverse event), dizziness (non-serious adverse event), oculogyric crisis (non-serious adverse event) and acute cervitis.  In July 2002, the patient started Depakote (valproate semisodium).  On ▊ ▊ ◁ ▊ ▊ ▊ she entered in the pre-randomisation treatment period and began study drug Seroquel (quetiapine).  On ▊ ▊ ▊ 2006, i.e. 16 weeks and three days after starting study therapy, the patient was found dead at home. The date of death was reported as being ▊ ▊ ▊ 2006. Autopsy was scheduled on 31 May 2006.   The investigator reported a multiple drug overdose with Seroquel and Depakote, and stated that the probable cause of death was suicide. He also stated that bipolar disorder was a major cause of suicide. The investigator considered the events to be unrelated to Seroquel and to be related to Depakote. Follow up information received on 14 June 2006: Event changed from death to suicide. Added investigator's causality assessment of NO for Seroquel. Narrative updated accordingly. Follow up information received on 29 June 2006: suicidality data collection form completed. Start date of Depakote, medical history and cause of suicide added. Narrative updated accordingly.  Corrected report: multiple drug overdose added as serious adverse event

3

1840

CONFIDENTIAL
AZSER12746287

**Narrative event**
Death, SAE, DAE

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Subject identifier**
D1447C00126/E1709025

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-23 (-6) | PreTrt | 4.0 (mmol/L) | 5.0 (%) | 1.36 (mmol/L) | 5.83 (mmol/L)H | 1.68 (mmol/L) | | 141 (g/L) |
| Visit prior to Event | S6 | 2006-04-26 (87) | OffTrt | 4.3 (mmol/L) | 5.3 (%) | | | | | 133 (g/L) |
| Final Study Visit | S6 | 2006-04-26 (87) | OffTrt | 4.3 (mmol/L) | 5.3 (%) | | | | | 133 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-23 (-6) | PreTrt | 197 (10**9/L) | 8.8 (10**9/L) | 5.01 (10**9/L) | 20 (IU/L) | 24 (IU/L) | 53 (umol/L) | 1.63 (mIU/L) | 16.0 (pmol/L) |
| Visit prior to Event | S6 | 2006-04-26 (87) | OffTrt | 107 (10**9/L)L | 8.6 (10**9/L) | 4.77 (10**9/L) | | | | | |
| Final Study Visit | S6 | 2006-04-26 (87) | OffTrt | 107 (10**9/L)L | 8.6 (10**9/L) | 4.77 (10**9/L) | | | | | |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

1841

4

CONFIDENTIAL
AZSER12746288

**Subject identifier**
D1447C00126/E1709025

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
Death, SAE, DAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

1842

CONFIDENTIAL
AZSER12746289

| Subject identifier | | Study phase-treatment during which event occurred | | | | Narrative event |
| --- | --- | --- | --- | --- | --- | --- |
| D1447C00126/E1709025 | | Off Treatment - NA | | | | Death, SAE, DAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
| --- | --- | --- | --- | --- | --- |
| 2005-12-30 (-31)# | 2006-03-23 (53)# | Yes | VALPROIC ACID | 1500 mg | Bipolar disorder |
| 2006-02-11 (13) | 2006-03-23 (53)# | Yes | LACTULOSE | 20 g | Constipation |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

1843

CONFIDENTIAL
AZSER12746290

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E0101024

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 400

**Narrative event**
SAE

**Narrative event:**

| | |
|---|---|
| Death: | No |
| SAE: | COMA |
| DAE: | No |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 34 | Male | Caucasian | 121 | 2005-12-19 | 2006-04-18 | PLACEBO 400 | 2006-08-29 | Other (study closed) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| 133 | 2006-04-19 | 2006-08-29 |

**Medical History:**

Current:        decreased hearing in left ear

Past:

**Death information:**

| | |
|---|---|
| Date of death: | No death |
| Cause of death: | |
| Post-mortem: | |

1

1844

CONFIDENTIAL
AZSER12746291

**Subject identifier**
D1447C00126/E0101024

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 400

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2005-12-27 (9) | 2005-12-31 (13) | UPPER RESPIRATORY TRACT INFECTION(Upper respiratory infection) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2006-04-05 (108) | 2006-04-25 (128) | PAIN IN EXTREMITY(Pain in both arms) | 9.1 | Resolved | No | No | No | Moderate |
| RD | PLACEBO 400 | 2006-08-19 (123) | 2006-08-21 (125) | COMA(coma) | 9.1 | Resolved | No | No | Yes / {HO} | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

1845

CONFIDENTIAL
AZSER12746292

**Narrative event**
SAE

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 400

**Subject identifier**
D1447C00126/E0101024

**Descriptive text:**

{COMA;} A report was received from an investigator concerning a male patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  Concomitant drugs included valproate semisodium for bipolar disorder and dayquil for upper respiratory infection.  The patient began study drug on 15-APR-2006 and experienced coma which started on 19-AUG-2006. The patient consumed a large quantity of alcohol on 19-AUG-2006 and lapsed into a coma.  On 19-AUG-2006, he was admitted to the Intensive Care Unit with a blood alcohol level of 0.29.  He was intubated for 24 hours. On 20-AUG-2006 he was fully awake and alert and extubated.  This was not an intentional alcohol overdose. The patient was discharged on 21-AUG-2006. The patient recovered without sequelae. The investigator's comment regarding causality assesment was alcohol consumption.  The event was considered serious due to hospitalization.  The investigator considered the event to be unrelated to the study therapy.    08-DEC-2006: When the study was unblinded on 07-DEC-2006 it was determined that the patient received placebo and Valproate.

3

1846

CONFIDENTIAL
AZSER12746293

**Subject identifier**
D1447C00126/E0101024

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 400

**Narrative event**
SAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-12-12 (-7) | PreTrt | 4.4 (mmol/L) | 4.9 (%) | 2.42 (mmol/L) | 4.48 (mmol/L) | 1.40 (mmol/L) | | 174 (g/L) |
| Visit prior to Event | V7 | 2006-07-24 (97) | PLACEBO 400 | 4.4 (mmol/L) | 4.8 (%) | 2.47 (mmol/L) | 4.07 (mmol/L) | 1.37 (mmol/L) | | 161 (g/L) |
| Visit after Event | V23 | 2006-08-29 (133) | PLACEBO 400 | 5.0 (mmol/L) | 4.9 (%) | 3.88 (mmol/L)H | 4.35 (mmol/L) | 0.98 (mmol/L)L | | 159 (g/L) |
| Final Study Visit | V23 | 2006-08-29 (133) | PLACEBO 400 | 5.0 (mmol/L) | 4.9 (%) | 3.88 (mmol/L)H | 4.35 (mmol/L) | 0.98 (mmol/L)L | | 159 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-12-12 (-7) | PreTrt | 219 (10**9/L) | 9.0 (10**9/L) | 6.50 (10**9/L) | 15 (IU/L) | 23 (IU/L) | 88 (umol/L) | 1.03 (mIU/L) | 16.8 (pmol/L) |
| Visit prior to Event | V7 | 2006-07-24 (97) | PLACEBO 400 | 160 (10**9/L) | 7.3 (10**9/L) | 4.68 (10**9/L) | 25 (IU/L) | 35 (IU/L) | 97 (umol/L) | 1.83 (mIU/L) | 16.1 (pmol/L) |
| Visit after Event | V23 | 2006-08-29 (133) | PLACEBO 400 | 332 (10**9/L) | 10.0 (10**9/L) | 6.35 (10**9/L) | 12 (IU/L) | 20 (IU/L) | 97 (umol/L) | 2.41 (mIU/L) | 16.5 (pmol/L) |
| Final Study Visit | V23 | 2006-08-29 (133) | PLACEBO 400 | 332 (10**9/L) | 10.0 (10**9/L) | 6.35 (10**9/L) | 12 (IU/L) | 20 (IU/L) | 97 (umol/L) | 2.41 (mIU/L) | 16.5 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range. H=above normal range. NR=not recorded   * - unscheduled visit

1847

4

CONFIDENTIAL
AZSER12746294

Narrative event
SAE

**Subject identifier**
D1447C00126/E0101024

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 400

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

1848

CONFIDENTIAL
AZSER12746295

CONFIDENTIAL
AZSER12746296

| Subject identifier | Study phase-treatment during which event occurred | | | | Narrative event |
|---|---|---|---|---|---|
| D1447C00126/E0101024 | Randomized - PLACEBO 400 | | | | SAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2006-04-26 (8) | 2006-09-28 (163)# | Yes | VALPROIC ACID | 2000 mg | Bipolar disorder |

\# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

1849

6

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E0103004

Narrative event:
SAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event:**

Death:             No

SAE:               CALCULUS URINARY

DAE:               No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 52 | Female | Caucasian | 251 | 2005-07-07 | 2006-03-14 | QUETIAPINE 400 | 2006-08-25 | Other (end of trial) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| 164 | 2006-03-15 | 2006-08-25 |

**Medical History:**

Current:           seasonal allergy, gastro esophageal reflux disorder, urinary incontinence, urinary tract infection 10/30/05

Past:

**Death information:**

Date of death:     No death

Cause of death:

Post-mortem:

1850

1

CONFIDENTIAL
AZSER12746297

**Subject identifier**
D1447C0012 6/E0103004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2005-08-10 (35) | 2005-09-01 (57) | DIZZINESS(Diziness) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-08-10 (35) | 2005-09-01 (57) | OEDEMA PERIPHERAL(Swelling of hands) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-08-10 (35) | 2005-09-01 (57) | OEDEMA PERIPHERAL(Swelling of feet) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-09-23 (79) | 2005-10-31 (117) | MEMORY IMPAIRMENT(Forget fulness) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-09-23 (79) | 2005-10-31 (117) | NAUSEA(Nausea) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-09-23 (79) | 2005-10-31 (117) | DRY MOUTH(Dry mouth) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-10-31 (117) | 2005-11-30 (147) | URINARY TRACT INFECTION(UTI (urinary tract infection)) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 500 | 2006-01-03 (181) | 2006-02-10 (219) | SOMNOLENCE(Excessive sleepiness) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 500 | 2006-01-03 (181) | 2006-02-10 (219) | SOMNOLENCE(Drowsiness) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 500 | 2006-01-12 (190) | 2006-01-22 (200) | URINARY TRACT INFECTION(UTI (urinary tract infection)) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2006-01-26 (204) | 2006-03-10 (247) | HALLUCINATION, AUDITORY(Hearing voices) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2006-02-01 (210) | 2006-02-01 (210) | CALCULUS URINARY(Right uretera stone) | 9.1 | Resolved | No | No | Yes/ {HO} | Severe |
| OL | QUETIAPINE 400 | 2006-02-16 (225) | NA | BREAST MASS(Breast lump) | 9.1 | Continuing | No | No | No | Mild |

1851

2

CONFIDENTIAL
AZSER12746298

**Subject identifier**
D1447C00126/E0103004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| RD | QUETIAPINE 400 | 2006-08-07 (146) | 2006-08-17 (156) | URINARY TRACT INFECTION(Urinary tract infection) | 9.1 | Resolved | No | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

3

1852

CONFIDENTIAL
AZSER12746299

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0103004 | Open Label - QUETIAPINE 400 | SAE |

**Descriptive text:**

{RIGHT URETERA STONE} A report was received from an investigator concerning a 53 year old female patient enrolled in study D1447C00126. A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included ranitidine for GERD, loratadine for seasonal allergy disorder, atorvastatin calcium for hyperlipidemia and oxybutynin for urinary incontinence. The patient had a history of bipolar affective disorder type 1, urinary tract infection, depression, hyperlipidemia, and GERD. The patient began study drug on 04-APR-2005 and experienced renal stone which started on 01-FEB-2006. The event(s) were considered serious due to hospitalization. The patient recovered without sequelae. The investigator considered the event(s) to be unrelated to the study therapy.

1853

4

CONFIDENTIAL
AZSER12746300

**Subject identifier**
D1447C00126/E0103004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|-------|--------------|-------------------------------|---------------------------------|---------|-------|----------------|-------------------|-----|-----|-------------|
| Enrollment | Enrollment | 2005-07-01 (-6) | PreTrt | 4.7 (mmol/L) | 4.6 (%) | 2.24 (mmol/L) | 5.13 (mmol/L) | 1.32 (mmol/L) | | 141 (g/L) |
| Visit prior to Event | S9 | 2005-12-22 (169) | QUETIAPINE 500 | 5.6 (mmol/L) | 5.2 (%) | | | | | 144 (g/L) |
| Visit after Event | Randomization (V1) | 2006-03-15 (1) | QUETIAPINE 400 | 5.6 (mmol/L) | 5.4 (%) | 3.81 (mmol/L)H | 3.47 (mmol/L) | 1.14 (mmol/L) | | 134 (g/L) |
| Final Study Visit | V23 | 2006-08-25 (164) | QUETIAPINE 400 | | 5.4 (%) | 1.50 (mmol/L) | 3.52 (mmol/L) | 1.19 (mmol/L) | | 147 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|-------|--------------|-------------------------------|---------------------------------|----------------|-----------------|-------------|-----|-----|------------|-----|-----|
| Enrollment | Enrollment | 2005-07-01 (-6) | PreTrt | 312 (10**9/L) | 8.5 (10**9/L) | 5.55 (10**9/L) | 28 (IU/L) | 15 (IU/L) | 80 (umol/L) | 2.29 (mIU/L) | 14.7 (pmol/L) |
| Visit prior to Event | S9 | 2005-12-22 (169) | QUETIAPINE 500 | 330 (10**9/L) | 11.1 (10**9/L) | 7.75 (10**9/L) | | | | | |
| Visit after Event | Randomization (V1) | 2006-03-15 (1) | QUETIAPINE 400 | 355 (10**9/L) | 12.2 (10**9/L) | 7.32 (10**9/L) | 31 (IU/L) | 14 (IU/L) | 71 (umol/L) | 4.88 (mIU/L) | 14.4 (pmol/L) |
| Final Study Visit | V23 | 2006-08-25 (164) | QUETIAPINE 400 | 305 (10**9/L) | 10.8 (10**9/L) | 7.61 (10**9/L) | 19 (IU/L) | 13 (IU/L) | 71 (umol/L) | 1.52 (mIU/L) | 15.1 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.       L=below normal range. H=above normal range. NR=not recorded       * - unscheduled visit

5

1854

CONFIDENTIAL
AZSER12746301

**Narrative event**
SAE

**Subject identifier**
D1447C00126/E0103004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

6

1855

CONFIDENTIAL
AZSER12746302

| | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| **Subject identifier** | Open Label - QUETIAPINE 400 | SAE |
| D1447C00126/E0103004 | | |

## Medication information: Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2000-11-23 (-1687) | 2006-09-24 (194)# | Yes | PHENAZOPYRIDINE | 200 mg | Urinary incontenance |
| 2005-06-27 (-10) | 2006-09-24 (194)# | Yes | QUETIAPINE | 400 mg | Bipolar disorder |
| 2005-06-27 (-10) | 2006-09-24 (194)# | Yes | VALPROIC ACID | 250 mg | Bipoalr disorder |
| 2005-07-28 (22) | 2006-09-24 (194)# | Yes | RANITIDINE | 150 mg | Acid reflux disorder |
| 2005-09-26 (82) | 2006-09-24 (194)# | Yes | IBUPROFEN | 600 mg | Knee pain |
| 2005-10-14 (100) | 2006-09-24 (194)# | Yes | OXYBUTYNIN | 10 mg | Urinary incontenance |
| 2005-11-30 (147) | 2006-09-24 (194)# | Yes | LORATADINE | 10 mg | Seasonal allegy |
| 2006-01-12 (190) | 2006-09-24 (194)# | Yes | ATORVASTATIN | 20 mg | Hypercholestermia |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

1856

7

CONFIDENTIAL
AZSER12746303

Narrative event
SAE

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E0103005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event:**

| | |
|---|---|
| Death: | No |
| SAE: | PNEUMONIA |
| DAE: | No |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 21 | Female | Caucasian | 252 | 2005-07-11 | 2006-03-19 | QUETIAPINE 400 | 2006-04-04 | Other (moved to other city) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| 16 | 2006-03-20 | 2006-04-04 |

**Medical History:**

Current:    leukocytosis, fibromylgia, sacroilitis

Past:

**Death information:**

| | |
|---|---|
| Date of death: | No death |
| Cause of death: | |
| Post-mortem: | |

1

1857

CONFIDENTIAL
AZSER12746304

**Subject identifier**
D1447C00126/E0103005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2005-12-18 (161) | 2005-12-20 (163) | MIGRAINE(Migraine) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2006-01-23 (197) | NA | HYPERTENSION(Hypertention) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2006-02-02 (207) | 2006-03-07 (240) | INFLUENZA(Flu) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2006-02-02 (207) | 2006-03-07 (240) | PNEUMONIA(Pneumonia) | 9.1 | Resolved | No | No | Yes/ {HO} | Moderate |
| RD | PLACEBO 400 | 2006-03-25 (6) | 2006-03-26 (7) | ABDOMINAL PAIN(Abd pain) | 9.1 | Resolved | No | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

1858

CONFIDENTIAL
AZSER12746305

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0103005 | Open Label - QUETIAPINE 400 | SAE |

**Descriptive text:**

{PNEUMONIA} A report was received from an investigator concerning a 22 year old female patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included propranolol for hypertension and propoxyphene HCL and acetaminophen for pain. The patient had a history of fibromyalgia, leukocytosis and sacroiliitis. The patient began study drug Seroquel and valproate on 11-JUL-2005 and experienced pneumonia which started on 02-FEB-2006. The patient was hospitalized on 06-MAR-2006 for further investigation. The patient was discharged on 07-MAR-2006. Study therapy continued. The event was considered serious due to hospitalization. The patient has not yet recovered. The investigator considered the event to be unrelated to the Seroquel therapy. The investigator and company physician considered the event to be unrelated to the valproate therapy.

3

1859

CONFIDENTIAL
AZSER12746306

**Narrative event** SAE

**Subject identifier** D1447C00126/E0103005

**Study phase-treatment during which event occurred** Open Label - QUETIAPINE 400

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-07-07 (-4) | PreTrt | 4.3 (mmol/L) | 5.0 (%) | 1.34 (mmol/L) | 5.49 (mmol/L)H | 0.85 (mmol/L)L | | 128 (g/L) |
| Visit prior to Event | S9 | 2005-12-23 (166) | PLACEBO 400 | 5.3 (mmol/L) | 5.1 (%) | | | | | 123 (g/L) |
| Visit after Event | Randomization (V1) | 2006-03-20 (1) | PLACEBO 400 | 4.4 (mmol/L) | 5.4 (%) | 1.86 (mmol/L) | 4.22 (mmol/L) | 0.91 (mmol/L)L | | 125 (g/L) |
| Final Study Visit | V23 | 2006-04-04 (16) | PLACEBO 400 | | 5.4 (%) | 1.11 (mmol/L) | 4.09 (mmol/L) | 0.73 (mmol/L)L | | 121 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-07-07 (-4) | PreTrt | 530 (10**9/L)H | 14.2 (10**9/L)H | 9.81 (10**9/L)H | 29 (IU/L)H | 24 (IU/L) | 53 (umol/L) | 3.33 (mIU/L) | 13.9 (pmol/L) |
| Visit prior to Event | S9 | 2005-12-23 (166) | PLACEBO 400 | 582 (10**9/L)H | 10.7 (10**9/L) | 7.25 (10**9/L) | | | | | |
| Visit after Event | Randomization (V1) | 2006-03-20 (1) | PLACEBO 400 | 526 (10**9/L)H | 13.9 (10**9/L)H | 9.17 (10**9/L)H | 25 (IU/L)H | 15 (IU/L) | 53 (umol/L) | 1.84 (mIU/L) | 15.0 (pmol/L) |
| Final Study Visit | V23 | 2006-04-04 (16) | PLACEBO 400 | 493 (10**9/L)H | 10.8 (10**9/L)H | 7.17 (10**9/L) | 18 (IU/L) | 13 (IU/L) | 53 (umol/L) | 1.24 (mIU/L) | 13.2 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range. H=above normal range. NR=not recorded    * - unscheduled visit

1860

4

CONFIDENTIAL
AZSER12746307

**Narrative event**
SAE

**Subject identifier**
D1447C00126/E0103005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

1861

5

CONFIDENTIAL
AZSER12746308

**Subject identifier**
D1447C00126/E0103005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-03-25 (-108) | 2006-05-04 (46)# | Yes | QUETIAPINE | 100 mg | Bipolar disorder |
| 2005-06-10 (-31)# | 2006-05-04 (46)# | Yes | FLUTICASONE | 2 puff/day | Bronchodilatator |
| 2006-06-10 (-31)# | 2006-05-04 (46)# | Yes | IBUPROFEN | 600 mg | Sacroiliitis |
| 2006-06-10 (-31)# | 2006-05-04 (46)# | Yes | NAPROXEN | 500 mg | Sacroiliitis |
| 2006-06-10 (-31)# | 2006-05-04 (46)# | Yes | SALBUTAMOL | 2 puff/day | Bronchodilatator |
| 2006-06-10 (-31)# | 2006-05-04 (46)# | Yes | ULTRALAN PLAIN | 25 mg | Hip joint pain |
| 2006-06-15 (-26) | 2006-05-04 (46)# | Yes | VALPROIC ACID | 1000 mg | Bipolar disorder |
| 2006-01-23 (197) | 2006-05-04 (46)# | Yes | PROPACET | 1 tablet | Analgesic |
| 2006-01-23 (197) | 2006-05-04 (46)# | Yes | PROPRANOLOL | 10 mg | Hypertention |
| 2006-03-07 (240) | 2006-03-17 (250) | No | LEVOFLOXACIN | 500 mg | Antibiotic |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

1862

CONFIDENTIAL
AZSER12746309

Narrative event
SAE

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E0103011

Study phase-treatment during which event occurred
Randomized - PLACEBO 400

**Narrative event:**

Death:           No

SAE:             ASTHMA

DAE:             No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 42 | Female | Caucasian | 253 | 2005-07-27 | 2006-04-05 | PLACEBO 400 | 2006-08-18 | Other (end of trial) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| 134 | 2006-04-06 | 2006-08-17 |

**Medical History:**

Current:         copd, sleep apnoea, diabetes mellitus

Past:

**Death information:**

Date of death:   No death

Cause of death:

Post-mortem:

1

1863

CONFIDENTIAL
AZSER12746310

**Subject identifier**
D1447C00126/E0103011

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 400

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| RD | PLACEBO 400 | 2006-05-16 (41) | 2006-05-20 (45) | ASTHMA(Exacerbation of bronchial asthma) | 9.1 | Resolved | No | No | Yes / {HO} | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

1864

2

CONFIDENTIAL
AZSER12746311

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0103011 | Randomized - PLACEBO 400 | SAE |

**Descriptive text:**

{EXACERBATION OF BRONCHIAL ASTHMA} A report was received from an investigator concerning a 41 year old female patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included montelukast for allergy, theophylline for asthma, salbutamol for asthma and advair for asthma. The patient had a history of obesity, sleep apnea and bipolar affective disorder. The patient began study drug on 07-JUL-2005 and experienced exacerbation of bronchial asthma which started on 16-MAY-2006. The event(s) were considered serious due to hospitalization. The patient recovered without sequelae. The investigator considered the event(s) to be unrelated to the study therapy. 11-DEC-2006: When the study was unblinded on 07-DEC-2006 it was determined that the patient received placebo and Valproate.

3

1865

CONFIDENTIAL
AZSER12746312

**Subject identifier**
D1447C00126/E0103011

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 400

**Narrative event**
SAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-07-20 (-7) | PreTrt | 4.4 (mmol/L) | 6.0 (%) | 2.00 (mmol/L) | 4.92 (mmol/L) | 1.40 (mmol/L) | | 145 (g/L) |
| Visit prior to Event | Randomization (V1) | 2006-04-05 (253) | PLACEBO 400 | 4.3 (mmol/L) | 6.3 (%)H | 1.91 (mmol/L) | 4.09 (mmol/L) | 1.58 (mmol/L) | | 138 (g/L) |
| Visit after Event | V7 | 2006-07-07 (93) | PLACEBO 400 | | 7.0 (%)H | 2.87 (mmol/L)H | 3.16 (mmol/L)L | 1.14 (mmol/L) | | 132 (g/L) |
| Final Study Visit | V23 | 2006-08-18 (388) | NA | | 6.8 (%)H | 3.80 (mmol/L)H | 3.99 (mmol/L) | 1.24 (mmol/L) | | 146 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-07-20 (-7) | PreTrt | 156 (10**9/L) | 4.4 (10**9/L) | 2.43 (10**9/L) | 14 (IU/L) | 18 (IU/L) | 80 (umol/L) | 1.00 (mIU/L) | 8.4 (pmol/L)L |
| Visit prior to Event | Randomization (V1) | 2006-04-05 (253) | PLACEBO 400 | 158 (10**9/L) | 5.4 (10**9/L) | 2.38 (10**9/L) | 11 (IU/L) | 14 (IU/L) | 88 (umol/L) | 2.26 (mIU/L) | 9.3 (pmol/L)L |
| Visit after Event | V7 | 2006-07-07 (93) | PLACEBO 400 | 173 (10**9/L) | 5.1 (10**9/L) | 2.64 (10**9/L) | 11 (IU/L) | 13 (IU/L) | 71 (umol/L) | 1.95 (mIU/L) | 11.0 (pmol/L) |
| Final Study Visit | V23 | 2006-08-18 (388) | NA | 182 (10**9/L) | 6.1 (10**9/L) | 3.32 (10**9/L) | 6 (IU/L) | 10 (IU/L) | 88 (umol/L) | 2.90 (mIU/L) | 10.1 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * = unscheduled visit

1866

4

CONFIDENTIAL
AZSER12746313

Narrative event
SAE

Study phase-treatment during which event occurred
Randomized - PLACEBO 400

Subject identifier
D1447C00126/E0103011

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

1867

5

CONFIDENTIAL
AZSER12746314

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 400

**Subject identifier**
D1447C00126/E0103011

**Medication information:** Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2003-01-01 (-938) | 2006-09-16 (164)# | Yes | SERETIDE MITE | 2 puff | Asthma |
| 2005-06-17 (-40) | 2006-09-16 (164)# | Yes | QUETIAPINE | 300 mg | Bipolar disorder |
| 2005-06-17 (-40) | 2006-09-16 (164)# | Yes | VALPROIC ACID | 1250 mg | Bipolar diorder |
| 2005-06-26 (-31)# | 2006-09-16 (164)# | Yes | SALBUTAMOL | 2 puff/day | Asthma |
| 2005-10-13 (79) | 2006-09-16 (164)# | Yes | MONTELUKAST | 10 mg | Seasonal allergy |
| 2005-10-13 (79) | 2006-09-16 (164)# | Yes | THEOPHYLLINE | 600 mg | Asthma |
| 2006-05-16 (41) | 2006-09-16 (164)# | Yes | ATORVASTATIN | 10 mg | Hypercholesterolemia |
| 2006-05-16 (41) | 2006-09-16 (164)# | Yes | LEVOFLOXACIN | 500 mg | Antibiotic |
| 2006-05-16 (41) | 2006-09-16 (164)# | Yes | METHYLPREDNISOLONE | U .U | Asthma |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

1868

CONFIDENTIAL
AZSER12746315

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E0106003

Study phase-treatment during which event occurred
Off Treatment - NA

**Narrative event:**

Death:         No

SAE:           MANIA

DAE:           No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 52 | Female | Black | 84 | 2005-10-13 | 2006-01-04 | NA | 2006-01-04 | Other (pi felt patient was not a good candidate for randomization) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:       hypertension

Past:          thyroid disease, thyroidectomy, broken bones

**Death information:**

Date of death:     No death

Cause of death:

Post-mortem:

1869

1

CONFIDENTIAL
AZSER12746316

**Subject identifier**
D1447C00126/E0106003

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OffTrt | | 2006-01-07 (87) | NA | MANIA(Worsening of mania) | 9.1 | Continuing | No | No | Yes / {HO} | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

1870

2

CONFIDENTIAL
AZSER12746317

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0106003 | Off Treatment - NA | SAE |

**Descriptive text:**

{WORSENING OF MANIA} A report was received from an investigator concerning a 52-year-old female patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included hydrochlorothiazide for hypertension, benzatropine mesilate for extrapyramidal syndrome, valproate semisodium for bipolar disorder, levothyroxine for thyroidectomy and metoprolol for hypertension. The patient had a history of thyroid disease, thyroidectomy and hypertension. The patient began study drug on 13-OCT-2005. On 07-JAN-2006 the patient was admitted to an inpatient psychiatric unit for worsening of mania. The event was considered serious due to the patient being hospitalized. The patient has not yet recovered. The investigator and company-reviewing physician considered the event to be unrelated to the study therapy.

1871

3

CONFIDENTIAL
AZSER12746318

**Narrative event** SAE

**Subject identifier**
D1447C00126/E0106003

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-10-06 (-6) | PreTrt | 4.6 (mmol/L) | 6.1 (%) | 1.16 (mmol/L) | 4.35 (mmol/L) | 1.45 (mmol/L) | | 131 (g/L) |
| Visit prior to Event | S13 | 2006-01-04 (84) | QUETIAPINE 800 | 5.0 (mmol/L) | 6.1 (%) | 1.57 (mmol/L) | 5.41 (mmol/L)H | 1.53 (mmol/L) | | 135 (g/L) |
| Final Study Visit | S13 | 2006-01-04 (84) | QUETIAPINE 800 | 5.0 (mmol/L) | 6.1 (%) | 1.57 (mmol/L) | 5.41 (mmol/L)H | 1.53 (mmol/L) | | 135 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-10-06 (-6) | PreTrt | 367 (10**9/L) | 8.0 (10**9/L) | 4.18 (10**9/L) | 12 (IU/L) | 18 (IU/L) | 88 (umol/L) | 5.35 (mIU/L) | 12.0 (pmol/L) |
| Visit prior to Event | S13 | 2006-01-04 (84) | QUETIAPINE 800 | 316 (10**9/L) | 6.5 (10**9/L) | 3.07 (10**9/L) | 12 (IU/L) | 18 (IU/L) | 106 (umol/L) | 5.66 (mIU/L)H | 15.4 (pmol/L) |
| Final Study Visit | S13 | 2006-01-04 (84) | QUETIAPINE 800 | 316 (10**9/L) | 6.5 (10**9/L) | 3.07 (10**9/L) | 12 (IU/L) | 18 (IU/L) | 106 (umol/L) | 5.66 (mIU/L)H | 15.4 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range, H=above normal range, NR=not recorded   * - unscheduled visit

1872

4

CONFIDENTIAL
AZSER12746319

**Subject identifier**
D1447C00126/E0106003

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
SAE

## Weight: Include only if DAE due to weight

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

1873

5

CONFIDENTIAL
AZSER12746320

| | **Subject identifier**<br>D1447C00126/E0106003 | | **Study phase-treatment during which event occurred**<br>Off Treatment - NA | | | | **Narrative event**<br>SAE |
|---|---|---|---|---|---|---|---|

**Medication information:  Include concomitant medications taken during the event only**

| Date started<br>(day started) | Date stopped<br>(day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-09-12 (-31)# | 2006-02-03 (114)# | Yes | BENZATROPINE | 1 mg | EPS |
| 2005-09-12 (-31)# | 2006-02-03 (114)# | Yes | HYDROCHLOROTHIAZIDE | 25 mg | Hypertension |
| 2005-09-12 (-31)# | 2006-02-03 (114)# | Yes | LEVOTHYROXINE | 0.13 mg | Thyroidectomy |
| 2005-09-12 (-31)# | 2006-02-03 (114)# | Yes | METOPROLOL | 25 mg | Hypertension |
| 2005-09-12 (-31)# | 2006-02-03 (114)# | Yes | VALPROIC ACID | 1750 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

1874

6

CONFIDENTIAL
AZSER12746321

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E0107001

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

**Narrative event**
SAE

**Narrative event:**

Death:             No

SAE:               ANGER, SUICIDAL IDEATION

DAE:               No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|------------------------|
| 24 | Female | Caucasian | 266 | 2005-08-18 | 2006-05-10 | QUETIAPINE 400 | 2006-08-08 | Development of Study-Specific Discontinuation Criteria (mood event) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| 90 | 2006-05-11 | 2006-08-08 |

**Medical History:**

Current:          seasonal allergies, drug allergy - penicillin

Past:

**Death information:**

Date of death:    No death

Cause of death:

Post-mortem:

1875

1

CONFIDENTIAL
AZSER12746322

**Subject identifier** DI447C0012 6/E0107001

**Study phase-treatment during which event occurred** Randomized - QUETIAPINE 400

**Narrative event** SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-08-14 (-4) | 2005-08-14 (-4) | HEADACHE(Headache) | 9.1 | Resolved | No | No | No | Moderate |
| PreTrt | | 2005-08-16 (-2) | 2005-08-16 (-2) | HEADACHE(Headache) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 100 | 2005-08-20 (3) | 2005-08-22 (5) | SOMNOLENCE(Excessive sleepiness) | 9.1 | Resolved | Yes | No | No | Severe |
| OL | QUETIAPINE 100 | 2005-08-20 (3) | 2005-08-22 (5) | HEADACHE(Headache) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 200 | 2005-08-23 (6) | 2005-09-06 (20) | SOMNOLENCE(Sleepiness) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 300 | 2005-08-26 (9) | 2005-09-11 (25) | SINUSITIS(Worsening sinusitis) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-09-01 (15) | NA | INCREASED APPETITE(Increased appetite) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-09-06 (20) | NA | WEIGHT INCREASED(Weight gain) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2006-01-03 (139) | 2006-01-04 (140) | INFLUENZA(Flu symptoms) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2006-02-04 (171) | 2006-02-06 (173) | NASOPHARYNGITIS(Cold symptoms) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 500 | 2006-05-10 (266) | NA | HEADACHE(Increased headaches) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 500 | 2006-05-10 (266) | 2006-05-11 (267) | SOMNOLENCE(Morning drowsiness) | 9.1 | Resolved | No | No | No | Moderate |
| RD | QUETIAPINE 500 | 2006-05-11 (1) | 2006-05-15 (5) | SOMNOLENCE(Morning drowsiness) | 9.1 | Resolved | Yes | No | No | Severe |
| RD | QUETIAPINE 500 | 2006-05-16 (6) | NA | SOMNOLENCE(Morning drowsiness) | 9.1 | Continuing | Yes | No | No | Moderate |

1876

2

CONFIDENTIAL
AZSER12746323

**Subject identifier**
D1447C00126/E0107001

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

**Narrative event**
SAE

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| RD | QUETIAPINE 400 | 2006-08-03 (85) | NA | MUSCULOSKELETAL STIFFNESS(Stiffness of back of legs) | 9.1 | Continuing | No | No | No | Mild |
| RD | QUETIAPINE 400 | 2006-08-08 (90) | NA | SUICIDAL IDEATION(Passive suicidal ideation) | 9.1 | Continuing | Yes | No | Yes / {HO} | Severe |
| RD | QUETIAPINE 400 | 2006-08-08 (90) | NA | ANGER(Anger) | 9.1 | Continuing | Yes | No | Yes / {HO} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

3

1877

CONFIDENTIAL
AZSER12746324

**Subject identifier**
D1447C00126/E0107001

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

**Narrative event**
SAE

**Descriptive text:**

{PASSIVE SUICIDAL IDEATION, ANGER} A report was received from an investigator concerning a 25-year-old female patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  Concomitant drugs included metabolife and valproate semisodium for bipolar disorder.  The patient had a history of seasonal allergies and allergy to penicillin.  The patient began study drug, 500 mg daily, on 21-Jun-2006.  On 12-Jul-2006, the dose was decreased to 400 mg.  On 07-Aug-2006, the patient had been in for visit 7 and appeared fine.  On 08-Aug-2006, the patient experienced passive suicidal ideation and anger and was hospitalized.  The patient had thoughts of harming herself and others, rage.  On that day she called to report that she could not return to work and needed to be seen by a physician because of how she was feeling.  The patient was told to come in to the site and was seen by a physician and was later admitted to the hospital on site.  On 11-Aug-2006, the patient was discharged from the hospital.  Initially, the company physician considered the event of suicidal ideation to be unrelated to the study therapy.  On follow up, the investigator considered the events of passive suicidal ideation and anger to be unrelated to study procedures and related to the study therapy.  Summary of significant follow-up information was received on 18-Aug-2006:  Amended event term from "suicidal ideation" to "passive suicidal ideation"; added event of "anger"; updated suspect drug; and updated narrative with event course, hospital discharge date and investigator's causality assessment.

1878

4

CONFIDENTIAL
AZSER12746325

**Subject identifier**
D1447C00126/E0107001

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

**Narrative event**
SAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-11 (-7) | PreTrt | 4.2 (mmol/L) | 5.1 (%) | 1.95 (mmol/L) | 4.01 (mmol/L) | 1.27 (mmol/L) | | 135 (g/L) |
| Visit prior to Event | V7 | 2006-08-07 (89) | QUETIAPINE 400 | 4.6 (mmol/L) | 5.0 (%) | 1.36 (mmol/L) | 3.76 (mmol/L) | 1.42 (mmol/L) | | 131 (g/L) |
| Final Study Visit | V7 | 2006-08-07 (89) | QUETIAPINE 400 | 4.6 (mmol/L) | 5.0 (%) | 1.36 (mmol/L) | 3.76 (mmol/L) | 1.42 (mmol/L) | | 131 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-11 (-7) | PreTrt | 231 (10**9/L) | 9.7 (10**9/L) | 7.13 (10**9/L) | 9 (IU/L) | 16 (IU/L) | 71 (umol/L) | 0.97 (mIU/L) | 10.7 (pmol/L) |
| Visit prior to Event | V7 | 2006-08-07 (89) | QUETIAPINE 400 | 223 (10**9/L) | 7.6 (10**9/L) | 4.66 (10**9/L) | 6 (IU/L) | 17 (IU/L) | 81 (umol/L) | 0.96 (mIU/L) | 13.5 (pmol/L) |
| Final Study Visit | V7 | 2006-08-07 (89) | QUETIAPINE 400 | 223 (10**9/L) | 7.6 (10**9/L) | 4.66 (10**9/L) | 6 (IU/L) | 17 (IU/L) | 81 (umol/L) | 0.96 (mIU/L) | 13.5 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H =above normal range, NR=not recorded    * - unscheduled visit

5

1879

CONFIDENTIAL
AZSER12746326

**Subject identifier**
D1447C00126/E0107001

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

**Narrative event**
SAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

6

1880

CONFIDENTIAL
AZSER12746327

Narrative event
SAE

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

**Subject identifier**
D1447C00126/E0107001

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-07-18 (-31)# | 2006-09-07 (120)# | Yes | METABOLIFE | 1 tab | Health maintenance |
| 2006-04-19 (245) | 2006-09-07 (120)# | Yes | VALPROIC ACID | 1000 mg | Bipolar |
| 2006-05-04 (260) | 2006-09-07 (120)# | Yes | METABOLIFE | 3 caps | Nutritional supplement |
| 2006-08-08 (90) | 2006-09-07 (120)# | Yes | ZOLPIDEM | 10 mg | insomnia |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

1881

7

CONFIDENTIAL
AZSER12746328

**START OF E NARRATIVE**

Narrative event
SAE, DAE

**Subject identifier**
D1447C00126/E0107013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

**Narrative event:**

Death:                No

SAE:                  CONFUSIONAL STATE, GRAND MAL CONVULSION, MENINGITIS ASEPTIC

DAE:                  CONFUSIONAL STATE, DEPRESSED LEVEL OF CONSCIOUSNESS, GRAND MAL CONVULSION, LETHARGY, MENINGITIS ASEPTIC, PARKINSONISM

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 52 | Male | Caucasian | 30 | 2006-01-12 | 2006-02-10 | QUETIAPINE 800 | 2006-02-09 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:              hypertension, gynecomastia, pimples on back

Past:                 seizure-single occurance

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

1882

1

CONFIDENTIAL
AZSER12746329

**Subject identifier**
DI447C00126/E0107013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2006-01-12 (1) | NA | INCREASED APPETITE(Increased appetite) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2006-01-13 (2) | 2006-01-13 (2) | PARAESTHESIA(Tingling in legs) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2006-01-24 (13) | 2006-01-24 (13) | HEADACHE(Headache) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 600 | 2006-02-07 (27) | NA | RESTLESSNESS(Pacing (unable to sit still)) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 600 | 2006-02-07 (27) | NA | HALLUCINATION, AUDITORY(Auditory hallucinations) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 600 | 2006-02-07 (27) | NA | DEHYDRATION(Dehydration) | 9.1 | Continuing | No | No | No | Moderate |
| OL | QUETIAPINE 600 | 2006-02-07 (27) | 2006-02-08 (28) | CONFUSIONAL STATE(Increased confusion) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 800 | 2006-02-09 (29) | NA | GRAND MAL CONVULSION(Grand Mal Seizures) | 9.1 | Continuing | Yes | Yes | Yes / {HO DI ME} | Severe |
| OL | QUETIAPINE 800 | 2006-02-09 (29) | NA | DEPRESSED LEVEL OF CONSCIOUSNESS(Decreased levelof consciousness) | 9.1 | Continuing | No | Yes | No | Severe |
| OL | QUETIAPINE 800 | 2006-02-09 (29) | NA | LETHARGY(Lethargy) | 9.1 | Continuing | Yes | Yes | No | Severe |
| OL | QUETIAPINE 800 | 2006-02-09 (29) | NA | MENINGITIS ASEPTIC(Aseptic meningitis) | 9.1 | Continuing | Yes | Yes | Yes / {HO DI ME} | Severe |
| OL | QUETIAPINE 800 | 2006-02-09 (29) | 2006-02-09 (29) | HEADACHE(Left side severe headache) | 9.1 | Resolved | Yes | No | No | Severe |
| OL | QUETIAPINE 800 | 2006-02-09 (29) | 2006-02-09 (29) | HEMIPARESIS(Hemiparesis) | 9.1 | Resolved | Yes | No | No | Severe |

1883

2

CONFIDENTIAL
AZSER12746330

**Subject identifier**
D1447C00126/E0107013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

**Narrative event**
SAE, DAE

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 800 | 2006-02-09 (29) | 2006-02-09 (29) | NAUSEA(Nausea) | 9.1 | Resolved | Yes | No | No | Severe |
| OL | QUETIAPINE 800 | 2006-02-16 (29) | 2006-02-16 (36) | SINUSITIS(Sinusitis) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 800 | 2006-02-09 (29) | 2006-02-24 (44) | PNEUMONIA(Pneumonia) | 9.1 | Resolved | No | No | No | Severe |
| OL | QUETIAPINE 800 | 2006-02-10 (30) | NA | PARKINSONISM(Parkonsonian syndrome with eps syndromes) | 9.1 | Continuing | Yes | Yes | No | Severe |
| OL | QUETIAPINE 800 | 2006-02-10 (30) | NA | CONFUSIONAL STATE(Postical confusion) | 9.1 | Continuing | Yes | Yes | No | Severe |
| OL | QUETIAPINE 800 | 2006-02-10 (30) | 2006-02-16 (36) | PYREXIA(Fever) | 9.1 | Resolved | No | No | No | Mild |
| OffTrt | | 2006-02-16 (36) | NA | CONFUSIONAL STATE(Increased confusion) | 9.1 | Continuing | Yes | No | Yes / {HO DI} | Severe |
| OffTrt | | 2006-02-17 (37) | 2006-02-21 (41) | HEADACHE(Headache) | 9.1 | Resolved | No | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

3

1884

CONFIDENTIAL
AZSER12746331

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
| --- | --- | --- |
| D1447C00126/E0107013 | Open Label - QUETIAPINE 800 | SAE, DAE |

**Descriptive text:**

{ASEPTIC MENINGITIS, SEIZURES, INCREASED CONFUSION} A report was received from an investigator concerning a 52-year-old male patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  Concomitant drugs included benzatropine mesilate for bipolar I tiotixene for bipolar I, clonazepam for bipolar I, atenolol for hypertension, hydrochlorothiazide for hypertension, Tylenol PM for insomnia and ibuprofen for headache, levofloxacin, and phenytoin.  The patient's medical history included a single occurrence seizure, felling confused an disoriented, hyperlipidemia, hypertension, lung mass status post resection, and allergy to Haldol.  The patient began study drug on 06-JAN-2006. On 09-FEB-2006 at approximately 1945 hours, the patient was brought to the hospital by his wife due to a one week history of increased confusion and hearing voices.  At 2000 hours, before any assessment could be attempted, the patient had a seizure.  The patient exhibited signs of a decreased level of consciousness. A code blue was called and medical nursing staff stabilized the subject.  Vital signs were as follows:  blood pressure (BP) 134/88, pulse 50, respirations 24, temperature 99.9 degrees and BP 144/80, pulse 119, respirations 20 on the second reading.  Breathing was at 85% on room air and 96% with 3 L oxygen.  At 2010 hours, the patient was transported via ambulance to another hospital's emergency room (ER).  While in the ER the patient experienced two additional seizures.  Subsequently, the patient was admitted to the hospital.  On physicial examination, the patient was lethargic and experienced auditory and visual hallucinations and confusion. Subsequent spinal tap revealed viral aseptic meningitis, head CT showed atrophy, and left maxillary sinus mucosal thickening, chest x-ray revealed a possible infiltrate, dilantin level was 10.5, blood, urine and sputum cultures were negative, magnetic resonance image (MRI) of the brain and electrocardiogram (EKG) were unremarkable.  The patient was started on intravenous antibiotics. No further seizures were reported.  On 10-FEB-2006 the event of seizures was considered resolved.  On 16-FEB-2006, the patient was transferred back to the initial hospital with a diagnosis of a seizure disorder, aseptic meningitis, pneumonia, bipolar disorder, and psychosis secondary to bipolar disorder.  On 16-FEB-2006, the study drug was discontinued, the patient was put on Navane, the event of aseptic meningitis was considered resolved and the patient was discharged from the hospital.  The patient was withdrawn from the study due to the events.  Psychiatric and Neurological consults on 18-Feb-2006: the patient has a long history of bipolar disorder now with psychotic features. The patient has tonic-clonic seizure disorder two weeks ago and aseptic menigitis 2 weeks ago. The patient has drug-induced Parkinsonian syndrome with EPS syndromes.  Psychiatric consultation on 21-Feb-2006: Bipolar disorder type I, recurrent mixed, manic state with psychotic symptoms, complicated by recent seizures, cognitive dysfunction and resolving postictal confusion.  On 21-MAR-2006 the event of increased confusion was considered resolved. Discharge medications included Atenolol 50 mg PO daily, Depakote 500 mg BID, and Hydrochlorothiazide 25 mg PO daily.  The investigator stated the rate of progression is slow due to a combination of aftermaths of meningitis, seizure, and decompensation of his bipolar disorder and psychosis.  The patient is still in need of further hospitalization and intensive treatment.  The investigator considered the event to be related to the study therapy.  Follow up information received by AstraZeneca on 09-Mar-2006 revised the causality from no to yes, added concomitant medications, and additional sign ificant event information.  Summary of follow up information received by AstraZeneca on 14-SEP-2006 added serious adverse events of aseptic meningitis and increased confusion, added serious criteria disabling and medically important, updated outcome, event stop dates, medical history, and hospital course.  Summary of follow-up information received from investigator on 01-Dec-2006 through reconcilliation included the removal of life-threatening as serious criteria from event seizures.  Summary of follow up information received by AstraZeneca on 09-JAN-2007 included additional laboratory test results.

1885

4

CONFIDENTIAL
AZSER12746332

**Subject identifier**
D1447C00126/E0107013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

**Narrative event**
SAE, DAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-12-30 (-12) | PreTrt | 4.7 (mmol/L) | 5.7 (%) | 2.81 (mmol/L) | 6.60 (mmol/L) H | 1.11 (mmol/L) | | 159 (g/L) | |
| Visit prior to Event | S4 | 2006-02-02 (22) | QUETIAPINE 400 | | | | | | | 147 (g/L) | |
| Final Study Visit | S4 | 2006-02-02 (22) | QUETIAPINE 400 | | | | | | | 147 (g/L) | 13.5 (pmol/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-12-30 (-12) | PreTrt | 334 (10**9/L) | 6.6 (10**9/L) | 3.11 (10**9/L) | 12 (IU/L) | 22 (IU/L) | 106 (umol/L) | 0.61 (mIU/L) |
| Visit prior to Event | S4 | 2006-02-02 (22) | QUETIAPINE 400 | 292 (10**9/L) | 5.2 (10**9/L) | 2.67 (10**9/L) | | | | |
| Final Study Visit | S4 | 2006-02-02 (22) | QUETIAPINE 400 | 292 (10**9/L) | 5.2 (10**9/L) | 2.67 (10**9/L) | | | | |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * - unscheduled visit

5

1886

CONFIDENTIAL
AZSER12746333

**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00126/E0107013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

1887

6

CONFIDENTIAL
AZSER12746334

**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00126/E0107013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-12-12 (-31)# | 2006-03-12 (60)# | Yes | ATENOLOL | 50 mg | Hypertension |
| 2005-12-12 (-31)# | 2006-03-12 (60)# | Yes | HYDROCHLOROTHIAZIDE | 25 mg | Hypertension |
| 2005-12-12 (-31)# | 2006-03-12 (60)# | Yes | VALPROIC ACID | 1500 mg | Bipolar 1 |
| 2006-01-12 (1)# | 2006-03-12 (60)# | Yes | BENZATROPINE | 1 mg | Bipolar 1 |
| 2006-02-09 (29) | 2006-02-16 (36) | No | ACICLOVIR | 10 mg/kg | A septicmeningitis and pneumonia |
| 2006-02-09 (29) | 2006-02-16 (36) | No | AZITHROMYCIN | U.U | Meningitis and pnumonia |
| 2006-02-09 (29) | 2006-02-16 (36) | No | CEFTRIAXONE | 4 g | A septicmeningitis and pneumonia |
| 2006-02-09 (29) | 2006-02-16 (36) | No | CEFTRIAXONE | U.U | A septicmeningitis and pneumonia |
| 2006-02-09 (29) | 2006-02-16 (36) | No | CLINDAMYCIN | U.U | Meningitis and pnumonia |
| 2006-02-09 (29) | 2006-02-16 (36) | No | FOSPHENYTOIN | U.U | Gand mal seizures |
| 2006-02-09 (29) | 2006-02-16 (36) | No | VANCOMYCIN | 2 g | A septicmeningitis and pneumonia |
| 2006-02-10 (30) | 2006-02-10 (30) | No | PARACETAMOL | U.U | Fever |
| 2006-02-10 (30) | 2006-02-16 (36) | No | PHENYTOIN | 300 mg | Gand mal seizures |
| 2006-02-13 (33) | 2006-02-16 (36) | No | LORAZEPAM | U.U | Pacing |
| 2006-02-13 (33) | 2006-03-09 (57) | No | TIOTIXENE | 20 mg | Bipolar |
| 2006-02-16 (36) | 2006-02-24 (44) | No | LEVOFLOXACIN | 500 mg | Pneumonia |
| 2006-02-16 (36) | 2006-03-12 (60)# | Yes | PHENYTOIN | 400 mg | Gand mal seizures |
| 2006-02-17 (37) | 2006-02-20 (40) | No | PARACETAMOL | 1000 mg | Headache |
| 2006-02-18 (38) | 2006-02-24 (44) | No | BENZATROPINE | 3 mg | Headache |
| 2006-02-18 (38) | 2006-03-12 (60)# | Yes | ATENOLOL | 100 mg | Hypertension |
| 2006-02-21 (41) | 2006-02-21 (41) | No | PARACETAMOL | 650 mg | EPS |
| 2006-02-25 (45) | 2006-03-09 (57) | No | CLONAZEPAM | 1 mg | Headache |
| 2006-02-25 (45) | 2006-03-12 (60)# | Yes | BENZATROPINE | 6 mg | EPS |
| 2006-02-27 (47) | 2006-02-28 (48) | No | ZIPRASIDONE | 20 mg | Bipolar |
| 2006-03-01 (49) | 2006-03-03 (51) | No | ZIPRASIDONE | 40 mg | Bipolar |

1888

7

CONFIDENTIAL
AZSER12746335

**Subject identifier**
D1447C00126/E0107013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

**Narrative event**
SAE, DAE

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2006-03-04 (52) | 2006-03-09 (57) | No | ZIPRASIDONE | 60 mg | Bipolar |
| 2006-03-10 (58) | 2006-03-12 (60)# | Yes | ZIPRASIDONE | 80 mg | Bipolar |
| 2006-03-16 (64) | 2006-03-12 (60)# | Yes | CLONAZEPAM | 1 mg | Bipolar |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

1889

8

CONFIDENTIAL
AZSER12746336

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0108006

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 100

Narrative event
SAE

**Narrative event:**

Death:          No

SAE:            PULMONARY EMBOLISM

DAE:            No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|------------------------|------------------------------|------------------------|
| 45 | Female | Caucasian | 169 | 2005-07-13 | 2005-12-28 | QUETIAPINE 100 | 2006-08-24 | Other (sponsor decision) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| 239 | 2005-12-29 | 2006-08-24 |

**Medical History:**

Current:        lumbar sprain, hearing loss secondary to miniere's disease

Past:           bone spurs, gerd (gastro esophageal reflux disease), asthma

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

1

1890

CONFIDENTIAL
AZSER12746337

**Subject identifier**
D1447C00126/E0108006

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon- tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2005-07-14 (2) | 2005-07-14 (2) | NAUSEA(Nausea) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 100 | 2005-07-14 (2) | 2005-07-14 (2) | HEADACHE(Headache) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 100 | 2005-07-14 (2) | 2005-07-14 (2) | ANGINA PECTORIS(Chest pain - cardiac) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 100 | 2005-07-25 (13) | 2005-07-14 (2) | PULMONARY EMBOLISM(Pulmonary embolism) | 9.1 | Resolved | No | No | Yes / {HO ME} | Severe |
| OL | QUETIAPINE 600 | 2006-01-29 (201) | 2005-10-02 (82) | VERTIGO(Vertigo) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-12-22 (163) | 2005-11-02 (113) | NAUSEA(Nausea) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2006-03-08 (239) | 2005-12-02 (143) | TREMOR(Tremors) | 9.1 | Resolved | No | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

1891

CONFIDENTIAL
AZSER12746338

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0108006 | Open Label - QUETIAPINE 100 | SAE |

**Descriptive text:**

{PULMONARY EMBOLISM} A report was received from an investigator concerning a 45 year-old female patient enrolled in study D1447C00126. A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.   The patient presented with a two week history of substernal chest pressure that worsened on the day of admission while she was driving.  The patient explained that the chest pain was constant with no alleviating factors but aggravated by deep breathing.  The patient was admitted to the hospital on 14-Jul-2005.   A CT of the chest showed a right lower lobe pulmonary embolus.  The patient was then started on enoxaparin sodium 1 mg/kg daily, and warfarin sodium 7.5 mg daily.  The patient presented with a severe migraine headache at time of hospital admission. The headache was completely relieved with morphine, nitropaste and metoclopramide HCl; the patient was discharged on 16-Jul-2005.  The investigator considered the event to be unrelated to the study therapy.   Summary of follow-up received by AstraZeneca on 08-Sep-2005: Stop date for SAE/final outcome; suspect drug dosage/frequency; action taken; concom meds; narrative updated.

1892

3

CONFIDENTIAL
AZSER12746339

**Narrative event** SAE

**Subject identifier** D1447C00126/E0108006

**Study phase-treatment during which event occurred** Open Label - QUETIAPINE 100

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-07-06 (-7) | PreTrt | 4.9 (mmol/L) | 4.9 (%) | 0.84 (mmol/L) | 4.58 (mmol/L) | 1.86 (mmol/L) | | 135 (g/L) |
| Visit prior to Event | Enrollment | 2005-07-06 (-7) | PreTrt | 4.9 (mmol/L) | 4.9 (%) | 0.84 (mmol/L) | 4.58 (mmol/L) | 1.86 (mmol/L) | | 135 (g/L) |
| Visit after Event | S4 | 2005-08-10 (29) | QUETIAPINE 400 | | | | | | | 126 (g/L) |
| Final Study Visit | V23 | 2006-08-24 (239) | QUETIAPINE 400 | 4.4 (mmol/L) | 5.2 (%) | 0.86 (mmol/L) | 4.40 (mmol/L) | 1.63 (mmol/L) | | 121 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-07-06 (-7) | PreTrt | 404 (10**9/L) | 4.6 (10**9/L) | 3.25 (10**9/L) | 13 (IU/L) | 17 (IU/L) | 62 (umol/L) | 1.22 (mIU/L) | 13.9 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-07-06 (-7) | PreTrt | 404 (10**9/L) | 4.6 (10**9/L) | 3.25 (10**9/L) | 13 (IU/L) | 17 (IU/L) | 62 (umol/L) | 1.22 (mIU/L) | 13.9 (pmol/L) |
| Visit after Event | S4 | 2005-08-10 (29) | QUETIAPINE 400 | 381 (10**9/L) | 6.2 (10**9/L) | 4.51 (10**9/L) | | | | | |
| Final Study Visit | V23 | 2006-08-24 (239) | QUETIAPINE 400 | 450 (10**9/L) | 4.9 (10**9/L) | 3.38 (10**9/L) | 10 (IU/L) | 12 (IU/L) | 80 (umol/L) | 4.64 (mIU/L) | 13.0 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range. H=above normal range. NR=not recorded     * - unscheduled visit

1893

4

CONFIDENTIAL AZSER12746340

**Narrative event**
SAE

**Subject identifier**
D1447C00126/E0108006

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

## Weight: Include only if DAE due to weight

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

1894

5

CONFIDENTIAL
AZSER12746341

Narrative event
SAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Subject identifier**
D1447C00126/E0108006

## Medication information: Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-06-12 (-31)# | 2006-09-23 (269)# | Yes | CALCIUM CARBONATE | U, U | Gastroesophageal reflux disease |
| 2005-06-12 (-31)# | 2006-09-23 (269)# | Yes | CENTRUM | 1 tab | Supplement prophylaxis (health) |
| 2005-06-12 (-31)# | 2006-09-23 (269)# | Yes | RANITIDINE | 150 mg | Gastroesophageal reflux disease |
| 2005-07-13 (1) | 2005-07-15 (3) | No | LITHIUM | 300 mg | Mood stabilizer |
| 2005-07-14 (2) | 2005-07-14 (2) | No | ACETYLSALICYLIC ACID | 325 mg | Pulmonary embolism |
| 2005-07-14 (2) | 2005-07-14 (2) | No | FAMOTIDINE | 20 mg | Gastroesophageal reflux disease |
| 2005-07-14 (2) | 2005-07-14 (2) | No | GLYCERYL TRINITRATE | 1 Inch | Chest pain |
| 2005-07-14 (2) | 2005-07-14 (2) | No | METOCLOPRAMIDE | 30 mg | Nausea |
| 2005-07-14 (2) | 2005-07-14 (2) | No | MORPHINE | U, U | Headache |
| 2005-07-14 (2) | 2005-07-25 (13) | No | HEPARIN-FRACTION | 70 mg | Pulmonary embolism |
| 2005-07-15 (3) | 2005-07-17 (5) | No | WARFARIN | 7.5 mg | Pulmonary embolism |
| 2005-07-16 (4) | 2005-08-12 (31) | No | LITHIUM | 600 mg | Mood stabilizer |
| 2005-07-25 (13) | 2005-08-12 (31) | No | CYCLOBENZAPRINE | 30 mg | Back pain - lumbar sprain |

\# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

1895

6

CONFIDENTIAL
AZSER12746342

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0108012

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

Narrative event
SAE, DAE

**Narrative event:**

| | |
|---|---|
| Death: | No |
| SAE: | BREAST CANCER |
| DAE: | BREAST CANCER |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 63 | Female | Caucasian | 141 | 2005-07-27 | 2005-12-14 | QUETIAPINE 300 | 2006-01-25 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

| | |
|---|---|
| Current: | hypertension, hypothyroidism, hypercholestrolemia |
| Past: | kidney stones |

**Death information:**

| | |
|---|---|
| Date of death: | No death |
| Cause of death: | |
| Post-mortem: | |

1

1896

CONFIDENTIAL
AZSER12746343

**Subject identifier**
D1447C00126/E0108012

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 300 | 2005-08-03 (8) | 2005-08-03 (8) | VERTIGO(Vertigo) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 600 | 2005-08-07 (12) | 2006-01-13 (171) | SEDATION(Sedation) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-08-12 (17) | 2005-08-12 (17) | MUSCULAR WEAKNESS(Muscle weakness) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-08-13 (18) | 2005-08-15 (20) | CONSTIPATION(Constipation) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-10-20 (86) | NA | CONSTIPATION(Intermittent constipation) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 300 | 2005-12-08 (135) | 2005-12-22 (149) | BREAST CANCER(Breast cancer) | 9.1 | Resolved | No | Yes | Yes / {HO} | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

1897

CONFIDENTIAL
AZSER12746344

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0108012 | Open Label - QUETIAPINE 300 | SAE, DAE |

**Descriptive text:**

{BREAST CANCER} A report was received from an investigator concerning a 63-year-old female patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  Concomitant drugs included lorazepam for agitation, valproate semisodium for mood stabilizer, clonazepam for adjunct for bipolar disorder, acetylsalicylic acid for circulation, metoprolol succinate for hypertension, fenofibrate for hypercholesterol and rosuvastatin for hypercholesterolemia.  The patient had a history of hysterectomy, heart catheterization and hypothyroidism.  The patient began study drug on 27-JUL-2005 and experienced breast cancer which was diagnosed on 08-DEC-2005.  The patient had a mastectomy on 21-DEC-2005.  The patient was discharged on 22-DEC-2005.  Upon follow-up, relevant testing results noted.  X-ray, three views of left shoulder-patient complaint of pain.  Abnormal sclerosis in the body of the left scapula was suspicious for metastatic disease.  The event of breast cancer was considered serious due to hospitalization. The patient has recovered.  The investigator considered the event to be unrelated to the study therapy.

3

1898

CONFIDENTIAL
AZSER12746345

**Subject identifier**
D1447C00126/E0108012

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Narrative event**
SAE, DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-07-20 (-6) | PreTrt | 5.7 (mmol/L) | 6.3 (%)H | 2.03 (mmol/L) | 5.08 (mmol/L) | 1.61 (mmol/L) | | 145 (g/L) |
| Visit prior to Event | S6 | 2005-10-19 (85) | QUETIAPINE 500 | 4.7 (mmol/L) | 6.0 (%) | | | | | 137 (g/L) |
| Visit after Event | S13 | 2006-01-25 (183) | OffTrt | 4.8 (mmol/L) | 4.6 (%) | 1.77 (mmol/L) | 4.58 (mmol/L) | 1.63 (mmol/L) | | 125 (g/L) |
| Final Study Visit | S13 | 2006-01-25 (183) | OffTrt | 4.8 (mmol/L) | 4.6 (%) | 1.77 (mmol/L) | 4.58 (mmol/L) | 1.63 (mmol/L) | | 125 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-07-20 (-6) | PreTrt | 285 (10**9/L) | 7.7 (10**9/L) | 5.63 (10**9/L) | 20 (IU/L) | 22 (IU/L) | 97 (umol/L) | 0.33 (mIU/L)L | 21.8 (pmol/L) |
| Visit prior to Event | S6 | 2005-10-19 (85) | QUETIAPINE 500 | 186 (10**9/L) | 6.0 (10**9/L) | 3.78 (10**9/L) | | | | | |
| Visit after Event | S13 | 2006-01-25 (183) | OffTrt | 359 (10**9/L) | 6.9 (10**9/L) | 4.28 (10**9/L) | 25 (IU/L) | 37 (IU/L)H | 97 (umol/L) | 0.03 (mIU/L)L | 31.0 (pmol/L)H |
| Final Study Visit | S13 | 2006-01-25 (183) | OffTrt | 359 (10**9/L) | 6.9 (10**9/L) | 4.28 (10**9/L) | 25 (IU/L) | 37 (IU/L)H | 97 (umol/L) | 0.03 (mIU/L)L | 31.0 (pmol/L)H |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range.  H=above normal range.  NR=not recorded    * - unscheduled visit

1899

4

CONFIDENTIAL
AZSER12746346

**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00126/E0108012

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

1900

CONFIDENTIAL
AZSER12746347