**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Subject identifier**
D1447C00126/E0108012

## Medication information: Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-06-26 (-31)# | 2006-01-13 (171)# | Yes | ACETYLSALICYLIC ACID | 81 mg | Prophylaxis |
| 2005-06-26 (-31)# | 2006-01-13 (171)# | Yes | HYDROCHLOROTHIAZIDE | 12.5 mg | Hypertension |
| 2005-06-26 (-31)# | 2006-01-13 (171)# | Yes | LEVOTHYROXINE | 100 mcg | Hypothyroidism |
| 2005-06-26 (-31)# | 2006-01-13 (171)# | Yes | METOPROLOL | 12.5 mg | Hypertension |
| 2005-06-26 (-31)# | 2006-01-13 (171)# | Yes | OLMESARTAN | 40 mg | Hypertension |
| 2005-06-26 (-31)# | 2006-01-13 (171)# | Yes | ROSUVASTATIN | 10 mg | Hypercholesterolemia |
| 2005-07-03 (-24) | 2006-01-13 (171)# | Yes | FENOFIBRATE | 160 mg | Hypercholesterol |
| 2005-07-16 (-11) | 2006-01-13 (171)# | Yes | LORAZEPAM | 0.5 mg | Bipolar disorder |
| 2005-08-26 (31) | 2005-12-13 (140) | No | VALPROIC ACID | 1000 mg | Bipolar disorder |
| 2005-10-20 (86) | 2006-01-13 (171)# | Yes | SENNA ALEXANDRINA | 8.6 mg | Constipation |
| 2005-12-12 (139) | 2006-01-13 (171)# | Yes | ESCITALOPRAM | 10 mg | Bipolar disorder |
| 2005-12-22 (149) | 2006-01-13 (171)# | Yes | ANASTROZOLE | 1 mg | Breast cancer |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

1901

6

CONFIDENTIAL
AZSER12746348

CONFIDENTIAL
AZSER12746349

**START OF E NARRATIVE**

| | Narrative event SAE |
| --- | --- |

**Subject identifier**
D1447C00126/E0110001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event:**

Death:          No

SAE:           CARDIAC STRESS TEST ABNORMAL

DAE:           No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 43 | Male | Caucasian | 150 | 2005-05-24 | 2005-10-20 | QUETIAPINE 600 | 2005-11-25 | Development of Study-Specific Discontinuation Criteria (depressive episode (mood event)) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
| --- | --- | --- |
| 35 | 2005-10-21 | 2005-11-24 |

**Medical History:**

Current:        coronary artery disease

Past:           myocardial infarct, hypercholestremia, irritable bowel syndrome, gastroesophageal reflux, seasonal allergies

**Death information:**

Date of death:       No death

Cause of death:

Post-mortem:

1902

1

**Subject identifier**
D1447C00126/E0110001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 600 | 2005-09-13 (113) | 2005-10-12 (142) | CARDIAC STRESS TEST ABNORMAL,(Possible abnormality on nuclear stress test) | 9.1 | Resolved | No | No | Yes / {HO} | Severe |
| OL | QUETIAPINE 700 | 2005-09-29 (129) | 2005-10-13 (143) | FATIGUE(Fatigue) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 700 | 2005-09-30 (130) | 2005-10-07 (137) | UPPER RESPIRATORY TRACT INFECTION(Upper resp infection) | 9.1 | Resolved | No | No | No | Mild |
| RD | PLACEBO 600 | 2005-11-02 (13) | NA | POOR QUALITY SLEEP(Poor sleep) | 9.1 | Continuing | Yes | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2

1903

CONFIDENTIAL
AZSER12746350

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0110001 | Open Label - QUETIAPINE 600 | SAE |

**Descriptive text:**

{POSSIBEL ABNORMALITY ON NUCLEAR STRESS TEST}  A report was received from an investigator concerning a 43-year-old male patient enrolled in study D1447C00126, a multicenter, randomized, parallel-group, double-blind, phase III comparison of the efficacy and safety of quetiapine fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to placebo when used as adjunct to mood stabilizers (lithium or valproate) in the maintenance treatment of bipolar I disorder in adult patients.  Concomitant drugs included clopidogrel sulfate for coronary artery disease, lisinopril for coronary artery disease, pantoprazole for gastroesophageal reflux disorder, diltiazem hydrochloride for coronary artery disease, atorvastatin for hypercholesterolemia and omega-3 marine triglycerides for coronary artery disease. Additional labwork obtained during hospitalization may have indicated hypothyroidism; however, the site was not able to confirm this at the time of initial reporting.  The patient began study drug with Seroquel on 24-MAY-2005. An abnormality was noted on the nuclear stress test which was part of the subject's susual cardiovascular care for treatment of coronary artery disease.  The subject underwent an angiogram that was unchanged from the previous angiograms.  The patient was hospitalized on 13-SEP-2005 as per routine for angiogram procedure.  The patient was discharged from the hospital on 14-SEP-2005 and the outcome was reported as resolved.  The Investigator considered the event of coronary artery disease to be serious due to the criteria of hospitalization. Therapy with Seroquel continued without change. The Investigator considered the event to be unrelated to the study therapy.

1904

3

CONFIDENTIAL
AZSER12746351

**Narrative event** SAE

**Subject identifier** D1447C00126/E0110001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-05-18 (-6) | PreTrt | | 5.1 (%) | 1.30 (mmol/L) | 2.75 (mmol/L)L | 1.24 (mmol/L) | | 163 (g/L) |
| Visit prior to Event | S6 | 2005-08-17 (86) | PLACEBO 600 | 6.2 (mmol/L) | 5.4 (%) | | | | | 156 (g/L) |
| Visit after Event | Randomization (V1) | 2005-10-21 (1) | PLACEBO 600 | 4.9 (mmol/L) | 5.4 (%) | 1.86 (mmol/L) | 3.08 (mmol/L)L | 1.19 (mmol/L) | | 153 (g/L) |
| Final Study Visit | V23 | 2005-11-25 (186) | NA | 4.9 (mmol/L) | 5.4 (%) | 1.19 (mmol/L) | 2.69 (mmol/L)L | 1.14 (mmol/L) | | 158 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Leukocyte count | Platelet count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-05-18 (-6) | PreTrt | 5.8 (10**9/L) | 171 (10**9/L) | 2.54 (10**9/L) | 12 (IU/L) | 28 (IU/L) | 88 (umol/L) | 3.02 (mIU/L) | 14.8 (pmol/L) |
| Visit prior to Event | S6 | 2005-08-17 (86) | PLACEBO 600 | 8.1 (10**9/L) | 173 (10**9/L) | 5.35 (10**9/L) | | | | | |
| Visit after Event | Randomization (V1) | 2005-10-21 (1) | PLACEBO 600 | 5.2 (10**9/L) | 196 (10**9/L) | 2.71 (10**9/L) | 22 (IU/L) | 31 (IU/L) | 80 (umol/L) | 3.74 (mIU/L) | 10.4 (pmol/L) |
| Final Study Visit | V23 | 2005-11-25 (186) | NA | 5.2 (10**9/L) | 178 (10**9/L) | 2.07 (10**9/L) | 24 (IU/L) | 25 (IU/L) | 88 (umol/L) | 4.24 (mIU/L) | 14.4 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * = unscheduled visit

1905

4

CONFIDENTIAL
AZSER12746352

Narrative event
SAE

Subject identifier
D1447C00126/E0110001

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 600

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

1906

5

CONFIDENTIAL
AZSER12746353

Subject identifier
D1447C00126/E0110001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

Narrative event
SAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-04-23 (-31)# | 2005-12-24 (65)# | Yes | ATORVASTATIN | 40 mg | Hypercholestremia |
| 2005-04-23 (-31)# | 2005-12-24 (65)# | Yes | CLOPIDOGREL | 75 mg | Coronary artery disease |
| 2005-04-23 (-31)# | 2005-12-24 (65)# | Yes | DILTIAZEM | 240 mg | Coronary artery disease |
| 2005-04-23 (-31)# | 2005-12-24 (65)# | Yes | OMEGA-3 MARINE TRIGLYCERIDES | U .U | Coronary artery disease |
| 2005-04-23 (-31)# | 2005-12-24 (65)# | Yes | PANTOPRAZOLE | 40 mg | Gastric reflux |
| 2005-06-21 (29) | 2005-12-24 (65)# | Yes | VALPROIC ACID | 2000 mg | Bipolar |
| 2005-08-09 (78) | 2005-12-24 (65)# | Yes | LISINOPRIL | 2.5 mg | Coronary artery disease |
| 2005-10-01 (131) | 2005-10-05 (135) | No | CEFALEXIN | 1000 mg | Upper resp. infection |
| 2005-10-01 (131) | 2005-10-05 (135) | No | CEFALEXIN | 1000 mg | Upper resp infection |
| 2005-10-01 (131) | 2005-10-05 (135) | No | PREDNISONE | 10 mg | Upper resp infection |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

1907

6

CONFIDENTIAL
AZSER12746354

**START OF E NARRATIVE**

Narrative event
SAE, DAE

**Subject identifier**
D1447C00126/E0112002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event:**

Death:          No

SAE:            DEPRESSION

DAE:            DEPRESSION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 46 | Female | Black | 7 | 2005-06-29 | 2005-07-05 | QUETIAPINE 200 | 2005-07-20 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:

Past:

**Death information:**

Date of death:          No death

Cause of death:

Post-mortem:

1908

1

CONFIDENTIAL
AZSER12746355

**Subject identifier**
D1447C00126/E0112002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 200 | 2005-07-03 (5) | 2005-07-10 (12) | DEPRESSION(Exacerbation of depression) | 9.1 | Resolved | No | Yes | Yes / {HO} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

1909

2

CONFIDENTIAL
AZSER12746356

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0112002 | Open Label - QUETIAPINE 200 | SAE, DAE |

**Descriptive text:**

{EXACERBATION OF DEPRESSION} A report was received from an investigator concerning a 48 year old female patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included bupropion hydrochloride for manic depression, fluoxetine hydrochloride for manic depression, lamotrigine for manic depression and valproate semisodium for manic depression. The patient had a history of rape, hypertension and bruising. The patient began study drug on 29-JUN-2006 and experienced exacerbation of depression which started on 03-JUL-2006. The event(s) were considered serious due to hospitalization. The patient recovered without sequelae. The investigator considered the event(s) to be unrelated to the study therapy.

3

1910

CONFIDENTIAL
AZSER12746357

**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00126/E0112002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-22 (-6) | PreTrt | 5.0 (mmol/L) | 5.3 (%) | 0.94 (mmol/L) | 4.82 (mmol/L) | 1.66 (mmol/L) | | 136 (g/L) |
| Visit prior to Event | Enrollment | 2005-06-22 (-6) | PreTrt | 5.0 (mmol/L) | 5.3 (%) | 0.94 (mmol/L) | 4.82 (mmol/L) | 1.66 (mmol/L) | | 136 (g/L) |
| Visit after Event | S13 | 2005-07-20 (22) | OffTrt | 3.9 (mmol/L) | 5.6 (%) | 1.14 (mmol/L) | 4.97 (mmol/L) | 1.66 (mmol/L) | | 132 (g/L) |
| Final Study Visit | S13 | 2005-07-20 (22) | OffTrt | 3.9 (mmol/L) | 5.6 (%) | 1.14 (mmol/L) | 4.97 (mmol/L) | 1.66 (mmol/L) | | 132 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-22 (-6) | PreTrt | 425 (10**9/L) | 10.6 (10**9/L) | 5.08 (10**9/L) | 14 (IU/L) | 19 (IU/L) | 62 (umol/L) | 0.59 (mIU/L) | 13.5 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-06-22 (-6) | PreTrt | 425 (10**9/L) | 10.6 (10**9/L) | 5.08 (10**9/L) | 14 (IU/L) | 19 (IU/L) | 62 (umol/L) | 0.59 (mIU/L) | 13.5 (pmol/L) |
| Visit after Event | S13 | 2005-07-20 (22) | OffTrt | 428 (10**9/L) | 12.0 (10**9/L) | 6.36 (10**9/L) | 7 (IU/L) | 16 (IU/L) | 62 (umol/L) | 0.63 (mIU/L) | 16.4 (pmol/L) |
| Final Study Visit | S13 | 2005-07-20 (22) | OffTrt | 428 (10**9/L) | 12.0 (10**9/L) | 6.36 (10**9/L) | 7 (IU/L) | 16 (IU/L) | 62 (umol/L) | 0.63 (mIU/L) | 16.4 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range. H=above normal range. NR=not recorded     * = unscheduled visit

1911

4

CONFIDENTIAL
AZSER12746358

Narrative event
SAE, DAE

**Subject identifier**
D1447C00126/E0112002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

1912

5

CONFIDENTIAL
AZSER12746359

| | Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|---|
| | D1447C00126/E0112002 | Open Label - QUETIAPINE 200 | SAE, DAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-06-29 (1) | 2005-07-05 (7) | No | VALPROIC ACID | 250 mg | Manic depression |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

1913

CONFIDENTIAL
AZSER12746360

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E0115013

Study phase-treatment during which event occurred
Pre-Treatment - NA

Narrative event
SAE

**Narrative event:**

Death:         No

SAE:           GASTRITIS

DAE:           No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 28 | Female | Caucasian | 28 | 2005-12-16 | 2006-01-12 | NA | 2006-02-08 | Subject Lost to Follow-up |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:        barretts esophagitis, irritable bowel syndrome, peptic ulcer disease

Past:

**Death information:**

Date of death:       No death

Cause of death:

Post-mortem:

1914

1

CONFIDENTIAL
AZSER12746361

**Subject identifier**
D1447C00126/E0115013

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-01-07 (-343) | 2006-01-11 (27) | GASTRITIS(Gastritis) | 9.1 | Resolved | No | No | Yes / {HO ME} | Severe |
| OffTrt | | 2006-02-05 (52) | NA | UPPER RESPIRATORY TRACT INFECTION(Upper respiratory infection) | 9.1 | Continuing | No | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2

1915

CONFIDENTIAL
AZSER12746362

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0115013 | Pre-Treatment - NA | SAE |

**Descriptive text:**

{GASTRITIS} A report was received from an investigator concerning a 28-year-old female patient enrolled in study D1447C00126, a Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  Concomitant drugs included alprazolam, lansoprazole and metoclopramide hydrochloride. The patient had a history of Barrett's esophagus, irritable bowel syndrome and peptic ulcer disease.  The patient began study drug with Seroquel (quetiapine fumarate) 100 mg QD oral on 16-Dec-2005 to 19-Dec-2005.  On 20-Dec-2005, the dose was increased to 200 mg QD and on 23-Dec-2005 was increased to 400 mg QD.  On 29-Dec-2005, the dose was increased to 600 mg QD.  On 07-Jan-2006, the patient was hospitalized due to EGD (esophagogastroduodenoscopy) finding - esophageal gastritis - Barrett's esophagus.  The patient had presented to the hospital with gastric pain and hemetemesis.  Obstructive series test was done.  The patient has not yet recovered.  Study drug continued uninterrupted.  The investigator considered the event of esophageal gastritis - Barrett's esophagus to be unrelated to the study therapy.

3

1916

CONFIDENTIAL
AZSER12746363

**Subject identifier**
D1447C00126/E0115013

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Narrative event**
SAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-12-07 (-8) | PreTrt | 6.0 (mmol/L) | | 3.70 (mmol/L)H | 7.17 (mmol/L)H | 1.53 (mmol/L) | | |
| Visit of Event | Enrollment | 2005-12-07 (-8) | PreTrt | 6.0 (mmol/L) | | 3.70 (mmol/L)H | 7.17 (mmol/L)H | 1.53 (mmol/L) | | |
| Visit after Event | S4 | 2006-01-12 (28) | QUETIAPINE 600 | | | | | | | 146 (g/L) |
| Final Study Visit | S5 | 2006-02-08 (55) | OffTrt | | | | | | | 151 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-12-07 (-8) | PreTrt | | | | 13 (IU/L) | 20 (IU/L) | 53 (umol/L) | 3.08 (mIU/L) | 11.5 (pmol/L) |
| Visit of Event | Enrollment | 2005-12-07 (-8) | PreTrt | | | | 13 (IU/L) | 20 (IU/L) | 53 (umol/L) | 3.08 (mIU/L) | 11.5 (pmol/L) |
| Visit after Event | S4 | 2006-01-12 (28) | QUETIAPINE 600 | 294 (10**9/L) | 5.5 (10**9/L) | 3.02 (10**9/L) | | | | | |
| Final Study Visit | S5 | 2006-02-08 (55) | OffTrt | 305 (10**9/L) | 13.7 (10**9/L)H | 6.44 (10**9/L)H | | | | | |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range.  H=above normal range.  NR=not recorded   * - unscheduled visit

1917

4

CONFIDENTIAL
AZSER12746364

Narrative event
SAE

**Subject identifier**
D1447C00126/E0115013

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

1918

CONFIDENTIAL
AZSER12746365

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Subject identifier**
D1447C00126/E0115013

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-12-16 (1)# | 2006-02-11 (58)# | Yes | ALPRAZOLAM | 3 mg | Anxiety |
| 2005-12-16 (1)# | 2006-02-11 (58)# | Yes | ESOMEPRAZOLE | 80 mg | Barrets esophagus |
| 2005-12-16 (1)# | 2006-02-11 (58)# | Yes | LANSOPRAZOLE | 30 mg | Barrets esophagus |
| 2005-12-16 (1)# | 2006-02-11 (58)# | Yes | METOCLOPRAMIDE | 60 mg | IBS |
| 2006-01-07 (23) | 2006-01-11 (27) | No | HYDROMORPHONE | 3 mg | Gastritis, Esophagitis |
| 2006-01-07 (23) | 2006-01-11 (27) | No | ONDANSETRON | 8 mg | Hemeteresis |
| 2006-01-07 (23) | 2006-01-11 (27) | No | PROMETHAZINE | 50 mg | Hemeteresis |
| 2006-01-07 (23) | 2006-01-11 (27) | No | ZOLPIDEM | 10 mg | Insomnia |
| 2006-01-07 (23) | 2006-02-11 (58)# | Yes | PANTOPRAZOLE | 80 mg | Gastritis, PUD |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

1919

CONFIDENTIAL
AZSER12746366

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E0117014

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event**
SAE, DAE

**Narrative event:**

Death:                    No

SAE:                      DEPRESSION, SUICIDE ATTEMPT

DAE:                      DEPRESSION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|------------------------|
| 47 | Female | Caucasian | 47 | 2005-09-02 | 2005-10-18 | QUETIAPINE 500 | 2005-10-21 | Adverse Event |

**Days on randomized treatment      Started randomized treatment      Stopped randomized treatment**

NA

**Medical History:**

Current:          herniated disc, hypertension, carpal tunnel syndrome

Past:             post - operative seizure, concussion with amnesia

**Death information:**

Date of death:             No death

Cause of death:

Post-mortem:

1920

CONFIDENTIAL
AZSER12746367

**Subject identifier**
DI447C00126/E0117014

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-08-30 (-3) | NA | DRY MOUTH(Dry mouth) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 300 | 2005-09-07 (6) | 2005-10-04 (33) | ROTATOR CUFF SYNDROME(Torn R rotator cuff) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-09-17 (16) | NA | CONSTIPATION(Constipation) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-09-17 (16) | 2005-09-23 (22) | DYSARTHRIA(Slurred speech) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-09-17 (16) | 2005-09-24 (23) | TONGUE BLISTERING(Tongue blisters) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-09-17 (16) | 2005-09-24 (23) | HERPES SIMPLEX(Cold sores) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-09-17 (16) | 2005-09-26 (25) | BALANCE DISORDER(Balance difficulty) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-09-26 (25) | 2005-09-26 (25) | PANIC ATTACK(Panic attack) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 500 | 2005-10-08 (37) | NA | DEPRESSION(Depression) | 9.1 | Continuing | No | Yes | Yes / {HO} | Severe |
| OffTrt | | 2005-10-21 (50) | NA | VISION BLURRED(Blurred vision) | 9.1 | Continuing | No | | No | Moderate |
| OffTrt | | 2005-10-27 (56) | NA | COORDINATION ABNORMAL(Ataxia) | 9.1 | Continuing | Yes | No | No | Severe |
| OffTrt | | 2005-10-27 (56) | NA | DYSARTHRIA(Slurred speech) | 9.1 | Continuing | Yes | No | No | Severe |
| OffTrt | | 2005-10-27 (56) | NA | SEDATION(Oversedation) | 9.1 | Continuing | Yes | No | No | Severe |
| OffTrt | | 2005-10-31 (60) | NA | SUICIDAL IDEATION(Suicidal ideation) | 9.1 | Continuing | No | | No | Moderate |

1921

2

CONFIDENTIAL
AZSER12746368

Subject identifier
D1447C00126/E0117014

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event**
SAE, DAE

| Study phase when event began | Treatment when event began | MedDRA term (investigator text) | Date started (study day) | Date stopped (study day) | MedDRA version | Outcome | Related to IP | Discon- tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OffTrt | | SUICIDE ATTEMPT(Suicide attempt) | 2005-11-01 (61) | 2005-11-02 (62) | 9.1 | Resolved | No | | Yes / {HO} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

3

1922

CONFIDENTIAL
AZSER12746369

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0117014 | Open Label - QUETIAPINE 500 | SAE, DAE |

**Descriptive text:**

{DEPRESSION, SUICIDE ATTEMPT} A report was received from an investigator concerning a 47-year-old female patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Past medical history included five suicide attempts, fibromyalgia, substance abuse, and sexual and physical abuse. Concomitant drugs included carisoprodol for herniated disc, ibuprofen for herniated disc, bupropion hydrochloride for depression, multivitamin, ginkgo biloba for memory, ascorbic acid, tocopherol, valproate semi sodium for mood stabilizer, alprazolam for anxiety, clonazepam for anxiety, venlafaxine hydrochloride for depression, quetiapine fumarate for bipolar, Adderall for attention deficit disorder, hydrochlorothiazide for hypertension and metoprolol for hypertension. The patient began study drug on 02-SEP-2005. On 31-Oct-2005, the patient experienced depression. The depression worsened with severe insomnia. The patient overused nighttime medication to sleep and became oversedated and ataxic. The event was considered serious due to hospitalization. On 02-Nov-2005, the patient hid Soma (carisoprodol) and later she was found unconscious in her room and was taken to another institution for stabilization. The patient was discharged from the hospital on 17-Nov-2005. In the absence of investigator causality, an AstraZeneca physician considered the event of depression to be unrelated to the study therapy. The investigator considered the events unrelated to study therapy.

1923

4

CONFIDENTIAL
AZSER12746370

**Subject identifier**
D1447C00126/E0117014

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event**
SAE, DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-30 (-2) | PreTrt | 4.7 (mmol/L) | 5.1 (%) | 2.40 (mmol/L) | 6.03 (mmol/L)H | 1.89 (mmol/L) | | 138 (g/L) |
| Visit prior to Event | S4 | 2005-09-28 (27) | QUETIAPINE 500 | | | | | | | 127 (g/L) |
| Final Study Visit | S13 | 2005-10-20 (49) | OffTrt | 4.8 (mmol/L) | 5.4 (%) | 1.97 (mmol/L) | 6.50 (mmol/L)H | 1.40 (mmol/L) | | 132 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-30 (-2) | PreTrt | 278 (10**9/L) | 4.5 (10**9/L) | 2.25 (10**9/L) | 16 (IU/L) | 21 (IU/L) | 71 (umol/L) | 1.14 (mIU/L) | 18.8 (pmol/L) |
| Visit prior to Event | S4 | 2005-09-28 (27) | QUETIAPINE 500 | 363 (10**9/L) | 4.0 (10**9/L)L | 2.33 (10**9/L) | | | | | |
| Final Study Visit | S13 | 2005-10-20 (49) | OffTrt | 340 (10**9/L) | 4.0 (10**9/L)L | 1.94 (10**9/L)L | 10 (IU/L) | 13 (IU/L) | 62 (umol/L) | 0.95 (mIU/L) | 10.2 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H - above normal range, NR=not recorded    * - unscheduled visit

5

1924

CONFIDENTIAL
AZSER12746371

**Subject identifier**
D1447C00126/E0117014

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event**
SAE, DAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

6

1925

CONFIDENTIAL
AZSER12746372

**Subject identifier**
D1447C00126/E0117014

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 1999-01-01 (-2436) | 2005-11-17 (77)# | Yes | VITAMINS NOS | 1 tab | Nutritional supplement |
| 2005-04-01 (-154) | 2005-11-17 (77)# | Yes | IBUPROFEN | 2400 mg | Herniated disc PRN |
| 2005-06-01 (-93) | 2005-11-17 (77)# | Yes | GINKGO BILOBA | U U | Memory |
| 2005-07-15 (-49) | 2005-11-17 (77)# | Yes | BUPROPION | 150 mg | Depression |
| 2005-08-02 (-31)# | 2005-11-17 (77)# | Yes | ASCORBIC ACID | 1000 mg | Nutritional supplement |
| 2005-08-02 (-31)# | 2005-11-17 (77)# | Yes | HYDROCHLOROTHIAZIDE | 25 mg | Hypertension |
| 2005-08-02 (-31)# | 2005-11-17 (77)# | Yes | METOPROLOL | 100 mg | Hypertension |
| 2005-08-02 (-31)# | 2005-11-17 (77)# | Yes | TOCOPHEROL | 400 units | Nutritional supplement |
| 2005-09-25 (24) | 2005-10-18 (47) | No | ALPRAZOLAM | 3 mg | Anxiety |
| 2005-09-30 (29) | 2005-10-12 (41) | No | VALPROIC ACID | 1500 mg | Mood stabilizer |
| 2005-10-08 (37) | 2005-11-17 (77)# | Yes | CARISOPRODOL | 1050 mg | Herniated disc |
| 2005-10-13 (42) | 2005-10-20 (49) | No | VALPROIC ACID | 2000 mg | Mood stabilizer |
| 2005-10-20 (49) | 2005-10-20 (49) | No | CLONAZEPAM | 1 mg | Anxiety |
| 2005-10-20 (49) | 2005-10-24 (53) | No | QUETIAPINE | 600 mg | Bipolar |
| 2005-10-20 (49) | 2005-10-24 (53) | No | VENLAFAXINE | 75 mg | Depression |
| 2005-10-21 (50) | 2005-10-28 (57) | No | CLONAZEPAM | 4 mg | Anxiety |
| 2005-10-21 (50) | 2005-11-17 (77)# | Yes | VALPROIC ACID | 1500 mg | Mood stabilizer |
| 2005-10-24 (53) | 2005-11-17 (77)# | Yes | OBETROL | 10 mg | Attention deficit disorder |
| 2005-10-25 (54) | 2005-11-17 (77)# | Yes | QUETIAPINE | 650 mg | Bipolar |
| 2005-10-25 (54) | 2005-11-17 (77)# | Yes | VENLAFAXINE | 150 mg | Depression |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

7

1926

CONFIDENTIAL
AZSER12746373

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0119009

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 500

Narrative event
SAE

**Narrative event:**

Death:               No

SAE:                 CELLULITIS

DAE:                 No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 42 | Female | Caucasian | 50 | 2005-10-27 | 2005-12-15 | QUETIAPINE 500 | 2005-12-15 | Subject not Willing to Continue Study |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:

Past:

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

1927

1

CONFIDENTIAL
AZSER12746374

**Subject identifier**
D1447C00126/E0119009

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term  (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 250 | 2005-10-27 (1) | NA | DRY MOUTH(Dry mouth) | 9.1 | Continuing | No | No | No | Moderate |
| OL | QUETIAPINE 250 | 2005-10-27 (1) | NA | INCREASED APPETITE(Increased Appetite) | 9.1 | Continuing | No | No | No | Moderate |
| OL | QUETIAPINE 500 | 2005-11-10 (15) | 2005-11-18 (23) | FLATULENCE(Gas) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 500 | 2005-11-13 (18) | 2005-11-23 (28) | CELLULITIS(Cellulitis right foot) | 9.1 | Resolved | No | No | Yes / {HO} | Moderate |
| OL | QUETIAPINE 400 | 2005-11-23 (28) | NA | SEDATION(Sedation) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-11-28 (33) | 2005-11-30 (35) | DYSKINESIA(Involuntary muscle jerking) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-11-28 (33) | 2005-11-30 (35) | COORDINATION ABNORMAL(Uncoordinated) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-11-28 (33) | 2005-11-30 (35) | TINNITUS(Ringing in ears) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-11-28 (33) | 2005-11-30 (35) | VERTIGO(Vertigo) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-12-01 (36) | NA | DISTURBANCE IN ATTENTION(Difficulty concentrating) | 9.1 | Continuing | No | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

1928

CONFIDENTIAL
AZSER12746375

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0119009 | Open Label - QUETIAPINE 500 | SAE |

**Descriptive text:**

{CELLULITIS - RIGHT FOOT} A report was received from an investigator concerning a 43 year old female patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included dyazide for hypertension and ziac for hypertension. The patient began study drug on 27-OCT-2005 and experienced cellulitis - right foot which started on 21-NOV-2005. The event(s) were considered serious due to hospitalization. The investigator considered the event(s) to be unrelated to the study therapy.

1929

3

CONFIDENTIAL
AZSER12746376

**Narrative event**
SAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Subject identifier**
D1447C00126/E0119009

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-10-20 (-6) | PreTrt | 4.2 (mmol/L) | 5.0 (%) | 0.66 (mmol/L) | 4.48 (mmol/L) | 2.54 (mmol/L) H | | 155 (g/L) |
| Visit prior to Event | Enrollment | 2005-10-20 (-6) | PreTrt | 4.2 (mmol/L) | 5.0 (%) | 0.66 (mmol/L) | 4.48 (mmol/L) | 2.54 (mmol/L) H | | 155 (g/L) |
| Visit of Event | S4 | 2005-11-23 (28) | QUETIAPINE 400 | | | | | | | 135 (g/L) |
| Visit after Event | S13 | 2005-12-15 (50) | QUETIAPINE 400 | | 4.9 (%) | 0.94 (mmol/L) | 3.99 (mmol/L) | 2.02 (mmol/L) | | |
| Final Study Visit | S13 | 2005-12-15 (50) | QUETIAPINE 400 | | 4.9 (%) | 0.94 (mmol/L) | 3.99 (mmol/L) | 2.02 (mmol/L) | | |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-10-20 (-6) | PreTrt | 220 (10**9/L) | 3.4 (10**9/L)L | 1.39 (10**9/L)L | 16 (IU/L) | 30 (IU/L) | 80 (umol/L) | 1.60 (mIU/L) | 11.5 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-10-20 (-6) | PreTrt | 220 (10**9/L) | 3.4 (10**9/L)L | 1.39 (10**9/L)L | 16 (IU/L) | 30 (IU/L) | 80 (umol/L) | 1.60 (mIU/L) | 11.5 (pmol/L) |
| Visit of Event | S4 | 2005-11-23 (28) | QUETIAPINE 400 | 199 (10**9/L) | 3.0 (10**9/L)L | | | | | | |
| Visit after Event | S13 | 2005-12-15 (50) | QUETIAPINE 400 | | | | 20 (IU/L) | 25 (IU/L) | 80 (umol/L) | 3.04 (mIU/L) | 10.1 (pmol/L) |
| Final Study Visit | S13 | 2005-12-15 (50) | QUETIAPINE 400 | | | | 20 (IU/L) | 25 (IU/L) | 80 (umol/L) | 3.04 (mIU/L) | 10.1 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * = unscheduled visit

1930

4

CONFIDENTIAL
AZSER12746377

**Narrative event**
SAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

1931

**Subject identifier**
D1447C00126/E0119009

5

CONFIDENTIAL
AZSER12746378

Narrative event
SAE

Subject identifier
D1447C00126/E0119009

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 500

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

6

1932

CONFIDENTIAL
AZSER12746379

Narrative event
SAE

**Subject identifier**
D1447C00126/E0119009

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

## Medication information: Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2003-04-03 (-938) | 2006-01-14 (80)# | Yes | FLUOXETINE | 40 mg | Bipolar |
| 2005-10-17 (-10) | 2006-01-14 (80)# | Yes | VALPROIC ACID | 1000 mg | Bipolar |
| 2005-11-21 (26) | 2005-11-23 (28) | No | VANCOMYCIN | U mg | Cellulitis (R) foot |
| 2005-11-23 (28) | 2005-12-15 (50) | No | CEFDINIR | 600 mg | Cellulitis (R) foot |
| 2005-11-23 (28) | 2005-12-15 (50) | No | LEVOFLOXACIN | 500 mg | Cellulitis (R) foot |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

1933

7

CONFIDENTIAL
AZSER12746380

**START OF E NARRATIVE**
**Subject identifier**
D1447C00126/E0119014

**Narrative event:**

| | |
|---|---|
| Death: | No |
| SAE: | GLOBAL AMNESIA |
| DAE: | SEDATION |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 46 | Female | Caucasian | 38 | 2005-12-20 | 2006-01-26 | NA | 2006-02-06 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

| | |
|---|---|
| Current: | hypertension |
| Past: | fibroids (uterus) |

**Death information:**

| | |
|---|---|
| Date of death: | No death |
| Cause of death: | |
| Post-mortem: | |

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

Narrative event
SAE, DAE

1934

1

CONFIDENTIAL
AZSER12746381

**Subject identifier**
D1447C00126/E0119014

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discontinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-12-14 (-6) | 2006-02-06 (49) | SEDATION(Sedation) | 9.1 | Resolved | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 400 | 2006-01-11 (23) | 2006-02-06 (49) | TREMOR(Shaking hands) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2006-01-11 (23) | 2006-02-06 (49) | VISION BLURRED(Blurred vision) | 9.1 | Resolved | Yes | No | No | Moderate |
| OffTrt | | 2006-01-30 (42) | NA | INSOMNIA(Insomnia) | 9.1 | Continuing | No | No | No | Moderate |
| OffTrt | | 2006-01-30 (42) | 2006-02-01 (44) | GLOBAL AMNESIA(Transient global amnesia) | 9.1 | Resolved | Yes | No | Yes / {HO} | Moderate |
| OffTrt | | 2006-01-30 (42) | 2006-02-06 (49) | NAUSEA(Nausea) | 9.1 | Resolved | Yes | No | No | Moderate |
| OffTrt | | 2006-01-30 (42) | 2006-02-06 (49) | VOMITING(Vomiting) | 9.1 | Resolved | Yes | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

1935

CONFIDENTIAL
AZSER12746382

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0119014 | Pre-Treatment - NA | SAE, DAE |

**Descriptive text:**

{TRANSIENT GLOBAL AMNESIA} A report was received from an investigator concerning a 46-year-old female patient enrolled in study D1447C00126, a Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  Concomitant drugs included lamotrigine for bipolar, lithium for bipolar, dyazide for hypertension and ziac for hypertension.  The patient had a history of liver donor, hysterectomy and uterine fibroids.  On 20-Dec-2005, the patient began study drug with Seroquel 200 mg QD oral.  On 27-Dec-2005, the dose was increased to 300 mg QD and on 03-Jan-2006, the dose was increased to 400 mg QD.  On 25-Jan-2006, the patient discontinued open label Seroquel as she was unable to tolerate 400 mg dose.  The site had planned to discontinue the patient on 06-Feb-2006 in the office.   On 30-Jan-2006, the patient experienced transient global amnesia, nausea and vomiting and was hospitalized.  On the afternoon of 01-Feb-2006, the principal investigator received a call to consult with this patient in the hospital, at that time for an unknown event.   On 01-Feb-2006, the event of transient global amnesia was considered resolved.  Sudden onset of memory loss lasted 12 hours.  The events of nausea and vomiting were considered to be non-serious. On 02-Feb-2006, the patient was discharged from the hospital.   Initially, the company physician considered the event of hospitalization for unknown event to be unrelated to the study therapy.  On follow up, the investigator considered the events of transient global amnesia, nausea and vomiting to be related to the study therapy.  Summary of follow-up information received by AstraZeneca on 24-Feb-2006:  Amended event term from "hospitalization for unknown event" to "transient global amnesia"; added events of  nausea and vomiting; and updated narrative with event c course, hospital discharge date and investigator's causality assessment.  Summary of follow-up information received by AstraZeneca on 06-Nov-2006: As per SAE reconciliation and supporting documentation the events of nausea and vomiting were considered to be non-serious events.

3

1936

CONFIDENTIAL
AZSER12746383

**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00126/E0119014

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-12-14 (-5) | PreTrt | 4.8 (mmol/L) | 5.0 (%) | 1.16 (mmol/L) | 6.03 (mmol/L)H | 2.12 (mmol/L) H | | 142 (g/L) |
| Visit of Event | Enrollment | 2005-12-14 (-5) | PreTrt | 4.8 (mmol/L) | 5.0 (%) | 1.16 (mmol/L) | 6.03 (mmol/L)H | 2.12 (mmol/L) H | | 142 (g/L) |
| Visit of Event | S4 | 2006-01-17 (29) | QUETIAPINE 400 | | | | | | | 143 (g/L) |
| Visit of Event | S13 | 2006-02-06 (49) | OffTrt | 5.7 (mmol/L) | 5.0 (%) | 1.29 (mmol/L) | 4.45 (mmol/L) | 1.48 (mmol/L) | | 150 (g/L) |
| Final Study Visit | S13 | 2006-02-06 (49) | OffTrt | 5.7 (mmol/L) | 5.0 (%) | 1.29 (mmol/L) | 4.45 (mmol/L) | 1.48 (mmol/L) | | 150 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-12-14 (-5) | PreTrt | 308 (10**9/L) | 7.6 (10**9/L) | 5.37 (10**9/L) | 14 (IU/L) | 17 (IU/L) | 80 (umol/L) | 3.99 (mIU/L) | 11.6 (pmol/L) |
| Visit of Event | Enrollment | 2005-12-14 (-5) | PreTrt | 308 (10**9/L) | 7.6 (10**9/L) | 5.37 (10**9/L) | 14 (IU/L) | 17 (IU/L) | 80 (umol/L) | 3.99 (mIU/L) | 11.6 (pmol/L) |
| Visit of Event | S4 | 2006-01-17 (29) | QUETIAPINE 400 | 327 (10**9/L) | 7.4 (10**9/L) | 5.44 (10**9/L) | | | | | |
| Visit of Event | S13 | 2006-02-06 (49) | OffTrt | 414 (10**9/L) | 9.6 (10**9/L) | 8.04 (10**9/L) | 26 (IU/L) | 17 (IU/L) | 88 (umol/L) | 6.16 (mIU/L)H | 16.3 (pmol/L) |
| Final Study Visit | S13 | 2006-02-06 (49) | OffTrt | 414 (10**9/L) | 9.6 (10**9/L) | 8.04 (10**9/L) | 26 (IU/L) | 17 (IU/L) | 88 (umol/L) | 6.16 (mIU/L)H | 16.3 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.      L=below normal range, H=above normal range, NR=not recorded      * = unscheduled visit

1937

4

CONFIDENTIAL
AZSER12746384

**Narrative event**
SAE, DAE

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

1938

**Subject identifier**
D1447C00126/E0119014

5

CONFIDENTIAL
AZSER12746385

**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00126/E0119014

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

1939

6

CONFIDENTIAL
AZSER12746386

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

Subject identifier
D1447C00126/E0119014

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-05-23 (-211) | 2005-12-20 (1) | No | QUETIAPINE | 150 mg | Bipolar |
| 2005-07-11 (-162) | 2005-12-26 (7) | No | LAMOTRIGINE | 150 mg | Bipolar |
| 2005-11-19 (-31)# | 2006-02-25 (68)# | Yes | BISELECT | 5 mg | Hypertension |
| 2005-11-19 (-31)# | 2006-02-25 (68)# | Yes | DYAZIDE | 37.5 mg | Hypertension |
| 2005-12-05 (-15) | 2006-02-25 (68)# | Yes | LITHIUM | 900 mg | Bipolar |
| 2005-12-27 (8) | 2005-12-28 (9) | No | LAMOTRIGINE | 125 mg | Bipolar |
| 2005-12-29 (10) | 2006-01-03 (15) | No | LAMOTRIGINE | 100 mg | Bipolar |
| 2006-01-04 (16) | 2006-01-10 (22) | No | LAMOTRIGINE | 75 mg | Bipolar |
| 2006-01-11 (23) | 2006-01-17 (29) | No | LAMOTRIGINE | 50 mg | Bipolar |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

7

1940

CONFIDENTIAL
AZSER12746387

Narrative event
SAE

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E0119015

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event:**

| Death: | No |
| SAE: | CELLULITIS |
| DAE: | No |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 49 | Male | Caucasian | 113 | 2005-12-20 | 2006-04-11 | QUETIAPINE 200 | 2006-08-30 | Other (sponsor ended study) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| 141 | 2006-04-12 | 2006-08-30 |

**Medical History:**

| Current: | varicose veins both legs, patches of thickend skin both legs, hemorrhoids, dyslipidemia, chronic obstructive pulmonary disease, obesity |
| Past: | ingrown toenails, c-6 fracture |

**Death information:**

| Date of death: | No death |
| Cause of death: | |
| Post-mortem: | |

1941

1

CONFIDENTIAL
AZSER12746388

**Subject identifier** D1447C00126/E0119015

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event** SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discontinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-12-15 (-5) | 2005-12-15 (-5) | FALL(Fell on ice) | 9.1 | Resolved | No | No | No | Mild |
| PreTrt | | 2005-12-15 (-5) | 2006-04-25 (127) | PAIN IN EXTREMITY(Right leg pain due to fall) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 200 | 2005-12-26 (7) | 2006-04-25 (127) | CELLULITIS(Bilateral lower extremity cellulitis) | 9.1 | Resolved | No | No | Yes/{HO} | Moderate |
| OL | QUETIAPINE 500 | 2006-01-12 (24) | NA | HYPERTENSION(Hypertension) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 500 | 2006-01-12 (24) | NA | DIABETES MELLITUS(Diabetes mellitus) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 500 | 2006-01-17 (29) | NA | RHEUMATOID ARTHRITIS(Rheumatoid arthritis left knee) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2006-01-18 (30) | 2006-01-20 (32) | SEDATION(Sedation) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2006-01-18 (30) | 2006-01-20 (32) | DRY MOUTH(Dry mouth) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2006-01-18 (30) | 2006-04-25 (127) | PAIN IN EXTREMITY(Pain left leg) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2006-01-18 (30) | 2006-04-25 (127) | OEDEMA PERIPHERAL(Swelling left leg) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2006-04-01 (103) | 2006-04-01 (103) | DIZZINESS(Dizziness less than 1 minute) | 9.1 | Resolved | No | No | No | Mild |
| RD | PLACEBO 400 | 2006-07-31 (111) | 2006-08-04 (115) | DIZZINESS POSTURAL(2 brief episodes of dizziness upon standing) | 9.1 | Resolved | No | No | No | Moderate |
| RD | PLACEBO 400 | 2006-08-04 (115) | NA | SLEEP APNOEA SYNDROME(Sleep apnea) | 9.1 | Continuing | No | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

1942

2

CONFIDENTIAL
AZSER12746389

**Narrative event**
SAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

1943

**Subject identifier**
D1447C00126/E0119015

3

CONFIDENTIAL
AZSER12746390

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0119015 | Open Label - QUETIAPINE 200 | SAE |

**Descriptive text:**

{BILATERAL LOWER EXTREMITY CELLULITIS} A report was received from an investigator concerning a male patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included valproate semisodium for bipolar, plantago ovata for hemorrhoids, and acetylsalicylic acid for dyslipidemia. The patient had been hospitalized prior to study entry and was prescribed Seroquel 200 mg (11-Dec-2005 to 20-Dec-2005) in the hospital prior to study participation. The patient began open label study drug on 11-DEC-2005, and experienced bilateral lower extremity cellulitis on 26-Dec-2005. The patient presented with symptoms of pain, swelling, and redness of the lower right leg, and was admitted to the hospital on 26-Dec-2005. The patient was discharged from the hospital on 27-Dec-2005. The patient recovered on 25-Apr-2006. The event was considered serious due to hospitalization. The patient has not yet recovered. The investigator considered the event to be unrelated to the study therapy.

1944

4

CONFIDENTIAL
AZSER12746391

**Narrative event** SAE

**Subject identifier** D1447C00126/E0119015

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Triglycerides | Total Cholesterol | HDL | LDL | Hemoglobin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-12-13 (-7) | PreTrt | 5.3 (mmol/L) | 6.1 (%) | 3.03 (mmol/L)H | 4.12 (mmol/L) | 0.83 (mmol/L)L | | 138 (g/L) |
| Visit prior to Event | Enrollment | 2005-12-13 (-7) | PreTrt | 5.3 (mmol/L) | 6.1 (%) | 3.03 (mmol/L)H | 4.12 (mmol/L) | 0.83 (mmol/L)L | | 138 (g/L) |
| Visit of Event | S4 | 2006-01-18 (30) | PLACEBO 400 | | | | | | | 140 (g/L) |
| Visit of Event | S5 | 2006-02-14 (57) | PLACEBO 400 | | | | | | | 142 (g/L) |
| Visit of Event | S6 | 2006-03-14 (85) | PLACEBO 400 | 6.0 (mmol/L) | 6.8 (%)H | | | | | 142 (g/L) |
| Visit of Event | Randomization (V1) | 2006-04-11 (113) | PLACEBO 400 | 6.7 (mmol/L)H | 6.9 (%)H | 2.96 (mmol/L)H | 5.31 (mmol/L)H | 0.88 (mmol/L)L | | 136 (g/L) |
| Visit after Event | V7 | 2006-07-07 (87) | PLACEBO 400 | 7.7 (mmol/L)H | 6.8 (%)H | 4.19 (mmol/L)H | 5.75 (mmol/L)H | 0.91 (mmol/L)L | | 138 (g/L) |
| Final Study Visit | V23 | 2006-08-30 (141) | PLACEBO 400 | 6.4 (mmol/L) | 6.9 (%)H | 4.78 (mmol/L)H | 6.24 (mmol/L)H | 0.85 (mmol/L)L | | 138 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-12-13 (-7) | PreTrt | 248 (10**9/L) | 5.9 (10**9/L) | 2.79 (10**9/L) | 29 (IU/L) | 18 (IU/L) | 71 (umol/L) | 2.61 (mIU/L) | 12.9 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-12-13 (-7) | PreTrt | 248 (10**9/L) | 5.9 (10**9/L) | 2.79 (10**9/L) | 29 (IU/L) | 18 (IU/L) | 71 (umol/L) | 2.61 (mIU/L) | 12.9 (pmol/L) |
| Visit of Event | S4 | 2006-01-18 (30) | PLACEBO 400 | 311 (10**9/L) | 11.8 (10**9/L) | 5.66 (10**9/L) | | | | | |
| Visit of Event | S5 | 2006-02-14 (57) | PLACEBO 400 | 277 (10**9/L) | 8.6 (10**9/L) | 4.67 (10**9/L) | | | | | |

1945

5

CONFIDENTIAL
AZSER12746392

**Subject identifier**
D1447C00126/E0119015

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
SAE

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Visit of Event | S6 | 2006-03-14 (85) | PLACEBO 400 | 302 (10**9/L) | 7.9 (10**9/L) | 3.94 (10**9/L) | | | | | |
| Visit of Event | Randomiza tion (V1) | 2006-04-11 (113) | PLACEBO 400 | 296 (10**9/L) | 8.7 (10**9/L) | 4.29 (10**9/L) | 21 (IU/L) | 20 (IU/L) | 80 (umol/L) | 4.29 (mIU/L) | 12.3 (pmol/L) |
| Visit after Event | V7 | 2006-07-07 (87) | PLACEBO 400 | 266 (10**9/L) | 7.4 (10**9/L) | 3.82 (10**9/L) | 24 (IU/L) | 23 (IU/L) | 97 (umol/L) | 2.78 (mIU/L) | 15.2 (pmol/L) |
| Final Study Visit | V23 | 2006-08-30 (141) | PLACEBO 400 | 302 (10**9/L) | 8.1 (10**9/L) | 3.86 (10**9/L) | 18 (IU/L) | 16 (IU/L) | 88 (umol/L) | 5.82 (mIU/L)H | 13.9 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range.   H=above normal range.   NR=not recorded   * - unscheduled visit

1946

6

CONFIDENTIAL
AZSER12746393

Narrative event
SAE

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 200

Subject identifier
D1447C00126/E0119015

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

7

1947

CONFIDENTIAL
AZSER12746394

**Subject identifier**
D1447C00126/E0119015

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

## Medication information: Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-11-19 (-31)# | 2006-09-29 (171)# | Yes | ACETYLSALICYLIC ACID | 81 mg | Dyslipidemia |
| 2005-11-19 (-31)# | 2006-09-29 (171)# | Yes | PLANTAGO OVATA | 1 Tbsp | Hemorrhoids |
| 2005-12-11 (-9) | 2006-09-29 (171)# | Yes | VALPROIC ACID | 1500 mg | Bipolar |
| 2005-12-27 (8) | 2006-02-17 (60) | No | AMOXICILLIN W/CLAVULANATE POTASSIUM | 1750 mg | Bilateral lower extremity cellulitis |
| 2006-01-12 (24) | 2006-08-29 (140) | No | METFORMIN | 500 mg | Diabetes mellitus |
| 2006-01-12 (24) | 2006-09-29 (171)# | Yes | LISINOPRIL | U .U | Hypertension |
| 2006-01-17 (29) | 2006-09-29 (171)# | Yes | CELECOXIB | 200 mg | Rheumatoid arthritis left knee |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

8

1948

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E0122006

**Narrative event:**

| Death: | No |
|---|---|
| SAE: | COLONIC POLYP |
| DAE: | No |

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 37 | Female | Caucasian | 251 | 2005-06-09 | 2006-02-14 | QUETIAPINE 400 | 2006-08-23 | Other (sponsor stopped study) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| 190 | 2006-02-15 | 2006-08-23 |

**Medical History:**

Current:

Past:

**Death information:**

| Date of death: | No death |
|---|---|
| Cause of death: | |
| Post-mortem: | |

1949

1

CONFIDENTIAL
AZSER12746396

**Subject identifier** D1447C00126/E0122006

**Study phase-treatment during which event occurred** Open Label - QUETIAPINE 400

**Narrative event** SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon- tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-05-19 (-21) | NA | HYPERHIDROSIS(Hyperhydrosis) | 9.1 | Continuing | Yes | No | No | Mild |
| PreTrt | | 2005-06-08 (-1) | 2005-06-08 (-1) | BACK PAIN(Back ache) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 600 | 2005-06-30 (22) | NA | TREMOR(Hand tremors) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-07-24 (46) | 2005-08-07 (60) | BRONCHITIS(Bronchitis) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-08-01 (54) | NA | PSORIASIS(Psoriasis) | 9.1 | Continuing | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-10-01 (115) | 2006-02-23 (260) | DYSPEPSIA(Heart burn) | 9.1 | Resolved | No | No | No | Severe |
| OL | QUETIAPINE 400 | 2005-10-05 (119) | 2005-10-07 (121) | BRONCHITIS(Bronchitis) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-10-05 (119) | 2005-10-07 (121) | JOINT SPRAIN(Sprained ankle) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-12-06 (181) | 2005-12-13 (188) | COLONIC POLYP(Colonic polyps) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-12-06 (181) | 2005-12-22 (197) | HAEMORRHOIDS(Internal hemmoroids) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-12-06 (181) | 2005-12-22 (197) | RECTAL HAEMORRHAGE(Rectal bleeding) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-12-14 (189) | 2005-12-16 (191) | COLONIC POLYP(Colonic polyps) | 9.1 | Resolved | No | No | Yes/ {HO} | Severe |
| OL | QUETIAPINE 400 | 2005-12-17 (192) | 2005-12-26 (201) | GASTROINTESTINAL PAIN(Bowel cramps) | 9.1 | Resolved | No | No | No | Severe |
| OL | QUETIAPINE 400 | 2005-12-27 (202) | 2006-02-02 (239) | GASTROINTESTINAL PAIN(Bowel cramps) | 9.1 | Resolved | No | No | No | Moderate |

1950

2

CONFIDENTIAL
AZSER12746397

**Subject identifier**
D1447C00126/E0122006

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| RD | QUETIAPINE 400 | 2006-03-10 (24) | 2006-03-10 (24) | MIGRAINE(Migraine) | 9.1 | Resolved | No | No | No | Severe |
| RD | QUETIAPINE 400 | 2006-04-26 (71) | NA | CROHN'S DISEASE(Crohn's disease) | 9.1 | Continuing | No | No | No | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

3

1951

CONFIDENTIAL
AZSER12746398

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| DI447C00126/E0122006 | Open Label - QUETIAPINE 400 | SAE |

**Descriptive text:**

{COLONIC POLYPS} A report was received from an investigator concerning a female patient enrolled in study DI447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included valproate semisodium for bipolar disorder and hyoscamine for bowel cramps. The patient began study drug and experienced bowel cramps which started on 14-DEC-2005 and rectal bleeding which started on 14-DEC-2005. A biopsy polypectomy on 16-DEC-2005 descending colon showed early adenomatous polyp. The events were considered serious due to hospitalization. The company physician considered the events to be unrelated to the study therapy.

1952

4

CONFIDENTIAL
AZSER12746399

**Subject identifier**
D1447C00126/E0122006

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-02 (-7) | PreTrt | 4.4 (mmol/L) | 4.8 (%) | 1.03 (mmol/L) | 3.55 (mmol/L) | 0.96 (mmol/L)L | | 130 (g/L) |
| Visit prior to Event | S9 | 2005-11-29 (174) | QUETIAPINE 400 | 7.7 (mmol/L)H | 5.4 (%) | | | | | 142 (g/L) |
| Visit after Event | Randomization (V1) | 2006-02-15 (1) | QUETIAPINE 500 | 4.4 (mmol/L) | 5.1 (%) | 1.48 (mmol/L) | 4.69 (mmol/L) | 1.09 (mmol/L) | | 140 (g/L) |
| Final Study Visit | V23 | 2006-08-23 (190) | QUETIAPINE 400 | 4.2 (mmol/L) | 5.5 (%) | 1.92 (mmol/L) | 5.41 (mmol/L)H | 1.22 (mmol/L) | | 144 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-02 (-7) | PreTrt | 311 (10**9/L) | 9.3 (10**9/L) | 6.87 (10**9/L) | 5 (IU/L)L | 15 (IU/L) | 71 (umol/L) | 1.41 (mIU/L) | 12.8 (pmol/L) |
| Visit prior to Event | S9 | 2005-11-29 (174) | QUETIAPINE 400 | 312 (10**9/L) | 9.3 (10**9/L) | 6.80 (10**9/L) | | | | | |
| Visit after Event | Randomization (V1) | 2006-02-15 (1) | QUETIAPINE 500 | 244 (10**9/L) | 6.7 (10**9/L) | 3.15 (10**9/L) | 43 (IU/L)H | 41 (IU/L)H | 53 (umol/L) | 2.24 (mIU/L) | 12.5 (pmol/L) |
| Final Study Visit | V23 | 2006-08-23 (190) | QUETIAPINE 400 | 208 (10**9/L) | 12.6 (10**9/L)H | 4.41 (10**9/L) | 38 (IU/L)H | 33 (IU/L) | 71 (umol/L) | 3.79 (mIU/L) | 18.7 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * - unscheduled visit

5

1953

CONFIDENTIAL
AZSER12746400

**Subject identifier**
D1447C00126/E0122006

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

6

1954

CONFIDENTIAL
AZSER12746401

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Subject identifier**
D1447C00126/E0122006

## Medication information: Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-10-05 (119) | 2006-09-22 (220)# | Yes | SALBUTAMOL | 90 mg | Asthma |
| 2005-10-06 (120) | 2005-12-21 (196) | No | VALPROIC ACID | 1500 mg | Bipolar |
| 2005-11-01 (146) | 2006-02-16 (2) | No | MOMETASONE | U..U | Psoriasis |
| 2005-12-16 (191) | 2006-01-17 (223) | No | LANSOPRAZOLE | 40 mg | Heartburn |
| 2005-12-16 (191) | 2006-02-09 (246) | No | DICYCLOVERINE | 30 mg | Stomach/bowel cramps |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

1955

7

CONFIDENTIAL
AZSER12746402

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0123003

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event:**

Death:           No

SAE:             SUICIDAL IDEATION

DAE:             SUICIDAL IDEATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 38 | Male | Caucasian | 228 | 2005-07-11 | 2006-02-23 | NA | 2006-08-02 | Development of Study-Specific Discontinuation Criteria (mood event) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| 148 | 2006-02-24 | 2006-07-21 |

**Medical History:**

Current:         moles(skin) benign, murmur (cardiac), reflux, sulfa allergies, low back pain

Past:            bronchitis, priapism

**Death information:**

Date of death:          No death

Cause of death:

Post-mortem:

1

1956

CONFIDENTIAL
AZSER12746403

**Subject identifier**
DI447C00126/E0123003

**Study phase-treatment during which which event occurred**
Off Treatment - NA

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-06-28 (-13) | 2005-07-26 (16) | DIARRHOEA(Diarrhea) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 200 | 2005-07-13 (3) | 2006-02-24 (229) | RESTLESSNESS(Restless legs (muscular unrest)) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 200 | 2005-07-21 (11) | NA | DRY MOUTH(Dry mouth) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 200 | 2005-07-26 (16) | 2005-08-30 (51) | WEIGHT INCREASED(Weight gain) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 600 | 2005-10-07 (89) | 2005-10-22 (104) | MEMORY IMPAIRMENT(Memory problems) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 600 | 2005-10-07 (89) | 2005-10-22 (104) | DYSKINESIA(bottom lip protrusion) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-11-03 (116) | 2005-12-04 (147) | UPPER RESPIRATORY TRACT INFECTION(Upper respiratory infection) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-12-29 (172) | 2006-01-11 (185) | DIARRHOEA(Diarrhea) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2006-02-13 (218) | 2006-02-13 (218) | PRIAPISM(Priapism) | 9.1 | Resolved | Yes | No | No | Moderate |
| RD | PLACEBO 400 | 2006-03-01 (6) | 2006-03-10 (15) | RESPIRATORY DISORDER(Respiratory illness) | 9.1 | Resolved | No | No | No | Mild |
| RD | PLACEBO 400 | 2006-03-11 (16) | 2006-05-10 (76) | MUSCULOSKELETAL PAIN(Right shoulder pain) | 9.1 | Resolved | No | No | No | Mild |
| RD | PLACEBO 400 | 2006-05-04 (70) | NA | DIARRHOEA(Diarrhea) | 9.1 | Continuing | No | No | No | Mild |
| RD | PLACEBO 400 | 2006-06-20 (117) | NA | RASH MACULO-PAPULAR(Maculo papular circular rash) | 9.1 | Continuing | No | No | No | Mild |

2

1957

CONFIDENTIAL
AZSER12746404

**Subject identifier**
D1447C00126/E0123003

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
SAE, DAE

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OffTrt | | 2006-07-22 (149) | NA | SUICIDAL IDEATION(Suicidal ideation) | 9.1 | Continuing | No | Yes | Yes / {HO} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

3

1958

CONFIDENTIAL
AZSER12746405

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0123003 | Off Treatment - NA | SAE, DAE |

**Descriptive text:**

{SUICIDAL IDEATION} A report was received from an investigator concerning a 40 year old male patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  Concomitant drugs included loperamide for diarrhea and lithium for bipolar disorder.   The patient had a history of heart murmur, bronchitis, reflux, priapism, sulfonamide allery, low back pain and benign skin moles.   The patient began study drug on 27-MAR-2006 and experienced suicidal ideation which started on 22-JUL-2006.   The investigator considered the event to be unrelated to the study therapy.   Follow-up information received on 01-AUG-2006 included past medical history.  Follow-up information received on 11-AUG-2006 included dosage of investigational product.  Patient in open-label stabilization phase.   08-DEC-2006: When the study was unblinded on 07-DEC-2006 it was determined that the patient received placebo and Lithium.

1959

4

CONFIDENTIAL
AZSER12746406

**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00126/E0123003

**Study phase-treatment during which event occurred**
Off Treatment - NA

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-27 (-14) | PreTrt | 6.4 (mmol/L) | 5.8 (%) | 2.03 (mmol/L) | 8.34 (mmol/L)H | 1.22 (mmol/L) | | 156 (g/L) |
| Visit prior to Event | V7 | 2006-05-18 (84) | PLACEBO 400 | 5.4 (mmol/L) | 5.5 (%) | 1.63 (mmol/L) | 7.07 (mmol/L)H | 1.19 (mmol/L) | | 156 (g/L) |
| Final Study Visit | V7 | 2006-05-18 (84) | PLACEBO 400 | 5.4 (mmol/L) | 5.5 (%) | 1.63 (mmol/L) | 7.07 (mmol/L)H | 1.19 (mmol/L) | | 156 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-27 (-14) | PreTrt | 189 (10**9/L) | 5.7 (10**9/L) | 3.12 (10**9/L) | 63 (IU/L)H | 29 (IU/L) | 80 (umol/L) | 1.93 (mIU/L) | 15.4 (pmol/L) |
| Visit prior to Event | V7 | 2006-05-18 (84) | PLACEBO 400 | 192 (10**9/L) | 6.8 (10**9/L) | 4.02 (10**9/L) | 158 (IU/L)H | 68 (IU/L)H | 97 (umol/L) | 1.75 (mIU/L) | 17.5 (pmol/L) |
| Final Study Visit | V7 | 2006-05-18 (84) | PLACEBO 400 | 192 (10**9/L) | 6.8 (10**9/L) | 4.02 (10**9/L) | 158 (IU/L)H | 68 (IU/L)H | 97 (umol/L) | 1.75 (mIU/L) | 17.5 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

1960

5

CONFIDENTIAL
AZSER12746407

**Subject identifier**
D1447C00126/E0123003

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
SAE, DAE

## Weight: Include only if DAE due to weight

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

1961

6

CONFIDENTIAL
AZSER12746408

| Subject identifier<br>D1447C00126/E0123003 | | Study phase-treatment during which event occurred<br>Off Treatment - NA | | | | Narrative event<br>SAE, DAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started<br>(day started) | Date stopped<br>(day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2006-05-19 (85) | 2006-08-02 (160) | No | LOPERAMIDE | 2 mg | Diarrhea |
| 2006-06-13 (110) | 2006-08-20 (178)# | Yes | LITHIUM | 900 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

1962

7

CONFIDENTIAL
AZSER12746409

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0123009

Narrative event
SAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event:**

Death:          No

SAE:            ASTHMA

DAE:            No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|----------------------|------------------------------|-----------------------|
| 37 | Female | Black | 86 | 2005-10-18 | 2006-01-11 | QUETIAPINE 400 | 2006-03-08 | Subject Lost to Follow-up |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:        high blood pressure, asthma

Past:           broken left ankle

**Death information:**

Date of death:   No death

Cause of death:

Post-mortem:

1

1963

CONFIDENTIAL
AZSER12746410

**Subject identifier**
D1447C00126/E0123009

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-10-12 (-6) | 2005-10-12 (-6) | HEADACHE(Headaches) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 200 | 2005-10-18 (1) | 2006-01-01 (76) | SLUGGISHNESS(Sluggishness) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 200 | 2005-10-19 (2) | 2006-01-01 (76) | POLLAKIURIA(Urinary frequency) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 200 | 2005-10-20 (3) | NA | DRY MOUTH(Dry mouth) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 200 | 2005-10-20 (3) | 2005-11-06 (20) | DYSARTHRIA(Slurred speech) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 200 | 2005-10-22 (5) | 2005-11-01 (15) | ASTHMA(Asthma) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-10-29 (12) | NA | JOINT SWELLING(Swelling of ankles) | 9.1 | Continuing | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-10-29 (12) | 2005-10-29 (12) | BALANCE DISORDER(Loss of balance) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-11-01 (15) | NA | ASTHMA(Asthma) | 9.1 | Continuing | No | No | Yes / {HO} | Severe |
| OL | QUETIAPINE 400 | 2005-11-03 (17) | NA | GASTROOESOPHAGEAL REFLUX DISEASE(Acid reflux) | 9.1 | Continuing | No | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

1964

CONFIDENTIAL
AZSER12746411

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0123009 | Open Label - QUETIAPINE 400 | SAE |

**Descriptive text:**

{ASTHMA} A report was received from an investigator concerning a female patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant medications included Lotrel for high blood pressure, valproate semisodium, and acetaminophen for headache. The patient began study drug and experienced shortness of breath, leg swelling, and leg aches which started on 01-NOV-2005. The event was considered serious due to hospitalization. The patient was discharged on 03-NOV-2005 with a diagnosis of asthma. The patient's condition is improving. The investigator considered the event to be unrelated to the study therapy.

1965

3

CONFIDENTIAL
AZSER12746412

**Narrative event**
SAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Subject identifier**
D1447C00126/E0123009

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-10-11 (-6) | PreTrt | 5.2 (mmol/L) | 6.2 (%)H | 1.04 (mmol/L) | 4.58 (mmol/L) | 1.48 (mmol/L) | | 114 (g/L)L |
| Visit prior to Event | Enrollment | 2005-10-11 (-6) | PreTrt | 5.2 (mmol/L) | 6.2 (%)H | 1.04 (mmol/L) | 4.58 (mmol/L) | 1.48 (mmol/L) | | 114 (g/L)L |
| Final Study Visit | S6 | 2006-01-11 (86) | QUETIAPINE 400 | 5.7 (mmol/L) | 6.0 (%) | | | | | 101 (g/L)L |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-10-11 (-6) | PreTrt | 332 ($10^{**}9$/L) | 11.2 ($10^{**}9$/L) | 8.04 ($10^{**}9$/L) | 25 (IU/L) | 14 (IU/L) | 53 (umol/L) | 1.74 (mIU/L) | 11.9 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-10-11 (-6) | PreTrt | 332 ($10^{**}9$/L) | 11.2 ($10^{**}9$/L) | 8.04 ($10^{**}9$/L) | 25 (IU/L) | 14 (IU/L) | 53 (umol/L) | 1.74 (mIU/L) | 11.9 (pmol/L) |
| Final Study Visit | S6 | 2006-01-11 (86) | QUETIAPINE 400 | 297 ($10^{**}9$/L) | 9.0 ($10^{**}9$/L) | 5.45 ($10^{**}9$/L) | | | | | |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

1966

4

CONFIDENTIAL
AZSER12746413

**Narrative event**
SAE

**Subject identifier**
D1447C00126/E0123009

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

1967

5

CONFIDENTIAL
AZSER12746414

Narrative event
SAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Subject identifier
D1447C00126/E0123009

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-09-17 (-31)# | 2006-02-10 (116)# | Yes | LOTREL | 5120 mg | High blood pressure |
| 2005-10-11 (-7) | 2006-01-11 (86)# | No | VALPROIC ACID | 1000 mg | Bipolar disorder |
| 2005-11-03 (17) | 2006-02-10 (116)# | Yes | NAPROXEN | U .U | Pain-swollen ankles |
| 2005-11-03 (17) | 2006-02-10 (116)# | Yes | PANTOPRAZOLE | 40 mg | Acid reflux |
| 2005-11-03 (17) | 2006-02-10 (116)# | Yes | SERETIDE MITE | 250 ug | Asthma |
| 2005-11-17 (31) | 2006-02-10 (116)# | Yes | SALBUTAMOL | U .U | Asthma |
| 2005-11-18 (32) | 2005-11-22 (36) | No | PREDNISONE | 50 mg | Asthma |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

1968

6

CONFIDENTIAL
AZSER12746415

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0125002

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 800

Narrative event
SAE, DAE

**Narrative event:**

Death:                No

SAE:                  DEPRESSION, SUICIDAL IDEATION

DAE:                  DEPRESSION, SUICIDAL IDEATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 37 | Female | Caucasian | 64 | 2005-07-15 | 2005-09-16 | QUETIAPINE 800 | 2005-09-15 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:              diviated septum, asthma - albuteral, acid reflux, sssonal allergies, depakote drug allergy, morphine drug allergy, anxiety but not dsmiv, tooth infection, abnormal t-wave, psoriasis, elevated cholesterol

Past:                 vocal sarcoma - removed, peptic ulcer disease, exema, polycystic ovaries, uti- urinary tract infection

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

1969

1

CONFIDENTIAL
AZSER12746416

**Subject identifier**
D1447C00126/E0125002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-07-07 (-8) | 2005-08-10 (27) | TOOTHACHE(Pain - tooth) | 9.1 | Resolved | No | No | No | Mild |
| PreTrt | | 2005-07-10 (-5) | NA | DIARRHOEA(Diarrhea) | 9.1 | Continuing | No | No | No | Mild |
| PreTrt | | 2005-07-10 (-5) | NA | NAUSEA(Nausea - intermittant) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 800 | 2005-09-01 (49) | NA | ARTHROPOD BITE(Spider bite) | 9.1 | Continuing | No | No | No | Moderate |
| OL | QUETIAPINE 800 | 2005-09-03 (51) | NA | INFLUENZA(Flu) | 9.1 | Continuing | No | No | No | Moderate |
| OL | QUETIAPINE 800 | 2005-09-07 (55) | 2005-09-08 (56) | DEPRESSION(Depression) | 9.1 | Resolved | No | Yes | Yes / {HO} | Severe |
| OL | QUETIAPINE 800 | 2005-09-07 (55) | 2005-09-08 (56) | SUICIDAL IDEATION(Suicidal ideation) | 9.1 | Resolved | No | Yes | Yes / {HO} | Severe |
| OL | QUETIAPINE 800 | 2005-09-09 (57) | NA | HYPOTHYROIDISM(Hypothyroidism) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 800 | 2005-09-10 (58) | NA | TOOTH ABSCESS(Tooth abscess) | 9.1 | Continuing | No | No | No | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

1970

CONFIDENTIAL
AZSER12746417

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0125002 | Open Label - QUETIAPINE 800 | SAE, DAE |

**Descriptive text:**

{DEPRESSION, SUICIDAL IDEATION} A report was received from an investigator concerning a 38-year-old female patient enrolled in study D1447C00126. Concomitant drugs included albuterol for asthma, lorazepam for anxiety and Bactrim DS for a spider bite.  The patient began study drug on 06-Jun-2005.  On 07-Sep-2005 the patient reported feeling like she had a stomach virus and could not keep food or medication down for four days.  The patient reported racing thoughts along with thoughts of harm to self and went to a private psychiatric hospital.  The patient spent the night in the hospital showed up at research site on 09-Sep-2005 requesting her medications.  She appeared to be lucid and reported no further issues regarding bipolar symptoms.  The patient reported finding of hypothyroidism while in the hospital, but the site has not seen evidence of diagnosis at this time.  The event was considered serious due to hospitalization. The patient recovered without sequelae on 08-Sep-2005.  Upon receipt of follow-up, it was confirmed that hypothyroidism was not referenced as claimed by the patient.  The investigator considered the events to be unrelated to the study therapy.

3

1971

CONFIDENTIAL
AZSER12746418

**Subject identifier**
D1447C00126/E0125002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

**Narrative event**
SAE, DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-07-08 (-6) | PreTrt | 5.3 (mmol/L) | 4.9 (%) | 2.78 (mmol/L) | 5.85 (mmol/L)H | 1.06 (mmol/L) | | 156 (g/L) |
| Visit prior to Event | S4 | 2005-08-15 (32) | QUETIAPINE 800 | | | | | | | 149 (g/L) |
| Visit after Event | S5 | 2005-09-12 (60) | QUETIAPINE 800 | | | | | | | 150 (g/L) |
| Final Study Visit | S13 | 2005-09-15 (63) | QUETIAPINE 800 | 4.3 (mmol/L) | 4.6 (%) | 2.16 (mmol/L) | 4.53 (mmol/L) | 1.09 (mmol/L) | | 140 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-07-08 (-6) | PreTrt | 412 (10**9/L) | 11.9 (10**9/L) | 9.14 (10**9/L)H | 37 (IU/L) | 24 (IU/L) | 97 (umol/L) | 1.85 (mIU/L) | 8.4 (pmol/L) L |
| Visit prior to Event | S4 | 2005-08-15 (32) | QUETIAPINE 800 | 414 (10**9/L) | 10.6 (10**9/L) | 7.93 (10**9/L) | | | | | |
| Visit after Event | S5 | 2005-09-12 (60) | QUETIAPINE 800 | 435 (10**9/L) | 8.8 (10**9/L) | 6.16 (10**9/L) | | | | | |
| Final Study Visit | S13 | 2005-09-15 (63) | QUETIAPINE 800 | 382 (10**9/L) | 6.3 (10**9/L) | 3.92 (10**9/L) | 26 (IU/L) | 18 (IU/L) | 80 (umol/L) | 1.22 (mIU/L) | 12.0 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * - unscheduled visit

1972

4

CONFIDENTIAL
AZSER12746419

Narrative event
SAE, DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

Subject identifier
D1447C00126/E0125002

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

1973

5

CONFIDENTIAL
AZSER12746420

Narrative event
SAE, DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

**Subject identifier**
D1447C00126/E0125002

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-06-06 (-39) | 2005-10-16 (94)# | Yes | QUETIAPINE | 800 mg | Mood stabilizer |
| 2005-06-14 (-31)# | 2005-10-16 (94)# | Yes | SALBUTAMOL | 2 puffs | Asthma |
| 2005-07-10 (-5) | 2005-10-16 (94)# | Yes | LOPERAMIDE | 4 mg | Diarrhea |
| 2005-07-29 (15) | 2005-10-16 (94)# | Yes | LORAZEPAM | 2 mg | Anxiety |
| 2005-08-15 (32) | 2005-10-16 (94)# | Yes | LITHIUM | 900 mg | Mood stabilizer |
| 2005-09-07 (55) | 2005-10-16 (94)# | Yes | BACTRIM | 400 mg | Spider bite |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

1974

6

CONFIDENTIAL
AZSER12746421

Narrative event
SAE

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E0127008

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 0

**Narrative event:**

Death:                No

SAE:                  PNEUMONIA

DAE:                  No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 59 | Male | Caucasian | 235 | 2005-12-30 | 2006-08-21 | QUETIAPINE 0 | 2006-08-21 | Other (study stopped by sponsor) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:              arthritis, right knee

Past:                 myocardial infarction, central retina vein occlusion, hypercholesterolemia, coronary artery disease, hypertension

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

1

1975

CONFIDENTIAL
AZSER12746422

**Subject identifier**
D1447C00126/E0127008

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 0

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 600 | 2006-01-06 (8) | 2006-01-08 (10) | DRY MOUTH(Dry mouth) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 600 | 2006-01-16 (18) | 2006-02-01 (34) | DIZZINESS(Intermittent dizziness) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 0 | 2006-06-21 (174) | 2006-07-04 (187) | PNEUMONIA(pneumonia) | 9.1 | Resolved | No | No | Yes / {LT HO} | Severe |
| OL | QUETIAPINE 0 | 2006-06-21 (174) | 2006-07-04 (187) | RENAL FAILURE(Renal failure) | 9.1 | Resolved | No | No | No | Severe |
| OL | QUETIAPINE 0 | 2006-06-21 (174) | 2006-07-04 (187) | HYPERKALAEMIA(Hyperkalemia) | 9.1 | Resolved | No | No | No | Severe |
| OL | QUETIAPINE 0 | 2006-06-21 (174) | 2006-07-04 (187) | SEPSIS(Septic syndrome) | 9.1 | Resolved | No | No | No | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

1976

CONFIDENTIAL
AZSER12746423

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0127008 | Open Label - QUETIAPINE 0 | SAE |

**Descriptive text:**

{PNEUMONIA} A report was received from an investigator concerning a 60 year old male patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included rosuvastatin calcium for hypercholesterolemia, diclofenac sodium for arthritis, brimonidine tartrate for central retinal vein occlusion, timolol maleate for central retinal vein occlusion, Trusoft for central retinal vein occlusion, latanoprost for central retinal vein occlusion, acetylsalicylic acid for post myocardial infarction, carvedilol for hypertension, losartan potassium for hypertension, digoxin for coronary artery disease, furosemide for coronary artery disease, nicotinic acid for coronary artery disease, potassium chloride for coronary artery disease and valproate semisodium for bipolar I. The patient had a history of myocardial infarction, central retina vein occlusion, hypercholesterolemia, right knee arthritis, coronary artery disease and hypertension.  The patient began study drug on 30-DEC-2005, and experienced pneumonia which started on 21-JUN-2006. The patient had presented for his study visit and became *dizzy* and fell to the floor. Blood pressure was 140/42 mm/Hg and 90/50 mm/Hg.  Pulse was 94.  Emergency team (911) was called and the patient was transported to the hospital for evaluation.  He was admitted to the intensive care unit.  The event was considered serious due to hospitalization and life threatening. The patient recovered and was discharged on 04-Jul-2006.

3

1977

CONFIDENTIAL
AZSER12746424

**Narrative event**
SAE

**Subject identifier**
D1447C00126/E0127008

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 0

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-12-23 (-6) | PreTrt | 4.8 (mmol/L) | 5.7 (%) | 1.07 (mmol/L) | 3.63 (mmol/L) | 1.40 (mmol/L) | | 132 (g/L) |
| Visit prior to Event | S6 | 2006-03-29 (90) | QUETIAPINE 400 | 4.7 (mmol/L) | 5.7 (%) | | | | | 139 (g/L) |
| Visit after Event | S9 | 2006-07-21 (204) | QUETIAPINE 500 | 4.9 (mmol/L) | 5.2 (%) | | | | | |
| Final Study Visit | S13 | 2006-08-21 (235) | QUETIAPINE 500 | 4.2 (mmol/L) | 5.0 (%) | 1.45 (mmol/L) | 3.99 (mmol/L) | 1.37 (mmol/L) | | 138 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-12-23 (-6) | PreTrt | 183 (10**9/L) | 12.8 (10**9/L)H | 10.11 (10**9/L)H | 16 (IU/L) | 22 (IU/L) | 106 (umol/L) | 0.21 (mIU/L)L | 16.5 (pmol/L) |
| Visit prior to Event | S6 | 2006-03-29 (90) | QUETIAPINE 400 | 159 (10**9/L) | 6.3 (10**9/L) | 3.67 (10**9/L) | | | | | |
| Visit after Event | S9 | 2006-07-21 (204) | QUETIAPINE 500 | | | | | | | | |
| Final Study Visit | S13 | 2006-08-21 (235) | QUETIAPINE 500 | 167 (10**9/L) | 9.9 (10**9/L) | 7.78 (10**9/L) | 8 (IU/L) | 18 (IU/L) | 88 (umol/L) | 1.14 (mIU/L) | 11.9 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range. H=above normal range. NR=not recorded    * - unscheduled visit

1978

4

CONFIDENTIAL
AZSER12746425

Narrative event
SAE

Subject identifier
D1447C00126/E0127008

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 0

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

1979

CONFIDENTIAL
AZSER12746426

**Subject identifier**
D1447C00126/E0127008

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 0

**Narrative event**
SAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-11-29 (-31)# | 2006-09-20 (265)# | Yes | ACETYLSALICYLIC ACID | 325 mg | Post myocardial infarction |
| 2005-11-29 (-31)# | 2006-09-20 (265)# | Yes | BRIMONIDINE | 10 ml | Central retinal vein occlusion, right eye |
| 2005-11-29 (-31)# | 2006-09-20 (265)# | Yes | CARVEDILOL | 50 mg | Hypertension |
| 2005-11-29 (-31)# | 2006-09-20 (265)# | Yes | DICLOFENAC | 150 mg | Arthritis, right knee |
| 2005-11-29 (-31)# | 2006-09-20 (265)# | Yes | DIGOXIN | 0.13 mg | Coronary artery disease |
| 2005-11-29 (-31)# | 2006-09-20 (265)# | Yes | DORZOLAMIDE | 10 ml | Central retinal vein occlusion, right eye |
| 2005-11-29 (-31)# | 2006-09-20 (265)# | Yes | EL-4 | 40 mg | Coronary artery disease |
| 2005-11-29 (-31)# | 2006-09-20 (265)# | Yes | FUROSEMIDE | 40 mg | Coronary artery disease |
| 2005-11-29 (-31)# | 2006-09-20 (265)# | Yes | LATANOPROST | 25 ml | Central retinal vein occlusion, right eye |
| 2005-11-29 (-31)# | 2006-09-20 (265)# | Yes | LOSARTAN | 100 mg | Hypertension |
| 2005-11-29 (-31)# | 2006-09-20 (265)# | Yes | NICOTINIC ACID | 2000 mg | Coronary artery disease |
| 2005-11-29 (-31)# | 2006-09-20 (265)# | Yes | ROSUVASTATIN | 10 mg | Hypercholesterolemia |
| 2005-11-29 (-31)# | 2006-09-20 (265)# | Yes | TIMOLOL | 15 ml | Central retinal vein occlusion, right eye |
| 2006-06-21 (174) | 2006-06-21 (174) | No | AZITHROMYCIN | 500 mg | Septic syndrome |
| 2006-06-21 (174) | 2006-06-21 (174) | No | CEFEPIME | 2 g | Septic syndrome |
| 2006-06-21 (174) | 2006-06-21 (174) | No | SODIUM POLYSTYRENE SULFONATE | 30 g | Septic syndrome |
| 2006-06-21 (174) | 2006-07-04 (187) | No | VALPROIC ACID | 1500 mg | Bipolar 1 |
| 2006-07-04 (187) | 2006-07-14 (197) | No | LEVOFLOXACIN | 750 mg | Septic syndrome |
| 2006-07-04 (187) | 2006-09-20 (265)# | Yes | ROSIGLITAZONE | 2 mg | High blood sugar |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

1980

CONFIDENTIAL
AZSER12746427

START OF E NARRATIVE

| | |
|---|---|
| **Narrative event** | SAE |

**Subject identifier**
D1447C00126/E0137004

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 700

**Narrative event:**

Death: No

SAE: ANGINA PECTORIS, ELECTROCARDIOGRAM T WAVE ABNORMAL, HYPERTENSION

DAE: No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 47 | Female | Caucasian | 200 | 2005-06-30 | 2006-01-15 | PLACEBO 700 | 2006-06-06 | Development of Study-Specific Discontinuation Criteria (mood event) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| 142 | 2006-01-16 | 2006-06-06 |

**Medical History:**

Current: insomnia, diabetes mellitus, type ii, hypercholestrolnemia, emphysema, degenerative disc disease, arthritis (hands/knees/ankles), edema, allergy to meltaril and zoloft

Past:

**Death information:**

Date of death: No death

Cause of death:

Post-mortem:

1981

1

CONFIDENTIAL
AZSER12746428

Subject identifier
DI447C00126/E0137004

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 700

Narrative event
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 200 | 2005-07-01 (2) | 2005-07-15 (16) | DELUSION(Paranoid thoughts) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 200 | 2005-07-01 (2) | 2006-01-17 (202) | DRY MOUTH(Dry mouth) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 500 | 2005-07-08 (9) | NA | RESTLESSNESS(Muscular unrest) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 700 | 2005-10-18 (111) | 2005-10-24 (117) | NASOPHARYNGITIS(Common cold) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 700 | 2005-11-10 (134) | 2005-11-13 (137) | EPISTAXIS(Nose bleed) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 700 | 2006-01-01 (186) | 2006-01-07 (192) | LOCALISED INFECTION(L toe infection) | 9.1 | Resolved | No | No | No | Moderate |
| RD | PLACEBO 700 | 2006-02-22 (38) | 2006-04-14 (89) | FLIGHT OF IDEAS(Increased racing thoughts) | 9.1 | Resolved | No | No | No | Mild |
| RD | PLACEBO 700 | 2006-03-25 (69) | 2006-04-14 (89) | TARDIVE DYSKINESIA(Tardive dykinesia) | 9.1 | Resolved | No | No | No | Moderate |
| RD | PLACEBO 700 | 2006-04-14 (89) | NA | TARDIVE DYSKINESIA(Tardive dykinesia) | 9.1 | Continuing | No | No | No | Mild |
| RD | PLACEBO 700 | 2006-04-17 (92) | 2006-04-19 (94) | HYPERTENSION(Exacerbation of hyptension) | 9.1 | Resolved | No | No | Yes/ {HO} | Severe |
| RD | PLACEBO 700 | 2006-06-06 (142) | 2006-06-06 (142) | ELECTROCARDIOGRAM T WAVE ABNORMAL(Abnormal T-wave) | 9.1 | Resolved | No | No | Yes/ {HO} | Severe |
| RD | PLACEBO 700 | 2006-06-06 (142) | 2006-06-06 (142) | ANGINA PECTORIS(Chest pain) | 9.1 | Resolved | No | No | Yes/ {HO} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

1982

CONFIDENTIAL
AZSER12746429

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0137004 | Randomized - PLACEBO 700 | SAE |

**Descriptive text:**

{EXACERBATION OF HYPERTENSION} A report was received from an investigator concerning a 48 year old female patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included valproate semisodium for mood stabilizer, lovastatin for hyperlipidemia, furosemide for edema, Humalin (insulin) for Diabetes Mellitus Type II, potassium for supplement and lorazepam for anxiety associated with Bipolar I Disorder. The patient had a history of degenerative joint disease, chronic obstructive pulmonary disease and allergies to Zoloft and Mellaril. The patient began study drug on 16-JAN-2006 and experienced exacerbation of hypertension which started on 17-APR-2006. Her standing blood pressure spiked to 159/141. The patient was taken to the emergency department on 17-APR-2006 and was then hospitalized. Lisinopril 2.5 mg QD was started on 17-APR-2006. Treatment with Seroquel was temporarily stopped. Upon discharge on 19-APR-2006, her blood pressure was within normal range. She was also prescribed a low dose of aspirin for prophylactic use. On 09-MAY-2006, the patient's blood pressure was 110/76 standing and 107/72 supine. The event was considered serious due to hospitalization. The patient recovered. The investigator considered the event of exacerbation of hypertension to be unrelated to the study therapy. 11-DEC-2006: When the study was unblinded on 07-DEC-2006 it was determined that the patient received placebo and Valproate.

{CHEST PAIN, ABNORMAL T-WAVE} A report was received from an investigator concerning a 48 year old female patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included lovastatin for hyperlipidemia, furosemide for edema, potassium for health supplement, lorazepam for anxiety, valproate semisodium for mood stabilizer, insulin, acetylsalicylic acid, salbutamol, advair, celecoxib, cefalexin monohydrate and limitrol. The patient had a history of djd, sleep apnea, allergic to zoloft and mellaril, copd, hyperlipidemia, diabetes mellitus type ii, obesity, abnormal ecg and smoker. The patient began study drug on 16-JAN-2006 and discontinued therapy on 06-Jun-2006. On 06-Jun-2006, the patient was seen by the investigator for discontinuation procedures. An ECG was performed which showed ST and T wave abnormalities in comparison to a prior ECG. The investigator was concerned the patient may have been experiencing a silent MI which was complicated by her diabetes. She was seen in an emergency room where she reported having some chest pain. An ECG performed there showed Q waves in III and AVF. Although the patient was asymptomatic at the time, the patient was hospitalized for observation. Treatment included nitroglycerine. On 07-Jun-2006, . The investigator considered the event to be unrelated to the study therapy. 11-DEC-2006: When the study was unblinded on 07-DEC-2006 it was determined that the patient received placebo and Valproate.

1983

3

CONFIDENTIAL
AZSER12746430

**Narrative event** SAE

**Subject identifier** D1447C00126/E0137004

**Study phase-treatment during which event occurred** Randomized - PLACEBO 700

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-23 (-7) | PreTrt | 7.4 (mmol/L)H | 7.1 (%)H | 1.89 (mmol/L) | 4.71 (mmol/L) | 1.58 (mmol/L) | | 141 (g/L) |
| Visit prior to Event | V7 | 2006-04-11 (86) | PLACEBO 700 | | 6.2 (%)H | 2.24 (mmol/L) | 5.08 (mmol/L) | 1.63 (mmol/L) | | 145 (g/L) |
| Visit after Event | V23 | 2006-06-06 (142) | PLACEBO 700 | 4.3 (mmol/L) | 5.5 (%) | 1.81 (mmol/L) | 5.46 (mmol/L)H | 1.45 (mmol/L) | | 139 (g/L) |
| Final Study Visit | V23 | 2006-06-06 (142) | PLACEBO 700 | 4.3 (mmol/L) | 5.5 (%) | 1.81 (mmol/L) | 5.46 (mmol/L)H | 1.45 (mmol/L) | | 139 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-23 (-7) | PreTrt | 254 (10**9/L) | 9.9 (10**9/L) | 5.29 (10**9/L) | 18 (IU/L) | 12 (IU/L) | 53 (umol/L) | 1.59 (mIU/L) | 16.6 (pmol/L) |
| Visit prior to Event | V7 | 2006-04-11 (86) | PLACEBO 700 | 370 (10**9/L) | 16.7 (10**9/L)H | 7.52 (10**9/L) | 32 (IU/L) | 31 (IU/L) | 71 (umol/L) | 1.92 (mIU/L) | 17.2 (pmol/L) |
| Visit after Event | V23 | 2006-06-06 (142) | PLACEBO 700 | 348 (10**9/L) | 10.8 (10**9/L) | 6.91 (10**9/L) | 17 (IU/L) | 17 (IU/L) | 62 (umol/L) | 1.36 (mIU/L) | 17.5 (pmol/L) |
| Final Study Visit | V23 | 2006-06-06 (142) | PLACEBO 700 | 348 (10**9/L) | 10.8 (10**9/L) | 6.91 (10**9/L) | 17 (IU/L) | 17 (IU/L) | 62 (umol/L) | 1.36 (mIU/L) | 17.5 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range. H=above normal range. NR=not recorded    * - unscheduled visit

1984

4

CONFIDENTIAL
AZSER12746431

**Subject identifier**
D1447C00126/E0137004

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 700

**Narrative event**
SAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

1985

CONFIDENTIAL
AZSER12746432

Narrative event
SAE

Subject identifier
D1447C00126/E0137004

Study phase-treatment during which event occurred
Randomized - PLACEBO 700

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-05-30 (-31)# | 2006-07-06 (172)# | Yes | CELECOXIB | 200 mg | Knee pain (prn) |
| 2005-05-30 (-31)# | 2006-07-06 (172)# | Yes | LOVASTATIN | 20 mg | Hypercholesterolemia |
| 2005-05-30 (-31)# | 2006-07-06 (172)# | Yes | NOVOLIN 20/80 | 90 Units | Type 2 diabetes mellitus |
| 2005-05-30 (-31)# | 2006-07-06 (172)# | Yes | OXYGEN | 3 L | Emphysema |
| 2005-05-30 (-31)# | 2006-07-06 (172)# | Yes | POTASSIUM | 20 mcg | Health supplement |
| 2005-05-30 (-31)# | 2006-07-06 (172)# | Yes | SALBUTAMOL | 2 puffs | Copd |
| 2005-05-30 (-31)# | 2006-07-06 (172)# | Yes | SERETIDE MITE | 2 puffs | Copd |
| 2005-06-30 (1) | 2006-07-06 (172)# | Yes | FUROSEMIDE | 40 mg | Edema |
| 2005-09-22 (85) | 2006-07-06 (172)# | Yes | VALPROIC ACID | 2500 mg | Bipolar 1 d/o |
| 2006-04-17 (92) | 2006-07-06 (172)# | Yes | LISINOPRIL | 2.5 mg | Hypertension |
| 2006-04-19 (94) | 2006-07-06 (172)# | Yes | ACETYLSALICYLIC ACID | 81 mg | Prophalactic use |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

1986

6

CONFIDENTIAL
AZSER12746433

Narrative event
SAE, DAE

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0138019

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 0

**Narrative event:**

Death:                No

SAE:                  OLIGODENDROGLIOMA

DAE:                  OLIGODENDROGLIOMA

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|---------|---------|---------|---------|---------|---------|
| 47 | Female | Caucasian | 22 | 2005-10-14 | 2005-11-04 | QUETIAPINE 0 | 2005-11-04 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---------|---------|---------|
| NA | | |

**Medical History:**

Current:              lower back sciatica, arthritis, headaches, photophobia, irritable bowel syndrome

Past:                 cholelithiasis

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

1                                                                                                                    1987

CONFIDENTIAL
AZSER12746434

**Subject identifier**
D1447C00126/E0138019

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 0

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-10-12 (-2) | 2005-10-16 (3) | VIRAL INFECTION(Viral syndrome) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 0 | 2005-10-24 (11) | NA | OLIGODENDROGLIOMA(Right frontal oligodendroglioma) | 9.1 | Continuing | No | Yes | Yes / {HO} | Severe |
| OL | QUETIAPINE 0 | 2005-10-24 (11) | 2005-10-28 (15) | MENTAL STATUS CHANGES(Altered mental status) | 9.1 | Resolved | No | No | No | Severe |
| OL | QUETIAPINE 300 | 2005-10-29 (16) | NA | CONFUSIONAL STATE(Confusion) | 9.1 | Continuing | No | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

1988

CONFIDENTIAL
AZSER12746435

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0138019 | Open Label - QUETIAPINE 0 | SAE, DAE |

**Descriptive text:**

{RIGHT FRONTAL OLIGODENDROGLIOMA} A report was received from an investigator concerning a 47-year-old female patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  Concomitant drugs included pantoprazole.  The patient began study drug with Seroquel (quetiapine fumarate) on 06-Oct-2005 and Depakote (valproate sodium) on 14-Oct-2005.  On 24-Oct-2005, the patient experienced right frontal oligodendroglioma and was hospitalized.  The patient had been brought into the hospital by her son due to a change in her behavior pattern.  She was confused and disoriented; even belligerent at times.  She was brought to the emergency room and had a computed tomography (CT) scan of the brain, which showed abnormal changes of unclear significance in the right frontoparietal area.  The patient also had other abnormal laboratory results and was admitted for further management.  The patient had elevated ammonia level related to the Depakote.  Depakote was stopped and ammonia level returned to normal.  Since admission, she has undergone a magnetic resonance imaging (MRI) of the brain, which was consistent with a glioma of the right frontoparietal area.  On 27-Oct-2005, the patient was discharged from the hospital not yet recovered.  The recommendation of the hospital was to undergo elective resection.  Seroquel continued uninterrupted.  The patient remains in the study.    The investigator considered the event of right frontal oligodendroglioma to be unrelated to the study therapy.

1989

3

CONFIDENTIAL
AZSER12746436

**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00126/E0138019

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 0

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-10-07 (-6) | PreTrt | 4.5 (mmol/L) | 5.2 (%) | 1.22 (mmol/L) | 5.39 (mmol/L)H | 1.40 (mmol/L) | | 149 (g/L) |
| Visit prior to Event | Enrollment | 2005-10-07 (-6) | PreTrt | 4.5 (mmol/L) | 5.2 (%) | 1.22 (mmol/L) | 5.39 (mmol/L)H | 1.40 (mmol/L) | | 149 (g/L) |
| Final Study Visit | S13 | 2005-11-04 (22) | QUETIAPINE 300 | 4.3 (mmol/L) | 5.5 (%) | 6.59 (mmol/L)H | 7.41 (mmol/L)H | 1.09 (mmol/L) | | 139 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-10-07 (-6) | PreTrt | 241 (10**9/L) | 5.5 (10**9/L) | 3.47 (10**9/L) | 14 (IU/L) | 22 (IU/L) | 35 (umol/L) | 2.03 (mIU/L) | 9.5 (pmol/L)L |
| Visit prior to Event | Enrollment | 2005-10-07 (-6) | PreTrt | 241 (10**9/L) | 5.5 (10**9/L) | 3.47 (10**9/L) | 14 (IU/L) | 22 (IU/L) | 35 (umol/L) | 2.03 (mIU/L) | 9.5 (pmol/L)L |
| Final Study Visit | S13 | 2005-11-04 (22) | QUETIAPINE 300 | 314 (10**9/L) | 7.7 (10**9/L) | 5.59 (10**9/L) | 19 (IU/L) | 18 (IU/L) | 53 (umol/L) | 2.02 (mIU/L) | 8.3 (pmol/L)L |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range.    H=above normal range.    NR=not recorded    * - unscheduled visit

1990

4

CONFIDENTIAL
AZSER12746437

**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00126/E0138019

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 0

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

1991

CONFIDENTIAL
AZSER12746438

Narrative event
SAE, DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 0

**Subject identifier**
D1447C00126/E0138019

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-10-14 (1) | 2005-10-24 (11) | No | VALPROIC ACID | 1000 mg | Bipolar |
| 2005-10-24 (11) | 2005-10-24 (11) | No | PANTOPRAZOLE | U .U | Gastroesophageal reflux disease |
| 2005-10-24 (11) | 2005-10-24 (11) | No | PHENYTOIN | 300 mg | Prophylaxis seizures |
| 2005-10-24 (11) | 2005-10-26 (13) | No | DEXAMETHASONE | U .U | Prophylaxis vasogenic edema |
| 2005-10-25 (12) | 2005-12-04 (52)# | Yes | PHENYTOIN | 300 mg | Prophylaxis seizures |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

1992

6

CONFIDENTIAL
AZSER12746439

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0139001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Narrative event
SAE, DAE

**Narrative event:**

| | |
|---|---|
| Death: | No |
| SAE: | MUSCULAR WEAKNESS, NAUSEA |
| DAE: | MUSCULAR WEAKNESS, NAUSEA |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 36 | Female | Black | 104 | 2005-08-17 | 2005-11-28 | QUETIAPINE 400 | 2005-12-19 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

| | |
|---|---|
| Current: | tension headaches, iron deficiency anemia |
| Past: | retained products of conception, bilateral breasts abscesses, bilateral mastitis |

**Death information:**

| | |
|---|---|
| Date of death: | No death |
| Cause of death: | |
| Post-mortem: | |

1993

1

CONFIDENTIAL
AZSER12746440

**Subject identifier**
D1447C00126/E0139001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-08-12 (-5) | NA | SOMNOLENCE(Somnolence) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-08-18 (2) | NA | SOMNOLENCE(Somnolence) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-11-28 (104) | NA | MUSCULAR WEAKNESS(Weakness (generalized muscle weakness)) | 9.1 | Continuing | No | Yes | Yes / {HO} | Severe |
| OL | QUETIAPINE 400 | 2005-11-28 (104) | NA | NAUSEA(Nausea) | 9.1 | Continuing | No | Yes | Yes / {HO} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

1994

CONFIDENTIAL
AZSER12746441

**Subject identifier**
D1447C00126/E0139001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE, DAE

**Descriptive text:**

{WEAKNESS, NAUSEA} A report was received from an investigator concerning a 37-year-old female patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  Concomitant drugs included valproate semisodium.  The patient began study drug on 17-Aug-2005.  On 28-Nov-2005, the patient was seen in Emergency Room for acute onset of nausea and weakness and was admitted to the hospital for further evaluation and treatment.  Seroquel treatment was stopped on 30-Nov-2005 (reason not specified).  The patient has not yet recovered.  The investigator considered the events of weakness and nausea to be unrelated to the study therapy.

1995

3

CONFIDENTIAL
AZSER12746442

**Narrative event**
SAE, DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Subject identifier**
D1447C00126/E0139001

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-11 (-5) | PreTrt | 4.0 (mmol/L) | 4.9 (%) | 1.53 (mmol/L) | 3.44 (mmol/L) | 0.98 (mmol/L) | (mmol/L)L | 90 (g/L)L |
| Visit prior to Event | S5 | 2005-10-11 (56) | QUETIAPINE 400 | | | | | | | 85 (g/L)L |
| Final Study Visit | S5 | 2005-10-11 (56) | QUETIAPINE 400 | | | | | | | 85 (g/L)L |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-11 (-5) | PreTrt | 372 (10**9/L) | 11.9 (10**9/L) | 3.09 (10**9/L) | 12 (IU/L) | 18 (IU/L) | 71 (umol/L) | 1.95 (mIU/L) | 12.8 (pmol/L) |
| Visit prior to Event | S5 | 2005-10-11 (56) | QUETIAPINE 400 | 333 (10**9/L) | 10.2 (10**9/L) | 3.53 (10**9/L) | | | | | |
| Final Study Visit | S5 | 2005-10-11 (56) | QUETIAPINE 400 | 333 (10**9/L) | 10.2 (10**9/L) | 3.53 (10**9/L) | | | | | |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * - unscheduled visit

1996

4

CONFIDENTIAL
AZSER12746443

**Subject identifier**
D1447C00126/E0139001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE, DAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

1997

CONFIDENTIAL
AZSER12746444

| | Narrative event |
|---|---|
| | SAE, DAE |

**Subject identifier**
D1447C00126/E0139001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-03-30 (-140) | 2005-12-28 (134)# | Yes | QUETIAPINE | 300 mg | Mood stabiliser |
| 2005-10-07 (52) | 2005-11-28 (104) | No | VALPROIC ACID | 1500 mg | Disease under investigation |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

1998

6

CONFIDENTIAL
AZSER12746445

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E0145002

| | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| | Open Label - QUETIAPINE 400 | SAE |

**Narrative event:**

| | |
|---|---|
| Death: | No |
| SAE: | ANKLE FRACTURE |
| DAE: | No |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 55 | Female | Caucasian | 119 | 2005-12-21 | 2006-04-18 | QUETIAPINE 400 | 2006-05-30 | Development of Study-Specific Discontinuation Criteria (due to manic mood event, giving away money and not sleeping) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| 28 | 2006-04-19 | 2006-05-16 |

**Medical History:**

| | |
|---|---|
| Current: | myopia, bilateral lower leg edema, gastroesophageal reflux disease, diabetic neuropathy, diabetes type i, hypothyroidism, rheumatoid arthritis |
| Past: | |

**Death information:**

| | |
|---|---|
| Date of death: | No death |
| Cause of death: | |
| Post-mortem: | |

1

1999

CONFIDENTIAL
AZSER12746446

**Subject identifier**
D1447C00126/E0145002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2006-01-18 (29) | NA | WHITE BLOOD CELL COUNT DECREASED(Decreased white blood cells) | 9.1 | Continuing | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2006-02-17 (59) | NA | NEUTROPHIL COUNT DECREASED(Decreased absolute neutrophils) | 9.1 | Continuing | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2006-02-17 (59) | NA | LYMPHOCYTE COUNT DECREASED(Decreased absolute lymphocytes) | 9.1 | Continuing | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2006-03-29 (99) | NA | ANKLE FRACTURE(Fractured right ankle) | 9.1 | Continuing | No | No | Yes / {HO} | Severe |
| OL | QUETIAPINE 400 | 2006-03-29 (99) | 2006-03-29 (99) | HYPOGLYCAEMIA(Hypoglycemia) | 9.1 | Resolved | No | No | No | Severe |
| RD | PLACEBO 400 | 2006-04-27 (9) | NA | HYPERTENSION(Hypertension) | 9.1 | Continuing | No | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2000

2

CONFIDENTIAL
AZSER12746447