| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0145002 | Open Label - QUETIAPINE 400 | SAE |

**Descriptive text:**

{FRACTURED RIGHT ANKLE} A report was received from an investigator concerning a 56-year-old female patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included valproate semisodium, insulin aspart, triamterene + hydrochlorothiazide, methotrexate, potassium, estradiol, lansoprazole and thyroid. The patient was also treated with Lantus (insulin glargine) 24 units daily since greater than 26 weeks prior to enrollment. The patient had a history of type I diabetes mellitus. The patient began open-label quetiapine fumarate, 500 mg daily from 21-Dec-2005 to 17-Jan-2006 and 400 mg daily from 18-Jan-2006. On 29-Mar-2006 at 03:00, the patient's blood sugar dropped to 33. The patient fell and broke his right ankle in three places. The patient was hospitalized on 29-Mar-2006. The patient has not yet recovered. On 02-Apr-2006, the patient was discharged from the hospital. No action was taken with study drug in response to the event. The investigator considered the event to be unrelated to the study therapy. The investigator considered the event to be related to the concomitant insulin glargine therapy.

2001

3

CONFIDENTIAL
AZSER12746448

| Narrative event | | SAE |
| --- | --- | --- |

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Subject identifier**
D1447C00126/E0145002

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Enrollment | Enrollment | 2005-12-17 (-4) | PreTrt | 17.9 (mmol/L)H | 7.1 (%)H | 0.87 (mmol/L) | 5.80 (mmol/L)H | 2.10 (mmol/L)H | | 141 (g/L) |
| Visit prior to Event | S6 | 2006-03-15 (85) | PLACEBO 400 | 12.6 (mmol/L)H | 6.1 (%) | | | | | 131 (g/L) |
| Final Study Visit | V23 | 2006-05-30 (161) | NA | 6.2 (mmol/L) | 6.0 (%) | 1.21 (mmol/L) | 5.36 (mmol/L)H | 1.94 (mmol/L) | | 134 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Enrollment | Enrollment | 2005-12-17 (-4) | PreTrt | 166 (10**9/L) | 4.2 (10**9/L) | 2.79 (10**9/L) | 17 (IU/L) | 28 (IU/L) | 106 (umol/L) | 1.10 (mIU/L) | 8.0 (pmol/L) L |
| Visit prior to Event | S6 | 2006-03-15 (85) | PLACEBO 400 | 161 (10**9/L) | 3.1 (10**9/L)L | 1.42 (10**9/L)L | | | | | |
| Final Study Visit | V23 | 2006-05-30 (161) | NA | 234 (10**9/L) | 5.4 (10**9/L) | 3.72 (10**9/L) | 68 (IU/L)H | 74 (IU/L)H | 124 (umol/L)H | 1.37 (mIU/L) | 12.5 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

2002

4

CONFIDENTIAL
AZSER12746449

| | Narrative event |
| | SAE |

**Subject identifier**
D1447C00126/E0145002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2003

5

CONFIDENTIAL
AZSER12746450

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Subject identifier**
D1447C00126/E0145002

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-11-20 (-31)# | 2006-06-15 (58)# | Yes | DYAZIDE | 1 tab | Bilateral lower leg edema |
| 2005-11-20 (-31)# | 2006-06-15 (58)# | Yes | ESTRADIOL | 1 mg | Hormone replacement therapy |
| 2005-11-20 (-31)# | 2006-06-15 (58)# | Yes | INSULIN ASPART | 28 units | Diabetes type 1 |
| 2005-11-20 (-31)# | 2006-06-15 (58)# | Yes | INSULIN GLARGINE | 24 units | Diabetes type 1 |
| 2005-11-20 (-31)# | 2006-06-15 (58)# | Yes | LANSOPRAZOLE | 30 mg | Gastroesophageal reflux disease |
| 2005-11-20 (-31)# | 2006-06-15 (58)# | Yes | METHOTREXATE | 10 mg | Rheumatoid arthritis |
| 2005-11-20 (-31)# | 2006-06-15 (58)# | Yes | POTASSIUM | 40 meq | Supplement |
| 2005-12-01 (-20) | 2006-06-15 (58)# | Yes | THYROID | 30 mg | Hypothyroidism |
| 2006-03-15 (85) | 2006-06-15 (58)# | Yes | VALPROIC ACID | 500 mg | Bipolar |
| 2006-04-27 (9) | 2006-06-15 (58)# | Yes | LOSARTAN | 50 mg | Hypertension |
| 2006-05-07 (19) | 2006-06-15 (58)# | Yes | LORAZEPAM | 1 mg | Bipolar |
| 2006-05-30 (42) | 2006-06-15 (58)# | Yes | QUETIAPINE | 800 mg | Bipolar |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2004

6

CONFIDENTIAL
AZSER12746451

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E0145005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event:**

Death:        No

SAE:          BRONCHITIS ACUTE, DEHYDRATION

DAE:          No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 84 | Male | Caucasian | 112 | 2005-12-23 | 2006-04-13 | QUETIAPINE 400 | 2006-05-04 | Development of Study-Specific Discontinuation Criteria (manic mood event) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| 20 | 2006-04-14 | 2006-05-03 |

**Medical History:**

Current:      bilateral hearing loss, presbyopia, emphezema, bilateral extremity edema, hypertension, resting tremor, hypothyroidism, drug allergy mycin's, drug allergy tetracycline, upper respiratory tract infection, herpes simplex 1, chronic obstructive pulmonary disease

Past:

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

1

2005

CONFIDENTIAL
AZSER12746452

**Subject identifier**
D1447C00126/E0145005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2005-12-26 (4) | 2006-01-06 (15) | BRONCHITIS ACUTE(Acute bronchitis - per hospital records) | 9.1 | Resolved | No | No | Yes / {HO ME} | Severe |
| OL | QUETIAPINE 400 | 2005-12-26 (4) | 2006-01-06 (15) | DEHYDRATION(Acute dehydration) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-12-26 (4) | 2006-01-06 (15) | HYPOXIA(Hypoxemia) | 9.1 | Resolved | No | No | No | Moderate |
| RD | PLACEBO 400 | 2006-04-24 (11) | 2006-05-01 (18) | DEHYDRATION(Dehydration) | 9.1 | Resolved | No | No | Yes / {HO} | Severe |
| RD | PLACEBO 400 | 2006-04-24 (11) | 2006-05-01 (18) | DRUG TOXICITY(Lithium toxicity secondary to dehydration) | 9.1 | Resolved | No | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2006

CONFIDENTIAL
AZSER12746453

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0145005 | Open Label - QUETIAPINE 400 | SAE |

## Descriptive text:

{ACUTE BRONCHITIS, ACUTE DEHYDRATION, HYPOXEMIA} A report was received from an investigator concerning an 84 year old male patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. The patient had a history of emphysema, hypertension, hypothyroidism, upper respiratory tract infection and bilateral extremity edema. Concomitant drugs included lithium for bipolar disorder, acetylsalicylic acid for cardiac prophylaxis, thyroid for hypothyroidism, furosemide for hypertension, quetiapine fumarate for bipolar disorder and ciprofloxacin hydrochloride for upper respiratory tract infection. He had been treated with Cipro from 01-Dec-2005 through 22-Dec-2005 for upper respiratory infection. The patient had a history of emphysema, hypertension, hypothyroidism, upper respiratory tract infection and bilateral extremity edema. The patient began study drug on 23-DEC-2005. On 26-DEC-2005, the patient presented to primary care physician with symptoms of the flu. Nasal swab confirmed diagnosis and the patient was hospitalized with acute bronchitis, acute dehydration and hypoxia. Records received from the hospital showed no influenza but instead acute bronchitis. Treatments for event were Cipro and Guaifenesin. The events were considered serious due to hospitalization and medically important. The patient recovered without sequelae. The investigator considered the event unrelated to the study therapy.

{DEHYDRATION} A report was received from an investigator concerning an 84-year-old male patient enrolled in study D1447C00126, a Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included acetylsalicylic acid, lithium, thyroid and furosemide. The patient had a history of upper respiratory tract infection and emphysema. On 04-Oct-2005, the patient began study drug 300 mg daily and increased to 400 mg daily on 23-Dec-2005. On 24-Apr-2006, the patient experienced dehydration and was hospitalized. The patient had not eaten for four days with little fluid intake. Lithium level was 1.76. The patient had decreased ability to sleep and decreased mood stability. Lithium level increased to 1.73 possibly due to timing of previous dose with decrease oral intake of fluid and food. The plan was to increase hydration and hold lithium. On 01-May-2006, the patient recovered without sequelae and was discharged from the hospital. Initially, the company physician considered the event to be unrelated to the study therapy. On follow up, the investigator considered the event to be unrelated to the study therapy. 11-DEC-2006: When the study was unblinded on 07-DEC-2006 it was determined that the patient received placebo and Lithium.

3

2007

CONFIDENTIAL
AZSER12746454

**Narrative event** SAE

**Subject identifier**
D1447C00126/E0145005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-12-20 (-3) | PreTrt | 5.9 (mmol/L) | 5.3 (%) | 1.11 (mmol/L) | 4.35 (mmol/L) | 1.81 (mmol/L) | | 124 (g/L)L |
| Visit prior to Event | Enrollment | 2005-12-20 (-3) | PreTrt | 5.9 (mmol/L) | 5.3 (%) | 1.11 (mmol/L) | 4.35 (mmol/L) | 1.81 (mmol/L) | | 124 (g/L)L |
| Visit after Event | S4 | 2006-01-23 (32) | PLACEBO 400 | | | | | | | 113 (g/L)L |
| Final Study Visit | V23 | 2006-05-04 (133) | NA | 5.4 (mmol/L) | 5.6 (%) | 1.29 (mmol/L) | 4.40 (mmol/L) | 1.50 (mmol/L) | | 129 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-12-20 (-3) | PreTrt | 330 (10**9/L) | 9.1 (10**9/L) | 6.73 (10**9/L) | 4 (IU/L)L | 14 (IU/L) | 106 (umol/L) | 1.69 (mIU/L) | 10.6 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-12-20 (-3) | PreTrt | 330 (10**9/L) | 9.1 (10**9/L) | 6.73 (10**9/L) | 4 (IU/L)L | 14 (IU/L) | 106 (umol/L) | 1.69 (mIU/L) | 10.6 (pmol/L) |
| Visit after Event | S4 | 2006-01-23 (32) | PLACEBO 400 | 281 (10**9/L) | 5.9 (10**9/L) | 4.22 (10**9/L) | | | | | |
| Final Study Visit | V23 | 2006-05-04 (133) | NA | 305 (10**9/L) | 8.3 (10**9/L) | 6.66 (10**9/L) | 8 (IU/L) 13 | (IU/L) | 88 (umol/L) | 4.04 (mIU/L) | 16.4 (pmol/L) H |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * = unscheduled visit

2008

4

CONFIDENTIAL
AZSER12746455

| | | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|---|
| Subject identifier | | Open Label - QUETIAPINE 400 | SAE |
| D1447C00126/E0145005 | | | |

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2009

5

CONFIDENTIAL
AZSER12746456

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Subject identifier**
D1447C00126/E0145005

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-11-22 (-31)# | 2006-01-05 (14) | No | THYROID | 60 mg | Hypothyroidism |
| 2005-11-22 (-31)# | 2006-06-02 (50)# | Yes | ACETYLSALICYLIC ACID | 81 mg | Cardiac prophlaxis |
| 2005-11-22 (-31)# | 2006-06-02 (50)# | Yes | FUROSEMIDE | 20 mg | Hypertension bilateral extremity edema |
| 2005-11-22 (-31)# | 2006-06-02 (50)# | Yes | LITHIUM | 300 mg | Bipolar |
| 2005-12-28 (6) | 2006-01-10 (19) | No | CIPROFLOXACIN | 1000 mg | Acute bronchitis |
| 2005-12-28 (6) | 2006-01-10 (19) | No | GUAIFENESIN | 1200 mg | Acute bronchitis |
| 2006-01-06 (15) | 2006-06-02 (50)# | Yes | THYROID | 45 mg | Hypothyroidism |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2010

6

CONFIDENTIAL
AZSER12746457

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E01145015

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

Narrative event
SAE

**Narrative event:**

Death:                No

SAE:                  DEEP VEIN THROMBOSIS

DAE:                  No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 57 | Female | Caucasian | 160 | 2006-01-17 | 2006-06-25 | QUETIAPINE 500 | 2006-08-22 | Other (sponsor stopped study) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| 57 | 2006-06-26 | 2006-08-21 |

**Medical History:**

Current:    myopia, hypercholesterolemia, irritable bowel syndrome-constipation prominent, gastroesophegeal reflux disease, restless leg syndrome, estrogen defiency, hypothyroidism, chronic dry skin, seasonal allergies, chronic knee pain, chronic back pain, chronic neck pain

Past:       bowel obstruction, deep vein thrombosis left calf

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

1

2011

CONFIDENTIAL
AZSER12746458

**Subject identifier**
D1447C00126/E0145015

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 500 | 2006-03-06 (49) | 2006-03-21 (64) | DEEP VEIN THROMBOSIS(Deep vein thrombosis left calf) | 9.1 | Resolved | No | No | Yes / {HO} | Severe |
| OL | QUETIAPINE 500 | 2006-06-20 (155) | NA | CELLULITIS(Cellulitis left leg) | 9.1 | Continuing | No | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2012

2

CONFIDENTIAL
AZSER12746459

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0145015 | Open Label - QUETIAPINE 500 | SAE |

**Descriptive text:**

{DEEP VEIN THROMBOSIS - LEFT CALF} A report was received from an investigator concerning a 58 year old female patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included atorvastatin for hypercholesterolemia, lansoprazole for gastroesophageal reflux disease, valproate semisodium for bipolar disorder, ropinirole hydrochloride for restless leg syndrome, thyroid medications for hypothyroidism, nicotinic acid for hypertriglycerides and paracetamol for general discomfort. The patient began study drug on 14-JUL-2005 and experienced deep vein thrombosis - left calf which started on 14-MAR-2006. The event(s) were considered serious due to hospitalization. The patient recovered without sequelae. The investigator considered the event(s) to be unrelated to the study therapy, but related to treatment with Premarin (hormone replacement therapy) which was started on 14-JUL-2005 and discontinued on 04-APR-2006.

3

2013

CONFIDENTIAL
AZSER12746460

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0145015 | Open Label - QUETIAPINE 500 | SAE |

**AstraZeneca Comment:**

The patient signed informed consent on 2006-01-11. The descriptive text indicating the patient began study drug on 2005-07-14 is incorrect.

2014

4

CONFIDENTIAL
AZSER12746461

**Narrative event** SAE

**Subject identifier** D1447C00126/E0145015

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-11 (-6) | PreTrt | 4.8 (mmol/L) | 5.3 (%) | 2.24 (mmol/L) | 6.01 (mmol/L)H | 1.68 (mmol/L) | | 123 (g/L) |
| Visit prior to Event | S4 | 2006-02-16 (31) | QUETIAPINE 500 | | | | | | | 119 (g/L) |
| Visit of Event | S5 | 2006-03-14 (57) | QUETIAPINE 500 | | | | | | | 109 (g/L)L |
| Visit after Event | S6 | 2006-04-11 (85) | QUETIAPINE 500 | 4.9 (mmol/L) | 5.2 (%) | | | | | 119 (g/L) |
| Final Study Visit | V23 | 2006-08-22 (218) | NA | 5.7 (mmol/L) | 5.8 (%) | 3.74 (mmol/L)H | 5.05 (mmol/L) | 1.50 (mmol/L) | | 127 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-11 (-6) | PreTrt | 291 (10**9/L) | 5.1 (10**9/L) | 2.91 (10**9/L) | 12 (IU/L) | 14 (IU/L) | 71 (umol/L) | 2.15 (mIU/L) | 9.7 (pmol/L)L |
| Visit prior to Event | S4 | 2006-02-16 (31) | QUETIAPINE 500 | 298 (10**9/L) | 5.7 (10**9/L) | 2.70 (10**9/L) | | | | | |
| Visit of Event | S5 | 2006-03-14 (57) | QUETIAPINE 500 | 397 (10**9/L) | 7.3 (10**9/L) | 4.77 (10**9/L) | | | | | |
| Visit after Event | S6 | 2006-04-11 (85) | QUETIAPINE 500 | 284 (10**9/L) | 4.9 (10**9/L) | 1.91 (10**9/L)L | | | | | |
| Final Study Visit | V23 | 2006-08-22 (218) | NA | 319 (10**9/L) | 6.1 (10**9/L) | 2.54 (10**9/L) | 16 (IU/L) | 19 (IU/L) | 71 (umol/L) | 3.63 (mIU/L) | 11.4 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

2015

5

CONFIDENTIAL
AZSER12746462

Narrative event
SAE

Subject identifier
D1447C00126/E0145015

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2016

6

CONFIDENTIAL
AZSER12746463

**Narrative event**
SAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Subject identifier**
D1447C00126/E0145015

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-06-28 (-203) | 2006-09-20 (87)# | Yes | VALPROIC ACID | 750 mg | Bipolar |
| 2005-07-14 (-187) | 2006-04-04 (78) | No | ESTROGENS CONJUGATED | 1.25 mg | Hormone replacement therapy |
| 2005-12-17 (-31)# | 2006-03-06 (49) | No | ACETYLSALICYLIC ACID | 162 mg | Deep vein thrombosis prophlaxis |
| 2005-12-17 (-31)# | 2006-09-20 (87)# | Yes | ATORVASTATIN | 10 mg | Hypercholesterolemia |
| 2005-12-17 (-31)# | 2006-09-20 (87)# | Yes | LANSOPRAZOLE | 30 mg | Gastroesophageal reflux disease |
| 2006-01-11 (-6) | 2006-09-20 (87)# | Yes | ROPINIROLE | 1 mg | Restless leg syndrome |
| 2006-01-17 (1) | 2006-03-08 (51) | No | THYROID | 15 mg | Hypothyroidism |
| 2006-03-06 (49) | 2006-09-20 (87)# | Yes | WARFARIN | 5 mg | Deep vein thrombosis prophlaxis |
| 2006-03-06 (49) | 2006-09-20 (87)# | Yes | WARFARIN | 2.5 mg | Deep vein thrombosis prophlaxis |
| 2006-03-07 (50) | 2006-03-14 (57) | No | CLOPIDOGREL | 75 mg | Pain in left vein rule out deep vein thrombosis |
| 2006-03-07 (50) | 2006-09-20 (87)# | Yes | NICOTINIC ACID | 500 mg | Hypertriglyceridies |
| 2006-03-09 (52) | 2006-03-10 (53) | No | THYROID | 22.5 mg | Hypothyroidism |
| 2006-03-11 (54) | 2006-09-20 (87)# | Yes | THYROID | 30 mg | Hypothyroidism |
| 2006-03-14 (57) | 2006-09-20 (87)# | Yes | HEPARIN | 40 mg | Deep vein thrombosis left calf |
| 2006-03-14 (57) | 2006-09-20 (87)# | Yes | PARACETAMOL | 500 mg | General disconfort |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

7

2017

CONFIDENTIAL
AZSER12746464

Narrative event
SAE, DAE

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E0146006

**Narrative event:**

Death:          No

SAE:            DIABETES MELLITUS

DAE:            DIABETES MELLITUS, HYPERTRIGLYCERIDAEMIA

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 700

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 42 | Male | Caucasian | 50 | 2006-01-19 | 2006-03-09 | QUETIAPINE 700 | 2006-03-09 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA |  |  |

**Medical History:**

Current:        occasional dizziness, left eye pterygium, sleep apnea, elevated cholesterol, occasional heartburn, occasional stress headache, intermittent bakers cyst-knee bilaterally, arthritis, recurrent back pain, recurrent neck pain, insomnia, anxiety secondary to bipolar, hypertriglyceridemia

Past:           left knee torn meniscus

**Death information:**

Date of death:     No death

Cause of death:

Post-mortem:

2018

1

CONFIDENTIAL
AZSER12746465

**Subject identifier** D1447C00126/E0146006

**Study phase-treatment during which event occurred** Open Label - QUETIAPINE 700

**Narrative event** SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2006-01-06 (-13) | 2006-01-08 (-11) | ENERGY INCREASED(Increased energy) | 9.1 | Resolved | No | No | No | Moderate |
| PreTrt | | 2006-01-18 (-1) | 2006-03-08 (49) | DRY MOUTH(Dry mouth) | 9.1 | Resolved | Yes | No | No | Moderate |
| PreTrt | | 2006-01-18 (-1) | 2006-03-08 (49) | NASAL CONGESTION(Nasal congestion) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2006-01-19 (1) | 2006-02-02 (15) | DIZZINESS(Light headedness) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2006-01-19 (1) | 2006-02-18 (31) | INCREASED APPETITE(Increased appetite) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2006-01-20 (2) | NA | DYSGEUSIA(Metallic taste in mouth) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2006-01-20 (2) | 2006-02-09 (22) | ALOPECIA(Hair loss) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 600 | 2006-02-22 (35) | NA | BACK PAIN(Increased back pain) | 9.1 | Continuing | No | No | No | Moderate |
| OL | QUETIAPINE 700 | 2006-03-02 (43) | NA | DIABETES MELLITUS(Diabetes) | 9.1 | Continuing | Yes | Yes | Yes/{ME} | Severe |
| OL | QUETIAPINE 700 | 2006-03-04 (45) | 2006-03-07 (48) | UPPER RESPIRATORY TRACT INFECTION(Upper respiratory infection) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 700 | 2006-03-08 (49) | NA | VISION BLURRED(Blurred vision) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 700 | 2006-03-08 (49) | NA | PERIPHERAL COLDNESS(Cold feet) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 700 | 2006-03-08 (49) | NA | HYPERTRIGLYCERIDAEMIA(Increased hypertriglyceridemia) | 9.1 | Continuing | Yes | Yes | No | Severe |

2019

2

CONFIDENTIAL
AZSER12746466

Subject identifier
D1447C00126/E0146006

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 700

**Narrative event**
SAE, DAE

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 700 | 2006-03-08 (49) | 2006-03-08 (49) | HEADACHE(Headache) | 9.1 | Resolved | Yes | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2020

3

CONFIDENTIAL
AZSER12746467

**Subject identifier**
D1447C00126/E0146006

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 700

**Descriptive text:**

{DIABETES} A report was received from an investigator concerning a 42 year-old male patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included valproate semisodium for bipolar I, simvastatin for elevated cholesterol, multivitamins, esomeprazole magnesium for heartburn, ibuprofen for stress headaches, naproxen sodium for arthritis, zolpidem tartrate for insomnia, and rosuvastatin calcium for elevated cholesterol. On 16-Jan-2006 laboratory data revealed glucose 129, HGA1C 6.7, triglycerides 666, and cholesterol 265. The patient began the open labeled phase of the study on 19-Jan-2006. On 02-Mar-2006, after six weeks and one day of therapy, laboratory data revealed elevated blood glucose. Hgb A1C, total cholesterol, triglycerides, and total bilirubin. The patient denied any symptoms or complaints. On 05-Mar-2006, the patient was treated with Zithromax (azithromycin) 2 grams X1 oral for upper respiratory infection. Labs were drawn on 07-Mar-2006, which indicated the patient's HgA1C to be 11.0, glucose 127, triglycerides 6016, and cholesterol 980. Results received on 08-Mar-2006 prompted site to have the patient discontinue study. Labs on 08-Mar-2006 revealed the patient's glucose was 562. The patient was started on Glucophage (metformin) for diabetes and will have labs redrawn. On 14-Mar-2006, HgA1C was 10.8, glucose 201, triglycerides 7870, cholesterol 924, and total bilirubin 0.2. On 16-Mar-2006, the patient was started on Geodon (ziprasidone hydrochloride) 80 mg oral for bipolar I and on 17-Mar-2006, the patient was started on Adicor 500/20 mg oral for elevated cholesterol and Glucophage for diabetes. Labs drawn on 13-Apr-2006 indicated patient's HgA1C was 8.8, glucose 114, triglycerides 362, cholesterol 268, to tal bilirubin 0.5, and valproic acid 70. Labs were withdrawn and there was improvement - HgA1C was 7.6, glucose 113, triglycerides 320, cholesterol 237, and valproic acid 83. Labs drawn on 17-Mar-2006 showed only the triglyceride level (non fasting) appeared to be clinically significant at 683. The patient was considered resolved on 31-MAY-2006. Labs drawn on 02-Jun-2006 HgA1C - pending, glucose - 106, triglycerides - 345 cholesterol - 217, valproic acid - 96. None of the values were considered clinically significant. The patient was withdrawn from the study. The primary care physician has continued to monitor the patient's health status and lab results since the initial event. Patient's lab results have returned to baseline. Patient remains on Glucophage 1000 mg/day yet his diabetes and labs are considered stable. Patient appears to be doing well both physically and emotionally since study discontinuation. The event of diabetes was assessed as serious because it was medically important. The event was considered to be resolved. The investigator considered the event causally related to study therapy. Summary of follow-up information received by AstraZeneca on 18-Apr-2006: Lab results from 13-Apr-2006 were provided. Summary of follow-up information received by AstraZeneca on 02-Jun-2006: Event stop date and outcome and lab results of 02-Jun-2006.

2021

4

CONFIDENTIAL
AZSER12746468

Narrative event
SAE, DAE

**Subject identifier**
D1447C00126/E0146006

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 700

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-16 (-2) | PreTrt | 7.2 (mmol/L)H | 6.7 (%)H | 7.53 (mmol/L)H | 6.86 (mmol/L)H | 1.11 (mmol/L) | | 157 (g/L) |
| Visit prior to Event | S4 | 2006-02-16 (29) | QUETIAPINE 600 | | | | | | | |
| Final Study Visit | S13 | 2006-03-09 (50) | QUETIAPINE 700 | 12.2 (mmol/L)H | 11.5 (%)H | | 28.23 (mmol/L)H | | | |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-16 (-2) | PreTrt | 184 (10**9/L) | 5.0 (10**9/L) | 2.41 (10**9/L) | 18 (IU/L) | 13 (IU/L) | 106 (umol/L) | 2.09 (mIU/L) | 10.2 (pmol/L) |
| Visit prior to Event | S4 | 2006-02-16 (29) | QUETIAPINE 600 | 190 (10**9/L) | 3.7 (10**9/L)L | 1.67 (10**9/L)L | | | | | |
| Final Study Visit | S13 | 2006-03-09 (50) | QUETIAPINE 700 | 216 (10**9/L) | 4.1 (10**9/L)L | 1.72 (10**9/L)L | 30 (IU/L) | 19 (IU/L) | 97 (umol/L) | | |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range, H=above normal range, NR=not recorded   * - unscheduled visit

2022

5

CONFIDENTIAL
AZSER12746469

Narrative event
SAE, DAE

**Subject identifier**
D1447C00126/E0146006

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 700

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

6

2023

CONFIDENTIAL
AZSER12746470

**Subject identifier**
D1447C00126/E0146006

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 700

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-12-19 (-31)# | 2006-03-08 (49) | No | SIMVASTATIN | 80 mg | Elevated cholesterol |
| 2005-12-19 (-31)# | 2006-04-08 (80)# | Yes | ESOMEPRAZOLE | 40 mg | Heartburn |
| 2005-12-19 (-31)# | 2006-04-08 (80)# | Yes | IBUPROFEN | 400 mg | Stress headache |
| 2005-12-19 (-31)# | 2006-04-08 (80)# | Yes | NAPROXEN | 2 tabs | Arthritis |
| 2005-12-19 (-31)# | 2006-04-08 (80)# | Yes | VITAMINS NOS | 1 tab | Health maintenance |
| 2005-12-19 (-31)# | 2006-04-08 (80)# | Yes | ZOLPIDEM | 10 mg | Insomnia |
| 2006-01-06 (-13) | 2006-04-08 (80)# | Yes | VALPROIC ACID | 2500 mg | Bipolar 1 |
| 2006-02-23 (36) | 2006-04-08 (80)# | Yes | GABAPENTIN | 300 mg | Anxiety secondary to Anxiety secondary to bipolar 1 |
| 2006-03-05 (46) | 2006-03-05 (46) | No | AZITHROMYCIN | 2 g | Upper respiratory infection |
| 2006-03-08 (49) | 2006-03-12 (53) | No | METFORMIN | 500 mg | Diabetes |
| 2006-03-09 (50) | 2006-03-16 (57) | No | ROSUVASTATIN | 20 mg | Elevated cholesterol |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2024

7

CONFIDENTIAL
AZSER12746471

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E0202004

Narrative event:
SAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

**Narrative event:**

Death:            No

SAE:              ANGER

DAE:              No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 42  | Male | Caucasian | 103 | 2005-06-23 | 2005-10-03 | QUETIAPINE 800 | 2005-10-24 | Other (ceased eplinn) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:

Past:

**Death information:**

Date of death:         No death

Cause of death:

Post-mortem:

1

2025

CONFIDENTIAL
AZSER12746472

**Subject identifier**
D1447C00126/E0202004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-06-08 (-15) | NA | DRY MOUTH(Dry mouth) | 9.1 | Continuing | No | No | No | Mild |
| PreTrt | | 2005-06-08 (-15) | 2005-07-10 (18) | FLUID RETENTION(Fluid retension) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 800 | 2005-07-03 (11) | NA | ABNORMAL DREAMS(Vivid dreams) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 800 | 2005-08-18 (57) | 2005-09-27 (97) | ANGER(Angry episode) | 9.1 | Resolved | No | No | Yes / {HO} | Moderate |
| OffTrt | | 2005-10-10 (110) | NA | HYPERHIDROSIS(Sweating) | 9.1 | Continuing | No | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2026

CONFIDENTIAL
AZSER12746473

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0202004 | Open Label - QUETIAPINE 800 | SAE |

**Descriptive text:**

{ANGRY EPISODE} A report was received from an investigator concerning a 43 year old male patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included quetiapine fumarate for bipolar disorder, clonazepam for bipolar disorder, valproic acid for bipolar disorder, chlorpromazine for bipolar disorder, lamotrigine for bipolar disorder and venlafaxine for bipolar disorder. The patient had a history of fluid retention, dry mouth and vivid dreams. The patient began study drug on 23-JUN-2005 and experienced angry episode which started on 18-AUG-2005. The event(s) were considered serious due to hospitalization. The patient recovered without sequelae. The investigator considered the event(s) to be unrelated to the study therapy.

2027

3

CONFIDENTIAL
AZSER12746474

**Narrative event** SAE

**Subject identifier** D1447C00126/E0202004

**Study phase-treatment during which event occurred** Open Label - QUETIAPINE 800

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-16 (-6) | PreTrt | 5.9 (mmol/L) | 5.4 (%) | 2.00 (mmol/L) | 4.92 (mmol/L) | 1.37 (mmol/L) | | 147 (g/L) |
| Visit prior to Event | S5 | 2005-08-17 (56) | QUETIAPINE 800 | | | | | | | 147 (g/L) |
| Visit after Event | S13 | 2005-10-20 (120) | OffTrt | 4.7 (mmol/L) | 5.7 (%) | 1.25 (mmol/L) | 5.08 (mmol/L) | 1.68 (mmol/L) | | 137 (g/L) |
| Final Study Visit | S13 | 2005-10-20 (120) | OffTrt | 4.7 (mmol/L) | 5.7 (%) | 1.25 (mmol/L) | 5.08 (mmol/L) | 1.68 (mmol/L) | | 137 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-16 (-6) | PreTrt | 306 (10**9/L) | 7.3 (10**9/L) | 2.30 (10**9/L) | 54 (IU/L)H | 55 (IU/L)H | 97 (umol/L) | 2.30 (mIU/L) | 16.0 (pmol/L) |
| Visit prior to Event | S5 | 2005-08-17 (56) | QUETIAPINE 800 | 270 (10**9/L) | 5.0 (10**9/L) | 1.93 (10**9/L)L | | | | | |
| Visit after Event | S13 | 2005-10-20 (120) | OffTrt | 344 (10**9/L) | 6.3 (10**9/L) | 2.94 (10**9/L) | 21 (IU/L) | 34 (IU/L) | 106 (umol/L) | 1.59 (mIU/L) | 18.8 (pmol/L) |
| Final Study Visit | S13 | 2005-10-20 (120) | OffTrt | 344 (10**9/L) | 6.3 (10**9/L) | 2.94 (10**9/L) | 21 (IU/L) | 34 (IU/L) | 106 (umol/L) | 1.59 (mIU/L) | 18.8 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

2028

4

CONFIDENTIAL
AZSER12746475

Subject identifier
D1447C00126/E0202004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

Narrative event
SAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2029

CONFIDENTIAL
AZSER12746476

**Subject identifier**
D1447C00126/E0202004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-05-23 (-31)# | 2005-09-12 (82) | No | VALPROIC ACID | 1500 mg | Bipolar disorder |
| 2005-05-23 (-31)# | 2005-11-02 (133)# | Yes | CLONAZEPAM | 1 mg | Bipolar disorder |
| 2005-07-13 (21) | 2005-08-18 (57) | No | LAMOTRIGINE | 50 mg | Bipolar disorder |
| 2005-07-21 (29) | 2005-08-18 (57) | No | VENLAFAXINE | 225 mg | Bipolar disorder |
| 2005-08-19 (58) | 2005-08-24 (63) | No | LAMOTRIGINE | 75 mg | Bipolar disorder |
| 2005-08-19 (58) | 2005-11-02 (133)# | Yes | VENLAFAXINE | 450 mg | Bipolar disorder |
| 2005-08-25 (64) | 2005-11-02 (133)# | Yes | LAMOTRIGINE | 100 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2030

6

CONFIDENTIAL
AZSER12746477

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0202006

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 999

Narrative event
SAE, DAE

**Narrative event:**

| | |
|---|---|
| Death: | No |
| SAE: | SUICIDE ATTEMPT |
| DAE: | SUICIDE ATTEMPT |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 37 | Female | Caucasian | 14 | 2005-08-17 | 2005-08-30 | QUETIAPINE 999 | 2005-11-09 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

| | |
|---|---|
| Current: | pituitary tumor |
| Past: | |

**Death information:**

| | |
|---|---|
| Date of death: | No death |
| Cause of death: | |
| Post-mortem: | |

1

2031

CONFIDENTIAL
AZSER12746478

**Subject identifier**
D1447C00126/E0202006

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 999

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 999 | 2005-08-29 (13) | 2005-08-30 (14) | SUICIDE ATTEMPT (Attempted suicide) | 9.1 | Resolved | No | Yes | Yes / {HO} | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2032

CONFIDENTIAL
AZSER12746479

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0202006 | Open Label - QUETIAPINE 999 | SAE, DAE |

**Descriptive text:**

{ATTEMPTED SUICIDE}: A report was received from an investigator concerning a 37 year old female patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. The patient had a history of pituitary tumour and hysterectomy. The patient began study drug on 06-MAY-2005 and experienced moderate attempted suicide which started on 29-AUG-2005. The event(s) were considered serious due to hospitalization. The patient recovered without sequelae. The investigator considered the event(s) to be unrelated to the study therapy.

3

2033

CONFIDENTIAL
AZSER12746480

**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00126/E0202006

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 999

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-10 (-6) | PreTrt | 4.9 (mmol/L) | 5.2 (%) | 1.74 (mmol/L) | 4.79 (mmol/L) | 1.32 (mmol/L) | | 130 (g/L) |
| Visit prior to Event | Enrollment | 2005-08-10 (-6) | PreTrt | 4.9 (mmol/L) | 5.2 (%) | 1.74 (mmol/L) | 4.79 (mmol/L) | 1.32 (mmol/L) | | 130 (g/L) |
| Visit after Event | S13 | 2005-11-09 (85) | OffTrt | 4.7 (mmol/L) | 4.9 (%) | 2.11 (mmol/L) | 4.77 (mmol/L) | 1.48 (mmol/L) | | 131 (g/L) |
| Final Study Visit | S13 | 2005-11-09 (85) | OffTrt | 4.7 (mmol/L) | 4.9 (%) | 2.11 (mmol/L) | 4.77 (mmol/L) | 1.48 (mmol/L) | | 131 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-10 (-6) | PreTrt | 323 (10**9/L) | 7.0 (10**9/L) | | 48 (IU/L)H | 32 (IU/L) | 71 (umol/L) | 1.41 (mIU/L) | 9.5 (pmol/L)L |
| Visit prior to Event | Enrollment | 2005-08-10 (-6) | PreTrt | 323 (10**9/L) | 7.0 (10**9/L) | | 48 (IU/L)H | 32 (IU/L) | 71 (umol/L) | 1.41 (mIU/L) | 9.5 (pmol/L)L |
| Visit after Event | S13 | 2005-11-09 (85) | OffTrt | 366 (10**9/L) | 8.9 (10**9/L) | | 42 (IU/L)H | 31 (IU/L) | 88 (umol/L) | 2.45 (mIU/L) | 11.0 (pmol/L) |
| Final Study Visit | S13 | 2005-11-09 (85) | OffTrt | 366 (10**9/L) | 8.9 (10**9/L) | | 42 (IU/L)H | 31 (IU/L) | 88 (umol/L) | 2.45 (mIU/L) | 11.0 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

2034

4

CONFIDENTIAL
AZSER12746481

**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00126/E0202006

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 999

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2035

5

CONFIDENTIAL
AZSER12746482

| Subject identifier | Study phase-treatment during which event occurred | | | | Narrative event |
|---|---|---|---|---|---|
| D1447C00126/E0202006 | Open Label - QUETIAPINE 999 | | | | SAE, DAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-08-26 (10) | 2005-08-29 (13) | No | LITHIUM | 1250 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2036

CONFIDENTIAL
AZSER12746483

**START OF E NARRATIVE**
**Subject identifier**
D1447C00126/E0202008

Narrative event

SAE, DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event:**

| | |
|---|---|
| Death: | No |
| SAE: | CONSTIPATION |
| DAE: | CONSTIPATION |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 33 | Male | Caucasian | 24 | 2006-03-06 | 2006-03-29 | QUETIAPINE 600 | 2006-06-01 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

| | |
|---|---|
| Current: | intermittent dizziness |
| Past: | intermittent constipation |

**Death information:**

| | |
|---|---|
| Date of death: | No death |
| Cause of death: | |
| Post-mortem: | |

1

2037

CONFIDENTIAL
AZSER12746484

**Subject identifier**
D1447C00126/E0202008

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discontinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2006-03-06 (1) | 2006-03-13 (8) | SOMNOLENCE(Drowsy) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 300 | 2006-03-12 (7) | NA | NASAL CONGESTION(Blocked nose) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 600 | 2006-03-27 (22) | 2006-04-06 (32) | CONSTIPATION(Constipation) | 9.1 | Resolved | Yes | No | No | Severe |
| OL | QUETIAPINE 600 | 2006-03-27 (22) | 2006-04-06 (32) | ABDOMINAL PAIN(Abdominal pain) | 9.1 | Resolved | Yes | No | No | Severe |
| OL | QUETIAPINE 600 | 2006-03-27 (22) | 2006-04-06 (32) | NAUSEA(Nausea) | 9.1 | Resolved | Yes | No | No | Severe |
| OL | QUETIAPINE 600 | 2006-03-29 (24) | 2006-03-30 (25) | CONSTIPATION(Pseudo-obstruction of the bowel) | 9.1 | Resolved | Yes | Yes | Yes/{HO} | Severe |
| OffTrt | QUETIAPINE 600 | 2006-03-31 (26) | 2006-05-18 (74) | PERITONITIS(Peritonitis) | 9.1 | Resolved | No | No | No | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2

2038

CONFIDENTIAL
AZSER12746485

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0202008 | Open Label - QUETIAPINE 600 | SAE, DAE |

**Descriptive text:**

{PSEUDO-OBSTRUCTION OF THE BOWEL} A report has been received from a study investigator concerning a 33 year-old male patient enrolled in D1447C00126, a Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  The study is divided in 2 treatment phases, the Open-label treatment phase (stabilization phase) and the Randomized treatment phase (maintenance phase).  The patient was receiving Open-label phase treatment and Lithium.  Concomitant drugs included diazepam for bipolar disorder.  The patient had no relevant medical condition other then bipolar I disorder, and had not undergone any relevant surgical procedure. The patient had no known history of Diabetes Mellitus.  On an unspecified date, over 26 weeks prior to enrolment, the patient began treatment with Lithium 900 mg daily, oral. On 06 March 2006 the patient commenced treatment with Seroquel 100 mg daily oral, this was increased to 200 mg daily on 07 March 2006, to 300 mg daily on 10 March 2006, to 400 mg daily on 13 March 2006, to 500 mg daily on 21 March 2006 and finally to 600 mg daily on 24 March 2006.  On 29 March 2006, after 29 weeks and five days of study therapy the patient experienced severe constipation, abdominal pain and nausea and was diagnosed with pseudo-obstruction of the bowel. The patient was admitted to hospital. Treatment with Seroquel was discontinued due to the event. No action was taken against lithium and diazepam in relation to the event. The reporter commented that there were no lithium and quetiapine plasma concentration levels available.  On 31 March 2006 the patient underwent laparotomy (exploratory). The colon was found to be distended with faecal loading in mainly the descending and sigmoid colon, and about 15 cm of distal transverse colon was noted to be oedematous with exudate on serosal surface, but the colon looked viable. No other abnormalities were found. There was mass closure of the small bowel, and there was inflamed segment of distal transverse colon, ileus. The patient was treated with antibiotics. The event resolved. That same day the patient started taking Abilify 5 mg daily, oral for bipolar disorder. On 06 April 2006 the patient was discharged from the hospital. The patient has been withdrawn from the study.  The investigator considered the event serious due to hospitalization and causally related to the study therapy but unrelated to Lithium.  The company medical expert considered the event medically important due to significant intervention (surgery).  Summary of follow-up information received by AZ on 03 May 2006 - No action taken against lithium and diazepam in relation to the event added - No lithium and quetiapine plasma concentration levels available added - Patient withdrawn from study added - Laparotomy report added

2039

3

CONFIDENTIAL
AZSER12746486

**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00126/E0202008

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Triglycerides | Total Cholesterol | HDL | LDL | Hemoglobin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-02-27 (-6) | PreTrt | 4.9 (mmol/L) | 5.3 (%) | 0.68 (mmol/L) | 4.22 (mmol/L) | 1.17 (mmol/L) | | 150 (g/L) |
| Visit prior to Event | Enrollment | 2006-02-27 (-6) | PreTrt | 4.9 (mmol/L) | 5.3 (%) | 0.68 (mmol/L) | 4.22 (mmol/L) | 1.17 (mmol/L) | | 150 (g/L) |
| Visit after Event | S13 | 2006-06-01 (88) | OffTrt | 4.9 (mmol/L) | 4.2 (%)L | 1.68 (mmol/L) | 5.21 (mmol/L)H | 1.30 (mmol/L) | | |
| Final Study Visit | S13 | 2006-06-01 (88) | OffTrt | 4.9 (mmol/L) | 4.2 (%)L | 1.68 (mmol/L) | 5.21 (mmol/L)H | 1.30 (mmol/L) | | |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-02-27 (-6) | PreTrt | 293 (10**9/L) | 8.3 (10**9/L) | | 20 (IU/L) | 17 (IU/L) | 97 (umol/L) | 2.09 (mIU/L) | 16.6 (pmol/L) |
| Visit prior to Event | Enrollment | 2006-02-27 (-6) | PreTrt | 293 (10**9/L) | 8.3 (10**9/L) | | 20 (IU/L) | 17 (IU/L) | 97 (umol/L) | 2.09 (mIU/L) | 16.6 (pmol/L) |
| Visit after Event | S13 | 2006-06-01 (88) | OffTrt | | | | 42 (IU/L) | 25 (IU/L) | 71 (umol/L) | 2.55 (mIU/L) | 16.0 (pmol/L) |
| Final Study Visit | S13 | 2006-06-01 (88) | OffTrt | | | | 42 (IU/L) | 25 (IU/L) | 71 (umol/L) | 2.55 (mIU/L) | 16.0 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range.   H=above normal range. NR=not recorded   * - unscheduled visit

4

2040

CONFIDENTIAL
AZSER12746487

**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00126/E0202008

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2041

CONFIDENTIAL
AZSER12746488

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

Subject identifier
D1447C00126/E0202008

## Medication information:  Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2006-02-03 (-31)# | 2006-04-28 (54)# | Yes | LITHIUM | 900 mg | Bipolar disorder |
| 2006-03-29 (24) | 2006-03-29 (24) | No | COLONLYTELY | N.N | Bowel preparation for laparotomy |
| 2006-03-29 (24) | 2006-03-30 (25) | No | METOCLOPRAMIDE | N.N | Nausea |
| 2006-03-29 (24) | 2006-03-31 (26) | No | FLEET | /DK/ 133 mls | Constipation |
| 2006-03-29 (24) | 2006-03-31 (26) | No | MORPHINE | N.N | Pain abdominal |
| 2006-03-29 (24) | 2006-04-01 (27) | No | LACTULOSE | 60 mls | Constipation |
| 2006-03-30 (25) | 2006-03-30 (25) | No | NULYTELY | N.N | Constipation |
| 2006-03-30 (25) | 2006-03-30 (25) | No | TRAMADOL | N.N | Abdominal pain |
| 2006-03-30 (25) | 2006-04-02 (28) | No | AMOXICILLIN | 1 g | Peritonitis |
| 2006-03-30 (25) | 2006-04-02 (28) | No | PANTOPRAZOLE | 40 mg | Peritonitis |
| 2006-03-30 (25) | 2006-04-03 (29) | No | GENTAMICIN | 320 mg | Peritonitis |
| 2006-03-30 (25) | 2006-04-06 (32) | No | PARACETAMOL | N.N | Prophylaxis pain |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2042

6

CONFIDENTIAL
AZSER12746489

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0202009

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 450

Narrative event
SAE, DAE

**Narrative event:**

Death:            No

SAE:              NEPHROLITHIASIS

DAE:              NEPHROLITHIASIS

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 32 | Male | Caucasian | 129 | 2006-03-09 | 2006-07-15 | QUETIAPINE 450 | 2006-09-22 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:          nausea intermittent, headache intermittent

Past:             kidney stones, dizzyness on standing, allergy to passionfruit (throat and neck swelling, shortness of breath)

**Death information:**

Date of death:    No death

Cause of death:

Post-mortem:

2043

1

CONFIDENTIAL
AZSER12746490

**Subject identifier**
DI447C00126/E0202009

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 450

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discontinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2006-03-10 (2) | 2006-04-08 (31) | SOMNOLENCE(Drowsiness) | 9.1 | Resolved | Yes | No | No | Severe |
| OL | QUETIAPINE 400 | 2006-03-27 (19) | NA | DECREASED APPETITE(Loss of appetite) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2006-04-10 (33) | 2006-05-18 (71) | VIRAL INFECTION(Viral infection) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2006-04-28 (51) | NA | SOMNOLENCE(Drowsiness) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 500 | 2006-05-12 (65) | NA | RASH(Rash on limbs) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 450 | 2006-07-13 (127) | NA | NEPHROLITHIASIS(Worsening of kidney stones) | 9.1 | Continuing | No | Yes | Yes / {HO} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2044

CONFIDENTIAL
AZSER12746491

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0202009 | Open Label - QUETIAPINE 450 | SAE, DAE |

**Descriptive text:**

{WORSENING OF KIDNEY STONES} A report was received from an investigator concerning a 33 year old male patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included lithium for bipolar disorder, sertraline hydrochloride, zolpidem tartrate for insomnia, metoclopramide hydrochloride for nausea, valproate sodium for bipolar disorder and ibuprofen for headaches. The patient had a history of kidney stones, dizziness on standing and allergy to passionfruit. The patient began study drug on 09-MAR-2006 and experienced severe worsening of kidney stones which started on 13-JUL-2006. The event(s) were considered serious due to hospitalization. The patient has not yet recovered. The investigator considered the event(s) to be unrelated to the study therapy.

3

2045

CONFIDENTIAL
AZSER12746492

**Subject identifier**
D1447C00126/E0202009

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 450

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-03-02 (-6) | PreTrt | | 5.7 (%) | 2.31 (mmol/L) | 5.72 (mmol/L) H | 1.14 (mmol/L) | | 163 (g/L) |
| Visit prior to Event | S6 | 2006-06-01 (85) | QUETIAPINE 450 | 4.5 (mmol/L) | 5.3 (%) | | | | | 158 (g/L) |
| Final Study Visit | S6 | 2006-06-01 (85) | QUETIAPINE 450 | 4.5 (mmol/L) | 5.3 (%) | | | | | 158 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-03-02 (-6) | PreTrt | 248 (10**9/L) | 5.2 (10**9/L) | | 28 (IU/L) | 20 (IU/L) | 88 (umol/L) | 0.96 (mIU/L) | 12.0 (pmol/L) |
| Visit prior to Event | S6 | 2006-06-01 (85) | QUETIAPINE 450 | 244 (10**9/L) | 4.9 (10**9/L) | | | | | | |
| Final Study Visit | S6 | 2006-06-01 (85) | QUETIAPINE 450 | 244 (10**9/L) | 4.9 (10**9/L) | | | | | | |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * - unscheduled visit

2046

4

**Narrative event**
SAE, DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 450

**Subject identifier**
D1447C00126/E0202009

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2047

CONFIDENTIAL
AZSER12746494

Narrative event
SAE, DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 450

**Subject identifier**
D1447C00126/E0202009

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2006-02-06 (-31)# | 2006-07-15 (129) | No | LITHIUM | 1350 mg | Bipolar disorder |
| 2006-02-06 (-31)# | 2006-08-14 (159)# | Yes | CODEINE+IBUPROFEN | U.U | Headaches |
| 2006-02-06 (-31)# | 2006-08-14 (159)# | Yes | DIAZEPAM | U.U | Bipolar disorder |
| 2006-02-06 (-31)# | 2006-08-14 (159)# | Yes | METOCLOPRAMIDE | U.U | Nausea |
| 2006-02-06 (-31)# | 2006-08-14 (159)# | Yes | ZOLPIDEM | U.U | Insomnia |
| 2006-05-12 (65) | 2006-08-14 (159)# | Yes | SERTRALINE | 100 mg | Bipolar disorder |
| 2006-05-19 (72) | 2006-08-14 (159)# | Yes | LORATADINE | 10 mg | Skin rash |
| 2006-07-14 (128) | 2006-07-17 (131) | No | MORPHINE | U.U | Kidney pain |
| 2006-07-14 (128) | 2006-07-17 (131) | No | PANADEINE CO | U.U | Kidney pain |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2048

CONFIDENTIAL
AZSER12746495

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0203001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

Narrative event
SAE, DAE

**Narrative event:**

| | |
|---|---|
| Death: | No |
| SAE: | HYPOMANIA |
| DAE: | HYPOMANIA |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 52 | Male | Caucasian | 55 | 2004-06-16 | 2004-08-09 | QUETIAPINE 100 | 2005-03-10 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

| | |
|---|---|
| Current: | diabetes, high cholesterol, gastrointestinal upset, hepatomegaly, peripheral oedema, ischaemic pain |
| Past: | headaches |

**Death information:**

| | |
|---|---|
| Date of death: | No death |
| Cause of death: | |
| Post-mortem: | |

2049

1

CONFIDENTIAL
AZSER12746496

**Subject identifier**
D1447C00126/E0203001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2004-06-23 (8) | NA | HYPERTENSION(Hypertension) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2004-06-23 (8) | NA | FOLATE DEFICIENCY(Folic acid deficiency) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 100 | 2004-08-09 (55) | 2004-12-01 (169) | HYPOMANIA(Hypomanic episode according to initial history) | 9.1 | Resolved | No | Yes | Yes / {HO} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2050

CONFIDENTIAL
AZSER12746497

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0203001 | Open Label - QUETIAPINE 100 | SAE, DAE |

**Descriptive text:**

{HYPOMANIC EPISODE} A report was received from an investigator concerning a 53 year old male patient enrolled in study D1447C00126. Concomitant drugs included acetylsalicylic acid for prophylaxis, metformin hydrochloride for diabetes, gliclazide for diabetes, omeprazole magnesium for gastrointestinal upset, pravastatin sodium for high cholesterol, folic acid for folic acid deficiency, atenolol for hypertension, glyceryl trinitrate for angina and paracetamol for ischaemic pain.   The patient had a history of hepatomegaly, peripheral oedema and cardiac stent in situ.   The patient began study drug on 28-MAY-2004 and experienced severe hypomanic episode which started on 08-SEP-2004. The event(s) were considered serious due to hospitalization. The patient recovered without sequelae.   The investigator considered the event(s) to be unrelated to the study therapy.

2051

3

CONFIDENTIAL
AZSER12746498

Narrative event
SAE, DAE

**Subject identifier**
D1447C00126/E0203001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-06-08 (-7) | PreTrt | | 4.8 (%) | 1.54 (mmol/L) | 3.16 (mmol/L)L | 1.32 (mmol/L) | | 123 (g/L)L |
| Visit prior to Event | S4 | 2004-07-20 (35) | QUETIAPINE 300 | | | | | | | 136 (g/L) |
| Visit of Event | S5 | 2004-08-17 (63) | OffTrt | | | | | | | 135 (g/L) |
| Visit after Event | S13 | 2005-03-09 (267) | OffTrt | | 5.1 (%) | 5.88 (mmol/L)H | 6.29 (mmol/L)H | 1.19 (mmol/L) | | 125 (g/L)L |
| Final Study Visit | S13 | 2005-03-09 (267) | OffTrt | | 5.1 (%) | 5.88 (mmol/L)H | 6.29 (mmol/L)H | 1.19 (mmol/L) | | 125 (g/L)L |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-06-08 (-7) | PreTrt | 313 (10**9/L) | 10.8 (10**9/L) | 6.87 (10**9/L) | 24 (IU/L) | 28 (IU/L) | 124 (umol/L)H | 0.17 (mIU/L)L | 10.6 (pmol/L) |
| Visit prior to Event | S4 | 2004-07-20 (35) | QUETIAPINE 300 | 304 (10**9/L) | 12.8 (10**9/L)H | 9.66 (10**9/L)H | | | | | |
| Visit of Event | S5 | 2004-08-17 (63) | OffTrt | 272 (10**9/L) | 11.1 (10**9/L) | 7.78 (10**9/L) | | | | | |
| Visit after Event | S13 | 2005-03-09 (267) | OffTrt | 255 (10**9/L) | 6.9 (10**9/L) | 4.24 (10**9/L) | 23 (IU/L) | 18 (IU/L) | 106 (umol/L) | 3.79 (mIU/L) | 9.5 (pmol/L)L |
| Final Study Visit | S13 | 2005-03-09 (267) | OffTrt | 255 (10**9/L) | 6.9 (10**9/L) | 4.24 (10**9/L) | 23 (IU/L) | 18 (IU/L) | 106 (umol/L) | 3.79 (mIU/L) | 9.5 (pmol/L)L |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * = unscheduled visit

2052

4

CONFIDENTIAL
AZSER12746499

**Narrative event**
SAE, DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

2053

**Subject identifier**
D1447C00126/E0203001

5

CONFIDENTIAL
AZSER12746500

| Subject identifier | | | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|---|---|
| D1447C00126/E0203001 | | | Open Label - QUETIAPINE 100 | SAE, DAE |

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

6

2054

CONFIDENTIAL
AZSER12746501

**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00126/E0203001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-04-22 (-55) | 2004-09-08 (85)# | Yes | PRAVASTATIN | 20 mg | High cholesterol |
| 2004-05-16 (-31)# | 2004-09-08 (85)# | Yes | ACETYLSALICYLIC ACID | 100 mg | Phophylaxis/blood clotting |
| 2004-05-16 (-31)# | 2004-09-08 (85)# | Yes | GLICLAZIDE | 40 mg | Diabetes |
| 2004-05-16 (-31)# | 2004-09-08 (85)# | Yes | GLYCERYL TRINITRATE | 600 mg | Angina/Ischaemic pain |
| 2004-05-16 (-31)# | 2004-09-08 (85)# | Yes | METFORMIN | 1000 mg | Diabetes |
| 2004-05-16 (-31)# | 2004-09-08 (85)# | Yes | PARACETAMOL | 4 g | Ischaemic pain |
| 2004-05-16 (-31)# | 2004-11-30 (168) | No | LITHIUM | 1000 mg | Bipolar disorder |
| 2004-06-23 (8) | 2004-09-08 (85)# | Yes | ATENOLOL | 25 mg | Hypertension |
| 2004-06-23 (8) | 2004-09-08 (85)# | Yes | FOLIC ACID | 1000 ug | Folic acid deficiency |
| 2004-09-08 (85) | 2004-09-08 (85)# | Yes | DIAZEPAM | 15 mg | Anxiety |
| 2004-09-08 (85) | 2004-09-08 (85)# | Yes | OLANZAPINE | 15 mg | Psychotic symptoms |
| 2004-12-01 (169) | 2004-09-08 (85)# | Yes | LITHIUM | 1500 mg | Bipolar I disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2055

7

CONFIDENTIAL
AZSER12746502

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0203014

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

Narrative event
SAE, DAE

**Narrative event:**

| Death: | No |
| SAE: | ANXIETY |
| DAE: | ANXIETY |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 57 | Male | Oriental | 5 | 2005-05-06 | 2005-05-10 | QUETIAPINE 100 | 2005-05-26 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

| Current: | dry mouth, drowsiness, constipation |
| Past: | |

**Death information:**

| Date of death: | No death |
| Cause of death: | |
| Post-mortem: | |

1

2056

CONFIDENTIAL
AZSER12746503

**Subject identifier**
D1447C00126/E0203014

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2005-05-09 (4) | 2005-05-16 (11) | ANXIETY(Anxiety) | 9.1 | Resolved | No | Yes | Yes / {HO} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2057

CONFIDENTIAL
AZSER12746504

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0203014 | Open Label - QUETIAPINE 100 | SAE, DAE |

**Descriptive text:**

{ANXIETY} A report was received from an investigator concerning a 58 year old male patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included valproate sodium for bipolar disorder. The patient began study drug on 27-APR-2005 and experienced anxiety which started on 09-MAY-2005. The event(s) were considered serious due to hospitalization. The patient recovered without sequelae. The investigator considered the event(s) to be unrelated to the study therapy.

3

2058

CONFIDENTIAL
AZSER12746505

**Subject identifier**
D1447C00126/E0203014

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
SAE, DAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-04-29 (-6) | PreTrt | 5.2 (mmol/L) | 5.7 (%) | 1.23 (mmol/L) | 4.56 (mmol/L) | 1.17 (mmol/L) | | 159 (g/L) |
| Visit prior to Event | Enrollment | 2005-04-29 (-6) | PreTrt | 5.2 (mmol/L) | 5.7 (%) | 1.23 (mmol/L) | 4.56 (mmol/L) | 1.17 (mmol/L) | | 159 (g/L) |
| Visit after Event | S13 | 2005-05-25 (20) | OffTrt | 4.7 (mmol/L) | 5.4 (%) | 0.98 (mmol/L) | 5.23 (mmol/L)H | 1.30 (mmol/L) | | 152 (g/L) |
| Final Study Visit | S13 | 2005-05-25 (20) | OffTrt | 4.7 (mmol/L) | 5.4 (%) | 0.98 (mmol/L) | 5.23 (mmol/L)H | 1.30 (mmol/L) | | 152 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-04-29 (-6) | PreTrt | 181 (10**9/L) | 8.6 (10**9/L) | 7.05 (10**9/L) | 31 (IU/L) | 23 (IU/L) | 80 (umol/L) | 1.46 (mIU/L) | 16.0 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-04-29 (-6) | PreTrt | 181 (10**9/L) | 8.6 (10**9/L) | 7.05 (10**9/L) | 31 (IU/L) | 23 (IU/L) | 80 (umol/L) | 1.46 (mIU/L) | 16.0 (pmol/L) |
| Visit after Event | S13 | 2005-05-25 (20) | OffTrt | 161 (10**9/L) | 7.4 (10**9/L) | 5.52 (10**9/L) | 51 (IU/L)H | 46 (IU/L)H | 88 (umol/L) | 2.31 (mIU/L) | 9.5 (pmol/L) L |
| Final Study Visit | S13 | 2005-05-25 (20) | OffTrt | 161 (10**9/L) | 7.4 (10**9/L) | 5.52 (10**9/L) | 51 (IU/L)H | 46 (IU/L)H | 88 (umol/L) | 2.31 (mIU/L) | 9.5 (pmol/L) L |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

2059

4

CONFIDENTIAL
AZSER12746506

**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00126/E0203014

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2060

5

CONFIDENTIAL
AZSER12746507

**Subject identifier**
D1447C00126/E0203014

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

## Medication information: Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-04-20 (-16) | 2005-06-09 (35)# | Yes | VALPROIC ACID | 400 mg | Bipolar I disorder |
| 2005-05-09 (4) | 2005-05-10 (5) | No | QUETIAPINE | 100 mg | Bipolar I disorder |
| 2005-05-09 (4) | 2005-06-09 (35)# | Yes | ALPRAZOLAM | 1 mg | Bipolar I disorder |
| 2005-05-09 (4) | 2005-06-09 (35)# | Yes | VENLAFAXINE | 150 mg | Bipolar I disorder |
| 2005-05-09 (4) | 2005-06-09 (35)# | Yes | ZOLPIDEM | 10 mg | Bipolar I disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2061

6

CONFIDENTIAL
AZSER12746508

**START OF E NARRATIVE**

| | |
|---|---|
| **Subject identifier** | **Study phase-treatment during which event occurred** |
| D1447C00126/E0207004 | Open Label - QUETIAPINE 700 |

| **Narrative event** |
|---|
| SAE |

**Narrative event:**

| | |
|---|---|
| Death: | No |
| SAE: | CHOLECYSTITIS, PALPITATIONS |
| DAE: | No |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 66 | Female | Caucasian | 182 | 2005-07-15 | 2006-01-12 | QUETIAPINE 700 | 2006-01-12 | Eligibility Criteria not Fulfilled |

| **Days on randomized treatment** | **Started randomized treatment** | **Stopped randomized treatment** |
|---|---|---|
| NA | | |

**Medical History:**

Current:   systemic lupus erythematosus, heart failure, asthma, atrial thrombosis, hypothyroidism, gastroesophageal reflux, hypercholesterolemia, sinusitis

Past:

**Death information:**

| | |
|---|---|
| Date of death: | No death |
| Cause of death: | |
| Post-mortem: | |

2062

1

CONFIDENTIAL
AZSER12746509

**Subject identifier**
D1447C00126/E0207004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 700

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon- tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 600 | 2005-07-22 (8) | NA | DRY MOUTH(Dry mouth) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 700 | 2005-07-30 (16) | 2005-08-01 (18) | CONSTIPATION(Constipation) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 700 | 2005-07-30 (16) | 2005-08-05 (22) | NAUSEA(Nausea) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 700 | 2005-08-19 (36) | NA | TENSION HEADACHE(Tension headache) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 700 | 2005-09-27 (75) | 2005-09-28 (76) | PALPITATIONS(Intermittent palpitations) | 9.1 | Resolved | No | No | Yes / {HO} | Moderate |
| OL | QUETIAPINE 700 | 2005-10-18 (96) | 2005-12-02 (141) | ABDOMINAL PAIN(Abdominal pain) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 700 | 2005-10-18 (96) | 2005-12-02 (141) | CHOLECYSTITIS(Cholecystitis) | 9.1 | Resolved | No | No | Yes / {HO} | Severe |
| OL | QUETIAPINE 700 | 2005-10-20 (98) | 2005-12-20 (159) | RASH(Rash on neck) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 700 | 2005-10-20 (98) | 2005-12-20 (159) | RASH(Rash below breasts) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 700 | 2006-01-02 (172) | NA | OTITIS EXTERNA(Otitis externa) | 9.1 | Continuing | No | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2063

CONFIDENTIAL
AZSER12746510

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0207004 | Open Label - QUETIAPINE 700 | SAE |

**Descriptive text:**

{INTERMITTENT PALPITATIONS} A report was received from an investigator concerning a 67 year old female patient enrolled in study D1447C00126. A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included rabeprazole sodium for gastrooesophageal reflux, estradiol + norethisterone acetate for post menopausal symptoms, potassium chloride for potassium replacement, atenolol for hypertension, mirtazapine for depression, simvastatin for hypercholesterolaemia, levothyroxine sodium for hypothyroidism, warfarin sodium for atrial thrombosis, furosemide for oedema, diazepam for anxiety, temazepam for anxiety, beclometasone dipropionate for asthma (prophylaxis), cetirizine hydrochloride for sinusitis (prophylaxis), valproate sodium for bipolar i disorder and oxazepam for anxiety. The patient had a history of systemic lupus erythematosus, sinusitis (allergic), breast cancer and mastectomy. The patient began study drug on 15-JUL-2005 and experienced moderate intermittent palpitations which started on 27-SEP-2005. The event(s) were considered serious due to hospitalization. The patient recovered without sequelae. The investigator considered the event(s) to be unrelated to the study therapy.

{CHOLECYSTITIS} A report was received from an investigator concerning a 67 year old female patient enrolled in study D1447C00126. A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included rabeprazole sodium for gastrooesophageal reflux, mirtazapine for depression, simvastatin for hypercholesterolaemia, warfarin sodium for atrial thrombosis, beclometasone dipropionate for asthma (prophylaxis), cetirizine hydrochloride for sinusitis (prophylactic), oxazepam for anxiety, valproate sodium for bipolar i disorder, levothyroxine sodium for hypothyroidism and perindopril erbumine for hypertension. The patient had a history of systemic lupus erythematosus, heart failure, breast cancer and mastectomy. The patient began study drug on 15-JUL-2005 and experienced severe cholecystitis which started on 18-OCT-2005. The event(s) were considered serious due to hospitalization. The patient recovered without sequelae. The investigator considered the event(s) to be unrelated to the study therapy.

3

2064

CONFIDENTIAL
AZSER12746511

**Subject identifier**
D1447C00126/E0207004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 700

**Narrative event**
SAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-07-08 (-6) | PreTrt | 4.8 (mmol/L) | 6.1 (%) | 1.39 (mmol/L) | 4.51 (mmol/L) | 1.22 (mmol/L) | | 145 (g/L) |
| Visit prior to Event | S5 | 2005-09-09 (57) | QUETIAPINE 700 | | | | | | | 162 (g/L)H |
| Visit after Event | S6 | 2005-10-07 (85) | QUETIAPINE 700 | 4.8 (mmol/L) | 6.2 (%)H | | | | | 135 (g/L) |
| Final Study Visit | S6 | 2005-10-07 (85) | QUETIAPINE 700 | 4.8 (mmol/L) | 6.2 (%)H | | | | | 135 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-07-08 (-6) | PreTrt | 310 (10**9/L) | 8.4 (10**9/L) | 5.94 (10**9/L) | 18 (IU/L) | 19 (IU/L) | 88 (umol/L) | 0.81 (mIU/L) | 20.8 (pmol/L)H |
| Visit prior to Event | S5 | 2005-09-09 (57) | QUETIAPINE 700 | 320 (10**9/L) | 7.0 (10**9/L) | 4.84 (10**9/L) | | | | | |
| Visit after Event | S6 | 2005-10-07 (85) | QUETIAPINE 700 | 317 (10**9/L) | 6.5 (10**9/L) | 4.13 (10**9/L) | | | | | |
| Final Study Visit | S6 | 2005-10-07 (85) | QUETIAPINE 700 | 317 (10**9/L) | 6.5 (10**9/L) | 4.13 (10**9/L) | | | | | |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * - unscheduled visit

4

2065

CONFIDENTIAL
AZSER12746512

Narrative event
SAE

Subject identifier
D1447C00126/E0207004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 700

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2066

**Subject identifier**
D1447C00126/E0207004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 700

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-05-23 (-53) | 2005-11-10 (119) | No | RABEPRAZOLE | 20 mg | Gastroesophageal reflux |
| 2005-06-14 (-31)# | 2005-09-28 (76) | No | POTASSIUM | 1200 mg | Potassium replacement |
| 2005-06-14 (-31)# | 2005-10-07 (85) | No | DIAZEPAM | 10 mg | Anxiety |
| 2005-06-14 (-31)# | 2005-11-25 (134) | No | WARFARIN | 5.5 mg | Atrial thrombosis |
| 2005-06-14 (-31)# | 2005-12-05 (144) | No | CETIRIZINE | 10 mg | Sinusitis (prophylactic) |
| 2005-06-14 (-31)# | 2006-02-11 (212)# | Yes | BECLOMETASONE | 200 ug | Asthma |
| 2005-06-14 (-31)# | 2006-02-11 (212)# | Yes | MIRTAZAPINE | 60 mg | Depression |
| 2005-06-14 (-31)# | 2006-02-11 (212)# | Yes | SIMVASTATIN | 20 mg | Hypercholesterolemia |
| 2005-07-16 (2) | 2006-02-11 (212)# | Yes | LEVOTHYROXINE | 100 ug | Hypothyroidism |
| 2005-08-25 (42) | 2006-02-11 (212)# | Yes | OXAZEPAM | 45 mg | Anxiety |
| 2005-09-09 (57) | 2005-10-07 (85) | No | VALPROIC ACID | 600 mg | Bipolar disorder |
| 2005-09-14 (62) | 2005-09-28 (76) | No | FUROSEMIDE | 80 mg | Oedema (heart failure) |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2067

CONFIDENTIAL
AZSER12746514

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E0211014

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

Narrative event
SAE

**Narrative event:**

Death:           No

SAE:             INFECTED CYST

DAE:             No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 37 | Female | Caucasian | 149 | 2005-10-11 | 2006-03-08 | QUETIAPINE 500 | 2006-03-21 | Other (pt stopped study at visit s9 as she was to be randomised into the double blind phase of trial. pt felt she may be put on placebo instead of active seroquel, and elected to be removed from study |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:         asthma, barrett's oesophagus

Past:

**Death information:**

Date of death:   No death

Cause of death:

Post-mortem:

2068

1

CONFIDENTIAL
AZSER12746515

**Subject identifier**
D1447C00126/E0211014

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 500 | 2005-10-15 (5) | 2005-11-07 (28) | SLEEP DISORDER(Sleep disturbance) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 500 | 2005-10-15 (5) | 2005-11-14 (35) | HYPNOPOMPIC HALLUCINATION(Hypnopompic hallucination) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 500 | 2005-10-15 (5) | 2005-12-26 (77) | PAIN IN EXTREMITY(Leg pains) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 500 | 2005-11-08 (29) | 2005-12-19 (70) | INCREASED APPETITE(Increased appetite) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 500 | 2005-11-16 (37) | 2005-12-26 (77) | OEDEMA PERIPHERAL(Swelling of legs) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 500 | 2005-12-01 (52) | NA | MENSTRUAL DISORDER(No menstrual cycle) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 500 | 2005-12-15 (66) | NA | BACK PAIN(Acute pain in the back) | 9.1 | Continuing | No | No | No | Severe |
| OL | QUETIAPINE 500 | 2005-12-20 (71) | 2005-12-28 (79) | DIARRHOEA(Diarrhea) | 9.1 | Resolved | No | No | No | Severe |
| OL | QUETIAPINE 500 | 2006-02-21 (134) | 2006-02-22 (135) | INFECTED CYST(Infected cyst in lung) | 9.1 | Resolved | No | No | Yes/{HO} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2069

2

CONFIDENTIAL
AZSER12746516

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0211014 | Open Label - QUETIAPINE 500 | SAE |

**Descriptive text:**

{INFECTED CYST IN LUNG} A report was received from an investigator concerning a 38 year old female patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.   Concomitant drugs included fluticasone propionate + salmeterol for asthma, salbutamol for asthma.   The patient had a history of leg pains, hypnotic hallucinations, sleep disturbance, swelling of legs, increased appetite, diarrhea, acute pain in back, barrett's oesophagus, sleep talking, anxiety and no menstrual cycle.   At an unspecified time (greater than 26 weeks prior to the start of the study) the patient started Seroquel for bipolar disorder. On 28 September 2005 the patient started Epilim for bipolar disorder.  The patient was in the open label stabilization phase of the study. The patient started Seroquel as part of the study on 11-OCT-2005 and experienced infected cyst in lung which started on 21-FEB-2006. The event(s) were considered serious due to hospitalization. The event resolved on 22-FEB-2006.  The investigator considered the event(s) to be unrelated to the study therapy.   OTHER RELEVANT INFORMATION: Chest X-ray: showed opacity. Treatment of event: lung lobectomy to remove infected cyst, pain treatment and antibiotics.

2070

3

CONFIDENTIAL
AZSER12746517

**Subject identifier**
D1447C00126/E0211014

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event**
SAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-10-04 (-6) | PreTrt | 4.6 (mmol/L) | 6.0 (%) | 3.83 (mmol/L)H | 5.46 (mmol/L)H | 1.19 (mmol/L) | | 149 (g/L) |
| Visit prior to Event | S6 | 2005-12-27 (78) | QUETIAPINE 500 | 7.2 (mmol/L)H | 6.3 (%)H | | | | | 121 (g/L) |
| Visit after Event | S9 | 2006-03-21 (162) | OffTrt | | 5.4 (%) | | | | | 111 (g/L)L |
| Final Study Visit | S9 | 2006-03-21 (162) | OffTrt | | 5.4 (%) | | | | | 111 (g/L)L |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-10-04 (-6) | PreTrt | 260 (10**9/L) | 6.7 (10**9/L) | 3.93 (10**9/L) | 27 (IU/L) | 23 (IU/L) | 62 (umol/L) | 1.44 (mIU/L) | 7.9 (pmol/L)L |
| Visit prior to Event | S6 | 2005-12-27 (78) | QUETIAPINE 500 | 556 (10**9/L)H | 13.5 (10**9/L)H | 9.71 (10**9/L)H | | | | | |
| Visit after Event | S9 | 2006-03-21 (162) | OffTrt | 570 (10**9/L)H | 9.3 (10**9/L) | | | | | | |
| Final Study Visit | S9 | 2006-03-21 (162) | OffTrt | 570 (10**9/L)H | 9.3 (10**9/L) | | | | | | |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * - unscheduled visit

2071

4

CONFIDENTIAL
AZSER12746518

**Narrative event**
SAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Subject identifier**
D1447C00126/E0211014

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2072

5

CONFIDENTIAL
AZSER12746519

Narrative event
SAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Subject identifier**
D1447C00126/E0211014

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-09-10 (-31)# | 2006-04-07 (179)# | Yes | SALBUTAMOL | N | Asthma |
| 2005-09-10 (-31)# | 2006-04-07 (179)# | Yes | SERETIDE MITE | N | Asthma |
| 2005-10-25 (15) | 2006-04-07 (179)# | Yes | VALPROIC ACID | 1.5 g | Bipolar disorder |
| 2006-02-22 (135) | 2006-02-28 (141) | No | AMOXICILLIN W/CLAVULANATE POTASSIUM | 1 g | Lung infection |
| 2006-02-22 (135) | 2006-02-28 (141) | No | LACTULOSE | 40 mg | Lung infection |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2073

6

CONFIDENTIAL
AZSER12746520

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E035002

Study phase-treatment during which event occurred
Randomized - PLACEBO 600

Narrative event
SAE

**Narrative event:**

Death:        No

SAE:          CYSTITIS

DAE:          No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 66 | Female | Caucasian | 115 | 2005-04-19 | 2005-08-11 | PLACEBO 600 | 2006-06-26 | Development of Study-Specific Discontinuation Criteria (mood event) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| 318 | 2005-08-12 | 2006-06-25 |

**Medical History:**

Current:       diabetes insuline dependant, right inferior limb paresis, chronic osteititis, sacral plexus lesion, insomnia

Past:          arterial hypertension

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

1

2074

CONFIDENTIAL
AZSER12746521

**Subject identifier**
D1447C00126/E0305002

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 600

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| RD | PLACEBO 600 | 2005-09-05 (25) | 2005-09-22 (42) | HYPOTENSION(Hypotension) | 9.1 | Resolved | Yes | No | No | Mild |
| RD | PLACEBO 600 | 2006-01-16 (158) | NA | AGITATION(Exitation) | 9.1 | Continuing | Yes | No | No | Moderate |
| RD | PLACEBO 600 | 2006-02-10 (183) | 2006-02-28 (201) | CYSTITIS(Cystitis) | 9.1 | Resolved | No | No | No | Mild |
| RD | PLACEBO 600 | 2006-03-01 (202) | 2006-03-14 (215) | CYSTITIS(Cystitis) | 9.1 | Resolved | No | No | No | Mild |
| RD | PLACEBO 600 | 2006-03-26 (227) | 2006-04-20 (252) | CYSTITIS(Cystitis) | 9.1 | Resolved | No | No | Yes / {HO} | Moderate |
| RD | PLACEBO 600 | 2006-03-29 (230) | 2006-04-16 (248) | VULVOVAGINAL MYCOTIC INFECTION(Vaginal mycosis) | 9.1 | Resolved | No | No | No | Mild |
| RD | PLACEBO 600 | 2006-03-29 (230) | 2006-04-16 (248) | COUGH(Cough) | 9.1 | Resolved | No | No | No | Mild |
| RD | PLACEBO 600 | 2006-03-29 (230) | 2006-04-16 (248) | CONSTIPATION(Constipation) | 9.1 | Resolved | No | No | No | Mild |
| RD | PLACEBO 600 | 2006-04-01 (233) | 2006-04-16 (248) | ARTERIAL INSUFFICIENCY(Arterial insufficiency) | 9.1 | Resolved | No | No | No | Mild |
| RD | PLACEBO 600 | 2006-06-16 (309) | 2006-06-26 (319) | CYSTITIS(Cystitis) | 9.1 | Resolved | No | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2075

CONFIDENTIAL
AZSER12746522

**Narrative event**
SAE

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 600

**Subject identifier**
D1447C00126/E0305002

**Descriptive text:**

{CYSTITIS} A report was received from an investigator concerning a 67 year old female patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  Concomitant drugs included amlodipine besilate for arterial hypertension, propranolol hydrochloride for arterial hypertension, clopidogrel sulfate for athero thrombosis prevention, mixtard for diabetes, insulin human injection, isophane for diabetes and zolpidem for insomnia.  The patient had a history of cystitis, right inferior limb paresis, chronic osteitis, sacral plexus lesion, urinary shunt of bricker due to vesical lesion, pelvis fracture due to jumping through a window in 1990 and operation for bilateral cataract.  The patient began study drug on 12-AUG-2005 and experienced moderate cystitis which started on 26-MAR-2006. The event(s) were considered serious due to hospitalization. The patient recovered without sequelae.  The investigator considered the event(s) to be unrelated to the study therapy.  When the study was unblinded on 07-Dec-2006 it was determined that the patient received placebo, oral tablet.

2076

3

CONFIDENTIAL
AZSER12746523

**Subject identifier**
D1447C00126/E0305002

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 600

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|-------|--------------|-------------------------------|--------------------------------|---------|-------|----------------|-------------------|-----|-----|-------------|
| Enrollment | Enrollment | 2005-04-13 (-6) | PreTrt | 6.0 (mmol/L) | 6.3 (%)H | 1.92 (mmol/L) | 4.01 (mmol/L) | 1.11 (mmol/L) | | 134 (g/L) |
| Visit prior to Event | V11 | 2006-02-22 (195) | PLACEBO 600 | 5.4 (mmol/L) | 7.4 (%)H | 2.19 (mmol/L) | 5.26 (mmol/L)H | 1.42 (mmol/L) | | 168 (g/L)H |
| Visit after Event | V14 | 2006-05-19 (281) | PLACEBO 600 | 6.3 (mmol/L) | 6.8 (%)H | 1.82 (mmol/L) | 4.01 (mmol/L) | 1.11 (mmol/L) | | 136 (g/L) |
| Final Study Visit | V23 | 2006-06-26 (434) | NA | 7.0 (mmol/L)H | 7.7 (%)H | 1.74 (mmol/L) | 3.89 (mmol/L) | 1.14 (mmol/L) | | 154 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|-------|--------------|-------------------------------|--------------------------------|----------------|-----------------|-------------|-----|-----|------------|-----|-----|
| Enrollment | Enrollment | 2005-04-13 (-6) | PreTrt | 316 (10**9/L) | 5.6 (10**9/L) | 2.61 (10**9/L) | 22 (IU/L) | 17 (IU/L) | 62 (umol/L) | 1.26 (mIU/L) | 15.6 (pmol/L)H |
| Visit prior to Event | V11 | 2006-02-22 (195) | PLACEBO 600 | 336 (10**9/L) | 6.6 (10**9/L) | 3.50 (10**9/L) | 32 (IU/L) | 22 (IU/L) | 71 (umol/L) | 2.92 (mIU/L) | 16.8 (pmol/L)H |
| Visit after Event | V14 | 2006-05-19 (281) | PLACEBO 600 | 223 (10**9/L) | 5.6 (10**9/L) | 2.51 (10**9/L) | 25 (IU/L) | 20 (IU/L) | 62 (umol/L) | 2.48 (mIU/L) | 14.7 (pmol/L)H |
| Final Study Visit | V23 | 2006-06-26 (434) | NA | 431 (10**9/L) | 9.0 (10**9/L) | 4.94 (10**9/L) | 28 (IU/L) | 27 (IU/L) | 88 (umol/L) | 2.78 (mIU/L) | 19.0 (pmol/L)H |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range.   H=above normal range.   NR=not recorded     * - unscheduled visit

2077

4

CONFIDENTIAL
AZSER12746524

Narrative event
SAE

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 600

**Subject identifier**
D1447C00126/E0305002

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2078

5

CONFIDENTIAL
AZSER12746525

**Subject identifier**
D1447C00126/E0305002

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 600

Medication information: Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-03-19 (-31)# | 2006-04-01 (233) | No | INSULIN | 25 U | Diabetes |
| 2005-03-19 (-31)# | 2006-04-01 (233) | No | INSULIN HUMAN | 12 U | Diabetes |
| 2005-03-19 (-31)# | 2006-07-25 (348)# | Yes | AMLODIPINE | 5 MG | Arterial hypertension |
| 2005-03-19 (-31)# | 2006-07-25 (348)# | Yes | CLOPIDOGREL | 75 MG | Athero thrombosis prevention |
| 2005-03-19 (-31)# | 2006-07-25 (348)# | Yes | PROPRANOLOL | 80 MG | Arterial hypertension |
| 2005-03-19 (-31)# | 2006-07-25 (348)# | Yes | ZOLPIDEM | 10 MG | Insomnia |
| 2005-05-10 (22) | 2006-07-25 (348)# | Yes | ERGENYL CHRONO | 1500 MG | Humor stabilisator |
| 2006-03-29 (230) | 2006-04-16 (248) | No | BACTRIM | 400 MG | Cystitis |
| 2006-03-29 (230) | 2006-04-16 (248) | No | MICONAZOLE | U U | Vaginal mycosis |
| 2006-03-29 (230) | 2006-04-16 (248) | No | NULYTELY | U U | Constipation |
| 2006-04-01 (233) | 2006-07-25 (348)# | Yes | BUFLOMEDIL | 600 MG | Chronic arterial insufficiency |
| 2006-04-02 (234) | 2006-07-25 (348)# | Yes | HUMAN MIXTARD | 20 U | Diabetes |
| 2006-04-02 (234) | 2006-07-25 (348)# | Yes | INSULIN HUMAN | 4 U | Diabetes |
| 2006-04-03 (235) | 2006-07-25 (348)# | Yes | DUOVENT | U 2 puffs/day | Cough |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2079

6

CONFIDENTIAL
AZSER12746526

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0401026

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

Narrative event
SAE, DAE

**Narrative event:**

| | |
|---|---|
| Death: | No |
| SAE: | VARICELLA |
| DAE: | VARICELLA |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 36 | Male | Caucasian | 92 | 2005-11-21 | 2006-02-20 | QUETIAPINE 800 | 2006-02-20 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

Current:

Past:

**Death information:**

| | |
|---|---|
| Date of death: | No death |
| Cause of death: | |
| Post-mortem: | |

2080

1

CONFIDENTIAL
AZSER12746527

Subject identifier
D1447C00126/E0401026

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

Narrative event
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 800 | 2006-02-18 (90) | NA | VARICELLA(Varicela) | 9.1 | Continuing | No | Yes | Yes / {HO ME} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2081

2

CONFIDENTIAL
AZSER12746528

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0401026 | Open Label - QUETIAPINE 800 | SAE, DAE |

**Descriptive text:**

{VARICELLA} A report was received from an investigator concerning a 37-year-old male patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  Concomitant drugs included lithium carbonate for mania.   The patient began study drug on 21-NOV-2005.  He was still in the unblinded, stabilization phase when he experienced severe varicella, which started on 18-FEB-2006. Prior to event the patient had skin rash followed by fever and he consulted the infectious disease department. The event was considered serious due to hospitalization and the fever was treated with metamizole sodium. The patient recovered without sequelae and was discharged from hospital on 01-MAR-2006.   Due to the event the patient was withdrawn from the study.  The investigator considered the event to be unrelated to the study therapy.

3

2082

CONFIDENTIAL
AZSER12746529

**Subject identifier**
D1447C00126/E0401026

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

**Narrative event**
SAE, DAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-11-15 (-5) | PreTrt | 4.8 (mmol/L) | 5.0 (%) | 0.99 (mmol/L) | 4.71 (mmol/L) | 1.76 (mmol/L) | | 143 (g/L) | |
| Visit prior to Event | S6 | 2006-02-17 (89) | QUETIAPINE 800 | 4.8 (mmol/L) | 4.7 (%) | | | | | 144 (g/L) | |
| Final Study Visit | S6 | 2006-02-17 (89) | QUETIAPINE 800 | 4.8 (mmol/L) | 4.7 (%) | | | | | 144 (g/L) | |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-11-15 (-5) | PreTrt | 254 (10**9/L) | 6.6 (10**9/L) | 4.26 (10**9/L) | 11 (IU/L) | 28 (IU/L) | 62 (umol/L) | 0.59 (mIU/L) |
| Visit prior to Event | S6 | 2006-02-17 (89) | QUETIAPINE 800 | 200 (10**9/L) | 3.9 (10**9/L)L | 3.14 (10**9/L) | | | | |
| Final Study Visit | S6 | 2006-02-17 (89) | QUETIAPINE 800 | 200 (10**9/L) | 3.9 (10**9/L)L | 3.14 (10**9/L) | | | | |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

2083

4

CONFIDENTIAL
AZSER12746530

Narrative event
SAE, DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

Subject identifier
D1447C00126/E0401026

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2084

5

CONFIDENTIAL
AZSER12746531

**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00126/E0401026

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

**Medication information:** Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-12-09 (19) | 2006-02-19 (91) | No | LITHIUM | 1800 mg | Mania |
| 2006-02-19 (91) | 2006-02-19 (91) | No | METAMIZOLE SODIUM | 500 mg | Fever |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2085

6

CONFIDENTIAL
AZSER12746532

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0403015

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

Narrative event
SAE

**Narrative event:**

Death:          No

SAE:            INGUINAL HERNIA

DAE:            No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 48 | Male | Caucasian | 105 | 2005-01-26 | 2005-05-10 | QUETIAPINE 800 | 2005-05-18 | Other (severe non-compliance to protocol as judged by the investigator) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

Current:

Past:

**Death information:**

Date of death:     No death

Cause of death:

Post-mortem:

2086

1

CONFIDENTIAL
AZSER12746533

**Subject identifier**
D1447C00126/E0403015

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 800 | 2005-05-10 (105) | 2005-05-15 (110) | INGUINAL HERNIA(Hernia inguinalis) | 9.1 | Resolved | No | No | Yes / {HO} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2087

CONFIDENTIAL
AZSER12746534

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0403015 | Open Label - QUETIAPINE 800 | SAE |

**Descriptive text:**

{HERNIA INGUINALIS} A report was received from an investigator concerning a patient enrolled in study D1447C00126, a multicenter, randomized, parallel-group, double-blind, phase iii comparison of the efficacy and safety of quetiapine fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to placebo when used as adjunct to mood stabilizers (lithium or valproate) in the maintenance treatment of bipolar i disorder in adult patients. Concomitant drugs included valproate sodium + valproic acid for bipolar I disorder. The patient began study drug on 26-JAN-2005 and experienced severe hernia inguinalis which started on 10-MAY-2005. The event(s) were considered serious due to hospitalization. He was treated with surgical intervention. The patient recovered without sequelae. The investigator considered the event(s) to be unrelated to the study therapy.

2088

3

CONFIDENTIAL
AZSER12746535

**Subject identifier**
D1447C00126/E9403015

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

**Narrative event**
SAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-01-19 (-6) | PreTrt | | 5.4 (%) | 0.64 (mmol/L) | 4.04 (mmol/L) | 1.11 (mmol/L) | | 137 (g/L) |
| Visit prior to Event | S6 | 2005-04-13 (78) | QUETIAPINE 800 | | | | | | | 152 (g/L) |
| Visit after Event | S13 | 2005-05-18 (113) | OffTrt | 5.3 (mmol/L) | 5.4 (%) | 1.10 (mmol/L) | 4.90 (mmol/L) | 1.17 (mmol/L) | | 155 (g/L) |
| Final Study Visit | S13 | 2005-05-18 (113) | OffTrt | 5.3 (mmol/L) | 5.4 (%) | 1.10 (mmol/L) | 4.90 (mmol/L) | 1.17 (mmol/L) | | 155 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-01-19 (-6) | PreTrt | 191 (10**9/L) | 8.1 (10**9/L) | 5.49 (10**9/L) | 21 (IU/L) | 17 (IU/L) | 62 (umol/L) | 0.32 (mIU/L),L | 16.6 (pmol/L) |
| Visit prior to Event | S6 | 2005-04-13 (78) | QUETIAPINE 800 | 215 (10**9/L) | 11.4 (10**9/L) | 8.44 (10**9/L),H | | | | | |
| Visit after Event | S13 | 2005-05-18 (113) | OffTrt | 211 (10**9/L) | 10.2 (10**9/L) | 6.85 (10**9/L) | 11 (IU/L) | 11 (IU/L) | 71 (umol/L) | 0.31 (mIU/L),L | 16.3 (pmol/L) |
| Final Study Visit | S13 | 2005-05-18 (113) | OffTrt | 211 (10**9/L) | 10.2 (10**9/L) | 6.85 (10**9/L) | 11 (IU/L) | 11 (IU/L) | 71 (umol/L) | 0.31 (mIU/L),L | 16.3 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * - unscheduled visit

2089

4

CONFIDENTIAL
AZSER12746536

Narrative event
SAE

Subject identifier
D1447C00126/E0403015

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2090

5

CONFIDENTIAL
AZSER12746537

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0403023

Study phase-treatment during which event occurred
Randomized - PLACEBO 700

Narrative event
SAE

**Narrative event:**

Death: No

SAE: THYROID ADENOMA

DAE: No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 34 | Female | Caucasian | 138 | 2005-03-03 | 2005-07-18 | PLACEBO 700 | 2006-08-29 | Other (study stopped by sponsor) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| 406 | 2005-07-19 | 2006-08-28 |

**Medical History:**

Current: hyperthyroidism

Past:

**Death information:**

Date of death: No death

Cause of death:

Post-mortem:

2091

1

CONFIDENTIAL
AZSER12746538

**Subject identifier**
D1447C00126/E0403023

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 700

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| RD | PLACEBO 700 | 2005-09-15 (59) | 2005-09-15 (59) | THYROID ADENOMA(Adenoma of thyroid gland) | 9.1 | Resolved | No | No | Yes / {HO} | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2092

2

CONFIDENTIAL
AZSER12746539

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0403023 | Randomized - PLACEBO 700 | SAE |

**Descriptive text:**

{ADENOMA OF THYROID GLAND} A report was received from an investigator concerning a 35 year old female patient enrolled in study D1447C00126, a multicenter, randomized, parallel-group, double-blind, phase iii comparison of the efficacy and safety of quetiapine fumarate (oral tablets 400 mg to 800 mg daily, in divided doses) to placebo when used as adjunct to mood stabilizers (lithium or valproate) in the maintenance treatment of bipolar i disorder in adult patients.  Concomitant drugs included valproate sodium for bipolar i disorder and cefmetazole sodium for hyperthyroidism.  The patient began study drug on 19-JUL-2005 and experienced mild adenoma of thyroid gland which started on 15-SEP-2005. The event(s) were considered serious due to hospitalization. The patient recovered without sequelae.  The investigator considered the event(s) to be unrelated to the study therapy.  When the study was unblinded on 07-DEC-2006 it was determined that the patient received placebo.

2093

3

CONFIDENTIAL
AZSER12746540

**Subject identifier**
D1447C00126/E0403023

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 700

**Narrative event**
SAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-02-28 (-3) | PreTrt | | 5.2 (%) | 0.95 (mmol/L) | 5.41 (mmol/L)H | 2.43 (mmol/L)H | | 143 (g/L) |
| Visit prior to Event | Randomization (V1) | 2005-07-19 (1) | PLACEBO 600 | 5.8 (mmol/L) | 5.6 (%) | 1.24 (mmol/L) | 5.23 (mmol/L)H | 1.92 (mmol/L) | | 141 (g/L) |
| Visit after Event | V7 | 2005-10-11 (85) | PLACEBO 700 | 4.8 (mmol/L) | 5.2 (%) | 1.18 (mmol/L) | 6.60 (mmol/L)H | 2.36 (mmol/L)H | | 141 (g/L) |
| Final Study Visit | V23 | 2006-08-29 (545) | NA | 5.2 (mmol/L) | 5.5 (%) | 1.03 (mmol/L) | 5.13 (mmol/L) | 2.28 (mmol/L)H | | 143 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-02-28 (-3) | PreTrt | 254 (10**9/L) | 8.9 (10**9/L) | 4.78 (10**9/L) | 11 (IU/L) | 23 (IU/L) | 53 (umol/L) | 5.14 (mIU/L) | 9.4 (pmol/L)L |
| Visit prior to Event | Randomization (V1) | 2005-07-19 (1) | PLACEBO 600 | 267 (10**9/L) | 7.5 (10**9/L) | 3.20 (10**9/L) | 12 (IU/L) | 19 (IU/L) | 62 (umol/L) | 9.76 (mIU/L)H | 9.2 (pmol/L)L |
| Visit after Event | V7 | 2005-10-11 (85) | PLACEBO 700 | 321 (10**9/L) | 10.2 (10**9/L) | 6.16 (10**9/L) | 7 (IU/L) | 19 (IU/L) | 62 (umol/L) | 61.27 (mIU/L)H | 5.9 (pmol/L)L |
| Final Study Visit | V23 | 2006-08-29 (545) | NA | 306 (10**9/L) | 8.4 (10**9/L) | 4.19 (10**9/L) | 12 (IU/L) | 21 (IU/L) | 62 (umol/L) | 1.28 (mIU/L) | 22.2 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range. H=above normal range. NR=not recorded    * = unscheduled visit

2094

4

CONFIDENTIAL
AZSER12746541

**Narrative event**
SAE

**Subject identifier**
D1447C00126/E0403023

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 700

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2095

5

CONFIDENTIAL
AZSER12746542

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
| --- | --- | --- |
| D1447C00126/E0403023 | Randomized - PLACEBO 700 | SAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
| --- | --- | --- | --- | --- | --- |
| 2004-01-01 (-427) | 2005-09-15 (59) | No | THIAMAZOLE | 5 mg | Hyperthyroidism |
| 2004-01-01 (-427) | 2006-09-27 (436)# | Yes | VALPROIC ACID | 1000 mg | Bipolar I. Disorder |
| 2005-09-15 (59) | 2005-09-16 (60) | No | METAMIZOLE SODIUM | 2000 mg | Pre-and post-operative analgesia |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2096

CONFIDENTIAL
AZSER12746543

Narrative event
SAE

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E0404004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event:**

Death:              No

SAE:                ANGINA UNSTABLE

DAE:                No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 43 | Female | Caucasian | 168 | 2005-09-06 | 2006-02-20 | QUETIAPINE 500 | 2006-02-21 | Other (safety reasons as judged by the investigator) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:            simple chronic bronchitis, hearing loss

Past:               thyrotoxicosis without goiter

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

2097

1

CONFIDENTIAL
AZSER12746544

**Subject identifier**
D1447C00126/E0404004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon- tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 300 | 2005-09-08 (3) | 2005-09-08 (3) | VOMITING(Vomiting) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 600 | 2005-11-17 (73) | 2005-11-23 (79) | CYSTITIS(Acute cystitis) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 500 | 2006-01-31 (148) | NA | ANGINA UNSTABLE(Unstable angina) | 9.1 | Continuing | No | No | Yes / {LT HO} | Severe |
| OL | QUETIAPINE 200 | 2006-02-01 (149) | NA | IRON DEFICIENCY ANAEMIA(Other iron deficiency anaemia) | 9.1 | Continuing | No | No | No | Moderate |
| OL | QUETIAPINE 200 | 2006-02-01 (149) | 2006-02-07 (155) | RENAL FAILURE ACUTE(Acute renal failure, unspecified) | 9.1 | Resolved | No | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2098

2

CONFIDENTIAL
AZSER12746545

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0404004 | Open Label - QUETIAPINE 500 | SAE |

**Descriptive text:**

{UNSTABLE ANGINA} A report was received from an investigator concerning a 44 year old female patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included valproate sodium for bipolar disorder. The patient had a history of simple chronic bronchitis, thyrotoxicosis without goitre, hearing loss and removal of right kidney. The patient began study drug on 06-SEP-2005 and experienced severe unstable angina which started on 31-JAN-2006. The event(s) were considered serious due to hospitalization and life threatening. The patient has not yet recovered. The investigator considered the event(s) to be unrelated to the study therapy.

2099

3

CONFIDENTIAL
AZSER12746546

**Narrative event** SAE

**Subject identifier** D1447C00126/E0404004

**Study phase-treatment during which event occurred** Open Label - QUETIAPINE 500

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-31 (-5) | PreTrt | 6.0 (mmol/L) | 5.2 (%) | 1.31 (mmol/L) | 3.81 (mmol/L) | 1.55 (mmol/L) | | 136 (g/L) |
| Visit prior to Event | S6 | 2005-12-01 (87) | QUETIAPINE 600 | 5.4 (mmol/L) | 5.7 (%) | | | | | 123 (g/L) |
| Final Study Visit | S13 | 2006-02-21 (169) | OffTrt | 6.0 (mmol/L) | 5.5 (%) | 1.07 (mmol/L) | 3.21 (mmol/L)L | 1.24 (mmol/L) | | 100 (g/L)L |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-31 (-5) | PreTrt | 193 (10**9/L) | 4.8 (10**9/L) | 2.45 (10**9/L) | 8 (IU/L) | 12 (IU/L) | | 1.22 (mIU/L) | 16.6 (pmol/L) |
| Visit prior to Event | S6 | 2005-12-01 (87) | QUETIAPINE 600 | 185 (10**9/L) | 5.1 (10**9/L) | 3.54 (10**9/L) | | | | | |
| Final Study Visit | S13 | 2006-02-21 (169) | OffTrt | 322 (10**9/L) | 3.9 (10**9/L)L | 2.13 (10**9/L)L | 10 (IU/L) | 13 (IU/L) | 71 (umol/L) | 1.33 (mIU/L) | 10.3 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range, H =above normal range, NR=not recorded   * - unscheduled visit

2100

4

CONFIDENTIAL
AZSER12746547