**Subject identifier**
D1447C00126/E0404004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event**
SAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2101

5

CONFIDENTIAL
AZSER12746548

**Subject identifier**
D1447C00126/E0404004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event**
SAE

## Medication information:  Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2006-01-31 (148) | 2006-01-31 (148) | No | VALPROIC ACID | 300 mg | Bipolar disorder |
| 2006-02-01 (149) | 2006-02-01 (149) | No | DOPAMINE | 200 mg | Hypotension |
| 2006-02-01 (149) | 2006-02-01 (149) | No | ETILEFRINE | 10 mg | Hypotension |
| 2006-02-01 (149) | 2006-02-01 (149) | No | VALPROIC ACID | 250 mg | Bipolar disorder |
| 2006-02-01 (149) | 2006-02-02 (150) | No | GLUCOSE | 1000 ml | Hypotension |
| 2006-02-01 (149) | 2006-02-02 (150) | No | NADROPARIN | 0.4 ml | Unstable angina |
| 2006-02-01 (149) | 2006-02-02 (150) | No | RINGER "MERCK" | 500 ml | Hypotension |
| 2006-02-01 (149) | 2006-03-22 (198)# | Yes | DICLOFENAC | 150 mg | Unstable angina |
| 2006-02-01 (149) | 2006-03-22 (198)# | Yes | FOLIC ACID | 0.02 g | Other iron deficiency anaemia |
| 2006-02-01 (149) | 2006-03-22 (198)# | Yes | ISOSORBIDE DINITRATE | 30 mg | Unstable angina |
| 2006-02-02 (150) | 2006-02-06 (154) | No | VALPROIC ACID | 500 mg | Bipolar disorder |
| 2006-02-07 (155) | 2006-02-20 (168) | No | VALPROIC ACID | 300 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2102

6

CONFIDENTIAL
AZSER12746549

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E0501006

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE, DAE

**Narrative event:**

| Death: | No |
|---|---|
| SAE: | SUBILEUS |
| DAE: | SUBILEUS |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 64 | Male | Caucasian | 21 | 2005-09-16 | 2005-10-06 | QUETIAPINE 400 | 2005-10-25 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

| Current: | amotio retinae oculi on the left, cataracta senns oculi on the right, myopia modica oculi on the right |
|---|---|
| Past: | |

**Death information:**

| Date of death: | No death |
|---|---|
| Cause of death: | |
| Post-mortem: | |

1

2103

CONFIDENTIAL
AZSER12746550

**Subject identifier**
D1447C00126/E0501006

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 200 | 2005-09-20 (5) | 2005-09-27 (12) | DIZZINESS(Dizziness in the morning) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 200 | 2005-09-27 (12) | NA | OCULAR HYPERAEMIA(Hyperaemia conjunctivi on the left) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-10-06 (21) | 2005-10-17 (32) | SUBILEUS(Status subilcosus) | 9.1 | Resolved | No | Yes | Yes / {HO} | Severe |
| OffTrt | | 2005-10-25 (40) | NA | LYMPHADENITIS(Nodi submandibulares inflammated) | 9.1 | Continuing | No | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2104

CONFIDENTIAL
AZSER12746551

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| DI447C00126/E0501006 | Open Label - QUETIAPINE 400 | SAE, DAE |

**Descriptive text:**

{STATUS SUBILEOSUS} A report has been received from an investigator concerning a 64 year-old male patient enrolled in study DI447C00126, a multicenter, randomized, parallel-group, double-blind, phase III comparison of the efficacy and safety of quetiapine fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to placebo when used as adjunct to mood stabilizers (lithium or valproate) in the maintenance treatment of bipolar I disorder in adult patients.  Concomitant medications were fluorometholone acetate for opthalmologic disease - amotio retinae and latanaprost for glaucoma. The patient had a history of opthalmological surgery due to the eye disease amotio retinae u.s. rhegmatogenes o.l. sin., he also had cataracta senilis o. dx and myopia modica o. dx. In addition he had suffered from back pain in the lumbosacral area with propagation to the hips since the present summer. The patient had no family history of diabetes The patient started treatment with Everiden (valproic acid) 900 mg, daily, oral as prophylaxis on 19-Jul-2005. On 16-Sep-2005 he started treatment with open-label quetiapine fumarate, titrated up to 400 mg, daily oral for bipolar I disorder. On 06-Oct-2005 (11 weeks after start of valproic acid, and three weeks after start of quetiapine fumarate) he experienced severe status subileosus. The obstipation had started after increasing the dosage of quetiapine fumarate two weeks earlier. Also the back pain had been more apparent during this period. He was hospitalised the same day (06-Oct-2005). First the back was examined with x-ray of the spine showing osteochondrosis of L5/S1, spondylosis deformans, spondylarthrosis of the low back spine. However the type of pain could not be reliably differentiated.  The patient was transferred to the surgical ward where he was extensively examined. There were no apparent pathological findings except x-ray of abdomen showing picture of subileus and laboratory marks of inflammation (elevated CRP). The eventual i inflammatory focus was not found.  The patient was treated with lactulose, famotidine, metamizole sodium, metoclopramide hydrochloride and antibiotics. On 06-Oct-2005 valproic acid and open-label treatment with quetiapine fumarate was withdrawn, and he discontinued the study. He recovered from the subileus after one week and five days. The investigator considered the event status subileosus causally related to the valproic acid, and not related to open-label treatment with quetiapine fumarate. Summary of follow-up information received by AstraZeneca on 26-Oct-2005: Patient recovered. Concomitant medications added.  Summary of additional follow-up information received by AstraZeneca on 26-Oct-2005: Hospital discharge notes with more detailed information regarding the examination of the patient and the course of the events. Corrected report: The coding of the event completed with constipation as a separate code.  Summary of additional follow-up information received by AstraZeneca on 04-Apr-2006: The investigator changed the verbatim from Status subileus due to serious obstipation to Status subileus. Constipation removed as separate event.

2105

3

CONFIDENTIAL
AZSER12746552

| Subject identifier | | Study phase-treatment during which event occurred | | Narrative event |
|---|---|---|---|---|
| DI447C00126/E0501006 | | Open Label - QUETIAPINE 400 | | SAE, DAE |

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-09-08 (-7) | PreTrt | 5.4 (mmol/L) | 5.5 (%) | 0.62 (mmol/L) | 3.96 (mmol/L) | 1.79 (mmol/L) | | 138 (g/L) |
| Visit prior to Event | Enrollment | 2005-09-08 (-7) | PreTrt | 5.4 (mmol/L) | 5.5 (%) | 0.62 (mmol/L) | 3.96 (mmol/L) | 1.79 (mmol/L) | | 138 (g/L) |
| Final Study Visit | Enrollment | 2005-09-08 (-7) | PreTrt | 5.4 (mmol/L) | 5.5 (%) | 0.62 (mmol/L) | 3.96 (mmol/L) | 1.79 (mmol/L) | | 138 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-09-08 (-7) | PreTrt | 254 (10**9/L) | 5.6 (10**9/L) | 3.34 (10**9/L) | 18 (IU/L) | 22 (IU/L) | 80 (umol/L) | 1.34 (mIU/L) | 13.5 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-09-08 (-7) | PreTrt | 254 (10**9/L) | 5.6 (10**9/L) | 3.34 (10**9/L) | 18 (IU/L) | 22 (IU/L) | 80 (umol/L) | 1.34 (mIU/L) | 13.5 (pmol/L) |
| Final Study Visit | Enrollment | 2005-09-08 (-7) | PreTrt | 254 (10**9/L) | 5.6 (10**9/L) | 3.34 (10**9/L) | 18 (IU/L) | 22 (IU/L) | 80 (umol/L) | 1.34 (mIU/L) | 13.5 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * - unscheduled visit

2106

4

CONFIDENTIAL
AZSER12746553

**Subject identifier**
D1447C00126/E0501006

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE, DAE

## Weight: Include only if DAE due to weight

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2107

5

CONFIDENTIAL
AZSER12746554

**Subject identifier**
D1447C00126/E0501006

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE, DAE

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-07-19 (-59) | 2005-10-06 (21) | No | VALPROIC ACID | 900 mg | Prophylaxis bipolar disorder I |
| 2005-09-21 (6) | 2005-11-05 (51)# | Yes | FLUOROMETHOLONE | 0.25 ml | Ophtalmologic disease - anotio retinae on the left |
| 2005-09-21 (6) | 2005-11-05 (51)# | Yes | LATANOPROST | 0.05 ml | Glaukoma oculi on the left |
| 2005-10-07 (22) | 2005-10-18 (33) | No | CIPROFLOXACIN | 1000 mg | Status subileosus |
| 2005-10-07 (22) | 2005-10-18 (33) | No | HYLAK | 6 ml | Status subileosus |
| 2005-10-07 (22) | 2005-11-05 (51)# | Yes | LACTULOSE | 30 ml | Status subileosus |
| 2005-10-07 (22) | 2005-11-05 (51)# | Yes | METOCLOPRAMIDE | 31.5 mg | Status subileosus |
| 2005-10-10 (25) | 2005-11-05 (51)# | Yes | TIMOLOL | 0.1 ml | Anotio retinae on the left |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2108

CONFIDENTIAL
AZSER12746555

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E0505003

Study phase-treatment during which event occurred
Off Treatment - NA

Narrative event:
SAE

**Narrative event:**

Death:          No

SAE:            MANIA

DAE:            No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 39 | Female | Caucasian | 112 | 2006-01-26 | 2006-05-17 | NA | 2006-08-24 | Other (study stopped by sponsor) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| 99 | 2006-05-18 | 2006-08-24 |

**Medical History:**

Current:        amenorrhoea

Past:           meningoencephalitis, struma, hepatopathy

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

1

2109

CONFIDENTIAL
AZSER12746556

**Subject identifier**
D1447C00126/E0505003

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OffTrt | | 2006-08-25 (100) | NA | ANXIETY(Anxiety) | 9.1 | Continuing | No | No | No | Moderate |
| OffTrt | | 2006-08-29 (104) | NA | MANIA(Manic mood event of bipolar I disorder) | 9.1 | Continuing | No | No | Yes / {HO} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2110

2

CONFIDENTIAL
AZSER12746557

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0505003 | Off Treatment - NA | SAE |

**Descriptive text:**

{MANIC MOOD EVENT OF BIPOLAR I DISORDER}; A report was received from an investigator concerning a 40 year old female patient enrolled in study D1447C00126, a phase III comparison of the efficacy and safety of quetiapine fumarate (400 to 800 mg daily) to placebo when used as adjunct to mood stabilizers (lithium or valproate) in the maintenance treatment of bipolar I disorder in adult patients. Concomitant drugs included oxazepam for anxiety. The patient began randomized study drug on 18-MAY-2006 and experienced severe manic mood event of bipolar I disorder which started on 29-AUG-2006. The event(s) was considered serious due to hospitalization. She was discharged from hospital 05-Oct-2006. The patient has not yet recovered. The investigator considered the event to be unrelated to the study therapy. When the study was unblinded on 07-Dec-2006 it was determined that the patient received placebo.

2111

3

CONFIDENTIAL
AZSER12746558

**Narrative event** SAE

**Subject identifier**
D1447C00126/E0505003

**Study phase-treatment during which event occurred**
Off Treatment - NA

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-19 (-7) | PreTrt | 4.8 (mmol/L) | 5.5 (%) | 0.57 (mmol/L) | 4.64 (mmol/L) | 2.28 (mmol/L) H | | 125 (g/L) |
| Visit prior to Event | V23 | 2006-08-24 (99) | PLACEBO 400 | 4.2 (mmol/L) | 5.5 (%) | 2.52 (mmol/L) | 4.20 (mmol/L) | 1.86 (mmol/L) | | 137 (g/L) |
| Final Study Visit | V23 | 2006-08-24 (99) | PLACEBO 400 | 4.2 (mmol/L) | 5.5 (%) | 2.52 (mmol/L) | 4.20 (mmol/L) | 1.86 (mmol/L) | | 137 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-19 (-7) | PreTrt | 197 (10**9/L) | 3.7 (10**9/L)L | 1.98 (10**9/L)L | 16 (IU/L) | 22 (IU/L) | 80 (umol/L) | 2.48 (mIU/L) | 10.4 (pmol/L) |
| Visit prior to Event | V23 | 2006-08-24 (99) | PLACEBO 400 | 259 (10**9/L) | 4.0 (10**9/L)L | 1.45 (10**9/L)L | 11 (IU/L) | 13 (IU/L) | 71 (umol/L) | 1.93 (mIU/L) | 13.8 (pmol/L) |
| Final Study Visit | V23 | 2006-08-24 (99) | PLACEBO 400 | 259 (10**9/L) | 4.0 (10**9/L)L | 1.45 (10**9/L)L | 11 (IU/L) | 13 (IU/L) | 71 (umol/L) | 1.93 (mIU/L) | 13.8 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

2112

4

CONFIDENTIAL
AZSER12746559

**Narrative event**
SAE

**Subject identifier**
D1447C00126/E0505003

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2113

5

CONFIDENTIAL
AZSER12746560

Narrative event
SAE

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Subject identifier**
D1447C00126/E0505003

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-09-02 (-146) | 2006-08-29 (104) | No | ERGENYL CHRONO | 1000 mg | Bipolar disorder I |
| 2006-08-25 (100) | 2006-09-24 (130) | No | QUETIAPINE | 400 mg | Bipolar I disorder |
| 2006-08-28 (103) | 2006-08-29 (104) | No | OXAZEPAM | U.U | Anxiety |
| 2006-08-29 (104) | 2006-08-30 (105) | No | DIAZEPAM | 10 mg | Manic mood event of bipolar I disorder |
| 2006-08-29 (104) | 2006-08-30 (105) | No | HALOPERIDOL | 5 mg | Manic mood event of bipolar I disorder |
| 2006-08-30 (105) | 2006-08-31 (106) | No | ERGENYL CHRONO | 600 mg | Bipolar I disorder |
| 2006-08-30 (105) | 2006-09-06 (112) | No | CLONAZEPAM | 1.5 mg | Manic mood event of bipolar I disorder |
| 2006-09-01 (107) | 2006-09-23 (129)# | Yes | ERGENYL CHRONO | 1000 mg | Bipolar I disorder |
| 2006-09-07 (113) | 2006-09-18 (124) | No | CLONAZEPAM | 6 mg | Manic mood event of bipolar I disorder |
| 2006-09-13 (119) | 2006-09-13 (119) | No | DIAZEPAM | 10 mg | Manic mood event of bipolar I disorder |
| 2006-09-19 (125) | 2006-09-25 (131) | No | CLONAZEPAM | 5 mg | Manic mood event of bipolar I disorder |
| 2006-09-25 (131) | 2006-09-25 (131) | No | QUETIAPINE | 600 mg | Bipolar I disorder |
| 2006-09-26 (132) | 2006-09-23 (129)# | Yes | CLONAZEPAM | 3 mg | Manic mood event of bipolar I disorder |
| 2006-09-26 (132) | 2006-09-23 (129)# | Yes | QUETIAPINE | 500 mg | Bipolar I disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2114

CONFIDENTIAL
AZSER12746561

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0604002

| | | Study phase-treatment during which event occurred Randomized - PLACEBO 600 | | | | | Narrative event SAE |

**Narrative event:**

Death:                No

SAE:                  DYSPHONIA, PNEUMONIA, RIB FRACTURE

DAE:                  No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 56 | Female | Caucasian | 149 | 2004-05-25 | 2004-10-20 | PLACEBO 600 | 2006-08-31 | Other (study was terminated by astrazeneca) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| 679 | 2004-10-21 | 2006-08-30 |

**Medical History:**

Current:              astma bronchiale, hypertension arterialis, allergy, fungus infection in skin, migraine

Past:

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

2115

1

CONFIDENTIAL
AZSER12746562

**Subject identifier**
DI447C001 26/E060/4002

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 600

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2004-04-01 (-54) | 2004-04-15 (-40) | NASOPHARYNGITIS(Common cold) | 9.1 | Resolved | No | No | No | Mild |
| PreTrt | | 2004-05-05 (-20) | 2004-05-27 (3) | FUNGAL INFECTION(Fungus infection) | 9.1 | Resolved | No | No | No | Mild |
| PreTrt | | 2004-05-23 (-2) | 2004-05-23 (-2) | HEADACHE(Headache) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 300 | 2004-05-27 (3) | 2004-05-28 (4) | SOMNOLENCE(Somnolence) | 9.1 | Resolved | Yes | No | No | Severe |
| OL | QUETIAPINE 300 | 2004-05-27 (3) | 2004-05-30 (6) | HYPOTENSION(Hypotension) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 600 | 2004-06-10 (17) | 2004-07-09 (46) | SOMNOLENCE(Somnolence) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 600 | 2004-06-20 (27) | 2004-11-07 (167) | DRY MOUTH(Dry mouth) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 500 | 2004-09-09 (108) | 2005-01-13 (234) | POLLAKIURIA(Pollakisuria) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 500 | 2004-10-10 (139) | 2004-10-25 (154) | NASOPHARYNGITIS(Common cold) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 500 | 2004-10-20 (149) | 2004-11-03 (163) | MUSCULOSKELETAL CHEST PAIN(Pain in breasts, probably musculoskeletal.) | 9.1 | Resolved | Yes | No | No | Severe |
| RD | PLACEBO 500 | 2004-11-16 (27) | 2004-11-30 (41) | BACK PAIN(Back pain) | 9.1 | Resolved | No | No | No | Mild |
| RD | PLACEBO 500 | 2004-11-17 (28) | 2004-12-16 (57) | SALIVARY HYPERSECRETION(Salivation increased) | 9.1 | Resolved | No | No | No | Mild |
| RD | PLACEBO 500 | 2004-12-02 (43) | 2005-05-10 (202) | WEIGHT INCREASED(Weight gain) | 9.1 | Resolved | Yes | No | No | Mild |
| RD | PLACEBO 500 | 2004-12-10 (51) | 2004-12-19 (60) | DIARRHOEA(Diarrhea) | 9.1 | Resolved | No | No | No | Mild |

2116

2

CONFIDENTIAL
AZSER12746563

**Subject identifier** D1447C00126/E0604002

**Study phase-phase-treatment during which event occurred** Randomized - PLACEBO 600

**Narrative event** SAE

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| RD | PLACEBO 500 | 2005-01-13 (85) | 2005-01-20 (92) | POLLAKIURIA(Pollakisuria) | 9.1 | Resolved | No | No | No | Mild |
| RD | PLACEBO 500 | 2005-01-15 (87) | 2005-06-04 (227) | MYALGIA(Pain in facial muscles) | 9.1 | Resolved | No | No | No | Mild |
| RD | PLACEBO 500 | 2005-03-15 (146) | 2006-04-30 (557) | INCREASED APPETITE(Increased appetite) | 9.1 | Resolved | No | No | No | Mild |
| RD | PLACEBO 500 | 2005-04-19 (181) | 2005-06-20 (243) | WEIGHT INCREASED(Weight gain) | 9.1 | Resolved | Yes | No | No | Mild |
| RD | PLACEBO 500 | 2005-04-25 (187) | 2005-05-04 (196) | SINUSITIS(Sinuitis) | 9.1 | Resolved | No | No | No | Mild |
| RD | PLACEBO 500 | 2005-05-02 (194) | 2005-10-02 (347) | HYPERSENSITIVITY(Allergia NUD) | 9.1 | Resolved | No | No | No | Mild |
| RD | PLACEBO 500 | 2005-06-09 (232) | 2005-07-02 (255) | BRONCHITIS(Bronchitis) | 9.1 | Resolved | No | No | No | Mild |
| RD | PLACEBO 600 | 2005-06-21 (244) | 2005-06-22 (245) | MUSCULOSKELETAL CHEST PAIN(Chest pain - Muscoskeletal) | 9.1 | Resolved | No | No | No | Mild |
| RD | PLACEBO 600 | 2005-07-01 (254) | 2005-08-15 (299) | DIARRHOEA(Diarrhea) | 9.1 | Resolved | No | No | No | Mild |
| RD | PLACEBO 600 | 2005-08-08 (292) | 2005-08-09 (293) | DYSPHONIA(Hoarsiness of throat) | 9.1 | Resolved | No | No | Yes / {HO} | Mild |
| RD | PLACEBO 600 | 2005-08-15 (299) | 2005-09-01 (316) | NASOPHARYNGITIS(Common cold) | 9.1 | Resolved | No | No | No | Mild |
| RD | PLACEBO 600 | 2005-08-30 (314) | 2005-09-28 (343) | BRONCHITIS(Bronchitis) | 9.1 | Resolved | No | No | No | Mild |
| RD | PLACEBO 600 | 2005-10-21 (366) | NA | DYSLIPIDAEMIA(Dyslipidemia) | 9.1 | Continuing | No | No | No | Moderate |
| RD | PLACEBO 600 | 2005-11-15 (391) | NA | DYSTONIA(Dystonia upper arms, hands) | 9.1 | Continuing | Yes | No | No | Mild |
| RD | PLACEBO 600 | 2005-12-01 (407) | 2006-06-26 (614) | DIARRHOEA(Diarrhea) | 9.1 | Resolved | No | No | No | Moderate |

3

2117

CONFIDENTIAL
AZSER12746564

**Subject identifier**
D1447C00126/E0604002

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 600

**Narrative event**
SAE

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| RD | PLACEBO 600 | 2006-04-10 (537) | 2006-04-16 (543) | CONJUNCTIVITIS(Conjunctivitis) | 9.1 | Resolved | No | No | No | Mild |
| RD | PLACEBO 600 | 2006-05-01 (558) | 2006-06-20 (608) | RIB FRACTURE(Fractura costae) | 9.1 | Resolved | No | No | Yes / {LT HO} | Moderate |
| RD | PLACEBO 600 | 2006-05-08 (565) | 2006-07-07 (625) | GASTRITIS(Gastritis) | 9.1 | Resolved | No | No | No | Mild |
| RD | PLACEBO 600 | 2006-05-22 (579) | 2006-05-31 (588) | PNEUMONIA(Pneumonia NUD on right side) | 9.1 | Resolved | No | No | Yes / {LT HO} | Severe |
| RD | PLACEBO 600 | 2006-08-01 (650) | NA | FACIAL PAIN(Facial pain) | 9.1 | Continuing | No | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2118

4

CONFIDENTIAL
AZSER12746565

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0604002 | Randomized - PLACEBO 600 | SAE |

**Descriptive text:**

{HOARSENESS OF THROAT} A report was received from an investigator concerning a 57 year old female patient enrolled in study D1447C00126. A multicenter, randomized, parallel-group, double-blind, phase III comparison of the efficacy and safety of quetiapine fumarate (oral tablets 400 mg to 800 mg daily; in divided doses) to placebo when used as adjunct to mood stabilizers (lithium or valproate) in the maintenance treatment of bipolar I disorder in adult patients. Concomitant drugs included salbutamol for asthma, beclometasone dipropionate for asthma bronchiale, lithium carbonate for bipolar disorder i and loratadine + pseudoephedrine sulfate for allergy. The patient had a history of hernia operation, hypertension arterialis, fungus infection in skin and migraine. The patient began study drug on 21-OCT-2004 and experienced hoarseness of throat which started on 08-AUG-2005. The event was considered serious due to hospitalization. The patient recovered without sequelae. The investigator considered the event to be unrelated to the study therapy. When the study was unblinded on 07-DEC-2006 it was determined that the patient received placebo.

{PNEUMONIA NUD ON THE RIGHT SIDE, FRACTURA COSTAE} A report was received from an investigator concerning a 58-year-old female patient enrolled in study D1447C00126. A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included beclometasone dipropionate for asthma bronchiale, lithium carbonate for bipolar disorder I, enalapril maleate for hypertension arterialis, salbutamol sulfate for asthma bronchiale, mometasone furoate for allergy, pantoprazole sodium and isosorbide mononitrate. The patient had a history of hernia operation, asthma bronchiale, hypertension arterialis, allergia, fungus infection in skin and migraine. The patient began study drug on 21-OCT-2004 and is on-going. She experienced severe pneumonia nas dx, which started with fever on 22-MAY-2006. She suffered moderate fracture costae, which started during May 2006. The symptoms according to the patient for this event was fever, chest pain and pneumonia. Both events were treated with antibiotics. The events were considered serious due to hospitalization and life threatening. The patient recovered without sequelae. The investigator considered the events to be unrelated to the study therapy. When the study was unblinded on 07-Dec-2006 it was determined that the patient received placebo.

2119

5

CONFIDENTIAL
AZSER12746566

**Subject identifier**
D1447C00126/E0604002

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 600

**Narrative event**
SAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-05-18 (-7) | PreTrt | | 5.8 (%) | 3.99 (mmol/L)H | 5.41 (mmol/L)H | 1.14 (mmol/L) | | 124 (g/L) |
| Visit prior to Event | V14 | 2005-08-02 (286) | PLACEBO 600 | 5.6 (mmol/L) | 5.9 (%) | 2.01 (mmol/L) | 4.64 (mmol/L) | 1.66 (mmol/L) | | 123 (g/L) |
| Visit after Event | V15 | 2005-08-30 (314) | PLACEBO 600 | | | | | | | 106 (g/L)L |
| Final Study Visit | V23 | 2006-08-31 (829) | NA | 5.3 (mmol/L) | 5.5 (%) | 1.62 (mmol/L) | 5.70 (mmol/L)H | 2.10 (mmol/L)H | | 129 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-05-18 (-7) | PreTrt | 299 (10**9/L) | 7.0 (10**9/L) | 4.05 (10**9/L) | 17 (IU/L) | 18 (IU/L) | 71 (umol/L) | 1.96 (mIU/L) | 13.2 (pmol/L) |
| Visit prior to Event | V14 | 2005-08-02 (286) | PLACEBO 600 | 387 (10**9/L) | 6.5 (10**9/L) | 4.67 (10**9/L) | 18 (IU/L) | 16 (IU/L) | 97 (umol/L) | 3.07 (mIU/L) | 12.9 (pmol/L) |
| Visit after Event | V15 | 2005-08-30 (314) | PLACEBO 600 | 459 (10**9/L)H | 8.1 (10**9/L) | 6.05 (10**9/L) | | | | | |
| Final Study Visit | V23 | 2006-08-31 (829) | NA | 305 (10**9/L) | 5.9 (10**9/L) | 4.02 (10**9/L) | 16 (IU/L) | 21 (IU/L) | 80 (umol/L) | 1.79 (mIU/L) | 14.2 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * - unscheduled visit

6

2120

CONFIDENTIAL
AZSER12746567

**Narrative event**
SAE

**Subject identifier**
D1447C00126/E0604002

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 600

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

7

2121

CONFIDENTIAL
AZSER12746568

Narrative event
SAE

Subject identifier
D1447C00126/E0604002

Study phase-treatment during which event occurred
Randomized - PLACEBO 600

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-04-24 (-31)# | 2006-09-29 (709)# | Yes | ENALAPRIL | 10 Mg | Hypertension arterialis |
| 2004-05-18 (-7) | 2006-06-02 (590) | No | TOCLASE EXPECTORANT | 60 Ml | Astma |
| 2004-05-25 (1)# | 2006-08-30 (679)# | No | ISOSORBIDE DINITRATE | 20 Mg | Chest pain |
| 2004-05-25 (1)# | 2006-09-29 (709)# | Yes | BECLOMETASONE | 800 Mg | Astma |
| 2004-05-25 (1)# | 2006-09-29 (709)# | Yes | FORMOTEROL | 6 Ug | Astma |
| 2004-05-25 (1)# | 2006-09-29 (709)# | Yes | PARACETAMOL | 1000 Mg | Pain in broken ribbes |
| 2005-03-10 (141) | 2005-08-08 (292) | No | LITHIUM | 900 Mg | Bipolar disorder |
| 2005-07-19 (272) | 2006-09-29 (709)# | Yes | SALBUTAMOL | U_U | Asthma bronchiale |
| 2005-08-09 (293) | 2006-02-23 (491) | No | LITHIUM | 600 Mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2122

8

CONFIDENTIAL
AZSER12746569

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0604015

Study phase–treatment during which event occurred
Randomized - PLACEBO 400

Narrative event
SAE

**Narrative event:**

Death:          No

SAE:            INFLAMMATORY BOWEL DISEASE

DAE:            No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 63 | Male | Caucasian | 225 | 2004-11-03 | 2005-06-15 | PLACEBO 400 | 2006-02-07 | Subject not Willing to Continue Study |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| 237 | 2005-06-16 | 2006-02-07 |

**Medical History:**

Current:        celiac disease, back pain, tinnitus, mouth infection

Past:

**Death information:**

Date of death:  No death

Cause of death:

Post-mortem:

1

2123

CONFIDENTIAL
AZSER12746570

**Subject identifier**
DI447C00126/E0604015

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 400

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2004-10-27 (-7) | 2004-11-30 (28) | PRURITUS(Itching) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2004-11-07 (5) | 2005-07-06 (246) | DRY MOUTH(Dry mouth) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2004-11-07 (5) | 2006-05-15 (559) | ERECTILE DYSFUNCTION(Impotence) | 9.1 | Resolved | Yes | No | No | Severe |
| OL | QUETIAPINE 400 | 2004-11-16 (14) | 2004-12-20 (48) | TINNITUS(Tinnitus) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2004-12-20 (48) | NA | TINNITUS(Tinnitus) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2004-12-20 (48) | 2005-02-02 (92) | BACK PAIN(Back Pain) | 9.1 | Resolved | No | No | No | Severe |
| OL | QUETIAPINE 400 | 2005-01-01 (60) | 2005-08-16 (287) | ABDOMINAL PAIN UPPER(Pain in Stomach) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-04-01 (150) | NA | MUSCULOSKELETAL STIFFNESS(Stiffness of Legs) | 9.1 | Continuing | Yes | No | No | Mild |
| RD | PLACEBO 400 | 2005-06-24 (9) | 2005-06-28 (13) | DIARRHOEA(Diarrea) | 9.1 | Resolved | No | No | No | Mild |
| RD | PLACEBO 400 | 2005-06-25 (10) | NA | DEAFNESS UNILATERAL(Deafness, left ear) | 9.1 | Continuing | No | No | No | Mild |
| RD | PLACEBO 400 | 2005-07-09 (24) | 2005-07-10 (25) | DIARRHOEA(Diarrhea) | 9.1 | Resolved | No | No | No | Moderate |
| RD | PLACEBO 400 | 2005-07-14 (29) | 2005-07-15 (30) | DIARRHOEA(Diarrhea) | 9.1 | Resolved | No | No | No | Mild |
| RD | PLACEBO 400 | 2005-07-20 (35) | 2005-11-01 (139) | MUSCLE SPASMS(Muscle Spasm in legs) | 9.1 | Resolved | No | No | No | Mild |
| RD | PLACEBO 400 | 2005-08-17 (63) | 2005-08-25 (71) | TOOTH INFECTION(Dental Inflamation) | 9.1 | Resolved | No | No | No | Mild |

2

2124

CONFIDENTIAL
AZSER12746571

**Subject identifier**
D1447C00126/E060/4015

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 400

**Narrative event**
SAE

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| RD | PLACEBO 400 | 2005-09-23 (100) | 2005-11-12 (150) | INFLAMMATORY BOWEL DISEASE(Bowel Inflamation) | 9.1 | Resolved | No | No | No | Mild |
| RD | PLACEBO 400 | 2005-12-21 (189) | NA | DIARRHOEA(Diarrhea) | 9.1 | Continuing | No | No | No | Mild |
| RD | PLACEBO 400 | 2006-01-02 (201) | NA | INFLAMMATORY BOWEL DISEASE(Bowel Inflamation) | 9.1 | Continuing | No | No | Yes / {HO} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2125

3

CONFIDENTIAL
AZSER12746572

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0604015 | Randomized - PLACEBO 400 | SAE |

**Descriptive text:**

{BOWEL INFLAMMATION} A report was received from an investigator concerning a 64 year old male patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included lorazepam for bipolar disorder, mesalazine for bowel inflammation, zopiclone for bipolar disorder, codeine phosphate + paracetamol for back pain and valproate sodium for bipolar disorder. The patient had a history of celiac disease, tinnitus, mouth infection and back operation. The patient began study drug on 16-JUN-2005 and experienced severe bowel inflammation which started on 02-JAN-2006. The event(s) were considered serious due to hospitalization. The patient has not yet recovered. The investigator considered the event(s) to be unrelated to the study therapy. When the study was unblinded on 07-DEC-2006 it was determined that the patient received placebo.

2126

4

CONFIDENTIAL
AZSER12746573

**Subject identifier**
D1447C00126/E0604015

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 400

**Narrative event**
SAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-10-29 (-5) | PreTrt | | 5.8 (%) | 1.90 (mmol/L) | 4.22 (mmol/L) | 1.74 (mmol/L) | | 131 (g/L) |
| Visit prior to Event | V11 | 2005-12-29 (197) | PLACEBO 400 | 5.2 (mmol/L) | 5.6 (%) | 0.82 (mmol/L) | 5.23 (mmol/L)H | 2.36 (mmol/L) H | | 152 (g/L) |
| Final Study Visit | V23 | 2006-02-07 (237) | PLACEBO 400 | 4.5 (mmol/L) | 5.7 (%) | 1.08 (mmol/L) | 5.41 (mmol/L)H | 2.62 (mmol/L) H | | 140 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-10-29 (-5) | PreTrt | 330 (10**9/L) | 10.5 (10**9/L) | 8.77 (10**9/L)H | 42 (IU/L) | 33 (IU/L) | 71 (umol/L) | 2.46 (mIU/L) | 9.8 (pmol/L) |
| Visit prior to Event | V11 | 2005-12-29 (197) | PLACEBO 400 | 204 (10**9/L) | 7.6 (10**9/L) | 4.70 (10**9/L) | 28 (IU/L) | 46 (IU/L)H | 88 (umol/L) | 3.00 (mIU/L) | 16.8 (pmol/L) |
| Final Study Visit | V23 | 2006-02-07 (237) | PLACEBO 400 | 297 (10**9/L) | 8.2 (10**9/L) | 4.92 (10**9/L) | 15 (IU/L) | 18 (IU/L) | 71 (umol/L) | 1.94 (mIU/L) | 14.7 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

5

2127

CONFIDENTIAL
AZSER12746574

Narrative event
SAE

Subject identifier
D1447C00126/E0604015

Study phase-treatment during which event occurred
Randomized - PLACEBO 400

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

6

2128

CONFIDENTIAL
AZSER12746575

Narrative event
SAE

**Subject identifier**
D1447C00126/E0604015

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 400

## Medication information:  Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-12-22 (50) | 2006-03-09 (267)# | Yes | LORAZEPAM | 1 mg | Bipolar disorder |
| 2005-08-03 (49) | 2006-03-09 (267)# | Yes | VALPROIC ACID | 2000 mg | Bipolar disorder |
| 2005-09-26 (103) | 2006-03-09 (267)# | Yes | MESALAZINE | 1600 mg | Bowel inflamation |
| 2005-12-29 (197) | 2006-01-05 (204) | No | PANADEINE CO | 500 mg | Back pain |
| 2005-12-29 (197) | 2006-02-07 (237) | No | ZOPICLONE | 7.5 mg | Bipolar disorder |
| 2006-01-06 (205) | 2006-02-04 (234) | No | PARACETAMOL | 1500 mg | Stomach pain |
| 2006-01-10 (209) | 2006-01-15 (214) | No | PREDNISOLONE | 40 mg | Bowel inflammation |
| 2006-01-10 (209) | 2006-01-17 (216) | No | CIPROFLOXACIN | 1000 mg | Bowel inflammation |
| 2006-01-10 (209) | 2006-01-17 (216) | No | METRONIDAZOLE | 1200 mg | Bowel inflammation |
| 2006-01-10 (209) | 2006-02-04 (234) | No | PANTOPRAZOLE | 400 mg | Bowel inflammation |
| 2006-01-16 (215) | 2006-01-22 (221) | No | PREDNISOLONE | 35 mg | Bowel inflammation |
| 2006-01-23 (222) | 2006-03-09 (267)# | Yes | PREDNISOLONE | 30 mg | Bowel inflammation |
| 2006-01-28 (227) | 2006-03-09 (267)# | Yes | METRONIDAZOLE | 1200 mg | Bowel inflammation |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

7

2129

CONFIDENTIAL
AZSER12746576

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0604021

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 400

**Narrative event:**

Death:                No

SAE:                  GLYCOSYLATED HAEMOGLOBIN INCREASED

DAE:                  GLYCOSYLATED HAEMOGLOBIN INCREASED, GLYCOSYLATED HAEMOGLOBIN INCREASED

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 42 | Male | Caucasian | 119 | 2005-02-07 | 2005-06-05 | PLACEBO 400 | 2005-08-31 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| 84 | 2005-06-06 | 2005-08-28 |

**Medical History:**

Current:              asthma, pruritus, itching

Past:                 pain in back, fractura of cranium

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

2130

1

CONFIDENTIAL
AZSER12746577

**Narrative event**
SAE, DAE

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 400

**Subject identifier**
D1447C00126/E0604021

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-01-12 (-26) | 2005-04-04 (57) | ACARODERMATITIS(Scabies) | 9.1 | Resolved | No | No | No | Mild |
| PreTrt | | 2005-01-31 (-7) | 2005-02-07 (1) | SOMNOLENCE(Somnolence) | 9.1 | Resolved | No | No | No | Severe |
| OL | QUETIAPINE 300 | 2005-02-07 (1) | 2005-02-17 (11) | SOMNOLENCE(Somnolence) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-02-15 (9) | 2005-05-14 (97) | BLOOD PRESSURE INCREASED(Increase of blood pressure) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-02-18 (12) | 2005-06-19 (133) | SOMNOLENCE(Somnolence) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-03-21 (43) | 2005-04-04 (57) | INCREASED APPETITE(Increased appetite) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-03-21 (43) | 2005-05-03 (86) | WEIGHT INCREASED(Weight gain) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-04-04 (57) | 2005-05-20 (103) | INCREASED APPETITE(Increased appetite) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-04-04 (57) | 2005-05-20 (103) | FOOD CRAVING(Increased need of sweeties) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-04-15 (68) | 2005-06-07 (121) | MYALGIA(Pain in muscles) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-04-15 (68) | 2005-07-23 (167) | MUSCLE SPASMS(Cramps in muscles) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-04-30 (83) | 2005-05-20 (103) | BACK PAIN(Worsening of back pain) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-04-30 (83) | 2005-05-20 (103) | HEADACHE(Headache) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-05-03 (86) | NA | WEIGHT INCREASED(Weight gain) | 9.1 | Continuing | Yes | No | No | Moderate |

2131

2

CONFIDENTIAL
AZSER12746578

**Subject identifier**
DI447C001 26/E060 4021

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 400

**Narrative event**
SAE, DAE

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2005-05-20 (103) | 2005-06-14 (128) | FOOD CRAVING(Increased need of sweeties) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-05-20 (103) | 2005-06-14 (128) | BACK PAIN(Worsening of back pain) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-06-01 (115) | 2005-06-10 (124) | PALPITATIONS(Palpitations) | 9.1 | Resolved | Yes | No | No | Mild |
| RD | PLACEBO 400 | 2005-06-06 (1) | NA | TREMOR(Tremor in fingers) | 9.1 | Continuing | Yes | No | No | Mild |
| RD | PLACEBO 400 | 2005-06-06 (1) | NA | DRY MOUTH(Dry mouth) | 9.1 | Continuing | Yes | No | No | Mild |
| RD | PLACEBO 400 | 2005-06-06 (1) | 2005-08-16 (72) | GLYCOSYLATED HAEMOGLOBIN INCREASED(High HbA1c) | 9.1 | Resolved | Yes | Yes | No | Mild |
| RD | PLACEBO 400 | 2005-06-14 (9) | NA | THIRST(Increased thirst) | 9.1 | Continuing | Yes | No | No | Mild |
| RD | PLACEBO 400 | 2005-06-14 (9) | 2005-07-23 (48) | BACK PAIN(Back pain) | 9.1 | Resolved | Yes | No | No | Mild |
| RD | PLACEBO 400 | 2005-07-07 (32) | NA | BLOOD PRESSURE INCREASED(Increase of blood pressure) | 9.1 | Continuing | Yes | No | No | Moderate |
| RD | PLACEBO 400 | 2005-07-23 (48) | NA | BACK PAIN(Back pain) | 9.1 | Continuing | Yes | No | No | Moderate |
| RD | PLACEBO 400 | 2005-07-23 (48) | NA | MUSCLE SPASMS(Cramps in muscles) | 9.1 | Continuing | Yes | No | No | Moderate |
| RD | PLACEBO 400 | 2005-07-31 (56) | 2005-08-08 (64) | VIRAL INFECTION(Viral infection) | 9.1 | Resolved | No | No | No | Mild |
| RD | PLACEBO 400 | 2005-08-08 (64) | NA | NIGHT BLINDNESS(Problem of seeing in low light (left eye)) | 9.1 | Continuing | No | No | No | Mild |
| RD | PLACEBO 400 | 2005-08-17 (73) | NA | GLYCOSYLATED HAEMOGLOBIN INCREASED(HBA1C increased. DM 2 risk) | 9.1 | Continuing | Yes | Yes | Yes / {ME} | Moderate |

3

2132

CONFIDENTIAL
AZSER12746579

**Subject identifier**
D1447C00126/E0604021

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 400

**Narrative event**
SAE, DAE

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OffTrt | | 2005-08-30 (86) | NA | HYPERSOMNIA(Hypersomnia) | 9.1 | Continuing | Yes | No | No | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2133

4

CONFIDENTIAL
AZSER12746580

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0604021 | Randomized - PLACEBO 400 | SAE, DAE |

**Descriptive text:**

{HIGH HBA1C} A report has been received from an investigator concerning a 42-year-old male patient enrolled in study D1447C00126. A multicenter, randomized, parallel-group, double-blind, phase III comparison of the efficacy and safety of quetiapine fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to placebo when used as adjunct to mood stabilizers (lithium or valproate) in the maintenance treatment of bipolar I disorder in adult patients.

Concomitant drugs included salbutamol sulfate and beclometasone dipropionate for asthma, metoprolol succinate for hypertonia and codeine phosphate, paracetamol for back pain. The patient had a family history of diabetes (his mother), pruritus, itching, fractura of cranium, appendectomy and weight gain. On 23-Jan-2005 the patient started treatment with Deprakine depot (valproic acid), titrated to 2000 mg daily, oral for bipolar I disorder. He started treatment with Seroquel (quetiapine fumarate), titrated to 400 mg daily oral, on 31-Jan-2005 for bipolar I disorder. The quetiapine fumarate treatment was phased out when the patient started blinded study drug treatment on 06-Jun-2005. The same day, on 06-Jun-2005, the patient experienced high HbA1c. On 17-Aug-2005 the event high HbA1c was by the investigator considered as serious with criterion medically important, and with moderate severity. The patient had at that time high fasting glucose, weight gain and hypertonia. Study therapy and valproic acid were discontinued. At the day of this report the patient had not yet recovered. The patient was withdrawn from the study due to the event. The investigator considered the event causally related to quetiapine fumarate, study therapy and valproic acid.

2134

5

CONFIDENTIAL
AZSER12746581

**Narrative event**
SAE, DAE

**Subject identifier**
DI447C00126/E060-4021

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 400

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-01-31 (-7) | PreTrt | 5.1 (mmol/L) | 6.1 (%) | 1.92 (mmol/L) | 5.57 (mmol/L)H | 1.06 (mmol/L) | | 171 (g/L) |
| Visit prior to Event | S6 | 2005-05-02 (85) | PLACEBO 400 | 7.0 (mmol/L)H | 6.7 (%)H | | | | | 164 (g/L) |
| Visit of Event | Randomization (V1) | 2005-06-06 (1) | PLACEBO 400 | 6.3 (mmol/L) | 6.8 (%)H | 2.23 (mmol/L) | 5.88 (mmol/L)H | 1.14 (mmol/L) | | 165 (g/L) |
| Visit after Event | V7 | 2005-08-29 (204) | NA | 7.0 (mmol/L)H | 7.5 (%)H | 2.79 (mmol/L) | 5.57 (mmol/L)H | 0.93 (mmol/L)L | | 158 (g/L) |
| Final Study Visit | V23 | 2005-08-31 (206) | NA | 7.6 (mmol/L)H | 7.3 (%)H | 1.89 (mmol/L) | 5.83 (mmol/L)H | 0.96 (mmol/L)L | | 153 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-01-31 (-7) | PreTrt | 262 (10**9/L) | 9.8 (10**9/L) | 5.77 (10**9/L) | 36 (IU/L) | 21 (IU/L) | 88 (umol/L) | 2.48 (mIU/L) | 17.8 (pmol/L) |
| Visit prior to Event | S6 | 2005-05-02 (85) | PLACEBO 400 | 294 (10**9/L) | 15.0 (10**9/L)H | 10.77 (10**9/L)H | | | | | |
| Visit of Event | Randomization (V1) | 2005-06-06 (1) | PLACEBO 400 | 248 (10**9/L) | 12.8 (10**9/L)H | 9.18 (10**9/L)H | 81 (IU/L)H | 31 (IU/L) | 88 (umol/L) | 5.28 (mIU/L) | 19.1 (pmol/L) |
| Visit after Event | V7 | 2005-08-29 (204) | NA | 252 (10**9/L) | 10.3 (10**9/L) | 6.60 (10**9/L) | 71 (IU/L)H | 37 (IU/L) | 62 (umol/L) | 4.17 (mIU/L) | 16.8 (pmol/L) |
| Final Study Visit | V23 | 2005-08-31 (206) | NA | 238 (10**9/L) | 9.6 (10**9/L) | 6.05 (10**9/L) | 61 (IU/L)H | 36 (IU/L) | 80 (umol/L) | 2.64 (mIU/L) | 18.4 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

2135

6

CONFIDENTIAL
AZSER12746582

Narrative event
SAE, DAE

Subject identifier
D1447C00126/E0604021

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 400

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

7

2136

CONFIDENTIAL
AZSER12746583

**Subject identifier**
D1447C00126/E0604021

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 400

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-12-07 (-62) | 2005-09-27 (114)# | Yes | SALBUTAMOL | 600 ug | Asthma |
| 2004-12-11 (-58) | 2005-09-27 (114)# | Yes | BECLOMETASONE | 400 ug | Asthma |
| 2005-02-21 (15) | 2005-08-29 (85) | No | VALPROIC ACID | 2000 mg | Bipolar disorder |
| 2005-05-03 (86) | 2005-09-27 (114)# | Yes | METOPROLOL | 47.5 mg | Hypertonia, high blood pressure |
| 2005-07-21 (46) | 2005-07-21 (46) | No | PANADEINE CO | U .U | Back pain |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2137

8

CONFIDENTIAL
AZSER12746584

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0702003

Study phase-treatment during which event occurred
Off Treatment - NA

Narrative event
SAE

**Narrative event:**

Death:          No

SAE:            JAW FRACTURE

DAE:            No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 42 | Male | Caucasian | 233 | 2005-03-23 | 2005-11-10 | NA | 2006-05-23 | Development of Study-Specific Discontinuation Criteria (mood event) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| 32 | 2005-11-11 | 2005-12-12 |

**Medical History:**

Current:        gonarthrosis

Past:

**Death information:**

Date of death:     No death

Cause of death:

Post-mortem:

2138

1

CONFIDENTIAL
AZSER12746585

**Subject identifier**
D1447C00126/E0702003

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 600 | 2005-03-23 (1) | 2005-09-10 (172) | FATIGUE(Tiredness) | 9.1 | Resolved | Yes | No | No | Severe |
| OL | QUETIAPINE 400 | 2005-04-06 (15) | 2005-04-06 (15) | NAUSEA(Nausea) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-06-20 (90) | 2005-07-19 (119) | ANGINA PECTORIS(Cardialgia) | 9.1 | Resolved | No | No | No | Moderate |
| OffTrt | | 2006-02-03 (85) | NA | JAW FRACTURE(Jaw fracture) | 9.1 | | No | No | Yes / {HO} | Moderate |
| OffTrt | | 2006-03-10 (120) | NA | ASTHENIA(Weakness generalized) | 9.1 | | No | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2139

CONFIDENTIAL
AZSER12746586

**Subject identifier**
D1447C00126/E0702003

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
SAE

**Descriptive text:**

{JAW FRACTURE} A report was received from an investigator concerning a 43 year old male patient enrolled in study D1447C00126, a a multicenter, randomized, parallel-group, double-blind, Phase III comparison of the efficacy and safety of quetiapine fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to placebo when used as adjunct to mood stabilizers (Lithium or Valproate) in the maintenance treatment of bipolar I disorder in adult patients. Concomitant drugs included lithium acetate as mood stabilizer.  The patient had a history of appendectomy and tonsillectomy.  Concomitant diseases included gonarthrosis, weakness and decreased insulin value.  The patient began open-label quetiapine fumarate, 600 mg daily from 23-Mar-2005 to 28-Mar-2005 and 400 mg daily since 29-Mar-2005.  Randomised treatment started on 11-Nov-2005.  On 03-Feb-2006 the patient was involved in a fight and experienced a moderate jaw fracture. Further course, treatment and outcome were not reported. No further information is expected since patient was lost to follow up.  No action was taken with study drug in response to the event.  The investigator considered the event to be unrelated to the study therapy.  Follow up information received by AstraZeneca on 16-Jun-2006 included: - further information about study drug. - information that patient was lost to follow up - updated narrative Follow-up information received by AstraZeneca on 07-Dec-2006: -study drug treatment updated after unblinding due to Clean file

2140

3

CONFIDENTIAL
AZSER12746587

**Subject identifier**
D1447C00126/E0702003

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
SAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-03-17 (-6) | PreTrt | 4.8 (mmol/L) | 5.4 (%) | 3.28 (mmol/L)H | 5.52 (mmol/L)H | 0.96 (mmol/L)L | | 149 (g/L) |
| Visit prior to Event | V4 | 2005-12-12 (32) | QUETIAPINE 400 | | 5.2 (%) | | | | | 153 (g/L) |
| Final Study Visit | V7 | 2006-02-07 (322) | NA | 5.1 (mmol/L) | 5.0 (%) | 1.39 (mmol/L) | 7.15 (mmol/L)H | 1.27 (mmol/L) | | 158 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-03-17 (-6) | PreTrt | 281 (10**9/L) | 6.8 (10**9/L) | 4.20 (10**9/L) | 65 (IU/L)H | 23 (IU/L) | 80 (umol/L) | 1.86 (mIU/L) | 10.7 (pmol/L) |
| Visit prior to Event | V4 | 2005-12-12 (32) | QUETIAPINE 400 | 350 (10**9/L) | 6.8 (10**9/L) | 4.82 (10**9/L) | | | | | |
| Final Study Visit | V7 | 2006-02-07 (322) | NA | 294 (10**9/L) | 8.3 (10**9/L) | 6.91 (10**9/L) | 37 (IU/L) | 24 (IU/L) | 88 (umol/L) | 1.34 (mIU/L) | 17.8 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

4

2141

CONFIDENTIAL
AZSER12746588

Narrative event
SAE

Subject identifier
D1447C00126/E0702003

Study phase-treatment during which event occurred
Off Treatment - NA

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2142

CONFIDENTIAL
AZSER12746589

| | | Study phase-treatment during which event occurred | | | Narrative event |
| | | Off Treatment - NA | | | SAE |

**Subject identifier**
D1447C00126/E0702003

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-12-12 (32) | 2006-01-11 (62)# | Yes | LITHIUM | 1340 mg | Bipolar I Disorder, manic episode |
| 2006-02-14 (96) | 2006-02-16 (98) | No | | U .U | Postoperative prophylaxis |
| 2006-02-17 (99) | 2006-02-20 (102) | No | | U .U | Postoperative prophylaxis |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2143

6

CONFIDENTIAL
AZSER12746590

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0705019

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

Narrative event
SAE, DAE

**Narrative event:**

Death:           No

SAE:             DRUG TOXICITY

DAE:             DRUG TOXICITY

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|----------------------|------------------------------|-----------------------|
| 26  | Female | Caucasian | 174 | 2006-01-04 | 2006-06-26 | QUETIAPINE 500 | 2006-06-27 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:

Past:

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

1

2144

CONFIDENTIAL
AZSER12746591

**Subject identifier**
D1447C00126/E0705019

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 500 | 2006-06-25 (173) | 2006-06-26 (174) | DRUG TOXICITY (Drug intoxication) | 9.1 | Resolved | No | Yes | Yes / {HO} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2145

2

CONFIDENTIAL
AZSER12746592

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0705019 | Open Label - QUETIAPINE 500 | SAE, DAE |

**Descriptive text:**

{LSD INTOXICATION, ECSTASY INTOXICATION} A report was received from an investigator concerning a 27-year-old female patient enrolled in study D1447C00126, a phase III comparison of the efficacy and safety of quetiapine fumarate (400 to 800 mg daily) to placebo when used as adjunct to mood stabilizers (lithium or valproate) in the maintenance treatment of bipolar I disorder in adult patients.  Concomitant drugs included valproic acid which was given as mood stabilizer and for manic episodes.  The patient started quetiapine treatment for bipolar I disorder on 03-Jan-2006. On 25-Jun-2006, almost twenty-five weeks after commence of quetiapine treatment, the patient was hopitalised due to LSD intoxication and ecstasy intoxication. Treatment included artificial respiration. Reportedly medical treatment was not necessary. The patient was discharged on the next day. The patient recovered completely.  The event was considered serious with reference to the criteria hospitalisation.  The investigator considered the event to be not related to quetiapine therapy.

3

2146

CONFIDENTIAL
AZSER12746593

**Subject identifier**
D1447C00126/E0705019

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event**
SAE, DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-03 (0) | PreTrt | 4.2 (mmol/L) | 5.3 (%) | 0.70 (mmol/L) | 4.77 (mmol/L) | 2.20 (mmol/L) H | | 142 (g/L) |
| Visit prior to Event | S6 | 2006-03-30 (86) | QUETIAPINE 600 | 5.3 (mmol/L) | 5.2 (%) | | | | | 142 (g/L) |
| Visit after Event | S13 | 2006-06-27 (175) | OffTrt | 5.4 (mmol/L) | 5.4 (%) | 0.84 (mmol/L) | 4.07 (mmol/L) | 2.38 (mmol/L) H | | 134 (g/L) |
| Final Study Visit | S13 | 2006-06-27 (175) | OffTrt | 5.4 (mmol/L) | 5.4 (%) | 0.84 (mmol/L) | 4.07 (mmol/L) | 2.38 (mmol/L) H | | 134 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-03 (0) | PreTrt | 253 (10**9/L) | 7.7 (10**9/L) | 4.70 (10**9/L) | 14 (IU/L) | 19 (IU/L) | 71 (umol/L) | 4.24 (mIU/L) | 10.1 (pmol/L) |
| Visit prior to Event | S6 | 2006-03-30 (86) | QUETIAPINE 600 | 300 (10**9/L) | 8.9 (10**9/L) | 5.57 (10**9/L) | | | | | |
| Visit after Event | S13 | 2006-06-27 (175) | OffTrt | 260 (10**9/L) | 8.4 (10**9/L) | 5.00 (10**9/L) | 16 (IU/L) | 18 (IU/L) | 80 (umol/L) | 4.21 (mIU/L) | 13.8 (pmol/L) |
| Final Study Visit | S13 | 2006-06-27 (175) | OffTrt | 260 (10**9/L) | 8.4 (10**9/L) | 5.00 (10**9/L) | 16 (IU/L) | 18 (IU/L) | 80 (umol/L) | 4.21 (mIU/L) | 13.8 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range, H=above normal range, NR=not recorded   * - unscheduled visit

2147

4

CONFIDENTIAL
AZSER12746594

Narrative event
SAE, DAE

Subject identifier
D1447C00126/E0705019

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2148

CONFIDENTIAL
AZSER12746595

**Subject identifier**
D1447C00126/E0705019

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

## Medication information:  Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2006-05-26 (143) | 2006-07-26 (204)# | Yes | VALPROIC ACID | 600 mg | Manic episode |

\# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2149

6

CONFIDENTIAL
AZSER12746596

Narrative event: SAE, DAE

# START OF E NARRATIVE

**Subject identifier**
D1447C00126/E0802003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event:**

Death:          No

SAE:            BRAIN CONTUSION, SKULL FRACTURE

DAE:            PSYCHIATRIC SYMPTOM

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 60  | Female | Caucasian | 86 | 2005-04-04 | 2005-06-28 | QUETIAPINE 600 | 2005-06-29 | Adverse Event |

**Days on randomized treatment**    **Started randomized treatment**    **Stopped randomized treatment**

NA

**Medical History:**

Current:            hypothyreosis, hypertension, diabetes mellitus

Past:

**Death information:**

Date of death:          No death

Cause of death:

Post-mortem:

2150

1

CONFIDENTIAL
AZSER12746597

**Subject identifier**
D1447C00126/E0802003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 200 | 2005-04-05 (2) | 2005-04-05 (2) | NAUSEA(Nausea) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 600 | 2005-05-14 (41) | NA | SKULL FRACTURE(Fracture of skull and cerebral contusion) | 9.1 | Continuing | No | No | Yes / {HO} | Severe |
| OL | QUETIAPINE 600 | 2005-05-14 (41) | NA | BRAIN CONTUSION(Cerebral contusion) | 9.1 | Continuing | No | No | Yes | Severe |
| OL | QUETIAPINE 600 | 2005-05-25 (52) | NA | CONSTIPATION(Obstipation) | 9.1 | Continuing | No | No | No | Moderate |
| OL | QUETIAPINE 600 | 2005-05-25 (52) | NA | PSYCHIATRIC SYMPTOM(Psychiatric symtoms with no psychotic feature due to an organic lesion) | 9.1 | Continuing | No | Yes | No | Moderate |
| OL | QUETIAPINE 600 | 2005-05-25 (52) | NA | HEADACHE(Headache) | 9.1 | Continuing | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-06-06 (64) | NA | DYSPEPSIA(Heartburn) | 9.1 | Continuing | No | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2151

CONFIDENTIAL
AZSER12746598

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0802003 | Open Label - QUETIAPINE 600 | SAE, DAE |

**Descriptive text:**

{FRACTURE OF SKULL, CEREBRAL CONTUSION} A report was received from an investigator concerning a 61 year old female patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  Concomitant drugs included valproate for bipolar disorder, l-thyroxine for hypothyreosis, enalapril maleate for hypertension and amlodipine for hypertension.  The patient had a history of hypothyreosis and hypertension.  The patient began study drug on 04-APR-2005 and experienced severe fracture of skull which started on 14-MAY-2005 and cerebral contusion which started on 14-MAY-2005. The event(s) were considered serious due to hospitalization. The patient recovered without sequelae.  The investigator considered the event(s) to be unrelated to the study therapy.

2152

3

CONFIDENTIAL
AZSER12746599

**Subject identifier**
D1447C00126/E0802003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-03-31 (-3) | PreTrt | 8.2 (mmol/L)H | 5.0 (%) | 1.03 (mmol/L) | 5.62 (mmol/L)H | 1.45 (mmol/L) | | 112 (g/L)L |
| Visit prior to Event | S4 | 2005-05-02 (29) | QUETIAPINE 600 | | | | | | | 125 (g/L) |
| Final Study Visit | S13 | 2005-06-29 (87) | OffTrt | 6.4 (mmol/L) | 5.6 (%) | 2.18 (mmol/L) | 4.77 (mmol/L) | 1.04 (mmol/L) | | 119 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-03-31 (-3) | PreTrt | | 4.7 (10**9/L) | 3.61 (10**9/L) | 17 (IU/L) | 21 (IU/L) | 80 (umol/L) | 2.08 (mIU/L) | 14.8 (pmol/L) |
| Visit prior to Event | S4 | 2005-05-02 (29) | QUETIAPINE 600 | 205 (10**9/L) | 4.3 (10**9/L) | 2.84 (10**9/L) | | | | | |
| Final Study Visit | S13 | 2005-06-29 (87) | OffTrt | 229 (10**9/L) | 3.5 (10**9/L) | 2.31 (10**9/L) | 15 (IU/L) | 15 (IU/L) | 80 (umol/L) | 3.09 (mIU/L) | 13.7 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * - unscheduled visit

2153

4

CONFIDENTIAL
AZSER12746600

Narrative event
SAE, DAE

Subject identifier
D1447C00126/E0802003

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 600

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2154

CONFIDENTIAL
AZSER12746601

Narrative event
SAE, DAE

**Subject identifier**
D1447C00126/E080/2003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

## Medication information: Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-03-04 (-31)# | 2005-05-24 (51) | No | ENALAPRIL | 10 mg | Hypertension |
| 2005-03-04 (-31)# | 2005-06-21 (79) | No | VALPROIC ACID | 600 mg | Bipolar disorder |
| 2005-03-04 (-31)# | 2005-07-28 (116)# | Yes | AMLODIPINE | 5 mg | Hypertension |
| 2005-03-04 (-31)# | 2005-07-28 (116)# | Yes | LEVOTHYROXINE | 75 ug | Hypothyreosis |
| 2005-04-27 (24) | 2005-07-28 (116)# | Yes | ZOLPIDEM | 7.5 mg | Insomnia |
| 2005-05-02 (29) | 2005-05-25 (52) | No | BUPROPION | 150 mg | Depressive symptomes |
| 2005-05-14 (41) | 2005-05-25 (52) | No | MANNITOL | 200 ml | Cerebral contusion |
| 2005-05-25 (52) | 2005-05-25 (52) | No | DICLOFENAC | 75 mg | Headache |
| 2005-05-25 (52) | 2005-05-25 (52) | No | SENNOSIDE A+B | 20 mg | Obstipation |
| 2005-05-25 (52) | 2005-06-13 (71) | No | ENALAPRIL | 20 mg | Hypertension |
| 2005-05-25 (52) | 2005-06-21 (79) | No | METOPROLOL | 50 mg | Hypertension |
| 2005-05-26 (53) | 2005-05-30 (57) | No | BUPROPION | 300 mg | Depressive symptomes |
| 2005-05-31 (58) | 2005-06-10 (68) | No | BUPROPION | 150 mg | Depressive symptomes |
| 2005-06-02 (60) | 2005-06-02 (60) | No | PIRACETAM | 6 g | Psychoorganic symptomes |
| 2005-06-02 (60) | 2005-06-02 (60) | No | SENNOSIDE A+B | 20 mg | Obstipation |
| 2005-06-02 (60) | 2005-06-13 (71) | No | PIRACETAM | 9 g | Psychoorganic symptomes |
| 2005-06-05 (63) | 2005-06-05 (63) | No | LACTULOSE | 13.4 g | Obstipation |
| 2005-06-06 (64) | 2005-06-06 (64) | No | FAMOTIDINE | 20 mg | Heartburn |
| 2005-06-07 (65) | 2005-06-07 (65) | No | FAMOTIDINE | 40 mg | Heartburn |
| 2005-06-08 (66) | 2005-07-28 (116)# | Yes | FAMOTIDINE | 20 mg | Heartburn |
| 2005-06-09 (67) | 2005-07-28 (116)# | Yes | LACTULOSE | 6.6 g | Obstipation |
| 2005-06-10 (68) | 2005-06-10 (68) | No | SENNOSIDE A+B | 10 mg | Obstipation |
| 2005-06-11 (69) | 2005-06-11 (69) | No | SENNOSIDE A+B | 20 mg | Obstipation |
| 2005-06-11 (69) | 2005-07-28 (116)# | Yes | BUPROPION | 300 mg | Depressive symptomes |
| 2005-06-12 (70) | 2005-06-14 (72) | No | SENNOSIDE A+B | 10 mg | Obstipation |

2155

6

CONFIDENTIAL
AZSER12746602

**Subject identifier**
D1447C00126/E080/2003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event**
SAE, DAE

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-06-13 (71) | 2005-06-23 (81) | No | PIRACETAM | 1400 mg | Psychoorganic symptomes |
| 2005-06-14 (72) | 2005-07-28 (116)# | Yes | ENALAPRIL | 10 mg | Hypertension |
| 2005-06-15 (73) | 2005-06-15 (73) | No | LACTULOSE | 26.8 g | Obstipation |
| 2005-06-16 (74) | 2005-06-29 (87) | No | PHENOLPHTHALEIN | 0.5 g | Obstipation |
| 2005-06-21 (79) | 2005-06-21 (79) | No | SENNOSIDE A+B | 20 mg | Obstipation |
| 2005-06-22 (80) | 2005-06-22 (80) | No | METOPROLOL | 25 mg | Hypertension |
| 2005-06-22 (80) | 2005-06-22 (80) | No | VALPROIC ACID | 450 mg | Bipolar disorder |
| 2005-06-23 (81) | 2005-07-28 (116)# | Yes | VALPROIC ACID | 300 mg | Bipolar disorder |
| 2005-06-24 (82) | 2005-07-28 (116)# | Yes | PIRACETAM | 2400 mg | Psychoorganic symptomes |
| 2005-06-28 (86) | 2005-06-28 (86) | No | DICLOFENAC | 75 mg | Headache |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2156

7

CONFIDENTIAL
AZSER12746603

**START OF E NARRATIVE**

Narrative event
SAE

Subject identifier
D1447C00126/E0805001

Study phase-treatment during which event occurred
Randomized - PLACEBO 400

**Narrative event:**

Death:            No

SAE:              DEEP VEIN THROMBOSIS

DAE:              No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 46 | Male | Caucasian | 140 | 2004-10-28 | 2005-03-16 | PLACEBO 400 | 2006-08-31 | Other (study stopped by sponsor) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| 533 | 2005-03-17 | 2006-08-31 |

**Medical History:**

Current:          postlaminectomy syndrome, bronchitis

Past:             pneumonia, lung embolism, deep vein thrombosis

**Death information:**

Date of death:    No death

Cause of death:

Post-mortem:

1

2157

CONFIDENTIAL
AZSER12746604

Subject identifier
D1447C00126/E0805001

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 400

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 600 | 2004-11-22 (26) | 2004-11-25 (29) | SEDATION(Daytime sedation) | 9.1 | Resolved | Yes | No | No | Mild |
| RD | PLACEBO 400 | 2005-10-18 (216) | 2005-10-28 (226) | DEEP VEIN THROMBOSIS(Right leg deep vein thrombosis) | 9.1 | Resolved | No | No | Yes / {HO} | Severe |
| OffTrt | | 2006-09-24 (557) | NA | BIPOLAR I DISORDER(Mixed manic-depresive episode) | 9.1 | Continuing | No | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2158

CONFIDENTIAL
AZSER12746605

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0805001 | Randomized - PLACEBO 400 | SAE |

**Descriptive text:**

{RIGHT LEG DEEP VEIN THROMBOSIS} A report was received from an investigator concerning a 48 year old male patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  Concomitant drugs included acenocoumarol for thrombosis prophylaxis, valproic acid for mood stabilization and alprazolam for anxiety due to bipolar disorder.  The patient had a history of discus hernia operation, pneumonia, lung embolism, deep vein thrombosis, postlaminectomy syndrome and bronchitis (chronic).  The patient began study drug on 17-MAR-2005 and experienced severe right leg deep vein thrombosis which started on 18-OCT-2005. The event(s) were considered serious due to hospitalization. The patient recovered without sequelae.  The investigator considered the event(s) to be unrelated to the study therapy.  When the study was unblinded on 07-DEC-2006 it was determined that the patient received placebo.

2159

3

CONFIDENTIAL
AZSER12746606

**Subject identifier**
D1447C00126/E0805001

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 400

**Narrative event**
SAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-10-25 (-3) | PreTrt | | 5.0 (%) | 1.85 (mmol/L) | 5.26 (mmol/L)H | 0.93 (mmol/L)L | | 143 (g/L) |
| Visit prior to Event | V11 | 2005-09-29 (197) | PLACEBO 400 | 4.5 (mmol/L) | 5.0 (%) | 3.18 (mmol/L)H | 6.42 (mmol/L)H | 0.91 (mmol/L)L | | 152 (g/L) |
| Visit after Event | V14 | 2005-12-22 (281) | PLACEBO 400 | 4.9 (mmol/L) | 5.6 (%) | 2.09 (mmol/L) | 5.52 (mmol/L)H | 1.06 (mmol/L) | | 159 (g/L) |
| Final Study Visit | V19 | 2006-07-19 (490) | PLACEBO 400 | 5.1 (mmol/L) | 5.6 (%) | 1.29 (mmol/L) | 5.23 (mmol/L)H | 1.32 (mmol/L) | | 148 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-10-25 (-3) | PreTrt | 339 (10**9/L) | 7.6 (10**9/L) | 5.27 (10**9/L) | 21 (IU/L) | 49 (IU/L)H | 106 (umol/L) | | |
| Visit prior to Event | V11 | 2005-09-29 (197) | PLACEBO 400 | 281 (10**9/L) | 5.4 (10**9/L) | 3.16 (10**9/L) | 16 (IU/L) | 20 (IU/L) | 106 (umol/L) | 3.15 (mIU/L) | 15.4 (pmol/L) |
| Visit after Event | V14 | 2005-12-22 (281) | PLACEBO 400 | 258 (10**9/L) | 4.7 (10**9/L) | 2.76 (10**9/L) | 11 (IU/L) | 14 (IU/L) | 97 (umol/L) | 2.52 (mIU/L) | 14.3 (pmol/L) |
| Final Study Visit | V19 | 2006-07-19 (490) | PLACEBO 400 | 223 (10**9/L) | 4.9 (10**9/L) | 3.58 (10**9/L) | 13 (IU/L) | 14 (IU/L) | 97 (umol/L) | 1.91 (mIU/L) | 13.3 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range. H=above normal range. NR=not recorded    * = unscheduled visit

2160

4

CONFIDENTIAL
AZSER12746607

**Subject identifier**
D1447C00126/E0805001

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 400

**Narrative event**
SAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2161

CONFIDENTIAL
AZSER12746608

**Subject identifier**
D1447C00126/E0805001

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 400

**Narrative event**
SAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-03-24 (8) | 2005-10-18 (216) | No | ACENOCOUMAROL | 4 mg | Thrombosis prophylaxis |
| 2005-09-01 (169) | 2006-09-30 (563)# | Yes | VALPROIC ACID | 900 mg | Mood stabilization |
| 2005-09-08 (176) | 2006-09-30 (563)# | Yes | ALPRAZOLAM | 0.5 mg | Anxiety due to bipolar disorder |
| 2005-10-18 (216) | 2005-10-25 (223) | No | NADROPARIN | 999 UI | Deep vein thrombosis |
| 2005-10-18 (216) | 2006-09-30 (563)# | Yes | CAPIVEN | U .U | Deep vein thrombosis |
| 2005-10-18 (216) | 2006-09-30 (563)# | Yes | TROXERUTIN | 1000 mg | Deep vein thrombosis |
| 2005-10-24 (222) | 2005-11-02 (231) | No | WARFARIN | 4 mg | Thrombosis prophylaxis |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2162

6

CONFIDENTIAL
AZSER12746609

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E080S014

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Narrative event
SAE, DAE

**Narrative event:**

Death:            No

SAE:              SCIATICA

DAE:              SCIATICA

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 49 | Female | Caucasian | 111 | 2005-10-27 | 2006-02-14 | QUETIAPINE 400 | 2006-03-17 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:          urine incontinentia

Past:             lumbal spondylosis

**Death information:**

Date of death:    No death

Cause of death:

Post-mortem:

2163

1

CONFIDENTIAL
AZSER12746610

**Subject identifier**
D1447C00126/E0805014

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2005-12-15 (50) | 2006-02-22 (119) | SEDATION(Daytime sedation) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2006-02-14 (111) | NA | SCIATICA(Lumboischialgia left side) | 9.1 | Continuing | No | Yes | Yes / {HO} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2164

CONFIDENTIAL
AZSER12746611

**Subject identifier**
D1447C00126/E08/0501-4

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE, DAE

**Descriptive text:**

{LUMBOISCHIALGIA LEFT SIDE} A report was received from an investigator concerning a 50 year old female patient enrolled in study D1447C00126. A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  Concomitant drugs included clonazepam for anxiety due to bipolar disorder, oxybutynin hydrochloride for incontinence, levothyroxine for bipolar disorder, lamotrigine for depression, imipramine hydrochloride for depression and valproic acid for bipolar disorder.  The patient had a history of lumbal spondylosis and urine incontinence plastic surgery.  The patient began run-in period on 27-OCT-2005. On 14-FEB-2006, approximately sixteen weeks after start of run-in period, the patient was hospitalized due to severe lumboischialgia on the left side. A CT-examination was performed and showed protrusio disci intervert L.III-SI. The patient was treated with lidocaine, piroxicam and guaifenesin andaminophenazone. Run-in drug continued unchanged. The patient has not yet recovered.  The investigator considered the event to be unrelated to the study therapy.

3

2165

CONFIDENTIAL
AZSER12746612

**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00126/E0805014

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Triglycerides | Total Cholesterol | HDL | LDL | Hemoglobin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-10-20 (-6) | PreTrt | 4.8 (mmol/L) | 5.7 (%) | 0.77 (mmol/L) | 5.96 (mmol/L)H | 2.51 (mmol/L) H | | 144 (g/L) |
| Visit prior to Event | S6 | 2006-01-19 (85) | QUETIAPINE 400 | 5.3 (mmol/L) | 5.8 (%) | | | | | 139 (g/L) |
| Final Study Visit | S13 | 2006-03-17 (142) | OffTrt | 5.2 (mmol/L) | 5.6 (%) | 1.15 (mmol/L) | 6.32 (mmol/L)H | 2.31 (mmol/L) H | | 140 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-10-20 (-6) | PreTrt | 216 (10**9/L) | 5.0 (10**9/L) | 3.32 (10**9/L) | 12 (IU/L) | 17 (IU/L) | 62 (umol/L) | 1.37 (mIU/L) | 20.5 (pmol/L) |
| Visit prior to Event | S6 | 2006-01-19 (85) | QUETIAPINE 400 | 188 (10**9/L) | 4.8 (10**9/L) | 2.74 (10**9/L) | | | | | |
| Final Study Visit | S13 | 2006-03-17 (142) | OffTrt | 224 (10**9/L) | 6.5 (10**9/L) | 3.06 (10**9/L) | 8 (IU/L) | 11 (IU/L) | 80 (umol/L) | 1.41 (mIU/L) | 23.3 (pmol/L) H |

Visit prior and visit after event is relative to the first narrative event.     L="below normal range.   H="above normal range.  NR="not recorded     * - unscheduled visit

2166

4

CONFIDENTIAL
AZSER12746613

Narrative event
SAE, DAE

Subject identifier
D1447C00126/E08/S014

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 400

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2167

CONFIDENTIAL
AZSER12746614

Subject identifier
D1447C00126/E0808014

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-09-26 (-31)# | 2006-03-16 (141)# | Yes | LEVOTHYROXINE | 50 ug | Bipolar Disorder |
| 2005-09-26 (-31)# | 2006-03-16 (141)# | Yes | OXYBUTYNIN | 20 mg | Urine incontinency |
| 2005-12-22 (57) | 2006-03-16 (141)# | Yes | IMIPRAMINE | 75 mg | Depression-Bipolar Disorder |
| 2005-12-22 (57) | 2006-03-16 (141)# | Yes | VALPROIC ACID | 900 mg | Bipolar Disorder |
| 2006-02-14 (111) | 2006-02-20 (117) | No | AMINOPHENAZONE | 1000 mg | Lumbal pain |
| 2006-02-14 (111) | 2006-02-20 (117) | No | GUAIFENESIN | 500 mg | Lumbal pain |
| 2006-02-14 (111) | 2006-02-20 (117) | No | LIDOCAINE | U.U | Lumbal pain |
| 2006-02-14 (111) | 2006-03-13 (138) | No | ALPRAZOLAM | 0.5 mg | Anxiety due to bipolar disorder |
| 2006-02-14 (111) | 2006-03-16 (141)# | Yes | PIROXICAM | 15 mg | Lumbal pain |
| 2006-02-20 (117) | 2006-03-16 (141)# | Yes | TOLPERISONE | 450 mg | Lumbal pain |
| 2006-02-28 (125) | 2006-03-16 (141)# | Yes | LAMOTRIGINE | 25 mg | Depression-Bipolar Disorder |
| 2006-03-14 (139) | 2006-03-16 (141)# | Yes | CLONAZEPAM | 0.5 mg | Insomnia due to bipolar disorder |
| 2006-03-14 (139) | 2006-03-24 (149) | No | AMINOPHENAZONE | 1000 mg | Lumbal pain |
| 2006-03-14 (139) | 2006-03-24 (149) | No | FUROSEMIDE | 20 mg | Lumbal pain |
| 2006-03-14 (139) | 2006-03-24 (149) | No | GUAIFENESIN | 500 mg | Lumbal pain |
| 2006-03-14 (139) | 2006-03-24 (149) | No | LIDOCAINE | 200 mg | Lumbal pain |
| 2006-03-14 (139) | 2006-03-24 (149) | No | PREDNISONE | 50 mg | Lumbal pain |
| 2006-03-14 (139) | 2006-03-24 (149) | No | TRAMADOL | 50 mg | Lumbal pain |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2168

6

CONFIDENTIAL
AZSER12746615

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0805015

Study phase-treatment during which event occurred
Off Treatment - NA

Narrative event:
SAE

**Narrative event:**

Death:            No

SAE:              SUICIDE ATTEMPT

DAE:              No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 29 | Female | Caucasian | 63 | 2005-11-02 | 2006-01-03 | NA | 2006-01-04 | Eligibility Criteria not Fulfilled |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:          hypothireosis

Past:

**Death information:**

Date of death:    No death

Cause of death:

Post-mortem:

2169

1

CONFIDENTIAL
AZSER12746616

**Subject identifier**
D1447C00126/E0805015

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-05-20 (-166) | NA | AMENORRHOEA(Amenorrhea) | 9.1 | Continuing | No | No | No | |
| OL | QUETIAPINE 800 | 2005-11-09 (8) | NA | WEIGHT INCREASED(Weight gain) | 9.1 | Continuing | Yes | No | No | Mild |
| OffTrt | | 2006-02-01 (92) | NA | SUICIDE ATTEMPT(Suicide attempt) | 9.1 | Continuing | No | No | Yes / {ME} | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2170

2

CONFIDENTIAL
AZSER12746617

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0805015 | Off Treatment - NA | SAE |

**Descriptive text:**

{SUICIDE ATTEMPT} A report was received from an investigator concerning a 29 year old female patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  Concomitant drugs included levothyroxine sodium for hypothyroidism, valproic acid for bipolar disorder mixed phase and lithium carbonate.   The patient had a history of surgical sterilisation.   The patient began run-in study drug on 02-NOV-2005 and experienced moderate suicide attempt which started on 01-FEB-2006. The event(s) were considered serious due to medically important. The patient has not yet recovered.  The investigator considered the event(s) to be unrelated to the study therapy.

2171

3

CONFIDENTIAL
AZSER12746618

**Subject identifier**
D1447C00126/E0805015

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
SAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-10-26 (-6) | PreTrt | 4.9 (mmol/L) | 5.7 (%) | 0.81 (mmol/L) | 5.36 (mmol/L)H | 1.74 (mmol/L) | | 125 (g/L) |
| Visit prior to Event | S13 | 2006-01-04 (64) | OffTrt | 5.2 (mmol/L) | 5.4 (%) | 0.68 (mmol/L) | 3.96 (mmol/L) | 1.30 (mmol/L) | | 112 (g/L)L |
| Final Study Visit | S13 | 2006-01-04 (64) | OffTrt | 5.2 (mmol/L) | 5.4 (%) | 0.68 (mmol/L) | 3.96 (mmol/L) | 1.30 (mmol/L) | | 112 (g/L)L |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-10-26 (-6) | PreTrt | 378 (10**9/L) | 4.7 (10**9/L) | 2.15 (10**9/L) | 18 (IU/L) | 19 (IU/L) | 62 (umol/L) | 0.84 (mIU/L) | 13.0 (pmol/L) |
| Visit prior to Event | S13 | 2006-01-04 (64) | OffTrt | 268 (10**9/L) | 5.8 (10**9/L) | 2.58 (10**9/L) | 42 (IU/L)H | 40 (IU/L)H | 62 (umol/L) | | |
| Final Study Visit | S13 | 2006-01-04 (64) | OffTrt | 268 (10**9/L) | 5.8 (10**9/L) | 2.58 (10**9/L) | 42 (IU/L)H | 40 (IU/L)H | 62 (umol/L) | | |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

2172

4

CONFIDENTIAL
AZSER12746619

Narrative event
SAE

**Subject identifier**
D1447C00126/E0805015

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2173

CONFIDENTIAL
AZSER12746620

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Subject identifier**
D1447C00126/E0805015

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-10-25 (-8) | 2006-02-02 (93)# | Yes | LEVOTHYROXINE | 100 ug | Hypothyroidizm |
| 2005-12-12 (41) | 2006-02-02 (93)# | Yes | VALPROIC ACID | 1800 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2174

6

CONFIDENTIAL
AZSER12746621

Narrative event
SAE

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E0809001

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 600

**Narrative event:**

Death:          No

SAE:            UPPER LIMB FRACTURE

DAE:            No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 42 | Female | Caucasian | 84 | 2005-09-06 | 2005-11-28 | QUETIAPINE 600 | 2006-08-28 | Other (study stopped by sponsor) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| 272 | 2005-11-29 | 2006-08-27 |

**Medical History:**

Current:

Past:

**Death information:**

Date of death:       No death

Cause of death:

Post-mortem:

2175

1

CONFIDENTIAL
AZSER12746622

**Subject identifier**
D1447C00126/E0809001

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 600

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| RD | QUETIAPINE 600 | 2006-01-05 (38) | 2006-01-09 (42) | PERIODONTITIS(Parodinitis) | 9.1 | Resolved | No | No | No | Mild |
| RD | QUETIAPINE 600 | 2006-01-11 (44) | 2006-01-20 (53) | CONSTIPATION(Constipation) | 9.1 | Resolved | No | No | No | Moderate |
| RD | QUETIAPINE 600 | 2006-01-17 (50) | 2006-01-23 (56) | DYSMENORRHOEA(Dysmenorrhoea) | 9.1 | Resolved | No | No | No | Moderate |
| RD | QUETIAPINE 600 | 2006-01-28 (61) | 2006-02-09 (73) | CONSTIPATION(Constipation) | 9.1 | Resolved | No | No | No | Moderate |
| RD | QUETIAPINE 600 | 2006-02-07 (71) | NA | UPPER LIMB FRACTURE(Broken left arm) | 9.1 | Continuing | No | No | Yes / {HO} | Severe |
| RD | QUETIAPINE 600 | 2006-04-12 (135) | 2006-04-12 (135) | CONSTIPATION(Constipation) | 9.1 | Resolved | No | No | No | Mild |
| RD | QUETIAPINE 600 | 2006-04-26 (149) | 2006-04-27 (150) | CONSTIPATION(Constipation) | 9.1 | Resolved | No | No | No | Mild |
| RD | QUETIAPINE 600 | 2006-05-03 (156) | 2006-05-07 (160) | CONSTIPATION(Constipation) | 9.1 | Resolved | No | No | No | Moderate |
| RD | QUETIAPINE 600 | 2006-05-05 (158) | 2006-05-07 (160) | ANGIOPATHY(Angiopathia of lower extremities) | 9.1 | Resolved | No | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2176

CONFIDENTIAL
AZSER12746623

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0809001 | Randomized - QUETIAPINE 600 | SAE |

**Descriptive text:**

{BROKEN ARM (LEFT)} A report was received from an investigator concerning a 43 year old female patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  Concomitant drugs included lithium carbonate for bipolar disorder, homatropine methylbromide for constipation and phenolphthalein for constipation.  The patient had a history of tonsillectomy and adenexectomy.   The patient began study drug on 06-SEP-2005 and experienced severe broken arm (left) which started on 07-FEB-2006. The event(s) were considered serious due to hospitalization. The patient has not yet recovered.  The investigator considered the event(s) to be unrelated to the study therapy.  When the study was unblinded on 07-DEC-2006 it was determined that the patient received quetiapine fumarate.

3

2177

CONFIDENTIAL
AZSER12746624

**Subject identifier**
D1447C00126/E0809001

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 600

**Narrative event**
SAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-31 (-6) | PreTrt | 6.1 (mmol/L) | 5.2 (%) | 1.40 (mmol/L) | 5.72 (mmol/L)H | 2.64 (mmol/L)H | | 122 (g/L) |
| Visit prior to Event | Randomiza tion (V1) | 2005-11-29 (1) | QUETIAPINE 600 | 5.9 (mmol/L) | 5.4 (%) | 2.67 (mmol/L) | 5.59 (mmol/L)H | 2.51 (mmol/L)H | | 126 (g/L) |
| Final Study Visit | V23 | 2006-08-28 (357) | NA | 6.8 (mmol/L)H | 5.7 (%) | 2.15 (mmol/L) | 5.41 (mmol/L)H | 1.86 (mmol/L) | | 138 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-31 (-6) | PreTrt | 240 (10**9/L) | 13.2 (10**9/L)H | 10.92 (10**9/L)H | 11 (IU/L) | 28 (IU/L) | 53 (umol/L) | 0.65 (mIU/L) | 12.3 (pmol/L) |
| Visit prior to Event | Randomiza tion (V1) | 2005-11-29 (1) | QUETIAPINE 600 | 311 (10**9/L) | 7.3 (10**9/L) | 4.54 (10**9/L) | 11 (IU/L) | 26 (IU/L) | 53 (umol/L) | 0.36 (mIU/L) | 9.8 (pmol/L) |
| Final Study Visit | V23 | 2006-08-28 (357) | NA | 304 (10**9/L) | 13.7 (10**9/L)H | 10.96 (10**9/L)H | 33 (IU/L) | 51 (IU/L)H | 62 (umol/L) | 2.27 (mIU/L) | 13.4 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * - unscheduled visit

2178

4

CONFIDENTIAL
AZSER12746625

Narrative event
SAE

| Subject identifier | | | | Study phase-treatment during which event occurred |
|---|---|---|---|---|
| D1447C00126/E0809001 | | | | Randomized - QUETIAPINE 600 |

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2179

5

CONFIDENTIAL
AZSER12746626

Narrative event
SAE

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 600

**Subject identifier**
D1447C00126/E0809001

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-08-06 (-31)# | 2006-09-26 (302)# | Yes | LITHIUM | 750 mg | Bipolar disorder |
| 2006-02-03 (67) | 2006-02-07 (71) | No | | 40 mg | Constipation |
| 2006-02-07 (71) | 2006-02-13 (77) | No | FLURBIPROFEN | 300 mg | Arm pain |
| 2006-02-07 (71) | 2006-02-13 (77) | No | TRAMADOL | 150 mg | Arm pain |
| 2006-04-12 (135) | 2006-04-12 (135) | No | PHENOLPHTHALEIN | 1500 mg | Constipation |
| 2006-04-26 (149) | 2006-04-27 (150) | No | | 40 mg | Constipation |
| 2006-05-03 (156) | 2006-05-07 (160) | No | PHENOLPHTHALEIN | 500 mg | Constipation |
| 2006-05-05 (158) | 2006-05-07 (160) | No | GLYCEROL | 3 g | Constipation |
| 2006-05-05 (158) | 2006-05-26 (179) | No | CALCIUM DOBESILATE | 500 mg | Angiopathia of the lower extremity |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2180

CONFIDENTIAL
AZSER12746627

# START OF E NARRATIVE

**Subject identifier**
D1447C00126/E0912001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 0

**Narrative event**
SAE

**Narrative event:**

| | |
|---|---|
| Death: | No |
| SAE: | CHOLELITHIASIS |
| DAE: | No |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 43 | Female | Caucasian | 113 | 2005-04-07 | 2005-07-28 | QUETIAPINE 0 | 2006-01-25 | Subject not Willing to Continue Study |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| 111 | 2005-07-29 | 2005-11-16 |

**Medical History:**

| | |
|---|---|
| Current: | biliary calcula |
| Past: | malleolar fracture, middle otitis with tympanoplasty |

**Death information:**

| | |
|---|---|
| Date of death: | No death |
| Cause of death: | |
| Post-mortem: | |

2181

1

CONFIDENTIAL
AZSER12746628

| Subject identifier<br>D1447C00126/E0912001 | | | **Study phase-treatment during which event occurred**<br>Open Label - QUETIAPINE 0 | | | | | | | Narrative event<br>SAE |

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term  (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 0 | 2005-06-27 (82) | 2005-06-30 (85) | CHOLELITHIASIS(Biliary calcula) | 9.1 | Resolved | No | No | Yes / {HO} | Moderate |
| RD | QUETIAPINE 400 | 2005-09-07 (41) | 2005-09-07 (41) | DYSMENORRHOEA(Mestrual pain) | 9.1 | Resolved | No | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2182

2

CONFIDENTIAL<br>AZSER12746629

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0912001 | Open Label - QUETIAPINE 0 | SAE |

**Descriptive text:**

{BILARY CALCULA} A report was received from an investigator concerning a 44 year old female patient enrolled in study D1447C00126. A multicenter, randomized, parallel-group, double-blind, phase III comparison of the efficacy and safety of quetiapine fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to placebo when used as adjunct to mood stabilizers (lithium or valproate) in the maintenance treatment of bipolar I disorder in adult patients. Concomitant drugs included lithium carbonate for bipolar disorder and zolpidem for insomnia.   The patient had a history of decrease broken up fracture, trimalleolus fracture and medium otitis with tympanoplasty.   The patient began study drug on 07-APR-2005 and experienced moderate bilary calcula which started on 27-JUN-2005. The event(s) were considered serious due to hospitalization. The patient recovered on 30-JUN-2005.   The investigator considered the event(s) to be unrelated to the study therapy.

3

2183

CONFIDENTIAL
AZSER12746630

**Subject identifier**
D1447C00126/E0912001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 0

**Narrative event**
SAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-03-31 (-7) | PreTrt | 4.8 (mmol/L) | 4.3 (%) | 1.60 (mmol/L) | 4.09 (mmol/L) | 1.09 (mmol/L) | | 134 (g/L) |
| Visit prior to Event | S5 | 2005-06-03 (58) | QUETIAPINE 400 | | | | | | | 146 (g/L) |
| Visit after Event | S6 | 2005-07-06 (91) | QUETIAPINE 400 | 4.7 (mmol/L) | 4.7 (%) | | | | | 144 (g/L) |
| Final Study Visit | V7 | 2005-10-20 (84) | QUETIAPINE 400 | 4.5 (mmol/L) | 5.1 (%) | 1.81 (mmol/L) | 4.97 (mmol/L) | 1.17 (mmol/L) | | 149 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-03-31 (-7) | PreTrt | 234 (10**9/L) | 8.3 (10**9/L) | 4.40 (10**9/L) | 11 (IU/L) | 12 (IU/L) | 35 (umol/L) | 1.31 (mIU/L) | 12.1 (pmol/L) |
| Visit prior to Event | S5 | 2005-06-03 (58) | QUETIAPINE 400 | 185 (10**9/L) | 9.5 (10**9/L) | 6.26 (10**9/L) | | | | | |
| Visit after Event | S6 | 2005-07-06 (91) | QUETIAPINE 400 | 214 (10**9/L) | 7.3 (10**9/L) | 4.15 (10**9/L) | | | | | |
| Final Study Visit | V7 | 2005-10-20 (84) | QUETIAPINE 400 | 216 (10**9/L) | 9.9 (10**9/L) | 5.69 (10**9/L) | 16 (IU/L) | 16 (IU/L) | 27 (umol/L)L | 2.15 (mIU/L) | 12.4 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * - unscheduled visit

2184

4

CONFIDENTIAL
AZSER12746631

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 0

**Subject identifier**
D1447C00126/E0912001

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2185

5

CONFIDENTIAL
AZSER12746632

Subject identifier
D1447C00126/E0912001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 0

Narrative event
SAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-04-06 (-1) | 2005-12-16 (141)# | Yes | ZOLPIDEM | 10 mg | Insomnia |
| 2005-06-28 (83) | 2005-06-28 (83) | No | ATRACURIUM | 50 mg | Surgical procedure |
| 2005-06-28 (83) | 2005-06-28 (83) | No | FENTANYL | 0.1 mg | Surgical procedure |
| 2005-06-28 (83) | 2005-06-28 (83) | No | PROPOFOL | 100 mg | Surgical procedure |
| 2005-06-28 (83) | 2005-06-28 (83) | No | SEVOFLURANE | U..U | Surgical procedure |
| 2005-06-28 (83) | 2005-06-29 (84) | No | KETOROLAC | U..U | Prophylactic post surgery pain |
| 2005-06-28 (83) | 2005-06-29 (84) | No | LEVOSULPIRIDE | 75 mg | Prophylactic nausea |
| 2005-06-28 (83) | 2005-06-29 (84) | No | RANITIDINE | 150 mg | Gastric protection |
| 2005-06-28 (83) | 2005-06-29 (84) | No | SULTAMICILLIN | 3 g | Prophylactic post-surgery infections |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2186

CONFIDENTIAL
AZSER12746633

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0912005

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 800

**Narrative event:**

Death:            No

SAE:              MANIA

DAE:              No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|-----|-----|-----|-----|-----|-----|
| 38 | Female | Caucasian | 127 | 2005-05-25 | 2005-09-28 | QUETIAPINE 800 | 2005-11-15 | Other (mood event) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|-----|-----|-----|
| NA | | |

**Medical History:**

Current:

Past:

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

2187

1

CONFIDENTIAL
AZSER12746634

**Subject identifier**
D1447C00126/E0912005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 500 | 2005-05-29 (5) | 2005-06-04 (11) | NAUSEA(Nausea) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 500 | 2005-05-29 (5) | 2005-06-04 (11) | VOMITING(Vomiting) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 500 | 2005-05-29 (5) | 2005-06-04 (11) | INSOMNIA(Insomnia) | 9.1 | Resolved | No | No | No | Severe |
| OL | QUETIAPINE 800 | 2005-09-23 (122) | NA | MANIA(Psychotic manic relapse) | 9.1 | Continuing | No | No | Yes / {HO} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2188

CONFIDENTIAL
AZSER12746635

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0912005 | Open Label - QUETIAPINE 800 | SAE |

**Descriptive text:**

{PSYCHOTIC MANIC RELAPSE} A report was received from an investigator concerning a 39 year old female patient enrolled in study D1447C00126, a multicenter, randomized, parallel-group, double-blind, phase iii comparison of the efficacy and safety of quetiapine fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to placebo when used as adjunct to mood stabilizers (lithium or valproate) in the maintenance treatment of bipolar i disorder in adult patients. Concomitant drugs included lithium carbonate for bipolar disorder, zolpidem and lorazepam for bipolar disorder. The patient had a history of disc hernia and ligation fallopia tubes. The patient began study drug on 25-MAY-2005 and experienced severe psychotic manic relapse which started on 23-SEP-2005. The event(s) were considered serious due to hospitalization. The patient has not yet recovered. The investigator considered the event(s) to be unrelated to the study therapy. This hospitalisation was not an AE, according to the investigator (recurrence of bipolar mania due to a lack of efficacy).

3

2189

CONFIDENTIAL
AZSER12746636

Narrative event
SAE

**Subject identifier**
D1447C00126/E0912005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-05-17 (-7) | PreTrt | 4.9 (mmol/L) | 4.8 (%) | 1.83 (mmol/L) | 6.14 (mmol/L)H | 1.94 (mmol/L) | | 136 (g/L) |
| Visit prior to Event | S6 | 2005-08-19 (87) | QUETIAPINE 400 | 4.6 (mmol/L) | 4.5 (%) | | | | | 136 (g/L) |
| Final Study Visit | S13 | 2005-11-04 (164) | OffTrt | 4.1 (mmol/L) | 5.3 (%) | 1.90 (mmol/L) | 7.41 (mmol/L)H | 1.84 (mmol/L) | | 131 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-05-17 (-7) | PreTrt | 215 (10**9/L) | 5.5 (10**9/L) | 3.35 (10**9/L) | 10 (IU/L) | 15 (IU/L) | 71 (umol/L) | 1.60 (mIU/L) | 11.0 (pmol/L) |
| Visit prior to Event | S6 | 2005-08-19 (87) | QUETIAPINE 400 | 192 (10**9/L) | 6.9 (10**9/L) | 4.60 (10**9/L) | | | | | |
| Final Study Visit | S13 | 2005-11-04 (164) | OffTrt | 242 (10**9/L) | 5.3 (10**9/L) | 3.38 (10**9/L) | 21 (IU/L) | 19 (IU/L) | 62 (umol/L) | 1.96 (mIU/L) | 8.3 (pmol/L) L |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * =unscheduled visit

2190

4

CONFIDENTIAL
AZSER12746637

**Subject identifier**
D1447C00126/E0912005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2191

5

CONFIDENTIAL
AZSER12746638

**Subject identifier**
D1447C00126/E0912005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-05-29 (5) | 2005-10-28 (157)# | Yes | LORAZEPAM | 4 mg | Insomnia |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2192

CONFIDENTIAL
AZSER12746639

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E1006001

Study phase-treatment during which event occurred
Randomized - QUETIAPINE 400

Narrative event
SAE, DAE

**Narrative event:**

Death:    No

SAE:    DRUG TOXICITY, NAUSEA, STRIDOR

DAE:    DRUG TOXICITY

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|-------------------------------|-----------------------|
| 65 | Female | Caucasian | 88 | 2004-06-20 | 2004-09-15 | QUETIAPINE 400 | 2006-01-23 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| 455 | 2004-09-16 | 2005-12-14 |

**Medical History:**

Current:

Past:

**Death information:**

Date of death:    No death

Cause of death:

Post-mortem:

2193

1

CONFIDENTIAL
AZSER12746640

**Subject identifier**
D1447C00126/E1006001

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 600 | 2004-07-14 (25) | 2004-07-16 (27) | PYREXIA(Fever) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 600 | 2004-07-14 (25) | 2004-07-16 (27) | PHARYNGOLARYNGEAL PAIN(Sore throat) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2004-09-06 (79) | 2004-09-13 (86) | SINUSITIS(Sinusitis) | 9.1 | Resolved | No | No | No | Moderate |
| RD | QUETIAPINE 400 | 2004-09-28 (13) | 2004-10-25 (40) | CONSTIPATION(Constipation) | 9.1 | Resolved | No | No | No | Moderate |
| RD | QUETIAPINE 400 | 2004-09-28 (13) | 2004-11-02 (48) | FLATULENCE(Flatulentia) | 9.1 | Resolved | No | No | No | Mild |
| RD | QUETIAPINE 400 | 2004-10-25 (40) | 2004-10-27 (42) | DIARRHOEA(Diarrhea) | 9.1 | Resolved | No | No | No | Severe |
| RD | QUETIAPINE 400 | 2004-10-25 (40) | 2004-10-27 (42) | NAUSEA(Nausea) | 9.1 | Resolved | No | No | No | Moderate |
| RD | QUETIAPINE 400 | 2005-01-29 (136) | 2005-02-07 (145) | INFLUENZA(Influenza) | 9.1 | Resolved | No | No | No | Moderate |
| RD | QUETIAPINE 400 | 2005-06-27 (285) | 2005-06-29 (287) | DIARRHOEA(Diarrhea) | 9.1 | Resolved | No | No | No | Severe |
| RD | QUETIAPINE 400 | 2005-08-08 (327) | 2005-08-15 (334) | FATIGUE(Exhausted) | 9.1 | Resolved | No | No | No | Mild |
| RD | QUETIAPINE 400 | 2005-09-22 (372) | NA | STRIDOR(Stridor) | 9.1 | Continuing | No | No | Yes/{HO} | Severe |
| RD | QUETIAPINE 400 | 2005-12-14 (455) | 2006-01-04 (476) | DRUG TOXICITY(Lithium-intoxication) | 9.1 | Resolved | No | Yes | Yes/{HO ME} | Severe |

2

2194

CONFIDENTIAL
AZSER12746641

Subject identifier
D1447C00126/E1006001

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

**Narrative event**
SAE, DAE

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discontinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OffTrt | | 2006-01-11 (483) | NA | NAUSEA(Nausea) | 9.1 | Continuing | No | No | Yes / {HO DI} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2195

3

CONFIDENTIAL
AZSER12746642

**Descriptive text:**

{LITHIUM INTOXICATION} A report was received from an investigator concerning a 67-year-old female patient enrolled in study D1447C00126, a phase III comparison of the efficacy and safety of quetiapine fumarate (400 to 800 mg daily) to placebo when used as adjunct to mood stabilizers (lithium or valproate) in the maintenance treatment of bipolar I disorder in adult patients. Concomitant drugs included levothyroxine sodium (daily dose 125 µg, orally, since 23-Sep-2005) for thyroidectomy. The patient had no other relevant medical history. The patient began randomised treatment with investigational product for bipolar I disorder on 20-JUN-2004. The patient was also being treated with Lithionit (lithium sulphate) since more than two years (daily dose 125 mg, orally). On 14-Dec-2005, the patient was hospitalised with symptoms of confusion, trembling of arms, nausea and vomiting. The event caused the patient to discontinue the study. Last dose of investigational product was taken on 14-Dec-2005. Blood tests performed on 20-Dec-2005 revealed lithium intoxication. The intensity was assessed as severe by the investigator. The dose of lithium sulphate was reduced due to the event. The patient was discharged on 04-Jan-2006 and was considered having recovered without sequelae. The event was considered serious with reference to the criteria 'Hospitalisation' and 'Medically important event'. The investigator considered the event causally related to therapy with lithium sulphate, but unrelated to the investigational product. Summary of follow-up information received by AstraZeneca 12-Jan-2006: AE term slightly amended. Start date of investigational product and date of last dose of investigational product added. Lithium sulphate dose after event specified. When the study was unblinded on 07-DEC-2006 it was determined that the patient received quetiapine fumarate.

{STRIDOR, NAUSEA} A report was received from an investigator concerning a 67 year old female patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included lithium sulfate for bipolar disorder, levothyroxine sodium for thyroidectomy and citalopram hydrochloride. The patient began study drug on 20-JUN-2004 and experienced severe stridor which started on 22-SEP-2005 and severe nausea which started on 11-JAN-2006. The event(s) were considered serious due to disability and hospitalisation. The patient recovered without sequelae. The investigator considered the event(s) to be unrelated to the study therapy but related to treatment with citalopram hydrochloride. When the study was unblinded on 07-DEC-2006 it was determined that the patient received quetiapine fumarate.

2196

4

CONFIDENTIAL
AZSER12746643

**Subject identifier**
D1447C00126/E1006001

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

**Narrative event**
SAE, DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-06-17 (-3) | PreTrt | | 4.9 (%) | 1.37 (mmol/L) | 5.80 (mmol/L)H | 3.11 (mmol/L) H | | 132 (g/L) |
| Visit prior to Event | V17 | 2005-09-19 (369) | QUETIAPINE 400 | 5.1 (mmol/L) | 5.6 (%) | 1.01 (mmol/L) | 6.32 (mmol/L)H | 3.55 (mmol/L) H | | 127 (g/L) |
| Final Study Visit | V23 | 2006-01-23 (583) | NA | 4.7 (mmol/L) | 5.7 (%) | 1.25 (mmol/L) | 5.93 (mmol/L)H | 3.08 (mmol/L) H | | 134 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-06-17 (-3) | PreTrt | 212 (10**9/L) | 5.5 (10**9/L) | 3.47 (10**9/L) | 44 (IU/L)H | 48 (IU/L)H | 71 (umol/L) | 2.28 (mIU/L) | 11.7 (pmol/L) |
| Visit prior to Event | V17 | 2005-09-19 (369) | QUETIAPINE 400 | 268 (10**9/L) | 7.0 (10**9/L) | 3.42 (10**9/L) | 29 (IU/L) | 28 (IU/L) | 71 (umol/L) | 6.07 (mIU/L)H | 9.5 (pmol/L) |
| Final Study Visit | V23 | 2006-01-23 (583) | NA | 264 (10**9/L) | 7.5 (10**9/L) | 3.72 (10**9/L) | 33 (IU/L) | 35 (IU/L) | 62 (umol/L) | 0.67 (mIU/L) | 16.8 (pmol/L) H |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range,  H=above normal range, NR=not recorded     * = unscheduled visit

2197

5

CONFIDENTIAL
AZSER12746644

Narrative event
SAE, DAE

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

Subject identifier
D1447C00126/E1006001

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

6

2198

CONFIDENTIAL
AZSER12746645

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

**Subject identifier**
D1447C00126/E1006001

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-10-27 (42) | 2005-12-20 (461) | No | LITHIUM | 125 mg | Bipolar disorder |
| 2005-09-23 (373) | 2006-01-13 (485)# | Yes | LEVOTHYROXINE | 125 ug | Thyroidectomia |
| 2005-12-23 (464) | 2005-12-26 (467) | No | LITHIUM | 125 mg | Bipolar disorder |
| 2005-12-27 (468) | 2006-01-13 (485) | No | LITHIUM | 84 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2199

7

CONFIDENTIAL
AZSER12746646

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E1101003

Study phase-treatment during which event occurred
Off Treatment - NA

Narrative event
SAE

**Narrative event:**

Death:                No

SAE:                  LYMPHADENOPATHY

DAE:                  No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 46  | Male | Caucasian | 152 | 2004-05-24 | 2004-10-22 | NA | 2004-11-03 | Subject not Willing to Continue Study |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:

Past:

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

1

2200

CONFIDENTIAL
AZSER12746647