**Subject identifier**
D1447C00126/E1101003

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term  (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 600 | 2004-06-07 (15) | 2004-06-23 (31) | SOMNOLENCE(Sleepiness) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 600 | 2004-06-11 (19) | 2004-10-31 (161) | HYPOTENSION(Hypotension) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 500 | 2004-06-24 (32) | 2004-07-19 (57) | SOMNOLENCE(Sleepiness) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2004-08-09 (78) | NA | TACHYCARDIA(Tachycardia) | 9.1 | Continuing | Yes | No | No | Moderate |
| OffTrt | | 2004-12-20 (211) | NA | LYMPHADENOPATHY(Lymphadenopathy left-side of neck) | 9.1 | Continuing | No | No | Yes / {HO} | Moderate |
| OffTrt | | 2005-02-08 (261) | 2005-02-15 (268) | WOUND INFECTION(Suppuration of biobsy wound) | 9.1 | Resolved | No | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2201

CONFIDENTIAL
AZSER12746648

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E1101003 | Off Treatment - NA | SAE |

**Descriptive text:**

{LYMPHADENOPATHY LEFT SIDE OF NECK} A report was received from an investigator concerning a 47-year-old male patient enrolled in study D1447C00126, a multicenter, randomised, parallel-group, double-blind, phase III comparison of the efficacy and safety of quetiapine fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to placebo when used as adjunct to mood stabilizers (lithium or valproate) in the maintenance treatment of bipolar I disorder in adult patients.  Concomitant drugs included valproate sodium + valproic acid for bipolar disorder prophylactic, propranolol for tachycardia, estazolam for insomnia, zuclopenthixol acetate for manic symptoms, lorazepam for insomnia, biperiden for extrapyramidal symptoms, citilefrine hydrochloride for hypotension, clonazepam for insomnia, trihexyphenidyl hydrochloride for extrapyramidal symptoms, clozapine for insomnia, zuclopenthixol decanoate for manic symptoms, levomepromazine for insomnia, calcium for allergy, cetirizine hydrochloride for allergy and fluoxetine for depression.   The patient started treatment with quetiapine fumarate (orally) on 24-May-2004.  On 24-Jun-2004, the dose was reduced from 600 mg/day to 500 mg/day and later to 400 mg/day due to somnolence.  On 21-Oct-2004, the dose was increased to 600 mg/day.  Two days later, on 23-Oct-2004, when the patient was still in the the open-label treatment phase, treatment with quetiapine fumarate was discontinued according to patient's wish.  Eight weeks and four days later, on 20-Dec-2004, the patient experienced moderate lymphadenopathy of left side of neck.  On 08-Feb-2005 the patient was hospitalised because of the need to perform histopathological examination of lymph node.  Excision biopsy of the lymph node of the neck was performed.  The results showed lymphadenopathy.  The patient has not yet recovered.  The reporter considered that there was no reasonable possibility that the event may have been caused by study medication.  Summary of follow-up information received by AstraZeneca 17-Jan-2005.  Study drug administration details amended.  Summary of follow-up information received by AstraZeneca 23-Feb-2005:  AE start date changed from 11-Nov-2004 03-Feb-2005:  Reporter causality added.  Summary of follow-up information received by AstraZeneca 23-Feb-2005:  AE start date changed from 11-Nov-2004 to 20-Dec-2004.  Date became serious changed from 11-Nov-2004 to 08-Feb-2005.  Important medical event removed and hospitalisation added as SAE-criteria.  AE-term changed from lymphoma suspicion to lymphadenopathy.  The case was downgraded from related to non-related by the investigator.  PSUR Comment updated.  Summary of follow-up information received by AstraZeneca 06-Apr-2005:  AE term slightly amended by investigator.  Concomitant medication added.

3

2202

CONFIDENTIAL
AZSER12746649

**Narrative event** SAE

**Subject identifier**
D1447C00126/E1101003

**Study phase-treatment during which event occurred**
Off Treatment - NA

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-05-19 (-4) | PreTrt | | 5.1 (%) | 1.73 (mmol/L) | 6.89 (mmol/L)H | 1.17 (mmol/L) | | 141 (g/L) |
| Visit prior to Event | S13 | 2004-11-03 (164) | OffTrt | 7.6 (mmol/L)H | 4.8 (%) | 1.31 (mmol/L) | 4.82 (mmol/L) | 1.19 (mmol/L) | | 138 (g/L) |
| Final Study Visit | S13 | 2004-11-03 (164) | OffTrt | 7.6 (mmol/L)H | 4.8 (%) | 1.31 (mmol/L) | 4.82 (mmol/L) | 1.19 (mmol/L) | | 138 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-05-19 (-4) | PreTrt | 247 (10**9/L) | 4.9 (10**9/L) | 2.78 (10**9/L) | 44 (IU/L) | 31 (IU/L) | 71 (umol/L) | 2.82 (mIU/L) | 11.4 (pmol/L) |
| Visit prior to Event | S13 | 2004-11-03 (164) | OffTrt | 322 (10**9/L) | 7.1 (10**9/L) | 4.91 (10**9/L) | 36 (IU/L) | 23 (IU/L) | 106 (umol/L) | 1.63 (mIU/L) | 17.7 (pmol/L) |
| Final Study Visit | S13 | 2004-11-03 (164) | OffTrt | 322 (10**9/L) | 7.1 (10**9/L) | 4.91 (10**9/L) | 36 (IU/L) | 23 (IU/L) | 106 (umol/L) | 1.63 (mIU/L) | 17.7 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range, H=above normal range, NR=not recorded   * - unscheduled visit

2203

4

CONFIDENTIAL
AZSER12746650

Subject identifier
D1447C00126/E1101003

**Study phase-treatment during which event occurred**
Off Treatment - NA

Narrative event
SAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2204

5

CONFIDENTIAL
AZSER12746651

Narrative event
SAE

**Study phase-treatment during which event occurred**
Off Treatment - NA

Subject identifier
D1447C00126/E1101003

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-08-14 (83) | 2004-12-23 (214) | No | PROPRANOLOL | 20 mg | Tachycardia |
| 2004-11-16 (177) | 2004-11-21 (182)# | Yes | ERGENYL CHRONO | 1500 mg | Manic symptoms |
| 2004-11-16 (177) | 2005-02-07 (260) | No | LEVOMEPROMAZINE | 25 mg | Insomnia |
| 2004-12-08 (199) | 2005-01-24 (246) | No | FLUOXETINE | 20 mg | Depression |
| 2005-02-08 (261) | 2005-02-15 (268) | No | CEFAZOLIN | U.U | Suppuration of mopsy wound |
| 2005-02-15 (268) | 2005-02-15 (268) | No | CLONAZEPAM | 2 mg | Tension |
| 2005-02-16 (269) | 2005-02-16 (269) | No | OLANZAPINE | 10 mg | Manic symptoms |
| 2005-02-17 (270) | 2005-02-17 (270) | No | OLANZAPINE | 15 mg | Manic symptoms |
| 2005-02-18 (271) | 2005-02-19 (272) | No | MIDAZOLAM | 15 mg | Insomnia |
| 2005-02-18 (271) | 2005-02-28 (281) | No | OLANZAPINE | 20 mg | Manic symptoms |
| 2005-02-20 (273) | 2005-02-20 (273) | No | CLONAZEPAM | 2 mg | Insomnia |
| 2005-02-22 (275) | 2005-02-22 (275) | No | ZUCLOPENTHIXOL | 100 mg | Manic symptoms |
| 2005-02-22 (275) | 2005-03-01 (282) | No | LEVOMEPROMAZINE | 50 mg | Insomnia |
| 2005-02-24 (277) | 2005-02-24 (277) | No | ZUCLOPENTHIXOL | 100 mg | Manic symptoms |
| 2005-02-26 (279) | 2005-02-26 (279) | No | ZUCLOPENTHIXOL | 100 mg | Manic symptoms |
| 2005-02-28 (281) | 2005-02-28 (281) | No | ZUCLOPENTHIXOL | 100 mg | Manic symptoms |
| 2005-03-01 (282) | 2004-11-21 (182)# | Yes | OLANZAPINE | 30 mg | Manic symptoms |
| 2005-03-01 (282) | 2005-03-16 (297) | No | LEVOMEPROMAZINE | 100 mg | Manic symptoms |
| 2005-03-02 (283) | 2005-03-04 (285) | No | PARACETAMOL | 1500 mg | High temperature |
| 2005-03-02 (283) | 2005-03-08 (289) | No | AMOXICILLIN W/CLAVULANATE POTASSIUM | 1250 mg | Infection |
| 2005-03-17 (298) | 2005-03-17 (298) | No | LEVOMEPROMAZINE | 75 mg | Manic symptoms |
| 2005-03-18 (299) | 2005-03-21 (302) | No | LEVOMEPROMAZINE | 50 mg | Manic symptoms |

2205

6

CONFIDENTIAL
AZSER12746652

Subject identifier
D1447C00126/E1101003

**Study phase-treatment during which event occurred**
Off Treatment - NA

Narrative event
SAE

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-03-22 (303) | 2004-11-21 (182)# | Yes | LEVOMEPROMAZINE | 25 mg | Manic symptoms |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2206

7

CONFIDENTIAL
AZSER12746653

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E1101011

Study phase-treatment during which event occurred
Off Treatment - NA

**Narrative event:**

Death:                No

SAE:                  DRUG TOXICITY, SUICIDE ATTEMPT

DAE:                  No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|----------------------|------------------------------|-----------------------|
| 44 | Female | Caucasian | 137 | 2004-09-27 | 2005-02-10 | NA | 2005-02-15 | Lack of Therapeutic Response |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:              epilepsy

Past:

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

2207

1

CONFIDENTIAL
AZSER12746654

**Subject identifier**
D1447C00126/E1101011

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon- tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2004-10-27 (31) | 2005-01-10 (106) | INCREASED APPETITE(Increase appetite) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2004-12-26 (91) | 2004-12-28 (93) | DIARRHOEA(Diarrhoea) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2004-12-26 (91) | 2004-12-28 (93) | INFECTION(Infection) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-02-01 (128) | NA | UPPER RESPIRATORY TRACT INFECTION(Upper part respirator tract infection) | 9.1 | Continuing | No | No | No | Moderate |
| OffTrt | | 2005-02-18 (145) | 2005-02-18 (145) | SUICIDE ATTEMPT(Suspicion of suicide attempt with Clonazepam intake) | 9.1 | Resolved | No | No | Yes / {LT HO} | Mild |
| OffTrt | | 2005-02-18 (145) | 2005-02-18 (145) | DRUG TOXICITY(Intoxication by Clonazepam) | 9.1 | Resolved | No | No | Yes / {HO ME} | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2208

CONFIDENTIAL
AZSER12746655

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E1101011 | Off Treatment - NA | SAE |

**Descriptive text:**

{INTOXICATION BY CLONAZEPAM, SUSPICION OF SUICIDE ATTEMPT WITH CLONAZEPAM INTAKE}. A report was received from an investigator concerning a 45 year old female patient enrolled in study D1447C00126.A report was received from an investigator concerning a 45-year-old female patient enrolled in study D1447C00126, a multicenter, randomized, parallel-group, double-blind, phase III comparison of the efficacy and safety of quetiapine fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to placebo when used as adjunct to mood stabilizers (lithium or valproate) in the maintenance treatment of bipolar I disorder in adult patients.  Concomitant drugs included clonazepam for anxiety, venlafaxine hydrochloride for depressed episode, valproate sodium + valproic acid for bipolar disorder, chlorprothixene for anxiety, clorazepate dipotassium for anxiety, paracetamol for pharyngitis, cefuroxime axetil for infection of upper part respiratory tract, rutoside + ascorbic acid for pharyngitis and zolpidem for insomnia. The patient began study drug on 08-SEP-2004 and experienced mild suspicion of suicide attempt with clonazepam intake, which started on 18-FEB-2005 and moderate intoxication by clonazepam, which started on 18-FEB-2005. The event(s) were considered serious due to hospitalization, life threatening and medically important. The patient recovered without sequelae.  The investigator considered the events to be unrelated to the study therapy, but intoxication by clonazepam was considered related to clonazepam.

2209

3

CONFIDENTIAL
AZSER12746656

**Subject identifier**
D1447C00126/E1101011

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
SAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-09-20 (-6) | PreTrt | | 5.0 (%) | 1.21 (mmol/L) | 4.84 (mmol/L) | 1.92 (mmol/L) | | 130 (g/L) |
| Visit prior to Event | S13 | 2005-02-15 (142) | OffTrt | 4.7 (mmol/L) | 4.9 (%) | 0.71 (mmol/L) | 4.69 (mmol/L) | 1.81 (mmol/L) | | 138 (g/L) |
| Final Study Visit | S13 | 2005-02-15 (142) | OffTrt | 4.7 (mmol/L) | 4.9 (%) | 0.71 (mmol/L) | 4.69 (mmol/L) | 1.81 (mmol/L) | | 138 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-09-20 (-6) | PreTrt | 265 (10**9/L) | 8.5 (10**9/L) | 4.00 (10**9/L) | 7 (IU/L) | 16 (IU/L) | 62 (umol/L) | 1.75 (mIU/L) | 10.2 (pmol/L) |
| Visit prior to Event | S13 | 2005-02-15 (142) | OffTrt | 300 (10**9/L) | 7.4 (10**9/L) | 4.64 (10**9/L) | 12 (IU/L) | 11 (IU/L) | 80 (umol/L) | 1.27 (mIU/L) | 9.8 (pmol/L) |
| Final Study Visit | S13 | 2005-02-15 (142) | OffTrt | 300 (10**9/L) | 7.4 (10**9/L) | 4.64 (10**9/L) | 12 (IU/L) | 11 (IU/L) | 80 (umol/L) | 1.27 (mIU/L) | 9.8 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H =above normal range, NR=not recorded     * - unscheduled visit

2210

4

CONFIDENTIAL
AZSER12746657

Narrative event
SAE

**Subject identifier**
D1447C00126/E1101011

Study phase-treatment during which event occurred
Off Treatment - NA

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2211

CONFIDENTIAL
AZSER12746658

**Subject identifier**
D1447C00126/E1101011

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-02-15 (142) | 2005-02-23 (150) | No | ASCORUTIN | U.U | Infection of upper part respirator tract |
| 2005-02-15 (142) | 2005-02-23 (150) | No | CEFUROXIME | 500 mg | Infection of upper part respirator tract |
| 2005-02-15 (142) | 2005-02-23 (150) | No | PARACETAMOL | 500 mg | Infection of upper part respirator tract |
| 2005-02-17 (144) | 2005-03-09 (164) | No | ZOLPIDEM | 10 mg | Insomnia |
| 2005-02-17 (144) | 2005-03-12 (167)# | Yes | ERGENYL CHRONO | 1500 mg | Mood event |
| 2005-02-18 (145) | 2005-02-18 (145) | No | | U.U | Intoxication of Clonazepam |
| 2005-02-18 (145) | 2005-02-18 (145) | No | CLONAZEPAM | 10 mg | Anxiety |
| 2005-02-18 (145) | 2005-02-18 (145) | No | GLUCOSE | 500 ml | Intoxication of Clonazepam |
| 2005-02-18 (145) | 2005-02-18 (145) | No | SODIUM CHLORIDE | 500 ml | Intoxication of Clonazepam |
| 2005-02-18 (145) | 2005-03-12 (167)# | Yes | VENLAFAXINE | 75 mg | Mood event |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2212

6

CONFIDENTIAL
AZSER12746659

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E1101026

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

Narrative event
SAE

**Narrative event:**

| | |
|---|---|
| Death: | No |
| SAE: | ROAD TRAFFIC ACCIDENT |
| DAE: | No |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 39 | Male | Caucasian | 84 | 2005-11-24 | 2006-02-15 | QUETIAPINE 200 | 2006-08-31 | Subject Lost to Follow-up |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

| | |
|---|---|
| Current: | rheumatoid spondylitis |
| Past: | |

**Death information:**

| | |
|---|---|
| Date of death: | No death |
| Cause of death: | |
| Post-mortem: | |

1

2213

CONFIDENTIAL
AZSER12746660

**Subject identifier**
D1447C00126/E1101026

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discontinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2005-11-24 (1) | NA | SOMNOLENCE(Somnolence) | 9.1 | | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-12-13 (20) | 2005-12-23 (30) | NASOPHARYNGITIS(Common cold) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 200 | 2006-02-14 (83) | 2006-03-31 (128) | ROAD TRAFFIC ACCIDENT(Traffic accident) | 9.1 | Resolved | No | No | Yes / {LT HO} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2214

2

CONFIDENTIAL
AZSER12746661

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E1101026 | Open Label - QUETIAPINE 200 | SAE |

**Descriptive text:**

{TRAFFIC ACCIDENT} A report was received from an investigator concerning a 39-year-old male patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  Concomitant drugs included valproate sodium + valproic acid for bipolar disorder.   The patient had a history of rheumatoid spondylitis.   The patient began run-in study drug on 24-NOV-2005 and last dose was on 14-FEB-2006. He was involved in a traffic accident on 14-FEB-2006. The event was considered serious due to hospitalization and life threatening. The patient had been discharged from hospital in March 2006, exact date unavailable. The patient felt well and recovered without sequelae.  Despite several attempts to fetch the patient to visit the clinic, the investigator decided to terminate this patient's participation in the study on 31-AUG-2006.  The investigator considered the event(s) to be unrelated to the study therapy.

3

2215

CONFIDENTIAL
AZSER12746662

**Subject identifier**
D1447C00126/E1101026

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
SAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-11-17 (-6) | PreTrt | 5.9 (mmol/L) | 6.5 (%)H | 1.53 (mmol/L) | 6.32 (mmol/L)H | 1.30 (mmol/L) | | 151 (g/L) |
| Visit prior to Event | S5 | 2006-01-19 (57) | QUETIAPINE 400 | | | | | | | 131 (g/L) |
| Final Study Visit | S5 | 2006-01-19 (57) | QUETIAPINE 400 | | | | | | | 131 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-11-17 (-6) | PreTrt | 298 (10**9/L) | 6.7 (10**9/L) | 4.28 (10**9/L) | 27 (IU/L) | 17 (IU/L) | 71 (umol/L) | 1.74 (mIU/L) | 15.7 (pmol/L) |
| Visit prior to Event | S5 | 2006-01-19 (57) | QUETIAPINE 400 | 277 (10**9/L) | 6.0 (10**9/L) | 3.93 (10**9/L) | | | | | |
| Final Study Visit | S5 | 2006-01-19 (57) | QUETIAPINE 400 | 277 (10**9/L) | 6.0 (10**9/L) | 3.93 (10**9/L) | | | | | |

Visit prior and visit after event is relative to the first narrative event.       L=below normal range, H=above normal range, NR=not recorded        * - unscheduled visit

2216

4

CONFIDENTIAL
AZSER12746663

**Narrative event**
SAE

**Subject identifier**
D1447C00126/E1101026

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2217

CONFIDENTIAL
AZSER12746664

**Subject identifier**
D1447C00126/E1101026

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-10-05 (-50) | 2006-02-14 (83) | No | ERGENYL CHRONO | 1500 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2218

CONFIDENTIAL
AZSER12746665

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E1104009

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 400

Narrative event
SAE

**Narrative event:**

Death:                  No

SAE:                    ANGINA PECTORIS, INTERSTITIAL LUNG DISEASE, ISCHAEMIC CARDIOMYOPATHY

DAE:                    No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 56 | Male | Caucasian | 50 | 2005-09-06 | 2005-10-25 | QUETIAPINE 400 | 2005-11-14 | Subject not Willing to Continue Study |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:

Past:                   torn wound (scar) of the left inguinal region, lumbalgia

**Death information:**

Date of death:          No death

Cause of death:

Post-mortem:

1

2219

CONFIDENTIAL
AZSER12746666

**Subject identifier**
D1447C00126/E1104009

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2005-10-04 (29) | NA | ANGINA PECTORIS(Angina pectoris) | 9.1 | Continuing | No | No | Yes / {HO} | Severe |
| OL | QUETIAPINE 400 | 2005-10-04 (29) | NA | ISCHAEMIC CARDIOMYOPATHY(Congestive ischaemic cardiomyopathy class III - NYHA) | 9.1 | Continuing | No | No | Yes / {HO} | Severe |
| OL | QUETIAPINE 400 | 2005-10-04 (29) | NA | INTERSTITIAL LUNG DISEASE(Interstitial pulmonary fibrosis) | 9.1 | Continuing | No | No | Yes / {ME} | Mild |
| OL | QUETIAPINE 400 | 2005-10-18 (43) | 2005-10-24 (49) | PNEUMOTHORAX(Pneumothorax) | 9.1 | Resolved | No | No | No | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2220

CONFIDENTIAL
AZSER12746667

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E1104009 | Open Label - QUETIAPINE 400 | SAE |

**Descriptive text:**

{ANGINA PECTORIS, CONGESTIVE ISCHAEMIC CARDIOMYOPATHY - CLASS III NYHA, INTERSTITIAL PULMONARY FIBROSIS} A report was received from an investigator concerning a 57 year old male patient enrolled in study D1447C00126, a multicenter, randomized, parallel-group, double-blind, phase iii comparison of the efficacy and safety of quetiapine fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to placebo when used as adjunct to mood stabilizers (lithium or valproate) in the maintenance treatment of bipolar i disorder in adult patients.  Concomitant drugs included valproate sodium + valproic acid for bipolar i disorder.  The patient had a history of torn wound of the left inguinal region and lumbalgia.  The patient began study drug on 06-SEP-2005 and experienced severe angina pectoris which started on 04-OCT-2005, severe congestive ischaemic cardiomyopathy - class iii nyha which started on 04-OCT-2005 and mild interstitial pulmonary fibrosis which started on 04-OCT-2005. The event(s) were considered serious due to hospitalization and medically important. The patient has not yet recovered.   The investigator considered the event(s) to be unrelated to the study therapy.

3

2221

CONFIDENTIAL
AZSER12746668

**Subject identifier**
D1447C00126/E1104009

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-30 (-6) | PreTrt | 6.2 (mmol/L) | 6.1 (%) | 1.08 (mmol/L) | 5.67 (mmol/L)H | 1.63 (mmol/L) | | 142 (g/L) |
| Visit prior to Event | Enrollment | 2005-08-30 (-6) | PreTrt | 6.2 (mmol/L) | 6.1 (%) | 1.08 (mmol/L) | 5.67 (mmol/L)H | 1.63 (mmol/L) | | 142 (g/L) |
| Final Study Visit | S13 | 2005-11-14 (70) | OffTrt | 7.1 (mmol/L)H | 6.2 (%)H | 0.99 (mmol/L) | 5.00 (mmol/L) | 1.09 (mmol/L) | | 93 (g/L)L |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-30 (-6) | PreTrt | 225 (10**9/L) | 9.5 (10**9/L) | 6.40 (10**9/L) | 23 (IU/L) | 24 (IU/L) | 80 (umol/L) | 1.54 (mIU/L) | 19.6 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-08-30 (-6) | PreTrt | 225 (10**9/L) | 9.5 (10**9/L) | 6.40 (10**9/L) | 23 (IU/L) | 24 (IU/L) | 80 (umol/L) | 1.54 (mIU/L) | 19.6 (pmol/L) |
| Final Study Visit | S13 | 2005-11-14 (70) | OffTrt | 497 (10**9/L)H | 6.6 (10**9/L) | 4.86 (10**9/L) | 20 (IU/L) | 13 (IU/L) | 62 (umol/L) | 0.97 (mIU/L) | 17.3 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H- above normal range, NR=not recorded    * - unscheduled visit

2222

4

CONFIDENTIAL
AZSER12746669

| | Narrative event | SAE |

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Subject identifier**
D1447C00126/E1104009

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2223

CONFIDENTIAL
AZSER12746670

Narrative event
SAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Subject identifier
D1447C00126/E1104009

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-10-04 (29) | 2005-10-13 (38) | No | ACETYLSALICYLIC ACID | 150 mg | Angina pectoris |
| 2005-10-04 (29) | 2005-10-15 (40) | No | MORPHINE | U..U | Angina pectoris |
| 2005-10-04 (29) | 2005-10-16 (41) | No | ACETYLSALICYLIC ACID | 300 mg | Angina pectoris |
| 2005-10-04 (29) | 2005-10-16 (41) | No | CARVEDILOL | 9.38 mg | Angina pectoris |
| 2005-10-04 (29) | 2005-10-16 (41) | No | ENALAPRIL | 10 mg | Angina pectoris |
| 2005-10-04 (29) | 2005-10-16 (41) | No | ENOXAPARIN | 160 mg | Angina pectoris |
| 2005-10-04 (29) | 2005-10-16 (41) | No | FUROSEMIDE | 80 mg | Angina pectoris |
| 2005-10-04 (29) | 2005-10-16 (41) | No | GLYCERYL TRINITRATE | U..U | Angina pectoris |
| 2005-10-04 (29) | 2005-10-16 (41) | No | POTASSIUM | 1500 mg | Angina pectoris |
| 2005-10-04 (29) | 2005-10-16 (41) | No | RANITIDINE | 150 mg | Angina pectoris |
| 2005-10-04 (29) | 2005-10-16 (41) | No | SIMVASTATIN | 20 mg | Angina pectoris |
| 2005-10-04 (29) | 2005-10-24 (49) | No | ERGENYL CHRONO | 1 g | Bipolar I disorder |
| 2005-10-14 (39) | 2005-10-17 (42) | No | AMOXICILLIN+CLAVULANIC ACID | 1250 mg | Protection before cardiac surgery intervention |
| 2005-10-17 (42) | 2005-11-24 (80)# | Yes | CARVEDILOL | 25 mg | Angina pectoris |
| 2005-10-17 (42) | 2005-11-24 (80)# | Yes | ENALAPRIL | 5 mg | Angina pectoris |
| 2005-10-25 (50) | 2005-10-25 (50) | No | ERGENYL CHRONO | 500 mg | Bipolar I disorder |
| 2005-10-25 (50) | 2005-11-24 (80)# | Yes | ACETYLSALICYLIC ACID | 150 mg | Angina pectoris |
| 2005-10-25 (50) | 2005-11-24 (80)# | Yes | DICLOFENAC | 100 mg | Angina pectoris |
| 2005-10-25 (50) | 2005-11-24 (80)# | Yes | RANITIDINE | 300 mg | Protection of gastritis |
| 2005-10-25 (50) | 2005-11-24 (80)# | Yes | SIMVASTATIN | 20 mg | Angina pectoris |
| 2005-10-25 (50) | 2005-11-24 (80)# | Yes | TICLOPIDINE | 500 mg | Angina pectoris |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2224

6

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E1107001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

Narrative event
SAE

**Narrative event:**

Death:            No

SAE:              HAEMORRHOIDS

DAE:              No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|------------------------|
| 45  | Female | Caucasian | 257 | 2004-09-22 | 2005-06-05 | QUETIAPINE 500 | 2006-08-30 | Other (stuty stop by sponsor) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| 450 | 2005-06-06 | 2006-08-29 |

**Medical History:**

Current:          hemorrhoides

Past:             hemorrhoides

**Death information:**

Date of death:    No death

Cause of death:

Post-mortem:

1

2225

CONFIDENTIAL
AZSER12746672

Narrative event
SAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Subject identifier**
D1447C00126/E1107001

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2004-10-01 (10) | 2004-10-31 (40) | SOMNOLENCE(Sleepiness) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 500 | 2004-12-03 (73) | 2005-03-31 (191) | HAEMORRHOIDS(Hemorrhoides exacerbation) | 9.1 | Resolved | Yes | No | Yes / {HO} | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2226

2

CONFIDENTIAL
AZSER12746673

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E1107/001 | Open Label - QUETIAPINE 500 | SAE |

**Descriptive text:**

{HEMORRHOIDS EXACERBATION} A report was received from an investigator concerning a 45-year-old female patient enrolled in study D1447C00126, a multicenter, randomized, parallel-group, double-blind, phase III comparison of the efficacy and safety of quetiapine fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to placebo when used as adjunct to mood stabilizers (lithium or valproate) in the maintenance treatment of bipolar I disorder in adult patients. Concomitant drugs included piracetam for bipolar disorder. The patient had a history of haemorrhoids and laparoscopic cholecystectomy. The patient began treatment with Seroquel (quetiapine fumarate), orally, on 22-Sep-2004. From 27-Sep-2004, the daily dose was 400 mg. On 18-Nov-2004, the daily dose was increased to 500 mg. Treatment with lithium carbonate (daily dose 850 mg, orally) was started in March 2003. On 03-Dec-2004, approximately ten weeks after starting treatment with quetiapine fumarate, when still in the open label treatment phase, the patient experienced moderate exacerbation of haemorrhoids. Symptoms included abdominal pain. On 09-Dec-2004, the patient was hospitalised for one day. A coloscopy was performed (no results reported). As treatment for the haemorrhoids, surgery has been suggested to the patient. The patient was at the time of this report considering whether she would decide for the procedure or not. She was treated with suppositories applied rectally (reportedly Hemorol and Distreptaza, generic names unknown plus lidocaine hydrochloride tribenoside). The event stopped after around three months. The patient continued in the study. The investigator considered the event causally related to therapy with quetiapine fumarate and lithium carbonate. The event was considered serious with reference to the criterion 'hospitalisation'. Summary of follow-up information received by AstraZeneca 11-JAN-2005: 'Abdominal pain' deleted as event. Action taken changed for suspect drug quetiapine fumarate. Summary of follow-up information received by AstraZeneca 23-May-2005: Stop date and treatment of event. New dose of quetiapine fumarate added. Summary of follow-up information received by AstraZeneca 13-SEP-2006: doses for lithium carbonate amended and added.

3

2227

CONFIDENTIAL
AZSER12746674

**Narrative event** SAE

**Subject identifier** D1447C00126/E1107001

**Study phase-treatment during which event occurred** Open Label - QUETIAPINE 500

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Missing | Randomization (V1)* | Missing | NA | 5.5 (mmol/L) | 5.2 (%) | 1.3 (mmol/L) | 5.41 (mmol/L)H | 1.71 (mmol/L) | | 120 (g/L) |
| Enrollment | Enrollment | 2004-09-15 (-7) | PreTrt | | 5.2 (%) | 1.34 (mmol/L) | 6.11 (mmol/L)H | 1.99 (mmol/L) | | 135 (g/L) |
| Visit of Event | S6 | 2004-12-14 (84) | QUETIAPINE 500 | 5.1 (mmol/L) | 4.8 (%) | | | | | 124 (g/L) |
| Visit of Event | S9 | 2005-03-14 (174) | QUETIAPINE 600 | 5.3 (mmol/L) | 5.0 (%) | | | | | 127 (g/L) |
| Visit after Event | Randomization (V1) | 2005-06-06 (1) | QUETIAPINE 600 | | 5.2 (%) | 1.29 (mmol/L) | 5.85 (mmol/L)H | 1.84 (mmol/L) | | 136 (g/L) |
| Final Study Visit | V23 | 2006-08-30 (708) | NA | 5.3 (mmol/L) | 5.4 (%) | 1.10 (mmol/L) | 5.80 (mmol/L)H | 1.86 (mmol/L) | | 127 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Missing | Randomization (V1)* | Missing | NA | 212 (10**9/L) | 5.2 (10**9/L) | 3.19 (10**9/L) | 13 (IU/L) | 17 (IU/L) | 62 (umol/L) | 2.93 (mIU/L) | 11.2 (pmol/L) |
| Enrollment | Enrollment | 2004-09-15 (-7) | PreTrt | 189 (10**9/L) | 4.8 (10**9/L) | 2.56 (10**9/L) | 29 (IU/L) | 36 (IU/L) | 71 (umol/L) | 2.68 (mIU/L) | 10.6 (pmol/L) |
| Visit of Event | S6 | 2004-12-14 (84) | QUETIAPINE 500 | 208 (10**9/L) | 5.2 (10**9/L) | 2.95 (10**9/L) | | | | | |
| Visit of Event | S9 | 2005-03-14 (174) | QUETIAPINE 600 | 184 (10**9/L) | 5.3 (10**9/L) | 3.24 (10**9/L) | | | | | |
| Visit after Event | Randomization (V1) | 2005-06-06 (1) | QUETIAPINE 600 | 85 (10**9/L)L | 7.0 (10**9/L) | 3.93 (10**9/L) | 20 (IU/L) | 26 (IU/L) | 71 (umol/L) | 2.86 (mIU/L) | 10.8 (pmol/L) |

CONFIDENTIAL
AZSER12746675

**Subject identifier**
D1447C00126/E1107001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event**
SAE

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Final Study Visit | V23 | 2006-08-30 (708) | NA | 209 (10**9/L) | 5.4 (10**9/L) | 3.33 (10**9/L) | 12 (IU/L) | 20 (IU/L) | 71 (umol/L) | 2.78 (mIU/L) | 10.4 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * - unscheduled visit

2229

5

CONFIDENTIAL
AZSER12746676

Narrative event
SAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

Subject identifier
D1447C00126/E1107001

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

6

2230

CONFIDENTIAL
AZSER12746677

**Narrative event**
SAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Subject identifier**
D1447C00126/E1107001

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-09-22 (1)# | 2004-12-16 (86) | No | LITHIUM | 875 mg | Bipolar disorder |
| 2004-09-22 (1)# | 2005-11-24 (172) | No | PIRACETAM | 2.4 g | Bipolar disorder |
| 2004-12-17 (87) | 2005-07-03 (28) | No | LITHIUM | 1000 mg | Bipolar disorder |
| 2005-01-18 (119) | 2005-05-23 (244) | No | VARIDASE | U .U | Hemorrhoides exacerbation |
| 2005-01-18 (119) | 2005-05-23 (244) | No | VARIDASE | U .U | Hemorrhoides exacerbation |
| 2005-01-18 (119) | 2005-05-30 (251) | No | PROCTO-GLYVENOL | U .U | Hemorrhoides exacerbation |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

7

2231

CONFIDENTIAL
AZSER12746678

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E1107005

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 0

Narrative event
SAE

**Narrative event:**

Death:            No

SAE:              HYPERSOMNIA

DAE:              No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 21 | Female | Caucasian | 126 | 2005-03-24 | 2005-07-27 | QUETIAPINE 0 | 2005-08-18 | Subject not Willing to Continue Study |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:

Past:

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

1

2232

CONFIDENTIAL
AZSER12746679

**Subject identifier**
D1447C00126/E1107005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 0

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 300 | 2005-03-31 (8) | 2005-05-20 (58) | SOMNOLENCE(Sonnolence) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 0 | 2005-07-27 (126) | 2005-07-28 (127) | HYPERSOMNIA(Hypersomnia) | 9.1 | Resolved | Yes | No | Yes / {ME} | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2

2233

CONFIDENTIAL
AZSER12746680

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E1107005 | Open Label - QUETIAPINE 0 | SAE |

**Descriptive text:**

{HYPERSOMNIA} A report was received from an investigator concerning a 22-year-old female Caucasian patient enrolled in study D1447C00126, a multicenter, randomized, parallel-group, double-blind, phase III comparison of the efficacy and safety of quetiapine fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to placebo when used as adjunct to mood stabilizers (lithium or valproate) in the maintenance treatment of bipolar I disorder in adult patients. The patient was concomitantly being treated with valproate sodium for bipolar I disorder (daily dose 2000 mg, orally, between 16-Mar-2005 and 31-Mar-2005, 1500 mg daily between 31-Mar-2005 and 19-Jul-2005, and 1000 mg daily between 19-Jul-2005 and 26-Jul-2005) and ethinylestradiol + norgestimate (one tablet every day, orally, since January 2005) for contraception. There was no relevant medical or surgical history (other than bipolar I disorder). The patient started treatment with study drug quetiapine fumarate (daily dose 400 mg, orally) in the open-label treatment phase on 24-Mar-2005. On 25-Jul-2005, the patient did not take her medication for two days (reason unknown). On the third day, i.e. on 27-Jul-2005, after approximately four months on quetiapine fumarate treatment, while still in the open-label treatment phase, she ingested 500 mg quetiapine fumarate together with alcohol (probably a bottle of beer with alcohol content 5 %, according to investigator). The patient then suffered from hypersomnia including consciousness disturbances. The intensity was assessed as moderate. The patient was brought to the emergency department and was administered glucose and potassium chloride intravenously. Gastric lavage was also performed. The patient was getting better and there were no indications for hospitalisation. The event was considered serious with reference to the criterion 'medically important'. The patient recovered without sequelae on the next day. The event did not cause the patient to discontinue the study, however, she was withdrawn from the study on 19-Aug-2005 for other reasons. The investigator considered the event causally related to the ingestion of quetiapine fumarate and alcohol.

3

2234

CONFIDENTIAL
AZSER12746681

**Narrative event** SAE

**Subject identifier**
D1447C00126/E1107005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 0

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-03-17 (-6) | PreTrt | 4.5 (mmol/L) | 5.2 (%) | 1.48 (mmol/L) | 3.32 (mmol/L)L | 1.30 (mmol/L) | | 116 (g/L) |
| Visit prior to Event | S6 | 2005-06-16 (85) | QUETIAPINE 400 | 3.8 (mmol/L) | 5.1 (%) | | | | | 132 (g/L) |
| Visit after Event | S13 | 2005-08-18 (148) | OffTrt | 4.6 (mmol/L) | 5.1 (%) | 1.30 (mmol/L) | 4.17 (mmol/L) | 1.79 (mmol/L) | | 120 (g/L) |
| Final Study Visit | S13 | 2005-08-18 (148) | OffTrt | 4.6 (mmol/L) | 5.1 (%) | 1.30 (mmol/L) | 4.17 (mmol/L) | 1.79 (mmol/L) | | 120 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-03-17 (-6) | PreTrt | 177 (10**9/L) | 5.1 (10**9/L) | 3.16 (10**9/L) | 10 (IU/L) | 19 (IU/L) | 53 (umol/L) | 3.96 (mIU/L) | 11.9 (pmol/L) |
| Visit prior to Event | S6 | 2005-06-16 (85) | QUETIAPINE 400 | 146 (10**9/L) | 5.1 (10**9/L) | 3.15 (10**9/L) | | | | | |
| Visit after Event | S13 | 2005-08-18 (148) | OffTrt | 167 (10**9/L) | 4.5 (10**9/L) | 2.80 (10**9/L) | 16 (IU/L) | 22 (IU/L) | 80 (umol/L) | 2.50 (mIU/L) | 13.9 (pmol/L) |
| Final Study Visit | S13 | 2005-08-18 (148) | OffTrt | 167 (10**9/L) | 4.5 (10**9/L) | 2.80 (10**9/L) | 16 (IU/L) | 22 (IU/L) | 80 (umol/L) | 2.50 (mIU/L) | 13.9 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range.  H=above normal range.  NR=not recorded     * - unscheduled visit

2235

4

CONFIDENTIAL
AZSER12746682

Narrative event
SAE

**Subject identifier**
D1447C00126/E1107005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 0

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2236

CONFIDENTIAL
AZSER12746683

Subject identifier
D1447C00126/E1107005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 0

Narrative event
SAE

## Medication information: Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-03-24 (1)# | 2005-08-26 (156)# | Yes | CILEST | U.U | Oral contraceptives |
| 2005-07-27 (126) | 2005-07-27 (126) | No | GLUCOSE | 500 ml | Hypersomnia |
| 2005-07-27 (126) | 2005-07-27 (126) | No | POTASSIUM | 20 mEq | Hypersomnia |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2237

6

CONFIDENTIAL
AZSER12746584

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E1107007

Study phase-treatment during which event occurred
Off Treatment - NA

Narrative event
SAE

**Narrative event:**

Death:          No

SAE:            ALCOHOL WITHDRAWAL SYNDROME

DAE:            No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|---------|---------|---------|------|------|------|
| 53 | Male | Caucasian | 140 | 2005-05-11 | 2005-09-27 | NA | 2006-08-25 | Other (study stop by sponsor) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|-----|-----|-----|
| 331 | 2005-09-28 | 2006-08-24 |

**Medical History:**

Current:

Past:        lung cancer, scorbuttus, nose brokew, apendectomy

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

2238

1

CONFIDENTIAL
AZSER12746685

**Subject identifier**
D1447C00126/E1107007

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2005-05-16 (6) | 2005-05-18 (8) | NASOPHARYNGITIS(Common cold) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 500 | 2005-05-18 (8) | 2005-05-20 (10) | NAUSEA(Nausea) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 500 | 2005-08-20 (102) | 2005-09-17 (130) | HYPERSOMNIA(Hypersomnia) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 500 | 2005-08-25 (107) | 2005-09-10 (123) | ARTHRALGIA(Arthralgy) | 9.1 | Resolved | No | No | No | Mild |
| RD | PLACEBO 400 | 2006-04-26 (211) | 2006-06-06 (252) | HEADACHE(Headache) | 9.1 | Resolved | No | No | No | Mild |
| OffTrt | | 2006-09-12 (350) | 2006-09-22 (360) | ALCOHOL WITHDRAWAL SYNDROME(Alcohol withdrawal syndrone) | 9.1 | Resolved | No | No | Yes / {HO} | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2239

CONFIDENTIAL
AZSER12746686

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E1107/007 | Off Treatment - NA | SAE |

**Descriptive text:**

{ALCOHOL WITHDRAWAL SYNDROME}: A report was received from an investigator concerning a 55-year-old male patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  Concomitant drugs included valproate sodium for bipolar-mood stabilizer, bipolar and affective disorders.   The patient had a history of lung cancer, scorbutus, broken nose, appendicectomy and removal of upper lobe of left lung.   The patient began study drug on 04-OCT-2005 and finished study period on 24-AUG-2006. He experienced, in the follow-up period, moderate alcohol withdrawal syndrome that started on 12-SEP-2006. The event(s) were considered serious due to hospitalization. The patient recovered without sequelae.   The investigator considered the event(s) to be unrelated to the study therapy.

3

2240

CONFIDENTIAL
AZSER12746687

**Narrative event** SAE

**Subject identifier** D1447C00126/E1107007

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-05-05 (-6) | PreTrt | 4.7 (mmol/L) | 6.1 (%) | 1.37 (mmol/L) | 5.15 (mmol/L) | 1.17 (mmol/L) | | 146 (g/L) |
| Visit prior to Event | V23 | 2006-08-25 (472) | NA | 5.6 (mmol/L) | 6.7 (%)H | 1.86 (mmol/L) | 4.84 (mmol/L) | 1.35 (mmol/L) | | 142 (g/L) |
| Final Study Visit | V23 | 2006-08-25 (472) | NA | 5.6 (mmol/L) | 6.7 (%)H | 1.86 (mmol/L) | 4.84 (mmol/L) | 1.35 (mmol/L) | | 142 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-05-05 (-6) | PreTrt | 177 (10**9/L) | 10.6 (10**9/L) | 7.52 (10**9/L) | 16 (IU/L) | 20 (IU/L) | 97 (umol/L) | 0.80 (mIU/L) | 12.1 (pmol/L) |
| Visit prior to Event | V23 | 2006-08-25 (472) | NA | 148 (10**9/L) | 7.9 (10**9/L) | 4.35 (10**9/L) | 20 (IU/L) | 18 (IU/L) | 88 (umol/L) | 0.52 (mIU/L) | 14.4 (pmol/L) |
| Final Study Visit | V23 | 2006-08-25 (472) | NA | 148 (10**9/L) | 7.9 (10**9/L) | 4.35 (10**9/L) | 20 (IU/L) | 18 (IU/L) | 88 (umol/L) | 0.52 (mIU/L) | 14.4 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * = unscheduled visit

2241

4

CONFIDENTIAL
AZSER12746688

**Narrative event**
SAE

**Subject identifier**
D1447C00126/E1107007

**Study phase-treatment during which event occurred**
Off Treatment - NA

## Weight: Include only if DAE due to weight

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2242

5

CONFIDENTIAL
AZSER12746689

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Subject identifier**
D1447C00126/E1107007

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2006-09-12 (350) | 2006-09-12 (350) | No | DIAZEPAM | 60 mg | Alcohol withdrawal syndrome |
| 2006-09-12 (350) | 2006-09-14 (352) | No | SODIUM CHLORIDE | 1000 mg | Alcohol withdrawal syndrome |
| 2006-09-12 (350) | 2006-09-22 (360) | No | PYRIDOXINE | 50 mg | Alcohole withdrawer syndrome |
| 2006-09-13 (351) | 2006-09-13 (351) | No | VALPROIC ACID | 300 mg | Afective disorders |
| 2006-09-13 (351) | 2006-09-15 (353) | No | VALPROIC ACID | 600 mg | Afective disorders |
| 2006-09-13 (351) | 2006-09-18 (356) | No | DIAZEPAM | 40 mg | Alcohole withdrawer syndrome |
| 2006-09-16 (354) | 2006-09-16 (354) | No | VALPROIC ACID | 900 mg | Afective disorders |
| 2006-09-16 (354) | 2006-09-18 (356) | No | SERTRALINE | 50 mg | Afective disorders |
| 2006-09-17 (355) | 2006-09-23 (361)# | Yes | VALPROIC ACID | 1200 mg | Afective disorders |
| 2006-09-20 (358) | 2006-09-20 (358) | No | DIAZEPAM | 25 mg | Alcohol withdrawal syndrome |
| 2006-09-21 (359) | 2006-09-21 (359) | No | DIAZEPAM | 15 mg | Alcohol withdrawal syndrome |
| 2006-09-22 (360) | 2006-09-22 (360) | No | DIAZEPAM | 5 mg | Alcohol withdrawal syndrome |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2243

CONFIDENTIAL
AZSER12746690

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E1114006

Narrative event:
SAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event:**

Death:          No

SAE:            CHOLELITHIASIS

DAE:            No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 58 | Female | Caucasian | 22 | 2005-04-19 | 2005-05-10 | QUETIAPINE 400 | 2005-05-11 | Other (recurrence of depression) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:        arterial hypertension, cholecystolithiasis

Past:

**Death information:**

Date of death:   No death

Cause of death:

Post-mortem:

2244

1

CONFIDENTIAL
AZSER12746691

**Subject identifier**
D1447C00126/E1114006

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-04-16 (-3) | 2005-04-20 (2) | CHOLELITHIASIS(Worsening of cholecystolithiasis) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-04-29 (11) | NA | CHOLELITHIASIS(Worsening of cholecystolithiasis) | 9.1 | Continuing | No | No | Yes / {HO ME} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2245

CONFIDENTIAL
AZSER12746692

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E1114006 | Open Label - QUETIAPINE 400 | SAE |

**Descriptive text:**

{WORSENING OF CHOLECYSTOLITHIASIS} A report was received from an investigator concerning a 59 year old female patient enrolled in study D1447C00126, a multicenter, randomized, parallel-group, double-blind, phase iii comparison of the efficacy and safety of quetiapine fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to placebo when used as adjunct to mood stabilizers (lithium or valproate) in the maintenance treatment of bipolar i disorder in adult patients.  Concomitant drugs included valproate sodium + valproic acid for bipolar i disorder and enalapril maleate for arterial hypertension. The patient had a history of cholecystolithiasis.  The patient began study drug on 19-APR-2005 and experienced severe worsening of cholecystolithiasis which started on 29-APR-2005. The event(s) were considered serious due to hospitalization and medically important. The patient recovered without sequelae.  The investigator considered the event(s) to be unrelated to the study therapy.

3

2246

CONFIDENTIAL
AZSER12746693

**Subject identifier**
D1447C00126/E1114006

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-04-12 (-6) | PreTrt | 4.4 (mmol/L) | 5.5 (%) | 1.57 (mmol/L) | 6.14 (mmol/L)H | 1.79 (mmol/L) | | 145 (g/L) |
| Visit prior to Event | Enrollment | 2005-04-12 (-6) | PreTrt | 4.4 (mmol/L) | 5.5 (%) | 1.57 (mmol/L) | 6.14 (mmol/L)H | 1.79 (mmol/L) | | 145 (g/L) |
| Final Study Visit | S13 | 2005-05-11 (23) | OffTrt | 5.4 (mmol/L) | 5.1 (%) | 1.59 (mmol/L) | 5.05 (mmol/L) | 1.37 (mmol/L) | | 145 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-04-12 (-6) | PreTrt | 412 (10**9/L) | 7.3 (10**9/L) | 3.86 (10**9/L) | 30 (IU/L) | 12 (IU/L) | 62 (umol/L) | 1.37 (mIU/L) | 17.3 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-04-12 (-6) | PreTrt | 412 (10**9/L) | 7.3 (10**9/L) | 3.86 (10**9/L) | 30 (IU/L) | 12 (IU/L) | 62 (umol/L) | 1.37 (mIU/L) | 17.3 (pmol/L) |
| Final Study Visit | S13 | 2005-05-11 (23) | OffTrt | 442 (10**9/L) | 6.6 (10**9/L) | 3.44 (10**9/L) | 40 (IU/L)H | 19 (IU/L) | 62 (umol/L) | 0.41 (mIU/L) | 16.6 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

2247

4

CONFIDENTIAL
AZSER12746694

Narrative event
SAE

Subject identifier
D1447C00126/E1114006

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 400

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2248

5

CONFIDENTIAL
AZSER12746695

**Subject identifier**
D1447C00126/E1114006

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-03-19 (-31)# | 2005-06-09 (52)# | Yes | ENALAPRIL | 20 mg | Arterial hypertension |
| 2005-04-22 (4) | 2005-06-09 (52)# | Yes | VALPROIC ACID | 1500 mg | Bipolar I disorder |
| 2005-04-29 (11) | 2005-05-02 (14) | No | METAMIZOLE SODIUM | 1 g | Worsening of cholecystolithiasis |
| 2005-04-29 (11) | 2005-05-02 (14) | No | PAPAVERINE | 40 mg | Worsening of cholecystolithiasis |
| 2005-05-04 (16) | 2005-05-04 (16) | No | ATROPINE | 0.5 mg | Anestesia to cholecystectoma |
| 2005-05-04 (16) | 2005-05-04 (16) | No | DIAZEPAM | 10 mg | Worsening of cholecystolithiasis |
| 2005-05-04 (16) | 2005-05-04 (16) | No | FENTANYL | 0.4 mg | Anestesia to cholecystectomia |
| 2005-05-04 (16) | 2005-05-04 (16) | No | GLUCOSE | 500 g | Anestesia to cholecystectoma |
| 2005-05-04 (16) | 2005-05-04 (16) | No | METOCLOPRAMIDE | 10 mg | Anestesia to cholecystectomia |
| 2005-05-04 (16) | 2005-05-04 (16) | No | NALOXONE | 0.2 mg | Anestesia to cholecystectomia |
| 2005-05-04 (16) | 2005-05-04 (16) | No | NEOSTIGMINE | 2 mg | Anestesia to cholecystectomia |
| 2005-05-04 (16) | 2005-05-04 (16) | No | SODIUM CHLORIDE | 1000 g | Anestesia to cholecystectomia |
| 2005-05-04 (16) | 2005-05-04 (16) | No | SUXAMETHONIUM | 80 mg | Anestesia to cholecystectomia |
| 2005-05-04 (16) | 2005-05-04 (16) | No | THIOPENTAL | 250 mg | Laparoscopia cholecystectomia |
| 2005-05-04 (16) | 2005-05-04 (16) | No | VECURONIUM | 6 mg | Anestesia to cholecystectomia |
| 2005-05-04 (16) | 2005-05-05 (17) | No | PETHIDINE | 100 mg | Pain on liver region |
| 2005-05-05 (17) | 2005-05-05 (17) | No | KETOPROFEN | 100 mg | Pain after surgery |
| 2005-05-06 (18) | 2005-05-07 (19) | No | METAMIZOLE SODIUM | 500 mg | Pain after surgery |
| 2005-05-08 (20) | 2005-05-08 (20) | No | DIAZEPAM | 10 mg | Sleeplessness after surgery |
| 2005-05-08 (20) | 2005-05-08 (20) | No | METAMIZOLE SODIUM | 1 g | Pain after surgery |
| 2005-05-09 (21) | 2005-06-09 (52)# | Yes | LORAZEPAM | 2 mg | Sleeplessness after surgery |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2249

6

CONFIDENTIAL
AZSER12746696

**START OF E NARRATIVE**
**Subject identifier**
D1447C00126/E1120004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

Narrative event
SAE

**Narrative event:**

| Death: | No |
|---|---|
| SAE: | SUICIDE ATTEMPT |
| DAE: | No |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 52 | Female | Caucasian | 68 | 2005-09-07 | 2005-11-13 | QUETIAPINE 500 | 2005-11-14 | Subject not Willing to Continue Study |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

| Current: | hypothyreosis |
|---|---|
| Past: | cholelithiasis |

**Death information:**

| Date of death: | No death |
|---|---|
| Cause of death: | |
| Post-mortem: | |

2250

1

CONFIDENTIAL
AZSER12746697

**Subject identifier**
D1447C00126/E1120004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 500 | 2005-09-29 (23) | 2005-09-29 (23) | SUICIDE ATTEMPT(Suicide attempt) | 9.1 | Resolved | No | No | Yes / {HO ME} | Severe |
| OL | QUETIAPINE 600 | 2005-10-03 (27) | 2005-10-05 (29) | SALIVARY HYPERSECRETION(Over saliva) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 600 | 2005-10-03 (27) | 2005-10-05 (29) | PSYCHOMOTOR RETARDATION(Psychomotoric retardation) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 600 | 2005-10-03 (27) | 2005-10-05 (29) | DYSARTHRIA(Blurred speach) | 9.1 | Resolved | Yes | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2251

2

CONFIDENTIAL
AZSER12746698

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E1120004 | Open Label - QUETIAPINE 500 | SAE |

**Descriptive text:**

{SUICIDE ATTEMPT} A report was received from an investigator concerning a 52 year old female patient enrolled in study D1447C00126, a multicenter, randomized, parallel-group, double-blind, phase iii comparison of the efficacy and safety of quetiapine fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to placebo when used as adjunct to mood stabilizers (lithium or valproate) in the maintenance treatment of bipolar i disorder in adult patients Concomitant drugs included valproate sodium + valproic acid for bipolar disorder, levothyroxine sodium for hypothyreosis, potassium chloride for prophylactic of hypokalaemia, diosmin + hesperidin for pretibial oedema, pentoxifylline for pretibial oedema, spironolactone for pretibial oedema and clomipramine hydrochloride for depression. The patient had a history of cholelithiasis, cholecystectomy, appendectomy and hemorrhoidectomy. The patient began study drug on 07-SEP-2005 and experienced severe suicide attempt which started on 29-SEP-2005. The event(s) were considered serious due to hospitalization and medically important. The patient recovered without sequelae. The investigator considered the event(s) to be unrelated to the study therapy.

3

2252

CONFIDENTIAL
AZSER12746699

**Narrative event** — SAE

**Subject identifier** — D1447C00126/E1120004

**Study phase-treatment during which event occurred** — Open Label - QUETIAPINE 500

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-09-01 (-5) | PreTrt | 5.2 (mmol/L) | 6.1 (%) | 1.55 (mmol/L) | 4.27 (mmol/L) | 1.66 (mmol/L) | | 144 (g/L) |
| Visit prior to Event | Enrollment | 2005-09-01 (-5) | PreTrt | 5.2 (mmol/L) | 6.1 (%) | 1.55 (mmol/L) | 4.27 (mmol/L) | 1.66 (mmol/L) | | 144 (g/L) |
| Visit after Event | S4 | 2005-10-05 (29) | QUETIAPINE 500 | | | | | | | 154 (g/L) |
| Final Study Visit | S13 | 2005-11-14 (69) | OffTrt | 4.2 (mmol/L) | 5.6 (%) | 2.40 (mmol/L) | 4.87 (mmol/L) | 1.86 (mmol/L) | | 148 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-09-01 (-5) | PreTrt | 201 (10**9/L) | 5.6 (10**9/L) | 3.63 (10**9/L) | 20 (IU/L) | 20 (IU/L) | 97 (umol/L) | 0.85 (mIU/L) | 16.8 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-09-01 (-5) | PreTrt | 201 (10**9/L) | 5.6 (10**9/L) | 3.63 (10**9/L) | 20 (IU/L) | 20 (IU/L) | 97 (umol/L) | 0.85 (mIU/L) | 16.8 (pmol/L) |
| Visit after Event | S4 | 2005-10-05 (29) | QUETIAPINE 500 | 108 (10**9/L,L) | 4.7 (10**9/L) | 3.52 (10**9/L) | | | | | |
| Final Study Visit | S13 | 2005-11-14 (69) | OffTrt | 148 (10**9/L) | 4.8 (10**9/L) | 3.01 (10**9/L) | 11 (IU/L) | 16 (IU/L) | 80 (umol/L) | 2.16 (mIU/L) | 10.4 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range. H=above normal range. NR=not recorded    * - unscheduled visit

2253

4

CONFIDENTIAL
AZSER12746700

Narrative event
SAE

Subject identifier
D1447C00126/E1120004

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 500

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2254

CONFIDENTIAL
AZSER12746701

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Subject identifier**
D1447C00126/E1120004

## Medication information: Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-08-07 (-31)# | 2005-12-13 (98)# | Yes | LEVOTHYROXINE | 75 ug | Hipothyreosis |
| 2005-09-06 (-1) | 2005-10-04 (28) | No | CAPIVEN | 1000 mg | Pretibial oedema |
| 2005-09-06 (-1)# | 2005-12-13 (98)# | Yes | PENTOXIFYLLINE | 800 mg | Pretibial oedema |
| 2005-09-07 (1) | 2005-10-02 (26) | No | SPIRONOLACTONE | 50 mg | Pretibial oedema |
| 2005-09-20 (14) | 2005-10-02 (26) | No | CLOMIPRAMINE | 150 mg | Depression |
| 2005-09-26 (20) | 2005-10-03 (27) | No | ERGENYL CHRONO | 1300 mg | Mood stabilizer |
| 2005-09-29 (23) | 2005-09-29 (23) | No | POTASSIUM | 750 mg | Prophylactic of hypokalaemia |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2255

CONFIDENTIAL
AZSER12746702

# START OF E NARRATIVE

**Subject identifier**
D1447C00126/E1202007

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 400

**Narrative event:**

Death:       No

SAE:        ADENOVIRUS INFECTION

DAE:        No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 30 | Female | Caucasian | 100 | 2005-02-01 | 2005-05-11 | PLACEBO 400 | 2005-05-19 | Development of Study-Specific Discontinuation Criteria (mood event) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| 8 | 2005-05-12 | 2005-05-19 |

**Medical History:**

Current:

Past:

**Death information:**

Date of death:       No death

Cause of death:

Post-mortem:

1

2256

CONFIDENTIAL
AZSER12746703

**Subject identifier**
D1447C00126/E1202007

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 400

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 200 | 2005-02-02 (2) | 2005-05-12 (101) | SOMNOLENCE(Sleepiness) | 9.1 | Resolved | Yes | No | No | Mild |
| RD | PLACEBO 400 | 2005-05-14 (3) | NA | ADENOVIRUS INFECTION(Adenovirus infection) | 9.1 | Continuing | No | No | Yes / {HO ME} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2257

2

CONFIDENTIAL
AZSER12746704

**Subject identifier**
D1447C00126/E1202007

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 400

**Narrative event**
SAE

**Descriptive text:**

{ADENOVIRUS INFECTION} A report was received from an investigator concerning a 31 year old female patient enrolled in study D1447C00126, a multicenter, randomized, parallel-group, double-blind, phase iii comparison of the efficacy and safety of quetiapine fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to placebo when used as adjunct to mood stabilizers (lithium or valproate) in the maintenance treatment of bipolar i disorder in adult patients. Concomitant drugs included desogestrel + ethinylestradiol for contraception and lithium carbonate for bipolar disorder i. The patient began study drug on 12-MAY-2005 and experienced severe adenovirus infection which started on 14-MAY-2005. The event(s) were considered serious due to hospitalization and medically important. The patient recovered without sequelae. The investigator considered the event(s) to be unrelated to the study therapy. When the study was unblinded on 07-DEC-2006 it was determined that the patient received placebo.

3

2258

CONFIDENTIAL
AZSER12746705

**Subject identifier**
D1447C00126/E1202007

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 400

**Narrative event**
SAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-01-26 (-6) | PreTrt | 4.8 (mmol/L) | 4.7 (%) | 0.45 (mmol/L)L | 3.65 (mmol/L) | 1.42 (mmol/L) | | 136 (g/L) |
| Visit prior to Event | Randomization (V1) | 2005-05-12 (1) | PLACEBO 400 | 4.4 (mmol/L) | 4.5 (%) | 0.77 (mmol/L) | 3.78 (mmol/L) | 1.30 (mmol/L) | | 140 (g/L) |
| Final Study Visit | V23 | 2005-05-19 (8) | PLACEBO 0 | | 4.5 (%) | 0.76 (mmol/L) | 3.16 (mmol/L)L | 1.27 (mmol/L) | | 136 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-01-26 (-6) | PreTrt | 223 (10**9/L) | 5.1 (10**9/L) | 3.18 (10**9/L) | 12 (IU/L) | 13 (IU/L) | 62 (umol/L) | 1.06 (mIU/L) | 14.3 (pmol/L) |
| Visit prior to Event | Randomization (V1) | 2005-05-12 (1) | PLACEBO 400 | 303 (10**9/L) | 6.3 (10**9/L) | 3.83 (10**9/L) | 14 (IU/L) | 17 (IU/L) | 71 (umol/L) | 4.33 (mIU/L) | 13.0 (pmol/L) |
| Final Study Visit | V23 | 2005-05-19 (8) | PLACEBO 0 | 262 (10**9/L) | 8.1 (10**9/L) | 5.97 (10**9/L) | 14 (IU/L) | 17 (IU/L) | 71 (umol/L) | 2.81 (mIU/L) | 12.8 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range, H=above normal range, NR=not recorded   * - unscheduled visit

4

2259

CONFIDENTIAL
AZSER12746706

Narrative event
SAE

**Subject identifier**
D1447C00126/E1202007

Study phase-treatment during which event occurred
Randomized - PLACEBO 400

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2260

CONFIDENTIAL
AZSER12746707

**Subject identifier**
D1447C00126/E1202007

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 400

**Narrative event**
SAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-01-01 (-31)# | 2005-06-18 (38)# | Yes | MARVELON | N.N | Contraception |
| 2005-02-17 (17) | 2005-06-18 (38)# | Yes | LITHIUM | 1500 mg | Bipolar |
| 2005-05-19 (8) | 2005-06-18 (38)# | Yes | ZOLPIDEM | 10 mg | Bipolar - mood event |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2261

6

CONFIDENTIAL
AZSER12746708

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E1206005

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 600

Narrative event
SAE

**Narrative event:**

Death:           No

SAE:             OVARIAN DISORDER

DAE:             No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|------------------------|
| 44 | Female | Caucasian | 59 | 2005-01-17 | 2005-03-16 | QUETIAPINE 600 | 2005-03-17 | Subject not Willing to Continue Study |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:

Past:      pulmonary tuberculosis, chronic pancreatitis, chronic cholecystitis

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

2262

1

CONFIDENTIAL
AZSER12746709

**Subject identifier**
D1447C00126/E1206005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 600 | 2005-01-29 (13) | 2005-02-04 (19) | OVARIAN DISORDER(Ovarian apoplexy) | 9.1 | Resolved | No | No | Yes / {HO} | Moderate |
| OL | QUETIAPINE 600 | 2005-02-04 (19) | NA | CHOLECYSTITIS CHRONIC(chronic cholecystitis) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 600 | 2005-02-04 (19) | NA | PANCREATITIS CHRONIC(chronic pancreatitis) | 9.1 | Continuing | No | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2263

CONFIDENTIAL
AZSER12746710

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E1206005 | Open Label - QUETIAPINE 600 | SAE |

**Descriptive text:**

{OVARIAN APOPLEXY} A report was received from an investigator concerning a 45 year old female patient enrolled in study D1447C00126, a multicenter, randomized, parallel-group, double-blind, phase III comparison of the efficacy and safety of quetiapine fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to placebo when used as adjunct to mood stabilizers (lithium or valproate) in the maintenance treatment of bipolar I disorder in adult patients.
Concomitant drugs included lithium carbonate for bipolar disorder i, trifluoperazine for bipolar disorder i, lithium carbonate for bipolar disorder i, lorazepam for bipolar disorder i and amitriptyline for bipolar disorder i.   The patient had a history of pulmonary tuberculosis.   The patient began study drug on 17-JAN-2005 and experienced moderate ovarian apoplexy which started on 29-JAN-2005. The event(s) were considered serious due to hospitalization. The patient recovered, without sequelae.   The investigator considered the event(s) to be unrelated to the study therapy.   Summary of follow-up information received by AstraZeneca 15-Feb-2005: Event term changed from 'acuta appendicitis' to 'ovarian apoplexy'. Outcome of the event provided.

3

2264

CONFIDENTIAL
AZSER12746711

**Subject identifier**
D1447C00126/E1206005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event**
SAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-01-11 (-5) | PreTrt | 4.6 (mmol/L) | 5.0 (%) | 8.60 (mmol/L)H | 9.69 (mmol/L)H | 1.06 (mmol/L) | | 142 (g/L) |
| Visit prior to Event | Enrollment | 2005-01-11 (-5) | PreTrt | 4.6 (mmol/L) | 5.0 (%) | 8.60 (mmol/L)H | 9.69 (mmol/L)H | 1.06 (mmol/L) | | 142 (g/L) |
| Visit after Event | S4 | 2005-02-14 (29) | QUETIAPINE 600 | | | | | | | 137 (g/L) |
| Final Study Visit | S13 | 2005-03-17 (60) | OffTrt | 5.6 (mmol/L) | 4.7 (%) | 4.50 (mmol/L)H | 7.56 (mmol/L)H | 1.14 (mmol/L) | | 138 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-01-11 (-5) | PreTrt | 333 (10**9/L) | 7.4 (10**9/L) | 3.89 (10**9/L) | 21 (IU/L) | 16 (IU/L) | 71 (umol/L) | 2.93 (mIU/L) | 13.2 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-01-11 (-5) | PreTrt | 333 (10**9/L) | 7.4 (10**9/L) | 3.89 (10**9/L) | 21 (IU/L) | 16 (IU/L) | 71 (umol/L) | 2.93 (mIU/L) | 13.2 (pmol/L) |
| Visit after Event | S4 | 2005-02-14 (29) | QUETIAPINE 600 | 358 (10**9/L) | 10.3 (10**9/L) | 6.80 (10**9/L) | | | | | |
| Final Study Visit | S13 | 2005-03-17 (60) | OffTrt | 320 (10**9/L) | 6.2 (10**9/L) | 4.01 (10**9/L) | 14 (IU/L) | 19 (IU/L) | 80 (umol/L) | 2.95 (mIU/L) | 9.9 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.      L=below normal range, H=above normal range, NR=not recorded      * =unscheduled visit

2265

4

CONFIDENTIAL
AZSER12746712

Narrative event
SAE

**Subject identifier**
D1447C00126/E1206005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2266

5

CONFIDENTIAL
AZSER12746713

Narrative event
SAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Subject identifier**
D1447C00126/E1206005

**Medication information - Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-01-17 (1) | 2005-03-16 (59) | No | LITHIUM | 1000 mg | Bipolar |
| 2005-01-24 (8) | 2005-04-15 (89)# | Yes | LORAZEPAM | 2 mg | Bipolar |
| 2005-01-31 (15) | 2005-02-04 (19) | No | METAMIZOLE SODIUM | 50 mg | Ovarian apoplexy |
| 2005-01-31 (15) | 2005-02-04 (19) | No | SODIUM CHLORIDE | 500 mg | Ovarian apoplexy |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2267

6

CONFIDENTIAL
AZSER12746714

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E1303001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Narrative event
SAE, DAE

**Narrative event:**

Death:        No

SAE:          DEPRESSION

DAE:          DEPRESSION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 59 | Male | Caucasian | 118 | 2005-01-12 | 2005-05-09 | QUETIAPINE 400 | 2005-05-10 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:      hypertension, cronic diarrhea

Past:

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

1

2268

CONFIDENTIAL
AZSER12746715

**Subject identifier**
D1447C00126/E1303001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2005-02-02 (22) | 2005-03-19 (67) | MANIA(Manic crisis) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-04-19 (98) | NA | DEPRESSION(Depressive crisis) | 9.1 | Continuing | No | Yes | Yes / {HO} | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2269

2

CONFIDENTIAL
AZSER12746716

**Subject identifier**
D1447C00126/E1303001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE, DAE

**Descriptive text:**

{DEPRESSIVE CRISIS} A report was received from an investigator concerning a 60 year old male patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included lithium carbonate for bipolar disorder, amlodipine besilate for hypertension and loperamide for diarrhoea. The patient had a history of hypertension, chronic diarrhoea and colon resection. The patient began study drug on 12-NOV-2004 and experienced moderate depressive crisis which started on 19-APR-2005. The event(s) were considered serious due to hospitalization. The patient recovered without sequelae. The investigator considered the event(s) to be unrelated to the study therapy.

2270

3

CONFIDENTIAL
AZSER12746717

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E1303001 | Open Label - QUETIAPINE 400 | SAE, DAE |

**AstraZeneca Comment:**

The patient signed informed consent on 2005-01-12. The descriptive text indicating the patient began study drug on 2004-11-12 is incorrect.

2271

4

CONFIDENTIAL
AZSER12746718

**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00126/E1303001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-01-12 (1) | QUETIAPINE 300 | 5.0 (mmol/L) | 5.0 (%) | 0.97 (mmol/L) | 3.11 (mmol/L)L | 1.01 (mmol/L)L | | 148 (g/L) |
| Visit prior to Event | Enrollment | 2005-01-12 (1) | QUETIAPINE 300 | 5.0 (mmol/L) | 5.0 (%) | 0.97 (mmol/L) | 3.11 (mmol/L)L | 1.01 (mmol/L)L | | 148 (g/L) |
| Final Study Visit | S6 | 2005-04-19 (98) | QUETIAPINE 400 | 5.4 (mmol/L) | 5.0 (%) | | | | | 154 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-01-12 (1) | QUETIAPINE 300 | 298 (10**9/L) | 9.9 (10**9/L) | 7.52 (10**9/L) | 15 (IU/L) | 20 (IU/L) | 88 (umol/L) | 1.78 (mIU/L) | 14.1 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-01-12 (1) | QUETIAPINE 300 | 298 (10**9/L) | 9.9 (10**9/L) | 7.52 (10**9/L) | 15 (IU/L) | 20 (IU/L) | 88 (umol/L) | 1.78 (mIU/L) | 14.1 (pmol/L) |
| Final Study Visit | S6 | 2005-04-19 (98) | QUETIAPINE 400 | 242 (10**9/L) | 10.5 (10**9/L) | 7.67 (10**9/L) | | | | | |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

5

2272

CONFIDENTIAL
AZSER12746719

Narrative event
SAE, DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Subject identifier
D1447C00126/E1303001

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

6

2273

CONFIDENTIAL
AZSER12746720

**Subject identifier**
D1447C00126/E1303001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE, DAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-12-12 (-31)# | 2005-06-08 (148)# | Yes | AMLODIPINE | 10 mg | Hypertension |
| 2004-12-12 (-31)# | 2005-06-08 (148)# | Yes | LITHIUM | 1200 mg | Bipolar disorder |
| 2004-12-12 (-31)# | 2005-06-08 (148)# | Yes | LOPERAMIDE | 6 mg | Diarrhoea |
| 2005-04-19 (98) | 2005-06-08 (148)# | Yes | FLUOXETINE | 20 mg | Depression crisis |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

7

2274

CONFIDENTIAL
AZSER12746721

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E1309001

**Narrative event:**

Death:           No

SAE:             CARDIAC FAILURE, HEPATITIS ACUTE

DAE:             CARDIAC FAILURE, HEPATITIS ACUTE

**Baseline information and summary of treatment:**

Study phase-treatment during which event occurred
Randomized - PLACEBO 800

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 64 | Male | Caucasian | 88 | 2005-01-31 | 2005-04-28 | PLACEBO 800 | 2006-05-02 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| 341 | 2005-04-29 | 2006-04-04 |

**Medical History:**

Current:

Past:            miocard infartion

**Death information:**

Date of death:   No death

Cause of death:

Post-mortem:

2275

1

CONFIDENTIAL
AZSER12746722

**Subject identifier**
DI447C00126(E13)09001

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 800

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| RD | PLACEBO 800 | 2005-08-15 (109) | 2005-08-15 (109) | SYNCOPE VASOVAGAL(Vaso vagal syncope) | 9.1 | Resolved | Yes | No | No | Mild |
| RD | PLACEBO 800 | 2005-10-01 (156) | 2005-11-24 (210) | POLLAKIURIA(Pollakiuria) | 9.1 | Resolved | No | No | No | Mild |
| RD | PLACEBO 800 | 2005-11-22 (208) | 2005-12-02 (218) | THROMBOCYTOPENIA(Thrombocytopenia) | 9.1 | Resolved | No | No | No | Mild |
| RD | PLACEBO 800 | 2005-12-01 (217) | 2005-12-01 (217) | SYNCOPE VASOVAGAL(Vasovagal syncope) | 9.1 | Resolved | Yes | No | No | Mild |
| RD | PLACEBO 800 | 2006-03-13 (319) | 2006-04-26 (363) | BRONCHITIS(Bronchitis respiratory infection) | 9.1 | Resolved | No | No | No | Mild |
| RD | PLACEBO 800 | 2006-04-04 (341) | NA | CHOLELITHIASIS(Gallbladder lithiasis) | 9.1 | Continuing | No | No | No | Mild |
| RD | PLACEBO 800 | 2006-04-04 (341) | 2006-04-04 (341) | CONVULSION(Seizure) | 9.1 | Resolved | No | No | No | Severe |
| RD | PLACEBO 800 | 2006-04-04 (341) | 2006-04-26 (363) | HEPATITIS ACUTE(Acute hepatitis) | 9.1 | Resolved | Yes | Yes | Yes / {HO} | Severe |
| RD | PLACEBO 800 | 2006-04-04 (341) | 2006-04-26 (363) | CARDIAC FAILURE(Cardiac failure) | 9.1 | Resolved | Yes | Yes | Yes / {HO} | Severe |
| RD | PLACEBO 800 | 2006-04-04 (341) | 2006-04-26 (363) | ANAEMIA(Anaemia) | 9.1 | Resolved | No | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2276

CONFIDENTIAL
AZSER12746723

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 800

**Subject identifier**
D1447C00126/E1309001

**Descriptive text:**

{ACUTE HEPATITIS, CARDIAC FAILURE} A report was received from an investigator concerning a 66 year old male patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included acetylsalicylic acid for myocardial infarction, pantoprazole sodium for gastric protection, lorazepam for sleep disturbance, augmentine for respiratory infection, diazepam for insomnia, levetiracetam for bipolar disorder, acetylcysteine for respiratory infection, ipratropium bromide for respiratory infection and lactulose for constipation. The patient had been taking Seroquel, 700mg concomitantly from 19-Dec-2004 to 31-Jan-2005 and then began the Open Label phase, 700 mg daily. The patient began the randomised treatment phase on 29-Apr-2005 and experienced severe acute hepatitis which started on 04-APR-2006 and severe cardiac failure which started on 04-APR-2006. The events were considered serious due to hospitalization. On the 04-APR-2006 treatment with valproate and study therapy was withdrawn. The dosing details for the paracetamol are not reported. The patient also stopped taking lorazepam and valium on the 04-APR-2006. The patient was treated with oxygen, spironolactone and furosemide and recovered without sequelae. The investigator considered the events causally related to study therapy, paracetamol, valproate and amoxycillin. Summary of follow up information received AstraZeneca 14-Sep-2006: dosing details fo concomitant Seroquel, open label Seroquel and study treatment phase added. Narrative update. Narrative phase added. Summary of follow up information received AstraZeneca 26-Sep-2006: Seroquel restarted on 30-Jun-2005 removed, narrative updated.

2277

3

CONFIDENTIAL
AZSER12746724

**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00126/E1309001

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 800

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-01-26 (-5) | PreTrt | | 5.0 (%) | 1.53 (mmol/L) | 5.00 (mmol/L) | 1.30 (mmol/L) | | 139 (g/L) |
| Visit prior to Event | V14 | 2006-02-23 (301) | PLACEBO 800 | 4.9 (mmol/L) | 5.6 (%) | 1.01 (mmol/L) | 5.21 (mmol/L)H | 1.66 (mmol/L) | | 159 (g/L) |
| Visit after Event | V23 | 2006-05-02 (457) | NA | 5.1 (mmol/L) | 5.4 (%) | 0.80 (mmol/L) | 4.14 (mmol/L) | 1.48 (mmol/L) | | 117 (g/L)L |
| Final Study Visit | V23 | 2006-05-02 (457) | NA | 5.1 (mmol/L) | 5.4 (%) | 0.80 (mmol/L) | 4.14 (mmol/L) | 1.48 (mmol/L) | | 117 (g/L)L |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-01-26 (-5) | PreTrt | 202 (10**9/L) | 8.1 (10**9/L) | 5.98 (10**9/L) | | | 53 (umol/L) | | |
| Visit prior to Event | V14 | 2006-02-23 (301) | PLACEBO 800 | 125 (10**9/L)L | 5.1 (10**9/L) | 3.19 (10**9/L) | 16 (IU/L) | 20 (IU/L) | 71 (umol/L) | 0.34 (mIU/L)L | 13.2 (pmol/L) |
| Visit after Event | V23 | 2006-05-02 (457) | NA | 169 (10**9/L) | 8.8 (10**9/L) | 5.78 (10**9/L) | 18 (IU/L) | 19 (IU/L) | 53 (umol/L) | 0.12 (mIU/L)L | 16.6 (pmol/L) |
| Final Study Visit | V23 | 2006-05-02 (457) | NA | 169 (10**9/L) | 8.8 (10**9/L) | 5.78 (10**9/L) | 18 (IU/L) | 19 (IU/L) | 53 (umol/L) | 0.12 (mIU/L)L | 16.6 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range. H=above normal range. NR=not recorded.    * = unscheduled visit

2278

4

CONFIDENTIAL
AZSER12746725

**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00126/E1309001

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 800

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2279

CONFIDENTIAL
AZSER12746726

Narrative event
SAE, DAE

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 800

**Subject identifier**
D1447C00126/E1309001

## Medication information:  Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-12-31 (-31)# | 2006-05-04 (371)# | Yes | ACETYLSALICYLIC ACID | 100 mg | Miocaro infart |
| 2004-12-31 (-31)# | 2006-05-04 (371)# | Yes | PANTOPRAZOLE | 40 mg | Gastric protection |
| 2005-05-20 (22) | 2006-04-04 (341) | No | LORAZEPAM | 2 mg | Sleep disturbance |
| 2006-03-01 (307) | 2006-04-04 (341) | No | DIAZEPAM | 5 mg | Insomnia |
| 2006-03-28 (334) | 2006-04-04 (341) | No | VALPROIC ACID | 2000 mg | Mood stabilizer |
| 2006-04-04 (341) | 2006-04-26 (363) | No | AUGMENTINE | 1500 mg | Respiratory infection |
| 2006-04-04 (341) | 2006-05-04 (371)# | Yes | ACETYLCYSTEINE | 600 mg | Respiratory infection |
| 2006-04-04 (341) | 2006-05-04 (371)# | Yes | FUROSEMIDE | 40 mg | Cardiac failure |
| 2006-04-04 (341) | 2006-05-04 (371)# | Yes | IPRATROPIUM | 320 ug | Respiratory infection |
| 2006-04-04 (341) | 2006-05-04 (371)# | Yes | LACTULOSE | 10 g | Constipation |
| 2006-04-04 (341) | 2006-05-04 (371)# | Yes | LEVETIRACETAM | 1 g | Bipolar disorder |
| 2006-04-04 (341) | 2006-05-04 (371)# | Yes | QUETIAPINE | 100 mg | Bipolar disorder |
| 2006-04-04 (341) | 2006-05-04 (371)# | Yes | SPIRONOLACTONE | 100 mg | Cardiac failure |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2280

CONFIDENTIAL
AZSER12746727

Narrative event
SAE, DAE

**START OF E NARRATIVE**
**Subject identifier**
D1447C00126/E1310005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event:**

Death:                No

SAE:                  DIABETIC COMPLICATION

DAE:                  CONFUSIONAL STATE, DIABETIC COMPLICATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|----------------------|------------------------------|----------------------|
| 53  | Male | Caucasian | 79 | 2005-02-14 | 2005-05-03 | QUETIAPINE 400 | 2005-05-03 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:        ischemic cardiopathy, cutaneous psoriasis, diabetes mellitus type ii, insuficience renal cronic, obstructive sleep apnea,
                hypertension, hypercholesterolemia, hypertrigliceridemy

Past:

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

2281

1

CONFIDENTIAL
AZSER12746728

**Subject identifier**
D1447C00126/E1310005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2005-05-03 (79) | 2005-05-12 (88) | DIABETIC COMPLICATION(Diabetic descompensation) | 9.1 | Resolved | No | Yes | Yes / {HO} | Severe |
| OL | QUETIAPINE 400 | 2005-05-03 (79) | 2005-05-12 (88) | THERAPEUTIC AGENT TOXICITY(Lithium poisoning) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-05-03 (79) | 2005-05-12 (88) | CONFUSIONAL STATE(Confusional state) | 9.1 | Resolved | No | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2282

CONFIDENTIAL
AZSER12746729

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E1310005 | Open Label - QUETIAPINE 400 | SAE, DAE |

**Descriptive text:**

{DIABETIC DECOMPENSATION} A report was received from an investigator concerning a 53 year old male patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  Concomitant drugs included lithium carbonate for bipolar disorder, clopidogrel sulfate for ischemic cardiopathy, propranolol hydrochloride for ischemic cardiopathy, glyceryl trinitrate for ischemic cardiopathy, enalapril for hypertension, pantoprazole sodium for gastric protector, atorvastatin calcium for hypolipemiant, prednicarbate for cutaneous psoriasis, insulin injection, isophane for diabetes type ii mellitus and glyceryl trinitrate for ischemic cardiopathy.   The patient had a history of insufficient renal chronic, obstructive sleep apnea, by pass, hypertension, hypercholesterolemia and hypertriglyceridemia.  The patient began study drug on 16-SEP-2004 and experienced severe diabetic decompensation which started on 03-MAY-2005. The event(s) were considered serious due to hospitalization. The patient recovered without sequelae.   The investigator considered the event(s) to be unrelated to the study therapy.   Additional information: The patient was in a confused state. The patient was received symptomatic treatment for the event, but the exact drugs used were unknown to the investigator. All other medication that the patient was taking was discontinued upon admission to hospital for the event.

2283

3

CONFIDENTIAL
AZSER12746730

**Subject identifier**
D1447C00126/E1310005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE, DAE

**AstraZeneca Comment:**

The patient signed informed consent on 2005-02-09. The descriptive text indicating the patient began study drug on 2004-09-16 is incorrect.

2284

4

CONFIDENTIAL
AZSER12746731

**Subject identifier**
D1447C00126/E1310005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE, DAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-02-09 (-4) | PreTrt | | 8.8 (%)H | 18.34 (mmol/L)H | 5.59 (mmol/L)H | 1.11 (mmol/L) | | 157 (g/L) |
| Visit prior to Event | S5 | 2005-04-11 (57) | QUETIAPINE 400 | | | | | | | 155 (g/L) |
| Visit of Event | S13 | 2005-05-03 (79) | QUETIAPINE 400 | 4.5 (mmol/L) | 8.2 (%)H | 4.38 (mmol/L)H | 3.73 (mmol/L) | 0.91 (mmol/L)L | | 123 (g/L)L |
| Final Study Visit | S13 | 2005-05-03 (79) | QUETIAPINE 400 | 4.5 (mmol/L) | 8.2 (%)H | 4.38 (mmol/L)H | 3.73 (mmol/L) | 0.91 (mmol/L)L | | 123 (g/L)L |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-02-09 (-4) | PreTrt | 239 (10**9/L) | 7.9 (10**9/L) | 5.22 (10**9/L) | 41 (IU/L) | 25 (IU/L) | 106 (umol/L) | 4.09 (mIU/L) | 12.3 (pmol/L) |
| Visit prior to Event | S5 | 2005-04-11 (57) | QUETIAPINE 400 | 198 (10**9/L) | 8.0 (10**9/L) | 5.44 (10**9/L) | | | | | |
| Visit of Event | S13 | 2005-05-03 (79) | QUETIAPINE 400 | 196 (10**9/L) | 12.0 (10**9/L) | 9.94 (10**9/L)H | 27 (IU/L) | 16 (IU/L) | 186 (umol/L)H | 5.46 (mIU/L) | 9.2 (pmol/L)L |
| Final Study Visit | S13 | 2005-05-03 (79) | QUETIAPINE 400 | 196 (10**9/L) | 12.0 (10**9/L) | 9.94 (10**9/L)H | 27 (IU/L) | 16 (IU/L) | 186 (umol/L)H | 5.46 (mIU/L) | 9.2 (pmol/L)L |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range.  H=above normal range, NR=not recorded    * - unscheduled visit

5

2285

CONFIDENTIAL
AZSER12746732

**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00126/E1310005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

6

2286

CONFIDENTIAL
AZSER12746733

Subject identifier
D1447C00126/E1310005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Narrative event
SAE, DAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-09-01 (-166) | 2005-06-02 (109)# | Yes | LITHIUM | 1000 mg | Bipolar disorder |
| 2005-01-14 (-31)# | 2005-06-02 (109)# | Yes | ATORVASTATIN | 40 mg | Hypolipemiant |
| 2005-01-14 (-31)# | 2005-06-02 (109)# | Yes | CLOPIDOGREL | 75 mg | Ischemic cardiopathy |
| 2005-01-14 (-31)# | 2005-06-02 (109)# | Yes | ENALAPRIL | 10 mg | Hypertension |
| 2005-01-14 (-31)# | 2005-06-02 (109)# | Yes | GLYCERYL TRINITRATE | 15 mg | Ischemic cardiopathy |
| 2005-01-14 (-31)# | 2005-06-02 (109)# | Yes | GLYCERYL TRINITRATE | 5 mg | Ischemic cardiopathy |
| 2005-01-14 (-31)# | 2005-06-02 (109)# | Yes | INSULIN | 44 UI | Diabetes mellitus II type |
| 2005-01-14 (-31)# | 2005-06-02 (109)# | Yes | PANTOPRAZOLE | 20 mg | Gastric protector |
| 2005-01-14 (-31)# | 2005-06-02 (109)# | Yes | PREDNICARBATE | 1 mg | Cutaneous psoriasis |
| 2005-01-14 (-31)# | 2005-06-02 (109)# | Yes | PROPRANOLOL | 120 mg | Ischemic cardiopathy |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

7

2287

CONFIDENTIAL
AZSER12746734

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E1401001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event:**

| | |
|---|---|
| Death: | No |
| SAE: | PSYCHOTIC DISORDER |
| DAE: | PSYCHOTIC DISORDER |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 49 | Male | Caucasian | 70 | 2004-09-09 | 2004-11-17 | QUETIAPINE 500 | 2004-12-21 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

Current:

Past:

**Death information:**

| | |
|---|---|
| Date of death: | No death |
| Cause of death: | |
| Post-mortem: | |

2288

1

CONFIDENTIAL
AZSER12746735

**Subject identifier**
D1447C00126/E1401001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2004-10-14 (36) | NA | OEDEMA PERIPHERAL(Oedema in hands) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2004-10-14 (36) | NA | WEIGHT INCREASED(Weight gain) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 500 | 2004-11-13 (66) | 2004-12-06 (89) | PSYCHOTIC DISORDER(Psychosis) | 9.1 | Resolved | No | Yes | Yes /{HO} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2289

CONFIDENTIAL
AZSER12746736

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E1401001 | Open Label - QUETIAPINE 500 | SAE, DAE |

**Descriptive text:**

{PSYCHOSIS} A report was received from an investigator concerning a 50 year old male patient enrolled in study D1447C00126, a multicenter, randomized, parallel-group, double-blind, phase iii comparison of the efficacy and safety of quetiapine fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to placebo when used as adjunct to mood stabilizers (lithium or valproate) in the maintenance treatment of bipolar i disorder in adult patients. Concomitant drugs included valproate sodium for bipolar disorder, zopiclone for insomnia prophylaxis, propionazine maleate for insomnia prophylaxis and furosemide for peripheral oedema. The patient began study drug on 09-SEP-2004 and experienced severe psychosis which started on 13-NOV-2004. The event(s) were considered serious due to hospitalization. The patient recovered without sequelae. The investigator considered the event(s) to be unrelated to the study therapy. Summary of follow-up information received by AstraZeneca 21-Dec-2004: Outcome of the event.

2290

3

CONFIDENTIAL
AZSER12746737

**Subject identifier**
D1447C00126/E1401001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event**
SAE, DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-09-01 (-7) | PreTrt | | 5.7 (%) | 3.32 (mmol/L)H | 5.18 (mmol/L) | 1.17 (mmol/L) | | 131 (g/L) |
| Visit prior to Event | S5 | 2004-10-27 (49) | QUETIAPINE 400 | | | | | | | 138 (g/L) |
| Visit after Event | S13 | 2004-12-21 (104) | OffTrt | 6.9 (mmol/L)H | 5.6 (%) | 4.40 (mmol/L)H | 4.74 (mmol/L) | 1.04 (mmol/L) | | 136 (g/L) |
| Final Study Visit | S13 | 2004-12-21 (104) | OffTrt | 6.9 (mmol/L)H | 5.6 (%) | 4.40 (mmol/L)H | 4.74 (mmol/L) | 1.04 (mmol/L) | | 136 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-09-01 (-7) | PreTrt | 161 (10**9/L) | 6.8 (10**9/L) | 2.46 (10**9/L) | 23 (IU/L) | 24 (IU/L) | 71 (umol/L) | 1.47 (mIU/L) | 12.6 (pmol/L) |
| Visit prior to Event | S5 | 2004-10-27 (49) | QUETIAPINE 400 | 203 (10**9/L) | 5.0 (10**9/L) | 1.84 (10**9/L)L | | | | | |
| Visit after Event | S13 | 2004-12-21 (104) | OffTrt | 149 (10**9/L) | 4.7 (10**9/L) | 1.85 (10**9/L)L | 35 (IU/L) | 29 (IU/L) | 88 (umol/L) | 1.31 (mIU/L) | 12.9 (pmol/L) |
| Final Study Visit | S13 | 2004-12-21 (104) | OffTrt | 149 (10**9/L) | 4.7 (10**9/L) | 1.85 (10**9/L)L | 35 (IU/L) | 29 (IU/L) | 88 (umol/L) | 1.31 (mIU/L) | 12.9 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * - unscheduled visit

2291

4

CONFIDENTIAL
AZSER12746738

**Narrative event**
SAE, DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Subject identifier**
D1447C00126/E1401001

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2292

CONFIDENTIAL
AZSER12746739

Subject identifier
D1447C00126/E1401001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event**
SAE, DAE

## Medication information:  Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-08-09 (-31)# | 2004-12-17 (100)# | Yes | PROPIOMAZINE | 25 mg | Insomnia prophylaxis |
| 2004-08-09 (-31)# | 2004-12-17 (100)# | Yes | VALPROIC ACID | 1500 mg | Bipolar disorder |
| 2004-08-09 (-31)# | 2004-12-17 (100)# | Yes | ZOPICLONE | 7.5 mg | Insomnia prophylaxis |
| 2004-10-20 (42) | 2004-11-19 (72) | No | FUROSEMIDE | 30 mg | Peripher oedema |
| 2004-11-17 (70) | 2004-11-17 (70) | No | DIAZEPAM | 10 mg | Anxiety |
| 2004-11-17 (70) | 2004-12-17 (100)# | Yes | QUETIAPINE | 400 mg | Bipolar disorder |
| 2004-11-20 (73) | 2004-12-17 (100)# | Yes | FUROSEMIDE | 40 mg | Peripher oedema |
| 2004-11-25 (78) | 2004-12-17 (100)# | Yes | LACTULOSE | 10 ml | Obstipation |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2293

6

CONFIDENTIAL
AZSER12746740

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E1405004

Study phase-treatment during which event occurred
Randomized - QUETIAPINE 400

**Narrative event:**

| Death: | No |
| SAE: | BENIGN PROSTATIC HYPERPLASIA |
| DAE: | No |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 61 | Male | Caucasian | 140 | 2005-03-29 | 2005-08-15 | QUETIAPINE 400 | 2006-08-16 | Other (study stopped by sponsor) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| 366 | 2005-08-16 | 2006-08-16 |

**Medical History:**

| Current: | psoriasis, prostatit |
| Past: | ulcerated colitis |

**Death information:**

| Date of death: | No death |
| Cause of death: | |
| Post-mortem: | |

1

2294

CONFIDENTIAL
AZSER12746741

**Subject identifier**
D1447C00126/E1405004

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discontinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2005-04-05 (8) | 2005-05-24 (57) | DRY MOUTH(Xerostomia) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-07-31 (125) | 2005-07-31 (125) | AMNESIA(Amnesia) | 9.1 | Resolved | No | No | No | Mild |
| RD | QUETIAPINE 400 | 2005-08-20 (5) | 2006-03-22 (219) | BENIGN PROSTATIC HYPERPLASIA(Prostata hyperplasia) | 9.1 | Resolved | No | No | Yes / {HO} | Severe |
| RD | QUETIAPINE 400 | 2005-11-04 (81) | 2005-11-04 (81) | AMNESIA(Amnesia) | 9.1 | Resolved | No | No | No | Mild |
| RD | QUETIAPINE 400 | 2006-03-22 (219) | NA | URINARY TRACT PAIN(Urinary pain) | 9.1 | Continuing | No | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2295

CONFIDENTIAL
AZSER12746742

**Subject identifier**
D1447C00126/E1405004

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

**Narrative event**
SAE

**Descriptive text:**

{PROSTATIC HYPERPLASIA} A report was received from an investigator concerning a 62 years-old male patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  Concomitant drugs included lithium sulfate for bipolar disorder, betamethasone dipropionate for psoriasis and zopiclone for sleeplessness.   The patient had a history of concomitant psoriasis, cataract dx, concomitant prostatit, ileostomi, cyste crena ani and epithelial membrane dx.   The patient began open-label treatment phase on 29-MAR-2005 and started the randomized treatment phase on 16-AUG-2005. He was diagnosed with severe prostatic hyperplasia on 20-AUG-2005. He had urinating difficulties and was treated with dutasteride and alfuzosin. On 22-MAR-2006 he had a policlinical operation and was feeling good. The event was considered serious due to hospitalization. The patient recovered without sequelae.   The investigator considered the event to be unrelated to the study therapy.   When the study was unblinded on 07-Dec-2006 it was determined that the patient received quetiapine fumarate.

2296

3

CONFIDENTIAL
AZSER12746743

**Subject identifier**
D1447C00126/E1405004

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-03-22 (-7) | PreTrt | 5.9 (mmol/L) | 5.7 (%) | 2.81 (mmol/L) | 4.56 (mmol/L) | 1.24 (mmol/L) | | 149 (g/L) |
| Visit prior to Event | Randomization (V1) | 2005-08-16 (1) | QUETIAPINE 800 | 5.1 (mmol/L) | 5.5 (%) | 3.57 (mmol/L)H | 5.05 (mmol/L) | 1.27 (mmol/L) | | 150 (g/L) |
| Visit of Event | V7 | 2005-11-08 (85) | QUETIAPINE 400 | 5.0 (mmol/L) | 5.7 (%) | 3.07 (mmol/L)H | 4.58 (mmol/L) | 1.35 (mmol/L) | | 146 (g/L) |
| Visit of Event | V11 | 2006-02-28 (197) | QUETIAPINE 400 | 5.7 (mmol/L) | 5.5 (%) | 2.20 (mmol/L) | 4.69 (mmol/L) | 1.40 (mmol/L) | | 146 (g/L) |
| Visit after Event | V14 | 2006-05-23 (281) | QUETIAPINE 400 | 5.1 (mmol/L) | 5.6 (%) | 4.11 (mmol/L)H | 5.39 (mmol/L)H | 1.42 (mmol/L) | | 144 (g/L) |
| Final Study Visit | V23 | 2006-08-15 (365) | QUETIAPINE 400 | 5.8 (mmol/L) | 5.8 (%) | 3.92 (mmol/L)H | 4.79 (mmol/L) | 1.24 (mmol/L) | | 144 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-03-22 (-7) | PreTrt | 162 (10**9/L) | 7.5 (10**9/L) | 3.85 (10**9/L) | 57 (IU/L)H | 25 (IU/L) | 97 (umol/L) | 1.33 (mIU/L) | 15.7 (pmol/L) |
| Visit prior to Event | Randomization (V1) | 2005-08-16 (1) | QUETIAPINE 800 | 176 (10**9/L) | 6.6 (10**9/L) | 3.66 (10**9/L) | 39 (IU/L) | 21 (IU/L) | 97 (umol/L) | 1.43 (mIU/L) | 12.5 (pmol/L) |
| Visit of Event | V7 | 2005-11-08 (85) | QUETIAPINE 400 | 178 (10**9/L) | 8.1 (10**9/L) | 5.09 (10**9/L) | 28 (IU/L) | 18 (IU/L) | 106 (umol/L) | 1.88 (mIU/L) | 12.8 (pmol/L) |
| Visit of Event | V11 | 2006-02-28 (197) | QUETIAPINE 400 | 169 (10**9/L) | 7.1 (10**9/L) | 3.71 (10**9/L) | 31 (IU/L) | 18 (IU/L) | 97 (umol/L) | 2.52 (mIU/L) | 12.9 (pmol/L) |
| Visit after Event | V14 | 2006-05-23 (281) | QUETIAPINE 400 | 174 (10**9/L) | 7.4 (10**9/L) | 4.12 (10**9/L) | 34 (IU/L) | 20 (IU/L) | 97 (umol/L) | 2.37 (mIU/L) | 12.0 (pmol/L) |

4

2297

CONFIDENTIAL
AZSER12746744

**Subject identifier**
D1447C00126/E1405004

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

**Narrative event**
SAE

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Final Study Visit | V23 | 2006-08-15 (365) | QUETIAPINE 400 | | 6.6 (10**9/L) | 3.29 (10**9/L) | 33 (IU/L) | 19 (IU/L) | 102 (umol/L) | 2.16 (mIU/L) | 13.0 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

2298

5

CONFIDENTIAL
AZSER12746745

**Narrative event**
SAE

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

**Subject identifier**
D1447C00126/E1405004

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2299

6

CONFIDENTIAL
AZSER12746746

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

**Subject identifier**
D1447C00126/E1405004

## Medication information:  Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-04-12 (15) | 2006-09-15 (396)# | Yes | LITHIUM | 210 mg | Bipolar disorder |
| 2005-06-21 (85) | 2006-09-15 (396)# | Yes | ZOPICLONE | 7.5 mg | Sleeplessness per need |
| 2005-11-25 (102) | 2006-03-22 (219) | No | ALFUZOSIN | 10 mg | Hyperplasia of the benign prostate |
| 2005-11-25 (102) | 2006-03-22 (219) | No | DUTASTERIDE | 0.5 mg | Hyperplasia of the benign prostate |
| 2006-03-22 (219) | 2006-03-31 (228) | No | CIPROFLOXACIN | 1000 mg | Prophylactic for prostatitis |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2300

7

CONFIDENTIAL
AZSER12746747