**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E1701004

Narrative event
SAE, DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event:**

| | |
|---|---|
| Death: | No |
| SAE: | TRANSIENT ISCHAEMIC ATTACK |
| DAE: | TRANSIENT ISCHAEMIC ATTACK |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 71 | Male | Caucasian | 5 | 2005-12-06 | 2005-12-10 | QUETIAPINE 100 | 2006-01-09 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

| | |
|---|---|
| Current: | arterial hypertension, weakness of muscles |
| Past: | mastoiditis, acute cerebral stroke |

**Death information:**

| | |
|---|---|
| Date of death: | No death |
| Cause of death: | |
| Post-mortem: | |

2301

1

CONFIDENTIAL
AZSER12746748

**Subject identifier**
D1447C00126/E1701004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2005-12-10 (5) | 2005-12-11 (6) | TRANSIENT ISCHAEMIC ATTACK(Transient ischemic attack) | 9.1 | Resolved | No | Yes | Yes / {LT HO ME} | Severe |
| OL | QUETIAPINE 100 | 2005-12-10 (5) | 2006-01-31 (57) | MUSCULAR WEAKNESS(Muscle weakness aggravated) | 9.1 | Resolved | No | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2

2302

CONFIDENTIAL
AZSER12746749

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E1701004 | Open Label - QUETIAPINE 100 | SAE, DAE |

**Descriptive text:**

{TRANSIENT ISCHAEMIC ATTACK} A report was received from an investigator concerning a 71-year-old male patient enrolled in study D1447C00126, a Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  (Patient was in open-label treatment phase.)  Concomitant drugs included amlodipine besilate for hypertension, clonazepate, aceprometazine, acepromazine for insomnia, paracetamol for pain in legs, milnacipran for depression, paraffin, liquid and macrogol, bicarbonate sodium, potassium chloride, sodium chloride for constipation, diazepam for anxiety and lithium carbonate for bipolar disorder.  The patient had a history of mastoiditis, tobacco abuse, narrow lumbar spinal canal, cerebral stroke and muscle weakness. The patient began study drug on 06-DEC-2005 and experienced ischaemic attack which started on 10-DEC-2005, i.e. five days after start of Seroquel (quetiapine). Associated symptoms were focal neurological deficit with hemiplegia, facial paralysis and dysarthria. Brain CT-scan was consistent with transient ischemic attack in left temporal lobe. The symptoms regressed within 24 hours. The event(s) were considered serious due to hospitalization, life threatening and medically important.  At the time of reporting, the patient recovered without sequelae.   The patient received corrective treatment with Aspirin (acetylsalicylic acid).  The investigator considered the event(s) to be unrelated to the study therapy.   Summary of FU information received on 21-DEC-2005: reported SAE term amended, stop date of study drug changed and medical history added. Narrative and appropriate fields in Clintrace updated accordingly.  Follow-up information received on 20-JUN-2006; Medical history updated - event changed from "suspicion of transient ischemic attack" to "transient ischemic attack" - lab data u pdated - Narrative amended accordingly.

2303

3

CONFIDENTIAL
AZSER12746750

**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00126/E1701004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-11-29 (-6) | PreTrt | 5.2 (mmol/L) | 5.6 (%) | 1.02 (mmol/L) | 5.54 (mmol/L)H | 1.45 (mmol/L) | | 129 (g/L) |
| Visit prior to Event | Enrollment | 2005-11-29 (-6) | PreTrt | 5.2 (mmol/L) | 5.6 (%) | 1.02 (mmol/L) | 5.54 (mmol/L)H | 1.45 (mmol/L) | | 129 (g/L) |
| Visit after Event | S13 | 2006-01-09 (35) | OffTrt | 5.2 (mmol/L) | 5.1 (%) | 0.96 (mmol/L) | 4.69 (mmol/L) | 1.71 (mmol/L) | | 116 (g/L)L |
| Final Study Visit | S13 | 2006-01-09 (35) | OffTrt | 5.2 (mmol/L) | 5.1 (%) | 0.96 (mmol/L) | 4.69 (mmol/L) | 1.71 (mmol/L) | | 116 (g/L)L |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-11-29 (-6) | PreTrt | 268 (10**9/L) | 6.6 (10**9/L) | 3.84 (10**9/L) | 32 (IU/L) | 24 (IU/L) | 88 (umol/L) | 1.77 (mIU/L) | 11.7 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-11-29 (-6) | PreTrt | 268 (10**9/L) | 6.6 (10**9/L) | 3.84 (10**9/L) | 32 (IU/L) | 24 (IU/L) | 88 (umol/L) | 1.77 (mIU/L) | 11.7 (pmol/L) |
| Visit after Event | S13 | 2006-01-09 (35) | OffTrt | 318 (10**9/L) | 7.3 (10**9/L) | 4.16 (10**9/L) | 27 (IU/L) | 23 (IU/L) | 88 (umol/L) | 2.43 (mIU/L) | 11.7 (pmol/L) |
| Final Study Visit | S13 | 2006-01-09 (35) | OffTrt | 318 (10**9/L) | 7.3 (10**9/L) | 4.16 (10**9/L) | 27 (IU/L) | 23 (IU/L) | 88 (umol/L) | 2.43 (mIU/L) | 11.7 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

2304

4

CONFIDENTIAL
AZSER12746751

Narrative event
SAE, DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Subject identifier**
D1447C00126/E1701004

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2305

CONFIDENTIAL
AZSER12746752

**Subject identifier**
D1447C00126/E1701004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

## Medication information: Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-11-05 (-3)# | 2006-01-09 (35)# | Yes | NOCTRAN 10 | 10 mg | Insomnia |
| 2005-11-24 (-12) | 2006-01-09 (35)# | Yes | AMLODIPINE | 10 mg | Hypertension |
| 2005-12-05 (-1) | 2006-01-09 (35)# | Yes | LITHIUM | 800 mg | Bipolar disorder |
| 2005-12-06 (1) | 2006-01-09 (35)# | Yes | MILNACIPRAN | 200 mg | Depression |
| 2005-12-07 (2) | 2006-01-09 (35)# | Yes | NULYTELY | 13.8 g | Constipation |
| 2005-12-07 (2) | 2006-01-09 (35)# | Yes | PARAFFIN, LIQUID | 11.73 g | Constipation |
| 2005-12-10 (5) | 2006-01-09 (35)# | Yes | DIAZEPAM | 10 mg | Anxiety |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2306

6

CONFIDENTIAL
AZSER12746753

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E1705005

Narrative event
SAE, DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 700

**Narrative event:**

| | |
|---|---|
| Death: | No |
| SAE: | SUICIDE ATTEMPT |
| DAE: | SUICIDE ATTEMPT |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 51 | Female | Caucasian | 72 | 2006-01-18 | 2006-03-30 | QUETIAPINE 700 | 2006-03-31 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

| | |
|---|---|
| Current: | |
| Past: | hypertension |

**Death information:**

| | |
|---|---|
| Date of death: | No death |
| Cause of death: | |
| Post-mortem: | |

2307

1

CONFIDENTIAL
AZSER12746754

**Subject identifier**
D1447C00126/E1705005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 700

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 600 | 2006-01-31 (14) | 2006-02-02 (16) | NAUSEA(Nausea) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 700 | 2006-03-28 (70) | 2006-03-30 (72) | SUICIDE ATTEMPT(Attempted suicide) | 9.1 | Resolved | No | Yes | Yes / {HO} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2

2308

CONFIDENTIAL
AZSER12746755

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E1705005 | Open Label - QUETIAPINE 700 | SAE, DAE |

**Descriptive text:**

{ATTEMPTED SUICIDE} A report was received from an investigator concerning a 52-year-old female patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  Concomitant drugs included valproate semisodium for bipolar I disorder, olanzapine for bipolar I disorder, venlafaxine hydrochloride for bipolar I disorder, clonazepam for bipolar I disorder, cyanemazine for bipolar I disorder, hydroxyzine for insomnia, lorazepam for anxiety, loxapine succinate for anxiety, alimemazine for insomnia and phloroglucinol/trimethylphloroglucinol for nausea.  The patient had a history of hypertension, gastroplasty, cholecystectomy and hysterectomy.  The patient began study drug on 18-JAN-2006. She experienced asthenia, anxiety and depression (events related to the disease according to the investigator) leading to changes in Seroquel daily dose. The patient also experienced nausea (non serious adverse event) from 21-JAN-2006 to 02-FEB-2006.  On 28-MAR-2006, the patient attempted suicide by walking on railway tracks. The patient recovered without sequelae on 30-MAR-2006. The event(s) were considered serious due to hospitalization.   The investigator considered the event(s) to be unrelated to the study therapy.

3

2309

CONFIDENTIAL
AZSER12746756

**Subject identifier**
D1447C00126/E1705005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 700

**Narrative event**
SAE, DAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-11 (-6) | PreTrt | 4.9 (mmol/L) | 5.7 (%) | 3.20 (mmol/L)H | 6.60 (mmol/L)H | 1.30 (mmol/L) | | 141 (g/L) |
| Visit prior to Event | S5 | 2006-03-15 (57) | QUETIAPINE 700 | | | | | | | 153 (g/L) |
| Visit of Event | S13 | 2006-03-30 (72) | QUETIAPINE 700 | 5.2 (mmol/L) | 5.9 (%) | 2.50 (mmol/L) | 4.90 (mmol/L) | 1.30 (mmol/L) | | 134 (g/L) |
| Final Study Visit | S13 | 2006-03-30 (72) | QUETIAPINE 700 | 5.2 (mmol/L) | 5.9 (%) | 2.50 (mmol/L) | 4.90 (mmol/L) | 1.30 (mmol/L) | | 134 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-11 (-6) | PreTrt | 269 (10**9/L) | 8.5 (10**9/L) | 4.22 (10**9/L) | 39 (IU/L)H | 25 (IU/L) | 62 (umol/L) | 2.34 (mIU/L) | 11.2 (pmol/L) |
| Visit prior to Event | S5 | 2006-03-15 (57) | QUETIAPINE 700 | 272 (10**9/L) | 7.6 (10**9/L) | 2.92 (10**9/L) | | | | | |
| Visit of Event | S13 | 2006-03-30 (72) | QUETIAPINE 700 | 299 (10**9/L) | 7.3 (10**9/L) | 3.38 (10**9/L) | 28 (IU/L) | 26 (IU/L) | 53 (umol/L) | 2.00 (mIU/L) | 11.2 (pmol/L) |
| Final Study Visit | S13 | 2006-03-30 (72) | QUETIAPINE 700 | 299 (10**9/L) | 7.3 (10**9/L) | 3.38 (10**9/L) | 28 (IU/L) | 26 (IU/L) | 53 (umol/L) | 2.00 (mIU/L) | 11.2 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range.  H=above normal range.  NR=not recorded     * - unscheduled visit

2310

4

CONFIDENTIAL
AZSER12746757

**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00126/E1705005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 700

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2311

CONFIDENTIAL
AZSER12746758

| | Subject identifier<br>D1447C00126/E1705005 | | Study phase-treatment during which event occurred<br>Open Label - QUETIAPINE 700 | | | Narrative event<br>SAE, DAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started<br>(day started) | Date stopped<br>(day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2006-01-25 (8) | 2006-04-29 (102)# | Yes | LORAZEPAM | 10 mg | Anxiety |
| 2006-03-20 (62) | 2006-04-29 (102)# | Yes | VALPROIC ACID | 1 g | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2312

6

CONFIDENTIAL
AZSER12746759

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E1709021

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 600

**Narrative event:**

Death:              No

SAE:                DEPRESSION

DAE:                DEPRESSION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 22 | Male | Caucasian | 43 | 2005-12-20 | 2006-01-31 | QUETIAPINE 600 | 2006-02-01 | Other (depressive event) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:

Past:

**Death information:**

Date of death:          No death

Cause of death:

Post-mortem:

2313

1

CONFIDENTIAL
AZSER12746760

**Subject identifier**
D1447C00126/E1709021

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 600 | 2006-01-12 (24) | 2006-01-31 (43) | SEDATION(Sedation) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 600 | 2006-01-22 (34) | NA | DEPRESSION(Depressive event) | 9.1 | Continuing | No | Yes | Yes / {HO} | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2

2314

CONFIDENTIAL
AZSER12746761

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E1709021 | Open Label - QUETIAPINE 600 | SAE, DAE |

**Descriptive text:**

{DEPRESSIVE EVENT} A report was received from an investigator concerning a 22 year old male patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included lithium carbonate for bipolar disorder. The patient began study drug on 20-DEC-2005 and experienced depressive event which started on 22-JAN-2006. The event(s) were considered serious due to hospitalization. As a consequence, study drug was stopped on 31-JAN-2006 and the patient was withdrawn from study. The patient recovered without sequelae on 23-FEB-2006. The investigator considered the event(s) to be unrelated to the study therapy. Follow-up received on 26-JUN-2006: Action taken with study drug updated - outcome updated - end date of event added - Narrative amended accordingly.

2315

3

CONFIDENTIAL
AZSER12746762

**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00126/E1709021

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-12-15 (-4) | PreTrt | 5.0 (mmol/L) | 5.4 (%) | 0.67 (mmol/L) | 4.14 (mmol/L) | 1.61 (mmol/L) | | 138 (g/L) |
| Visit prior to Event | S4 | 2006-01-16 (28) | QUETIAPINE 600 | | | | | | | 147 (g/L) |
| Final Study Visit | S13 | 2006-01-31 (43) | QUETIAPINE 600 | 4.1 (mmol/L) | 5.3 (%) | 1.36 (mmol/L) | 4.04 (mmol/L) | 1.35 (mmol/L) | | 148 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-12-15 (-4) | PreTrt | 271 (10**9/L) | 11.5 (10**9/L) | 7.25 (10**9/L) | 82 (IU/L)H | 44 (IU/L) | 53 (umol/L) | 3.89 (mIU/L) | 15.6 (pmol/L) |
| Visit prior to Event | S4 | 2006-01-16 (28) | QUETIAPINE 600 | 229 (10**9/L) | 6.6 (10**9/L) | 3.30 (10**9/L) | | | | | |
| Final Study Visit | S13 | 2006-01-31 (43) | QUETIAPINE 600 | 261 (10**9/L) | 9.5 (10**9/L) | 5.33 (10**9/L) | 20 (IU/L) | 19 (IU/L) | 62 (umol/L) | 4.03 (mIU/L) | 12.1 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H =above normal range, NR=not recorded    * - unscheduled visit

2316

4

CONFIDENTIAL
AZSER12746763

**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00126/E1709021

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2317

CONFIDENTIAL
AZSER12746764

Narrative event
SAE, DAE

Subject identifier
D1447C00126/E1709021

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-12-01 (-19) | 2006-03-02 (73)# | Yes | LITHIUM | 800 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2318

CONFIDENTIAL
AZSER12746765

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E1806003

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 800

Narrative event
SAE

**Narrative event:**

Death:            No

SAE:              DYSPNOEA

DAE:              No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|-----|-----|-----|-----|-----|-----|
| 48 | Male | Caucasian | 172 | 2006-01-09 | 2006-06-29 | QUETIAPINE 800 | 2006-06-29 | Other (manic episode) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

Current:          hypertension, allergic to penicillin

Past:

**Death information:**

Date of death:    No death

Cause of death:

Post-mortem:

1

2319

CONFIDENTIAL
AZSER12746766

**Subject identifier**
D1447C00126/E1806003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2006-01-09 (1) | 2006-01-23 (15) | SEDATION(Sedation) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 100 | 2006-01-09 (1) | 2006-02-03 (26) | INSOMNIA(Insomnia) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 200 | 2006-01-11 (3) | NA | PSORIASIS(Worsening of sebo-psoriasis) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 200 | 2006-01-11 (3) | 2006-01-24 (16) | MANIA(Worsening of mania) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 500 | 2006-01-15 (7) | 2006-02-09 (32) | ABNORMAL DREAMS(Strange dreams) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 600 | 2006-01-16 (8) | 2006-01-24 (16) | CONJUNCTIVITIS(Conjunctivitis) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 800 | 2006-01-20 (12) | 2006-01-20 (12) | DIZZINESS(Dizziness) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 800 | 2006-01-23 (15) | 2006-02-13 (36) | DIZZINESS(Dizzy spells) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 800 | 2006-01-24 (16) | 2006-01-26 (18) | DYSPNOEA(Dyspnoea) | 9.1 | Resolved | No | No | Yes / {HO} | Moderate |
| OL | QUETIAPINE 700 | 2006-02-09 (32) | 2006-03-14 (65) | HYPERSOMNIA(Hypersomnia) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2006-03-18 (69) | 2006-04-03 (85) | INSOMNIA(Insomnia) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 500 | 2006-06-23 (166) | NA | INSOMNIA(Insomnia) | 9.1 | Continuing | No | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2320

CONFIDENTIAL
AZSER12746767

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E1806003 | Open Label - QUETIAPINE 800 | SAE |

**Descriptive text:**

{DYSPNOEA} A report was received from an investigator concerning a 49 year old male patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  Concomitant drugs included enalapril for hypertension, indapamide for hypertension, lorazepam for bipolar disorder, valproate sodium for bipolar disorder and zolpidem tartrate for insomnia.   The patient had a history of allergic to penicillin. The patient began run-in study drug on 09-JAN-2006 and experienced moderate dyspnoea which started on 24-JAN-2006. The event(s) were considered serious due to hospitalization. The patient recovered without sequelae.   The investigator considered the event(s) to be unrelated to the study therapy.

2321

3

CONFIDENTIAL
AZSER12746768

**Subject identifier**
D1447C00126/E1806003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

**Narrative event**
SAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Missing | Enrollment * | Missing | NA | | | | | | | |
| Enrollment | Enrollment | 2006-01-03 (-5) | PreTrt | 6.4 (mmol/L) | 6.3 (%)H | 3.12 (mmol/L)H | 7.20 (mmol/L)H | 0.96 (mmol/L)L | | 141 (g/L) |
| Visit after Event | S4 | 2006-02-06 (29) | QUETIAPINE 700 | | | | | | | 133 (g/L) |
| Final Study Visit | S9 | 2006-06-26 (169) | QUETIAPINE 800 | 6.4 (mmol/L) | 7.4 (%)H | | | | | 141 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Missing | Enrollment * | Missing | NA | | | | | | | | |
| Enrollment | Enrollment | 2006-01-03 (-5) | PreTrt | | 11.1 (10**9/L) | 6.43 (10**9/L) | 43 (IU/L) | 40 (IU/L) | | | |
| Visit after Event | S4 | 2006-02-06 (29) | QUETIAPINE 700 | 267 (10**9/L) | 7.0 (10**9/L) | 3.26 (10**9/L) | 58 (IU/L)H | 45 (IU/L) | 62 (umol/L) | 3.48 (mIU/L) | 15.1 (pmol/L) |
| Final Study Visit | S9 | 2006-06-26 (169) | QUETIAPINE 800 | 245 (10**9/L) | 6.3 (10**9/L) | 3.21 (10**9/L) | | | | | |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range.  H=above normal range. NR=not recorded     * - unscheduled visit

2322

4

CONFIDENTIAL
AZSER12746769

**Subject identifier**
D1447C00126/E1806003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

**Narrative event**
SAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2323

CONFIDENTIAL
AZSER12746770

Narrative event
SAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

**Subject identifier**
D1447C00126/E1806003

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2006-01-09 (1) | 2006-04-03 (85) | No | ZOLPIDEM | 10 mg | Insomnia |
| 2006-01-09 (1)# | 2006-07-29 (202)# | Yes | ENALAPRIL | 20 mg | Hypertension |
| 2006-01-09 (1)# | 2006-07-29 (202)# | Yes | INDAPAMIDE | 2.5 mg | Hypertension |
| 2006-01-15 (7) | 2006-03-15 (66) | No | VALPROIC ACID | 2000 mg | Bipolar disorder |
| 2006-01-15 (7) | 2006-06-25 (168) | No | LORAZEPAM | 2 mg | Bipolar disorder |
| 2006-01-25 (17) | 2006-01-25 (17) | No | FUROSEMIDE | 60 mg | Dyspnoea |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2324

6

CONFIDENTIAL
AZSER12746771

**START OF E NARRATIVE**
**Subject identifier**
D1447C00126/E0112013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event:**

Death:              No

SAE:                No

DAE:                FATIGUE, WEIGHT INCREASED

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 41 | Female | Caucasian | 14 | 2005-11-21 | 2005-12-04 | QUETIAPINE 200 | 2006-01-02 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:            slight heart murmur, caffeine allergy, nut allergy, seasonal allergies

Past:               appendicitis, endometriosis

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

1

2325

CONFIDENTIAL
AZSER12746772

**Subject identifier**
D1447C00126/E0112013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon- tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-11-18 (-3) | NA | SOMNOLENCE(Drowsiness) | 9.1 | Continuing | Yes | No | No | Moderate |
| PreTrt | | 2005-11-18 (-3) | 2005-11-18 (-3) | NAUSEA(Nausea) | 9.1 | Resolved | No | No | No | Mild |
| PreTrt | | 2005-11-18 (-3) | 2005-11-18 (-3) | DIZZINESS(Dizziness) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 200 | 2005-11-28 (8) | NA | WEIGHT INCREASED(Excessive weight gain) | 9.1 | Continuing | Yes | Yes | No | Moderate |
| OffTrt | | 2005-12-05 (15) | NA | FATIGUE(Physical fatigue) | 9.1 | Continuing | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2326

2

CONFIDENTIAL
AZSER12746773

**Subject identifier**
D1447C00126/E0112013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Descriptive text:**

NA

2327

3

CONFIDENTIAL
AZSER12746774

**Subject identifier**
D1447C00126/E0112013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-11-14 (-6) | PreTrt | 4.4 (mmol/L) | 4.9 (%) | 0.81 (mmol/L) | 3.83 (mmol/L) | 1.45 (mmol/L) | | 144 (g/L) |
| Visit prior to Event | Enrollment | 2005-11-14 (-6) | PreTrt | 4.4 (mmol/L) | 4.9 (%) | 0.81 (mmol/L) | 3.83 (mmol/L) | 1.45 (mmol/L) | | 144 (g/L) |
| Final Study Visit | S13 | 2006-01-02 (43) | OffTrt | 4.6 (mmol/L) | 4.9 (%) | 1.23 (mmol/L) | 3.60 (mmol/L) | 1.30 (mmol/L) | | 135 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-11-14 (-6) | PreTrt | 313 (10**9/L) | 7.8 (10**9/L) | 5.60 (10**9/L) | 18 (IU/L) | 19 (IU/L) | 71 (umol/L) | 3.49 (mIU/L) | 11.7 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-11-14 (-6) | PreTrt | 313 (10**9/L) | 7.8 (10**9/L) | 5.60 (10**9/L) | 18 (IU/L) | 19 (IU/L) | 71 (umol/L) | 3.49 (mIU/L) | 11.7 (pmol/L) |
| Final Study Visit | S13 | 2006-01-02 (43) | OffTrt | 282 (10**9/L) | 7.2 (10**9/L) | 4.81 (10**9/L) | 18 (IU/L) | 20 (IU/L) | 71 (umol/L) | 4.27 (mIU/L) | 12.0 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * = unscheduled visit

2328

4

CONFIDENTIAL
AZSER12746775

Subject identifier
D1447C00126/E0112013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

Narrative event
DAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| Enrollment | 2005-11-14 (-7) | | PreTrt | 78.6 |
| S2 | 2005-11-28 (8) | QUETIAPINE 200 | OL | 80.9 |
| S2 | 2005-11-28 (8) | QUETIAPINE 200 | OL | 83.7 |
| S13 | 2006-01-02 (43) | | OffTrt | 81.2 |

5

2329

CONFIDENTIAL
AZSER12746776

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0112013 | Open Label - QUETIAPINE 200 | DAE |

## Medication information:  Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-10-21 (-3)# | 2006-01-03 (44)# | Yes | IBUPROFEN | 500 mg | Left knee joint pain |
| 2005-11-15 (-6) | 2006-01-03 (44)# | Yes | NARINE REPETABS | 10 mg | Seasonal allergies |
| 2005-11-21 (1) | 2005-12-13 (23) | No | VALPROIC ACID | 1000 mg | Bipolar |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2330

6

CONFIDENTIAL
AZSER12746777

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E010l011

Narrative event
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event:**

Death:         No

SAE:           No

DAE:           ENURESIS

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|------------------------|------------------------------|-----------------------|
| 56 | Female | Caucasian | 13 | 2005-08-11 | 2005-08-23 | QUETIAPINE 200 | 2005-08-24 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:        hypertension

Past:           gerd

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

1

2331

CONFIDENTIAL
AZSER12746778

**Subject identifier**
D1447C00126/E0101011

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discontinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2005-08-13 (3) | NA | SEDATION(Sedated) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 100 | 2005-08-13 (3) | 2005-08-13 (3) | DIZZINESS(Dizzy) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 100 | 2005-08-13 (3) | 2005-08-13 (3) | SYNCOPE(Fainted in heat) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 200 | 2005-08-15 (5) | NA | ENURESIS(Nocturnal incontinence) | 9.1 | Continuing | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 200 | 2005-08-15 (5) | NA | INCREASED APPETITE(Increase appetite) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 200 | 2005-08-16 (6) | NA | ABDOMINAL DISTENSION(Bloating) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 300 | 2005-08-19 (9) | NA | GASTROOESOPHAGEAL REFLUX DISEASE(Acid reflux) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-08-20 (10) | NA | SENSATION OF HEAVINESS(Heaviness in legs) | 9.1 | Continuing | Yes | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2

2332

CONFIDENTIAL
AZSER12746779

**Subject identifier**
D1447C00126/E0101011

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Descriptive text:**

NA

2333

3

CONFIDENTIAL
AZSER12746780

**Subject identifier**
D1447C00126/E0101011

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-08 (-2) | PreTrt | 4.7 (mmol/L) | 5.4 (%) | 2.00 (mmol/L) | 5.28 (mmol/L)H | 1.40 (mmol/L) | | 136 (g/L) |
| Visit prior to Event | Enrollment | 2005-08-08 (-2) | PreTrt | 4.7 (mmol/L) | 5.4 (%) | 2.00 (mmol/L) | 5.28 (mmol/L)H | 1.40 (mmol/L) | | 136 (g/L) |
| Final Study Visit | S13 | 2005-08-23 (13) | QUETIAPINE 400 | 4.6 (mmol/L) | 5.4 (%) | 3.46 (mmol/L)H | 6.89 (mmol/L)H | 1.79 (mmol/L) | | 140 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-08 (-2) | PreTrt | 366 (10**9/L) | 6.8 (10**9/L) | 3.11 (10**9/L) | 53 (IU/L)H | 33 (IU/L) | 71 (umol/L) | 2.11 (mIU/L) | 13.4 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-08-08 (-2) | PreTrt | 366 (10**9/L) | 6.8 (10**9/L) | 3.11 (10**9/L) | 53 (IU/L)H | 33 (IU/L) | 71 (umol/L) | 2.11 (mIU/L) | 13.4 (pmol/L) |
| Final Study Visit | S13 | 2005-08-23 (13) | QUETIAPINE 400 | 320 (10**9/L) | 7.3 (10**9/L) | 2.83 (10**9/L) | 124 (IU/L)H | 104 (IU/L)H | 71 (umol/L) | 6.46 (mIU/L)H | 9.5 (pmol/L)L |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range. H=above normal range. NR=not recorded     * = unscheduled visit

2334

CONFIDENTIAL
AZSER12746781

Narrative event
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

Subject identifier
D1447C00126/E0101011

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2335

CONFIDENTIAL
AZSER12746782

**Subject identifier**
D1447C00126/E0101011

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-05-12 (-91) | 2005-09-22 (43)# | Yes | ALPRAZOLAM | 1.5 mg | Bipolar disorder |
| 2005-05-12 (-91) | 2005-09-22 (43)# | Yes | VENLAFAXINE | 150 mg | Bipolar disorder |
| 2005-07-11 (-31)# | 2005-09-22 (43)# | Yes | CALCIUM CARBONATE | 500 mg | Calcium supplement |
| 2005-07-11 (-31)# | 2005-09-22 (43)# | Yes | GLUCOSAMINE | 4500 mg | Arthritis |
| 2005-07-11 (-31)# | 2005-09-22 (43)# | Yes | HYDROCHLOROTHIAZIDE | 50 mg | Hypertension |
| 2005-07-11 (-31)# | 2005-09-22 (43)# | Yes | LISINOPRIL | 10 mg | Hypertension |
| 2005-08-12 (2) | 2005-09-22 (43)# | Yes | VALPROIC ACID | 750 mg | Bipolar disorder |
| 2005-08-21 (11) | 2005-09-22 (43)# | Yes | CALCIUM CARBONATE | 6 tabs | Acid reflux |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2336

CONFIDENTIAL
AZSER12746783

# START OF E NARRATIVE

**Subject identifier**
D1447C00126/E0101014

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

## Narrative event:

Death:              No

SAE:                No

DAE:                DIABETES MELLITUS

## Baseline information and summary of treatment:

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 32 | Female | Caucasian | 183 | 2005-08-29 | 2006-02-27 | QUETIAPINE 400 | 2006-03-07 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

## Medical History:

Current:            back pain

Past:

## Death information:

Date of death:      No death

Cause of death:

Post-mortem:

2337

1

CONFIDENTIAL
AZSER12746784

**Subject identifier**
D1447C00126/E0101014

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-08-27 (-2) | 2005-09-15 (18) | MUSCULOSKELETAL PAIN(Left shoulder pain) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 200 | 2005-09-01 (4) | NA | SINUS HEADACHE(Intermittent sinus headaches) | 9.1 | Continuing | No | No | No | Moderate |
| OL | QUETIAPINE 300 | 2005-09-11 (14) | 2005-09-18 (21) | UPPER RESPIRATORY TRACT INFECTION(Upper respiratory infection) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-10-24 (57) | 2006-02-24 (180) | HYPERSOMNIA(Hypersomnia) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-11-07 (71) | 2005-12-30 (124) | PALPITATIONS(Palpitations) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-11-21 (85) | 2005-12-19 (113) | AMENORRHOEA(Amenorrhea) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-11-28 (92) | NA | NAUSEA(Nausea) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-12-05 (99) | 2005-12-13 (107) | FOOD CRAVING(Food cravings) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-12-30 (124) | 2006-01-15 (140) | PALPITATIONS(Palpitations) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2006-02-08 (164) | NA | DIZZINESS(Intermittent dizziness) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2006-02-13 (169) | NA | DIABETES MELLITUS(Diabetes mellitus type 2) | 9.1 | Continuing | Yes | Yes | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2338

CONFIDENTIAL
AZSER12746785

**Subject identifier**
D1447C00126/E0101014

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Descriptive text:**

NA

2339

3

CONFIDENTIAL
AZSER12746786

**Subject identifier**
D1447C00126/E0101014

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

### Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-23 (-5) | PreTrt | 5.2 (mmol/L) | 5.7 (%) | 3.56 (mmol/L) | 7.02 (mmol/L)H | 1.04 (mmol/L) | | 140 (g/L) |
| Visit prior to Event | S9 | 2006-02-07 (163) | QUETIAPINE 400 | 6.3 (mmol/L) | 6.6 (%)H | | | | | 140 (g/L) |
| Final Study Visit | S13 | 2006-03-07 (191) | OffTrt | 4.7 (mmol/L) | 6.2 (%)H | 2.61 (mmol/L) | 7.10 (mmol/L)H | 1.11 (mmol/L) | | 141 (g/L) |

### Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-23 (-5) | PreTrt | 271 (10**9/L) | 8.7 (10**9/L) | 5.15 (10**9/L) | 35 (IU/L) | 45 (IU/L)H | 62 (umol/L) | 1.56 (mIU/L) | 11.2 (pmol/L) |
| Visit prior to Event | S9 | 2006-02-07 (163) | QUETIAPINE 400 | 284 (10**9/L) | 8.6 (10**9/L) | 4.70 (10**9/L) | | | | | |
| Final Study Visit | S13 | 2006-03-07 (191) | OffTrt | 246 (10**9/L) | 8.7 (10**9/L) | 4.82 (10**9/L) | 26 (IU/L) | 33 (IU/L) | 62 (umol/L) | 2.96 (mIU/L) | 13.2 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * = unscheduled visit

2340

4

CONFIDENTIAL
AZSER12746787

Narrative event
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Subject identifier
D1447C00126/E0101014

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2341

CONFIDENTIAL
AZSER12746788

**Subject identifier**
D1447C00126/E0101014

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-09-14 (17) | 2006-03-29 (213)# | Yes | VALPROIC ACID | 1500 mg | Bipolar disorder |
| 2006-02-13 (169) | 2006-03-29 (213)# | Yes | GLIPIZIDE | 10 mg | Diabetes |
| 2006-02-13 (169) | 2006-03-29 (213)# | Yes | QUINAPRIL | 5 mg | Diabetes |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2342

CONFIDENTIAL
AZSER12746789

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E0101015

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event:**

Death:             No

SAE:               No

DAE:               FATIGUE

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|------------------------|
| 40 | Female | Caucasian | 27 | 2005-09-08 | 2005-10-04 | QUETIAPINE 200 | 2005-10-04 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:

Past:              herniated disk

**Death information:**

Date of death:     No death

Cause of death:

Post-mortem:

1

2343

CONFIDENTIAL
AZSER12746790

**Subject identifier**
D1447C00126/E0101015

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 200 | 2005-09-09 (2) | NA | FATIGUE(Fatigue) | 9.1 | Continuing | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 300 | 2005-09-12 (5) | NA | TREMOR(Hand tremor) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-09-19 (12) | NA | GASTROOESOPHAGEAL REFLUX DISEASE(Acid relux) | 9.1 | Continuing | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-09-19 (12) | NA | MEMORY IMPAIRMENT(Forgetfulness) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-09-19 (12) | 2005-10-01 (24) | TINNITUS(Tinnitis) | 9.1 | Resolved | No | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2344

CONFIDENTIAL
AZSER12746791

**Subject identifier**
D1447C00126/E0101015

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Descriptive text:**

NA

2345

3

CONFIDENTIAL
AZSER12746792

**Narrative event**
DAE

**Subject identifier**
D1447C00126/E0101015

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-09-01 (-6) | PreTrt | 5.6 (mmol/L) | 6.0 (%) | 2.12 (mmol/L) | 6.24 (mmol/L)H | 1.24 (mmol/L) | | 131 (g/L) |
| Visit prior to Event | Enrollment | 2005-09-01 (-6) | PreTrt | 5.6 (mmol/L) | 6.0 (%) | 2.12 (mmol/L) | 6.24 (mmol/L)H | 1.24 (mmol/L) | | 131 (g/L) |
| Final Study Visit | S13 | 2005-10-04 (27) | QUETIAPINE 400 | 5.8 (mmol/L) | 6.0 (%) | 3.29 (mmol/L)H | 7.25 (mmol/L)H | 1.14 (mmol/L) | | 132 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-09-01 (-6) | PreTrt | 326 (10**9/L) | 9.3 (10**9/L) | 6.27 (10**9/L) | 17 (IU/L) | 17 (IU/L) | 62 (umol/L) | 2.05 (mIU/L) | 8.3 (pmol/L)L |
| Visit prior to Event | Enrollment | 2005-09-01 (-6) | PreTrt | 326 (10**9/L) | 9.3 (10**9/L) | 6.27 (10**9/L) | 17 (IU/L) | 17 (IU/L) | 62 (umol/L) | 2.05 (mIU/L) | 8.3 (pmol/L)L |
| Final Study Visit | S13 | 2005-10-04 (27) | QUETIAPINE 400 | 334 (10**9/L) | 10.0 (10**9/L) | 6.18 (10**9/L) | 40 (IU/L)H | 40 (IU/L)H | 53 (umol/L) | 1.13 (mIU/L) | 10.8 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

2346

4

CONFIDENTIAL
AZSER12746793

| | Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|---|
| | D1447C00126/E0101015 | Open Label - QUETIAPINE 200 | DAE |

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2347

CONFIDENTIAL
AZSER12746794

| Subject identifier | | Study phase-treatment during which event occurred | | | Narrative event |
| D1447C00126/E0101015 | | Open Label - QUETIAPINE 200 | | | DAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-09-09 (2) | 2005-09-26 (19) | No | VALPROIC ACID | 1500 mg | Bipolar disorder |
| 2005-09-20 (13) | 2005-11-03 (57)# | Yes | ESOMEPRAZOLE | 1 tab | Acid reflux |
| 2005-09-27 (20) | 2005-10-03 (26) | No | VALPROIC ACID | 1250 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2348

6

CONFIDENTIAL
AZSER12746795

Narrative event
DAE

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0101019

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event:**

Death:        No

SAE:          No

DAE:          SOMNOLENCE

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 25 | Male | Caucasian | 88 | 2005-11-21 | 2006-02-16 | QUETIAPINE 100 | 2006-02-16 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

Current:

Past:

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

1

2349

CONFIDENTIAL
AZSER12746796

**Subject identifier**
D1447C00126/E0101019

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon- tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2005-11-22 (2) | NA | DRY MOUTH(Dry mouth) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 100 | 2005-11-22 (2) | NA | SOMNOLENCE(Drowsiness) | 9.1 | Continuing | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 100 | 2005-11-22 (2) | 2006-01-10 (51) | MUSCULAR WEAKNESS(muscle weakness) | 9.1 | Resolved | Yes | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2350

CONFIDENTIAL
AZSER12746797

**Subject identifier**
D1447C00126/E0101019

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Descriptive text:**

NA

2351

3

CONFIDENTIAL
AZSER12746798

**Subject identifier**
D1447C00126/E0101019

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Missing | S13 | Missing | NA | 4.7 (mmol/L) | 4.5 (%) | 1.39 (mmol/L) | 4.61 (mmol/L) | 1.01 (mmol/L)L | | 154 (g/L) |
| Missing | S13 | Missing | NA | 4.7 (mmol/L) | 4.5 (%) | 1.39 (mmol/L) | 4.61 (mmol/L) | 1.01 (mmol/L)L | | 154 (g/L) |
| Enrollment | Enrollment | 2005-11-15 (-5) | PreTrt | 4.4 (mmol/L) | 5.1 (%) | 1.42 (mmol/L) | 5.23 (mmol/L)H | 1.01 (mmol/L)L | | 162 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Missing | S13 | Missing | NA | 446 (10**9/L) | 8.1 (10**9/L) | 4.47 (10**9/L) | 16 (IU/L) | 15 (IU/L) | 106 (umol/L) | 2.33 (mIU/L) | 18.6 (pmol/L) |
| Missing | S13 | Missing | NA | 446 (10**9/L) | 8.1 (10**9/L) | 4.47 (10**9/L) | 16 (IU/L) | 15 (IU/L) | 106 (umol/L) | 2.33 (mIU/L) | 18.6 (pmol/L) |
| Enrollment | Enrollment | 2005-11-15 (-5) | PreTrt | 410 (10**9/L) | 7.8 (10**9/L) | 3.95 (10**9/L) | 26 (IU/L) | 22 (IU/L) | 88 (umol/L) | 2.56 (mIU/L) | 18.1 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * = unscheduled visit

2352

4

CONFIDENTIAL
AZSER12746799

Narrative event
DAE

Subject identifier
D1447C00126/E0101019

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2353

| Subject identifier | Study phase-treatment during which event occurred | | | | Narrative event |
|---|---|---|---|---|---|
| D1447C00126/E0101019 | Open Label - QUETIAPINE 100 | | | | DAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-11-15 (-6) | 2005-12-06 (16) | No | LITHIUM | 450 mg | bipolar disorder |
| 2005-12-07 (17) | 2006-03-18 (118)# | Yes | LITHIUM | 750 mg | bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2354

6

CONFIDENTIAL
AZSER12746801

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E0101026

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Narrative event:**

Death:               No

SAE:                 No

DAE:                 SOMNOLENCE

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 24  | Female | Caucasian | 3 | 2005-12-20 | 2005-12-22 | QUETIAPINE 100 | 2005-12-29 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:             asthma

Past:

**Death information:**

Date of death:       No death

Cause of death:

Post-mortem:

2355

1

CONFIDENTIAL
AZSER12746802

**Subject identifier**
D1447C00126/E0101026

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2005-12-20 (1) | 2005-12-22 (3) | SOMNOLENCE(dROWSINESS) | 9.1 | Resolved | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2356

2

CONFIDENTIAL
AZSER12746803

**Subject identifier**
D1447C00126/E0101026

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Descriptive text:**

NA

2357

3

CONFIDENTIAL
AZSER12746804

**Narrative event**
DAE

**Subject identifier**
D1447C00126/E0101026

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-12-13 (-6) | PreTrt | 3.9 (mmol/L) | 5.1 (%) | 1.29 (mmol/L) | 4.38 (mmol/L) | 1.32 (mmol/L) | | 149 (g/L) |
| Visit prior to Event | Enrollment | 2005-12-13 (-6) | PreTrt | 3.9 (mmol/L) | 5.1 (%) | 1.29 (mmol/L) | 4.38 (mmol/L) | 1.32 (mmol/L) | | 149 (g/L) |
| Visit after Event | S13 | 2005-12-29 (10) | OffTrt | 4.4 (mmol/L) | 5.1 (%) | 2.37 (mmol/L) | 4.56 (mmol/L) | 1.14 (mmol/L) | | 140 (g/L) |
| Final Study Visit | S13 | 2005-12-29 (10) | OffTrt | 4.4 (mmol/L) | 5.1 (%) | 2.37 (mmol/L) | 4.56 (mmol/L) | 1.14 (mmol/L) | | 140 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-12-13 (-6) | PreTrt | 289 (10**9/L) | 10.3 (10**9/L) | 6.78 (10**9/L) | 21 (IU/L) | 20 (IU/L) | 71 (umol/L) | 2.16 (mIU/L) | 10.3 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-12-13 (-6) | PreTrt | 289 (10**9/L) | 10.3 (10**9/L) | 6.78 (10**9/L) | 21 (IU/L) | 20 (IU/L) | 71 (umol/L) | 2.16 (mIU/L) | 10.3 (pmol/L) |
| Visit after Event | S13 | 2005-12-29 (10) | OffTrt | 283 (10**9/L) | 10.5 (10**9/L) | 6.91 (10**9/L) | 25 (IU/L) | 18 (IU/L) | 106 (umol/L) | 3.99 (mIU/L) | 11.0 (pmol/L) |
| Final Study Visit | S13 | 2005-12-29 (10) | OffTrt | 283 (10**9/L) | 10.5 (10**9/L) | 6.91 (10**9/L) | 25 (IU/L) | 18 (IU/L) | 106 (umol/L) | 3.99 (mIU/L) | 11.0 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

4

2358

CONFIDENTIAL
AZSER12746805

Narrative event
DAE

**Subject identifier**
D1447C00126/E0101026

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2359

CONFIDENTIAL
AZSER12746806

Narrative event DAE

Subject identifier
D1447C00126/E0101026

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-12-13 (-7) | 2006-01-21 (33)# | Yes | MONTELUKAST | 2 puffs | Asthma |
| 2005-12-13 (-7) | 2006-01-21 (33)# | Yes | VALPROIC ACID | 500 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2360

6

CONFIDENTIAL
AZSER12746807

**START OF E NARRATIVE**

| | |
|---|---|
| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
| D1447C00126/E0104004 | Open Label - QUETIAPINE 100 | DAE |

**Narrative event:**

Death:          No

SAE:            No

DAE:            DIZZINESS, NAUSEA, VOMITING

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 52 | Female | Other | 370 | 2005-08-08 | 2006-08-12 | QUETIAPINE 100 | 2005-08-12 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

Current:        fibromyalgia

Past:           hysterectomy

**Death information:**

Date of death:       No death

Cause of death:

Post-mortem:

1

2361

CONFIDENTIAL
AZSER12746808

**Subject identifier**
D1447C00126/E0104004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2005-08-08 (1) | NA | NAUSEA(Nausea) | 9.1 | Continuing | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 100 | 2005-08-08 (1) | NA | DIZZINESS(Dizzyness) | 9.1 | Continuing | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 100 | 2005-08-08 (1) | 2005-08-11 (4) | VOMITING(Vomiting) | 9.1 | Resolved | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2

2362

CONFIDENTIAL
AZSER12746809

**Subject identifier**
D1447C00126/E0104004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Descriptive text:**

NA

2363

3

CONFIDENTIAL
AZSER12746810

**Narrative event** DAE

**Subject identifier**
D1447C00126/E0104004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-01 (-6) | PreTrt | 5.1 (mmol/L) | 5.2 (%) | 2.92 (mmol/L)H | 4.84 (mmol/L) | 1.09 (mmol/L) | | 140 (g/L) |
| Visit prior to Event | Enrollment | 2005-08-01 (-6) | PreTrt | 5.1 (mmol/L) | 5.2 (%) | 2.92 (mmol/L)H | 4.84 (mmol/L) | 1.09 (mmol/L) | | 140 (g/L) |
| Final Study Visit | Enrollment | 2005-08-01 (-6) | PreTrt | 5.1 (mmol/L) | 5.2 (%) | 2.92 (mmol/L)H | 4.84 (mmol/L) | 1.09 (mmol/L) | | 140 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-01 (-6) | PreTrt | 347 (10**9/L) | 8.5 (10**9/L) | 6.22 (10**9/L) | 18 (IU/L) | 24 (IU/L) | 88 (umol/L) | 0.58 (mIU/L) | 13.7 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-08-01 (-6) | PreTrt | 347 (10**9/L) | 8.5 (10**9/L) | 6.22 (10**9/L) | 18 (IU/L) | 24 (IU/L) | 88 (umol/L) | 0.58 (mIU/L) | 13.7 (pmol/L) |
| Final Study Visit | Enrollment | 2005-08-01 (-6) | PreTrt | 347 (10**9/L) | 8.5 (10**9/L) | 6.22 (10**9/L) | 18 (IU/L) | 24 (IU/L) | 88 (umol/L) | 0.58 (mIU/L) | 13.7 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

2364

4

CONFIDENTIAL
AZSER12746811

Narrative event
DAE

**Subject identifier**
D1447C00126/E0104004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2365

5

CONFIDENTIAL
AZSER12746812

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0104004 | Open Label - QUETIAPINE 100 | DAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-07-08 (-31)# | 2006-09-11 (400)# | Yes | CYCLOBENZAPRINE | 10 mg | Fibromyalgia |
| 2005-07-08 (-31)# | 2006-09-11 (400)# | Yes | LITHIUM | 300 mg | Bipolar |
| 2005-07-08 (-31)# | 2006-09-11 (400)# | Yes | PROVELLA-14 | 625 mg | Post menopausal syndrome |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2366

CONFIDENTIAL
AZSER12746813

Narrative event
DAE

**START OF E NARRATIVE**
**Subject identifier**
D1447C00126/E0104009

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event:**

Death:           No

SAE:             No

DAE:             SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|----------------------|------------------------------|----------------------|
| 55 | Female | Black | 74 | 2005-09-19 | 2005-12-01 | QUETIAPINE 100 | 2005-12-01 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:          hypertension

Past:

**Death information:**

Date of death:    No death

Cause of death:

Post-mortem:

2367

1

CONFIDENTIAL
AZSER12746814

**Subject identifier**
D1447C00126/E0104009

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2005-09-19 (1) | NA | SEDATION(Sedation) | 9.1 | Continuing | Yes | Yes | No | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2368

2

CONFIDENTIAL
AZSER12746815

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0104009 | Open Label - QUETIAPINE 100 | DAE |

**Descriptive text:**

NA

2369

3

CONFIDENTIAL
AZSER12746816

**Subject identifier**
D1447C00126/E0104009

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Missing | S5 | Missing | NA | | | | | | | 131 (g/L) |
| Enrollment | Enrollment | 2005-09-13 (-5) | PreTrt | 4.6 (mmol/L) | 5.9 (%) | 2.15 (mmol/L) | 4.43 (mmol/L) | 1.06 (mmol/L) | | 132 (g/L) |
| Final Study Visit | S13 | 2005-12-01 (74) | QUETIAPINE 400 | 5.0 (mmol/L) | 6.0 (%) | 1.41 (mmol/L) | 4.51 (mmol/L) | 1.14 (mmol/L) | | 132 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Missing | S5 | Missing | NA | 271 (10**9/L) | 8.9 (10**9/L) | 3.95 (10**9/L) | | | | | |
| Enrollment | Enrollment | 2005-09-13 (-5) | PreTrt | | 10.3 (10**9/L) | 3.74 (10**9/L) | 39 (IU/L)H | 53 (IU/L)H | 88 (umol/L) | 1.07 (mIU/L) | 16.4 (pmol/L) |
| Final Study Visit | S13 | 2005-12-01 (74) | QUETIAPINE 400 | | 9.2 (10**9/L) | 3.99 (10**9/L) | 14 (IU/L) | 18 (IU/L) | 80 (umol/L) | 1.35 (mIU/L) | 14.1 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * - unscheduled visit

2370

4

CONFIDENTIAL
AZSER12746817

**Narrative event**
DAE

| Subject identifier | **Study phase-treatment during which event occurred** | | |
|---|---|---|---|
| D1447C00126/E0104009 | Open Label - QUETIAPINE 100 | | |

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2371

5

CONFIDENTIAL
AZSER12746818

**Subject identifier**
D1447C00126/E0104009

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-02-01 (-230) | 2005-12-31 (104)# | Yes | ACETYLSALICYLIC ACID | U .U | High blood pressure |
| 2005-02-01 (-230) | 2005-12-31 (104)# | Yes | AMLODIPINE | U .U | High blood pressure |
| 2005-02-01 (-230) | 2005-12-31 (104)# | Yes | ENALAPRIL | U .U | High blood pressure |
| 2005-02-01 (-230) | 2005-12-31 (104)# | Yes | FAMOTIDINE | U .U | Heartburn |
| 2005-02-01 (-230) | 2005-12-31 (104)# | Yes | VALPROIC ACID | U .U | Mood-secondary to bipolar |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2372

CONFIDENTIAL
AZSER12746819

Narrative event
DAE

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E0104012

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event:**

Death:           No

SAE:             No

DAE:             SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 41 | Male | Caucasian | 35 | 2005-12-07 | 2006-01-10 | QUETIAPINE 400 | 2006-01-11 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:          bladder second degree hypertonic

Past:

**Death information:**

Date of death:     No death

Cause of death:

Post-mortem:

1

2373

CONFIDENTIAL
AZSER12746820

**Subject identifier**
D1447C00126/E0104012

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discontinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-11-30 (-7) | 2005-11-30 (-7) | EPISTAXIS(Nose bleed) | 9.1 | Resolved | No | No | No | Mild |
| PreTrt | | 2005-12-02 (-5) | 2005-12-02 (-5) | EPISTAXIS(Nose bleed) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-12-10 (4) | NA | SEDATION(Sedation) | 9.1 | Continuing | Yes | Yes | No | Severe |
| OL | QUETIAPINE 400 | 2005-12-13 (7) | 2005-12-17 (11) | PYREXIA(Fever) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-12-13 (7) | 2005-12-17 (11) | NASAL CONGESTION(Stuffy nose) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-12-13 (7) | 2005-12-17 (11) | COUGH(Cough) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-12-13 (7) | 2005-12-17 (11) | PHARYNGOLARYNGEAL PAIN(Sore Throat) | 9.1 | Resolved | No | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2374

CONFIDENTIAL
AZSER12746821

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0104012 | Open Label - QUETIAPINE 400 | DAE |

**Descriptive text:**

NA

3

2375

CONFIDENTIAL
AZSER12746822

**Subject identifier**
D1447C00126/E0104012

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|-------|-------------|------------------------------|-------------------------------|---------|-------|---------------|------------------|-----|-----|-------------|
| Enrollment | Enrollment | 2005-11-29 (-7) | PreTrt | 6.8 (mmol/L)H | 4.9 (%) | 4.79 (mmol/L)H | 3.63 (mmol/L) | 0.67 (mmol/L)L | | 161 (g/L) |
| Visit prior to Event | Enrollment | 2005-11-29 (-7) | PreTrt | 6.8 (mmol/L)H | 4.9 (%) | 4.79 (mmol/L)H | 3.63 (mmol/L) | 0.67 (mmol/L)L | | 161 (g/L) |
| Final Study Visit | S13 | 2006-01-11 (36) | OffTrt | 6.7 (mmol/L)H | 5.2 (%) | 1.89 (mmol/L) | 3.42 (mmol/L) | 0.70 (mmol/L)L | | 152 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|-------|-------------|------------------------------|-------------------------------|---------------|-----------------|-------------|-----|-----|-----------|-----|-----|
| Enrollment | Enrollment | 2005-11-29 (-7) | PreTrt | 190 (10**9/L) | 8.7 (10**9/L) | 6.08 (10**9/L) | 30 (IU/L) | 20 (IU/L) | 106 (umol/L) | 2.14 (mIU/L) | 15.2 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-11-29 (-7) | PreTrt | 190 (10**9/L) | 8.7 (10**9/L) | 6.08 (10**9/L) | 30 (IU/L) | 20 (IU/L) | 106 (umol/L) | 2.14 (mIU/L) | 15.2 (pmol/L) |
| Final Study Visit | S13 | 2006-01-11 (36) | OffTrt | 156 (10**9/L) | 7.5 (10**9/L) | 4.31 (10**9/L) | 25 (IU/L) | 16 (IU/L) | 88 (umol/L) | 2.51 (mIU/L) | 14.6 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range, H=above normal range, NR=not recorded   * = unscheduled visit

2376

4

CONFIDENTIAL
AZSER12746823

**Narrative event**
DAE

**Subject identifier**
D1447C00126/E0104012

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2377

CONFIDENTIAL
AZSER12746824

| | **Subject identifier** | | **Study phase-treatment during which event occurred** | | | | **Narrative event** |
|---|---|---|---|---|---|---|---|
| | D1447C00126/E0104012 | | Open Label - QUETIAPINE 400 | | | | DAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-12-15 (9) | 2005-12-15 (9) | No | CO-TYLENOL | 2 Tabs | Common cold Sx: fever, stuffy nose cough sore hroat |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2378

CONFIDENTIAL
AZSER12746825

Narrative event
DAE

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E0107007

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 400

**Narrative event:**

Death:           No

SAE:             No

DAE:             SOMNOLENCE

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 37 | Female | Caucasian | 108 | 2005-10-17 | 2006-02-01 | QUETIAPINE 400 | 2006-02-06 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:         nausea

Past:

**Death information:**

Date of death:   No death

Cause of death:

Post-mortem:

1

2379

CONFIDENTIAL
AZSER12746826

**Subject identifier**
D1447C00126/E0107007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-10-11 (-6) | NA | VISION BLURRED(Blurred far vision) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 700 | 2005-10-18 (2) | 2005-10-21 (5) | CONSTIPATION(Constipation) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 700 | 2005-10-19 (3) | 2005-11-01 (16) | SOMNOLENCE(Somnolence) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 600 | 2005-10-26 (10) | 2005-10-29 (13) | CONSTIPATION(Constipation) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 500 | 2005-11-02 (17) | 2005-11-02 (17) | HEADACHE(Headache) | 9.1 | Resolved | No | No | No | Severe |
| OL | QUETIAPINE 500 | 2005-11-07 (22) | 2005-12-02 (47) | SOMNOLENCE(Somnolence) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 500 | 2005-11-11 (26) | 2005-11-11 (26) | CONSTIPATION(Constipation) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 500 | 2005-11-11 (26) | 2005-11-17 (32) | CONSTIPATION(Constipation) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 25 | 2005-12-05 (50) | 2005-12-05 (50) | HEADACHE(Headache) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-12-25 (70) | NA | SOMNOLENCE(Difficult awakening) | 9.1 | Continuing | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2380

CONFIDENTIAL
AZSER12746827

**Subject identifier**
D1447C00126/E0107007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Descriptive text:**

NA

2381

3

CONFIDENTIAL
AZSER12746828

**Subject identifier**
D1447C00126/E0107007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-10-10 (-6) | PreTrt | 4.8 (mmol/L) | 5.2 (%) | 1.01 (mmol/L) | 4.97 (mmol/L) | 1.92 (mmol/L) | | 140 (g/L) |
| Visit prior to Event | S5 | 2005-12-12 (57) | QUETIAPINE 150 | | | | | | | 134 (g/L) |
| Final Study Visit | S13 | 2006-02-06 (113) | OffTrt | 4.2 (mmol/L) | 5.1 (%) | 0.79 (mmol/L) | 4.30 (mmol/L) | 1.48 (mmol/L) | | 131 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-10-10 (-6) | PreTrt | 294 ($10^{**}9$/L) | 9.9 ($10^{**}9$/L) | 6.68 ($10^{**}9$/L) | 19 (IU/L) | 20 (IU/L) | 80 (umol/L) | 3.35 (mIU/L) | 8.4 (pmol/L) L |
| Visit prior to Event | S5 | 2005-12-12 (57) | QUETIAPINE 150 | 261 ($10^{**}9$/L) | 12.6 ($10^{**}9$/L)H | 8.87 ($10^{**}9$/L)H | | | | | |
| Final Study Visit | S13 | 2006-02-06 (113) | OffTrt | 285 ($10^{**}9$/L) | 9.6 ($10^{**}9$/L) | 6.14 ($10^{**}9$/L) | 18 (IU/L) | 18 (IU/L) | 80 (umol/L) | 2.94 (mIU/L) | 11.2 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range. H=above normal range. NR=not recorded.    * - unscheduled visit

2382

CONFIDENTIAL
AZSER12746829

Narrative event
DAE

**Subject identifier**
D1447C00126/E0107007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2383

CONFIDENTIAL
AZSER12746830

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Subject identifier**
D1447C00126/E0107007

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-10-20 (4) | 2006-03-03 (138)# | Yes | LINUM USITATISSIMUM | 4 caps | Nutritional supplement |
| 2005-12-02 (47) | 2006-03-03 (138)# | Yes | IBUPROFEN | 600 mg | Headache |
| 2005-12-13 (58) | 2006-03-03 (138)# | Yes | LITHIUM | 1200 mg | Bipolar |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2384

6

CONFIDENTIAL
AZSER12746831

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E0107016

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event:**

Death:              No

SAE:                No

DAE:                SOMNOLENCE

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 24 | Female | Caucasian | 29 | 2006-02-20 | 2006-03-20 | QUETIAPINE 200 | 2006-03-20 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

Current:            asthma, drug allergy - penicillin, drug allergy - sulfa, drug allergy - amoxicillin

Past:

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

1

2385

CONFIDENTIAL
AZSER12746832

**Subject identifier**
D1447C00126/E0107016

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2006-02-15 (-5) | NA | ALOPECIA(Hair loss) | 9.1 | Continuing | No | No | No | Mild |
| PreTrt | | 2006-02-19 (-1) | NA | ABNORMAL DREAMS(Vivid dreams) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 200 | 2006-02-22 (3) | NA | SOMNOLENCE(Extreme drowsiness) | 9.1 | Continuing | Yes | Yes | No | Severe |
| OL | QUETIAPINE 200 | 2006-02-22 (3) | NA | ASTHENIA(Generalised weakness) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 200 | 2006-02-22 (3) | NA | DIZZINESS(Light headed) | 9.1 | Continuing | Yes | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2386

CONFIDENTIAL
AZSER12746833

**Subject identifier**
D1447C00126/E0107016

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Descriptive text:**

NA

2387

3

CONFIDENTIAL
AZSER12746834

**Subject identifier**
D1447C00126/E0107016

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-02-13 (-6) | PreTrt | 4.2 (mmol/L) | 4.8 (%) | 0.86 (mmol/L) | 4.74 (mmol/L) | 1.79 (mmol/L) | | 153 (g/L) |
| Visit prior to Event | Enrollment | 2006-02-13 (-6) | PreTrt | 4.2 (mmol/L) | 4.8 (%) | 0.86 (mmol/L) | 4.74 (mmol/L) | 1.79 (mmol/L) | | 153 (g/L) |
| Final Study Visit | S13 | 2006-03-20 (29) | QUETIAPINE 400 | 5.2 (mmol/L) | 4.9 (%) | 1.20 (mmol/L) | 3.32 (mmol/L)L | 1.27 (mmol/L) | | 133 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-02-13 (-6) | PreTrt | 315 (10**9/L) | 8.4 (10**9/L) | 5.28 (10**9/L) | 17 (IU/L) | 26 (IU/L) | 71 (umol/L) | 3.68 (mIU/L) | 14.7 (pmol/L) |
| Visit prior to Event | Enrollment | 2006-02-13 (-6) | PreTrt | 315 (10**9/L) | 8.4 (10**9/L) | 5.28 (10**9/L) | 17 (IU/L) | 26 (IU/L) | 71 (umol/L) | 3.68 (mIU/L) | 14.7 (pmol/L) |
| Final Study Visit | S13 | 2006-03-20 (29) | QUETIAPINE 400 | 253 (10**9/L) | 6.5 (10**9/L) | 3.47 (10**9/L) | 11 (IU/L) | 17 (IU/L) | 71 (umol/L) | 2.24 (mIU/L) | 14.1 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

4

2388

CONFIDENTIAL
AZSER12746835

**Narrative event**
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Subject identifier**
D1447C00126/E0107016

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2389

5

CONFIDENTIAL
AZSER12746836

**Subject identifier**
D1447C00126/E0107016

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

## Medication information: Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2006-01-20 (-31)# | 2006-04-19 (59)# | Yes | SALBUTAMOL | 2 Puffs | Asthma |
| 2006-02-20 (1) | 2006-04-19 (59)# | Yes | VALPROIC ACID | 750 mg | Bipolar |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2390

6

CONFIDENTIAL
AZSER12746837

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0108005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Narrative event
DAE

**Narrative event:**

Death:                No

SAE:                  No

DAE:                  CONSTIPATION, SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 60 | Male | Caucasian | 32 | 2005-07-08 | 2005-08-08 | QUETIAPINE 400 | 2005-09-17 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:        hypertension, hypercholesterolemia, diabetes type ii, overactive bladder, leg cramps, infected lesion right forearm

Past:

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

2391

1

CONFIDENTIAL
AZSER12746838

**Subject identifier**
D1447C00126/E0108005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2005-08-03 (27) | NA | CONSTIPATION(Constipation) | 9.1 | Continuing | No | Yes | No | Moderate |
| OL | QUETIAPINE 400 | 2005-08-03 (27) | NA | SEDATION(Sedation) | 9.1 | Continuing | Yes | Yes | No | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2392

2

CONFIDENTIAL
AZSER12746839

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0108005 | Open Label - QUETIAPINE 400 | DAE |

**Descriptive text:**

NA

2393

3

CONFIDENTIAL
AZSER12746840

**Subject identifier**
D1447C00126/E0108005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-07-01 (-6) | PreTrt | 4.1 (mmol/L) | 5.8 (%) | 0.97 (mmol/L) | 4.01 (mmol/L) | 2.02 (mmol/L) | | 136 (g/L) |
| Visit prior to Event | Enrollment | 2005-07-01 (-6) | PreTrt | 4.1 (mmol/L) | 5.8 (%) | 0.97 (mmol/L) | 4.01 (mmol/L) | 2.02 (mmol/L) | | 136 (g/L) |
| Final Study Visit | S13 | 2005-08-08 (32) | QUETIAPINE 400 | 3.8 (mmol/L) | 6.2 (%)H | 0.69 (mmol/L) | 4.01 (mmol/L) | 2.05 (mmol/L) | | 130 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-07-01 (-6) | PreTrt | 103 (10**9/L)L | 6.6 (10**9/L) | 5.01 (10**9/L) | 23 (IU/L) | 38 (IU/L) | 194 (umol/L)H | 1.56 (mIU/L) | 15.4 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-07-01 (-6) | PreTrt | 103 (10**9/L)L | 6.6 (10**9/L) | 5.01 (10**9/L) | 23 (IU/L) | 38 (IU/L) | 194 (umol/L)H | 1.56 (mIU/L) | 15.4 (pmol/L) |
| Final Study Visit | S13 | 2005-08-08 (32) | QUETIAPINE 400 | 63 (10**9/L)L | 5.3 (10**9/L) | 3.64 (10**9/L) | 34 (IU/L) | 66 (IU/L)H | 194 (umol/L)H | 1.23 (mIU/L) | 10.2 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * = unscheduled visit

2394

4

CONFIDENTIAL
AZSER12746841

**Subject identifier**
D1447C00126/E0108005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2395

CONFIDENTIAL
AZSER12746842

**Subject identifier**
D1447C00126/E0108005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-06-07 (-31)# | 2005-09-07 (62)# | Yes | ATORVASTATIN | 40 mg | Hypercholesterolemia |
| 2005-06-07 (-31)# | 2005-09-07 (62)# | Yes | FUROSEMIDE | 40 mg | Hypertension |
| 2005-06-07 (-31)# | 2005-09-07 (62)# | Yes | NICOTINIC ACID | 500 mg | Hypercholesterolemia |
| 2005-06-07 (-31)# | 2005-09-07 (62)# | Yes | ROSIGLITAZONE | 4 mg | Diabetes |
| 2005-06-07 (-31)# | 2005-09-07 (62)# | Yes | TOLTERODINE | 2 mg | Overactive bladder |
| 2005-06-07 (-31)# | 2005-09-07 (62)# | Yes | VALPROIC ACID | 1000 mg | Mood stabilizer |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2396

CONFIDENTIAL
AZSER12746843

Narrative event
DAE

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0110005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event:**

Death:      No

SAE:        No

DAE:        SOMNOLENCE

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 43 | Female | Caucasian | 4 | 2005-06-02 | 2005-06-05 | QUETIAPINE 100 | 2005-06-10 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:       fibromyalgia

Past:

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

1

2397

CONFIDENTIAL
AZSER12746844

Subject identifier
D1447C00126/E0110005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

Narrative event
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2005-06-03 (2) | 2005-06-05 (4) | SOMNOLENCE(Somnolence) | 9.1 | Resolved | Yes | Yes | No | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2398

2

CONFIDENTIAL
AZSER12746845

**Subject identifier**
D1447C00126/E0110005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Descriptive text:**

NA

2399

3

CONFIDENTIAL
AZSER12746846

**Narrative event** DAE

**Subject identifier** D1447C00126/E0110005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-05-26 (-6) | PreTrt | 4.6 (mmol/L) | 5.1 (%) | 0.96 (mmol/L) | 4.12 (mmol/L) | 1.32 (mmol/L) | | 146 (g/L) |
| Visit prior to Event | Enrollment | 2005-05-26 (-6) | PreTrt | 4.6 (mmol/L) | 5.1 (%) | 0.96 (mmol/L) | 4.12 (mmol/L) | 1.32 (mmol/L) | | 146 (g/L) |
| Visit after Event | S13 | 2005-06-10 (9) | OffTrt | 4.2 (mmol/L) | 5.0 (%) | 0.96 (mmol/L) | 4.40 (mmol/L) | 1.42 (mmol/L) | | 138 (g/L) |
| Final Study Visit | S13 | 2005-06-10 (9) | OffTrt | 4.2 (mmol/L) | 5.0 (%) | 0.96 (mmol/L) | 4.40 (mmol/L) | 1.42 (mmol/L) | | 138 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-05-26 (-6) | PreTrt | 227 (10**9/L) | 6.9 (10**9/L) | 5.09 (10**9/L) | 15 (IU/L) | 22 (IU/L) | 88 (umol/L) | 2.92 (mIU/L) | 12.1 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-05-26 (-6) | PreTrt | 227 (10**9/L) | 6.9 (10**9/L) | 5.09 (10**9/L) | 15 (IU/L) | 22 (IU/L) | 88 (umol/L) | 2.92 (mIU/L) | 12.1 (pmol/L) |
| Visit after Event | S13 | 2005-06-10 (9) | OffTrt | 228 (10**9/L) | 6.8 (10**9/L) | 4.49 (10**9/L) | 24 (IU/L) | 25 (IU/L) | 88 (umol/L) | 4.03 (mIU/L) | 14.8 (pmol/L) |
| Final Study Visit | S13 | 2005-06-10 (9) | OffTrt | 228 (10**9/L) | 6.8 (10**9/L) | 4.49 (10**9/L) | 24 (IU/L) | 25 (IU/L) | 88 (umol/L) | 4.03 (mIU/L) | 14.8 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range. H=above normal range. NR=not recorded    * - unscheduled visit

2400

4

CONFIDENTIAL
AZSER12746847