**Subject identifier**
D1447C00126/E0110005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

## Weight: Include only if DAE due to weight

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2401

CONFIDENTIAL
AZSER12746848

Subject identifier
D1447C00126/E0110005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

Narrative event
DAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-11-25 (-189) | 2005-07-05 (34)# | Yes | PREGABALIN | 600 mg | Fibromyalgia |
| 2005-05-02 (-31)# | 2005-07-05 (34)# | Yes | LITHIUM | 1125 mg | Bipolar I |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2402

6

CONFIDENTIAL
AZSER12746849

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E0111004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

Narrative event
DAE

**Narrative event:**

Death:         No

SAE:          No

DAE:          SOMNOLENCE

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 31 | Male | Caucasian | 38 | 2006-01-18 | 2006-02-24 | QUETIAPINE 100 | 2006-03-08 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:        intermittent dizziness

Past:

**Death information:**

Date of death:         No death

Cause of death:

Post-mortem:

1

2403

CONFIDENTIAL
AZSER12746850

**Subject identifier**
D1447C00126/E0111004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2006-01-18 (1) | NA | SOMNOLENCE(Episodic drowsiness) | 9.1 | Continuing | Yes | Yes | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2404

CONFIDENTIAL
AZSER12746851

**Subject identifier**
D1447C00126/E0111004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Descriptive text:**

NA

2405

3

CONFIDENTIAL
AZSER12746852

**Narrative event** DAE

**Subject identifier** D1447C00126/E0111004

**Study phase-treatment during which event occurred** Open Label - QUETIAPINE 100

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-10 (-7) | PreTrt | 5.0 (mmol/L) | 5.1 (%) | 1.05 (mmol/L) | 4.22 (mmol/L) | 1.17 (mmol/L) | | 149 (g/L) |
| Visit prior to Event | Enrollment | 2006-01-10 (-7) | PreTrt | 5.0 (mmol/L) | 5.1 (%) | 1.05 (mmol/L) | 4.22 (mmol/L) | 1.17 (mmol/L) | | 149 (g/L) |
| Final Study Visit | S13 | 2006-03-08 (50) | OffTrt | 4.7 (mmol/L) | 5.4 (%) | 0.95 (mmol/L) | 3.55 (mmol/L) | 1.19 (mmol/L) | | 140 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-10 (-7) | PreTrt | 276 (10**9/L) | 5.6 (10**9/L) | 2.90 (10**9/L) | 16 (IU/L) | 19 (IU/L) | 80 (umol/L) | 0.88 (mIU/L) | 13.7 (pmol/L) |
| Visit prior to Event | Enrollment | 2006-01-10 (-7) | PreTrt | 276 (10**9/L) | 5.6 (10**9/L) | 2.90 (10**9/L) | 16 (IU/L) | 19 (IU/L) | 80 (umol/L) | 0.88 (mIU/L) | 13.7 (pmol/L) |
| Final Study Visit | S13 | 2006-03-08 (50) | OffTrt | 254 (10**9/L) | 4.3 (10**9/L) | 2.12 (10**9/L) | 16 (IU/L) | 17 (IU/L) | 88 (umol/L) | 1.16 (mIU/L) | 16.6 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range, H=above normal range, NR=not recorded   * - unscheduled visit

2406

4

CONFIDENTIAL
AZSER12746853

Subject identifier
D1447C00126/E0111004

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 100

Narrative event
DAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2407

CONFIDENTIAL
AZSER12746854

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0111004 | Open Label - QUETIAPINE 100 | DAE |

## Medication information: Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-12-18 (-31)# | 2006-03-26 (68)# | Yes | GLUCOSAMINE | 1 tab/day | Joint tension |
| 2005-12-18 (-31)# | 2006-03-26 (68)# | Yes | VITAMINS NOS | 1 tab | Supplement |
| 2006-02-04 (18) | 2006-02-24 (38)# | No | VALPROIC ACID | 1000 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2408

CONFIDENTIAL
AZSER12746855

Narrative event
DAE

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E0112003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event:**

Death:         No

SAE:           No

DAE:           ANXIETY, DECREASED APPETITE, DIARRHOEA, RESTLESSNESS

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 52 | Female | Caucasian | 8 | 2005-08-08 | 2005-08-15 | QUETIAPINE 200 | 2005-08-15 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:        broken left foot

Past:

**Death information:**

Date of death:       No death

Cause of death:

Post-mortem:

2409

1

CONFIDENTIAL
AZSER12746856

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0112003 | Open Label - QUETIAPINE 200 | DAE |

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 200 | 2005-08-12 (5) | NA | RESTLESSNESS(Restlessness (physical wandering)) | 9.1 | Continuing | Yes | Yes | No | Severe |
| OL | QUETIAPINE 200 | 2005-08-12 (5) | NA | DECREASED APPETITE(Loss appetite) | 9.1 | Continuing | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 200 | 2005-08-13 (6) | NA | ANXIETY(Anxiety) | 9.1 | Continuing | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 200 | 2005-08-13 (6) | NA | DIARRHOEA(Dialieria) | 9.1 | Continuing | No | Yes | No | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2410

CONFIDENTIAL
AZSER12746857

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0112003 | Open Label - QUETIAPINE 200 | DAE |

**Descriptive text:**

NA

3

2411

CONFIDENTIAL
AZSER12746858

**Subject identifier**
D1447C00126/E0112003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-03 (-4) | PreTrt | 6.8 (mmol/L)H | 5.6 (%) | 4.01 (mmol/L)H | 7.56 (mmol/L)H | 1.86 (mmol/L) | | 133 (g/L) |
| Visit prior to Event | Enrollment | 2005-08-03 (-4) | PreTrt | 6.8 (mmol/L)H | 5.6 (%) | 4.01 (mmol/L)H | 7.56 (mmol/L)H | 1.86 (mmol/L) | | 133 (g/L) |
| Final Study Visit | S13 | 2005-08-15 (8) | QUETIAPINE 200 | 5.1 (mmol/L) | 5.7 (%) | 2.52 (mmol/L) | 7.23 (mmol/L)H | 2.02 (mmol/L) | | 140 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-03 (-4) | PreTrt | 381 (10**9/L) | 8.9 (10**9/L) | 5.89 (10**9/L) | 9 (IU/L) | 15 (IU/L) | 71 (umol/L) | 1.79 (mIU/L) | 12.1 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-08-03 (-4) | PreTrt | 381 (10**9/L) | 8.9 (10**9/L) | 5.89 (10**9/L) | 9 (IU/L) | 15 (IU/L) | 71 (umol/L) | 1.79 (mIU/L) | 12.1 (pmol/L) |
| Final Study Visit | S13 | 2005-08-15 (8) | QUETIAPINE 200 | 411 (10**9/L) | 10.0 (10**9/L) | 7.34 (10**9/L) | 12 (IU/L) | 16 (IU/L) | 62 (umol/L) | 1.96 (mIU/L) | 11.4 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H =above normal range, NR=not recorded    * - unscheduled visit

4

2412

CONFIDENTIAL
AZSER12746859

**Narrative event**
DAE

**Subject identifier**
D1447C00126/E0112003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2413

CONFIDENTIAL
AZSER12746860

| Subject identifier D1447C00126/E0112003 | | Study phase-treatment during which event occurred Open Label - QUETIAPINE 200 | | | Narrative event DAE |
|---|---|---|---|---|---|

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-04-02 (-128) | 2005-09-14 (38)# | Yes | TOLTERODINE | 4 mg | Urinary incontinence |
| 2005-04-15 (-115) | 2005-09-14 (38)# | Yes | OXYCODONE | 5 mg | /broken left foot/left foot surgery |
| 2005-04-15 (-115) | 2005-09-14 (38)# | Yes | PROCET /US/ | 5 mg | Pain (left foot)/broken left foot/left foot surgery |
| 2005-05-10 (-90) | 2005-09-14 (38)# | Yes | ESTROGENS CONJUGATED | 0.63 mg | Hormonal imbalance |
| 2005-05-10 (-90) | 2005-09-14 (38)# | Yes | MEDROXYPROGESTERONE | 5 mg | Hormonal imbalance |
| 2005-07-08 (-31)# | 2005-09-14 (38)# | Yes | CETIRIZINE | 10 mg | Allergies |
| 2005-07-08 (-31)# | 2005-09-14 (38)# | Yes | NIFEDIPINE | 30 mg | High blood pressure |
| 2005-07-08 (-31)# | 2005-09-14 (38)# | Yes | RANITIDINE | 150 mg | Acid reflux |
| 2005-08-08 (1) | 2005-08-15 (8) | No | VALPROIC ACID | 500 mg | Bipolar |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2414

6

CONFIDENTIAL AZSER12746861

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0112004

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 400

Narrative event
DAE

**Narrative event:**

| | |
|---|---|
| Death: | No |
| SAE: | No |
| DAE: | SOMNOLENCE |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 37 | Male | Other | 37 | 2005-08-15 | 2005-09-20 | QUETIAPINE 400 | 2005-09-28 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

| | |
|---|---|
| Current: | diabetes, high blood pressure, allergies |
| Past: | kidney failure |

**Death information:**

| | |
|---|---|
| Date of death: | No death |
| Cause of death: | |
| Post-mortem: | |

1

2415

CONFIDENTIAL
AZSER12746862

**Subject identifier**
D1447C00126/E0112004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon- tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2005-09-07 (24) | 2005-09-25 (42) | SOMNOLENCE(Excessive drowsiness) | 9.1 | Resolved | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2

2416

CONFIDENTIAL
AZSER12746863

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0112004 | Open Label - QUETIAPINE 400 | DAE |

**Descriptive text:**

NA

2417

3

CONFIDENTIAL
AZSER12746864

**Subject identifier**
D1447C00126/E0112004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Triglycerides | Total Cholesterol | HDL | LDL | Hemoglobin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-08 (-6) | PreTrt | 4.1 (mmol/L) | 5.4 (%) | 7.62 (mmol/L)H | 5.91 (mmol/L)H | 0.88 (mmol/L)L | | 134 (g/L)L |
| Visit prior to Event | S4 | 2005-09-06 (23) | QUETIAPINE 400 | | | | | | | 127 (g/L)L |
| Visit after Event | S13 | 2005-09-28 (45) | OffTrt | 4.6 (mmol/L) | 5.5 (%) | 2.00 (mmol/L) | 5.28 (mmol/L)H | 1.11 (mmol/L) | | 125 (g/L)L |
| Final Study Visit | S13 | 2005-09-28 (45) | OffTrt | 4.6 (mmol/L) | 5.5 (%) | 2.00 (mmol/L) | 5.28 (mmol/L)H | 1.11 (mmol/L) | | 125 (g/L)L |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-08 (-6) | PreTrt | 196 (10**9/L) | 5.2 (10**9/L) | 3.37 (10**9/L) | 19 (IU/L) | 21 (IU/L) | 203 (umol/L)H | 0.47 (mIU/L) | 15.6 (pmol/L) |
| Visit prior to Event | S4 | 2005-09-06 (23) | QUETIAPINE 400 | 221 (10**9/L) | 4.2 (10**9/L) | 2.07 (10**9/L) | | | | | |
| Visit after Event | S13 | 2005-09-28 (45) | OffTrt | 213 (10**9/L) | 4.4 (10**9/L) | 2.52 (10**9/L) | 20 (IU/L) | 23 (IU/L) | 203 (umol/L)H | 0.38 (mIU/L) | 14.3 (pmol/L) |
| Final Study Visit | S13 | 2005-09-28 (45) | OffTrt | 213 (10**9/L) | 4.4 (10**9/L) | 2.52 (10**9/L) | 20 (IU/L) | 23 (IU/L) | 203 (umol/L)H | 0.38 (mIU/L) | 14.3 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * = unscheduled visit

4

2418

CONFIDENTIAL
AZSER12746865

CONFIDENTIAL
AZSER12746866

**Narrative event**
DAE

**Subject identifier**
D1447C00126/E0112004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2419

5

CONFIDENTIAL
AZSER12746867

| | | Study phase-treatment during which event occurred | | | | Narrative event |
|---|---|---|---|---|---|---|
| **Subject identifier**<br>D1447C00126/E0112004 | | Open Label - QUETIAPINE 400 | | | | DAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started<br>(day started) | Date stopped<br>(day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-07-15 (-31)# | 2005-10-20 (67)# | Yes | ENALAPRIL | 15 mg | Hypertension |
| 2005-07-15 (-31)# | 2005-10-20 (67)# | Yes | FELODIPINE | 5 mg | Hypertension |
| 2005-07-15 (-31)# | 2005-10-20 (67)# | Yes | ROSIGLITAZONE | 2 mg | Diabetes |
| 2005-08-15 (1) | 2005-09-20 (37) | No | VALPROIC ACID | 500 mg | Bipolar |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2420

6

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0112005

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 400

Narrative event
DAE

**Narrative event:**

Death:                No

SAE:                  No

DAE:                  SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 52 | Female | Caucasian | 56 | 2005-08-29 | 2005-10-23 | QUETIAPINE 400 | 2005-11-18 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:              penicillin allergy

Past:

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

2421

1

CONFIDENTIAL
AZSER12746868

**Subject identifier**
D1447C00126/E0112005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon- tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2005-10-20 (53) | 2005-10-25 (58) | SEDATION(Sedation) | 9.1 | Resolved | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2

2422

CONFIDENTIAL
AZSER12746869

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0112005 | Open Label - QUETIAPINE 400 | DAE |

**Descriptive text:**

NA

2423

3

CONFIDENTIAL
AZSER12746870

**Subject identifier**
D1447C00126/E0112005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-24 (-4) | PreTrt | | 6.2 (%)H | 1.53 (mmol/L) | 4.79 (mmol/L) | 1.40 (mmol/L) | | 153 (g/L) |
| Visit prior to Event | S4 | 2005-09-28 (31) | QUETIAPINE 400 | | | | | | | 142 (g/L) |
| Final Study Visit | S4 | 2005-09-28 (31) | QUETIAPINE 400 | | | | | | | 142 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-24 (-4) | PreTrt | 383 (10**9/L) | 9.0 (10**9/L) | 5.32 (10**9/L) | 11 (IU/L) | 13 (IU/L) | 80 (umol/L) | 3.76 (mIU/L) | 11.7 (pmol/L) |
| Visit prior to Event | S4 | 2005-09-28 (31) | QUETIAPINE 400 | 376 (10**9/L) | 8.6 (10**9/L) | 4.88 (10**9/L) | | | | | |
| Final Study Visit | S4 | 2005-09-28 (31) | QUETIAPINE 400 | 376 (10**9/L) | 8.6 (10**9/L) | 4.88 (10**9/L) | | | | | |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

2424

4

CONFIDENTIAL
AZSER12746871

**Subject identifier**
D1447C00126/E0112005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2425

5

CONFIDENTIAL
AZSER12746872

| | | |
|---|---|---|
| **Subject identifier** | **Study phase-treatment during which event occurred** | **Narrative event** |
| D1447C00126/E0112005 | Open Label - QUETIAPINE 400 | DAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-08-29 (1) | 2005-10-22 (55) | No | VALPROIC ACID | 500 mg | Bipolar |

\# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2426

6

CONFIDENTIAL
AZSER12746873

**START OF E NARRATIVE**

| | | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|---|
| **Subject identifier** | | Pre-Treatment - NA | DAE |
| D1447C00126/E0115004 | | | |

**Narrative event:**

Death:      No

SAE:        No

DAE:        SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 27 | Male | Caucasian | 5 | 2005-09-10 | 2005-09-14 | NA | 2005-09-14 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:

Past:

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

1

2427

CONFIDENTIAL
AZSER12746874

**Subject identifier**
D1447C00126/E0115004

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-09-08 (-2) | NA | SEDATION(Sedation) | 9.1 | Continuing | Yes | Yes | No | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2428

2

CONFIDENTIAL
AZSER12746875

**Subject identifier**
D1447C00126/E0115004

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Narrative event**
DAE

**Descriptive text:**

NA

2429

3

CONFIDENTIAL
AZSER12746876

**Narrative event**
DAE

**Subject identifier**
D1447C00126/E0115004

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-09-01 (-8) | PreTrt | 4.2 (mmol/L) | 5.0 (%) | 1.41 (mmol/L) | 5.23 (mmol/L)H | 1.53 (mmol/L) | | 163 (g/L) |
| Visit prior to Event | Enrollment | 2005-09-01 (-8) | PreTrt | 4.2 (mmol/L) | 5.0 (%) | 1.41 (mmol/L) | 5.23 (mmol/L)H | 1.53 (mmol/L) | | 163 (g/L) |
| Final Study Visit | S13 | 2005-09-14 (5) | QUETIAPINE 100 | 6.9 (mmol/L)H | 5.0 (%) | 2.21 (mmol/L) | 4.97 (mmol/L) | 1.37 (mmol/L) | | 165 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-09-01 (-8) | PreTrt | 335 (10**9/L) | 7.2 (10**9/L) | 3.94 (10**9/L) | 24 (IU/L) | 24 (IU/L) | 80 (umol/L) | 1.68 (mIU/L) | 12.6 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-09-01 (-8) | PreTrt | 335 (10**9/L) | 7.2 (10**9/L) | 3.94 (10**9/L) | 24 (IU/L) | 24 (IU/L) | 80 (umol/L) | 1.68 (mIU/L) | 12.6 (pmol/L) |
| Final Study Visit | S13 | 2005-09-14 (5) | QUETIAPINE 100 | 379 (10**9/L) | 9.2 (10**9/L) | 6.10 (10**9/L) | 40 (IU/L) | 29 (IU/L) | 88 (umol/L) | 1.76 (mIU/L) | 13.3 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H= above normal range, NR=not recorded    * - unscheduled visit

2430

4

CONFIDENTIAL
AZSER12746877

**Subject identifier**
D1447C00126/E0115004

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Narrative event**
DAE

## Weight:  Include only if DAE due to weight

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2431

CONFIDENTIAL
AZSER12746878

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0115012

Narrative event
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event:**

Death:          No

SAE:            No

DAE:            ANXIETY

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 59 | Male | Caucasian | 81 | 2005-11-22 | 2006-02-10 | QUETIAPINE 600 | 2006-03-23 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:

Past:

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

1

2432

CONFIDENTIAL
AZSER12746879

**Subject identifier**
D1447C00126/E0115012

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon- tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-11-21 (-1) | 2005-12-14 (23) | DYSPEPSIA(Heart burn) | 9.1 | Resolved | Yes | No | No | Moderate |
| PreTrt | | 2005-11-21 (-1) | 2005-12-14 (23) | ABNORMAL DREAMS(Vivid dreams) | 9.1 | Resolved | Yes | No | No | Moderate |
| PreTrt | | 2005-11-21 (-1) | 2006-02-09 (80) | ANXIETY(Anxiety) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 600 | 2006-02-01 (72) | 2006-02-09 (80) | SOMNOLENCE(Morning drowsiness) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 600 | 2006-02-10 (81) | NA | ANXIETY(Anxiety) | 9.1 | Continuing | No | Yes | No | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2433

CONFIDENTIAL
AZSER12746880

**Subject identifier**
D1447C00126/E0115012

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event**
DAE

**Descriptive text:**

NA

2434

3

CONFIDENTIAL
AZSER12746881

**Subject identifier**
D1447C00126/E0115012

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-11-10 (-11) | PreTrt | 4.8 (mmol/L) | 5.3 (%) | 1.59 (mmol/L) | 5.41 (mmol/L) H | 1.37 (mmol/L) | | 156 (g/L) |
| Visit prior to Event | S6 | 2006-02-09 (80) | QUETIAPINE 600 | 4.7 (mmol/L) | 5.2 (%) | | | | | 162 (g/L) |
| Final Study Visit | S6 | 2006-02-09 (80) | QUETIAPINE 600 | 4.7 (mmol/L) | 5.2 (%) | | | | | 162 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-11-10 (-11) | PreTrt | 283 (10**9/L) | 6.7 (10**9/L) | 3.74 (10**9/L) | 23 (IU/L) | 25 (IU/L) | 88 (umol/L) | 2.15 (mIU/L) | 12.6 (pmol/L) |
| Visit prior to Event | S6 | 2006-02-09 (80) | QUETIAPINE 600 | 261 (10**9/L) | 9.0 (10**9/L) | 5.92 (10**9/L) | | | | | |
| Final Study Visit | S6 | 2006-02-09 (80) | QUETIAPINE 600 | 261 (10**9/L) | 9.0 (10**9/L) | 5.92 (10**9/L) | | | | | |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

2435

4

CONFIDENTIAL
AZSER12746882

| | Subject identifier | | Study phase-treatment during which event occurred | | Narrative event |
|---|---|---|---|---|---|
| | D1447C00126/E0115012 | | Open Label - QUETIAPINE 600 | | DAE |

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2436

CONFIDENTIAL
AZSER12746883

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Subject identifier**
D1447C00126/E0115012

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-10-22 (-31)# | 2006-03-12 (111)# | Yes | LORAZEPAM | 3 mg | Anxiety |
| 2005-10-22 (-31)# | 2006-03-12 (111)# | Yes | OMEPRAZOLE | 20 mg | Heartburn |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2437

6

CONFIDENTIAL
AZSER12746884

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0115020

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

Narrative event
DAE

**Narrative event:**

Death:          No

SAE:           No

DAE:           FATIGUE

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 21 | Male | Caucasian | 108 | 2006-02-21 | 2006-06-08 | QUETIAPINE 100 | 2006-06-08 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:

Past:

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

1

2438

CONFIDENTIAL
AZSER12746885

**Subject identifier**
D1447C00126/E0115020

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2006-02-25 (5) | 2006-03-04 (12) | UPPER RESPIRATORY TRACT INFECTION(URI/cold) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 100 | 2006-03-01 (9) | NA | FATIGUE(Fatigue) | 9.1 | Continuing | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2439

2

CONFIDENTIAL
AZSER12746886

**Subject identifier**
D1447C00126/E0115020

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Descriptive text:**

NA

2440

3

CONFIDENTIAL
AZSER12746887

**Narrative event** DAE

**Subject identifier**
D1447C00126/E0115020

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-02-13 (-7) | PreTrt | 4.3 (mmol/L) | 5.1 (%) | | | | | 180 (g/L)H |
| Visit prior to Event | Enrollment | 2006-02-13 (-7) | PreTrt | 4.3 (mmol/L) | 5.1 (%) | | | | | 180 (g/L)H |
| Final Study Visit | S13 | 2006-06-08 (108) | QUETIAPINE 400 | 4.8 (mmol/L) | 5.2 (%) | 0.55 (mmol/L) | 4.17 (mmol/L) | 1.68 (mmol/L) | | 152 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-02-13 (-7) | PreTrt | 254 (10**9/L) | 7.9 (10**9/L) | 4.32 (10**9/L) | | | | | 14.4 (pmol/L) |
| Visit prior to Event | Enrollment | 2006-02-13 (-7) | PreTrt | 254 (10**9/L) | 7.9 (10**9/L) | 4.32 (10**9/L) | | | | | 14.4 (pmol/L) |
| Final Study Visit | S13 | 2006-06-08 (108) | QUETIAPINE 400 | 223 (10**9/L) | 6.8 (10**9/L) | 3.74 (10**9/L) | 18 (IU/L) | 28 (IU/L) | 97 (umol/L) | 3.77 (mIU/L) | 12.5 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * = unscheduled visit

2441

4

CONFIDENTIAL
AZSER12746888

**Subject identifier**
D1447C00126/E0115020

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

### Weight: Include only if DAE due to weight

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2442

5

CONFIDENTIAL
AZSER12746889

| | | | |
|---|---|---|---|
| **Subject identifier**<br>D1447C00126/E0115020 | | **Study phase-treatment during which event occurred**<br>Open Label - QUETIAPINE 100 | **Narrative event**<br>DAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started<br>(day started) | Date stopped<br>(day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2006-01-21 (-31)# | 2006-03-01 (9) | No | BENADRYL COLD AND FLU TABLETS | 10 mg | Sinuses/allergies |
| 2006-02-21 (1) | 2006-07-08 (138)# | Yes | LITHIUM | 600 mg | Bipolar |
| 2006-02-26 (6) | 2006-03-01 (9) | No | ORTHOXICOL FOR CHILDREN NIGHTREST COUGH MIXT | 20 mg | URI/cough |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2443

CONFIDENTIAL<br>AZSER12746890

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0116002

**Narrative event:**

Death:            No

SAE:             No

DAE:             SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|------------------------|------------------------------|-----------------------|
| 21 | Female | Caucasian | 16 | 2005-08-30 | 2005-09-14 | QUETIAPINE 400 | 2005-10-04 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:            migraine headaches

Past:              ruptured appendix

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 400

Narrative event
DAE

2444

1

CONFIDENTIAL
AZSER12746891

**Subject identifier**
D1447C00126/E0116002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2005-09-09 (11) | 2005-09-16 (18) | SEDATION(Sedation) | 9.1 | Resolved | Yes | Yes | No | Moderate |
| OffTrt | | 2005-09-16 (18) | 2005-09-22 (24) | NAUSEA(Nausea) | 9.1 | Resolved | No | No | No | Moderate |
| OffTrt | | 2005-09-16 (18) | 2005-09-22 (24) | VOMITING(Vomiting) | 9.1 | Resolved | No | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2445

CONFIDENTIAL
AZSER12746892

**Subject identifier**
D1447C00126/E0116002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Descriptive text:**

NA

2446

3

CONFIDENTIAL
AZSER12746893

**Subject identifier**
D1447C00126/E0116002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event** DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-23 (-6) | PreTrt | 4.5 (mmol/L) | 4.7 (%) | 1.27 (mmol/L) | 3.37 (mmol/L) | 1.06 (mmol/L) | | 146 (g/L) |
| Visit prior to Event | Enrollment | 2005-08-23 (-6) | PreTrt | 4.5 (mmol/L) | 4.7 (%) | 1.27 (mmol/L) | 3.37 (mmol/L) | 1.06 (mmol/L) | | 146 (g/L) |
| Final Study Visit | Enrollment | 2005-08-23 (-6) | PreTrt | 4.5 (mmol/L) | 4.7 (%) | 1.27 (mmol/L) | 3.37 (mmol/L) | 1.06 (mmol/L) | | 146 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-23 (-6) | PreTrt | 260 (10**9/L) | 11.4 (10**9/L) | 7.48 (10**9/L) | 12 (IU/L) | 15 (IU/L) | 53 (umol/L) | 1.88 (mIU/L) | 15.6 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-08-23 (-6) | PreTrt | 260 (10**9/L) | 11.4 (10**9/L) | 7.48 (10**9/L) | 12 (IU/L) | 15 (IU/L) | 53 (umol/L) | 1.88 (mIU/L) | 15.6 (pmol/L) |
| Final Study Visit | Enrollment | 2005-08-23 (-6) | PreTrt | 260 (10**9/L) | 11.4 (10**9/L) | 7.48 (10**9/L) | 12 (IU/L) | 15 (IU/L) | 53 (umol/L) | 1.88 (mIU/L) | 15.6 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

2447

4

CONFIDENTIAL
AZSER12746894

CONFIDENTIAL
AZSER12746895

| | Subject identifier<br>D1447C00126/E0116002 | | Study phase-treatment during which event occurred<br>Open Label - QUETIAPINE 400 | | Narrative event<br>DAE |

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date<br>(visit day) | Treatment at time of<br>assessment | Study phase at<br>time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2448

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Subject identifier**
D1447C00126/E0116002

## Medication information: Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 1995-01-01 (-3894) | 2005-10-14 (46)# | Yes | NAPROXEN | U.U | PRN for migraine headache |
| 2005-07-30 (-31)# | 2005-10-14 (46)# | Yes | LITHIUM | 900 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2449

6

**Narrative event**
DAE

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E0116005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event:**

Death:            No

SAE:              No

DAE:              ASTHENIA, CONSTIPATION, NAUSEA, SOMNOLENCE, TREMOR, VERTIGO

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 62 | Female | Caucasian | 2 | 2005-11-01 | 2005-11-02 | QUETIAPINE 200 | 2005-11-08 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:          hypertension, asthma, gastroesophageal reflux disease, arthritis, seasonal allergys

Past:             cholecystitis

**Death information:**

Date of death:    No death

Cause of death:

Post-mortem:

2450

1

CONFIDENTIAL
AZSER12746897

**Subject identifier**
D1447C00126/E0116005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 200 | 2005-11-01 (1) | NA | ASTHENIA(Generalized weakness) | 9.1 | Continuing | Yes | Yes | No | Mild |
| OL | QUETIAPINE 200 | 2005-11-01 (1) | 2005-11-03 (3) | NAUSEA(Nausea) | 9.1 | Resolved | Yes | Yes | No | Mild |
| OL | QUETIAPINE 200 | 2005-11-01 (1) | 2005-11-05 (5) | VERTIGO(Vertigo) | 9.1 | Resolved | Yes | Yes | No | Severe |
| OL | QUETIAPINE 200 | 2005-11-01 (1) | 2005-11-05 (5) | CONSTIPATION(Constipation) | 9.1 | Resolved | Yes | Yes | No | Mild |
| OL | QUETIAPINE 200 | 2005-11-01 (1) | 2005-11-07 (7) | SOMNOLENCE(Somnolence) | 9.1 | Resolved | Yes | Yes | No | Mild |
| OL | QUETIAPINE 200 | 2005-11-01 (1) | 2005-11-07 (7) | TREMOR(Tremor) | 9.1 | Resolved | Yes | Yes | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2451

CONFIDENTIAL
AZSER12746898

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0116005 | Open Label - QUETIAPINE 200 | DAE |

**Descriptive text:**

NA

2452

3

CONFIDENTIAL
AZSER12746899

**Subject identifier**
D1447C00126/E0116005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-10-25 (-6) | PreTrt | 5.3 (mmol/L) | 5.4 (%) | 0.68 (mmol/L) | 5.00 (mmol/L) | 1.50 (mmol/L) | | 161 (g/L) |
| Visit prior to Event | Enrollment | 2005-10-25 (-6) | PreTrt | 5.3 (mmol/L) | 5.4 (%) | 0.68 (mmol/L) | 5.00 (mmol/L) | 1.50 (mmol/L) | | 161 (g/L) |
| Final Study Visit | S13 | 2005-11-08 (8) | OffTrt | 7.3 (mmol/L)H | 5.6 (%) | 0.71 (mmol/L) | 4.66 (mmol/L) | 1.63 (mmol/L) | | 155 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-10-25 (-6) | PreTrt | 185 (10**9/L) | 6.1 (10**9/L) | 4.04 (10**9/L) | 15 (IU/L) | 20 (IU/L) | 62 (umol/L) | 2.25 (mIU/L) | 15.0 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-10-25 (-6) | PreTrt | 185 (10**9/L) | 6.1 (10**9/L) | 4.04 (10**9/L) | 15 (IU/L) | 20 (IU/L) | 62 (umol/L) | 2.25 (mIU/L) | 15.0 (pmol/L) |
| Final Study Visit | S13 | 2005-11-08 (8) | OffTrt | 193 (10**9/L) | 7.2 (10**9/L) | 4.95 (10**9/L) | 20 (IU/L) | 20 (IU/L) | 88 (umol/L) | 11.01 (mIU/L)H | 12.3 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

2453

4

CONFIDENTIAL
AZSER12746900

Narrative event
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

Subject identifier
D1447C00126/E0116005

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2454

5

CONFIDENTIAL
AZSER12746901

**Subject identifier**
D1447C00126/E0116005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-01-01 (-304) | 2005-12-02 (32)# | Yes | ACETYLSALICYLIC ACID | 325 mg | Arthritis |
| 2005-04-01 (-214) | 2005-12-02 (32)# | Yes | RANITIDINE | 75 mg | Gastroesophageal reflux disease |
| 2005-10-01 (-31)# | 2005-12-02 (32)# | Yes | B-KOMPLEX "LECIVA" | 1 tablet | Supplement |
| 2005-10-01 (-31)# | 2005-12-02 (32)# | Yes | CLONIDINE | 1 mg | Hypertension |
| 2005-10-01 (-31)# | 2005-12-02 (32)# | Yes | ESTRATEST HS | 1 tablet | Hormone supplement |
| 2005-10-01 (-31)# | 2005-12-02 (32)# | Yes | HYDROCHLOROTHIAZIDE | 25 mg | Hypertension |
| 2005-10-01 (-31)# | 2005-12-02 (32)# | Yes | IBUPROFEN | 200 mg | Arthritis |
| 2005-10-26 (-6) | 2005-12-02 (32)# | Yes | LITHIUM | 600 mg | Bipolar disorder |

\# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2455

CONFIDENTIAL
AZSER12746902

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E0116006

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

Narrative event
DAE

**Narrative event:**

Death:          No

SAE:            No

DAE:            IRRITABILITY, SEDATION, TREMOR

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 31  | Female | Caucasian | 3 | 2005-11-08 | 2005-11-10 | QUETIAPINE 100 | 2005-11-15 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA |  |  |

**Medical History:**

Current:        asthma

Past:

**Death information:**

Date of death:          No death

Cause of death:

Post-mortem:

1

2456

CONFIDENTIAL
AZSER12746903

**Subject identifier**
D1447C00126/E0116006

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-11-03 (-5) | 2005-11-15 (8) | DIARRHOEA(Loose stools) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 100 | 2005-11-09 (2) | 2005-11-11 (4) | SEDATION(Oversedation) | 9.1 | Resolved | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 100 | 2005-11-10 (3) | 2005-11-14 (7) | IRRITABILITY(Irritability) | 9.1 | Resolved | Yes | Yes | No | Moderate |
| OffTrt | | 2005-11-11 (4) | 2005-11-12 (5) | TREMOR(Shakiness) | 9.1 | Resolved | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2457

2

CONFIDENTIAL
AZSER12746904

**Subject identifier**
D1447C00126/E0116006

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Descriptive text:**

NA

2458

3

CONFIDENTIAL
AZSER12746905

**Narrative event** DAE

**Subject identifier** D1447C00126/E0116006

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-11-01 (-6) | PreTrt | 4.7 (mmol/L) | 4.9 (%) | 1.77 (mmol/L) | 3.65 (mmol/L) | 1.04 (mmol/L) | | 146 (g/L) |
| Visit prior to Event | Enrollment | 2005-11-01 (-6) | PreTrt | 4.7 (mmol/L) | 4.9 (%) | 1.77 (mmol/L) | 3.65 (mmol/L) | 1.04 (mmol/L) | | 146 (g/L) |
| Visit after Event | S13 | 2005-11-15 (8) | OffTrt | 4.4 (mmol/L) | 4.7 (%) | 1.07 (mmol/L) | 2.95 (mmol/L)L | 1.06 (mmol/L) | | 147 (g/L) |
| Final Study Visit | S13 | 2005-11-15 (8) | OffTrt | 4.4 (mmol/L) | 4.7 (%) | 1.07 (mmol/L) | 2.95 (mmol/L)L | 1.06 (mmol/L) | | 147 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-11-01 (-6) | PreTrt | 311 (10**9/L) | 10.7 (10**9/L) | 6.76 (10**9/L) | 24 (IU/L) | 24 (IU/L) | 53 (umol/L) | 0.74 (mIU/L) | 15.9 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-11-01 (-6) | PreTrt | 311 (10**9/L) | 10.7 (10**9/L) | 6.76 (10**9/L) | 24 (IU/L) | 24 (IU/L) | 53 (umol/L) | 0.74 (mIU/L) | 15.9 (pmol/L) |
| Visit after Event | S13 | 2005-11-15 (8) | OffTrt | 312 (10**9/L) | 12.4 (10**9/L)H | 8.63 (10**9/L)H | 19 (IU/L) | 20 (IU/L) | 53 (umol/L) | 0.96 (mIU/L) | 15.4 (pmol/L) |
| Final Study Visit | S13 | 2005-11-15 (8) | OffTrt | 312 (10**9/L) | 12.4 (10**9/L)H | 8.63 (10**9/L)H | 19 (IU/L) | 20 (IU/L) | 53 (umol/L) | 0.96 (mIU/L) | 15.4 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range. H=above normal range. NR=not recorded     * - unscheduled visit

2459

4

CONFIDENTIAL
AZSER12746906

| | Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|---|
| | D1447C00126/E0116006 | Open Label - QUETIAPINE 100 | DAE |

## Weight: Include only if DAE due to weight

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2460

CONFIDENTIAL
AZSER12746907

Subject identifier
D1447C00126/E0116006

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

Narrative event
DAE

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-06-01 (-160) | 2005-12-10 (33)# | Yes | | 6 droppers | Supplement |
| 2005-06-01 (-160) | 2005-12-10 (33)# | Yes | FISH OIL | 6 g | Supplement |
| 2005-06-01 (-160) | 2005-12-10 (33)# | Yes | OENOTHERA BIENNIS | 2 g | Supplement |
| 2005-06-01 (-160) | 2005-12-10 (33)# | Yes | VITAMINS NOS | 1 tab | Supplement |
| 2005-10-08 (-31)# | 2005-12-10 (33)# | Yes | SALBUTAMOL | 2 puffs | Occasional asthma |
| 2005-11-01 (-7) | 2005-12-10 (33)# | Yes | LITHIUM | 600 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2461

CONFIDENTIAL
AZSER12746908

**START OF E NARRATIVE**
**Subject identifier**
D1447C00126/E0116017

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

Narrative event
DAE

**Narrative event:**

Death:        No

SAE:          No

DAE:          SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 27 | Male | Caucasian | 26 | 2006-01-24 | 2006-02-18 | QUETIAPINE 100 | 2006-03-13 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

Current:      allergies - sulfa, bactrim, campazine, levaquin

Past:         attention deficit hyperactivity disorder, suicide attempt, allergic rhinitis, sinusitis

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

1

2462

CONFIDENTIAL
AZSER12746909

**Subject identifier**
D1447C00126/E0116017

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2006-01-25 (2) | 2006-02-19 (27) | SEDATION(Sedation) | 9.1 | Resolved | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2463

2

CONFIDENTIAL
AZSER12746910

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0116017 | Open Label - QUETIAPINE 100 | DAE |

**Descriptive text:**

NA

2464

3

CONFIDENTIAL
AZSER12746911

**Narrative event** DAE

**Subject identifier** D1447C00126/E0116017

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-16 (-7) | PreTrt | 4.8 (mmol/L) | 5.1 (%) | 1.07 (mmol/L) | 5.08 (mmol/L) | 1.94 (mmol/L) | | 151 (g/L) |
| Visit prior to Event | Enrollment | 2006-01-16 (-7) | PreTrt | 4.8 (mmol/L) | 5.1 (%) | 1.07 (mmol/L) | 5.08 (mmol/L) | 1.94 (mmol/L) | | 151 (g/L) |
| Visit after Event | S13 | 2006-03-13 (49) | OffTrt | 5.1 (mmol/L) | 4.7 (%) | 0.86 (mmol/L) | 6.48 (mmol/L)H | 1.81 (mmol/L) | | 156 (g/L) |
| Final Study Visit | S13 | 2006-03-13 (49) | OffTrt | 5.1 (mmol/L) | 4.7 (%) | 0.86 (mmol/L) | 6.48 (mmol/L)H | 1.81 (mmol/L) | | 156 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-16 (-7) | PreTrt | 243 (10**9/L) | 7.1 (10**9/L) | 4.64 (10**9/L) | 40 (IU/L) | 32 (IU/L) | 88 (umol/L) | 2.14 (mIU/L) | 16.9 (pmol/L) |
| Visit prior to Event | Enrollment | 2006-01-16 (-7) | PreTrt | 243 (10**9/L) | 7.1 (10**9/L) | 4.64 (10**9/L) | 40 (IU/L) | 32 (IU/L) | 88 (umol/L) | 2.14 (mIU/L) | 16.9 (pmol/L) |
| Visit after Event | S13 | 2006-03-13 (49) | OffTrt | 252 (10**9/L) | 6.1 (10**9/L) | 4.17 (10**9/L) | 28 (IU/L) | 26 (IU/L) | 80 (umol/L) | 1.82 (mIU/L) | 17.8 (pmol/L) |
| Final Study Visit | S13 | 2006-03-13 (49) | OffTrt | 252 (10**9/L) | 6.1 (10**9/L) | 4.17 (10**9/L) | 28 (IU/L) | 26 (IU/L) | 80 (umol/L) | 1.82 (mIU/L) | 17.8 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range, H=above normal range, NR=not recorded   * - unscheduled visit

4

2465

CONFIDENTIAL
AZSER12746912

| | | Narrative event |
|---|---|---|
| | | DAE |

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Subject identifier**
D1447C00126/E0116017

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2466

5

CONFIDENTIAL
AZSER12746913

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Subject identifier**
D1447C00126/E0116017

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-12-24 (-31)# | 2006-03-20 (56)# | Yes | ALPRAZOLAM | 1 mg | Bipolar disorder PRN |
| 2005-12-24 (-31)# | 2006-03-20 (56)# | Yes | CLONAZEPAM | 1 mg | Bipolar disorder PRN |
| 2006-01-07 (-17) | 2006-02-01 (9) | No | GABAPENTIN | 900 mg | Bipolar disorder |
| 2006-01-13 (-11) | 2006-03-20 (56)# | Yes | ESZOPICLONE | 2 mg | Bipolar disorder |
| 2006-01-24 (1) | 2006-01-29 (6) | No | VALPROIC ACID | 500 mg | Bipolar disorder |
| 2006-01-30 (7) | 2006-02-20 (28) | No | VALPROIC ACID | 1000 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2467

CONFIDENTIAL
AZSER12746914

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E0117001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Narrative event:**

Death:            No

SAE:              No

DAE:              DIZZINESS, SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 19 | Female | Caucasian | 19 | 2005-06-13 | 2005-07-01 | QUETIAPINE 400 | 2005-07-05 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:          endometriosis

Past:             hypoglycemia

**Death information:**

Date of death:    No death

Cause of death:

Post-mortem:

2468

1

CONFIDENTIAL
AZSER12746915

Subject identifier
D1447C00126/E0117001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2005-06-24 (12) | 2005-07-02 (20) | DIZZINESS(Dizziness) | 9.1 | Resolved | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 400 | 2005-06-24 (12) | 2005-07-02 (20) | SEDATION(Increased sedation) | 9.1 | Resolved | Yes | Yes | No | Moderate |
| OffTrt | | 2005-07-03 (21) | 2005-07-05 (23) | VOMITING(Vomiting) | 9.1 | Resolved | No | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2469

2

CONFIDENTIAL
AZSER12746916

**Subject identifier**
D1447C00126/E0117001

**Narrative event**
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Descriptive text:**

NA

2470

3

CONFIDENTIAL
AZSER12746917

**Narrative event** DAE

**Subject identifier**
D1447C00126/E0117001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-07 (-5) | PreTrt | 4.9 (mmol/L) | 4.6 (%) | 2.46 (mmol/L) | 4.61 (mmol/L) | 1.45 (mmol/L) | | 138 (g/L) |
| Visit prior to Event | Enrollment | 2005-06-07 (-5) | PreTrt | 4.9 (mmol/L) | 4.6 (%) | 2.46 (mmol/L) | 4.61 (mmol/L) | 1.45 (mmol/L) | | 138 (g/L) |
| Visit after Event | S13 | 2005-07-05 (23) | OffTrt | 3.8 (mmol/L) | 4.6 (%) | 1.73 (mmol/L) | 5.36 (mmol/L)H | 2.28 (mmol/L) H | | 137 (g/L) |
| Final Study Visit | S13 | 2005-07-05 (23) | OffTrt | 3.8 (mmol/L) | 4.6 (%) | 1.73 (mmol/L) | 5.36 (mmol/L)H | 2.28 (mmol/L) H | | 137 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-07 (-5) | PreTrt | 374 (10**9/L) | 8.9 (10**9/L) | 5.95 (10**9/L) | 13 (IU/L) | 15 (IU/L) | 62 (umol/L) | 2.04 (mIU/L) | 14.1 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-06-07 (-5) | PreTrt | 374 (10**9/L) | 8.9 (10**9/L) | 5.95 (10**9/L) | 13 (IU/L) | 15 (IU/L) | 62 (umol/L) | 2.04 (mIU/L) | 14.1 (pmol/L) |
| Visit after Event | S13 | 2005-07-05 (23) | OffTrt | 445 (10**9/L) | 9.5 (10**9/L) | 7.22 (10**9/L) | 13 (IU/L) | 19 (IU/L) | 44 (umol/L) | 3.24 (mIU/L) | 13.7 (pmol/L) |
| Final Study Visit | S13 | 2005-07-05 (23) | OffTrt | 445 (10**9/L) | 9.5 (10**9/L) | 7.22 (10**9/L) | 13 (IU/L) | 19 (IU/L) | 44 (umol/L) | 3.24 (mIU/L) | 13.7 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range. H=above normal range. NR=not recorded     * - unscheduled visit

2471

4

CONFIDENTIAL
AZSER12746918

Narrative event
DAE

**Subject identifier**
D1447C00126/E0117001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2472

CONFIDENTIAL
AZSER12746919

**Subject identifier**
D1447C00126/E0117001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-06-23 (11) | 2005-06-30 (18) | No | LITHIUM | 1800 mg | Mood stabilizer |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2473

6

CONFIDENTIAL
AZSER12746920

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E0117003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Narrative event:**

Death:          No

SAE:            No

DAE:            SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 22 | Male | Caucasian | 11 | 2005-06-21 | 2005-07-01 | QUETIAPINE 100 | 2005-07-05 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:        intermittent gastritis

Past:

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

2474

1

CONFIDENTIAL
AZSER12746921

**Subject identifier**
D1447C00126/E0117003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon- tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-06-07 (-14) | NA | GASTRITIS(Gastritis) | 9.1 | Continuing | No | No | No | Moderate |
| OL | QUETIAPINE 100 | 2005-06-21 (1) | NA | SEDATION(Sedation) | 9.1 | Continuing | Yes | Yes | No | Severe |
| OL | QUETIAPINE 100 | 2005-06-21 (1) | 2005-07-05 (15) | DYSARTHRIA(Slurred speech) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 0 | 2005-06-25 (5) | NA | MUSCULOSKELETAL PAIN(Right shoulder pain) | 9.1 | Continuing | No | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2475

CONFIDENTIAL
AZSER12746922

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0117003 | Open Label - QUETIAPINE 100 | DAE |

**Descriptive text:**

NA

2476

3

CONFIDENTIAL
AZSER12746923

**Subject identifier**
D1447C00126/E0117003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-15 (-5) | PreTrt | 4.8 (mmol/L) | 5.0 (%) | 2.61 (mmol/L) | 5.31 (mmol/L)H | 1.30 (mmol/L) | | 161 (g/L) |
| Visit prior to Event | Enrollment | 2005-06-15 (-5) | PreTrt | 4.8 (mmol/L) | 5.0 (%) | 2.61 (mmol/L) | 5.31 (mmol/L)H | 1.30 (mmol/L) | | 161 (g/L) |
| Final Study Visit | S13 | 2005-07-05 (15) | OffTrt | 5.9 (mmol/L) | 4.9 (%) | 3.12 (mmol/L)H | 4.69 (mmol/L) | 1.14 (mmol/L) | | 160 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-15 (-5) | PreTrt | 226 (10**9/L) | 6.0 (10**9/L) | 3.80 (10**9/L) | 26 (IU/L) | 28 (IU/L) | 88 (umol/L) | 2.67 (mIU/L) | 13.3 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-06-15 (-5) | PreTrt | 226 (10**9/L) | 6.0 (10**9/L) | 3.80 (10**9/L) | 26 (IU/L) | 28 (IU/L) | 88 (umol/L) | 2.67 (mIU/L) | 13.3 (pmol/L) |
| Final Study Visit | S13 | 2005-07-05 (15) | OffTrt | 260 (10**9/L) | 7.3 (10**9/L) | 4.69 (10**9/L) | 18 (IU/L) | 23 (IU/L) | 88 (umol/L) | 1.88 (mIU/L) | 10.6 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H= above normal range, NR=not recorded     * - unscheduled visit

2477

4

CONFIDENTIAL
AZSER12746924

| | | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|---|
| Subject identifier | | Open Label - QUETIAPINE 100 | DAE |
| D1447C00126/E0117003 | | | |

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2478

5

CONFIDENTIAL
AZSER12746925

Subject identifier
D1447C00126/E0117003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

Narrative event
DAE

## Medication information: Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-06-07 (-14) | 2005-07-31 (41)# | Yes | OMEPRAZOLE | 20 mg | Gastritis (heartburn) |
| 2005-06-21 (1) | 2005-07-04 (14) | No | LITHIUM | 450 mg | Bipolar disorder |
| 2005-06-26 (6) | 2005-06-26 (6) | No | IBUPROFEN | 800 mg | Right shoulder pain |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2479

CONFIDENTIAL
AZSER12746926

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E0117004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event**
DAE

**Narrative event:**

Death:                No

SAE:                  No

DAE:                  BALANCE DISORDER, SOMNOLENCE

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|----------------------|------------------------------|-----------------------|
| 45 | Female | Caucasian | 66 | 2005-06-27 | 2005-08-31 | QUETIAPINE 500 | 2005-09-07 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:               hypertension

Past:

**Death information:**

Date of death:         No death

Cause of death:

Post-mortem:

1

2480

CONFIDENTIAL
AZSER12746927

Subject identifier
DI447C00126/E0117004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-06-24 (-3) | 2005-06-24 (-3) | HEADACHE(Headache) | 9.1 | Resolved | Yes | No | No | Moderate |
| PreTrt | | 2005-06-24 (-3) | 2005-07-05 (9) | FATIGUE(Increased fatigue) | 9.1 | Resolved | Yes | No | No | Moderate |
| PreTrt | | 2005-06-25 (-2) | 2005-06-25 (-2) | PANIC ATTACK(Panic attack) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 200 | 2005-07-01 (5) | 2005-08-12 (47) | WEIGHT INCREASED(Weight gain) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 300 | 2005-07-05 (9) | 2005-07-11 (15) | IRRITABILITY(Increased irritability) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-07-13 (17) | 2005-09-03 (69) | OEDEMA PERIPHERAL(Swelling in feet and lower legs) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-07-14 (18) | 2005-08-15 (50) | CONSTIPATION(Constipation) | 9.1 | Resolved | Yes | No | No | Severe |
| OL | QUETIAPINE 400 | 2005-07-16 (20) | NA | IRRITABILITY(Irritability) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-07-16 (20) | 2005-08-11 (46) | DEPRESSION(Depression) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-08-08 (43) | NA | MEMORY IMPAIRMENT(Memory difficulty) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 500 | 2005-08-10 (45) | NA | SOMNOLENCE(Somnolence) | 9.1 | Continuing | Yes | No | No | Severe |
| OL | QUETIAPINE 400 | 2005-08-24 (59) | 2005-09-03 (69) | PARAESTHESIA(Tingling in extremities at night) | 9.1 | Resolved | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 400 | 2005-08-31 (66) | 2005-09-03 (69) | DYSPEPSIA(Heartburn) | 9.1 | Resolved | No | No | No | Moderate |

2

2481

CONFIDENTIAL
AZSER12746928

**Subject identifier**
D1447C00126/E0117004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event**
DAE

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2005-08-31 (66) | 2005-09-03 (69) | BALANCE DISORDER(Balance instability) | 9.1 | Resolved | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

3

2482

CONFIDENTIAL
AZSER12746929

**Subject identifier**
D1447C00126/E0117004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event**
DAE

**Descriptive text:**

NA

2483

4

CONFIDENTIAL
AZSER12746930

**Narrative event** DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Subject identifier**
D1447C00126/E0117004

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-22 (-4) | PreTrt | 4.2 (mmol/L) | 5.1 (%) | 0.66 (mmol/L) | 6.76 (mmol/L)H | 3.94 (mmol/L)H | | 138 (g/L) |
| Visit prior to Event | S4 | 2005-07-25 (29) | QUETIAPINE 400 | | | | | | | 119 (g/L) |
| Final Study Visit | S13 | 2005-08-31 (66) | QUETIAPINE 400 | 4.3 (mmol/L) | 4.7 (%) | 1.21 (mmol/L) | 5.62 (mmol/L)H | 2.02 (mmol/L) | | 116 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-22 (-4) | PreTrt | 321 (10**9/L) | 4.9 (10**9/L) | 1.86 (10**9/L)L | 15 (IU/L) | 23 (IU/L) | 71 (umol/L) | 1.65 (mIU/L) | 14.3 (pmol/L) |
| Visit prior to Event | S4 | 2005-07-25 (29) | QUETIAPINE 400 | 265 (10**9/L) | 6.1 (10**9/L) | 3.49 (10**9/L) | | | | | |
| Final Study Visit | S13 | 2005-08-31 (66) | QUETIAPINE 400 | 385 (10**9/L) | 6.3 (10**9/L) | 3.98 (10**9/L) | 11 (IU/L) | 18 (IU/L) | 88 (umol/L) | 4.33 (mIU/L) | 9.2 (pmol/L)L |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range. H=above normal range. NR=not recorded    * - unscheduled visit

5

2484

CONFIDENTIAL
AZSER12746931

| Subject identifier | Study phase-treatment during which event occurred | | | Narrative event |
|---|---|---|---|---|
| D1447C00126/E0117004 | Open Label - QUETIAPINE 500 | | | DAE |

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

6

2485

CONFIDENTIAL
AZSER12746932

| | | Study phase-treatment during which event occurred | | Narrative event |
|---|---|---|---|---|
| Subject identifier | | Open Label - QUETIAPINE 500 | | DAE |
| D1447C00126/E0117004 | | | | |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-05-27 (-31)# | 2005-08-31 (66)# | No | ALPRAZOLAM | 0.25 mg | (PRN) when necessary for anxiety |
| 2005-06-27 (1)# | 2005-09-30 (96)# | Yes | RAMIPRIL | 5 mg | Hypertension |
| 2005-07-26 (30) | 2005-08-28 (63) | No | VENLAFAXINE | 37.5 mg | Depression |
| 2005-08-10 (45) | 2005-09-30 (96)# | Yes | LITHIUM | 900 mg | Bipolar disorder |
| 2005-08-22 (57) | 2005-08-22 (57) | No | PARACETAMOL | 1000 mg | Toothache |
| 2005-09-01 (67) | 2005-09-01 (67) | No | CIMETIDINE | 100 mg | Acid reflux |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

7

2486

CONFIDENTIAL
AZSER12746933

START OF E NARRATIVE

**Subject identifier**
D1447C00126/E0117005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

Narrative event
DAE

**Narrative event:**

Death:                   No

SAE:                     No

DAE:                     CONSTIPATION, SOMNOLENCE

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 42 | Female | Caucasian | 27 | 2005-07-14 | 2005-08-09 | QUETIAPINE 100 | 2005-08-25 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:                 menstrual back pain, adhd - attention deficit hyperactivity disorder

Past:                    rape

**Death information:**

Date of death:           No death

Cause of death:

Post-mortem:

2487

1

CONFIDENTIAL
AZSER12746934

**Subject identifier**
D1447C00126/E0117005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2005-07-14 (1) | NA | SOMNOLENCE(Drowsiness) | 9.1 | Continuing | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 200 | 2005-07-15 (2) | 2005-07-22 (9) | VISION BLURRED(Blurred vision) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 300 | 2005-07-18 (5) | NA | CONSTIPATION(Constipation) | 9.1 | Continuing | Yes | Yes | No | Mild |
| OL | QUETIAPINE 300 | 2005-07-20 (7) | 2005-08-09 (27) | DRY MOUTH(Dry mouth) | 9.1 | Resolved | Yes | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2488

CONFIDENTIAL
AZSER12746935

**Subject identifier**
D1447C00126/E0117005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Descriptive text:**

NA

2489

3

CONFIDENTIAL
AZSER12746936

**Narrative event** DAE

**Subject identifier**
D1447C00126/E0117005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-07-06 (-7) | PreTrt | 5.2 (mmol/L) | | 1.40 (mmol/L) | 3.96 (mmol/L) | 1.37 (mmol/L) | | |
| Visit prior to Event | Enrollment | 2005-07-06 (-7) | PreTrt | 5.2 (mmol/L) | | 1.40 (mmol/L) | 3.96 (mmol/L) | 1.37 (mmol/L) | | |
| Final Study Visit | Enrollment | 2005-07-06 (-7) | PreTrt | 5.2 (mmol/L) | | 1.40 (mmol/L) | 3.96 (mmol/L) | 1.37 (mmol/L) | | |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-07-06 (-7) | PreTrt | | | | 13 (IU/L) | 18 (IU/L) | 71 (umol/L) | 1.10 (mIU/L) | 12.8 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-07-06 (-7) | PreTrt | | | | 13 (IU/L) | 18 (IU/L) | 71 (umol/L) | 1.10 (mIU/L) | 12.8 (pmol/L) |
| Final Study Visit | Enrollment | 2005-07-06 (-7) | PreTrt | | | | 13 (IU/L) | 18 (IU/L) | 71 (umol/L) | 1.10 (mIU/L) | 12.8 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range, H=above normal range, NR=not recorded   * - unscheduled visit

2490

4

CONFIDENTIAL
AZSER12746937

**Subject identifier**
D1447C00126/E0117005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2491

CONFIDENTIAL
AZSER12746938

Narrative event
DAE

**Subject identifier**
D1447C00126/E0117005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-06-13 (-31)# | 2005-09-08 (57)# | Yes | VICODIN | 10 mg | PRN - menstrual back pain |
| 2005-07-14 (1) | 2005-07-19 (6) | No | LITHIUM | 600 mg | Bipolar |
| 2005-07-19 (6) | 2005-09-08 (57)# | Yes | BISACODYL | 5 mg | PRN - constipation |
| 2005-07-20 (7) | 2005-07-21 (8) | No | LITHIUM | 300 mg | Bipolar |
| 2005-07-22 (9) | 2005-07-26 (13) | No | VALPROIC ACID | 250 mg | Bipolar |
| 2005-07-25 (12) | 2005-09-08 (57)# | Yes | SENNOSIDE A+B | 25 mg | PRN - constipation |
| 2005-07-27 (14) | 2005-08-09 (27) | No | VALPROIC ACID | 500 mg | Bipolar |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2492

CONFIDENTIAL
AZSER12746939

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0117006

**Narrative event:** Open Label - QUETIAPINE 0

Narrative event
DAE

**Narrative event:**

Death:          No

SAE:            No

DAE:            SEDATION

Study phase-treatment during which event occurred

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 27 | Male | Caucasian | 6 | 2005-07-15 | 2005-07-20 | QUETIAPINE 0 | 2005-07-29 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:

Past:           depression

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

1

2493

CONFIDENTIAL
AZSER12746940

**Subject identifier**
D1447C00126/E0117006

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 0

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 0 | 2005-07-16 (2) | NA | SEDATION(Intermittent sedation) | 9.1 | Continuing | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 100 | 2005-07-18 (4) | NA | PREMATURE EJACULATION(Premature ejaculation) | 9.1 | Continuing | No | No | No | Moderate |
| OffTrt | | 2005-07-21 (7) | 2005-07-27 (13) | HEADACHE(Headache) | 9.1 | Resolved | No | No | No | Moderate |
| OffTrt | | 2005-08-03 (20) | 2005-08-07 (24) | MOUTH ULCERATION(Mouth ulcer) | 9.1 | Resolved | No | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2494

CONFIDENTIAL
AZSER12746941

**Subject identifier**
D1447C00126/E0117006

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 0

**Narrative event**
DAE

**Descriptive text:**

NA

2495

3

CONFIDENTIAL
AZSER12746942

**Subject identifier**
D1447C00126/E0117006

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 0

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-07-08 (-6) | PreTrt | 4.4 (mmol/L) | 5.0 (%) | 1.67 (mmol/L) | 4.77 (mmol/L) | 1.35 (mmol/L) | | 150 (g/L) |
| Visit prior to Event | Enrollment | 2005-07-08 (-6) | PreTrt | 4.4 (mmol/L) | 5.0 (%) | 1.67 (mmol/L) | 4.77 (mmol/L) | 1.35 (mmol/L) | | 150 (g/L) |
| Final Study Visit | S13 | 2005-07-29 (15) | OffTrt | 4.3 (mmol/L) | 5.0 (%) | 1.15 (mmol/L) | 5.08 (mmol/L) | 1.32 (mmol/L) | | 156 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-07-08 (-6) | PreTrt | 196 (10**9/L) | 6.8 (10**9/L) | 4.76 (10**9/L) | 20 (IU/L) | 23 (IU/L) | 97 (umol/L) | 4.92 (mIU/L) | 15.0 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-07-08 (-6) | PreTrt | 196 (10**9/L) | 6.8 (10**9/L) | 4.76 (10**9/L) | 20 (IU/L) | 23 (IU/L) | 97 (umol/L) | 4.92 (mIU/L) | 15.0 (pmol/L) |
| Final Study Visit | S13 | 2005-07-29 (15) | OffTrt | 245 (10**9/L) | 7.3 (10**9/L) | 4.91 (10**9/L) | 18 (IU/L) | 22 (IU/L) | 88 (umol/L) | 3.01 (mIU/L) | 17.4 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * = unscheduled visit

4

2496

CONFIDENTIAL
AZSER12746943

**Narrative event**
DAE

**Subject identifier**
D1447C00126/E0117006

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 0

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2497

CONFIDENTIAL
AZSER12746944

**Subject identifier**
D1447C00126/E0117006

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 0

**Narrative event**
DAE

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-03-01 (-136) | 2005-08-19 (36)# | Yes | CENTRUM PERFORMANCE | 1 tab | Multivitamin supplement |
| 2005-07-16 (2) | 2005-07-19 (5) | No | VALPROIC ACID | 250 mg | Mood stabilizer |
| 2005-07-21 (7) | 2005-07-21 (7) | No | PARACETAMOL | 700 mg | Headache |
| 2005-07-21 (7) | 2005-07-27 (13) | No | VALPROIC ACID | 250 mg | Mood stabilizer |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2498

6

CONFIDENTIAL
AZSER12746945

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0117012

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 400

Narrative event
DAE

**Narrative event:**

Death:        No

SAE:         No

DAE:         SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 27 | Female | Caucasian | 57 | 2005-08-09 | 2005-10-04 | QUETIAPINE 400 | 2005-11-08 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:

Past:        hernia

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

2499

1

CONFIDENTIAL
AZSER12746946

**Subject identifier**
D1447C00126/E0117012

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 200 | 2005-08-10 (2) | NA | WEIGHT INCREASED(Weight gain) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 200 | 2005-08-10 (2) | 2005-08-13 (5) | SOMNOLENCE(Somnolence) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 200 | 2005-08-11 (3) | 2005-08-28 (20) | INAPPROPRIATE ANTIDIURETIC HORMONE SECRETION(Syndrome of inappropriate anti diuretic hormone (SIAD)) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 200 | 2005-08-13 (5) | 2005-08-13 (5) | HEADACHE(Headache) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-08-17 (9) | 2005-10-05 (58) | DRY MOUTH(Dry mouth daytime) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-08-18 (10) | 2005-08-20 (12) | HEADACHE(Headache) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-08-21 (13) | NA | BACK PAIN(Back pain) | 9.1 | Continuing | No | No | No | Severe |
| OL | QUETIAPINE 400 | 2005-08-21 (13) | 2005-08-21 (13) | MIGRAINE(Migraine) | 9.1 | Resolved | No | No | No | Severe |
| OL | QUETIAPINE 400 | 2005-09-01 (24) | 2005-10-05 (58) | SEDATION(Sedation) | 9.1 | Resolved | Yes | Yes | No | Severe |
| OL | QUETIAPINE 400 | 2005-09-07 (30) | 2005-09-14 (37) | NASOPHARYNGITIS(Common cold) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-09-07 (30) | 2005-10-03 (56) | OEDEMA PERIPHERAL(Edema in ankles) | 9.1 | Resolved | No | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2

2500

CONFIDENTIAL
AZSER12746947