| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0117012 | Open Label - QUETIAPINE 400 | DAE |

**Descriptive text:**

NA

2501

3

CONFIDENTIAL
AZSER12746948

**Narrative event** DAE

**Subject identifier**
D1447C00126/E0117012

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-02 (-6) | PreTrt | 4.6 (mmol/L) | 4.9 (%) | 1.51 (mmol/L) | 5.23 (mmol/L)H | 1.19 (mmol/L) | | 115 (g/L)L |
| Visit prior to Event | Enrollment | 2005-08-02 (-6) | PreTrt | 4.6 (mmol/L) | 4.9 (%) | 1.51 (mmol/L) | 5.23 (mmol/L)H | 1.19 (mmol/L) | | 115 (g/L)L |
| Visit of Event | S4 | 2005-09-06 (29) | QUETIAPINE 400 | | | | | | | 104 (g/L)L |
| Visit after Event | S13 | 2005-11-08 (92) | OffTrt | 4.6 (mmol/L) | 5.3 (%) | 0.97 (mmol/L) | 4.14 (mmol/L) | 1.22 (mmol/L) | | 112 (g/L)L |
| Final Study Visit | S13 | 2005-11-08 (92) | OffTrt | 4.6 (mmol/L) | 5.3 (%) | 0.97 (mmol/L) | 4.14 (mmol/L) | 1.22 (mmol/L) | | 112 (g/L)L |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-02 (-6) | PreTrt | 337 (10**9/L) | 7.7 (10**9/L) | 4.49 (10**9/L) | 12 (IU/L) | 15 (IU/L) | 53 (umol/L) | 2.80 (mIU/L) | 11.4 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-08-02 (-6) | PreTrt | 337 (10**9/L) | 7.7 (10**9/L) | 4.49 (10**9/L) | 12 (IU/L) | 15 (IU/L) | 53 (umol/L) | 2.80 (mIU/L) | 11.4 (pmol/L) |
| Visit of Event | S4 | 2005-09-06 (29) | QUETIAPINE 400 | 261 (10**9/L) | 4.4 (10**9/L) | 2.39 (10**9/L) | | | | | |
| Visit after Event | S13 | 2005-11-08 (92) | OffTrt | 339 (10**9/L) | 4.4 (10**9/L) | 2.23 (10**9/L) | 12 (IU/L) | 16 (IU/L) | 62 (umol/L) | 2.27 (mIU/L) | 10.8 (pmol/L) |
| Final Study Visit | S13 | 2005-11-08 (92) | OffTrt | 339 (10**9/L) | 4.4 (10**9/L) | 2.23 (10**9/L) | 12 (IU/L) | 16 (IU/L) | 62 (umol/L) | 2.27 (mIU/L) | 10.8 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range.  H=above normal range.  NR=not recorded    * - unscheduled visit

2502

4

CONFIDENTIAL
AZSER12746949

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
| --- | --- | --- |
| D1447C00126/E0117012 | Open Label - QUETIAPINE 400 | DAE |

### Weight: Include only if DAE due to weight

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
| --- | --- | --- | --- | --- |
| NA | | | | |

5

2503

CONFIDENTIAL
AZSER12746950

| | Study phase-treatment during which event occurred | | | | Narrative event |
| | Open Label - QUETIAPINE 400 | | | | DAE |

**Subject identifier**
D1447C00126/E0117012

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-08-30 (22) | 2005-09-01 (24) | No | VALPROIC ACID | 250 mg | Mood stabilizer |
| 2005-09-02 (25) | 2005-09-13 (36) | No | VALPROIC ACID | 500 mg | Mood stabilizer |
| 2005-09-09 (32) | 2005-11-03 (87)# | Yes | FISH OIL | 1 tab | Prophylaxis |
| 2005-09-09 (32) | 2005-11-03 (87)# | Yes | IRON | 1 tab | Anaemia |
| 2005-09-09 (32) | 2005-11-03 (87)# | Yes | LINUM USITATISSIMUM | 1 tab | Prophylaxis |
| 2005-09-09 (32) | 2005-11-03 (87)# | Yes | VITAMINS NOS | 1 tab | Prophylaxis |
| 2005-09-14 (37) | 2005-09-16 (39) | No | VALPROIC ACID | 1000 mg | Mood stabilizer |
| 2005-09-17 (40) | 2005-10-03 (56) | No | VALPROIC ACID | 1500 mg | Mood stabilizer |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2504

CONFIDENTIAL
AZSER12746951

Narrative event
DAE

## START OF E NARRATIVE

**Subject identifier**
D1447C00126/E0117015

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

### Narrative event:

Death:              No

SAE:                No

DAE:                IRRITABILITY, POOR QUALITY SLEEP, SWELLING, WEIGHT INCREASED

### Baseline information and summary of treatment:

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 29 | Female | Black | 22 | 2005-09-12 | 2005-10-03 | QUETIAPINE 100 | 2005-10-11 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

### Medical History:

Current:            intermittent shortness of breath

Past:               chronic anemia, suicide attempt 1989, suicide attempt 1993, suicide attempt 1996, intermittent generalized swelling

### Death information:

Date of death:      No death

Cause of death:

Post-mortem:

2505

1

CONFIDENTIAL
AZSER12746952

**Subject identifier**
D1447C00126/E0117015

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2005-09-13 (2) | NA | WEIGHT INCREASED(Weight gain) | 9.1 | Continuing | Yes | Yes | No | Mild |
| OL | QUETIAPINE 100 | 2005-09-13 (2) | NA | IRRITABILITY(Increased irritability) | 9.1 | Continuing | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 100 | 2005-09-13 (2) | NA | POOR QUALITY SLEEP(Decrased sleep quality) | 9.1 | Continuing | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 100 | 2005-09-13 (2) | 2005-09-22 (11) | SWELLING(Generalized swelling) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 100 | 2005-09-13 (2) | 2005-09-26 (15) | THIRST(Increased thirst) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 100 | 2005-09-13 (2) | 2005-09-26 (15) | POLLAKIURIA(Increased urination) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 100 | 2005-09-16 (5) | 2005-09-17 (6) | DYSMENORRHOEA(Menstural cramps) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 100 | 2005-09-23 (12) | 2005-10-11 (30) | SWELLING(Worsenting generalized swelling) | 9.1 | Resolved | Yes | Yes | No | Severe |
| OL | QUETIAPINE 0 | 2005-09-25 (14) | 2005-09-26 (15) | MIGRAINE(Migraine) | 9.1 | Resolved | No | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2506

CONFIDENTIAL
AZSER12746953

**Subject identifier**
D1447C00126/E0117015

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Descriptive text:**

NA

2507

3

CONFIDENTIAL
AZSER12746954

**Subject identifier**
D1447C00126/E0117015

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|-------|--------------|-------------------------------|--------------------------------|---------|-------|----------------|-------------------|-----|-----|-------------|
| Enrollment | Enrollment | 2005-09-06 (-5) | PreTrt | 5.2 (mmol/L) | 5.4 (%) | 1.13 (mmol/L) | 4.92 (mmol/L) | 0.98 (mmol/L)L | | 121 (g/L) |
| Visit prior to Event | Enrollment | 2005-09-06 (-5) | PreTrt | 5.2 (mmol/L) | 5.4 (%) | 1.13 (mmol/L) | 4.92 (mmol/L) | 0.98 (mmol/L)L | | 121 (g/L) |
| Final Study Visit | S13 | 2005-10-11 (30) | OffTrt | 6.3 (mmol/L) | 5.8 (%) | 1.60 (mmol/L) | 4.56 (mmol/L) | 0.93 (mmol/L)L | | 123 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|-------|--------------|-------------------------------|--------------------------------|----------------|-----------------|-------------|-----|-----|------------|-----|-----|
| Enrollment | Enrollment | 2005-09-06 (-5) | PreTrt | 290 (10**9/L) | 5.4 (10**9/L) | 2.89 (10**9/L) | 13 (IU/L) | 18 (IU/L) | 106 (umol/L) | 2.09 (mIU/L) | 12.3 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-09-06 (-5) | PreTrt | 290 (10**9/L) | 5.4 (10**9/L) | 2.89 (10**9/L) | 13 (IU/L) | 18 (IU/L) | 106 (umol/L) | 2.09 (mIU/L) | 12.3 (pmol/L) |
| Final Study Visit | S13 | 2005-10-11 (30) | OffTrt | 274 (10**9/L) | 6.3 (10**9/L) | 3.33 (10**9/L) | 13 (IU/L) | 17 (IU/L) | 80 (umol/L) | 2.76 (mIU/L) | 13.2 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

4

2508

CONFIDENTIAL
AZSER12746955

| Subject identifier | | Study phase-treatment during which event occurred | | Narrative event |
| D1447C00126/E0117015 | | Open Label - QUETIAPINE 100 | | DAE |

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| Enrollment | 2005-09-06 (-6) | | PreTrt | 104.2 |
| S2 | 2005-09-19 (8) | QUETIAPINE 300 | OL | 106.1 |
| S2 | 2005-09-19 (8) | QUETIAPINE 300 | OL | 108.2 |
| S13 | 2005-10-11 (30) | | OffTrt | 107.4 |

2509

5

CONFIDENTIAL
AZSER12746956

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0117015 | Open Label - QUETIAPINE 100 | DAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-09-12 (1) | 2005-09-18 (7) | No | LITHIUM | 600 mg | Mood stabilizer |
| 2005-09-16 (5) | 2005-09-17 (6) | No | PARACETAMOL | 1000 mg | Menstrual cramps |
| 2005-09-26 (15) | 2005-09-26 (15) | No | PARACETAMOL | 2000 mg | Migraine headache |
| 2005-10-04 (23) | 2005-11-02 (52)# | Yes | HYDROCHLOROTHIAZIDE | 25 mg | Swelling/fluid retention |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2510

6

CONFIDENTIAL
AZSER12746957

**START OF E NARRATIVE**

Narrative event DAE

**Subject identifier**
D1447C00126/E0117017

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event:**

Death:                No

SAE:                  No

DAE:                  ASTHENIA, DIZZINESS, SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 57 | Male | Caucasian | 2 | 2005-10-03 | 2005-10-04 | QUETIAPINE 100 | 2005-10-10 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:

Past:                 achilles tendon tear

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

1

2511

CONFIDENTIAL
AZSER12746958

**Subject identifier**
D1447C00126/E0117017

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2005-10-03 (1) | 2005-10-05 (3) | DIZZINESS(Dizziness) | 9.1 | Resolved | Yes | Yes | No | Severe |
| OL | QUETIAPINE 100 | 2005-10-03 (1) | 2005-10-05 (3) | ASTHENIA(Generalized weakness) | 9.1 | Resolved | Yes | Yes | No | Severe |
| OL | QUETIAPINE 100 | 2005-10-03 (1) | 2005-10-05 (3) | SEDATION(Increased sedation) | 9.1 | Resolved | Yes | Yes | No | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2

2512

CONFIDENTIAL
AZSER12746959

**Subject identifier**
D1447C00126/E0117017

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Descriptive text:**

NA

2513

3

CONFIDENTIAL
AZSER12746960

**Narrative event** DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Subject identifier**
D1447C00126/E0117017

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-09-27 (-5) | PreTrt | 5.2 (mmol/L) | 5.3 (%) | 2.70 (mmol/L) | 7.23 (mmol/L)H | 1.74 (mmol/L) | | 159 (g/L) |
| Visit prior to Event | Enrollment | 2005-09-27 (-5) | PreTrt | 5.2 (mmol/L) | 5.3 (%) | 2.70 (mmol/L) | 7.23 (mmol/L)H | 1.74 (mmol/L) | | 159 (g/L) |
| Visit after Event | S13 | 2005-10-10 (8) | OffTrt | 5.1 (mmol/L) | 5.1 (%) | 6.63 (mmol/L)H | 6.94 (mmol/L)H | 1.53 (mmol/L) | | 154 (g/L) |
| Final Study Visit | S13 | 2005-10-10 (8) | OffTrt | 5.1 (mmol/L) | 5.1 (%) | 6.63 (mmol/L)H | 6.94 (mmol/L)H | 1.53 (mmol/L) | | 154 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-09-27 (-5) | PreTrt | 250 (10**9/L) | 6.5 (10**9/L) | 4.08 (10**9/L) | 44 (IU/L) | 33 (IU/L) | 97 (umol/L) | 2.19 (mIU/L) | 13.7 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-09-27 (-5) | PreTrt | 250 (10**9/L) | 6.5 (10**9/L) | 4.08 (10**9/L) | 44 (IU/L) | 33 (IU/L) | 97 (umol/L) | 2.19 (mIU/L) | 13.7 (pmol/L) |
| Visit after Event | S13 | 2005-10-10 (8) | OffTrt | 257 (10**9/L) | 6.7 (10**9/L) | 4.42 (10**9/L) | 28 (IU/L) | 29 (IU/L) | 88 (umol/L) | 2.10 (mIU/L) | 13.5 (pmol/L) |
| Final Study Visit | S13 | 2005-10-10 (8) | OffTrt | 257 (10**9/L) | 6.7 (10**9/L) | 4.42 (10**9/L) | 28 (IU/L) | 29 (IU/L) | 88 (umol/L) | 2.10 (mIU/L) | 13.5 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * - unscheduled visit

2514

4

CONFIDENTIAL
AZSER12746961

**Narrative event**
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Subject identifier**
D1447C00126/E0117017

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2515

CONFIDENTIAL
AZSER12746962

Narrative event
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Subject identifier**
D1447C00126/E0117017

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-09-02 (-31)# | 2005-11-03 (32)# | Yes | ASCORBIC ACID | 9 g | Prophylactic |
| 2005-09-02 (-31)# | 2005-11-03 (32)# | Yes | FISH OIL | 3000 mg | Prophylactic |
| 2005-09-02 (-31)# | 2005-11-03 (32)# | Yes | VITAMINS NOS | 2 tabs | Prophylactic |
| 2005-09-02 (-31)# | 2005-11-03 (32)# | Yes | VITAMINS NOS | 1 tab | Prophylactic |
| 2005-10-03 (1) | 2005-10-03 (1) | No | LITHIUM | 300 mg | Bipolar disorder mood stabilizer |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2516

CONFIDENTIAL
AZSER12746963

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E0117018

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

Narrative event
DAE

**Narrative event:**

Death:           No

SAE:             No

DAE:             CLUMSINESS, DIZZINESS

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 24  | Female | Caucasian | 16 | 2005-10-05 | 2005-10-20 | QUETIAPINE 200 | 2005-10-28 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:         asthma

Past:

**Death information:**

Date of death:    No death

Cause of death:

Post-mortem:

2517

1

CONFIDENTIAL
AZSER12746964

**Subject identifier**
D1447C00126/E0117018

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 200 | 2005-10-10 (6) | NA | HEADACHE(Intermittent headaches) | 9.1 | Continuing | No | No | No | Moderate |
| OL | QUETIAPINE 200 | 2005-10-10 (6) | NA | DIZZINESS(Dizziness) | 9.1 | Continuing | No | Yes | No | Moderate |
| OL | QUETIAPINE 200 | 2005-10-10 (6) | NA | CLUMSINESS(Clumsiness) | 9.1 | Continuing | No | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2518

2

CONFIDENTIAL
AZSER12746965

**Subject identifier**
D1447C00126/E0117018

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Descriptive text:**

NA

2519

3

CONFIDENTIAL
AZSER12746966

**Subject identifier**
D1447C00126/E0117018

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-09-30 (-4) | PreTrt | 4.9 (mmol/L) | 5.2 (%) | 0.81 (mmol/L) | 3.06 (mmol/L)L | 1.19 (mmol/L) | | 129 (g/L) |
| Visit prior to Event | Enrollment | 2005-09-30 (-4) | PreTrt | 4.9 (mmol/L) | 5.2 (%) | 0.81 (mmol/L) | 3.06 (mmol/L)L | 1.19 (mmol/L) | | 129 (g/L) |
| Final Study Visit | S13 | 2005-10-20 (16) | QUETIAPINE 400 | 5.6 (mmol/L) | 5.1 (%) | 1.05 (mmol/L) | 3.42 (mmol/L) | 1.11 (mmol/L) | | 132 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-09-30 (-4) | PreTrt | 256 (10**9/L) | 5.7 (10**9/L) | 3.68 (10**9/L) | 20 (IU/L) | 24 (IU/L) | 62 (umol/L) | 1.74 (mIU/L) | 13.2 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-09-30 (-4) | PreTrt | 256 (10**9/L) | 5.7 (10**9/L) | 3.68 (10**9/L) | 20 (IU/L) | 24 (IU/L) | 62 (umol/L) | 1.74 (mIU/L) | 13.2 (pmol/L) |
| Final Study Visit | S13 | 2005-10-20 (16) | QUETIAPINE 400 | 273 (10**9/L) | 8.7 (10**9/L) | 6.09 (10**9/L) | 15 (IU/L) | 25 (IU/L) | 71 (umol/L) | 1.08 (mIU/L) | 11.5 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * = unscheduled visit

2520

4

CONFIDENTIAL
AZSER12746967

Narrative event
DAE

**Subject identifier**
D1447C00126/E0117018

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2521

5

CONFIDENTIAL
AZSER12746968

**Subject identifier**
D1447C00126/E0117018

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-09-04 (-31)# | 2005-11-19 (46)# | Yes | MEDROXYPROGESTERONE | U, U | Birth control |
| 2005-09-23 (-12) | 2005-11-19 (46)# | Yes | SERETIDE MITE | 2 puffs | Asthma |
| 2005-10-07 (3) | 2005-10-11 (7) | No | LITHIUM | 300 mg | Bipolar |
| 2005-10-10 (6) | 2005-11-19 (46)# | Yes | IBUPROFEN | 200 mg | Headaches |
| 2005-10-12 (8) | 2005-10-20 (16) | No | LITHIUM | 600 mg | Bipolar |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2522

6

CONFIDENTIAL
AZSER12746969

Narrative event
DAE

# START OF E NARRATIVE

Subject identifier
D1447C00126/E0117027

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 0

## Narrative event:

Death:                    No

SAE:                      No

DAE:                      SEDATION

## Baseline information and summary of treatment:

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|------------------------|------------------------------|------------------------|
| 20  | Male | Black | 14 | 2005-12-02 | 2005-12-15 | QUETIAPINE 0 | 2006-01-06 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

## Medical History:

Current:

Past:                     appendicitis

## Death information:

Date of death:            No death

Cause of death:

Post-mortem:

2523

1

CONFIDENTIAL
AZSER12746970

**Subject identifier**
D1447C00126/E0117027

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 0

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 0 | 2005-12-03 (2) | 2005-12-17 (16) | SEDATION(Sedation) | 9.1 | Resolved | No | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2524

2

CONFIDENTIAL
AZSER12746971

**Subject identifier**
D1447C00126/E0117027

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 0

**Narrative event**
DAE

**Descriptive text:**

NA

2525

3

CONFIDENTIAL
AZSER12746972

**Subject identifier**
D1447C00126/E0117027

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 0

**Narrative event**
DAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-11-21 (-10) | PreTrt | 4.7 (mmol/L) | 5.9 (%) | 0.71 (mmol/L) | 4.25 (mmol/L) | 1.61 (mmol/L) | | 149 (g/L) |
| Visit prior to Event | Enrollment | 2005-11-21 (-10) | PreTrt | 4.7 (mmol/L) | 5.9 (%) | 0.71 (mmol/L) | 4.25 (mmol/L) | 1.61 (mmol/L) | | 149 (g/L) |
| Visit after Event | S13 | 2006-01-06 (36) | OffTrt | 5.4 (mmol/L) | 5.7 (%) | 0.69 (mmol/L) | 3.76 (mmol/L) | 1.45 (mmol/L) | | 148 (g/L) |
| Final Study Visit | S13 | 2006-01-06 (36) | OffTrt | 5.4 (mmol/L) | 5.7 (%) | 0.69 (mmol/L) | 3.76 (mmol/L) | 1.45 (mmol/L) | | 148 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-11-21 (-10) | PreTrt | 276 (10**9/L) | 9.1 (10**9/L) | 5.85 (10**9/L) | 16 (IU/L) | 20 (IU/L) | 80 (umol/L) | | |
| Visit prior to Event | Enrollment | 2005-11-21 (-10) | PreTrt | 276 (10**9/L) | 9.1 (10**9/L) | 5.85 (10**9/L) | 16 (IU/L) | 20 (IU/L) | 80 (umol/L) | | |
| Visit after Event | S13 | 2006-01-06 (36) | OffTrt | 275 (10**9/L) | 7.8 (10**9/L) | 4.63 (10**9/L) | 13 (IU/L) | 16 (IU/L) | 80 (umol/L) | 0.69 (mIU/L)L | 15.5 (pmol/L) |
| Final Study Visit | S13 | 2006-01-06 (36) | OffTrt | 275 (10**9/L) | 7.8 (10**9/L) | 4.63 (10**9/L) | 13 (IU/L) | 16 (IU/L) | 80 (umol/L) | 0.69 (mIU/L)L | 15.5 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded.    * - unscheduled visit

2526

4

CONFIDENTIAL
AZSER12746973

Narrative event
DAE

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 0

Subject identifier
D1447C00126/E0117027

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2527

CONFIDENTIAL
AZSER12746974

| | Subject identifier<br>D1447C00126/E0117027 | | Study phase-treatment during which event occurred<br>Open Label - QUETIAPINE 0 | | | Narrative event<br>DAE |
|---|---|---|---|---|---|---|

**Medication information: Include concomitant medications taken during the event only**

| Date started<br>(day started) | Date stopped<br>(day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-12-01 (-1) | 2005-12-16 (15) | No | VALPROIC ACID | 250 mg | Mood stabilizer |
| 2005-12-17 (16) | 2005-12-18 (17) | No | VALPROIC ACID | 500 mg | Mood stabilizer |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2528

CONFIDENTIAL
AZSER12746975

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E0117029

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Narrative event**
DAE

**Narrative event:**

Death:              No

SAE:                No

DAE:                LETHARGY, SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 59 | Male | Caucasian | 23 | 2005-12-22 | 2006-01-13 | QUETIAPINE 300 | 2006-01-16 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:            arthritis, hyperlipidemia, diabetes, erectile dysfunction, hearing impairment

Past:               suicide attempt, overdose

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

2529

1

CONFIDENTIAL
AZSER12746976

**Subject identifier**
DI447C00126/E0117029

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2005-12-22 (1) | 2005-12-27 (6) | DISORIENTATION(Disoriented) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 100 | 2005-12-22 (1) | 2005-12-27 (6) | SEDATION(Sedation) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 100 | 2005-12-22 (1) | 2005-12-27 (6) | MUSCULAR WEAKNESS(Muscle weakness) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 100 | 2005-12-22 (1) | 2005-12-27 (6) | TREMOR(Tremors) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 300 | 2006-01-01 (11) | 2006-01-14 (24) | LETHARGY(Lethargy) | 9.1 | Resolved | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 300 | 2006-01-01 (11) | 2006-01-14 (24) | SEDATION(Recurrent sedation) | 9.1 | Resolved | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2530

CONFIDENTIAL
AZSER12746977

**Subject identifier**
D1447C00126/E0117029

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Narrative event**
DAE

**Descriptive text:**

NA

2531

3

CONFIDENTIAL
AZSER12746978

**Narrative event** DAE

**Subject identifier**
D1447C00126/E0117029

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-12-15 (-6) | PreTrt | 8.2 (mmol/L)H | 6.9 (%)H | 1.98 (mmol/L) | 3.26 (mmol/L)L | 0.98 (mmol/L)L | | 141 (g/L) |
| Visit prior to Event | Enrollment | 2005-12-15 (-6) | PreTrt | 8.2 (mmol/L)H | 6.9 (%)H | 1.98 (mmol/L) | 3.26 (mmol/L)L | 0.98 (mmol/L)L | | 141 (g/L) |
| Visit after Event | S13 | 2006-01-16 (26) | OffTrt | 9.1 (mmol/L)H | 7.1 (%)H | 3.12 (mmol/L)H | 4.33 (mmol/L) | 1.22 (mmol/L) | | 149 (g/L) |
| Final Study Visit | S13 | 2006-01-16 (26) | OffTrt | 9.1 (mmol/L)H | 7.1 (%)H | 3.12 (mmol/L)H | 4.33 (mmol/L) | 1.22 (mmol/L) | | 149 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-12-15 (-6) | PreTrt | 273 (10**9/L) | 4.9 (10**9/L) | 3.06 (10**9/L) | 15 (IU/L) | 15 (IU/L) | 97 (umol/L) | 1.09 (mIU/L) | 10.6 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-12-15 (-6) | PreTrt | 273 (10**9/L) | 4.9 (10**9/L) | 3.06 (10**9/L) | 15 (IU/L) | 15 (IU/L) | 97 (umol/L) | 1.09 (mIU/L) | 10.6 (pmol/L) |
| Visit after Event | S13 | 2006-01-16 (26) | OffTrt | 308 (10**9/L) | 5.6 (10**9/L) | 3.39 (10**9/L) | 24 (IU/L) | 20 (IU/L) | 115 (umol/L) | 3.36 (mIU/L) | 11.5 (pmol/L) |
| Final Study Visit | S13 | 2006-01-16 (26) | OffTrt | 308 (10**9/L) | 5.6 (10**9/L) | 3.39 (10**9/L) | 24 (IU/L) | 20 (IU/L) | 115 (umol/L) | 3.36 (mIU/L) | 11.5 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * - unscheduled visit

2532

4

CONFIDENTIAL
AZSER12746979

Narrative event
DAE

**Subject identifier**
D1447C00126/E0117029

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

## Weight: Include only if DAE due to weight

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2533

CONFIDENTIAL
AZSER12746980

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Subject identifier**
D1447C00126/E0117029

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-11-01 (-51) | 2006-01-05 (15) | No | ESCITALOPRAM | 10 mg | Depression |
| 2005-11-21 (-31)# | 2006-02-12 (53)# | Yes | ACETYLSALICYLIC ACID | 81 mg | Prophylactic blood thinner |
| 2005-11-21 (-31)# | 2006-02-12 (53)# | Yes | ATORVASTATIN | 20 mg | Hypercholesterolemia |
| 2005-11-21 (-31)# | 2006-02-12 (53)# | Yes | DILTIAZEM | 180 mg | Hypertension |
| 2005-11-21 (-31)# | 2006-02-12 (53)# | Yes | FOLIC ACID | 400 ug | Supplement |
| 2005-11-21 (-31)# | 2006-02-12 (53)# | Yes | GLIBENCLAMIDE | 5 mg | Diabetes |
| 2005-11-21 (-31)# | 2006-02-12 (53)# | Yes | METFORMIN | 1500 mg | Diabetes |
| 2005-11-21 (-31)# | 2006-02-12 (53)# | Yes | PRINZIDE | 20 mg | Hypertension |
| 2005-11-21 (-31)# | 2006-02-12 (53)# | Yes | SULINDAC | 400 mg | Arthritis |
| 2005-11-21 (-31)# | 2006-02-12 (53)# | Yes | TADALAFIL | 20 mg | PRN for erectile dysfunction |
| 2005-12-29 (8) | 2006-01-04 (14) | No | VALPROIC ACID | 250 mg | Mood stabilizer |
| 2006-01-05 (15) | 2006-02-12 (53)# | Yes | VALPROIC ACID | 500 mg | Mood stabilizer |
| 2006-01-06 (16) | 2006-02-12 (53)# | Yes | ESCITALOPRAM | 5 mg | Depression |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2534

6

CONFIDENTIAL
AZSER12746981

# START OF E NARRATIVE

**Subject identifier**
D1447C00126/E0117030

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

## Narrative event:

| | |
|---|---|
| Death: | No |
| SAE: | No |
| DAE: | SEDATION |

## Baseline information and summary of treatment:

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 46 | Male | Caucasian | 7 | 2006-01-11 | 2006-01-17 | QUETIAPINE 200 | 2006-01-19 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

## Medical History:

Current:

Past:   kidney stones, knife wound to chest, right torn bicept tendon, right torn anterior cruciate ligament

## Death information:

| | |
|---|---|
| Date of death: | No death |
| Cause of death: | |
| Post-mortem: | |

2535

1

CONFIDENTIAL
AZSER12746982

**Subject identifier**
D1447C00126/E0117030

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon- tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 200 | 2006-01-13 (3) | NA | SEDATION(Sedation) | 9.1 | Continuing | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2536

2

CONFIDENTIAL
AZSER12746983

**Subject identifier**
D1447C00126/E0117030

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Descriptive text:**

NA

2537

3

CONFIDENTIAL
AZSER12746984

**Subject identifier**
D1447C00126/E0117030

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

Narrative event
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-04 (-6) | PreTrt | 5.3 (mmol/L) | 5.5 (%) | 1.94 (mmol/L) | 6.86 (mmol/L)H | 1.09 (mmol/L) | | 155 (g/L) |
| Visit prior to Event | Enrollment | 2006-01-04 (-6) | PreTrt | 5.3 (mmol/L) | 5.5 (%) | 1.94 (mmol/L) | 6.86 (mmol/L)H | 1.09 (mmol/L) | | 155 (g/L) |
| Final Study Visit | S13 | 2006-01-19 (9) | OffTrt | 9.7 (mmol/L)H | 5.4 (%) | 2.29 (mmol/L) | 7.02 (mmol/L)L | 0.98 (mmol/L)L | | 154 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-04 (-6) | PreTrt | 245 (10**9/L) | 9.4 (10**9/L) | 6.80 (10**9/L) | 26 (IU/L) | 22 (IU/L) | 80 (umol/L) | 2.38 (mIU/L) | 12.9 (pmol/L) |
| Visit prior to Event | Enrollment | 2006-01-04 (-6) | PreTrt | 245 (10**9/L) | 9.4 (10**9/L) | 6.80 (10**9/L) | 26 (IU/L) | 22 (IU/L) | 80 (umol/L) | 2.38 (mIU/L) | 12.9 (pmol/L) |
| Final Study Visit | S13 | 2006-01-19 (9) | OffTrt | 216 (10**9/L) | 9.4 (10**9/L) | 7.37 (10**9/L) | 31 (IU/L) | 25 (IU/L) | 88 (umol/L) | 2.26 (mIU/L) | 9.5 (pmol/L)L |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range. H=above normal range. NR=not recorded     * = unscheduled visit

2538

4

CONFIDENTIAL
AZSER12746985

Narrative event
DAE

Subject identifier
D1447C00126/E0117030

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 200

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2539

CONFIDENTIAL
AZSER12746986

**Subject identifier**
D1447C00126/E0117030

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-12-11 (-31)# | 2006-02-16 (37)# | Yes | FLUOXETINE | 20 mg | Depression |
| 2005-12-11 (-31)# | 2006-02-16 (37)# | Yes | METHYLPHENIDATE | 10 mg | Explosive behaviour |
| 2005-12-11 (-31)# | 2006-02-16 (37)# | Yes | PARACETAMOL | 1000 mg | Joint pain |
| 2005-12-11 (-31)# | 2006-02-16 (37)# | Yes | VALPROIC ACID | 1000 mg | Bipolar |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2540

6

CONFIDENTIAL
AZSER12746987

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0117032

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Narrative event
DAE

**Narrative event:**

Death:              No

SAE:                No

DAE:                WEIGHT INCREASED

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|-------------------------------|-----------------------|
| 25 | Female | Caucasian | 151 | 2006-01-31 | 2006-06-30 | QUETIAPINE 400 | 2006-08-24 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:

Past:               appendicitis, suicide attempt, suicide attempt, rape

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

2541

1

CONFIDENTIAL
AZSER12746988

**Subject identifier**
D1447C00126/E0117032

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2006-02-02 (3) | 2006-06-30 (151) | NASAL DRYNESS(Dry nose) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 200 | 2006-02-08 (9) | 2006-02-08 (9) | HEADACHE(Headache) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2006-02-16 (17) | NA | WEIGHT INCREASED(Weight gain) | 9.1 | Continuing | Yes | Yes | No | Severe |
| OL | QUETIAPINE 400 | 2006-02-22 (23) | 2006-02-22 (23) | MIGRAINE(Migraine) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 500 | 2006-04-01 (61) | 2006-06-30 (151) | SEDATION(Mild sedation) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 500 | 2006-04-19 (79) | 2006-06-30 (151) | ALOPECIA(Alopecia) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 500 | 2006-05-01 (91) | NA | OEDEMA PERIPHERAL(Swelling in feet and hands) | 9.1 | Continuing | Yes | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2542

2

CONFIDENTIAL
AZSER12746989

**Subject identifier**
D1447C00126/E0117032

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Descriptive text:**

NA

2543

3

CONFIDENTIAL
AZSER12746990

Narrative event
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Subject identifier
D1447C00126/E0117032

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|-------|-------------|------------------------------|--------------------------------|---------|-------|----------------|-------------------|-----|-----|-------------|
| Missing | S4* | Missing | NA | | 5.2 (%) | | | | | |
| Enrollment | Enrollment | 2006-01-19 (-11) | PreTrt | 4.6 (mmol/L) | | 1.29 (mmol/L) | 6.22 (mmol/L)H | 1.27 (mmol/L) | | |
| Final Study Visit | S13 | 2006-07-13 (164) | OffTrt | 4.8 (mmol/L) | | 1.60 (mmol/L) | 5.98 (mmol/L)H | 1.27 (mmol/L) | | |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|-------|-------------|------------------------------|--------------------------------|----------------|-----------------|-------------|-----|-----|------------|-----|-----|
| Missing | S4* | Missing | NA | | | | | | | | |
| Enrollment | Enrollment | 2006-01-19 (-11) | PreTrt | | | | 13 (IU/L) | 18 (IU/L) | 62 (umol/L) | 0.98 (mIU/L) | 10.7 (pmol/L) |
| Final Study Visit | S13 | 2006-07-13 (164) | OffTrt | | | | 19 (IU/L) | 21 (IU/L) | 71 (umol/L) | | |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range.   H=above normal range.   NR=not recorded      * =unscheduled visit

2544

4

CONFIDENTIAL
AZSER12746991

**Subject identifier**
D1447C00126/E0117032

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| Enrollment | 2006-01-19 (-12) | | PreTrt | 113.6 |
| S2 | 2006-02-07 (8) | QUETIAPINE 200 | OL | 113.5 |
| S2 | 2006-02-07 (8) | QUETIAPINE 200 | OL | 117 |
| S13 | 2006-07-13 (164) | | OffTrt | 129.3 |

2545

5

CONFIDENTIAL
AZSER12746992

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0117032 | Open Label - QUETIAPINE 400 | DAE |

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2006-02-07 (8) | 2006-02-16 (17) | No | LITHIUM | 600 mg | Mood stabilizer |
| 2006-02-17 (18) | 2006-03-29 (58) | No | LITHIUM | 900 mg | Mood stabilizer |
| 2006-02-22 (23) | 2006-02-22 (23) | No | ACETYLSALICYLIC ACID | 650 mg | Migraine |
| 2006-03-30 (59) | 2006-05-02 (92) | No | LITHIUM | 1200 mg | Mood stabilizer |
| 2006-05-03 (93) | 2006-07-13 (164) | No | LITHIUM | 900 mg | Mood stabilizer |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2546

6

CONFIDENTIAL
AZSER12746993

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E0119004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Narrative event:**

| | |
|---|---|
| Death: | No |
| SAE: | No |
| DAE: | SEDATION |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 21 | Female | Caucasian | 123 | 2005-09-06 | 2006-01-06 | QUETIAPINE 200 | 2006-01-09 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

Current:    acid reflux, acne, obesity, endometriosis, urinary tract infection

Past:    elevated cholesterol, esophageal ulceration, hyperlipidemia

**Death information:**

| | |
|---|---|
| Date of death: | No death |
| Cause of death: | |
| Post-mortem: | |

2547

1

CONFIDENTIAL
AZSER12746994

**Subject identifier**
D1447C00126/E0119004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon- tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 200 | 2005-09-19 (14) | 2005-10-03 (28) | SEDATION(Sedation) | 9.1 | Resolved | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 200 | 2005-09-24 (19) | 2005-09-28 (23) | NASOPHARYNGITIS(Common cold) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 200 | 2005-10-03 (28) | 2005-10-31 (56) | DRY MOUTH(Dry mouth) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-10-25 (50) | 2005-10-28 (53) | URINARY TRACT INFECTION(Urinary tract infection) | 9.1 | Resolved | No | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2548

CONFIDENTIAL
AZSER12746995

**Subject identifier**
D1447C00126/E0119004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Descriptive text:**

NA

2549

3

CONFIDENTIAL
AZSER12746996

**Subject identifier**
D1447C00126/E0119004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-31 (-5) | PreTrt | 4.4 (mmol/L) | 5.2 (%) | 1.18 (mmol/L) | 5.08 (mmol/L) | 1.24 (mmol/L) | | 135 (g/L) |
| Visit prior to Event | Enrollment | 2005-08-31 (-5) | PreTrt | 4.4 (mmol/L) | 5.2 (%) | 1.18 (mmol/L) | 5.08 (mmol/L) | 1.24 (mmol/L) | | 135 (g/L) |
| Visit of Event | S4 | 2005-10-03 (28) | QUETIAPINE 200 | | | | | | | 119 (g/L) |
| Visit after Event | S5 | 2005-10-31 (56) | QUETIAPINE 400 | | | | | | | 125 (g/L) |
| Final Study Visit | S13 | 2006-01-09 (126) | OffTrt | 4.6 (mmol/L) | 5.2 (%) | 1.68 (mmol/L) | 5.57 (mmol/L)H | 1.32 (mmol/L) | | 126 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-31 (-5) | PreTrt | 321 (10**9/L) | 6.8 (10**9/L) | 3.75 (10**9/L) | 14 (IU/L) | 14 (IU/L) | 62 (umol/L) | 2.28 (mIU/L) | 12.8 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-08-31 (-5) | PreTrt | 321 (10**9/L) | 6.8 (10**9/L) | 3.75 (10**9/L) | 14 (IU/L) | 14 (IU/L) | 62 (umol/L) | 2.28 (mIU/L) | 12.8 (pmol/L) |
| Visit of Event | S4 | 2005-10-03 (28) | QUETIAPINE 200 | 326 (10**9/L) | 7.9 (10**9/L) | 3.07 (10**9/L) | | | | | |
| Visit after Event | S5 | 2005-10-31 (56) | QUETIAPINE 400 | 380 (10**9/L) | 8.4 (10**9/L) | 3.81 (10**9/L) | | | | | |
| Final Study Visit | S13 | 2006-01-09 (126) | OffTrt | 369 (10**9/L) | 9.2 (10**9/L) | 4.52 (10**9/L) | 16 (IU/L) | 15 (IU/L) | 62 (umol/L) | 5.26 (mIU/L) | 12.8 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * - unscheduled visit

4

2550

CONFIDENTIAL
AZSER12746997

Narrative event
DAE

Subject identifier
D1447C00126/E0119004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2551

5

CONFIDENTIAL
AZSER12746998

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Subject identifier**
D1447C00126/E0119004

## Medication information: Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-08-06 (-31)# | 2006-02-05 (153)# | Yes | | 280 mg | Supplement |
| 2005-08-06 (-31)# | 2006-02-05 (153)# | Yes | ASCORBIC ACID | 1000 mg | Supplement |
| 2005-08-06 (-31)# | 2006-02-05 (153)# | Yes | CILEST | | Birth control |
| 2005-08-06 (-31)# | 2006-02-05 (153)# | Yes | PANTOPRAZOLE | 40 mg | Gastric esophageal reflux disease |
| 2005-09-13 (8) | 2005-11-15 (71) | No | VALPROIC ACID | 1000 mg | Bipolar |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2552

6

CONFIDENTIAL
AZSER12746999

**START OF E NARRATIVE**
**Subject identifier**
D1447C00126/E0119011

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event:**

Death:         No

SAE:           No

DAE:           SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 39 | Female | Caucasian | 87 | 2005-11-15 | 2006-02-09 | QUETIAPINE 200 | 2006-02-13 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:       staring spells, arthritis, low back pain, asthma

Past:          congested heart failure during pregnancy, liver failure, kidney failure

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

1

2553

CONFIDENTIAL
AZSER12747000

**Subject identifier**
D1447C00126/E0119011

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 200 | 2005-11-15 (1) | NA | SEDATION(Sedation) | 9.1 | Continuing | Yes | Yes | No | Mild |
| OL | QUETIAPINE 200 | 2005-11-15 (1) | NA | INCREASED APPETITE(Increased Appetite) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 300 | 2005-11-18 (4) | 2006-02-06 (84) | CONSTIPATION(Constipation) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-11-20 (6) | 2005-11-29 (15) | NASOPHARYNGITIS(Common cold symptoms) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2006-02-06 (84) | NA | NASOPHARYNGITIS(Common cold symptoms) | 9.1 | Continuing | No | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2554

CONFIDENTIAL
AZSER12747001

**Subject identifier**
D1447C00126/E0119011

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Descriptive text:**

NA

2555

3

CONFIDENTIAL
AZSER12747002

**Subject identifier**
D1447C00126/E0119011

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-11-07 (-7) | PreTrt | 4.9 (mmol/L) | 5.6 (%) | 1.04 (mmol/L) | 3.73 (mmol/L) | 1.24 (mmol/L) | | 141 (g/L) |
| Visit prior to Event | Enrollment | 2005-11-07 (-7) | PreTrt | 4.9 (mmol/L) | 5.6 (%) | 1.04 (mmol/L) | 3.73 (mmol/L) | 1.24 (mmol/L) | | 141 (g/L) |
| Final Study Visit | S13 | 2006-02-09 (87) | QUETIAPINE 400 | 4.6 (mmol/L) | 5.6 (%) | 1.47 (mmol/L) | 4.25 (mmol/L) | 1.11 (mmol/L) | | 146 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-11-07 (-7) | PreTrt | 258 (10**9/L) | 7.5 (10**9/L) | 4.60 (10**9/L) | 33 (IU/L) | 22 (IU/L) | 62 (umol/L) | 2.36 (mIU/L) | 10.8 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-11-07 (-7) | PreTrt | 258 (10**9/L) | 7.5 (10**9/L) | 4.60 (10**9/L) | 33 (IU/L) | 22 (IU/L) | 62 (umol/L) | 2.36 (mIU/L) | 10.8 (pmol/L) |
| Final Study Visit | S13 | 2006-02-09 (87) | QUETIAPINE 400 | 226 (10**9/L) | 5.8 (10**9/L) | 2.95 (10**9/L) | 15 (IU/L) | 14 (IU/L) | 62 (umol/L) | 1.69 (mIU/L) | 13.3 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

2556

4

CONFIDENTIAL
AZSER12747003

**Narrative event**
DAE

**Subject identifier**
D1447C00126/E0119011

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2557

CONFIDENTIAL
AZSER12747004

| | | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|---|
| | | Open Label - QUETIAPINE 200 | DAE |

**Subject identifier**
D1447C00126/E0119011

**Medication information:** Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-10-10 (-36) | 2006-03-11 (117)# | Yes | VALPROIC ACID | 1000 mg | Bipolar |
| 2005-10-15 (-31)# | 2006-03-11 (117)# | Yes | FLUTICASONE | 2 puffs | Asthma |
| 2005-10-15 (-31)# | 2006-03-11 (117)# | Yes | NABUMETONE | 1500 mg | Arthritis |
| 2005-10-15 (-31)# | 2006-03-11 (117)# | Yes | SALMETEROL | 2 puffs | Asthma |
| 2005-10-31 (-15) | 2005-11-15 (1) | No | ESZOPICLONE | 2 mg | Insomnia |
| 2005-10-31 (-15) | 2005-11-15 (1) | No | OLANZAPINE | 10 mg | Bipolar |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2558

6

CONFIDENTIAL
AZSER12747005

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E0119013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Narrative event
DAE

**Narrative event:**

Death:           No

SAE:             No

DAE:             SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|----------------------|------------------------------|------------------------|
| 62 | Female | Caucasian | 58 | 2006-01-23 | 2006-03-21 | QUETIAPINE 400 | 2006-03-20 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:        hypertension, sulfa allergy, hypothyroidism, gastroesophageal reflux disease

Past:

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

1

2559

CONFIDENTIAL
AZSER12747006

**Subject identifier**
D1447C00126/E0119013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2006-02-06 (15) | NA | SEDATION(Sedation) | 9.1 | Continuing | Yes | Yes | No | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2560

2

CONFIDENTIAL
AZSER12747007

**Subject identifier**
D1447C00126/E0119013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Descriptive text:**

NA

2561

3

CONFIDENTIAL
AZSER12747008

**Subject identifier**
D1447C00126/E0119013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-17 (-5) | PreTrt | 5.1 (mmol/L) | 5.9 (%) | 1.71 (mmol/L) | 4.64 (mmol/L) | 1.14 (mmol/L) | | 140 (g/L) |
| Visit prior to Event | Enrollment | 2006-01-17 (-5) | PreTrt | 5.1 (mmol/L) | 5.9 (%) | 1.71 (mmol/L) | 4.64 (mmol/L) | 1.14 (mmol/L) | | 140 (g/L) |
| Final Study Visit | S13 | 2006-03-20 (57) | QUETIAPINE 100 | 4.7 (mmol/L) | 5.7 (%) | 2.23 (mmol/L) | 4.71 (mmol/L) | 1.48 (mmol/L) | | 140 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-17 (-5) | PreTrt | 218 (10**9/L) | 7.7 (10**9/L) | 4.13 (10**9/L) | 19 (IU/L) | 18 (IU/L) | 62 (umol/L) | 7.47 (mIU/L)H | 13.3 (pmol/L) |
| Visit prior to Event | Enrollment | 2006-01-17 (-5) | PreTrt | 218 (10**9/L) | 7.7 (10**9/L) | 4.13 (10**9/L) | 19 (IU/L) | 18 (IU/L) | 62 (umol/L) | 7.47 (mIU/L)H | 13.3 (pmol/L) |
| Final Study Visit | S13 | 2006-03-20 (57) | QUETIAPINE 100 | 220 (10**9/L) | 5.4 (10**9/L) | 2.74 (10**9/L) | 19 (IU/L) | 19 (IU/L) | 62 (umol/L) | 2.92 (mIU/L) | 11.6 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * = unscheduled visit

2562

4

CONFIDENTIAL
AZSER12747009

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Subject identifier**
D1447C00126/E0119013

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2563

CONFIDENTIAL
AZSER12747010

**Subject identifier**
D1447C00126/E0119013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-12-23 (-31)# | 2006-04-20 (88)# | Yes | ACETYLSALICYLIC ACID | 81 mg | Hypertension |
| 2005-12-23 (-31)# | 2006-04-20 (88)# | Yes | ATENOLOL | 25 mg | Hypertension |
| 2005-12-23 (-31)# | 2006-04-20 (88)# | Yes | CALCIUM | 1200 mg | Supplement |
| 2005-12-23 (-31)# | 2006-04-20 (88)# | Yes | LOSARTAN | 50 mg | Hypertension |
| 2005-12-23 (-31)# | 2006-04-20 (88)# | Yes | PANTOPRAZOLE | 40 mg | Gastroesophageal |
| 2005-12-23 (-31)# | 2006-04-20 (88)# | Yes | PLANTAGO OVATA | U..U | Prophylactic supplement |
| 2005-12-23 (-31)# | 2006-04-20 (88)# | Yes | VITAMINS NOS | U..U | Supplement |
| 2005-12-26 (-28) | 2006-04-20 (88)# | Yes | LEVOTHYROXINE | 0.5 mg | Hypothyroidism |
| 2006-01-24 (2) | 2006-04-20 (88)# | Yes | VALPROIC ACID | 1250 mg | Bipolar |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2564

CONFIDENTIAL
AZSER12747011

Narrative event
DAE

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E0119017

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event:**

Death:               No

SAE:                 No

DAE:                 SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 45 | Female | Caucasian | 19 | 2006-01-30 | 2006-02-17 | QUETIAPINE 200 | 2006-02-20 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:             astma

Past:

**Death information:**

Date of death:       No death

Cause of death:

Post-mortem:

2565

1

CONFIDENTIAL
AZSER12747012

**Subject identifier**
D1447C00126/E0119017

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2006-01-30 (1) | NA | PHARYNGOLARYNGEAL PAIN(Sore throat) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 100 | 2006-01-30 (1) | NA | COUGH(Cough) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 200 | 2006-02-13 (15) | NA | SEDATION(Sedation) | 9.1 | Continuing | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2566

CONFIDENTIAL
AZSER12747013

**Subject identifier**
D1447C00126/E0119017

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Descriptive text:**

NA

2567

3

CONFIDENTIAL
AZSER12747014

**Subject identifier**
D1447C00126/E0119017

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-23 (-6) | PreTrt | 4.7 (mmol/L) | 5.5 (%) | 1.04 (mmol/L) | 3.91 (mmol/L) | 1.09 (mmol/L) | | 141 (g/L) |
| Visit prior to Event | Enrollment | 2006-01-23 (-6) | PreTrt | 4.7 (mmol/L) | 5.5 (%) | 1.04 (mmol/L) | 3.91 (mmol/L) | 1.09 (mmol/L) | | 141 (g/L) |
| Final Study Visit | S13 | 2006-02-20 (22) | OffTrt | 4.2 (mmol/L) | 5.3 (%) | 1.49 (mmol/L) | 4.01 (mmol/L) | 1.11 (mmol/L) | | 152 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-23 (-6) | PreTrt | 214 (10**9/L) | 7.8 (10**9/L) | 4.91 (10**9/L) | 23 (IU/L) | 24 (IU/L) | 53 (umol/L) | 1.81 (mIU/L) | 14.4 (pmol/L) |
| Visit prior to Event | Enrollment | 2006-01-23 (-6) | PreTrt | 214 (10**9/L) | 7.8 (10**9/L) | 4.91 (10**9/L) | 23 (IU/L) | 24 (IU/L) | 53 (umol/L) | 1.81 (mIU/L) | 14.4 (pmol/L) |
| Final Study Visit | S13 | 2006-02-20 (22) | OffTrt | 179 (10**9/L) | 9.8 (10**9/L) | 6.40 (10**9/L) | 20 (IU/L) | 21 (IU/L) | 53 (umol/L) | 1.73 (mIU/L) | 13.7 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * = unscheduled visit

2568

4

CONFIDENTIAL
AZSER12747015

Narrative event
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

Subject identifier
D1447C00126/E0119017

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2569

CONFIDENTIAL
AZSER12747016

| | Subject identifier | | Study phase-treatment during which event occurred | | | Narrative event |
| | D1447C00126/E0119017 | | Open Label - QUETIAPINE 200 | | | DAE |

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-12-30 (-31)# | 2006-03-19 (49)# | Yes | SERETIDE MITE | 500 mg | Asthma |
| 2006-01-22 (-8) | 2006-02-13 (15) | No | VALPROIC ACID | 2000 mg | Bipolar |
| 2006-01-30 (1) | 2006-03-19 (49)# | Yes | QUETIAPINE | 100 mg | Bipolar |
| 2006-02-07 (9) | 2006-02-13 (15) | No | LAMOTRIGINE | 100 mg | Bipolar |
| 2006-02-14 (16) | 2006-02-20 (22) | No | VALPROIC ACID | 1500 mg | Bipolar |
| 2006-02-15 (17) | 2006-03-19 (49)# | Yes | CEFUROXIME | 1000 mg | Cough,sore throat |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2570

6

CONFIDENTIAL
AZSER12747017

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E0120004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event:**

| Death: | No |
| SAE: | No |
| DAE: | SEDATION |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 38 | Male | Caucasian | 28 | 2005-10-03 | 2005-10-30 | QUETIAPINE 100 | 2005-11-28 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

| Current: | seasonal allergies, sleep apnea |
| Past: | |

**Death information:**

| Date of death: | No death |
| Cause of death: | |
| Post-mortem: | |

1

2571

CONFIDENTIAL
AZSER12747018

**Subject identifier**
D1447C00126/E0120004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2005-10-03 (1) | 2005-11-04 (33) | SEDATION(Sedation) | 9.1 | Resolved | Yes | Yes | No | Severe |
| OL | QUETIAPINE 200 | 2005-10-06 (4) | 2005-11-04 (33) | DYSPEPSIA(Dyspepsia) | 9.1 | Resolved | Yes | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2572

CONFIDENTIAL
AZSER12747019

**Subject identifier**
D1447C00126/E0120004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Descriptive text:**

NA

2573

3

CONFIDENTIAL
AZSER12747020

**Narrative event** DAE

**Subject identifier** D1447C00126/E0120004

**Study phase-treatment during which event occurred** Open Label - QUETIAPINE 100

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-09-26 (-6) | PreTrt | 4.7 (mmol/L) | 4.9 (%) | 1.92 (mmol/L) | 5.78 (mmol/L)H | 1.30 (mmol/L) | | 158 (g/L) |
| Visit prior to Event | Enrollment | 2005-09-26 (-6) | PreTrt | 4.7 (mmol/L) | 4.9 (%) | 1.92 (mmol/L) | 5.78 (mmol/L)H | 1.30 (mmol/L) | | 158 (g/L) |
| Visit after Event | S13 | 2005-11-28 (57) | OffTrt | 5.1 (mmol/L) | 4.9 (%) | 2.47 (mmol/L) | 7.12 (mmol/L)H | 1.61 (mmol/L) | | 156 (g/L) |
| Final Study Visit | S13 | 2005-11-28 (57) | OffTrt | 5.1 (mmol/L) | 4.9 (%) | 2.47 (mmol/L) | 7.12 (mmol/L)H | 1.61 (mmol/L) | | 156 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-09-26 (-6) | PreTrt | 169 (10**9/L) | 5.3 (10**9/L) | 2.99 (10**9/L) | 78 (IU/L)H | 39 (IU/L) | 88 (umol/L) | 2.08 (mIU/L) | 15.2 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-09-26 (-6) | PreTrt | 169 (10**9/L) | 5.3 (10**9/L) | 2.99 (10**9/L) | 78 (IU/L)H | 39 (IU/L) | 88 (umol/L) | 2.08 (mIU/L) | 15.2 (pmol/L) |
| Visit after Event | S13 | 2005-11-28 (57) | OffTrt | 174 (10**9/L) | 5.4 (10**9/L) | 3.41 (10**9/L) | 90 (IU/L)H | 51 (IU/L)H | 80 (umol/L) | 1.49 (mIU/L) | 14.3 (pmol/L) |
| Final Study Visit | S13 | 2005-11-28 (57) | OffTrt | 174 (10**9/L) | 5.4 (10**9/L) | 3.41 (10**9/L) | 90 (IU/L)H | 51 (IU/L)H | 80 (umol/L) | 1.49 (mIU/L) | 14.3 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range. H=above normal range. NR=not recorded    * - unscheduled visit

2574

4

CONFIDENTIAL
AZSER12747021

| | Subject identifier | | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|---|---|
| | D1447C00126/E0120004 | | Open Label - QUETIAPINE 100 | DAE |

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5                                                                                                      2575

CONFIDENTIAL
AZSER12747022

| | Study phase-treatment during which event occurred | | | | Narrative event |
| | Open Label - QUETIAPINE 100 | | | | DAE |

**Subject identifier**
D1447C00126/E0120004

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-10-03 (1) | 2005-11-29 (58)# | Yes | VALPROIC ACID | 500 mg | Bipolar |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2576

CONFIDENTIAL
AZSER12747023

Narrative event
DAE

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E0120008

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 300

**Narrative event:**

Death:          No

SAE:            No

DAE:            SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 25 | Female | Caucasian | 37 | 2005-10-04 | 2005-11-09 | QUETIAPINE 300 | 2005-11-09 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

Current:        asthma, stomach ulcer, headaches, allergic to penicillin, allergic to lithium

Past:           kidney infections, nephritis, childbirth x2, head injury at 15 years of age, anorexia, self mutilation

**Death information:**

Date of death:       No death

Cause of death:

Post-mortem:

1

2577

CONFIDENTIAL
AZSER12747024

**Subject identifier**
D1447C00126/E0120008

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2005-10-05 (2) | 2005-10-10 (7) | SEDATION(Sedation) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 100 | 2005-10-05 (2) | 2005-10-13 (10) | BALANCE DISORDER(Balance Difficulty) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 300 | 2005-10-11 (8) | 2005-10-13 (10) | SEDATION(Sedation) | 9.1 | Resolved | Yes | No | No | Severe |
| OL | QUETIAPINE 300 | 2005-10-11 (8) | 2005-10-13 (10) | NASAL CONGESTION(Nasal congestion) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-10-26 (23) | 2005-11-02 (30) | SEDATION(Sedation) | 9.1 | Resolved | Yes | No | No | Severe |
| OL | QUETIAPINE 400 | 2005-10-26 (23) | 2005-11-02 (30) | BALANCE DISORDER(Balance Difficulty) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-10-26 (23) | 2005-11-02 (30) | VISION BLURRED(Blurred vision) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 300 | 2005-11-02 (30) | NA | WEIGHT INCREASED(Weight gain) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 300 | 2005-11-03 (31) | NA | SEDATION(Sedation) | 9.1 | Continuing | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2578

CONFIDENTIAL
AZSER12747025

**Subject identifier**
D1447C00126/E0120008

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Narrative event**
DAE

**Descriptive text:**

NA

2579

3

CONFIDENTIAL
AZSER12747026

**Subject identifier**
D1447C00126/E0120008

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|-------|-------------|-------------------------------|--------------------------------|---------|-------|----------------|-------------------|-----|-----|-------------|
| Enrollment | Enrollment | 2005-09-26 (-7) | PreTrt | 4.4 (mmol/L) | 4.9 (%) | 0.77 (mmol/L) | 4.40 (mmol/L) | 2.07 (mmol/L) | | 142 (g/L) |
| Visit prior to Event | S4 | 2005-11-02 (30) | QUETIAPINE 300 | | | | | | | 135 (g/L) |
| Final Study Visit | S13 | 2005-11-09 (37) | QUETIAPINE 300 | 4.5 (mmol/L) | 4.9 (%) | 1.75 (mmol/L) | 4.51 (mmol/L) | 1.40 (mmol/L) | | 132 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|-------|-------------|-------------------------------|--------------------------------|----------------|-----------------|-------------|-----|-----|------------|-----|-----|
| Enrollment | Enrollment | 2005-09-26 (-7) | PreTrt | 301 (10**9/L) | 5.7 (10**9/L) | 3.56 (10**9/L) | 15 (IU/L) | 23 (IU/L) | 53 (umol/L) | 1.54 (mIU/L) | 12.0 (pmol/L) |
| Visit prior to Event | S4 | 2005-11-02 (30) | QUETIAPINE 300 | 233 (10**9/L) | 5.3 (10**9/L) | 2.89 (10**9/L) | | | | | |
| Final Study Visit | S13 | 2005-11-09 (37) | QUETIAPINE 300 | 253 (10**9/L) | 5.4 (10**9/L) | 3.00 (10**9/L) | 15 (IU/L) | 22 (IU/L) | 62 (umol/L) | 1.80 (mIU/L) | 10.7 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range, H=above normal range, NR=not recorded   * - unscheduled visit

2580

4

CONFIDENTIAL
AZSER12747027

Narrative event
DAE

**Subject identifier**
D1447C00126/E0120008

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 300

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2581

CONFIDENTIAL
AZSER12747028

| | Subject identifier | Study phase-treatment during which event occurred | | | Narrative event |
|---|---|---|---|---|---|
| | D1447C00126/E0120008 | Open Label - QUETIAPINE 300 | | | DAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 1995-01-01 (-3929) | 2005-12-09 (67)# | Yes | PARACETAMOL | 650 mg | Headaches |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2582

6

CONFIDENTIAL
AZSER12747029

Narrative event
DAE

**START OF E NARRATIVE**
**Subject identifier**
D1447C00126/E0120015

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event:**

Death:          No

SAE:            No

DAE:            SOMNOLENCE

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 40 | Female | Caucasian | 20 | 2006-01-23 | 2006-02-11 | QUETIAPINE 100 | 2006-02-13 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:          sciatica

Past:

**Death information:**

Date of death:          No death

Cause of death:

Post-mortem:

1

2583

CONFIDENTIAL
AZSER12747030

| Subject identifier D1447C00126/E0120015 | Study phase-treatment during which event occurred Open Label - QUETIAPINE 100 | | | | | | | | Narrative event DAE |

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term  (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2006-01-24 (2) | 2006-02-13 (22) | SOMNOLENCE(Somnolence) | 9.1 | Resolved | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 100 | 2006-01-26 (4) | 2006-02-13 (22) | TREMOR(Shaking hands) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 100 | 2006-01-31 (9) | 2006-02-13 (22) | NICOTINE DEPENDENCE(Increase nicotine craving) | 9.1 | Resolved | Yes | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2584

2

CONFIDENTIAL
AZSER12747031

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0120015 | Open Label - QUETIAPINE 100 | DAE |

**Descriptive text:**

NA

2585

3

CONFIDENTIAL
AZSER12747032

**Subject identifier**
D1447C00126/E0120015

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-16 (-6) | PreTrt | 5.1 (mmol/L) | 5.2 (%) | 0.90 (mmol/L) | 4.87 (mmol/L) | 2.23 (mmol/L) H | | 155 (g/L) |
| Visit prior to Event | Enrollment | 2006-01-16 (-6) | PreTrt | 5.1 (mmol/L) | 5.2 (%) | 0.90 (mmol/L) | 4.87 (mmol/L) | 2.23 (mmol/L) H | | 155 (g/L) |
| Visit of Event | S13 | 2006-02-13 (22) | OffTrt | 3.8 (mmol/L) | 5.2 (%) | 1.47 (mmol/L) | 3.34 (mmol/L)L | 1.55 (mmol/L) | | 143 (g/L) |
| Final Study Visit | S13 | 2006-02-13 (22) | OffTrt | 3.8 (mmol/L) | 5.2 (%) | 1.47 (mmol/L) | 3.34 (mmol/L)L | 1.55 (mmol/L) | | 143 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-16 (-6) | PreTrt | 259 (10**9/L) | 7.9 (10**9/L) | 5.81 (10**9/L) | 10 (IU/L) | 16 (IU/L) | 71 (umol/L) | 0.44 (mIU/L) | 12.0 (pmol/L) |
| Visit prior to Event | Enrollment | 2006-01-16 (-6) | PreTrt | 259 (10**9/L) | 7.9 (10**9/L) | 5.81 (10**9/L) | 10 (IU/L) | 16 (IU/L) | 71 (umol/L) | 0.44 (mIU/L) | 12.0 (pmol/L) |
| Visit of Event | S13 | 2006-02-13 (22) | OffTrt | 307 (10**9/L) | 10.3 (10**9/L) | 8.02 (10**9/L) | 13 (IU/L) | 16 (IU/L) | 71 (umol/L) | 1.20 (mIU/L) | 11.2 (pmol/L) |
| Final Study Visit | S13 | 2006-02-13 (22) | OffTrt | 307 (10**9/L) | 10.3 (10**9/L) | 8.02 (10**9/L) | 13 (IU/L) | 16 (IU/L) | 71 (umol/L) | 1.20 (mIU/L) | 11.2 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range , H=above normal range, NR=not recorded     * - unscheduled visit

2586

4

CONFIDENTIAL
AZSER12747033

CONFIDENTIAL
AZSER12747034

**Narrative event**
DAE

**Subject identifier**
D1447C00126/E0120015

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2587

5

| | | **Subject identifier** D1447C00126/E0120015 | **Study phase-treatment during which event occurred** Open Label - QUETIAPINE 100 | | | **Narrative event** DAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-12-23 (-31)# | 2006-03-13 (50)# | Yes | OXYCOCET | 2 tabs | Sciatica |
| 2005-12-23 (-31)# | 2006-03-13 (50)# | Yes | TRAMADOL | 2 tabs | Sciatica |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2588

6

CONFIDENTIAL
AZSER12747035

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0120017

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

Narrative event
DAE

**Narrative event:**

Death:              No

SAE:                No

DAE:                BALANCE DISORDER, BRADYPHRENIA, DYSARTHRIA, SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 59 | Female | Caucasian | 7 | 2006-02-16 | 2006-02-22 | QUETIAPINE 100 | 2006-02-22 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:            elevated ldl - 161, reactive airway disease, elevated glucose - 184 non fasting, elevated lfts, post cholecystecomy diarrhea, hyperplastic (benign) rectal polyp, sigmoid diverticula, urinary frequency, gout, left ulnar neuropathy, allergies to penicillin and tetracyclene

Past:               tension headaches, arthritis:neck,back,hips,(l) knee

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

1

2589

CONFIDENTIAL
AZSER12747036

**Subject identifier**
D1447C00126/E0120017

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2006-02-17 (2) | NA | BALANCE DISORDER(Balance disturbance) | 9.1 | Continuing | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 100 | 2006-02-17 (2) | NA | SEDATION(Sedation) | 9.1 | Continuing | Yes | Yes | No | Severe |
| OL | QUETIAPINE 100 | 2006-02-17 (2) | NA | DYSARTHRIA(Dysarthria) | 9.1 | Continuing | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 100 | 2006-02-17 (2) | NA | BRADYPHRENIA(Hyponoia (clouded thinking)) | 9.1 | Continuing | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2590

CONFIDENTIAL
AZSER12747037

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0120017 | Open Label - QUETIAPINE 100 | DAE |

**Descriptive text:**

NA

2591

3

CONFIDENTIAL
AZSER12747038

**Subject identifier**
D1447C00126/E0120017

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

### Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-02-09 (-6) | PreTrt | 4.8 (mmol/L) | 5.7 (%) | 2.28 (mmol/L) | 7.72 (mmol/L) H | 1.32 (mmol/L) | | 146 (g/L) |
| Visit prior to Event | Enrollment | 2006-02-09 (-6) | PreTrt | 4.8 (mmol/L) | 5.7 (%) | 2.28 (mmol/L) | 7.72 (mmol/L) H | 1.32 (mmol/L) | | 146 (g/L) |
| Final Study Visit | S13 | 2006-02-22 (7) | QUETIAPINE 100 | 3.5 (mmol/L)L | 5.6 (%) | 2.78 (mmol/L) | 6.50 (mmol/L) H | 1.27 (mmol/L) | | 138 (g/L) |

### Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-02-09 (-6) | PreTrt | 344 (10**9/L) | 6.7 (10**9/L) | 3.28 (10**9/L) | 21 (IU/L) | 20 (IU/L) | 71 (umol/L) | 0.94 (mIU/L) | 14.2 (pmol/L) |
| Visit prior to Event | Enrollment | 2006-02-09 (-6) | PreTrt | 344 (10**9/L) | 6.7 (10**9/L) | 3.28 (10**9/L) | 21 (IU/L) | 20 (IU/L) | 71 (umol/L) | 0.94 (mIU/L) | 14.2 (pmol/L) |
| Final Study Visit | S13 | 2006-02-22 (7) | QUETIAPINE 100 | 389 (10**9/L) | 8.2 (10**9/L) | 4.65 (10**9/L) | 19 (IU/L) | 19 (IU/L) | 71 (umol/L) | 1.18 (mIU/L) | 10.7 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * - unscheduled visit

2592

4

CONFIDENTIAL
AZSER12747039

**Narrative event**
DAE

**Subject identifier**
D1447C00126/E0120017

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2593

CONFIDENTIAL
AZSER12747040

Subject identifier
D1447C00126/E0120017

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

Narrative event
DAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2006-01-16 (-31)# | 2006-03-24 (37)# | Yes | ACETYLSALICYLIC ACID | 325 prn mg | Headache |
| 2006-01-16 (-31)# | 2006-03-24 (37)# | Yes | IBUPROFEN | 200 prn mg | Arthritis pain |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2594

CONFIDENTIAL
AZSER12747041

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0122007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

Narrative event
DAE

**Narrative event:**

Death:          No

SAE:           No

DAE:           SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 38 | Male | Caucasian | 14 | 2005-06-15 | 2005-06-28 | QUETIAPINE 300 | 2005-06-29 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:

Past:

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

1

2595

CONFIDENTIAL
AZSER12747042

**Subject identifier**
D1447C00126/E0122007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 200 | 2005-06-16 (2) | 2005-06-27 (13) | DRY MOUTH(Dry mouth) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 300 | 2005-06-21 (7) | 2005-06-28 (14) | SEDATION(Over sedation) | 9.1 | Resolved | Yes | Yes | No | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2596

2

CONFIDENTIAL
AZSER12747043

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0122007 | Open Label - QUETIAPINE 300 | DAE |

**Descriptive text:**

NA

2597

3

CONFIDENTIAL
AZSER12747044

**Subject identifier**
D1447C00126/E0122007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-09 (-5) | PreTrt | 5.3 (mmol/L) | 5.0 (%) | 0.87 (mmol/L) | 4.95 (mmol/L) | 1.35 (mmol/L) | | 151 (g/L) |
| Visit prior to Event | Enrollment | 2005-06-09 (-5) | PreTrt | 5.3 (mmol/L) | 5.0 (%) | 0.87 (mmol/L) | 4.95 (mmol/L) | 1.35 (mmol/L) | | 151 (g/L) |
| Visit after Event | S13 | 2005-06-29 (15) | OffTrt | 5.4 (mmol/L) | 5.1 (%) | 1.48 (mmol/L) | 5.05 (mmol/L) | 1.30 (mmol/L) | | 151 (g/L) |
| Final Study Visit | S13 | 2005-06-29 (15) | OffTrt | 5.4 (mmol/L) | 5.1 (%) | 1.48 (mmol/L) | 5.05 (mmol/L) | 1.30 (mmol/L) | | 151 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-09 (-5) | PreTrt | 232 (10**9/L) | 6.0 (10**9/L) | 4.08 (10**9/L) | 13 (IU/L) | 15 (IU/L) | 88 (umol/L) | 1.38 (mIU/L) | 18.1 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-06-09 (-5) | PreTrt | 232 (10**9/L) | 6.0 (10**9/L) | 4.08 (10**9/L) | 13 (IU/L) | 15 (IU/L) | 88 (umol/L) | 1.38 (mIU/L) | 18.1 (pmol/L) |
| Visit after Event | S13 | 2005-06-29 (15) | OffTrt | 239 (10**9/L) | 6.8 (10**9/L) | 4.99 (10**9/L) | 15 (IU/L) | 18 (IU/L) | 97 (umol/L) | 1.52 (mIU/L) | 14.7 (pmol/L) |
| Final Study Visit | S13 | 2005-06-29 (15) | OffTrt | 239 (10**9/L) | 6.8 (10**9/L) | 4.99 (10**9/L) | 15 (IU/L) | 18 (IU/L) | 97 (umol/L) | 1.52 (mIU/L) | 14.7 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range. H=above normal range. NR=not recorded     * - unscheduled visit

2598

4

CONFIDENTIAL
AZSER12747045

**Narrative event**
DAE

**Subject identifier**
D1447C00126/E0122007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

## Weight: Include only if DAE due to weight

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2599

5

CONFIDENTIAL
AZSER12747046

| | Subject identifier | | Study phase-treatment during which event occurred | | Narrative event |
|---|---|---|---|---|---|
| | D1447C00126/E0122007 | | Open Label - QUETIAPINE 300 | | DAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-06-22 (8) | 2005-06-27 (13) | No | LITHIUM | 600 mg | Mood stabilzer |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2600

6

CONFIDENTIAL
AZSER12747047