Narrative event
DAE

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E0122009

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event:**

Death:              No

SAE:                No

DAE:                SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 22 | Male | Caucasian | 8 | 2005-06-22 | 2005-06-29 | QUETIAPINE 100 | 2005-06-30 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:

Past:

**Death information:**

Date of death:          No death

Cause of death:

Post-mortem:

1

2601

CONFIDENTIAL
AZSER12747048

**Subject identifier**
D1447C00126/E0122009

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon- tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2005-06-28 (7) | 2005-06-29 (8) | SEDATION(Over sedation) | 9.1 | Resolved | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2602

2

CONFIDENTIAL
AZSER12747049

**Subject identifier**
D1447C00126/E0122009

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Descriptive text:**

NA

3

2603

CONFIDENTIAL
AZSER12747050

**Subject identifier**
D1447C00126/E0122009

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-14 (-7) | PreTrt | 4.4 (mmol/L) | 5.0 (%) | 1.05 (mmol/L) | 3.29 (mmol/L)L | 0.98 (mmol/L)L | | 139 (g/L) |
| Visit prior to Event | Enrollment | 2005-06-14 (-7) | PreTrt | 4.4 (mmol/L) | 5.0 (%) | 1.05 (mmol/L) | 3.29 (mmol/L)L | 0.98 (mmol/L)L | | 139 (g/L) |
| Visit after Event | S13 | 2005-06-30 (9) | OffTrt | 3.5 (mmol/L)L | 5.2 (%) | 1.22 (mmol/L) | 4.12 (mmol/L) | 1.27 (mmol/L) | | 144 (g/L) |
| Final Study Visit | S13 | 2005-06-30 (9) | OffTrt | 3.5 (mmol/L)L | 5.2 (%) | 1.22 (mmol/L) | 4.12 (mmol/L) | 1.27 (mmol/L) | | 144 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-14 (-7) | PreTrt | 238 (10**9/L) | 5.9 (10**9/L) | 2.93 (10**9/L) | 12 (IU/L) | 14 (IU/L) | 71 (umol/L) | 1.81 (mIU/L) | 17.3 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-06-14 (-7) | PreTrt | 238 (10**9/L) | 5.9 (10**9/L) | 2.93 (10**9/L) | 12 (IU/L) | 14 (IU/L) | 71 (umol/L) | 1.81 (mIU/L) | 17.3 (pmol/L) |
| Visit after Event | S13 | 2005-06-30 (9) | OffTrt | 213 (10**9/L) | 5.1 (10**9/L) | 2.60 (10**9/L) | 20 (IU/L) | 25 (IU/L) | 80 (umol/L) | 1.90 (mIU/L) | 12.6 (pmol/L) |
| Final Study Visit | S13 | 2005-06-30 (9) | OffTrt | 213 (10**9/L) | 5.1 (10**9/L) | 2.60 (10**9/L) | 20 (IU/L) | 25 (IU/L) | 80 (umol/L) | 1.90 (mIU/L) | 12.6 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range.  H=above normal range.  NR=not recorded     * = unscheduled visit

2604

4

CONFIDENTIAL
AZSER12747051

| Subject identifier | | Study phase-treatment during which event occurred | | Narrative event |
| D1447C00126/E0122009 | | Open Label - QUETIAPINE 100 | | DAE |

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2605

5

CONFIDENTIAL
AZSER12747052

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0122009 | Open Label - QUETIAPINE 100 | DAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-06-23 (2) | 2005-06-28 (7) | No | VALPROIC ACID | 1000 mg | Mood stabilizer |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2606

CONFIDENTIAL
AZSER12747053

Narrative event
DAE

**START OF E NARRATIVE**
**Subject identifier**
D1447C00126/E0122011

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

**Narrative event:**

| Death: | No |
| SAE: | No |
| DAE: | NAUSEA |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 58 | Female | Caucasian | 139 | 2005-06-21 | 2005-11-06 | QUETIAPINE 400 | 2006-08-09 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| 251 | 2005-11-07 | 2006-07-15 |

**Medical History:**

| Current: | osteoporosis, arthritis, leg pain |
| Past: | breast cancer |

**Death information:**

| Date of death: | No death |
| Cause of death: | |
| Post-mortem: | |

2607

1

CONFIDENTIAL
AZSER12747054

**Subject identifier**
D1447C00126/E0122011

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 600 | 2005-07-05 (15) | 2005-12-15 (178) | MUSCLE TWITCHING(Hand twitch) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 0 | 2005-07-22 (32) | 2005-07-27 (37) | SEDATION(Oversedation) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-10-18 (120) | 2005-10-31 (133) | OEDEMA PERIPHERAL(Leg swelling) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-10-24 (126) | 2005-10-25 (127) | NAUSEA(Nausea) | 9.1 | Resolved | No | No | No | Moderate |
| RD | QUETIAPINE 400 | 2006-01-03 (58) | 2006-01-09 (64) | DYSPEPSIA(Indigestion) | 9.1 | Resolved | No | No | No | Mild |
| RD | QUETIAPINE 400 | 2006-06-15 (221) | 2006-07-16 (252) | SOMNOLENCE(Drowsiness) | 9.1 | Resolved | No | No | No | Moderate |
| RD | QUETIAPINE 400 | 2006-07-14 (250) | NA | NAUSEA(Nausea) | 9.1 | Continuing | No | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2608

2

CONFIDENTIAL
AZSER12747055

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0122011 | Randomized - QUETIAPINE 400 | DAE |

**Descriptive text:**

NA

2609

3

CONFIDENTIAL
AZSER12747056

**Narrative event** DAE

**Subject identifier**
D1447C00126/E0122011

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-14 (-7) | PreTrt | 5.1 (mmol/L) | 5.3 (%) | 1.32 (mmol/L) | 5.28 (mmol/L)H | 1.89 (mmol/L) | | 133 (g/L) |
| Visit prior to Event | V14 | 2006-07-13 (249) | QUETIAPINE 400 | 3.9 (mmol/L) | 5.3 (%) | 1.33 (mmol/L) | 4.97 (mmol/L) | 2.07 (mmol/L) | | 135 (g/L) |
| Final Study Visit | V23 | 2006-08-09 (415) | NA | | 5.4 (%) | | | | | 141 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-14 (-7) | PreTrt | 248 (10**9/L) | 4.4 (10**9/L) | 2.95 (10**9/L) | 23 (IU/L) | 25 (IU/L) | 71 (umol/L) | 0.84 (mIU/L) | 13.9 (pmol/L) |
| Visit prior to Event | V14 | 2006-07-13 (249) | QUETIAPINE 400 | 267 (10**9/L) | 4.4 (10**9/L) | 3.01 (10**9/L) | 20 (IU/L) | 23 (IU/L) | 80 (umol/L) | 1.62 (mIU/L) | 15.4 (pmol/L) |
| Final Study Visit | V23 | 2006-08-09 (415) | NA | 222 (10**9/L) | 3.6 (10**9/L)L | 2.20 (10**9/L) | | | | 0.86 (mIU/L) | 19.4 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range, H=above normal range, NR=not recorded   * - unscheduled visit

2610

4

CONFIDENTIAL
AZSER12747057

Narrative event
DAE

Subject identifier
D1447C00126/E0122011

Study phase-treatment during which event occurred
Randomized - QUETIAPINE 400

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2611

CONFIDENTIAL
AZSER12747058

**Subject identifier**
D1447C00126/E0122011

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

**Narrative event**
DAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-06-28 (8) | 2006-07-15 (251) | No | LITHIUM | 600 mg | Bipolar |
| 2006-02-04 (90) | 2006-08-14 (281)# | Yes | ALENDRONIC ACID | 70 mg | Osteoporosis |
| 2006-02-22 (108) | 2006-08-14 (281)# | Yes | HYDROXYCHLOROQUINE | 200 mg | Arthritis (Rheumatoid) |
| 2006-07-29 (265) | 2006-08-14 (281)# | Yes | GABAPENTIN | 300 mg | Leg pain |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2612

6

CONFIDENTIAL
AZSER12747059

**Narrative event**
DAE

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E0122013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event:**

Death:          No

SAE:            No

DAE:            SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|-----------|-----------|-----------|-----------|-----------|-----------|
| 46 | Male | Caucasian | 155 | 2005-06-22 | 2005-11-23 | QUETIAPINE 400 | 2005-11-23 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|-----|-----|-----|
| NA | | |

**Medical History:**

Current:

Past:

**Death information:**

Date of death:          No death

Cause of death:

Post-mortem:

1

2613

CONFIDENTIAL
AZSER12747060

**Subject identifier**
D1447C00126/E0122013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon- tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2005-06-29 (8) | NA | SEDATION(Oversedation) | 9.1 | Continuing | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 400 | 2005-06-29 (8) | NA | DECREASED APPETITE(Loss of appetite) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-06-29 (8) | NA | ABDOMINAL DISTENSION(Stomach bloating) | 9.1 | Continuing | No | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2614

CONFIDENTIAL
AZSER12747061

**Subject identifier**
D1447C00126/E0122013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Descriptive text:**

NA

2615

3

CONFIDENTIAL
AZSER12747062

**Subject identifier**
D1447C00126/E0122013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-16 (-5) | PreTrt | 6.2 (mmol/L) | 5.5 (%) | 2.96 (mmol/L)H | 5.72 (mmol/L)H | 0.85 (mmol/L)L | | 149 (g/L) |
| Visit prior to Event | Enrollment | 2005-06-16 (-5) | PreTrt | 6.2 (mmol/L) | 5.5 (%) | 2.96 (mmol/L)H | 5.72 (mmol/L)H | 0.85 (mmol/L)L | | 149 (g/L) |
| Final Study Visit | Enrollment | 2005-06-16 (-5) | PreTrt | 6.2 (mmol/L) | 5.5 (%) | 2.96 (mmol/L)H | 5.72 (mmol/L)H | 0.85 (mmol/L)L | | 149 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-16 (-5) | PreTrt | 313 (10**9/L) | 7.5 (10**9/L) | 4.42 (10**9/L) | 37 (IU/L) | 21 (IU/L) | 97 (umol/L) | 3.28 (mIU/L) | 12.0 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-06-16 (-5) | PreTrt | 313 (10**9/L) | 7.5 (10**9/L) | 4.42 (10**9/L) | 37 (IU/L) | 21 (IU/L) | 97 (umol/L) | 3.28 (mIU/L) | 12.0 (pmol/L) |
| Final Study Visit | Enrollment | 2005-06-16 (-5) | PreTrt | 313 (10**9/L) | 7.5 (10**9/L) | 4.42 (10**9/L) | 37 (IU/L) | 21 (IU/L) | 97 (umol/L) | 3.28 (mIU/L) | 12.0 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * = unscheduled visit

2616

4

CONFIDENTIAL
AZSER12747063

Narrative event
DAE

**Subject identifier**
D1447C00126/E0122013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2617

CONFIDENTIAL
AZSER12747064

Narrative event
DAE

**Subject identifier**
D1447C00126/E0122013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-05-22 (-31)# | 2005-12-23 (185)# | Yes | BUPROPION | 300 mg | Depression |
| 2005-06-29 (8) | 2005-07-06 (15) | No | LORAZEPAM | 1 mg | Anxiety |
| 2005-06-29 (8) | 2005-12-23 (185)# | Yes | VALPROIC ACID | 500 mg | Bipolar |

\# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2618

6

CONFIDENTIAL
AZSER12747065

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E0122020

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Narrative event
DAE

**Narrative event:**

Death:          No

SAE:            No

DAE:            HAEMATOCHEZIA

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 27 | Female | Caucasian | 94 | 2005-07-12 | 2005-10-13 | QUETIAPINE 400 | 2005-10-13 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:

Past:

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

2619

1

CONFIDENTIAL
AZSER12747066

**Subject identifier**
D1447C00126/E0122020

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 500 | 2005-07-26 (15) | NA | ALOPECIA(Hair loss / alopecia) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-08-09 (29) | NA | WEIGHT INCREASED(Weight gain) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-10-05 (86) | NA | HAEMATOCHEZIA(Bleeding in stool (hematochezia)) | 9.1 | Continuing | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2620

2

CONFIDENTIAL
AZSER12747067

**Subject identifier**
D1447C00126/E0122020

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Descriptive text:**

NA

3                                                                 2621

CONFIDENTIAL
AZSER12747068

**Subject identifier**
D1447C00126/E0122020

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-07-06 (-5) | PreTrt | 5.1 (mmol/L) | 4.8 (%) | 1.03 (mmol/L) | 4.61 (mmol/L) | 1.66 (mmol/L) | | 134 (g/L) |
| Visit prior to Event | S5 | 2005-09-08 (59) | QUETIAPINE 400 | | | | | | | 133 (g/L) |
| Final Study Visit | S13 | 2005-10-13 (94) | QUETIAPINE 400 | 5.0 (mmol/L) | 5.0 (%) | 1.59 (mmol/L) | 4.56 (mmol/L) | 1.53 (mmol/L) | | 139 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-07-06 (-5) | PreTrt | 222 (10**9/L) | 4.8 (10**9/L)L | 2.41 (10**9/L) | 14 (IU/L) | 16 (IU/L) | 62 (umol/L) | 4.83 (mIU/L) | 15.0 (pmol/L) |
| Visit prior to Event | S5 | 2005-09-08 (59) | QUETIAPINE 400 | 214 (10**9/L) | 3.7 (10**9/L)L | 1.59 (10**9/L)L | | | | | |
| Final Study Visit | S13 | 2005-10-13 (94) | QUETIAPINE 400 | 181 (10**9/L) | 3.1 (10**9/L)L | 1.37 (10**9/L)L | 17 (IU/L) | 20 (IU/L) | 80 (umol/L) | 6.41 (mIU/L)H | 12.1 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * - unscheduled visit

2622

4

CONFIDENTIAL
AZSER12747069

Narrative event
DAE

Subject identifier
D1447C00126/E0122020

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 400

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2623

CONFIDENTIAL
AZSER12747070

**Subject identifier**
D1447C00126/E0122020

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-03-15 (-119) | 2005-11-12 (124)# | Yes | VALPROIC ACID | 1500 mg | Bipolar |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2624

6

CONFIDENTIAL
AZSER12747071

Narrative event
DAE

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0122021

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 400

**Narrative event:**

Death:              No

SAE:               No

DAE:               WEIGHT INCREASED

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 27 | Male | Other | 127 | 2005-07-18 | 2005-11-21 | QUETIAPINE 400 | 2006-02-20 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| 36 | 2005-11-22 | 2005-12-27 |

**Medical History:**

Current:

Past:

**Death information:**

Date of death:          No death

Cause of death:

Post-mortem:

1

2625

CONFIDENTIAL
AZSER12747072

Subject identifier
D1447C00126/E0122021

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Narrative event
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2005-07-25 (8) | 2006-02-01 (199) | WEIGHT INCREASED(Weight gain) | 9.1 | Resolved | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 400 | 2005-07-27 (10) | 2005-07-29 (12) | TREMOR(Tremor of hands) | 9.1 | Resolved | Yes | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2626

CONFIDENTIAL
AZSER12747073

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
| --- | --- | --- |
| D1447C00126/E0122021 | Open Label - QUETIAPINE 400 | DAE |

**Descriptive text:**

NA

2627

3

CONFIDENTIAL
AZSER12747074

**Narrative event** DAE

**Subject identifier** D1447C00126/E0122021

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Triglycerides | Total Cholesterol | HDL | LDL | Hemoglobin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-07-12 (-6) | PreTrt | 4.4 (mmol/L) | 5.2 (%) | 2.03 (mmol/L) | 5.52 (mmol/L)H | 0.85 (mmol/L)L | | 154 (g/L) |
| Visit prior to Event | Enrollment | 2005-07-12 (-6) | PreTrt | 4.4 (mmol/L) | 5.2 (%) | 2.03 (mmol/L) | 5.52 (mmol/L)H | 0.85 (mmol/L)L | | 154 (g/L) |
| Visit of Event | S4 | 2005-08-17 (31) | PLACEBO 400 | | | | | | | 151 (g/L) |
| Visit of Event | S5 | 2005-09-13 (58) | PLACEBO 400 | | | | | | | 154 (g/L) |
| Visit of Event | S6 | 2005-10-18 (93) | PLACEBO 400 | 4.9 (mmol/L) | 5.3 (%) | | | | | 151 (g/L) |
| Visit of Event | Randomization (V1) | 2005-11-22 (1) | PLACEBO 400 | 4.3 (mmol/L) | 5.6 (%) | 3.42 (mmol/L)H | 6.16 (mmol/L)H | 0.80 (mmol/L)L | | 154 (g/L) |
| Visit after Event | V23 | 2006-02-20 (218) | NA | 4.9 (mmol/L) | 5.4 (%) | 3.68 (mmol/L)H | 6.03 (mmol/L)H | 0.83 (mmol/L)L | | 160 (g/L) |
| Final Study Visit | V23 | 2006-02-20 (218) | NA | 4.9 (mmol/L) | 5.4 (%) | 3.68 (mmol/L)H | 6.03 (mmol/L)H | 0.83 (mmol/L)L | | 160 (g/L) |

2628

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-07-12 (-6) | PreTrt | 224 (10**9/L) | 6.3 (10**9/L) | 3.47 (10**9/L) | 29 (IU/L) | 18 (IU/L) | 80 (umol/L) | 1.53 (mIU/L) | 14.4 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-07-12 (-6) | PreTrt | 224 (10**9/L) | 6.3 (10**9/L) | 3.47 (10**9/L) | 29 (IU/L) | 18 (IU/L) | 80 (umol/L) | 1.53 (mIU/L) | 14.4 (pmol/L) |
| Visit of Event | S4 | 2005-08-17 (31) | PLACEBO 400 | 218 (10**9/L) | 5.5 (10**9/L) | 2.22 (10**9/L) | | | | | |
| Visit of Event | S5 | 2005-09-13 (58) | PLACEBO 400 | 202 (10**9/L) | 5.4 (10**9/L) | 2.51 (10**9/L) | | | | | |

4

CONFIDENTIAL
AZSER12747075

**Subject identifier**
D1447C00126/E0122021

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Visit of Event | S6 | 2005-10-18 (93) | PLACEBO 400 | 224 (10**9/L) | 4.8 (10**9/L) | 2.40 (10**9/L) | | | | | |
| Visit of Event | Randomization (V1) | 2005-11-22 (1) | PLACEBO 400 | 223 (10**9/L) | 5.6 (10**9/L) | 2.60 (10**9/L) | 41 (IU/L) | 22 (IU/L) | 71 (umol/L) | 2.87 (mIU/L) | 12.9 (pmol/L) |
| Visit after Event | V23 | 2006-02-20 (218) | NA | 267 (10**9/L) | 5.7 (10**9/L) | 3.31 (10**9/L) | 42 (IU/L) | 21 (IU/L) | 88 (umol/L) | 1.35 (mIU/L) | 12.4 (pmol/L) |
| Final Study Visit | V23 | 2006-02-20 (218) | NA | 267 (10**9/L) | 5.7 (10**9/L) | 3.31 (10**9/L) | 42 (IU/L) | 21 (IU/L) | 88 (umol/L) | 1.35 (mIU/L) | 12.4 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range. H=above normal range. NR=not recorded   * - unscheduled visit

2629

5

CONFIDENTIAL
AZSER12747076

| Subject identifier | Study phase-treatment during which event occurred | | Narrative event |
| --- | --- | --- | --- |
| D1447C00126/E0122021 | Open Label - QUETIAPINE 400 | | DAE |

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
| --- | --- | --- | --- | --- |
| Enrollment | 2005-07-12 (-6) | | PreTrt | 80.7 |
| S2 | 2005-07-25 (8) | QUETIAPINE 400 | OL | 81.6 |
| S2 | 2005-07-25 (8) | QUETIAPINE 400 | OL | 82.6 |
| S6 | 2005-10-18 (93) | QUETIAPINE 400 | OL | 89.4 |
| Randomization (V1) | 2005-11-22 (1) | PLACEBO   400 | RD | 92.5 |
| V4 | 2005-12-27 (36) | PLACEBO   400 | RD | 96.2 |
| V23 | 2006-02-20 (91) | | OffTrt | 97.5 |

2630

6

CONFIDENTIAL
AZSER12747077

| | Subject identifier<br>D1447C00126/E0122021 | | Study phase-treatment during which event occurred<br>Open Label - QUETIAPINE 400 | | | | Narrative event<br>DAE |
|---|---|---|---|---|---|---|---|

**Medication information:  Include concomitant medications taken during the event only**

| Date started<br>(day started) | Date stopped<br>(day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-07-18 (1) | 2005-08-02 (16) | No | LITHIUM | 450 mg | Bipolar |
| 2005-08-04 (18) | 2005-08-04 (18) | No | LITHIUM | 450 mg | Bipolar |
| 2005-08-06 (20) | 2005-08-06 (20) | No | LITHIUM | 450 mg | Bipolar |
| 2005-08-08 (22) | 2005-08-08 (22) | No | LITHIUM | 450 mg | Bipolar |
| 2005-08-09 (23) | 2005-10-17 (92) | No | VALPROIC ACID | 500 mg | Bipolar |
| 2005-10-18 (93) | 2005-12-23 (32) | No | VALPROIC ACID | 1000 mg | Bipolar |
| 2005-12-27 (36) | 2006-01-11 (51) | No | VALPROIC ACID | 1000 mg | Bipolar |
| 2006-01-12 (52) | 2006-01-26 (66)# | Yes | VALPROIC ACID | 1500 mg | Bipolar |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2631

7

CONFIDENTIAL<br>AZSER12747078

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E0122026

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event**
DAE

**Narrative event:**

Death:                No

SAE:                  No

DAE:                  WEIGHT INCREASED

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 49 | Female | Caucasian | 236 | 2005-08-09 | 2006-04-01 | QUETIAPINE 500 | 2006-04-25 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

Current:

Past:

**Death information:**

Date of death:         No death

Cause of death:

Post-mortem:

2632

1

CONFIDENTIAL
AZSER12747079

**Subject identifier**
D1447C00126/E0122026

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 600 | 2005-08-20 (12) | 2006-02-28 (204) | DRY MOUTH(Dry mouth) | 9.1 | Resolved | Yes | Yes | No | Mild |
| OL | QUETIAPINE 400 | 2005-11-01 (85) | NA | ALOPECIA(Hair loss) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-11-19 (103) | NA | TREMOR(Hand tremors) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-11-29 (113) | 2005-12-22 (136) | WEIGHT INCREASED(Weight gain) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 500 | 2006-01-27 (172) | 2006-02-17 (193) | BRONCHITIS(Bronchitis) | 9.1 | Resolved | No | No | No | Severe |
| OL | QUETIAPINE 500 | 2006-02-18 (194) | 2006-02-23 (199) | BRONCHITIS(Bronchitis) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 500 | 2006-02-24 (200) | 2006-02-25 (201) | BRONCHITIS(Bronchitis) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 500 | 2006-02-28 (204) | 2006-03-30 (234) | NASOPHARYNGITIS(Cold symptoms) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 500 | 2006-03-14 (218) | NA | ASTHMA(Asthma) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 500 | 2006-03-28 (232) | NA | WEIGHT INCREASED(Weight gain) | 9.1 | Continuing | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2633

CONFIDENTIAL
AZSER12747080

**Subject identifier**
D1447C00126/E0122026

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event**
DAE

**Descriptive text:**

NA

2634

3

CONFIDENTIAL
AZSER12747081

**Subject identifier**
D1447C00126/E0122026

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event**
DAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-04 (-4) | PreTrt | 5.6 (mmol/L) | 5.4 (%) | 4.09 (mmol/L)H | 7.15 (mmol/L)H | 1.24 (mmol/L) | | 138 (g/L) |
| Visit prior to Event | S9 | 2006-01-18 (163) | QUETIAPINE 500 | 5.2 (mmol/L) | 5.5 (%) | | | | | 133 (g/L) |
| Final Study Visit | S13 | 2006-04-25 (260) | OffTrt | 5.0 (mmol/L) | 5.7 (%) | 3.31 (mmol/L)H | 6.81 (mmol/L)H | 1.32 (mmol/L) | | 133 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-04 (-4) | PreTrt | 351 (10**9/L) | 5.9 (10**9/L) | 2.24 (10**9/L) | 22 (IU/L) | 18 (IU/L) | 80 (umol/L) | 2.45 (mIU/L) | 9.8 (pmol/L) |
| Visit prior to Event | S9 | 2006-01-18 (163) | QUETIAPINE 500 | 209 (10**9/L) | 6.2 (10**9/L) | 3.00 (10**9/L) | | | | | |
| Final Study Visit | S13 | 2006-04-25 (260) | OffTrt | 256 (10**9/L) | 5.8 (10**9/L) | 1.61 (10**9/L)L | 33 (IU/L) | 25 (IU/L) | 71 (umol/L) | 2.36 (mIU/L) | 11.2 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range, H=above normal range, NR=not recorded   * - unscheduled visit

2635

4

CONFIDENTIAL
AZSER12747082

**Subject identifier**
D1447C00126/E0122026

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event**
DAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| Enrollment | 2005-08-04 (-5) | | PreTrt | 114.8 |
| S2 | 2005-08-16 (8) | QUETIAPINE 500 | OL | 117 |
| S2 | 2005-08-16 (8) | QUETIAPINE 500 | OL | 118.8 |
| S6 | 2005-11-01 (85) | QUETIAPINE 400 | OL | 119.7 |
| S9 | 2006-01-18 (163) | QUETIAPINE 500 | OL | 120.2 |
| S13 | 2006-04-25 (260) | | OffTrt | 122.9 |

2636

5

CONFIDENTIAL
AZSER12747083

**Subject identifier**
D1447C00126/E0122026

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

## Medication information: Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-07-09 (-31)# | 2006-05-01 (266)# | Yes | ESTROGENS CONJUGATED | 0.65 mg | Hormone replacement therapy |
| 2005-09-12 (35) | 2006-05-01 (266)# | Yes | LORAZEPAM | 1.5 mg | Bipolar |
| 2006-02-28 (204) | 2006-05-01 (266)# | Yes | SERETIDE MITE | U ug | Asthma |
| 2006-03-02 (206) | 2006-04-02 (237) | No | VALPROIC ACID | 2000 mg | Bipolar |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2637

6

CONFIDENTIAL
AZSER12747084

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E0122027

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event**
DAE

**Narrative event:**

Death:              No

SAE:                No

DAE:                SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|------------------------|------------------------------|------------------------|
| 41 | Female | Caucasian | 130 | 2005-08-16 | 2005-12-23 | QUETIAPINE 500 | 2006-01-03 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:

Past:               head and neck injury

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

2638

1

CONFIDENTIAL
AZSER12747085

**Subject identifier**
D1447C00126/E0122027

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 200 | 2005-08-19 (4) | 2005-12-26 (133) | DRY MOUTH(Dry mouth) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 300 | 2005-08-21 (6) | 2005-08-21 (6) | HEADACHE(Headache) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 500 | 2005-10-01 (47) | 2005-12-26 (133) | SEDATION(Over sedation) | 9.1 | Resolved | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 400 | 2005-11-28 (105) | NA | TENDONITIS(Tendonitis) | 9.1 | Continuing | No | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2639

2

CONFIDENTIAL
AZSER12747086

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0122027 | Open Label - QUETIAPINE 500 | DAE |

**Descriptive text:**

NA

3

2640

CONFIDENTIAL
AZSER12747087

**Narrative event** DAE

**Subject identifier** D1447C00126/E0122027

**Study phase-treatment during which event occurred** Open Label - QUETIAPINE 500

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-11 (-4) | PreTrt | 5.1 (mmol/L) | 5.4 (%) | 1.50 (mmol/L) | 5.85 (mmol/L)H | 1.19 (mmol/L) | | 138 (g/L) |
| Visit prior to Event | S4 | 2005-09-12 (28) | QUETIAPINE 500 | | | | | | | 131 (g/L) |
| Visit of Event | S5 | 2005-10-11 (57) | QUETIAPINE 400 | | | | | | | 128 (g/L) |
| Visit of Event | S6 | 2005-11-09 (86) | QUETIAPINE 400 | 4.2 (mmol/L) | 5.4 (%) | | | | | 128 (g/L) |
| Visit after Event | S13 | 2006-01-03 (141) | OffTrt | 4.9 (mmol/L) | 5.6 (%) | 2.45 (mmol/L) | 6.58 (mmol/L)H | 1.17 (mmol/L) | | 129 (g/L) |
| Final Study Visit | S13 | 2006-01-03 (141) | OffTrt | 4.9 (mmol/L) | 5.6 (%) | 2.45 (mmol/L) | 6.58 (mmol/L)H | 1.17 (mmol/L) | | 129 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-11 (-4) | PreTrt | 358 (10**9/L) | 7.9 (10**9/L) | 5.77 (10**9/L) | 17 (IU/L) | 13 (IU/L) | 80 (umol/L) | 5.57 (mIU/L)H | 10.7 (pmol/L) |
| Visit prior to Event | S4 | 2005-09-12 (28) | QUETIAPINE 500 | 262 (10**9/L) | 4.9 (10**9/L) | 2.61 (10**9/L) | | | | | |
| Visit of Event | S5 | 2005-10-11 (57) | QUETIAPINE 400 | 229 (10**9/L) | 5.2 (10**9/L) | 2.85 (10**9/L) | | | | | |
| Visit of Event | S6 | 2005-11-09 (86) | QUETIAPINE 400 | 316 (10**9/L) | 5.7 (10**9/L) | 3.57 (10**9/L) | | | | | |
| Visit after Event | S13 | 2006-01-03 (141) | OffTrt | 332 (10**9/L) | 5.2 (10**9/L) | 2.98 (10**9/L) | 12 (IU/L) | 15 (IU/L) | 62 (umol/L) | 4.52 (mIU/L) | 11.4 (pmol/L) |

2641

4

CONFIDENTIAL
AZSER12747088

**Subject identifier**
D1447C00126/E0122027

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event**
DAE

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Final Study Visit | S13 | 2006-01-03 (141) | OffTrt | 332 (10**9/L) | 5.2 (10**9/L) | 2.98 (10**9/L) | 12 (IU/L) | 15 (IU/L) | 62 (umol/L) | 4.52 (mIU/L) | 11.4 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range, H=above normal range, NR=not recorded   * - unscheduled visit

2642

5

CONFIDENTIAL
AZSER12747089

Narrative event
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

Subject identifier
D1447C00126/E0122027

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

6

2643

CONFIDENTIAL
AZSER12747090

**Subject identifier**
D1447C00126/E0122027

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event**
DAE

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-08-29 (14) | 2006-01-22 (160)# | Yes | VALPROIC ACID | 1500 mg | Bipolar |
| 2005-11-28 (105) | 2006-01-22 (160)# | Yes | NAPROXEN | 500 mg | Tendenitis (Achilles tendons) |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

7

2644

CONFIDENTIAL
AZSER12747091

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E0122035

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Narrative event:**

| | |
|---|---|
| Death: | No |
| SAE: | No |
| DAE: | SEDATION |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 34 | Female | Caucasian | 3 | 2005-10-12 | 2005-10-14 | QUETIAPINE 300 | 2005-12-13 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

| | |
|---|---|
| Current: | intermittent hip pain |
| Past: | |

**Death information:**

| | |
|---|---|
| Date of death: | No death |
| Cause of death: | |
| Post-mortem: | |

1

2645

CONFIDENTIAL
AZSER12747092

Subject identifier
D1447C00126/E0122035

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

Narrative event
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 300 | 2005-10-01 (1) | 2005-10-31 (20) | SEDATION(Oversedation) | 9.1 | Resolved | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2646

CONFIDENTIAL
AZSER12747093

**Subject identifier**
D1447C00126/E0122035

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Narrative event**
DAE

**Descriptive text:**

NA

2647

3

CONFIDENTIAL
AZSER12747094

**Subject identifier**
D1447C00126/E0122035

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-10-03 (-8) | PreTrt | 4.2 (mmol/L) | 5.4 (%) | 1.88 (mmol/L) | 5.49 (mmol/L)H | 0.80 (mmol/L)L | | 156 (g/L) |
| Visit prior to Event | Enrollment | 2005-10-03 (-8) | PreTrt | 4.2 (mmol/L) | 5.4 (%) | 1.88 (mmol/L) | 5.49 (mmol/L)H | 0.80 (mmol/L)L | | 156 (g/L) |
| Final Study Visit | Enrollment | 2005-10-03 (-8) | PreTrt | 4.2 (mmol/L) | 5.4 (%) | 1.88 (mmol/L) | 5.49 (mmol/L)H | 0.80 (mmol/L)L | | 156 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-10-03 (-8) | PreTrt | 262 (10**9/L) | 10.2 (10**9/L) | 7.10 (10**9/L) | 6 (IU/L) | 12 (IU/L) | 80 (umol/L) | 1.03 (mIU/L) | 13.9 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-10-03 (-8) | PreTrt | 262 (10**9/L) | 10.2 (10**9/L) | 7.10 (10**9/L) | 6 (IU/L) | 12 (IU/L) | 80 (umol/L) | 1.03 (mIU/L) | 13.9 (pmol/L) |
| Final Study Visit | Enrollment | 2005-10-03 (-8) | PreTrt | 262 (10**9/L) | 10.2 (10**9/L) | 7.10 (10**9/L) | 6 (IU/L) | 12 (IU/L) | 80 (umol/L) | 1.03 (mIU/L) | 13.9 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

2648

4

CONFIDENTIAL
AZSER12747095

Narrative event
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

Subject identifier
D1447C00126/E0122035

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2649

5

CONFIDENTIAL
AZSER12747096

| | | | | | |
|---|---|---|---|---|---|
| **Subject identifier**<br>D1447C00126/E0122035 | | **Study phase-treatment during which event occurred**<br>Open Label - QUETIAPINE 300 | | | **Narrative event**<br>DAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started<br>(day started) | Date stopped<br>(day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-09-11 (-31)# | 2005-11-13 (33)# | Yes | PROPACET | 500 mg | Hip pain PRN |
| 2005-10-12 (1) | 2005-10-14 (3)# | No | VALPROIC ACID | 1000 mg | Bipolar |

\# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2650

6

CONFIDENTIAL
AZSER12747097

**Narrative event**
DAE

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E0122036

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event:**

Death:                No

SAE:                  No

DAE:                  EXTRAPYRAMIDAL DISORDER, SWOLLEN TONGUE

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 39  | Male | Caucasian | 157 | 2005-10-11 | 2006-03-16 | QUETIAPINE 400 | 2006-03-16 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:          acid reflux - gerd, high cholesterol - (hypercholesterolemia), lipidemia, seasonal allergies

Past:             hiatal hernia, sinus cyst, thumb fracture

**Death information:**

Date of death:          No death

Cause of death:

Post-mortem:

1

2651

CONFIDENTIAL
AZSER12747098

**Subject identifier**
D1447C00126/E0122036

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-01-05 (-279) | 2006-02-02 (115) | BURNING SENSATION(Burning in feet) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-10-12 (2) | 2005-10-14 (4) | EXTRAPYRAMIDAL DISORDER(EPS) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-10-18 (8) | 2005-10-30 (20) | DYSPNOEA(Shortness of breath) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-11-05 (26) | 2005-11-06 (27) | MIGRAINE(Migraine) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2006-01-05 (87) | 2006-03-16 (157) | OEDEMA PERIPHERAL(Oedema (swelling in ankles)) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2006-03-14 (155) | 2006-03-14 (155) | EXTRAPYRAMIDAL DISORDER(EPS) | 9.1 | Resolved | No | Yes | No | Moderate |
| OL | QUETIAPINE 400 | 2006-03-14 (155) | 2006-03-14 (155) | SWOLLEN TONGUE(Swelling of tongue) | 9.1 | Resolved | No | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2652

CONFIDENTIAL
AZSER12747099

**Subject identifier**
D1447C00126/E0122036

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Descriptive text:**

NA

2653

3

CONFIDENTIAL
AZSER12747100

**Subject identifier**
D1447C00126/E0122036

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-10-04 (-6) | PreTrt | 5.0 (mmol/L) | 5.2 (%) | 6.19 (mmol/L)H | 7.72 (mmol/L)H | 1.17 (mmol/L) | | 155 (g/L) |
| Visit prior to Event | S6 | 2006-01-05 (87) | QUETIAPINE 400 | 4.9 (mmol/L) | 5.3 (%) | | | | | 159 (g/L) |
| Visit after Event | S13 | 2006-03-16 (157) | QUETIAPINE 400 | 5.3 (mmol/L) | 5.6 (%) | 3.64 (mmol/L)H | 4.69 (mmol/L) | 1.24 (mmol/L) | | 153 (g/L) |
| Final Study Visit | S13 | 2006-03-16 (157) | QUETIAPINE 400 | 5.3 (mmol/L) | 5.6 (%) | 3.64 (mmol/L)H | 4.69 (mmol/L) | 1.24 (mmol/L) | | 153 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-10-04 (-6) | PreTrt | 315 (10**9/L) | 6.3 (10**9/L) | 3.34 (10**9/L) | 25 (IU/L) | 23 (IU/L) | 97 (umol/L) | 1.01 (mIU/L) | 12.1 (pmol/L) |
| Visit prior to Event | S6 | 2006-01-05 (87) | QUETIAPINE 400 | 281 (10**9/L) | 7.1 (10**9/L) | 3.06 (10**9/L) | | | | | |
| Visit after Event | S13 | 2006-03-16 (157) | QUETIAPINE 400 | 277 (10**9/L) | 6.1 (10**9/L) | 3.10 (10**9/L) | 27 (IU/L) | 23 (IU/L) | 88 (umol/L) | 2.41 (mIU/L) | 11.6 (pmol/L) |
| Final Study Visit | S13 | 2006-03-16 (157) | QUETIAPINE 400 | 277 (10**9/L) | 6.1 (10**9/L) | 3.10 (10**9/L) | 27 (IU/L) | 23 (IU/L) | 88 (umol/L) | 2.41 (mIU/L) | 11.6 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range. H=above normal range. NR=not recorded     * - unscheduled visit

4

2654

CONFIDENTIAL
AZSER12747101

**Narrative event**
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Subject identifier**
D1447C00126/E0122036

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
| --- | --- | --- | --- | --- |
| NA | | | | |

2655

5

CONFIDENTIAL
AZSER12747102

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-10-17 (7) | 2006-04-15 (187)# | Yes | ATORVASTATIN | 20 mg | Hypercholesterolemia |
| 2005-10-21 (11) | 2006-04-15 (187)# | Yes | RANITIDINE | 150 mg | Acid reflux |
| 2005-11-08 (29) | 2006-04-15 (187)# | Yes | LORAZEPAM | 1 mg | prn - anxiety |
| 2005-11-18 (39) | 2006-04-15 (187)# | Yes | ESOMEPRAZOLE | 80 mg | Acid reflux |
| 2005-11-18 (39) | 2006-04-15 (187)# | Yes | TEGASEROD | 12 mg | Acid reflux |
| 2006-02-01 (114) | 2006-04-15 (187)# | Yes | BUDESONIDE | 32 mcg | Allergies |
| 2006-02-02 (115) | 2006-03-16 (157) | No | DYAZIDE | 25 mg | Oedema |
| 2006-03-14 (155) | 2006-03-14 (155) | No | DIPHENHYDRAMINE | 0.25 mg | Eps |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2656

CONFIDENTIAL
AZSER12747103

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E0122037

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Narrative event**
DAE

**Narrative event:**

| | |
|---|---|
| Death: | No |
| SAE: | No |
| DAE: | SEDATION |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 24 | Female | Caucasian | 18 | 2005-10-25 | 2005-11-11 | QUETIAPINE 300 | 2005-12-16 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

| | |
|---|---|
| Current: | acne |
| Past: | ovarian cysts |

**Death information:**

| | |
|---|---|
| Date of death: | No death |
| Cause of death: | |
| Post-mortem: | |

1

2657

CONFIDENTIAL
AZSER12747104

**Subject identifier**
D1447C00126/E0122037

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discontinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-10-21 (-4) | 2005-11-18 (25) | DRY MOUTH(Dry mouth) | 9.1 | Resolved | No | No | No | Moderate |
| PreTrt | | 2005-10-24 (-1) | 2005-11-18 (25) | CONSTIPATION(Constipation) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 300 | 2005-11-11 (18) | 2005-11-11 (25) | SEDATION(Oversedation) | 9.1 | Resolved | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2658

CONFIDENTIAL
AZSER12747105

**Subject identifier**
D1447C00126/E0122037

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Narrative event**
DAE

**Descriptive text:**

NA

2659

3

CONFIDENTIAL
AZSER12747106

**Narrative event** DAE

**Subject identifier**
D1447C00126/E0122037

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-10-21 (-3) | PreTrt | 4.9 (mmol/L) | 5.4 (%) | 1.73 (mmol/L) | 3.52 (mmol/L) | 1.45 (mmol/L) | | 134 (g/L) |
| Visit prior to Event | Enrollment | 2005-10-21 (-3) | PreTrt | 4.9 (mmol/L) | 5.4 (%) | 1.73 (mmol/L) | 3.52 (mmol/L) | 1.45 (mmol/L) | | 134 (g/L) |
| Visit after Event | S13 | 2005-12-16 (53) | OffTrt | 5.6 (mmol/L) | 5.4 (%) | 0.68 (mmol/L) | 3.70 (mmol/L) | 1.79 (mmol/L) | | |
| Final Study Visit | S13 | 2005-12-16 (53) | OffTrt | 5.6 (mmol/L) | 5.4 (%) | 0.68 (mmol/L) | 3.70 (mmol/L) | 1.79 (mmol/L) | | |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-10-21 (-3) | PreTrt | 233 (10**9/L) | 8.6 (10**9/L) | 5.59 (10**9/L) | 47 (IU/L)H | 60 (IU/L)H | 97 (umol/L) | 1.40 (mIU/L) | 11.2 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-10-21 (-3) | PreTrt | 233 (10**9/L) | 8.6 (10**9/L) | 5.59 (10**9/L) | 47 (IU/L)H | 60 (IU/L)H | 97 (umol/L) | 1.40 (mIU/L) | 11.2 (pmol/L) |
| Visit after Event | S13 | 2005-12-16 (53) | OffTrt | | | | 10 (IU/L) | 15 (IU/L) | 62 (umol/L) | | 13.3 (pmol/L) |
| Final Study Visit | S13 | 2005-12-16 (53) | OffTrt | | | | 10 (IU/L) | 15 (IU/L) | 62 (umol/L) | | 13.3 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range,  H=above normal range,  NR=not recorded     * - unscheduled visit

2660

4

CONFIDENTIAL
AZSER12747107

Narrative event
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

Subject identifier
D1447C00126/E0122037

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2661

5

CONFIDENTIAL
AZSER12747108

Subject identifier
D1447C00126/E0122037

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

Narrative event
DAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-09-24 (-3)# | 2005-12-11 (48)# | Yes | TRETINOIN | U. U | Skin acne |
| 2005-11-11 (18) | 2005-12-11 (48)# | Yes | PAROXETINE | 12.5 mg | Anxiety/depression |
| 2005-11-11 (18) | 2005-12-11 (48)# | Yes | VALPROIC ACID | 2000 mg | Bipolar |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2662

CONFIDENTIAL
AZSER12747109

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E0123012

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 400

**Narrative event:**

Death:          No

SAE:            No

DAE:            SOMNOLENCE

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 34 | Female | Caucasian | 57 | 2005-12-13 | 2006-02-07 | QUETIAPINE 400 | 2006-02-07 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:        hypothyroidism, hypertension, gastroesophageal reflux disease, irritable bowel syndrome, endometriosis

Past:

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

1

2663

CONFIDENTIAL
AZSER12747110

**Subject identifier**
D1447C00126/E0123012

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2006-01-02 (21) | NA | SOMNOLENCE(Excessive drowsiness) | 9.1 | Continuing | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 200 | 2006-01-08 (27) | 2006-02-04 (54) | MUSCLE SPASMS(Spasms in both thighs) | 9.1 | Resolved | Yes | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2664

CONFIDENTIAL
AZSER12747111

**Subject identifier**
D1447C00126/E0123012

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Descriptive text:**

NA

2665

3

CONFIDENTIAL
AZSER12747112

**Subject identifier**
D1447C00126/E0123012

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-12-06 (-6) | PreTrt | | 5.5 (%) | 1.49 (mmol/L) | 5.59 (mmol/L)H | 1.48 (mmol/L) | | 141 (g/L) |
| Visit prior to Event | Enrollment | 2005-12-06 (-6) | PreTrt | | 5.5 (%) | 1.49 (mmol/L) | 5.59 (mmol/L)H | 1.48 (mmol/L) | | 141 (g/L) |
| Final Study Visit | S13 | 2006-02-07 (57) | QUETIAPINE 400 | 5.7 (mmol/L) | 5.5 (%) | 1.59 (mmol/L) | 5.52 (mmol/L)H | 1.48 (mmol/L) | | 130 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-12-06 (-6) | PreTrt | 414 (10**9/L) | 13.7 (10**9/L)H | 9.80 (10**9/L)H | 25 (IU/L) | 23 (IU/L) | 62 (umol/L) | 2.09 (mIU/L) | 15.4 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-12-06 (-6) | PreTrt | 414 (10**9/L) | 13.7 (10**9/L)H | 9.80 (10**9/L)H | 25 (IU/L) | 23 (IU/L) | 62 (umol/L) | 2.09 (mIU/L) | 15.4 (pmol/L) |
| Final Study Visit | S13 | 2006-02-07 (57) | QUETIAPINE 400 | 459 (10**9/L)H | 10.1 (10**9/L) | 7.48 (10**9/L) | 28 (IU/L) | 20 (IU/L) | 71 (umol/L) | 2.05 (mIU/L) | 16.3 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

2666

4

CONFIDENTIAL
AZSER12747113

| Narrative event | DAE |

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Subject identifier**
D1447C00126/E0123012

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2667

5

CONFIDENTIAL
AZSER12747114

| Subject identifier | Study phase-treatment during which event occurred | | | | | Narrative event |
| D1447C00126/E0123012 | Open Label - QUETIAPINE 400 | | | | | DAE |

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-11-12 (-31)# | 2006-01-10 (29) | No | VENLAFAXINE | 300 mg | Bipolar disorder |
| 2005-11-12 (-31)# | 2006-03-09 (87)# | Yes | CLONAZEPAM | 5 mg | Bipolar disorder |
| 2005-11-12 (-31)# | 2006-03-09 (87)# | Yes | ESOMEPRAZOLE | 40 mg | Acid reflux |
| 2005-11-12 (-31)# | 2006-03-09 (87)# | Yes | LEVOTHYROXINE | 50 mg | Hypothyroidism |
| 2005-11-12 (-31)# | 2006-03-09 (87)# | Yes | LITHIUM | 900 mg | Bipolar disorder |
| 2005-11-12 (-31)# | 2006-03-09 (87)# | Yes | METHYLCELLULOSE | 1000 mg | Irritable bowel syndrome |
| 2005-11-12 (-31)# | 2006-03-09 (87)# | Yes | METOPROLOL | 150 mg | Hypertension |
| 2005-11-12 (-31)# | 2006-03-09 (87)# | Yes | NORLESTRIN FE | 1 mg | Birth control |
| 2005-11-12 (-31)# | 2006-03-09 (87)# | Yes | ZOLPIDEM | 10 mg | Insomnia |
| 2005-12-21 (9) | 2006-01-03 (22) | No | ESCITALOPRAM | 10 mg | Bipolar disorder |
| 2006-01-11 (30) | 2006-03-09 (87)# | Yes | VENLAFAXINE | 225 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2668

CONFIDENTIAL
AZSER12747115

Narrative event
DAE

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E0123013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event:**

Death:              No

SAE:                No

DAE:                SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 45 | Male | Black | 57 | 2005-12-20 | 2006-02-14 | QUETIAPINE 200 | 2006-02-14 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:            asthma, chronic obstructive pulmonary disease

Past:

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

1

2669

CONFIDENTIAL
AZSER12747116

Subject identifier
D1447C00126/E0123013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

Narrative event
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-12-16 (-4) | 2005-12-17 (-3) | NAUSEA(Nausea) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 200 | 2005-12-22 (3) | NA | SEDATION(Sedation) | 9.1 | Continuing | Yes | Yes | No | Mild |
| OL | QUETIAPINE 200 | 2005-12-22 (3) | NA | DRY MOUTH(Dry mouth) | 9.1 | Continuing | Yes | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2670

2

CONFIDENTIAL
AZSER12747117

**Subject identifier**
D1447C00126/E0123013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Descriptive text:**

NA

2671

3

CONFIDENTIAL
AZSER12747118

**Subject identifier**
D1447C00126/E0123013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-12-13 (-6) | PreTrt | 4.1 (mmol/L) | 4.6 (%) | 1.22 (mmol/L) | 4.51 (mmol/L) | 1.17 (mmol/L) | | |
| Visit prior to Event | Enrollment | 2005-12-13 (-6) | PreTrt | 4.1 (mmol/L) | 4.6 (%) | 1.22 (mmol/L) | 4.51 (mmol/L) | 1.17 (mmol/L) | | |
| Final Study Visit | S13 | 2006-02-14 (57) | QUETIAPINE 400 | | 4.6 (%) | 3.50 (mmol/L)H | 4.01 (mmol/L) | 0.98 (mmol/L)L | | 144 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-12-13 (-6) | PreTrt | | | | 25 (IU/L) | 22 (IU/L) | 106 (umol/L) | 1.83 (mIU/L) | 13.3 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-12-13 (-6) | PreTrt | | | | 25 (IU/L) | 22 (IU/L) | 106 (umol/L) | 1.83 (mIU/L) | 13.3 (pmol/L) |
| Final Study Visit | S13 | 2006-02-14 (57) | QUETIAPINE 400 | 205 (10**9/L) | 4.9 (10**9/L) | 2.22 (10**9/L) | 22 (IU/L) | 25 (IU/L) | 106 (umol/L) | 1.33 (mIU/L) | 14.7 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * = unscheduled visit

2672

4

CONFIDENTIAL
AZSER12747119

Narrative event
DAE

Subject identifier
D1447C00126/E0123013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

CONFIDENTIAL
AZSER12747120

5

2673

| | **Study phase-treatment during which event occurred**<br>Open Label - QUETIAPINE 200 | | | **Narrative event**<br>DAE |

**Subject identifier**
D1447C00126/E0123013

**Medication information: Include concomitant medications taken during the event only**

| Date started<br>(day started) | Date stopped<br>(day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-11-19 (-31)# | 2006-03-16 (87)# | Yes | SALBUTAMOL | U, U | Asthma/copd |
| 2005-11-19 (-31)# | 2006-03-16 (87)# | Yes | SERETIDE MITE | 1000 2 puffs | Asthma/copd |
| 2005-12-13 (-7) | 2006-01-16 (28) | No | VALPROIC ACID | 1000 mg | Bipolar disorder |
| 2006-01-17 (29) | 2006-02-14 (57) | No | VALPROIC ACID | 1500 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2674

6

CONFIDENTIAL
AZSER12747121

**START OF E NARRATIVE**
**Subject identifier**
D1447C00126/E0127003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event:**

Death:          No

SAE:            No

DAE:            SOMNOLENCE

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|----------------------|
| 53 | Female | Caucasian | 54 | 2005-07-08 | 2005-08-30 | QUETIAPINE 200 | 2005-08-30 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:        seasonal allergies, intermittent constipation, insomnia

Past:           menopause

**Death information:**

Date of death:  No death

Cause of death:

Post-mortem:

2675

1

CONFIDENTIAL
AZSER12747122

**Subject identifier**
D1447C00126/E0127003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 200 | 2005-07-09 (2) | 2005-08-30 (54) | SOMNOLENCE(Drowsiness, intermittent) | 9.1 | Resolved | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2676

CONFIDENTIAL
AZSER12747123

**Subject identifier**
D1447C00126/E0127003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Descriptive text:**

NA

2677

3

CONFIDENTIAL
AZSER12747124

**Narrative event** DAE

**Subject identifier**
D1447C00126/E0127003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-30 (-7) | PreTrt | 4.7 (mmol/L) | 5.4 (%) | 1.73 (mmol/L) | 5.52 (mmol/L)H | 1.42 (mmol/L) | | 129 (g/L) |
| Visit prior to Event | Enrollment | 2005-06-30 (-7) | PreTrt | 4.7 (mmol/L) | 5.4 (%) | 1.73 (mmol/L) | 5.52 (mmol/L)H | 1.42 (mmol/L) | | 129 (g/L) |
| Visit of Event | S4 | 2005-08-04 (28) | QUETIAPINE 400 | | | | | | | 123 (g/L) |
| Visit of Event | S13 | 2005-08-30 (54) | QUETIAPINE 400 | 4.8 (mmol/L) | 5.8 (%) | 1.67 (mmol/L) | 5.54 (mmol/L)H | 1.48 (mmol/L) | | 127 (g/L) |
| Final Study Visit | S13 | 2005-08-30 (54) | QUETIAPINE 400 | 4.8 (mmol/L) | 5.8 (%) | 1.67 (mmol/L) | 5.54 (mmol/L)H | 1.48 (mmol/L) | | 127 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-30 (-7) | PreTrt | 266 (10**9/L) | 6.7 (10**9/L) | 3.87 (10**9/L) | 15 (IU/L) | 21 (IU/L) | 115 (umol/L)H | 0.64 (mIU/L) | 17.4 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-06-30 (-7) | PreTrt | 266 (10**9/L) | 6.7 (10**9/L) | 3.87 (10**9/L) | 15 (IU/L) | 21 (IU/L) | 115 (umol/L)H | 0.64 (mIU/L) | 17.4 (pmol/L) |
| Visit of Event | S4 | 2005-08-04 (28) | QUETIAPINE 400 | 234 (10**9/L) | 5.1 (10**9/L) | 2.59 (10**9/L) | | | | | |
| Visit of Event | S13 | 2005-08-30 (54) | QUETIAPINE 400 | 243 (10**9/L) | 5.2 (10**9/L) | 3.05 (10**9/L) | 15 (IU/L) | 22 (IU/L) | 106 (umol/L) | | 14.4 (pmol/L) |
| Final Study Visit | S13 | 2005-08-30 (54) | QUETIAPINE 400 | 243 (10**9/L) | 5.2 (10**9/L) | 3.05 (10**9/L) | 15 (IU/L) | 22 (IU/L) | 106 (umol/L) | | 14.4 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range.  H=above normal range.  NR=not recorded    * - unscheduled visit

4

2678

CONFIDENTIAL
AZSER12747125

Narrative event
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

Subject identifier
D1447C00126/E0127003

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2679

5

CONFIDENTIAL
AZSER12747126

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Subject identifier**
D1447C00126/E0127/003

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-06-30 (-8) | 2005-07-20 (13) | No | LORAZEPAM | 2 mg | Bipolar I |
| 2005-07-08 (1) | 2005-09-29 (84)# | Yes | VALPROIC ACID | 1000 mg | Bipolar I |
| 2005-07-21 (14) | 2005-09-29 (84)# | Yes | LORAZEPAM | 0.5 mg | Bipolar I |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2680

6

CONFIDENTIAL
AZSER12747127

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0127007

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 100

Narrative event
DAE

**Narrative event:**

Death:                  No

SAE:                    No

DAE:                    DYSARTHRIA, LETHARGY, SOMNOLENCE

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 49 | Male | Caucasian | 3 | 2005-12-29 | 2005-12-31 | QUETIAPINE 100 | 2006-01-13 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:

Past:

**Death information:**

Date of death:          No death

Cause of death:

Post-mortem:

1

2681

CONFIDENTIAL
AZSER12747128

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Subject identifier**
D1447C00126/E0127007

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2005-12-30 (2) | 2006-01-01 (4) | LETHARGY(Lethargy) | 9.1 | Resolved | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 100 | 2005-12-30 (2) | 2006-01-01 (4) | SOMNOLENCE(Drowsiness) | 9.1 | Resolved | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 100 | 2005-12-30 (2) | 2006-01-01 (4) | DYSARTHRIA(Slurred speech) | 9.1 | Resolved | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2682

CONFIDENTIAL
AZSER12747129

**Subject identifier**
D1447C00126/E0127007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Descriptive text:**

NA

2683

3

CONFIDENTIAL
AZSER12747130

**Narrative event** DAE

**Subject identifier**
D1447C00126/E0127007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Triglycerides | Total Cholesterol | HDL | LDL | Hemoglobin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-12-22 (-6) | PreTrt | 4.5 (mmol/L) | 5.3 (%) | 0.89 (mmol/L) | 5.23 (mmol/L)H | 1.45 (mmol/L) | | 146 (g/L) |
| Visit prior to Event | Enrollment | 2005-12-22 (-6) | PreTrt | 4.5 (mmol/L) | 5.3 (%) | 0.89 (mmol/L) | 5.23 (mmol/L)H | 1.45 (mmol/L) | | 146 (g/L) |
| Visit after Event | S13 | 2006-01-13 (16) | OffTrt | 5.1 (mmol/L) | 5.4 (%) | 0.73 (mmol/L) | 5.18 (mmol/L) | 1.42 (mmol/L) | | 138 (g/L) |
| Final Study Visit | S13 | 2006-01-13 (16) | OffTrt | 5.1 (mmol/L) | 5.4 (%) | 0.73 (mmol/L) | 5.18 (mmol/L) | 1.42 (mmol/L) | | 138 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-12-22 (-6) | PreTrt | 270 (10**9/L) | 5.2 (10**9/L) | 2.18 (10**9/L) | 24 (IU/L) | 21 (IU/L) | 88 (umol/L) | 1.50 (mIU/L) | 15.9 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-12-22 (-6) | PreTrt | 270 (10**9/L) | 5.2 (10**9/L) | 2.18 (10**9/L) | 24 (IU/L) | 21 (IU/L) | 88 (umol/L) | 1.50 (mIU/L) | 15.9 (pmol/L) |
| Visit after Event | S13 | 2006-01-13 (16) | OffTrt | 280 (10**9/L) | 5.7 (10**9/L) | 2.70 (10**9/L) | 28 (IU/L) | 28 (IU/L) | 80 (umol/L) | 1.18 (mIU/L) | 13.8 (pmol/L) |
| Final Study Visit | S13 | 2006-01-13 (16) | OffTrt | 280 (10**9/L) | 5.7 (10**9/L) | 2.70 (10**9/L) | 28 (IU/L) | 28 (IU/L) | 80 (umol/L) | 1.18 (mIU/L) | 13.8 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * - unscheduled visit

2684

4

CONFIDENTIAL
AZSER12747131

**Narrative event**
DAE

**Subject identifier**
D1447C00126/E0127007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2685

CONFIDENTIAL
AZSER12747132

Subject identifier
D1447C00126/E0127007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

Narrative event
DAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-12-29 (1) | 2005-12-31 (3) | No | LITHIUM | 900 mg | Bipolar 1 |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2686

CONFIDENTIAL
AZSER12747133

Narrative event
DAE

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E0129001

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 600

**Narrative event:**

Death:          No

SAE:            No

DAE:            HYPERTRIGLYCERIDAEMIA

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 43 | Female | Caucasian | 257 | 2005-06-08 | 2006-02-19 | QUETIAPINE 600 | 2006-04-26 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| 35 | 2006-02-20 | 2006-03-26 |

**Medical History:**

Current:        hypertension, hypercholesterolemia

Past:           hypothyroidism, iron-deficiency anemia

**Death information:**

Date of death:          No death

Cause of death:

Post-mortem:

1

2687

CONFIDENTIAL
AZSER12747134

**Subject identifier**
D1447C00126/E0129001

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 600

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2005-06-09 (2) | 2006-03-23 (289) | SEDATION(Sedation) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 100 | 2005-06-09 (2) | 2006-03-23 (289) | INCREASED APPETITE(Increased appetite) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-06-24 (17) | 2006-03-24 (290) | ABNORMAL DREAMS(Increased dreaming) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-08-01 (55) | 2005-08-04 (58) | PARAESTHESIA(Right hand paresthesias) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-08-31 (85) | NA | HYPERTENSION(Hypertension) | 9.1 | Continuing | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-10-18 (133) | 2005-11-13 (159) | THERMAL BURN(Left hand burn) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 500 | 2005-10-26 (141) | NA | WEIGHT INCREASED(Weight gain) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 600 | 2005-12-05 (181) | 2006-02-21 (259) | HYPOTRICHOSIS(Generalised thinning of hair) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 600 | 2006-01-20 (227) | 2006-02-26 (264) | UPPER RESPIRATORY TRACT INFECTION(Upper respiratory infection) | 9.1 | Resolved | No | No | No | Moderate |
| RD | QUETIAPINE 600 | 2006-02-20 (1) | NA | HYPERINSULINAEMIA(Hyper-insulinemia) | 9.1 | Continuing | Yes | No | No | Moderate |
| RD | QUETIAPINE 600 | 2006-02-20 (1) | NA | HYPERTRIGLYCERIDAEMIA(Hypertriglyceridemia) | 9.1 | Continuing | Yes | Yes | No | Severe |
| RD | QUETIAPINE 600 | 2006-02-20 (1) | NA | HYPERCHOLESTEROLAEMIA(Increased hypercholesterolemia) | 9.1 | Continuing | Yes | No | No | Moderate |
| RD | QUETIAPINE 600 | 2006-02-21 (2) | 2006-02-26 (7) | UPPER RESPIRATORY TRACT INFECTION(Upper respiratory infection) | 9.1 | Resolved | No | No | No | Mild |

2688

2

CONFIDENTIAL
AZSER12747135

**Subject identifier**
D1447C00126/E0129001

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 600

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| RD | QUETIAPINE 600 | 2006-02-24 (5) | NA | HEADACHE(Headaches) | 9.1 | Continuing | No | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

3

2689

CONFIDENTIAL
AZSER12747136

**Subject identifier**
D1447C00126/E0129001

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 600

**Narrative event**
DAE

**Descriptive text:**

NA

2690

4

CONFIDENTIAL
AZSER12747137

**Narrative event** DAE

**Subject identifier**
D1447C00126/E0129001

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 600

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-01 (-7) | PreTrt | 4.3 (mmol/L) | 5.8 (%) | 1.95 (mmol/L) | 7.33 (mmol/L)H | 1.14 (mmol/L) | | 146 (g/L) |
| Visit prior to Event | S9 | 2005-11-21 (167) | QUETIAPINE 600 | 4.5 (mmol/L) | 6.1 (%) | | | | | 138 (g/L) |
| Final Study Visit | V23 | 2006-03-27 (293) | NA | 5.8 (mmol/L) | 6.2 (%)H | 11.41 (mmol/L)H | 10.36 (mmol/L)H | 1.30 (mmol/L) | | 138 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-01 (-7) | PreTrt | 220 (10**9/L) | 9.3 (10**9/L) | 5.00 (10**9/L) | 17 (IU/L) | 21 (IU/L) | 106 (umol/L) | 2.39 (mIU/L) | 11.4 (pmol/L) |
| Visit prior to Event | S9 | 2005-11-21 (167) | QUETIAPINE 600 | 214 (10**9/L) | 6.2 (10**9/L) | 3.20 (10**9/L) | | | | | |
| Final Study Visit | V23 | 2006-03-27 (293) | NA | 280 (10**9/L) | 8.5 (10**9/L) | 4.59 (10**9/L) | 14 (IU/L) | 14 (IU/L) | 133 (umol/L)H | 3.33 (mIU/L) | 11.2 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * = unscheduled visit

2691

5

CONFIDENTIAL
AZSER12747138

| Subject identifier<br>D1447C00126/E0129001 | | Study phase-treatment during which event occurred<br>Randomized - QUETIAPINE 600 | | Narrative event<br>DAE |

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date<br>(visit day) | Treatment at time of<br>assessment | Study phase at<br>time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2692

6

CONFIDENTIAL
AZSER12747139

Subject identifier
D1447C00126/E0129001

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 600

Narrative event
DAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-06-08 (1) | 2006-03-27 (36) | No | VALPROIC ACID | 1000 mg | Bipolar disorder |
| 2006-01-14 (221) | 2006-04-25 (65)# | Yes | ATENOLOL | 100 mg | Hypertension |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2693

7

CONFIDENTIAL
AZSER12747140

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0129003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Narrative event
DAE

**Narrative event:**

Death:              No

SAE:                No

DAE:                SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 44 | Female | Caucasian | 64 | 2005-06-15 | 2005-08-17 | QUETIAPINE 400 | 2005-08-17 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:            hemorrhoids, chronic bronchitis, osteoarthritis, intermittent tension headaches, obesity, lower extremity edema

Past:

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

1

2694

CONFIDENTIAL
AZSER12747141

**Subject identifier**
D1447C00126/E0129003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discontinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2005-06-16 (2) | 2005-07-13 (29) | SEDATION(Sedation) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 300 | 2005-06-23 (9) | 2005-07-08 (24) | GASTROOESOPHAGEAL REFLUX DISEASE(GERD) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-07-13 (29) | NA | SEDATION(Sedation) | 9.1 | Continuing | Yes | Yes | No | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2

2695

CONFIDENTIAL
AZSER12747142

**Subject identifier**
D1447C00126/E0129003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Descriptive text:**

NA

2696

3

CONFIDENTIAL
AZSER12747143

**Subject identifier**
D1447C00126/E0129003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-08 (-6) | PreTrt | 5.6 (mmol/L) | 6.2 (%)H | 3.03 (mmol/L)H | 6.14 (mmol/L)H | 1.50 (mmol/L) | | 123 (g/L) |
| Visit prior to Event | Enrollment | 2005-06-08 (-6) | PreTrt | 5.6 (mmol/L) | 6.2 (%)H | 3.03 (mmol/L)H | 6.14 (mmol/L)H | 1.50 (mmol/L) | | 123 (g/L) |
| Final Study Visit | S13 | 2005-08-17 (64) | QUETIAPINE 400 | 7.3 (mmol/L)H | 6.2 (%)H | 3.65 (mmol/L)H | 6.92 (mmol/L)H | 1.30 (mmol/L) | | 134 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-08 (-6) | PreTrt | 312 (10**9/L) | 5.5 (10**9/L) | 3.82 (10**9/L) | 30 (IU/L) | 27 (IU/L) | 71 (umol/L) | 3.53 (mIU/L) | 14.2 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-06-08 (-6) | PreTrt | 312 (10**9/L) | 5.5 (10**9/L) | 3.82 (10**9/L) | 30 (IU/L) | 27 (IU/L) | 71 (umol/L) | 3.53 (mIU/L) | 14.2 (pmol/L) |
| Final Study Visit | S13 | 2005-08-17 (64) | QUETIAPINE 400 | 242 (10**9/L) | 5.0 (10**9/L) | 3.52 (10**9/L) | 29 (IU/L) | 37 (IU/L)H | 71 (umol/L) | 2.76 (mIU/L) | 12.9 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

2697

4

CONFIDENTIAL
AZSER12747144

**Subject identifier**
D1447C00126/E0129003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2698

CONFIDENTIAL
AZSER12747145

Subject identifier
D1447C00126/E0129003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Narrative event
DAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-05-15 (-31)# | 2005-09-16 (94)# | Yes | PARACETAMOL | 650 mg PRN | Osteoarthritis |
| 2005-05-15 (-31)# | 2005-09-16 (94)# | Yes | TRAZODONE | 75 mg | Sleep aid |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2699

6

CONFIDENTIAL
AZSER12747146

**Narrative event**
DAE

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E0129011

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event:**

Death:          No

SAE:            No

DAE:            SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 59 | Male | Caucasian | 15 | 2005-08-08 | 2005-08-22 | QUETIAPINE 100 | 2005-08-22 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:        low back pains, intermittent (r) leg numbers + weakness

Past:

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

2700

1

CONFIDENTIAL
AZSER12747147