**Subject identifier**
D1447C00126/E0129011

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2005-08-08 (1) | NA | SEDATION(Sedation) | 9.1 | Continuing | Yes | Yes | No | Severe |
| OL | QUETIAPINE 200 | 2005-08-11 (4) | 2005-08-18 (11) | PARAESTHESIA(Barm and leg paresthesias) | 9.1 | Resolved | Yes | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2701

2

CONFIDENTIAL
AZSER12747148

**Subject identifier**
D1447C00126/E0129011

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Descriptive text:**

NA

2702

3

CONFIDENTIAL
AZSER12747149

Narrative event DAE

**Subject identifier**
D1447C00126/E0129011

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-01 (-6) | PreTrt | 4.7 (mmol/L) | 4.7 (%) | 1.31 (mmol/L) | 4.51 (mmol/L) | 1.06 (mmol/L) | | 151 (g/L) |
| Visit prior to Event | Enrollment | 2005-08-01 (-6) | PreTrt | 4.7 (mmol/L) | 4.7 (%) | 1.31 (mmol/L) | 4.51 (mmol/L) | 1.06 (mmol/L) | | 151 (g/L) |
| Final Study Visit | S13 | 2005-08-22 (15) | QUETIAPINE 400 | 4.8 (mmol/L) | 5.0 (%) | 3.70 (mmol/L)H | 4.53 (mmol/L) | 0.91 (mmol/L)L | | 157 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-01 (-6) | PreTrt | 193 (10**9/L) | 7.1 (10**9/L) | 4.29 (10**9/L) | 29 (IU/L) | 26 (IU/L) | 80 (umol/L) | 1.78 (mIU/L) | 13.9 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-08-01 (-6) | PreTrt | 193 (10**9/L) | 7.1 (10**9/L) | 4.29 (10**9/L) | 29 (IU/L) | 26 (IU/L) | 80 (umol/L) | 1.78 (mIU/L) | 13.9 (pmol/L) |
| Final Study Visit | S13 | 2005-08-22 (15) | QUETIAPINE 400 | 203 (10**9/L) | 8.0 (10**9/L) | 4.30 (10**9/L) | 29 (IU/L) | 29 (IU/L) | 97 (umol/L) | 1.03 (mIU/L) | 11.0 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

4

2703

CONFIDENTIAL
AZSER12747150

Narrative event
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

Subject identifier
D1447C00126/E0129011

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2704

CONFIDENTIAL
AZSER12747151

| | Subject identifier | Study phase-treatment during which event occurred | | | | Narrative event |
|---|---|---|---|---|---|---|
| | D1447C00126/E0129011 | Open Label - QUETIAPINE 100 | | | | DAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-07-08 (-31)# | 2005-09-21 (45)# | Yes | VITAMINS NOS | 1 tab | Health maintenance |
| 2005-07-08 (-31)# | 2005-09-21 (45)# | Yes | VITAMINS NOS | 1 tab | Health maintenance |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2705

6

CONFIDENTIAL
AZSER12747152

**START OF E NARRATIVE**

Narrative event
DAE

**Subject identifier**
D1447C00126/E0129013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event:**

Death:       No

SAE:        No

DAE:        SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|----------------------|------------------------------|----------------------|
| 34 | Male | Caucasian | 13 | 2005-08-10 | 2005-08-22 | QUETIAPINE 100 | 2005-09-21 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA |  |  |

**Medical History:**

Current:    low back pain, seasonal allergies, sinus headaches, asprin allergy

Past:       history of pneumonia, peptic ulcer disease

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

1

2706

CONFIDENTIAL
AZSER12747153

**Subject identifier**
D1447C00126/E0129013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2005-08-12 (3) | NA | SEDATION(Sedation) | 9.1 | Continuing | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 200 | 2005-08-13 (4) | NA | AKATHISIA(Akathesia) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 200 | 2005-08-13 (4) | NA | PALPITATIONS(Heart palpitations) | 9.1 | Continuing | Yes | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2707

CONFIDENTIAL
AZSER12747154

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0129013 | Open Label - QUETIAPINE 100 | DAE |

**Descriptive text:**

NA

2708

3

CONFIDENTIAL
AZSER12747155

**Subject identifier**
D1447C00126/E0129013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-03 (-6) | PreTrt | 4.7 (mmol/L) | 5.2 (%) | 4.35 (mmol/L)H | 5.52 (mmol/L)H | 1.06 (mmol/L) | | 154 (g/L) |
| Visit prior to Event | Enrollment | 2005-08-03 (-6) | PreTrt | 4.7 (mmol/L) | 5.2 (%) | 4.35 (mmol/L)H | 5.52 (mmol/L)H | 1.06 (mmol/L) | | 154 (g/L) |
| Final Study Visit | Enrollment | 2005-08-03 (-6) | PreTrt | 4.7 (mmol/L) | 5.2 (%) | 4.35 (mmol/L)H | 5.52 (mmol/L)H | 1.06 (mmol/L) | | 154 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-03 (-6) | PreTrt | 237 (10**9/L) | 7.9 (10**9/L) | 5.21 (10**9/L) | 27 (IU/L) | 21 (IU/L) | 88 (umol/L) | 0.99 (mIU/L) | 16.3 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-08-03 (-6) | PreTrt | 237 (10**9/L) | 7.9 (10**9/L) | 5.21 (10**9/L) | 27 (IU/L) | 21 (IU/L) | 88 (umol/L) | 0.99 (mIU/L) | 16.3 (pmol/L) |
| Final Study Visit | Enrollment | 2005-08-03 (-6) | PreTrt | 237 (10**9/L) | 7.9 (10**9/L) | 5.21 (10**9/L) | 27 (IU/L) | 21 (IU/L) | 88 (umol/L) | 0.99 (mIU/L) | 16.3 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * = unscheduled visit

2709

4

CONFIDENTIAL
AZSER12747156

**Narrative event**
DAE

**Subject identifier**
D1447C00126/E0129013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2710

CONFIDENTIAL
AZSER12747157

| Subject identifier | **Study phase-treatment during which event occurred** | Narrative event |
|---|---|---|
| D1447C00126/E0129013 | Open Label - QUETIAPINE 100 | DAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-07-10 (-31)# | 2005-09-21 (43)# | Yes | IBUPROFEN | 800 mg | Pain 9 headaches,low back pain ) |
| 2005-07-10 (-31)# | 2005-09-21 (43)# | Yes | PARACETAMOL | 1000 mg | Pain (headaches,low back pain ) |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2711

6

CONFIDENTIAL
AZSER12747158

Narrative event
DAE

**START OF E NARRATIVE**
**Subject identifier**
D1447C00126/E0129015

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event:**

Death:          No

SAE:            No

DAE:            PARAESTHESIA

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 54  | Female | Caucasian | 9 | 2005-08-29 | 2005-09-06 | QUETIAPINE 200 | 2006-09-07 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:        allergy to levaquin, asthma, gerd, osteorthritis, intermittant tension headaches, hypothyroidism, henorroids

Past:           history of heputitis b, history of pnuimonia

**Death information:**

Date of death:  No death

Cause of death:

Post-mortem:

2712

1

CONFIDENTIAL
AZSER12747159

**Subject identifier**
D1447C00126/E0129015

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discontinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2005-08-29 (1) | NA | DRY MOUTH(Dry mouth) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 100 | 2005-08-29 (1) | NA | SEDATION(Sedation) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 100 | 2005-08-30 (2) | NA | TACHYCARDIA(Tachycardia) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 100 | 2005-09-01 (4) | NA | NASAL CONGESTION(Nasal congestion) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 100 | 2005-09-01 (4) | NA | MUSCULAR WEAKNESS(Bilateral leg weakness) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 100 | 2005-09-01 (4) | NA | COORDINATION ABNORMAL(Ataxia) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 100 | 2005-09-01 (4) | NA | DIZZINESS(Dizziness) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 200 | 2005-09-03 (6) | NA | PARAESTHESIA(Paresthesias in hands) | 9.1 | Continuing | Yes | Yes | No | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2

2713

CONFIDENTIAL
AZSER12747160

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0129015 | Open Label - QUETIAPINE 200 | DAE |

**Descriptive text:**

NA

2714

3

CONFIDENTIAL
AZSER12747161

**Narrative event** DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Subject identifier**
D1447C00126/E0129015

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-22 (-6) | PreTrt | 4.6 (mmol/L) | 5.2 (%) | 2.58 (mmol/L) | 5.65 (mmol/L)H | 1.48 (mmol/L) | | 143 (g/L) |
| Visit prior to Event | Enrollment | 2005-08-22 (-6) | PreTrt | 4.6 (mmol/L) | 5.2 (%) | 2.58 (mmol/L) | 5.65 (mmol/L)H | 1.48 (mmol/L) | | 143 (g/L) |
| Final Study Visit | S13 | 2005-09-07 (10) | OffTrt | 5.0 (mmol/L) | 5.0 (%) | 2.53 (mmol/L) | 5.02 (mmol/L) | 1.37 (mmol/L) | | 140 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-22 (-6) | PreTrt | 326 (10**9/L) | 9.2 (10**9/L) | 6.27 (10**9/L) | 15 (IU/L) | 17 (IU/L) | 62 (umol/L) | 2.47 (mIU/L) | 9.7 (pmol/L)L |
| Visit prior to Event | Enrollment | 2005-08-22 (-6) | PreTrt | 326 (10**9/L) | 9.2 (10**9/L) | 6.27 (10**9/L) | 15 (IU/L) | 17 (IU/L) | 62 (umol/L) | 2.47 (mIU/L) | 9.7 (pmol/L)L |
| Final Study Visit | S13 | 2005-09-07 (10) | OffTrt | 260 (10**9/L) | 6.4 (10**9/L) | 4.16 (10**9/L) | 10 (IU/L) | 14 (IU/L) | 71 (umol/L) | 0.66 (mIU/L) | 8.8 (pmol/L)L |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range.   H=above normal range.   NR=not recorded     * - unscheduled visit

4

2715

CONFIDENTIAL
AZSER12747162

Narrative event
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

Subject identifier
D1447C00126/E0129015

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2716

5

CONFIDENTIAL
AZSER12747163

| Subject identifier<br>D1447C00126/E0129015 | | Study phase-treatment during which event occurred<br>Open Label - QUETIAPINE 200 | | | Narrative event<br>DAE |
|---|---|---|---|---|---|

**Medication information: Include concomitant medications taken during the event only**

| Date started<br>(day started) | Date stopped<br>(day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-07-29 (-31)# | 2005-10-06 (39)# | Yes | ESOMEPRAZOLE | 40 mg | Gerd |
| 2005-07-29 (-31)# | 2005-10-06 (39)# | Yes | ESTROGENS CONJUGATED | 0.63 mg | Hormone replacement therapy |
| 2005-07-29 (-31)# | 2005-10-06 (39)# | Yes | MONTELUKAST | 10 mg | Asthma |
| 2005-07-29 (-31)# | 2005-10-06 (39)# | Yes | SALBUTAMOL | U. U | Asthma |
| 2005-07-29 (-31)# | 2005-10-06 (39)# | Yes | SERETIDE MITE | 250 mg | Asthma |
| 2005-07-29 (-31)# | 2005-10-06 (39)# | Yes | THYROID | 1 grain | Hypothyroidism |
| 2005-07-29 (-31)# | 2005-10-06 (39)# | Yes | TRAZODONE | 25 mg | Insomnia |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2717

6

CONFIDENTIAL<br>AZSER12747164

**START OF E NARRATIVE**

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0129019 | Open Label - QUETIAPINE 200 | DAE |

**Narrative event:**

Death:       No

SAE:         No

DAE:         SOMNOLENCE

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 48 | Female | Caucasian | 4 | 2005-09-19 | 2005-09-22 | QUETIAPINE 200 | 2005-10-05 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

Current:       sinus headaches, migraine headaches, decreased hearing,left ear tinnitus,intermittent pain

Past:          h/o walking pneumonia, h/o left arm fracture, h/o right ankle fracture

**Death information:**

Date of death:       No death

Cause of death:

Post-mortem:

2718

1

CONFIDENTIAL
AZSER12747165

**Subject identifier**
D1447C00126/E0129019

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 200 | 2005-09-21 (3) | 2005-09-23 (5) | SOMNOLENCE(Somnolence) | 9.1 | Resolved | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2719

2

CONFIDENTIAL
AZSER12747166

**Subject identifier**
D1447C00126/E0129019

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Descriptive text:**

NA

2720

3

CONFIDENTIAL
AZSER12747167

**Subject identifier**
D1447C00126/E0129019

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-09-12 (-6) | PreTrt | 4.0 (mmol/L) | 5.0 (%) | 0.67 (mmol/L) | 5.83 (mmol/L)H | 2.75 (mmol/L) H | | 140 (g/L) |
| Visit prior to Event | Enrollment | 2005-09-12 (-6) | PreTrt | 4.0 (mmol/L) | 5.0 (%) | 0.67 (mmol/L) | 5.83 (mmol/L)H | 2.75 (mmol/L) H | | 140 (g/L) |
| Visit after Event | S13 | 2005-10-05 (17) | OffTrt | 5.2 (mmol/L) | 5.3 (%) | 0.45 (mmol/L)L | 5.52 (mmol/L)H | 2.72 (mmol/L) H | | 142 (g/L) |
| Final Study Visit | S13 | 2005-10-05 (17) | OffTrt | 5.2 (mmol/L) | 5.3 (%) | 0.45 (mmol/L)L | 5.52 (mmol/L)H | 2.72 (mmol/L) H | | 142 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-09-12 (-6) | PreTrt | 236 (10**9/L) | 5.8 (10**9/L) | 2.77 (10**9/L) | 14 (IU/L) | 18 (IU/L) | 62 (umol/L) | 0.83 (mIU/L) | 12.5 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-09-12 (-6) | PreTrt | 236 (10**9/L) | 5.8 (10**9/L) | 2.77 (10**9/L) | 14 (IU/L) | 18 (IU/L) | 62 (umol/L) | 0.83 (mIU/L) | 12.5 (pmol/L) |
| Visit after Event | S13 | 2005-10-05 (17) | OffTrt | 222 (10**9/L) | 5.7 (10**9/L) | 3.73 (10**9/L) | 15 (IU/L) | 24 (IU/L) | 71 (umol/L) | 1.26 (mIU/L) | 13.8 (pmol/L) |
| Final Study Visit | S13 | 2005-10-05 (17) | OffTrt | 222 (10**9/L) | 5.7 (10**9/L) | 3.73 (10**9/L) | 15 (IU/L) | 24 (IU/L) | 71 (umol/L) | 1.26 (mIU/L) | 13.8 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * - unscheduled visit

2721

4

CONFIDENTIAL
AZSER12747168

**Narrative event**
DAE

**Subject identifier**
D1447C00126/E0129019

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2722

CONFIDENTIAL
AZSER12747169

**Subject identifier**
D1447C00126/E0129019

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-08-19 (-31)# | 2005-10-22 (34)# | Yes | FLUOXETINE | 80 mg | Depression |
| 2005-08-19 (-31)# | 2005-10-22 (34)# | Yes | TYLENOL SINUS MEDICATION | U..U | Sinus headaches |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2723

CONFIDENTIAL
AZSER12747170

**START OF E NARRATIVE**

Narrative event
DAE

**Subject identifier**
D1447C00126/E0129026

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event:**

Death:                    No

SAE:                      No

DAE:                      SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 25 | Female | Caucasian | 10 | 2005-10-31 | 2005-11-09 | QUETIAPINE 100 | 2006-02-03 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:          seasonal allergies, obesity, orthostasis

Past:             gestational diabetes, gestational hypertension

**Death information:**

Date of death:    No death

Cause of death:

Post-mortem:

1

2724

CONFIDENTIAL
AZSER12747171

**Subject identifier**
D1447C00126/E0129026

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term  (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2005-11-01 (2) | 2006-01-12 (74) | SEDATION(Sedation) | 9.1 | Resolved | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 100 | 2005-11-02 (3) | 2005-12-28 (59) | DISTURBANCE IN ATTENTION(Decreased concentration) | 9.1 | Resolved | Yes | No | No | Mild |
| OffTrt | | 2005-11-18 (19) | 2006-01-12 (74) | DRY MOUTH(Dry mouth) | 9.1 | Resolved | Yes | No | No | Moderate |
| OffTrt | | 2005-11-25 (26) | 2006-01-12 (74) | BACK PAIN(Low back pain) | 9.1 | Resolved | No | No | No | Moderate |
| OffTrt | | 2005-11-28 (29) | 2005-12-28 (59) | VAGINAL INFECTION(Vaginitis) | 9.1 | Resolved | No | No | No | Mild |

DE=death, HO=hospitalization, DI= disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2725

CONFIDENTIAL
AZSER12747172

**Subject identifier**
D1447C00126/E0129026

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Descriptive text:**

NA

2726

3

CONFIDENTIAL
AZSER12747173

**Narrative event** DAE

**Subject identifier** D1447C00126/E0129026

**Study phase-treatment during which event occurred** Open Label - QUETIAPINE 100

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|-------|--------------|------------------------------|-------------------------------|---------|-------|----------------|-------------------|-----|-----|-------------|
| Enrollment | Enrollment | 2005-10-24 (-6) | PreTrt | 4.7 (mmol/L) | 5.3 (%) | 1.55 (mmol/L) | 4.79 (mmol/L) | 1.06 (mmol/L) | | 151 (g/L) |
| Visit prior to Event | Enrollment | 2005-10-24 (-6) | PreTrt | 4.7 (mmol/L) | 5.3 (%) | 1.55 (mmol/L) | 4.79 (mmol/L) | 1.06 (mmol/L) | | 151 (g/L) |
| Visit of Event | S4 | 2005-11-30 (31) | OffTrt | | | | | | | 137 (g/L) |
| Visit of Event | S5 | 2005-12-28 (59) | OffTrt | | | | | | | 135 (g/L) |
| Final Study Visit | S5 | 2005-12-28 (59) | OffTrt | | | | | | | 135 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|-------|--------------|------------------------------|-------------------------------|----------------|-----------------|-------------|-----|-----|------------|-----|-----|
| Enrollment | Enrollment | 2005-10-24 (-6) | PreTrt | 260 (10**9/L) | 11.0 (10**9/L) | 8.78 (10**9/L)H | 9 (IU/L) | 12 (IU/L) | 62 (umol/L) | 1.26 (mIU/L) | 13.2 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-10-24 (-6) | PreTrt | 260 (10**9/L) | 11.0 (10**9/L) | 8.78 (10**9/L)H | 9 (IU/L) | 12 (IU/L) | 62 (umol/L) | 1.26 (mIU/L) | 13.2 (pmol/L) |
| Visit of Event | S4 | 2005-11-30 (31) | OffTrt | 257 (10**9/L) | 7.7 (10**9/L) | 5.17 (10**9/L) | | | | | |
| Visit of Event | S5 | 2005-12-28 (59) | OffTrt | 228 (10**9/L) | 8.4 (10**9/L) | 5.61 (10**9/L) | | | | | |
| Final Study Visit | S5 | 2005-12-28 (59) | OffTrt | 228 (10**9/L) | 8.4 (10**9/L) | 5.61 (10**9/L) | | | | | |

Visit prior and visit after event is relative to the first narrative event.      L=below normal range.  H=above normal range.  NR=not recorded      * - unscheduled visit

2727

4

CONFIDENTIAL
AZSER12747174

Narrative event
DAE

**Subject identifier**
D1447C00126/E0129026

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2728

CONFIDENTIAL
AZSER12747175

**Subject identifier**
D1447C00126/E0129026

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-08-15 (-77) | 2005-12-09 (40)# | Yes | NORTRIPTYLINE | 50 mg | Depression |
| 2005-09-30 (-31)# | 2005-12-09 (40)# | Yes | MONTELUKAST | 1 tab | Allergies |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2729

CONFIDENTIAL
AZSER12747176

Narrative event
DAE

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E0129029

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event:**

Death:          No

SAE:            No

DAE:            AMNESIA, CONSTIPATION, DIZZINESS POSTURAL, FOOD CRAVING, INCREASED APPETITE, NASAL
                CONGESTION, SEDATION, WEIGHT INCREASED

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 49  | Male | Caucasian | 51 | 2005-11-21 | 2006-01-10 | QUETIAPINE 100 | 2006-01-11 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA                           |                              |                              |

**Medical History:**

Current:        seasonal allergies, osteoarthritis, intermittent tension headaches

Past:           h/o choking

**Death information:**

Date of death:  No death

Cause of death:

Post-mortem:

2730

1

CONFIDENTIAL
AZSER12747177

**Subject identifier**
D1447C00126/E0129029

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2005-11-23 (3) | NA | AMNESIA(Decreased short term memory) | 9.1 | Continuing | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 200 | 2005-11-25 (5) | NA | INCREASED APPETITE(Increased appetite) | 9.1 | Continuing | Yes | Yes | No | Mild |
| OL | QUETIAPINE 300 | 2005-11-29 (9) | NA | SEDATION(Sedation) | 9.1 | Continuing | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 400 | 2005-12-03 (13) | NA | DIZZINESS POSTURAL(Orthostatic dizziness) | 9.1 | Continuing | Yes | Yes | No | Mild |
| OL | QUETIAPINE 400 | 2005-12-11 (21) | NA | FOOD CRAVING(Carbohydrate craving) | 9.1 | Continuing | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 400 | 2005-12-11 (21) | NA | WEIGHT INCREASED(Weight gain) | 9.1 | Continuing | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 400 | 2005-12-11 (21) | NA | NASAL CONGESTION(Nasal congestion) | 9.1 | Continuing | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 400 | 2005-12-14 (24) | NA | CONSTIPATION(Constipation) | 9.1 | Continuing | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2

2731

CONFIDENTIAL
AZSER12747178

**Subject identifier**
D1447C00126/E0129029

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Descriptive text:**

NA

2732

3

CONFIDENTIAL
AZSER12747179

**Narrative event** DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Subject identifier**
D1447C00126/E0129029

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-11-14 (-6) | PreTrt | 5.1 (mmol/L) | 5.0 (%) | 1.76 (mmol/L) | 4.40 (mmol/L) | 0.96 (mmol/L)L | | 164 (g/L) |
| Visit prior to Event | Enrollment | 2005-11-14 (-6) | PreTrt | 5.1 (mmol/L) | 5.0 (%) | 1.76 (mmol/L) | 4.40 (mmol/L) | 0.96 (mmol/L)L | | 164 (g/L) |
| Final Study Visit | S4 | 2005-12-28 (38) | QUETIAPINE 400 | | | | | | | 159 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-11-14 (-6) | PreTrt | 233 (10**9/L) | 6.9 (10**9/L) | 4.51 (10**9/L) | 21 (IU/L) | 16 (IU/L) | 106 (umol/L) | 3.26 (mIU/L) | 10.1 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-11-14 (-6) | PreTrt | 233 (10**9/L) | 6.9 (10**9/L) | 4.51 (10**9/L) | 21 (IU/L) | 16 (IU/L) | 106 (umol/L) | 3.26 (mIU/L) | 10.1 (pmol/L) |
| Final Study Visit | S4 | 2005-12-28 (38) | QUETIAPINE 400 | 225 (10**9/L) | 7.6 (10**9/L) | 5.37 (10**9/L) | | | | | |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * - unscheduled visit

4

2733

CONFIDENTIAL
AZSER12747180

**Subject identifier**
D1447C00126/E0129029

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| Enrollment | 2005-11-14 (-7) | | PreTrt | 105 |
| S2 | 2005-11-28 (8) | QUETIAPINE 300 | OL | 104.5 |
| S2 | 2005-11-28 (8) | QUETIAPINE 300 | OL | 105.5 |

5

2734

CONFIDENTIAL
AZSER12747181

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Subject identifier**
D1447C00126/E0129029

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-10-21 (-31)# | 2006-02-09 (81)# | Yes | BUPROPION | 300 mg | Depression |
| 2005-10-21 (-31)# | 2006-02-09 (81)# | Yes | FEXOFENADINE | 60 mg | Allergies |
| 2005-10-21 (-31)# | 2006-02-09 (81)# | Yes | IBUPROFEN | 800 mg | Osteoarthritis , headaches |
| 2005-10-21 (-31)# | 2006-02-09 (81)# | Yes | NAPROXEN | 220 prn mg | Osteoarthritis. headaches |
| 2005-10-21 (-31)# | 2006-02-09 (81)# | Yes | PARA-SELTZER | 325 prn mg | Headaches |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2735

6

CONFIDENTIAL
AZSER12747182

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0129030

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 400

Narrative event
DAE

**Narrative event:**

Death:                  No

SAE:                    No

DAE:                    WEIGHT INCREASED

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|----------------------|------------------------------|------------------------|
| 46 | Female | Caucasian | 18 | 2005-11-28 | 2005-12-15 | QUETIAPINE 400 | 2005-12-28 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:                thalassemia

Past:                   h/o anemia, h/o alcohol withdrawl/seizure

**Death information:**

Date of death:          No death

Cause of death:

Post-mortem:

1

2736

CONFIDENTIAL
AZSER12747183

**Subject identifier**
D1447C00126/E0129030

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 300 | 2005-11-29 (2) | 2005-12-16 (19) | SEDATION(Sedation) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-12-05 (8) | 2005-12-18 (21) | WEIGHT INCREASED(Weight gain) | 9.1 | Resolved | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2737

2

CONFIDENTIAL
AZSER12747184

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0129030 | Open Label - QUETIAPINE 400 | DAE |

**Descriptive text:**

NA

2738

3

CONFIDENTIAL
AZSER12747185

**Subject identifier**
D1447C00126/E0129030

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Missing | 101 * | Missing | NA | | | | | | | |
| Enrollment | Enrollment | 2005-11-14 (-13) | PreTrt | 5.1 (mmol/L) | 5.0 (%) | 153 (mmol/L)H | 179 (mmol/L)H | 64 (mmol/L)H | | 133 (g/L) |
| Visit after Event | S13 | 2005-12-28 (31) | OffTrt | | | 1.68 (mmol/L) | 5.00 (mmol/L) | 1.74 (mmol/L) | | 122 (g/L) |
| Final Study Visit | S13 | 2005-12-28 (31) | OffTrt | | | | | | | 122 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Missing | 101 * | Missing | NA | | | | 7 (IU/L) | 20 (IU/L) | .9 (umol/L)L | | |
| Enrollment | Enrollment | 2005-11-14 (-13) | PreTrt | 362 (10**9/L) | 7.5 (10**9/L) | 4.61 (10**9/L) | 25 (IU/L) | 30 (IU/L) | 71 (umol/L) | 1.24 (mIU/L) | 9.3 (pmol/L)L |
| Visit after Event | S13 | 2005-12-28 (31) | OffTrt | 233 (10**9/L) | 4.9 (10**9/L) | 2.37 (10**9/L) | | | | | |
| Final Study Visit | S13 | 2005-12-28 (31) | OffTrt | 233 (10**9/L) | 4.9 (10**9/L) | 2.37 (10**9/L) | | | | | |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range. H=above normal range. NR=not recorded     * - unscheduled visit

2739

CONFIDENTIAL
AZSER12747186

4

Subject identifier
D1447C00126/E0129030

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Narrative event
DAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| Enrollment | 2005-11-14 (-14) | | PreTrt | 58.2 |
| S2 | NA | | | 60.5 |

2740

5

CONFIDENTIAL
AZSER12747187

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0129038

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

Narrative event
DAE

**Narrative event:**

Death:               No

SAE:                 No

DAE:                 WEIGHT INCREASED

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|------------------------|
| 33  | Female | Caucasian | 14 | 2006-01-25 | 2006-02-07 | QUETIAPINE 300 | 2006-02-06 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:    allergy to zithromax, intermittant tension headaches, sinus headaches, migraine headaches, seasonal allergies, irritable bowel syndrome, mild obesity

Past:       history of pneumonia, history of kidney infection, history of chlamydia, fracture of 5th cervical vertebrae due to inner tubing accident

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

2741

1

CONFIDENTIAL
AZSER12747188

**Subject identifier**
D1447C00126/E0129038

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 200 | 2006-01-28 (4) | 2006-02-02 (9) | RASH(Bilateral forearm rash) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 300 | 2006-02-01 (8) | NA | SEDATION(Sedation) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 300 | 2006-02-01 (8) | NA | MUSCLE TWITCHING(Left arm muscle twitching) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 300 | 2006-02-01 (8) | NA | MUSCLE TWITCHING(Left leg muscle twitching) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 300 | 2006-02-01 (8) | NA | OEDEMA PERIPHERAL(Bilateral hand edema) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 300 | 2006-02-01 (8) | NA | WEIGHT INCREASED(Weight gain) | 9.1 | Continuing | Yes | Yes | No | Mild |
| OL | QUETIAPINE 300 | 2006-02-04 (11) | NA | CONSTIPATION(Constipation) | 9.1 | Continuing | Yes | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2742

CONFIDENTIAL
AZSER12747189

**Subject identifier**
D1447C00126/E0129038

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Narrative event**
DAE

**Descriptive text:**

NA

2743

3

CONFIDENTIAL
AZSER12747190

**Narrative event** DAE

**Subject identifier**
D1447C00126/E0129038

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-18 (-6) | PreTrt | 4.3 (mmol/L) | 5.3 (%) | 3.27 (mmol/L)H | 5.46 (mmol/L)H | 1.19 (mmol/L) | | 138 (g/L) |
| Visit prior to Event | Enrollment | 2006-01-18 (-6) | PreTrt | 4.3 (mmol/L) | 5.3 (%) | 3.27 (mmol/L)H | 5.46 (mmol/L)H | 1.19 (mmol/L) | | 138 (g/L) |
| Final Study Visit | Enrollment | 2006-01-18 (-6) | PreTrt | 4.3 (mmol/L) | 5.3 (%) | 3.27 (mmol/L)H | 5.46 (mmol/L)H | 1.19 (mmol/L) | | 138 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-18 (-6) | PreTrt | 278 (10**9/L) | 12.9 (10**9/L)H | 7.65 (10**9/L) | 15 (IU/L) | 13 (IU/L) | 71 (umol/L) | 1.77 (mIU/L) | 9.5 (pmol/L)L |
| Visit prior to Event | Enrollment | 2006-01-18 (-6) | PreTrt | 278 (10**9/L) | 12.9 (10**9/L)H | 7.65 (10**9/L) | 15 (IU/L) | 13 (IU/L) | 71 (umol/L) | 1.77 (mIU/L) | 9.5 (pmol/L)L |
| Final Study Visit | Enrollment | 2006-01-18 (-6) | PreTrt | 278 (10**9/L) | 12.9 (10**9/L)H | 7.65 (10**9/L) | 15 (IU/L) | 13 (IU/L) | 71 (umol/L) | 1.77 (mIU/L) | 9.5 (pmol/L)L |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range. H=above normal range. NR=not recorded    * - unscheduled visit

2744

4

CONFIDENTIAL
AZSER12747191

**Subject identifier**
D1447C00126/E0129038

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Narrative event**
DAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| Enrollment | 2006-01-18 (-7) | | PreTrt | 108.6 |
| S2 | 2006-02-01 (8) | QUETIAPINE 300 | OL | 107.3 |
| S2 | 2006-02-01 (8) | QUETIAPINE 300 | OL | 109.1 |

2745

5

CONFIDENTIAL
AZSER12747192

**Subject identifier**
D1447C00126/E0129038

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-12-25 (-31)# | 2006-03-09 (44)# | Yes | NORMENSAL | 1 tab | Birth control |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2746

CONFIDENTIAL
AZSER12747193

Narrative event
DAE

**START OF E NARRATIVE**

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Subject identifier
D1447C00126/E0129039

**Narrative event:**

Death:          No

SAE:            No

DAE:            WEIGHT INCREASED

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 53 | Female | Caucasian | 7 | 2006-02-01 | 2006-02-07 | QUETIAPINE 400 | 2006-02-06 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:        hypertension, seasonal allergies, intermittent migraine headaches, intermittent tension headaches, intermittent sinus headaches, obesity

Past:           history of tebrik seizures, history of pnumonia, history of closed head injury

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

2747

1

CONFIDENTIAL
AZSER12747194

**Subject identifier**
D1447C00126/E0129039

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 300 | 2006-02-02 (2) | NA | SEDATION(Sedation) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2006-02-06 (6) | NA | WEIGHT INCREASED(Wt gain) | 9.1 | Continuing | Yes | Yes | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2748

CONFIDENTIAL
AZSER12747195

**Subject identifier**
D1447C00126/E0129039

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Descriptive text:**

NA

2749

3

CONFIDENTIAL
AZSER12747196

**Narrative event** DAE

**Subject identifier**
D1447C00126/E0129039

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-18 (-13) | PreTrt | 5.3 (mmol/L) | 5.6 (%) | 11.87 (mmol/L)H | 6.32 (mmol/L)H | 0.80 (mmol/L)L | | 129 (g/L) |
| Visit prior to Event | Enrollment | 2006-01-18 (-13) | PreTrt | 5.3 (mmol/L) | 5.6 (%) | 11.87 (mmol/L)H | 6.32 (mmol/L)H | 0.80 (mmol/L)L | | 129 (g/L) |
| Final Study Visit | Enrollment | 2006-01-18 (-13) | PreTrt | 5.3 (mmol/L) | 5.6 (%) | 11.87 (mmol/L)H | 6.32 (mmol/L)H | 0.80 (mmol/L)L | | 129 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-18 (-13) | PreTrt | 353 (10**9/L) | 8.3 (10**9/L) | 5.09 (10**9/L) | 23 (IU/L) | 22 (IU/L) | 62 (umol/L) | 2.14 (mIU/L) | 11.6 (pmol/L) |
| Visit prior to Event | Enrollment | 2006-01-18 (-13) | PreTrt | 353 (10**9/L) | 8.3 (10**9/L) | 5.09 (10**9/L) | 23 (IU/L) | 22 (IU/L) | 62 (umol/L) | 2.14 (mIU/L) | 11.6 (pmol/L) |
| Final Study Visit | Enrollment | 2006-01-18 (-13) | PreTrt | 353 (10**9/L) | 8.3 (10**9/L) | 5.09 (10**9/L) | 23 (IU/L) | 22 (IU/L) | 62 (umol/L) | 2.14 (mIU/L) | 11.6 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

2750

4

CONFIDENTIAL
AZSER12747197

**Subject identifier**
D1447C00126/E0129039

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| Enrollment | 2006-01-18 (-14) | | PreTrt | 91.4 |

2751

5

CONFIDENTIAL
AZSER12747198

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0129039 | Open Label - QUETIAPINE 400 | DAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2006-01-01 (-31)# | 2006-03-09 (37)# | Yes | ACETYLSALICYLIC ACID | 81 mg | Health maintenance |
| 2006-01-01 (-31)# | 2006-03-09 (37)# | Yes | CALCIUM | 600 mg | Health maintenance |
| 2006-01-01 (-31)# | 2006-03-09 (37)# | Yes | GLUCOSAMINE | 1 tab | Health maintenance |
| 2006-01-01 (-31)# | 2006-03-09 (37)# | Yes | LISINOPRIL | 30 mg | Hypertension |
| 2006-01-01 (-31)# | 2006-03-09 (37)# | Yes | VITAMINS NOS | 1 tab | Health maintenance |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2752

6

CONFIDENTIAL
AZSER12747199

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0129042

Narrative event
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event:**

Death:              No

SAE:                No

DAE:                WEIGHT INCREASED

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 31 | Female | Caucasian | 14 | 2006-01-25 | 2006-02-07 | QUETIAPINE 200 | 2006-02-06 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:    hypercholesterolemia, intermittent migraine headaches, polycystic ovary disease, chronic otitis media, degenerative disc disease, benign essential tremor, asthma, obesity, acid reflux, hyperinsulinemia

Past:       history of hepatitis a, history of abnormal pap smear, history of right leg fracture, allergy to vicoden, history of irritable bowel syndrom

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

1

2753

CONFIDENTIAL
AZSER12747200

**Subject identifier**
D1447C00126/E0129042

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 200 | 2006-02-01 (8) | NA | WEIGHT INCREASED(Weight gain) | 9.1 | Continuing | Yes | Yes | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2754

CONFIDENTIAL
AZSER12747201

**Subject identifier**
D1447C00126/E0129042

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Descriptive text:**

NA

2755

3

CONFIDENTIAL
AZSER12747202

Narrative event DAE

**Subject identifier** D1447C00126/E0129042

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-23 (-1) | PreTrt | 4.8 (mmol/L) | 5.3 (%) | 8.34 (mmol/L)H | 7.43 (mmol/L)H | 1.04 (mmol/L) | | 145 (g/L) |
| Visit prior to Event | Enrollment | 2006-01-23 (-1) | PreTrt | 4.8 (mmol/L) | 5.3 (%) | 8.34 (mmol/L)H | 7.43 (mmol/L)H | 1.04 (mmol/L) | | 145 (g/L) |
| Final Study Visit | Enrollment | 2006-01-23 (-1) | PreTrt | 4.8 (mmol/L) | 5.3 (%) | 8.34 (mmol/L)H | 7.43 (mmol/L)H | 1.04 (mmol/L) | | 145 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-23 (-1) | PreTrt | 334 (10**9/L) | 7.5 (10**9/L) | 4.29 (10**9/L) | 28 (IU/L) | 21 (IU/L) | 44 (umol/L) | 1.78 (mIU/L) | 14.3 (pmol/L) |
| Visit prior to Event | Enrollment | 2006-01-23 (-1) | PreTrt | 334 (10**9/L) | 7.5 (10**9/L) | 4.29 (10**9/L) | 28 (IU/L) | 21 (IU/L) | 44 (umol/L) | 1.78 (mIU/L) | 14.3 (pmol/L) |
| Final Study Visit | Enrollment | 2006-01-23 (-1) | PreTrt | 334 (10**9/L) | 7.5 (10**9/L) | 4.29 (10**9/L) | 28 (IU/L) | 21 (IU/L) | 44 (umol/L) | 1.78 (mIU/L) | 14.3 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

2756

4

CONFIDENTIAL
AZSER12747203

| | Narrative event |
|---|---|
| | DAE |

**Subject identifier**
D1447C00126/E0129042

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| Enrollment | 2006-01-23 (-2) | | PreTrt | 95.5 |
| S2 | 2006-02-01 (8) | QUETIAPINE 200 | OL | 98.6 |
| S2 | 2006-02-01 (8) | QUETIAPINE 200 | OL | 100 |

2757

5

CONFIDENTIAL
AZSER12747204

Narrative event
DAE

Subject identifier
D1447C00126/E0129042

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 200

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-12-25 (-31)# | 2006-03-09 (44)# | Yes | FIORINAL-C | U  U | Migraine headaches |
| 2005-12-25 (-31)# | 2006-03-09 (44)# | Yes | FLUTICASONE | 50 mcg | Asthma |
| 2005-12-25 (-31)# | 2006-03-09 (44)# | Yes | FLUTICASONE | 9 puffs | Asthma |
| 2005-12-25 (-31)# | 2006-03-09 (44)# | Yes | GEMFIBROZIL | 600 mg | Hypercholesterolemia |
| 2005-12-25 (-31)# | 2006-03-09 (44)# | Yes | HYDROXYZINE | U  U | Migraine headaches |
| 2005-12-25 (-31)# | 2006-03-09 (44)# | Yes | HYOSCYAMINE | 0.38 mg | Acid reflux |
| 2005-12-25 (-31)# | 2006-03-09 (44)# | Yes | MIDRID | 1 tab | Migraine headaches |
| 2005-12-25 (-31)# | 2006-03-09 (44)# | Yes | OMEPRAZOLE | 40 mg | Acid reflux |
| 2005-12-25 (-31)# | 2006-03-09 (44)# | Yes | PROPRANOLOL | 160 mg | Migraine headaches |
| 2005-12-25 (-31)# | 2006-03-09 (44)# | Yes | SALBUTAMOL | U  U | Asthma |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2758

CONFIDENTIAL
AZSER12747205

Narrative event
DAE

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E0129043

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event:**

Death:              No

SAE:                No

DAE:                SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 52 | Male | Caucasian | 128 | 2006-01-30 | 2006-06-06 | QUETIAPINE 500 | 2006-06-21 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:        seasonal allergies, intermittent cramping, intermittent diarrhea, hemorrhoids, intermittent sinus headaches, hypercholesterolemia (borderline), "borderline" type 2 diabetes mellitus

Past:           history of nephrolithiasis, history of left middle finger fracture

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

1

2759

CONFIDENTIAL
AZSER12747206

**Subject identifier**
D1447C00126/E0129043

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discontinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2006-02-01 (3) | 2006-03-01 (31) | CONSTIPATION(Constipation) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 300 | 2006-02-07 (9) | 2006-02-09 (11) | UPPER RESPIRATORY TRACT INFECTION(Upper respiratory infection) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 300 | 2006-02-07 (9) | 2006-06-07 (129) | TREMOR(Bilateral hand tremor) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 300 | 2006-02-08 (10) | 2006-03-15 (45) | DRY MOUTH(Dry mouth) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2006-02-19 (21) | 2006-02-22 (24) | DIZZINESS(Dizziness) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2006-02-19 (21) | 2006-02-22 (24) | PAIN IN EXTREMITY(Bilateral feet pain) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2006-02-22 (24) | 2006-04-02 (63) | INCREASED APPETITE(Increased appetite) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 500 | 2006-04-29 (90) | 2006-06-07 (129) | SEDATION(Sedation) | 9.1 | Resolved | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 500 | 2006-04-30 (91) | NA | ARTHRALGIA(Generalized join pain) | 9.1 | Continuing | No | No | No | Moderate |
| OL | QUETIAPINE 500 | 2006-04-30 (91) | 2006-06-07 (129) | ANHIDROSIS(Decreased sweating) | 9.1 | Resolved | Yes | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2760

CONFIDENTIAL
AZSER12747207

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0129043 | Open Label - QUETIAPINE 500 | DAE |

**Descriptive text:**

NA

2761

3

CONFIDENTIAL
AZSER12747208

**Narrative event**
DAE

**Subject identifier**
D1447C00126/E0129043

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-23 (-6) | PreTrt | 4.3 (mmol/L) | 5.5 (%) | 1.12 (mmol/L) | 4.77 (mmol/L) | 1.35 (mmol/L) | | 146 (g/L) |
| Visit prior to Event | S6 | 2006-04-26 (87) | QUETIAPINE 500 | 5.0 (mmol/L) | 5.5 (%) | | | | | 139 (g/L) |
| Visit after Event | S13 | 2006-06-21 (143) | OffTrt | 5.5 (mmol/L) | 5.2 (%) | 1.94 (mmol/L) | 5.98 (mmol/L)H | 1.50 (mmol/L) | | 154 (g/L) |
| Final Study Visit | S13 | 2006-06-21 (143) | OffTrt | 5.5 (mmol/L) | 5.2 (%) | 1.94 (mmol/L) | 5.98 (mmol/L)H | 1.50 (mmol/L) | | 154 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-23 (-6) | PreTrt | 242 (10**9/L) | 5.8 (10**9/L) | 3.96 (10**9/L) | 12 (IU/L) | 12 (IU/L) | 80 (umol/L) | 0.48 (mIU/L) | 15.9 (pmol/L) |
| Visit prior to Event | S6 | 2006-04-26 (87) | QUETIAPINE 500 | 206 (10**9/L) | 6.8 (10**9/L) | 4.49 (10**9/L) | | | | | |
| Visit after Event | S13 | 2006-06-21 (143) | OffTrt | 270 (10**9/L) | 7.2 (10**9/L) | 4.76 (10**9/L) | 18 (IU/L) | 20 (IU/L) | 88 (umol/L) | 0.71 (mIU/L) | 14.8 (pmol/L) |
| Final Study Visit | S13 | 2006-06-21 (143) | OffTrt | 270 (10**9/L) | 7.2 (10**9/L) | 4.76 (10**9/L) | 18 (IU/L) | 20 (IU/L) | 88 (umol/L) | 0.71 (mIU/L) | 14.8 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * - unscheduled visit

2762

4

CONFIDENTIAL
AZSER12747209

Narrative event
DAE

**Subject identifier**
D1447C00126/E0129043

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2763

5

Narrative event
DAE

**Subject identifier**
D1447C00126/E0129043

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-12-30 (-31)# | 2006-07-06 (158)# | Yes | VITAMINS NOS | 1 tab | Health maintenance |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2764

6

CONFIDENTIAL
AZSER12747211

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0130001

Narrative event: DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event:**

Death:          No

SAE:            No

DAE:            ARTHRALGIA

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 52 | Female | Caucasian | 59 | 2005-07-06 | 2005-09-02 | QUETIAPINE 400 | 2005-09-07 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

Current:    intermittent shingles (herpes zoster), intermittent constipation, intermittent diarrhea, hepititis c antibodies, insomnia, osteoporosis, degenerative disk disease cervical and thoracic spine, muscle spasms - cervical and thoracic region, back pain - cervical and thoracic region, dimetapp allergy, facial injuries

Past:

**Death information:**

Date of death:     No death

Cause of death:

Post-mortem:

1

2765

CONFIDENTIAL
AZSER12747212

**Subject identifier**
D1447C00126/E0130001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term  (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 200 | 2005-07-07 (2) | 2005-07-25 (20) | VISUAL DISTURBANCE(Visual disturbance) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 200 | 2005-07-07 (2) | 2005-09-05 (62) | SEDATION(Sedation) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-07-12 (7) | 2005-09-05 (62) | DRY MOUTH(Dry mouth) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-07-12 (7) | 2005-09-05 (62) | MUSCULAR WEAKNESS(Upper extremity muscle weakness) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-07-25 (20) | 2005-08-05 (31) | AKATHISIA(Restless legs (akathisia)) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-07-25 (20) | 2005-09-05 (62) | AKATHISIA(Akathisia) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 500 | 2005-08-24 (50) | NA | DISTURBANCE IN ATTENTION(Lack of concentration) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-08-29 (55) | 2005-09-05 (62) | ARTHRALGIA(Joint pain) | 9.1 | Resolved | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2

2766

CONFIDENTIAL
AZSER12747213

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0130001 | Open Label - QUETIAPINE 400 | DAE |

**Descriptive text:**

NA

2767

3

CONFIDENTIAL
AZSER12747214

**Subject identifier**
D1447C00126/E0130001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-29 (-6) | PreTrt | 4.6 (mmol/L) | 4.9 (%) | 2.29 (mmol/L) | 4.53 (mmol/L) | 1.68 (mmol/L) | | 147 (g/L) |
| Visit prior to Event | S4 | 2005-08-01 (27) | QUETIAPINE 400 | | | | | | | 143 (g/L) |
| Visit of Event | S5 | 2005-08-29 (55) | QUETIAPINE 400 | | | | | | | 146 (g/L) |
| Visit after Event | S13 | 2005-09-07 (64) | OffTrt | 4.8 (mmol/L) | 4.8 (%) | 1.49 (mmol/L) | 4.77 (mmol/L) | 2.05 (mmol/L) | | 144 (g/L) |
| Final Study Visit | S13 | 2005-09-07 (64) | OffTrt | 4.8 (mmol/L) | 4.8 (%) | 1.49 (mmol/L) | 4.77 (mmol/L) | 2.05 (mmol/L) | | 144 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-29 (-6) | PreTrt | 294 (10**9/L) | 7.8 (10**9/L) | 5.44 (10**9/L) | 29 (IU/L) | 35 (IU/L) | 62 (umol/L) | 0.95 (mIU/L) | 15.1 (pmol/L) |
| Visit prior to Event | S4 | 2005-08-01 (27) | QUETIAPINE 400 | 240 (10**9/L) | 7.1 (10**9/L) | 4.07 (10**9/L) | | | | | |
| Visit of Event | S5 | 2005-08-29 (55) | QUETIAPINE 400 | 298 (10**9/L) | 6.6 (10**9/L) | 4.22 (10**9/L) | | | | | |
| Visit after Event | S13 | 2005-09-07 (64) | OffTrt | 240 (10**9/L) | 7.5 (10**9/L) | 4.91 (10**9/L) | 77 (IU/L)H | 69 (IU/L)H | 62 (umol/L) | 3.10 (mIU/L) | 15.1 (pmol/L) |
| Final Study Visit | S13 | 2005-09-07 (64) | OffTrt | 240 (10**9/L) | 7.5 (10**9/L) | 4.91 (10**9/L) | 77 (IU/L)H | 69 (IU/L)H | 62 (umol/L) | 3.10 (mIU/L) | 15.1 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range.   H=above normal range. NR=not recorded    * - unscheduled visit

2768

4

CONFIDENTIAL
AZSER12747215

**Narrative event**
DAE

**Subject identifier**
D1447C00126/E0130001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2769

5

CONFIDENTIAL
AZSER12747216

| | **Subject identifier**<br>D1447C00126/E0130001 | **Study phase-treatment during which event occurred**<br>Open Label - QUETIAPINE 400 | | | | **Narrative event**<br>DAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started<br>(day started) | Date stopped<br>(day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-06-05 (-31)# | 2005-10-02 (89)# | Yes | ACICLOVIR | 200 mg | Shingles |
| 2005-06-05 (-31)# | 2005-10-02 (89)# | Yes | ALENDRONIC ACID | 10 mg | Oestoporosis |
| 2005-07-06 (1) | 2005-10-02 (89)# | Yes | NAPROXEN | 200 mg | Neck and back pain (cervical and thoracic region) |
| 2005-08-29 (55) | 2005-09-01 (58) | No | BENZATROPINE | 2 mg | Akathisia |
| 2005-08-29 (55) | 2005-10-02 (89)# | Yes | LITHIUM | 1200 mg | Bipolar I disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2770

6

CONFIDENTIAL<br>AZSER12747217

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0130002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

Narrative event
DAE

**Narrative event:**

Death:              No

SAE:                No

DAE:                SOMNOLENCE

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 41  | Male | Other | 171 | 2005-09-26 | 2006-03-15 | QUETIAPINE 100 | 2006-03-15 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA |  |  |

**Medical History:**

Current:            intermittent adult acne, intermittent bronchitis, headaches, joint pain

Past:

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

2771

1

CONFIDENTIAL
AZSER12747218

**Subject identifier**
D1447C00126/E0130002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discontinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2005-09-26 (1) | NA | COORDINATION ABNORMAL(Decreased coordination) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 100 | 2005-09-26 (1) | NA | SOMNOLENCE(Sleepiness) | 9.1 | Continuing | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 400 | 2005-11-23 (59) | NA | DYSGEUSIA(Decrease in taste) | 9.1 | Continuing | Yes | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2772

CONFIDENTIAL
AZSER12747219

**Subject identifier** | **Study phase-treatment during which event occurred** | **Narrative event**
D1447C00126/E0130002 | Open Label - QUETIAPINE 100 | DAE

**Descriptive text:**

NA

2773

3

CONFIDENTIAL
AZSER12747220

**Subject identifier**
D1447C00126/E0130002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-09-19 (-6) | PreTrt | 5.3 (mmol/L) | 5.3 (%) | 1.59 (mmol/L) | 5.41 (mmol/L)H | 1.27 (mmol/L) | | 162 (g/L) |
| Visit prior to Event | Enrollment | 2005-09-19 (-6) | PreTrt | 5.3 (mmol/L) | 5.3 (%) | 1.59 (mmol/L) | 5.41 (mmol/L)H | 1.27 (mmol/L) | | 162 (g/L) |
| Final Study Visit | S13 | 2006-03-15 (171) | QUETIAPINE 400 | 4.9 (mmol/L) | 5.3 (%) | 2.20 (mmol/L) | 4.56 (mmol/L) | 1.06 (mmol/L) | | 151 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-09-19 (-6) | PreTrt | 228 (10**9/L) | 10.2 (10**9/L) | 6.91 (10**9/L) | 66 (IU/L)H | 33 (IU/L) | 71 (umol/L) | 2.99 (mIU/L) | 11.0 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-09-19 (-6) | PreTrt | 228 (10**9/L) | 10.2 (10**9/L) | 6.91 (10**9/L) | 66 (IU/L)H | 33 (IU/L) | 71 (umol/L) | 2.99 (mIU/L) | 11.0 (pmol/L) |
| Final Study Visit | S13 | 2006-03-15 (171) | QUETIAPINE 400 | 227 (10**9/L) | 11.6 (10**9/L) | 7.98 (10**9/L) | 87 (IU/L)H | 46 (IU/L)H | 80 (umol/L) | 2.54 (mIU/L) | 12.3 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * =unscheduled visit

4

2774

CONFIDENTIAL
AZSER12747221

Narrative event
DAE

Subject identifier
D1447C00126/E0130002

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 100

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2775

CONFIDENTIAL
AZSER12747222

**Subject identifier**
D1447C00126/E0130002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-08-26 (-31)# | 2006-04-14 (201)# | Yes | IBUPROFEN | 1600 mg | Joint pain |
| 2005-09-26 (1) | 2005-09-26 (1) | No | LITHIUM | 300 mg | Bipolar disorder |
| 2005-09-26 (1) | 2005-10-10 (15) | No | LITHIUM | 300 mg | Bipolar disorder |
| 2005-10-11 (16) | 2005-10-25 (30) | No | LITHIUM | 900 mg | Bipolar disorder |
| 2005-10-26 (31) | 2006-03-14 (170) | No | LITHIUM | 1200 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2776

CONFIDENTIAL
AZSER12747223

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0133002

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 400

Narrative event
DAE

**Narrative event:**

Death:         No

SAE:           No

DAE:           LETHARGY

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 58 | Female | Caucasian | 156 | 2005-07-06 | 2005-12-08 | QUETIAPINE 400 | 2005-12-08 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

Current:

Past:          hypothyroid

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

1

2777

CONFIDENTIAL
AZSER12747224

**Subject identifier**
D1447C00126/E0133002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

Adverse event information:

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 500 | 2005-07-23 (18) | 2005-08-22 (48) | SOMNOLENCE(Somnolence) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 500 | 2005-07-24 (19) | 2005-07-24 (19) | FOOD CRAVING(Carbohydrate craving) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 0 | 2005-08-22 (48) | 2005-08-24 (50) | VOMITING(Vomiting) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-08-25 (51) | NA | LETHARGY(Lethargy) | 9.1 | Continuing | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2778

2

CONFIDENTIAL
AZSER12747225

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0133002 | Open Label - QUETIAPINE 400 | DAE |

**Descriptive text:**

NA

2779

3

CONFIDENTIAL
AZSER12747226

Narrative event
DAE

**Subject identifier**
D1447C00126/E0133002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Missing | S6* | Missing | NA | | | | | | | |
| Enrollment | Enrollment | 2005-06-29 (-6) | PreTrt | 4.9 (mmol/L) | 5.5 (%) | 1.90 (mmol/L) | 5.52 (mmol/L)H | 1.53 (mmol/L) | | 129 (g/L) |
| Final Study Visit | S13 | 2005-12-07 (155) | QUETIAPINE 100 | | | 1.56 (mmol/L) | 5.72 (mmol/L)H | 1.81 (mmol/L) | | |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Missing | S6* | Missing | NA | | | | | | | 2.79 (mIU/L) | 13.7 (pmol/L) |
| Enrollment | Enrollment | 2005-06-29 (-6) | PreTrt | 249 (10**9/L) | 4.6 (10**9/L) | 2.12 (10**9/L) | 27 (IU/L) | 27 (IU/L) | 80 (umol/L) | 5.41 (mIU/L) | 11.5 (pmol/L) |
| Final Study Visit | S13 | 2005-12-07 (155) | QUETIAPINE 100 | | | | 18 (IU/L) | 22 (IU/L) | 71 (umol/L) | 3.19 (mIU/L) | 15.7 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range. H=above normal range. NR=not recorded    * - unscheduled visit

2780

4

CONFIDENTIAL
AZSER12747227

**Narrative event**
DAE

**Subject identifier**
D1447C00126/E0133002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2781

5

CONFIDENTIAL
AZSER12747228

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0133002 | Open Label - QUETIAPINE 400 | DAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-06-05 (-31)# | 2006-01-07 (186)# | Yes | LEVOTHYROXINE | 0.13 mg | Hypothyroidism |
| 2005-06-05 (-31)# | 2006-01-07 (186)# | Yes | LITHIUM | 750 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2782

6

CONFIDENTIAL
AZSER12747229

Narrative event
DAE

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E0133003

Study phase-treatment during which event occurred
Pre-Treatment - NA

**Narrative event:**

Death:              No

SAE:               No

DAE:               SOMNOLENCE

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 48 | Female | Caucasian | 129 | 2005-07-06 | 2005-11-11 | NA | 2005-11-11 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:

Past:

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

1

2783

CONFIDENTIAL
AZSER12747230

**Subject identifier**
D1447C00126/E0133003

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-07-05 (-1) | 2005-10-27 (114) | SOMNOLENCE(Somnolence) | 9.1 | Resolved | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 100 | 2005-10-28 (115) | 2005-11-06 (124) | MENORRHAGIA(Heavy period) | 9.1 | Resolved | No | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2784

CONFIDENTIAL
AZSER12747231

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0133003 | Pre-Treatment - NA | DAE |

**Descriptive text:**

NA

2785

3

CONFIDENTIAL
AZSER12747232

**Subject identifier**
D1447C00126/E0133003

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Narrative event**
DAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-29 (-6) | PreTrt | 4.0 (mmol/L) | 5.3 (%) | 0.68 (mmol/L) | 4.20 (mmol/L) | 1.86 (mmol/L) | | 136 (g/L) |
| Visit prior to Event | Enrollment | 2005-06-29 (-6) | PreTrt | 4.0 (mmol/L) | 5.3 (%) | 0.68 (mmol/L) | 4.20 (mmol/L) | 1.86 (mmol/L) | | 136 (g/L) |
| Visit of Event | S4 | 2005-07-27 (22) | QUETIAPINE 100 | | | | | | | 138 (g/L) |
| Visit of Event | S5 | 2005-08-31 (57) | QUETIAPINE 200 | | | | | | | 149 (g/L) |
| Visit of Event | S6 | 2005-09-21 (78) | QUETIAPINE 200 | 4.0 (mmol/L) | 5.3 (%) | | | | | 137 (g/L) |
| Visit after Event | S13 | 2005-11-11 (129) | QUETIAPINE 100 | 5.3 (mmol/L) | 5.3 (%) | 0.66 (mmol/L) | 4.95 (mmol/L) | 2.20 (mmol/L) H | | 143 (g/L) |
| Final Study Visit | S13 | 2005-11-11 (129) | QUETIAPINE 100 | 5.3 (mmol/L) | 5.3 (%) | 0.66 (mmol/L) | 4.95 (mmol/L) | 2.20 (mmol/L) H | | 143 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-29 (-6) | PreTrt | 109 (10**9/L)L | 3.2 (10**9/L)L | 1.32 (10**9/L)L | 27 (IU/L) | 34 (IU/L) | 71 (umol/L) | 2.63 (mIU/L) | 10.1 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-06-29 (-6) | PreTrt | 109 (10**9/L)L | 3.2 (10**9/L)L | 1.32 (10**9/L)L | 27 (IU/L) | 34 (IU/L) | 71 (umol/L) | 2.63 (mIU/L) | 10.1 (pmol/L) |
| Visit of Event | S4 | 2005-07-27 (22) | QUETIAPINE 100 | 94 (10**9/L)L | 3.0 (10**9/L)L | 1.25 (10**9/L)L | | | | | |
| Visit of Event | S5 | 2005-08-31 (57) | QUETIAPINE 200 | 112 (10**9/L)L | 3.2 (10**9/L)L | 1.39 (10**9/L)L | | | | | |

2786

CONFIDENTIAL
AZSER12747233

**Subject identifier**
D1447C00126/E0133003

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Narrative event**
DAE

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Visit of Event | S6 | 2005-09-21 (78) | QUETIAPINE 200 | 109 (10**9/L)L | 4.4 (10**9/L) | 1.94 (10**9/L)L | | | | | 14.6 (pmol/L) |
| Visit after Event | S13 | 2005-11-11 (129) | QUETIAPINE 100 | 122 (10**9/L)L | 3.2 (10**9/L)L | 1.58 (10**9/L)L | 34 (IU/L) | 39 (IU/L)H | 88 (umol/L) | 6.42 (mIU/L)H | 14.6 (pmol/L) |
| Final Study Visit | S13 | 2005-11-11 (129) | QUETIAPINE 100 | 122 (10**9/L)L | 3.2 (10**9/L)L | 1.58 (10**9/L)L | 34 (IU/L) | 39 (IU/L)H | 88 (umol/L) | 6.42 (mIU/L)H | 14.6 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

2787

5

CONFIDENTIAL
AZSER12747234

**Narrative event**
DAE

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Subject identifier**
D1447C00126/E0133003

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2788

6

CONFIDENTIAL
AZSER12747235

**Subject identifier**
D1447C00126/E0133003

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Narrative event**
DAE

## Medication information: Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-05-15 (-52) | 2005-07-05 (-1) | No | QUETIAPINE | 125 mg | Bipolar disorder |
| 2005-06-05 (-31)# | 2005-12-11 (159)# | Yes | VALPROIC ACID | 1500 mg | Bipolar disorder |
| 2005-07-06 (1)# | 2005-07-05 (-1)# | No | QUETIAPINE | 125 mg | Bipolar Disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2789

7

CONFIDENTIAL
AZSER12747236

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0133005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Narrative event
DAE

**Narrative event:**

Death:          No

SAE:            No

DAE:            AKATHISIA, FEELING JITTERY

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 58 | Male | Caucasian | 114 | 2005-07-06 | 2005-10-27 | QUETIAPINE 400 | 2005-10-26 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:        allergic rhinitis, chronic diarrhea, frequent urination

Past:           keratitis, constipation, tinnitus

**Death information:**

Date of death:          No death

Cause of death:

Post-mortem:

2790

1

CONFIDENTIAL
AZSER12747237

**Subject identifier**
D1447C00126/E0133005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2005-07-07 (2) | 2005-07-15 (10) | DRY MOUTH(Dry mouth) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 100 | 2005-07-07 (2) | 2005-07-15 (10) | COORDINATION ABNORMAL(Evening ataxia) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 100 | 2005-07-07 (2) | 2005-07-15 (10) | SOMNOLENCE(Somnolence) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-09-25 (82) | NA | AKATHISIA(Akathisia) | 9.1 | Continuing | No | Yes | No | Moderate |
| OL | QUETIAPINE 400 | 2005-10-12 (99) | NA | FEELING JITTERY(Jittery) | 9.1 | Continuing | No | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2791

2

CONFIDENTIAL
AZSER12747238

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
| --- | --- | --- |
| D1447C00126/E0133005 | Open Label - QUETIAPINE 400 | DAE |

**Descriptive text:**

NA

2792

3

CONFIDENTIAL
AZSER12747239

**Narrative event** DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Subject identifier**
D1447C00126/E0133005

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-29 (-6) | PreTrt | | 5.0 (%) | 2.02 (mmol/L) | 5.18 (mmol/L) | 1.11 (mmol/L) | | 135 (g/L) |
| Visit prior to Event | S6 | 2005-09-21 (78) | QUETIAPINE 400 | | | | | | | 140 (g/L) |
| Final Study Visit | S13 | 2005-10-26 (113) | QUETIAPINE 400 | 5.0 (mmol/L) | 4.7 (%) | 1.94 (mmol/L) | 4.35 (mmol/L) | 1.01 (mmol/L)L | | 138 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-29 (-6) | PreTrt | 255 (10**9/L) | 4.4 (10**9/L) | 2.75 (10**9/L) | 34 (IU/L) | 26 (IU/L) | 115 (umol/L) | 1.62 (mIU/L) | 12.0 (pmol/L) |
| Visit prior to Event | S6 | 2005-09-21 (78) | QUETIAPINE 400 | 249 (10**9/L) | 5.3 (10**9/L) | 3.12 (10**9/L) | | | | | |
| Final Study Visit | S13 | 2005-10-26 (113) | QUETIAPINE 400 | 260 (10**9/L) | 5.4 (10**9/L) | 2.57 (10**9/L) | 20 (IU/L) | 21 (IU/L) | 88 (umol/L) | 2.67 (mIU/L) | 11.9 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range, H=above normal range, NR=not recorded   * - unscheduled visit

2793

4

CONFIDENTIAL
AZSER12747240

**Subject identifier**
D1447C00126/E0133005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2794

CONFIDENTIAL
AZSER12747241

| | | **Study phase-treatment during which event occurred** | | **Narrative event** |
| --- | --- | --- | --- | --- |
| **Subject identifier** | | Open Label - QUETIAPINE 400 | | DAE |
| D1447C00126/E0133005 | | | | |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
| --- | --- | --- | --- | --- | --- |
| 2005-06-05 (-31)# | 2005-11-26 (144)# | Yes | CLONAZEPAM | 1 mg | Bipolar disorder |
| 2005-06-05 (-31)# | 2005-11-26 (144)# | Yes | LITHIUM | 900 mg | Bipolar disorder |
| 2005-06-05 (-31)# | 2005-11-26 (144)# | Yes | VENLAFAXINE | 150 mg | Bipolar disorder |
| 2005-07-06 (1)# | 2005-11-26 (144)# | Yes | LOPERAMIDE | U .U | Chronic diarrhea |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2795

6

CONFIDENTIAL
AZSER12747242

Narrative event
DAE

**START OF E NARRATIVE**
**Subject identifier**
D1447C00126/E0133007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event:**

Death:                No

SAE:                  No

DAE:                  WEIGHT INCREASED

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 45 | Female | Caucasian | 79 | 2005-08-04 | 2005-10-21 | QUETIAPINE 400 | 2005-10-21 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:

Past:         breast cancer 2001

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

1

2796

CONFIDENTIAL
AZSER12747243

**Subject identifier**
D1447C00126/E0133007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discontinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2005-08-05 (2) | NA | SOMNOLENCE(Somnolence) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-08-25 (22) | NA | LETHARGY(Increased lethargy) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-08-25 (22) | NA | WEIGHT INCREASED(Weight gain) | 9.1 | Continuing | No | Yes | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2797

2

CONFIDENTIAL
AZSER12747244

**Subject identifier**
D1447C00126/E0133007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Descriptive text:**

NA

2798

3

CONFIDENTIAL
AZSER12747245

**Subject identifier**
D1447C00126/E0133007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-07-26 (-8) | PreTrt | 4.3 (mmol/L) | 5.0 (%) | 0.78 (mmol/L) | 4.92 (mmol/L) | 1.50 (mmol/L) | | 131 (g/L) |
| Visit prior to Event | Enrollment | 2005-07-26 (-8) | PreTrt | 4.3 (mmol/L) | 5.0 (%) | 0.78 (mmol/L) | 4.92 (mmol/L) | 1.50 (mmol/L) | | 131 (g/L) |
| Final Study Visit | S5 | 2005-09-21 (49) | QUETIAPINE 500 | | | | | | | 128 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-07-26 (-8) | PreTrt | 380 (10**9/L) | 8.6 (10**9/L) | 6.70 (10**9/L) | 9 (IU/L) | 13 (IU/L) | 71 (umol/L) | 2.11 (mIU/L) | 14.7 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-07-26 (-8) | PreTrt | 380 (10**9/L) | 8.6 (10**9/L) | 6.70 (10**9/L) | 9 (IU/L) | 13 (IU/L) | 71 (umol/L) | 2.11 (mIU/L) | 14.7 (pmol/L) |
| Final Study Visit | S5 | 2005-09-21 (49) | QUETIAPINE 500 | 369 (10**9/L) | 8.1 (10**9/L) | 5.51 (10**9/L) | | | | | |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * - unscheduled visit

4

2799

CONFIDENTIAL
AZSER12747246

**Subject identifier**
D1447C00126/E0133007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| Enrollment | 2005-07-26 (-9) | | PreTrt | 76 |
| S2 | 2005-08-10 (7) | QUETIAPINE 200 | OL | 75.5 |
| S2 | 2005-08-10 (7) | QUETIAPINE 200 | OL | 76 |
| S13 | 2005-10-21 (79) | QUETIAPINE 500 | OL | 84 |

5

2800

CONFIDENTIAL
AZSER12747247