| | | Study phase-treatment during which event occurred | | | **Narrative event** |
|---|---|---|---|---|---|
| **Subject identifier** | | Open Label - QUETIAPINE 400 | | | DAE |
| D1447C00126/E0133007 | | | | | |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-08-18 (15) | 2005-11-20 (109)# | Yes | VALPROIC ACID | 1000 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2801

CONFIDENTIAL
AZSER12747248

Narrative event
DAE

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E0133010

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event:**

Death:               No

SAE:                 No

DAE:                 SENSATION OF HEAVINESS, SOMNOLENCE

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 58  | Male | Caucasian | 134 | 2005-08-24 | 2006-01-04 | QUETIAPINE 100 | 2006-01-04 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:             hypercholesterolemia

Past:

**Death information:**

Date of death:       No death

Cause of death:

Post-mortem:

2802

1

CONFIDENTIAL
AZSER12747249

**Subject identifier**
D1447C001126/E0133010

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discontinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2005-08-25 (2) | 2005-08-30 (7) | DRY MOUTH(Dry mouth) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 100 | 2005-09-01 (9) | NA | SOMNOLENCE(Drowsy) | 9.1 | Continuing | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 200 | 2005-09-07 (15) | NA | DRY MOUTH(Dry mouth) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 200 | 2005-09-07 (15) | NA | WEIGHT INCREASED(Weight gain) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 200 | 2005-09-13 (21) | 2005-09-13 (21) | DYSARTHRIA(Slurred speech) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 200 | 2005-11-08 (77) | NA | SENSATION OF HEAVINESS(Heaviness in limbs) | 9.1 | Continuing | No | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2803

CONFIDENTIAL
AZSER12747250

**Subject identifier**
D1447C00126/E0133010

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Descriptive text:**

NA

2804

3

CONFIDENTIAL
AZSER12747251

**Subject identifier**
D1447C00126/E0133010

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-17 (-6) | PreTrt | 4.7 (mmol/L) | 5.6 (%) | 1.72 (mmol/L) | 4.61 (mmol/L) | 1.24 (mmol/L) | | 143 (g/L) |
| Visit prior to Event | Enrollment | 2005-08-17 (-6) | PreTrt | 4.7 (mmol/L) | 5.6 (%) | 1.72 (mmol/L) | 4.61 (mmol/L) | 1.24 (mmol/L) | | 143 (g/L) |
| Final Study Visit | S6 | 2005-12-07 (106) | QUETIAPINE 300 | 5.7 (mmol/L) | 5.6 (%) | | | | | 133 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-17 (-6) | PreTrt | 182 (10**9/L) | 6.2 (10**9/L) | 3.88 (10**9/L) | 40 (IU/L) | 31 (IU/L) | 80 (umol/L) | 2.16 (mIU/L) | 14.4 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-08-17 (-6) | PreTrt | 182 (10**9/L) | 6.2 (10**9/L) | 3.88 (10**9/L) | 40 (IU/L) | 31 (IU/L) | 80 (umol/L) | 2.16 (mIU/L) | 14.4 (pmol/L) |
| Final Study Visit | S6 | 2005-12-07 (106) | QUETIAPINE 300 | 237 (10**9/L) | 9.1 (10**9/L) | 6.19 (10**9/L) | | | | | |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * - unscheduled visit

4

2805

CONFIDENTIAL
AZSER12747252

**Subject identifier**
D1447C00126/E0133010

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

## Weight: Include only if DAE due to weight

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2806

5

CONFIDENTIAL
AZSER12747253

**Subject identifier**
D1447C00126/E0133010

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-08-31 (8) | 2006-02-03 (164)# | Yes | VALPROIC ACID | 1000 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2807

6

CONFIDENTIAL
AZSER12747254

Narrative event
DAE

# START OF E NARRATIVE

**Subject identifier**
D1447C00126/E0134003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

## Narrative event:

Death:                No

SAE:                  No

DAE:                  SEDATION

## Baseline information and summary of treatment:

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 48  | Male | Caucasian | 37 | 2005-07-07 | 2005-08-12 | QUETIAPINE 600 | 2005-08-13 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA |  |  |

## Medical History:

Current:       gerd, hypelipidemia, obesity, sleep apnea, allergic rhinitis

Past:          back injury, skull fx

## Death information:

Date of death:        No death

Cause of death:

Post-mortem:

2808

1

CONFIDENTIAL
AZSER12747255

| Subject identifier | | Study phase-treatment during which event occurred | | | | | | | | Narrative event |
| D1447C00126/E0134003 | | Open Label - QUETIAPINE 600 | | | | | | | | DAE |

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 300 | 2005-07-09 (3) | 2005-07-27 (21) | SEDATION(Sedation) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 300 | 2005-07-09 (3) | 2005-08-13 (38) | DRY MOUTH(Dry mouth) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 300 | 2005-07-09 (3) | 2005-08-13 (38) | NASAL CONGESTION(Nasal stuffiness) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 600 | 2005-07-27 (21) | 2005-08-13 (38) | SEDATION(Sedation) | 9.1 | Resolved | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2809

2

CONFIDENTIAL
AZSER12747256

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0134003 | Open Label - QUETIAPINE 600 | DAE |

**Descriptive text:**

NA

2810

3

CONFIDENTIAL
AZSER12747257

**Narrative event** DAE

**Subject identifier** D1447C00126/E0134003

**Study phase-treatment during which event occurred** Open Label - QUETIAPINE 600

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-30 (-6) | PreTrt | 5.8 (mmol/L) | 6.0 (%) | 2.11 (mmol/L) | 4.04 (mmol/L) | 0.96 (mmol/L)L | | 141 (g/L) |
| Visit prior to Event | Enrollment | 2005-06-30 (-6) | PreTrt | 5.8 (mmol/L) | 6.0 (%) | 2.11 (mmol/L) | 4.04 (mmol/L) | 0.96 (mmol/L)L | | 141 (g/L) |
| Visit of Event | S13 | 2005-08-11 (36) | QUETIAPINE 100 | 5.8 (mmol/L) | 6.2 (%)H | 1.49 (mmol/L) | 3.50 (mmol/L) | 1.04 (mmol/L) | | 141 (g/L) |
| Final Study Visit | S13 | 2005-08-11 (36) | QUETIAPINE 100 | 5.8 (mmol/L) | 6.2 (%)H | 1.49 (mmol/L) | 3.50 (mmol/L) | 1.04 (mmol/L) | | 141 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-30 (-6) | PreTrt | 397 (10**9/L) | 7.3 (10**9/L) | 5.36 (10**9/L) | 26 (IU/L) | 23 (IU/L) | 80 (umol/L) | 2.24 (mIU/L) | 13.2 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-06-30 (-6) | PreTrt | 397 (10**9/L) | 7.3 (10**9/L) | 5.36 (10**9/L) | 26 (IU/L) | 23 (IU/L) | 80 (umol/L) | 2.24 (mIU/L) | 13.2 (pmol/L) |
| Visit of Event | S13 | 2005-08-11 (36) | QUETIAPINE 100 | 391 (10**9/L) | 9.2 (10**9/L) | 6.84 (10**9/L) | 32 (IU/L) | 25 (IU/L) | 88 (umol/L) | 2.45 (mIU/L) | 12.4 (pmol/L) |
| Final Study Visit | S13 | 2005-08-11 (36) | QUETIAPINE 100 | 391 (10**9/L) | 9.2 (10**9/L) | 6.84 (10**9/L) | 32 (IU/L) | 25 (IU/L) | 88 (umol/L) | 2.45 (mIU/L) | 12.4 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * =unscheduled visit

4

2811

CONFIDENTIAL AZSER12747258

| | Subject identifier | | | Study phase-treatment during which event occurred | | Narrative event |
|---|---|---|---|---|---|---|
| | D1447C00126/E0134003 | | | Open Label - QUETIAPINE 600 | | DAE |

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2812

CONFIDENTIAL
AZSER12747259

| | Narrative event |
|---|---|
| | DAE |

**Subject identifier**
D1447C00126/E0134003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

## Medication information: Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-06-06 (-31) | 2005-09-11 (67)# | Yes | LORATADINE | 10 mg | Allergic rhinitis |
| 2005-06-06 (-31)# | 2005-09-11 (67)# | Yes | RABEPRAZOLE | 20 mg | Gastro esphogeal reflux disease |
| 2005-06-06 (-31)# | 2005-09-11 (67)# | Yes | SIMVASTATIN | 10 mg | Hyperlipidemia |
| 2005-07-20 (14) | 2005-09-11 (67)# | Yes | LITHIUM | 900 mg | Bipolar depression |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2813

6

CONFIDENTIAL
AZSER12747260

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E0134007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event:**

Death:                No

SAE:                 No

DAE:                 CONSTIPATION, SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 37 | Female | Black | 16 | 2005-09-21 | 2005-10-06 | QUETIAPINE 200 | 2005-10-22 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:            migraine headaches

Past:               obesity, uterine ablation

**Death information:**

Date of death:       No death

Cause of death:

Post-mortem:

1

2814

CONFIDENTIAL
AZSER12747261

**Subject identifier**
D1447C00126/E0134007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-09-20 (-1) | 2005-09-21 (1) | MIGRAINE(Migraine) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 200 | 2005-09-22 (2) | 2005-10-22 (32) | SEDATION(Sedation) | 9.1 | Resolved | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 200 | 2005-09-23 (3) | 2005-10-10 (20) | CONSTIPATION(Constipation) | 9.1 | Resolved | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2815

CONFIDENTIAL
AZSER12747262

**Subject identifier**
D1447C00126/E0134007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Descriptive text:**

NA

2816

3

CONFIDENTIAL
AZSER12747263

**Subject identifier**
D1447C00126/E0134007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-09-16 (-4) | PreTrt | 4.8 (mmol/L) | 5.7 (%) | 0.53 (mmol/L) | 3.68 (mmol/L) | 1.76 (mmol/L) | | 130 (g/L) |
| Visit prior to Event | Enrollment | 2005-09-16 (-4) | PreTrt | 4.8 (mmol/L) | 5.7 (%) | 0.53 (mmol/L) | 3.68 (mmol/L) | 1.76 (mmol/L) | | 130 (g/L) |
| Final Study Visit | Enrollment | 2005-09-16 (-4) | PreTrt | 4.8 (mmol/L) | 5.7 (%) | 0.53 (mmol/L) | 3.68 (mmol/L) | 1.76 (mmol/L) | | 130 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-09-16 (-4) | PreTrt | 325 (10**9/L) | 6.7 (10**9/L) | 4.27 (10**9/L) | 15 (IU/L) | 17 (IU/L) | 80 (umol/L) | 4.81 (mIU/L) | 9.3 (pmol/L) L |
| Visit prior to Event | Enrollment | 2005-09-16 (-4) | PreTrt | 325 (10**9/L) | 6.7 (10**9/L) | 4.27 (10**9/L) | 15 (IU/L) | 17 (IU/L) | 80 (umol/L) | 4.81 (mIU/L) | 9.3 (pmol/L) L |
| Final Study Visit | Enrollment | 2005-09-16 (-4) | PreTrt | 325 (10**9/L) | 6.7 (10**9/L) | 4.27 (10**9/L) | 15 (IU/L) | 17 (IU/L) | 80 (umol/L) | 4.81 (mIU/L) | 9.3 (pmol/L) L |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range. H=above normal range. NR=not recorded   * - unscheduled visit

4

2817

CONFIDENTIAL
AZSER12747264

**Narrative event**
DAE

**Subject identifier**
D1447C00126/E0134007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2818

CONFIDENTIAL
AZSER12747265

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Subject identifier**
D1447C00126/E0134007

### Medication information: Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-02-01 (-598) | 2005-11-05 (46)# | Yes | | 2 Caps | Obesity |
| 2005-07-01 (-82) | 2005-11-05 (46)# | Yes | TOPIRAMATE | 100 mg | Migraine |
| 2005-08-15 (-37) | 2005-11-05 (46)# | Yes | LITHIUM | 600 mg | Bipolar disorder |
| 2005-08-21 (-31)# | 2005-11-05 (46)# | Yes | VENLAFAXINE | 225 mg | Depression |
| 2005-09-23 (3) | 2005-09-23 (3) | No | GLYCERIN SUPPOSITORIES USP 27 | 1 Suppository | Constipation |
| 2005-10-05 (15) | 2005-10-05 (15) | No | BISACODYL | 5 mg | Constipation |
| 2005-10-05 (15) | 2005-10-05 (15) | No | GLYCERIN SUPPOSITORIES USP 27 | 1 Suppository | Constipation |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2819

CONFIDENTIAL
AZSER12747266

Narrative event
DAE

**START OF E NARRATIVE**
**Subject identifier**
D1447C00126/E0134012

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event:**

Death:             No

SAE:               No

DAE:               SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 19  | Male | Caucasian | 3 | 2005-10-08 | 2005-10-10 | QUETIAPINE 100 | 2005-10-12 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:           attention deficit hyperactivity disorder

Past:

**Death information:**

Date of death:     No death

Cause of death:

Post-mortem:

1

2820

CONFIDENTIAL
AZSER12747267

**Subject identifier**
D1447C00126/E0134012

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2005-10-08 (1) | 2005-10-09 (2) | SEDATION(Sedation) | 9.1 | Resolved | Yes | Yes | No | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2821

2

CONFIDENTIAL
AZSER12747268

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0134012 | Open Label - QUETIAPINE 100 | DAE |

**Descriptive text:**

NA

2822

3

CONFIDENTIAL
AZSER12747269

**Narrative event** DAE

**Subject identifier** D1447C00126/E0134012

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-10-03 (-4) | PreTrt | 4.4 (mmol/L) | 4.7 (%) | 2.28 (mmol/L) | 5.41 (mmol/L)H | 0.98 (mmol/L)L | | 151 (g/L) |
| Visit prior to Event | Enrollment | 2005-10-03 (-4) | PreTrt | 4.4 (mmol/L) | 4.7 (%) | 2.28 (mmol/L) | 5.41 (mmol/L)H | 0.98 (mmol/L)L | | 151 (g/L) |
| Visit after Event | S13 | 2005-10-11 (4) | OffTrt | 4.3 (mmol/L) | 4.8 (%) | 1.42 (mmol/L) | 5.36 (mmol/L)H | 0.96 (mmol/L)L | | 158 (g/L) |
| Final Study Visit | S13 | 2005-10-11 (4) | OffTrt | 4.3 (mmol/L) | 4.8 (%) | 1.42 (mmol/L) | 5.36 (mmol/L)H | 0.96 (mmol/L)L | | 158 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-10-03 (-4) | PreTrt | 269 (10**9/L) | 8.1 (10**9/L) | 4.69 (10**9/L) | 44 (IU/L) | 25 (IU/L) | 62 (umol/L) | 2.48 (mIU/L) | 15.0 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-10-03 (-4) | PreTrt | 269 (10**9/L) | 8.1 (10**9/L) | 4.69 (10**9/L) | 44 (IU/L) | 25 (IU/L) | 62 (umol/L) | 2.48 (mIU/L) | 15.0 (pmol/L) |
| Visit after Event | S13 | 2005-10-11 (4) | OffTrt | 260 (10**9/L) | 8.8 (10**9/L) | 5.45 (10**9/L) | 56 (IU/L)H | 38 (IU/L) | 80 (umol/L) | 2.46 (mIU/L) | 15.1 (pmol/L) |
| Final Study Visit | S13 | 2005-10-11 (4) | OffTrt | 260 (10**9/L) | 8.8 (10**9/L) | 5.45 (10**9/L) | 56 (IU/L)H | 38 (IU/L) | 80 (umol/L) | 2.46 (mIU/L) | 15.1 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * = unscheduled visit

4

2823

CONFIDENTIAL
AZSER12747270

| | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| | Open Label - QUETIAPINE 100 | DAE |

**Subject identifier**
D1447C00126/E0134012

## Weight: Include only if DAE due to weight

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2824

5

CONFIDENTIAL
AZSER12747271

Narrative event
DAE

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E0134013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event:**

Death:                No

SAE:                  No

DAE:                  SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 55  | Male | Caucasian | 5 | 2006-01-26 | 2006-01-30 | QUETIAPINE 400 | 2006-02-03 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA |  |  |

**Medical History:**

Current:

Past:

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

2825

1

CONFIDENTIAL
AZSER12747272

**Subject identifier**
D1447C00126/E0134013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2006-01-30 (5) | NA | SEDATION(Sedation) | 9.1 | Continuing | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2826

2

CONFIDENTIAL
AZSER12747273

**Subject identifier**
D1447C00126/E0134013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Descriptive text:**

NA

2827

3

CONFIDENTIAL
AZSER12747274

**Subject identifier**
D1447C00126/E0134013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-24 (-1) | PreTrt | 5.2 (mmol/L) | 5.7 (%) | 2.11 (mmol/L) | 4.92 (mmol/L) | 0.85 (mmol/L)L | | 159 (g/L) |
| Visit prior to Event | Enrollment | 2006-01-24 (-1) | PreTrt | 5.2 (mmol/L) | 5.7 (%) | 2.11 (mmol/L) | 4.92 (mmol/L) | 0.85 (mmol/L)L | | 159 (g/L) |
| Final Study Visit | Enrollment | 2006-01-24 (-1) | PreTrt | 5.2 (mmol/L) | 5.7 (%) | 2.11 (mmol/L) | 4.92 (mmol/L) | 0.85 (mmol/L)L | | 159 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-24 (-1) | PreTrt | 231 (10**9/L) | 7.9 (10**9/L) | 5.72 (10**9/L) | 32 (IU/L) | 22 (IU/L) | 71 (umol/L) | 1.74 (mIU/L) | 12.1 (pmol/L) |
| Visit prior to Event | Enrollment | 2006-01-24 (-1) | PreTrt | 231 (10**9/L) | 7.9 (10**9/L) | 5.72 (10**9/L) | 32 (IU/L) | 22 (IU/L) | 71 (umol/L) | 1.74 (mIU/L) | 12.1 (pmol/L) |
| Final Study Visit | Enrollment | 2006-01-24 (-1) | PreTrt | 231 (10**9/L) | 7.9 (10**9/L) | 5.72 (10**9/L) | 32 (IU/L) | 22 (IU/L) | 71 (umol/L) | 1.74 (mIU/L) | 12.1 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded.     * = unscheduled visit

2828

4

CONFIDENTIAL
AZSER12747275

Narrative event
DAE

**Subject identifier**
D1447C00126/E0134013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2829

CONFIDENTIAL
AZSER12747276

| | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| | Open Label - QUETIAPINE 400 | DAE |

**Subject identifier**
D1447C00126/E0134013

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2006-01-27 (2) | 2006-03-01 (35)# | Yes | LITHIUM | 600 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2830

CONFIDENTIAL
AZSER12747277

Narrative event
DAE

# START OF E NARRATIVE

**Subject identifier**
D1447C00126/E0136002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 700

**Narrative event:**

Death: No

SAE: No

DAE: ALOPECIA

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 38 | Female | Caucasian | 210 | 2005-07-20 | 2006-02-14 | QUETIAPINE 700 | 2006-03-15 | Adverse Event |

**Days on randomized treatment   Started randomized treatment   Stopped randomized treatment**

NA

**Medical History:**

Current:    seasonal allergies, start 1984, headaches, start 1995, asthma,start 1976, allergy to beesting

Past:

**Death information:**

Date of death:    No death

Cause of death:

Post-mortem:

1

2831

CONFIDENTIAL
AZSER12747278

**Subject identifier**
D1447C00126/E0136002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 700

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 300 | 2005-07-24 (5) | NA | DRY MOUTH(Dry mouth) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 300 | 2005-07-24 (5) | NA | MYOCLONUS(Myoclonic) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 300 | 2005-07-24 (5) | NA | TREMOR(Tremor) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-07-26 (7) | 2005-10-10 (83) | SEDATION(Sedation) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 700 | 2005-09-01 (44) | NA | ALOPECIA(Hair loss) | 9.1 | Continuing | Yes | Yes | No | Mild |
| OL | QUETIAPINE 700 | 2005-09-01 (44) | NA | HAIR TEXTURE ABNORMAL(Brittle hair) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 600 | 2005-10-05 (78) | NA | WEIGHT INCREASED(Weight gain) | 9.1 | Continuing | Yes | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2832

CONFIDENTIAL
AZSER12747279

**Subject identifier**
D1447C00126/E0136002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 700

**Narrative event**
DAE

**Descriptive text:**

NA

3

2833

CONFIDENTIAL
AZSER12747280

**Subject identifier**
D1447C00126/E0136002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 700

**Narrative event** DAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-07-13 (-6) | PreTrt | 4.3 (mmol/L) | 4.9 (%) | 0.72 (mmol/L) | 5.15 (mmol/L) | 1.68 (mmol/L) | | 137 (g/L) |
| Visit prior to Event | S4 | 2005-08-10 (22) | QUETIAPINE 700 | | | | | | | 141 (g/L) |
| Final Study Visit | S9 | 2006-01-05 (170) | QUETIAPINE 600 | 5.3 (mmol/L) | 4.9 (%) | | | | | 146 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-07-13 (-6) | PreTrt | 270 (10**9/L) | 6.1 (10**9/L) | 3.52 (10**9/L) | 17 (IU/L) | 16 (IU/L) | 62 (umol/L) | 0.88 (mIU/L) | 15.0 (pmol/L) |
| Visit prior to Event | S4 | 2005-08-10 (22) | QUETIAPINE 700 | 253 (10**9/L) | 5.9 (10**9/L) | 3.42 (10**9/L) | | | | | |
| Final Study Visit | S9 | 2006-01-05 (170) | QUETIAPINE 600 | 220 (10**9/L) | 5.9 (10**9/L) | 2.70 (10**9/L) | | | | | |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range, H=above normal range, NR=not recorded   * - unscheduled visit

2834

4

CONFIDENTIAL
AZSER12747281

| | Narrative event |
|---|---|
| | DAE |

**Subject identifier**
D1447C00126/E0136002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 700

## Weight: Include only if DAE due to weight

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2835

CONFIDENTIAL
AZSER12747282

**Subject identifier**
D1447C00126/E0136002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 700

## Medication information: Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-06-19 (-31)# | 2006-03-16 (240)# | Yes | PARACETAMOL | 650 mg | Headaches |
| 2005-07-20 (1) | 2006-03-15 (239) | No | VALPROIC ACID | 250 mg | Bipolar disorder |
| 2005-12-15 (149) | 2006-03-16 (240)# | Yes | MULTIVITAMINS W/MINERALS | 1 tab | Health maintenance |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2836

CONFIDENTIAL
AZSER12747283

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0136007

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 400

Narrative event
DAE

**Narrative event:**

Death:            No

SAE:             No

DAE:             VOMITING

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 20 | Female | Caucasian | 100 | 2005-08-02 | 2005-11-09 | QUETIAPINE 400 | 2005-11-09 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:          allergic reaction (1989), migraines (2001), chronic back pain (1996)

Past:             irregular menses (1997-1998)

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

2837

1

CONFIDENTIAL
AZSER12747284

**Subject identifier**
D1447C00126/E0136007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2005-08-02 (1) | 2005-08-23 (22) | SEDATION(Sedation) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 300 | 2005-08-09 (8) | NA | WEIGHT INCREASED(Weight gain) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-08-19 (18) | NA | MEMORY IMPAIRMENT(Decreased memory) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-08-24 (23) | 2005-09-11 (41) | MENORRHAGIA(Altered bleeding with menses) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-09-18 (48) | NA | AKATHISIA(Akathisia) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-10-09 (69) | 2005-10-30 (90) | NAUSEA(Nausea) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-10-09 (69) | 2005-10-30 (90) | VOMITING(Vomiting) | 9.1 | Resolved | No | Yes | No | Mild |
| OL | QUETIAPINE 400 | 2005-10-31 (91) | 2005-10-31 (91) | ROAD TRAFFIC ACCIDENT(Motor vehicle accident) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-10-31 (91) | 2005-11-07 (98) | CONTUSION(Bruises due to motor vehicle accident) | 9.1 | Resolved | No | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2838

CONFIDENTIAL
AZSER12747285

**Subject identifier**
D1447C00126/E0136007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Descriptive text:**

NA

2839

3

CONFIDENTIAL
AZSER12747286

**Narrative event** DAE

**Subject identifier**
D1447C00126/E0136007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-07-26 (-6) | PreTrt | 5.1 (mmol/L) | 5.5 (%) | 1.32 (mmol/L) | 5.28 (mmol/L)H | 1.11 (mmol/L) | | 124 (g/L) |
| Visit prior to Event | S5 | 2005-09-28 (58) | QUETIAPINE 400 | | | | | | | 121 (g/L) |
| Visit after Event | S13 | 2005-11-09 (100) | QUETIAPINE 400 | 4.5 (mmol/L) | 5.6 (%) | 1.33 (mmol/L) | 4.90 (mmol/L) | 1.09 (mmol/L) | | 120 (g/L) |
| Final Study Visit | S13 | 2005-11-09 (100) | QUETIAPINE 400 | 4.5 (mmol/L) | 5.6 (%) | 1.33 (mmol/L) | 4.90 (mmol/L) | 1.09 (mmol/L) | | 120 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-07-26 (-6) | PreTrt | 436 (10**9/L) | 12.8 (10**9/L)H | 8.88 (10**9/L)H | 13 (IU/L) | 17 (IU/L) | 80 (umol/L) | 1.26 (mIU/L) | 16.3 (pmol/L) |
| Visit prior to Event | S5 | 2005-09-28 (58) | QUETIAPINE 400 | 348 (10**9/L) | 12.4 (10**9/L)H | 9.08 (10**9/L)H | | | | | |
| Visit after Event | S13 | 2005-11-09 (100) | QUETIAPINE 400 | 416 (10**9/L) | 10.7 (10**9/L) | 7.62 (10**9/L) | 11 (IU/L) | 18 (IU/L) | 71 (umol/L) | 1.57 (mIU/L) | 13.7 (pmol/L) |
| Final Study Visit | S13 | 2005-11-09 (100) | QUETIAPINE 400 | 416 (10**9/L) | 10.7 (10**9/L) | 7.62 (10**9/L) | 11 (IU/L) | 18 (IU/L) | 71 (umol/L) | 1.57 (mIU/L) | 13.7 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * - unscheduled visit

2840

4

CONFIDENTIAL
AZSER12747287

Narrative event
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Subject identifier
D1447C00126/E0136007

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2841

CONFIDENTIAL
AZSER12747288

**Subject identifier**
D1447C00126/E0136007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-02-01 (-182) | 2005-12-09 (130)# | Yes | PROPRANOLOL | 50 mg | Migraines |
| 2005-02-01 (-182) | 2005-12-09 (130)# | Yes | ZOLMITRIPTAN | 25 mg | Migraines |
| 2005-08-02 (1) | 2005-10-30 (90) | No | LITHIUM | 300 mg | Bipolar I disorder |
| 2005-09-29 (59) | 2005-12-09 (130)# | Yes | BENZATROPINE | 1 mg | Akathisia |
| 2005-10-25 (85) | 2005-10-25 (85) | No | PROMETHAZINE | U .U | Vomiting, Nausea |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2842

6

CONFIDENTIAL
AZSER12747289

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0136008

Narrative event
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event:**

Death:                No

SAE:                  No

DAE:                  BALANCE DISORDER, DYSPNOEA, PARAESTHESIA, SOMNOLENCE, TREMOR

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 45  | Female | Caucasian | 8 | 2005-08-23 | 2005-08-30 | QUETIAPINE 100 | 2005-08-30 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA                           |                              |                              |

**Medical History:**

Current:              dry eyes

Past:                 allergy to penicillin, ovarian cyst

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

1

2843

CONFIDENTIAL
AZSER12747290

**Subject identifier**
D1447C00126/E0136008

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2005-08-23 (1) | NA | PARAESTHESIA(Paraesthesia) | 9.1 | Continuing | Yes | Yes | No | Mild |
| OL | QUETIAPINE 100 | 2005-08-24 (2) | NA | SOMNOLENCE(Somnolence) | 9.1 | Continuing | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 100 | 2005-08-24 (2) | NA | BALANCE DISORDER(Impaired equilibrium - balance) | 9.1 | Continuing | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 100 | 2005-08-24 (2) | NA | TREMOR(Tremulousness) | 9.1 | Continuing | Yes | Yes | No | Mild |
| OL | QUETIAPINE 300 | 2005-08-28 (6) | NA | DYSPNOEA(Shortness of breath) | 9.1 | Continuing | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2844

CONFIDENTIAL
AZSER12747291

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
| --- | --- | --- |
| D1447C00126/E0136008 | Open Label - QUETIAPINE 100 | DAE |

**Descriptive text:**

NA

2845

3

CONFIDENTIAL
AZSER12747292

**Subject identifier**
D1447C00126/E0136008

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-16 (-6) | PreTrt | 5.1 (mmol/L) | 5.1 (%) | 0.93 (mmol/L) | 4.30 (mmol/L) | 1.61 (mmol/L) | | 138 (g/L) |
| Visit prior to Event | Enrollment | 2005-08-16 (-6) | PreTrt | 5.1 (mmol/L) | 5.1 (%) | 0.93 (mmol/L) | 4.30 (mmol/L) | 1.61 (mmol/L) | | 138 (g/L) |
| Final Study Visit | S13 | 2005-08-30 (8) | QUETIAPINE 300 | 4.6 (mmol/L) | 5.0 (%) | 1.18 (mmol/L) | 3.81 (mmol/L) | 1.48 (mmol/L) | | 130 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-16 (-6) | PreTrt | 352 (10**9/L) | 9.8 (10**9/L) | 6.21 (10**9/L) | 33 (IU/L) | 31 (IU/L) | 62 (umol/L) | 0.88 (mIU/L) | 12.6 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-08-16 (-6) | PreTrt | 352 (10**9/L) | 9.8 (10**9/L) | 6.21 (10**9/L) | 33 (IU/L) | 31 (IU/L) | 62 (umol/L) | 0.88 (mIU/L) | 12.6 (pmol/L) |
| Final Study Visit | S13 | 2005-08-30 (8) | QUETIAPINE 300 | 263 (10**9/L) | 9.0 (10**9/L) | 5.85 (10**9/L) | 36 (IU/L) | 36 (IU/L) | 62 (umol/L) | 1.15 (mIU/L) | 9.5 (pmol/L) L |

Visit prior and visit after event is relative to the first narrative event.      L=below normal range. H=above normal range. NR=not recorded      * = unscheduled visit

4

2846

CONFIDENTIAL
AZSER12747293

| | | Study phase-treatment during which event occurred | Narrative event |
| | | Open Label - QUETIAPINE 100 | DAE |

**Subject identifier**
D1447C00126/E0136008

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2847

CONFIDENTIAL
AZSER12747294

| Subject identifier | | | | Study phase-treatment during which event occurred | | | | Narrative event |
|---|---|---|---|---|---|---|---|---|
| D1447C00126/E0136008 | | | | Open Label - QUETIAPINE 100 | | | | DAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-05-01 (-114) | 2005-09-29 (38)# | Yes | VITAMINS NOS | 1 Tab | Health maintenance |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2848

CONFIDENTIAL
AZSER12747295

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0136009

Study phase-treatment during which event occurred
Randomized - QUETIAPINE 400

Narrative event
DAE

**Narrative event:**

Death:          No

SAE:            No

DAE:            SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 60 | Female | Other | 148 | 2005-09-06 | 2006-01-31 | QUETIAPINE 400 | 2006-05-18 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| 107 | 2006-02-01 | 2006-05-18 |

**Medical History:**

Current:

Past:           migraines (1990-2000), polymyalgia rheumatica, uterine fibroids, hypertension

**Death information:**

Date of death:          No death

Cause of death:

Post-mortem:

1

2849

CONFIDENTIAL
AZSER12747296

**Subject identifier**
D1447C00126/E0136009

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2005-09-07 (2) | 2006-01-15 (132) | SEDATION(Sedation) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 100 | 2005-09-07 (2) | 2006-03-15 (191) | RESTLESSNESS(Muscular unrest) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-09-22 (17) | 2006-06-10 (278) | TREMOR(Tremor in hands) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-09-30 (25) | 2005-10-03 (28) | DIARRHOEA(Diarrhea) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-10-27 (52) | NA | JOINT STIFFNESS(Joint stiffness (hands)) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-11-03 (59) | 2005-12-06 (92) | HEADACHE(Headaches) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-12-30 (116) | 2006-02-01 (149) | HYPERTENSION(Hypertension) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2006-01-26 (143) | NA | WEIGHT INCREASED(Weight gain) | 9.1 | Continuing | Yes | No | No | Mild |
| RD | QUETIAPINE 400 | 2006-03-01 (29) | 2006-06-10 (130) | SEDATION(Sedation) | 9.1 | Resolved | Yes | Yes | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2850

CONFIDENTIAL
AZSER12747297

**Subject identifier**
D1447C00126/E0136009

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

**Narrative event**
DAE

**Descriptive text:**

NA

2851

3

CONFIDENTIAL
AZSER12747298

**Narrative event** DAE

**Subject identifier** D1447C00126/E0136009

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-30 (-7) | PreTrt | 5.2 (mmol/L) | 5.2 (%) | 1.65 (mmol/L) | 6.97 (mmol/L)H | 2.12 (mmol/L)H | | 159 (g/L) |
| Visit prior to Event | Randomization (V1) | 2006-02-01 (1) | QUETIAPINE 400 | 5.3 (mmol/L) | 5.7 (%) | 2.72 (mmol/L) | 6.40 (mmol/L)H | 1.94 (mmol/L) | | 137 (g/L) |
| Visit of Event | V7 | 2006-04-27 (86) | QUETIAPINE 400 | 5.2 (mmol/L) | 5.7 (%) | 2.96 (mmol/L)H | 6.24 (mmol/L)H | 1.53 (mmol/L) | | 127 (g/L) |
| Visit of Event | V23 | 2006-05-18 (107) | QUETIAPINE 100 | | | 3.07 (mmol/L)H | 6.06 (mmol/L)H | 1.55 (mmol/L) | | |
| Final Study Visit | V23 | 2006-05-18 (107) | QUETIAPINE 100 | | | 3.07 (mmol/L)H | 6.06 (mmol/L)H | 1.55 (mmol/L) | | |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-30 (-7) | PreTrt | 279 (10**9/L) | 9.6 (10**9/L) | 7.36 (10**9/L) | 33 (IU/L) | 24 (IU/L) | 71 (umol/L) | 1.46 (mIU/L) | 13.8 (pmol/L) |
| Visit prior to Event | Randomization (V1) | 2006-02-01 (1) | QUETIAPINE 400 | 244 (10**9/L) | 6.1 (10**9/L) | 3.31 (10**9/L) | 36 (IU/L) | 29 (IU/L) | 71 (umol/L) | 3.67 (mIU/L) | 10.6 (pmol/L) |
| Visit of Event | V7 | 2006-04-27 (86) | QUETIAPINE 400 | 249 (10**9/L) | 6.6 (10**9/L) | 3.62 (10**9/L) | 25 (IU/L) | 20 (IU/L) | 71 (umol/L) | 2.88 (mIU/L) | 12.1 (pmol/L) |
| Visit of Event | V23 | 2006-05-18 (107) | QUETIAPINE 100 | | | | 23 (IU/L) | 27 (IU/L) | 71 (umol/L) | 4.15 (mIU/L) | 11.9 (pmol/L) |
| Final Study Visit | V23 | 2006-05-18 (107) | QUETIAPINE 100 | | | | 23 (IU/L) | 27 (IU/L) | 71 (umol/L) | 4.15 (mIU/L) | 11.9 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * = unscheduled visit

2852

4

CONFIDENTIAL
AZSER12747299

**Subject identifier**
D1447C00126/E0136009

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

**Narrative event**
DAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2853

CONFIDENTIAL
AZSER12747300

Subject identifier
D1447C00126/E0136009

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

Narrative event
DAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-08-06 (-31)# | 2006-06-17 (137)# | Yes | CALCIUM PHOSP/CALCIUM SOD LACTATE/VITAMIN D | 1 tab | Health maintenance |
| 2005-08-06 (-31)# | 2006-06-17 (137)# | Yes | VITAMINS NOS | 1 tab | Health maintenance |
| 2005-09-06 (1) | 2006-06-17 (137)# | Yes | VALPROIC ACID | 750 mg | Bipolar I Disorder |
| 2005-12-30 (116) | 2006-06-17 (137)# | Yes | BLOPRESS PLUS | 32 mg | Hypertension |
| 2006-02-21 (21) | 2006-04-02 (61) | No | GLUCOSAMINE | 2 tabs | Hand joint stiffness |
| 2006-02-23 (23) | 2006-03-14 (42) | No | | 10 tabs | Hand joint stiffness |
| 2006-03-21 (49) | 2006-06-17 (137)# | Yes | SELENIUM | 3 tabs | Hand joint stiffness |
| 2006-04-14 (73) | 2006-04-26 (85) | No | NAPROXEN | 200 mg | Hand joint stiffness |
| 2006-04-29 (88) | 2006-06-17 (137)# | Yes | NAPROXEN | 200 mg | Hand joint stiffness |
| 2006-05-11 (100) | 2006-06-17 (137)# | Yes | LYSINE | U.U | To prevent cold sores |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2854

6

CONFIDENTIAL
AZSER12747301

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E0136011

Study phase-treatment during which event occurred
Off Treatment - NA

**Narrative event:**

Death:          No

SAE:            No

DAE:            CONSTIPATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 57 | Female | Caucasian | 10 | 2005-09-29 | 2005-10-08 | NA | 2005-11-14 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:        seasonal allergies, hypothyroidism, irritable bowel syndrome, constipation

Past:           left wrist fracture

**Death information:**

Date of death:  No death

Cause of death:

Post-mortem:

1

2855

CONFIDENTIAL
AZSER12747302

**Subject identifier**
D1447C00126/E0136011

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discontinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2005-09-30 (2) | 2005-10-10 (12) | DYSPEPSIA(Heartburn) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 100 | 2005-09-30 (2) | 2005-10-13 (15) | SEDATION(Sedation) | 9.1 | Resolved | Yes | No | No | Mild |
| OffTrt | | 2005-10-13 (15) | 2005-11-10 (43) | CONSTIPATION(Increased constipation) | 9.1 | Resolved | Yes | Yes | No | Moderate |
| OffTrt | | 2005-10-20 (22) | NA | ALOPECIA(Hair loss) | 9.1 | Continuing | No | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2856

CONFIDENTIAL
AZSER12747303

**Subject identifier**
D1447C00126/E0136011

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
DAE

**Descriptive text:**

NA

2857

3

CONFIDENTIAL
AZSER12747304

**Subject identifier**
D1447C00126/E0136011

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-09-22 (-6) | PreTrt | 5.5 (mmol/L) | 5.4 (%) | 1.8 (mmol/L) | 4.87 (mmol/L) | 1.84 (mmol/L) | | 144 (g/L) |
| Visit prior to Event | Enrollment | 2005-09-22 (-6) | PreTrt | 5.5 (mmol/L) | 5.4 (%) | 1.8 (mmol/L) | 4.87 (mmol/L) | 1.84 (mmol/L) | | 144 (g/L) |
| Final Study Visit | Enrollment | 2005-09-22 (-6) | PreTrt | 5.5 (mmol/L) | 5.4 (%) | 1.8 (mmol/L) | 4.87 (mmol/L) | 1.84 (mmol/L) | | 144 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-09-22 (-6) | PreTrt | 302 (10**9/L) | 6.2 (10**9/L) | 3.83 (10**9/L) | 13 (IU/L) | 15 (IU/L) | 53 (umol/L) | | 24.8 (pmol/L) H |
| Visit prior to Event | Enrollment | 2005-09-22 (-6) | PreTrt | 302 (10**9/L) | 6.2 (10**9/L) | 3.83 (10**9/L) | 13 (IU/L) | 15 (IU/L) | 53 (umol/L) | | 24.8 (pmol/L) H |
| Final Study Visit | Enrollment | 2005-09-22 (-6) | PreTrt | 302 (10**9/L) | 6.2 (10**9/L) | 3.83 (10**9/L) | 13 (IU/L) | 15 (IU/L) | 53 (umol/L) | | 24.8 (pmol/L) H |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range.   H=above normal range. NR=not recorded    * - unscheduled visit

2858

4

CONFIDENTIAL
AZSER12747305

**Narrative event**
DAE

**Subject identifier**
D1447C00126/E0136011

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2859

CONFIDENTIAL
AZSER12747306

**Subject identifier**
D1447C00126/E0136011

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-08-05 (-55) | 2005-11-07 (40)# | Yes | LEVOTHYROXINE | 150 ug | Hypothyroidism |
| 2005-08-29 (-31)# | 2005-11-07 (40)# | Yes | | 1 tab | Constipation |
| 2005-09-29 (1) | 2005-11-01 (34) | No | LITHIUM | 600 mg | Bipolar I disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2860

6

CONFIDENTIAL
AZSER12747307

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0136022

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Narrative event
DAE

**Narrative event:**

| | |
|---|---|
| Death: | No |
| SAE: | No |
| DAE: | TREMOR |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 70 | Male | Caucasian | 56 | 2005-12-28 | 2006-02-21 | QUETIAPINE 400 | 2006-02-22 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

Current:       acne rosacea (onset 1998), occupational hearing loss (onset 1955)

Past:       skin cancer on left face (1995)

**Death information:**

| | |
|---|---|
| Date of death: | No death |
| Cause of death: | |
| Post-mortem: | |

2861

1

CONFIDENTIAL
AZSER12747308

**Subject identifier**
D1447C00126/E0136022

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2005-12-28 (1) | 2006-01-02 (6) | SEDATION(Sedation) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 100 | 2005-12-29 (2) | 2006-01-20 (24) | TREMOR(Tremor) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2006-01-20 (24) | NA | AKATHISIA(Akathisia) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2006-01-21 (25) | NA | TREMOR(Increased tremors) | 9.1 | Continuing | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 400 | 2006-02-17 (52) | NA | VISION BLURRED(Trouble focusing eyes) | 9.1 | Continuing | No | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2862

CONFIDENTIAL
AZSER12747309

**Subject identifier**
D1447C00126/E0136022

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Descriptive text:**

NA

2863

3

CONFIDENTIAL
AZSER12747310

**Subject identifier**
D1447C00126/E0136022

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-12-21 (-6) | PreTrt | 5.6 (mmol/L) | 5.3 (%) | 0.76 (mmol/L) | 4.84 (mmol/L) | 1.42 (mmol/L) | | 151 (g/L) |
| Visit prior to Event | Enrollment | 2005-12-21 (-6) | PreTrt | 5.6 (mmol/L) | 5.3 (%) | 0.76 (mmol/L) | 4.84 (mmol/L) | 1.42 (mmol/L) | | 151 (g/L) |
| Final Study Visit | S13 | 2006-02-22 (57) | OffTrt | 5.4 (mmol/L) | 4.7 (%) | 1.37 (mmol/L) | 4.09 (mmol/L) | 1.22 (mmol/L) | | 137 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-12-21 (-6) | PreTrt | 187 (10**9/L) | 6.6 (10**9/L) | 4.88 (10**9/L) | 17 (IU/L) | 21 (IU/L) | 88 (umol/L) | 1.77 (mIU/L) | 13.5 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-12-21 (-6) | PreTrt | 187 (10**9/L) | 6.6 (10**9/L) | 4.88 (10**9/L) | 17 (IU/L) | 21 (IU/L) | 88 (umol/L) | 1.77 (mIU/L) | 13.5 (pmol/L) |
| Final Study Visit | S13 | 2006-02-22 (57) | OffTrt | 197 (10**9/L) | 5.3 (10**9/L) | 4.02 (10**9/L) | 22 (IU/L) | 19 (IU/L) | 97 (umol/L) | 6.91 (mIU/L)H | 9.3 (pmol/L)L |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * =unscheduled visit

4

2864

CONFIDENTIAL
AZSER12747311

Subject identifier
D1447C00126/E0136022

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Narrative event
DAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2865

CONFIDENTIAL
AZSER12747312

**Subject identifier**
D1447C00126/E0136022

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2006-01-11 (15) | 2006-01-24 (28) | No | LITHIUM | 900 mg | Bipolar I disorder |
| 2006-01-25 (29) | 2006-02-07 (42) | No | LITHIUM | 1200 mg | Bipolar I disorder |
| 2006-02-03 (38) | 2006-02-05 (40) | No | BENZATROPINE | 1 mg | Akathisia |
| 2006-02-03 (38) | 2006-02-05 (40) | No | BENZATROPINE | 1 mg | Tremor |
| 2006-02-08 (43) | 2006-02-09 (44) | No | LITHIUM | 900 mg | Bipolar I disorder |
| 2006-02-10 (45) | 2006-02-22 (57) | No | LITHIUM | 1200 mg | Bipolar I disorder |
| 2006-02-16 (51) | 2006-02-20 (55) | No | BENZATROPINE | 2 mg | Akathisia |
| 2006-02-16 (51) | 2006-02-20 (55) | No | BENZATROPINE | 2 mg | Tremor |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2866

CONFIDENTIAL
AZSER12747313

Narrative event
DAE

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E0136025

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 100

**Narrative event:**

Death:          No

SAE:            No

DAE:            SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|------------------------|------------------------------|------------------------|
| 41 | Male | Caucasian | 70 | 2006-01-24 | 2006-04-03 | QUETIAPINE 100 | 2006-04-03 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:        right shoulder strain, left shoulder strain

Past:           infection in right hand

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

1

2867

CONFIDENTIAL
AZSER12747314

**Subject identifier**
D1447C00126/E0136025

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2006-01-25 (2) | NA | SEDATION(Sedation) | 9.1 | Continuing | Yes | Yes | No | Severe |
| OL | QUETIAPINE 200 | 2006-01-26 (3) | 2006-01-27 (4) | HEADACHE(Headache) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 300 | 2006-01-28 (5) | NA | LIBIDO DECREASED(Decreased libido) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 300 | 2006-02-01 (9) | NA | DIZZINESS(Dizziness) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 300 | 2006-02-01 (9) | NA | DRY MOUTH(Dry mouth) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 300 | 2006-02-03 (11) | 2006-02-13 (21) | NIGHTMARE(Nightmares) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 0 | 2006-02-21 (29) | 2006-02-26 (34) | INFLUENZA LIKE ILLNESS(Flu-like illness) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 300 | 2006-03-30 (66) | 2006-03-30 (66) | NAUSEA(Nausea) | 9.1 | Resolved | No | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2

2868

CONFIDENTIAL
AZSER12747315

**Subject identifier**
D1447C00126/E0136025

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Descriptive text:**

NA

2869

3

CONFIDENTIAL
AZSER12747316

**Narrative event**
DAE

**Subject identifier**
D1447C00126/E0136025

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-16 (-7) | PreTrt | 5.2 (mmol/L) | 4.8 (%) | 0.87 (mmol/L) | 5.83 (mmol/L)H | 2.25 (mmol/L) H | | 165 (g/L) |
| Visit prior to Event | Enrollment | 2006-01-16 (-7) | PreTrt | 5.2 (mmol/L) | 4.8 (%) | 0.87 (mmol/L) | 5.83 (mmol/L)H | 2.25 (mmol/L) H | | 165 (g/L) |
| Final Study Visit | S5 | 2006-04-03 (70) | QUETIAPINE 300 | | | | | | | 169 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-16 (-7) | PreTrt | 343 (10**9/L) | 8.5 (10**9/L) | 5.70 (10**9/L) | 30 (IU/L) | 25 (IU/L) | 88 (umol/L) | 2.18 (mIU/L) | 12.3 (pmol/L) |
| Visit prior to Event | Enrollment | 2006-01-16 (-7) | PreTrt | 343 (10**9/L) | 8.5 (10**9/L) | 5.70 (10**9/L) | 30 (IU/L) | 25 (IU/L) | 88 (umol/L) | 2.18 (mIU/L) | 12.3 (pmol/L) |
| Final Study Visit | S5 | 2006-04-03 (70) | QUETIAPINE 300 | 338 (10**9/L) | 8.8 (10**9/L) | 5.47 (10**9/L) | | | | | |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range. H=above normal range. NR=not recorded    * - unscheduled visit

2870

4

CONFIDENTIAL
AZSER12747317

| | Narrative event | DAE |

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Subject identifier**
D1447C00126/E0136025

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2871

5

CONFIDENTIAL
AZSER12747318

**Subject identifier**
D1447C00126/E0136025

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2006-01-13 (-11) | 2006-05-03 (100)# | Yes | PARACETAMOL | 1000 mg | Shoulder pain |
| 2006-01-24 (1) | 2006-05-03 (100)# | Yes | LITHIUM | 300 mg | Bipolar 1 disorder |
| 2006-02-21 (29) | 2006-02-24 (32) | No | PARACETAMOL | 1000 mg | Flu-like illness |
| 2006-02-21 (29) | 2006-02-24 (32) | No | PSEUDOEPHEDRINE | 60 mg | Flu-like illness |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2872

CONFIDENTIAL
AZSER12747319

**START OF E NARRATIVE**

Narrative event
DAE

Subject identifier
D1447C00126/E0136027

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event:**

Death:                No

SAE:                  No

DAE:                  INCREASED APPETITE

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 22 | Female | Caucasian | 27 | 2006-01-31 | 2006-02-26 | QUETIAPINE 200 | 2006-03-01 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:          acne (conset date-1995)

Past:             pyelonephritis (08/2005 - 08/2005)

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

1

2873

CONFIDENTIAL
AZSER12747320

**Subject identifier**
D1447C00126/E0136027

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2006-01-31 (1) | 2006-02-02 (3) | MYOCLONUS(Occasional myoclonic jack) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 100 | 2006-02-01 (2) | 2006-02-26 (27) | SEDATION(Sedation) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 200 | 2006-02-02 (3) | 2006-02-26 (27) | INCREASED APPETITE(Increased appetite) | 9.1 | Resolved | Yes | Yes | No | Mild |
| OL | QUETIAPINE 300 | 2006-02-05 (6) | 2006-02-13 (14) | DRY MOUTH(Dry mouth) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 300 | 2006-02-08 (9) | 2006-02-26 (27) | ABDOMINAL DISTENSION(Abdominal bloating) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2006-02-17 (18) | 2006-02-26 (27) | ABNORMAL DREAMS(Bad dreams) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2006-02-17 (18) | 2006-02-26 (27) | IRRITABILITY(Increased irritability) | 9.1 | Resolved | Yes | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2874

CONFIDENTIAL
AZSER12747321

**Subject identifier**
D1447C00126/E0136027

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Descriptive text:**

NA

2875

3

CONFIDENTIAL
AZSER12747322

**Narrative event** DAE

**Subject identifier** D1447C00126/E0136027

**Study phase-treatment during which event occurred** Open Label - QUETIAPINE 200

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-17 (-13) | PreTrt | 4.8 (mmol/L) | 5.1 (%) | 0.85 (mmol/L) | 4.82 (mmol/L) | 1.55 (mmol/L) | | 143 (g/L) |
| Visit prior to Event | Enrollment | 2006-01-17 (-13) | PreTrt | 4.8 (mmol/L) | 5.1 (%) | 0.85 (mmol/L) | 4.82 (mmol/L) | 1.55 (mmol/L) | | 143 (g/L) |
| Final Study Visit | Enrollment | 2006-01-17 (-13) | PreTrt | 4.8 (mmol/L) | 5.1 (%) | 0.85 (mmol/L) | 4.82 (mmol/L) | 1.55 (mmol/L) | | 143 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-17 (-13) | PreTrt | 231 (10**9/L) | 8.0 (10**9/L) | 4.86 (10**9/L) | 15 (IU/L) | 26 (IU/L) | 80 (umol/L) | 1.35 (mIU/L) | 14.3 (pmol/L) |
| Visit prior to Event | Enrollment | 2006-01-17 (-13) | PreTrt | 231 (10**9/L) | 8.0 (10**9/L) | 4.86 (10**9/L) | 15 (IU/L) | 26 (IU/L) | 80 (umol/L) | 1.35 (mIU/L) | 14.3 (pmol/L) |
| Final Study Visit | Enrollment | 2006-01-17 (-13) | PreTrt | 231 (10**9/L) | 8.0 (10**9/L) | 4.86 (10**9/L) | 15 (IU/L) | 26 (IU/L) | 80 (umol/L) | 1.35 (mIU/L) | 14.3 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range, H=above normal range, NR=not recorded   * - unscheduled visit

2876

4

CONFIDENTIAL
AZSER12747323

| | Subject identifier | Study phase-treatment during which event occurred | | Narrative event |
| | D1447C00126/E0136027 | Open Label - QUETIAPINE 200 | | DAE |

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2877

CONFIDENTIAL
AZSER12747324

| | Subject identifier | Study phase-treatment during which event occurred | | | Narrative event |
| --- | --- | --- | --- | --- | --- |
| | D1447C00126/E0136027 | Open Label - QUETIAPINE 200 | | | DAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
| --- | --- | --- | --- | --- | --- |
| 2005-12-31 (-31)# | 2006-03-28 (57)# | Yes | EUGYNON | 1 tab | Contraceptive |
| 2006-01-31 (1) | 2006-03-28 (57)# | Yes | VALPROIC ACID | 750 mg | Bipolar I disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2878

6

CONFIDENTIAL
AZSER12747325

Narrative event
DAE

# START OF E NARRATIVE

**Subject identifier**
D1447C00126/E0138001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event:**

Death:               No

SAE:                 No

DAE:                 SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 44 | Female | Caucasian | 16 | 2005-06-03 | 2005-06-18 | QUETIAPINE 100 | 2005-06-22 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:           environment allergies, occasional headaches, asthma, depression, insomnia

Past:              cholecystitis

**Death information:**

Date of death:     No death

Cause of death:

Post-mortem:

2879

1

CONFIDENTIAL
AZSER12747326

**Subject identifier**
D1447C00126/E0138001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2005-06-04 (2) | 2005-06-18 (16) | SEDATION(Sedation) | 9.1 | Resolved | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2880

CONFIDENTIAL
AZSER12747327

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0138001 | Open Label - QUETIAPINE 100 | DAE |

**Descriptive text:**

NA

2881

3

CONFIDENTIAL
AZSER12747328

**Narrative event** DAE

**Subject identifier** D1447C00126/E0138001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-05-25 (-8) | PreTrt | 4.8 (mmol/L) | 5.4 (%) | 1.79 (mmol/L) | 6.92 (mmol/L)H | 1.50 (mmol/L) | | 126 (g/L) |
| Visit prior to Event | Enrollment | 2005-05-25 (-8) | PreTrt | 4.8 (mmol/L) | 5.4 (%) | 1.79 (mmol/L) | 6.92 (mmol/L)H | 1.50 (mmol/L) | | 126 (g/L) |
| Visit after Event | S13 | 2005-06-22 (20) | OffTrt | 4.7 (mmol/L) | 5.5 (%) | 1.84 (mmol/L) | 7.17 (mmol/L)H | 1.66 (mmol/L) | | 125 (g/L) |
| Final Study Visit | S13 | 2005-06-22 (20) | OffTrt | 4.7 (mmol/L) | 5.5 (%) | 1.84 (mmol/L) | 7.17 (mmol/L)H | 1.66 (mmol/L) | | 125 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-05-25 (-8) | PreTrt | 346 (10**9/L) | 7.4 (10**9/L) | 5.13 (10**9/L) | 23 (IU/L) | 22 (IU/L) | 62 (umol/L) | 1.45 (mIU/L) | 12.4 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-05-25 (-8) | PreTrt | 346 (10**9/L) | 7.4 (10**9/L) | 5.13 (10**9/L) | 23 (IU/L) | 22 (IU/L) | 62 (umol/L) | 1.45 (mIU/L) | 12.4 (pmol/L) |
| Visit after Event | S13 | 2005-06-22 (20) | OffTrt | 337 (10**9/L) | 11.2 (10**9/L) | 7.71 (10**9/L) | 25 (IU/L) | 25 (IU/L) | 71 (umol/L) | 2.18 (mIU/L) | 12.3 (pmol/L) |
| Final Study Visit | S13 | 2005-06-22 (20) | OffTrt | 337 (10**9/L) | 11.2 (10**9/L) | 7.71 (10**9/L) | 25 (IU/L) | 25 (IU/L) | 71 (umol/L) | 2.18 (mIU/L) | 12.3 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range.  H=above normal range.  NR=not recorded   * - unscheduled visit

2882

4

CONFIDENTIAL
AZSER12747329

**Subject identifier**
D1447C00126/E0038001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
| --- | --- | --- | --- | --- |
| NA | | | | |

5

2883

CONFIDENTIAL
AZSER12747330

Subject identifier
D1447C00126/E0138001

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 100

Narrative event
DAE

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-04-01 (-63) | 2005-07-18 (46)# | Yes | | 1 ml | Environmental allergies |
| 2005-04-01 (-63) | 2005-07-18 (46)# | Yes | BUDESONIDE | 128 ug | Environmental allergies |
| 2005-04-01 (-63) | 2005-07-18 (46)# | Yes | LORATADINE | 10 mg | Environmental allergies |
| 2005-05-03 (-31)# | 2005-07-18 (46)# | Yes | ASCORBIC ACID | 1000 mg | Dietary support |
| 2005-05-03 (-31)# | 2005-07-18 (46)# | Yes | B-KOMPLEX "LECIVA" | 1 tablet | Dietary support |
| 2005-05-03 (-31)# | 2005-07-18 (46)# | Yes | CALCIUM | 600 mg | Dietary support |
| 2005-05-03 (-31)# | 2005-07-18 (46)# | Yes | CITALOPRAM | 20 mg | Depression |
| 2005-05-03 (-31)# | 2005-07-18 (46)# | Yes | FISH OIL | 1 tablet | Dietary support |
| 2005-05-03 (-31)# | 2005-07-18 (46)# | Yes | IBUPROFEN | 800 mg | Occasional headache |
| 2005-05-03 (-31)# | 2005-07-18 (46)# | Yes | LINUM USITATISSIMUM | 1 tablet | Dietary support |
| 2005-05-03 (-31)# | 2005-07-18 (46)# | Yes | TOCOPHEROL | 400 IU | Dietary support |
| 2005-05-03 (-31)# | 2005-07-18 (46)# | Yes | VITAMINS NOS | 1 tablet | Dietary support |
| 2005-05-25 (-9) | 2005-06-09 (7) | No | ALPRAZOLAM | 0.75 mg | Bipolar |
| 2005-05-25 (-9) | 2005-07-18 (46)# | Yes | ZOLPIDEM | 10 mg | Insomnia |
| 2005-06-03 (1) | 2005-06-22 (20) | No | VALPROIC ACID | 500 mg | Bipolar |
| 2005-06-10 (8) | 2005-07-18 (46)# | Yes | ALPRAZOLAM | 0.13 mg | Bipolar |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2884

CONFIDENTIAL
AZSER12747331

# START OF E NARRATIVE

**Subject identifier**
D1447C00126/E0138004

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Narrative event:**

Death:          No

SAE:            No

DAE:            SEDATION

## Baseline information and summary of treatment:

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 53 | Female | Caucasian | 94 | 2005-06-14 | 2005-09-15 | NA | 2005-09-16 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

Current:        left elbow tendinitis, gastroesophageal reflux disease, lower back pain

Past:           cholecystitis, herniated disc, kidney stones

**Death information:**

Date of death:  No death

Cause of death:

Post-mortem:

1

2885

CONFIDENTIAL
AZSER12747332

**Subject identifier**
D1447C00126/E0138004

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term  (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-04-26 (-49) | NA | SEDATION(Sedation) | 9.1 | Continuing | Yes | Yes | No | Mild |
| PreTrt | | 2005-06-07 (-7) | NA | HEADACHE(Intermittent headaches) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-06-15 (2) | 2005-06-20 (7) | DIZZINESS(Dizzy) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-06-15 (2) | 2005-07-01 (18) | TREMOR(Hand shaking) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-06-24 (11) | 2005-06-29 (16) | CANDIDIASIS(Thrush) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-07-01 (18) | NA | FATIGUE(Fatigue) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-07-19 (36) | 2005-08-11 (59) | MALIGNANT MELANOMA IN SITU(melanoma "Insitu" on (L) medial check) | 9.1 | Resolved | No | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2886

CONFIDENTIAL
AZSER12747333

**Subject identifier**
D1447C00126/E0138004

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Narrative event**
DAE

**Descriptive text:**

NA

3

2887

CONFIDENTIAL
AZSER12747334

Narrative event
DAE

**Subject identifier**
D1447C00126/E0138004

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-07 (-6) | PreTrt | 5.2 (mmol/L) | 5.6 (%) | 2.51 (mmol/L) | 6.32 (mmol/L) H | 1.50 (mmol/L) | | 139 (g/L) |
| Final Study Visit | S13 | 2005-09-16 (95) | OffTrt | 4.7 (mmol/L) | 5.1 (%) | 3.15 (mmol/L) H | 7.12 (mmol/L) H | 1.45 (mmol/L) | | 126 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-07 (-6) | PreTrt | 209 (10**9/L) | 7.5 (10**9/L) | 5.34 (10**9/L) | 17 (IU/L) | 21 (IU/L) | 62 (umol/L) | 0.93 (mIU/L) | 11.2 (pmol/L) |
| Final Study Visit | S13 | 2005-09-16 (95) | OffTrt | 250 (10**9/L) | 7.9 (10**9/L) | 5.84 (10**9/L) | 14 (IU/L) | 17 (IU/L) | 71 (umol/L) | 3.57 (mIU/L) | 11.2 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

2888

4

CONFIDENTIAL
AZSER12747335

**Narrative event**
DAE

**Subject identifier**
D1447C00126/E0138004

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

## Weight: Include only if DAE due to weight

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2889

CONFIDENTIAL
AZSER12747336

**Subject identifier**
D1447C00126/E0138004

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Narrative event**
DAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-05-14 (-31)# | 2005-06-20 (7) | No | TRAZODONE | 150 mg | Insomnia |
| 2005-05-14 (-31)# | 2005-07-08 (25) | No | QUETIAPINE | 300 mg | Bipolar |
| 2005-05-14 (-31)# | 2005-08-01 (49) | No | CITALOPRAM | 40 mg | Depression |
| 2005-05-14 (-31)# | 2005-10-15 (124)# | Yes | ACETYLSALICYLIC ACID | 1950 mg | Low back pain |
| 2005-05-14 (-31)# | 2005-10-15 (124)# | Yes | ALPRAZOLAM | 1 mg | Insomnia |
| 2005-05-14 (-31)# | 2005-10-15 (124)# | Yes | GABAPENTIN | 900 mg | Low back pain |
| 2005-05-14 (-31)# | 2005-10-15 (124)# | Yes | PROVELLA-14 | 0.45 mg | Menopausal symptoms |
| 2005-05-14 (-31)# | 2005-10-15 (124)# | Yes | RANITIDINE | 150 mg | Gastroesophageal reflux disease |
| 2005-05-14 (-31)# | 2005-10-15 (124)# | Yes | VICODIN | 10 mg | Low back pain |
| 2005-06-05 (-9) | 2005-06-14 (1) | No | AMOXICILLIN W/CLAVULANATE POTASSIUM | 1750 mg | Dog bite, prophylaxis infection |
| 2005-06-14 (1) | 2005-06-27 (14) | No | LITHIUM | 300 mg | Bipolar |
| 2005-06-24 (11) | 2005-06-30 (17) | No | NYSTATIN | 2 ml | Thrush |
| 2005-06-24 (11) | 2005-07-01 (18) | No | BACTRIM | 800 mg | Dog bite |
| 2005-06-28 (15) | 2005-10-15 (124)# | Yes | LITHIUM | 600 mg | Bipolar |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2890

CONFIDENTIAL
AZSER12747337

Narrative event
DAE

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E0138005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event:**

Death:                No

SAE:                  No

DAE:                  SEDATION, TREMOR

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 54 | Female | Caucasian | 21 | 2005-06-14 | 2005-07-04 | QUETIAPINE 400 | 2005-07-13 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:              lower back pain, irritable bowel syndrome, gastroesophastal reflux disease, hot flashes

Past:                 uterine cancer, c3,c4,c5 herniated disc

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

1

2891

CONFIDENTIAL
AZSER12747338

**Subject identifier**
D1447C00126/E0138005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 300 | 2005-06-21 (8) | 2005-06-28 (15) | TREMOR(Extremities shaking) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 300 | 2005-06-21 (8) | 2005-06-28 (15) | PARANOIA(Paranoid episodes) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-07-01 (18) | 2005-07-04 (21) | TREMOR(Hands shaking) | 9.1 | Resolved | No | Yes | No | Severe |
| OL | QUETIAPINE 400 | 2005-07-01 (18) | 2005-07-04 (21) | SEDATION(Sedation) | 9.1 | Resolved | Yes | Yes | No | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2892

CONFIDENTIAL
AZSER12747339

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0138005 | Open Label - QUETIAPINE 400 | DAE |

**Descriptive text:**

NA

2893

3

CONFIDENTIAL
AZSER12747340

**Narrative event** DAE

**Subject identifier** D1447C00126/E0138005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-07 (-6) | PreTrt | 5.0 (mmol/L) | 5.1 (%) | 1.84 (mmol/L) | 6.16 (mmol/L)H | 1.37 (mmol/L) | | 141 (g/L) |
| Visit prior to Event | Enrollment | 2005-06-07 (-6) | PreTrt | 5.0 (mmol/L) | 5.1 (%) | 1.84 (mmol/L) | 6.16 (mmol/L)H | 1.37 (mmol/L) | | 141 (g/L) |
| Visit after Event | S13 | 2005-07-13 (30) | OffTrt | 4.9 (mmol/L) | 5.0 (%) | 3.77 (mmol/L)H | 6.71 (mmol/L)H | 1.32 (mmol/L) | | 140 (g/L) |
| Final Study Visit | S13 | 2005-07-13 (30) | OffTrt | 4.9 (mmol/L) | 5.0 (%) | 3.77 (mmol/L)H | 6.71 (mmol/L)H | 1.32 (mmol/L) | | 140 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-07 (-6) | PreTrt | 299 (10**9/L) | 8.4 (10**9/L) | 5.19 (10**9/L) | 21 (IU/L) | 19 (IU/L) | 71 (umol/L) | 0.91 (mIU/L) | 13.8 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-06-07 (-6) | PreTrt | 299 (10**9/L) | 8.4 (10**9/L) | 5.19 (10**9/L) | 21 (IU/L) | 19 (IU/L) | 71 (umol/L) | 0.91 (mIU/L) | 13.8 (pmol/L) |
| Visit after Event | S13 | 2005-07-13 (30) | OffTrt | 309 (10**9/L) | 9.5 (10**9/L) | 6.57 (10**9/L) | 23 (IU/L) | 19 (IU/L) | 62 (umol/L) | 1.83 (mIU/L) | 13.3 (pmol/L) |
| Final Study Visit | S13 | 2005-07-13 (30) | OffTrt | 309 (10**9/L) | 9.5 (10**9/L) | 6.57 (10**9/L) | 23 (IU/L) | 19 (IU/L) | 62 (umol/L) | 1.83 (mIU/L) | 13.3 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range. H=above normal range. NR=not recorded    * - unscheduled visit

2894

4

CONFIDENTIAL
AZSER12747341

Narrative event
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Subject identifier
D1447C00126/E0138005

## Weight: Include only if DAE due to weight

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2895

5

CONFIDENTIAL
AZSER12747342

**Narrative event** DAE

**Subject identifier** D1447C00126/E0138005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-01-01 (-164) | 2005-08-03 (51)# | Yes | DICYCLOVERINE | 10 mg | Irritable bowel syndrome |
| 2005-05-14 (-31)# | 2005-08-03 (51)# | Yes | CARISOPRODOL | 1050 mg | Low back pain |
| 2005-05-14 (-31)# | 2005-08-03 (51)# | Yes | ESTROGENS CONJUGATED | 0.3 mg | Hormone replacement therapy |
| 2005-05-14 (-31)# | 2005-08-03 (51)# | Yes | PROPACET | 300 mg | Neck |
| 2005-05-14 (-31)# | 2005-08-03 (51)# | Yes | RANITIDINE | 300 mg | Gastroesophageal reflux disease |
| 2005-05-14 (-31)# | 2005-08-03 (51)# | Yes | SERTRALINE | 100 mg | Depression |
| 2005-06-29 (16) | 2005-08-03 (51)# | Yes | LITHIUM | 600 mg | Bipolar |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2896

CONFIDENTIAL
AZSER12747343

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E0138017

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

Narrative event
DAE

**Narrative event:**

Death:                No

SAE:                  No

DAE:                  PANIC ATTACK, RESPIRATORY RATE DECREASED, SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 47 | Female | Caucasian | 3 | 2005-09-19 | 2005-09-21 | QUETIAPINE 100 | 2005-09-26 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:              gerd, heart murmur, right bundle branch block, headaches

Past:                 bulemia

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

2897

1

CONFIDENTIAL
AZSER12747344

**Subject identifier**
D1447C00126/E0138017

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-09-13 (-6) | 2005-09-15 (-4) | HEADACHE(Headache) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 100 | 2005-09-19 (1) | 2005-09-20 (2) | RESPIRATORY RATE DECREASED(Slow breathing) | 9.1 | Resolved | No | Yes | No | Moderate |
| OL | QUETIAPINE 100 | 2005-09-20 (2) | 2005-09-20 (2) | PANIC ATTACK(Panic attack) | 9.1 | Resolved | No | Yes | No | Moderate |
| OL | QUETIAPINE 100 | 2005-09-20 (2) | 2005-09-21 (3) | SEDATION(Sedation) | 9.1 | Resolved | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2898

CONFIDENTIAL
AZSER12747345

**Subject identifier**
D1447C00126/E0138017

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Descriptive text:**

NA

2899

3

CONFIDENTIAL
AZSER12747346

**Narrative event** DAE

**Subject identifier** D1447C00126/E0138017

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-09-12 (-6) | PreTrt | 5.8 (mmol/L) | 5.2 (%) | 0.64 (mmol/L) | 3.68 (mmol/L) | 1.17 (mmol/L) | | 123 (g/L) |
| Visit prior to Event | Enrollment | 2005-09-12 (-6) | PreTrt | 5.8 (mmol/L) | 5.2 (%) | 0.64 (mmol/L) | 3.68 (mmol/L) | 1.17 (mmol/L) | | 123 (g/L) |
| Visit after Event | S13 | 2005-09-26 (8) | OffTrt | 4.7 (mmol/L) | 5.3 (%) | 0.78 (mmol/L) | 3.99 (mmol/L) | 1.19 (mmol/L) | | 121 (g/L) |
| Final Study Visit | S13 | 2005-09-26 (8) | OffTrt | 4.7 (mmol/L) | 5.3 (%) | 0.78 (mmol/L) | 3.99 (mmol/L) | 1.19 (mmol/L) | | 121 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-09-12 (-6) | PreTrt | 269 (10**9/L) | 5.1 (10**9/L) | 2.72 (10**9/L) | 16 (IU/L) | 14 (IU/L) | 62 (umol/L) | 1.64 (mIU/L) | 14.3 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-09-12 (-6) | PreTrt | 269 (10**9/L) | 5.1 (10**9/L) | 2.72 (10**9/L) | 16 (IU/L) | 14 (IU/L) | 62 (umol/L) | 1.64 (mIU/L) | 14.3 (pmol/L) |
| Visit after Event | S13 | 2005-09-26 (8) | OffTrt | 268 (10**9/L) | 5.9 (10**9/L) | 3.37 (10**9/L) | 15 (IU/L) | 17 (IU/L) | 62 (umol/L) | 2.04 (mIU/L) | 14.3 (pmol/L) |
| Final Study Visit | S13 | 2005-09-26 (8) | OffTrt | 268 (10**9/L) | 5.9 (10**9/L) | 3.37 (10**9/L) | 15 (IU/L) | 17 (IU/L) | 62 (umol/L) | 2.04 (mIU/L) | 14.3 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range.  H=above normal range.  NR=not recorded    * - unscheduled visit

2900

4

CONFIDENTIAL
AZSER12747347