Narrative event
DAE

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 100

Subject identifier
D1447C00126/E0138017

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2901

5

CONFIDENTIAL
AZSER12747348

| Subject identifier | | Study phase-treatment during which event occurred | | | Narrative event |
|---|---|---|---|---|---|
| D1447C00126/E0138017 | | Open Label - QUETIAPINE 100 | | | DAE |

## Medication information: Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-08-19 (-31)# | 2005-10-21 (33)# | Yes | OMEPRAZOLE | 20 mg | Gerd |
| 2005-08-19 (-31)# | 2005-10-21 (33)# | Yes | VITAMINS NOS | 1 tab | Nutritional supplement |
| 2005-09-19 (1) | 2005-09-21 (3) | No | VALPROIC ACID | 500 mg | Bipolar |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2902

6

CONFIDENTIAL
AZSER12747349

Narrative event
DAE

**START OF E NARRATIVE**
**Subject identifier**
D1447C00126/E0138018

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event:**

| | |
|---|---|
| Death: | No |
| SAE: | No |
| DAE: | NIGHTMARE, SEDATION |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 39 | Female | Caucasian | 7 | 2005-09-29 | 2005-10-05 | QUETIAPINE 100 | 2005-10-06 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

| | |
|---|---|
| Current: | deaf in left ear, seasonal allergies, headaches, gerd, myopia |
| Past: | thyroid nodule |

**Death information:**

| | |
|---|---|
| Date of death: | No death |
| Cause of death: | |
| Post-mortem: | |

2903

1

CONFIDENTIAL
AZSER12747350

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0138018 | Open Label - QUETIAPINE 100 | DAE |

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2005-09-29 (1) | 2005-10-05 (7) | NIGHTMARE(Nightmares) | 9.1 | Resolved | Yes | Yes | No | Severe |
| OL | QUETIAPINE 100 | 2005-09-30 (2) | 2005-10-06 (8) | SEDATION(Sedation) | 9.1 | Resolved | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2904

2

CONFIDENTIAL
AZSER12747351

**Subject identifier**
D1447C00126/E0138018

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Descriptive text:**

NA

2905

3

CONFIDENTIAL
AZSER12747352

**Narrative event** DAE

**Subject identifier** D1447C00126/E0138018

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Triglycerides | Total Cholesterol | HDL | LDL | Hemoglobin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-09-22 (-6) | PreTrt | 5.1 (mmol/L) | 5.3 (%) | 0.77 (mmol/L) | 3.11 (mmol/L)L | 1.14 (mmol/L) | | 133 (g/L) |
| Visit prior to Event | Enrollment | 2005-09-22 (-6) | PreTrt | 5.1 (mmol/L) | 5.3 (%) | 0.77 (mmol/L) | 3.11 (mmol/L)L | 1.14 (mmol/L) | | 133 (g/L) |
| Visit after Event | S13 | 2005-10-06 (8) | OffTrt | 4.7 (mmol/L) | 5.4 (%) | 0.93 (mmol/L) | 3.47 (mmol/L) | 1.01 (mmol/L)L | | 129 (g/L) |
| Final Study Visit | S13 | 2005-10-06 (8) | OffTrt | 4.7 (mmol/L) | 5.4 (%) | 0.93 (mmol/L) | 3.47 (mmol/L) | 1.01 (mmol/L)L | | 129 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-09-22 (-6) | PreTrt | 193 (10**9/L) | 4.2 (10**9/L) | 2.44 (10**9/L) | 17 (IU/L) | 22 (IU/L) | 62 (umol/L) | 3.43 (mIU/L) | 11.1 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-09-22 (-6) | PreTrt | 193 (10**9/L) | 4.2 (10**9/L) | 2.44 (10**9/L) | 17 (IU/L) | 22 (IU/L) | 62 (umol/L) | 3.43 (mIU/L) | 11.1 (pmol/L) |
| Visit after Event | S13 | 2005-10-06 (8) | OffTrt | 218 (10**9/L) | 4.0 (10**9/L)L | 2.08 (10**9/L) | 14 (IU/L) | 23 (IU/L) | 71 (umol/L) | 2.30 (mIU/L) | 11.4 (pmol/L) |
| Final Study Visit | S13 | 2005-10-06 (8) | OffTrt | 218 (10**9/L) | 4.0 (10**9/L)L | 2.08 (10**9/L) | 14 (IU/L) | 23 (IU/L) | 71 (umol/L) | 2.30 (mIU/L) | 11.4 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range. H=above normal range. NR=not recorded     * = unscheduled visit

2906

4

CONFIDENTIAL
AZSER12747353

Narrative event
DAE

**Subject identifier**
D1447C00126/E0138018

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2907

CONFIDENTIAL
AZSER12747354

| Subject identifier | | Study phase-treatment during which event occurred | | | Narrative event |
|---|---|---|---|---|---|
| D1447C00126/E0138018 | | Open Label - QUETIAPINE 100 | | | DAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-08-29 (-31)# | 2005-11-04 (37)# | Yes | ACETYLSALICYLIC ACID | 650 mg | Headaches |
| 2005-08-29 (-31)# | 2005-11-04 (37)# | Yes | CAFFEINE | 33.3 mg | Headaches |
| 2005-08-29 (-31)# | 2005-11-04 (37)# | Yes | EUGYNON | 20 ug | Birth control |
| 2005-08-29 (-31)# | 2005-11-04 (37)# | Yes | LORATADINE | 10 mg | Seasonal allergies |
| 2005-08-29 (-31)# | 2005-11-04 (37)# | Yes | SALICYLAMIDE | 195 mg | Headaches |
| 2005-09-22 (-7) | 2005-11-04 (37)# | Yes | VALPROIC ACID | 500 mg | Bipolar |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2908

6

CONFIDENTIAL
AZSER12747355

Narrative event
DAE

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0138021

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 500

**Narrative event:**

Death:            No

SAE:             No

DAE:             DYSMENORRHOEA

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|----------------------|
| 40 | Female | Caucasian | 42 | 2005-11-02 | 2005-12-13 | QUETIAPINE 500 | 2005-12-13 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:          chronic neck pain, fibrocystic breast disease, seasonal allergies, asthma, allergy to penicillin, allergy to codiene, migraine headaches

Past:             suicide attempt pill overdose

**Death information:**

Date of death:    No death

Cause of death:

Post-mortem:

2909

1

CONFIDENTIAL
AZSER12747356

**Subject identifier**
D1447C00126/E0138021

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-10-30 (-3) | 2005-11-05 (4) | CONTUSION(Contusion righ side of body) | 9.1 | Resolved | No | No | No | Moderate |
| PreTrt | | 2005-10-31 (-2) | 2005-12-05 (34) | MEMORY IMPAIRMENT(Decreased short term memory) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-11-04 (3) | 2005-12-02 (31) | DIARRHOEA(Diarrhea) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 500 | 2005-11-13 (12) | NA | VISION BLURRED(Blurred vision) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 500 | 2005-11-14 (13) | 2005-12-02 (31) | NAUSEA(Nausea) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 500 | 2005-12-01 (30) | NA | DYSMENORRHOEA(Dysmenorrhea) | 9.1 | Continuing | No | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2910

**Subject identifier**
D1447C00126/E0138021

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event**
DAE

**Descriptive text:**

NA

2911

3

CONFIDENTIAL
AZSER12747358

**Subject identifier**
D1447C00126/E0138021

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event**
DAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-10-26 (-6) | PreTrt | 4.8 (mmol/L) | 4.8 (%) | 0.99 (mmol/L) | 5.72 (mmol/L)H | 1.24 (mmol/L) | | 154 (g/L) |
| Visit prior to Event | Enrollment | 2005-10-26 (-6) | PreTrt | 4.8 (mmol/L) | 4.8 (%) | 0.99 (mmol/L) | 5.72 (mmol/L)H | 1.24 (mmol/L) | | 154 (g/L) |
| Final Study Visit | S4 | 2005-12-05 (34) | QUETIAPINE 500 | | | | | | | 140 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-10-26 (-6) | PreTrt | 236 (10**9/L) | 9.8 (10**9/L) | 7.05 (10**9/L) | 25 (IU/L) | 22 (IU/L) | 62 (umol/L) | 2.16 (mIU/L) | 12.8 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-10-26 (-6) | PreTrt | 236 (10**9/L) | 9.8 (10**9/L) | 7.05 (10**9/L) | 25 (IU/L) | 22 (IU/L) | 62 (umol/L) | 2.16 (mIU/L) | 12.8 (pmol/L) |
| Final Study Visit | S4 | 2005-12-05 (34) | QUETIAPINE 500 | 241 (10**9/L) | 6.9 (10**9/L) | 3.95 (10**9/L) | | | | | |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range, H=above normal range, NR=not recorded   * - unscheduled visit

2912

4

CONFIDENTIAL
AZSER12747359

**Narrative event**
DAE

**Subject identifier**
D1447C00126/E0138021

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

## Weight: Include only if DAE due to weight

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2913

5

CONFIDENTIAL
AZSER12747360

| | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| | Open Label - QUETIAPINE 500 | DAE |

**Subject identifier**
D1447C00126/E0138021

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-10-02 (-31)# | 2006-01-12 (72)# | Yes | | 1000 ug | Nutritional supplement |
| 2005-10-02 (-31)# | 2006-01-12 (72)# | Yes | VITAMINS NOS | 1 tab | Nutritional supplement |
| 2005-10-26 (-7) | 2006-01-12 (72)# | Yes | SULINDAC | 150 mg | Osteoarthritis |
| 2005-11-02 (1) | 2005-12-02 (31) | No | LITHIUM | 600 mg | Bipolar |
| 2005-12-06 (35) | 2005-12-08 (37) | No | VALPROIC ACID | 250 mg | Bipolar |
| 2005-12-08 (37) | 2006-01-12 (72)# | Yes | CYCLOBENZAPRINE | 10 mg | Bipolar |
| 2005-12-08 (37) | 2006-01-12 (72)# | Yes | OXYCODONE | 5 mg | Dysmenorrhea |
| 2005-12-08 (37) | 2006-01-12 (72)# | Yes | PARACETAMOL | 325 mg | Dysmenorrhea |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2914

CONFIDENTIAL
AZSER12747361

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E0138023

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event**
DAE

**Narrative event:**

Death:           No

SAE:             No

DAE:             CONSTIPATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 52 | Female | Caucasian | 98 | 2005-11-28 | 2006-03-05 | QUETIAPINE 600 | 2006-03-15 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

Current:         tilted uterus, endometriosis, sciatica bilateral, past menopausal

Past:            fibrocystic breast disease. suicide attemps x3, hepatitis a, substance abuse

**Death information:**

Date of death:   No death

Cause of death:

Post-mortem:

1

2915

CONFIDENTIAL
AZSER12747362

**Subject identifier**
D1447C00126/E0138023

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discontinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2005-11-30 (3) | 2006-03-07 (100) | ABDOMINAL DISTENSION(Bloating) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-11-30 (3) | 2006-03-10 (103) | INCREASED APPETITE(Increased appetite) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 500 | 2005-12-07 (10) | NA | TOOTHACHE(Tooth ache) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 500 | 2005-12-07 (10) | 2006-03-08 (101) | TINNITUS(Ringing in ears) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 600 | 2005-12-15 (18) | 2006-03-07 (100) | CONSTIPATION(Constipation) | 9.1 | Resolved | No | Yes | No | Mild |
| OffTrt | | 2006-03-10 (103) | 2006-03-11 (104) | DIARRHOEA(Diarrhea) | 9.1 | Resolved | No | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2916

CONFIDENTIAL
AZSER12747363

**Subject identifier**
D1447C00126/E0138023

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event**
DAE

**Descriptive text:**

NA

2917

3

CONFIDENTIAL
AZSER12747364

**Narrative event** DAE

**Subject identifier** DI447C00126/E0138023

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-11-17 (-10) | PreTrt | 4.1 (mmol/L) | 5.8 (%) | 1.19 (mmol/L) | 4.17 (mmol/L) | 1.17 (mmol/L) | | 125 (g/L) |
| Visit prior to Event | S4 | 2005-12-14 (17) | QUETIAPINE 600 | | | | | | | 126 (g/L) |
| Visit of Event | S5 | 2006-01-18 (52) | QUETIAPINE 800 | | | | | | | 138 (g/L) |
| Visit of Event | S6 | 2006-02-20 (85) | QUETIAPINE 800 | 3.9 (mmol/L) | 5.3 (%) | | | | | 144 (g/L) |
| Final Study Visit | S6 | 2006-02-20 (85) | QUETIAPINE 800 | 3.9 (mmol/L) | 5.3 (%) | | | | | 144 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-11-17 (-10) | PreTrt | 283 (10**9/L) | 7.8 (10**9/L) | 4.65 (10**9/L) | 8 (IU/L) | 15 (IU/L) | 71 (umol/L) | 2.63 (mIU/L) | 13.3 (pmol/L) |
| Visit prior to Event | S4 | 2005-12-14 (17) | QUETIAPINE 600 | 318 (10**9/L) | 7.9 (10**9/L) | 5.06 (10**9/L) | | | | | |
| Visit of Event | S5 | 2006-01-18 (52) | QUETIAPINE 800 | 258 (10**9/L) | 5.6 (10**9/L) | 2.93 (10**9/L) | | | | | |
| Visit of Event | S6 | 2006-02-20 (85) | QUETIAPINE 800 | 328 (10**9/L) | 8.1 (10**9/L) | 4.67 (10**9/L) | | | | | |
| Final Study Visit | S6 | 2006-02-20 (85) | QUETIAPINE 800 | 328 (10**9/L) | 8.1 (10**9/L) | 4.67 (10**9/L) | | | | | |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range. NR=not recorded     * - unscheduled visit

2918

4

Narrative event
DAE

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 600

Subject identifier
D1447C00126/E0138023

## Weight: Include only if DAE due to weight

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2919

5

CONFIDENTIAL
AZSER12747366

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0138023 | Open Label - QUETIAPINE 600 | DAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-10-31 (-28) | 2006-03-05 (98) | No | VALPROIC ACID | 1000 mg | Bipolar |
| 2005-12-13 (16) | 2006-04-04 (128)# | Yes | PARACETAMOL | 500 mg | Sciatica nerve pain |
| 2006-01-22 (56) | 2006-03-07 (100) | No | YELLOW PHENOLPHTHALEIN | 15 mg | Constipation |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2920

6

CONFIDENTIAL
AZSER12747367

**START OF E NARRATIVE**

| | | | | |
|---|---|---|---|---|
| **Subject identifier** | | **Study phase-treatment during which event occurred** | | **Narrative event** |
| D1447C00126/E0138028 | | Open Label - QUETIAPINE 100 | | DAE |

**Narrative event:**

Death:                No

SAE:                  No

DAE:                  SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 41 | Female | Caucasian | 25 | 2006-02-14 | 2006-03-10 | QUETIAPINE 100 | 2006-03-10 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

Current:      asthma, post-traumatic cervicalgia disk protrusion c5-c6, post tramatic myotascial,periscupular injury, post-tramatic lumbalgia.disk protrusion c4-c5

Past:         colon cancer, panic attacks, temporamadubular joint syndrom, hypergylcmia, (r) ovaria cyst, rectal fistula

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

2921

1

CONFIDENTIAL
AZSER12747368

**Subject identifier**
D1447C00126/E0138028

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2006-02-13 (-1) | 2006-02-16 (3) | NASOPHARYNGITIS(Common cold) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 100 | 2006-02-15 (2) | NA | DRY MOUTH(Dry mouth) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 100 | 2006-02-15 (2) | NA | SEDATION(Sedation) | 9.1 | Continuing | Yes | Yes | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2

2922

CONFIDENTIAL
AZSER12747369

**Subject identifier**
D1447C00126/E0138028

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Descriptive text:**

NA

3

2923

CONFIDENTIAL
AZSER12747370

**Subject identifier**
D1447C00126/E0138028

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-02-10 (-3) | PreTrt | 5.5 (mmol/L) | 6.7 (%)H | 2.08 (mmol/L) | 6.19 (mmol/L)H | 1.14 (mmol/L) | | 141 (g/L) |
| Visit prior to Event | Enrollment | 2006-02-10 (-3) | PreTrt | 5.5 (mmol/L) | 6.7 (%)H | 2.08 (mmol/L) | 6.19 (mmol/L)H | 1.14 (mmol/L) | | 141 (g/L) |
| Final Study Visit | S13 | 2006-03-10 (25) | QUETIAPINE 400 | 5.7 (mmol/L) | 6.7 (%)H | 3.72 (mmol/L)H | 5.62 (mmol/L)H | 1.01 (mmol/L)L | | 136 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-02-10 (-3) | PreTrt | 371 (10**9/L) | 12.2 (10**9/L) | 8.83 (10**9/L)H | 42 (IU/L)H | 25 (IU/L) | 44 (umol/L) | 2.96 (mIU/L) | 15.7 (pmol/L) |
| Visit prior to Event | Enrollment | 2006-02-10 (-3) | PreTrt | 371 (10**9/L) | 12.2 (10**9/L) | 8.83 (10**9/L)H | 42 (IU/L)H | 25 (IU/L) | 44 (umol/L) | 2.96 (mIU/L) | 15.7 (pmol/L) |
| Final Study Visit | S13 | 2006-03-10 (25) | QUETIAPINE 400 | 306 (10**9/L) | 7.2 (10**9/L) | 4.74 (10**9/L) | 55 (IU/L)H | 27 (IU/L) | 53 (umol/L) | 2.61 (mIU/L) | 12.6 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * = unscheduled visit

2924

4

CONFIDENTIAL
AZSER12747371

Narrative event
DAE

**Subject identifier**
D1447C00126/E0138028

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2925

5

CONFIDENTIAL
AZSER12747372

| Subject identifier | Study phase-treatment during which event occurred | | | | Narrative event |
|---|---|---|---|---|---|
| D1447C00126/E0138028 | Open Label - QUETIAPINE 100 | | | | DAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2006-02-14 (1) | 2006-02-27 (14) | No | VALPROIC ACID | 500 mg | Bipolar |
| 2006-02-27 (14) | 2006-04-09 (55)# | Yes | VALPROIC ACID | 750 mg | Bipolar |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2926

6

CONFIDENTIAL
AZSER12747373

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E0138029

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Narrative event:**

Death:          No

SAE:           No

DAE:           SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 21 | Female | Caucasian | 28 | 2006-03-03 | 2006-03-30 | QUETIAPINE 200 | 2006-03-30 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:        stomach pain

Past:          suicide attempt overdose 2004, cannabis dependence

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

1

2927

CONFIDENTIAL
AZSER12747374

**Subject identifier**
D1447C00126/E0138029

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2006-02-20 (-11) | 2006-03-09 (7) | PREMENSTRUAL SYNDROME(PMS symptons) | 9.1 | Resolved | No | No | No | Mild |
| PreTrt | | 2006-02-27 (-4) | 2006-03-29 (27) | NASOPHARYNGITIS(Common cold) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 200 | 2006-03-08 (6) | 2006-03-08 (6) | HEADACHE(Headache) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 200 | 2006-03-10 (8) | NA | SEDATION(Sedation) | 9.1 | Continuing | Yes | Yes | No | Mild |
| OL | QUETIAPINE 200 | 2006-03-24 (22) | 2006-03-24 (22) | HEADACHE(Headache) | 9.1 | Resolved | No | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2

2928

CONFIDENTIAL
AZSER12747375

**Narrative event**
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Subject identifier**
D1447C00126/E0138029

**Descriptive text:**

NA

2929

3

CONFIDENTIAL
AZSER12747376

**Subject identifier**
D1447C00126/E0138029

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-02-24 (-6) | PreTrt | 4.5 (mmol/L) | 5.2 (%) | 0.50 (mmol/L)L | 3.52 (mmol/L) | 1.81 (mmol/L) | | 135 (g/L) |
| Visit prior to Event | Enrollment | 2006-02-24 (-6) | PreTrt | 4.5 (mmol/L) | 5.2 (%) | 0.50 (mmol/L)L | 3.52 (mmol/L) | 1.81 (mmol/L) | | 135 (g/L) |
| Final Study Visit | Enrollment | 2006-02-24 (-6) | PreTrt | 4.5 (mmol/L) | 5.2 (%) | 0.50 (mmol/L)L | 3.52 (mmol/L) | 1.81 (mmol/L) | | 135 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-02-24 (-6) | PreTrt | 295 (10**9/L) | 7.4 (10**9/L) | 3.90 (10**9/L) | 14 (IU/L) | 20 (IU/L) | 71 (umol/L) | 2.00 (mIU/L) | 16.0 (pmol/L) |
| Visit prior to Event | Enrollment | 2006-02-24 (-6) | PreTrt | 295 (10**9/L) | 7.4 (10**9/L) | 3.90 (10**9/L) | 14 (IU/L) | 20 (IU/L) | 71 (umol/L) | 2.00 (mIU/L) | 16.0 (pmol/L) |
| Final Study Visit | Enrollment | 2006-02-24 (-6) | PreTrt | 295 (10**9/L) | 7.4 (10**9/L) | 3.90 (10**9/L) | 14 (IU/L) | 20 (IU/L) | 71 (umol/L) | 2.00 (mIU/L) | 16.0 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

2930

4

CONFIDENTIAL
AZSER12747377

Subject identifier
D1447C00126/E0138029

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

Narrative event
DAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2931

CONFIDENTIAL
AZSER12747378

| Subject identifier | Study phase-treatment during which event occurred | | | Narrative event |
| D1447C00126/E0138029 | Open Label - QUETIAPINE 200 | | | DAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2006-03-03 (1) | 2006-04-29 (58)# | Yes | LITHIUM | 300 mg | Bipolar |
| 2006-03-06 (4) | 2006-04-29 (58)# | Yes | VITAMINS NOS | 1 tab | General well being |
| 2006-03-24 (22) | 2006-03-24 (22) | No | PARACETAMOL | 1000 mg | Headache |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2932

6

CONFIDENTIAL
AZSER12747379

**START OF E NARRATIVE**
**Subject identifier**
D1447C00126/E01/41008

**Narrative event:**

Death:          No

SAE:            No

DAE:            SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 40 | Female | Caucasian | 5 | 2006-01-16 | 2006-01-20 | NA | 2006-03-16 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:        headaches

Past:

**Death information:**

Date of death:          No death

Cause of death:

Post-mortem:

Study phase-treatment during which event occurred
Off Treatment - NA

2933

1

CONFIDENTIAL
AZSER12747380

**Subject identifier**
D1447C00126/E0141008

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 300 | 2006-01-20 (5) | 2006-03-01 (45) | NAUSEA(Nausea) | 9.1 | Resolved | Yes | No | No | Moderate |
| OffTrt | | 2006-01-23 (8) | 2006-02-15 (31) | INCREASED APPETITE(Increased appetite) | 9.1 | Resolved | Yes | No | No | Moderate |
| OffTrt | | 2006-01-23 (8) | 2006-03-01 (45) | SEDATION(Sedation) | 9.1 | Resolved | Yes | Yes | No | Moderate |
| OffTrt | | 2006-01-23 (8) | 2006-03-01 (45) | HYPERHIDROSIS(Sweating) | 9.1 | Resolved | Yes | No | No | Moderate |
| OffTrt | | 2006-02-02 (18) | NA | WEIGHT INCREASED(Weight gain) | 9.1 | Continuing | Yes | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2934

CONFIDENTIAL
AZSER12747381

**Subject identifier**
D1447C00126/E0141008

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
DAE

**Descriptive text:**

NA

3

2935

CONFIDENTIAL
AZSER12747382

**Subject identifier**
D1447C00126/E0141008

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-09 (-6) | PreTrt | 3.7 (mmol/L)L | 4.7 (%) | 1.64 (mmol/L) | 3.42 (mmol/L) | 1.48 (mmol/L) | | 131 (g/L) |
| Visit prior to Event | Enrollment | 2006-01-09 (-6) | PreTrt | 3.7 (mmol/L)L | 4.7 (%) | 1.64 (mmol/L) | 3.42 (mmol/L) | 1.48 (mmol/L) | | 131 (g/L) |
| Visit after Event | S13 | 2006-03-16 (60) | OffTrt | 5.1 (mmol/L) | 4.6 (%) | 1.81 (mmol/L) | 4.48 (mmol/L) | 2.15 (mmol/L) H | | 126 (g/L) |
| Final Study Visit | S13 | 2006-03-16 (60) | OffTrt | 5.1 (mmol/L) | 4.6 (%) | 1.81 (mmol/L) | 4.48 (mmol/L) | 2.15 (mmol/L) H | | 126 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-09 (-6) | PreTrt | 259 (10**9/L) | 4.7 (10**9/L) | 2.98 (10**9/L) | 13 (IU/L) | 17 (IU/L) | 62 (umol/L) | 0.79 (mIU/L) | 14.1 (pmol/L) |
| Visit prior to Event | Enrollment | 2006-01-09 (-6) | PreTrt | 259 (10**9/L) | 4.7 (10**9/L) | 2.98 (10**9/L) | 13 (IU/L) | 17 (IU/L) | 62 (umol/L) | 0.79 (mIU/L) | 14.1 (pmol/L) |
| Visit after Event | S13 | 2006-03-16 (60) | OffTrt | 251 (10**9/L) | 7.1 (10**9/L) | 4.12 (10**9/L) | 9 (IU/L) | 13 (IU/L) | 62 (umol/L) | 1.70 (mIU/L) | 15.6 (pmol/L) |
| Final Study Visit | S13 | 2006-03-16 (60) | OffTrt | 251 (10**9/L) | 7.1 (10**9/L) | 4.12 (10**9/L) | 9 (IU/L) | 13 (IU/L) | 62 (umol/L) | 1.70 (mIU/L) | 15.6 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range .H=above normal range. NR=not recorded     * - unscheduled visit

2936

4

CONFIDENTIAL
AZSER12747383

**Subject identifier**
D1447C00126/E0141008

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
DAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2937

5

CONFIDENTIAL
AZSER12747384

Subject identifier
D1447C00126/E0141008

**Study phase-treatment during which event occurred**
Off Treatment - NA

Narrative event
DAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-12-16 (-31)# | 2006-02-20 (36) | No | VENLAFAXINE | 75 mg | Bipolar disorder |
| 2006-01-17 (2) | 2006-01-23 (8) | No | LITHIUM | 600 mg | Bipolar disorder |
| 2006-01-24 (9) | 2006-02-20 (36) | No | LITHIUM | 900 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2938

6

CONFIDENTIAL
AZSER12747385

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0143001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event:**

Death:              No

SAE:                No

DAE:                WEIGHT INCREASED

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 24 | Female | Caucasian | 30 | 2005-11-23 | 2005-12-22 | QUETIAPINE 400 | 2005-12-22 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:            thyroid nodule

Past:               cervical cone-removed 2003, kidney stones

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

1

2939

CONFIDENTIAL
AZSER12747386

**Subject identifier**
D1447C00126/E0143001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-11-18 (-5) | NA | SNORING(Snoring) | 9.1 | Continuing | Yes | No | No | Mild |
| PreTrt | | 2005-11-18 (-5) | NA | SLEEP TALKING(Talking in sleep) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-12-01 (9) | NA | WEIGHT INCREASED(Weight gain) | 9.1 | Continuing | Yes | Yes | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2940

CONFIDENTIAL
AZSER12747387

**Subject identifier**
D1447C00126/E0143001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Descriptive text:**

NA

2941

3

CONFIDENTIAL
AZSER12747388

**Subject identifier**
D1447C00126/E0143001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-11-17 (-5) | PreTrt | 4.7 (mmol/L) | 5.1 (%) | 1.80 (mmol/L) | 4.20 (mmol/L) | 1.63 (mmol/L) | | 145 (g/L) |
| Visit prior to Event | Enrollment | 2005-11-17 (-5) | PreTrt | 4.7 (mmol/L) | 5.1 (%) | 1.80 (mmol/L) | 4.20 (mmol/L) | 1.63 (mmol/L) | | 145 (g/L) |
| Final Study Visit | Enrollment | 2005-11-17 (-5) | PreTrt | 4.7 (mmol/L) | 5.1 (%) | 1.80 (mmol/L) | 4.20 (mmol/L) | 1.63 (mmol/L) | | 145 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-11-17 (-5) | PreTrt | 311 (10**9/L) | 10.4 (10**9/L) | 7.24 (10**9/L) | 20 (IU/L) | 17 (IU/L) | 80 (umol/L) | 0.78 (mIU/L) | 15.0 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-11-17 (-5) | PreTrt | 311 (10**9/L) | 10.4 (10**9/L) | 7.24 (10**9/L) | 20 (IU/L) | 17 (IU/L) | 80 (umol/L) | 0.78 (mIU/L) | 15.0 (pmol/L) |
| Final Study Visit | Enrollment | 2005-11-17 (-5) | PreTrt | 311 (10**9/L) | 10.4 (10**9/L) | 7.24 (10**9/L) | 20 (IU/L) | 17 (IU/L) | 80 (umol/L) | 0.78 (mIU/L) | 15.0 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range, H=above normal range, NR=not recorded   * = unscheduled visit

2942

4

CONFIDENTIAL
AZSER12747389

**Subject identifier**
D1447C00126/E0143001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| Enrollment | 2005-11-17 (-6) | | PreTrt | 84.1 |
| S13 | 2005-12-22 (30) | QUETIAPINE 400 | OL | 87.3 |

5

2943

CONFIDENTIAL
AZSER12747390

**Subject identifier**
D1447C00126/E0143001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-10-23 (-31)# | 2006-01-21 (60)# | Yes | BUPROPION | 300 mg | Mood stabilizer |
| 2005-10-23 (-31)# | 2006-01-21 (60)# | Yes | NUVARING | 15 mcg | Birth control |
| 2005-11-22 (-1) | 2005-12-20 (28) | No | VALPROIC ACID | 1000 mg | Bipolar 1 , mood stabilizer |
| 2005-12-20 (28) | 2006-01-21 (60)# | Yes | VALPROIC ACID | 250 mg | Mood stabilizer |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2944

6

CONFIDENTIAL
AZSER12747291

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0145007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event:**

Death:        No

SAE:          No

DAE:          EXTRASYSTOLES

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 42 | Female | Caucasian | 45 | 2005-12-27 | 2006-02-09 | QUETIAPINE 600 | 2006-02-10 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

Current:     hypertension, hyperlipidemia, urinary incontinence, chronic headaches, migraine headaches, diabetes type 2, hypothuroidism, skin tags, fibromialgia, cervical disc disease, seasonal allergies

Past:        eustachian tube dysfunction, strep throat, sinusitis, upper respiratory trace infection, hemorrhoids, dysfunctional uterine bleeding, urinary tract infection, thyroid enlargement, metabolic syndrome, generalized anxity disorder, depression, narcotic abuse

**Death information:**

Date of death:       No death

Cause of death:

Post-mortem:

2945

1

**Subject identifier**
D1447C00126/E0145007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 600 | 2005-12-27 (1) | NA | WEIGHT INCREASED(Weight gain (17 pounds)) | 9.1 | Continuing | Yes | No | No | Severe |
| OL | QUETIAPINE 600 | 2005-12-27 (1) | NA | EXTRASYSTOLES(Bigeminy) | 9.1 | Continuing | No | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2946

CONFIDENTIAL
AZSER12747393

**Subject identifier**
D1447C00126/E0145007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event**
DAE

**Descriptive text:**

NA

2947

3

CONFIDENTIAL
AZSER12747394

**Narrative event** DAE

**Subject identifier** D1447C00126/E0145007

**Study phase-treatment during which event occurred** Open Label - QUETIAPINE 600

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-12-22 (-4) | PreTrt | 6.8 (mmol/L)H | 6.9 (%)H | 1.81 (mmol/L) | 4.17 (mmol/L) | 1.24 (mmol/L) | | 135 (g/L) |
| Visit prior to Event | Enrollment | 2005-12-22 (-4) | PreTrt | 6.8 (mmol/L)H | 6.9 (%)H | 1.81 (mmol/L) | 4.17 (mmol/L) | 1.24 (mmol/L) | | 135 (g/L) |
| Final Study Visit | S13 | 2006-02-10 (46) | OffTrt | 4.7 (mmol/L) | 7.4 (%)H | 4.26 (mmol/L)H | 5.44 (mmol/L)H | 1.58 (mmol/L) | | 142 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-12-22 (-4) | PreTrt | 325 (10**9/L) | 6.4 (10**9/L) | 3.65 (10**9/L) | 12 (IU/L) | 16 (IU/L) | 71 (umol/L) | 1.07 (mIU/L) | 12.0 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-12-22 (-4) | PreTrt | 325 (10**9/L) | 6.4 (10**9/L) | 3.65 (10**9/L) | 12 (IU/L) | 16 (IU/L) | 71 (umol/L) | 1.07 (mIU/L) | 12.0 (pmol/L) |
| Final Study Visit | S13 | 2006-02-10 (46) | OffTrt | 309 (10**9/L) | 11.3 (10**9/L) | 6.37 (10**9/L) | 27 (IU/L) | 28 (IU/L) | 80 (umol/L) | 3.54 (mIU/L) | 12.6 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * = unscheduled visit

2948

4

CONFIDENTIAL
AZSER12747395

Narrative event
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

Subject identifier
D1447C00126/E0145007

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2949

CONFIDENTIAL
AZSER12747396

**Narrative event** DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Subject identifier**
D1447C00126/E0145007

## Medication information: Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-03-16 (-286) | 2006-03-11 (75)# | Yes | METAXALONE | 3200 mg | Fibromyalgia |
| 2005-05-24 (-217) | 2006-03-11 (75)# | Yes | PRINZIDE | 20 mg | Hypertension |
| 2005-09-16 (-102) | 2006-03-11 (75)# | Yes | METFORMIN | 1 tab | Diabetes 2 |
| 2005-09-16 (-102) | 2006-03-11 (75)# | Yes | PIOGLITAZONE | 1 tab | Diabetes type 2 |
| 2005-09-29 (-89) | 2006-03-11 (75)# | Yes | GUAIFENESIN | 600 mg | Seasonal allergies |
| 2005-11-26 (-31)# | 2006-03-11 (75)# | Yes | TRAMADOL | 2 tabs pm | Fibromyalgia |
| 2005-12-06 (-21) | 2006-02-10 (46) | No | VALPROIC ACID | 1500 mg | Bipolar |
| 2005-12-14 (-13) | 2006-03-11 (75)# | Yes | THYROID | 45 mg | Hypothyroidism |
| 2005-12-16 (-11) | 2006-03-11 (75)# | Yes | MELOXICAM | 15 mg | Fibromyalgia |
| 2005-12-16 (-11) | 2006-03-11 (75)# | Yes | SIMVASTATIN | 20 mg | Hyperlipidemia |
| 2005-12-22 (-5) | 2006-03-11 (75)# | Yes | LORAZEPAM | 1 mg | Bipolar |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2950

CONFIDENTIAL
AZSER12747397

Narrative event
DAE

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E0146001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event:**

Death:        No

SAE:         No

DAE:         SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 47 | Male | Caucasian | 9 | 2005-12-22 | 2005-12-30 | QUETIAPINE 100 | 2006-01-03 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

Current:        defective vision - bifocals, occasional diarrhea, occasional constipation, occasional migraine headache, occasional stress headache, insomnia, anxiety secondary to bipolar i, intermittent perioral skin irritation

Past:

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

2951

1

CONFIDENTIAL
AZSER12747398

**Subject identifier**
D1447C00126/E0146001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-12-13 (-9) | NA | DIZZINESS(Dizziness) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 100 | 2005-12-22 (1) | 2005-12-23 (2) | SEDATION(Sedation) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 100 | 2005-12-29 (8) | 2005-12-29 (8) | AKATHISIA(Akathisia) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 100 | 2005-12-29 (8) | 2005-12-30 (9) | SEDATION(Sedation) | 9.1 | Resolved | Yes | Yes | No | Moderate |
| OffTrt | | 2006-01-03 (13) | NA | EAR CANAL ERYTHEMA(Redness left auditory canal) | 9.1 | Continuing | No | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2952

CONFIDENTIAL
AZSER12747399

**Subject identifier**
D1447C00126/E0146001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Descriptive text:**

NA

2953

3

CONFIDENTIAL
AZSER12747400

**Narrative event** DAE

**Subject identifier**
D1447C00126/E0146001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-12-19 (-2) | PreTrt | 5.1 (mmol/L) | 5.6 (%) | 0.79 (mmol/L) | 4.90 (mmol/L) | 1.40 (mmol/L) | | 148 (g/L) |
| Visit prior to Event | Enrollment | 2005-12-19 (-2) | PreTrt | 5.1 (mmol/L) | 5.6 (%) | 0.79 (mmol/L) | 4.90 (mmol/L) | 1.40 (mmol/L) | | 148 (g/L) |
| Visit after Event | S13 | 2006-01-03 (13) | OffTrt | 4.9 (mmol/L) | 5.6 (%) | 0.87 (mmol/L) | 4.45 (mmol/L) | 1.22 (mmol/L) | | 144 (g/L) |
| Final Study Visit | S13 | 2006-01-03 (13) | OffTrt | 4.9 (mmol/L) | 5.6 (%) | 0.87 (mmol/L) | 4.45 (mmol/L) | 1.22 (mmol/L) | | 144 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-12-19 (-2) | PreTrt | 281 (10**9/L) | 6.0 (10**9/L) | 3.41 (10**9/L) | 29 (IU/L) | 27 (IU/L) | 80 (umol/L) | 1.11 (mIU/L) | 16.1 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-12-19 (-2) | PreTrt | 281 (10**9/L) | 6.0 (10**9/L) | 3.41 (10**9/L) | 29 (IU/L) | 27 (IU/L) | 80 (umol/L) | 1.11 (mIU/L) | 16.1 (pmol/L) |
| Visit after Event | S13 | 2006-01-03 (13) | OffTrt | 211 (10**9/L) | 4.9 (10**9/L) | 2.51 (10**9/L) | 24 (IU/L) | 25 (IU/L) | 80 (umol/L) | 0.96 (mIU/L) | 13.9 (pmol/L) |
| Final Study Visit | S13 | 2006-01-03 (13) | OffTrt | 211 (10**9/L) | 4.9 (10**9/L) | 2.51 (10**9/L) | 24 (IU/L) | 25 (IU/L) | 80 (umol/L) | 0.96 (mIU/L) | 13.9 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range. H=above normal range. NR=not recorded    * = unscheduled visit

2954

4

CONFIDENTIAL
AZSER12747401

Narrative event
DAE

Subject identifier
D1447C00126/E0146001

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 100

**Weight:  Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2955

CONFIDENTIAL
AZSER12747402

Subject identifier
D1447C00126/E0146001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

Narrative event
DAE

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-11-21 (-31)# | 2006-01-29 (39)# | Yes | LORAZEPAM | 1 mg | Anxiety secondary to bipolar |
| 2005-11-21 (-31)# | 2006-01-29 (39)# | Yes | THOMAPYRIN N | 2 tablets PRN | Migraine headache |
| 2005-11-21 (-31)# | 2006-01-29 (39)# | Yes | THOMAPYRIN N | 2 tablets PRN | Stress headache |
| 2005-11-21 (-31)# | 2006-01-29 (39)# | Yes | ZOLPIDEM | 10 mg PRN | Insomnia |
| 2005-12-22 (1) | 2006-01-29 (39)# | Yes | VALPROIC ACID | 1000 mg | Bipolar I |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2956

6

CONFIDENTIAL
AZSER12747403

Narrative event
DAE

# START OF E NARRATIVE

Subject identifier
D1447C00126/E0146002

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

## Narrative event:

Death:        No
SAE:          No
DAE:          SEDATION

## Baseline information and summary of treatment:

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 42 | Female | Caucasian | 10 | 2005-12-21 | 2005-12-30 | NA | 2006-01-12 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

## Medical History:

Current:    lithium sensitivity, naprosyn sensitivity, defective vision - bifocals, mild cardiac valve regurgitation, occasional mild peripheral edema, occasional gastroesophageal reflux, microscopic hematuria, heavy menstrual periods, bilateral shoulder bursitis, occasional sinus congestion, insomnia

Past:       history of gallstones, history of kidney stones, history borderline anemia, history bilateral lazy eye, right wrist ligament injury, right knee torn cartilege, left knee torn cartilege

## Death information:

Date of death:      No death
Cause of death:
Post-mortem:

2957

1

CONFIDENTIAL
AZSER12747404

**Subject identifier**
D1447C00126/E0146002

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-12-14 (-7) | NA | CONSTIPATION(Constipation) | 9.1 | Continuing | Yes | No | No | Mild |
| PreTrt | | 2005-12-16 (-5) | 2005-12-30 (10) | SEDATION(Sedation) | 9.1 | Resolved | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2958

CONFIDENTIAL
AZSER12747405

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0146002 | Pre-Treatment - NA | DAE |

**Descriptive text:**

NA

2959

3

CONFIDENTIAL
AZSER12747406

**Subject identifier**
D1447C00126/E0146002

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Narrative event**
DAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-12-15 (-5) | PreTrt | 4.6 (mmol/L) | 5.2 (%) | 1.19 (mmol/L) | 4.45 (mmol/L) | 1.27 (mmol/L) | | 122 (g/L) |
| Visit prior to Event | Enrollment | 2005-12-15 (-5) | PreTrt | 4.6 (mmol/L) | 5.2 (%) | 1.19 (mmol/L) | 4.45 (mmol/L) | 1.27 (mmol/L) | | 122 (g/L) |
| Visit after Event | S13 | 2006-01-12 (23) | OffTrt | 3.9 (mmol/L) | 5.3 (%) | 1.73 (mmol/L) | 3.94 (mmol/L) | 0.91 (mmol/L)L | | 129 (g/L) |
| Final Study Visit | S13 | 2006-01-12 (23) | OffTrt | 3.9 (mmol/L) | 5.3 (%) | 1.73 (mmol/L) | 3.94 (mmol/L) | 0.91 (mmol/L)L | | 129 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-12-15 (-5) | PreTrt | 288 (10**9/L) | 4.9 (10**9/L) | 3.23 (10**9/L) | 19 (IU/L) | 21 (IU/L) | 53 (umol/L) | 2.37 (mIU/L) | 10.7 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-12-15 (-5) | PreTrt | 288 (10**9/L) | 4.9 (10**9/L) | 3.23 (10**9/L) | 19 (IU/L) | 21 (IU/L) | 53 (umol/L) | 2.37 (mIU/L) | 10.7 (pmol/L) |
| Visit after Event | S13 | 2006-01-12 (23) | OffTrt | 268 (10**9/L) | 6.4 (10**9/L) | 3.54 (10**9/L) | 23 (IU/L) | 24 (IU/L) | 62 (umol/L) | 2.36 (mIU/L) | 11.7 (pmol/L) |
| Final Study Visit | S13 | 2006-01-12 (23) | OffTrt | 268 (10**9/L) | 6.4 (10**9/L) | 3.54 (10**9/L) | 23 (IU/L) | 24 (IU/L) | 62 (umol/L) | 2.36 (mIU/L) | 11.7 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range. H=above normal range. NR=not recorded    * - unscheduled visit

2960

4

CONFIDENTIAL
AZSER12747407

**Subject identifier**
D1447C00126/E0146002

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Narrative event**
DAE

## Weight: Include only if DAE due to weight

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2961

5

CONFIDENTIAL
AZSER12747408

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Subject identifier**
D1447C00126/E0146002

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-11-20 (-31)# | 2006-01-29 (40)# | Yes | IBUPROFEN | 800 mg PRN | Shoulder bursitis bilateral |
| 2005-12-15 (-6) | 2005-12-17 (-4) | No | VALPROIC ACID | 500 mg | Bipolar I |
| 2005-12-16 (-5) | 2005-12-16 (-5) | No | QUETIAPINE | 75 mg | Bipolar I |
| 2005-12-16 (-5) | 2006-01-29 (40)# | Yes | NORMENSAL | 1 tablet | Heavy menstrual periods |
| 2005-12-17 (-4) | 2005-12-17 (-4) | No | QUETIAPINE | 100 mg | Bipolar I |
| 2005-12-18 (-3) | 2005-12-18 (-3) | No | QUETIAPINE | 125 mg | Bipolar I |
| 2005-12-18 (-3) | 2006-01-29 (40)# | Yes | VALPROIC ACID | 1000 mg | Bipolar I |
| 2005-12-19 (-2) | 2005-12-19 (-2) | No | QUETIAPINE | 150 mg | Bipolar I |
| 2005-12-20 (-1) | 2005-12-20 (-1) | No | QUETIAPINE | 200 mg | Bipolar I |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2962

CONFIDENTIAL
AZSER12747409

**START OF E NARRATIVE**

**Narrative event**
DAE

Subject identifier
D1447C00126/E0146003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event:**

Death:                No

SAE:                  No

DAE:                  WEIGHT INCREASED

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 31 | Female | Black | 72 | 2005-12-20 | 2006-03-01 | QUETIAPINE 600 | 2006-03-09 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:        seasonal allergic rhinitis, painful menstrual periods, occasional lower back pains, occasional insomnia, occasional heartburn, occasional hyperhidrosis, history tailbone pain secondary to tailbone fracture

Past:           history of occasional sinusitis, history of epiglottitis, history of sinus infection, history of right foot fracture, history of right foot ligament, history restless feet-intermittent

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

2963

1

CONFIDENTIAL
AZSER12747410

**Subject identifier**
D1447C00126/E00146003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-12-15 (-5) | 2005-12-18 (-2) | NIGHT SWEATS(Night sweats) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 100 | 2005-12-20 (1) | 2006-03-02 (73) | ABDOMINAL DISTENSION(Bloating) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 200 | 2005-12-21 (2) | 2006-01-03 (15) | NIGHT SWEATS(Night sweats) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 200 | 2005-12-21 (2) | 2006-01-05 (17) | NASAL CONGESTION(Nasal congestion) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 200 | 2005-12-21 (2) | 2006-02-28 (71) | SEDATION(Sedation) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 200 | 2005-12-21 (2) | 2006-02-28 (71) | INCREASED APPETITE(Increased appetite) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 200 | 2005-12-21 (2) | 2006-02-28 (71) | DRY MOUTH(Dry mouth) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 200 | 2005-12-21 (2) | 2006-03-02 (73) | AKATHISIA(Increased frequency restless feet (akathisia)) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-12-24 (5) | 2006-02-28 (71) | FEELING ABNORMAL(Foggy head) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 600 | 2006-01-04 (16) | 2006-02-28 (71) | WEIGHT INCREASED(Weight gain) | 9.1 | Resolved | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 600 | 2006-01-06 (18) | 2006-03-02 (73) | CONSTIPATION(Constipation) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 600 | 2006-01-18 (30) | 2006-02-28 (71) | NASAL CONGESTION(Nasal congestion) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 600 | 2006-01-18 (30) | 2006-03-06 (77) | AMENORRHOEA(Amenorrhea) | 9.1 | Resolved | Yes | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2964

CONFIDENTIAL
AZSER12747411

**Narrative event**
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

2965

**Subject identifier**
D1447C00126/E0146003

3

CONFIDENTIAL
AZSER12747412

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0146003 | Open Label - QUETIAPINE 600 | DAE |

**Descriptive text:**

NA

2966

4

CONFIDENTIAL
AZSER12747413

**Narrative event** DAE

**Subject identifier** D1447C00126/E0146003

**Study phase-treatment during which event occurred** Open Label - QUETIAPINE 600

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-12-13 (-6) | PreTrt | 5.0 (mmol/L) | 5.8 (%) | 1.02 (mmol/L) | 5.57 (mmol/L)H | 1.76 (mmol/L) | | 135 (g/L) |
| Visit prior to Event | Enrollment | 2005-12-13 (-6) | PreTrt | 5.0 (mmol/L) | 5.8 (%) | 1.02 (mmol/L) | 5.57 (mmol/L)H | 1.76 (mmol/L) | | 135 (g/L) |
| Visit of Event | S4 | 2006-01-18 (30) | QUETIAPINE 600 | | | | | | | 126 (g/L) |
| Visit of Event | S5 | 2006-02-21 (64) | QUETIAPINE 600 | | | | | | | 130 (g/L) |
| Visit after Event | S13 | 2006-03-09 (80) | OffTrt | 5.1 (mmol/L) | 5.5 (%) | 1.16 (mmol/L) | 5.28 (mmol/L)H | 1.42 (mmol/L) | | 131 (g/L) |
| Final Study Visit | S13 | 2006-03-09 (80) | OffTrt | 5.1 (mmol/L) | 5.5 (%) | 1.16 (mmol/L) | 5.28 (mmol/L)H | 1.42 (mmol/L) | | 131 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-12-13 (-6) | PreTrt | 361 (10**9/L) | 5.8 (10**9/L) | 3.42 (10**9/L) | 14 (IU/L) | 15 (IU/L) | 71 (umol/L) | 0.94 (mIU/L) | 11.4 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-12-13 (-6) | PreTrt | 361 (10**9/L) | 5.8 (10**9/L) | 3.42 (10**9/L) | 14 (IU/L) | 15 (IU/L) | 71 (umol/L) | 0.94 (mIU/L) | 11.4 (pmol/L) |
| Visit of Event | S4 | 2006-01-18 (30) | QUETIAPINE 600 | 394 (10**9/L) | 6.7 (10**9/L) | 4.05 (10**9/L) | | | | | |
| Visit of Event | S5 | 2006-02-21 (64) | QUETIAPINE 600 | 369 (10**9/L) | 7.0 (10**9/L) | 5.09 (10**9/L) | | | | | |
| Visit after Event | S13 | 2006-03-09 (80) | OffTrt | 408 (10**9/L) | 4.5 (10**9/L) | 2.12 (10**9/L) | 16 (IU/L) | 18 (IU/L) | 80 (umol/L) | 0.68 (mIU/L) | 11.4 (pmol/L) |

5

2967

CONFIDENTIAL
AZSER12747414

**Subject identifier**
D1447C00126/E0146003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event**
DAE

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|-------|--------------|-------------------------------|----------------------------------|----------------|-----------------|-------------|-----|-----|------------|-----|-----|
| Final Study Visit | S13 | 2006-03-09 (80) | OffTrt | 408 (10**9/L) | 4.5 (10**9/L) | 2.12 (10**9/L) | 16 (IU/L) | 18 (IU/L) | 80 (umol/L) | 0.68 (mIU/L) | 11.4 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * - unscheduled visit

2968

6

CONFIDENTIAL
AZSER12747415

**Subject identifier**
D1447C00126/E0146003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event**
DAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| Enrollment | 2005-12-13 (-7) | | PreTrt | 82.6 |
| S2 | NA | | | 90.9 |
| S13 | 2006-03-09 (80) | | OffTrt | 93.6 |

2969

7

CONFIDENTIAL
AZSER12747416

Subject identifier
D1447C00126/E0146003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event**
DAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-11-19 (-31)# | 2006-03-31 (102)# | Yes | IBUPROFEN | 200 mg | Tailbone pain |
| 2005-11-19 (-31)# | 2006-03-31 (102)# | Yes | PARACETAMOL | 650 mg | Tailbone pain |
| 2005-11-19 (-31)# | 2006-03-31 (102)# | Yes | VITAMINS NOS | 1 tab | Health maintenance |
| 2005-12-20 (1) | 2006-03-02 (73) | No | LITHIUM | 900 mg | Bipolar I |
| 2005-12-20 (1) | 2006-03-31 (102)# | Yes | FOLIC ACID | 4 mg | Health maintenance |
| 2006-01-18 (30) | 2006-01-18 (30) | No | CHROMIUM | 1 tab | Health maintenance |
| 2006-01-18 (30) | 2006-03-02 (73) | No | LORAZEPAM | 1 mg | Restless feet |
| 2006-02-20 (63) | 2006-02-20 (63) | No | | 1 tab | Bloating |
| 2006-02-20 (63) | 2006-02-20 (63) | No | | 2 tabs | Constipation |
| 2006-02-20 (63) | 2006-03-31 (102)# | Yes | | 1 tab | Health maintenance |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2970

8

CONFIDENTIAL
AZSER12747417

Narrative event
DAE

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E0146007

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Narrative event:**

Death:       No

SAE:         No

DAE:         SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 65 | Female | Caucasian | 9 | 2006-01-10 | 2006-01-18 | NA | 2006-01-24 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:    defective vision - bifocals, occasional prinzmetal's angina, rare heartburn, hypothyroidism, arthritis - hands bilaterally, arthritis - hips bilaterally, insomnia, borderline elevated cholesterol

Past:       myocardial infarction, history of irregular heartbeat

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

2971

1

CONFIDENTIAL
AZSER12747418

**Subject identifier**
D1447C00126/E0146007

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2006-01-05 (-5) | 2006-01-18 (9) | SEDATION(Sedation) | 9.1 | Resolved | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 100 | 2006-01-10 (1) | 2006-01-18 (9) | NAUSEA(Nausea) | 9.1 | Resolved | Yes | No | No | Mild |
| OffTrt | | 2006-01-25 (16) | 2006-01-25 (16) | DIZZINESS(Lightheadedness) | 9.1 | Resolved | No | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2972

CONFIDENTIAL
AZSER12747419

**Subject identifier**
D1447C00126/E0146007

**Descriptive text:**

NA

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Narrative event**
DAE

2973

3

CONFIDENTIAL
AZSER12747420

**Subject identifier**
D1447C00126/E0146007

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Narrative event**
DAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|-------|--------------|-------------------------------|--------------------------------|---------|-------|----------------|-------------------|-----|-----|-------------|
| Enrollment | Enrollment | 2006-01-02 (-7) | PreTrt | 4.9 (mmol/L) | 5.4 (%) | 1.53 (mmol/L) | 5.80 (mmol/L)H | 1.63 (mmol/L) | | 150 (g/L) |
| Visit prior to Event | Enrollment | 2006-01-02 (-7) | PreTrt | 4.9 (mmol/L) | 5.4 (%) | 1.53 (mmol/L) | 5.80 (mmol/L)H | 1.63 (mmol/L) | | 150 (g/L) |
| Visit after Event | S13 | 2006-01-24 (15) | OffTrt | 4.8 (mmol/L) | 5.5 (%) | 0.69 (mmol/L) | 4.53 (mmol/L) | 1.35 (mmol/L) | | 133 (g/L) |
| Final Study Visit | S13 | 2006-01-24 (15) | OffTrt | 4.8 (mmol/L) | 5.5 (%) | 0.69 (mmol/L) | 4.53 (mmol/L) | 1.35 (mmol/L) | | 133 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|-------|--------------|-------------------------------|--------------------------------|----------------|-----------------|-------------|-----|-----|------------|-----|-----|
| Enrollment | Enrollment | 2006-01-02 (-7) | PreTrt | 308 (10**9/L) | 7.3 (10**9/L) | 5.07 (10**9/L) | 19 (IU/L) | 25 (IU/L) | 71 (umol/L) | 0.94 (mIU/L) | 15.4 (pmol/L) |
| Visit prior to Event | Enrollment | 2006-01-02 (-7) | PreTrt | 308 (10**9/L) | 7.3 (10**9/L) | 5.07 (10**9/L) | 19 (IU/L) | 25 (IU/L) | 71 (umol/L) | 0.94 (mIU/L) | 15.4 (pmol/L) |
| Visit after Event | S13 | 2006-01-24 (15) | OffTrt | 320 (10**9/L) | 6.2 (10**9/L) | 4.56 (10**9/L) | 13 (IU/L) | 20 (IU/L) | 88 (umol/L) | 2.76 (mIU/L) | 14.8 (pmol/L) |
| Final Study Visit | S13 | 2006-01-24 (15) | OffTrt | 320 (10**9/L) | 6.2 (10**9/L) | 4.56 (10**9/L) | 13 (IU/L) | 20 (IU/L) | 88 (umol/L) | 2.76 (mIU/L) | 14.8 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range. H=above normal range. NR=not recorded    * - unscheduled visit

2974

4

CONFIDENTIAL
AZSER12747421

**Subject identifier**
D1447C00126/E0146007

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Narrative event**
DAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2975

5

CONFIDENTIAL
AZSER12747422

CONFIDENTIAL
AZSER12747423

**Subject identifier**
D1447C00126/E0146007

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Narrative event**
DAE

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-12-10 (-31)# | 2006-02-17 (39)# | Yes | AMLODIPINE | 5 mg | Prinzmetal's angina |
| 2005-12-10 (-31)# | 2006-02-17 (39)# | Yes | B-KOMPLEX "LECIVA" | 1 tablet | Health maintenance |
| 2005-12-10 (-31)# | 2006-02-17 (39)# | Yes | GLUCOSAMINE W/CHONDROITIN | 500 mg | Hand and hip arthritis |
| 2005-12-10 (-31)# | 2006-02-17 (39)# | Yes | GLYCERYL TRINITRATE | 0.4 mg | Prinzmetal's angina |
| 2005-12-10 (-31)# | 2006-02-17 (39)# | Yes | LEVOTHYROXINE | 88 ug | Hypothyroidism |
| 2005-12-10 (-31)# | 2006-02-17 (39)# | Yes | LITHIUM | 900 mg | Bipolar |
| 2005-12-10 (-31)# | 2006-02-17 (39)# | Yes | SIMECO | 1 tsp PRN | Heartburn |
| 2005-12-10 (-31)# | 2006-02-17 (39)# | Yes | WARFARIN | 5 mg | Prophylaxis |
| 2006-01-05 (-5) | 2006-01-06 (-4) | No | QUETIAPINE | 25 mg | Bipolar I |
| 2006-01-07 (-3) | 2006-01-07 (-3) | No | QUETIAPINE | 50 mg | Bipolar I |
| 2006-01-08 (-2) | 2006-01-08 (-2) | No | QUETIAPINE | 100 mg | Bipolar I |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2976

**START OF E NARRATIVE**
**Subject identifier**
D1447C00126/E0146009

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Narrative event:**

| | |
|---|---|
| Death: | No |
| SAE: | No |
| DAE: | SEDATION |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 60 | Female | Caucasian | 42 | 2006-01-25 | 2006-03-07 | NA | 2006-03-08 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

Current:     allergy-sulfonamides, insomnia, seasonal allergic rhinitis, myopia, elevated cholesterol, occasional heartburn, occasional diarrhea, occasional stress headache, hypothyroidism, occasional neck pain, osteoporosis, intermittent left shoulder pain

Past:          stomach ulcer, cholelithiasis, kidney stones, benign lump-left breast

**Death information:**

| | |
|---|---|
| Date of death: | No death |
| Cause of death: | |
| Post-mortem: | |

1

2977

CONFIDENTIAL
AZSER12747424

**Subject identifier**
D1447C00126/E0146009

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2006-01-12 (-13) | NA | SEDATION(Sedation) | 9.1 | Continuing | Yes | Yes | No | Moderate |
| PreTrt | | 2006-01-12 (-13) | NA | DIZZINESS(Lightheadedness) | 9.1 | Continuing | Yes | No | No | Mild |
| PreTrt | | 2006-01-12 (-13) | 2006-01-20 (-5) | NAUSEA(Nausea) | 9.1 | Resolved | Yes | No | No | Mild |
| PreTrt | | 2006-01-19 (-6) | NA | CONFUSIONAL STATE(Mental confusion) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 300 | 2006-01-31 (7) | NA | NAUSEA(Nausea) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2006-03-04 (39) | 2006-03-04 (39) | RESTLESSNESS(Restlessness (muscular)) | 9.1 | Resolved | Yes | No | No | Mild |
| OffTrt | | 2006-03-08 (43) | NA | GAIT DISTURBANCE(Difficulty with tandem gait) | 9.1 | Continuing | Yes | No | No | Mild |
| OffTrt | | 2006-03-08 (43) | 2006-03-08 (43) | TACHYCARDIA(Tachycardia) | 9.1 | Resolved | Yes | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2978

CONFIDENTIAL
AZSER12747425

**Subject identifier**
D1447C00126/E0146009

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Narrative event**
DAE

**Descriptive text:**

NA

2979

3

CONFIDENTIAL
AZSER12747426

**Subject identifier**
D1447C00126/E0146009

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-19 (-5) | PreTrt | 4.7 (mmol/L) | 6.0 (%) | 1.18 (mmol/L) | 3.47 (mmol/L) | 1.22 (mmol/L) | | 146 (g/L) |
| Final Study Visit | S13 | 2006-03-08 (43) | OffTrt | 6.3 (mmol/L) | 6.0 (%) | 2.49 (mmol/L) | 5.34 (mmol/L)H | 1.37 (mmol/L) | | 136 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-19 (-5) | PreTrt | 202 (10**9/L) | 9.9 (10**9/L) | 7.40 (10**9/L) | 17 (IU/L) | 20 (IU/L) | 115 (umol/L)H | 0.71 (mIU/L) | 11.6 (pmol/L) |
| Final Study Visit | S13 | 2006-03-08 (43) | OffTrt | 240 (10**9/L) | 7.0 (10**9/L) | 3.68 (10**9/L) | 25 (IU/L) | 28 (IU/L) | 106 (umol/L) | 2.34 (mIU/L) | 17.4 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range, H=above normal range, NR=not recorded   * = unscheduled visit

2980

4

CONFIDENTIAL
AZSER12747427

Narrative event
DAE

Study phase-treatment during which event occurred
Pre-Treatment - NA

Subject identifier
D1447C00126/E0146009

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2981

5

CONFIDENTIAL
AZSER12747428

Narrative event
DAE

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Subject identifier**
D1447C00126/E01146009

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-11-15 (-71) | 2006-04-06 (72)# | Yes | INEGY | 15 mg | Elevated cholesterol |
| 2005-12-15 (-41) | 2006-04-06 (72)# | Yes | ALENDRONIC ACID | 70 mg | Osteoporosis |
| 2005-12-25 (-31)# | 2006-01-18 (-7) | No | ESCITALOPRAM | 10 mg | Bipolar I |
| 2005-12-25 (-31)# | 2006-02-23 (30) | No | BUPROPION | 450 mg | Bipolar |
| 2005-12-25 (-31)# | 2006-04-06 (72)# | Yes | ACETYLSALICYLIC ACID | 81 mg | Prophylaxis |
| 2005-12-25 (-31)# | 2006-04-06 (72)# | Yes | CALCIUM CARBONATE | 2 tsp | heartburn |
| 2005-12-25 (-31)# | 2006-04-06 (72)# | Yes | CALCIUM CITRATE | 1 tablet | health maintenance |
| 2005-12-25 (-31)# | 2006-04-06 (72)# | Yes | LEVOTHYROXINE | 100 ug | Hypothyroidism |
| 2006-01-10 (-15) | 2006-04-06 (72)# | Yes | PARA-SELTZER | 1 tab | Stress headache |
| 2006-01-12 (-13) | 2006-01-14 (-11) | No | QUETIAPINE | 100 mg | Bipolar I |
| 2006-01-12 (-13) | 2006-01-24 (-1) | No | VALPROIC ACID | 1000 mg | Bipolar I |
| 2006-01-15 (-10) | 2006-01-18 (-7) | No | QUETIAPINE | 200 mg | Bipolar I |
| 2006-01-19 (-6) | 2006-01-19 (-6) | No | QUETIAPINE | 225 mg | Bipolar I |
| 2006-01-19 (-6) | 2006-01-24 (-1) | No | ESCITALOPRAM | 5 mg | Bipolar I |
| 2006-01-20 (-5) | 2006-01-20 (-5) | No | QUETIAPINE | 250 mg | Bipolar I |
| 2006-01-21 (-4) | 2006-01-21 (-4) | No | QUETIAPINE | 225 mg | Bipolar I |
| 2006-01-22 (-3) | 2006-01-22 (-3) | No | QUETIAPINE | 200 mg | Bipolar I |
| 2006-01-23 (-2) | 2006-01-23 (-2) | No | QUETIAPINE | 175 mg | Bipolar I |
| 2006-01-24 (-1) | 2006-01-24 (-1) | No | QUETIAPINE | 200 mg | Bipolar I |
| 2006-01-25 (1) | 2006-01-28 (4) | No | VALPROIC ACID | 750 mg | Bipolar I |
| 2006-01-29 (5) | 2006-01-29 (5) | No | VALPROIC ACID | 500 mg | Bipolar I |
| 2006-01-30 (6) | 2006-02-01 (8) | No | VALPROIC ACID | 750 mg | Bipolar I |
| 2006-01-31 (7) | 2006-02-01 (8) | No | ESCITALOPRAM | 5 mg | Bipolar I |
| 2006-02-02 (9) | 2006-02-04 (11) | No | ESCITALOPRAM | 2.5 mg | Bipolar I |
| 2006-02-02 (9) | 2006-02-08 (15) | No | VALPROIC ACID | 500 mg | Bipolar I |

2982

6

CONFIDENTIAL
AZSER12747429

**Narrative event**
DAE

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Subject identifier**
D1447C00126/E0146009

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2006-02-09 (16) | 2006-03-07 (42) | No | VALPROIC ACID | 750 mg | Bipolar 1 |
| 2006-02-24 (31) | 2006-03-02 (37) | No | BUPROPION | 300 mg | Bipolar 1 |
| 2006-03-03 (38) | 2006-04-06 (72)# | Yes | BUPROPION | 150 mg | Bipolar 1 |
| 2006-03-08 (43) | 2006-04-06 (72)# | Yes | QUETIAPINE | 300 mg | Bipolar 1 |
| 2006-03-08 (43) | 2006-04-06 (72)# | Yes | VALPROIC ACID | 1000 mg | Bipolar 1 |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2983

7

CONFIDENTIAL
AZSER12747430

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E01446010

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Narrative event:**

Death:            No

SAE:             No

DAE:             SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|------------------------|
| 30 | Male | Caucasian | 22 | 2006-01-25 | 2006-02-15 | NA | 2006-02-15 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:          heart murmur, intermittent stress headache, insomnia

Past:

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

1

2984

CONFIDENTIAL
AZSER12747431

**Subject identifier**
D1447C00126/E0146010

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Narrative event**
DAE

## Adverse event information:

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2006-01-23 (-2) | 2006-02-13 (20) | SEDATION(Sedation) | 9.1 | Resolved | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 200 | 2006-01-26 (2) | 2006-02-13 (20) | MUSCLE TWITCHING(Right leg muscle twitch) | 9.1 | Resolved | Yes | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2985

CONFIDENTIAL
AZSER12747432

**Subject identifier**
D1447C00126/E0146010

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Narrative event**
DAE

**Descriptive text:**

NA

3

2986

CONFIDENTIAL
AZSER12747433

**Narrative event** DAE

**Subject identifier**
D1447C00126/E0146010

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-12 (-12) | PreTrt | 4.7 (mmol/L) | 5.0 (%) | 1.53 (mmol/L) | 5.65 (mmol/L)H | 1.06 (mmol/L) | | 159 (g/L) |
| Visit prior to Event | Enrollment | 2006-01-12 (-12) | PreTrt | 4.7 (mmol/L) | 5.0 (%) | 1.53 (mmol/L) | 5.65 (mmol/L)H | 1.06 (mmol/L) | | 159 (g/L) |
| Visit after Event | S13 | 2006-02-15 (22) | QUETIAPINE 200 | 4.6 (mmol/L) | 5.2 (%) | 2.64 (mmol/L) | 4.92 (mmol/L) | 0.93 (mmol/L)L | | 146 (g/L) |
| Final Study Visit | S13 | 2006-02-15 (22) | QUETIAPINE 200 | 4.6 (mmol/L) | 5.2 (%) | 2.64 (mmol/L) | 4.92 (mmol/L) | 0.93 (mmol/L)L | | 146 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-12 (-12) | PreTrt | 199 (10**9/L) | 6.7 (10**9/L) | 4.41 (10**9/L) | 34 (IU/L) | 28 (IU/L) | 97 (umol/L) | 1.11 (mIU/L) | 17.5 (pmol/L) |
| Visit prior to Event | Enrollment | 2006-01-12 (-12) | PreTrt | 199 (10**9/L) | 6.7 (10**9/L) | 4.41 (10**9/L) | 34 (IU/L) | 28 (IU/L) | 97 (umol/L) | 1.11 (mIU/L) | 17.5 (pmol/L) |
| Visit after Event | S13 | 2006-02-15 (22) | QUETIAPINE 200 | 216 (10**9/L) | 8.6 (10**9/L) | 5.85 (10**9/L) | 42 (IU/L) | 22 (IU/L) | 80 (umol/L) | 1.97 (mIU/L) | 16.3 (pmol/L) |
| Final Study Visit | S13 | 2006-02-15 (22) | QUETIAPINE 200 | 216 (10**9/L) | 8.6 (10**9/L) | 5.85 (10**9/L) | 42 (IU/L) | 22 (IU/L) | 80 (umol/L) | 1.97 (mIU/L) | 16.3 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range.  H=above normal range.  NR=not recorded.    * =unscheduled visit

2987

4

CONFIDENTIAL
AZSER12747434

Narrative event
DAE

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

Subject identifier
D1447C00126/E0146010

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2988

5

CONFIDENTIAL
AZSER12747435

**Subject identifier**
D1447C00126/E0146010

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-12-25 (-31) # | 2006-03-17 (52) # | Yes | IBUPROFEN | 400 mg | Stress headache |
| 2005-12-25 (-31) # | 2006-03-17 (52) # | Yes | NAPROXEN | 440 mg | Stress headache |
| 2006-01-18 (-7) | 2006-02-14 (21) | No | LITHIUM | 900 mg | Bipolar 1 |
| 2006-01-23 (-2) | 2006-01-23 (-2) | No | QUETIAPINE | 200 mg | Bipolar 1 |
| 2006-01-24 (-1) | 2006-01-24 (-1) | No | QUETIAPINE | 175 mg | Bipolar 1 |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2989

6

CONFIDENTIAL
AZSER12747436

**START OF E NARRATIVE**

| | | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|---|
| | | Open Label - QUETIAPINE 100 | DAE |

**Subject identifier**
D1447C00126/E0146011

**Narrative event:**

Death:       No

SAE:         No

DAE:         SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 29 | Male | Caucasian | 2 | 2006-01-23 | 2006-01-24 | QUETIAPINE 100 | 2006-01-30 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

Current:      occasional stress headache, chronic back pain, insomnia

Past:         mild shortness of breath, left inguinal hernia, appendicitis

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

1

2990

CONFIDENTIAL
AZSER12747437

**Subject identifier**
D1447C00126/E0146011

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon- tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2006-01-23 (1) | 2006-01-24 (2) | DYSARTHRIA(Slurred speech) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 100 | 2006-01-23 (1) | 2006-01-24 (2) | VISION BLURRED(Blurred vision) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 100 | 2006-01-23 (1) | 2006-01-25 (3) | SEDATION(Sedation) | 9.1 | Resolved | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2991

CONFIDENTIAL
AZSER12747438

**Subject identifier**
D1447C00126/E0146011

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Descriptive text:**

NA

2992

3

CONFIDENTIAL
AZSER12747439

**Narrative event** DAE

**Subject identifier** D1447C00126/E0146011

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-16 (-6) | PreTrt | 5.2 (mmol/L) | 5.2 (%) | 7.14 (mmol/L)H | 8.11 (mmol/L)H | 0.47 (mmol/L)L | | 151 (g/L) |
| Visit prior to Event | Enrollment | 2006-01-16 (-6) | PreTrt | 5.2 (mmol/L) | 5.2 (%) | 7.14 (mmol/L)H | 8.11 (mmol/L)H | 0.47 (mmol/L)L | | 151 (g/L) |
| Visit after Event | S13 | 2006-01-30 (8) | OffTrt | 4.9 (mmol/L) | 5.1 (%) | 4.29 (mmol/L)H | 7.28 (mmol/L)H | 0.54 (mmol/L)L | | 150 (g/L) |
| Final Study Visit | S13 | 2006-01-30 (8) | OffTrt | 4.9 (mmol/L) | 5.1 (%) | 4.29 (mmol/L)H | 7.28 (mmol/L)H | 0.54 (mmol/L)L | | 150 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-16 (-6) | PreTrt | 234 (10**9/L) | 8.4 (10**9/L) | 3.65 (10**9/L) | 116 (IU/L)H | 110 (IU/L)H | 97 (umol/L) | 2.67 (mIU/L) | 12.9 (pmol/L) |
| Visit prior to Event | Enrollment | 2006-01-16 (-6) | PreTrt | 234 (10**9/L) | 8.4 (10**9/L) | 3.65 (10**9/L) | 116 (IU/L)H | 110 (IU/L)H | 97 (umol/L) | 2.67 (mIU/L) | 12.9 (pmol/L) |
| Visit after Event | S13 | 2006-01-30 (8) | OffTrt | 286 (10**9/L) | 9.0 (10**9/L) | 4.46 (10**9/L) | 130 (IU/L)H | 119 (IU/L)H | 106 (umol/L) | 3.57 (mIU/L) | 12.5 (pmol/L) |
| Final Study Visit | S13 | 2006-01-30 (8) | OffTrt | 286 (10**9/L) | 9.0 (10**9/L) | 4.46 (10**9/L) | 130 (IU/L)H | 119 (IU/L)H | 106 (umol/L) | 3.57 (mIU/L) | 12.5 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * = unscheduled visit

2993

4

CONFIDENTIAL
AZSER12747440

**Subject identifier**
D1447C00126/E0146011

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2994

CONFIDENTIAL
AZSER12747441

| Subject identifier | Study phase-treatment during which event occurred | | | | Narrative event |
|---|---|---|---|---|---|
| D1447C00126/E0146011 | Open Label - QUETIAPINE 100 | | | | DAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-12-23 (-31)# | 2006-02-23 (32)# | Yes | VINCENT'S TABLETS | 1 Tablet PRN | Stress headache |
| 2005-12-23 (-31)# | 2006-02-23 (32)# | Yes | VINCENT'S TABLETS | 1 Tablet PRN | Back pain |
| 2006-01-17 (-6) | 2006-02-23 (32)# | Yes | LITHIUM | 900 mg | Bipolar I |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2995

6

CONFIDENTIAL
AZSER12747442

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E01446015

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

Narrative event
DAE

**Narrative event:**

Death:                No

SAE:                  No

DAE:                  SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 48 | Female | Caucasian | 22 | 2006-02-22 | 2006-03-15 | NA | 2006-03-15 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:        seasonal allergies, defective vision - bifocals, occasional stress headache, occasional sinus headache, hypothyroidism, anxiety seconary to bipolar

Past:

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

2996

1

CONFIDENTIAL
AZSER12747443

**Subject identifier**
D1447C00126/E0146015

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2006-02-07 (-15) | NA | SEDATION(Sedation) | 9.1 | Continuing | Yes | Yes | No | Moderate |
| PreTrt | | 2006-02-16 (-6) | NA | DRY MOUTH(Dry mouth) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 100 | 2006-02-22 (1) | 2006-03-04 (11) | SENSATION OF HEAVINESS(Heaviness in arms) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 100 | 2006-02-22 (1) | 2006-03-04 (11) | DYSGEUSIA(Bad taste in mouth) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 200 | 2006-02-28 (7) | NA | MUSCULAR WEAKNESS(Generalized muscle weakness) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 200 | 2006-02-28 (7) | 2006-03-04 (11) | HEADACHE(Increased intensity stress headache) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 200 | 2006-02-28 (7) | 2006-03-04 (11) | DIZZINESS(Lightheadedness) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 0 | 2006-03-01 (8) | 2006-03-04 (11) | LETHARGY(Lethargy) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 0 | 2006-03-01 (8) | 2006-03-04 (11) | NAUSEA(Nausea) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 0 | 2006-03-01 (8) | 2006-03-09 (16) | PHARYNGOLARYNGEAL PAIN(Sore throat) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 200 | 2006-03-06 (13) | NA | DIZZINESS(Lightheadedness) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 200 | 2006-03-06 (13) | NA | HEADACHE(Increased intensity stress headache) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 200 | 2006-03-08 (15) | NA | TREMOR(Bilateral hand tremor) | 9.1 | Continuing | Yes | No | No | Moderate |

2997

2

CONFIDENTIAL
AZSER12747444

**Narrative event** DAE

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Subject identifier**
D1447C00126/E0146015

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 200 | 2006-03-15 (22) | 2006-03-15 (22) | GAIT DISTURBANCE(Difficulty with tandem gait) | 9.1 | Resolved | Yes | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2998

3

CONFIDENTIAL
AZSER12747445

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0146015 | Pre-Treatment - NA | DAE |

**Descriptive text:**

NA

2999

4

CONFIDENTIAL
AZSER12747446

**Subject identifier**
D1447C00126/E0146015

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-02-15 (-6) | PreTrt | 5.2 (mmol/L) | 5.3 (%) | 1.12 (mmol/L) | 3.86 (mmol/L) | 1.40 (mmol/L) | | 131 (g/L) |
| Final Study Visit | S13 | 2006-03-15 (22) | QUETIAPINE 200 | 4.9 (mmol/L) | 5.4 (%) | 0.85 (mmol/L) | 4.09 (mmol/L) | 1.50 (mmol/L) | | 128 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-02-15 (-6) | PreTrt | 259 (10**9/L) | 7.1 (10**9/L) | 4.88 (10**9/L) | 17 (IU/L) | 18 (IU/L) | 71 (umol/L) | 0.84 (mIU/L) | 15.0 (pmol/L) |
| Final Study Visit | S13 | 2006-03-15 (22) | QUETIAPINE 200 | 253 (10**9/L) | 9.8 (10**9/L) | 7.45 (10**9/L) | 30 (IU/L) | 31 (IU/L) | 71 (umol/L) | 0.94 (mIU/L) | 13.7 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

5

3000

CONFIDENTIAL
AZSER12747447