**Narrative event**
DAE

**Subject identifier**
D1447C00126/E0146015

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

3001

6

CONFIDENTIAL
AZSER12747448

Subject identifier
D1447C00126/E0146015

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2006-01-22 (-31)# | 2006-02-14 (-8) | No | GABAPENTIN | 1800 mg | Anxiety secondary to bipolar 1 |
| 2006-01-22 (-31)# | 2006-02-28 (7) | No | LITHIUM | 900 mg | Bipolar 1 |
| 2006-01-22 (-31)# | 2006-04-14 (52)# | Yes | LEVOTHYROXINE | 75 ug | Hypothyroidism |
| 2006-01-22 (-31)# | 2006-04-14 (52)# | Yes | PARACETAMOL | 500 mg | Stress headache PRN |
| 2006-01-22 (-31)# | 2006-04-14 (52)# | Yes | PARACETAMOL | 500 mg | Sinus headache PRN |
| 2006-01-22 (-31)# | 2006-04-14 (52)# | Yes | VITAMINS NOS | 1 tab | Health maintenance |
| 2006-02-07 (-15) | 2006-02-14 (-8) | No | QUETIAPINE | 25 mg | Bipolar 1 |
| 2006-02-15 (-7) | 2006-02-16 (-6) | No | QUETIAPINE | 50 mg | Bipolar 1 |
| 2006-02-15 (-7) | 2006-02-22 (1) | No | GABAPENTIN | 1200 mg | Anxiety secondary to bipolar 1 |
| 2006-02-17 (-5) | 2006-02-17 (-5) | No | QUETIAPINE | 75 mg | Bipolar 1 |
| 2006-02-18 (-4) | 2006-02-18 (-4) | No | QUETIAPINE | 100 mg | Bipolar 1 |
| 2006-02-19 (-3) | 2006-02-21 (-1) | No | QUETIAPINE | 75 mg | Bipolar 1 |
| 2006-02-23 (2) | 2006-02-25 (4) | No | GABAPENTIN | 600 mg | Bipolar 1 |
| 2006-03-02 (9) | 2006-03-09 (16) | No | AMOXICILLIN W/CLAVULANATE POTASSIUM | 1000 mg | Sore throat |
| 2006-03-02 (9) | 2006-04-14 (52)# | Yes | LITHIUM | 900 mg | Bipolar 1 |
| 2006-03-15 (22) | 2006-04-14 (52)# | Yes | GABAPENTIN | 900 mg | Bipolar 1 |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

3002

7

CONFIDENTIAL
AZSER12747449

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E01446016

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Narrative event**
DAE

**Narrative event:**

Death:                    No

SAE:                      No

DAE:                      SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 22 | Female | Caucasian | 89 | 2006-02-23 | 2006-05-22 | QUETIAPINE 300 | 2006-05-23 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment | Study withdrawal/ completion |
|------|------|------|------|
| NA | | | 2006-05-23 |

**Medical History:**

Current:        seasonal allergies, defective vision-nearsightedness, defective vision-farsightedness, intermittent headaches

Past:           asthma, acne

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

3003

1

CONFIDENTIAL
AZSER12747450

**Subject identifier**
D1447C00126/E01446016

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2006-02-17 (-6) | 2006-04-01 (38) | SEDATION(Sedation) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 300 | 2006-03-07 (13) | 2006-03-16 (22) | UPPER RESPIRATORY TRACT INFECTION(Upper respiratory infection) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 300 | 2006-05-02 (69) | 2006-05-22 (89) | SEDATION(Sedation) | 9.1 | Resolved | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 400 | 2006-05-06 (73) | 2006-05-06 (73) | HYPERHIDROSIS(Sweating) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2006-05-06 (73) | 2006-05-06 (73) | DIZZINESS(Light headedness) | 9.1 | Resolved | Yes | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3004

CONFIDENTIAL
AZSER12747451

**Subject identifier**
D1447C00126/E0146016

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Narrative event**
DAE

**Descriptive text:**

NA

3005

3

CONFIDENTIAL
AZSER12747452

**Narrative event** DAE

**Subject identifier**
D1447C00126/E0146016

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-02-16 (-6) | PreTrt | 4.5 (mmol/L) | 5.2 (%) | | | | | 139 (g/L) |
| Visit prior to Event | Enrollment | 2006-02-16 (-6) | PreTrt | 4.5 (mmol/L) | 5.2 (%) | | | | | 139 (g/L) |
| Visit of Event | S5 | 2006-05-02 (69) | QUETIAPINE 300 | | | | | | | 130 (g/L) |
| Visit after Event | S13 | 2006-05-23 (90) | OffTrt | 4.3 (mmol/L) | 5.2 (%) | 1.45 (mmol/L) | 4.07 (mmol/L) | 1.06 (mmol/L) | | 124 (g/L) |
| Final Study Visit | S13 | 2006-05-23 (90) | OffTrt | 4.3 (mmol/L) | 5.2 (%) | 1.45 (mmol/L) | 4.07 (mmol/L) | 1.06 (mmol/L) | | 124 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-02-16 (-6) | PreTrt | 250 (10**9/L) | 4.7 (10**9/L) | 2.57 (10**9/L) | | | | 0.89 (mIU/L) | 20.1 (pmol/L) |
| Visit prior to Event | Enrollment | 2006-02-16 (-6) | PreTrt | 250 (10**9/L) | 4.7 (10**9/L) | 2.57 (10**9/L) | | | | 0.89 (mIU/L) | 20.1 (pmol/L) |
| Visit of Event | S5 | 2006-05-02 (69) | QUETIAPINE 300 | 245 (10**9/L) | 6.8 (10**9/L) | 4.62 (10**9/L) | | | | | |
| Visit after Event | S13 | 2006-05-23 (90) | OffTrt | 252 (10**9/L) | 6.5 (10**9/L) | 4.24 (10**9/L) | 12 (IU/L) | 17 (IU/L) | 97 (umol/L) | 1.03 (mIU/L) | 14.2 (pmol/L) |
| Final Study Visit | S13 | 2006-05-23 (90) | OffTrt | 252 (10**9/L) | 6.5 (10**9/L) | 4.24 (10**9/L) | 12 (IU/L) | 17 (IU/L) | 97 (umol/L) | 1.03 (mIU/L) | 14.2 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range.   H=above normal range. NR=not recorded    * - unscheduled visit

3006

4

CONFIDENTIAL
AZSER12747453

| | Subject identifier D1447C00126/E0146016 | Study phase-treatment during which event occurred Open Label - QUETIAPINE 300 | | Narrative event DAE |
|---|---|---|---|---|

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

3007

CONFIDENTIAL
AZSER12747454

| | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| Subject identifier | Open Label - QUETIAPINE 300 | DAE |
| D1447C00126/E0146016 | | |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2006-02-17 (-6) | 2006-06-21 (119)# | Yes | VALPROIC ACID | 1000 mg | Bipolar I |
| 2006-04-02 (39) | 2006-06-21 (119)# | Yes | EVRA | 150 ug | Contraception |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

3008

6

CONFIDENTIAL
AZSER12747455

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E0146020

**Narrative event:**

Death:          No

SAE:            No

DAE:            SEDATION

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Narrative event:**
DAE

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 55 | Female | Caucasian | 59 | 2006-02-27 | 2006-04-26 | NA | 2006-04-26 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

Current:        seasonal allergic rhinitis, defective vision-nearsightedness, defective vision-farsightedness, borderline elevated cholesterol, occasional constipation, sinus headache, right ankle pain

Past:           right ankle fracture

**Death information:**

Date of death:  No death

Cause of death:

Post-mortem:

1

3009

CONFIDENTIAL
AZSER12747456

**Subject identifier**
D1447C00126/E0146020

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2006-02-23 (-4) | NA | DRY MOUTH(Dry mouth) | 9.1 | Continuing | Yes | No | No | Mild |
| PreTrt | | 2006-02-23 (-4) | NA | SEDATION(Sedation) | 9.1 | Continuing | Yes | Yes | No | Moderate |
| PreTrt | | 2006-02-24 (-3) | NA | INCREASED APPETITE(Increased appetite) | 9.1 | Continuing | Yes | No | No | Mild |
| PreTrt | | 2006-02-24 (-3) | NA | ABDOMINAL DISTENSION(Bloating) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2006-03-29 (31) | NA | WEIGHT INCREASED(Weight gain) | 9.1 | Continuing | Yes | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3010

CONFIDENTIAL
AZSER12747457

**Subject identifier**
D1447C00126/E0146020

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Narrative event**
DAE

**Descriptive text:**

NA

3011

3

CONFIDENTIAL
AZSER12747458

Narrative event DAE

**Subject identifier**
D1447C0012 6/E0146020

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Triglycerides | Total Cholesterol | HDL | LDL | Hemoglobin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-02-22 (-4) | PreTrt | 4.7 (mmol/L) | 5.4 (%) | 1.03 (mmol/L) | 4.90 (mmol/L) | 2.67 (mmol/L) H | | 132 (g/L) |
| Visit prior to Event | Enrollment | 2006-02-22 (-4) | PreTrt | 4.7 (mmol/L) | 5.4 (%) | 1.03 (mmol/L) | 4.90 (mmol/L) | 2.67 (mmol/L) H | | 132 (g/L) |
| Final Study Visit | S13 | 2006-04-26 (59) | QUETIAPINE 400 | 4.3 (mmol/L) | 5.3 (%) | 2.52 (mmol/L) | 5.88 (mmol/L)H | 1.61 (mmol/L) | | 122 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-02-22 (-4) | PreTrt | 172 (10**9/L) | 5.4 (10**9/L) | 3.07 (10**9/L) | 21 (IU/L) | 24 (IU/L) | 80 (umol/L) | 1.50 (mIU/L) | 13.5 (pmol/L) |
| Visit prior to Event | Enrollment | 2006-02-22 (-4) | PreTrt | 172 (10**9/L) | 5.4 (10**9/L) | 3.07 (10**9/L) | 21 (IU/L) | 24 (IU/L) | 80 (umol/L) | 1.50 (mIU/L) | 13.5 (pmol/L) |
| Final Study Visit | S13 | 2006-04-26 (59) | QUETIAPINE 400 | 143 (10**9/L) | 4.4 (10**9/L) | 2.04 (10**9/L) | 91 (IU/L)H | 58 (IU/L)H | 88 (umol/L) | 1.51 (mIU/L) | 12.3 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range. H=above normal range. NR=not recorded    * - unscheduled visit

3012

CONFIDENTIAL
AZSER12747459

Narrative event
DAE

**Subject identifier**
D1447C00126/E0146020

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

3013

5

CONFIDENTIAL
AZSER12747460

Narrative event
DAE

Subject identifier
D1447C00126/E0146020

Study phase-treatment during which event occurred
Pre-Treatment - NA

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-11-15 (-104) | 2006-05-26 (89)# | Yes | CETIRIZINE | 10 mg | Seasonal allergies PRN |
| 2006-01-27 (-31)# | 2006-05-26 (89)# | Yes | CALCIUM | 500 mg | Health maintenance |
| 2006-01-27 (-31)# | 2006-05-26 (89)# | Yes | IBUPROFEN | 400 mg | Sinus headache PRN |
| 2006-01-27 (-31)# | 2006-05-26 (89)# | Yes | IBUPROFEN | 400 mg | Right ankle pain PRN |
| 2006-01-27 (-31)# | 2006-05-26 (89)# | Yes | PARACETAMOL | 650 mg | Sinus headache PRN |
| 2006-01-27 (-31)# | 2006-05-26 (89)# | Yes | VITAMINS NOS | 1 tab | Health maintenance |
| 2006-02-22 (-5) | 2006-02-24 (-3) | No | QUETIAPINE | 50 mg | Bipolar I |
| 2006-02-22 (-5) | 2006-02-24 (-3) | No | VALPROIC ACID | 500 mg | Bipolar I |
| 2006-02-25 (-2) | 2006-02-26 (-1) | No | QUETIAPINE | 75 mg | Bipolar I |
| 2006-02-25 (-2) | 2006-03-21 (23) | No | VALPROIC ACID | 750 mg | Bipolar I |
| 2006-03-22 (24) | 2006-03-25 (27) | No | VALPROIC ACID | 1000 mg | Bipolar I |
| 2006-03-26 (28) | 2006-03-27 (29) | No | VALPROIC ACID | 750 mg | Bipolar I |
| 2006-03-28 (30) | 2006-05-26 (89)# | Yes | VALPROIC ACID | 1000 mg | Bipolar I |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

3014

6

CONFIDENTIAL
AZSER12747461

Narrative event
DAE

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E0201003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event:**

Death:              No

SAE:               No

DAE:               SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|------------------------|
| 37 | Male | Caucasian | 9 | 2004-12-04 | 2004-12-12 | QUETIAPINE 200 | 2004-12-23 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:           hypertension, fungal infection, hypokalaemia, shortness of breath, migraines, asthma

Past:

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

1

3015

CONFIDENTIAL
AZSER12747462

**Subject identifier**
D1447C00126/E0201003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 200 | 2004-11-01 (1) | 2004-12-07 (4) | CONSTIPATION(Intermittant conspitation) | 9.1 | Resolved | No | No | No | Mild |
| PreTrt | | 2004-11-28 (-6) | 2004-11-28 (-6) | HEADACHE(Headache) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 200 | 2004-12-04 (1) | 2004-12-13 (10) | DIZZINESS POSTURAL(Postural dizziness) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 200 | 2004-12-04 (1) | 2004-12-21 (18) | SEDATION(Sedation) | 9.1 | Resolved | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 200 | 2004-12-08 (5) | 2004-12-08 (5) | ANXIETY(Anxiety) | 9.1 | Resolved | No | No | No | Moderate |
| OffTrt | | 2004-12-13 (10) | 2004-12-20 (17) | ANXIETY(Anxiety) | 9.1 | Resolved | No | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3016

CONFIDENTIAL
AZSER12747463

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0201003 | Open Label - QUETIAPINE 200 | DAE |

**Descriptive text:**

NA

3017

3

CONFIDENTIAL
AZSER12747464

**Narrative event**
DAE

**Subject identifier**
D1447C00126/E0201003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-11-26 (-7) | PreTrt | | 5.5 (%) | 1.80 (mmol/L) | 6.68 (mmol/L)H | 1.14 (mmol/L) | | 154 (g/L) |
| Visit prior to Event | Enrollment | 2004-11-26 (-7) | PreTrt | | 5.5 (%) | 1.80 (mmol/L) | 6.68 (mmol/L)H | 1.14 (mmol/L) | | 154 (g/L) |
| Visit after Event | S13 | 2004-12-23 (20) | OffTrt | 7.2 (mmol/L)H | 5.5 (%) | 1.89 (mmol/L) | 6.45 (mmol/L)H | 1.01 (mmol/L)L | | 149 (g/L) |
| Final Study Visit | S13 | 2004-12-23 (20) | OffTrt | 7.2 (mmol/L)H | 5.5 (%) | 1.89 (mmol/L) | 6.45 (mmol/L)H | 1.01 (mmol/L)L | | 149 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-11-26 (-7) | PreTrt | 336 (10**9/L) | 12.7 (10**9/L)H | 8.17 (10**9/L) | 25 (IU/L) | 19 (IU/L) | 97 (umol/L) | 2.33 (mIU/L) | 18.8 (pmol/L) |
| Visit prior to Event | Enrollment | 2004-11-26 (-7) | PreTrt | 336 (10**9/L) | 12.7 (10**9/L)H | 8.17 (10**9/L) | 25 (IU/L) | 19 (IU/L) | 97 (umol/L) | 2.33 (mIU/L) | 18.8 (pmol/L) |
| Visit after Event | S13 | 2004-12-23 (20) | OffTrt | 357 (10**9/L) | 13.5 (10**9/L)H | 8.95 (10**9/L)H | 34 (IU/L) | 18 (IU/L) | 106 (umol/L) | 3.81 (mIU/L) | 16.8 (pmol/L) |
| Final Study Visit | S13 | 2004-12-23 (20) | OffTrt | 357 (10**9/L) | 13.5 (10**9/L)H | 8.95 (10**9/L)H | 34 (IU/L) | 18 (IU/L) | 106 (umol/L) | 3.81 (mIU/L) | 16.8 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range. H=above normal range. NR=not recorded.    * - unscheduled visit

3018

4

CONFIDENTIAL
AZSER12747465

Narrative event
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Subject identifier**
D1447C00126/E0201003

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

3019

CONFIDENTIAL
AZSER12747466

**Subject identifier**
D1447C00126/E0201003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-11-03 (-31)# | 2005-01-11 (39)# | Yes | GRISEOFULVIN | 500 mg | Fungal infection (toes) |
| 2004-11-03 (-31)# | 2005-01-11 (39)# | Yes | LITHIUM | 1000 mg | Mood stabilisation bipolar disorder |
| 2004-11-03 (-31)# | 2005-01-11 (39)# | Yes | NAPROXEN | 750 mg | Migraines |
| 2004-11-03 (-31)# | 2005-01-11 (39)# | Yes | SERETIDE MITE | 2 puff | Asthma |
| 2004-11-18 (-16) | 2005-01-11 (39)# | Yes | POTASSIUM | 600 mg | Hypokalaemia |
| 2004-12-04 (1)# | 2004-12-22 (19) | No | PROPRANOLOL | 40 mg | Hypertension |
| 2004-12-04 (1)# | 2005-01-11 (39)# | Yes | INDAPAMIDE | 2.5 mg | Hypertension |
| 2004-12-08 (5) | 2004-12-08 (5) | No | QUETIAPINE | 25 mg | Anxiety |
| 2004-12-13 (10) | 2004-12-20 (17) | No | QUETIAPINE | 75 mg | Anxiety |
| 2004-12-21 (18) | 2005-01-11 (39)# | Yes | ARIPIPRAZOLE | 10 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

3020

CONFIDENTIAL
AZSER12747467

Narrative event
DAE

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E02/03009

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event:**

Death:            No

SAE:             No

DAE:             NEUTROPENIA

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 34 | Female | Caucasian | 41 | 2005-01-21 | 2005-03-02 | QUETIAPINE 400 | 2005-05-24 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:          constipation, trembling

Past:

**Death information:**

Date of death:       No death

Cause of death:

Post-mortem:

3021

1

CONFIDENTIAL
AZSER12747468

**Subject identifier**
D1447C00126/E0203009

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discontinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2004-12-24 (-28) | 2005-02-22 (33) | TREMOR(Trembling-worsening) | 9.1 | Resolved | No | No | No | Mild |
| PreTrt | | 2004-12-24 (-28) | 2005-02-22 (33) | CONSTIPATION(Constipation-worsening) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-02-03 (14) | NA | NEUTROPENIA(Neutropenia) | 9.1 | Continuing | Yes | Yes | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3022

CONFIDENTIAL
AZSER12747469

**Subject identifier**
D1447C00126/E0203009

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Descriptive text:**

NA

3

3023

CONFIDENTIAL
AZSER12747470

**Narrative event** DAE

**Subject identifier**
D1447C00126/E0203009

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-01-14 (-6) | PreTrt | | 5.0 (%) | 1.04 (mmol/L) | 6.32 (mmol/L)H | 1.61 (mmol/L) | | 144 (g/L) |
| Visit prior to Event | Enrollment | 2005-01-14 (-6) | PreTrt | | 5.0 (%) | 1.04 (mmol/L) | 6.32 (mmol/L)H | 1.61 (mmol/L) | | 144 (g/L) |
| Final Study Visit | S4 | 2005-02-23 (34) | QUETIAPINE 400 | | | | | | | 141 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-01-14 (-6) | PreTrt | 100 (10**9/L)L | 3.9 (10**9/L)L | | 21 (IU/L) | 18 (IU/L) | 71 (umol/L) | 1.88 (mIU/L) | 11.2 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-01-14 (-6) | PreTrt | 100 (10**9/L)L | 3.9 (10**9/L)L | | 21 (IU/L) | 18 (IU/L) | 71 (umol/L) | 1.88 (mIU/L) | 11.2 (pmol/L) |
| Final Study Visit | S4 | 2005-02-23 (34) | QUETIAPINE 400 | 130 (10**9/L)L | 3.7 (10**9/L)L | 1.41 (10**9/L)L | | | | | |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H-above normal range, NR=not recorded    * - unscheduled visit

3024

4

CONFIDENTIAL
AZSER12747471

Narrative event
DAE

**Subject identifier**
D1447C00126/E0203009

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

3025

5

CONFIDENTIAL
AZSER12747472

**Subject identifier**
D1447C00126/E0203009

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-12-24 (-28) | 2005-03-04 (43) | No | VALPROIC ACID | 1500 mg | Bipolar I disorder |
| 2005-03-02 (41) | 2005-03-08 (47) | No | OLANZAPINE | 5 mg | Bipolar I disorder |
| 2005-03-09 (48) | 2005-04-05 (75) | No | OLANZAPINE | 10 mg | Bipolar I disorder |
| 2005-04-05 (75) | 2005-04-01 (71)# | Yes | VALPROIC ACID | 1500 mg | Bipolar I disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

3026

6

CONFIDENTIAL
AZSER12747473

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0204003

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 400

Narrative event
DAE

**Narrative event:**

Death:          No

SAE:            No

DAE:            SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|------------------------|------------------------------|-----------------------|
| 23 | Male | Caucasian | 75 | 2005-05-09 | 2005-07-22 | QUETIAPINE 400 | 2005-08-16 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:

Past:

**Death information:**

Date of death:          No death

Cause of death:

Post-mortem:

1

3027

CONFIDENTIAL
AZSER12747474

**Subject identifier**
D1447C00126/E0204003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-05-05 (-4) | 2005-05-24 (16) | SEDATION(Day time sedation) | 9.1 | Resolved | No | No | No | Mild |
| PreTrt | | 2005-05-05 (-4) | 2005-07-05 (58) | VISUAL DISTURBANCE(Visual disturbance) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-05-17 (9) | NA | TREMOR(Tremor) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-06-07 (30) | 2005-06-08 (31) | HALLUCINATION, AUDITORY(Auditory hallucinations) | 9.1 | Resolved | No | No | No | Severe |
| OL | QUETIAPINE 400 | 2005-07-07 (60) | NA | SEDATION(Sedation) | 9.1 | Continuing | Yes | Yes | No | Severe |
| OL | QUETIAPINE 200 | 2005-07-10 (63) | 2005-07-24 (77) | NAUSEA(Nausea) | 9.1 | Resolved | No | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3028

CONFIDENTIAL
AZSER12747475

**Subject identifier**
D1447C00126/E0204003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Descriptive text:**

NA

3029

3

CONFIDENTIAL
AZSER12747476

**Subject identifier**
D1447C00126/E0204003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-05-04 (-4) | PreTrt | 4.8 (mmol/L) | 5.2 (%) | 1.11 (mmol/L) | 5.15 (mmol/L) | 1.66 (mmol/L) | | 136 (g/L) |
| Visit prior to Event | S5 | 2005-07-05 (58) | QUETIAPINE 400 | | | | | | | 141 (g/L) |
| Final Study Visit | S13 | 2005-08-16 (100) | OffTrt | 4.8 (mmol/L) | 4.3 (%) | 0.98 (mmol/L) | 4.53 (mmol/L) | 1.63 (mmol/L) | | 152 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-05-04 (-4) | PreTrt | 295 (10**9/L) | 7.5 (10**9/L) | | 13 (IU/L) | 18 (IU/L) | 88 (umol/L) | 2.77 (mIU/L) | 11.1 (pmol/L) |
| Visit prior to Event | S5 | 2005-07-05 (58) | QUETIAPINE 400 | 250 (10**9/L) | 6.9 (10**9/L) | | | | | | |
| Final Study Visit | S13 | 2005-08-16 (100) | OffTrt | 311 (10**9/L) | 11.5 (10**9/L) | | 8 (IU/L) | 19 (IU/L) | 80 (umol/L) | 2.78 (mIU/L) | 17.7 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

3030

4

CONFIDENTIAL
AZSER12747477

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0204003 | Open Label - QUETIAPINE 400 | DAE |

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

3031

5

CONFIDENTIAL
AZSER12747478

| | Narrative event |
|---|---|
| | DAE |

**Subject identifier**
D1447C00126/E0204003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-05-01 (-8) | 2005-08-21 (105)# | Yes | LITHIUM | 1.5 g | Bipolar |
| 2005-05-07 (-2) | 2005-08-21 (105)# | Yes | ESCITALOPRAM | 10 mg | Bipolar |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

3032

6

CONFIDENTIAL
AZSER12747479

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E0204005

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

Narrative event
DAE

**Narrative event:**

Death:         No

SAE:           No

DAE:           SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 51 | Male | Caucasian | 11 | 2005-06-10 | 2005-06-20 | NA | 2005-06-24 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

Current:       hypertension, anaemia, hypothyroidism

Past:

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

1

3033

CONFIDENTIAL
AZSER12747480

**Subject identifier**
D1447C00126/E0204005

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-06-04 (-6) | 2005-06-24 (15) | SEDATION(Sedation) | 9.1 | Resolved | No | Yes | No | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

3034

2

CONFIDENTIAL
AZSER12747481

**Subject identifier**
D1447C00126/E0204005

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Narrative event**
DAE

**Descriptive text:**

NA

3035

3

CONFIDENTIAL
AZSER12747482

**Narrative event** DAE

**Subject identifier**
D1447C00126/E0204005

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Missing | Enrollment * | Missing | NA | 6 (mmol/L) | 4.4 (%) | 3.93 (mmol/L)H | 4.25 (mmol/L) | .91 (mmol/L)L | | 126 (g/L)L |
| Enrollment | Enrollment | 2005-06-03 (-6) | PreTrt | 5.7 (mmol/L) | 4.6 (%) | 4.70 (mmol/L)H | 5.02 (mmol/L) | 1.04 (mmol/L) | | 128 (g/L)L |
| Visit of Event | S13 | 2005-06-24 (15) | OffTrt | 5.5 (mmol/L) | 4.5 (%) | 2.86 (mmol/L)H | 3.63 (mmol/L) | 0.80 (mmol/L)L | | 119 (g/L)L |
| Final Study Visit | S13 | 2005-06-24 (15) | OffTrt | 5.5 (mmol/L) | 4.5 (%) | 2.86 (mmol/L)H | 3.63 (mmol/L) | 0.80 (mmol/L)L | | 119 (g/L)L |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Missing | Enrollment * | Missing | NA | 219 (10**9/L) | 7.3 (10**9/L) | | 28 (IU/L) | 25 (IU/L) | 115 (umol/L) | .84 (mIU/L) | 20 (pmol/L) |
| Enrollment | Enrollment | 2005-06-03 (-6) | PreTrt | 205 (10**9/L) | 6.6 (10**9/L) | 4.44 (10**9/L) | 22 (IU/L) | 22 (IU/L) | 115 (umol/L) | 12.75 (mIU/L)H | 12.9 (pmol/L) |
| Visit of Event | S13 | 2005-06-24 (15) | OffTrt | 198 (10**9/L) | 5.3 (10**9/L) | 3.73 (10**9/L) | 22 (IU/L) | 20 (IU/L) | 106 (umol/L) | 0.07 (mIU/L)L | 19.1 (pmol/L) |
| Final Study Visit | S13 | 2005-06-24 (15) | OffTrt | 198 (10**9/L) | 5.3 (10**9/L) | 3.73 (10**9/L) | 22 (IU/L) | 20 (IU/L) | 106 (umol/L) | 0.07 (mIU/L)L | 19.1 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range. H=above normal range. NR=not recorded   * = unscheduled visit

3036

4

CONFIDENTIAL
AZSER12747483

**Narrative event**
DAE

**Subject identifier**
D1447C00126/E0204005

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

## Weight: Include only if DAE due to weight

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

3037

CONFIDENTIAL
AZSER12747484

**Narrative event**
DAE

**Subject identifier**
D1447C00126/E0204005

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-05-10 (-31)# | 2005-07-20 (41)# | Yes | | U, U | Anaemia |
| 2005-05-10 (-31)# | 2005-07-20 (41)# | Yes | CANDESARTAN | 12 mg | Hypertension |
| 2005-05-10 (-31)# | 2005-07-20 (41)# | Yes | LEVOTHYROXINE | 200 ug | Lithium induced hypothyroidism |
| 2005-05-10 (-31)# | 2005-07-20 (41)# | Yes | LITHIUM | 1750 mg | Bipolar I disorder |
| 2005-06-03 (-7) | 2005-06-10 (1) | No | QUETIAPINE | 100 mg | Hypomania |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

3038

6

CONFIDENTIAL
AZSER12747485

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E0205002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event:**

Death:           No

SAE:             No

DAE:             SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 41 | Male | Caucasian | 43 | 2005-07-13 | 2005-08-24 | QUETIAPINE 100 | 2005-10-24 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:         high blood pressure

Past:

**Death information:**

Date of death:       No death

Cause of death:

Post-mortem:

3039

1

CONFIDENTIAL
AZSER12747486

**Subject identifier**
D1447C00126/E0205002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2005-07-13 (1) | 2005-09-01 (51) | SEDATION(Sedation) | 9.1 | Resolved | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 100 | 2005-07-13 (1) | 2005-09-01 (51) | DRY MOUTH(Dry mouth) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 100 | 2005-07-13 (1) | 2005-09-01 (51) | AKATHISIA(Restlessness - Akathisia) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 100 | 2005-07-13 (1) | 2005-09-15 (65) | FOOD CRAVING(Craving sugar) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 100 | 2005-07-13 (1) | 2005-09-15 (65) | INCREASED APPETITE(Increased appetite) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 300 | 2005-07-21 (9) | 2005-09-08 (58) | ERECTILE DYSFUNCTION(Erectile dysfunction) | 9.1 | Resolved | Yes | No | No | Severe |
| OL | QUETIAPINE 300 | 2005-07-21 (9) | 2005-09-15 (65) | LIBIDO DECREASED(Low libido) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 300 | 2005-07-21 (9) | 2005-09-15 (65) | EJACULATION FAILURE(Ejaculatory incompetence) | 9.1 | Resolved | Yes | No | No | Severe |
| OL | QUETIAPINE 400 | 2005-07-28 (16) | 2005-09-01 (51) | SENSORY DISTURBANCE(Loss of sensation in fingers (intermittent)) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-08-01 (20) | 2005-09-01 (51) | URINARY INCONTINENCE(Difficulty holding urine) | 9.1 | Resolved | Yes | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3040

CONFIDENTIAL
AZSER12747487

**Subject identifier**
D1447C00126/E0205002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Descriptive text:**

NA

3041

3

CONFIDENTIAL
AZSER12747488

**Narrative event** DAE

**Subject identifier** DI447C00126/E0205002

**Study phase-treatment during which event occurred** Open Label - QUETIAPINE 100

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-07-06 (-6) | PreTrt | 5.9 (mmol/L) | 5.4 (%) | 1.84 (mmol/L) | 6.29 (mmol/L)H | 1.55 (mmol/L) | | 159 (g/L) |
| Visit prior to Event | Enrollment | 2005-07-06 (-6) | PreTrt | 5.9 (mmol/L) | 5.4 (%) | 1.84 (mmol/L) | 6.29 (mmol/L)H | 1.55 (mmol/L) | | 159 (g/L) |
| Visit of Event | S4 | 2005-08-03 (22) | QUETIAPINE 400 | | | | | | | 149 (g/L) |
| Visit after Event | S13 | 2005-10-14 (94) | OffTrt | 5.2 (mmol/L) | 5.5 (%) | 1.18 (mmol/L) | 5.10 (mmol/L) | 1.55 (mmol/L) | | 158 (g/L) |
| Final Study Visit | S13 | 2005-10-14 (94) | OffTrt | 5.2 (mmol/L) | 5.5 (%) | 1.18 (mmol/L) | 5.10 (mmol/L) | 1.55 (mmol/L) | | 158 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-07-06 (-6) | PreTrt | 220 (10**9/L) | 9.4 (10**9/L) | | 29 (IU/L) | 22 (IU/L) | 97 (umol/L) | 1.01 (mIU/L) | 14.6 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-07-06 (-6) | PreTrt | 220 (10**9/L) | 9.4 (10**9/L) | | 29 (IU/L) | 22 (IU/L) | 97 (umol/L) | 1.01 (mIU/L) | 14.6 (pmol/L) |
| Visit of Event | S4 | 2005-08-03 (22) | QUETIAPINE 400 | 247 (10**9/L) | 11.5 (10**9/L) | | | | | | |
| Visit after Event | S13 | 2005-10-14 (94) | OffTrt | 247 (10**9/L) | 9.3 (10**9/L) | | 38 (IU/L) | 24 (IU/L) | 97 (umol/L) | 0.66 (mIU/L) | 14.6 (pmol/L) |
| Final Study Visit | S13 | 2005-10-14 (94) | OffTrt | 247 (10**9/L) | 9.3 (10**9/L) | | 38 (IU/L) | 24 (IU/L) | 97 (umol/L) | 0.66 (mIU/L) | 14.6 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.      L=below normal range. H=above normal range. NR=not recorded      * - unscheduled visit

3042

4

CONFIDENTIAL
AZSER12747489

Narrative event
DAE

**Subject identifier**
D1447C00126/E0205002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

3043

CONFIDENTIAL
AZSER12747490

| Subject identifier | | Study phase-treatment during which event occurred | | | Narrative event |
|---|---|---|---|---|---|
| D1447C00126/E0205002 | | Open Label - QUETIAPINE 100 | | | DAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-06-12 (-31)# | 2005-09-23 (73)# | Yes | ALLOPURINOL | 300 mg | Gout |
| 2005-06-12 (-31)# | 2005-09-23 (73)# | Yes | DILTIAZEM | 240 mg | High blood pressure |
| 2005-07-13 (1) | 2005-09-23 (73)# | Yes | LITHIUM | 1000 mg | Bipolar 1 disorder |
| 2005-07-20 (8) | 2005-07-20 (8) | No | APOREX | 2 Tablets | Facial surgery |
| 2005-07-20 (8) | 2005-07-20 (8) | No | CEFALOTIN | 1 g | Facial surgery |
| 2005-07-20 (8) | 2005-07-20 (8) | No | FENTANYL | 100 mg | Facial surgery |
| 2005-07-20 (8) | 2005-07-20 (8) | No | METOCLOPRAMIDE | 10 mg | Facial surgery |
| 2005-07-20 (8) | 2005-07-20 (8) | No | PETHIDINE | 120 mg | Facial surgery |
| 2005-07-20 (8) | 2005-07-20 (8) | No | PROMETHAZINE | 25 mg | Facial surgery |
| 2005-07-20 (8) | 2005-07-20 (8) | No | PROPOFOL | 300 mg | Facial surgery |
| 2005-08-03 (22) | 2005-08-06 (25) | No | BENZATROPINE | 2 mg | Extrapyramidal side effects |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

3044

CONFIDENTIAL
AZSER12747491

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0207003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Narrative event
DAE

**Narrative event:**

Death:                 No

SAE:                   No

DAE:                   AGITATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 41 | Male | Caucasian | 13 | 2005-01-19 | 2005-01-31 | QUETIAPINE 400 | 2005-02-08 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:

Past:

**Death information:**

Date of death:          No death

Cause of death:

Post-mortem:

1

3045

CONFIDENTIAL
AZSER12747492

**Subject identifier**
D1447C00126/E0207003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 1980-01-01 (1) | NA | ARTHRALGIA(Knee joint pain) | 9.1 | Continuing | No | No | No | Moderate |
| PreTrt | | 2004-12-16 (-34) | 2005-01-31 (13) | SEDATION(Sedation) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-01-30 (12) | 2005-02-01 (14) | AGITATION(Agitation) | 9.1 | Resolved | Yes | Yes | No | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3046

CONFIDENTIAL
AZSER12747493

**Subject identifier**
D1447C00126/E0207003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Descriptive text:**

NA

3047

3

CONFIDENTIAL
AZSER12747494

**Subject identifier**
D1447C00126/E0207003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-01-12 (-6) | PreTrt | 4.4 (mmol/L) | 5.2 (%) | 2.15 (mmol/L) | 6.42 (mmol/L)H | 1.19 (mmol/L) | | 140 (g/L) |
| Visit prior to Event | Enrollment | 2005-01-12 (-6) | PreTrt | 4.4 (mmol/L) | 5.2 (%) | 2.15 (mmol/L) | 6.42 (mmol/L)H | 1.19 (mmol/L) | | 140 (g/L) |
| Final Study Visit | Enrollment | 2005-01-12 (-6) | PreTrt | 4.4 (mmol/L) | 5.2 (%) | 2.15 (mmol/L) | 6.42 (mmol/L)H | 1.19 (mmol/L) | | 140 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-01-12 (-6) | PreTrt | 173 (10**9/L) | 3.5 (10**9/L)L | 1.61 (10**9/L)L | 17 (IU/L) | 20 (IU/L) | 80 (umol/L) | 4.25 (mIU/L) | 10.6 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-01-12 (-6) | PreTrt | 173 (10**9/L) | 3.5 (10**9/L)L | 1.61 (10**9/L)L | 17 (IU/L) | 20 (IU/L) | 80 (umol/L) | 4.25 (mIU/L) | 10.6 (pmol/L) |
| Final Study Visit | Enrollment | 2005-01-12 (-6) | PreTrt | 173 (10**9/L) | 3.5 (10**9/L)L | 1.61 (10**9/L)L | 17 (IU/L) | 20 (IU/L) | 80 (umol/L) | 4.25 (mIU/L) | 10.6 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range, H=above normal range, NR=not recorded   * = unscheduled visit

3048

4

CONFIDENTIAL
AZSER12747495

**Subject identifier**
D1447C00126/E0207/003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

3049

CONFIDENTIAL
AZSER12747496

| Subject identifier | Study phase-treatment during which event occurred | | Narrative event |
|---|---|---|---|
| D1447C00126/E0207003 | Open Label - QUETIAPINE 400 | | DAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-01-19 (1)# | 2005-03-02 (43)# | Yes | VALPROIC ACID | 1600 mg | Mania |
| 2005-01-28 (10) | 2005-03-02 (43)# | Yes | PARACETAMOL | 1000 mg | Knee joint pain |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

3050

CONFIDENTIAL
AZSER12747497

**START OF E NARRATIVE**
**Subject identifier**
D1447C00126/E0211003

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Narrative event:**

Death:              No

SAE:                No

DAE:                LETHARGY, SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 43 | Female | Caucasian | 43 | 2005-04-18 | 2005-05-30 | NA | 2005-06-14 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:            hay fever

Past:

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

1

3051

CONFIDENTIAL
AZSER12747498

**Subject identifier**
D1447C00126/E0211003

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discontinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-04-15 (-3) | NA | SEDATION(Sedation) | 9.1 | Continuing | Yes | Yes | No | Moderate |
| PreTrt | | 2005-04-15 (-3) | NA | LETHARGY(Lethargy) | 9.1 | Continuing | Yes | Yes | No | Moderate |
| OffTrt | | 2005-06-11 (55) | NA | HALLUCINATION, VISUAL(Visual Hallucinations) | 9.1 | Continuing | Yes | No | No | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2

3052

CONFIDENTIAL
AZSER12747499

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0211003 | Pre-Treatment - NA | DAE |

**Descriptive text:**

NA

3053

3

CONFIDENTIAL
AZSER12747500

**Subject identifier**
D1447C00126/E0211003

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-04-13 (-4) | PreTrt | 4.3 (mmol/L) | 5.0 (%) | 1.38 (mmol/L) | 6.35 (mmol/L)H | 1.30 (mmol/L) | | 140 (g/L) |
| Visit prior to Event | Enrollment | 2005-04-13 (-4) | PreTrt | 4.3 (mmol/L) | 5.0 (%) | 1.38 (mmol/L) | 6.35 (mmol/L)H | 1.30 (mmol/L) | | 140 (g/L) |
| Final Study Visit | S13 | 2005-06-14 (58) | OffTrt | 4.1 (mmol/L) | 5.2 (%) | 3.31 (mmol/L)H | 6.53 (mmol/L)H | 1.24 (mmol/L) | | 140 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-04-13 (-4) | PreTrt | 301 (10**9/L) | 7.1 (10**9/L) | 4.17 (10**9/L) | 12 (IU/L) | 22 (IU/L) | 62 (umol/L) | 2.04 (mIU/L) | 15.0 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-04-13 (-4) | PreTrt | 301 (10**9/L) | 7.1 (10**9/L) | 4.17 (10**9/L) | 12 (IU/L) | 22 (IU/L) | 62 (umol/L) | 2.04 (mIU/L) | 15.0 (pmol/L) |
| Final Study Visit | S13 | 2005-06-14 (58) | OffTrt | 325 (10**9/L) | 6.3 (10**9/L) | 3.23 (10**9/L) | 11 (IU/L) | 15 (IU/L) | 71 (umol/L) | 2.09 (mIU/L) | 15.4 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * = unscheduled visit

3054

4

CONFIDENTIAL
AZSER12747501

**Narrative event**
DAE

**Subject identifier**
D1447C00126/E0211003

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

3055

5

CONFIDENTIAL
AZSER12747502

**Subject identifier**
D1447C00126/E0211003

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-03-14 (-35) | 2005-04-18 (1) | No | QUETIAPINE | 100 mg | Bipolar disorder I |
| 2005-03-18 (-31)# | 2005-04-18 (1) | No | VALPROIC ACID | 2000 mg | Bipolar disorder I |
| 2005-04-19 (2) | 2005-06-29 (73)# | Yes | VALPROIC ACID | 1500 mg | Bipolar disorder I |
| 2005-05-14 (27) | 2005-05-16 (29) | No | FEXOFENADINE | 180 mg | Hay fever |
| 2005-05-16 (29) | 2005-05-16 (29) | No | CODEINE | 12.8 mg | Hay fever |
| 2005-05-16 (29) | 2005-05-16 (29) | No | IBUPROFEN | 200 mg | Hay fever |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

3056

CONFIDENTIAL
AZSER12747503

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E03/3013

Study phase-treatment during which event occurred
Off Treatment - NA

Narrative event
DAE

**Narrative event:**

Death:          No

SAE:            No

DAE:            WEIGHT INCREASED

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 48 | Female | Caucasian | 8 | 2005-11-23 | 2005-11-30 | NA | 2006-02-13 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:        oesophagitis

Past:

**Death information:**

Date of death:          No death

Cause of death:

Post-mortem:

1

3057

CONFIDENTIAL
AZSER12747504

**Subject identifier**
D1447C00126/E0303013

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 500 | 2005-11-25 (3) | 2005-12-02 (10) | SEDATION(Sedation) | 9.1 | Resolved | Yes | No | No | Mild |
| OffTrt | | 2006-01-02 (41) | NA | SEDATION(Sedation) | 9.1 | Continuing | Yes | No | No | Mild |
| OffTrt | | 2006-02-13 (83) | NA | WEIGHT INCREASED(Weight gain) | 9.1 | Continuing | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

3058

2

CONFIDENTIAL
AZSER12747505

**Subject identifier**
D1447C00126/E0303013

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
DAE

**Descriptive text:**

NA

3

3059

CONFIDENTIAL
AZSER12747506

| Subject identifier | | | | **Study phase-treatment during which event occurred** | | | | | | | | **Narrative event** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126/E0303013 | | | | Off Treatment - NA | | | | | | | | DAE |

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-11-16 (-6) | PreTrt | | 5.6 (%) | 1.21 (mmol/L) | 4.33 (mmol/L) | 1.30 (mmol/L) | | 127 (g/L) |
| Visit prior to Event | S5 | 2006-01-16 (55) | OffTrt | | | | | | | 108 (g/L)L |
| Final Study Visit | S13 | 2006-02-13 (83) | OffTrt | 5.6 (mmol/L) | 5.4 (%) | 0.81 (mmol/L) | 5.93 (mmol/L)H | 2.18 (mmol/L) H | | 108 (g/L)L |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-11-16 (-6) | PreTrt | 344 (10**9/L) | 6.3 (10**9/L) | 3.89 (10**9/L) | 63 (IU/L)H | 48 (IU/L)H | 71 (umol/L) | 0.18 (mIU/L)L | 12.8 (pmol/L) |
| Visit prior to Event | S5 | 2006-01-16 (55) | OffTrt | 273 (10**9/L) | 5.5 (10**9/L) | 2.90 (10**9/L) | | | | | |
| Final Study Visit | S13 | 2006-02-13 (83) | OffTrt | 333 (10**9/L) | 6.0 (10**9/L) | 3.33 (10**9/L) | 14 (IU/L) | 20 (IU/L) | 62 (umol/L) | 0.77 (mIU/L) | 13.0 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H =above normal range, NR=not recorded    * - unscheduled visit

3060

4

CONFIDENTIAL
AZSER12747507

Narrative event
DAE

**Subject identifier**
D1447C00126/E0303013

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| Enrollment | 2005-11-16 (-7) | | PreTrt | 98 |
| S13 | 2006-02-13 (83) | | OffTrt | 108 |

5

3061

CONFIDENTIAL
AZSER12747508

Subject identifier
D1447C00126/E0303013

**Study phase-treatment during which event occurred**
Off Treatment - NA

Narrative event
DAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-11-08 (-15) | 2005-12-30 (38)# | Yes | ERGENYL CHRONO | 1000 MG | Bipolar disorder |
| 2005-11-11 (-12) | 2005-12-30 (38)# | Yes | RANITIDINE | 300 MG | Oesophagitis |
| 2005-11-15 (-8) | 2005-12-30 (38)# | Yes | ANTACIDA FNA | 15 ML | Oesophagitis |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

3062

CONFIDENTIAL
AZSER12747509

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E0304001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

Narrative event
DAE

**Narrative event:**

Death:              No

SAE:                No

DAE:                FATIGUE

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 62  | Male | Caucasian | 60 | 2004-07-09 | 2004-09-06 | QUETIAPINE 200 | 2004-10-26 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:            arterial hypertension, obstructive sleep apnea syndrome, euthyroid multinodular struma, chronic obstructive pulmonary disease, alcohol abuse

Past:

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

3063

1

CONFIDENTIAL
AZSER12747510

**Subject identifier**
D1447C00126/E0304001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 200 | 2004-07-14 (6) | NA | FATIGUE(Fatigue) | 9.1 | Continuing | Yes | Yes | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

3064

2

CONFIDENTIAL
AZSER12747511

**Subject identifier**
D1447C00126/E0304001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Descriptive text:**

NA

3065

3

CONFIDENTIAL
AZSER12747512

**Subject identifier** D1447C00126/E0304001

**Study phase-treatment during which event occurred** Open Label - QUETIAPINE 200

**Narrative event** DAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-07-06 (-2) | PreTrt | | 6.4 (%)H | 2.01 (mmol/L) | 5.08 (mmol/L) | 1.24 (mmol/L) | | 140 (g/L) |
| Visit prior to Event | Enrollment | 2004-07-06 (-2) | PreTrt | | 6.4 (%)H | 2.01 (mmol/L) | 5.08 (mmol/L) | 1.24 (mmol/L) | | 140 (g/L) |
| Final Study Visit | S13 | 2004-10-26 (110) | OffTrt | 5.0 (mmol/L) | 6.0 (%) | 2.59 (mmol/L) | 5.02 (mmol/L) | 1.14 (mmol/L) | | 142 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-07-06 (-2) | PreTrt | 141 (10**9/L) | 4.6 (10**9/L) | 2.67 (10**9/L) | 34 (IU/L) | 45 (IU/L) | 88 (umol/L) | 0.67 (mIU/L) | 15.5 (pmol/L) |
| Visit prior to Event | Enrollment | 2004-07-06 (-2) | PreTrt | 141 (10**9/L) | 4.6 (10**9/L) | 2.67 (10**9/L) | 34 (IU/L) | 45 (IU/L) | 88 (umol/L) | 0.67 (mIU/L) | 15.5 (pmol/L) |
| Final Study Visit | S13 | 2004-10-26 (110) | OffTrt | 205 (10**9/L) | 6.6 (10**9/L) | 3.97 (10**9/L) | 17 (IU/L) | 14 (IU/L) | 97 (umol/L) | | 15.4 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

3066

4

CONFIDENTIAL
AZSER12747513

| Subject identifier | Study phase-treatment during which event occurred | | | Narrative event |
| D1447C00126/E0304001 | Open Label - QUETIAPINE 200 | | | DAE |

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
| --- | --- | --- | --- | --- |
| NA | | | | |

5

3067

CONFIDENTIAL
AZSER12747514

Subject identifier
D1447C00126/E0304001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

Narrative event
DAE

## Medication information: Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-06-08 (-31)# | 2004-10-06 (90)# | Yes | ACETYLSALICYLIC ACID | 100 mg | Prevention cardiovascular pathology |
| 2004-06-08 (-31)# | 2004-10-06 (90)# | Yes | ATENOLOL | 100 mg | Arterial hypertension |
| 2004-06-08 (-31)# | 2004-10-06 (90)# | Yes | FUROSEMIDE | 40 mg | Arterial hypertension |
| 2004-06-08 (-31)# | 2004-10-06 (90)# | Yes | LEVOTHYROXINE | 100 ug | Euthyroid multinodular struma |
| 2004-06-08 (-31)# | 2004-10-06 (90)# | Yes | LISINOPRIL | 20 mg | Arterial hypertension |
| 2004-06-08 (-31)# | 2004-10-06 (90)# | Yes | METFORMIN | 2550 mg | Diabetes mellitus II prevention |
| 2004-06-08 (-31)# | 2004-10-06 (90)# | Yes | PERINDOPRIL | 4 mg | Arterial hypertension |
| 2004-06-08 (-31)# | 2004-10-06 (90)# | Yes | VALPROIC ACID | 2000 mg | Bipolar disorder |
| 2004-07-10 (2) | 2004-07-19 (11) | No | SERTRALINE | 25 mg | Mood disorder depression |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

3068

CONFIDENTIAL
AZSER12747515

Narrative event
DAE

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E0304008

Study phase-treatment during which event occurred
Off Treatment - NA

**Narrative event:**

Death:              No

SAE:               No

DAE:               AGITATION, SLEEP DISORDER

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|----------------------|------------------------------|------------------------|
| 58 | Male | Caucasian | 114 | 2005-01-24 | 2005-05-17 | NA | 2005-06-20 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| 8 | 2005-05-18 | 2005-05-25 |

**Medical History:**

Current:            copd

Past:               hypothyreose, sclerotious inferior heart attack, migraine

**Death information:**

Date of death:       No death

Cause of death:

Post-mortem:

1

3069

CONFIDENTIAL
AZSER12747516

**Subject identifier**
D1447C00126/E0304008

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discontinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 600 | 2005-03-21 (57) | 2005-04-27 (94) | ANGINA PECTORIS(Pericardial chest pain) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 500 | 2005-04-15 (82) | NA | SEDATION(Sedation) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 500 | 2005-05-17 (114) | 2005-05-25 (122) | DRY MOUTH(Dry mouth) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 500 | 2005-05-17 (114) | 2005-05-25 (122) | TOOTH LOSS(Loosing of dental crowns) | 9.1 | Resolved | Yes | No | No | Mild |
| OffTrt | | 2005-06-16 (30) | NA | SLEEP DISORDER(Sleep disorder) | 9.1 | Continuing | Yes | Yes | No | Moderate |
| OffTrt | | 2005-06-16 (30) | NA | AGITATION(Agitation) | 9.1 | Continuing | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3070

CONFIDENTIAL
AZSER12747517

**Subject identifier**
D1447C00126/E0304008

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
DAE

**Descriptive text:**

NA

3071

3

CONFIDENTIAL
AZSER12747518

**Narrative event** DAE

**Subject identifier** D1447C00126/E0304008

**Study phase-treatment during which event occurred** Off Treatment - NA

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-01-21 (-3) | PreTrt | 4.8 (mmol/L) | 5.5 (%) | 2.00 (mmol/L) | 4.58 (mmol/L) | 1.19 (mmol/L) | | 155 (g/L) |
| Visit prior to Event | Randomization (V1) | 2005-05-17 (114) | PLACEBO 500 | 4.7 (mmol/L) | 5.2 (%) | 1.36 (mmol/L) | 5.15 (mmol/L) | 1.37 (mmol/L) | | 151 (g/L) |
| Final Study Visit | V23 | 2005-06-16 (144) | NA | 4.7 (mmol/L) | 5.2 (%) | 1.32 (mmol/L) | 5.23 (mmol/L)H | 1.45 (mmol/L) | | 150 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-01-21 (-3) | PreTrt | 248 (10**9/L) | 11.3 (10**9/L) | 8.57 (10**9/L)H | 27 (IU/L) | 26 (IU/L) | 141 (umol/L)H | 2.90 (mIU/L) | 15.5 (pmol/L) |
| Visit prior to Event | Randomization (V1) | 2005-05-17 (114) | PLACEBO 500 | 228 (10**9/L) | 7.5 (10**9/L) | 5.20 (10**9/L) | 23 (IU/L) | 28 (IU/L) | 124 (umol/L)H | 2.35 (mIU/L) | 13.9 (pmol/L) |
| Final Study Visit | V23 | 2005-06-16 (144) | NA | 213 (10**9/L) | 8.7 (10**9/L) | 6.04 (10**9/L) | 24 (IU/L) | 32 (IU/L) | 115 (umol/L) | 2.50 (mIU/L) | 13.9 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H= above normal range, NR=not recorded    * = unscheduled visit

3072

4

CONFIDENTIAL
AZSER12747519

Subject identifier
D1447C00126/E0304008

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
DAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

3073

5

CONFIDENTIAL
AZSER12747520

| | | Study phase-treatment during which event occurred | | | | Narrative event |
|---|---|---|---|---|---|---|
| Subject identifier | | Off Treatment - NA | | | | DAE |
| D1447C00126/E0304008 | | | | | | |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-12-24 (-31)# | 2005-06-24 (38)# | Yes | LEVOTHYROXINE | 75 UG | Thyroid dysfunction |
| 2004-12-27 (-28) | 2005-06-24 (38)# | Yes | ERGENYL CHRONO | 1500 MG | Bipolar disorder |
| 2005-01-12 (-12) | 2005-06-24 (38)# | Yes | BISOPROLOL | 5 MG | Prevention heartattack |
| 2005-01-13 (-11) | 2005-06-24 (38)# | Yes | ACETYLSALICYLIC ACID | 160 MG | Prevention heartattack |
| 2005-04-28 (95) | 2005-06-24 (38)# | Yes | CARVEDILOL | 312.5 MG | Prevention hypertension |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

3074

CONFIDENTIAL
AZSER12747521

**START OF E NARRATIVE**

Narrative event
DAE

**Subject identifier**
D1447C00126/E0304010

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event:**

Death:            No

SAE:              No

DAE:              SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 61  | Male | Caucasian | 13 | 2005-04-15 | 2005-04-27 | QUETIAPINE 200 | 2005-04-28 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:          diabetes mellitus, sedation, retinopathy, neuropathy, hypercholesterolemia

Past:             syphilis, malaria, gastric ulcera, alcohol abuse

**Death information:**

Date of death:    No death

Cause of death:

Post-mortem:

1

3075

CONFIDENTIAL
AZSER12747522

**Subject identifier**
D1447C00126/E0304010

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 200 | 2005-04-15 (1) | 2005-04-22 (8) | DISTURBANCE IN ATTENTION(Disturbed concentration) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 200 | 2005-04-20 (6) | NA | SEDATION(Sedation) | 9.1 | Continuing | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 200 | 2005-04-20 (6) | 2005-04-28 (14) | DRY MOUTH(Dryness of the mouth) | 9.1 | Resolved | Yes | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3076

CONFIDENTIAL
AZSER12747523

**Subject identifier**
D1447C00126/E0304010

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Descriptive text:**

NA

3077

3

CONFIDENTIAL
AZSER12747524

**Subject identifier**
D1447C00126/E0304010

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-04-11 (-3) | PreTrt | 5.3 (mmol/L) | 5.9 (%) | 1.74 (mmol/L) | 5.93 (mmol/L)H | 1.14 (mmol/L) | | 140 (g/L) |
| Visit prior to Event | Enrollment | 2005-04-11 (-3) | PreTrt | 5.3 (mmol/L) | 5.9 (%) | 1.74 (mmol/L) | 5.93 (mmol/L)H | 1.14 (mmol/L) | | 140 (g/L) |
| Final Study Visit | S13 | 2005-04-28 (14) | OffTrt | 7.7 (mmol/L)H | | 1.37 (mmol/L) | 5.34 (mmol/L)H | 1.24 (mmol/L) | | |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-04-11 (-3) | PreTrt | 177 (10**9/L) | 9.3 (10**9/L) | 6.57 (10**9/L) | 25 (IU/L) | 25 (IU/L) | 106 (umol/L) | 1.15 (mIU/L) | 12.3 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-04-11 (-3) | PreTrt | 177 (10**9/L) | 9.3 (10**9/L) | 6.57 (10**9/L) | 25 (IU/L) | 25 (IU/L) | 106 (umol/L) | 1.15 (mIU/L) | 12.3 (pmol/L) |
| Final Study Visit | S13 | 2005-04-28 (14) | OffTrt | | | | 36 (IU/L) | 31 (IU/L) | 97 (umol/L) | | 12.1 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H =above normal range, NR=not recorded     * - unscheduled visit

3078

4

CONFIDENTIAL
AZSER12747525

Narrative event
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

Subject identifier
D1447C00126/E0304010

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

3079

CONFIDENTIAL
AZSER12747526

Narrative event
DAE

**Subject identifier**
D1447C00126/E0304010

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-03-07 (-39) | 2005-05-27 (43)# | Yes | VALPROIC ACID | 1500 MG | Bipolar disorder |
| 2005-03-11 (-35) | 2005-05-27 (43)# | Yes | BEFACT FORTE | U .U | Diabetes |
| 2005-03-15 (-31)# | 2005-05-27 (43)# | Yes | METFORMIN | 1700 MG | Diabetes |
| 2005-03-25 (-21) | 2005-05-27 (43)# | Yes | PARACETAMOL | U .U | Pain |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

3080

CONFIDENTIAL
AZSER12747527

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0308003

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 700

Narrative event
DAE

**Narrative event:**

Death:          No

SAE:           No

DAE:           PANIC ATTACK

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 41 | Female | Caucasian | 127 | 2006-02-02 | 2006-06-08 | QUETIAPINE 700 | 2006-06-09 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:          constipation

Past:

**Death information:**

Date of death:          No death

Cause of death:

Post-mortem:

3081

1

CONFIDENTIAL
AZSER12747528

**Subject identifier**
D1447C00126/E0308003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 700

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 700 | 2006-02-11 (10) | 2006-02-18 (17) | FATIGUE(Lassitude) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 500 | 2006-03-01 (28) | 2006-06-09 (128) | HUNGER(Hungry feeling) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 700 | 2006-04-27 (85) | 2006-06-09 (128) | WEIGHT INCREASED(Weight gain) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 700 | 2006-05-19 (107) | 2006-06-09 (128) | VISUAL DISTURBANCE(Trouble vision) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 700 | 2006-06-01 (120) | NA | PANIC ATTACK(Panic attacks) | 9.1 | Continuing | No | Yes | No | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3082

CONFIDENTIAL
AZSER12747529

**Subject identifier**
D1447C00126/E0308003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 700

**Narrative event**
DAE

**Descriptive text:**

NA

3083

3

CONFIDENTIAL
AZSER12747530

**Subject identifier**
D1447C00126/E0308003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 700

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-25 (-7) | PreTrt | 4.9 (mmol/L) | 5.2 (%) | 1.08 (mmol/L) | 3.65 (mmol/L) | 1.42 (mmol/L) | | 129 (g/L) |
| Visit prior to Event | S6 | 2006-04-27 (85) | QUETIAPINE 700 | 4.7 (mmol/L) | 5.3 (%) | | | | | 127 (g/L) |
| Final Study Visit | S13 | 2006-06-09 (128) | OffTrt | 7.0 (mmol/L)H | 5.5 (%) | 1.02 (mmol/L) | 4.14 (mmol/L) | 1.79 (mmol/L) | | 132 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-25 (-7) | PreTrt | 357 (10**9/L) | 7.5 (10**9/L) | 5.42 (10**9/L) | 14 (IU/L) | 11 (IU/L) | 71 (umol/L) | 0.88 (mIU/L) | 11.7 (pmol/L) |
| Visit prior to Event | S6 | 2006-04-27 (85) | QUETIAPINE 700 | 414 (10**9/L) | 8.2 (10**9/L) | 5.13 (10**9/L) | | | | | |
| Final Study Visit | S13 | 2006-06-09 (128) | OffTrt | 338 (10**9/L) | 7.0 (10**9/L) | 3.82 (10**9/L) | 27 (IU/L) | 27 (IU/L) | 71 (umol/L) | 0.42 (mIU/L) | 14.2 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * = unscheduled visit

3084

4

CONFIDENTIAL
AZSER12747531

| Subject identifier | Study phase-treatment during which event occurred | | Narrative event |
| D1447C00126/E0308003 | Open Label - QUETIAPINE 700 | | DAE |

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

3085

CONFIDENTIAL
AZSER12747532

| | **Study phase-treatment during which event occurred**<br>Open Label - QUETIAPINE 700 | | | | **Narrative event**<br>DAE |

**Subject identifier**
D1447C00126/E0308003

**Medication information:  Include concomitant medications taken during the event only**

| Date started<br>(day started) | Date stopped<br>(day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2006-01-02 (-31)# | 2006-07-08 (157)# | Yes | CILEST | U. U | Contraceptive |
| 2006-01-16 (-17) | 2006-07-08 (157)# | Yes | TRAZODONE | 100 MG | Bipolar disorder |
| 2006-01-16 (-17) | 2006-07-08 (157)# | Yes | ZOLPIDEM | 10 MG | Insomnia |
| 2006-02-03 (2) | 2006-07-08 (157)# | Yes | VALPROIC ACID | 1000 MG | Bipolar disorder |
| 2006-05-20 (108) | 2006-06-08 (127) | No | LORAZEPAM | 5 MG | Bipolar disorder |
| 2006-06-09 (128) | 2006-06-09 (128) | No | LORAZEPAM | 4 MG | Panic attacks |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

3086

CONFIDENTIAL
AZSER12747533

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0309001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Narrative event
DAE

**Narrative event:**

Death:        No

SAE:          No

DAE:          SOMNOLENCE

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 52 | Male | Caucasian | 83 | 2005-05-20 | 2005-08-10 | QUETIAPINE 400 | 2005-08-10 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:

Past:        alcohol abuse

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

3087

1

CONFIDENTIAL
AZSER12747534

**Subject identifier**
D1447C00126/E0309001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon- tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2005-07-01 (43) | 2005-07-14 (56) | SOMNOLENCE(Somnolence) | 9.1 | Resolved | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 400 | 2005-07-01 (43) | 2005-07-15 (57) | RASH(Exanthema) | 9.1 | Resolved | No | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3088

CONFIDENTIAL
AZSER12747535

**Subject identifier**
D1447C00126/E0309001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Descriptive text:**

NA

3089

3

CONFIDENTIAL
AZSER12747536

**Subject identifier** D1447C00126/E0309001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event** DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-05-18 (-1) | PreTrt | 5.6 (mmol/L) | 5.6 (%) | 1.48 (mmol/L) | 4.35 (mmol/L) | 1.22 (mmol/L) | | 147 (g/L) |
| Visit prior to Event | S4 | 2005-06-17 (29) | QUETIAPINE 800 | | | | | | | 148 (g/L) |
| Visit of Event | S5 | 2005-07-08 (50) | QUETIAPINE 400 | | | | | | | 161 (g/L) |
| Visit after Event | S13 | 2005-08-10 (83) | QUETIAPINE 200 | 4.8 (mmol/L) | 5.5 (%) | | | | | 162 (g/L) |
| Final Study Visit | S13 | 2005-08-10 (83) | QUETIAPINE 200 | 4.8 (mmol/L) | 5.5 (%) | | | | | 162 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-05-18 (-1) | PreTrt | 360 (10**9/L) | 10.6 (10**9/L) | 6.74 (10**9/L) | 34 (IU/L) | 36 (IU/L) | 80 (umol/L) | 0.50 (mIU/L) | 13.3 (pmol/L) |
| Visit prior to Event | S4 | 2005-06-17 (29) | QUETIAPINE 800 | 303 (10**9/L) | 8.5 (10**9/L) | 4.26 (10**9/L) | | | | | |
| Visit of Event | S5 | 2005-07-08 (50) | QUETIAPINE 400 | 263 (10**9/L) | 8.9 (10**9/L) | 4.28 (10**9/L) | | | | | |
| Visit after Event | S13 | 2005-08-10 (83) | QUETIAPINE 200 | 236 (10**9/L) | 7.3 (10**9/L) | 2.74 (10**9/L) | | | | 0.63 (mIU/L) | 12.9 (pmol/L) |
| Final Study Visit | S13 | 2005-08-10 (83) | QUETIAPINE 200 | 236 (10**9/L) | 7.3 (10**9/L) | 2.74 (10**9/L) | | | | 0.63 (mIU/L) | 12.9 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range.    H=above normal range.  NR=not recorded    * - unscheduled visit

3090

CONFIDENTIAL
AZSER12747537

**Narrative event**
DAE

**Subject identifier**
D1447C00126/E0309001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

3091

5

CONFIDENTIAL
AZSER12747538

**Subject identifier**
D1447C00126/E0309001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-04-19 (-31)# | 2005-09-09 (113)# | Yes | VALPROIC ACID | 1500 mg | Bipolar disease |
| 2005-07-08 (50) | 2005-07-17 (59) | No | FLUCLOXACILLIN | 500 mg | Axanthema |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

3092

6

CONFIDENTIAL
AZSER12747539

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E0309004

| | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| | Open Label - QUETIAPINE 400 | DAE |

**Narrative event:**

Death:          No

SAE:            No

DAE:            SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 82 | Female | Caucasian | 7 | 2006-01-04 | 2006-01-10 | QUETIAPINE 400 | 2006-01-08 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

Current:        hypertension, gout, arrhytmie

Past:           dystyroidism, pyelonephritis

**Death information:**

Date of death:  No death

Cause of death:

Post-mortem:

3093

1

CONFIDENTIAL
AZSER12747540

**Subject identifier**
D1447C00126/E0309004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2006-01-03 (-1) | 2006-01-04 (1) | CONSTIPATION(Constipation) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2006-01-07 (4) | NA | SEDATION(Sedation) | 9.1 | Continuing | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 400 | 2006-01-07 (4) | NA | DYSPEPSIA(Dyspepsia) | 9.1 | Continuing | No | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2

3094

CONFIDENTIAL
AZSER12747541

**Subject identifier**
D1447C00126/E0309004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Descriptive text:**

NA

3095

3

CONFIDENTIAL
AZSER12747542

**Narrative event** DAE

**Subject identifier**
D1447C00126/E0309004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-12-28 (-6) | PreTrt | 4.7 (mmol/L) | 5.9 (%) | 1.60 (mmol/L) | 6.60 (mmol/L)H | 2.28 (mmol/L)H | | 141 (g/L) |
| Visit prior to Event | Enrollment | 2005-12-28 (-6) | PreTrt | 4.7 (mmol/L) | 5.9 (%) | 1.60 (mmol/L) | 6.60 (mmol/L)H | 2.28 (mmol/L)H | | 141 (g/L) |
| Final Study Visit | Enrollment | 2005-12-28 (-6) | PreTrt | 4.7 (mmol/L) | 5.9 (%) | 1.60 (mmol/L) | 6.60 (mmol/L)H | 2.28 (mmol/L)H | | 141 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-12-28 (-6) | PreTrt | 245 (10**9/L) | 12.6 (10**9/L)H | 7.85 (10**9/L) | 15 (IU/L) | 17 (IU/L) | 133 (umol/L)H | 3.84 (mIU/L) | 23.0 (pmol/L)H |
| Visit prior to Event | Enrollment | 2005-12-28 (-6) | PreTrt | 245 (10**9/L) | 12.6 (10**9/L)H | 7.85 (10**9/L) | 15 (IU/L) | 17 (IU/L) | 133 (umol/L)H | 3.84 (mIU/L) | 23.0 (pmol/L)H |
| Final Study Visit | Enrollment | 2005-12-28 (-6) | PreTrt | 245 (10**9/L) | 12.6 (10**9/L)H | 7.85 (10**9/L) | 15 (IU/L) | 17 (IU/L) | 133 (umol/L)H | 3.84 (mIU/L) | 23.0 (pmol/L)H |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range. H=above normal range. NR=not recorded    * - unscheduled visit

3096

4

CONFIDENTIAL
AZSER12747543

**Subject identifier**
D1447C00126/E0309004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

3097

CONFIDENTIAL
AZSER12747544

**Subject identifier**
D1447C00126/E0309004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-12-04 (-31)# | 2006-02-09 (37)# | Yes | ALLOPURINOL | 300 MG | Gout |
| 2005-12-04 (-31)# | 2006-02-09 (37)# | Yes | AMIODARONE | 200 MG | Arrytmia |
| 2005-12-22 (-13) | 2006-02-09 (37)# | Yes | LITHIUM | 500 MG | Bipolar |
| 2005-12-29 (-6) | 2006-02-09 (37)# | Yes | ACETYLSALICYLIC ACID | 160 MG | Cardio-vascular prevention |
| 2005-12-29 (-6) | 2006-02-09 (37)# | Yes | AMLODIPINE | 10 MG | Hypertension |
| 2005-12-29 (-6) | 2006-02-09 (37)# | Yes | INDAPAMIDE | 1 MG | Hypertension |
| 2006-01-07 (4) | 2006-02-09 (37)# | Yes | DOMPERIDONE | U .U | Dyspepsia |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

3098

6

CONFIDENTIAL
AZSER12747545

Narrative event
DAE

# START OF E NARRATIVE

**Subject identifier**
D1447C00126/E0602001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event:**

Death:     No

SAE:       No

DAE:       ACCOMMODATION DISORDER, SOMNOLENCE

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 20 | Male | Caucasian | 120 | 2005-02-07 | 2005-06-06 | QUETIAPINE 400 | 2005-08-03 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| 57 | 2005-06-07 | 2005-08-02 |

**Medical History:**

Current:

Past:      whooping cough

**Death information:**

Date of death:     No death

Cause of death:

Post-mortem:

3099

1

CONFIDENTIAL
AZSER12747546

**Subject identifier**
D1447C00126/E060/2001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2005-02-07 (1) | NA | DIZZINESS(Dizziness) | 9.1 | Continuing | Yes | No | No | Severe |
| OL | QUETIAPINE 100 | 2005-02-07 (1) | 2005-02-20 (14) | SOMNOLENCE(Somnolence) | 9.1 | Resolved | Yes | No | No | Severe |
| OL | QUETIAPINE 100 | 2005-02-07 (1) | 2005-06-09 (123) | DRY MOUTH(Dry mouth) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-02-17 (11) | 2005-02-24 (18) | BRONCHITIS(Bronchitis) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-02-18 (12) | 2005-02-24 (18) | TREMOR(Tremor) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-02-21 (15) | NA | SOMNOLENCE(Somnolence) | 9.1 | Continuing | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 400 | 2005-04-21 (74) | NA | WEIGHT INCREASED(Weight gain) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-05-14 (97) | 2005-06-15 (129) | ABDOMINAL PAIN UPPER(Stomach pain) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-05-19 (102) | 2005-07-01 (145) | TREMOR(Tremor) | 9.1 | Resolved | No | No | No | Mild |
| RD | QUETIAPINE 400 | 2005-07-06 (30) | NA | ACCOMMODATION DISORDER(Accommodation difficulties) | 9.1 | Continuing | Yes | Yes | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, DF=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3100

CONFIDENTIAL
AZSER12747547