**Subject identifier**
D1447C00126/E0602001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Descriptive text:**

NA

3101

3

CONFIDENTIAL
AZSER12747548

**Subject identifier**
D1447C00126/E0602001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-01-31 (-7) | PreTrt | 4.8 (mmol/L) | 4.8 (%) | 1.14 (mmol/L) | 3.00 (mmol/L)L | 1.06 (mmol/L) | | 145 (g/L) |
| Visit prior to Event | Enrollment | 2005-01-31 (-7) | PreTrt | 4.8 (mmol/L) | 4.8 (%) | 1.14 (mmol/L) | 3.00 (mmol/L)L | 1.06 (mmol/L) | | 145 (g/L) |
| Final Study Visit | V23 | 2005-08-03 (178) | NA | 4.4 (mmol/L) | 4.7 (%) | 2.08 (mmol/L) | 3.11 (mmol/L)L | 0.93 (mmol/L)L | | 141 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-01-31 (-7) | PreTrt | 320 (10**9/L) | 5.4 (10**9/L) | 2.41 (10**9/L) | 16 (IU/L) | 17 (IU/L) | 80 (umol/L) | 2.22 (mIU/L) | 15.5 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-01-31 (-7) | PreTrt | 320 (10**9/L) | 5.4 (10**9/L) | 2.41 (10**9/L) | 16 (IU/L) | 17 (IU/L) | 80 (umol/L) | 2.22 (mIU/L) | 15.5 (pmol/L) |
| Final Study Visit | V23 | 2005-08-03 (178) | NA | 355 (10**9/L) | 6.5 (10**9/L) | 3.30 (10**9/L) | 18 (IU/L) | 21 (IU/L) | 71 (umol/L) | 4.38 (mIU/L) | 11.9 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.      L=below normal range, H=above normal range, NR=not recorded      * - unscheduled visit

3102

4

CONFIDENTIAL
AZSER12747549

| | Narrative event |
|---|---|
| | DAE |

**Subject identifier**
D1447C00126/E0602001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

3103

5

CONFIDENTIAL
AZSER12747550

| | | | | | Narrative event |
|---|---|---|---|---|---|
| Subject identifier | | Study phase-treatment during which event occurred | | | DAE |
| D1447C00126/E0602001 | | Open Label - QUETIAPINE 400 | | | |

## Medication information: Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-02-07 (1) | 2005-05-19 (102) | No | LITHIUM | 1200 Mg | Bipolar disorder |
| 2005-02-17 (11) | 2005-02-24 (18) | No | DUACT | U Mg | Bronchitis |
| 2005-02-17 (11) | 2005-02-24 (18) | No | PHENOXYMETHYLPENICILLIN | 9999.99 IU | Bronchitis |
| 2005-05-19 (102) | 2005-06-22 (16) | No | LITHIUM | 1350 Mg | Bipolar disorder |
| 2005-06-04 (118) | 2005-06-14 (8) | No | LACTIC ACID | U .U | Suspected lactose intolerance |
| 2005-06-04 (118) | 2005-06-14 (8) | No | LACTOBACILLUS ACIDOPHILUS | U .U | Suspected lactose intolerance |
| 2005-06-04 (118) | 2005-06-14 (8) | No | LACTOBACILLUS BIFIDUS, LYOPHILIZED | U .U | Suspected lactose intolerance |
| 2005-06-22 (16) | 2005-09-01 (87)# | Yes | LITHIUM | 1200 Mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

3104

CONFIDENTIAL
AZSER12747551

START OF E NARRATIVE

**Narrative event**
DAE

**Subject identifier**
D1447C00126/E0602003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event:**

Death:           No

SAE:             No

DAE:             DYSPNOEA EXERTIONAL, PITTING OEDEMA, WEIGHT INCREASED

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 51 | Male | Caucasian | 118 | 2005-05-04 | 2005-08-29 | QUETIAPINE 600 | 2005-08-30 | Adverse Event |

**Days on randomized treatment    Started randomized treatment    Stopped randomized treatment**

NA

**Medical History:**

Current:        pollakisuria, urinary incontinence, hypercholesterolemia, somnolence, dizziness, wooziness

Past:

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

1

3105

CONFIDENTIAL
AZSER12747552

**Subject identifier**
D1447C00126/E0602003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discontinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 500 | 2005-05-05 (2) | NA | SOMNOLENCE(Somnolence) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 500 | 2005-05-05 (2) | 2005-06-01 (29) | DIZZINESS(Dizziness) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 500 | 2005-05-05 (2) | 2005-06-01 (29) | DIZZINESS(Wooziness) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 500 | 2005-05-05 (2) | 2005-08-28 (117) | MUSCLE SPASMS(Muscle cramps) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 500 | 2005-05-05 (2) | 2005-08-29 (118) | DYSARTHRIA(Slured speach) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 800 | 2005-05-29 (26) | 2005-08-28 (117) | MUSCULAR WEAKNESS(Muscle weakness) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 800 | 2005-05-29 (26) | 2005-08-28 (117) | ASTHENIA(Weakness generalised) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 600 | 2005-07-28 (86) | NA | PITTING OEDEMA(Pitting edema in ankles, fingers and legs) | 9.1 | Continuing | No | Yes | No | Moderate |
| OL | QUETIAPINE 600 | 2005-07-28 (86) | NA | DYSPNOEA EXERTIONAL(Dyspnea in exercise) | 9.1 | Continuing | No | Yes | No | Moderate |
| OL | QUETIAPINE 600 | 2005-07-28 (86) | NA | WEIGHT INCREASED(Weight gain) | 9.1 | Continuing | No | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3106

CONFIDENTIAL
AZSER12747553

**Narrative event**
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Subject identifier**
D1447C00126/E0602003

**Descriptive text:**

NA

3107

3

CONFIDENTIAL
AZSER12747554

**Subject identifier**
D1447C00126/E0602003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event** DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-05-03 (0) | PreTrt | 4.9 (mmol/L) | 5.2 (%) | 1.86 (mmol/L) | 7.23 (mmol/L)H | 1.17 (mmol/L) | | 158 (g/L) |
| Visit prior to Event | S6 | 2005-07-27 (85) | QUETIAPINE 600 | 5.1 (mmol/L) | 5.1 (%) | | | | | 154 (g/L) |
| Final Study Visit | S13 | 2005-08-29 (118) | QUETIAPINE 600 | | | 5.12 (mmol/L)H | 7.80 (mmol/L)H | 1.06 (mmol/L) | | 156 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-05-03 (0) | PreTrt | 186 (10**9/L) | 5.6 (10**9/L) | 2.45 (10**9/L) | 30 (IU/L) | 19 (IU/L) | 80 (umol/L) | 2.43 (mIU/L) | 10.8 (pmol/L) |
| Visit prior to Event | S6 | 2005-07-27 (85) | QUETIAPINE 600 | 177 (10**9/L) | 5.1 (10**9/L) | 1.79 (10**9/L)L | | | | | |
| Final Study Visit | S13 | 2005-08-29 (118) | QUETIAPINE 600 | 191 (10**9/L) | 5.4 (10**9/L) | 1.92 (10**9/L)L | 35 (IU/L) | 27 (IU/L) | 80 (umol/L) | 3.22 (mIU/L) | 8.8 (pmol/L)L |

Visit prior and visit after event is relative to the first narrative event.      L=below normal range. H=above normal range. NR=not recorded      * = unscheduled visit

3108

4

CONFIDENTIAL
AZSER12747555

**Subject identifier**
D1447C00126/E0602003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event**
DAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| Enrollment | 2005-05-03 (-1) | | PreTrt | 104.3 |
| S2 | 2005-05-11 (8) | QUETIAPINE 600 | OL | 105 |
| S2 | 2005-05-11 (8) | QUETIAPINE 600 | OL | 106.1 |
| S6 | 2005-07-27 (85) | QUETIAPINE 600 | OL | 117.8 |
| S13 | 2005-08-29 (118) | QUETIAPINE 600 | OL | 121.8 |

3109

5

CONFIDENTIAL
AZSER12747556

| | **Subject identifier** | **Study phase-treatment during which event occurred** | | | | **Narrative event** |
|---|---|---|---|---|---|---|
| | D1447C00126/E0602003 | Open Label - QUETIAPINE 600 | | | | DAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-05-03 (-1) | 2005-08-29 (118) | No | VALPROIC ACID | 2000 Mg | Mania |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

3110

CONFIDENTIAL
AZSER12747557

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0604003

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 200

Narrative event
DAE

**Narrative event:**

Death:          No

SAE:            No

DAE:            SOMNOLENCE

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 39 | Female | Caucasian | 34 | 2004-06-17 | 2004-07-20 | QUETIAPINE 200 | 2004-08-05 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:        fungus infection in hands

Past:

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

1

3111

CONFIDENTIAL
AZSER12747558

**Subject identifier**
D1447C00126/E0604003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2004-06-17 (1) | 2004-06-19 (3) | RHINITIS(Rhinitis) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 200 | 2004-06-20 (4) | 2004-07-21 (35) | SOMNOLENCE(Somnolence) | 9.1 | Resolved | Yes | Yes | No | Severe |
| OL | QUETIAPINE 300 | 2004-06-21 (5) | NA | MUSCULOSKELETAL DISCOMFORT(Discomfort in muscles) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 300 | 2004-06-21 (5) | 2004-06-23 (7) | VERTIGO(Vertigo) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 300 | 2004-06-21 (5) | 2004-07-21 (35) | NAUSEA(Nausea) | 9.1 | Resolved | Yes | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3112

CONFIDENTIAL
AZSER12747559

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0604003 | Open Label - QUETIAPINE 200 | DAE |

**Descriptive text:**

NA

3

3113

CONFIDENTIAL
AZSER12747560

**Subject identifier**
D1447C00126/E0604003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Triglycerides | Total Cholesterol | HDL | LDL | Hemoglobin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-06-15 (-1) | PreTrt | | 4.0 (%)L | 2.08 (mmol/L) | 4.77 (mmol/L) | 1.24 (mmol/L) | | 129 (g/L) |
| Visit prior to Event | Enrollment | 2004-06-15 (-1) | PreTrt | | 4.0 (%)L | 2.08 (mmol/L) | 4.77 (mmol/L) | 1.24 (mmol/L) | | 129 (g/L) |
| Visit of Event | S4 | 2004-07-13 (27) | QUETIAPINE 400 | | | | | | | 129 (g/L) |
| Visit after Event | S13 | 2004-08-05 (50) | OffTrt | | 3.6 (%)L | 1.04 (mmol/L) | 4.64 (mmol/L) | 1.55 (mmol/L) | | 126 (g/L) |
| Final Study Visit | S13 | 2004-08-05 (50) | OffTrt | | 3.6 (%)L | 1.04 (mmol/L) | 4.64 (mmol/L) | 1.55 (mmol/L) | | 126 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-06-15 (-1) | PreTrt | 251 (10**9/L) | 8.6 (10**9/L) | 4.79 (10**9/L) | 16 (IU/L) | 26 (IU/L) | 62 (umol/L) | 2.39 (mIU/L) | 9.7 (pmol/L) L |
| Visit prior to Event | Enrollment | 2004-06-15 (-1) | PreTrt | 251 (10**9/L) | 8.6 (10**9/L) | 4.79 (10**9/L) | 16 (IU/L) | 26 (IU/L) | 62 (umol/L) | 2.39 (mIU/L) | 9.7 (pmol/L) L |
| Visit of Event | S4 | 2004-07-13 (27) | QUETIAPINE 400 | 255 (10**9/L) | 8.4 (10**9/L) | 4.94 (10**9/L) | | | | | |
| Visit after Event | S13 | 2004-08-05 (50) | OffTrt | 231 (10**9/L) | 10.4 (10**9/L) | 7.27 (10**9/L) | 14 (IU/L) | 15 (IU/L) | 62 (umol/L) | 3.15 (mIU/L) | 12.5 (pmol/L) |
| Final Study Visit | S13 | 2004-08-05 (50) | OffTrt | 231 (10**9/L) | 10.4 (10**9/L) | 7.27 (10**9/L) | 14 (IU/L) | 15 (IU/L) | 62 (umol/L) | 3.15 (mIU/L) | 12.5 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * = unscheduled visit

3114

4

CONFIDENTIAL
AZSER12747561

**Narrative event**
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

3115

**Subject identifier**
D1447C00126/E0604003

5

CONFIDENTIAL
AZSER12747562

Narrative event
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

Subject identifier
D1447C00126/E0604003

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

3116

6

CONFIDENTIAL
AZSER12747563

**Subject identifier**
D1447C00126/E0604003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-06-03 (-14) | 2004-06-23 (7) | No | FUSIDIC ACID | 2 Mg | Fungus infection in hands |
| 2004-06-03 (-14) | 2004-08-19 (64)# | Yes | LITHIUM | 900 Mg | Bipolar disorder |
| 2004-06-17 (1) | 2004-08-19 (64)# | Yes | XYLOMETAZOLINE | U | Rhinitis |
| 2004-06-21 (5) | 2004-06-22 (6) | No | TEMAZEPAM | 20 Mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

3117

7

CONFIDENTIAL
AZSER12747564

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E0604013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Narrative event**
DAE

**Narrative event:**

Death:                No

SAE:                  No

DAE:                  SOMNOLENCE

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 26 | Female | Caucasian | 83 | 2004-10-27 | 2005-01-17 | QUETIAPINE 300 | 2005-02-17 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:              allergy, cephalgia

Past:

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

3118

CONFIDENTIAL
AZSER12747565

1

| Subject identifier D1447C00126/E0604013 | | Study phase-treatment during which event occurred Open Label - QUETIAPINE 300 | | | | | | | Narrative event DAE |

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discontinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 300 | 2004-11-01 (6) | 2004-11-12 (17) | VERTIGO(Vertigo) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 300 | 2004-11-01 (6) | 2005-01-19 (85) | SOMNOLENCE(Somnolence) | 9.1 | Resolved | Yes | Yes | No | Mild |
| OL | QUETIAPINE 400 | 2004-11-13 (18) | 2004-12-03 (38) | CONSTIPATION(Constipation) | 9.1 | Resolved | Yes | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3119

CONFIDENTIAL
AZSER12747566

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0604013 | Open Label - QUETIAPINE 300 | DAE |

**Descriptive text:**

NA

3120

3

CONFIDENTIAL
AZSER12747567

**Narrative event** DAE

**Study phase-treatment during which event occurred**
Open-Label - QUETIAPINE 300

**Subject identifier**
D1447C00126/E0604013

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Missing | S5* | Missing | NA | | | | | | | 143 (g/L) |
| Enrollment | Enrollment | 2004-10-21 (-5) | PreTrt | | 5.1 (%) | 1.97 (mmol/L) | 6.29 (mmol/L)H | 1.45 (mmol/L) | | 145 (g/L) |
| Visit of Event | S4 | 2004-11-24 (29) | QUETIAPINE 400 | | | | | | | 143 (g/L) |
| Visit of Event | S5 | 2004-12-17 (52) | QUETIAPINE 400 | | | | | | | 143 (g/L) |
| Visit of Event | S6 | 2005-01-18 (84) | OffTrt | 4.4 (mmol/L) | 5.1 (%) | | | | | 145 (g/L) |
| Visit after Event | S13 | 2005-02-17 (114) | OffTrt | 4.7 (mmol/L) | 4.9 (%) | 1.70 (mmol/L) | 5.96 (mmol/L)H | 1.30 (mmol/L) | | 144 (g/L) |
| Final Study Visit | S13 | 2005-02-17 (114) | OffTrt | 4.7 (mmol/L) | 4.9 (%) | 1.70 (mmol/L) | 5.96 (mmol/L)H | 1.30 (mmol/L) | | 144 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Missing | S5* | Missing | NA | 342 (10**9/L) | 15 (10**9/L)H | 10.88 (10**9/L)H | | | | | |
| Enrollment | Enrollment | 2004-10-21 (-5) | PreTrt | 329 (10**9/L) | 8.6 (10**9/L) | 4.80 (10**9/L) | 27 (IU/L) | 26 (IU/L) | 53 (umol/L) | 2.60 (mIU/L) | 10.1 (pmol/L) |
| Visit of Event | S4 | 2004-11-24 (29) | QUETIAPINE 400 | 314 (10**9/L) | 8.1 (10**9/L) | 4.01 (10**9/L) | | | | | |
| Visit of Event | S5 | 2004-12-17 (52) | QUETIAPINE 400 | 351 (10**9/L) | 9.0 (10**9/L) | 5.87 (10**9/L) | | | | | |
| Visit of Event | S6 | 2005-01-18 (84) | OffTrt | 309 (10**9/L) | 8.5 (10**9/L) | 4.60 (10**9/L) | | | | | |

3121

4

CONFIDENTIAL
AZSER12747568

**Subject identifier**
D1447C00126/E0604013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Narrative event**
DAE

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Visit after Event | S13 | 2005-02-17 (114) | OffTrt | 313 (10**9/L) | 6.4 (10**9/L) | 3.65 (10**9/L) | 22 (IU/L) | 23 (IU/L) | 62 (umol/L) | 4.70 (mIU/L) | 12.1 (pmol/L) |
| Final Study Visit | S13 | 2005-02-17 (114) | OffTrt | 313 (10**9/L) | 6.4 (10**9/L) | 3.65 (10**9/L) | 22 (IU/L) | 23 (IU/L) | 62 (umol/L) | 4.70 (mIU/L) | 12.1 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * - unscheduled visit

3122

5

CONFIDENTIAL
AZSER12747569

Narrative event
DAE

**Subject identifier**
D1447C00126/E0604013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

6

3123

CONFIDENTIAL
AZSER12747570

Narrative event
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Subject identifier**
D1447C00126/E0604013

## Medication information:  Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-09-26 (-31)# | 2004-11-04 (9) | No | DIAZEPAM | 20 Mg | Bipolar disorder |
| 2004-09-26 (-31)# | 2004-12-02 (37) | No | PARACETAMOL | 500 Mg | Headache |
| 2004-10-07 (-20) | 2004-11-07 (12) | No | LITHIUM | 1200 Mg | Bipolar disorder |
| 2004-10-27 (1) | 2004-11-30 (35) | No | ZOPICLONE | 15 Mg | Bipolar disorder |
| 2004-11-04 (9) | 2004-12-01 (36) | No | LORAZEPAM | 4 Mg | Bipolar disorder |
| 2004-11-08 (13) | 2004-11-13 (18) | No | LITHIUM | 1500 Mg | Bipolar disorder |
| 2004-11-14 (19) | 2004-11-14 (19) | No | LITHIUM | 600 Mg | Bipolar disorder |
| 2004-11-15 (20) | 2004-12-17 (52) | No | LITHIUM | 1200 Mg | Bipolar disorder |
| 2004-12-18 (53) | 2005-02-16 (113)# | Yes | LITHIUM | 1500 Mg | Bipolar disorder |
| 2005-01-19 (85) | 2005-02-16 (113)# | Yes | LAMOTRIGINE | 25 Mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

7

3124

CONFIDENTIAL
AZSER12747571

**Narrative event**
DAE

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E0604017

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Narrative event:**

Death:          No

SAE:            No

DAE:            DELIRIUM

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 55 | Male | Caucasian | 5 | 2005-01-27 | 2005-01-31 | QUETIAPINE 300 | 2005-01-31 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:        extrasystolia, gastric refluxsyndrome, sinusitis, headache, meteorism, insomnia

Past:           b-12 vitamine deficiency, hypertension, migraine

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

1

3125

CONFIDENTIAL
AZSER12747572

**Subject identifier**
D1447C00126/E060 4017

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-01-20 (-7) | NA | DRY MOUTH(Dry mouth) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 300 | 2005-01-29 (3) | NA | DELIRIUM(Delirium due to drug interaction) | 9.1 | Continuing | No | Yes | No | Moderate |
| OffTrt | | 2005-02-03 (8) | NA | ATRIAL FIBRILLATION(Atrial fibrillation) | 9.1 | Continuing | No | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3126

CONFIDENTIAL
AZSER12747573

**Narrative event**
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Subject identifier**
D1447C00126/E0604017

**Descriptive text:**

NA

3127

3

CONFIDENTIAL
AZSER12747574

**Subject identifier**
D1447C00126/E0604017

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Narrative event**
DAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Missing | 101 * | Missing | NA | | | 2.76 (mmol/L) | 5.21 (mmol/L)H | 1.17 (mmol/L) | | 134 (g/L) |
| Enrollment | Enrollment | 2005-01-20 (-6) | PreTrt | 4.2 (mmol/L) | 5.2 (%) | 5.67 (mmol/L)H | 4.77 (mmol/L) | 0.91 (mmol/L)L | | 145 (g/L) |
| Final Study Visit | S13 | 2005-01-31 (5) | QUETIAPINE 100 | 4.9 (mmol/L) | 5.1 (%) | 2.12 (mmol/L) | 6.27 (mmol/L)H | 1.40 (mmol/L) | | 146 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Missing | 101 * | Missing | NA | 160 (10**9/L) | 11.4 (10**9/L) | 8.85 (10**9/L)H | 24 (IU/L) | 21 (IU/L) | 88 (umol/L) | | |
| Enrollment | Enrollment | 2005-01-20 (-6) | PreTrt | 176 (10**9/L) | 5.7 (10**9/L) | 3.08 (10**9/L) | 40 (IU/L) | 32 (IU/L) | 88 (umol/L) | 2.05 (mIU/L) | 15.2 (pmol/L) |
| Final Study Visit | S13 | 2005-01-31 (5) | QUETIAPINE 100 | 195 (10**9/L) | 9.9 (10**9/L) | 6.74 (10**9/L) | 29 (IU/L) | 21 (IU/L) | 97 (umol/L) | 7.55 (mIU/L)H | 11.0 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range, H=above normal range, NR=not recorded   * = unscheduled visit

3128

4

CONFIDENTIAL
AZSER12747575

Narrative event
DAE

Subject identifier
D1447C00126/E0604017

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5                                                                                                    3129

CONFIDENTIAL
AZSER12747576

**Subject identifier**
D1447C00126/E0604017

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-12-27 (-31)# | 2005-03-02 (35)# | Yes | ACETYLSALICYLIC ACID | 100 Mg | Prevention of the coagulation disorder |
| 2004-12-27 (-31)# | 2005-03-02 (35)# | Yes | FLECAINIDE | 100 Mg | Hypertension |
| 2004-12-27 (-31)# | 2005-03-02 (35)# | Yes | METOPROLOL | 142.5 Mg | Hypertension |
| 2005-01-10 (-17) | 2005-01-30 (4) | No | TRIMIPRAMINE | 200 Mg | Bipolar disorder |
| 2005-01-10 (-17) | 2005-03-02 (35)# | Yes | ZOLPIDEM | 10 Mg | Insomnia |
| 2005-01-13 (-14) | 2005-03-02 (35)# | Yes | ESOMEPRAZOLE | 40 Mg | Gastric reflux syndrome |
| 2005-01-15 (-12) | 2005-03-02 (35)# | Yes | PARACETAMOL | 2000 Mg | Migraine |
| 2005-01-19 (-8) | 2005-01-30 (4) | No | VALPROIC ACID | 3000 Mg | Bipolar disorder |
| 2005-01-19 (-8) | 2005-03-02 (35)# | Yes | TOLFENAMIC ACID | 200 Mg | Migraine |
| 2005-01-20 (-7) | 2005-03-02 (35)# | Yes | | 1 Tablet | Dry mouth |
| 2005-01-25 (-2) | 2005-01-30 (4) | No | VENLAFAXINE | 75 Mg | Bipolar disorder |
| 2005-01-26 (-1) | 2005-03-02 (35)# | Yes | MODURETIC "MSD" | 20 Mg | Hypertension |
| 2005-01-30 (4) | 2005-03-02 (35)# | Yes | LORAZEPAM | 2 Mg | Bipolar disorder |
| 2005-01-31 (5) | 2005-03-02 (35)# | Yes | VALPROIC ACID | 500 Mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

3130

CONFIDENTIAL
AZSER12747577

Narrative event
DAE

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E0604026

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event:**

Death:              No

SAE:                No

DAE:                HYPERSOMNIA

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|------------------------|
| 61 | Male | Caucasian | 193 | 2005-05-23 | 2005-12-01 | QUETIAPINE 400 | 2006-01-03 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| 8 | 2005-12-02 | 2005-12-09 |

**Medical History:**

Current:            diabetes mellitus, hypertension, psoriasis, keliakia, decrease sense of hearing

Past:

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

1

3131

CONFIDENTIAL
AZSER12747578

**Subject identifier**
D1447C00126/E0604026

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 500 | 2005-05-30 (8) | 2005-06-15 (24) | HYPERSOMNIA(Hypersomnia) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-06-30 (39) | NA | COLD SWEAT(Cold skin) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-07-20 (59) | 2005-08-20 (90) | FATIGUE(Tiredness) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-08-20 (90) | NA | PSORIASIS(Psoriasis) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-08-20 (90) | 2005-10-20 (151) | HYPERSOMNIA(Hypersomnia) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-08-20 (90) | 2005-11-20 (182) | FATIGUE(Tiredness) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-08-20 (90) | 2005-12-22 (214) | DYSPEPSIA(Worsening of dyspepsia) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-10-10 (141) | NA | FOOD CRAVING(Increasen need of sweeties) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-10-20 (151) | NA | HYPERSOMNIA(Hypersomnia) | 9.1 | Continuing | Yes | Yes | No | Severe |
| OL | QUETIAPINE 400 | 2005-12-01 (193) | NA | WEIGHT INCREASED(Weight gain) | 9.1 | Continuing | Yes | No | No | Mild |
| OffTrt | | 2005-12-20 (19) | NA | DIZZINESS(Dizziness) | 9.1 | Continuing | No | No | No | Mild |
| OffTrt | | 2005-12-23 (22) | NA | TREMOR(Tremor in hands) | 9.1 | Continuing | No | No | No | Mild |
| OffTrt | | 2005-12-23 (22) | NA | DYSURIA(Dysuria) | 9.1 | Continuing | No | No | No | Mild |
| OffTrt | | 2005-12-23 (22) | NA | DYSLIPIDAEMIA(Dyslipidemia) | 9.1 | Continuing | No | No | No | Mild |

3132

2

CONFIDENTIAL
AZSER12747579

**Subject identifier**
D1447C00126/E0604026

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OffTrt | | 2005-12-23 (22) | NA | FATIGUE(Tiredness) | 9.1 | Continuing | Yes | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

3

3133

CONFIDENTIAL
AZSER12747580

**Subject identifier**
D1447C00126/E0604026

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Descriptive text:**

NA

3134

4

CONFIDENTIAL
AZSER12747581

**Subject identifier**
D1447C00126/E0604026

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Narrative event
DAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Missing | S7* | Missing | NA | 5.9 (mmol/L) | | | | | | |
| Enrollment | Enrollment | 2005-05-18 (-5) | PreTrt | 6.4 (mmol/L) | 6.5 (%)H | 2.90 (mmol/L)H | 4.33 (mmol/L) | 0.80 (mmol/L)L | | 146 (g/L) |
| Final Study Visit | V23 | 2006-01-03 (226) | NA | 5.6 (mmol/L) | 6.4 (%)H | 3.32 (mmol/L)H | 5.65 (mmol/L)H | 1.04 (mmol/L) | | 149 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Missing | S7* | Missing | NA | | | | | | | | |
| Enrollment | Enrollment | 2005-05-18 (-5) | PreTrt | 273 (10**9/L) | 5.6 (10**9/L) | 1.95 (10**9/L)L | 56 (IU/L)H | 32 (IU/L) | 80 (umol/L) | 2.25 (mIU/L) | 12.9 (pmol/L) |
| Final Study Visit | V23 | 2006-01-03 (226) | NA | 318 (10**9/L) | 5.5 (10**9/L) | 1.97 (10**9/L)L | 32 (IU/L) | 23 (IU/L) | 80 (umol/L) | 3.97 (mIU/L) | 13.0 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

5

3135

CONFIDENTIAL
AZSER12747582

| | Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|---|
| | D1447C00126/E0604026 | Open Label - QUETIAPINE 400 | DAE |

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

6

3136

CONFIDENTIAL
AZSER12747583

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Subject identifier**
D1447C00126/E0604026

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-04-22 (-31)# | 2006-01-08 (38)# | Yes | ATENOLOL | 100 mg | Hypertonia |
| 2005-04-22 (-31)# | 2006-01-08 (38)# | Yes | BETADERMIC | U .U | Psoriasis |
| 2005-04-22 (-31)# | 2006-01-08 (38)# | Yes | HYDROCORTISONE | U .U | Psoriasis |
| 2005-04-22 (-31)# | 2006-01-08 (38)# | Yes | METFORMIN | 1000 mg | Diabetes |
| 2005-06-07 (16) | 2006-01-08 (38)# | Yes | LORAZEPAM | 2 mg | Bipolar disorder |
| 2005-10-10 (141) | 2006-01-08 (38)# | Yes | VALPROIC ACID | 1000 mg | Bipolar disorder |
| 2005-10-10 (141) | 2006-01-08 (38)# | Yes | ZOPICLONE | 7.5 mg | Bipolar disorder |
| 2005-12-09 (8) | 2005-12-09 (8) | No | QUETIAPINE | 300 mg | Bipolar disorder |
| 2005-12-09 (8) | 2005-12-22 (21) | No | VENLAFAXINE | 75 mg | Depression, bipolar disorder |
| 2005-12-22 (21) | 2006-01-03 (33) | No | VENLAFAXINE | 150 mg | Depression, bipolar disorder |
| 2006-01-03 (33) | 2006-01-08 (38)# | Yes | ATORVASTATIN | 10 mg | Dyslipidemia |
| 2006-01-03 (33) | 2006-01-08 (38)# | Yes | VENLAFAXINE | 75 mg | Depression, bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

7

3137

CONFIDENTIAL
AZSER12747584

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E0605003

Narrative event
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event:**

Death:              No

SAE:               No

DAE:               CONSTIPATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|----------------------|------------------------------|-----------------------|
| 48 | Male | Caucasian | 212 | 2004-06-15 | 2005-01-12 | QUETIAPINE 400 | | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| 29 | 2005-01-13 | 2005-02-10 |

**Medical History:**

Current:

Past:              atopic eczema

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

3138

1

CONFIDENTIAL
AZSER12747585

**Subject identifier**
D1447C00126/E0605003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2004-08-12 (59) | 2004-09-20 (98) | CONSTIPATION(Constipation) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2004-11-14 (153) | NA | CONSTIPATION(Constipation) | 9.1 | Continuing | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3139

CONFIDENTIAL
AZSER12747586

**Subject identifier**
D1447C00126/E0605003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Descriptive text:**

NA

3140

3

CONFIDENTIAL
AZSER12747587

**Narrative event** DAE

**Subject identifier** D1447C00126/E0605003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-06-09 (-6) | PreTrt | | 5.6 (%) | 1.10 (mmol/L) | 4.74 (mmol/L) | 1.40 (mmol/L) | | 148 (g/L) |
| Visit prior to Event | S6 | 2004-09-08 (86) | QUETIAPINE 400 | | | | | | | 136 (g/L) |
| Final Study Visit | V23 | 2005-02-10 (29) | QUETIAPINE 400 | 5.4 (mmol/L) | 5.3 (%) | 1.63 (mmol/L) | 4.56 (mmol/L) | 1.22 (mmol/L) | | 130 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-06-09 (-6) | PreTrt | 193 (10**9/L) | 7.0 (10**9/L) | 3.93 (10**9/L) | 22 (IU/L) | 16 (IU/L) | 88 (umol/L) | 3.15 (mIU/L) | 15.7 (pmol/L) |
| Visit prior to Event | S6 | 2004-09-08 (86) | QUETIAPINE 400 | 237 (10**9/L) | 6.2 (10**9/L) | 3.66 (10**9/L) | | | | | |
| Final Study Visit | V23 | 2005-02-10 (29) | QUETIAPINE 400 | 268 (10**9/L) | 11.9 (10**9/L) | 8.57 (10**9/L)H | 20 (IU/L) | 17 (IU/L) | 80 (umol/L) | 2.29 (mIU/L) | 12.4 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

3141

4

CONFIDENTIAL
AZSER12747588

| | Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|---|
| | D1447C00126/E0605003 | Open Label - QUETIAPINE 400 | DAE |

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

3142

CONFIDENTIAL
AZSER12747589

| | | | | | Narrative event |
|---|---|---|---|---|---|
| Subject identifier D1447C00126/E0605003 | | Study phase-treatment during which event occurred Open Label - QUETIAPINE 400 | | | DAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-07-28 (44) | 2005-03-12 (59)# | Yes | LITHIUM | 1200 Mg | Disease under investigation |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

3143

6

CONFIDENTIAL
AZSER12747590

Narrative event
DAE

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0606005

Study phase-treatment during which event occurred
Randomized - PLACEBO 400

**Narrative event:**

Death:              No

SAE:                No

DAE:                INSOMNIA

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 38  | Male | Caucasian | 152 | 2005-12-08 | 2006-05-08 | PLACEBO 400 | 2006-06-06 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| 28 | 2006-05-09 | 2006-06-05 |

**Medical History:**

Current:

Past:

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

1

3144

CONFIDENTIAL
AZSER12747591

**Subject identifier**
D1447C00126/E0606005

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-12-01 (-7) | 2005-12-01 (-7) | RESTLESSNESS(Muscular unrest) | 9.1 | Resolved | No | No | No | Moderate |
| PreTrt | | 2005-12-01 (-7) | 2005-12-01 (-7) | DYSPEPSIA(Heartburn) | 9.1 | Resolved | No | No | No | Mild |
| PreTrt | | 2005-12-02 (-6) | 2005-12-02 (-6) | HEADACHE(Headache) | 9.1 | Resolved | No | No | No | Moderate |
| PreTrt | | 2005-12-05 (-3) | 2005-12-06 (-2) | RESTLESSNESS(Muscular unrest) | 9.1 | Resolved | No | No | No | Moderate |
| PreTrt | | 2005-12-06 (-2) | 2005-12-06 (-2) | HEADACHE(Headache) | 9.1 | Resolved | No | No | No | Mild |
| PreTrt | | 2005-12-07 (-1) | 2005-12-07 (-1) | DYSPEPSIA(Heartburn) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 500 | 2005-12-10 (3) | 2005-12-10 (3) | DYSPEPSIA(Heartburn) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 500 | 2005-12-12 (5) | 2005-12-12 (5) | HEADACHE(Headache) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 700 | 2005-12-28 (21) | NA | FATIGUE(Fatigue) | 9.1 | Continuing | Yes | No | No | Moderate |
| RD | PLACEBO 500 | 2006-05-09 (1) | NA | RESTLESSNESS(Muscular unrest) | 9.1 | Continuing | Yes | No | No | Mild |
| RD | PLACEBO 400 | 2006-05-10 (2) | 2006-05-20 (12) | NASOPHARYNGITIS(Common cold) | 9.1 | Resolved | No | No | No | Moderate |
| RD | PLACEBO 400 | 2006-05-18 (10) | NA | INSOMNIA(Insomnia) | 9.1 | Continuing | Yes | Yes | No | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2

3145

CONFIDENTIAL
AZSER12747592

**Subject identifier**
D1447C00126/E606005

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 400

**Narrative event**
DAE

**Descriptive text:**

NA

3146

3

CONFIDENTIAL
AZSER12747593

Narrative event DAE

**Subject identifier**
D1447C00126/E0606005

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 400

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-11-30 (-8) | PreTrt | 5.2 (mmol/L) | 5.6 (%) | 2.68 (mmol/L) | 5.65 (mmol/L)H | 1.04 (mmol/L) | | 157 (g/L) |
| Visit prior to Event | Randomization (V1) | 2006-05-09 (1) | PLACEBO 500 | 5.6 (mmol/L) | 5.7 (%) | 5.18 (mmol/L)H | 5.31 (mmol/L)H | 0.80 (mmol/L)L | | 145 (g/L) |
| Final Study Visit | V23 | 2006-06-06 (181) | NA | 4.8 (mmol/L) | 5.7 (%) | 5.15 (mmol/L)H | 5.44 (mmol/L)H | 0.73 (mmol/L)L | | 147 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-11-30 (-8) | PreTrt | 243 (10**9/L) | 18.0 (10**9/L)H | 12.94 (10**9/L)H | 32 (IU/L) | 22 (IU/L) | 88 (umol/L) | 2.33 (mIU/L) | 18.2 (pmol/L) |
| Visit prior to Event | Randomization (V1) | 2006-05-09 (1) | PLACEBO 500 | 211 (10**9/L) | 15.4 (10**9/L)H | 9.12 (10**9/L)H | 55 (IU/L)H | 27 (IU/L) | 80 (umol/L) | 3.07 (mIU/L) | 12.5 (pmol/L) |
| Final Study Visit | V23 | 2006-06-06 (181) | NA | 249 (10**9/L) | 8.3 (10**9/L) | 2.32 (10**9/L) | 47 (IU/L) | 29 (IU/L) | 88 (umol/L) | | |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * = unscheduled visit

3147

4

CONFIDENTIAL
AZSER12747594

Narrative event
DAE

**Subject identifier**
D1447C00126/E606005

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 400

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

3148

CONFIDENTIAL
AZSER12747595

| Subject identifier<br>D1447C00126/E606005 | | Study phase-treatment during which event occurred<br>Randomized - PLACEBO 400 | | | | Narrative event<br>DAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started<br>(day started) | Date stopped<br>(day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-12-05 (-3) | 2006-07-05 (58)# | Yes | VALPROIC ACID | 2000 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

3149

6

CONFIDENTIAL
AZSER12747596

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E0701006

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Narrative event:**

Death:            No

SAE:             No

DAE:             AGGRESSION, EMOTIONAL DISORDER

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 27 | Female | Caucasian | 43 | 2005-02-14 | 2005-03-28 | QUETIAPINE 400 | 2005-03-29 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:

Past:

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

1

3150

CONFIDENTIAL
AZSER12747597

**Subject identifier**
D1447C00126/E0701006

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-02-09 (-5) | 2005-02-14 (1) | DECREASED APPETITE(Decreased appetite) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 100 | 2005-02-14 (1) | 2005-02-22 (9) | VERTIGO(Vertigo) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-02-22 (9) | NA | AGGRESSION(Aggressions) | 9.1 | Continuing | Yes | Yes | No | Severe |
| OL | QUETIAPINE 400 | 2005-02-22 (9) | 2005-03-27 (42) | FATIGUE(Tiredness) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-02-22 (9) | 2005-03-28 (43) | INCREASED APPETITE(Increased appetite) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 100 | 2005-03-23 (38) | NA | MUSCLE TWITCHING(Hand twitches) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 100 | 2005-03-23 (38) | 2005-03-27 (42) | EMOTIONAL DISORDER(Without emotions) | 9.1 | Resolved | Yes | Yes | No | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3151

CONFIDENTIAL
AZSER12747598

**Subject identifier**
D1447C00126/E0701006

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Descriptive text:**

NA

3152

3

CONFIDENTIAL
AZSER12747599

**Subject identifier**
D1447C00126/E9701006

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-02-09 (-4) | PreTrt | 4.3 (mmol/L) | 4.9 (%) | 1.51 (mmol/L) | 5.26 (mmol/L)H | 2.38 (mmol/L) H | | 129 (g/L) |
| Visit prior to Event | Enrollment | 2005-02-09 (-4) | PreTrt | 4.3 (mmol/L) | 4.9 (%) | 1.51 (mmol/L) | 5.26 (mmol/L)H | 2.38 (mmol/L) H | | 129 (g/L) |
| Final Study Visit | S13 | 2005-03-29 (44) | OffTrt | 4.6 (mmol/L) | 4.8 (%) | 0.95 (mmol/L) | 5.49 (mmol/L)H | 2.95 (mmol/L) H | | 133 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-02-09 (-4) | PreTrt | 290 (10**9/L) | 9.0 (10**9/L) | 6.86 (10**9/L) | 16 (IU/L) | 20 (IU/L) | 62 (umol/L) | 1.21 (mIU/L) | 13.9 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-02-09 (-4) | PreTrt | 290 (10**9/L) | 9.0 (10**9/L) | 6.86 (10**9/L) | 16 (IU/L) | 20 (IU/L) | 62 (umol/L) | 1.21 (mIU/L) | 13.9 (pmol/L) |
| Final Study Visit | S13 | 2005-03-29 (44) | OffTrt | 323 (10**9/L) | 8.1 (10**9/L) | 4.02 (10**9/L) | 12 (IU/L) | 20 (IU/L) | 62 (umol/L) | 3.46 (mIU/L) | 16.3 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range.   H=above normal range. NR=not recorded     * =unscheduled visit

3153

4

CONFIDENTIAL
AZSER12747600

| | | | Narrative event |
|---|---|---|---|
| | | | DAE |

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Subject identifier**
D1447C00126/E0701006

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

3154

5

CONFIDENTIAL
AZSER12747601

Subject identifier
D1447C00126/E0701006

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Narrative event
DAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-01-14 (-31)# | 2005-04-27 (73)# | Yes | NEO-EUNOMIN | U, U | Contraceptive |
| 2005-02-15 (2) | 2005-02-28 (15) | No | VALPROIC ACID | 750 mg | Bipolar I Disorder, depressed episode. |
| 2005-03-01 (16) | 2005-04-27 (73)# | Yes | VALPROIC ACID | 900 mg | Bipolar I Disorder, depressed episode. |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

3155

CONFIDENTIAL
AZSER12747602

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E0701012

Narrative event
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event:**

| | |
|---|---|
| Death: | No |
| SAE: | No |
| DAE: | DIZZINESS |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 45 | Female | Caucasian | 13 | 2005-05-25 | 2005-06-06 | QUETIAPINE 100 | 2005-06-10 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

| | |
|---|---|
| Current: | hypothyroidism |
| Past: | kidney abscess |

**Death information:**

| | |
|---|---|
| Date of death: | No death |
| Cause of death: | |
| Post-mortem: | |

3156

1

CONFIDENTIAL
AZSER12747603

**Subject identifier**
D1447C00126/E0701012

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2005-05-30 (6) | 2005-06-08 (15) | DIZZINESS(Dizziness) | 9.1 | Resolved | Yes | Yes | No | Severe |
| OL | QUETIAPINE 100 | 2005-05-30 (6) | 2005-06-08 (15) | DRY MOUTH(Dry mouth) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 100 | 2005-05-30 (6) | 2005-06-08 (15) | THIRST(Thirst increase) | 9.1 | Resolved | Yes | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

3157

2

CONFIDENTIAL
AZSER12747604

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0701012 | Open Label - QUETIAPINE 100 | DAE |

**Descriptive text:**

NA

3158

3

CONFIDENTIAL
AZSER12747605

**Narrative event** DAE

**Subject identifier** D1447C00126/E0701012

**Study phase-treatment during which event occurred** Open Label - QUETIAPINE 100

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-05-18 (-6) | PreTrt | 4.7 (mmol/L) | 4.9 (%) | 1.30 (mmol/L) | 4.82 (mmol/L) | 1.53 (mmol/L) | | 134 (g/L) |
| Visit prior to Event | Enrollment | 2005-05-18 (-6) | PreTrt | 4.7 (mmol/L) | 4.9 (%) | 1.30 (mmol/L) | 4.82 (mmol/L) | 1.53 (mmol/L) | | 134 (g/L) |
| Visit after Event | S13 | 2005-06-10 (17) | OffTrt | 5.2 (mmol/L) | 4.9 (%) | 0.76 (mmol/L) | 5.08 (mmol/L) | 1.50 (mmol/L) | | 133 (g/L) |
| Final Study Visit | S13 | 2005-06-10 (17) | OffTrt | 5.2 (mmol/L) | 4.9 (%) | 0.76 (mmol/L) | 5.08 (mmol/L) | 1.50 (mmol/L) | | 133 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-05-18 (-6) | PreTrt | 313 (10**9/L) | 10.3 (10**9/L) | 7.31 (10**9/L) | 10 (IU/L) | 14 (IU/L) | 62 (umol/L) | 1.90 (mIU/L) | 11.5 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-05-18 (-6) | PreTrt | 313 (10**9/L) | 10.3 (10**9/L) | 7.31 (10**9/L) | 10 (IU/L) | 14 (IU/L) | 62 (umol/L) | 1.90 (mIU/L) | 11.5 (pmol/L) |
| Visit after Event | S13 | 2005-06-10 (17) | OffTrt | 321 (10**9/L) | 10.1 (10**9/L) | 7.45 (10**9/L) | 7 (IU/L)L | 9 (IU/L)L | 71 (umol/L) | 2.87 (mIU/L) | 13.8 (pmol/L) |
| Final Study Visit | S13 | 2005-06-10 (17) | OffTrt | 321 (10**9/L) | 10.1 (10**9/L) | 7.45 (10**9/L) | 7 (IU/L)L | 9 (IU/L)L | 71 (umol/L) | 2.87 (mIU/L) | 13.8 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range. H=above normal range. NR=not recorded    * - unscheduled visit

3159

4

CONFIDENTIAL
AZSER12747606

Narrative event
DAE

**Subject identifier**
D1447C00126/E0701012

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

3160

CONFIDENTIAL
AZSER12747607

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Subject identifier**
D1447C00126/E0701012

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-05-10 (-15) | 2005-07-06 (43)# | Yes | LITHIUM | 1125 mg | Bipolar I Disorder,manic episode. |
| 2005-05-20 (-5) | 2005-07-06 (43)# | Yes | LEVOTHYROXINE | 50 ug | Hypothyreosis |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

3161

6

CONFIDENTIAL
AZSER12747608

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E0701015

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Narrative event**
DAE

**Narrative event:**

Death:            No

SAE:             No

DAE:             SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 49 | Male | Caucasian | 149 | 2005-09-12 | 2006-02-07 | QUETIAPINE 300 | 2006-02-28 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:        lipometabolic disorder

Past:

**Death information:**

Date of death:       No death

Cause of death:

Post-mortem:

1

3162

CONFIDENTIAL
AZSER12747609

**Subject identifier**
D1447C00126/E0701015

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2005-09-12 (1) | 2005-11-04 (54) | DRY MOUTH(Dry moth) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-09-26 (15) | 2005-11-04 (54) | DIZZINESS(Dizziness) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 300 | 2005-12-01 (81) | 2006-02-28 (170) | SEDATION(Sedation) | 9.1 | Resolved | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3163

CONFIDENTIAL
AZSER12747610

**Subject identifier**
D1447C00126/E0701015

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Narrative event**
DAE

**Descriptive text:**

NA

3164

3

CONFIDENTIAL
AZSER12747611

**Subject identifier**
D1447C00126/E0701015

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-09-05 (-6) | PreTrt | 4.9 (mmol/L) | 5.4 (%) | 4.92 (mmol/L)H | 5.98 (mmol/L)H | 1.04 (mmol/L) | | 158 (g/L) |
| Visit prior to Event | S5 | 2005-11-08 (58) | QUETIAPINE 300 | | | | | | | 145 (g/L) |
| Visit of Event | S6 | 2005-12-07 (87) | QUETIAPINE 300 | 5.9 (mmol/L) | 4.8 (%) | | | | | 151 (g/L) |
| Visit of Event | S13 | 2006-02-28 (170) | OffTrt | 5.5 (mmol/L) | 5.6 (%) | 1.22 (mmol/L) | 5.85 (mmol/L)H | 1.53 (mmol/L) | | 160 (g/L) |
| Final Study Visit | S13 | 2006-02-28 (170) | OffTrt | 5.5 (mmol/L) | 5.6 (%) | 1.22 (mmol/L) | 5.85 (mmol/L)H | 1.53 (mmol/L) | | 160 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-09-05 (-6) | PreTrt | 249 (10**9/L) | 9.9 (10**9/L) | 6.57 (10**9/L) | 14 (IU/L) | 15 (IU/L) | 88 (umol/L) | 0.65 (mIU/L) | 14.4 (pmol/L) |
| Visit prior to Event | S5 | 2005-11-08 (58) | QUETIAPINE 300 | 298 (10**9/L) | 8.3 (10**9/L) | 4.88 (10**9/L) | | | | | |
| Visit of Event | S6 | 2005-12-07 (87) | QUETIAPINE 300 | 312 (10**9/L) | 7.0 (10**9/L) | 3.91 (10**9/L) | | | | | |
| Visit of Event | S13 | 2006-02-28 (170) | OffTrt | 264 (10**9/L) | 6.7 (10**9/L) | 3.76 (10**9/L) | 18 (IU/L) | 19 (IU/L) | 80 (umol/L) | 0.47 (mIU/L) | 19.6 (pmol/L) |
| Final Study Visit | S13 | 2006-02-28 (170) | OffTrt | 264 (10**9/L) | 6.7 (10**9/L) | 3.76 (10**9/L) | 18 (IU/L) | 19 (IU/L) | 80 (umol/L) | 0.47 (mIU/L) | 19.6 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range.  H=above normal range. NR=not recorded    * - unscheduled visit

3165

4

CONFIDENTIAL
AZSER12747612

Narrative event
DAE

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 300

Subject identifier
D1447C00126/E0701015

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

3166

5

CONFIDENTIAL
AZSER12747613

| | **Study phase-treatment during which event occurred**<br>Open Label - QUETIAPINE 300 | | | | **Narrative event**<br>DAE |
|---|---|---|---|---|---|
| **Subject identifier**<br>D1447C00126/E0701015 | | | | | |

**Medication information: Include concomitant medications taken during the event only**

| Date started<br>(day started) | Date stopped<br>(day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-09-08 (-4) | 2006-03-09 (179)# | Yes | LITHIUM | 1350 mg | Bipolar I Disorder, depressed episode |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

3167

6

CONFIDENTIAL<br>AZSER12747614

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0701019

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Narrative event
DAE

**Narrative event:**

Death:           No

SAE:             No

DAE:             SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|------------------------|
| 39 | Male | Caucasian | 92 | 2005-12-19 | 2006-03-20 | QUETIAPINE 400 | 2006-03-20 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:

Past:

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

1

3168

CONFIDENTIAL
AZSER12747615

**Subject identifier**
D1447C00126/E0701019

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2006-02-21 (65) | NA | SEDATION(Sedation) | 9.1 | Continuing | Yes | Yes | No | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2

3169

CONFIDENTIAL
AZSER12747616

**Subject identifier**
D1447C00126/E0701019

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Descriptive text:**

NA

3170

3

CONFIDENTIAL
AZSER12747617

Subject identifier
D1447C00126/E0701019

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-12-12 (-6) | PreTrt | 5.1 (mmol/L) | 5.3 (%) | 2.16 (mmol/L) | 5.18 (mmol/L) | 1.35 (mmol/L) | | 147 (g/L) |
| Visit prior to Event | S5 | 2006-02-20 (64) | QUETIAPINE 400 | | | | | | | 143 (g/L) |
| Final Study Visit | S13 | 2006-03-20 (92) | QUETIAPINE 400 | 4.9 (mmol/L) | 4.8 (%) | 2.59 (mmol/L) | 5.36 (mmol/L)H | 1.48 (mmol/L) | | 148 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-12-12 (-6) | PreTrt | 270 (10**9/L) | 5.3 (10**9/L) | 3.29 (10**9/L) | 16 (IU/L) | 17 (IU/L) | 97 (umol/L) | 2.21 (mIU/L) | 12.6 (pmol/L) |
| Visit prior to Event | S5 | 2006-02-20 (64) | QUETIAPINE 400 | 296 (10**9/L) | 5.2 (10**9/L) | 3.30 (10**9/L) | | | | | |
| Final Study Visit | S13 | 2006-03-20 (92) | QUETIAPINE 400 | 288 (10**9/L) | 4.9 (10**9/L) | 2.85 (10**9/L) | 15 (IU/L) | 14 (IU/L) | 97 (umol/L) | 2.41 (mIU/L) | 15.6 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

3171

4

CONFIDENTIAL
AZSER12747618

| | Subject identifier<br>D1447C00126/E0701019 | Study phase-treatment during which event occurred<br>Open Label - QUETIAPINE 400 | | Narrative event<br>DAE |

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date<br>(visit day) | Treatment at time of<br>assessment | Study phase at<br>time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

3172

CONFIDENTIAL
AZSER12747619

Narrative event
DAE

**Subject identifier**
D1447C00126/E0701019

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2006-01-19 (32) | 2006-04-19 (122)# | Yes | LITHIUM | 1125 mg | Bipolar I Disorder, manic episode |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

3173

6

CONFIDENTIAL
AZSER12747620

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E0701020

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Narrative event**
DAE

**Narrative event:**

Death:       No

SAE:         No

DAE:         RESTLESSNESS

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 50 | Female | Caucasian | 198 | 2006-01-11 | 2006-07-27 | QUETIAPINE 300 | 2006-07-27 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:     hypothyreosis

Past:

**Death information:**

Date of death:     No death

Cause of death:

Post-mortem:

1

3174

CONFIDENTIAL
AZSER12747621

**Subject identifier**
D1447C00126/E0701020

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2006-01-13 (3) | 2006-04-05 (85) | SLEEP DISORDER(Sleep disturbances) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2006-01-13 (3) | 2006-05-03 (113) | RESTLESSNESS(Muscular unrest lower extremities) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 500 | 2006-01-20 (10) | 2006-01-23 (13) | FLATULENCE(Flatulences) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 300 | 2006-05-04 (114) | NA | RESTLESSNESS(Muscular unrest) | 9.1 | Continuing | Yes | Yes | No | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3175

CONFIDENTIAL
AZSER12747622

**Subject identifier**
D1447C00126/E0701020

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Narrative event**
DAE

**Descriptive text:**

NA

3176

3

CONFIDENTIAL
AZSER12747623

**Subject identifier**
D1447C00126/E0701020

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-05 (-5) | PreTrt | 4.9 (mmol/L) | 5.2 (%) | 2.94 (mmol/L)H | 6.11 (mmol/L)H | 1.40 (mmol/L) | | 151 (g/L) |
| Visit prior to Event | S6 | 2006-04-05 (85) | QUETIAPINE 400 | 5.3 (mmol/L) | 5.0 (%) | | | | | 144 (g/L) |
| Final Study Visit | S13 | 2006-07-27 (198) | QUETIAPINE 500 | 5.1 (mmol/L) | 5.3 (%) | 2.18 (mmol/L) | 6.68 (mmol/L)H | 1.45 (mmol/L) | | 148 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-05 (-5) | PreTrt | 278 (10**9/L) | 7.3 (10**9/L) | 4.28 (10**9/L) | 42 (IU/L)H | 32 (IU/L) | 80 (umol/L) | 0.86 (mIU/L) | 13.9 (pmol/L) |
| Visit prior to Event | S6 | 2006-04-05 (85) | QUETIAPINE 400 | 292 (10**9/L) | 7.5 (10**9/L) | 4.32 (10**9/L) | | | | | |
| Final Study Visit | S13 | 2006-07-27 (198) | QUETIAPINE 500 | 276 (10**9/L) | 6.7 (10**9/L) | 3.94 (10**9/L) | 27 (IU/L) | 21 (IU/L) | 88 (umol/L) | 8.33 (mIU/L)H | 16.6 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

3177

4

CONFIDENTIAL
AZSER12747624

Narrative event
DAE

Subject identifier
D1447C00126/E0701020

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

3178

CONFIDENTIAL
AZSER12747625

| | | Study phase-treatment during which event occurred | | | Narrative event |
| | | Open Label - QUETIAPINE 300 | | | DAE |

**Subject identifier**
D1447C00126/E0701020

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-12-11 (-31)# | 2006-08-26 (228)# | Yes | LEVOTHYROXINE | 150 ug | Hypothyreosis |
| 2005-12-20 (-22) | 2006-08-26 (228)# | Yes | LITHIUM | 1125 mg | Bipolar I Disorder, mixed episode |
| 2006-03-08 (57) | 2006-08-26 (228)# | Yes | ZOLPIDEM | 8.03 mg | Sleep disturbances |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

3179

6

CONFIDENTIAL
AZSER12747626

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0703001

Narrative event
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event:**

Death:                    No

SAE:                      No

DAE:                      DEPRESSION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 51 | Female | Caucasian | 78 | 2004-11-02 | 2005-01-18 | QUETIAPINE 400 | 2005-01-18 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:                  struma diffusa

Past:

**Death information:**

Date of death:            No death

Cause of death:

Post-mortem:

1

3180

CONFIDENTIAL
AZSER12747627

**Subject identifier**
D1447C00126/E0703001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2005-01-18 (78) | NA | DEPRESSION(Increase of depression symptoms) | 9.1 | Continuing | No | Yes | No | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3181

CONFIDENTIAL
AZSER12747628

**Subject identifier**
D1447C00126/E0703001

**Narrative event**
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Descriptive text:**

NA

3182

3

CONFIDENTIAL
AZSER12747629

**Narrative event** DAE

**Subject identifier**
D1447C00126/E0703001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-11-01 (0) | PreTrt | 6.5 (mmol/L) | 5.4 (%) | 1.05 (mmol/L) | 6.37 (mmol/L)H | 1.86 (mmol/L) | | 151 (g/L) |
| Visit prior to Event | S5 | 2005-01-03 (63) | QUETIAPINE 400 | | | | | | | 141 (g/L) |
| Final Study Visit | S13 | 2005-01-18 (78) | QUETIAPINE 400 | 5.1 (mmol/L) | 5.6 (%) | 1.56 (mmol/L) | 8.31 (mmol/L)H | 1.86 (mmol/L) | | 134 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-11-01 (0) | PreTrt | 432 (10**9/L) | 7.2 (10**9/L) | 4.85 (10**9/L) | 21 (IU/L) | 27 (IU/L) | 53 (umol/L) | 0.03 (mIU/L)L | 23.1 (pmol/L) |
| Visit prior to Event | S5 | 2005-01-03 (63) | QUETIAPINE 400 | 332 (10**9/L) | 7.2 (10**9/L) | 3.53 (10**9/L) | | | | | |
| Final Study Visit | S13 | 2005-01-18 (78) | QUETIAPINE 400 | 255 (10**9/L) | 6.6 (10**9/L) | 3.21 (10**9/L) | 12 (IU/L) | 24 (IU/L) | 53 (umol/L) | 0.44 (mIU/L) | 14.3 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range, H=above normal range, NR=not recorded   * - unscheduled visit

4

3183

CONFIDENTIAL
AZSER12747630

Narrative event
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Subject identifier**
D1447C00126/E0703001

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

3184

CONFIDENTIAL
AZSER12747631

| | |
|---|---|
| **Subject identifier**<br>D1447C00126/E0703001 | **Study phase-treatment during which event occurred**<br>Open Label - QUETIAPINE 400 |

**Narrative event**
DAE

**Medication information: Include concomitant medications taken during the event only**

| Date started<br>(day started) | Date stopped<br>(day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-11-16 (15) | 2005-02-17 (108)# | Yes | VALPROIC ACID | 1100 mg | Bipolar disorder |

\# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

3185

CONFIDENTIAL<br>AZSER12747632

**START OF E NARRATIVE**

Narrative event
DAE

**Subject identifier**
D1447C00126/E0706002

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 400

**Narrative event:**

Death:              No

SAE:               No

DAE:               SLEEP DISORDER

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 47 | Male | Caucasian | 154 | 2005-02-24 | 2005-07-27 | PLACEBO 400 | 2005-08-05 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| 8 | 2005-07-28 | 2005-08-04 |

**Medical History:**

Current:              mycosis of the right toes

Past:

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

3186

1

CONFIDENTIAL
AZSER12747633

**Subject identifier**
DI447C00126/E0706002

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discontinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2005-03-09 (14) | NA | OBESITY(Obesity) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-03-24 (29) | NA | DISTURBANCE IN ATTENTION(Lack of concentration) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-04-10 (46) | 2005-04-23 (59) | FATIGUE(Tiredness) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-04-14 (50) | NA | CARPAL TUNNEL SYNDROME(Carpal tunnel syndrome) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-04-14 (50) | 2005-07-10 (137) | EPICONDYLITIS(Radiohumeral epicondylitis) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-04-28 (64) | 2005-05-22 (88) | JOINT SWELLING(Gonyoncus (swollen knee)) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-05-01 (67) | NA | COUGH(Dry cough) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-05-19 (85) | 2005-07-12 (139) | THROAT TIGHTNESS(Throat pressure sensation) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-05-29 (95) | 2005-06-10 (107) | SLEEP DISORDER(Sleep disorder) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-06-06 (103) | 2005-06-06 (103) | NON-CARDIAC CHEST PAIN(Chest pain not cardiac) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-06-21 (118) | 2005-07-21 (148) | NASOPHARYNGITIS(Common cold) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-07-11 (138) | NA | OEDEMA PERIPHERAL(Hand edema) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-07-11 (138) | NA | OEDEMA PERIPHERAL(Feet edema) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-07-16 (143) | 2005-07-18 (145) | SLEEP DISORDER(Sleep disorder) | 9.1 | Resolved | No | No | No | Mild |

2

3187

CONFIDENTIAL
AZSER12747634

**Subject identifier**
D1447C00126/E0706002

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 400

**Narrative event**
DAE

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| RD | PLACEBO 400 | 2005-07-28 (1) | 2005-08-04 (8) | SLEEP DISORDER(Sleep disorder) | 9.1 | Resolved | Yes | Yes | No | Moderate |
| RD | PLACEBO 800 | 2005-08-03 (7) | NA | THROAT TIGHTNESS(Throat pressure sensation) | 9.1 | Continuing | Yes | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

3188

3

CONFIDENTIAL
AZSER12747535

**Subject identifier**
D1447C00126/E0706002

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 400

**Narrative event**
DAE

**Descriptive text:**

NA

3189

4

CONFIDENTIAL
AZSER12747636

**Subject identifier**
D1447C00126/E0706002

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 400

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-02-17 (-7) | PreTrt | 4.8 (mmol/L) | 4.9 (%) | 0.69 (mmol/L) | 4.17 (mmol/L) | 1.24 (mmol/L) | | 133 (g/L) |
| Visit prior to Event | S6 | 2005-05-19 (85) | PLACEBO 400 | 5.7 (mmol/L) | 4.6 (%) | | | | | 151 (g/L) |
| Visit of Event | Randomization (V1) | 2005-07-28 (1) | PLACEBO 400 | 4.8 (mmol/L) | 4.8 (%) | 1.82 (mmol/L) | 4.38 (mmol/L) | 0.98 (mmol/L)L | | 148 (g/L) |
| Visit of Event | V23 | 2005-08-04 (8) | PLACEBO 0 | 3.6 (mmol/L)L | 4.7 (%) | 3.20 (mmol/L)H | 4.66 (mmol/L) | 0.85 (mmol/L)L | | 150 (g/L) |
| Final Study Visit | V23 | 2005-08-04 (8) | PLACEBO 0 | 3.6 (mmol/L)L | 4.7 (%) | 3.20 (mmol/L)H | 4.66 (mmol/L) | 0.85 (mmol/L)L | | 150 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-02-17 (-7) | PreTrt | 267 (10**9/L) | 6.3 (10**9/L) | 4.14 (10**9/L) | 19 (IU/L) | 16 (IU/L) | 80 (umol/L) | 3.63 (mIU/L) | 12.1 (pmol/L) |
| Visit prior to Event | S6 | 2005-05-19 (85) | PLACEBO 400 | 299 (10**9/L) | 9.5 (10**9/L) | 6.87 (10**9/L) | | | | | |
| Visit of Event | Randomization (V1) | 2005-07-28 (1) | PLACEBO 400 | 266 (10**9/L) | 9.1 (10**9/L) | 6.48 (10**9/L) | 14 (IU/L) | 16 (IU/L) | 97 (umol/L) | 2.99 (mIU/L) | 14.7 (pmol/L) |
| Visit of Event | V23 | 2005-08-04 (8) | PLACEBO 0 | 293 (10**9/L) | 8.6 (10**9/L) | 4.53 (10**9/L) | 14 (IU/L) | 17 (IU/L) | 106 (umol/L) | 4.65 (mIU/L) | 19.4 (pmol/L) |
| Final Study Visit | V23 | 2005-08-04 (8) | PLACEBO 0 | 293 (10**9/L) | 8.6 (10**9/L) | 4.53 (10**9/L) | 14 (IU/L) | 17 (IU/L) | 106 (umol/L) | 4.65 (mIU/L) | 19.4 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range. H=above normal range. NR=not recorded    * - unscheduled visit

3190

5

CONFIDENTIAL
AZSER12747637

**Subject identifier**
D1447C00126/E0706002

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 400

**Narrative event**
DAE

## Weight: Include only if DAE due to weight

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

6

3191

CONFIDENTIAL
AZSER12747638

| | | | | | Narrative event |
|---|---|---|---|---|---|
| **Subject identifier**<br>D1447C00126/E0706002 | | **Study phase-treatment during which event occurred**<br>Randomized - PLACEBO 400 | | | DAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started<br>(day started) | Date stopped<br>(day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-03-03 (8) | 2005-09-03 (38)# | Yes | TERBINAFINE | 250 mg | Mycosis |
| 2005-07-04 (131) | 2005-09-03 (38)# | Yes | LITHIUM | 1125 mg | Bipolar disorder |
| 2005-08-02 (6) | 2005-08-03 (7) | No | BALDRIPARAN | 440 mg | Sleep disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

3192

7

CONFIDENTIAL<br>AZSER12747639

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E0706003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Narrative event:**

| | |
|---|---|
| Death: | No |
| SAE: | No |
| DAE: | FATIGUE |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 52 | Female | Caucasian | 85 | 2005-04-28 | 2005-07-21 | QUETIAPINE 100 | 2005-07-21 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

| | |
|---|---|
| Current: | migraine |
| Past: | ovaritis recurrent |

**Death information:**

| | |
|---|---|
| Date of death: | No death |
| Cause of death: | |
| Post-mortem: | |

1

3193

CONFIDENTIAL
AZSER12747640

**Subject identifier**
D1447C00126/E0706003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon- tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-04-26 (-2) | NA | DISTURBANCE IN ATTENTION(Lack of concentration) | 9.1 | Continuing | No | No | No | Mild |
| PreTrt | | 2005-04-26 (-2) | 2005-06-05 (39) | FATIGUE(Tiredness) | 9.1 | Resolved | No | No | No | Moderate |
| PreTrt | | 2005-04-26 (-2) | 2005-06-05 (39) | DYSARTHRIA(Dysarthria) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 200 | 2005-05-08 (11) | 2005-06-08 (42) | EPISTAXIS(Epistaxis) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 200 | 2005-05-10 (13) | 2005-06-23 (57) | WEIGHT INCREASED(Weight gain) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 100 | 2005-06-07 (41) | 2005-06-30 (64) | FATIGUE(Tiredness) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 100 | 2005-06-17 (51) | 2005-06-30 (64) | SLEEP DISORDER(Sleep disorder) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 100 | 2005-07-01 (65) | NA | FATIGUE(Tiredness) | 9.1 | Continuing | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2

3194

CONFIDENTIAL AZSER12747641

**Subject identifier**
D1447C00126/E0706003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Descriptive text:**

NA

3195

3

CONFIDENTIAL
AZSER12747642

**Subject identifier**
D1447C00126/E0706003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-04-21 (-6) | PreTrt | 4.6 (mmol/L) | 5.6 (%) | 1.08 (mmol/L) | 5.49 (mmol/L)H | 1.53 (mmol/L) | | 130 (g/L) |
| Visit prior to Event | S5 | 2005-06-23 (57) | QUETIAPINE 100 | | | | | | | 126 (g/L) |
| Final Study Visit | S13 | 2005-07-21 (85) | QUETIAPINE 100 | 5.5 (mmol/L) | 5.9 (%) | | | | | 124 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-04-21 (-6) | PreTrt | 313 (10**9/L) | 6.0 (10**9/L) | 2.51 (10**9/L) | 25 (IU/L) | 24 (IU/L) | 88 (umol/L) | 2.12 (mIU/L) | 11.6 (pmol/L) |
| Visit prior to Event | S5 | 2005-06-23 (57) | QUETIAPINE 100 | 292 (10**9/L) | 6.4 (10**9/L) | 2.84 (10**9/L) | | | | | |
| Final Study Visit | S13 | 2005-07-21 (85) | QUETIAPINE 100 | 267 (10**9/L) | 6.0 (10**9/L) | 2.42 (10**9/L) | | | | | |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range, H=above normal range, NR=not recorded   * - unscheduled visit

3196

4

CONFIDENTIAL
AZSER12747643

**Narrative event**
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Subject identifier**
D1447C00126/E0706003

## Weight: Include only if DAE due to weight

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

3197

CONFIDENTIAL
AZSER12747644

Narrative event
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Subject identifier**
D1447C00126/E0706003

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-05-11 (14) | 2005-08-20 (115)# | Yes | CITALOPRAM | 20 mg | Bipolar disorder |
| 2005-05-28 (31) | 2005-07-12 (76) | No | ERGENYL CHRONO | 1000 mg | Bipolar disorder |
| 2005-07-14 (78) | 2005-07-17 (81) | No | ERGENYL CHRONO | 1000 mg | Bipolar disorder |
| 2005-07-18 (82) | 2005-07-20 (84) | No | ERGENYL CHRONO | 500 mg | Bipolar disorder |
| 2005-07-21 (85) | 2005-08-20 (115)# | Yes | ERGENYL CHRONO | 1000 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

3198

6

CONFIDENTIAL
AZSER12747645

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0707008

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 100

Narrative event
DAE

**Narrative event:**

Death:                No

SAE:                  No

DAE:                  WEIGHT INCREASED

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 23 | Female | Caucasian | 14 | 2006-01-23 | 2006-02-05 | QUETIAPINE 100 | 2006-02-08 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

Current:

Past:

**Death information:**

Date of death:          No death

Cause of death:

Post-mortem:

3199

1

CONFIDENTIAL
AZSER12747646

**Subject identifier**
D1447C00126/E0707008

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discontinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2006-01-24 (2) | 2006-01-30 (8) | HEADACHE(Headache) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 100 | 2006-01-25 (3) | NA | WEIGHT INCREASED(Weight gain) | 9.1 | Continuing | Yes | Yes | No | Mild |
| OL | QUETIAPINE 100 | 2006-01-26 (4) | 2006-01-27 (5) | NAUSEA(Nausea) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 100 | 2006-01-26 (4) | 2006-01-27 (5) | VERTIGO(Vertigo) | 9.1 | Resolved | No | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3200

CONFIDENTIAL
AZSER12747647