**Subject identifier**
D1447C00126/E0707008

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Descriptive text:**

NA

3201

3

CONFIDENTIAL
AZSER12747648

**Subject identifier**
D1447C00126/E0707008

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-19 (-3) | PreTrt | 4.5 (mmol/L) | 5.1 (%) | 0.94 (mmol/L) | 4.61 (mmol/L) | 1.58 (mmol/L) | | 141 (g/L) |
| Visit prior to Event | Enrollment | 2006-01-19 (-3) | PreTrt | 4.5 (mmol/L) | 5.1 (%) | 0.94 (mmol/L) | 4.61 (mmol/L) | 1.58 (mmol/L) | | 141 (g/L) |
| Final Study Visit | S13 | 2006-02-08 (17) | OffTrt | 4.1 (mmol/L) | 5.1 (%) | 0.97 (mmol/L) | 5.72 (mmol/L) H | 1.97 (mmol/L) | | 153 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-19 (-3) | PreTrt | 326 (10**9/L) | 5.3 (10**9/L) | 2.92 (10**9/L) | 12 (IU/L) | 13 (IU/L) | 53 (umol/L) | 1.08 (mIU/L) | 13.8 (pmol/L) |
| Visit prior to Event | Enrollment | 2006-01-19 (-3) | PreTrt | 326 (10**9/L) | 5.3 (10**9/L) | 2.92 (10**9/L) | 12 (IU/L) | 13 (IU/L) | 53 (umol/L) | 1.08 (mIU/L) | 13.8 (pmol/L) |
| Final Study Visit | S13 | 2006-02-08 (17) | OffTrt | 335 (10**9/L) | 9.1 (10**9/L) | 6.32 (10**9/L) | 16 (IU/L) | 20 (IU/L) | 53 (umol/L) | 1.85 (mIU/L) | 11.7 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * - unscheduled visit

3202

4

CONFIDENTIAL
AZSER12747649

| | Narrative event | DAE |

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Subject identifier**
D1447C00126/E0707008

**Weight:  Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| Enrollment | 2006-01-19 (-4) | | PreTrt | 69.8 |
| S2 | 2006-01-30 (8) | QUETIAPINE 400 | OL | 69.9 |
| S13 | 2006-02-08 (17) | | OffTrt | 69.4 |

3203

5

CONFIDENTIAL
AZSER12747650

| | | | | | | Narrative event |
|---|---|---|---|---|---|---|
| **Subject identifier** | | **Study phase-treatment during which event occurred** | | | | DAE |
| D1447C00126/E0707008 | | Open Label - QUETIAPINE 100 | | | | |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2006-01-23 (1) | 2006-02-05 (14) | No | ERGENYL CHRONO | 500 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

3204

6

CONFIDENTIAL
AZSER12747651

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0708003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

Narrative event
DAE

**Narrative event:**

Death:               No

SAE:                 No

DAE:                 WEIGHT INCREASED

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 51  | Female | Caucasian | 162 | 2005-12-01 | 2006-05-11 | QUETIAPINE 500 | 2006-05-11 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:              varicose, cox arthrosis, exanthema face

Past:                 angiomyolipome, gastric ulcer

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

3205

1

CONFIDENTIAL
AZSER12747652

**Subject identifier**
D1447C00126/E0708003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-11-24 (-7) | 2005-11-30 (-1) | WEIGHT INCREASED(Weight gain) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 500 | 2005-12-01 (1) | NA | OEDEMA PERIPHERAL(Oedemas (legs)) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 500 | 2005-12-01 (1) | NA | WEIGHT INCREASED(Weight gain) | 9.1 | Continuing | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 500 | 2005-12-03 (3) | 2005-12-06 (6) | NAUSEA(Nausea) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 500 | 2005-12-03 (3) | 2005-12-06 (6) | DIZZINESS(Dizziness) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 300 | 2005-12-27 (27) | 2005-12-29 (29) | INFLUENZA(Flu) | 9.1 | Resolved | No | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3206

CONFIDENTIAL
AZSER12747653

**Subject identifier**
D1447C00126/E0708003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event**
DAE

**Descriptive text:**

NA

3207

3

CONFIDENTIAL
AZSER12747654

**Subject identifier**
D1447C00126/E0708003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event**
DAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-11-24 (-6) | PreTrt | 5.2 (mmol/L) | 5.5 (%) | 1.50 (mmol/L) | 5.62 (mmol/L)H | 1.48 (mmol/L) | | 150 (g/L) |
| Visit prior to Event | Enrollment | 2005-11-24 (-6) | PreTrt | 5.2 (mmol/L) | 5.5 (%) | 1.50 (mmol/L) | 5.62 (mmol/L)H | 1.48 (mmol/L) | | 150 (g/L) |
| Final Study Visit | S13 | 2006-05-11 (162) | QUETIAPINE 450 | 4.8 (mmol/L) | 5.7 (%) | 1.94 (mmol/L) | 5.98 (mmol/L)H | 1.27 (mmol/L) | | 156 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-11-24 (-6) | PreTrt | 199 (10**9/L) | 7.2 (10**9/L) | 5.52 (10**9/L) | 43 (IU/L)H | 17 (IU/L) | 62 (umol/L) | 4.00 (mIU/L) | 10.8 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-11-24 (-6) | PreTrt | 199 (10**9/L) | 7.2 (10**9/L) | 5.52 (10**9/L) | 43 (IU/L)H | 17 (IU/L) | 62 (umol/L) | 4.00 (mIU/L) | 10.8 (pmol/L) |
| Final Study Visit | S13 | 2006-05-11 (162) | QUETIAPINE 450 | 250 (10**9/L) | 9.4 (10**9/L) | 6.63 (10**9/L) | 12 (IU/L) | 12 (IU/L) | 71 (umol/L) | 2.99 (mIU/L) | 10.8 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * = unscheduled visit

3208

4

CONFIDENTIAL
AZSER12747655

| | | | Study phase-treatment during which event occurred | | Narrative event |
| | | | Open Label - QUETIAPINE 500 | | DAE |

**Subject identifier**
D1447C00126/E0708003

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| Enrollment | 2005-11-24 (-7) | | PreTrt | 71.1 |
| S2 | 2005-12-08 (8) | QUETIAPINE 300 | OL | 74.5 |
| S6 | 2006-02-23 (85) | QUETIAPINE 300 | OL | 81.5 |
| S13 | 2006-05-11 (162) | QUETIAPINE 450 | OL | 82.9 |

3209

5

CONFIDENTIAL
AZSER12747656

Narrative event
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Subject identifier**
D1447C00126/E0708003

## Medication information: Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-11-20 (-11) | 2006-05-08 (159) | No | LITHIUM | 675 mg | Bipolar disorder |
| 2005-12-17 (17) | 2006-01-08 (39) | No | PIRETANIDE | 3 mg | Oedemas |
| 2005-12-27 (27) | 2005-12-27 (27) | No | ACETYLCYSTEINE | U.U | Flu |
| 2005-12-27 (27) | 2005-12-27 (27) | No | ACETYLSALICYLIC ACID | U.U | Flu |
| 2005-12-27 (27) | 2005-12-27 (27) | No | ASCORBIC ACID | U.U | Flu |
| 2005-12-27 (27) | 2005-12-27 (27) | No | CALCIUM | U.U | Flu |
| 2005-12-28 (28) | 2006-06-10 (192)# | Yes | DIMETINDENE | U.U | Exanthema face |
| 2005-12-28 (28) | 2006-06-10 (192)# | Yes | FLUPREDNIDENE | U.U | Exanthema face |
| 2006-01-09 (40) | 2006-02-24 (86) | No | PIRETANIDE | 6 mg | Oedemas |
| 2006-02-25 (87) | 2006-04-03 (124) | No | PIRETANIDE | 6 mg | Oedemas |
| 2006-04-04 (125) | 2006-06-10 (192)# | Yes | PIRETANIDE | 12 mg | Oedemas |
| 2006-05-09 (160) | 2006-05-11 (162) | No | LITHIUM | 450 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

3210

6

CONFIDENTIAL
AZSER12747657

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0708004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event:**

Death:        No

SAE:          No

DAE:          INCREASED APPETITE

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 41 | Female | Caucasian | 59 | 2006-01-09 | 2006-03-08 | QUETIAPINE 200 | 2006-03-10 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

Current:

Past:

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

3211

1

CONFIDENTIAL
AZSER12747658

**Subject identifier**
D1447C00126/E0708004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 200 | 2006-01-18 (10) | 2006-01-26 (18) | INFLUENZA(Influenza) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 200 | 2006-03-01 (52) | 2006-03-10 (61) | INCREASED APPETITE(Increased appetite) | 9.1 | Resolved | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3212

CONFIDENTIAL
AZSER12747659

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0708004 | Open Label - QUETIAPINE 200 | DAE |

**Descriptive text:**

NA

3

3213

CONFIDENTIAL
AZSER12747660

**Narrative event** DAE

**Subject identifier** D1447C00126/E0708004

**Study phase-treatment during which event occurred** Open Label - QUETIAPINE 200

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-04 (-4) | PreTrt | 5.7 (mmol/L) | 5.7 (%) | 0.63 (mmol/L) | 3.78 (mmol/L) | 1.68 (mmol/L) | | 143 (g/L) |
| Visit prior to Event | S4 | 2006-02-10 (33) | QUETIAPINE 200 | | | | | | | 139 (g/L) |
| Visit of Event | S5 | 2006-03-07 (58) | QUETIAPINE 200 | | | | | | | 142 (g/L) |
| Visit of Event | S13 | 2006-03-10 (61) | OffTrt | 4.6 (mmol/L) | 4.7 (%) | 0.60 (mmol/L) | 3.55 (mmol/L) | 1.79 (mmol/L) | | 144 (g/L) |
| Final Study Visit | S13 | 2006-03-10 (61) | OffTrt | 4.6 (mmol/L) | 4.7 (%) | 0.60 (mmol/L) | 3.55 (mmol/L) | 1.79 (mmol/L) | | 144 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-04 (-4) | PreTrt | 291 (10**9/L) | 9.0 (10**9/L) | 6.71 (10**9/L) | 9 (IU/L) | 14 (IU/L) | 71 (umol/L) | 1.84 (mIU/L) | 10.3 (pmol/L) |
| Visit prior to Event | S4 | 2006-02-10 (33) | QUETIAPINE 200 | 235 (10**9/L) | 7.2 (10**9/L) | 4.72 (10**9/L) | | | | | |
| Visit of Event | S5 | 2006-03-07 (58) | QUETIAPINE 200 | 240 (10**9/L) | 6.2 (10**9/L) | 4.03 (10**9/L) | | | | | |
| Visit of Event | S13 | 2006-03-10 (61) | OffTrt | 256 (10**9/L) | 7.1 (10**9/L) | 4.75 (10**9/L) | 11 (IU/L) | 15 (IU/L) | 80 (umol/L) | 2.01 (mIU/L) | 12.6 (pmol/L) |
| Final Study Visit | S13 | 2006-03-10 (61) | OffTrt | 256 (10**9/L) | 7.1 (10**9/L) | 4.75 (10**9/L) | 11 (IU/L) | 15 (IU/L) | 80 (umol/L) | 2.01 (mIU/L) | 12.6 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range. H=above normal range. NR=not recorded   * - unscheduled visit

3214

4

CONFIDENTIAL
AZSER12747661

**Subject identifier**
D1447C00126/E0708004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

3215

5

CONFIDENTIAL
AZSER12747662

| | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| Subject identifier | Open Label - QUETIAPINE 200 | DAE |
| D1447C00126/E0708004 | | |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-12-19 (-21) | 2006-04-07 (89)# | Yes | LITHIUM | 1125 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

3216

CONFIDENTIAL
AZSER12747663

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0802011

Study phase-treatment during which event occurred
Randomized - PLACEBO 600

Narrative event
DAE

**Narrative event:**

Death:         No

SAE:           No

DAE:           INSOMNIA

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 53 | Male | Caucasian | 144 | 2005-09-15 | 2006-02-05 | PLACEBO 600 | 2006-02-20 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| 16 | 2006-02-06 | 2006-02-21 |

**Medical History:**

Current:

Past:

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

3217

1

CONFIDENTIAL
AZSER12747664

**Subject identifier**
D1447C0012 6/E08 02011

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 600

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-09-13 (-2) | 2005-09-20 (6) | PNEUMONIA(Pneumonia) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 100 | 2005-09-16 (2) | 2005-09-16 (2) | CONSTIPATION(Obstipation) | 9.1 | Resolved | No | No | No | Mild |
| RD | PLACEBO 600 | 2006-02-13 (8) | NA | INSOMNIA(Insomnia) | 9.1 | Continuing | Yes | Yes | No | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3218

CONFIDENTIAL
AZSER12747665

**Subject identifier**
D1447C00126/E080/2011

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 600

**Narrative event**
DAE

**Descriptive text:**

NA

3

3219

CONFIDENTIAL
AZSER12747666

**Narrative event**
DAE

**Subject identifier**
D1447C00126/E0802011

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 600

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-09-08 (-7) | PreTrt | 4.1 (mmol/L) | 5.4 (%) | 1.95 (mmol/L) | 4.87 (mmol/L) | 1.22 (mmol/L) | | 154 (g/L) |
| Visit prior to Event | Randomization (V1) | 2006-02-06 (1) | PLACEBO 500 | | 5.8 (%) | 2.99 (mmol/L)H | 5.72 (mmol/L)H | 1.48 (mmol/L) | | 149 (g/L) |
| Final Study Visit | V23 | 2006-02-20 (15) | PLACEBO 500 | | 5.7 (%) | 3.25 (mmol/L)H | 5.96 (mmol/L)H | 1.66 (mmol/L) | | 158 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-09-08 (-7) | PreTrt | 212 (10**9/L) | 6.4 (10**9/L) | 4.01 (10**9/L) | 186 (IU/L)H | 140 (IU/L)H | 71 (umol/L) | 5.59 (mIU/L)H | 12.3 (pmol/L) |
| Visit prior to Event | Randomization (V1) | 2006-02-06 (1) | PLACEBO 500 | 304 (10**9/L) | 10.1 (10**9/L) | 8.26 (10**9/L) | 13 (IU/L) | 22 (IU/L) | 71 (umol/L) | 2.51 (mIU/L) | 11.2 (pmol/L) |
| Final Study Visit | V23 | 2006-02-20 (15) | PLACEBO 500 | 291 (10**9/L) | 9.3 (10**9/L) | 6.88 (10**9/L) | 28 (IU/L) | 38 (IU/L) | 62 (umol/L) | 3.41 (mIU/L) | 13.0 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range, H=above normal range, NR=not recorded   * = unscheduled visit

3220

4

CONFIDENTIAL
AZSER12747667

Narrative event
DAE

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 600

Subject identifier
D1447C00126/E080/2011

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

3221

CONFIDENTIAL
AZSER12747668

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 600

**Subject identifier**
D1447C00126/E080/2011

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-08-15 (-31)# | 2006-03-23 (46)# | Yes | LITHIUM | 1000 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

3222

6

CONFIDENTIAL
AZSER12747669

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E0805003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event:**

Death:              No

SAE:                No

DAE:                DRUG INTOLERANCE

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 56 | Female | Caucasian | 8 | 2005-03-08 | 2005-03-15 | QUETIAPINE 400 | 2005-03-16 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

Current:

Past:

**Death information:**

Date of death:          No death

Cause of death:

Post-mortem:

3223

1

CONFIDENTIAL
AZSER12747670

**Subject identifier**
D1447C00126/E0805003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2005-03-12 (5) | NA | DRUG INTOLERANCE(Quetapine intolerance) | 9.1 | Continuing | Yes | Yes | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3224

CONFIDENTIAL
AZSER12747671

**Subject identifier**
D1447C00126/E0805003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Descriptive text:**

NA

3

3225

CONFIDENTIAL
AZSER12747672

**Narrative event** DAE

**Subject identifier**
D1447C00126/E0805003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-03-02 (-5) | PreTrt | 2.3 (mmol/L)L | 5.5 (%) | 2.73 (mmol/L) | 5.46 (mmol/L)H | 1.19 (mmol/L) | | 152 (g/L) |
| Visit prior to Event | Enrollment | 2005-03-02 (-5) | PreTrt | 2.3 (mmol/L)L | 5.5 (%) | 2.73 (mmol/L) | 5.46 (mmol/L)H | 1.19 (mmol/L) | | 152 (g/L) |
| Final Study Visit | S13 | 2005-03-16 (9) | OffTrt | | 5.5 (%) | 2.75 (mmol/L) | 5.39 (mmol/L)H | 1.17 (mmol/L) | | 138 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-03-02 (-5) | PreTrt | 298 (10**9/L) | 7.4 (10**9/L) | 5.42 (10**9/L) | 25 (IU/L) | 21 (IU/L) | 71 (umol/L) | 1.77 (mIU/L) | 11.0 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-03-02 (-5) | PreTrt | 298 (10**9/L) | 7.4 (10**9/L) | 5.42 (10**9/L) | 25 (IU/L) | 21 (IU/L) | 71 (umol/L) | 1.77 (mIU/L) | 11.0 (pmol/L) |
| Final Study Visit | S13 | 2005-03-16 (9) | OffTrt | 267 (10**9/L) | 5.3 (10**9/L) | 3.90 (10**9/L) | 20 (IU/L) | 14 (IU/L) | 62 (umol/L) | 1.65 (mIU/L) | 11.2 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * = unscheduled visit

3226

4

CONFIDENTIAL
AZSER12747673

Narrative event
DAE

**Subject identifier**
D1447C00126/E0805003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

3227

5

CONFIDENTIAL
AZSER12747674

**Subject identifier**
D1447C00126/E0805003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-02-12 (-24) | 2005-04-14 (38)# | Yes | LITHIUM | 750 mg | Mania |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

3228

CONFIDENTIAL
AZSER12747675

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0805013

Narrative event:

Death:                 No

SAE:                   No

DAE:                   WEIGHT INCREASED

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

Narrative event
DAE

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|------------------------|
| 58 | Female | Caucasian | 89 | 2005-10-19 | 2006-01-15 | QUETIAPINE 500 | 2006-01-16 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:          hypercholesterinaemia, ischaemic heart disease

Past:

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

3229

1

CONFIDENTIAL
AZSER12747676

| | | Subject identifier<br>D1447C00126/E08/5013 | | **Study phase-treatment during which event occurred**<br>Open Label - QUETIAPINE 500 | | | | | | | Narrative event<br>DAE |

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 500 | 2005-11-02 (15) | 2006-01-10 (84) | WEIGHT INCREASED(Weight gain) | 9.1 | Resolved | Yes | Yes | No | Mild |
| OL | QUETIAPINE 500 | 2005-11-04 (17) | 2005-11-14 (27) | DRUG TOXICITY(Valproat intoxication) | 9.1 | Resolved | No | No | No | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

3230

2

CONFIDENTIAL<br>AZSER12747677

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0805013 | Open Label - QUETIAPINE 500 | DAE |

**Descriptive text:**

NA

3231

3

CONFIDENTIAL
AZSER12747678

**Narrative event**
DAE

**Subject identifier**
D1447C00126/E0805013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-10-12 (-6) | PreTrt | 6.7 (mmol/L)H | 6.1 (%) | 1.44 (mmol/L) | 6.03 (mmol/L)H | 1.99 (mmol/L) | | 123 (g/L) |
| Visit prior to Event | Enrollment | 2005-10-12 (-6) | PreTrt | 6.7 (mmol/L)H | 6.1 (%) | 1.44 (mmol/L) | 6.03 (mmol/L)H | 1.99 (mmol/L) | | 123 (g/L) |
| Visit of Event | S4 | 2005-11-15 (28) | QUETIAPINE 500 | | | | | | | 112 (g/L)L |
| Visit of Event | S5 | 2005-12-13 (56) | QUETIAPINE 800 | | 6.5 (%)H | | | | | 115 (g/L)L |
| Visit of Event | S6 | 2006-01-10 (84) | QUETIAPINE 500 | 5.9 (mmol/L) | 6.4 (%)H | 1.32 (mmol/L) | 5.10 (mmol/L) | 1.81 (mmol/L) | | 115 (g/L)L |
| Visit after Event | S13 | 2006-01-16 (90) | OffTrt | 5.3 (mmol/L) | 6.4 (%)H | 1.32 (mmol/L) | 5.10 (mmol/L) | 1.81 (mmol/L) | | 120 (g/L) |
| Final Study Visit | S13 | 2006-01-16 (90) | OffTrt | 5.3 (mmol/L) | 6.4 (%)H | 1.32 (mmol/L) | 5.10 (mmol/L) | 1.81 (mmol/L) | | 120 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-10-12 (-6) | PreTrt | 327 (10**9/L) | 7.4 (10**9/L) | 4.03 (10**9/L) | 20 (IU/L) | 24 (IU/L) | 44 (umol/L) | 1.52 (mIU/L) | 14.8 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-10-12 (-6) | PreTrt | 327 (10**9/L) | 7.4 (10**9/L) | 4.03 (10**9/L) | 20 (IU/L) | 24 (IU/L) | 44 (umol/L) | 1.52 (mIU/L) | 14.8 (pmol/L) |
| Visit of Event | S4 | 2005-11-15 (28) | QUETIAPINE 500 | 278 (10**9/L) | 6.8 (10**9/L) | 3.64 (10**9/L) | | | | | |
| Visit of Event | S5 | 2005-12-13 (56) | QUETIAPINE 800 | 291 (10**9/L) | 7.9 (10**9/L) | 5.10 (10**9/L) | | | | | |
| Visit of Event | S6 | 2006-01-10 (84) | QUETIAPINE 500 | 311 (10**9/L) | 6.0 (10**9/L) | 3.16 (10**9/L) | | | | | |

3232

4

CONFIDENTIAL
AZSER12747679

**Subject identifier**
D1447C00126/E0805013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event**
DAE

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Visit after Event | S13 | 2006-01-16 (90) | OffTrt | 308 (10**9/L) | 5.0 (10**9/L) | 2.37 (10**9/L) | 38 (IU/L)H | 24 (IU/L) | 80 (umol/L) | 2.92 (mIU/L) | 7.2 (pmol/L)L |
| Final Study Visit | S13 | 2006-01-16 (90) | OffTrt | 308 (10**9/L) | 5.0 (10**9/L) | 2.37 (10**9/L) | 38 (IU/L)H | 24 (IU/L) | 80 (umol/L) | 2.92 (mIU/L) | 7.2 (pmol/L)L |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

3233

5

CONFIDENTIAL
AZSER12747680

Subject identifier
D1447C00126/E0805013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

Narrative event
DAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| Enrollment | 2005-10-12 (-7) | | PreTrt | 62 |
| S2 | 2005-10-26 (8) | QUETIAPINE 400 | OL | 60.5 |
| S6 | 2006-01-10 (84) | QUETIAPINE 500 | OL | 68 |
| S13 | 2006-01-16 (90) | | OffTrt | 66 |

3234

6

CONFIDENTIAL
AZSER12747681

| | **Narrative event**<br>DAE |
|---|---|

**Subject identifier**<br>D1447C00126/E08/5013

**Study phase-treatment during which event occurred**<br>Open Label - QUETIAPINE 500

## Medication information: Include concomitant medications taken during the event only

| Date started<br>(day started) | Date stopped<br>(day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-09-18 (-31)# | 2006-02-14 (119)# | Yes | ACETYLSALICYLIC ACID | 100 mg | Ischaemic heart disease |
| 2005-09-18 (-31)# | 2006-02-14 (119)# | Yes | ATORVASTATIN | 80 mg | Hypercholesterinaemia |
| 2005-09-18 (-31)# | 2006-02-14 (119)# | Yes | FENOFIBRATE | 160 mg | Hypercholesterinaemia |
| 2005-09-18 (-31)# | 2006-02-14 (119)# | Yes | METOPROLOL | 25 mg | Ischaemic heart disease |
| 2005-10-18 (-1) | 2005-11-15 (28) | No | CITALOPRAM | 10 mg | Bipolar disorder |
| 2005-10-26 (8) | 2006-02-14 (119)# | Yes | ZOPICLONE | 7.5 mg | Bipolar disorder |
| 2005-11-02 (15) | 2005-11-06 (19) | No | VALPROIC ACID | 1050 mg | Bipolar disorder |
| 2005-11-07 (20) | 2006-02-14 (119)# | Yes | VALPROIC ACID | 600 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

3235

7

CONFIDENTIAL<br>AZSER12747682

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0805017

**Narrative event:**

Death:          No

SAE:            No

DAE:            DRY MOUTH, SEDATION

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Narrative event
DAE

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|------------------------|------------------------------|-----------------------|
| 54  | Male | Caucasian | 106 | 2005-11-14 | 2006-02-27 | QUETIAPINE 400 | 2006-02-27 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:

Past:

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

3236

1

CONFIDENTIAL
AZSER12747683

**Subject identifier**
D1447C00126/E080S017

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2005-12-05 (22) | 2006-02-25 (104) | DRY MOUTH(Dry mouth) | 9.1 | Resolved | Yes | Yes | No | Mild |
| OL | QUETIAPINE 400 | 2006-01-31 (79) | 2006-02-25 (104) | SEDATION(Daytime sedation) | 9.1 | Resolved | Yes | Yes | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3237

CONFIDENTIAL
AZSER12747684

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0805017 | Open Label - QUETIAPINE 400 | DAE |

**Descriptive text:**

NA

3238

3

CONFIDENTIAL
AZSER12747685

**Narrative event** DAE

**Study phase-treatment during which event occurred**
Open Label- QUETIAPINE 400

**Subject identifier**
D1447C00126/E0805017

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-11-08 (-5) | PreTrt | 5.4 (mmol/L) | 5.9 (%) | 4.68 (mmol/L)H | 7.46 (mmol/L)H | 1.24 (mmol/L) | | 155 (g/L) |
| Visit prior to Event | Enrollment | 2005-11-08 (-5) | PreTrt | 5.4 (mmol/L) | 5.9 (%) | 4.68 (mmol/L)H | 7.46 (mmol/L)H | 1.24 (mmol/L) | | 155 (g/L) |
| Visit of Event | S4 | 2005-12-12 (29) | QUETIAPINE 400 | | | | | | | 147 (g/L) |
| Visit of Event | S5 | 2006-01-10 (58) | QUETIAPINE 400 | | | | | | | 152 (g/L) |
| Visit of Event | S6 | 2006-02-07 (86) | QUETIAPINE 400 | 6.7 (mmol/L)H | 5.8 (%) | | | | | 151 (g/L) |
| Visit after Event | S13 | 2006-02-27 (106) | QUETIAPINE 400 | 8.4 (mmol/L)H | 5.8 (%) | 5.13 (mmol/L)H | 7.17 (mmol/L)H | 1.06 (mmol/L) | | 152 (g/L) |
| Final Study Visit | S13 | 2006-02-27 (106) | QUETIAPINE 400 | 8.4 (mmol/L)H | 5.8 (%) | 5.13 (mmol/L)H | 7.17 (mmol/L)H | 1.06 (mmol/L) | | 152 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-11-08 (-5) | PreTrt | 204 (10**9/L) | 10.4 (10**9/L) | 8.29 (10**9/L) | 18 (IU/L) | 16 (IU/L) | 88 (umol/L) | 2.00 (mIU/L) | 9.8 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-11-08 (-5) | PreTrt | 204 (10**9/L) | 10.4 (10**9/L) | 8.29 (10**9/L) | 18 (IU/L) | 16 (IU/L) | 88 (umol/L) | 2.00 (mIU/L) | 9.8 (pmol/L) |
| Visit of Event | S4 | 2005-12-12 (29) | QUETIAPINE 400 | 236 (10**9/L) | 8.0 (10**9/L) | 5.73 (10**9/L) | | | | | |
| Visit of Event | S5 | 2006-01-10 (58) | QUETIAPINE 400 | 217 (10**9/L) | 9.0 (10**9/L) | 6.80 (10**9/L) | | | | | |
| Visit of Event | S6 | 2006-02-07 (86) | QUETIAPINE 400 | 206 (10**9/L) | 7.2 (10**9/L) | 5.46 (10**9/L) | | | | | |

3239

4

CONFIDENTIAL
AZSER12747686

Subject identifier
D1447C00126/E0805017

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Narrative event
DAE

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Visit after Event | S13 | 2006-02-27 (106) | QUETIAPINE 400 | 196 (10**9/L) | 8.6 (10**9/L) | 6.51 (10**9/L) | 20 (IU/L) | 15 (IU/L) | 106 (umol/L) | 1.71 (mIU/L) | 11.1 (pmol/L) |
| Final Study Visit | S13 | 2006-02-27 (106) | QUETIAPINE 400 | 196 (10**9/L) | 8.6 (10**9/L) | 6.51 (10**9/L) | 20 (IU/L) | 15 (IU/L) | 106 (umol/L) | 1.71 (mIU/L) | 11.1 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range, H=above normal range, NR=not recorded   * = unscheduled visit

3240

5

CONFIDENTIAL
AZSER12747687

**Subject identifier**
D1447C00126/E08/5017

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

## Weight: Include only if DAE due to weight

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

6

3241

CONFIDENTIAL
AZSER12747688

| Subject identifier | Study phase-treatment during which event occurred | | | | Narrative event |
|---|---|---|---|---|---|
| D1447C00126/E0805017 | Open Label - QUETIAPINE 400 | | | | DAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-10-14 (-31)# | 2006-01-09 (57) | No | PAROXETINE | 30 mg | Depressive symptoms |
| 2005-10-14 (-31)# | 2006-03-29 (136)# | Yes | LITHIUM | 750 mg | Bipolar disorder prophylaxis |
| 2005-10-17 (-28) | 2005-12-11 (28) | No | CLONAZEPAM | 2 mg | Manic symptoms |
| 2005-11-04 (-10) | 2006-01-17 (65) | No | MIRTAZAPINE | 30 mg | Depressive symptoms |
| 2005-12-12 (29) | 2006-02-06 (85) | No | CLONAZEPAM | 3 mg | Anxiety due to bipolar disorder |
| 2006-01-10 (58) | 2006-03-29 (136)# | Yes | PAROXETINE | 20 mg | Depressive syndrones |
| 2006-02-07 (86) | 2006-03-29 (136)# | Yes | CLONAZEPAM | 2 mg | Anxiety due to bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

3242

7

CONFIDENTIAL
AZSER12747689

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0805023

Study phase-treatment during which event occurred
Pre-Treatment - NA

Narrative event
DAE

**Narrative event:**

Death:            No

SAE:              No

DAE:              DRY MOUTH, SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 61 | Female | Caucasian | 39 | 2006-01-19 | 2006-02-26 | NA | 2006-02-27 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA |  |  |

**Medical History:**

Current:          hypertension, arrhytmia, glaucoma

Past:

**Death information:**

Date of death:          No death

Cause of death:

Post-mortem:

3243

1

CONFIDENTIAL
AZSER12747690

**Subject identifier**
D1447C00126/E0805023

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Narrative event**
DAE

## Adverse event information:

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2006-01-12 (-7) | NA | DRY MOUTH(Dry mouth) | 9.1 | Continuing | Yes | Yes | No | Mild |
| OL | QUETIAPINE 400 | 2006-02-02 (15) | NA | SEDATION(Daytime sedation) | 9.1 | Continuing | Yes | Yes | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3244

CONFIDENTIAL
AZSER12747691

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0805023 | Pre-Treatment - NA | DAE |

**Descriptive text:**

NA

3245

3

CONFIDENTIAL
AZSER12747692

**Subject identifier**
D1447C00126/E0805023

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

Narrative event
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-12 (-6) | PreTrt | 4.6 (mmol/L) | 5.9 (%) | 1.31 (mmol/L) | 6.29 (mmol/L) H | 1.50 (mmol/L) | | 130 (g/L) |
| Final Study Visit | S13 | 2006-02-27 (40) | OffTrt | 5.1 (mmol/L) | 5.6 (%) | 2.54 (mmol/L) | 5.49 (mmol/L) H | 1.24 (mmol/L) | | 133 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-12 (-6) | PreTrt | 273 (10**9/L) | 6.0 (10**9/L) | 3.64 (10**9/L) | 18 (IU/L) | 22 (IU/L) | 71 (umol/L) | 0.49 (mIU/L) | 11.6 (pmol/L) |
| Final Study Visit | S13 | 2006-02-27 (40) | OffTrt | 275 (10**9/L) | 6.4 (10**9/L) | 3.44 (10**9/L) | 11 (IU/L) | 16 (IU/L) | 71 (umol/L) | 0.84 (mIU/L) | 13.8 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range,  H=above normal range,  NR=not recorded    * - unscheduled visit

3246

4

CONFIDENTIAL
AZSER12747693

**Narrative event**
DAE

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Subject identifier**
D1447C00126/E0805023

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

3247

CONFIDENTIAL
AZSER12747694

**Subject identifier**
D1447C00126/E0805023

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-12-19 (-31)# | 2006-03-28 (69)# | Yes | BISOPROLOL | 5 mg | Arrhytmia |
| 2005-12-19 (-31)# | 2006-03-28 (69)# | Yes | RAMIPRIL | 1.25 mg | Hypertension |
| 2005-12-19 (-31)# | 2006-03-28 (69)# | Yes | TIMOLOL | U. U | Glaucoma |
| 2006-01-03 (-16) | 2006-01-12 (-7) | No | QUETIAPINE | 100 mg | Bipolar disorder |
| 2006-01-03 (-16) | 2006-03-28 (69)# | Yes | VALPROIC ACID | 600 mg | Bipolar disorder |
| 2006-01-13 (-6) | 2006-01-18 (-1) | No | QUETIAPINE | 200 mg | Bipolar disorder |
| 2006-02-16 (29) | 2006-02-26 (39) | No | BUPROPION | 150 mg | Bipolar disorder, depressive symptoms |

\# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

3248

CONFIDENTIAL
AZSER12747595

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E0808002

Narrative event
DAE

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 800

**Narrative event:**

Death:        No

SAE:         No

DAE:         HYPERLIPIDAEMIA, TACHYCARDIA

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|------------------------|------------------------------|-----------------------|
| 56  | Female | Caucasian | 210 | 2005-11-21 | 2006-06-18 | QUETIAPINE 800 | 2006-06-26 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| 7 | 2006-06-19 | 2006-06-25 |

**Medical History:**

Current:       hyperlipidaemia, contact eccema, hypertonia, diabetes mellitus

Past:

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

1

3249

CONFIDENTIAL
AZSER12747696

**Subject identifier**
D1447C00126/E0808002

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 800

**Narrative event**
DAE

Adverse event information:

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 800 | 2005-12-19 (29) | NA | WEIGHT INCREASED(Weight gain) | 9.1 | Continuing | No | No | No | Moderate |
| OL | QUETIAPINE 800 | 2006-02-13 (85) | 2006-02-14 (86) | SOMNOLENCE(Somnolence) | 9.1 | Resolved | No | No | No | Mild |
| RD | QUETIAPINE 800 | 2006-06-19 (1) | NA | HYPERLIPIDAEMIA(Hyperlipidaemia) | 9.1 | Continuing | No | Yes | No | Moderate |
| RD | QUETIAPINE 800 | 2006-06-19 (1) | NA | TACHYCARDIA(Tachycardia) | 9.1 | Continuing | No | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3250

CONFIDENTIAL
AZSER12747697

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0808002 | Randomized - QUETIAPINE 800 | DAE |

**Descriptive text:**

NA

3251

3

CONFIDENTIAL
AZSER12747698

**Subject identifier**
D1447C00126/E0808002

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 800

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-11-14 (-7) | PreTrt | 5.6 (mmol/L) | 5.9 (%) | 4.27 (mmol/L) | 6.71 (mmol/L)H | 1.63 (mmol/L) | | 138 (g/L) |
| Visit prior to Event | S9 | 2006-05-08 (169) | QUETIAPINE 800 | 7.8 (mmol/L)H | 6.3 (%)H | | | | | 149 (g/L) |
| Final Study Visit | Randomiza tion (V1) | 2006-06-19 (1) | QUETIAPINE 800 | 8.1 (mmol/L)H | 6.7 (%)H | 4.92 (mmol/L)H | 7.46 (mmol/L)H | 1.50 (mmol/L) | | 142 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-11-14 (-7) | PreTrt | 257 (10**9/L) | 6.0 (10**9/L) | 3.49 (10**9/L) | 65 (IU/L)H | 55 (IU/L)H | 80 (umol/L) | 2.05 (mIU/L) | 11.4 (pmol/L) |
| Visit prior to Event | S9 | 2006-05-08 (169) | QUETIAPINE 800 | 241 (10**9/L) | 6.4 (10**9/L) | 3.87 (10**9/L) | | | | | |
| Final Study Visit | Randomiza tion (V1) | 2006-06-19 (1) | QUETIAPINE 800 | 241 (10**9/L) | 7.9 (10**9/L) | 5.17 (10**9/L) | 29 (IU/L) | 22 (IU/L) | 71 (umol/L) | 2.54 (mIU/L) | 10.3 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H =above normal range, NR=not recorded    * - unscheduled visit

3252

4

CONFIDENTIAL
AZSER12747699

CONFIDENTIAL
AZSER12747700

**Subject identifier**
D1447C00126/E0808002

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 800

**Narrative event**
DAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

3253

5

Subject identifier
D1447C00126/E0808002

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 800

Narrative event
DAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-10-10 (-42) | 2006-07-25 (37)# | Yes | FENOFIBRATE | 160 mg | Hyperlipidaemia |
| 2005-10-21 (-31)# | 2006-07-25 (37)# | Yes | INSULIN HUMAN | 30 iu | Diabetes mellitus |
| 2005-10-21 (-31)# | 2006-07-25 (37)# | Yes | INSULIN HUMAN | 14 iu | Diabetes mellitus |
| 2005-10-21 (-31)# | 2006-07-25 (37)# | Yes | INSULIN HUMAN | 10 iu | Diabetes mellitus |
| 2005-10-21 (-31)# | 2006-07-25 (37)# | Yes | METFORMIN | 850 mg | Diabetes mellitus |
| 2005-10-21 (-31)# | 2006-07-25 (37)# | Yes | METOPROLOL | 30 mg | Hypertonia |
| 2005-10-21 (-31)# | 2006-07-25 (37)# | Yes | NIFEDIPINE | 40 mg | Hypertonia |
| 2005-10-21 (-31)# | 2006-07-25 (37)# | Yes | VASERETIC | 32.5 mg | Hypertonia |
| 2006-03-13 (113) | 2006-07-25 (37)# | Yes | VALPROIC ACID | 2000 mg | Bipolar I. |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

3254

CONFIDENTIAL
AZSER12747701

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E08I0001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Narrative event:**

Death:           No

SAE:             No

DAE:             DYSPNOEA, MUSCULAR WEAKNESS, WEIGHT INCREASED

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 44 | Female | Caucasian | 251 | 2005-08-31 | 2006-05-08 | QUETIAPINE 400 | 2006-05-09 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

Current:          obstipation

Past:

**Death information:**

Date of death:    No death

Cause of death:

Post-mortem:

1

3255

CONFIDENTIAL
AZSER12747702

**Subject identifier**
D1447C001 26/E0810001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2005-08-31 (1) | NA | INCREASED APPETITE(Increased appetite) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-08-31 (1) | NA | WEIGHT INCREASED(Gaining weight) | 9.1 | Continuing | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 400 | 2005-08-31 (1) | 2005-09-10 (11) | DRY MOUTH(Dry mouth) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-09-16 (11) | 2005-09-16 (17) | TREMOR(Tremor) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-09-16 (11) | 2005-09-16 (17) | PALPITATIONS(Palpitation) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-09-10 (11) | 2005-09-16 (17) | DIZZINESS(Dizziness) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-09-14 (15) | 2005-09-20 (21) | NAUSEA(Nausea) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-09-14 (15) | 2006-03-20 (202) | ALOPECIA(Alopecia) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-09-25 (26) | NA | FLATULENCE(Meteorism) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-09-25 (26) | 2005-09-27 (28) | DYSPEPSIA(Heart burning) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-11-15 (77) | NA | MUSCULAR WEAKNESS(Muscle Weakness) | 9.1 | Continuing | No | Yes | No | Moderate |
| OL | QUETIAPINE 400 | 2005-11-15 (77) | NA | DYSPNOEA(Dyspnoe) | 9.1 | Continuing | No | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2

3256

CONFIDENTIAL
AZSER12747703

**Subject identifier**
D1447C00126/E0810001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Descriptive text:**

NA

3257

3

CONFIDENTIAL
AZSER12747704

**Narrative event** DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Subject identifier**
D1447C00126/E0810001

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-24 (-6) | PreTrt | 4.4 (mmol/L) | 5.3 (%) | 2.59 (mmol/L) | 5.15 (mmol/L) | 1.55 (mmol/L) | | 118 (g/L) |
| Visit prior to Event | Enrollment | 2005-08-24 (-6) | PreTrt | 4.4 (mmol/L) | 5.3 (%) | 2.59 (mmol/L) | 5.15 (mmol/L) | 1.55 (mmol/L) | | 118 (g/L) |
| Final Study Visit | S13 | 2006-05-09 (252) | OffTrt | 5.1 (mmol/L) | 6.3 (%)H | 3.05 (mmol/L)H | 5.10 (mmol/L) | 1.55 (mmol/L) | | 123 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-24 (-6) | PreTrt | 253 (10**9/L) | 6.1 (10**9/L) | 2.83 (10**9/L) | 294 (IU/L)H | 177 (IU/L)H | 80 (umol/L) | 5.88 (mIU/L)H | 9.9 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-08-24 (-6) | PreTrt | 253 (10**9/L) | 6.1 (10**9/L) | 2.83 (10**9/L) | 294 (IU/L)H | 177 (IU/L)H | 80 (umol/L) | 5.88 (mIU/L)H | 9.9 (pmol/L) |
| Final Study Visit | S13 | 2006-05-09 (252) | OffTrt | 309 (10**9/L) | 8.3 (10**9/L) | 3.89 (10**9/L) | 44 (IU/L)H | 30 (IU/L) | 71 (umol/L) | 6.81 (mIU/L)H | 12.1 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded      * = unscheduled visit

3258

4

CONFIDENTIAL
AZSER12747705

Subject identifier
D1447C00126/E0810001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Narrative event
DAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| Enrollment | 2005-08-24 (-7) | | PreTrt | 60.4 |
| S2 | NA | | | 62.8 |
| S6 | 2005-11-22 (84) | QUETIAPINE 400 | OL | 73 |
| S9 | 2006-02-14 (168) | QUETIAPINE 400 | OL | 81 |
| S13 | 2006-05-09 (252) | | OffTrt | 87 |

5

3259

CONFIDENTIAL
AZSER12747706

| Subject identifier | Study phase-treatment during which event occurred | | | | Narrative event |
|---|---|---|---|---|---|
| D1447C00126/E0810001 | Open Label - QUETIAPINE 400 | | | | DAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-07-11 (-51) | 2006-06-07 (281)# | Yes | VALPROIC ACID | 900 mg | Bipolar disease |
| 2005-10-20 (51) | 2006-06-07 (281)# | Yes | BISACODYL | U.U | Obstipation |
| 2005-11-10 (72) | 2006-06-07 (281)# | Yes | SODIUM PICOSULFATE | U.U | Obstipation |
| 2005-12-02 (94) | 2006-02-15 (169) | No | REVALID | U.U | Alopecia |
| 2005-12-21 (113) | 2006-02-14 (168) | No | ESCITALOPRAM | 5 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

3260

6

CONFIDENTIAL
AZSER12747707

**START OF E NARRATIVE**

| | | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|---|
| **Subject identifier** | | Open Label - QUETIAPINE 400 | DAE |
| D1447C00126/E0904002 | | | |

**Narrative event:**

Death:          No

SAE:            No

DAE:            DIZZINESS, PRURITUS

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 47 | Female | Caucasian | 28 | 2005-11-21 | 2005-12-18 | QUETIAPINE 400 | 2006-01-24 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

Current:                left mammary tumefaction

Past:

**Death information:**

Date of death:          No death

Cause of death:

Post-mortem:

3261

1

CONFIDENTIAL
AZSER12747708

**Subject identifier**
D1447C001 26/E0994002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discontinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-11-01 (-20) | 2005-11-15 (-6) | BREAST ABSCESS(Mammary abscess) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 200 | 2005-11-25 (5) | 2005-11-25 (5) | DIZZINESS(Dizziness subjective) | 9.1 | Resolved | Yes | No | No | Severe |
| OL | QUETIAPINE 200 | 2005-11-25 (5) | 2005-11-25 (5) | DIZZINESS(Dizziness objective) | 9.1 | Resolved | Yes | No | No | Severe |
| OL | QUETIAPINE 200 | 2005-11-25 (5) | 2005-11-25 (5) | ASTHENIA(Asthenia) | 9.1 | Resolved | Yes | No | No | Severe |
| OL | QUETIAPINE 200 | 2005-11-25 (5) | 2005-11-25 (5) | SEDATION(Sudation) | 9.1 | Resolved | Yes | No | No | Severe |
| OL | QUETIAPINE 200 | 2005-11-25 (5) | 2005-11-25 (5) | TACHYCARDIA(Tachycardia) | 9.1 | Resolved | Yes | No | No | Severe |
| OL | QUETIAPINE 200 | 2005-11-26 (6) | 2005-12-03 (13) | PRURITUS(Diffuse pruritus) | 9.1 | Resolved | Yes | No | No | Severe |
| OL | QUETIAPINE 400 | 2005-12-08 (18) | 2005-12-08 (18) | DIZZINESS(Dizziness subjective) | 9.1 | Resolved | Yes | Yes | No | Severe |
| OL | QUETIAPINE 400 | 2005-12-08 (18) | 2005-12-08 (18) | DIZZINESS(Dizziness objective) | 9.1 | Resolved | Yes | Yes | No | Severe |
| OL | QUETIAPINE 400 | 2005-12-08 (18) | 2005-12-10 (20) | PRURITUS(Diffuse pruritus) | 9.1 | Resolved | Yes | Yes | No | Severe |
| OffTrt | | 2006-01-17 (58) | NA | MASTITIS(Mammary inflammation) | 9.1 | Continuing | No | No | No | Moderate |
| OffTrt | | 2006-01-17 (58) | 2006-01-23 (64) | BREAST ABSCESS(Mammary abscess) | 9.1 | Resolved | No | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

3262

2

CONFIDENTIAL
AZSER12747709

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0904002 | Open Label - QUETIAPINE 400 | DAE |

**Descriptive text:**

NA

3263

3

CONFIDENTIAL
AZSER12747710

**Subject identifier**
D1447C00126/E0904002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-11-07 (-13) | PreTrt | 5.4 (mmol/L) | 5.1 (%) | 0.70 (mmol/L) | 3.26 (mmol/L)L | 1.27 (mmol/L) | | 132 (g/L) |
| Visit prior to Event | Enrollment | 2005-11-07 (-13) | PreTrt | 5.4 (mmol/L) | 5.1 (%) | 0.70 (mmol/L) | 3.26 (mmol/L)L | 1.27 (mmol/L) | | 132 (g/L) |
| Visit after Event | S13 | 2006-01-24 (65) | OffTrt | 4.9 (mmol/L) | 4.8 (%) | 0.90 (mmol/L) | 4.01 (mmol/L) | 1.27 (mmol/L) | | 144 (g/L) |
| Final Study Visit | S13 | 2006-01-24 (65) | OffTrt | 4.9 (mmol/L) | 4.8 (%) | 0.90 (mmol/L) | 4.01 (mmol/L) | 1.27 (mmol/L) | | 144 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-11-07 (-13) | PreTrt | 407 (10**9/L) | 14.7 (10**9/L)H | 9.70 (10**9/L)H | 7 (IU/L)L | 19 (IU/L) | 53 (umol/L) | 0.28 (mIU/L)L | 12.8 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-11-07 (-13) | PreTrt | 407 (10**9/L) | 14.7 (10**9/L)H | 9.70 (10**9/L)H | 7 (IU/L)L | 19 (IU/L) | 53 (umol/L) | 0.28 (mIU/L)L | 12.8 (pmol/L) |
| Visit after Event | S13 | 2006-01-24 (65) | OffTrt | 396 (10**9/L) | 13.9 (10**9/L)H | 10.43 (10**9/L)H | 16 (IU/L) | 18 (IU/L) | 62 (umol/L) | 0.55 (mIU/L) | 13.2 (pmol/L) |
| Final Study Visit | S13 | 2006-01-24 (65) | OffTrt | 396 (10**9/L) | 13.9 (10**9/L)H | 10.43 (10**9/L)H | 16 (IU/L) | 18 (IU/L) | 62 (umol/L) | 0.55 (mIU/L) | 13.2 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * - unscheduled visit

3264

4

CONFIDENTIAL
AZSER12747711

Narrative event
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Subject identifier
D1447C00126/E0904002

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

3265

5

CONFIDENTIAL
AZSER12747712

**START OF E NARRATIVE**
**Subject identifier**
D1447C00126/E0906001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event:**

Death:            No

SAE:              No

DAE:              ANXIETY, INSOMNIA

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 59 | Female | Caucasian | 28 | 2005-11-18 | 2005-12-15 | QUETIAPINE 600 | 2005-12-15 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:          hypothyroidism referenced on compensation

Past:

**Death information:**

Date of death:    No death

Cause of death:

Post-mortem:

1

3266

**Subject identifier**
D1447C00126/E0906001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 600 | 2005-11-22 (5) | 2005-11-22 (5) | VOMITING(Vomit) | 9.1 | Resolved | Yes | No | No | Severe |
| OL | QUETIAPINE 600 | 2005-11-22 (5) | 2005-11-22 (5) | INSOMNIA(Insomnia) | 9.1 | Resolved | Yes | Yes | No | Severe |
| OL | QUETIAPINE 600 | 2005-11-22 (5) | 2005-11-22 (5) | ANXIETY(Anxiety) | 9.1 | Resolved | Yes | Yes | No | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2

3267

CONFIDENTIAL
AZSER12747714

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0906001 | Open Label - QUETIAPINE 600 | DAE |

**Descriptive text:**

NA

3268

3

CONFIDENTIAL
AZSER12747715

**Subject identifier**
D1447C00126/E0906001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-11-10 (-7) | PreTrt | 6.2 (mmol/L) | 5.9 (%) | 1.22 (mmol/L) | 6.94 (mmol/L)H | 1.99 (mmol/L) | | 141 (g/L) |
| Visit prior to Event | Enrollment | 2005-11-10 (-7) | PreTrt | 6.2 (mmol/L) | 5.9 (%) | 1.22 (mmol/L) | 6.94 (mmol/L)H | 1.99 (mmol/L) | | 141 (g/L) |
| Visit after Event | S13 | 2005-12-15 (28) | QUETIAPINE 0 | 7.2 (mmol/L)H | 6.1 (%) | 1.76 (mmol/L) | 7.51 (mmol/L)H | 1.76 (mmol/L) | | 143 (g/L) |
| Final Study Visit | S13 | 2005-12-15 (28) | QUETIAPINE 0 | 7.2 (mmol/L)H | 6.1 (%) | 1.76 (mmol/L) | 7.51 (mmol/L)H | 1.76 (mmol/L) | | 143 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-11-10 (-7) | PreTrt | 185 (10**9/L) | 5.7 (10**9/L) | 4.10 (10**9/L) | 16 (IU/L) | 20 (IU/L) | 80 (umol/L) | 4.38 (mIU/L) | 13.9 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-11-10 (-7) | PreTrt | 185 (10**9/L) | 5.7 (10**9/L) | 4.10 (10**9/L) | 16 (IU/L) | 20 (IU/L) | 80 (umol/L) | 4.38 (mIU/L) | 13.9 (pmol/L) |
| Visit after Event | S13 | 2005-12-15 (28) | QUETIAPINE 0 | 227 (10**9/L) | 6.1 (10**9/L) | 4.26 (10**9/L) | 26 (IU/L) | 20 (IU/L) | 80 (umol/L) | | |
| Final Study Visit | S13 | 2005-12-15 (28) | QUETIAPINE 0 | 227 (10**9/L) | 6.1 (10**9/L) | 4.26 (10**9/L) | 26 (IU/L) | 20 (IU/L) | 80 (umol/L) | | |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range. H=above normal range. NR=not recorded    * - unscheduled visit

3269

4

CONFIDENTIAL
AZSER12747716

**Subject identifier**
D1447C00126/E0906001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event**
DAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
| --- | --- | --- | --- | --- |
| NA | | | | |

3270

5

CONFIDENTIAL
AZSER12747717

| | | | | | | Narrative event |
| | | | | | | DAE |

**Subject identifier**
D1447C00126/E0906001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-10-18 (-3)# | 2006-01-14 (58)# | Yes | LEVOTHYROXINE | 50 ug | Ipotiroidismo |
| 2005-11-22 (5) | 2006-01-14 (58)# | Yes | OLANZAPINE | 10 mg | Anxiety |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

3271

6

CONFIDENTIAL
AZSER12747718

Narrative event
DAE

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E0914002

Study phase-treatment during which event occurred
Off Treatment - NA

**Narrative event:**

Death:          No

SAE:            No

DAE:            AFFECT LABILITY

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 49 | Male | Caucasian | 27 | 2005-12-07 | 2006-01-02 | NA | 2006-01-16 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

Current:        azoospermia

Past:           gastritis, haemorroid

**Death information:**

Date of death:  No death

Cause of death:

Post-mortem:

1

3272

CONFIDENTIAL
AZSER12747719

**Subject identifier**
D1447C00126/E0914002

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OffTrt | | 2006-01-13 (38) | 2006-01-16 (41) | AFFECT LABILITY(Emotional instability) | 9.1 | Resolved | No | Yes | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3273

CONFIDENTIAL
AZSER12747720

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E0914002 | Off Treatment - NA | DAE |

**Descriptive text:**

NA

3274

3

CONFIDENTIAL
AZSER12747721

Narrative event DAE

**Subject identifier**
D1447C00126/E091A002

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-12-01 (-5) | PreTrt | 5.7 (mmol/L) | 5.1 (%) | 1.07 (mmol/L) | 5.46 (mmol/L)H | 1.92 (mmol/L) | | 171 (g/L) |
| Visit prior to Event | Enrollment | 2005-12-01 (-5) | PreTrt | 5.7 (mmol/L) | 5.1 (%) | 1.07 (mmol/L) | 5.46 (mmol/L)H | 1.92 (mmol/L) | | 171 (g/L) |
| Final Study Visit | Enrollment | 2005-12-01 (-5) | PreTrt | 5.7 (mmol/L) | 5.1 (%) | 1.07 (mmol/L) | 5.46 (mmol/L)H | 1.92 (mmol/L) | | 171 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-12-01 (-5) | PreTrt | 381 (10**9/L) | 6.5 (10**9/L) | 4.12 (10**9/L) | 18 (IU/L) | 15 (IU/L) | 80 (umol/L) | 1.40 (mIU/L) | 16.0 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-12-01 (-5) | PreTrt | 381 (10**9/L) | 6.5 (10**9/L) | 4.12 (10**9/L) | 18 (IU/L) | 15 (IU/L) | 80 (umol/L) | 1.40 (mIU/L) | 16.0 (pmol/L) |
| Final Study Visit | Enrollment | 2005-12-01 (-5) | PreTrt | 381 (10**9/L) | 6.5 (10**9/L) | 4.12 (10**9/L) | 18 (IU/L) | 15 (IU/L) | 80 (umol/L) | 1.40 (mIU/L) | 16.0 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

3275

4

CONFIDENTIAL
AZSER12747722

| | | | Narrative event |
|---|---|---|---|
| | | | DAE |

**Subject identifier**
D1447C00126/E0914002

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

3276

CONFIDENTIAL
AZSER12747723

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E0914004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Narrative event:**

Death:              No

SAE:                No

DAE:                SEDATION, VERTIGO

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 41 | Female | Caucasian | 3 | 2006-01-05 | 2006-01-07 | QUETIAPINE 100 | 2006-01-12 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:            amenorrhoea

Past:

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

3277

1

CONFIDENTIAL
AZSER12747724

**Subject identifier**
D1447C00126/E0914004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2006-01-07 (3) | NA | VERTIGO(Vertigo) | 9.1 | Continuing | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 100 | 2006-01-07 (3) | NA | SEDATION(Sedation) | 9.1 | Continuing | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

3278

2

CONFIDENTIAL
AZSER12747725

**Subject identifier**
D1447C00126/E0914004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Descriptive text:**

NA

3279

3

CONFIDENTIAL
AZSER12747726

**Subject identifier**
D1447C00126/E0914004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-12-29 (-6) | PreTrt | 4.4 (mmol/L) | 5.1 (%) | 1.07 (mmol/L) | 7.07 (mmol/L)H | 1.42 (mmol/L) | | 133 (g/L) |
| Visit prior to Event | Enrollment | 2005-12-29 (-6) | PreTrt | 4.4 (mmol/L) | 5.1 (%) | 1.07 (mmol/L) | 7.07 (mmol/L)H | 1.42 (mmol/L) | | 133 (g/L) |
| Final Study Visit | Enrollment | 2005-12-29 (-6) | PreTrt | 4.4 (mmol/L) | 5.1 (%) | 1.07 (mmol/L) | 7.07 (mmol/L)H | 1.42 (mmol/L) | | 133 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-12-29 (-6) | PreTrt | 244 (10**9/L) | 8.1 (10**9/L) | 5.35 (10**9/L) | 9 (IU/L) | 14 (IU/L) | 53 (umol/L) | 0.94 (mIU/L) | 14.1 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-12-29 (-6) | PreTrt | 244 (10**9/L) | 8.1 (10**9/L) | 5.35 (10**9/L) | 9 (IU/L) | 14 (IU/L) | 53 (umol/L) | 0.94 (mIU/L) | 14.1 (pmol/L) |
| Final Study Visit | Enrollment | 2005-12-29 (-6) | PreTrt | 244 (10**9/L) | 8.1 (10**9/L) | 5.35 (10**9/L) | 9 (IU/L) | 14 (IU/L) | 53 (umol/L) | 0.94 (mIU/L) | 14.1 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * = unscheduled visit

3280

4

CONFIDENTIAL
AZSER12747727

**Narrative event**
DAE

**Subject identifier**
D1447C00126/E0914004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

3281

CONFIDENTIAL
AZSER12747728

Narrative event
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Subject identifier**
D1447C00126/E0914004

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-12-05 (-31)# | 2006-02-06 (33)# | Yes | PAROXETINE | 20 mg | Bipolar disorder |
| 2005-12-05 (-31)# | 2006-02-06 (33)# | Yes | VALPROIC ACID | 600 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

3282

6

CONFIDENTIAL
AZSER12747729

**START OF E NARRATIVE**

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 100

Narrative event
DAE

Subject identifier
D1447C00126/E1101015

**Narrative event:**

Death:          No

SAE:            No

DAE:            HEADACHE, SOMNOLENCE

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 38 | Male | Caucasian | 29 | 2005-01-12 | 2005-02-09 | QUETIAPINE 100 | 2005-02-09 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:        nails mycosis

Past:

**Death information:**

Date of death:     No death

Cause of death:

Post-mortem:

1

3283

CONFIDENTIAL
AZSER12747730

**Subject identifier**
D1447C00126/E1101015

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2005-01-01 (1) | NA | SOMNOLENCE(Somnolence) | 9.1 | Continuing | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 100 | 2005-01-01 (1) | NA | HEADACHE(Headaches) | 9.1 | Continuing | Yes | Yes | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3284

CONFIDENTIAL
AZSER12747731

**Subject identifier**
D1447C00126/E1101015

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Descriptive text:**

NA

3285

3

CONFIDENTIAL
AZSER12747732

Narrative event DAE

**Subject identifier**
D1447C00126/E1101015

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-01-05 (-6) | PreTrt | 5.8 (mmol/L) | 5.3 (%) | 1.98 (mmol/L) | 4.48 (mmol/L) | 1.35 (mmol/L) | | 138 (g/L) |
| Visit prior to Event | Enrollment | 2005-01-05 (-6) | PreTrt | 5.8 (mmol/L) | 5.3 (%) | 1.98 (mmol/L) | 4.48 (mmol/L) | 1.35 (mmol/L) | | 138 (g/L) |
| Final Study Visit | S13 | 2005-02-09 (29) | QUETIAPINE 200 | 7.2 (mmol/L)H | 5.1 (%) | 1.29 (mmol/L) | 4.82 (mmol/L) | 1.61 (mmol/L) | | 139 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-01-05 (-6) | PreTrt | 251 (10**9/L) | 11.9 (10**9/L) | 7.07 (10**9/L) | 12 (IU/L) | 13 (IU/L) | 97 (umol/L) | 2.39 (mIU/L) | 15.4 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-01-05 (-6) | PreTrt | 251 (10**9/L) | 11.9 (10**9/L) | 7.07 (10**9/L) | 12 (IU/L) | 13 (IU/L) | 97 (umol/L) | 2.39 (mIU/L) | 15.4 (pmol/L) |
| Final Study Visit | S13 | 2005-02-09 (29) | QUETIAPINE 200 | 277 (10**9/L) | 9.5 (10**9/L) | 5.47 (10**9/L) | 12 (IU/L) | 15 (IU/L) | 97 (umol/L) | 3.19 (mIU/L) | 12.5 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * = unscheduled visit

3286

4

CONFIDENTIAL
AZSER12747733

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
| D1447C00126/E1101015 | Open Label - QUETIAPINE 100 | DAE |

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

3287

CONFIDENTIAL
AZSER12747734

| | | Study phase-treatment during which event occurred | | | Narrative event |
|---|---|---|---|---|---|
| **Subject identifier** | | Open Label - QUETIAPINE 100 | | | DAE |
| D1447C00126/E1101015 | | | | | |

## Medication information:  Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-12-28 (-15) | 2005-02-09 (29) | No | NYSTATIN | 50 mg | Nails mycosis |
| 2005-01-05 (-7) | 2005-03-11 (59)# | Yes | LITHIUM | 1000 mg | Prophylaction bipolar disorder |
| 2005-01-12 (1) | 2005-01-12 (1) | No | LEVOMEPROMAZINE | 50 mg | Insomnia |
| 2005-01-13 (2) | 2005-03-11 (59)# | Yes | ZOLPIDEM | 10 mg | Insomnia |
| 2005-01-19 (8) | 2005-01-19 (8) | No | PARACETAMOL | 500 mg | Headache |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

3288

CONFIDENTIAL
AZSER12747735

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E1106001

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 100

Narrative event
DAE

**Narrative event:**

Death:           No

SAE:             No

DAE:             HEAD DISCOMFORT

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 43 | Female | Caucasian | 30 | 2004-07-13 | 2004-08-11 | QUETIAPINE 100 | 2004-08-13 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:

Past:

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

1

3289

CONFIDENTIAL
AZSER12747736

**Subject identifier**
D1447C00126/E1106001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2004-07-07 (-6) | 2004-07-18 (6) | BLOOD PRESSURE INCREASED(Elevated blood pressure) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 100 | 2004-07-13 (1) | NA | DIZZINESS(Dizziness) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 100 | 2004-07-13 (1) | NA | SOMNOLENCE(Drowsiness) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 100 | 2004-07-13 (1) | NA | DRY MOUTH(Dry mouth) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 100 | 2004-07-13 (1) | NA | EXTRAPYRAMIDAL DISORDER(Jaw stiffness related to EPS) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 100 | 2004-07-13 (1) | NA | HYPOAESTHESIA(Leg numbness) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 100 | 2004-07-13 (1) | NA | HEAD DISCOMFORT(Feeling of heavy head) | 9.1 | Continuing | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 300 | 2004-07-17 (5) | NA | TREMOR(Hand shaking) | 9.1 | Continuing | Yes | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3290

CONFIDENTIAL
AZSER12747737

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E1106001 | Open Label - QUETIAPINE 100 | DAE |

**Descriptive text:**

NA

3291

3

CONFIDENTIAL
AZSER12747738

**Subject identifier**
D1447C00126/E1106001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Missing | S13* | Missing | NA | | | 2.54 (mmol/L) | 5.49 (mmol/L)H | 1.17 (mmol/L) | | 135 (g/L) |
| Missing | S13* | Missing | NA | | | 2.54 (mmol/L) | 5.49 (mmol/L)H | 1.17 (mmol/L) | | 135 (g/L) |
| Enrollment | Enrollment | 2004-07-07 (-5) | PreTrt | | 5.6 (%) | 1.21 (mmol/L) | 5.23 (mmol/L)H | 1.35 (mmol/L) | | 140 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Missing | S13* | Missing | NA | 210 (10**9/L) | 5.6 (10**9/L) | 3.2 (10**9/L) | 16 (IU/L) | 18 (IU/L) | 71 (umol/L) | | |
| Missing | S13* | Missing | NA | 210 (10**9/L) | 5.6 (10**9/L) | 3.2 (10**9/L) | 16 (IU/L) | 18 (IU/L) | 71 (umol/L) | | |
| Enrollment | Enrollment | 2004-07-07 (-5) | PreTrt | 253 (10**9/L) | 8.2 (10**9/L) | 5.03 (10**9/L) | 15 (IU/L) | 18 (IU/L) | 80 (umol/L) | 0.52 (mIU/L) | 14.2 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

3292

4

CONFIDENTIAL
AZSER12747739

Narrative event
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

Subject identifier
D1447C00126/E1106001

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

3293

CONFIDENTIAL
AZSER12747740

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Subject identifier**
D1447C00126/E1106001

## Medication information: Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2003-08-27 (-321) | 2004-09-10 (60)# | Yes | ERGENYL CHRONO | 1200 mg | Bipolar I disorder |
| 2004-03-23 (-112) | 2004-09-10 (60)# | Yes | BROMAZEPAM | 1.5 mg | Anxiety |
| 2004-07-07 (-6) | 2004-07-13 (1) | No | BROMAZEPAM | 0.75 mg | Anxiety |
| 2004-07-07 (-6) | 2004-09-10 (60)# | Yes | PROPRANOLOL | 30 mg | 2 episodes of hypertension |
| 2004-07-10 (-3) | 2004-09-10 (60)# | Yes | ERGENYL CHRONO | 1500 mg | Bipolar I disorder |
| 2004-07-13 (1) | 2004-07-13 (1) | No | PERINDOPRIL | 4 mg | Elevated blood pressure |
| 2004-07-13 (1) | 2004-07-18 (6) | No | PROPRANOLOL | 20 mg | Elevated blood pressure |
| 2004-08-02 (21) | 2004-08-02 (21) | No | MAPROTILINE | 25 mg | Bipolar I disorder: depression |
| 2004-08-03 (22) | 2004-08-04 (23) | No | MAPROTILINE | 50 mg | Bipolar I disorder depression |
| 2004-08-05 (24) | 2004-08-06 (25) | No | MAPROTILINE | 75 mg | Bipolar I disorder depression |
| 2004-08-07 (26) | 2004-08-08 (27) | No | MAPROTILINE | 100 mg | Bipolar I disorder depression |
| 2004-08-09 (28) | 2004-09-10 (60)# | Yes | MAPROTILINE | 150 mg | Bipolar I disorder depression |
| 2004-08-11 (30) | 2004-09-10 (60)# | Yes | AKRITOIN | 300 mg | Urinary tract infection |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

3294

6

CONFIDENTIAL
AZSER12747741

**START OF E NARRATIVE**

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

Narrative event
DAE

Subject identifier
D1447C00126/E1108001

**Narrative event:**

Death:           No

SAE:            No

DAE:            HYPOTENSION, SOMNOLENCE, TACHYCARDIA, VERTIGO

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 33 | Female | Caucasian | 7 | 2004-07-15 | 2004-07-21 | QUETIAPINE 200 | 2004-07-21 | Adverse Event |

**Days on randomized treatment    Started randomized treatment    Stopped randomized treatment**

NA

**Medical History:**

Current:

Past:

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

1

3295

CONFIDENTIAL
AZSER12747742

**Subject identifier**
D1447C00126/E1108001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 200 | 2004-07-16 (2) | 2004-07-21 (7) | SOMNOLENCE(Sleepiness) | 9.1 | Resolved | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 300 | 2004-07-17 (3) | 2004-07-21 (7) | DRY MOUTH(Dry mouth) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2004-07-18 (4) | 2004-07-21 (7) | NIGHTMARE(Nightmares) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2004-07-19 (5) | NA | HYPOTENSION(Hypotension) | 9.1 | Continuing | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 400 | 2004-07-19 (5) | NA | TACHYCARDIA(Tachycardia) | 9.1 | Continuing | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 400 | 2004-07-19 (5) | 2004-07-21 (7) | VERTIGO(Vertigo) | 9.1 | Resolved | Yes | Yes | No | Mild |
| OL | QUETIAPINE 200 | 2004-07-20 (6) | NA | INITIAL INSOMNIA(Difficulties in falling into sleep) | 9.1 | Continuing | Yes | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3296

CONFIDENTIAL
AZSER12747743

**Subject identifier**
D1447C00126/E1108001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Descriptive text:**

NA

3297

3

CONFIDENTIAL
AZSER12747744

**Narrative event**
DAE

**Subject identifier**
D1447C00126/E1108001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-07-08 (-6) | PreTrt | | 5.6 (%) | 2.84 (mmol/L)H | 4.22 (mmol/L) | 1.50 (mmol/L) | | 142 (g/L) |
| Visit prior to Event | Enrollment | 2004-07-08 (-6) | PreTrt | | 5.6 (%) | 2.84 (mmol/L)H | 4.22 (mmol/L) | 1.50 (mmol/L) | | 142 (g/L) |
| Visit of Event | S13 | 2004-07-21 (7) | QUETIAPINE 200 | | 5.4 (%) | 2.03 (mmol/L) | 5.62 (mmol/L)H | 1.66 (mmol/L) | | 156 (g/L) |
| Final Study Visit | S13 | 2004-07-21 (7) | QUETIAPINE 200 | | 5.4 (%) | 2.03 (mmol/L) | 5.62 (mmol/L)H | 1.66 (mmol/L) | | 156 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-07-08 (-6) | PreTrt | 260 (10**9/L) | 9.0 (10**9/L) | 4.59 (10**9/L) | 76 (IU/L)H | 48 (IU/L)H | 62 (umol/L) | 2.46 (mIU/L) | 12.9 (pmol/L) |
| Visit prior to Event | Enrollment | 2004-07-08 (-6) | PreTrt | 260 (10**9/L) | 9.0 (10**9/L) | 4.59 (10**9/L) | 76 (IU/L)H | 48 (IU/L)H | 62 (umol/L) | 2.46 (mIU/L) | 12.9 (pmol/L) |
| Visit of Event | S13 | 2004-07-21 (7) | QUETIAPINE 200 | 248 (10**9/L) | 9.7 (10**9/L) | 5.34 (10**9/L) | 110 (IU/L)H | 77 (IU/L)H | 71 (umol/L) | 3.09 (mIU/L) | 11.1 (pmol/L) |
| Final Study Visit | S13 | 2004-07-21 (7) | QUETIAPINE 200 | 248 (10**9/L) | 9.7 (10**9/L) | 5.34 (10**9/L) | 110 (IU/L)H | 77 (IU/L)H | 71 (umol/L) | 3.09 (mIU/L) | 11.1 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range. H=above normal range. NR=not recorded    * = unscheduled visit

3298

4

CONFIDENTIAL
AZSER12747745

Narrative event
DAE

**Subject identifier**
D1447C00126/E1108001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

## Weight: Include only if DAE due to weight

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

3299

CONFIDENTIAL
AZSER12747746

| | | Study phase-treatment during which event occurred | | | | Narrative event |
|---|---|---|---|---|---|---|
| **Subject identifier** | | Open Label - QUETIAPINE 200 | | | | DAE |
| D1447C00126/E1108001 | | | | | | |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-06-14 (-3)# | 2004-08-20 (37)# | Yes | FEMODENE | U, U | Contraception |
| 2004-06-24 (-21) | 2004-08-20 (37)# | Yes | ERGENYL CHRONO | 1500 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

3300

6

CONFIDENTIAL
AZSER12747747