**START OF E NARRATIVE**

Subject identifier
D1447C00126/E1108002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

Narrative event
DAE

**Narrative event:**

Death:            No

SAE:             No

DAE:             VERTIGO

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|----------------------|
| 38 | Female | Caucasian | 78 | 2004-07-15 | 2004-09-30 | QUETIAPINE 100 | 2004-10-06 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:

Past:            struma diffusa hashimoto, collar-bone fracture, head trauma, hypothyreosis

**Death information:**

Date of death:          No death

Cause of death:

Post-mortem:

1

3301

CONFIDENTIAL
AZSER12747748

**Subject identifier**
D1447C00126/E1108002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | MedDRA term (investigator text) | Date started (study day) | Date stopped (study day) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | PSYCHOMOTOR RETARDATION(Psychomotor retardation) | 2004-07-09 (-6) | 2004-07-26 (12) | 9.1 | Resolved | No | No | No | Moderate |
| PreTrt | | FATIGUE(Fatigue) | 2004-07-09 (-6) | 2004-07-26 (12) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 100 | NIGHTMARE(Nightmares) | 2004-07-15 (1) | 2004-07-19 (5) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 100 | ASTHENIA(Generalized weakness) | 2004-07-15 (1) | 2004-10-01 (79) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 100 | SOMNOLENCE(Drowsiness) | 2004-07-15 (1) | 2004-10-01 (79) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 100 | DYSARTHRIA(Slurred speech) | 2004-07-15 (1) | 2004-10-01 (79) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 100 | VERTIGO(Vertigo) | 2004-07-15 (1) | 2004-10-06 (84) | 9.1 | Resolved | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 200 | DRY MOUTH(Dry mouth) | 2004-07-17 (3) | 2004-08-03 (20) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | NASOPHARYNGITIS(Common cold) | 2004-09-07 (55) | 2004-09-09 (57) | 9.1 | Resolved | No | No | No | Mild |
| OffTrt | | ALOPECIA(Hair loss) | 2004-10-17 (95) | NA | 9.1 | Continuing | No | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3302

CONFIDENTIAL
AZSER12747749

**Subject identifier**
D1447C00126/E1108002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Descriptive text:**

NA

3303

3

CONFIDENTIAL
AZSER12747750

**Subject identifier** D1447C00126/E1108002

**Study phase-treatment during which event occurred** Open Label - QUETIAPINE 100

**Narrative event** DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-07-09 (-5) | PreTrt | | 5.5 (%) | 1.32 (mmol/L) | 3.70 (mmol/L) | 1.11 (mmol/L) | | 151 (g/L) |
| Visit prior to Event | Enrollment | 2004-07-09 (-5) | PreTrt | | 5.5 (%) | 1.32 (mmol/L) | 3.70 (mmol/L) | 1.11 (mmol/L) | | 151 (g/L) |
| Visit of Event | S4 | 2004-08-12 (29) | QUETIAPINE 400 | | | | | | | 145 (g/L) |
| Visit of Event | S5 | 2004-09-09 (57) | QUETIAPINE 400 | | | | | | | 149 (g/L) |
| Visit of Event | S13 | 2004-10-06 (84) | OffTrt | | 5.4 (%) | 1.28 (mmol/L) | 4.35 (mmol/L) | 1.58 (mmol/L) | | 160 (g/L) |
| Final Study Visit | S13 | 2004-10-06 (84) | OffTrt | | 5.4 (%) | 1.28 (mmol/L) | 4.35 (mmol/L) | 1.58 (mmol/L) | | 160 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-07-09 (-5) | PreTrt | 223 (10**9/L) | 7.3 (10**9/L) | 4.53 (10**9/L) | 15 (IU/L) | 17 (IU/L) | 80 (umol/L) | 1.45 (mIU/L) | 16.4 (pmol/L) |
| Visit prior to Event | Enrollment | 2004-07-09 (-5) | PreTrt | 223 (10**9/L) | 7.3 (10**9/L) | 4.53 (10**9/L) | 15 (IU/L) | 17 (IU/L) | 80 (umol/L) | 1.45 (mIU/L) | 16.4 (pmol/L) |
| Visit of Event | S4 | 2004-08-12 (29) | QUETIAPINE 400 | 154 (10**9/L) | 7.5 (10**9/L) | 5.06 (10**9/L) | | | | | |
| Visit of Event | S5 | 2004-09-09 (57) | QUETIAPINE 400 | 168 (10**9/L) | 9.5 (10**9/L) | 5.98 (10**9/L) | | | | | |
| Visit of Event | S13 | 2004-10-06 (84) | OffTrt | 215 (10**9/L) | 8.1 (10**9/L) | 4.83 (10**9/L) | 28 (IU/L) | 24 (IU/L) | 71 (umol/L) | 0.11 (mIU/L)L | 18.8 (pmol/L) |

3304

4

CONFIDENTIAL
AZSER12747751

**Subject identifier**
D1447C00126/E1108002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|-------|--------------|-------------------------------|----------------------------------|----------------|-----------------|-------------|-----|-----|------------|-----|-----|
| Final Study Visit | S13 | 2004-10-06 (84) | OffTrt | 215 (10**9/L) | 8.1 (10**9/L) | 4.83 (10**9/L) | 28 (IU/L) | 24 (IU/L) | 71 (umol/L) | 0.11 (mIU/L)L | 18.8 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

3305

5

CONFIDENTIAL
AZSER12747752

**Subject identifier**
D1447C00126/E1108002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

## Weight: Include only if DAE due to weight

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

6

3306

CONFIDENTIAL
AZSER12747753

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E1108002 | Open Label - QUETIAPINE 100 | DAE |

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-07-02 (-13) | 2004-07-15 (1) | No | ERGENYL CHRONO | 2000 mg | Mania |
| 2004-07-13 (-2) | 2004-07-15 (1) | No | CLORAZEPIC ACID | 10 mg | Insomnia |
| 2004-07-16 (2) | 2004-10-30 (108)# | Yes | ERGENYL CHRONO | 1600 mg | Mania |
| 2004-09-06 (54) | 2004-10-30 (108)# | Yes | LEVOTHYROXINE | 100 ug | Morbus hashimoto |
| 2004-09-07 (55) | 2004-09-08 (56) | No | PARACETAMOL | 1500 mg | Common cold |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

3307

7

CONFIDENTIAL
AZSER12747754

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E1115001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event:**

Death: No

SAE: No

DAE: WEIGHT INCREASED

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 54 | Female | Caucasian | 115 | 2005-08-16 | 2005-12-08 | QUETIAPINE 400 | 2005-12-08 | Adverse Event |

**Days on randomized treatment    Started randomized treatment    Stopped randomized treatment**

NA

**Medical History:**

Current: coronary heart disease

Past: cardiac infarct

**Death information:**

Date of death: No death

Cause of death:

Post-mortem:

3308

1

CONFIDENTIAL
AZSER12747755

**Subject identifier**
D1447C00126/E1115001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2005-11-08 (85) | NA | WEIGHT INCREASED(Weight increase) | 9.1 | Continuing | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3309

CONFIDENTIAL
AZSER12747756

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E1115001 | Open Label - QUETIAPINE 400 | DAE |

**Descriptive text:**

NA

3

3310

CONFIDENTIAL
AZSER12747757

**Narrative event** DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Subject identifier**
D1447C00126/E1115001

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-09 (-6) | PreTrt | 4.7 (mmol/L) | 5.6 (%) | 1.98 (mmol/L) | 6.14 (mmol/L)H | 1.24 (mmol/L) | | 128 (g/L) |
| Visit prior to Event | S5 | 2005-10-10 (56) | QUETIAPINE 400 | | | | | | | 137 (g/L) |
| Final Study Visit | S13 | 2005-12-08 (115) | QUETIAPINE 400 | 4.9 (mmol/L) | 6.0 (%) | 2.27 (mmol/L) | 4.77 (mmol/L) | 1.06 (mmol/L) | | 139 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-09 (-6) | PreTrt | 238 (10**9/L) | 9.4 (10**9/L) | 6.10 (10**9/L) | 14 (IU/L) | 20 (IU/L) | 71 (umol/L) | 1.71 (mIU/L) | 14.1 (pmol/L) |
| Visit prior to Event | S5 | 2005-10-10 (56) | QUETIAPINE 400 | 280 (10**9/L) | 13.3 (10**9/L)H | 8.26 (10**9/L) | | | | | |
| Final Study Visit | S13 | 2005-12-08 (115) | QUETIAPINE 400 | 237 (10**9/L) | 12.7 (10**9/L)H | 8.61 (10**9/L)H | 18 (IU/L) | 19 (IU/L) | 80 (umol/L) | 1.22 (mIU/L) | 12.9 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

3311

4

CONFIDENTIAL
AZSER12747758

**Subject identifier**
D1447C00126/E1115001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

### Weight: Include only if DAE due to weight

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| Enrollment | 2005-08-09 (-7) | | PreTrt | 58.5 |
| S2 | 2005-08-23 (8) | QUETIAPINE 400 | OL | 59.5 |
| S6 | 2005-11-08 (85) | QUETIAPINE 400 | OL | 64.3 |
| S13 | 2005-12-08 (115) | QUETIAPINE 400 | OL | 66.2 |

3312

5

CONFIDENTIAL
AZSER12747759

**Subject identifier**
D1447C00126/E1115001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-03-15 (-154) | 2006-01-07 (145)# | Yes | PROPRANOLOL | 30 mg | Coronary heart disease |
| 2005-03-22 (-147) | 2006-01-07 (145)# | Yes | VALPROIC ACID | 1500 mg | Bipolar disorder |
| 2005-07-16 (-31)# | 2006-01-07 (145)# | Yes | ACETYLSALICYLIC ACID | 75 mg | Coronary heart disease |
| 2005-07-16 (-31)# | 2006-01-07 (145)# | Yes | ISOSORBIDE DINITRATE | 50 mg | Coronary heart disease |
| 2005-11-08 (85) | 2006-01-07 (145)# | Yes | VENLAFAXINE | 150 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

3313

6

CONFIDENTIAL
AZSER12747760

Narrative event
DAE

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E1118003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event:**

Death:          No

SAE:            No

DAE:            SOMNOLENCE

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 20 | Male | Caucasian | 35 | 2005-07-22 | 2005-08-25 | QUETIAPINE 100 | 2005-10-25 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:

Past:

**Death information:**

Date of death:          No death

Cause of death:

Post-mortem:

3314

1

CONFIDENTIAL
AZSER12747761

**Subject identifier**
D1447C00126/E1118003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2005-07-22 (1) | 2005-08-24 (34) | SOMNOLENCE(Sleepiness) | 9.1 | Resolved | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2

3315

CONFIDENTIAL
AZSER12747762

**Subject identifier**
D1447C00126/E1118003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Descriptive text:**

NA

3316

3

CONFIDENTIAL
AZSER12747763

**Subject identifier**
DI447C00126/E1118003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-07-18 (-3) | PreTrt | 4.9 (mmol/L) | 5.4 (%) | 0.68 (mmol/L) | 3.24 (mmol/L)L | 1.04 (mmol/L) | | 144 (g/L) |
| Visit prior to Event | Enrollment | 2005-07-18 (-3) | PreTrt | 4.9 (mmol/L) | 5.4 (%) | 0.68 (mmol/L) | 3.24 (mmol/L)L | 1.04 (mmol/L) | | 144 (g/L) |
| Visit of Event | S4 | 2005-08-19 (29) | QUETIAPINE 400 | | | | | | | 141 (g/L) |
| Visit after Event | S13 | 2005-10-25 (96) | OffTrt | | | | | | | 144 (g/L) |
| Final Study Visit | S13 | 2005-10-25 (96) | OffTrt | | | | | | | 144 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-07-18 (-3) | PreTrt | 191 (10**9/L) | 5.0 (10**9/L) | 2.24 (10**9/L) | 27 (IU/L) | 22 (IU/L) | 88 (umol/L) | 2.94 (mIU/L) | 10.7 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-07-18 (-3) | PreTrt | 191 (10**9/L) | 5.0 (10**9/L) | 2.24 (10**9/L) | 27 (IU/L) | 22 (IU/L) | 88 (umol/L) | 2.94 (mIU/L) | 10.7 (pmol/L) |
| Visit of Event | S4 | 2005-08-19 (29) | QUETIAPINE 400 | 201 (10**9/L) | 5.9 (10**9/L) | 3.20 (10**9/L) | | | | | |
| Visit after Event | S13 | 2005-10-25 (96) | OffTrt | 251 (10**9/L) | 5.2 (10**9/L) | 2.35 (10**9/L) | | | | | |
| Final Study Visit | S13 | 2005-10-25 (96) | OffTrt | 251 (10**9/L) | 5.2 (10**9/L) | 2.35 (10**9/L) | | | | | |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range.  H=above normal range. NR=not recorded   * - unscheduled visit

3317

4

CONFIDENTIAL
AZSER12747764

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E1118003 | Open Label - QUETIAPINE 100 | DAE |

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

3318

CONFIDENTIAL
AZSER12747765

| | Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|---|
| | D1447C00126/E1118003 | Open Label - QUETIAPINE 100 | DAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-07-08 (-14) | 2005-07-22 (1) | No | ERGENYL CHRONO | 1600 mg | Bipolar disorder |
| 2005-07-15 (-7) | 2005-08-25 (35)# | No | CETIRIZINE | 10 mg | Allergy |
| 2005-07-23 (2) | 2005-09-24 (65)# | Yes | ERGENYL CHRONO | 1000 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

3319

CONFIDENTIAL
AZSER12747766

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E1118007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

Narrative event
DAE

**Narrative event:**

Death:                No

SAE:                  No

DAE:                  SOMNOLENCE

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|------------------------|------------------------------|-----------------------|
| 25  | Female | Caucasian | 29 | 2005-10-03 | 2005-10-31 | QUETIAPINE 600 | 2005-10-31 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA                           |                              |                              |

**Medical History:**

Current:          hashimoto's disease

Past:

**Death information:**

Date of death:          No death

Cause of death:

Post-mortem:

1

3320

CONFIDENTIAL
AZSER12747767

**Subject identifier**
D1447C00126/E1118007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 600 | 2005-10-10 (8) | NA | SOMNOLENCE(Somnolence) | 9.1 | Continuing | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3321

CONFIDENTIAL
AZSER12747768

**Subject identifier**
D1447C00126/E1118007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event**
DAE

**Descriptive text:**

NA

3

3322

CONFIDENTIAL
AZSER12747769

**Subject identifier**
D1447C00126/E1118007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-09-28 (-4) | PreTrt | 4.3 (mmol/L) | 5.1 (%) | 0.98 (mmol/L) | 4.04 (mmol/L) | 1.63 (mmol/L) | | 143 (g/L) |
| Visit prior to Event | Enrollment | 2005-09-28 (-4) | PreTrt | 4.3 (mmol/L) | 5.1 (%) | 0.98 (mmol/L) | 4.04 (mmol/L) | 1.63 (mmol/L) | | 143 (g/L) |
| Final Study Visit | S13 | 2005-10-31 (29) | QUETIAPINE 400 | 4.6 (mmol/L) | 5.5 (%) | 1.97 (mmol/L) | 3.86 (mmol/L) | 1.45 (mmol/L) | | |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-09-28 (-4) | PreTrt | 232 (10**9/L) | 7.9 (10**9/L) | 3.07 (10**9/L) | 23 (IU/L) | 27 (IU/L) | 62 (umol/L) | 1.43 (mIU/L) | 14.3 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-09-28 (-4) | PreTrt | 232 (10**9/L) | 7.9 (10**9/L) | 3.07 (10**9/L) | 23 (IU/L) | 27 (IU/L) | 62 (umol/L) | 1.43 (mIU/L) | 14.3 (pmol/L) |
| Final Study Visit | S13 | 2005-10-31 (29) | QUETIAPINE 400 | | | | 18 (IU/L) | 23 (IU/L) | 62 (umol/L) | | 11.4 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

3323

4

CONFIDENTIAL
AZSER12747770

Narrative event
DAE

Subject identifier
D1447C00126/E1118007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

3324

CONFIDENTIAL
AZSER12747771

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Subject identifier**
D1447C00126/E1118007

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-09-02 (-3)# | 2005-11-30 (59)# | Yes | LEVOTHYROXINE | 100 mg | Hashimoto desease |
| 2005-09-19 (-14) | 2005-11-30 (59)# | Yes | ERGENYL CHRONO | 2000 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

3325

CONFIDENTIAL
AZSER12747772

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E1120003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

Narrative event
DAE

**Narrative event:**

Death:        No

SAE:          No

DAE:          ASTHENIA, DIZZINESS, HEADACHE, MYALGIA, SOMNOLENCE

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|------------------------|------------------------------|------------------------|
| 34 | Male | Caucasian | 8 | 2005-08-23 | 2005-08-30 | QUETIAPINE 100 | 2005-09-02 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:

Past:         boreliosis

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

1

3326

CONFIDENTIAL
AZSER12747773

**Subject identifier**
D1447C00126/E1120003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2005-08-24 (2) | 2005-08-31 (9) | ASTHENIA(General weakness) | 9.1 | Resolved | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 100 | 2005-08-24 (2) | 2005-08-31 (9) | DIZZINESS(Dizziness) | 9.1 | Resolved | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 100 | 2005-08-24 (2) | 2005-08-31 (9) | HEADACHE(Cephalea) | 9.1 | Resolved | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 100 | 2005-08-24 (2) | 2005-08-31 (9) | MYALGIA(Muscle pains) | 9.1 | Resolved | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 100 | 2005-08-24 (2) | 2005-08-31 (9) | SOMNOLENCE(Excessive sleepiness) | 9.1 | Resolved | Yes | Yes | No | Moderate |
| OffTrt | | 2005-08-31 (9) | NA | SOMNOLENCE(Excessive sleepiness) | 9.1 | Continuing | Yes | No | No | Mild |
| OffTrt | | 2005-08-31 (9) | NA | HEADACHE(Cephalea) | 9.1 | Continuing | Yes | No | No | Mild |
| OffTrt | | 2005-08-31 (9) | NA | ASTHENIA(General weakness) | 9.1 | Continuing | Yes | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2

3327

CONFIDENTIAL
AZSER12747774

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E1120003 | Open Label - QUETIAPINE 100 | DAE |

**Descriptive text:**

NA

3328

3

CONFIDENTIAL
AZSER12747775

**Narrative event** DAE

**Subject identifier** D1447C00126/E1120003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|-------|--------------|-------------------------------|--------------------------------|---------|-------|----------------|-------------------|-----|-----|-------------|
| Enrollment | Enrollment | 2005-08-16 (-6) | PreTrt | 5.5 (mmol/L) | 5.5 (%) | 2.62 (mmol/L) | 6.48 (mmol/L)H | 1.32 (mmol/L) | | 159 (g/L) |
| Visit prior to Event | Enrollment | 2005-08-16 (-6) | PreTrt | 5.5 (mmol/L) | 5.5 (%) | 2.62 (mmol/L) | 6.48 (mmol/L)H | 1.32 (mmol/L) | | 159 (g/L) |
| Visit after Event | S13 | 2005-09-01 (10) | OffTrt | 5.0 (mmol/L) | 5.6 (%) | 2.98 (mmol/L)H | 5.96 (mmol/L)H | 1.01 (mmol/L)L | | 148 (g/L) |
| Final Study Visit | S13 | 2005-09-01 (10) | OffTrt | 5.0 (mmol/L) | 5.6 (%) | 2.98 (mmol/L)H | 5.96 (mmol/L)H | 1.01 (mmol/L)L | | 148 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|-------|--------------|-------------------------------|--------------------------------|----------------|-----------------|-------------|-----|-----|------------|-----|-----|
| Enrollment | Enrollment | 2005-08-16 (-6) | PreTrt | 270 (10**9/L) | 9.1 (10**9/L) | 4.94 (10**9/L) | 39 (IU/L) | 25 (IU/L) | 88 (umol/L) | 1.79 (mIU/L) | 12.9 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-08-16 (-6) | PreTrt | 270 (10**9/L) | 9.1 (10**9/L) | 4.94 (10**9/L) | 39 (IU/L) | 25 (IU/L) | 88 (umol/L) | 1.79 (mIU/L) | 12.9 (pmol/L) |
| Visit after Event | S13 | 2005-09-01 (10) | OffTrt | 224 (10**9/L) | 9.6 (10**9/L) | 5.60 (10**9/L) | 37 (IU/L) | 24 (IU/L) | 88 (umol/L) | 0.06 (mIU/L)L | 9.8 (pmol/L) |
| Final Study Visit | S13 | 2005-09-01 (10) | OffTrt | 224 (10**9/L) | 9.6 (10**9/L) | 5.60 (10**9/L) | 37 (IU/L) | 24 (IU/L) | 88 (umol/L) | 0.06 (mIU/L)L | 9.8 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range. H=above normal range. NR=not recorded     * - unscheduled visit

3329

4

CONFIDENTIAL
AZSER12747776

| Subject identifier | | | | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|---|---|---|
| D1447C00126/E1120003 | | | | Open Label - QUETIAPINE 100 | DAE |

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

3330

CONFIDENTIAL
AZSER12747777

| Subject identifier | Study phase-treatment during which event occurred | | | | Narrative event |
|---|---|---|---|---|---|
| D1447C00126/E1120003 | Open Label - QUETIAPINE 100 | | | | DAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-07-23 (-3)# | 2005-09-29 (38)# | Yes | ERGENYL CHRONO | 1500 mg | Bipolar disorder |
| 2005-08-30 (8) | 2005-09-29 (38)# | Yes | CHLORPROTHIXENE | 150 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

3331

CONFIDENTIAL
AZSER12747778

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E1301002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Narrative event
DAE

**Narrative event:**

Death:              No

SAE:                No

DAE:                SOMNOLENCE

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 35 | Female | Caucasian | 18 | 2004-11-15 | 2004-12-02 | QUETIAPINE 400 | 2004-12-20 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

Current:

Past:

**Death information:**

Date of death:          No death

Cause of death:

Post-mortem:

3332

1

CONFIDENTIAL
AZSER12747779

CONFIDENTIAL
AZSER12747780

**Subject identifier**
D1447C00126/E1301002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2004-12-02 (18) | 2004-12-20 (36) | SOMNOLENCE(Somnolence) | 9.1 | Resolved | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2

3333

**Narrative event**
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Subject identifier**
D1447C00126/E1301002

**Descriptive text:**

NA

3334

3

CONFIDENTIAL
AZSER12747781

**Subject identifier**
D1447C00126/E1301002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Triglycerides | Total Cholesterol | HDL | LDL | Hemoglobin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-11-09 (-5) | PreTrt | | 5.7 (%) | 1.58 (mmol/L) | 5.31 (mmol/L)H | 1.37 (mmol/L) | | 131 (g/L) |
| Visit prior to Event | Enrollment | 2004-11-09 (-5) | PreTrt | | 5.7 (%) | 1.58 (mmol/L) | 5.31 (mmol/L)H | 1.37 (mmol/L) | | 131 (g/L) |
| Visit of Event | S13 | 2004-12-20 (36) | OffTrt | | 5.4 (%) | 1.28 (mmol/L) | 4.87 (mmol/L) | 1.27 (mmol/L) | | 126 (g/L) |
| Final Study Visit | S13 | 2004-12-20 (36) | OffTrt | | 5.4 (%) | 1.28 (mmol/L) | 4.87 (mmol/L) | 1.27 (mmol/L) | | 126 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-11-09 (-5) | PreTrt | 250 (10**9/L) | 9.1 (10**9/L) | 4.85 (10**9/L) | 46 (IU/L)H | 26 (IU/L) | 62 (umol/L) | 1.95 (mIU/L) | 11.1 (pmol/L) |
| Visit prior to Event | Enrollment | 2004-11-09 (-5) | PreTrt | 250 (10**9/L) | 9.1 (10**9/L) | 4.85 (10**9/L) | 46 (IU/L)H | 26 (IU/L) | 62 (umol/L) | 1.95 (mIU/L) | 11.1 (pmol/L) |
| Visit of Event | S13 | 2004-12-20 (36) | OffTrt | 203 (10**9/L) | 5.6 (10**9/L) | 2.20 (10**9/L) | 20 (IU/L) | 19 (IU/L) | 71 (umol/L) | 2.33 (mIU/L) | 11.1 (pmol/L) |
| Final Study Visit | S13 | 2004-12-20 (36) | OffTrt | 203 (10**9/L) | 5.6 (10**9/L) | 2.20 (10**9/L) | 20 (IU/L) | 19 (IU/L) | 71 (umol/L) | 2.33 (mIU/L) | 11.1 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * = unscheduled visit

3335

4

CONFIDENTIAL
AZSER12747782

Subject identifier
D1447C00126/E1301002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Narrative event
DAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

3336

5

CONFIDENTIAL
AZSER12747783

Subject identifier
D1447C00126/E1301002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Narrative event
DAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-11-12 (-3) | 2005-01-01 (48)# | Yes | VALPROIC ACID | 750 mg | Bipolar disorder |
| 2004-12-02 (18) | 2004-12-08 (24) | No | SERTRALINE | 50 mg | Bipolar disorder |
| 2004-12-09 (25) | 2005-01-01 (48)# | Yes | SERTRALINE | 100 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

3337

6

CONFIDENTIAL
AZSER12747784

**Narrative event**

DAE

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E1309004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event:**

Death:                No

SAE:                  No

DAE:                  DIZZINESS, PARAESTHESIA

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 39 | Female | Caucasian | 64 | 2005-03-31 | 2005-06-02 | QUETIAPINE 100 | 2005-06-02 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:              rhinoconjunctivitis, simple goiter

Past:                 thrombophlebitis inferior members

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

1

3338

CONFIDENTIAL
AZSER12747785

**Subject identifier**
D1447C00126/E1309004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 200 | 2005-04-12 (13) | 2005-04-22 (23) | SOMNOLENCE(Sleepness) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 100 | 2005-04-22 (23) | 2005-05-01 (32) | SOMNOLENCE(Sleepness) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 100 | 2005-05-01 (32) | 2005-05-15 (46) | PARAESTHESIA(Paresthesias) | 9.1 | Resolved | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 100 | 2005-05-01 (32) | 2005-05-15 (46) | DIZZINESS(Dizziness) | 9.1 | Resolved | Yes | Yes | No | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3339

CONFIDENTIAL
AZSER12747786

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E1309004 | Open Label - QUETIAPINE 100 | DAE |

**Descriptive text:**

NA

3340

3

CONFIDENTIAL
AZSER12747787

Narrative event
DAE

**Subject identifier**
D1447C00126/E1309004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-03-15 (-15) | PreTrt | 5.6 (mmol/L) | 4.9 (%) | 0.94 (mmol/L) | 6.32 (mmol/L)H | 1.55 (mmol/L) | | 140 (g/L) |
| Visit prior to Event | S4 | 2005-04-27 (28) | QUETIAPINE 100 | | | | | | | 130 (g/L) |
| Visit after Event | S13 | 2005-06-02 (64) | QUETIAPINE 100 | 4.8 (mmol/L) | 4.5 (%) | 0.67 (mmol/L) | 5.78 (mmol/L)H | 1.50 (mmol/L) | | 139 (g/L) |
| Final Study Visit | S13 | 2005-06-02 (64) | QUETIAPINE 100 | 4.8 (mmol/L) | 4.5 (%) | 0.67 (mmol/L) | 5.78 (mmol/L)H | 1.50 (mmol/L) | | 139 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-03-15 (-15) | PreTrt | 282 (10**9/L) | 9.9 (10**9/L) | 7.32 (10**9/L) | 17 (IU/L) | 16 (IU/L) | 71 (umol/L) | 1.27 (mIU/L) | 13.0 (pmol/L) |
| Visit prior to Event | S4 | 2005-04-27 (28) | QUETIAPINE 100 | 296 (10**9/L) | 11.2 (10**9/L) | 7.99 (10**9/L) | | | | | |
| Visit after Event | S13 | 2005-06-02 (64) | QUETIAPINE 100 | 273 (10**9/L) | 7.4 (10**9/L) | 4.43 (10**9/L) | 15 (IU/L) | 16 (IU/L) | 80 (umol/L) | 1.70 (mIU/L) | 11.2 (pmol/L) |
| Final Study Visit | S13 | 2005-06-02 (64) | QUETIAPINE 100 | 273 (10**9/L) | 7.4 (10**9/L) | 4.43 (10**9/L) | 15 (IU/L) | 16 (IU/L) | 80 (umol/L) | 1.70 (mIU/L) | 11.2 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range. H=above normal range. NR=not recorded     * - unscheduled visit

4

3341

CONFIDENTIAL
AZSER12747788

**Subject identifier**
D1447C00126/E1309004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

## Weight: Include only if DAE due to weight

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
| --- | --- | --- | --- | --- |
| NA | | | | |

5

3342

CONFIDENTIAL
AZSER12747789

**Subject identifier**
D1447C00126/E1309004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-02-28 (-31)# | 2005-07-02 (94)# | Yes | LITHIUM | 1200 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

3343

CONFIDENTIAL
AZSER12747790

Narrative event
DAE

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E1309008

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event:**

Death:          No

SAE:            No

DAE:            HYPOKINESIA, SOMNOLENCE

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 47 | Female | Caucasian | 41 | 2005-06-29 | 2005-08-08 | QUETIAPINE 400 | 2005-08-10 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

Current:        hipercholesterolemy

Past:

**Death information:**

Date of death:          No death

Cause of death:

Post-mortem:

3344

1

CONFIDENTIAL
AZSER12747791

**Subject identifier**
D1447C00126/E1309008

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon- tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2005-07-16 (18) | 2005-08-10 (43) | SOMNOLENCE(Somnolence) | 9.1 | Resolved | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 400 | 2005-07-16 (18) | 2005-08-10 (43) | HYPOKINESIA(Slowness (reduced movement)) | 9.1 | Resolved | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3345

CONFIDENTIAL
AZSER12747792

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E1309008 | Open Label - QUETIAPINE 400 | DAE |

**Descriptive text:**

NA

3

3346

CONFIDENTIAL
AZSER12747793

**Subject identifier**
D1447C00126/E1309008

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-25 (-3) | PreTrt | 5.4 (mmol/L) | 5.7 (%) | 0.72 (mmol/L) | 5.80 (mmol/L)H | 1.97 (mmol/L) | | 157 (g/L) |
| Visit prior to Event | Enrollment | 2005-06-25 (-3) | PreTrt | 5.4 (mmol/L) | 5.7 (%) | 0.72 (mmol/L) | 5.80 (mmol/L)H | 1.97 (mmol/L) | | 157 (g/L) |
| Visit of Event | S13 | 2005-08-10 (43) | OffTrt | 4.8 (mmol/L) | 5.1 (%) | 0.78 (mmol/L) | 5.23 (mmol/L)H | 1.86 (mmol/L) | | 137 (g/L) |
| Final Study Visit | S13 | 2005-08-10 (43) | OffTrt | 4.8 (mmol/L) | 5.1 (%) | 0.78 (mmol/L) | 5.23 (mmol/L)H | 1.86 (mmol/L) | | 137 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-25 (-3) | PreTrt | 257 (10**9/L) | 9.6 (10**9/L) | 6.54 (10**9/L) | 14 (IU/L) | 18 (IU/L) | 62 (umol/L) | 0.53 (mIU/L) | 16.3 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-06-25 (-3) | PreTrt | 257 (10**9/L) | 9.6 (10**9/L) | 6.54 (10**9/L) | 14 (IU/L) | 18 (IU/L) | 62 (umol/L) | 0.53 (mIU/L) | 16.3 (pmol/L) |
| Visit of Event | S13 | 2005-08-10 (43) | OffTrt | 231 (10**9/L) | 7.0 (10**9/L) | 4.56 (10**9/L) | 15 (IU/L) | 16 (IU/L) | 53 (umol/L) | 0.94 (mIU/L) | 14.2 (pmol/L) |
| Final Study Visit | S13 | 2005-08-10 (43) | OffTrt | 231 (10**9/L) | 7.0 (10**9/L) | 4.56 (10**9/L) | 15 (IU/L) | 16 (IU/L) | 53 (umol/L) | 0.94 (mIU/L) | 14.2 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range. H=above normal range. NR=not recorded     * - unscheduled visit

3347

CONFIDENTIAL
AZSER12747794

4

| Subject identifier | | | Study phase-treatment during which event occurred | Narrative event |
| D1447C00126/E1309008 | | | Open Label - QUETIAPINE 400 | DAE |

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

3348

5

CONFIDENTIAL
AZSER12747795

**Subject identifier**
D1447C00126/E1309008

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-06-18 (-11) | 2005-09-07 (71)# | Yes | LITHIUM | 600 mg | Bipolar disorder |
| 2005-06-25 (-4) | 2005-09-07 (71)# | Yes | LORAZEPAM | 2 mg | Anxiety |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

3349

6

CONFIDENTIAL
AZSER12747796

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E1310001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

Narrative event
DAE

**Narrative event:**

Death:          No

SAE:            No

DAE:            DIZZINESS

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 51 | Male | Caucasian | 8 | 2004-09-23 | 2004-09-30 | QUETIAPINE 200 | 2004-10-02 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:        peniciline alergy

Past:           otitis, urinary infection, dermatitis

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

3350

1

CONFIDENTIAL
AZSER12747797

**Subject identifier**
D1447C00126/E1310001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 200 | 2004-09-25 (3) | 2004-10-02 (10) | DIZZINESS(Dizzyness) | 9.1 | Resolved | Yes | Yes | No | Severe |
| OL | QUETIAPINE 200 | 2004-09-25 (3) | 2004-10-02 (10) | DRY MOUTH(Dry mouth) | 9.1 | Resolved | Yes | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3351

CONFIDENTIAL
AZSER12747798

**Subject identifier**
D1447C00126/E1310001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Descriptive text:**

NA

3352

3

CONFIDENTIAL
AZSER12747799

**Narrative event** DAE

**Subject identifier**
D1447C00126/E1310001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-09-16 (-6) | PreTrt | | 5.8 (%) | 1.11 (mmol/L) | 7.36 (mmol/L)H | 1.30 (mmol/L) | | 140 (g/L) |
| Visit prior to Event | Enrollment | 2004-09-16 (-6) | PreTrt | | 5.8 (%) | 1.11 (mmol/L) | 7.36 (mmol/L)H | 1.30 (mmol/L) | | 140 (g/L) |
| Visit of Event | S13 | 2004-09-30 (8) | QUETIAPINE 200 | | 6.0 (%) | 1.77 (mmol/L) | 7.17 (mmol/L)H | 1.35 (mmol/L) | | 148 (g/L) |
| Final Study Visit | S13 | 2004-09-30 (8) | QUETIAPINE 200 | | 6.0 (%) | 1.77 (mmol/L) | 7.17 (mmol/L)H | 1.35 (mmol/L) | | 148 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-09-16 (-6) | PreTrt | 208 (10**9/L) | 5.0 (10**9/L) | 2.59 (10**9/L) | 11 (IU/L) | 13 (IU/L) | 80 (umol/L) | 4.22 (mIU/L) | 14.3 (pmol/L) |
| Visit prior to Event | Enrollment | 2004-09-16 (-6) | PreTrt | 208 (10**9/L) | 5.0 (10**9/L) | 2.59 (10**9/L) | 11 (IU/L) | 13 (IU/L) | 80 (umol/L) | 4.22 (mIU/L) | 14.3 (pmol/L) |
| Visit of Event | S13 | 2004-09-30 (8) | QUETIAPINE 200 | 239 (10**9/L) | 5.6 (10**9/L) | 3.02 (10**9/L) | 16 (IU/L) | 19 (IU/L) | 115 (umol/L) | 4.05 (mIU/L) | 12.9 (pmol/L) |
| Final Study Visit | S13 | 2004-09-30 (8) | QUETIAPINE 200 | 239 (10**9/L) | 5.6 (10**9/L) | 3.02 (10**9/L) | 16 (IU/L) | 19 (IU/L) | 115 (umol/L) | 4.05 (mIU/L) | 12.9 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * - unscheduled visit

3353

4

CONFIDENTIAL
AZSER12747800

CONFIDENTIAL
AZSER12747801

**Subject identifier**
D1447C00126/E1310001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

3354

| | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| Subject identifier | Open Label - QUETIAPINE 200 | DAE |
| D1447C00126/E1310001 | | |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2003-09-25 (-364) | 2004-09-30 (8) | No | CLONAZEPAM | 4 mg | Bipolar disorder |
| 2004-02-20 (-216) | 2004-10-30 (38)# | Yes | VALPROIC ACID | 1000 mg | Bipolar disorder |
| 2004-02-24 (-212) | 2004-09-30 (8) | No | OLANZAPINE | 5 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

3355

CONFIDENTIAL
AZSER12747802

**START OF E NARRATIVE**

Narrative event DAE

**Subject identifier**
D1447C00126/E1310007

**Narrative event:**

Death:             No

SAE:               No

DAE:               DRY MOUTH, SOMNOLENCE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 51 | Male | Caucasian | 6 | 2005-03-31 | 2005-04-05 | QUETIAPINE 200 | 2005-04-05 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:

Past:

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

1

3356

CONFIDENTIAL
AZSER12747803

**Subject identifier**
D1447C00126/E1310007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 200 | 2005-03-31 (1) | 2005-04-05 (6) | DRY MOUTH(Dry mouth) | 9.1 | Resolved | Yes | Yes | No | Mild |
| OL | QUETIAPINE 300 | 2005-04-01 (2) | 2005-04-04 (5) | HEADACHE(Headache) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 300 | 2005-04-01 (2) | 2005-04-05 (6) | SOMNOLENCE(Somnolence) | 9.1 | Resolved | Yes | Yes | No | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3357

CONFIDENTIAL
AZSER12747804

**Subject identifier**
D1447C00126/E1310007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Descriptive text:**

NA

3358

3

CONFIDENTIAL
AZSER12747805

**Narrative event** DAE

**Subject identifier**
D1447C00126/E1310007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-03-22 (-8) | PreTrt | 4.6 (mmol/L) | 4.9 (%) | 3.66 (mmol/L)H | 5.26 (mmol/L)H | 0.96 (mmol/L)L | | 168 (g/L) |
| Visit prior to Event | Enrollment | 2005-03-22 (-8) | PreTrt | 4.6 (mmol/L) | 4.9 (%) | 3.66 (mmol/L)H | 5.26 (mmol/L)H | 0.96 (mmol/L)L | | 168 (g/L) |
| Visit of Event | S13 | 2005-04-05 (6) | QUETIAPINE 400 | 6.5 (mmol/L) | 4.7 (%) | 3.75 (mmol/L)H | 5.41 (mmol/L)H | 1.11 (mmol/L) | | 178 (g/L)H |
| Final Study Visit | S13 | 2005-04-05 (6) | QUETIAPINE 400 | 6.5 (mmol/L) | 4.7 (%) | 3.75 (mmol/L)H | 5.41 (mmol/L)H | 1.11 (mmol/L) | | 178 (g/L)H |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-03-22 (-8) | PreTrt | 199 (10**9/L) | 10.5 (10**9/L) | 7.20 (10**9/L) | 42 (IU/L) | 33 (IU/L) | 80 (umol/L) | 1.34 (mIU/L) | 13.9 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-03-22 (-8) | PreTrt | 199 (10**9/L) | 10.5 (10**9/L) | 7.20 (10**9/L) | 42 (IU/L) | 33 (IU/L) | 80 (umol/L) | 1.34 (mIU/L) | 13.9 (pmol/L) |
| Visit of Event | S13 | 2005-04-05 (6) | QUETIAPINE 400 | 235 (10**9/L) | 11.7 (10**9/L) | 8.70 (10**9/L)H | 38 (IU/L) | 32 (IU/L) | 88 (umol/L) | 2.36 (mIU/L) | 15.6 (pmol/L) |
| Final Study Visit | S13 | 2005-04-05 (6) | QUETIAPINE 400 | 235 (10**9/L) | 11.7 (10**9/L) | 8.70 (10**9/L)H | 38 (IU/L) | 32 (IU/L) | 88 (umol/L) | 2.36 (mIU/L) | 15.6 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range.  H=above normal range.  NR=not recorded.     * = unscheduled visit

3359

4

CONFIDENTIAL
AZSER12747806

| | Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|---|
| | D1447C00126/E1310007 | Open Label - QUETIAPINE 200 | DAE |

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

3360

5

CONFIDENTIAL
AZSER12747807

| | | | | | **Narrative event**<br>DAE |
|---|---|---|---|---|---|

**Subject identifier**
D1447C00126/E1310007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Medication information: Include concomitant medications taken during the event only**

| Date started<br>(day started) | Date stopped<br>(day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-02-28 (-3)# | 2005-05-05 (36)# | Yes | LITHIUM | 1200 mg | Bipolar disorder |
| 2005-03-22 (-9) | 2005-03-31 (1) | No | QUETIAPINE | 100 mg | Bipolar disorder |
| 2005-03-31 (1) | 2005-04-05 (6) | No | ALPRAZOLAM | 2 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

3361

CONFIDENTIAL<br>AZSER12747808

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E1310008

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event:**

Death:           No

SAE:             No

DAE:             MANIA

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 44  | Female | Caucasian | 105 | 2005-11-30 | 2006-03-14 | QUETIAPINE 400 | 2006-03-13 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:         morbid obesity, hypercholesterolemia, hypothiroidism, hyperthension

Past:

**Death information:**

Date of death:   No death

Cause of death:

Post-mortem:

1

3362

CONFIDENTIAL
AZSER12747809

**Subject identifier**
D1447C00126/E1310008

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2006-01-30 (62) | NA | MANIA(Worsening of mania) | 9.1 | Continuing | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 700 | 2006-02-27 (90) | 2006-03-13 (104) | SOMNOLENCE(Somnolence) | 9.1 | Resolved | Yes | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

3363

2

CONFIDENTIAL
AZSER12747810

**Subject identifier**
D1447C00126/E1310008

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Descriptive text:**

NA

3364

3

CONFIDENTIAL
AZSER12747811

**Subject identifier**
D1447C00126/E1310008

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-11-24 (-5) | PreTrt | 6.5 (mmol/L) | 5.7 (%) | 2.27 (mmol/L) | 6.29 (mmol/L)H | 1.11 (mmol/L) | | 128 (g/L) |
| Visit prior to Event | S5 | 2006-01-24 (56) | QUETIAPINE 400 | | | | | | | 128 (g/L) |
| Final Study Visit | S13 | 2006-03-13 (104) | QUETIAPINE 300 | 7.6 (mmol/L)H | 5.4 (%) | 3.05 (mmol/L)H | 6.35 (mmol/L)H | 1.22 (mmol/L) | | 130 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-11-24 (-5) | PreTrt | 158 (10**9/L) | 5.2 (10**9/L) | 3.85 (10**9/L) | 55 (IU/L)H | 35 (IU/L)H | 53 (umol/L) | 1.50 (mIU/L) | 13.3 (pmol/L) |
| Visit prior to Event | S5 | 2006-01-24 (56) | QUETIAPINE 400 | 147 (10**9/L) | 6.3 (10**9/L) | 4.79 (10**9/L) | | | | | |
| Final Study Visit | S13 | 2006-03-13 (104) | QUETIAPINE 300 | 192 (10**9/L) | 6.2 (10**9/L) | 4.69 (10**9/L) | 55 (IU/L)H | 28 (IU/L)H | 53 (umol/L) | 2.06 (mIU/L) | 13.4 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * - unscheduled visit

4

3365

CONFIDENTIAL
AZSER12747812

| Subject identifier | | Study phase-treatment during which event occurred | | Narrative event |
| D1447C00126/E1310008 | | Open Label - QUETIAPINE 400 | | DAE |

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
| --- | --- | --- | --- | --- |
| NA | | | | |

3366

5

CONFIDENTIAL
AZSER12747813

| Subject identifier | **Study phase-treatment during which event occurred** | | | | **Narrative event** |
|---|---|---|---|---|---|
| D1447C00126/E1310008 | Open Label - QUETIAPINE 400 | | | | DAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-10-30 (-31)# | 2006-01-30 (62) | No | LITHIUM | 800 mg | Bipolar disorder |
| 2005-11-24 (-6) | 2006-04-13 (135)# | Yes | LEVOTHYROXINE | 75 mg | Hypothiroidism |
| 2006-01-31 (63) | 2006-03-13 (104) | No | LITHIUM | 1200 mg | Worsening of mania |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

3367

6

CONFIDENTIAL
AZSER12747814

Narrative event
DAE

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E1401002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event:**

Death:              No

SAE:               No

DAE:               FATIGUE

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 45  | Male | Caucasian | 64 | 2005-04-18 | 2005-06-20 | QUETIAPINE 400 | 2005-07-08 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:

Past:

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

3368

1

CONFIDENTIAL
AZSER12747815

**Subject identifier**
D1447C00126/E1401002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 200 | 2005-04-20 (3) | 2005-06-19 (63) | FATIGUE(Tired) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-06-20 (64) | NA | FATIGUE(Worsening of tireness) | 9.1 | Continuing | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

3369

2

CONFIDENTIAL
AZSER12747816

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E1401002 | Open Label - QUETIAPINE 400 | DAE |

**Descriptive text:**

NA

3370

3

CONFIDENTIAL
AZSER12747817

**Subject identifier**
D1447C00126/E1401002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-04-12 (-5) | PreTrt | 6.9 (mmol/L)H | 4.7 (%) | 1.62 (mmol/L) | 5.75 (mmol/L)H | 1.06 (mmol/L) | | 141 (g/L) |
| Visit prior to Event | S5 | 2005-06-14 (58) | QUETIAPINE 400 | | | | | | | 148 (g/L) |
| Final Study Visit | S13 | 2005-07-08 (82) | OffTrt | 5.2 (mmol/L) | 4.8 (%) | 0.88 (mmol/L) | 5.70 (mmol/L)H | 1.09 (mmol/L) | | 141 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-04-12 (-5) | PreTrt | 310 (10**9/L) | 5.1 (10**9/L) | 3.41 (10**9/L) | 30 (IU/L) | 16 (IU/L) | 80 (umol/L) | 1.65 (mIU/L) | 16.9 (pmol/L) |
| Visit prior to Event | S5 | 2005-06-14 (58) | QUETIAPINE 400 | 319 (10**9/L) | 6.1 (10**9/L) | 4.05 (10**9/L) | | | | | |
| Final Study Visit | S13 | 2005-07-08 (82) | OffTrt | 313 (10**9/L) | 6.1 (10**9/L) | 4.36 (10**9/L) | 29 (IU/L) | 15 (IU/L) | 80 (umol/L) | 1.83 (mIU/L) | 21.5 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

3371

4

CONFIDENTIAL
AZSER12747818

**Subject identifier**
D1447C00126/E1401002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

## Weight: Include only if DAE due to weight

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

3372

CONFIDENTIAL
AZSER12747819

| | | | Study phase-treatment during which event occurred | | | Narrative event |
|---|---|---|---|---|---|---|
| **Subject identifier** | | | Open Label - QUETIAPINE 400 | | | DAE |
| D1447C00126/E1401002 | | | | | | |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-03-18 (-31)# | 2005-07-20 (94)# | Yes | LITHIUM | 252 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

3373

CONFIDENTIAL
AZSER12747820

Narrative event
DAE

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E1404004

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 400

**Narrative event:**

Death:          No

SAE:            No

DAE:            PROLACTINOMA

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 50 | Male | Caucasian | 74 | 2005-03-01 | 2005-05-13 | QUETIAPINE 400 | 2005-06-21 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

Current:

Past:           horton

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

3374

1

CONFIDENTIAL
AZSER12747821

**Subject identifier**
D1447C00126/E1404004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-02-24 (-5) | NA | BLOOD PROLACTIN INCREASED(High prolactin value) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 700 | 2005-03-01 (1) | 2005-03-08 (8) | INSOMNIA(Sleeplessness) | 9.1 | Resolved | No | No | No | Severe |
| OL | QUETIAPINE 700 | 2005-03-11 (11) | 2005-05-15 (76) | FATIGUE(Tiredness) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-05-13 (74) | NA | PROLACTINOMA(Makroprolaktinom) | 9.1 | Continuing | No | Yes | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3375

CONFIDENTIAL
AZSER12747822

**Subject identifier**
D1447C00126/E1404004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Descriptive text:**

NA

3

3376

CONFIDENTIAL
AZSER12747823

**Subject identifier**
D1447C00126/E1404004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

### Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-02-24 (-4) | PreTrt | 4.5 (mmol/L) | 5.8 (%) | 2.00 (mmol/L) | 4.45 (mmol/L) | 1.04 (mmol/L) | | 127 (g/L)L |
| Visit prior to Event | S5 | 2005-04-28 (59) | QUETIAPINE 400 | | | | | | | 130 (g/L) |
| Final Study Visit | S13 | 2005-06-21 (113) | OffTrt | 4.9 (mmol/L) | 5.3 (%) | 1.79 (mmol/L) | 5.46 (mmol/L)H | 1.11 (mmol/L) | | 135 (g/L) |

### Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-02-24 (-4) | PreTrt | 211 (10**9/L) | 4.9 (10**9/L) | | 20 (IU/L) | 19 (IU/L) | 97 (umol/L) | 0.56 (mIU/L) | 9.8 (pmol/L) |
| Visit prior to Event | S5 | 2005-04-28 (59) | QUETIAPINE 400 | 204 (10**9/L) | 6.5 (10**9/L) | 3.52 (10**9/L) | | | | | |
| Final Study Visit | S13 | 2005-06-21 (113) | OffTrt | 261 (10**9/L) | 7.1 (10**9/L) | 3.84 (10**9/L) | 34 (IU/L) | 22 (IU/L) | 106 (umol/L) | 2.81 (mIU/L) | 11.7 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * =unscheduled visit

3377

4

CONFIDENTIAL
AZSER12747824

**Narrative event**
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Subject identifier**
D1447C00126/E1404004

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

3378

CONFIDENTIAL
AZSER12747825

**Subject identifier**
D1447C00126/E1404004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

## Medication information: Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-01-29 (-31)# | 2005-06-12 (104)# | Yes | LITHIUM | 126 mg | Bipolar disorder |
| 2005-01-29 (-31)# | 2005-06-12 (104)# | Yes | ZOPICLONE | 7.5 mg | Sleelessness |
| 2005-04-29 (60) | 2005-06-12 (104)# | Yes | LORAZEPAM | 0.5 mg | Bipolar disorder |
| 2005-05-13 (74) | 2005-06-12 (104)# | Yes | HYDROCORTISONE | 20 mg | Makroprolaktinom |
| 2005-05-13 (74) | 2005-06-13 (105) | No | CABERGOLINE | 0.07 mg | Makroprolaktinom |
| 2005-06-14 (106) | 2005-06-12 (104)# | Yes | CABERGOLINE | 0.14 mg | Makroprolaktinom |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

3379

CONFIDENTIAL
AZSER12747826

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E1405006

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 200

Narrative event
DAE

**Narrative event:**

Death:        No

SAE:         No

DAE:         HYPERHIDROSIS

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 59 | Female | Caucasian | 182 | 2005-04-05 | 2005-10-03 | PLACEBO 200 | 2005-10-18 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| 7 | 2005-10-04 | 2005-10-10 |

**Medical History:**

Current:        psoriasis

Past:

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

3380

1

CONFIDENTIAL
AZSER12747827

**Subject identifier**
D1447C00126/E1405006

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 200

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 200 | 2005-04-05 (1) | NA | FATIGUE(Tired) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-05-10 (36) | 2005-05-17 (43) | UTERINE HAEMORRHAGE(Uterus bleeding) | 9.1 | Resolved | No | No | No | Moderate |
| RD | PLACEBO 200 | 2005-10-10 (7) | NA | FREEZING PHENOMENON(Freezing) | 9.1 | Continuing | Yes | No | No | Moderate |
| RD | PLACEBO 200 | 2005-10-10 (7) | NA | HYPERHIDROSIS(Sweating) | 9.1 | Continuing | Yes | Yes | No | Severe |
| RD | PLACEBO 200 | 2005-10-10 (7) | NA | NASAL CONGESTION(Nasal congestion) | 9.1 | Continuing | Yes | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3381

CONFIDENTIAL
AZSER12747828

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E1405006 | Randomized - PLACEBO 200 | DAE |

**Descriptive text:**

NA

3

3382

CONFIDENTIAL
AZSER12747829

Narrative event
DAE

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 200

Subject identifier
D1447C00126/E1405006

### Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-03-29 (-7) | PreTrt | 3.8 (mmol/L) | 4.6 (%) | 1.14 (mmol/L) | 4.84 (mmol/L) | 1.30 (mmol/L) | | 135 (g/L) |
| Visit prior to Event | Randomization (V1) | 2005-10-04 (1) | PLACEBO 800 | 4.8 (mmol/L) | 4.6 (%) | 1.25 (mmol/L) | 6.42 (mmol/L)H | 1.66 (mmol/L) | | 128 (g/L) |
| Final Study Visit | V23 | 2005-10-18 (197) | NA | 3.8 (mmol/L) | 4.8 (%) | 1.34 (mmol/L) | 5.88 (mmol/L)H | 1.45 (mmol/L) | | 134 (g/L) |

### Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-03-29 (-7) | PreTrt | 209 (10**9/L) | 4.1 (10**9/L) | 2.36 (10**9/L) | 11 (IU/L) | 23 (IU/L) | 88 (umol/L) | 3.14 (mIU/L) | 12.9 (pmol/L) |
| Visit prior to Event | Randomization (V1) | 2005-10-04 (1) | PLACEBO 800 | 218 (10**9/L) | 4.6 (10**9/L) | 2.85 (10**9/L) | 13 (IU/L) | 25 (IU/L) | 80 (umol/L) | 1.04 (mIU/L) | 12.3 (pmol/L) |
| Final Study Visit | V23 | 2005-10-18 (197) | NA | 238 (10**9/L) | 3.9 (10**9/L)L | 2.44 (10**9/L) | 9 (IU/L) | 18 (IU/L) | 80 (umol/L) | 1.27 (mIU/L) | 12.5 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H =above normal range, NR=not recorded     * - unscheduled visit

3383

4

CONFIDENTIAL
AZSER12747830

**Subject identifier**
D1447C00126/E1405006

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 200

**Narrative event**
DAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

3384

CONFIDENTIAL
AZSER12747831

| Subject identifier | Study phase-treatment during which event occurred | | | | Narrative event |
|---|---|---|---|---|---|
| D1447C00126/E1405006 | Randomized - PLACEBO 200 | | | | DAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-03-05 (-31)# | 2005-11-09 (37)# | Yes | LITHIUM | 126 mg | Bipolar disorder |
| 2005-05-04 (30) | 2005-11-09 (37)# | Yes | ZOPICLONE | 3.75 mg | Sleeplessness, per need |
| 2005-10-10 (7) | 2005-11-09 (37)# | Yes | QUETIAPINE | 500 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

3385

6

CONFIDENTIAL
AZSER12747832

**START OF E NARRATIVE**
**Subject identifier**
D1447C00126/E1405009

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Narrative event:**

Death:            No

SAE:              No

DAE:              FATIGUE

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 45 | Male | Caucasian | 57 | 2005-11-15 | 2006-01-10 | QUETIAPINE 300 | 2006-01-10 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

Current:          chronic obstructive pulmonary disorder, insomnia

Past:

**Death information:**

Date of death:    No death

Cause of death:

Post-mortem:

3386

1

CONFIDENTIAL
AZSER12747833

**Subject identifier**
D1447C00126/E1405009

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 300 | 2005-11-18 (4) | NA | FATIGUE(Tiredness) | 9.1 | Continuing | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 200 | 2005-11-19 (5) | NA | SENSATION OF FOREIGN BODY(Lump feeling in throat) | 9.1 | Continuing | Yes | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2

3387

CONFIDENTIAL
AZSER12747834

**Subject identifier**
D1447C00126/E1405009

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Narrative event**
DAE

**Descriptive text:**

NA

3388

3

CONFIDENTIAL
AZSER12747835

**Subject identifier**
D1447C00126/E1405009

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Narrative event**
DAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-11-08 (-6) | PreTrt | 4.9 (mmol/L) | 5.4 (%) | 1.72 (mmol/L) | 4.35 (mmol/L) | 1.11 (mmol/L) | | 151 (g/L) |
| Visit prior to Event | Enrollment | 2005-11-08 (-6) | PreTrt | 4.9 (mmol/L) | 5.4 (%) | 1.72 (mmol/L) | 4.35 (mmol/L) | 1.11 (mmol/L) | | 151 (g/L) |
| Final Study Visit | S13 | 2006-01-10 (57) | QUETIAPINE 400 | 5.2 (mmol/L) | 5.2 (%) | 1.56 (mmol/L) | 5.02 (mmol/L) | 1.04 (mmol/L) | | 158 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-11-08 (-6) | PreTrt | 208 (10**9/L) | 6.8 (10**9/L) | 4.45 (10**9/L) | 29 (IU/L) | 24 (IU/L) | 80 (umol/L) | 2.07 (mIU/L) | 15.4 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-11-08 (-6) | PreTrt | 208 (10**9/L) | 6.8 (10**9/L) | 4.45 (10**9/L) | 29 (IU/L) | 24 (IU/L) | 80 (umol/L) | 2.07 (mIU/L) | 15.4 (pmol/L) |
| Final Study Visit | S13 | 2006-01-10 (57) | QUETIAPINE 400 | 220 (10**9/L) | 7.0 (10**9/L) | 4.27 (10**9/L) | 28 (IU/L) | 23 (IU/L) | 97 (umol/L) | 1.96 (mIU/L) | 18.6 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.      L=below normal range, H=above normal range, NR=not recorded      * = unscheduled visit

4

3389

CONFIDENTIAL
AZSER12747836

**Subject identifier**
D1447C00126/E1405009

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Narrative event**
DAE

**Weight:  Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

3390

5

CONFIDENTIAL
AZSER12747837

| | | Study phase-treatment during which event occurred | Narrative event |
| | | Open Label - QUETIAPINE 300 | DAE |

**Subject identifier**
D1447C00126/E1405009

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-10-15 (-31)# | 2006-02-09 (87)# | Yes | BUDESONIDE | 800 ug | Cronich obstructive pulmonary disorder |
| 2005-10-15 (-31)# | 2006-02-09 (87)# | Yes | TERBUTALINE | 600 mg | Chronic obstructive pulmonary disorder |
| 2005-10-15 (-31)# | 2006-02-09 (87)# | Yes | ZOPICLONE | 7.5 mg | Insomnia, per need |
| 2005-11-08 (-7) | 2006-01-10 (57) | No | LITHIUM | 168 mg | Bipolar disorder |
| 2005-11-15 (1) | 2005-11-29 (15) | No | DULOXETINE | 60 mg | Depression |
| 2005-11-30 (16) | 2006-02-09 (87)# | Yes | DULOXETINE | 30 mg | Depression |
| 2006-01-10 (57) | 2006-02-09 (87)# | Yes | QUETIAPINE | 200 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

3391

6

CONFIDENTIAL
AZSER12747838

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E1410001

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 400

Narrative event
DAE

**Narrative event:**

Death:          No

SAE:            No

DAE:            SUICIDE ATTEMPT

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 70 | Female | Caucasian | 127 | 2005-03-30 | 2005-08-03 | QUETIAPINE 400 | 2005-08-03 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

Current:        hypothyreos

Past:

**Death information:**

Date of death:    No death

Cause of death:

Post-mortem:

1

3392

CONFIDENTIAL
AZSER12747839

**Subject identifier**
D1447C00126/E1410001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2005-04-28 (30) | NA | FATIGUE(Tiredness) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-06-20 (83) | 2005-07-20 (113) | DIZZINESS(Dizziness) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-07-23 (116) | 2005-07-23 (116) | SUICIDE ATTEMPT(Attempt to comit suicid) | 9.1 | Resolved | No | Yes | No | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

3393

2

CONFIDENTIAL
AZSER12747840

**Subject identifier**
D1447C00126/E1410001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Descriptive text:**

NA

3394

3

CONFIDENTIAL
AZSER12747841

**Subject identifier**
D1447C00126/E1410001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-03-23 (-6) | PreTrt | 4.8 (mmol/L) | 5.0 (%) | 1.02 (mmol/L) | 4.84 (mmol/L) | 1.61 (mmol/L) | | 132 (g/L) |
| Visit prior to Event | S6 | 2005-06-20 (83) | QUETIAPINE 400 | 5.2 (mmol/L) | 5.2 (%) | | | | | 137 (g/L) |
| Visit after Event | S13 | 2005-08-03 (127) | QUETIAPINE 400 | 4.9 (mmol/L) | 4.9 (%) | 2.08 (mmol/L) | 5.10 (mmol/L) | 1.45 (mmol/L) | | 136 (g/L) |
| Final Study Visit | S13 | 2005-08-03 (127) | QUETIAPINE 400 | 4.9 (mmol/L) | 4.9 (%) | 2.08 (mmol/L) | 5.10 (mmol/L) | 1.45 (mmol/L) | | 136 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-03-23 (-6) | PreTrt | 233 (10**9/L) | 11.4 (10**9/L) | 9.20 (10**9/L)H | 11 (IU/L) | 18 (IU/L) | 88 (umol/L) | 0.12 (mIU/L)L | 16.0 (pmol/L) H |
| Visit prior to Event | S6 | 2005-06-20 (83) | QUETIAPINE 400 | 256 (10**9/L) | 9.3 (10**9/L) | 7.00 (10**9/L) | | | | | |
| Visit after Event | S13 | 2005-08-03 (127) | QUETIAPINE 400 | 250 (10**9/L) | 10.6 (10**9/L) | 8.34 (10**9/L) | 7 (IU/L) | 14 (IU/L) | 97 (umol/L) | 0.14 (mIU/L)L | 11.0 (pmol/L) |
| Final Study Visit | S13 | 2005-08-03 (127) | QUETIAPINE 400 | 250 (10**9/L) | 10.6 (10**9/L) | 8.34 (10**9/L) | 7 (IU/L) | 14 (IU/L) | 97 (umol/L) | 0.14 (mIU/L)L | 11.0 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

3395

4

CONFIDENTIAL
AZSER12747842

| | Narrative event |
| --- | --- |
| | DAE |

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Subject identifier**
D1447C00126/E1410001

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
| --- | --- | --- | --- | --- |
| NA | | | | |

3396

5

CONFIDENTIAL
AZSER12747843

| Subject identifier | Study phase-treatment during which event occurred | | | | Narrative event |
|---|---|---|---|---|---|
| D1447C00126/E1410001 | Open Label - QUETIAPINE 400 | | | | DAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-02-27 (-31)# | 2005-09-02 (157)# | Yes | LEVOTHYROXINE | 0.5 ug | Hypothyreos |
| 2005-06-20 (83) | 2005-09-02 (157)# | Yes | LITHIUM | 42 mg | Bipolar disorder |
| 2005-07-23 (116) | 2005-07-23 (116) | No | ZOLPIDEM | 210 mg | Sleeplessness, intoxication |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

3397

6

CONFIDENTIAL
AZSER12747844

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E1502008

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Narrative event:**

Death:         No

SAE:           No

DAE:           SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|------------------------|------------------------------|-----------------------|
| 39 | Male | Caucasian | 28 | 2005-03-31 | 2005-04-27 | NA | 2005-04-28 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:

Past:

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

3398

1

CONFIDENTIAL
AZSER12747845

**Subject identifier**
D1447C00126/E1502008

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-03-22 (-9) | NA | SEDATION(Sedation) | 9.1 | Continuing | Yes | No | No | Mild |
| PreTrt | | 2005-03-25 (-6) | NA | SEDATION(Sedation) | 9.1 | Continuing | Yes | Yes | No | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

3399

2

CONFIDENTIAL
AZSER12747846

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E1502008 | Pre-Treatment - NA | DAE |

**Descriptive text:**

NA

3400

3

CONFIDENTIAL
AZSER12747847