**Subject identifier**
D1447C00126/E1502008

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

Narrative event
DAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-03-24 (-6) | PreTrt | 4.6 (mmol/L) | 5.1 (%) | 1.29 (mmol/L) | 4.04 (mmol/L) | 0.98 (mmol/L)L | | 171 (g/L) |
| Visit prior to Event | Enrollment | 2005-03-24 (-6) | PreTrt | 4.6 (mmol/L) | 5.1 (%) | 1.29 (mmol/L) | 4.04 (mmol/L) | 0.98 (mmol/L)L | | 171 (g/L) |
| Final Study Visit | Enrollment | 2005-03-24 (-6) | PreTrt | 4.6 (mmol/L) | 5.1 (%) | 1.29 (mmol/L) | 4.04 (mmol/L) | 0.98 (mmol/L)L | | 171 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-03-24 (-6) | PreTrt | 160 (10**9/L) | 4.5 (10**9/L) | 2.12 (10**9/L) | 17 (IU/L) | 20 (IU/L) | 88 (umol/L) | 0.63 (mIU/L) | 17.3 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-03-24 (-6) | PreTrt | 160 (10**9/L) | 4.5 (10**9/L) | 2.12 (10**9/L) | 17 (IU/L) | 20 (IU/L) | 88 (umol/L) | 0.63 (mIU/L) | 17.3 (pmol/L) |
| Final Study Visit | Enrollment | 2005-03-24 (-6) | PreTrt | 160 (10**9/L) | 4.5 (10**9/L) | 2.12 (10**9/L) | 17 (IU/L) | 20 (IU/L) | 88 (umol/L) | 0.63 (mIU/L) | 17.3 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

3401

4

CONFIDENTIAL
AZSER12747848

**Narrative event**
DAE

**Subject identifier**
D1447C00126/E1502008

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

3402

CONFIDENTIAL
AZSER12747849

Narrative event
DAE

**Subject identifier**
D1447C00126/E1502008

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-03-22 (-9) | 2005-03-31 (1) | No | QUETIAPINE | 400 mg | Bipolar disorder |
| 2005-03-31 (1)# | 2005-05-27 (58)# | Yes | VALPROIC ACID | 1000 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

3403

CONFIDENTIAL
AZSER12747850

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E1502014

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

**Narrative event**
DAE

**Narrative event:**

Death:        No

SAE:          No

DAE:          WEIGHT INCREASED

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 53 | Male | Caucasian | 104 | 2005-05-26 | 2005-09-06 | QUETIAPINE 800 | 2005-09-06 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

Current:

Past:          mumps (in 18 years old)

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

1

3404

CONFIDENTIAL
AZSER12747851

**Subject identifier**
D1447C00126/E1502014

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discontinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2005-05-30 (5) | 2005-07-20 (56) | SEDATION(Sedation) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-06-23 (29) | NA | VITAMIN B12 DEFICIENCY(V B12 deficiency) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 800 | 2005-09-06 (104) | NA | WEIGHT INCREASED(Weight gain) | 9.1 | Continuing | Yes | Yes | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3405

**Subject identifier**
D1447C00126/E1502014

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

**Narrative event**
DAE

**Descriptive text:**

NA

3406

3

CONFIDENTIAL
AZSER12747853

**Narrative event** DAE

**Subject identifier** D1447C00126/E1502014

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-05-18 (-7) | PreTrt | | 5.2 (%) | 1.65 (mmol/L) | 4.20 (mmol/L) | 0.78 (mmol/L)L | | 135 (g/L) |
| Visit prior to Event | S6 | 2005-08-18 (85) | QUETIAPINE 800 | 5.2 (mmol/L) | 5.1 (%) | | | | | 140 (g/L) |
| Final Study Visit | S13 | 2005-09-06 (104) | QUETIAPINE 800 | 5.9 (mmol/L) | 5.3 (%) | 2.03 (mmol/L) | 5.41 (mmol/L)H | 0.98 (mmol/L)L | | 136 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-05-18 (-7) | PreTrt | | 11.2 (10**9/L) | 5.92 (10**9/L) | 18 (IU/L) | 18 (IU/L) | 80 (umol/L) | 0.42 (mIU/L) | 13.4 (pmol/L) |
| Visit prior to Event | S6 | 2005-08-18 (85) | QUETIAPINE 800 | | 11.4 (10**9/L) | 6.66 (10**9/L) | | | | | |
| Final Study Visit | S13 | 2005-09-06 (104) | QUETIAPINE 800 | 356 (10**9/L) | 12.4 (10**9/L)H | 8.75 (10**9/L)H | 25 (IU/L) | 30 (IU/L) | 80 (umol/L) | 1.15 (mIU/L) | 11.5 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * = unscheduled visit

3407

4

CONFIDENTIAL
AZSER12747854

| Subject identifier<br>D1447C00126/E1502014 | | Study phase-treatment during which event occurred<br>Open Label - QUETIAPINE 800 | | Narrative event<br>DAE |

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| Enrollment | 2005-05-18 (-8) | | PreTrt | 82.5 |
| S2 | NA | | | 87.9 |
| S6 | 2005-08-18 (85) | QUETIAPINE 800 | OL | 94.8 |
| S13 | 2005-09-06 (104) | QUETIAPINE 800 | OL | 94.6 |

3408

5

CONFIDENTIAL<br>AZSER12747855

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

**Subject identifier**
D1447C00126/E1502014

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-05-26 (1)# | 2005-10-06 (134)# | Yes | LITHIUM | 1200 mg | Bipolar Mood Disorder |
| 2005-07-12 (48) | 2005-10-06 (134)# | Yes | CYANOCOBALAMIN | N ug | Anemia |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

3409

6

CONFIDENTIAL
AZSER12747856

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E1508001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Narrative event
DAE

**Narrative event:**

Death:              No

SAE:                No

DAE:                SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 46 | Female | Caucasian | 22 | 2005-01-11 | 2005-02-01 | QUETIAPINE 400 | 2005-02-04 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

Current:

Past:              cholelithiasis, myoma uterin

**Death information:**

Date of death:              No death

Cause of death:

Post-mortem:

3410

1

CONFIDENTIAL
AZSER12747857

**Subject identifier**
D1447C00126/E1508001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2005-01-24 (14) | NA | HYPERSOMNIA(Hypersomnia) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-01-26 (16) | NA | CONJUNCTIVITIS(Bilateral blepharoconjuctivitis) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-01-31 (21) | NA | PHARYNGITIS(Pharyngitis) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-02-01 (22) | NA | SEDATION(Sedation) | 9.1 | Continuing | Yes | Yes | No | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3411

CONFIDENTIAL
AZSER12747858

**Subject identifier**
D1447C00126/E1508001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Descriptive text:**

NA

3412

3

CONFIDENTIAL
AZSER12747859

**Subject identifier**
D1447C00126/E1508001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-01-05 (-5) | PreTrt | | 5.5 (%) | 1.27 (mmol/L) | 6.06 (mmol/L)H | 1.35 (mmol/L) | | 132 (g/L) |
| Visit prior to Event | Enrollment | 2005-01-05 (-5) | PreTrt | | 5.5 (%) | 1.27 (mmol/L) | 6.06 (mmol/L)H | 1.35 (mmol/L) | | 132 (g/L) |
| Final Study Visit | S13 | 2005-02-04 (25) | OffTrt | | 5.8 (%) | 1.88 (mmol/L) | 5.23 (mmol/L)H | 1.27 (mmol/L) | | |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-01-05 (-5) | PreTrt | 249 (10**9/L) | 6.0 (10**9/L) | 2.72 (10**9/L) | 14 (IU/L) | 15 (IU/L) | 53 (umol/L) | 0.53 (mIU/L) | 19.1 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-01-05 (-5) | PreTrt | 249 (10**9/L) | 6.0 (10**9/L) | 2.72 (10**9/L) | 14 (IU/L) | 15 (IU/L) | 53 (umol/L) | 0.53 (mIU/L) | 19.1 (pmol/L) |
| Final Study Visit | S13 | 2005-02-04 (25) | OffTrt | | | | 7 (IU/L) | 12 (IU/L) | 53 (umol/L) | 1.60 (mIU/L) | 12.5 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * - unscheduled visit

3413

4

CONFIDENTIAL
AZSER12747860

**Subject identifier**
D1447C00126/E1508001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

3414

CONFIDENTIAL
AZSER12747861

Narrative event
DAE

**Subject identifier**
D1447C00126/E1508001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-12-11 (-31)# | 2005-03-03 (52)# | Yes | VALPROIC ACID | 1500 mg | Bipolar disorder 1 |
| 2005-01-05 (-6) | 2005-03-03 (52)# | Yes | QUETIAPINE | 100 mg | Bipolar disorder 1 |
| 2005-01-26 (16) | 2005-03-03 (52)# | Yes | CETAPRED | N.N | Bilateral blepharoconjunctivitis |
| 2005-01-26 (16) | 2005-03-03 (52)# | Yes | CETAPRED | N.N | Bilateral blepharoconjunctivitis |
| 2005-01-26 (16) | 2005-03-03 (52)# | Yes | HYDROCORTISONE | 200 mg | Bilateral blepharoconjunctivitis |
| 2005-01-31 (21) | 2005-03-03 (52)# | Yes | BENZYDAMINE | N.N | Faryngitis |
| 2005-01-31 (21) | 2005-03-03 (52)# | Yes | TETESEPT HALS-PASTILLEN FORTE | N.N | Faryngitis |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

3415

CONFIDENTIAL
AZSER12747862

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E1508002

Study phase-treatment during which event occurred
Off Treatment - NA

**Narrative event:**

Death:           No

SAE:             No

DAE:             PSORIASIS

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 41 | Female | Caucasian | 58 | 2005-01-11 | 2005-03-09 | NA | 2005-03-25 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:          seborrheic dermatitis, dyspepsia

Past:

**Death information:**

Date of death:    No death

Cause of death:

Post-mortem:

1

3416

CONFIDENTIAL
AZSER12747863

**Subject identifier**
D1447C00126/E1508002

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discontinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 600 | 2005-01-14 (4) | 2005-01-24 (14) | INSOMNIA(Insomnia) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 600 | 2005-02-08 (29) | NA | VISION BLURRED(Blur vision) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 600 | 2005-02-11 (32) | NA | SEBORRHOEIC DERMATITIS(Seboreic dermatit aggrevation) | 9.1 | Continuing | No | No | No | Mild |
| OffTrt | | 2005-03-23 (72) | NA | PSORIASIS(Psoriasis) | 9.1 | Continuing | No | Yes | No | Moderate |
| OffTrt | | 2005-03-23 (72) | NA | POLYURIA(Polyuri) | 9.1 | Continuing | No | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3417

CONFIDENTIAL
AZSER12747864

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E1508002 | Off Treatment - NA | DAE |

**Descriptive text:**

NA

3418

3

CONFIDENTIAL
AZSER12747865

**Narrative event** DAE

**Subject identifier**
D1447C00126/E1508/002

**Study phase-treatment during which event occurred**
Off Treatment - NA

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-01-06 (-4) | PreTrt | | 5.2 (%) | 2.25 (mmol/L) | 5.49 (mmol/L)H | 1.04 (mmol/L) | | 126 (g/L) |
| Visit prior to Event | S5 | 2005-03-09 (58) | QUETIAPINE 600 | | | | | | | 123 (g/L) |
| Final Study Visit | S13 | 2005-03-25 (74) | OffTrt | 5.7 (mmol/L) | 5.2 (%) | 2.28 (mmol/L) | 4.95 (mmol/L) | 1.01 (mmol/L)L | | 126 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-01-06 (-4) | PreTrt | 353 (10**9/L) | 7.9 (10**9/L) | 5.87 (10**9/L) | 45 (IU/L)H | 20 (IU/L) | 71 (umol/L) | 5.21 (mIU/L) | 8.8 (pmol/L)L |
| Visit prior to Event | S5 | 2005-03-09 (58) | QUETIAPINE 600 | 331 (10**9/L) | 9.6 (10**9/L) | 8.16 (10**9/L) | | | | | |
| Final Study Visit | S13 | 2005-03-25 (74) | OffTrt | 371 (10**9/L) | 6.5 (10**9/L) | 4.76 (10**9/L) | 10 (IU/L) | 13 (IU/L) | 71 (umol/L) | 6.39 (mIU/L)H | 10.8 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range. H=above normal range. NR=not recorded   * = unscheduled visit

3419

4

CONFIDENTIAL
AZSER12747866

**Subject identifier**
D1447C00126/E1508002

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
DAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

3420

CONFIDENTIAL
AZSER12747867

**Subject identifier**
D1447C00126/E1508002

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
DAE

## Medication information: Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-01-03 (-8) | 2005-04-08 (88)# | Yes | | N.N | Seboreic dermatitis |
| 2005-01-03 (-8) | 2005-04-08 (88)# | Yes | FAMOTIDINE | 4 mg | Dyspesi |
| 2005-01-03 (-8) | 2005-04-08 (88)# | Yes | PYRITHIONE ZINC | N.N | Seboreic dermatit |
| 2005-01-03 (-8) | 2005-04-08 (88)# | Yes | UREA | N.N | Seboreic dermatit |
| 2005-01-31 (21) | 2005-04-08 (88)# | Yes | KETOCONAZOLE | N.N | Seboreic dermatit |
| 2005-03-16 (65) | 2005-04-08 (88)# | Yes | LITHIUM | 1500 mg | Mania |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

3421

6

CONFIDENTIAL
AZSER12747868

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E1510002

Narrative event
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event:**

Death:              No

SAE:                No

DAE:                SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 54 | Female | Caucasian | 7 | 2005-03-18 | 2005-03-24 | QUETIAPINE 400 | 2005-03-25 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

Current:            hipertension

Past:

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

3422

1

CONFIDENTIAL
AZSER12747869

**Subject identifier**
D1447C00126/E1510002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2005-03-20 (3) | NA | SEDATION(Sedation) | 9.1 | Continuing | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2

3423

CONFIDENTIAL
AZSER12747870

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E1510002 | Open Label - QUETIAPINE 400 | DAE |

**Descriptive text:**

NA

3424

3

CONFIDENTIAL
AZSER12747871

**Subject identifier**
D1447C00126/E1510002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-03-11 (-6) | PreTrt | 5.4 (mmol/L) | 6.6 (%)H | 1.24 (mmol/L) | 5.26 (mmol/L)H | 1.09 (mmol/L) | | 116 (g/L) |
| Visit prior to Event | Enrollment | 2005-03-11 (-6) | PreTrt | 5.4 (mmol/L) | 6.6 (%)H | 1.24 (mmol/L) | 5.26 (mmol/L)H | 1.09 (mmol/L) | | 116 (g/L) |
| Final Study Visit | Enrollment | 2005-03-11 (-6) | PreTrt | 5.4 (mmol/L) | 6.6 (%)H | 1.24 (mmol/L) | 5.26 (mmol/L)H | 1.09 (mmol/L) | | 116 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-03-11 (-6) | PreTrt | 224 (10**9/L) | 6.7 (10**9/L) | 4.00 (10**9/L) | 15 (IU/L) | 14 (IU/L) | 53 (umol/L) | 1.98 (mIU/L) | 11.6 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-03-11 (-6) | PreTrt | 224 (10**9/L) | 6.7 (10**9/L) | 4.00 (10**9/L) | 15 (IU/L) | 14 (IU/L) | 53 (umol/L) | 1.98 (mIU/L) | 11.6 (pmol/L) |
| Final Study Visit | Enrollment | 2005-03-11 (-6) | PreTrt | 224 (10**9/L) | 6.7 (10**9/L) | 4.00 (10**9/L) | 15 (IU/L) | 14 (IU/L) | 53 (umol/L) | 1.98 (mIU/L) | 11.6 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * = unscheduled visit

3425

4

CONFIDENTIAL
AZSER12747872

| | Subject identifier | | Study phase-treatment during which event occurred | | Narrative event |
|---|---|---|---|---|---|
| | D1447C00126/E1510002 | | Open Label - QUETIAPINE 400 | | DAE |

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

3426

CONFIDENTIAL
AZSER12747873

| | Narrative event |
|---|---|
| | DAE |

**Subject identifier**
D1447C00126/E1510002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-02-15 (-31)# | 2005-04-23 (37)# | Yes | QUETIAPINE | 400 mg | Bipolar disorder |
| 2005-02-15 (-31)# | 2005-04-23 (37)# | Yes | VALPROIC ACID | 1000 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

3427

6

CONFIDENTIAL
AZSER12747874

Narrative event
DAE

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E1692002

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 400

**Narrative event:**

Death:                    No

SAE:                      No

DAE:                      SLEEP DISORDER

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 29 | Male | Caucasian | 217 | 2005-12-22 | 2006-07-26 | PLACEBO 400 | 2006-08-10 | Development of Study-Specific Discontinuation Criteria (mood event) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| 6 | 2006-07-27 | 2006-08-01 |

**Medical History:**

Current:        over sleeping

Past:

**Death information:**

Date of death:    No death

Cause of death:

Post-mortem:

3428

1

CONFIDENTIAL
AZSER12747875

**Subject identifier**
D1447C00126/E1692002

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2006-01-19 (29) | NA | DYSGEUSIA(Bad taste) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2006-01-19 (29) | NA | BREATH ODOUR(Bad smell) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2006-01-19 (29) | 2006-02-22 (63) | HYPERSOMNIA(Over sleeping (sleep excessive)) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2006-05-18 (148) | 2006-06-14 (175) | HYPERSOMNIA(Over sleeping (sleep excessive)) | 9.1 | Resolved | Yes | No | No | Mild |
| RD | PLACEBO 400 | 2006-07-31 (5) | 2006-08-01 (6) | SLEEP DISORDER(Sleep problem unable to sleep) | 9.1 | Resolved | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3429

CONFIDENTIAL
AZSER12747876

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E1692002 | Randomized - PLACEBO 400 | DAE |

**Descriptive text:**

NA

3430

3

CONFIDENTIAL
AZSER12747877

**Subject identifier**
D1447C00126/E1692002

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 400

**Narrative event**
DAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-12-15 (-7) | PreTrt | | 5.5 (%) | | | | | 138 (g/L) |
| Visit prior to Event | Randomization (V1) | 2006-07-27 (1) | PLACEBO 400 | 6.3 (mmol/L) | 5.2 (%) | 1.44 (mmol/L) | 4.71 (mmol/L) | 0.96 (mmol/L)L | | 135 (g/L) |
| Visit after Event | V23 | 2006-08-10 (232) | NA | | 5.1 (%) | 2.02 (mmol/L) | 4.14 (mmol/L) | 0.78 (mmol/L)L | | 135 (g/L) |
| Final Study Visit | V23 | 2006-08-10 (232) | NA | | 5.1 (%) | 2.02 (mmol/L) | 4.14 (mmol/L) | 0.78 (mmol/L)L | | 135 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-12-15 (-7) | PreTrt | 317 (10**9/L) | 7.3 (10**9/L) | 4.61 (10**9/L) | | | | 2.63 (mIU/L) | 13.8 (pmol/L) |
| Visit prior to Event | Randomization (V1) | 2006-07-27 (1) | PLACEBO 400 | 323 (10**9/L) | 7.1 (10**9/L) | 4.69 (10**9/L) | 10 (IU/L) | 12 (IU/L) | 80 (umol/L) | 2.35 (mIU/L) | 15.9 (pmol/L) |
| Visit after Event | V23 | 2006-08-10 (232) | NA | 314 (10**9/L) | 7.1 (10**9/L) | 4.88 (10**9/L) | 9 (IU/L) | 13 (IU/L) | 74 (umol/L) | 2.56 (mIU/L) | 13.8 (pmol/L) |
| Final Study Visit | V23 | 2006-08-10 (232) | NA | 314 (10**9/L) | 7.1 (10**9/L) | 4.88 (10**9/L) | 9 (IU/L) | 13 (IU/L) | 74 (umol/L) | 2.56 (mIU/L) | 13.8 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

3431

4

CONFIDENTIAL
AZSER12747878

Narrative event
DAE

**Subject identifier**
D1447C00126/E1692002

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 400

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

3432

CONFIDENTIAL
AZSER12747879

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E1692002 | Randomized - PLACEBO 400 | DAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2001-08-03 (-1602) | 2006-08-31 (36)# | Yes | LITHIUM | 800 mg | Mood stabilizer |
| 2003-04-03 (-994) | 2006-08-31 (36)# | Yes | B-KOMPLEX "LECIVA" | 1 capsule | Well being |
| 2006-07-31 (5) | 2006-08-31 (36)# | Yes | QUETIAPINE | 400 mg | Bipolar affective disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

3433

CONFIDENTIAL
AZSER12747880

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E1695002

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 200

Narrative event
DAE

**Narrative event:**

Death:          No

SAE:            No

DAE:            SEDATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|------------------------|
| 32 | Female | Other | 4 | 2005-06-15 | 2005-06-18 | QUETIAPINE 200 | 2005-06-23 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:        anaemia

Past:

**Death information:**

Date of death:    No death

Cause of death:

Post-mortem:

1

3434

CONFIDENTIAL
AZSER12747881

**Subject identifier**
D1447C00126/E1695002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 200 | 2005-06-16 (2) | 2005-06-23 (9) | SEDATION(Sedation) | 9.1 | Resolved | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3435

CONFIDENTIAL
AZSER12747882

**Subject identifier**
D1447C00126/E1695002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Descriptive text:**

NA

3436

3

CONFIDENTIAL
AZSER12747883

**Subject identifier**
D1447C00126/E1695002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-07 (-7) | PreTrt | 5.2 (mmol/L) | 5.4 (%) | 2.96 (mmol/L)H | 5.23 (mmol/L)H | 0.75 (mmol/L)L | | 109 (g/L)L |
| Visit prior to Event | Enrollment | 2005-06-07 (-7) | PreTrt | 5.2 (mmol/L) | 5.4 (%) | 2.96 (mmol/L)H | 5.23 (mmol/L)H | 0.75 (mmol/L)L | | 109 (g/L)L |
| Final Study Visit | Enrollment | 2005-06-07 (-7) | PreTrt | 5.2 (mmol/L) | 5.4 (%) | 2.96 (mmol/L)H | 5.23 (mmol/L)H | 0.75 (mmol/L)L | | 109 (g/L)L |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-07 (-7) | PreTrt | 294 (10**9/L) | 6.5 (10**9/L) | 3.57 (10**9/L) | 12 (IU/L) | 13 (IU/L) | 71 (umol/L) | 0.98 (mIU/L) | 13.0 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-06-07 (-7) | PreTrt | 294 (10**9/L) | 6.5 (10**9/L) | 3.57 (10**9/L) | 12 (IU/L) | 13 (IU/L) | 71 (umol/L) | 0.98 (mIU/L) | 13.0 (pmol/L) |
| Final Study Visit | Enrollment | 2005-06-07 (-7) | PreTrt | 294 (10**9/L) | 6.5 (10**9/L) | 3.57 (10**9/L) | 12 (IU/L) | 13 (IU/L) | 71 (umol/L) | 0.98 (mIU/L) | 13.0 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

3437

4

CONFIDENTIAL
AZSER12747884

Narrative event
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Subject identifier**
D1447C00126/E1695002

## Weight: Include only if DAE due to weight

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

3438

5

CONFIDENTIAL
AZSER12747885

Narrative event
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Subject identifier**
D1447C00126/E1695002

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-04-05 (-71) | 2005-07-18 (34)# | Yes | VALPROIC ACID | 1500 mg | Mania |
| 2005-04-08 (-68) | 2005-06-19 (5) | No | OLANZAPINE | 15 mg | Mania |
| 2005-06-19 (5) | 2005-07-18 (34)# | Yes | IRON | 400 mg | Anaemia |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

3439

CONFIDENTIAL
AZSER12747886

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E1696001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event:**

Death:            No

SAE:              No

DAE:              BIPOLAR DISORDER

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 35 | Female | Caucasian | 28 | 2004-12-17 | 2005-01-13 | QUETIAPINE 600 | 2005-01-13 | Subject not Willing to Continue Study |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:

Past:

**Death information:**

Date of death:    No death

Cause of death:

Post-mortem:

3440

1

CONFIDENTIAL
AZSER12747887

**Subject identifier**
D1447C00126/E1696001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 600 | 2004-12-01 (1) | 2004-12-31 (15) | INFLUENZA(Flu like virus) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 600 | 2004-12-31 (15) | NA | BIPOLAR DISORDER(Worsening of bipolar illness) | 9.1 | Continuing | No | Yes | No | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3441

CONFIDENTIAL
AZSER12747888

**Subject identifier**
D1447C00126/E1696001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event**
DAE

**Descriptive text:**

NA

3

3442

CONFIDENTIAL
AZSER12747889

**Narrative event** DAE

**Subject identifier**
D1447C00126/E1696001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-12-08 (-8) | PreTrt | | 5.4 (%) | 0.96 (mmol/L) | 4.40 (mmol/L) | 1.48 (mmol/L) | | 115 (g/L)L |
| Visit prior to Event | Enrollment | 2004-12-08 (-8) | PreTrt | | 5.4 (%) | 0.96 (mmol/L) | 4.40 (mmol/L) | 1.48 (mmol/L) | | 115 (g/L)L |
| Final Study Visit | Enrollment | 2004-12-08 (-8) | PreTrt | | 5.4 (%) | 0.96 (mmol/L) | 4.40 (mmol/L) | 1.48 (mmol/L) | | 115 (g/L)L |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-12-08 (-8) | PreTrt | 291 (10**9/L) | 6.9 (10**9/L) | 4.35 (10**9/L) | 17 (IU/L) | 25 (IU/L) | 71 (umol/L) | 0.75 (mIU/L) | 10.7 (pmol/L) |
| Visit prior to Event | Enrollment | 2004-12-08 (-8) | PreTrt | 291 (10**9/L) | 6.9 (10**9/L) | 4.35 (10**9/L) | 17 (IU/L) | 25 (IU/L) | 71 (umol/L) | 0.75 (mIU/L) | 10.7 (pmol/L) |
| Final Study Visit | Enrollment | 2004-12-08 (-8) | PreTrt | 291 (10**9/L) | 6.9 (10**9/L) | 4.35 (10**9/L) | 17 (IU/L) | 25 (IU/L) | 71 (umol/L) | 0.75 (mIU/L) | 10.7 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

3443

4

CONFIDENTIAL
AZSER12747890

**Narrative event**
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Subject identifier**
D1447C00126/E1696001

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

3444

CONFIDENTIAL
AZSER12747891

**Subject identifier**
D1447C00126/E1696001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event**
DAE

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-12-31 (15) | 2005-01-06 (21) | No | QUETIAPINE | 600 mg | Bipolar illness |
| 2004-12-31 (15) | 2005-01-06 (21) | No | VENLAFAXINE | 150 mg | Depression |
| 2004-12-31 (15) | 2005-02-12 (58)# | Yes | VALPROIC ACID | 800 mg | Bipolar illness |
| 2005-01-01 (16) | 2005-01-01 (16) | No | ZOPICLONE | 7.5 mg | Insomnia |
| 2005-01-06 (21) | 2005-02-12 (58)# | Yes | QUETIAPINE | 700 mg | Bipolar illness |
| 2005-01-06 (21) | 2005-02-12 (58)# | Yes | VENLAFAXINE | 75 mg | Depression |
| 2005-01-10 (25) | 2005-01-10 (25) | No | LORAZEPAM | 1 mg | Sedation |
| 2005-01-10 (25) | 2005-01-10 (25) | No | ZOPICLONE | 7.5 mg | Insomnia |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

3445

CONFIDENTIAL
AZSER12747892

Narrative event
DAE

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E1699002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event:**

Death:            No

SAE:              No

DAE:              SOMNOLENCE

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 30  | Male | Caucasian | 67 | 2005-03-21 | 2005-05-26 | QUETIAPINE 200 | 2005-05-26 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:

Past:

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

1

3446

CONFIDENTIAL
AZSER12747893

**Subject identifier**
D1447C00126/E1699002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-03-07 (-14) | 2005-04-26 (37) | SOMNOLENCE(drowsiness) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 200 | 2005-04-26 (37) | NA | SOMNOLENCE(drowsiness) | 9.1 | Continuing | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3447

CONFIDENTIAL
AZSER12747894

**Subject identifier**
D1447C00126/E1699002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Descriptive text:**

NA

3448

3

CONFIDENTIAL
AZSER12747895

**Subject identifier**
D1447C00126/E1699002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-03-14 (-6) | PreTrt | 4.7 (mmol/L) | 5.4 (%) | 0.81 (mmol/L) | 4.12 (mmol/L) | 1.24 (mmol/L) | | 144 (g/L) |
| Visit prior to Event | Enrollment | 2005-03-14 (-6) | PreTrt | 4.7 (mmol/L) | 5.4 (%) | 0.81 (mmol/L) | 4.12 (mmol/L) | 1.24 (mmol/L) | | 144 (g/L) |
| Final Study Visit | S13 | 2005-05-26 (67) | QUETIAPINE 200 | 4.2 (mmol/L) | 5.2 (%) | 1.46 (mmol/L) | 4.64 (mmol/L) | 1.24 (mmol/L) | | 153 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-03-14 (-6) | PreTrt | 242 (10**9/L) | 6.3 (10**9/L) | 3.63 (10**9/L) | 61 (IU/L),H | 40 (IU/L) | 88 (umol/L) | | 9.4 (pmol/L) L |
| Visit prior to Event | Enrollment | 2005-03-14 (-6) | PreTrt | 242 (10**9/L) | 6.3 (10**9/L) | 3.63 (10**9/L) | 61 (IU/L),H | 40 (IU/L) | 88 (umol/L) | | 9.4 (pmol/L) L |
| Final Study Visit | S13 | 2005-05-26 (67) | QUETIAPINE 200 | 261 (10**9/L) | 6.2 (10**9/L) | 3.26 (10**9/L) | 32 (IU/L) | 28 (IU/L) | 88 (umol/L) | 3.28 (mIU/L) | 13.5 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range. H=above normal range. NR=not recorded     * = unscheduled visit

3449

4

CONFIDENTIAL
AZSER12747896

Narrative event
DAE

**Subject identifier**
D1447C00126/E1699002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

3450

5

CONFIDENTIAL
AZSER12747897

Subject identifier
D1447C00126/E1699002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

Narrative event
DAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-04-23 (34) | 2005-06-25 (97)# | Yes | VALPROIC ACID | 1000 mg | Bipolar 1 disorder |

\# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

3451

CONFIDENTIAL
AZSER12747898

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E1699004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Narrative event**
DAE

**Narrative event:**

Death:          No

SAE:            No

DAE:            BLOOD THYROID STIMULATING HORMONE INCREASED

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|------------------------|------------------------------|-----------------------|
| 64  | Male | Caucasian | 15 | 2005-10-14 | 2005-10-28 | QUETIAPINE 300 | 2005-10-28 | Eligibility Criteria not Fulfilled |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:        osteoarthritis, diabetes mellitus, leg joint pain, hypercholesterolaemia, asthma

Past:           diptheria

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

1

3452

CONFIDENTIAL
AZSER12747899

Subject identifier
D1447C00126/E1699004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 300 | 2005-10-21 (8) | 2005-10-28 (15) | BLOOD THYROID STIMULATING HORMONE INCREASED(tsh levels 10% above upper limit of normal range) | 9.1 | Resolved | Yes | Yes | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3453

CONFIDENTIAL
AZSER12747900

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E1699004 | Open Label - QUETIAPINE 300 | DAE |

**Descriptive text:**

NA

3454

3

CONFIDENTIAL
AZSER12747901

**Narrative event** DAE

**Subject identifier**
D1447C00126/E1699004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-10-07 (-6) | PreTrt | 4.5 (mmol/L) | 5.6 (%) | 2.34 (mmol/L) | 4.27 (mmol/L) | 1.17 (mmol/L) | | 161 (g/L) |
| Visit prior to Event | Enrollment | 2005-10-07 (-6) | PreTrt | 4.5 (mmol/L) | 5.6 (%) | 2.34 (mmol/L) | 4.27 (mmol/L) | 1.17 (mmol/L) | | 161 (g/L) |
| Visit of Event | S13 | 2005-10-28 (15) | QUETIAPINE 400 | 5.7 (mmol/L) | 5.9 (%) | 2.40 (mmol/L) | 5.00 (mmol/L) | 1.22 (mmol/L) | | 151 (g/L) |
| Final Study Visit | S13 | 2005-10-28 (15) | QUETIAPINE 400 | 5.7 (mmol/L) | 5.9 (%) | 2.40 (mmol/L) | 5.00 (mmol/L) | 1.22 (mmol/L) | | 151 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-10-07 (-6) | PreTrt | 166 (10**9/L) | 6.3 (10**9/L) | | 199 (IU/L)H | 125 (IU/L)H | 124 (umol/L)H | 3.09 (mIU/L) | 8.1 (pmol/L) L |
| Visit prior to Event | Enrollment | 2005-10-07 (-6) | PreTrt | 166 (10**9/L) | 6.3 (10**9/L) | | 199 (IU/L)H | 125 (IU/L)H | 124 (umol/L)H | 3.09 (mIU/L) | 8.1 (pmol/L) L |
| Visit of Event | S13 | 2005-10-28 (15) | QUETIAPINE 400 | 164 (10**9/L) | 5.7 (10**9/L) | 3.71 (10**9/L) | 118 (IU/L)H | 93 (IU/L)H | 124 (umol/L)H | 3.97 (mIU/L) | 8.9 (pmol/L) L |
| Final Study Visit | S13 | 2005-10-28 (15) | QUETIAPINE 400 | 164 (10**9/L) | 5.7 (10**9/L) | 3.71 (10**9/L) | 118 (IU/L)H | 93 (IU/L)H | 124 (umol/L)H | 3.97 (mIU/L) | 8.9 (pmol/L) L |

Visit prior and visit after event is relative to the first narrative event.　　L=below normal range, H=above normal range, NR=not recorded　　* - unscheduled visit

3455

4

CONFIDENTIAL
AZSER12747902

| Narrative event | DAE |
|---|---|

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Subject identifier**
D1447C00126/E1699004

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

3456

CONFIDENTIAL
AZSER12747903

Narrative event   DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 300

**Subject identifier**
D1447C00126/E1699004

## Medication information: Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-06-10 (-126) | 2005-11-27 (45)# | Yes | VALPROIC ACID | 1500 mg | bipolar disorder |
| 2005-09-13 (-31)# | 2005-10-21 (8) | No | LITHIUM | 200 mg | Bipolar disorder |
| 2005-09-13 (-31)# | 2005-11-27 (45)# | Yes | ATORVASTATIN | 20 mg | High cholesterol |
| 2005-09-13 (-31)# | 2005-11-27 (45)# | Yes | CITALOPRAM | 40 mg | Bipolar disorder |
| 2005-09-13 (-31)# | 2005-11-27 (45)# | Yes | FLUTICASONE | 100 ug | Asthma |
| 2005-09-13 (-31)# | 2005-11-27 (45)# | Yes | PARAMOL-118 | 10 mg | Ankle/leg pain due to fracture |
| 2005-09-13 (-31)# | 2005-11-27 (45)# | Yes | SULINDAC | 400 mg | Ankle/leg pain due to fracture |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

3457

6

CONFIDENTIAL
AZSER12747904

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E1701001

Narrative event
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event:**

Death:          No

SAE:            No

DAE:            ORTHOSTATIC HYPOTENSION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 44 | Female | Caucasian | 14 | 2005-11-03 | 2005-11-16 | QUETIAPINE 400 | 2005-11-29 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:        hypothyroidis

Past:

**Death information:**

Date of death:  No death

Cause of death:

Post-mortem:

1

3458

CONFIDENTIAL
AZSER12747905

**Subject identifier**
D1447C00126/E1701001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2005-11-03 (1) | NA | SOMNOLENCE(Somnolence) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 100 | 2005-11-03 (1) | NA | DIZZINESS(Dizziness) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-11-15 (13) | NA | ORTHOSTATIC HYPOTENSION(Orthostatic hypotension) | 9.1 | Continuing | Yes | Yes | No | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3459

CONFIDENTIAL
AZSER12747906

**Subject identifier**
D1447C00126/E1701001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Descriptive text:**

NA

3460

3

CONFIDENTIAL
AZSER12747907

**Narrative event** DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Subject identifier**
D1447C00126/E1701001

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-10-26 (-7) | PreTrt | 4.4 (mmol/L) | 5.4 (%) | 0.67 (mmol/L) | 5.98 (mmol/L)H | 1.66 (mmol/L) | | 144 (g/L) |
| Visit prior to Event | Enrollment | 2005-10-26 (-7) | PreTrt | 4.4 (mmol/L) | 5.4 (%) | 0.67 (mmol/L) | 5.98 (mmol/L)H | 1.66 (mmol/L) | | 144 (g/L) |
| Final Study Visit | S13 | 2005-11-16 (14) | QUETIAPINE 400 | 5.1 (mmol/L) | 5.4 (%) | 0.69 (mmol/L) | 6.24 (mmol/L)H | 1.94 (mmol/L) | | 149 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Leukocyte count | Platelet count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-10-26 (-7) | PreTrt | 6.5 (10**9/L) | 414 (10**9/L) | 4.46 (10**9/L) | 6 (IU/L) | 14 (IU/L) | 80 (umol/L) | | 14.2 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-10-26 (-7) | PreTrt | 6.5 (10**9/L) | 414 (10**9/L) | 4.46 (10**9/L) | 6 (IU/L) | 14 (IU/L) | 80 (umol/L) | | 14.2 (pmol/L) |
| Final Study Visit | S13 | 2005-11-16 (14) | QUETIAPINE 400 | 8.8 (10**9/L) | 339 (10**9/L) | 6.34 (10**9/L) | 11 (IU/L) | 18 (IU/L) | 80 (umol/L) | 1.24 (mIU/L) | 16.6 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * = unscheduled visit

3461

4

CONFIDENTIAL
AZSER12747908

Subject identifier
D1447C00126/E1701001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Narrative event
DAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

3462

5

CONFIDENTIAL
AZSER12747909

| Subject identifier | | Study phase-treatment during which event occurred | | | Narrative event |
| D1447C00126/E1701001 | | Open Label - QUETIAPINE 400 | | | DAE |

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-10-03 (-31)# | 2005-12-16 (44)# | Yes | ZOPICLONE | 7.5 mg | Insomnia |
| 2005-11-03 (1) | 2005-12-16 (44)# | Yes | MILNACIPRAN | 150 mg | Depression |
| 2005-11-10 (8) | 2005-12-16 (44)# | Yes | LACTULOSE | 10 mg | Constipation |
| 2005-11-14 (12) | 2005-12-16 (44)# | Yes | OXAZEPAM | 25 mg | Anxiety |
| 2005-11-15 (13) | 2005-12-16 (44)# | Yes | ZOPICLONE | 7.5 mg | Insomnia |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

3463

6

CONFIDENTIAL
AZSER12747910

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E1701007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

Narrative event
DAE

**Narrative event:**

Death:          No

SAE:           No

DAE:           SOMNOLENCE

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 49 | Female | Caucasian | 13 | 2006-02-24 | 2006-03-08 | QUETIAPINE 100 | 2006-03-08 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:

Past:

**Death information:**

Date of death:          No death

Cause of death:

Post-mortem:

1

3464

CONFIDENTIAL
AZSER12747911

**Subject identifier**
D1447C00126/E1701007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2006-02-25 (2) | 2006-03-07 (12) | SOMNOLENCE(Drowsiness) | 9.1 | Resolved | Yes | Yes | No | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

3465

2

CONFIDENTIAL
AZSER12747912

**Subject identifier**
D1447C00126/E1701007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Descriptive text:**

NA

3466

3

CONFIDENTIAL
AZSER12747913

**Narrative event** DAE

**Subject identifier**
D1447C00126E1701007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-02-15 (-8) | PreTrt | 4.8 (mmol/L) | 5.8 (%) | 1.68 (mmol/L) | 5.18 (mmol/L) | 1.42 (mmol/L) | | 150 (g/L) |
| Visit prior to Event | Enrollment | 2006-02-15 (-8) | PreTrt | 4.8 (mmol/L) | 5.8 (%) | 1.68 (mmol/L) | 5.18 (mmol/L) | 1.42 (mmol/L) | | 150 (g/L) |
| Visit after Event | S13 | 2006-03-08 (13) | QUETIAPINE 100 | | 5.7 (%) | | | | | 142 (g/L) |
| Final Study Visit | S13 | 2006-03-08 (13) | QUETIAPINE 100 | | 5.7 (%) | | | | | 142 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-02-15 (-8) | PreTrt | 259 (10**9/L) | 4.6 (10**9/L) | 2.44 (10**9/L) | 9 (IU/L) | 13 (IU/L) | 71 (umol/L) | 0.77 (mIU/L) | 14.7 (pmol/L) |
| Visit prior to Event | Enrollment | 2006-02-15 (-8) | PreTrt | 259 (10**9/L) | 4.6 (10**9/L) | 2.44 (10**9/L) | 9 (IU/L) | 13 (IU/L) | 71 (umol/L) | 0.77 (mIU/L) | 14.7 (pmol/L) |
| Visit after Event | S13 | 2006-03-08 (13) | QUETIAPINE 100 | 243 (10**9/L) | 5.4 (10**9/L) | 3.19 (10**9/L) | | | | 1.14 (mIU/L) | 13.2 (pmol/L) |
| Final Study Visit | S13 | 2006-03-08 (13) | QUETIAPINE 100 | 243 (10**9/L) | 5.4 (10**9/L) | 3.19 (10**9/L) | | | | 1.14 (mIU/L) | 13.2 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range. H=above normal range. NR=not recorded     * - unscheduled visit

3467

4

CONFIDENTIAL
AZSER12747914

**Subject identifier**
D1447C00126/E1701007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

## Weight: Include only if DAE due to weight

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

3468

CONFIDENTIAL
AZSER12747815

**Subject identifier**
D1447C00126/E1701007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2006-01-24 (-31)# | 2006-04-07 (43)# | Yes | NOCTRAN 10 | U mg | Insomnia |
| 2006-01-24 (-31)# | 2006-04-07 (43)# | Yes | VALPROIC ACID | 2000 mg | Bipolar disorder |
| 2006-02-25 (2) | 2006-04-07 (43)# | Yes | AMISULPRIDE | 600 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

3469

6

CONFIDENTIAL
AZSER12747916

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E1702001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Narrative event:**

Death:               No

SAE:                 No

DAE:                 CONFUSIONAL STATE, DYSARTHRIA, VERTIGO

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 70 | Female | Caucasian | 17 | 2005-12-05 | 2005-12-21 | QUETIAPINE 200 | 2006-01-04 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:            arterial hypertension, vertigo, surgical menopause

Past:               myocard infarction, anemia

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

1

3470

CONFIDENTIAL
AZSER12747917

**Subject identifier**
D1447C00126/E1702001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon- tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 300 | 2005-12-07 (3) | 2005-12-07 (3) | MALAISE(Feeling of sickness) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 300 | 2005-12-07 (3) | 2005-12-19 (15) | CONFUSIONAL STATE(Sub confusion) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 200 | 2005-12-20 (16) | NA | DYSARTHRIA(Dysarthry) | 9.1 | Continuing | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 200 | 2005-12-20 (16) | NA | CONFUSIONAL STATE(Confusion) | 9.1 | Continuing | Yes | Yes | No | Severe |
| OL | QUETIAPINE 200 | 2005-12-20 (16) | NA | VERTIGO(Vertigo increased) | 9.1 | Continuing | Yes | Yes | No | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

3471

2

CONFIDENTIAL
AZSER12747918

**Subject identifier**
D1447C00126/E1702001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

**Descriptive text:**

NA

3472

3

CONFIDENTIAL
AZSER12747919

**Subject identifier**
D1447C00126/E1702001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

**Narrative event**
DAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-11-29 (-5) | PreTrt | 4.8 (mmol/L) | 6.4 (%)H | 0.75 (mmol/L) | 3.50 (mmol/L) | 1.68 (mmol/L) | | 150 (g/L) |
| Visit prior to Event | Enrollment | 2005-11-29 (-5) | PreTrt | 4.8 (mmol/L) | 6.4 (%)H | 0.75 (mmol/L) | 3.50 (mmol/L) | 1.68 (mmol/L) | | 150 (g/L) |
| Final Study Visit | S13 | 2005-12-20 (16) | QUETIAPINE 200 | 4.8 (mmol/L) | 6.6 (%)H | 1.10 (mmol/L) | 3.16 (mmol/L)L | 1.45 (mmol/L) | | 145 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-11-29 (-5) | PreTrt | 170 (10**9/L) | 5.1 (10**9/L) | 2.22 (10**9/L) | 9 (IU/L) | 12 (IU/L) | 53 (umol/L) | 1.17 (mIU/L) | 13.9 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-11-29 (-5) | PreTrt | 170 (10**9/L) | 5.1 (10**9/L) | 2.22 (10**9/L) | 9 (IU/L) | 12 (IU/L) | 53 (umol/L) | 1.17 (mIU/L) | 13.9 (pmol/L) |
| Final Study Visit | S13 | 2005-12-20 (16) | QUETIAPINE 200 | 142 (10**9/L) | 5.5 (10**9/L) | 2.18 (10**9/L) | 11 (IU/L) | 13 (IU/L) | 62 (umol/L) | 1.95 (mIU/L) | 9.3 (pmol/L)L |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range. H=above normal range. NR=not recorded    * = unscheduled visit

3473

4

CONFIDENTIAL
AZSER12747920

Narrative event
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

Subject identifier
D1447C00126/E1702001

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

3474

CONFIDENTIAL
AZSER12747921

Subject identifier
D1447C00126/E1702001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 200

Narrative event
DAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-11-04 (-31)# | 2006-01-20 (47)# | Yes | ACETYLSALICYLIC ACID | 160 mg | Myocardial infarct |
| 2005-11-04 (-31)# | 2006-01-20 (47)# | Yes | ATORVASTATIN | 20 mg | Myocardial infarct |
| 2005-11-04 (-31)# | 2006-01-20 (47)# | Yes | BETAHISTINE | 24 mg | Vertigo |
| 2005-11-04 (-31)# | 2006-01-20 (47)# | Yes | BISOPROLOL | 1.25 mg | Myocardial infarct |
| 2005-11-04 (-31)# | 2006-01-20 (47)# | Yes | FUROSEMIDE | 20 mg | Arterial hypertension |
| 2005-11-04 (-31)# | 2006-01-20 (47)# | Yes | GLYCERYL TRINITRATE | 10 mg | Myocardial infarct |
| 2005-11-04 (-31)# | 2006-01-20 (47)# | Yes | IRON | 80 mg | Anemia |
| 2005-11-04 (-31)# | 2006-01-20 (47)# | Yes | OMEPRAZOLE | 10 mg | Gastric prevention |
| 2005-12-09 (5) | 2006-01-20 (47)# | Yes | RAMIPRIL | 7.5 mg | Arterial hypertension |
| 2005-12-13 (9) | 2006-01-20 (47)# | Yes | TROPATEPINE | 10 mg | Tremor |
| 2005-12-16 (12) | 2006-01-20 (47)# | Yes | VALPROIC ACID | 750 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

3475

6

CONFIDENTIAL
AZSER12747922

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E1705003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

**Narrative event**
DAE

**Narrative event:**

| | |
|---|---|
| Death: | No |
| SAE: | No |
| DAE: | DEPRESSION |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 53 | Male | Caucasian | 151 | 2005-12-19 | 2006-05-18 | QUETIAPINE 800 | 2006-05-18 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

| | |
|---|---|
| Current: | hypothyroidism, hypercholesterolemy, hypertriglyceridemia |
| Past: | appendicitis |

**Death information:**

| | |
|---|---|
| Date of death: | No death |
| Cause of death: | |
| Post-mortem: | |

3476

1

CONFIDENTIAL
AZSER12747923

**Subject identifier**
D1447C00126/E1705003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 600 | 2005-12-28 (10) | NA | DRY MOUTH(Dry mouth) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2006-01-24 (37) | 2006-02-01 (45) | SEDATION(Sedation) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 800 | 2006-03-25 (97) | 2006-03-25 (97) | HEADACHE(Headache) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 800 | 2006-05-10 (143) | NA | DEPRESSION(Depressive event) | 9.1 | Continuing | Yes | Yes | No | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3477

CONFIDENTIAL
AZSER12747924

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E1705003 | Open Label - QUETIAPINE 800 | DAE |

**Descriptive text:**

NA

3478

3

CONFIDENTIAL
AZSER12747925

Narrative event DAE

**Subject identifier**
D1447C00126/E1705003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-12-12 (-6) | PreTrt | 7.9 (mmol/L)H | 5.1 (%) | 6.26 (mmol/L)H | 4.35 (mmol/L) | 0.93 (mmol/L)L | | 135 (g/L) |
| Visit prior to Event | S6 | 2006-03-13 (85) | QUETIAPINE 800 | 6.1 (mmol/L) | 4.9 (%) | | | | | 133 (g/L) |
| Final Study Visit | S13 | 2006-05-17 (150) | QUETIAPINE 800 | 5.0 (mmol/L) | 5.3 (%) | 3.06 (mmol/L)H | 2.69 (mmol/L)L | 0.93 (mmol/L)L | | 137 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-12-12 (-6) | PreTrt | 284 (10**9/L) | 9.0 (10**9/L) | 6.86 (10**9/L) | 48 (IU/L) | 63 (IU/L)H | 106 (umol/L) | 1.45 (mIU/L) | 13.2 (pmol/L) |
| Visit prior to Event | S6 | 2006-03-13 (85) | QUETIAPINE 800 | 270 (10**9/L) | 6.6 (10**9/L) | 4.85 (10**9/L) | | | | | |
| Final Study Visit | S13 | 2006-05-17 (150) | QUETIAPINE 800 | 281 (10**9/L) | 7.3 (10**9/L) | 5.02 (10**9/L) | 34 (IU/L) | 22 (IU/L) | 97 (umol/L) | 0.18 (mIU/L)L | 15.4 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range, H =above normal range, NR=not recorded   * - unscheduled visit

4

3479

CONFIDENTIAL
AZSER12747926

**Subject identifier**
D1447C00126/E1705003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

**Narrative event**
DAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

3480

CONFIDENTIAL
AZSER12747927

| | | Subject identifier | Study phase-treatment during which event occurred | Narrative event |
| | | D1447C00126/E1705003 | Open Label - QUETIAPINE 800 | DAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-11-18 (-31)# | 2006-06-17 (181)# | Yes | BENFLUOREX | 300 mg | Hypertriglyceridemy |
| 2005-11-18 (-31)# | 2006-06-17 (181)# | Yes | LEVOTHYROXINE | 150 ug | Hypothyroidism |
| 2005-11-18 (-31)# | 2006-06-17 (181)# | Yes | LITHIUM | 800 mg | Bipolar I disorder |
| 2005-11-18 (-31)# | 2006-06-17 (181)# | Yes | ROSUVASTATIN | U | Hyperlidemy |
| 2005-11-18 (-31)# | 2006-06-17 (181)# | Yes | TOCOPHEROL | 500 mg | Hypertriglyceridemy |
| 2006-01-02 (15) | 2006-06-17 (181)# | Yes | MACROGOL | U | Constipation |
| 2006-03-15 (87) | 2006-05-10 (143) | No | CLONAZEPAM | 2 mg | Insomnia |
| 2006-05-10 (143) | 2006-06-17 (181)# | Yes | CLONAZEPAM | 6 mg | Anxiety |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

3481

6

CONFIDENTIAL
AZSER12747928

**START OF E NARRATIVE**

**Subject identifier**
D1447C00126/E1706001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Narrative event
DAE

**Narrative event:**

Death:        No

SAE:          No

DAE:          SOMNOLENCE

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|----------------------|------------------------------|-----------------------|
| 53  | Female | Caucasian | 21 | 2005-10-27 | 2005-11-16 | QUETIAPINE 400 | 2005-11-18 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:        fibromyalgia

Past:

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

1

3482

CONFIDENTIAL
AZSER12747929

**Subject identifier**
D1447C00126/E1706001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2005-11-02 (7) | NA | SOMNOLENCE(Drowsiness) | 9.1 | Continuing | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 400 | 2005-11-02 (7) | NA | ASTHENIA(Asthenia) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-11-02 (7) | NA | DRY MOUTH(Oral dryness) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-11-02 (7) | NA | DIZZINESS(Minimal dizzies) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-11-02 (7) | NA | INCREASED APPETITE(Increase of appetite) | 9.1 | Continuing | Yes | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3483

CONFIDENTIAL
AZSER12747930

**Subject identifier**
D1447C00126/E1706001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Descriptive text:**

NA

3484

3

CONFIDENTIAL
AZSER12747931

**Subject identifier**
D1447C00126/E1706001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-10-24 (-2) | PreTrt | 4.8 (mmol/L) | 5.6 (%) | 1.39 (mmol/L) | 4.97 (mmol/L) | 1.50 (mmol/L) | | 137 (g/L) |
| Visit prior to Event | Enrollment | 2005-10-24 (-2) | PreTrt | 4.8 (mmol/L) | 5.6 (%) | 1.39 (mmol/L) | 4.97 (mmol/L) | 1.50 (mmol/L) | | 137 (g/L) |
| Final Study Visit | S13 | 2005-11-16 (21) | QUETIAPINE 400 | 4.3 (mmol/L) | 5.5 (%) | 2.73 (mmol/L) | 5.21 (mmol/L)H | 1.40 (mmol/L) | | 142 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-10-24 (-2) | PreTrt | 289 (10**9/L) | 6.2 (10**9/L) | 3.57 (10**9/L) | 33 (IU/L) | 27 (IU/L) | 62 (umol/L) | 1.57 (mIU/L) | 15.2 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-10-24 (-2) | PreTrt | 289 (10**9/L) | 6.2 (10**9/L) | 3.57 (10**9/L) | 33 (IU/L) | 27 (IU/L) | 62 (umol/L) | 1.57 (mIU/L) | 15.2 (pmol/L) |
| Final Study Visit | S13 | 2005-11-16 (21) | QUETIAPINE 400 | 251 (10**9/L) | 6.8 (10**9/L) | 3.58 (10**9/L) | 19 (IU/L) | 19 (IU/L) | 71 (umol/L) | 3.42 (mIU/L) | 12.5 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range, H=above normal range, NR=not recorded   * = unscheduled visit

4

3485

CONFIDENTIAL
AZSER12747932

Narrative event
DAE

Subject identifier
D1447C00126/E1706001

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 400

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

3486

CONFIDENTIAL
AZSER12747933

**Subject identifier**
D1447C00126/E1706001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-07-21 (-98) | 2005-12-16 (51)# | Yes | VALPROIC ACID | 1000 mg | Bipolar disorder |
| 2005-10-12 (-15) | 2005-11-09 (14) | No | VENLAFAXINE | 75 mg | Depression |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

3487

6

CONFIDENTIAL
AZSER12747934

Narrative event
DAE

**START OF E NARRATIVE**
**Subject identifier**
D1447C00126/E1707004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event:**

Death:              No

SAE:                No

DAE:                HEADACHE, SOMNOLENCE

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 51 | Male | Caucasian | 22 | 2006-01-06 | 2006-01-27 | QUETIAPINE 400 | 2006-02-01 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA |  |  |

**Medical History:**

Current:

Past:

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

3488

1

CONFIDENTIAL
AZSER12747935

**Subject identifier**
D1447C00126/E1707004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon- tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-12-25 (-12) | 2006-01-02 (-4) | GASTROENTERITIS VIRAL(Digestive virosis) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 300 | 2006-01-07 (2) | NA | NAUSEA(Nausea) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2006-01-19 (14) | NA | HEADACHE(Headache) | 9.1 | Continuing | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 400 | 2006-01-20 (15) | NA | SOMNOLENCE(Drowziness) | 9.1 | Continuing | Yes | Yes | No | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3489

CONFIDENTIAL
AZSER12747936

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E1707004 | Open Label - QUETIAPINE 400 | DAE |

**Descriptive text:**

NA

3490

3

CONFIDENTIAL
AZSER12747937

**Subject identifier**
D1447C00126/E1707004

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-12-14 (-22) | PreTrt | 5.6 (mmol/L) | 5.5 (%) | 0.98 (mmol/L) | 5.65 (mmol/L)H | 1.30 (mmol/L) | | 146 (g/L) |
| Visit prior to Event | Enrollment | 2005-12-14 (-22) | PreTrt | 5.6 (mmol/L) | 5.5 (%) | 0.98 (mmol/L) | 5.65 (mmol/L)H | 1.30 (mmol/L) | | 146 (g/L) |
| Final Study Visit | Enrollment | 2005-12-14 (-22) | PreTrt | 5.6 (mmol/L) | 5.5 (%) | 0.98 (mmol/L) | 5.65 (mmol/L)H | 1.30 (mmol/L) | | 146 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-12-14 (-22) | PreTrt | 329 (10**9/L) | 6.4 (10**9/L) | 4.49 (10**9/L) | 12 (IU/L) | 16 (IU/L) | 71 (umol/L) | 0.51 (mIU/L) | 16.6 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-12-14 (-22) | PreTrt | 329 (10**9/L) | 6.4 (10**9/L) | 4.49 (10**9/L) | 12 (IU/L) | 16 (IU/L) | 71 (umol/L) | 0.51 (mIU/L) | 16.6 (pmol/L) |
| Final Study Visit | Enrollment | 2005-12-14 (-22) | PreTrt | 329 (10**9/L) | 6.4 (10**9/L) | 4.49 (10**9/L) | 12 (IU/L) | 16 (IU/L) | 71 (umol/L) | 0.51 (mIU/L) | 16.6 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

3491

4

CONFIDENTIAL
AZSER12747938

Narrative event
DAE

Subject identifier
D1447C00126/E1707004

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 400

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

3492

CONFIDENTIAL
AZSER12747939

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E1707004 | Open Label - QUETIAPINE 400 | DAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2006-01-06 (1) | 2006-02-26 (52)# | Yes | VALPROIC ACID | 1000 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

CONFIDENTIAL
AZSER12747940

**START OF E NARRATIVE**

| | Narrative event DAE |
|---|---|

**Subject identifier**
D1447C00126/E1709005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event:**

Death:           No

SAE:            No

DAE:            DYSARTHRIA

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 56 | Male | Caucasian | 90 | 2005-10-28 | 2006-01-25 | QUETIAPINE 100 | 2006-01-25 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

Current:

Past:            bradycardia

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

1

3494

CONFIDENTIAL
AZSER12747941

**Subject identifier**
D1447C00126/E1709005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2005-10-29 (2) | NA | DYSARTHRIA(Dysarthria) | 9.1 | Continuing | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 100 | 2005-10-29 (2) | 2005-11-20 (24) | DIZZINESS(Dizziness) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-12-01 (35) | NA | SEDATION(Sedation) | 9.1 | Continuing | Yes | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

3495

2

CONFIDENTIAL
AZSER12747942

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E1709005 | Open Label - QUETIAPINE 100 | DAE |

**Descriptive text:**

NA

3496

3

CONFIDENTIAL
AZSER12747943

**Subject identifier**
D1447C00126/E1709005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-10-20 (-7) | PreTrt | 4.6 (mmol/L) | 5.5 (%) | 0.95 (mmol/L) | 4.51 (mmol/L) | 1.48 (mmol/L) | | 146 (g/L) |
| Visit prior to Event | Enrollment | 2005-10-20 (-7) | PreTrt | 4.6 (mmol/L) | 5.5 (%) | 0.95 (mmol/L) | 4.51 (mmol/L) | 1.48 (mmol/L) | | 146 (g/L) |
| Final Study Visit | S13 | 2006-01-25 (90) | QUETIAPINE 400 | 5.8 (mmol/L) | 5.1 (%) | 1.62 (mmol/L) | 5.98 (mmol/L)H | 1.37 (mmol/L) | | 157 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-10-20 (-7) | PreTrt | 182 (10**9/L) | 5.2 (10**9/L) | 2.53 (10**9/L) | 9 (IU/L) | 13 (IU/L) | 62 (umol/L) | 1.85 (mIU/L) | 17.7 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-10-20 (-7) | PreTrt | 182 (10**9/L) | 5.2 (10**9/L) | 2.53 (10**9/L) | 9 (IU/L) | 13 (IU/L) | 62 (umol/L) | 1.85 (mIU/L) | 17.7 (pmol/L) |
| Final Study Visit | S13 | 2006-01-25 (90) | QUETIAPINE 400 | 169 (10**9/L) | 6.5 (10**9/L) | 2.76 (10**9/L) | 16 (IU/L) | 12 (IU/L) | 80 (umol/L) | 1.87 (mIU/L) | 18.3 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range, H=above normal range, NR=not recorded   * = unscheduled visit

3497

4

CONFIDENTIAL
AZSER12747944

Narrative event
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Subject identifier**
D1447C00126/E1709005

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

3498

CONFIDENTIAL
AZSER12747945

**Subject identifier**
D1447C00126/E1709005

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-09-27 (-31)# | 2005-11-22 (26) | No | ZOPICLONE | 7.5 mg | Bipolar disorder |
| 2005-09-27 (-31)# | 2006-02-24 (120)# | Yes | VALPROIC ACID | 1500 mg | Bipolar disorder |
| 2005-10-20 (-8) | 2005-11-22 (26) | No | LORAZEPAM | 1 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

3499

6

CONFIDENTIAL
AZSER12747946

**START OF E NARRATIVE**

Subject identifier
D1447C00126/E1709011

Study phase-treatment during which event occurred
Randomized - PLACEBO 400

Narrative event
DAE

**Narrative event:**

Death:          No

SAE:            No

DAE:            INSOMNIA

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|----------------------|------------------------------|----------------------|
| 57  | Male | Caucasian | 224 | 2005-11-10 | 2006-06-21 | PLACEBO 400 | 2006-07-19 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| 28                           | 2006-06-22                   | 2006-07-19                   |

**Medical History:**

Current:

Past:

**Death information:**

Date of death:          No death

Cause of death:

Post-mortem:

1

3500

CONFIDENTIAL
AZSER12747947