**Subject identifier**
D1447C00126/E1709011

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 400

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discontinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-11-07 (-3) | 2005-11-07 (-3) | ANXIETY(Anxiety attack) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2006-03-01 (112) | 2006-06-22 (225) | HYPERSOMNIA(Hypersomnia) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2006-03-23 (134) | 2006-03-23 (134) | TREMOR(Tremor) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2006-03-27 (138) | 2006-03-27 (138) | TREMOR(Tremor) | 9.1 | Resolved | Yes | No | No | Mild |
| RD | PLACEBO 400 | 2006-06-30 (9) | NA | ABDOMINAL PAIN(Abdominal pain) | 9.1 | Continuing | Yes | No | No | Mild |
| RD | PLACEBO 400 | 2006-06-30 (9) | 2006-07-06 (15) | INSOMNIA(Insomnia) | 9.1 | Resolved | Yes | No | No | Moderate |
| RD | PLACEBO 400 | 2006-07-07 (16) | NA | INSOMNIA(Insomnia) | 9.1 | Continuing | Yes | Yes | No | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2

3501

CONFIDENTIAL
AZSER12747948

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E1709011 | Randomized - PLACEBO 400 | DAE |

**Descriptive text:**

NA

3502

3

CONFIDENTIAL
AZSER12747949

**Subject identifier** D1447C00126/E1709011

**Study phase-treatment during which event occurred** Randomized - PLACEBO 400

**Narrative event** DAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-11-07 (-3) | PreTrt | 5.2 (mmol/L) | 5.1 (%) | 0.87 (mmol/L) | 4.79 (mmol/L) | 0.83 (mmol/L)L | | 145 (g/L) |
| Visit prior to Event | Randomization (V1) | 2006-06-22 (1) | PLACEBO 400 | 5.6 (mmol/L) | 5.2 (%) | 1.76 (mmol/L) | 5.05 (mmol/L) | 0.93 (mmol/L)L | | 134 (g/L) |
| Final Study Visit | V23 | 2006-07-19 (28) | PLACEBO 0 | 5.8 (mmol/L) | 5.2 (%) | 1.12 (mmol/L) | 4.74 (mmol/L) | 1.01 (mmol/L)L | | 135 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-11-07 (-3) | PreTrt | 313 (10**9/L) | 7.7 (10**9/L) | 5.42 (10**9/L) | 37 (IU/L) | 32 (IU/L) | 71 (umol/L) | 2.43 (mIU/L) | 14.1 (pmol/L) |
| Visit prior to Event | Randomization (V1) | 2006-06-22 (1) | PLACEBO 400 | 268 (10**9/L) | 6.8 (10**9/L) | 4.95 (10**9/L) | 19 (IU/L) | 20 (IU/L) | 88 (umol/L) | 1.89 (mIU/L) | 11.6 (pmol/L) |
| Final Study Visit | V23 | 2006-07-19 (28) | PLACEBO 0 | 293 (10**9/L) | 5.4 (10**9/L) | 3.68 (10**9/L) | 16 (IU/L) | 16 (IU/L) | 71 (umol/L) | 1.68 (mIU/L) | 11.6 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range, H=above normal range, NR=not recorded   * - unscheduled visit

3503

4

CONFIDENTIAL
AZSER12747950

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E1709011 | Randomized - PLACEBO 400 | DAE |

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

3504

CONFIDENTIAL
AZSER12747951

| | | **Study phase-treatment during which event occurred** | | | **Narrative event** |
| **Subject identifier** | | Randomized - PLACEBO 400 | | | DAE |
| D1447C00126/E1709011 | | | | | |

**Medication information: Include concomitant medications taken during the event only**

| **Date started** (day started) | **Date stopped** (day stopped) | **Continuing?** | **Generic medication name** | **Dose** | **Indication** |
|---|---|---|---|---|---|
| 2005-04-14 (-210) | 2006-08-18 (58)# | Yes | LITHIUM | 1200 mg | Bipolar disorder |
| 2006-07-07 (16) | 2006-08-18 (58)# | Yes | LORAZEPAM | 2 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

3505

6

CONFIDENTIAL
AZSER12747952

Narrative event
DAE

**START OF E NARRATIVE**
**Subject identifier**
D1447C00126/E1709014

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 400

**Narrative event:**

Death:                No

SAE:                  No

DAE:                  DEPRESSION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 53 | Female | Caucasian | 121 | 2005-11-28 | 2006-03-28 | QUETIAPINE 400 | 2006-04-12 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:       arthrosis, veinous insufficiency, hyeliperna, atherosclerosis, chronic bronchitis

Past:          malaria

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

3506

1

CONFIDENTIAL
AZSER12747953

| Subject identifier<br>D1447C00126/E1709014 | | | | Study phase-treatment during which event occurred<br>Open Label - QUETIAPINE 400 | | | | | | | Narrative event<br>DAE |

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon- tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 600 | 2005-12-06 (9) | 2005-12-28 (31) | DRY MOUTH(Dry mouth) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 600 | 2005-12-12 (15) | 2006-01-25 (59) | CONSTIPATION(Constipation) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 600 | 2005-12-25 (28) | 2006-01-01 (35) | LARYNGITIS(Laryngitis) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2006-03-01 (94) | NA | DEPRESSION(Depression) | 9.1 | Continuing | No | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3507

CONFIDENTIAL<br>AZSER12747954

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E1709014 | Open Label - QUETIAPINE 400 | DAE |

**Descriptive text:**

NA

3508

3

CONFIDENTIAL
AZSER12747955

**Narrative event** DAE

**Subject identifier** D1447C00126/E1709014

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-11-23 (-4) | PreTrt | 5.1 (mmol/L) | 6.5 (%)H | 2.40 (mmol/L) | 5.15 (mmol/L) | 1.14 (mmol/L) | | 118 (g/L) |
| Visit prior to Event | S6 | 2006-02-22 (87) | QUETIAPINE 400 | 6.0 (mmol/L) | 5.8 (%) | | | | | 130 (g/L) |
| Final Study Visit | S13 | 2006-03-28 (121) | QUETIAPINE 500 | 5.2 (mmol/L) | 6.3 (%)H | 2.45 (mmol/L) | 5.93 (mmol/L)H | 1.42 (mmol/L) | | 126 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-11-23 (-4) | PreTrt | 222 (10**9/L) | 9.2 (10**9/L) | 4.82 (10**9/L) | 11 (IU/L) | 13 (IU/L) | 80 (umol/L) | 1.61 (mIU/L) | 9.0 (pmol/L)L |
| Visit prior to Event | S6 | 2006-02-22 (87) | QUETIAPINE 400 | 297 (10**9/L) | 10.1 (10**9/L) | 6.28 (10**9/L) | | | | | |
| Final Study Visit | S13 | 2006-03-28 (121) | QUETIAPINE 500 | 273 (10**9/L) | 8.8 (10**9/L) | 4.93 (10**9/L) | 13 (IU/L) | 15 (IU/L) | 80 (umol/L) | 2.78 (mIU/L) | 9.8 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range. H=above normal range. NR=not recorded    * - unscheduled visit

3509

4

CONFIDENTIAL
AZSER12747956

**Narrative event**
DAE

**Subject identifier**
D1447C00126/E1709014

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

3510

5

CONFIDENTIAL
AZSER12747957

**Subject identifier**
D1447C00126/E1709014

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
DAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-10-28 (-31)# | 2006-04-27 (151)# | Yes | ACETYLSALICYLIC ACID | 300 mg | Atherosclerosis |
| 2005-10-28 (-31)# | 2006-04-27 (151)# | Yes | CLOPIDOGREL | 75 mg | Atherosclerosis |
| 2005-10-28 (-31)# | 2006-04-27 (151)# | Yes | DIOSMIN | 3 g | Venous insufficiency |
| 2005-10-28 (-31)# | 2006-04-27 (151)# | Yes | PROPRANOLOL | 80 mg | Atherosclerosis |
| 2005-10-28 (-31)# | 2006-04-27 (151)# | Yes | SIMVASTATIN | 20 mg | Hyperlipidemia |
| 2005-10-28 (-31)# | 2006-04-27 (151)# | Yes | VALPROIC ACID | 2000 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

3511

6

CONFIDENTIAL
AZSER12747958

**START OF E NARRATIVE**
Subject identifier
D1447C00126/E1709015

Narrative event
DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event:**

Death:        No

SAE:          No

DAE:          ORTHOSTATIC HYPOTENSION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 60 | Female | Caucasian | 2 | 2005-11-28 | 2005-11-29 | QUETIAPINE 100 | 2005-11-30 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:        hypothyroidism

Past:

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

1

3512

CONFIDENTIAL
AZSER12747959

**Subject identifier**
D1447C00126/E1709015

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2005-11-28 (1) | 2005-11-28 (1) | VOMITING(Vomiting) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 100 | 2005-11-28 (1) | 2005-11-30 (3) | ORTHOSTATIC HYPOTENSION(Orthostatic hypotension) | 9.1 | Resolved | Yes | Yes | No | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3513

CONFIDENTIAL
AZSER12747960

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00126/E1709015 | Open Label - QUETIAPINE 100 | DAE |

**Descriptive text:**

NA

3

3514

CONFIDENTIAL
AZSER12747961

**Narrative event** DAE

**Subject identifier** D1447C00126E1709015

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-11-23 (-4) | PreTrt | 4.6 (mmol/L) | 6.0 (%) | 1.34 (mmol/L) | 4.66 (mmol/L) | 1.06 (mmol/L) | | 129 (g/L) |
| Visit prior to Event | Enrollment | 2005-11-23 (-4) | PreTrt | 4.6 (mmol/L) | 6.0 (%) | 1.34 (mmol/L) | 4.66 (mmol/L) | 1.06 (mmol/L) | | 129 (g/L) |
| Visit of Event | S13 | 2005-11-30 (3) | OffTrt | 6.7 (mmol/L)H | 5.9 (%) | 2.89 (mmol/L)H | 5.70 (mmol/L)H | 1.17 (mmol/L) | | 145 (g/L) |
| Final Study Visit | S13 | 2005-11-30 (3) | OffTrt | 6.7 (mmol/L)H | 5.9 (%) | 2.89 (mmol/L)H | 5.70 (mmol/L)H | 1.17 (mmol/L) | | 145 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-11-23 (-4) | PreTrt | 184 (10**9/L) | 7.2 (10**9/L) | 2.69 (10**9/L) | 8 (IU/L) | 17 (IU/L) | 44 (umol/L) | 0.95 (mIU/L) | 13.8 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-11-23 (-4) | PreTrt | 184 (10**9/L) | 7.2 (10**9/L) | 2.69 (10**9/L) | 8 (IU/L) | 17 (IU/L) | 44 (umol/L) | 0.95 (mIU/L) | 13.8 (pmol/L) |
| Visit of Event | S13 | 2005-11-30 (3) | OffTrt | 212 (10**9/L) | 6.9 (10**9/L) | 3.02 (10**9/L) | 13 (IU/L) | 17 (IU/L) | 53 (umol/L) | 2.22 (mIU/L) | 17.4 (pmol/L) |
| Final Study Visit | S13 | 2005-11-30 (3) | OffTrt | 212 (10**9/L) | 6.9 (10**9/L) | 3.02 (10**9/L) | 13 (IU/L) | 17 (IU/L) | 53 (umol/L) | 2.22 (mIU/L) | 17.4 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range, H=above normal range, NR=not recorded   * - unscheduled visit

3515

4

CONFIDENTIAL
AZSER12747962

**Subject identifier**
D1447C00126/E1709015

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Weight:  Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

3516

CONFIDENTIAL
AZSER12747963

Subject identifier
D1447C00126/E1709015

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

Narrative event
DAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-10-28 (-31)# | 2005-12-29 (32)# | Yes | LEVOTHYROXINE | 100 ug | Hypothyroidism |
| 2005-10-28 (-31)# | 2005-12-29 (32)# | Yes | LORAZEPAM | 2 mg | Bipolar disorder |
| 2005-10-28 (-31)# | 2005-12-29 (32)# | Yes | VALPROIC ACID | 1000 mg | Bipolar disorder |
| 2005-10-28 (-31)# | 2005-12-29 (32)# | Yes | ZOPICLONE | 7.5 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

3517

6

CONFIDENTIAL
AZSER12747964

**START OF E NARRATIVE**
**Subject identifier**
D1447C00126/E1709024

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 100

Narrative event
DAE

**Narrative event:**

Death:                No

SAE:                  No

DAE:                  HYPERSENSITIVITY

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 79 | Female | Caucasian | 2 | 2006-01-26 | 2006-01-27 | QUETIAPINE 100 | 2006-02-01 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:        gastritis, arthrosis, hypertension, urinary incontinence

Past:           rheumatic fever

**Death information:**

Date of death:          No death

Cause of death:

Post-mortem:

1

3518

CONFIDENTIAL
AZSER12747965

**Subject identifier**
D1447C00126/E1709024

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2006-01-26 (1) | 2006-01-26 (1) | HYPERSENSITIVITY (Allergic reaction) | 9.1 | Resolved | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

3519

2

CONFIDENTIAL
AZSER12747966

**Subject identifier**
D1447C00126/E1709024

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Descriptive text:**

NA

3520

3

CONFIDENTIAL
AZSER12747967

**Subject identifier**
D1447C00126/E1709024

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-19 (-6) | PreTrt | 5.5 (mmol/L) | 5.3 (%) | 2.23 (mmol/L) | 6.22 (mmol/L)H | 1.48 (mmol/L) | | 144 (g/L) |
| Visit prior to Event | Enrollment | 2006-01-19 (-6) | PreTrt | 5.5 (mmol/L) | 5.3 (%) | 2.23 (mmol/L) | 6.22 (mmol/L)H | 1.48 (mmol/L) | | 144 (g/L) |
| Visit after Event | S13 | 2006-02-01 (7) | OffTrt | 7.0 (mmol/L)H | 5.2 (%) | 2.16 (mmol/L) | 7.49 (mmol/L)H | 1.48 (mmol/L) | | 148 (g/L) |
| Final Study Visit | S13 | 2006-02-01 (7) | OffTrt | 7.0 (mmol/L)H | 5.2 (%) | 2.16 (mmol/L) | 7.49 (mmol/L)H | 1.48 (mmol/L) | | 148 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-01-19 (-6) | PreTrt | 317 (10**9/L) | 9.9 (10**9/L) | 8.19 (10**9/L) | 13 (IU/L) | 13 (IU/L) | 88 (umol/L) | 2.39 (mIU/L) | 12.3 (pmol/L) |
| Visit prior to Event | Enrollment | 2006-01-19 (-6) | PreTrt | 317 (10**9/L) | 9.9 (10**9/L) | 8.19 (10**9/L) | 13 (IU/L) | 13 (IU/L) | 88 (umol/L) | 2.39 (mIU/L) | 12.3 (pmol/L) |
| Visit after Event | S13 | 2006-02-01 (7) | OffTrt | 332 (10**9/L) | 8.8 (10**9/L) | 6.96 (10**9/L) | 15 (IU/L) | 24 (IU/L) | 62 (umol/L) | 2.55 (mIU/L) | 9.9 (pmol/L) |
| Final Study Visit | S13 | 2006-02-01 (7) | OffTrt | 332 (10**9/L) | 8.8 (10**9/L) | 6.96 (10**9/L) | 15 (IU/L) | 24 (IU/L) | 62 (umol/L) | 2.55 (mIU/L) | 9.9 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range. H=above normal range. NR=not recorded     * - unscheduled visit

3521

4

CONFIDENTIAL
AZSER12747968

Narrative event
DAE

Subject identifier
D1447C00126/E1709024

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 100

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

3522

CONFIDENTIAL
AZSER12747969

Narrative event   DAE

**Subject identifier**
D1447C00126/E1709024

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-12-26 (-31)# | 2006-02-26 (32)# | Yes | APOREX | N..N | Arthrosis |
| 2005-12-26 (-31)# | 2006-02-26 (32)# | Yes | FUROSEMIDE | 20 mg | Hypertension |
| 2005-12-26 (-31)# | 2006-02-26 (32)# | Yes | LITHIUM | 500 mg | Bipolar disorder |
| 2005-12-26 (-31)# | 2006-02-26 (32)# | Yes | LORAZEPAM | 3 mg | Bipolar disorder |
| 2005-12-26 (-31)# | 2006-02-26 (32)# | Yes | OMEPRAZOLE | 20 mg | Gastritis |
| 2005-12-26 (-31)# | 2006-02-26 (32)# | Yes | ZOPICLONE | 7.5 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

3523

6

CONFIDENTIAL
AZSER12747970

# START OF E NARRATIVE

**Subject identifier**
D1447C00126/E1709031

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

## Narrative event:

Death:          No

SAE:            No

DAE:            ARTHRALGIA, SEDATION

## Baseline information and summary of treatment:

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 49 | Male | Caucasian | 8 | 2006-03-02 | 2006-03-09 | QUETIAPINE 100 | 2006-03-09 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

## Medical History:

Current:

Past:           alcohol abuse

## Death information:

Date of death:      No death

Cause of death:

Post-mortem:

3524

1

CONFIDENTIAL
AZSER12747971

**Subject identifier**
D1447C00126/E1709031

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2006-03-03 (2) | 2006-03-09 (8) | SEDATION(Sedation) | 9.1 | Resolved | Yes | Yes | No | Severe |
| OL | QUETIAPINE 100 | 2006-03-03 (2) | 2006-03-09 (8) | ARTHRALGIA(Athralgia) | 9.1 | Resolved | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 100 | 2006-03-03 (2) | 2006-03-09 (8) | DRY MOUTH(Dry mouth) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 100 | 2006-03-03 (2) | 2006-03-09 (8) | DRY EYE(Dry eyes) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 100 | 2006-03-03 (2) | 2006-03-09 (8) | TREMOR(Tremor) | 9.1 | Resolved | Yes | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

3525

CONFIDENTIAL
AZSER12747972

**Subject identifier**
D1447C00126/E1709031

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Descriptive text:**

NA

3526

3

CONFIDENTIAL
AZSER12747973

**Subject identifier**
D1447C00126/E1709031

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-02-27 (-2) | PreTrt | 5.4 (mmol/L) | 5.1 (%) | 2.50 (mmol/L) | 5.54 (mmol/L)H | 1.04 (mmol/L) | | 161 (g/L) |
| Visit prior to Event | Enrollment | 2006-02-27 (-2) | PreTrt | 5.4 (mmol/L) | 5.1 (%) | 2.50 (mmol/L) | 5.54 (mmol/L)H | 1.04 (mmol/L) | | 161 (g/L) |
| Visit of Event | S13 | 2006-03-09 (8) | QUETIAPINE 100 | 5.4 (mmol/L) | 5.2 (%) | 3.70 (mmol/L)H | 5.28 (mmol/L)H | 1.19 (mmol/L) | | 168 (g/L) |
| Final Study Visit | S13 | 2006-03-09 (8) | QUETIAPINE 100 | 5.4 (mmol/L) | 5.2 (%) | 3.70 (mmol/L)H | 5.28 (mmol/L)H | 1.19 (mmol/L) | | 168 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2006-02-27 (-2) | PreTrt | 267 (10**9/L) | 11.4 (10**9/L) | 8.95 (10**9/L)H | 18 (IU/L) | 12 (IU/L) | 71 (umol/L) | 1.46 (mIU/L) | 17.2 (pmol/L) |
| Visit prior to Event | Enrollment | 2006-02-27 (-2) | PreTrt | 267 (10**9/L) | 11.4 (10**9/L) | 8.95 (10**9/L)H | 18 (IU/L) | 12 (IU/L) | 71 (umol/L) | 1.46 (mIU/L) | 17.2 (pmol/L) |
| Visit of Event | S13 | 2006-03-09 (8) | QUETIAPINE 100 | 275 (10**9/L) | 12.8 (10**9/L) | 10.70 (10**9/L)H | 19 (IU/L) | 14 (IU/L) | 80 (umol/L) | 2.10 (mIU/L) | 16.5 (pmol/L) |
| Final Study Visit | S13 | 2006-03-09 (8) | QUETIAPINE 100 | 275 (10**9/L) | 12.8 (10**9/L) | 10.70 (10**9/L)H | 19 (IU/L) | 14 (IU/L) | 80 (umol/L) | 2.10 (mIU/L) | 16.5 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

3527

4

CONFIDENTIAL
AZSER12747974

Narrative event
DAE

**Subject identifier**
D1447C00126/E1709031

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

3528

5

CONFIDENTIAL
AZSER12747975

**Subject identifier**
D1447C00126/E1709031

Narrative event
DAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2006-01-30 (-31)# | 2006-04-08 (38)# | Yes | LITHIUM | 1200 mg | Bipolar disorder |
| 2006-02-27 (-3) | 2006-04-08 (38)# | Yes | LORAZEPAM | 2.5 mg | Bipolar disorder |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

3529

CONFIDENTIAL
AZSER12747976



| Clinical Study Report: Section 11.3.11 | |
| --- | --- |
| Drug Substance | Quetiapine fumarate |
| Study Code | D1447C00126 |

## Section 11.3.11
## Overdose reports received by AstraZeneca Drug Safety for Study D1447C00126

CONFIDENTIAL
AZSER12747977

# Overdose Reports in Clintrace - Study D1447C00126

**AstraZeneca**

Event Serious Criteria Legend:
F = Fatal, L= Life Threatening, H = Hospitalization, D = Disabling, A = Congenital Abnormality, I = Medically Important

**Protocol/Study ID: D1447C00126**

| Case ID | Centre | Enrollment Screening ID | Patient Randomisation ID | Date of birth | Gender | Suspect Drug Number | Study/Suspect Drug Verbatim | Study/Suspect Drug Start Date | Action Taken | Study Part |
|---|---|---|---|---|---|---|---|---|---|---|
| 2006UW28466 | 0103 | E0103025 | 2680 | -1979 | F | 1 | | 13-Jul-2006 | Not Applicable | |

| Case ID | AE Verbatim | Preferred Term | Onset Date | Date Became Serious | Serious Criteria | Outcome | Date of Death | Suspect Drug Number | Investigator causality |
|---|---|---|---|---|---|---|---|---|---|
| 2006UW28466 | Unintentional Overdose | Accidental overdose | 13-Jul-2006 | | * * * * * * * | | | | 1 |

Narrative: (UNINTENTIONAL OVERDOSE)
A report was received from an investigator concerning a 27 year old female patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.

The patient experienced unintentional overdose from 13-JUL-2006 to 18-AUG-2006. The patient experienced no adverse event.

3531

Date Produced: 22-Feb-2007

CONFIDENTIAL
AZSER12747978


AstraZeneca

## Overdose Reports in Clintrace - Study D1447C00126

| Case ID | Centre | Enrollment Screening ID | Patient Randomisation ID | Date of birth | Gender | Suspect Drug Number | Study/Suspect Drug Verbatim | Outcome | Study/Suspect Drug Start Date | Action Taken | Study Part |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2006UW28468 | 0103 | E0103003 | 5641 | ██ 1980 | M | 1 | | | 27-Feb-2006 | Not Applicable | |

| Case ID | AE Verbatim | Preferred Term | Onset Date | Date Became Serious | Serious Criteria | | Date of Death | Suspect Drug Number | Investigator causality |
|---|---|---|---|---|---|---|---|---|---|
| 2006UW28468 | Unintentional Overdose | Accidental overdose | 27-Feb-2006 | | * * * * * * * | | | | 1 |

Narrative: (UNINTENTIONAL OVERDOSE)
A report was received from an investigator concerning a 25-year-old male patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.

The patient experienced unintentional overdose from 27-FEB-2006 to 13-MAR-2006. The patient experienced no adverse event.

Page 2 of 20

3532

Date Produced: 22-Feb-2007

CONFIDENTIAL
AZSER12747979

AstraZeneca

# Overdose Reports in Clintrace - Study D1447C00126

| Case ID | Centre | Enrollment Screening ID | Patient Randomisation ID | Date of birth | Gender | Suspect Drug Number | Study/Suspect Drug Verbatim | Action Taken | Study Part |
|---|---|---|---|---|---|---|---|---|---|
| 2005UW19412 | 0118 | E0118017 | 5611 | ██ ██ 1951 | M | 1 | | Not Applicable | |

| Case ID | AE Verbatim | Preferred Term | Onset Date | Date Became Serious | Serious Criteria | Outcome | Study/Suspect Drug Start Date | Date of Death | Suspect Drug Number | Investigator causality |
|---|---|---|---|---|---|---|---|---|---|---|
| 2005UW19412 | Possible Overdose | Overdose | 14-Dec-2005 | 14-Dec-2005 | * * * * * I | | | | 1 | No |

Narrative: (POSSIBLE OVERDOSE)
A report was received from an investigator concerning a 55-year-old male patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.

The patient began study drug and experienced possible overdose, which started on 14-Dec-2005. It was coincidentally discovered that the patient was enrolled at another site for another Quetiapine Fumarate study. The patient was discontinued from the study.

The event was considered serious due to medically important.

The investigator considered the event to be unrelated to the study therapy.

The company physician considered the event to be unrelated to the study therapy.

11-DEC-2006: When the study was unblinded on 07-DEC-2006 it was determined that the patient received Seroquel 400 mg orally and Valproate.

Date Produced: 22-Feb-2007

Page 3 of 20

3533

CONFIDENTIAL
AZSER12747980

AstraZeneca

## Overdose Reports in Clintrace - Study D1447C00126

| Case ID | Centre | Enrollment Screening ID | Patient Randomisation ID | Date of birth | Gender | Suspect Drug Number | Study/Suspect Drug Verbatim | Study/Suspect Drug Start Date | Action Taken | Study Part |
|---|---|---|---|---|---|---|---|---|---|---|
| 2005AP05729 | 0202 | E0202002 | 002 | 20 1946 | M | 1 | | 08-Jun-2005 | No Change | |
| 2005AP05729 | 0202 | E0202002 | 002 | 1946 | M | 1 | | | No Change | |

| Case ID | AE Verbatim | Preferred Term | Onset Date | Date Became Serious | Serious Criteria | Outcome | Date of Death | Suspect Drug Number | Investigator causality |
|---|---|---|---|---|---|---|---|---|---|
| 2005AP05729 | Overdose | Intentional overdose | 08-Jun-2005 | | * * * * * * | Recovery Without Sequelae | | | 1 |

Narrative: (OVERDOSE)
A report was received from an investigator concerning a 59 year old male patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.

The patient began study drug and experienced overdose which started on 08-JUN-2005. The patient recovered without sequelae.

3534

Date Produced: 22-Feb-2007

CONFIDENTIAL
AZSER12747981



## Overdose Reports in Clintrace - Study D1447C00126

| Case ID | Centre | Enrollment Screening ID | Patient Randomisation ID | Date of birth | Gender | Suspect Drug Number | Study/Suspect Drug Verbatim | Study/Suspect Drug Start Date | Action Taken | Study Part |
|---------|--------|------------------------|-------------------------|---------------|--------|---------------------|------------------------------|-------------------------------|--------------|------------|
| 2005AP03186 | 0203 | E0203007 | 007 | REDACTED 1964 | M | 1 | | 17-Mar-2005 | Dose Reduced | |
| 2005AP03186 | 0203 | E0203007 | 007 | 1964 | M | 1 | | 20-Apr-2005 | Dose Reduced | |
| 2005AP03186 | 0203 | E0203007 | 007 | 1964 | M | 1 | | 30-Mar-2005 | Dose Reduced | |
| 2005AP03186 | 0203 | E0203007 | 007 | 1964 | M | 1 | | | Dose Reduced | |

| Case ID | AE Verbatim | Preferred Term | Onset Date | Date Became Serious | Serious Criteria | Suspect Drug Number | Outcome | Date of Death | Suspect Drug Number | Investigator causality |
|---------|-------------|----------------|------------|---------------------|------------------|---------------------|---------|---------------|---------------------|------------------------|
| 2005AP03186 | Unintentional Overdose | Accidental overdose | 17-Mar-2005 | | * * * * * * * | | Recovery Without Sequelae | | | 1 |

Narrative: [UNINTENTIONAL OVERDOSE]
A report was received from an investigator concerning a 40 year old male patient enrolled in study D1447C00126.

The patient began study drug and experienced unintentional overdose which started on 17-MAR-2005. The patient recovered without sequelae.

3535

Date Produced: 22-Feb-2007

CONFIDENTIAL
AZSER12747982



AstraZeneca

## Overdose Reports in Clintrace - Study D1447C00126

| Case ID | Centre | Enrollment Screening ID | Patient Randomisation ID | Date of birth | Gender | Suspect Drug Number | Study/Suspect Drug Verbatim | Outcome | Study/Suspect Drug Start Date | Action Taken | Study Part |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2006AP06153 | 0203 | E0203008 | 4006 | 11 20 1963 | F | 1 | | | 19-Apr-2006 | Drug Withdrawn | |

| Case ID | AE Verbatim | Preferred Term | Onset Date | Date Became Serious | Serious Criteria | | Date of Death | Suspect Drug Number | Investigator causality |
|---|---|---|---|---|---|---|---|---|---|
| 2006AP06153 | Unintentional Overdose | Overdose | | | * * * * * * * | | | | 1 |

Narrative: {UNINTENTIONAL OVERDOSE}
A report was received from an investigator concerning a female patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.

The patient began study drug on 19-APR-2006 and experienced unintentional overdose.

Date Produced: 22-Feb-2007

Page 6 of 20

3536

CONFIDENTIAL
AZSER12747983

 AstraZeneca

## Overdose Reports in Clintrace - Study D1447C00126

| Case ID | Centre | Enrollment Screening ID | Patient Randomisation ID | Date of birth | Gender | Suspect Drug Number | Study/Suspect Drug Verbatim | Study/Suspect Drug Start Date | Action Taken | Study Part |
|---|---|---|---|---|---|---|---|---|---|---|
| 2005AP05332 | 0205 | E0205003 | 003 | 1969 | F | 1 | | 16-Aug-2005 | No Change | |

| Case ID | AE Verbatim | Preferred Term | Onset Date | Date Became Serious | Serious Criteria | Outcome | Date of Death | Suspect Drug Number | Investigator causality |
|---|---|---|---|---|---|---|---|---|---|
| 2005AP05332 | Intentional Overdose | Intentional overdose | 16-Aug-2005 | | * * * * * * | Recovery Without Sequelae | | | 1 |

Narrative: [INTENTIONAL OVERDOSE]
A report was received from an investigator concerning a female patient enrolled in study D1447C00126.

The patient began study drug on 16-AUG-2005 and experienced intentional overdose which started on 16-AUG-2005. The patient recovered without sequelae.

Date Produced: 22-Feb-2007

Page 7 of 20

3537

CONFIDENTIAL
AZSER12747984

 AstraZeneca

## Overdose Reports in Clintrace - Study D1447C00126

| Case ID | Centre | Enrollment Screening ID | Patient Randomisation ID | Date of birth | Gender | Suspect Drug Number | Study/Suspect Drug Verbatim | Outcome | Study/Suspect Drug Start Date | Action Taken | Study Part |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2005AP05732 | 0209 | E0209001 | | ▮▮▮-1948 | M | 1 | | | 19-May-2004 | | |

| Case ID | AE Verbatim | Preferred Term | Onset Date | Date Became Serious | Serious Criteria | | Date of Death | Suspect Drug Number | Investigator causality |
|---|---|---|---|---|---|---|---|---|---|
| 2005AP05732 | Unintentional Overdose | Accidental overdose | ??-May-2004 | | * * * * * * * | | | 1 | 1 |

Narrative: (UNINTENTIONAL OVERDOSE)
A report was received from an investigator concerning a 56 year old male patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.

The patient began study drug on 19-MAY-2004 and experienced unintentional overdose which started during May 2004.

3538

Date Produced: 22-Feb-2007

CONFIDENTIAL
AZSER12747985

AstraZeneca

## Overdose Reports in Clintrace - Study D1447C00126

| Case ID | Centre | Enrollment Screening ID | Patient Randomisation ID | Date of birth | Gender | Suspect Drug Number | Study/Suspect Drug Verbatim | Study/Suspect Drug Start Date | Action Taken | Study Part |
|---|---|---|---|---|---|---|---|---|---|---|
| 2006AP06154 | 0211 | E0211002 | 4026 | **RE** 1970 **DA** | M | 1 | | 08-Nov-2005 | Not Applicable | |
| 2006AP06154 | 0211 | E0211002 | 4026 | 1970 | M | 1 | | 15-Feb-2006 | Not Applicable | |

| Case ID | AE Verbatim | Preferred Term | Onset Date | Date Became Serious | Serious Criteria | Outcome | Date of Death | Suspect Drug Number | Investigator causality |
|---|---|---|---|---|---|---|---|---|---|
| 2006AP06154 | Multiple Episodes Of Unintentional Overdose | Accidental overdose | 08-Nov-2005 | | * * * * * * | Recovery Without Sequelae | | 1 | |

Narrative: (MULTIPLE EPISODES OF UNINTENTIONAL OVERDOSE)
A report was received from an investigator concerning a 35 year old male patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.

The patient began study drug on 08-NOV-2005 and experienced multiple episodes of unintentional overdose which started on 08-NOV-2005. The patient recovered without sequelae.

3539

Date Produced: 22-Feb-2007

Page 9 of 20

CONFIDENTIAL
AZSER12747986

AstraZeneca

## Overdose Reports in Clintrace - Study D1447C00126

| Case ID | Centre | Enrollment Screening ID | Patient Randomisation ID | Date of birth | Gender | Suspect Drug/Number | Study/Suspect Drug Verbatim | Study/Suspect Drug Start Date | Action Taken | Study Part |
|---|---|---|---|---|---|---|---|---|---|---|
| 2005AC00332 | 0302 | E0302003 | | [ ] 2[ ] 1966 | F | 1 | | 08-Nov-2004 | Dose Reduced | |

| Case ID | AE Verbatim | Preferred Term | Onset Date | Date Became Serious | Serious Criteria | Outcome | Date of Death | Suspect Drug/Number | Investigator causality |
|---|---|---|---|---|---|---|---|---|---|
| 2005AC00332 | Prescribed A Dose Of 1000 Mg Because Response Related To Dose Of 800 Mg Was Not Sufficient | Prescribed overdose | 08-Nov-2004 | | * * * * * * | | | | 1 |

Narrative: [PRESCRIBED A DOSE OF 1000 MG BECAUSE RESPONSE RELATED TO DOSE OF 800 MG WAS NOT SUFFICIENT]
A report was received from an investigator concerning a 38 year old female patient enrolled in study D1447C00126.

The patient was prescribed a dose of 1000 mg from the 08-Nov-2004 because response related to dose of 800 mg was not sufficient.   The patient experienced an improvement of symptoms with 1000 mg.  Patient needed temporary increase in dose but experienced no apparent associated AE.  The medically prescribed overdose was stopped on the 06-Dec-2004.

3540

Date Produced: 22-Feb-2007

Page 10 of 20

CONFIDENTIAL
AZSER12747987

AstraZeneca

## Overdose Reports in Clintrace - Study D1447C00126

| Case ID | Centre | Enrollment Screening ID | Patient Randomisation ID | Date of birth | Gender | Suspect Drug Number | Study/Suspect Drug Verbatim | Study/Suspect Drug Start Date | Action Taken | Study Part |
|---|---|---|---|---|---|---|---|---|---|---|
| 2006AC00189 | 0302 | E0302006 | | 1961 | M | 1 | | 10-Jun-2005 | No Change | |

| Case ID | AE Verbatim | Preferred Term | Onset Date | Date Became Serious | Serious Criteria | Outcome | Date of Death | Suspect Drug Number | Investigator causality |
|---|---|---|---|---|---|---|---|---|---|
| 2006AC00189 | Medication Error | Medication error | 10-Jun-2005 | | * * * * * * | | | 1 | |
| 2006AC00189 | Un-intentional Overdose | Accidental overdose | 10-Jun-2005 | | * * * * * * | | | 1 | |

Narrative: (UN-INTENTIONAL OVERDOSE, MEDICATION ERROR)
A report was received from an investigator concerning a male patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.

The patient began study drug on 10-JUN-2005 and experienced un-intentional overdose which started on 10-JUN-2005 and medication error which started on 10-JUN-2005. No Adverse Event was experienced.

Date Produced: 22-Feb-2007

Page 11 of 20

3541

CONFIDENTIAL
AZSER12747988

 AstraZeneca

## Overdose Reports in Clintrace - Study D1447C00126

| Case ID | Centre | Enrollment Screening ID | Patient Randomisation ID | Date of birth | Gender | Suspect Drug Number | Study/Suspect Drug Verbatim | Study/Suspect Drug Start Date | Action Taken | Study Part |
|---|---|---|---|---|---|---|---|---|---|---|
| 2006AC00534 | 0302 | E0302007 | | 1957 | M | 1 | | 04-Jan-2006 | | |
| 2006AC00534 | 0302 | E0302007 | | 1957 | M | 1 | | 10-Jan-2006 | | |

| Case ID | AE Verbatim | Preferred Term | Onset Date | Date Became Serious | Serious Criteria | Outcome | Date of Death | Suspect Drug Number | Investigator causality |
|---|---|---|---|---|---|---|---|---|---|
| 2006AC00534 | Intentional Overdose | Intentional overdose | 04-Jan-2006 | | * * * * * * | | | | 1 |

Narrative: (INTENTIONAL OVERDOSE)
A report was received from an investigator concerning a 49 year old male patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.

The patient began study drug on 04-JAN-2006 and experienced intentional overdose which started on 04-JAN-2006.

3542

Date Produced: 22-Feb-2007

CONFIDENTIAL
AZSER12747989

AstraZeneca

## Overdose Reports in Clintrace - Study D1447C00126

| Case ID | Centre | Enrollment Screening ID | Patient Randomisation ID | Date of birth | Gender | Suspect Drug/Number | Study/Suspect Drug Verbatim | Serious Criteria | Outcome | Study/Suspect Drug Start Date | Action Taken | Study Part |
|---------|--------|------------------------|--------------------------|---------------|--------|---------------------|-----------------------------|------------------|---------|-------------------------------|--------------|------------|
| 2005SE06095 | 0802 | E0802010 | | ▮1984 | F | 1 | | | | 29-Aug-2005 | | |

| Case ID | AE Verbatim | Preferred Term | Onset Date | Date Became Serious | Serious Criteria | Outcome | Date of Death | Suspect Drug/Number | Investigator causality |
|---------|-------------|----------------|------------|---------------------|------------------|---------|---------------|---------------------|------------------------|
| 2005SE06095 | Intentional Overdose | Prescribed overdose | 29-Aug-2005 | | * * * * * * | | | 1 | 1 |

Narrative: (INTENTIONAL OVERDOSE)
A report was received from an investigator concerning a 20 year old female patient enrolled in study D1447C00126, a multicenter, randomized, parallel-group, double-blind, phase iii comparison of the efficacy and safety of quetiapine fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to placebo when used as adjunct to mood stabilizers (lithium or valproate) in the maintenance treatment of bipolar i disorder in adult patients.

The patient's acute manic episode was treated with extra dose quetiapine prior to enrollment. Between 29-AUG-2005 and 19-SEP-2005, the patient's daily dose was 1000 mg. There were no associated AEs.

3543

Page 13 of 20

CONFIDENTIAL
AZSER12747990

![AstraZeneca logo]

# Overdose Reports in Clintrace - Study D1447C00126

| Case ID | Centre | Enrollment Screening ID | Patient Randomisation ID | Date of birth | Gender | Suspect Drug Number | Study/Suspect Drug Verbatim | Study/Suspect Drug Start Date | Action Taken | Study Part |
|---|---|---|---|---|---|---|---|---|---|---|
| 2005SE05948 | 0802 | E0802012 | | 1955 | M | 1 | | 19-Sep-2005 | | |

| Case ID | AE Verbatim | Preferred Term | Onset Date | Date Became Serious | Serious Criteria | Outcome | Date of Death | Suspect Drug Number | Investigator causality |
|---|---|---|---|---|---|---|---|---|---|
| 2005SE05948 | Intentional Overdose | Prescribed overdose | 19-Sep-2005 | | * * * * * * | | | 1 | 1 |

Narrative: (INTENTIONAL OVERDOSE)
A report was received from an investigator concerning a 50 year old male patient enrolled in study D1447C00126, a multicenter, randomized, parallel-group, double-blind, phase iii comparison of the efficacy and safety of quetiapine fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to placebo when used as adjunct to mood stabilizers (lithium or valproate) in the maintenance treatment of bipolar I disorder in adult patients.

The patient's acute manic episode was treated with extra dose quetiapine. Between 19-SEP-2005 and 11-OCT-2005, the patient's daily dose was 900 mg. There were no associated AEs.

3544

Page 14 of 20

Date Produced: 22-Feb-2007

CONFIDENTIAL
AZSER12747991

AstraZeneca

# Overdose Reports in Clintrace - Study D1447C00126

| Case ID | Centre | Enrollment Screening ID | Patient Randomisation ID | Date of birth | Gender | Suspect Drug Number | Study/Suspect Drug Verbatim | Study/Suspect Drug Start Date | Action Taken | Study Part |
|---|---|---|---|---|---|---|---|---|---|---|
| 2006SE01258 | 0805 | E0805016 | | REDACTED 1972 | F | 1 | | 01-Dec-2005 | Not Applicable | |
| 2006SE01258 | 0805 | E0805016 | | 1972 | F | 1 | | 03-Nov-2005 | Not Applicable | |
| 2006SE01258 | 0805 | E0805016 | | 1972 | F | 1 | | [REDACTED]-2006 | Not Applicable | |

| Case ID | AE Verbatim | Preferred Term | Onset Date | Date Became Serious | Serious Criteria | Outcome | Date of Death | Suspect Drug Number | Investigator causality |
|---|---|---|---|---|---|---|---|---|---|
| 2006SE01258 | Intentional Overdose | Intentional overdose | REDACTED -2006 | REDACTED -2006 | F * * * * * | Died | [REDACTED]-2 006 | 1 | |
| 2006SE01258 | Suicide | Completed suicide | [REDACTED]-2006 | -2006 | F * * * * * | Died | -2 006 | 1 | No |

Narrative: (INTENTIONAL OVERDOSE, SUICIDE)

A report has been received from an investigator concerning a 34 years old female patient enrolled in study D1447C00126, a phase III comparison of the efficacy and safety of quetiapine fumarate (400 to 800 mg daily) to placebo when used as adjunct to mood stabilizers (lithium or valproate) in the maintenance treatment of bipolar I disorder in adult patients.

Concomitant drugs included lithium carbonate for bipolar disorder, clonazepam for bipolar disorder, cinolazepam for insomnia and fluoxetine hydrochloride for bipolar disorder.

The patient had a history of tonsillectomy.

The patient started study drug on 03-Nov-2005 (stabilization phase of study). Three months later, on [REDACTED]-2006, the patient took open-label study drug (13.6 grams) in order to commit suicide. No other medications, alcohol or additive drugs were involved. The patient was found dead on [REDACTED]-2006. No resuscitation was performed. There were no symptoms leading to suicide according to the investigator, although the patient had a history of previous suicide attempts.

The investigator considered the act of committing suicide to be unrelated to the study drug.
A company physician considered the fatal outcome as possibly related to study drug.

Summary of follow-up information received by AstraZeneca on 07-Mar-2006: Dose of study drug at suicide provided. No other medications or alcohol were involved in the suicide. Information that the patient previous history of suicide attempts added.

CONFIDENTIAL
AZSER12747992

AstraZeneca

## Overdose Reports in Clintrace - Study D1447C00126

| Case ID | Centre | Enrollment Screening ID | Patient Randomisation ID | Date of birth | Gender | Suspect Drug Number | Study/Suspect Drug Verbatim | Study/Suspect Drug Start Date | Study Part |
|---|---|---|---|---|---|---|---|---|---|
| 2006AC01495 | 1311 | E1311008 | 4865 | [  ] 1961 | F | 1 | | 09-Mar-2005 | |

| Case ID | AE Verbatim | Preferred Term | Onset Date | Date Became Serious | Serious Criteria | Outcome | Date of Death | Suspect Drug Number | Investigator causality |
|---|---|---|---|---|---|---|---|---|---|
| 2006AC01495 | The Patient Was Taking 900 Mg Of Quetiapine Because Of Therapeutic Reasons | Intentional overdose | 09-Mar-2005 | | * * * * * * | | | | 1 |

Narrative: {THE PATIENT WAS TAKING 900 MG OF QUETIAPINE BECAUSE OF THERAPEUTIC REASONS}
A report was received from an investigator concerning a 43 year old female patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.

On 09-MAR-2005 the patient began taking 900 mg of quetiapine daily because of therapeutic reasons. The patient stopped taking quetiapine at 900 mg daily on 19-Apr-2006.

Date Produced: 22-Feb-2007

3546

CONFIDENTIAL
AZSER12747993

AstraZeneca

# Overdose Reports in Clintrace - Study D1447C00126

| Case ID | Centre | Enrollment Screening ID | Patient Randomisation ID | Date of birth | Gender | Suspect Drug Number | Study/Suspect Drug Verbatim | Study/Suspect Drug Start Date | Action Taken | Study Part |
|---|---|---|---|---|---|---|---|---|---|---|
| 2006AC01355 | 1311 | E1311012 | 4866 | [REDA] 1941 | M | 1 | | 12-Aug-2005 | Dose Reduced | |
| 2006AC01355 | 1311 | E1311012 | 4866 | 1941 | M | 1 | | 18-Jul-2005 | Dose Reduced | |

| Case ID | AE Verbatim | Preferred Term | Onset Date | Date Became Serious | Serious Criteria | Outcome | Date of Death | Suspect Drug Number | Investigator causality |
|---|---|---|---|---|---|---|---|---|---|
| 2006AC01355 | Sedation | Sedation | 12-Aug-2005 | | * * * * * * | | | 1 | |
| 2006AC01355 | Intentional Overdose | Intentional overdose | 18-Jul-2005 | | * * * * * * | | | 1 | |

Narrative: (INTENTIONAL OVERDOSE, SEDATION)
A report was received from an investigator concerning a 64 year old male patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.

The patient began taking 900 mg of Seroquel on the 18-JUL-2005, because of therapeutic reasons and experienced intentional overdose which started on 18-JUL-2005. The patient stopped receiving 900 mg of Seroquel on the 11-AUG-2005. The patient experience sedation which started on the 12-AUG-2005 and the patient's dosage of Seroquel was reduced to 600 mg.

The reporter assessed the sedation as non-serious.

CONFIDENTIAL
AZSER12747994



## Overdose Reports in Clintrace - Study D1447C00126

| Case ID | Centre | Enrollment Screening ID | Patient Randomisation ID | Date of birth | Gender | Onset Date | Date Became Serious | Suspect Drug Number | Study/Suspect Drug Verbatim | Serious Criteria | Outcome | Study/Suspect Drug Start Date | Action Taken | Date of Death | Suspect Drug Number | Investigator causality | Study Part |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2006CG00943 | 1709 | E1709025 | | REDACTED | F | 1973 | | 1 | | F * * * * | Died | ??-Jul-2002 | Not Applicable | | | | |
| 2006CG00943 | 1709 | E1709025 | | | F | 1973 | | 2 | | F * * * * | Died | 02-Feb-2006 | Not Applicable | | | | |
| 2006CG00943 | 1709 | E1709025 | | | F | 1973 | | 2 | | F * * * * | Died | 20-Feb-2006 | Not Applicable | | | | |
| 2006CG00943 | 1709 | E1709025 | | | F | 1973 | | 2 | | F * * * * | Died | 21-Feb-2006 | Not Applicable | | | | |
| 2006CG00943 | 1709 | E1709025 | | | F | 1973 | | 2 | | F * * * * | Died | 30-Jan-2006 | Not Applicable | | | | |
| 2006CG00943 | 1709 | E1709025 | | | F | 1973 | | 2 | | F * * * * | Died | 31-Jan-2006 | Not Applicable | | | | |

| Case ID | AE Verbatim | Preferred Term | Onset Date | Date Became Serious | Suspect Drug Number | Date of Death | Suspect Drug Number | Investigator causality | Study Part |
|---|---|---|---|---|---|---|---|---|---|
| 2006CG00943 | Multiple Drug Overdose | Multiple drug overdose intentional | -2006 | | | 006-2 | 1 | Yes | |
| 2006CG00943 | Multiple Drug Overdose | Multiple drug overdose intentional | -2006 | REDACTED | | 006-2 | 2 | No | |
| 2006CG00943 | Suicide | Completed suicide | -2006 | | | 006-2 | 1 | Yes | |
| 2006CG00943 | Suicide | Completed suicide | -2006 | | | 006-2 | 2 | No | |

Narrative: (MULTIPLE DRUG OVERDOSE, SUICIDE)A report was received from a legal expert physician, then from an investigator and a legal expert biologist concerning a 33-year-old female patient enrolled in study D1447C00126, a Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.

Concomitant drugs included lorazepam for bipolar disorder and lactulose for constipation.
The patient's medical history included previous ideation and attempt of suicide, constipation (non-serious adverse event), dizziness (non-serious adverse event), oculogyric crisis (non-serious adverse event) and acute cervitis.

In July 2002, the patient started Depakote (valproate semisodium). On 31 January 2006, she entered in the pre-randomisation treatment period and began study drug Seroquel (quetiapine).

On ████ 2006, i.e. 16 weeks and three days after starting study therapy, the patient was found dead at home. The date of death was reported as being ██ 2██ 2006. Autopsy was scheduled on 31 May 2006.

The investigator reported a multiple drug overdose with Seroquel and Depakote, and stated that the probable cause of death was suicide. He also stated that bipolar disorder was a major cause of suicide.
The investigator considered the events to be unrelated to Seroquel and to be related to Depakote.

Follow up information received on 14 June 2006: Event changed from death to suicide. Added investigator's causality assessment of NO for Seroquel. Narrative updated accordingly.

Follow up information received on 29 June 2006: suicidality data collection form completed. Start date of Depakote, medical history and cause of suicide added. Narrative updated accordingly.

Corrected report: multiple drug overdose added as serious adverse event

Date Produced: 22-Feb-2007

Page 18 of 20

3548

CONFIDENTIAL
AZSER12747995

AstraZeneca

## Overdose Reports in Clintrace - Study D1447C00126

| Case ID | Centre | Enrollment Screening ID | Patient Randomisation ID | Date of birth | Gender | Suspect Drug Number | Study/Suspect Drug Verbatim | Study/Suspect Drug Start Date | Action Taken | Study Part |
|---------|--------|------------------------|--------------------------|---------------|--------|---------------------|------------------------------|-------------------------------|--------------|------------|
| 2005AP01125 | 210 | E0210001 | 001 | RD- 1957 | M | 1 | | | No Change | |
| 2005AP01125 | 210 | E0210001 | 001 | RE- 1957 | M | 1 | | 23-Dec-2004 | No Change | |

| Case ID | AE Verbatim | Preferred Term | Onset Date | Date Became Serious | Serious Criteria | Outcome | Date of Death | Suspect Drug Number | Investigator causality |
|---------|-------------|----------------|------------|---------------------|------------------|---------|---------------|---------------------|------------------------|
| 2005AP01125 | Overdose | Accidental overdose | 23-Dec-2004 | | * * * * * * | Recovery Without Sequelae | | 1 | |

Narrative: (OVERDOSE)
A report was received from an investigator concerning a 47 year old male patient enrolled in study D1447C00126.

The patient began study drug and experienced overdose which started on 23-DEC-2004. The patient recovered without sequelae.

3549

Date Produced: 22-Feb-2007

Page 19 of 20

CONFIDENTIAL
AZSER12747996

AstraZeneca

## Overdose Reports in Clintrace - Study D1447C00126

| Case ID | Centre | Enrollment Screening ID | Patient Randomisation ID | Date of birth | Gender | Suspect Drug Number | Study/Suspect Drug Verbatim | Study/Suspect Drug Start Date | Action Taken | Study Part |
|---------|--------|------------------------|-------------------------|---------------|--------|--------------------|-----------------------------|-------------------------------|--------------|------------|
| 2006SE05478 | 802 | E0802011 | | ██ 20 1951 | M | 1 | | | | |

| Case ID | AE Verbatim | Preferred Term | Onset Date | Date Became Serious | Serious Criteria | Outcome | Date of Death | Suspect Drug Number | Investigator causality |
|---------|-------------|----------------|------------|--------------------|--------------------|---------|---------------|--------------------|------------------------|
| 2006SE05478 | Intentional Overdose | Intentional overdose | 14-Feb-2006 | | * * * * * * * | | | 1 | 1 |

Narrative: {INTENTIONAL OVERDOSE}
A report was received from an investigator concerning a 54 year old male patient enrolled in study D1447C00126, A Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (400 to 800 mg daily) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.

The patient began study study drug and experienced intentional overdose which started on 14-FEB-2006.

3550

Date Produced: 22-Feb-2007

Page 20 of 20

CONFIDENTIAL
AZSER12747997

D1447C00126
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

Page 1 of 51

| Study/ Patient | Pha- se | Age/Sex/ Baseline BMI | Treat- ment (Days On Treat- ment) | Adverse Event PT## (Start/Sto p Day*) | Medical History | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0101014 | OL | 32/Female /33.9 | OL QTP (183) | DIABETES MELLITUS (169/UNK) | Back pain | Diazepines /Oxazepines and Thiazepine s)/ QUETIAPINE FUMARATE (UNK/-1) /PRE /OL | Enrolime nt | 93.00(-6)F | YES | 5.7(-6) | 96(-6) |
| | | | | | | | Week 1 | | | | 95(11) |
| | | | | | | Other Antiepilep tics/ LAMOTRIGIN E (1?/159 OL) /PRE | Week 1 | | | | |
| | | | | | | Fatty Acid Derivative s/ VALPROATE SEMISODIUM (-31 /16) /PRE OL | Week 12 | 131.00H(85 )F | YES | 6.4(85) | 95(85) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
 # All prior and concomitant medications are listed.
 ## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3551

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031201.lst  all.sas  07JUN2007:10:14  luchen

CONFIDENTIAL
AZSER12747998

11.3.12-1 Patients with diabetes-related adverse events
D1447c00126
Open-label safety population

| Study/ Patient | Pha- se | Age/Sex/ Baseline BMI | Treat- ment (Days One Treat- ment) | Adverse Event PT## (Start/Stop Day*) | Medical History | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0101014 | OL | 32/Female /33.9 | OL QTP (183) | | | Other Centrally Acting Agents/ CYCLOBENZA PRINE HYDROCHLOR IDE (1 /2) | Week 24 | 114.00(163 )F | YES | 6.6 (163) | 99(163) |
| | | | | | | Propionic Acid Derivative s/ IBUPROFEN (1 /4) | Week 24 | 85.00(191) F | YES | 6.2(191) | 98(191) |
| | | | | | | Propionic Acid Derivative IBUPROFEN (5 /18) | Mean (post-en rollment ) | 110.00 | | 6.4 | 97 |
| | | | | | | Aminoalkyl Ethers/ DIPHENHYDR AMINE (9 /11) | | | | | |

* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.

3552

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031201.lst   all.sas   07JUN2007:10:14   luchen

CONFIDENTIAL
AZSER12747999

D1447C00126

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha- se | Age/Sex/ Baseline BMI | Treat- ment (Days One Treat- ment) | Adverse Event PT## (Start/Sto Day*) | Medical History | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0101014 | OL | 32/Female /33.9 | OL QTP (183) | | | Natural Opium Alkaloids/ | | | | | |
| | | | | | | OXYCODONE (13 /27) | | | | | |
| | | | | | | Fatty Acid Derivative s/ VALPROATE SEMISODIUM (17 /213) | | | | | |
| | | | | | | Ace Inhibitors , Plain/ QUINAPRIL HYDROCHLOR IDE (169 /213) | | | | | |
| | | | | | | Sulfonamid es, Urea Derivative s/ GLIPIZIDE (169 /213) | | | | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

3553

/csre/prod/seroquel/di447c00126/sp/output/tif/ti10311201.lst  all.sas  07JUN2007:10:14  luchen

CONFIDENTIAL
AZSER12748000

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population
D1447c00126

| Study/Patient | Pha-se | Age/Sex/Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event PT## (Start/Stop Day*) | Medical History | Medication Class/Generic Name (Start/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0119015 | OL | 49/Male /42.5 | OL QTP (113) | DIABETES MELLITUS (-90/UNK) | Ingrown toenails | Bulk Producers/ PLANTAGO OVATA /UNK/UNK) /PRE OL | Enrollment | 95.00(-120 )F | YES | 6.1(-120) | 146(-120) |
| | | | | | | | | | | | 163(-105) |
| | | | | | Varicose veins both legs | Platelet Aggregatio n Inhibitors Excl Heparin/ ACETYLSALI CYLIC ACID /UNK/UNK) /PRE OL | Week 1 | | | | |
| | | | | | Patches of thickend skin both legs | Diazepines And Thiazepine s QUETIAPINE FUMARATE /-122/ -114) /PRE OL | Week 12 | 109.00(-29 )F | YES | 6.8(-29) | 162(-29) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from last dose of OL QTP for non-randomized patients and from last dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
\# All prior and concomitant medications are listed
\#\# All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3554

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031201.lst  all.sas  07JUN2007:10:14  luchen

CONFIDENTIAL
AZSER12748001

D1447C00126
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/Patient | Pha-se | Age/Sex/Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event PT## (Start/Sto Day*) | Medical History | Medication Class/Generic Name## (Start/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0119015 | OL | 49/Male /42.5 | OL_QTP (113) | | C-6 fracture | Fatty Acid Derivative/ VALPROATE SEMISODIUM (-122 /171) /PRE OL | Mean (post-en rollment ) | 109.00 | | 6.8 | 163 |
| | RD | 49/Male /48.1 | PLA+VAL (141) | | Hemorrhoid s | Combs Of Penicillin Beta-Lacta mase Inhibitor/ AMOXICILLI N (-106 /-54) | At randomiz ation | 109.00(-29 )F | YES | 6.8(-29) | |
| | | | | | Dyslipider mia | Biguanides/ METFORMIN (-90 /140) | At randomiz ation | | | | 165(-1) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All AEs for potentially associated with diabetes listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

3555

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031201.lst  all.sas  07JUN2007:10:14  luchen

CONFIDENTIAL
AZSER12748002

D1447c00126
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event PT## (Start/Sto p Day*) | Medical History | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0119015 | RD | 49/Male /48.1 | PLA+VAL (141) | | Chronic obstructiv e pulmonary disease | Ace Inhibitors ; Plain/ LISINOPRIL (-90 /171) | Week 4 | | | | 163(28) |
| | | | | | Obesity | Coxibs/ CELECOXIB (-85 /171) | Week 8 | | | | 161(57) |
| | | | | | | Propionic Acid Derivative s/ NAPROXEN (97 /171) | Week 12 | 121.00(3)F | YES | 6.9(3) | |
| | | | | | | Biguanides/ METFORMIN (141 /171) | Week 12 | 138.00H(87 )F | YES | 6.8(87) | 161(87) |
| | | | | | | | Week 28 | 116.00(141 )F | YES | 6.9(141) | 165(141) |

* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031201.lst all.sas 07JUN2007:10:14 luchen

3556

CONFIDENTIAL
AZSER12748003

D1447C00126

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days One Treat-ment) | Adverse Event Term## (Start/Sto p Day*) | Medical History | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0119015 | RD | 49/Male /48.1 | PLA+VAL (141) | | | | Mean (post-ra ndomizat ion) | 125.00 | | 6.9 | 163 |
| D1447C00126 /E0129027 | OL | 31/Male /37.3 | OL QTP (238) | HYPERINSUL INAEMIA (-154/UNK) | Obesity | Amino Acids/ (UNK/UNK) /PRE OL | Enrollme nt | | | 4.9(-245) | 114(-245) |
| | | | | | | Benzodiaze pine Derivative s/ ALPRAZOLAM | Week 1 | | | | 113(-231) |
| | | | | | | (UNK/UNK) /PRE OL | | | | | |
| | | | | | | Combinatio ns Of Vitamins/ VITAMINS NOS (UNK/UNK) /PRE OL | Week 1 | | | | 116(-231) |
| | | | | | | | Week 12 | 108.00(-15 4)F | NO | 4.9(-154) | 119(-154) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from lst dose of OL QTP for non-randomized patients and from lst dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3557

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031201.lst  all.sas  07JUN2007:10:14  luchen

CONFIDENTIAL
AZSER12748004

D1447C00126
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha- se | Age/Sex/ Baseline BMI | Treat- ment (Days One Treat- ment) | Adverse Event PT## (Start/Sto Day*) | Medical History | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0129027 | OL | 31/Male /37.3 | OL QTP (238) | | | | Week 24 | 102.00(-70) )F | NO | 5.0(-70) | 122 (-70) |
| | | | | | | | Mean (post-en rollment ) | 105.00 | | 5.0 | 118 |
| | RD | 32/Male /38.4 | QTP+VAL (34) | | | | At randomiz ation | 83.00(1)F | YES | 5.1(1) | 118 (1) |
| | | | | | | | Week 4 | | | | 118(34) |
| | | | | | | | Week 8 | | | | 119(57) |
| | | | | | | | Week 12 | 90.00(57)F | NO | 5.0(57) | |
| | | | | | | | Mean (post-ra ndomizat ion) | 90.00 | | 5.0 | 119 |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
 * to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 ** Blood sampling >8 hours after last meal, i.e. documented fasting.
 # All medications listed are concomitant medications.
 ## All AEs potentially associated with diabetes mellitus.
 F=Glucose fasting; R=Glucose non-fasting (random).

3558

/csre/prod/seroquel/d1447c00126/sp/output/tif/t110311201.lst  all.sas  07JUN2007:10:14  luchen

CONFIDENTIAL
AZSER12748005

11.3.12-1 Patients with diabetes-related adverse events
D1447C00126
Open-label population

| Study/ Patient | Pha- se | Age/Sex/ Baseline BMI | Treat- ment (Days One Treat- ment) | Adverse Event PT## (Start/Sto p Day*) | Medical History | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0146006 | OL | 42/Male /32.1 | OL QTP (50) | DIABETES MELLITUS (43/133) | Occasional dizziness | Benzodiaze pine Related Drugs/ ZOLPIDEM TARTRATE (UNK/UNK) /PRE OL | Enrollme nt | 129.00H(-3 )F | YES | 6.7(-3) | 110(-3) |
| | | | | | Left eye pterygium | Combinatio ns Of Vitamins/ VITAMINS NOS (UNK/UNK) /PRE OL | Week 2 | | | | 109(50) |
| | | | | | Sleep apnea | Propionic Acid Derivative s/ IBUPROFEN (UNK/UNK) /PRE OL | Week 4 | | | 10.8H(43) | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

3559

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031201.lst   all.sas   07JUN2007:10:14   luchen

CONFIDENTIAL
AZSER12748006

11.3.12-1 Patients with diabetes-related adverse events
D1447c00126
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days One Treat-ment) | Adverse Event PT## (Start/Sto Day*) | Medical History | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0146006 | OL | 42/Male /32.1 | OL QTP (50) | | Elevated cholesterol | Propionic Acid Derivative s/ NAPROXEN SODIUM (UNK/UNK) /PRE OL | Week 8 | | | 11.5H(50) | |
| | | | | | Occasional heartburn | Proton Pump Inhibitors / ESOMEPRAZO LE MAGNESIUM (UNK/UNK) /PRE OL | Week 8 | | | 11.4H(63) | |
| | | | | | Occasional stress headache | Other Antidepres sants/ NEFAZODONE HYDROCHLOR IDE (UNK/-22) /PRE OL | Week 8 | | | 11.0H(71) | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All (AEs) potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3560

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031201.lst all.sas 07JUN2007:10:14 luchen

CONFIDENTIAL
AZSER12748007

D1447C00126

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days One Treat-ment) | Adverse Event PT## (Start/Sto Day*) | Medical History | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0146006 | OL | 42/Male /32.1 | OL QTP (50) | | Intermitte nt bakers cyst-knee bilateral y | Fatty Acid Derivative s/ VALPROATE SEMISODIUM (UNK/-14) /PRE OL | Week 12 | 220.00H150 )F | NO | | |
| | | | | | Arthritis | Drugs Used In Nicotine Dependence / BUPROPION HYDROCHLOR IDE (-31 /1) /PRE OL | Week 12 | 127.00H163 )F | NO | | |
| | | | | | Recurrent back pain | Other Antiepilep t-cs/ GABAPENTIN (-31 /28) /PRE OL | Week 12 | 126.00(63) R | NO | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop for non-randomized patients and from 1st dose of RD trt for randomized patients.
  to 1st dose of OL QTP for non-randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
    # All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
   F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031201.lst all.sas 07JUN2007:10:14 luchen

3561

D1447C00126
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days One Treat-ment) | Adverse Event PT## (Start/Sto p Day*) | Medical History | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0146006 | OL | 42/Male /32.1 | OL QTP (50) | | | | | | | | |
| | | | | | Recurrent neck pain | Hmg Coa Reductase Inhibitors / SIMVASTATI N (-31 /49) /PRE OL | Week 12 | 132.00H(71 )F | NO | | |
| | | | | | Insomnia | Other Antidepres sants/ NEFAZODONE HYDROCHLOR IDE (-21 /-19) /PRE OL | Week 12 | 132.00(71) R | NO | | |
| | | | | | Left knee torn meniscus | Fatty Acid Derivative s/ VALPROATE SEMISODIUM (3 /80) /PRE OL | Week 12 | 116.00(85) F | NO | 8.8H(85) | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031201.lst  all.sas  07JUN2007:10:14  luchen

CONFIDENTIAL
AZSER12748009

D1447c00126

11.3.12-1 Patients with diabetes-related adverse events
Open-label subpopulation

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days One Treat-ment) | Adverse Event PT## (Start/ Sto Day*) | Medical History | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0146006 | OL | 42/Male /32.1 | OL QTP (50) | | Anxiety secondary to bipolar | Benzodiaze pine Derivative s/ ALPRAZOLAM (-9 /-9) /PRE OL | Week 12 | 114.00(85) R | NO | | |
| | | | | | Hypertrigl yceridemia | Diazepines /Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE -3 /-3) /PRE OL | Week 12 | 106.00(99) F | NO | 7.6H(99) | |
| | | | | | | Diazepines /Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE -2 /-2) /PRE OL | Week 12 | 113.00(99) R | NO | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031201.lst all.sas 07JUN2007:10:14 luchen

3563

CONFIDENTIAL AZSER12748010

D1447C00126

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event PT## (Start/Sto Day*) | Medical History | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0146006 | OL | 42/Male /32.1 | OL QTP (50) | Diazepines | | Oxazepines And Thiazepine s) QUETIAPINE FUMARATE (1 /1) /PRE OL | Week 12 | 84.00(119) F | NO | 6.5(119) | |
| | | | | | | Drugs Used In Nicotine Dependence / BUPROPION HYDROCHLOR IDE (2 /18) | Week 12 | 85.00(119) R | NO | | |
| | | | | | | Other Analgesics And Antipyreti cs/ GABAPENTIN (29 /35) | Week 24 | 106.00(133 )F | NO | 6.3(133) | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AE's potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031201.lst  all.sas  07JUN2007:10:14  luchen

3564

CONFIDENTIAL
AZSER12748011

D1447C00126
11.3.12-1 Patients with diabetes-related adverse events
Open-label population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event PT## (Start/Sto Day*) | Medical History | Medication Class/ Generic Na me* (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0146006 | OL | 42/Male /32.1 | OL QTP (50) | | | Other Antiepilep tics/ GABAPENTIN (36 /80) | Week 24 | 106.00(133 )R | NO | | |
| | | | | | | Macrolides /AZITHROMYC IN /46 | Mean (post-en rollment) | 120.54 | | 9.2 | 109 |
| | | | | | | Biguanides /METFORMIN (49 /53) | | | | | |
| | | | | | | Hmg Coa Reductase Inhibitors /ROSUVASTAT IN CALCIUM (50 /57) | | | | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031201.lst  all.sas  07JUN2007:10:14  luchen

3565

CONFIDENTIAL
AZSER12748012

D1447C00126
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/Patient | Pha-se | Age/Sex/Baseline BMI | Treat-ment (Days One Treat-ment) | Adverse Event PT## (Start/Stop Day*) | Medical History | Medication Class/Generic Na me# (Start/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0404003 | OL | 58/Male /38.4 | OL QTP (196) | DIABETES MELLITUS NON-INSULI N-DEPENDEN T (-77/UNK) | Essential hypertensi on | Organic Nitrates/ ISOSORBIDE DINITRATE (-230 /-78) /PRE OL | Enrollme nt | 107.00(-20 2)F | YES | 6.9(-202) | 111 (-202) |
| | | | | | Chronic ischemic heart disease | Beta Blocking Agents, Selective/ ATENOLOL (-230 /185) /PRE OL | Week 1 | | | | 112 (-189) |
| | | | | | Simple chronic bronchitis | Fatty Acid Derivative s/ VALPROATE SODIUM (-228 /-203) /PRE OL | Week 12 | 145.00HI(-1 12)F | YES | 7.4(-112) | 110 (-112) |

* to sampling/onset/stop of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.

3566

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031201.lst  all.sas  07JUN2007:10:14  luchen

CONFIDENTIAL
AZSER12748013

11.3.12-1 Patients with diabetes-related adverse events
D1447C00126
Open-label subpopulation

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event PT## (Start/Sto Day*) | Medical History | Medication Class/ Generic Name (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0404003 | OL | 58/Male /38.4 | OL QTP (196) | | Conductive hearing loss, tympanic membrane | Phenothiaz ines With Aliphatic Side-Chain LEVOMEPROM AZINE /-217 /-203 /PRE OL | Week 24 | 132.00H(-2 8)F | YES | 6.7(-28) | 110 (-28) |
| | | | | | | Fatty Acid Derivative s/ VALPROATE SODIUM /-202 /-202 /PRE OL | Mean (post-en rollment | 138.50 | | 7.1 | 111 |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3567

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031201.lst  all.sas  07JUN2007:10:14  luchen

CONFIDENTIAL
AZSER12748014

D1447C00126

11.3.12-1 Patients with diabetes-related adverse events
Open-label population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days One Treat-ment) | Adverse Event PT## (Start/Sto Day*) | Medical History | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0404003 | RD | 58/Male /37.9 | PLA+VAL (155) | | | Phenothiazines With Aliphatic Side-Chain /LEVOMEPROM AZINE (-202 /-197) /PRE OL | At randomiz ation | 123.00(1)F | YES | 6.7(1) | 110(1) |
| | | | | | | Fatty Acid Derivative s/ VALPROATE SODIUM (-201 /-141) /PRE OL | Week 4 | | | | 107(29) |
| | | | | | | Fatty Acid Derivative s/ VALPROATE SODIUM (-140 /-78) | Week 8 | | | | 105(57) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OLQTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3568

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031201.lst  all.sas  07JUN2007:10:14  luchen

CONFIDENTIAL
AZSER12748015

D1447c00126
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days One Treat-ment) | Adverse Event PT## (Start/Sto Day*) | Medical History | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0404003 | RD | 58/Male /37.9 | PLA+VAL (155) | | | Fatty Acid Derivative s/ VALPROATE SODIUM (-77 /-57) | Week 12 | 99.00(85)F | YES | 6.0(85) | 104(85) |
| | | | | | | Organic Nitrates/ ISOSORBIDE DINITRATE (-77 /-13) | Week 28 | 114.00(156)F | YES | 6.3(156) | 103(156) |
| | | | | | | Sulfonamid es, Urea Derivative s/ GLICLAZIDE (-77 /185) | Mean (post-ra ndomizat ion) | 106.50 | | 6.2 | 105 |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3569

/csre/prod/seroquel/d1447c00126/sp/output/tif/t110312011.lst  all.sas  07JUN2007:10:14  luchen

CONFIDENTIAL
AZSER12748016

D1447C00126
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha- se | Age/Sex/ Baseline BMI | Treat- ment (Days) One Treat- ment) | Adverse Event ?TM## (Start/Sto Day*) | Medical History | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0404003 | RD | 58/Male /37.9 | PLA+VAL (155) | | | Fatty Acid Derivative s VALPROATE SODIUM (-56 /7) | | | | | |
| | | | | | | Organic Nitrates/ ISOSORBIDE DINITRATE (-12 /52) | | | | | |
| | | | | | | Fatty Acid Derivative s VALPROATE SODIUM (8 /42) | | | | | |
| | | | | | | Fatty Acid Derivative s VALPROATE SODIUM (43 /185) | | | | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from last dose of OLQTP for non-randomized patients and from last dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3570

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031201.lst  all.sas  07JUN2007:10:14  luchen

CONFIDENTIAL
AZSER12748017

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population
D1447C00126

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event PT## (Start/Sto Day*) | Medical History | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0404003 | RD | 58/Male /37.9 | PLA+VAL (155) | | | Organic Nitrates/ ISOSORBIDE DINITRATE (53 /185) | | | | | |
| D1447C00126 /E0604029 | OL | 50/Female /27.7 | OL QTP (171) | BLOOD GLUCOSE INCREASED (-87/UNK) | Yersenia infection | Ascorbic Acid (Vitamin C),Incl: Combinatio ns/ CALCIUM ASCORBATE (-22 /-85) /PRE OL | Enrolle nt | 129.00()R | NO | | |
| | | | | | Syndrome tieze | Diazepines /Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (-218 /-172) /PRE OL | Enrolle nt | 87.00(-205) )F | NO | 6.0(-205) | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031201.lst all.sas 07JUN2007:10:14 luchen

3571

CONFIDENTIAL
AZSER12748018

11.3.12-1 Patients with diabetes-related adverse events
D1447C00126
Open-label safety population

| Study/ Patient | Pha- se | Age/Sex/ Baseline BMI | Treat- ment (Days On Treat- ment) | Adverse Event PT## (Start/Sto p Day*) | Medical History | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0604029 | OL | 50/Female /27.7 | OL QTP (171) | | Allergia to sulfa | Lithium/ LITHIUM CARBONATE (-117 /-220) /PRE OL | Enrollme nt | | | | 79(-177) |
| | | | | | Hypothyreo sis | Benzodiaze pine Derivative s/ TEMAZEPAM (-215 /-176) /PRE OL | Week 1 | | | | 79(-164) |
| | | | | | Dyslipopro teinemia | Osmoticall y Acting Laxatives/ MACROGOL (-210 /-176) /PRE OL | Week 1 | | | | 80(-164) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031201.lst  all.sas  07JUN2007:10:14  luchen

3572

CONFIDENTIAL
AZSER12748019

D1447C00126
11.3.12-1 Patients with diabetes-related adverse events
Open-label Population

| Study/Patient | Pha-se | Age/Sex/Baseline BMI | Treat-ment (Days One Treat-ment) | Adverse Event PT## (Start/Sto Day*) | Medical History | Medication Class/Generic Name# (Start/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0604029 | OL | 50/Female /27.7 | OL QTP (171) | | Allergia to bees | Calcium, Combinatio ns With Other Drugs/ CALCIUM CARBONATE (-121? -176) /PRE OL | Week 12 | 129.00H(-87) F | YES | 5.9(-87) | 83(-87) |
| | | | | | | Thyroid Hormones/ LEVOTHYROX INE SODIUM (-199 -150) /PRE OL | Week 24 | 103.00(-3) F | YES | 5.9(-3) | 87(-3) |
| | | | | | | Benzodiaze pine Related Drugs/ ZOPICLONE (-175 -164) /PRE OL | Mean (post-en rollment) | 116.00 | | 5.9 | 82 |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All medications are listed
## All prior and concomitant medications are listed
### All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3573

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031201.lst all.sas 07JUN2007:10:14 luchen

CONFIDENTIAL
AZSER12748020

11.3.12-1 Patients with diabetes-related adverse events
D1447C00126
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days One Treat-ment) | Adverse Event PT## (Start/Sto Day*) | Medical History | Medication Class/ Generic Name* (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0604029 | RD | 51/Female /30.4 | QTP+LI (190) | | | Thyroid Hormones/ LEVOTHYROX INE SODIUM (-149 /-31) | At randomiz ation | 113.00(1)F | YES | 6.2(1) | 87(1) |
| | | | | | | Propionic Acid Derivative/ NAPROXEN SODIUM (-3 /-136) | Week 4 | | | | 85(26) |
| | | | | | | Drugs Used In Nicotine Dependence/ NICOTINE (-37 /60) | Week 8 | | | | 86(57) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3574

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031201.lst  all.sas  07JUN2007:10:14  luchen

CONFIDENTIAL
AZSER12748021

11.3.12-1 Patients with diabetes-related adverse events
D1447C00126
Safety population
Open-label

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days One Treat-ment) | Adverse Event PT## (Start/Sto p Day*) | Medical History | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0604029 | RD | 51/Female /30.4 | QTP+LI (190) | | | Thyroid Hormones/ | Week 12 | 145.00H(85 )F | YES | 6.9(85) | 85(85) |
| | | | | | | LEVOTHYROX INE SODIUM (-31 /84) | | | | | |
| | | | | | | Thyroid Hormones/ | Week 28 | 127.00H(19 0)F | YES | 6.6(190) | 84(190) |
| | | | | | | LEVOTHYROX INE SODIUM (85 /220) | | | | | |
| | | | | | | Propionic Acid Derivative s/ | Mean (post-ra ndomizat ion) | 136.00 | | 6.8 | 85 |
| | | | | | | IBUPROFEN (107 /220) | | | | | |

* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.

3575

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031201.lst  all.sas  07JUN2007:10:14  luchen

CONFIDENTIAL
AZSER12748022

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population
D1447C00126

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days One Treat-ment) | Adverse Event PT## (Start/Sto p Day*) | Medical History | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0604029 | RD | 51/Female /30.4 | QTP+LI (190) | | | Benzodiaze pine Derivative s/ LORAZEPAM (113 /220) Diazepines , Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (190 /220) | | | | | |
| D1447C00126 /E1110005 | OL | 53/Male /37.1 | OL QTP (79) | DIABETIC COMPLICATI ON (79/88) | Ischemic cardiopath y | Ace inhibitors Plain/ ENALAPRIL (UNK/UNK) /PRE OL | Enrollme nt | 335.00H(-5 )R | YES | 8.8H(-5) | 95(-5) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
R=Glucose fasting; R=Glucose non-fasting (random).

3576

CONFIDENTIAL
AZSER12748023

D1447C00126

11.3.12-1 Patients with diabetes-related adverse events

Safety population

Open-label population

| Study/Patient | Pha-se | Age/Sex/Baseline BMI | Treat-ment (Days One Treat-ment) | Adverse Event PT## (Start/Sto Day*) | Medical History | Medication Class/Generic Name (Start/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126/E1310005 | OL | 53/Male /37.1 | OL QTP (79) | DIABETIC COMPLICATION (79/88) | Cutaneous psoriasis | Beta Blocking Agents, Non-Select ive/ PROPRANOLO L HYDROCHLOR IDE (UNK/UNK) /PRE OL | Week 12 | 81.00(79)F | YES | 8.2H(79) | 96(79) |
| | | | | | Diabetes mellitus type II | Corticoste roids, Potent (group I)/ PREDNICARB ATE (UNK/UNK) /PRE OL | Mean (post-en rollment ) | 81.00 | | 8.2 | 96 |

* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting;Y=Glucose non-fasting (random).

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.

3577

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031201.lst  all.sas  07JUN2007:10:14  luchen

CONFIDENTIAL
AZSER12748024

D1447C00126

11.3.12-1 Patients with diabetes-related adverse events
Open-label Safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days One Treat-ment) | Adverse Event PT## (Start/Sto p Day*) | Medical History | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1310005 | OL | 53/Male /37.1 | OL QTP (79) | | Insuficien ce renal cronic | Hmg Coa Reductase Inhibitors /ATORVASTAT IN CALCIUM (UNK/UNK) /PRE OL | | | | | |
| | | | | | Obstructiv e sleep apnea | Insulins And Analogues, Intermedia te-Acting/ INSULIN INJECTION, ISOPHANE (UNK/UNK) /PRE OL | | | | | |
| | | | | | Hypertensi on | Organic Nitrates/ GLYCERYL TRINITRATE (UNK/UNK) /PRE OL | | | | | |

* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.

3578

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031201.lst  all.sas  07JUN2007:10:14  luchen

CONFIDENTIAL
AZSER12748025

D1447C00126
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/Patient | Pha-se | Age/Sex/Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event PT## (Start/Stop Day*) | Medical History | Medication Class/Generic Name## (Start/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126/E1310005 | OL | 53/Male/37.1 | OL QTP (79) | | Hypercholesterolemia | Platelet Aggregation Inhibitors Excl. Heparin/CLOPIDOGREL SULFATE (UNK/UNK)/PRE OL | | | | | |
| | | | | | | Proton Pump Inhibitors/PANTOPRAZOLE SODIUM (UNK/UNK)/PRE OL | | | | | |
| | | | | | Hypertrigliceridemy | Lithium/LITHIUM CARBONATE (-166/109)/PRE OL | | | | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

3579

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031201.list  all.sas  07JUN2007:10:14  luchen

CONFIDENTIAL
AZSER12748026

11.3.12-1 Patients with diabetes-related adverse events
Open-label subpopulation
D1447C00126

| Study/ Patient | Pha- se | Age/Sex/ Baseline BMI | Treat- ment (Days One Treat- ment) | Adverse Event PT## (Start/Sto Day*) | Medical History | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1310005 | OL | 53/Male /37.1 | OL QTP (79) | Diazepines ´ Oxazepines Amd -Thiazepine s/ QUETIAPINE FUMARATE (-151 /-1) /PRE OL | | | | | | | |
| D1447C00126 /E0103009 | OL | 30/Male /33.8 | OL QTP (254) | Diazepines ´ Oxazepines Amd -Thiazepine s/ QUETIAPINE FUMARATE (-302 /31) /PRE OL | Hypertensi on | | Enrollme nt | 81.00(-261 )F | YES | 5.2(-261) | 100 (-261) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AE potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031201.lst   all.sas   07JUN2007:10:14   luchen

3580

CONFIDENTIAL
AZSER12748027

D1447C00126
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event PT## (Start/Sto p Day*) | Medical History | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0103009 | OL | 30/Male /33.8 | OL QTP (254) | | | Selective Serotonin Reuptake Inhibitors / ESCITALOPR AM (-285 /-114) /PRE OL | Week 1 | | | | 102 (-246) |
| | | | | | | Fatty Acid Derivative s/ VALPROATE SEMISODIUM (-267 /31) /PRE OL | Week 12 | 88.00(-170 )F | YES | 5.4 (-170) | 106 (-170) |
| | | | | | | Fatty Acid Derivative s/ VALPROATE SEMISODIUM (-254 /31) | Week 24 | 88.00(-86) F | YES | 5.6 (-86) | 104 (-86) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031201.lst  all.sas  07JUN2007:10:14  luchen

3581

D1447c00126
11.3.12-1 Patients with diabetes-related adverse events
Open-label population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days One Treat-ment) | Adverse Event PT## (Start/Sto Day*) | Medical History | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0103009 | OL | 30/Male /33.8 | OL QTP (254) | | | Other Antiepilep tics/ TOPIRAMATE /-182 /-86) | Mean (post-en rollment ) | 88.00 | | 5.5 | 104 |
| | RD | 30/Male /33.8 | OL QTP (1) | BLOOD INSULIN INCREASED (5/UNK) | | Angiotensi n I Antagonist s And Diuretics/ HYDROCHLOR OTHIAZIDE /-182 /31 | | | | | |
| | | 30/Male /36.5 | QTP+VAL (1) | BLOOD GLUCOSE INCREASED (5/UNK) | | Anilides/ CHLORPHENA MINE MALEATE /-116 /-111) | At randomiz ation | 130.00H(1) F | YES | 5.5(1) | 108(1) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

3582

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031201.lst  all.sas  07JUN2007:10:14  luchen

CONFIDENTIAL
AZSER12748029

D1447C00126

11.3.12-1 Patients with diabetes-related adverse events

Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event PT## (Start/Sto p Day*) | Medical History | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0103009 | RD | 30/Male /36.5 | QTP+VAL (1) | | | Macrolides /AZITHROMYC IN (-111)/-116 | At randomiz ation | | | | |
| | | | | | | Selective Serotonin Reuptake Inhibitors /CITALOPRAM HYDROBROMI DE (-114 /-86) | At randomiz ation | | | | |
| | | | | | | Benzodiaze pine Derivative s /LORAZEPAM (-114 /31) | At randomiz ation | | | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.

\* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
\*\* Blood sampling >8 hours after last meal, i.e. documented fasting.
&#35; All prior and concomitant medications are listed.
&#35;&#35; All (AEs) potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031201.lst  all.sas  07JUN2007:10:14  luchen

3583

CONFIDENTIAL
AZSER12748030

Page 34 of 51

11.3.12-1 Patients with diabetes-related adverse events
D1447C00126
Open-label Population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event PT## (Start/Sto Day*) | Medical History | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0110021 | OL | 49/Male /40.1 | OL QTP (118) | | Hypothyroi dism | Fatty Acid Derivative s/ VALPROATE SEMISODIUM (UNK/UNK) /PRE OL | Enrollme nt | | | | 123 (-125) |
| | | | | | Hypercholesterolmia | Diazepines And Oxazepines s/ Thiazepine s/ QUETIAPINE FUMARATE (UNK/-125) /PRE OL | Enrollme nt | 77.00(-124 )F | YES | 5.6 (-124) | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior/concomitant medications are listed
## All (AEs) potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

3584

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031201.lst  all.sas  07JUN2007:10:14  luchen

CONFIDENTIAL
AZSER12748031

D1447C00126

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event PT## (Start/ Stop Day*) | Medical History | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0110021 | OL | 49/Male /40.1 | OL QTP (118) | Diazepines , Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE /-124 /-119) /-PRE OL | | | Week 1 | | | | 127 (-111) |
| | | | | Acetic Acid Derivative s And Related Substances / INDOMETACI N /-64) /-66 | | | Week 12 | 80.00(-34) F | YES | 5.6 (-34) | 125 (-34) |
| | | | | Sulfonamid es, Plain/ FUROSEMIDE (45 /77) | | | Mean (post-en rollment ) | 80.00 | | 5.6 | 126 |

* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
 # All medications are listed.
 ## All AEs prior and concomitantly associated with diabetes mellitus.
 Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
F=Glucose fasting; R=Glucose non-fasting (random).

3585

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031201.lst all.sas 07JUN2007:10:14 luchen

CONFIDENTIAL
AZSER12748032

Page 36 of 51

**11.3.12-1 Patients with diabetes-related adverse events**
**D1447C00126**
**Open-label Population**

| Study/Patient | Pha-se | Age/Sex/Baseline BMI | Treat-ment (Days One Treat-ment) | Adverse Event PT## (Start/Stop Day*) | Medical History | Medication Class/Generic Na me# (Start/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126/E0110021 | RD | 49/Male/40.1 | QTP+VAL (86) | GLYCOSYLATED HAEMOGLOBIN INCREASED (87/UNK) | | Potassium/POTASSIUM (45/116) | At randomization | 97.00(1)F | YES | 5.7(1) | 123(1) |
| | | | | | | Sulfonamides, Plain/FUROSEMIDE (78/116) | Week 4 | | | | 127(31) |
| | | | | | | Thyroid Hormones/LEVOTHYROXINE SODIUM (78/116) | Week 8 | | | | 122(59) |
| | | | | | | Diazepines, Oxazepines And Thiazepines/QUETIAPINE FUMARATE (87/116) | Week 12 | 155.00H(87)F | YES | 6.5(87) | 130(87) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from last dose of OL QTP for non-randomized patients and from last dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031201.lst  all.sas  07JUN2007:10:14  luchen

3586

CONFIDENTIAL
AZSER12748033

D1447C00126
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days One Treat-ment) | Adverse Event PT## (Start/Sto p Day*) | Medical History | Medication Class/ Generic Na me** (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0110021 | RD | 49/Male /40.1 | QTP+VAL (86) | | | | Week 12 | 89.00(89)F | NO | 6.7(89) | 130(89) |
| | | | | | | | Mean (post-ra ndomizat ion) | 122.00 | | 6.6 | 127 |
| D1447C00126 /E0129001 | OL | 43/Female /29.7 | OL QTP (257) | | Hypothyroi dism | Beta Blocking Agents, Selective/ ATENOLOL (-330 /-235) /PRE OL | Enrollme nt | 78.00(-264 )F | NO | 5.8(-264) | 82(-264) |
| | | | | | Hypertensi on | I.V. Solution Additives/ AMINO ACIDS NOS (-288 /-235) /PRE OL | Week 1 | | | | 81(-250) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3587

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031201.lst all.sas 07JUN2007:10:14 luchen

CONFIDENTIAL
AZSER12748034

11.3.12-1 Patients with diabetes-related adverse events
D1447C00126
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days One Treat-ment) | Adverse Event PT## (Start/Sto Day*) | Medical History | Open-label Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0129001 | OL | 43/Female /29.7 | OL QTP (257) | | Hypercholesterolemia | Other Lipid Modifying Agents/ FISH OIL (-288 /-235) /PRE OL | Week 1 | | | | 83(-250) |
| | | | | | Iron-deficiency anemia | Vitamin B-Complex, Plain/ CALCIUM PANTOTHENATE (-288 /-235) /PRE OL | Week 12 | 101.00(-17 3)F | YES | 5.6(-173) | 85(-173) |
| | | | | | | Fatty Acid Derivatives/ VALPROATE SEMISODIUM (-36) /257 | Week 24 | 81.00(-91) F | NO | 6.1(-91) | 92(-91) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior/concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

3588

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031201.lst  all.sas  07JUN2007:10:14  luchen

CONFIDENTIAL
AZSER12748035

D1447C00126
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days One Treat-ment) | Adverse Event PT## (Start/Stop Day*) | Medical History | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0129001 | OL | 43/Female /29.7 | OL QTP (257) | | | Beta Blocking Agents, Selective/ ATENOLOL (-114 /-38) | Mean (post-en rollment ) | 91.00 | | 5.9 | 85 |
| | RD | 44/Female /34.7 | QTP+VAL (35) | HYPERINSUL INAEMIA (1/UNK) | | Beta Blocking Agents, Selective/ ATENOLOL (-37 /65) | At randomiz ation | 115.00(1)F | NO | 6.1(1) | 96(1) |
| | | | | | | | Week 4 | | | | 94(29) |
| | | | | | | | Week 4 | | | | 93(36) |
| | | | | | | | Week 12 | 66.00(15)R | | | |
| | | | | | | | Week 12 | 59.00(29)R | NO | 6.1(29) | |
| | | | | | | | Week 12 | 105.00(36) F | YES | 6.2(36) | |
| | | | | | | | Week 12 | 91.00(64)F | NO | | |
| | | | | | | | Week 12 | 91.00(64)R | NO | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# Start and/or concomitant medication listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3589

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031201.lst all.sas 07JUN2007:10:14 luchen

CONFIDENTIAL
AZSER12748036

D1447C00126
11.3.12-1 Patients with diabetes-related adverse events
Open-label population

| Study/ Patient | Pha- se | Age/Sex/ Baseline BMI | Treat- ment (Days One Treat- ment) | Adverse Event PT## (Start/Sto Day*) | Medical History | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0129001 | RD | 44/Female /34.7 | QTP+VAL (35) | | | | Mean (post-ra ndomizat ion) | 82.40 | | 6.2 | 94 |
| D1447C00126 /E0401006 | OL | 28/Male /42.7 | OL QTP (95) | Hypertensi on | Fatty Acid Derivative s VALPROATE SODIUM /-123 /-96) /PRE OL | | Enrollme nt | 77.00(-102 )R | YES | 5.3(-102) | 134(-102) |
| | | | | | Lithium/ LITHIUM CARBONATE (-119 /-96) /PRE OL | | Week 12 | | | | 130(-3) |
| | | | | | Lithium/ LITHIUM CARBONATE (-95 /-38) | | Mean (post-en rollment ) | | | | 130 |

* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
 # All prior and concomitant medications are listed.
 ## All AEs potentially associated with diabetes mellitus.
 F=Glucose fasting, R=Glucose non-fasting (random).

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.

3590

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031201.lst  all.sas  07JUN2007:10:14  luchen

CONFIDENTIAL
AZSER12748037

11.3.12-1 Patients with diabetes-related adverse events
D1447C00126
Open-label safety population

| Study/Patient | Pha-se | Age/Sex/Baseline BMI | Treat-ment (Days One Treat-ment) | Adverse Event PT## (Start/Stop Day*) | Medical History | Medication Class/Generic Name# (Start/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0401006 | RD | 28/Male /41.6 | PLA+LI (546) | BLOOD INSULIN INCREASED (284/DNK) | | Lithium/ LITHIUM CARBONATE (-37 /46) | At randomiz ation | 97.00(1)R | YES | 4.8(1) | 130(1) |
| | | | | | | Lithium/ LITHIUM CARBONATE (47 /143) | Week 4 | | | | 127(32) |
| | | | | | | Lithium/ LITHIUM CARBONATE (144 /201) | Week 8 | | | | 125(60) |
| | | | | | | Lithium/ LITHIUM CARBONATE (222 /576) | Week 12 | 92.00(88)R | YES | 4.7(88) | 125(88) |
| | | | | | | Biguanides / METFORMIN (414 /576) | Week 28 | 91.00(202) F | YES | 4.9(202) | 125(202) |
| | | | | | | | Week 40 | 95.00(284) F | YES | 5.1(284) | 126(284) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All AEs prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting,R=Glucose non-fasting (random).

3591

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031201.lst   all.sas   07JUN2007:10:14   luchen

CONFIDENTIAL
AZSER12748038

D1447C00126
11.3.12-1 Patients with diabetes-related adverse events
Open-label subpopulation

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days One Treat-ment*) | Adverse Event PT## (Start/Sto Day*) | Medical History | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0401006 | RD | 28/Male /41.6 | PLA+LI (546) | | | | Week 52 | 105.00(375 )F | YES | 4.8(375) | 117(375) |
| | | | | | | | Week 68 | | | 5.2(480) | 117(480) |
| | | | | | | | Week 84 | 94.00(547) F | YES | 5.2(547) | 114(547) |
| | | | | | | | Mean (post-ra ndomizat ion) | 95.40 | | 5.0 | 122 |
| D1447C00126 /E0604021 | OL | 42/Male /28.8 | OL QTP (119) | | Asthma | Benzodiaze pine Derivative s / TEMAZEPAM (-209 /-166) /PRE OL | Enrolleme nt | 85.00()R | NO | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
\* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
\*\* Blood sampling >8 hours after last meal, i.e. documented fasting.
 # All prior and concomitant medications are listed
 ## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

3592

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031201.lst  all.sas  07JUN2007:10:14  luchen

CONFIDENTIAL
AZSER12748039

Page 43 of 51

D1447C00126

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/Patient | Pha-se | Age/Sex/Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event PT## (Start/Sto Day*) | Medical History | Medication Class/ Generic Name* (Start/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0604021 | OL | 42/Male /28.8 | OL QTP (119) | | Pain in back | Selective Beta-2-Adr enorecepto r Agonists/ SALBUTAMOL SULPATE (-181 /114) /PRE OL | Enrollme nt | 92.00(-126 )F | YES | 6.1(-126) | 104 (-126) |
| | | | | | Pruritus, itching | Glucocorti coids/ BECLOMETAS ONE DIPROPIONA TE (-177 /114) /PRE OL | Week 1 | | | | 110 (-111) |
| | | | | | Fractura of cranium | Fatty Acid Derivative s/ VALPROIC ACID (-164 /-126) /PRE OL | Week 1 | | | | 113 (-111) |

* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.

3593

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031201.lst all.sas 07JUN2007:10:14 luchen

CONFIDENTIAL
AZSER12748040

D1447C00126
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days On Treat-ment*) | Adverse Event PT## (Start/Sto Day*) | Medical History | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0604021 | OL | 42/Male /28.8 | OL QTP (119) | | | Other Antiepilep tics/ LAMOTRIGIN E (-130 /-126) /PRE OL | Week 12 | 126.00H(-3 5)F | YES | 6.7(-35) | 124(-35) |
| | | | | | | Diazepines ,Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (-126 /-124) /PRE OL | Mean (post-en rollment ) | 126.00 | | 6.7 | 116 |
| | RD | 42/Male /34.7 | PLA+VAL (84) | GLYCOSYLAT ED HAEMOGLOBI N INCREASED (1/72) | | Benzodiaze pine Related Drugs/ ZOPICLONE (-126 /-119) /PRE OL | At randomiz ation | 114.00(1)F | YES | 6.8(1) | 125(1) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications listed
## All AE's potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3594

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031201.lst  all.sas  07JUN2007:10:14  luchen

CONFIDENTIAL
AZSER12748041

D1447C00126
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha- se | Age/Sex/ Baseline BMI | Treat- ment (Days On Treat- ment) | Adverse Event PT## (Start/Sto p Day*) | Medical History | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0604021 | RD | 42/Male /34.7 | PLA+VAL (86) | THIRST (9/UNK) | | Fatty Acid Derivative s/ VALPROIC ACID /-126 /-159) /PRE OL | Week 4 | | | | 123(32) |
| | | | | GLYCOSYLAT ED HAEMOGLOBI N INCREASED (73/UNK) | | Diazepines ED Oxazepines And Thiazepine QUETIAPINE FUMARATE /-124 /-19) /PRE OL | Week 8 | | | | 125(57) |
| | | | | | | Fatty Acid Derivative s/ VALPROIC ACID (<105 /85) | Week 12 | 127.00H(85 )F | NO | 7.5(85) | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# Medications listed are those potentially associated with diabetes mellitus.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031201.lst  all.sas  07JUN2007:10:14  luchen

3595

CONFIDENTIAL
AZSER12748042

D1447C00126

11.3.12-1 Patients with diabetes-related adverse events

Open-label population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event PT## (Start/Sto Day*) | Medical History | Medication Class/ Generic Name (Start/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0604021 | RD | 42/Male /34.7 | PLA+VAL (86) | | | Pyrethrins, Incl; Synthetic Compounds/ PERMETHRIN (-73 /-65) | Week 12 | 137.00H(87 )F | YES | 7.3(87) | 121(87) |
| | | | | | | Corticoste roids, Moderately Potent (Group Ii)/ HYDROCORTI SONE BUTYRATE (-73 /-59) | Mean (post-ra ndomizat ion) | 132.00 | | 7.4 | 123 |
| | | | | | | Corticoste roids, Moderately Potent (Group Ii)/ HYDROCORTI SONE BUTYRATE (-52 /-32) | | | | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OLQTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All AEs prior and concomitant medications listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3596

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031201.lst  all.sas  07JUN2007:10:14  luchen

CONFIDENTIAL
AZSER12748043

D1447C00126

11.3.12-1 Patients with diabetes-related adverse events
Open-label study-population

| Study/ Patient | Pha- se | Age/Sex/ Baseline BMI | Treat- ment (Days On Treat- ment) | Medical History | Adverse Event PT## (Start/Sto Day*) | Medication Class/ Generic Na me* (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0604021 | RD | 42/Male /34.7 | PLA+VAL (86) | | | Beta Blocking Agents, Selective/ METOPROLOL SUCCINATE (-34 /114) | | | | | |
| | | | | | | Natural Opium Alkaloids/ PARACETAMO L (46 /46) | | | | | |
| | | | | | | Natural Opium Alkaloids/ PARACETAMO L (79 /114) | | | | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

3597

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031201.lst  all.sas  07JUN2007:10:14  luchen

CONFIDENTIAL
AZSER12748044

D1447C00126

11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event PT## (Start/Sto Day*) | Medical History | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0604021 | RD | 42/Male /34.7 | PLA+VAL (86) | | | Propionic Acid Derivative s; NAPROXEN (79 /114) | | | | | |
| | | | | | | Fatty Acid Derivative s; VALPROIC ACID (85 /87) | | | | | |
| | | | | | | Diazepines ,Oxazepines And Thiazepine s; QUETIAPINE FUMARATE (86 /114) | | | | | |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

3598

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031201.lst  all.sas  07JUN2007:10:14  luchen

CONFIDENTIAL
AZSER12748045

11.3.12-1 Patients with diabetes-related adverse events

D1447c00126

Open-label population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event PT## (Start/Sto Day*) | Medical History | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0604021 | RD | 42/Male /34.7 | PLA+VAL (86) | | | Fatty Acid Derivative s/ VALPROIC ACID (87 /114) | | | | | 112 (-89) |
| D1447C00126 /E1508006 | OL | 34/Male /32.7 | OL QTP (83) | Hepatitis | | Thioxanthe ne Derivative s/ ZUCLOPENTH IXOL (-99 /-84) /PRE OL | Enrolleme nt | 93.00(-89) F | YES | 5.0(-89) | |
| | | | | | | Diazepines / Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (-98 /-83) /PRE OL | Week 1 | | | | 113 (-77) |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
 # All prior and concomitant medications are listed.
 ## All AEs potentially associated with diabetes mellitus.
 F=Glucose fasting, R=Glucose non-fasting (random).

3599

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031201.lst all.sas 07JUN2007:10:14 luchen

CONFIDENTIAL
AZSER12748046

D1447C00126
11.3.12-1 Patients with diabetes-related adverse events
Open-label population

| Study/ Patient | Pha-se | Age/Sex/ Baseline BMI | Treat-ment (Days On Treat-ment) | Adverse Event PT## (Start/Sto p Day*) | Medical History | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1508006 | OL | 34/Male /32.7 | OL,QTP (83) | | | Lithium/ LITHIUM /-98 /51) /PRE OL | Week 1 | | | | 115 (-77) |
| | | | | | | Proton Pump Inhibitors OMEPRAZOLE /-55 /51) /PRE OL | Mean (post-en rollment ) | | | | 114 |
| | RD | 34/Male /34.8 | QTP+LI (421) | BLOOD GLUCOSE INCREASED (1/UNK) | | Thioxanthe ne Derivative s/ ZUCLOPENTH IXOL /-84 /-81) /PRE OL | At randomiz ation | 121.00(1)R | YES | 4.7(1) | 119(1) |
| | | | | | | | Week 4 | | | | 121(39) |
| | | | | | | | Week 8 | | | | 119(67) |

* to sampling/onset/stop from 1st dose of OL,QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All medications are listed.
## All AEs potentially associated with diabetes mellitus.

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
F=Glucose fasting; R=Glucose non-fasting (random).

3600

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031201.lst  all.sas  07JUN2007:10:14  luchen

CONFIDENTIAL
AZSER12748047