D1447c00126
11.3.12-1 Patients with diabetes-related adverse events
Open-label safety population

| Study/ Patient | Pha -se | Age/Sex/ Baseline BMI | Treat- ment (Days On Treat- ment) | Adverse Event PT## (Start/Stop Day*) | Medical History | Medication Class/ Generic Name# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1508006 | RD | 34/Male /34.8 | QTP+LI (421) | | | | Week 12 | 160.00H(99)F | YES | 4.8(99) | 120(99) |
| | | | | | | | Week 28 | 99.00(205) F | YES | 4.9(205) | 118(205) |
| | | | | | | | Week 40 | 91.00(291) F | YES | 5.1(291) | 117(291) |
| | | | | | | | Week 52 | | | 5.2(378) | 122(378) |
| | | | | | | | Week 68 | 93.00(421) F | YES | 5.3(421) | 119(421) |
| | | | | | | | Mean (post-randomization) | 110.75 | | 5.1 | 119 |

Note: Patients with a specific AE preferred term associated with diabetes, emerging any time after enrollment.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031201.lst all.sas 07JUN2007:10:14 luchen

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FASTING**(YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0101014 | OL | 32/Female/ 33.9 | Back pain / Current | OL QTP /183 | DIABETES MELLITUS169/UNK | Sulfonamides, Urea Derivatives/ GLIPIZIDE/ 169/213 /OL | At enrollment | 93.0 (-6)F | YES | 5.7 (-6) | |
| | | | | | | Ace Inhibitors, Plain/ QUINAPRIL HYDROCHLORIDE/ 169/213 /OL | Week 12 | 131.0 (85)F | YES | 6.4 (85) | 95(84) |
| | | | | | | Propionic Acid Derivatives/ IBUPROFEN/ 1/4 /OL | Week 24 | 114.0 (163)F | YES | 6.6 (163) | 99(162) |
| | | | | | | Propionic Acid Derivatives/ IBUPROFEN/ 5/18 /OL | Week 24 | 85.0 (191)F | YES | 6.2 (191) | 99(162) |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12748049

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FASTING**(YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0101014 | | | | | | Other Centrally Acting Agents/ CYCLOBENZAPRINE HYDROCHLORIDE/ 1/2 /OL | Final visit | 85.0 (191)F | YES | 6.2 (191) | 98(190) |
| | | | | | | Natural Opium Alkaloids/ OXYCODONE/ 13/27 /OL | Mean(post-enrollment) | 101.6 | NO | 6.2 | |
| | | | | | | Fatty Acid Derivatives/ VALPROATE SEMISODIUM / -31/16 /PRE OL | | | | | |
| | | | | | | Fatty Acid Derivatives/ VALPROATE SEMISODIUM / 17/213 /OL | | | | | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
\# All prior and concomitant medications are listed.
\## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12748050

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING**(YES/NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0101014 | | | | | | Other Antiepileptics/ LAMOTRIGINE/ -159/1 /PRE OL Diazepines, Oxazepines And Thiazepines/ QUETIAPINE FUMARATE/ UNK/-1 /PRE OL Aminoalkyl Ethers/ DIPHENHYDRAMINE/ 9/11 /OL | | | | | |
| D1447C00126 /E0103001 | OL | 49/Male/48 | Depression / Current | OL QTP /260 | | Sulfonamides, Urea Derivatives/ GLIPIZIDE/ 119/290 /OL | Week 12 | 95.0 (85)F | YES | | 151(84) |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
\# All prior and concomitant medications are listed.
\## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12748051

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FASTING**(YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0103001 | | | Diabetes / Current | | | Ace Inhibitors, Plain/ ENALAPRIL/ 201/290 /OL | Week 24 | 161.0 (169)F | YES | 7.7 (169) | 153(168) |
| | | | | | | Propionic Acid Derivatives/ NAPROXEN/ 60/290 /OL | Week 24 | 210.0 (260)R | YES | 8.3 (260) | 153(168) |
| | | | | | | Other Antiinflam /Antirheumatic Agents,Non -Steroids/ NABUMETONE / 98/290 /OL | Final visit | 161.0 (169)F | YES | | 155(259) |
| | | | | | | Other Centrally Acting Agents/ BACLOFEN/ 111/290 /OL | Final visit | 210.0 (260)R | YES | 8.3 (260) | 155(259) |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
\# All prior and concomitant medications are listed.
\#\# All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FASTING**(YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0103001 | | | | | | Natural Opium Alkaloids/ OXYCODONE/ 111/290 /OL Fatty Acid Derivatives/ VALPROATE SEMISODIUM/ -343/290 /PRE OL Diazepines, Oxazepines And Thiazepines/ QUETIAPINE FUMARATE/ -569/290 /PRE OL | Mean(post-enrollment) | 167.4 | NO | 8.1 | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
\# All prior and concomitant medications are listed.
\## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING**(YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0103001 | | | | | | Benzodiazepine Derivatives/ ALPRAZOLAM/ 120/188 /OL Benzodiazepine Derivatives/ DIAZEPAM/ 111/163 /OL Benzodiazepine Derivatives/ LORAZEPAM/ 188/290 /OL | | | | | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12748054

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA ME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING**(YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0103001 | | | | | | Selective Serotonin Reuptake Inhibitors / ESCITALOPR AM OXALATE/ -569/92 /PRE OL Selective Serotonin Reuptake Inhibitors / PAROXETINE HYDROCHLOR IDE/ 92/134 /OL | | | | | |
| D1447C00126 /E0119015 | OL | 49/Male/42 .5 | C-6 fractur e / Past | OL QTP /113 | DIABETES MELLITUS-8 9/UNK | Bulk Producers/ PLANTAGO OVATA/ /PRE OL | At enrollme nt | 95.0 (-120)F | YES | 6.1 (-120) | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12748055

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING**(YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0119015 | | | Chronic obstructive pulmonary disease / Current | | | Biguanides / METFORMIN/ -90/140 /OL | Week 12 | 109.0 (-29)F | YES | 6.8 (-29) | 162(-29) |
| | | | Dyslipidermia / Current | | | Platelet Aggregation Inhibitors Excl. Heparin/ ACETYLSALICYLIC ACID/ /PRE OL | Final visit | 109.0 (-29)F | YES | 6.8 (-29) | 165(-1) |
| | | | Hemorrhoids / Current | | | Ace Inhibitors , Plain/ LISINOPRIL / -90/171 /OL | Mean(post-enrollment) | 104.3 | NO | 6.6 | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
\# All prior and concomitant medications are listed.
\## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12748056

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING**(YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0119015 | RD | 49/Male/48.1 | Ingrown toenails / Past | PLA+VAL /141 | | Combs Of Penicillins Incl Beta-Lactamase Inhibitor/ AMOXICILLIN/ -106/-54 /OL | Week 12 | 121.0 (3)F | YES | 6.9 (3) | 161(87) |
| | | | Obesity / Current | | | Coxibs/ CELECOXIB/ -85/171 /OL | Week 12 | 138.0 (87)F | YES | 6.8 (87) | 161(87) |
| | | | Patches of thickend skin both legs / Current | | | Fatty Acid Derivatives/ VALPROATE SEMISODIUM / -122/171 /PRE OL | Week 28 | 116.0 (141)F | YES | 6.9 (141) | 165(141) |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12748057

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FASTING** (YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0119015 | | | Varicose veins both legs / Current | | | Diazepines, Oxazepines And Thiazepines/ QUETIAPINE FUMARATE/ -122/-114 /PRE OL | Final visit | 116.0 (141)F | YES | 6.9 (141) | 165(141) |
| | | | | | | Biguanides / METFORMIN/ 141/171 /RD | Mean(post-randomization) | 122.8 | NO | 6.9 | |
| | | | | | | Propionic Acid Derivatives/ NAPROXEN/ 97/171 /RD | | | | | |
| D1447C00126 /E0127008 | OL | 59/Male/28 .7 | Arthritis, right knee / Current | OL QTP /235 | | Thiazolidinediones/ ROSIGLITAZONE/ 187/265 /OL | At enrollment | 87.0 (-7)F | YES | 5.7 (-7) | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12748058

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FASTING**(YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0127008 | | | Central retina vein occlusion / Past | | | Platelet Aggregation Inhibitors Excl. Heparin/ ACETYLSALICYLIC ACID/ /PRE OL | Week 12 | 85.0 (90)F | YES | 5.7 (90) | 100(89) |
| | | | Coronary artery disease / Past | | | Solutions Affecting The Electrolyte Balance/ SODIUM CHLORIDE/ /PRE OL | Week 24 | 89.0 (204)F | YES | 5.2 (204) | 93(203) |
| | | | Hypercholesterolemia / Past | | | Digitalis Glycosides / DIGOXIN/ /PRE OL | Week 24 | 75.0 (235)F | YES | 5.0 (235) | 93(203) |
| | | | Hypertension / Past | | | Sulfonamides, Plain/ FUROSEMIDE / /PRE OL | Final visit | 75.0 (235)F | YES | 5.0 (235) | 95(234) |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12748059

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FASTING**(YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0127008 | | | Myocardial infarction / Past | | | Nicotinic Acid And Derivatives/ NICOTINIC ACID/ /PRE OL Alpha And Beta Blocking Agents/ CARVEDILOL / /PRE OL Angiotensin Ii Antagonists, Plain/ LOSARTAN POTASSIUM/ /PRE OL Hmg Coa Reductase Inhibitors / ROSUVASTATIN CALCIUM/ /PRE OL | Mean(post-enrollment) | 82.2 | NO | 5.3 | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FASTING**(YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0127008 | | | | | | Cephalosporins And Related Substances / CEFEPIME HYDROCHLORIDE/ 174/174 /OL Macrolides / AZITHROMYCIN/ 174/174 /OL Fluoroquinolones/ LEVOFLOXACIN/ 187/197 /OL | | | | | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
\# All prior and concomitant medications are listed.
\## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA ME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING**(YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0127008 | | | | | | Acetic Acid Derivative s And Related Substances / DICLOFENAC SODIUM/ /PRE OL Fatty Acid Derivative s/ VALPROATE SEMISODIUM / -18/119 /PRE OL Fatty Acid Derivative s/ VALPROATE SEMISODIUM / 120/173 /OL | | | | | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12748062

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA ME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING**(YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0127008 | | | | | | Fatty Acid Derivative s/ VALPROATE SEMISODIUM / 174/187 /OL Fatty Acid Derivative s/ VALPROATE SEMISODIUM / 188/265 /OL Diazepines , Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE/ -18/1 /PRE OL | | | | | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12748063

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FASTING**(YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0127008 | | | | | | Sympathomimetics In Glaucoma Therapy/ BRIMONIDINE TARTRATE/ /PRE OL Carbonic Anhydrase Inhibitors / DORZOLAMIDE HYDROCHLORIDE/ /PRE OL Beta Blocking Agents/ TIMOLOL MALEATE/ /PRE OL Prostaglandin Analogues/ LATANOPROST/ /PRE OL | | | | | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
\# All prior and concomitant medications are listed.
\## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12748064

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0127008 | | | | | | Drugs For Treat Of Hyperkalemia/Hyperphosphatemia / SODIUM POLYSTYRENE SULFONATE/ 174/174 /OL | | | | | |
| D1447C00126 /E0137029 | OL | 60/Male/30 .1 | (R) elbow arthritis / Current | OL QTP /153 | | Softeners, Emollients / DOCUSATE SODIUM/ /PRE OL | At enrollment | 153.0 (-160)F | YES | 7.8 (-160) | |
| | | | Allergic to lipitor / Current | | | Insulins And Analogues, Fast-Acting/ INSULIN HUMAN/ -300/114 /PRE OL | Week 12 | 183.0 (-62)F | NO | 9.6 (-62) | 104(-62) |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
\# All prior and concomitant medications are listed.
\## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12748065

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING**(YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0137029 | | | Allergic to penicellin / Current | | | Insulins And Analogues, Long-Acting/ INSULIN GLARGINE/ -300/114 /PRE OL | Week 12 | 204.0 (-56)F | NO | 9.4 (-56) | 104(-62) |
| | | | Constipation / Current | | | Vitamin A, Plain/ RETINOL/ -273/114 /PRE OL | Final visit | 295.0 (1)F | NO | 9.2 (1) | 104(1) |
| | | | Diabetes mellitus type 2 / Current | | | Ascorbic Acid (Vitamin C), Plain/ ASCORBIC ACID/ -273/114 /PRE OL | Mean(post-enrollment) | 208.8 | NO | 9.0 | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
\# All prior and concomitant medications are listed.
\#\# All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12748066

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING**(YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0137029 | RD | 61/Male/32.7 | Mild psoriasis / Current | QTP+VAL / 84 | | Other Plain Vitamin Preparations/ TOCOPHEROL / -273/114 /PRE OL | At randomization | 295.0 (1)F | NO | 9.2 (1) | 104(1) |
| | | | Near-sightedness / Current | | | Platelet Aggregation Inhibitors Excl. Heparin/ CLOPIDOGREL SULFATE/ /PRE OL | Week 12 | 163.0 (85)F | YES | 8.2 (85) | 106(85) |
| | | | Staph infection on both feet / Past | | | Folic Acid And Derivatives/ FOLIC ACID/ -273/114 /PRE OL | Final visit | 163.0 (85)F | YES | 8.2 (85) | 106(85) |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12748067

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FASTING**(YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0137029 | | | Ulcer on both feet / Past Vascular insufficiancy / Current | | | Electrolyte Solutions/ POTASSIUM CHLORIDE/ /PRE OL Sulfonamides, Plain/ FUROSEMIDE / /PRE OL Fatty Acid Derivatives/ VALPROATE SEMISODIUM / -163/114 /PRE OL Butyrophenone Derivatives/ HALOPERIDOL DECANOATE/ -342/-154 /PRE OL | Mean(post-randomization) | 207.0 | NO | 8.5 | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12748068

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING**(YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0137029 | | | | | | Benzodiazepine Derivatives/ LORAZEPAM/ -273/-160 /PRE OL Benzodiazepine Derivatives/ LORAZEPAM/ -159/114 /PRE OL Biguanides / METFORMIN/ 2/114 /RD | | | | | |
| D1447C00126 /E0138011 | OL | 72/Female/ 20 | Arthritis (osteo) / Current | OL QTP /169 | | Drugs For Functional Gastrointestinal Disorders/ PAPAIN/ -71/226 /OL | At enrollment | 90.0 (-174)F | YES | 5.5 (-174) | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12748069

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FASTING**(YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0138011 | | | Cataiact / Current | | | Softeners, Emollients / DOCUSATE SODIUM/ -71/226 /OL | Week 12 | 84.0 (-89)F | YES | 5.4 (-89) | 64(-89) |
| | | | Gastritis / Current | | | Bisphosphonates/ ALENDRONATE SODIUM/ /PRE OL | Final visit | 86.0 (-1)F | NO | 5.1 (-1) | 59(-1) |
| | | | Insomnia / Current | | | Lithium/ LITHIUM/ -169/-163 /OL | Mean(post-enrollment) | 86.7 | NO | 5.3 | |
| | RD | 72/Female/ 19.7 | Osteoporosis / Current | QTP+LI /196 | | Lithium/ LITHIUM/ -162/196 /OL | At randomization | 86.0 (-1)F | NO | 5.1 (-1) | 59(-1) |
| | | | | | | Benzodiazepine Derivatives/ TEMAZEPAM/ -305/-111 /PRE OL | Week 12 | 84.0 (95)F | YES | 5.5 (95) | 73(71) |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12748070

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FASTING**(YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0138011 | | | | | | Benzodiazepine Related Drugs/ ZALEPLON/ -110/-95 /OL | Week 28 | 84.0 (196)F | YES | 5.4 (196) | 80(196) |
| | | | | | | Benzodiazepine Related Drugs/ ZALEPLON/ -94/168 /OL | Final visit | 84.0 (196)F | YES | 5.4 (196) | 80(196) |
| | | | | | | Selective Serotonin Reuptake Inhibitors / SERTRALINE HYDROCHLORIDE/ -200/-103 /PRE OL | Mean(post-randomization) | 84.5 | NO | 5.4 | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
\# All prior and concomitant medications are listed.
\## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12748071

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FASTING**(YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0138011 | | | | | | Selective Serotonin Reuptake Inhibitors / SERTRALINE HYDROCHLORIDE/ -102/-96 /OL | | | | | |
| | | | | | | Selective Serotonin Reuptake Inhibitors / SERTRALINE HYDROCHLORIDE/ -95/-89 /OL | | | | | |
| | | | | | | Selective Serotonin Reuptake Inhibitors / SERTRALINE HYDROCHLORIDE/ -88/-87 /OL | | | | | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12748072

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FASTING**(YES/NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0138011 | | | | | | Drugs Used In Nicotine Dependence / BUPROPION HYDROCHLORIDE/ -200/-110 /PRE OL Drugs Used In Nicotine Dependence / BUPROPION HYDROCHLORIDE/ -109/-103 /OL Sympathomimetics, Plain/ OXYMETAZOLINE HYDROCHLORIDE/ -122/226 /OL | | | | | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12748073

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FASTING**(YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0138011 | | | | | | Proton Pump Inhibitors / LANSOPRAZOLE/ 13/13 /RD Contact Laxatives/ BISACODYL/ 37/37 /RD Osmotically Acting Laxatives/ LACTULOSE/ 95/122 /RD Other Oral Blood Glucose Lowering Drugs/ CYAMOPSIS TETRAGONOLOBUS GUM/ 37/226 /RD | | | | | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12748074

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING**(YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0138011 | | | | | | Thyroid Hormones/ LEVOTHYROXINE SODIUM/ 73/112 /RD Thyroid Hormones/ LEVOTHYROXINE SODIUM/ 113/226 /RD Lithium/ LITHIUM/ 196/226 /RD Benzodiazepine Related Drugs/ ZOLPIDEM TARTRATE/ 168/170 /RD | | | | | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
\# All prior and concomitant medications are listed.
\#\# All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12748075

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FASTING** (YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0138011 | | | | | | Benzodiazepine Related Drugs/ ZOLPIDEM TARTRATE/ 171/226 /RD | | | | | |
| D1447C00126 /E0146006 | OL | 42/Male/32.1 | Anxiety secondary to bipolar / Current | OL QTP / 50 | DIABETES MELLITUS43 /133 | Proton Pump Inhibitors / ESOMEPRAZOLE MAGNESIUM/ /PRE OL | At enrollment | 129.0 (-3)F | YES | 6.7 (-3) | |
| | | | Arthritis / Current | | | Biguanides / METFORMIN/ 49/53 /OL | Week 4 | | | 10.8 (43) | |
| | | | Elevated cholesterol / Current | | | Combinations Of Vitamins/ VITAMINS NOS/ /PRE OL | Week 8 | | | 11.5 (50) | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12748076

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING**(YES/NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0146006 | | | Hypertriglyceridemia / Current | | | Hmg Coa Reductase Inhibitors / ROSUVASTATIN CALCIUM/ 50/57 /OL | Week 8 | | | 11.4 (63) | |
| | | | Insomnia / Current | | | Hmg Coa Reductase Inhibitors / SIMVASTATIN/ -31/49 /PRE OL | Week 8 | | | 11.0 (71) | |
| | | | Intermittent bakers cyst-knee bilaterally / Current | | | Macrolides / AZITHROMYCIN/ 46/46 /OL | Week 12 | 220.0 (50)F | NO | | |
| | | | Left eye pterygium / Current | | | Propionic Acid Derivatives/ IBUPROFEN/ /PRE OL | Week 12 | 127.0 (63)F 126.0 (63)R | NO | | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FASTING**(YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0146006 | | | Left knee torn meniscus / Past | | | Propionic Acid Derivatives/ NAPROXEN SODIUM/ /PRE OL | Week 12 | 132.0 (71)F 132.0 (71)R | NO | | |
| | | | Occasional dizziness / Current | | | Other Analgesics And Antipyretics/ GABAPENTIN / 29/35 /OL | Week 12 | 116.0 (85)F 114.0 (85)R | NO | 8.8 (85) | |
| | | | Occasional heartburn / Current | | | Fatty Acid Derivatives/ VALPROATE SEMISODIUM / UNK/-14 /PRE OL | Week 12 | 106.0 (99)F 113.0 (99)R | NO | 7.6 (99) | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12748078

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FASTING**(YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0146006 | | | Occasional stress headache / Current | | | Fatty Acid Derivatives/ VALPROATE SEMISODIUM / -13/80 /PRE OL | Week 12 | 84.0 (119)F 85.0 (119)R | NO | 6.5 (119) | |
| | | | Recurrent back pain / Current | | | Other Antiepileptics/ GABAPENTIN / -31/28 /PRE OL | Week 24 | 106.0 (133)F 106.0 (133)R | NO | 6.3 (133) | |
| | | | Recurrent neck pain / Current | | | Other Antiepileptics/ GABAPENTIN / 36/80 /OL | Final visit | 106.0 (133)F 106.0 (133)R | NO | 6.3 (133) | 109(49) |
| | | | Sleep apnea / Current | | | Diazepines, Oxazepines And Thiazepines/ QUETIAPINE FUMARATE/ -3/-3 /PRE OL | Mean(post-enrollment) | 119.3 | NO | 8.7 | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NA ME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YE S /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0146006 | | | | | | Diazepines , Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE/ -2/-2 /PRE OL | | | | | |
| | | | | | | Diazepines , Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE/ -1/-1 /PRE OL | | | | | |
| | | | | | | Benzodiaze pine Derivative s/ ALPRAZOLAM / -9/-9 /PRE OL | | | | | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12748080

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING**(YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0146006 | | | | | | Benzodiazepine Related Drugs/ ZOLPIDEM TARTRATE/ /PRE OL Other Antidepressants/ NEFAZODONE HYDROCHLORIDE/ UNK/-22 /PRE OL Other Antidepressants/ NEFAZODONE HYDROCHLORIDE/ -21/-19 /PRE OL | | | | | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
\# All prior and concomitant medications are listed.
\## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12748081

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FASTING**(YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0146006 | | | | | | Drugs Used In Nicotine Dependence / BUPROPION HYDROCHLORIDE/ -31/1 /PRE OL Drugs Used In Nicotine Dependence / BUPROPION HYDROCHLORIDE/ 2/18 /OL | | | | | |
| D1447C00126 /E0201001 | OL | 55/Male/35 .8 | "Tennis elbow" / Current | OL QTP /168 | | Fatty Acid Derivatives/ VALPROATE SODIUM/ 1/45 /OL | At enrollment | 112.0 (-175)R | NO | 6.1 (-175) | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
\# All prior and concomitant medications are listed.
\## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12748082

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FASTING**(YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0201001 | | | Carpal tunnel syndrome right side / Current | | | Insulins And Analogues, Fast-Acting/ INSULIN ASPART/ -199/-159 /PRE OL | Week 12 | 111.0 (-84)F | NO | 5.9 (-84) | 110(-84) |
| | | | Gout / Current | | | Insulins And Analogues, Fast-Acting/ INSULIN ASPART/ -158/-127 /OL | Final visit | 111.0 (-84)F | NO | | 107(1) |
| | | | Hypercholesterolemia / Current | | | Insulins And Analogues, Fast-Acting/ INSULIN ASPART/ -126/-63 /OL | Final visit | | YES | 5.9 (1) | 107(1) |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12748083

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FASTING**(YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0201001 | | | Hypertension / Current | | | Insulins And Analogues, Fast-Acting/ INSULIN ASPART/ -90/45 /OL | Mean(post-enrollment) | 111.3 | NO | 6.0 | |
| | RD | 56/Male/33 | Insulin dependent diabetes mellitus / Current | PLA+VAL / 15 | | Insulins And Analogues, Intermediate-Acting/ INSULIN ISOPHANE, HUMAN BIOSYNTHETIC/ /PRE OL | At randomization | | YES | 5.9 (1) | 107(1) |
| | | | Lip puckering / Current | | | Biguanides / METFORMIN/ /PRE OL | Week 12 | 87.0 (25)F | YES | 5.7 (25) | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
\# All prior and concomitant medications are listed.
\## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12748084

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FASTING** (YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0201001 | | | Odematous ankles bilateral / Current | | | Platelet Aggregation Inhibitors Excl. Heparin/ ACETYLSALICYLIC ACID/ /PRE OL | Final visit | 87.0 (25)F | YES | 5.7 (25) | 107(25) |
| | | | Paresthesia / Current | | | Phenylalkylamine Derivatives/ VERAPAMIL HYDROCHLORIDE/ /PRE OL | Mean(post-randomization) | 87.0 | NO | 5.8 | |
| | | | Shoulder pain right sided / Current | | | Ace Inhibitors , Plain/ PERINDOPRIL/ -213/45 /PRE OL | | | | | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12748085

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING**(YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0201001 | | | Teeth grinding / Current | | | Hmg Coa Reductase Inhibitors / SIMVASTATIN/ /PRE OL | | | | | |
| | | | Trunk jerking / Current | | | Glucocorticoids/ CORTISONE/ -60/-60 /OL | | | | | |
| | | | | | | Glucocorticoids/ CORTISONE/ -39/-39 /OL | | | | | |
| | | | | | | Oxicams/ PIROXICAM/ -88/-45 /OL | | | | | |
| | | | | | | Preparations Inhibiting Uric Acid Production / ALLOPURINOL/ /PRE OL | | | | | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12748086

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING** (YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0201001 | | | | | | Anilides/ PARACETAMOL/ -90/-88 /OL<br>Anilides/ PARACETAMOL/ -21/45 /OL<br>Fatty Acid Derivatives/ VALPROATE SODIUM/ -199/-160 /PRE OL<br>Fatty Acid Derivatives/ VALPROATE SODIUM/ -159/-152 /OL | | | | | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
\# All prior and concomitant medications are listed.
\#\# All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12748087

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING**(YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0201001 | | | | | | Fatty Acid Derivatives/ VALPROATE SODIUM/ -151/-146 /OL<br>Fatty Acid Derivatives/ VALPROATE SODIUM/ -145/-28 /OL<br>Fatty Acid Derivatives/ VALPROATE SODIUM/ -27/15 /OL<br>Benzodiazepine Derivatives/ OXAZEPAM/ -27/15 /OL | | | | | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12748088

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FASTING**(YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0305002 | OL | 66/Female/ 33.3 | Arterial hypertension / Past | OL QTP /115 | | Insulins And Analogues, Intermediate-Acting/ INSULIN HUMAN INJECTION, ISOPHANE/ -146/233 /PRE OL | At enrollment | 108.0 (-121)F | YES | 6.3 (-121) | |
| | | | Chronic osteititis / Current | | | Insulins And Analogues, Intermediate-Acting/ INSULIN INJECTION, ISOPHANE/ -146/233 /PRE OL | Week 12 | 196.0 (-30)F | NO | 6.4 (-30) | 83(-30) |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12748089

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FASTING**(YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0305002 | | | Diabetes insuline dependant / Current | | | Platelet Aggregation Inhibitors Excl. Heparin/ CLOPIDOGREL SULFATE/ /PRE OL | Final visit | 85.0 (1)F | YES | 6.9 (1) | 82(1) |
| | | | Insomnia / Current | | | Sulfonamides, Plain/ INDAPAMIDE / -146/60 /PRE OL | Mean(post-enrollment) | 129.7 | NO | 6.5 | |
| | RD | 67/Female/ 33.3 | Right inferior limb paresis / Current | PLA+VAL /318 | | Beta Blocking Agents, Non-Selective/ PROPRANOLOL HYDROCHLORIDE/ /PRE OL | At randomization | 85.0 (1)F | YES | 6.9 (1) | 82(1) |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
\# All prior and concomitant medications are listed.
\## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING**(YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0305002 | | | Sacral plexus lesion / Current | | | Dihydropyridine Derivatives/ AMLODIPINE BESILATE/ /PRE OL | Week 28 | 97.0 (195)F | YES | 7.4 (195) | |
| | | | | | | Fatty Acid Derivatives/ VALPROIC ACID/ -128/-117 /PRE OL | Week 40 | 114.0 (281)F | YES | 6.8 (281) | 82(281) |
| | | | | | | Fatty Acid Derivatives/ VALPROIC ACID/ -116/-95 /PRE OL | Week 40 | 126.0 (319)F | YES | 7.7 (319) | 82(281) |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
\# All prior and concomitant medications are listed.
\## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12748091

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FASTING**(YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0305002 | | | | | | Fatty Acid Derivatives/ VALPROIC ACID/ -94/348 /OL | Final visit | 126.0 (319)F | YES | 7.7 (319) | 83(319) |
| | | | | | | Diazepines, Oxazepines And Thiazepines/ QUETIAPINE FUMARATE/ -128/-117 /PRE OL<br>Diazepines, Oxazepines And Thiazepines/ QUETIAPINE FUMARATE/ -116/-116 /PRE OL | Mean(post-randomization) | 109.6 | NO | 7.3 | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
\# All prior and concomitant medications are listed.
\#\# All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12748092

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING**(YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0305002 | | | | | | Benzodiazepine Related Drugs/ ZOLPIDEM/ /PRE OL Osmotically Acting Laxatives/ MACROGOL/ 230/248 /RD Insulins And Analogues, Intermediate-Acting/ INSULIN HUMAN INJECTION, ISOPHANE/ 234/348 /RD | | | | | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12748093

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING**(YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0305002 | | | | | | Insulins/Analogues, Intermed-Acting Comb.Fast-Act/ INSULIN HUMAN/ 234/348 /RD Other Peripheral Vasodilators/ BUFLOMEDIL / 233/348 /RD Organic Acids/ ASCORBIC ACID/ 194/201 /RD Imidazole Derivatives/ MICONAZOLE / 230/248 /RD | | | | | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
\# All prior and concomitant medications are listed.
\## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12748094

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING**(YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0305002 | | | | | | Comb Of Sulfonamides/Trimethoprim Incl Derivatives/ SULFAMETHOXAZOLE/ 230/248 /RD Nitrofuran Derivatives/ NITROFURANTOIN/ 194/201 /RD Nitrofuran Derivatives/ NITROFURANTOIN/ 202/215 /RD | | | | | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12748095

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FASTING**(YES/NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0305002 | | | | | | Butyrophenone Derivatives/ HALOPERIDOL DECANOATE/ 319/348 /RD Adrenergics/Other Drugs For Obstr Airway Diseases/ FENOTEROL HYDROBROMIDE/ 235/348 /RD | | | | | |
| D1447C00126 /E0401006 | OL | 28/Male/42 .7 | Hypertension / Past | OL QTP / 95 | BLOOD INSULIN INCREASED2 84/UNK | Fatty Acid Derivatives/ VALPROATE SODIUM/ -123/-96 /PRE OL | At enrollment | 77.0 (-102)R | YES | 5.3 (-102) | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FASTING** (YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0401006 | | | | | | Lithium/ LITHIUM CARBONATE/ -119/-96 /PRE OL | Final visit | 97.0 (1)R | YES | 4.8 (1) | 130(1) |
| | | | | | | Lithium/ LITHIUM CARBONATE/ -95/-38 /OL | Mean(post-enrollment) | 87.0 | NO | 5.1 | |
| | RD | 28/Male/41 .6 | | PLA+LI /546 | | Lithium/ LITHIUM CARBONATE/ -37/46 /OL | At randomization | 97.0 (1)R | YES | 4.8 (1) | 130(1) |
| | | | | | | Biguanides / METFORMIN/ 414/576 /RD | Week 12 | 92.0 (88)R | YES | 4.7 (88) | 125(88) |
| | | | | | | Lithium/ LITHIUM CARBONATE/ 47/143 /RD | Week 28 | 91.0 (202)F | YES | 4.9 (202) | 125(202) |
| | | | | | | Lithium/ LITHIUM CARBONATE/ 144/201 /RD | Week 40 | 95.0 (284)F | YES | 5.1 (284) | 126(284) |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12748097

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FASTING**(YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0401006 | | | | | | Lithium/ LITHIUM CARBONATE/ 202/576 /RD | Week 52 | 105.0 (375)F | YES | 4.8 (375) | 117(375) |
| | | | | | | | Week 68 | | YES | 5.2 (480) | 117(480) |
| | | | | | | | Week 84 | 94.0 (547)F | YES | 5.2 (547) | 114(547) |
| | | | | | | | Final visit | 92.0 (88)R | YES | | 114(547) |
| | | | | | | | Final visit | 94.0 (547)F | YES | 5.2 (547) | 114(547) |
| | | | | | | | Mean(post-randomization) | 95.0 | NO | 5.0 | |
| D1447C00126 /E0404003 | OL | 58/Male/38.4 | Chronic ischemic heart disease / Current | OL QTP /196 | DIABETES MELLITUS NON-INSULIN-DEPENDENT-77/UNK | Sulfonamides, Urea Derivatives/ GLICLAZIDE / -77/185 /OL | At enrollment | 107.0 (-202)F | YES | 6.9 (-202) | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12748098

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FASTING**(YES/NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0404003 | | | Conductive hearing loss, tympanic membrane / Current | | | Organic Nitrates/ ISOSORBIDE DINITRATE/ -230/-78 /PRE OL | Week 12 | 145.0 (-112)F | YES | 7.4 (-112) | 110(-112) |
| | | | Essential hypertension / Current | | | Organic Nitrates/ ISOSORBIDE DINITRATE/ -77/-13 /OL | Week 24 | 132.0 (-28)F | YES | 6.7 (-28) | 110(-28) |
| | | | Simple chronic bronchitis / Current | | | Organic Nitrates/ ISOSORBIDE DINITRATE/ -12/52 /OL | Final visit | 123.0 (1)F | YES | 6.7 (1) | 110(1) |
| | | | | | | Beta Blocking Agents, Selective/ ATENOLOL/ -230/185 /PRE OL | Mean(post-enrollment) | 126.8 | NO | 6.9 | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12748099

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FASTING**(YES/NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0404003 | RD | 58/Male/37.9 | | PLA+VAL /155 | | Fatty Acid Derivatives/ VALPROATE SODIUM/ -228/-203 /PRE OL | At randomization | 123.0 (1)F | YES | 6.7 (1) | 110(1) |
| | | | | | | Fatty Acid Derivatives/ VALPROATE SODIUM/ -202/-202 /PRE OL | Week 12 | 99.0 (85)F | YES | 6.0 (85) | 104(85) |
| | | | | | | Fatty Acid Derivatives/ VALPROATE SODIUM/ -201/-141 /PRE OL | Week 28 | 114.0 (156)F | YES | 6.3 (156) | 103(156) |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12748100

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FASTING**(YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0404003 | | | | | | Fatty Acid Derivatives/ VALPROATE SODIUM/ -140/-78 /OL | Final visit | 114.0 (156)F | YES | 6.3 (156) | 103(156) |
| | | | | | | Fatty Acid Derivatives/ VALPROATE SODIUM/ -77/-57 /OL | Mean(post-randomization) | 112.5 | NO | 6.3 | |
| | | | | | | Fatty Acid Derivatives/ VALPROATE SODIUM/ -56/7 /OL | | | | | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12748101

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FAST- ING**(YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0404003 | | | | | | Phenothiazines With Aliphatic Side-Chain / LEVOMEPROMAZINE/ -217/-203 /PRE OL Phenothiazines With Aliphatic Side-Chain / LEVOMEPROMAZINE/ -202/-197 /PRE OL Organic Nitrates/ ISOSORBIDE DINITRATE/ 53/185 /RD Fatty Acid Derivatives/ VALPROATE SODIUM/ 8/42 /RD | | | | | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12748102

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FASTING** (YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0404003 | | | | | | Fatty Acid Derivatives/ VALPROATE SODIUM/ 43/185 /RD | | | | | |
| D1447C00126 /E1120001 | OL | 63/Male/33 .4 | Commotio cerebri / Past | OL QTP /184 | | Biguanides / METFORMIN HYDROCHLORIDE/ -195/56 /PRE OL | At enrollment | 116.0 (-191)F | YES | 6.6 (-191) | |
| | | | Heart infarction / Past | | | Platelet Aggregation Inhibitors Excl. Heparin/ ACETYLSALICYLIC ACID/ /PRE OL | Week 12 | 141.0 (-84)F | YES | 6.4 (-84) | 96(-84) |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING**(YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1120001 | | | Hypercholesterolemia / Current | | | Hmg Coa Reductase Inhibitors / SIMVASTATIN/ /PRE OL | Final visit | 128.0 (1)F | YES | 6.5 (1) | 98(1) |
| | | | Hypertension disease / Current | | | Fibrates/ FENOFIBRATE/ /PRE OL | Mean(post-enrollment) | 128.3 | NO | 6.5 | |
| | RD | 63/Male/33 | Impaired glucose tolerance / Current | QTP+LI /200 | | Phenothiazines With Piperazine Structure/ PERAZINE DIMALEATE/ UNK/-201 /PRE OL | At randomization | 128.0 (1)F | YES | 6.5 (1) | 98(1) |
| | | | Ischaemic cordiac disease / Current | | | Phenothiazines With Piperazine Structure/ PERAZINE DIMALEATE/ -200/-200 /PRE OL | Week 12 | 126.0 (112)F | YES | 6.7 (112) | 96(86) |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12748104

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FASTING**(YES/NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1120001 | | | Spondylоarthrosis / Current | | | Phenothiazines With Piperazine Structure/ PERAZINE DIMALEATE/ -199/-192 /PRE OL | Week 28 | 121.0 (197)F | YES | 6.9 (197) | 98(197) |
| | | | | | | Phenothiazines With Piperazine Structure/ PERAZINE DIMALEATE/ -191/-191 /PRE OL | Final visit | 121.0 (197)F | YES | 6.9 (197) | 98(197) |
| | | | | | | Phenothiazines With Piperazine Structure/ PERAZINE DIMALEATE/ -190/-189 /PRE OL | Mean(post-randomization) | 124.0 | NO | 6.8 | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

CONFIDENTIAL
AZSER12748105

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FASTING**(YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1120001 | | | | | | Phenothiazines With Piperazine Structure/ PERAZINE DIMALEATE/ -188/-188 /PRE OL Lithium/ LITHIUM CARBONATE/ -215/77 /PRE OL Benzodiazepine Derivatives/ LORAZEPAM/ -191/-185 /PRE OL Sulfonamides/ SULFACETAMIDE/ -197/-181 /PRE OL | | | | | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

D1447c00126
11.3.12-2 Patients who received hypoglycemic medication
Open-label safety population

| STUDY/ PATIENT | PHASE | AGE/SEX/ BASELINE BMI | MEDICAL HISTORY | TREATMENT AND DAYS ON TREATMENT | ADVERSE EVENT PT## (START/ STOP DAY)* | MEDICATION CLASS/ GENERIC NAME# (START/ STOP DAY*) | VISIT | GLUCOSE MG/DL (DAY*) | FAST-ING**(YES /NO) | HBA1C (DAY*) | WEIGHT KG (DAY*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1120001 | | | | | | Amino Acids, Incl. Combinations With Polypeptides/ ASPARTIC ACID/ /PRE OL Biguanides / METFORMIN HYDROCHLORIDE/ 57/86 /RD Biguanides / METFORMIN HYDROCHLORIDE/ 87/230 /RD Lithium/ LITHIUM CARBONATE/ 77/230 /RD | | | | | |

Note: Specific patients with any diabetes medication (ATC codes starting with A10A or A10B) initiated after enrollment
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031202.lst al2.sas 11JUN2007:10:13 luchen

D1447c00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0103011 | OL | 42/Female /34.4 | OL QTP /253 | | COPD | Selective Beta-2-Adr enorecepto r Agonists/ SALBUTAMOL (UNK/UNK)/ PRE OL | Enrollme nt | 79.00(-2 60) F | YES | 6.0(-260 ) | 88(-260) |
| | | | | | Sleep apnoea | Adrenergic s/Other Drugs For Obstr Airway Diseases/ FLUTICASON E PROPIONATE (-1191/ 164)/ PRE OL | Week 12 | 129.00H( -169) F | YES | 5.8(-169 ) | 89(-169) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study, or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
\# All prior and concomitant medications are listed.
\## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031203.lst al3.sas 11JUN2007:08:51 luchen

D1447c00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Name# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0103011 | OL | 42/Female /34.4 | OL QTP /253 | | Diabetes mellitus | Diazepines, Oxazepines And Thiazepines/ QUETIAPINE FUMARATE (-293/ 164)/ PRE OL | Week 24 | 117.00(-85) F | YES | 6.0(-85) | 89(-85) |
| | | | | | | Fatty Acid Derivatives/ VALPROATE SEMISODIUM (-293/ 164)/ PRE OL | Mean (post-enrollment) | 123.00 | | 5.9 | 89 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study, or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
\# All prior and concomitant medications are listed.
\#\# All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031203.lst al3.sas 11JUN2007:08:51 luchen

D1447c00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Name# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0103011 | OL | 42/Female /34.4 | OL QTP /253 | | | Selective Serotonin Reuptake Inhibitors / SERTRALINE HYDROCHLORIDE (-265/ -66)/ PRE OL | | | | | |
| | | | | | | Leukotriene Receptor Antagonists/ MONTELUKAST (-175/ 164) | | | | | |
| | | | | | | Xanthines/ | | | | | |
| | | | | | | THEOPHYLLINE (-175/ 164) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study, or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
\# All prior and concomitant medications are listed.
\## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031203.lst al3.sas 11JUN2007:08:51 luchen

D1447c00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0103011 | OL | 42/Female /34.4 | OL QTP /253 | | | Other Antiepilep tics/ LAMOTRIGIN E (-141/ -66) | | | | | |
| | RD | 42/Female /35.9 | PLA+VAL /134 | | | Fluoroquin olones/ LEVOFLOXAC IN (41/ 164) | At randomiz ation | 78.00(-1 ) F | YES | 6.3(-1) | 92(-1) |
| | | | | | | Glucocorti coids/ METHYLPRED NISOLONE (41/ 164) | Week 4 | | | | 93(28) |
| | | | | | | Hmg Coa Reductase Inhibitors / ATORVASTAT IN (41/ 164) | Week 8 | | | | 94(61) |
| | | | | | | | Week 12 | 165.00H( 93) R | YES | 7.0(93) | 93(93) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study, or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031203.lst al3.sas 11JUN2007:08:51 luchen

D1447c00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0103011 | RD | 42/Female /35.9 | PLA+VAL /134 | | | | Week 12 | | | 6.8(135) | 93(135) |
| | | | | | | | Mean (post-ra ndomizat ion) | 165.00 | | 6.9 | 93 |
| D1447C00126 /E0103026 | OL | 24/Female /55.8 | OL QTP /252 | | | Fatty Acid Derivative s/ VALPROATE SEMISODIUM (-1362/ 58)/ PRE OL | Enrollme nt | 109.00(- 258) F | YES | 6.3(-258 ) | 152(-258 ) |
| | | | | | | Other Antiepilep tics/ LAMOTRIGIN E (-440/ -263)/ PRE OL | Week 1 | | | | 152(-245 ) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study, or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031203.lst al3.sas 11JUN2007:08:51 luchen

D1447c00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0103026 | OL | 24/Female /55.8 | OL QTP /252 | | | Selective Serotonin Reuptake Inhibitors / PAROXETINE HYDROCHLOR IDE (-440/ -95)/ PRE OL | Week 1 | | | | 153(-245 ) |
| | | | | | | Diazepines , Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (-263/ 58)/ PRE OL | Week 12 | 134.00H( -168) F | YES | 7.1(-168 ) | 153(-168 ) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study, or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
\# All prior and concomitant medications are listed.
\#\# All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031203.lst al3.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748113

D1447c00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Name# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0103026 | OL | 24/Female /55.8 | OL QTP /252 | | | Hmg Coa Reductase Inhibitors / SIMVASTATIN (-25/ 58) | Week 24 | 263.00H( -84) F | YES | 8.1H(-84 ) | 150(-84) |
| | | | | | | Comb Of Sulfonamides/Trimethoprim Incl Derivatives/ SULFAMETHOXAZOLE (-12/ -8) | Mean (post-enrollment ) | 198.50 | | 7.6 | 152 |
| | | | | | | Opium Alkaloids And Derivatives/ HYDROCODONE (-12/ -8) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study, or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031203.lst al3.sas 11JUN2007:08:51 luchen

D1447c00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0103026 | RD | 25/Female /54.4 | PLA+VAL / 28 | | | | At randomiz ation | 130.00H( 1) F | YES | 7.6H(1) | 148(1) |
| | | | | | | | Week 4 | | | | 148(23) |
| | | | | | | | Week 4 | | | | 148(28) |
| | | | | | | | Week 12 | 88.00(28 ) R | YES | 6.8(28) | |
| | | | | | | | Mean (post-ra ndomizat ion) | 88.00 | | 6.8 | 148 |
| D1447C00126 /E0110021 | OL | 49/Male /40.1 | OL QTP /118 | | Hypothyroi dism | Fatty Acid Derivative s/ VALPROATE SEMISODIUM (UNK/UNK)/ PRE OL | Enrollme nt | 77.00(-1 24) F | YES | 5.6(-124 ) | 123(-125 ) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study, or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
\# All prior and concomitant medications are listed.
\#\# All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031203.lst al3.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748115

D1447c00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Name# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0110021 | OL | 49/Male /40.1 | OL QTP /118 | | Hypercholesterolmia | Diazepines, Oxazepines And Thiazepines/ QUETIAPINE FUMARATE (UNK/-125) / PRE OL | Week 1 | | | | 127(-111) |
| | | | | | | Diazepines, Oxazepines And Thiazepines/ QUETIAPINE FUMARATE (-124/ -119) | Week 1 | | | | 127(-111) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study, or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
\# All prior and concomitant medications are listed.
\#\# All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031203.lst al3.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748116

D1447c00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Name# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0110021 | OL | 49/Male /40.1 | OL QTP /118 | | | Acetic Acid Derivatives And Related Substances / INDOMETACIN (-66/ -64) | Week 12 | 80.00(-34) F | YES | 5.6(-34) | 125(-34) |
| | | | | | | | Mean (post-enrollment) | 80.00 | | 5.6 | 126 |
| | RD | 49/Male /40.1 | QTP+VAL / 86 | GLYCOSYLATED HAEMOGLOBIN INCREASED (87/UNK) | | Sulfonamides, Plain/ FUROSEMIDE (45/ 77) | At randomization | 97.00(1) F | YES | 5.7(1) | 123(1) |
| | | | | | | Potassium/ POTASSIUM (45/ 116) | Week 4 | | | | 127(31) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study, or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031203.lst al3.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748117

D1447c00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Name# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0110021 | RD | 49/Male /40.1 | QTP+VAL / 86 | | | Sulfonamides, Plain/ FUROSEMIDE (78/ 116) | Week 8 | | | | 122(59) |
| | | | | | | Thyroid Hormones/ | Week 12 | 155.00H(87) F | YES | 6.5(87) | 130(87) |
| | | | | | | LEVOTHYROXINE SODIUM (78/ 116) | | | | | |
| | | | | | | Diazepines, Oxazepines And Thiazepines/ QUETIAPINE FUMARATE (87/ 116) | Week 12 | | | 6.7(89) | 130(89) |
| | | | | | | | Mean (post-randomization) | 155.00 | | 6.6 | 127 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study, or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
\# All prior and concomitant medications are listed.
\## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031203.lst al3.sas 11JUN2007:08:51 luchen

D1447c00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Name# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0113002 | OL | 28/Female /50.1 | OL QTP /112 | | Hypertension | Biguanides / METFORMIN (-246/ 319)/ PRE OL | Enrollment | 120.00(-118) F | YES | 7.1(-118) | 131(-119) |
| | | | | | High cholesterol | Hmg Coa Reductase Inhibitors / SIMVASTATIN (-246/ 319)/ PRE OL | Week 12 | 113.00(-23) F | YES | 7.2(-23) | 131(-27) |
| | | | | | Diabetes | Other Lipid Modifying Agents/ EZETIMIBE (-246/ 319)/ PRE OL | Mean (post-enrollment) | 113.00 | | 7.2 | 131 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study, or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
\# All prior and concomitant medications are listed.
\#\# All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031203.lst al3.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748119

D1447c00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Name# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0113002 | OL | 28/Female /50.1 | OL QTP /112 | | | Angiotensin Ii Antagonists, Plain/ OLMESARTAN MEDOXOMIL (-154/ 319)/ PRE OL<br><br>Diazepines, Oxazepines And Thiazepines/ QUETIAPINE FUMARATE (-140/ -113)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study, or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031203.lst al3.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748120

D1447c00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0113002 | OL | 28/Female /50.1 | OL QTP /112 | | | Fatty Acid Derivative s/ VALPROATE SEMISODIUM (-140/ -90)/ PRE OL | | | | | |
| | | | | | | Fatty Acid Derivative s/ VALPROATE SEMISODIUM (-89/ 223) | | | | | |
| | RD | 28/Female /50.1 | QTP+VAL /289 | | | Fatty Acid Derivative s/ VALPROATE SEMISODIUM (223/ 319) | At randomiz ation | 113.00(- 23) F | YES | 7.5(1) | 132(1) |
| | | | | | | | Week 4 | | | | 132(31) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study, or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031203.lst al3.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748121

D1447c00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Name# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0113002 | RD | 28/Female /50.1 | QTP+VAL /289 | | | | Week 12 | 195.00H(85) F | YES | 7.6H(85) | 132(71) |
| | | | | | | | Week 12 | | | | 132(84) |
| | | | | | | | Week 28 | 235.00H(198) R | NO | 7.8H(198) | 107(195) |
| | | | | | | | Week 40 | 129.00H(298) F | YES | 8.1H(298) | |
| | | | | | | | Mean (post-randomization) | 186.33 | | 7.8 | 126 |
| D1447C00126 /E0116004 | OL | 35/Male /20.6 | OL QTP /199 | | Undecended testicle | Fatty Acid Derivatives/ VALPROATE SEMISODIUM (-6/ 14) | Enrollment | 75.00(-7) F | YES | 5.4(-7) | |
| | | | | | Fractured wrist | | Week 12 | 138.00H(88) F | NO | 5.9(88) | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study, or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
\# All prior and concomitant medications are listed.
\## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031203.lst al3.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748122

D1447c00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Name# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0116004 | OL | 35/Male /20.6 | OL QTP /199 | | Fractured ribs | | Week 24 | 144.00H( 186) F | NO | 6.1(186) | |
| | | | | | Fractured clavicle | | Week 24 | | | 6.0(200) | |
| | | | | | Fractured arm left | | Mean (post-enrollment) | 141.00 | | 6.0 | |
| | | | | | Rhonchi | | | | | | |
| | | | | | | Fatty Acid Derivatives/ VALPROATE SEMISODIUM (15/ 200) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study, or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
\# All prior and concomitant medications are listed.
\## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031203.lst al3.sas 11JUN2007:08:51 luchen

D1447c00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0116004 | | | | | | Beta-Lactam Antibacterials, Penicillins/ PENICILLIN NOS (181/ 193)<br>Natural Opium Alkaloids/<br>HYDROCODONE BITARTRATE (181/ 193) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study, or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
\# All prior and concomitant medications are listed.
\## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031203.lst al3.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748124

D1447c00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Name# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0117029 | OL | 59/Male /29.6 | OL QTP / 23 | | Suicide attempt | Ace Inhibitors And Diuretics/ LISINOPRIL (UNK/UNK)/ PRE OL | Enrollment | 147.00H(-7) F | YES | 6.9(-7) | |
| | | | | | Arthritis | Acetic Acid Derivatives And Related Substances / SULINDAC (UNK/UNK)/ PRE OL | Week 4 | | | 7.1(26) | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study, or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
\# All prior and concomitant medications are listed.
\## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031203.lst al3.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748125

D1447c00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0117029 | OL | 59/Male /29.6 | OL QTP / 23 | | Hyperlipidemia | Benzothiazepine Derivatives/ DILTIAZEM HYDROCHLORIDE (UNK/UNK)/ PRE OL | Week 12 | 164.00H( 26) F | YES | | |
| | | | | | Diabetes | Biguanides / METFORMIN (UNK/UNK)/ PRE OL | Mean (post-enrollment ) | 164.00 | | 7.1 | |
| | | | | | Erectile dysfunction | Drugs Used In Erectile Dysfunction/ TADALAFIL (UNK/UNK)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study, or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031203.lst al3.sas 11JUN2007:08:51 luchen

D1447c00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Name# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0117029 | OL | 59/Male /29.6 | OL QTP / 23 | | Overdose | Folic Acid And Derivatives/ FOLIC ACID (UNK/UNK)/ PRE OL | | | | | |
| | | | | | Hearing impairment | Hmg Coa Reductase Inhibitors / ATORVASTATIN (UNK/UNK)/ PRE OL | | | | | |
| | | | | | | Platelet Aggregation Inhibitors Excl. Heparin/ ACETYLSALICYLIC ACID (UNK/UNK)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study, or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031203.lst al3.sas 11JUN2007:08:51 luchen

D1447c00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Name# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0117029 | OL | 59/Male /29.6 | OL QTP / 23 | | | Sulfonamides, Urea Derivatives/ GLIBENCLAMIDE (UNK/UNK)/ PRE OL | | | | | |
| | | | | | | Selective Serotonin Reuptake Inhibitors / ESCITALOPRAM OXALATE (-51/ 15)/ PRE OL | | | | | |
| | | | | | | Lithium/ LITHIUM CARBONATE (1/ 1) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study, or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
\# All prior and concomitant medications are listed.
\## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031203.lst al3.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748128

D1447c00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0117029 | | | | | | Lithium/ LITHIUM CARBONATE (2/ 4) | | | | | |
| | | | | | | Fatty Acid Derivative s/ VALPROATE SEMISODIUM (8/ 14) | | | | | |
| | | | | | | Fatty Acid Derivative s/ VALPROATE SEMISODIUM (15/ 53) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study, or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
\# All prior and concomitant medications are listed.
\## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031203.lst al3.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748129

D1447c00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Name# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0117029 | | | | | | Selective Serotonin Reuptake Inhibitors / ESCITALOPRAM OXALATE (16/ 53) | | | | | |
| D1447C00126 /E0118002 | OL | 33/Male /25.8 | OL QTP /109 | | Nearsightedness | Natural Opium Alkaloids/ HYDROCODONE BITARTRATE (UNK/UNK)/ PRE OL | Enrollment | 155.00H(-116) F | YES | 6.8(-116) | 82(-116) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study, or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
\# All prior and concomitant medications are listed.
\## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031203.lst al3.sas 11JUN2007:08:51 luchen

D1447c00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Name# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0118002 | OL | 33/Male /25.8 | OL QTP /109 | | Asthma | Selective Beta-2-Adrenoreceptor Agonists/ SALBUTAMOL (UNK/UNK)/ PRE OL | Week 12 | 141.00H(-38) F | YES | 6.9(-38) | 82(-38) |
| | | | | | Type 2 diabetes mellitus | Biguanides / METFORMIN (-355/ 116)/ PRE OL | Mean (post-enrollment) | 141.00 | | 6.9 | 82 |
| | | | | | Tension headaches | Lithium/ LITHIUM (-116/ 116) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study, or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
\# All prior and concomitant medications are listed.
\#\# All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031203.lst al3.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748131

D1447c00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0118002 | OL | 33/Male /25.8 | OL QTP /109 | | | Selective Serotonin (5ht1) Agonists/ SUMATRIPTA N (-3/ -3) | | | | | |
| | RD | 34/Male /25.8 | PLA+LI / 86 | | | | At randomiz ation | 170.00H( 1) F | YES | 7.3(1) | 82(1) |
| | | | | | | | Week 4 | | | | 83(29) |
| | | | | | | | Week 8 | | | | 82(59) |
| | | | | | | | Week 12 | 206.00H( 86) F | YES | 7.8H(86) | 81(86) |
| | | | | | | | Mean (post-ra ndomizat ion) | 206.00 | | 7.8 | 82 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study, or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031203.lst al3.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748132

D1447c00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Name# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0118016 | OL | 45/Female /47.8 | OL QTP /205 | | Diabetes mellitus type 2 | Hmg Coa Reductase Inhibitors / ATORVASTATIN (UNK/UNK)/ PRE OL | Enrollment | 153.00H( -207) F | YES | 7.8H(-207) | 143(-211) |
| | | | | | Hypercholesterolemia | Propionic Acid Derivatives/ IBUPROFEN (UNK/UNK)/ PRE OL | Week 12 | 181.00H( -120) F | YES | 7.7H(-120) | 142(-120) |
| | | | | | Back pain | Fatty Acid Derivatives/ VALPROATE SEMISODIUM (-3148/ 251)/ PRE OL | Week 24 | 228.00H( -32) F | YES | 9.2H(-32) | 145(-32) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study, or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031203.lst al3.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748133

D1447c00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Name# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0118016 | OL | 45/Female /47.8 | OL QTP /205 | | Hypertension | Ace Inhibitors, Plain/ LISINOPRIL (-2052/ 251)/ PRE OL | Week 24 | | | 10.0H(-8) | |
| | | | | | Hyperlipidemia | Potassium/ POTASSIUM (-1230/ 251)/ PRE OL<br>Platelet Aggregation Inhibitors Excl. Heparin/ ACETYLSALICYLIC ACID (-1018/ 251)/ PRE OL | Mean (post-enrollment) | 204.50 | | 9.0 | 144 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study, or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
\# All prior and concomitant medications are listed.
\## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031203.lst al3.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748134

D1447c00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Name# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0118016 | OL | 45/Female /47.8 | OL QTP /205 | | | Sulfonamides, Urea Derivatives/ GLIPIZIDE (-1018/ 251)/ PRE OL | | | | | |
| | RD | 45/Female /48.3 | QTP+VAL /221 | | | | At randomization | 195.00H(1) F | YES | 9.9H(1) | 145(1) |
| | | | | | | | Week 4 | | | | 145(28) |
| | | | | | | | Week 8 | | | | 146(57) |
| | | | | | | | Week 12 | 158.00H(84) F | NO | 9.0H(84) | 143(84) |
| | | | | | | | Week 28 | 280.00H(208) F | NO | 8.1H(208) | 136(208) |
| | | | | | | | Week 28 | | | 8.3H(222) | 134(222) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study, or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031203.lst al3.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748135

D1447c00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Name# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0118016 | RD | 45/Female /48.3 | QTP+VAL /221 | | | | Mean (post-randomization) | 219.00 | | 8.5 | 141 |
| D1447C00126 /E0118029 | OL | 41/Female /34.7 | OL QTP /140 | | Indigestion | Calcium Compounds/ CALCIUM CARBONATE (-1728/ 185)/ PRE OL | Enrollment | 109.00(-142) F | NO | 6.7(-142) | 106(-147) |
| | | | | | Hypercholesterolemia | Selective Serotonin Reuptake Inhibitors / FLUOXETINE HYDROCHLORIDE (-267/ -141)/ PRE OL | Week 12 | 161.00H(-57) F | NO | 7.0(-57) | 107(-57) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study, or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031203.lst al3.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748136

D1447c00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Name# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0118029 | OL | 41/Female /34.7 | OL QTP /140 | | Sinus headaches | Hmg Coa Reductase Inhibitors / ATORVASTATIN (-267/ 185)/ PRE OL<br>Fatty Acid Derivatives/ VALPROATE SEMISODIUM (-140/ 185) | Mean (post-enrollment) | 161.00 | | 7.0 | 107 |
| | RD | 42/Female /34.7 | QTP+VAL /155 | | | | At randomization | 184.00H(1) F | NO | 7.3(1) | 106(1) |
| | | | | | | | Week 4 | | | | 105(37) |
| | | | | | | | Week 8 | | | | 106(57) |
| | | | | | | | Week 12 | 147.00H(91) F | NO | 7.2(91) | 106(91) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study, or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
\# All prior and concomitant medications are listed.
\## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031203.lst al3.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748137

D1447c00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Name# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0118029 | RD | 42/Female /34.7 | QTP+VAL /155 | | | | Mean (post-randomization) | 147.00 | | 7.2 | 106 |
| D1447C00126 /E0122014 | OL | 41/Female /30.3 | OL QTP /231 | | Diabetes (gestational) | Beta Blocking Agents, Non-Selective/ NADOLOL (-272/ -45)/ PRE OL | Enrollment | 99.00(-238) F | YES | 5.5(-238) | 79(-238) |
| | | | | | | Benzodiazepine Derivatives/ LORAZEPAM (-272/ 60)/ PRE OL | Week 1 | | | | 80(-223) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study, or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031203.lst al3.sas 11JUN2007:08:51 luchen

D1447c00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Name# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0122014 | OL | 41/Female /30.3 | OL QTP /231 | | | Lithium/ LITHIUM CARBONATE (-231/ -230) | Week 1 | | | | 79(-223) |
| | | | | | | Lithium/ LITHIUM CARBONATE (-229/ -217) | Week 12 | 146.00H( -144) F | NO | 5.9(-144 ) | 82(-144) |
| | | | | | | Lithium/ LITHIUM CARBONATE (-216/ -88) | Week 24 | 163.00H( -59) F | YES | | 81(-59) |
| | | | | | | Sympathomimetics/ PSEUDOEPHEDRINE HYDROCHLORIDE (-175/ -175) | Mean (post-enrollment ) | 154.50 | | 5.9 | 81 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study, or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031203.lst al3.sas 11JUN2007:08:51 luchen

D1447c00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Name# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0122014 | OL | 41/Female /30.3 | OL QTP /231 | | | Lithium/ LITHIUM CARBONATE (-87/ -71) | | | | | |
| | | | | | | Lithium/ LITHIUM CARBONATE (-70/ -33) | | | | | |
| | | | | | | Lithium/ LITHIUM CARBONATE (-32/ 7) | | | | | |
| | RD | 42/Female /31.1 | PLA+LI / 30 | | | Selective Serotonin (5ht1) Agonists/ | At randomization | 135.00H(1) F | YES | 5.6(1) | 81(1) |
| | | | | | | SUMATRIPTAN (1/ 1) | | | | | |
| | | | | | | Lithium/ LITHIUM CARBONATE (8/ 60) | Week 4 | | | | 78(30) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study, or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
\# All prior and concomitant medications are listed.
\## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031203.lst al3.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748140

D1447c00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Name# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0122014 | RD | 42/Female /31.1 | PLA+LI / 30 | | | | Week 12 | 111.00(31) F | YES | 5.7(31) | |
| | | | | | | | Mean (post-randomization) | 111.00 | | 5.7 | 78 |
| D1447C00126 /E0122031 | OL | 38/Female /26.3 | OL QTP /254 | | Asthma | Selective Beta-2-Adrenoreceptor Agonists/ SALBUTAMOL (UNK/UNK)/ PRE OL | Enrollment | 90.00(-260) F | YES | 4.7(-260) | 69(-260) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study, or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
\# All prior and concomitant medications are listed.
\## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031203.lst al3.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748141

D1447c00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0122031 | OL | 38/Female /26.3 | OL QTP /254 | | Hypercholesterolima | Hmg Coa Reductase Inhibitors / ROSUVASTATIN CALCIUM (-285/ -232)/ PRE OL | Week 1 | | | | 70(-247) |
| | | | | | | Fatty Acid Derivatives/ VALPROATE SEMISODIUM (-254/ -241) | Week 1 | | | | 70(-247) |
| | | | | | | Fatty Acid Derivatives/ VALPROATE SEMISODIUM (-240/ -178) | Week 12 | 84.00(-173) F | YES | 4.8(-173) | 74(-173) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study, or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
\# All prior and concomitant medications are listed.
\## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031203.lst al3.sas 11JUN2007:08:51 luchen

D1447c00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Name# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0122031 | OL | 38/Female /26.3 | OL QTP /254 | | | Fatty Acid Derivatives/ VALPROATE SEMISODIUM (-175/ 52) | Week 24 | 89.00(-85) F | YES | 5.0(-85) | 74(-85) |
| | | | | | | Proton Pump Inhibitors / PANTOPRAZOLE (-173/ 52) | Mean (post-enrollment) | 86.50 | | 4.9 | 72 |
| | RD | 38/Female /28.7 | QTP+VAL / 22 | | | Hmg Coa Reductase Inhibitors / ROSUVASTATIN CALCIUM (28/ 52) | At randomization | | | 4.9(2) | 75(2) |
| | | | | | | | Week 4 | | | | 76(28) |
| | | | | | | | Week 8 | | | | 76(55) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study, or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031203.lst al3.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748143

D1447c00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Name# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0122031 | RD | 38/Female /28.7 | QTP+VAL / 22 | | | | Week 12 | 138.00H(8) R | NO | | |
| | | | | | | | Mean (post-randomization) | 138.00 | | | 76 |
| D1447C00126 /E0137004 | OL | 47/Female /49 | OL QTP /200 | | Insomnia | Adrenergics/Other Drugs For Obstr Airway Diseases/ FLUTICASONE PROPIONATE (UNK/UNK)/ PRE OL | Enrollment | 133.00H(-207) F | YES | 7.1(-207) | 142(-207) |
| | | | | | Diabetes mellitus, Type II | Coxibs/ CELECOXIB (UNK/UNK)/ PRE OL | Week 1 | | | | 144(-192) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study, or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
\# All prior and concomitant medications are listed.
\## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031203.lst al3.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748144

D1447c00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Name# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0137004 | OL | 47/Female /49 | OL QTP /200 | | Hypercholestrolnemia | Hmg Coa Reductase Inhibitors / LOVASTATIN (UNK/UNK)/ PRE OL | Week 1 | | | | 143(-192) |
| | | | | | Emphysema | Insulins/Analogues, Intermed-Acting Comb.Fast-Act/ INSULIN ISOPHANE, HUMAN BIOSYNTHETIC (UNK/UNK)/ PRE OL | Week 12 | 223.00H(-116) F | NO | 6.5(-116) | 144(-116) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study, or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031203.lst al3.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748145

D1447c00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Name# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0137004 | OL | 47/Female /49 | OL QTP /200 | | Degenerative disc disease | Other Respiratory System Products/ OXYGEN (UNK/UNK)/ PRE OL | Week 24 | 177.00H( -32) F | NO | 5.8(-32) | 136(-32) |
| | | | | | Arthritis (hands/knees/ankles) | Potassium/ POTASSIUM (UNK/UNK)/ PRE OL | Mean (post-enrollment) | 200.00 | | 6.2 | 142 |
| | | | | | Edema | Selective Beta-2-Adrenoreceptor Agonists/ SALBUTAMOL (UNK/UNK)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study, or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031203.lst al3.sas 11JUN2007:08:51 luchen

D1447c00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Name# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0137004 | OL | 47/Female /49 | OL QTP /200 | | Allergy to Mellaril and Zoloft | Sulfonamides, Plain/ FUROSEMIDE (UNK/-201) / PRE OL<br><br>Other Antiepileptics/ TOPIRAMATE (-299/ -207)/ PRE OL<br><br>Drugs Used In Nicotine Dependence / BUPROPION HYDROCHLORIDE (-231/ -200)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study, or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
\# All prior and concomitant medications are listed.
\#\# All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tlf/t11031203.lst al3.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748147