D1447C00126
11.3.12-3 Patients with high glucose and HbAlc
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBAlC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0137004 | OL | 47/Female /49 | OL QTP /200 | | | Fatty Acid Derivative s VALPROATE SEMISODIUM -(-231/ -144) PRE OL | | | | | |
| | | | | | | Diazepines Oxazepines And Thiazepine s OLANZAPINE -(-214/ -200) PRE OL | | | | | |
| | | | | | | Benzodiaze pine Derivative s LORAZEPAM -(-200/ -64) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
 *   or with a >=1.5 unit increase in HbAlc any time during the study.
 to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 **  Blood sampling >8 hours after last meal, i.e. documented fasting.
     # All prior and concomitant medications are listed.
    ## All AEs potentially associated with diabetes mellitus.
     F=Glucose fasting; R=Glucose non-fasting (random).

3701

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748148

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | Treatment | Adverse Event PT## Start/Stop Day* | Medical history | Medication Class/Generic Name# Start/Stop Day* | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HbA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0137004 | OL | 47/Female /49 | | OL QTP /200 | | | Sulfonamides, Plain/ FUROSEMIDE (-200/ 172) | | | | | |
| | | | | | | | Drugs Used In Nicotine Dependence / BUPROPION HYDROCHLOR IDE (-199/ -197) | | | | | |
| | | | | | | | Benzodiaze pine Related Drugs/ ZOLPIDEM TARTRATE (-197/ -64) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbA1c at any time during the study.
  *   to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  **  Blood sampling >8 hours after last meal, i.e. documented fasting.
      #  All prior and concomitant medications are listed.
     ##  All AEs potentially associated with diabetes mellitus.
         F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/di447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

3702

CONFIDENTIAL
AZSER12748149

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c

Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Name#/ (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HbA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0137004 | OL | 47/Female /49 | OL QTP /200 | | | Fatty Acid Derivative s/ VALPROATE SEMISODIUM (-144/ -116) | | | | | |
| | | | | | | Fatty Acid Derivative s/ VALPROATE SEMISODIUM (-116/ 172) | | | | | |
| | | | | | | Macrolides /AZITHROMYC IN (-88/ -84) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbA1c any time during the study.
*     to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**    Blood sampling >8 hours after last meal, i.e. documented fasting.
      #  All prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
         F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748150

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | Treatment Start/Stop Day* | Adverse Event PT## Start/Stop Day* | Medical history | Medication Class/Generic Name# Start/Stop Day* | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126/E0137004 | OL | 47/Female/49 | OL QTP/200 | | | | Cephalosporins And Related Substances CEFALEXIN (-15/-9) | | | | | |
| | RD | 47/Female/46.9 | PLA+VAL/142 | | | | Ace Inhibitors, Plain/LISINOPRIL (92/172) | At randomization | 83.00(1) F | NO | 6.5(1) | 136(1) |
| | | | | | | | Platelet Aggregation Inhibitors Excl. Heparin/ACETYLSALICYLIC ACID (94/172) | Week 4 | | | | 130(31) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbA1c any time during the study.
*     to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**    Blood sampling >8 hours after last meal, i.e. documented fasting.
      ## All AEs for concomitant medications are listed.
      # All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

3704

/csre/prod/seroquel/di447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748151

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0137004 | RD | 47/Female /46.9 | PLA+VAL /142 | | Diazepines | Diazepines, Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (142/172) | Week 8 | | | | 127(59) |
| | | | | | | | Week 12 | 62.00(86) R | NO | 6.2(86) | 122(86) |
| | | | | | | | Week 28 | 77.00(142) F | NO | 5.5(142) | 116(142) |
| | | | | | | | Mean (post-ra ndomizat ion) | 69.50 | | 5.9 | 124 |
| D1447C00126 /E0137028 | OL | 60/Male /39.6 | OL QTP /127 | | Hyper cholestemi a | Anilides/ PARACETAMO L (UNK/UNK)/ PRE OL | Enrollme nt | 86.00(-1 33) F | YES | 5.8(-133 ) | 124(-133 ) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* or with a >=1.5-unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   # All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

3705

CONFIDENTIAL
AZSER12748152

D1447C00126

11.3.12-3  Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop/ Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0137028 | OL | 60/Male /39.6 | OL QTP /127 | | Possible enlarge testicle | Biguanides / METFORMIN<br><br>(UNK/UNK)/ PRE OL | Week 2 | | | | 126(-113 ) |
| | | | | | Bladder infection | Hmg Coa Reductase Inhibitors / ATORVASTAT IN (UNK/UNK)/ PRE OL | Week 2 | | | | 126(-113 ) |
| | | | | | Sleep apnea | Lithium/ LITHIUM CARBONATE<br><br>(UNK/UNK)/ PRE OL | Week 12 | 207.00H( -43) F | NO | 6.4(-43) | 126(-43) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbA1c any time during the study.
*  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal., i.e. documented fasting.
      #  All prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
          F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

3706

CONFIDENTIAL
AZSER12748153

Page 47 of 283

D1447c00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event ?T## (Start/ Stop/ Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0137028 | OL | 60/Male /39.6 | OL QTP /127 | | Diabetes type 2 | Platelet Aggregatio n Inhibitors Excl. Heparin/ ACETYLSALI CYLIC ACID (UNK/UNK) / PRE OL | | | | 6.9 () | |
| | | | | | 2 Broken ribs | Sulfonamid es, Urea Derivative s/ GLIBENCLAM IDE (UNK/UNK) / PRE OL | Mean (post-en rollment ) | 207.00 | | 6.4 | 126 |
| | | | | | Penicillen | Urinary Antispasmo dics/ OXYBUTYNIN (UNK/UNK) / PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbA1c any time during the study.
*   to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**  Blood sampling >8 hours after last meal, i.e. documented fasting.
#   All reported concomitant medications are listed.
##  All AEs potentially associated with diabetes mellitus.
    F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

3707

CONFIDENTIAL
AZSER12748154

D1447C00126

11.3.12-3 Patients with high glucose and HbAlc
Adverse Open-label safety population
Event

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBAlc (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0137028 | OL | 60/Male /39.6 | OL QTP /127 | | Dry mouth | Fatty Acid Derivative s/ VALPROATE SEMISODIUM (UNK/-129) / PRE OL | | | | | |
| | | | | | Urinary incontinen ce | Other Antipsycho tics/ RISPERIDON E (UNK/-129) / PRE OL | | | | | |
| | | | | | Edema - lower extremetus | Angiotensi n II Antagonist s, Plain/ VALSARTAN (-239/ 1471/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* or with a >=1.5 unit increase in HbAlc any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst al3.sas  11JUN2007:08:51  luchen

3708

CONFIDENTIAL
AZSER12748155

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population
Event

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | PT## Start/ Stop Day* | Medical history | Medication Class/ Generic Na me## Start/ Stop Day* | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0137028 | OL | 60/Male /39.6 | OL /127 | QTP | | Hyper tension | Electrolyt e Solutions/ | | | | | |
| | | | | | | | POTASSIUM CHLORIDE (-158/ 71)/ PRE OL | | | | | |
| | | | | | | | Sulfonamid es, Plain/ FUROSEMIDE (-158/ 71)/ PRE OL | | | | | |
| | | | | | | | Comb Of Sulfonamid es/Trimeth oprim Incl Derivative s/ SULFAMETHO XAZOLE (-49/ -45) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbA1c any time during the study.
    * to sampling/onset/stop from 1st dose of OL.QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   ** Blood sampling >8 hours after last meal, i.e. documented fasting.
      # All prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

3709

CONFIDENTIAL
AZSER12748156

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Medical history | Adverse Event PT## (Start/ Stop Day*) | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0137028 | RD | 61/Male /39.8 | QTP+LI /117 | | | Natural Opium Alkaloids/ | At randomiz ation | 130.00H( 1) F | YES | 6.1(1) | 125(1) |
| | | | | | | PARACETAMO L (22/ 35) | Week 4 | | | | 125(27) |
| | | | | | | Electrolyt e Solutions/ | Week 8 | | | | 125(57) |
| | | | | | | POTASSIUM CHLORIDE (72/ 147) | Week 12 | 62.00(84 ) F | NO | 6.3(84) | 122(84) |
| | | | | | | Sulfonamid es, Plain/ FUROSEMIDE (72/ 147) | Week 12 | | | | 123(117) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* or with a >=1.5 unit increase in HbA1c any time during the study.
 to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
 # All prior and concomitant medications are listed.
 ## All AEs potentially associated with diabetes mellitus.
 F=Glucose fasting; R=Glucose non-fasting (random).

3710

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst a13.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748157

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## PT* (Start/ Stop/ Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0137028 | RD | 61/Male /39.8 | | QTP+LI /117 | | | | Mean (post-ra ndomizat ion) | 62.00 | | 6.3 | 124 |
| D1447C00126 /E0137029 | OL | 60/Male /30.1 | | OL QTP /153 | | Near-sight edness | Electrolyt Solutions/ POTASSIUM CHLORIDE (UNK/UNK) PRE OL | Enrollme nt | 153.00H( -160) F | YES | 7.8H(-16 0) | 95(-160) |
| | | | | | | Vascular insufficia ncy | Platelet Aggregatio n Inhibitors Excl: Heparin/ CLOPIDOGRE L SULFATE | Week 2 | | | | 100(-140 ) |
| | | | | | | | (UNK/UNK)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
*    or with a >=1.5 unit increase in HbA1c at any time during the study.
     to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal, i.e. documented fasting.
     #  All AEs for QTP and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.ist  a13.sas  11JUN2007:08:51  luchen

3711

CONFIDENTIAL
AZSER12748158

D1447c00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0137029 | OL | 60/Male /30.1 | OL QTP /153 | | Diabetes mellitus type 2 | Softeners, Emollients / DOCUSATE SODIUM (UNK/UNK) / PRE OL | Week 2 | | | | 99(-140) |
| | | | | | Mild Psoriasis | Sulfonamid es, Plain/ FUROSEMIDE (UNK/UNK) / PRE OL | Week 12 | 183.00H( -62) F | NO | 9.6H(-62 ) | 104 (-62) |
| | | | | | (R) elbow arthritis | Butyrophen one Derivative s/ HALOPERIDO L DECANOATE (-342/ -15)/ PRE OL | Week 12 | | | 9.4H(-56 ) | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbAlc ady time during the study.
 *    to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 **   Blood sampling >8 hours after last meal, i.e. documented fasting.
      #  All prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
         F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

3712

CONFIDENTIAL
AZSER12748159

D1447c00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0137029 | OL | 60/Male /30.1 | OL QTP /153 | | Staph infection on both feet | Insulins And Analogues, Fast-Actin g/ INSULIN HUMAN (-300/ 1141)/ PRE OL | Mean (post-en rollment ) | 183.00 | | 9.5 | 101 |
| | | | | | Ulcer on both feet | Insulins And Analogues, Long-Actin g/ INSULIN GLARGINE (-300/ 1141)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  ** Blood sampling >8 hours after last meal, i.e. documented fasting.
  # All prior and concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
  F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst al3.sas  11JUN2007:08:51  luchen

3713

CONFIDENTIAL
AZSER12748160

D1447c00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0137029 | OL | 60/Male /30.1 | OL QTP /153 | | | Allergic to penicellin | Benzodiaze pine Derivative s/ LORAZEPAM (-273/ -160)/ PRE OL | | | | | |
| | | | | | | Allergic to lipitor | Ascorbic Acid (Vitamin C)/ Plain/ ASCORBIC ACID (-273/ 1141)/ PRE OL | | | | | |
| | | | | | | Constipati on | Folic Acid And Derivative s/ FOLIC ACID (-273/ 1141)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
or with a >=15 unit increase in HbA1c any time during the study.
*    to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal, i.e. documented fasting.
     # All prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

3714

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748161

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## (Start/ Stop/ Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0137029 | OL | 60/Male /30.1 | OL QTP /153 | | | | Other Plain Vitamin Preparatio ns/ TOCOPHEROL (-273/ 1141/ PRE OL | | | | | |
| | | | | | | | Vitamin A, Plain/ RETINOL (-273/ 1141/ PRE OL | | | | | |
| | | | | | | | Fatty Acid Derivative s/ VALPROATE SEMISODIUM (-163/ 1141/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
     or with a >=1.5 unit increase in HbA1c any time during the study.
*    to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal, i.e. documented fasting.
     #  All prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
     F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  1lJUN2007:08:51  luchen

3715

CONFIDENTIAL
AZSER12748162

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population
Event

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment Stop Day* | P## Start/ Stop Day* | Medical history | Medication Class/ Generic Na me##( Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0137029 | OL | 60/Male /30.1 | OL QTP /153 | | | | Benzodiaze pine Derivative s/ LORAZEPAM (-159/ 114) | | | | | |
| | RD | 61/Male /32.7 | QTP+VAL /84 | | | | Biguanides / METFORMIN (2/ 114) | At randomiz ation | 295.00H( 1) F | NO | 9.2H(1) | 104(1) |
| | | | | | | | | Week 4 | | | | 104(29) |
| | | | | | | | | Week 8 | | | | 104(62) |
| | | | | | | | | Week 12 | 163.00H( 85) F | YES | 8.2H(85) | 106(85) |
| | | | | | | | | Mean (post-ra ndomizat ion) | 163.00 | | 8.2 | 105 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
*     or with a >=1.5 unit increase in HbA1c any time during the study.
      to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**    Blood sampling >8 hours after last meal, i.e. documented fasting.
      #   All prior and concomitant medications are listed.
      ##  All AEs potentially associated with diabetes mellitus.
          F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/di447c00126/sp/output/tif/t110311203.lst  al3.sas  11JUN2007:08:51  luchen

3716

CONFIDENTIAL
AZSER12748163

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBAlC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0145002 | OL | 55/Female /36 | OL QTP /119 | | Myopia | Insulins And Analogues, Fast-Actin g/ INSULIN ASPART (UNK/UNK) / PRE OL | Enrollme nt | 322.00H( -123) F | YES | 7.1(-123 ) | 99(-123) |
| | | | | | Bilateral lower leg edema | Insulins And Analogues, Long-Actin g/ INSULIN GLARGINE (UNK/UNK) / PRE OL | Week 12 | 227.00H( -35) F | YES | 6.1(-35) | 98(-35) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbAlc any time during the study.
*     to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**    Blood sampling >8 hours after last meal, i.e. documented fasting.
      #  All prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
         F=Glucose fasting; R=Glucose non-fasting (random).

3717

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748164

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Stop Day*) | Medical history | Medication Class/Generic Name## (Start/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126/E0145002 | OL | 55/Female/36 | OL QTP/119 | | Gastroesophageal reflux disease | Low-Ceiling Diuretics And Potassium-Sparing Agents/TRIAMTEREN E (UNK/UNK)/PRE OL | Mean (post-enrollment) | 227.00 | | 6.1 | 98 |
| | | | | | Diabetic neuropathy | Natural And Semisynthetic Estrogens, Plain/ ESTRADIOL (UNK/UNK)/PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3718

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst al3.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748165

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Name (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0145002 | OL | 55/Female /36 | OL QTP /119 | | Diabetes type I | Other Immunosupp ressive Agents/ METHOTREXA TE (UNK/UNK) / PRE OL | | | | | |
| | | | | | Hypothyroi dism | Potassium/ POTASSIUM (UNK/UNK) / PRE OL | | | | | |
| | | | | | Rheumatoid arthritis | Proton Pump Inhibitors /LANSOPRAZO LE (UNK/UNK) / PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
 *    or with a >=1.5 unit increase in HbA1c any time during the study.
      to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 **   Blood sampling >8 hours after last meal, i.e. documented fasting.
      #  All prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
           F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

3719

CONFIDENTIAL
AZSER12748166

D1447C00126

11.3.12.3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment/Treatment | Adverse Event PT## (Start/Stop Day*) | Medical history | Medication Class/Generic Name (Start/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126/E0145002 | OL | 55/Female/36 | OL QTP/119 | | | Fatty Acid Derivative s VALPROATE SEMISODIUM (-139/ -36)/ PRE OL<br><br>Thyroid Hormones/ THYROID (-139/ 58)/ PRE OL<br><br>Diazepines And Oxazepines And Thiazepine s QUETIAPINE FUMARATE (-138/ -120)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All AEs for current medication are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3720

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst a13.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748167

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Treatment | Adverse Event PT## (Start/ Stop/ Day*) | Medical history | Medication Class/ Generic Na me##/ (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0145002 | OL | 55/Female /36 | OL QTP /119 | | | | Fatty Acid Derivative s VALPROATE SEMISODIUM (-35/ 58) | | | | | |
| | RD | 56/Female /35.9 | PLA+VAL / 28 | | | | Angiotensi n II Antagonist s Plain/ LOSARTAN POTASSIUM (9/ 58) | At randomiz ation | 128.00H( 1) F | YES | 6.3(1) | 99(1) |
| | | | | | | | Benzodiaze pine Derivative s LORAZEPAM (19/ 58) | Week 4 | | | | 93(28) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
*   or with a >=1.5 unit increase in HbA1c any time during the study.
    to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**  Blood sampling >8 hours after last meal, i.e. documented fasting.
    #  All PTs for this medication are listed
    ## All AEs potentially associated with diabetes mellitus.
       F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst al3.sas  11JUN2007:08:51  luchen

3721

CONFIDENTIAL
AZSER12748168

D1447C00126

11.3.12-3 Patients with high glucose and HbAlc

Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event ?T## #Start/ Stop Day* | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBAlC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0145002 | RD | 56/Female /35.9 | PLA+VAL / 28 | | Diazepines | Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (42/ 58) | Week 4 | | | | 93(42) |
| | | | | | | | Week 12 | 112.00(4 2) F | NO | 6.0(42) | |
| | | | | | | | Mean (post-ra ndomizat ion) | 112.00 | | 6.0 | 93 |
| D1447C00126 /E0145010 | OL | 42/Male /29.5 | OL QTP /118 | | Sore throat | Ace Inhibitors Plain/ BENAZEPRIL (UNK/UNK)/ PRE OL | Enrollme nt | 84.00(-1 25) F | YES | 5.7(-125 ) | 82(-125) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study, or with a >=1.5 unit increase in HbAlc ady time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3722

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst al3.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748169

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | Adverse Event PT## Start/Stop Day* | Medical history | Medication Class/Generic Name# (Start/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126/E0145010 | OL | 42/Male /29.5 | OL QTP /118 | | Hypertension | Calcium/ CALCIUM (UNK/UNK)/ PRE OL | Week 12 | 96.00(-35) F | YES | 5.6(-35) | 84(-35) |
| | | | | | Hypercholesterolemia | Fibrates/ FENOFIBRATE (UNK/UNK)/ PRE OL | Mean (post-enrollment) | 96.00 | | 5.6 | 84 |
| | | | | | Hypertriglycerides | Multivitamins With Minerals/ VITAMINS NOS (UNK/UNK)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbA1c any time during the study.
*   to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**  Blood sampling >8 hours after last meal, i.e. documented fasting.
 #  All prior and concomitant medications are listed.
##  All AEs potentially associated with diabetes mellitus.
    F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/di447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

3723

CONFIDENTIAL
AZSER12748170

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0145010 | OL | 42/Male /29.5 | OL QTP /118 | OL | | Constipati on | Platelet Aggregatio n Inhibitors Excl. Heparin/ ACETYLSALI CYLIC ACID (UNK/UNK) / PRE OL | | | | | |
| | | | | | | | Lithium/ LITHIUM (-244/ -121) / PRE OL | | | | | |
| | | | | | | Urinary frequency | | | | | | |
| | | | | | | Chronic fatigue syndrome | Diazepines / Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (-139/ -126) / PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
 *       or with a >=1.5 unit increase in HbA1c at any time during the study.
     to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   **   Blood sampling >8 hours after last meal, i.e. documented fasting.
             ## AEs (PTs) and concomitant medications are listed.
             ## All AEs potentially associated with diabetes mellitus.
                 F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

3724

CONFIDENTIAL
AZSER12748171

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## Start/ Stop/ Day* | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0145010 | OL | 42/Male /29.5 | OL QTP /118 | | | Diazepines , Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (-125/ -119) | | | | | |
| | | | | | | Lithium/ LITHIUM (-120/ 46) | | | | | |
| | RD | 42/Male /30 | PlAzLI / 16 | | | Thyroid Hormones/ THYROID (8/ 16) | At randomiz ation | 90.00(1) F | YES | 5.5(1) | 84(1) |
| | | | | | | Diazepines , Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (22/ 46) | Week 4 | | | | 83(22) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
or with a >=1.5 unit increase in HbA1c at any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal., i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3725

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748172

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Name## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0145010 | RD | 42/Male /30 | PLA+LI / 16 | | | | Week 12 | 133.00H( 22) F | NO | 5.6(22) | |
| | | | | | | | Mean (post-ra ndomizat ion) | 133.00 | | 5.6 | 83 |
| D1447C00126 /E0145011 | OL | 50/Male /33.6 | OL QTP /112 | | Sinusitis | Diazepines /Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (UNK/-113) / PRE OL | Enrollme nt | 102.00(- 116) F | YES | 5.4(-116 ) | 101(-116 ) |
| | | | | | Allergic rhinitis | Thyroid Hormones/ THYROID (-236/ -821// PRE OL | Week 12 | 102.00(- 32) F | YES | 5.7(-32) | 104(-32) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* or with a >=1.5 unit increase in HbA1c at any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3726

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748173

D1447C00126
11.3.12-3 Patients with high glucose and HbAlc
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBAlc (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0145011 | OL | 50/Male /33.6 | OL QTP /112 | | Myopia | Lithium/ LITHIUM (-143/ -83) / PRE OL | Mean (post-en rollment ) | 102.00 | | 5.7 | 104 |
| | | | | | Presbyopia | Other Antihistam ines For Systemic Use/ LORATADINE (-119/ 60) / PRE OL | | | | | |
| | | | | | Bronchitis | Lithium/ LITHIUM (-82/ 3) | | | | | |
| | | | | | Hyperchole sterolemia | Hmg Coa Reductase Inhibitors /ATORVASTAT IN (-22/ 60) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
     or with a >=1.5 unit increase in HbAlc any time during the study.
*    to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal, i.e. documented fasting.
     ## All AEs or prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
     F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/di447c00126/sp/output/tif/t11031203.lst  al3.sas  1lJUN2007:08:51  luchen

3727

CONFIDENTIAL
AZSER12748174

D1447C00126

11.3.12-3 Patients with high glucose and HbAlc
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Treat-ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBAlC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0145011 | OL | 50/Male /33.6 | OL QTP /112 | OL QTP | | Loose stools | | | | | | |
| | | | | | | Hypothyroi dism | | | | | | |
| | | | | | | Seasonal allergies | | | | | | |
| | | | | | | Skin tag right groin | | | | | | |
| | | | | | | Sebaceous cyst right pubic area | | | | | | |
| | | | | | | Lump right groin | | | | | | |
| | RD | 50/Male /34 | PLA+LI / 30 | PLA+LI | | | Propionic Acid Derivative s/ IBUPROFEN (3/ 60) | At randomiz ation | 99.00(1) F | YES | 5.8(1) | 102 (1) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
       or with a >=1.5 unit increase in HbAlc any time during the study.
   *   to sampling/onset/stop from 1st dose of OL.QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   **  Blood sampling >8 hours after last meal, i.e. documented fasting.
                    #  All prior and concomitant medications are listed.
                    ## All AEs potentially associated with diabetes mellitus.
                       F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst al3.sas  11JUN2007:08:51  luchen

3728

CONFIDENTIAL
AZSER12748175

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event ## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0145011 | RD | 50/Male /34 | PLA+LI / 30 | | | Benzodiaze pine Derivative s/ LORAZEPAM (15/ 60) | Week 4 | | | | 100(29) |
| | | | | | | Diazepines And Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (31/ 60) | Week 4 | | | | 99(31) |
| | | | | | | | Week 12 | 126.00H( 31) F | NO | 5.6(31) | |
| | | | | | | | Mean (post-ra ndomizat ion) | 126.00 | | 5.6 | 100 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbA1c any time during the study.
*     to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**    Blood sampling >8 hours after last meal, i.e. documented fasting.
      #   AEs prior and concomitant medications are listed.
      ##  All AEs potentially associated with diabetes mellitus.
          F=Glucose fasting; R=Glucose non-fasting (random).

3729

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748176

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing* (YES/NO) | HbA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0207006 | OL | 48/Male /28.6 | OL QTP /114 | | Mallory-we iss tear | Bulk Producers/ PLANTAGO OVATA (UNK/UNK)/ PRE OL | Enrollme nt | 128.00H(-119) F | YES | 5.7(-119 ) | 98(-121) |
| | | | | | | | Week 1 | | | | 93(-106) |
| | | | | | Intermitte nt constipati on | Lithium// LITHIUM ACETATE (UNK/UNK)/ PRE OL | | | | | |
| | | | | | | Diazepines /Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (-262)/ -114)/ PRE OL | Week 12 | 107.00(- 28) F | NO | 5.7(-28) | 89(-28) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
*     with a >=1.5 unit increase in HbA1c any time during the study.
      to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**    Blood sampling >8 hours after last meal, i.e. documented fasting.
      #  All prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
         F=Glucose fasting; R=Glucose non-fasting (random).

3730

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748177

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## PT#### (Start/ Stop/ Day*) | Medical history | Medication Class/ Generic Na me##/ (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0207006 | OL | 48/Male /28.6 | OL QTP /114 | OL QTP /114 | | | Proton Pump Inhibitors / PANTOPRAZO LE SODIUM (-219/ 37)/ PRE OL | Mean (post-en rollment ) | 107.00 | | 5.7 | 91 |
| | | | | | | | Benzodiaze pine Derivative s/ DIAZEPAM (-117/ -117) | | | | | |
| | | | | | | | Benzodiaze pine Derivative s/ OXAZEPAM (-110/ 37) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
     or with a >=1.5 unit increase in HbA1c any time during the study.
*    to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal., i.e. documented fasting.
     # All prior and concomitant medication are listed.
     ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748178

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## Start/ Stop Day* | Medical history | Medication Class/ Generic Na me## Start/ Stop Day* | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HbA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0207006 | OL | 48/Male /28.6 | OL QTP /114 | | Softeners, Emollients<br><br>DOCUSATE SODIUM (-80/ 37)<br><br>Softeners, /Emollients<br><br>PARAFFIN, LIQUID (-32/-32) | | | | | | |
| | RD | 48/Male /25.9 | PLA+LI /7 | | Diazepines /Oxazepines And Thiazepine s QUETIAPINE FUMARATE (8/ 37) | | At randomiz ation | 107.00(- 28) F | NO | 5.7(-28) | 89(1) |
| | | | | | | | Week 4 | | | | 88(8) |
| | | | | | | | Week 12 | 129.00H( 13) F | YES | 5.7(5) | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c ady time during the study,
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# Prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting. R=Glucose non-fasting (random).

3732

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  1lJUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748179

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | Adverse Event PT## Start/Stop Day* | Medical history | Medication Class/Generic Name## Start/Stop Day* | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126/E0207006 | RD | 48/Male/25.9 | PLA+LI/7 | | | | Week 12 | | | 5.6(13) | |
| | | | | | | | Mean (post-randomization) | 129.00 | | 5.7 | 88 |
| D1447C00126/E0208007 | OL | 47/Male/35.3 | OL QTP/228 | | | Fatty Acid Derivatives/VALPROATE SODIUM (UNK/UNK)/PRE OL | Enrollment | 114.00(-231) F | YES | 6.0(-231) | 108(-232) |
| | | | | | | Selective Serotonin Reuptake Inhibitors/SERTRALINE HYDROCHLORIDE (-227/-117) | Week 12 | 130.00H(-141) F | YES | 6.4(-141) | 111(-141) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* or with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

3733

CONFIDENTIAL
AZSER12748180

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## Start/ Stop Day* | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0208007 | OL | 47/Male /35.3 | OL,QTP /228 | | | | Week 24 | 151.00H(-57) F | YES | 6.8(-57) | 110(-57) |
| | | | | | | | Mean (post-en rollment ) | 140.50 | | 6.6 | 111 |
| | RD | 48/Male /36 | PLA+VAL / 84 | | | Ace Inhibitors ,Plain/ ENALAPRIL MALEATE (3/ 114) | At randomiz ation | 180.00H( 1) F | YES | 7.1(1) | 110(1) |
| | | | | | | | Week 4 | | | | 108(29) |
| | | | | | | | Week 8 | | | | 109(56) |
| | | | | | | | Week 12 | 157.00H( 84) F | YES | 6.8(84) | 108(84) |
| | | | | | | | Mean (post-ra ndomizat ion) | 157.00 | | 6.8 | 108 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
*     or with a >=1.5 unit increase in HbA1c any time during the study.
   to sampling/onset/stop from 1st dose of OL,QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**  Blood sampling >8 hours after last meal, i.e. documented fasting.
   #  All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

3734

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748181

D1447C00126

11.3.12-3  Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0303003 | OL | 59/Female /34.9 | OL QTP / 11 | | Hypertensi on | Benzodiaze pine Derivative / FLUNITRAZE PAM (UNK/UNK) / PRE OL | Enrollme nt | 141.00H( -1) R | NO | 5.8 (-1) | |
| | | | | | Urinary incontinen ce | Urinary Antispasmo dics/ OXYBUTYNIN (UNK/UNK) / PRE OL | Week 4 | | | 6.1 (14) | |
| | | | | | Thyroid dysfunctio n | Benzodiaze pine Derivative s/ LORAZEPAM (-14/ 7)/ PRE OL | Week 12 | 164.00H( 14) | YES | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
*   or with a >=1.5 unit increase in HbA1c any time during the study.
    to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**  Blood sampling >8 hours after last meal, i.e. documented fasting.
    #   All prior and concomitant medications are listed.
    ##  All AEs potentially associated with diabetes mellitus.
    F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

3735

CONFIDENTIAL
AZSER12748182

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Treat-ment | Adverse Event PT## (Start/ Stop/ Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0303003 | OL | 59/Female /34.9 | OL QTP / 11 | | | Fatty Acid Derivative s VALPROIC ACID (-8/ -7)/ PRE OL  Sulfonamid es, Plain/ FUROSEMIDE (-8/ -7)/ PRE OL  Diazepines And Oxazepines And Thiazepine s QUETIAPINE FUMARATE (-8/ 2)/ PRE OL | Mean (post-en rollment ) | 164.00 | | 6.1 | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
     or with a >=1.5 unit increase in HbA1c at any time during the study.
*    to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal, i.e. documented fasting.
     #  All prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
     F=Glucose fasting; R=Glucose non-fasting (random).

3736

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.ist  al3.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748183

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c population
Adverse Open-label safety

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Treat-ment Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0303003 | OL | 59/Female /34.9 | OL QTP / 11 | | Fatty Acid Derivative s/ VALPROIC ACID (-8/ 13)/ PRE OL  Low-Ceilin g Diuretics And Potassium-Sparing Agents/ AMILORIDE HYDROCHLOR IDE (-8/ 43)/ PRE OL | | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbA1c any time during the study.
*     to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**    Blood sampling >8 hours after last meal, i.e. documented fasting.
      #   All prior and concomitant medications are listed.
      ##  All AEs potentially associated with diabetes mellitus.
          F=Glucose fasting; R=Glucose non-fasting (random).

3737

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748184

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | Treatment Days On Treatment | Adverse Event PT## (Start/Stop Day*) | Medical history | Medication Class/Generic Na me## (Start/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0303003 | OL | 59/Female /34.9 | OL QTP / 11 | | | | Beta Blocking Agents, Selective/ | | | | | |
| | | | | | | | BISOPROLOL FUMARATE (-7/ 43) | | | | | |
| | | | | | | | Nitrofuran Derivative s/ | | | | | |
| | | | | | | | NITROFURAN TOIN (3/ 11) | | | | | |
| | | | | | | | Benzodiaze pine Derivative s/ | | | | | |
| | | | | | | | LORAZEPAM (6/ 7) | | | | | |
| | | | | | | | Benzodiaze pine Derivative s/ | | | | | |
| | | | | | | | LORAZEPAM (7/ 9) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbA1c any time during the study.
*     to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**    Blood sampling >8 hours after last meal, i.e. documented fasting.
      #  All prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
          F=Glucose fasting; R=Glucose non-fasting (random).

3738

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst   a13.sas   11JUN2007:08:51   luchen

CONFIDENTIAL
AZSER12748185

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## Start/ Stop Day* | Medical history | Medication Class/ Generic Na me##/ Start/ Stop Day* | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0033003 | | | | | | Benzodiaze pine Derivative s LORAZEPAM (9/10) | | | | | |
| | | | | | | Benzodiaze pine Derivative s LORAZEPAM (10/43) | | | | | |
| D1447C00126 /E0305003 | OL | 45/Male /32.9 | OL_QTP /175 | | Gastric ulcus | Drugs For Treat Of Hyperkalem ia/Hyperph osphatemia SEVELAMER HYDROCHLOR IDE (UNK/UNK)/ PRE OL | Enrolleme nt | 91.00(-1 82) F | YES | 6.0(-182 ) | 106(-182 ) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* or with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL_QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
### All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3739

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.ist al3.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748186

D1447c00126
11.3.12-3 Patients with high glucose and HbAlc
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBAlC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0305003 | OL | 45/Male /32.9 | OL,QTP /175 | | Chronic renal insufficie ncy with nephroangi osclerosis due to lithium | Salt Solutions/ SODIUM BICARBONAT E (UNK/UNK)/ PRE OL | Week 1 | | | | 107(-168 ) |
| | | | | | Hypothyroi dism | Benzodiaze pine Derivative s/ LORMETAZEP AM (UNK/-180) / PRE OL | Week 1 | | | | 109(-168 ) |
| | | | | | Hyperparat hyroidism | Thioxanthe ne Derivative s/ ZUCLOPENTH IXOL (-206/ -161)/ PRE OL | Week 12 | 259.0OH( -86)/ F | NO | 6.0(-86) | 114(-86) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
*   or with a >=1.5 unit increase in HbAlc any time during the study.
  to sampling/onset/stop from 1st dose of OL,QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal, i.e. documented fasting.
   ## All PT for and concomitant medication are listed.
   ## All AEs potentially associated with diabetes mellitus.
   F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst a13.sas 11JUN2007:08:51 luchen

3740

CONFIDENTIAL
AZSER12748187

D1447c00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HbA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0305003 | OL | 45/Male /32.9 | OL QTP /175 | | | Insulin dependent diabetes following nephrogeni c tasteless diabetes due to lithium | Benzodiaze pine Derivative / LORAZEPAM (-206/ -120)/ PRE OL | Week 24 | 106.00(- 7) F | YES | 6.9(-7) | 110 (-7) |
| | | | | | | Insomnia | Other Antipsycho tics/ PROTHIPEND YL (-206/ -120)/ PRE OL | Mean (post-en rollment ) | 182.50 | | 6.5 | 110 |
| | | | | | | | Thyroid Hormones/ LEVOTHYROX INE (-206/ -83)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
*    or with a >=15 unit increase in HbA1c any time during the study.
     to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal, i.e. documented fasting.
     ## All prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

3741

CONFIDENTIAL
AZSER12748188

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0305003 | OL | 45/Male /32.9 | OL QTP /175 | | | Potassium/ POTASSIUM CHLORIDE (-206/ -671)/ PRE OL  Calcium/ CALCIUM CARBONATE (-106/ 145)/ PRE OL  Other Antidepres sants/ MIRTAZAPIN E (-201/ -141)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbA1c any time during the study.
*     to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**    Blood sampling >8 hours after last meal, i.e. documented fasting.
      #  Al prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

3742

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  l1JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748189

Page 83 of 283

D1447C00126

11.3.12-3 Patients with high glucose and HbAlc population
Adverse Open-label safety

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Treatment Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me#/ (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBAlC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0305003 | OL | 45/Male /32.9 | OL QTP /175 | | | Diazepines , Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (-197/ -176)/ PRE OL | | | | | |
| | | | | | | Fatty Acid Derivative s/ VALPROIC ACID (-197/ -157)/ PRE OL | | | | | |
| | | | | | | Benzodiaze pine Related Drugs/ ZOLPIDEM (-180/ 283) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbAlc any time during the study.
*     to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**    Blood sampling >8 hours after last meal, i.e. documented fasting.
      # All prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

3743

CONFIDENTIAL
AZSER12748190

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HbA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0305003 | OL | 45/Male /32.9 | OL,QTP /175 | | | Fatty Acid Derivative s/ VALPROIC ACID (-156/ 283) | | | | | |
| | | | | | | Benzodiaze pine Derivative s/ LORAZEPAM (-119/ -86) | | | | | |
| | | | | | | Benzodiaze pine Derivative s/ LORAZEPAM (-85/ 283) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
*    with a >=15 unit increase in HbA1c any time during the study.
     to sampling/onset/stop from 1st dose of OL,QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal, i.e. documented fasting.
     #  All prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  a13.sas  11JUN2007:08:51  luchen

3744

CONFIDENTIAL
AZSER12748191

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population
Event

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me#/ (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0305003 | OL | 45/Male /32.9 | OL QTP /175 | | | Thyroid Hormones/ | | | | | |
| | | | | | | LEVOTHYROX INE (-82/ 283) | | | | | |
| | | | | | | Acetic Acid Derivative s And Related Substances / | | | | | |
| | | | | | | DICLOFENAC (-58/ -54) | | | | | |
| | | | | | | Anilides/ | | | | | |
| | | | | | | PARACETAMO L (-58/ -54) | | | | | |
| | | | | | | Oxicams/ PIROXICAM (-58/ -53) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbA1c at any time during the study.
*     to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**    Blood sampling >8 hours after last meal., i.e. documented fasting.
      # All prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
         F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  1lJUN2007:08:51  luchen

3745

CONFIDENTIAL
AZSER12748192

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population
Event

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Event PT## (Start/ Stop/ Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0305003 | RD | 46/Male /34.3 | QTP+VAL /253 | | | | Other Cough Suppressan ts And Expectoran ts/ THYMUS VULGARIS EXTRACT (8/ 13) | At randomiz ation | 140.00H( 1) F | YES | 7.0(1) | 110(1) |
| | | | | | | | Sympathomi metics, Plain/ TRAMAZOLIN E HYDROCHLOR IDE (8/ 13) | Week 4 | | | | 112(29) |
| | | | | | | | Calcium/ CALCIUM CARBONATE (146/ 283) | Week 8 | | | | 109(57) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
*    or with a >=1.5 unit increase in HbA1c at any time during the study.
     to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal., i.e. documented fasting.
     # All prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
     F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

3746

CONFIDENTIAL
AZSER12748193

11.3.12-3 Patients with high glucose and HbA1c
D1447C00126
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0305003 | RD | 46/Male /34.3 | QTP+VAL /253 | | | Thioxanthe ne Derivative s/ ZUCLOPENTH IXOL (253/ 283) | Week 12 | 198.00H( 85) F | NO | 6.9(85) | 107(85) |
| | | | | | | | Week 28 | 84.00(19 5) F | NO | 6.4(195) | 95(195) |
| | | | | | | | Week 40 | 93.00(25 3) F | YES | 6.5(253) | 92(254) |
| | | | | | | | Mean (post-ra ndomizat ion) | 125.00 | | 6.6 | 103 |
| D1447C00126 /E0401007 | OL | 44/Female /29.1 | OL QTP / 91 | | | Fatty Acid Derivative s/ VALPROATE SODIUM (-109/ -92)/ PRE OL | Enrollme nt | 98.00(-9 8) R | YES | 5.3(-98) | 71(-98) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbA1c any time during the study.
  *   to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  **  Blood sampling >8 hours after last meal, i.e. documented fasting.
       #  All prior and concomitant medications are listed.
       ## All AEs potentially associated with diabetes melitus.
              F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

3747

CONFIDENTIAL
AZSER12748194

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0401007 | OL | 44/Female /29.1 | OL QTP / 91 | | | Phenothiaz ines With Aliphatic Side-Chain /LEVOMEPROM AZINE -109/ -92//PRE OL | Week 1 | | | | 71(-84) |
| | | | | | | Fatty Acid Derivative s/ VALPROATE SODIUM (-91/-89) | Week 1 | | | | 71(-84) |
| | | | | | | Fatty Acid Derivative s/ VALPROATE SODIUM (-88/280) | Week 12 | | | | 75(-7) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbA1c any time during the study.
   *   to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   **  Blood sampling >8 hours after last meal, i.e. documented fasting.
       #   All prior and concomitant medications are listed.
       ##  All AEs potentially associated with diabetes mellitus.
           F=Glucose fasting; R=Glucose non-fasting (random).

3748

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  l1JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748195

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment /?T## (Start/ Stop Day*) | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0401007 | OL | 44/Female /29.1 | OL QTP / 91 | | | | Mean (post-en rollment ) | | | | 72 |
| | RD | 44/Female /31.2 | QTP+VAL /540 | | | Fatty Acid Derivative s: VALPROATE SODIUM (281/ 570) | At randomiz ation | 132.00H( 11) R | YES | 5.7(1) | 76(1) |
| | | | | | | | Week 4 | | | | 76(29) |
| | | | | | | | Week 8 | | | | 78(57) |
| | | | | | | | Week 12 | | | | 78(85) |
| | | | | | | | Week 28 | 103.00(1 97) F | NO | 5.3(197) | 73(197) |
| | | | | | | | Week 40 | 88.00(28 1) F | YES | 6.1(281) | 71(281) |
| | | | | | | | Week 52 | 49.00(36 5) F | YES | 5.9(365) | 73(365) |
| | | | | | | | Week 68 | | | | 77(478) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbA1c any time during the study.
*     to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**    Blood sampling >8 hours after last meal, i.e. documented fasting.
      ## All prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

3749

CONFIDENTIAL
AZSER12748196

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c

Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## PT# (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0401007 | RD | 44/Female /31.2 | QTP+VAL /540 | | | | Week 84 | 133.00H( 541) F | YES | 6.6(541) | 72(541) |
| | | | | | | | Mean (post-ra ndomizat ion) | 93.25 | | 6.0 | 75 |
| D1447C00126 /E0401009 | OL | 50/Female /20.4 | OL QTP /119 | | | Phenothiaz ine Derivative s ISOPROMETH AZINE HYDROCHLOR IDE (-148/ -148)/ PRE OL | Enrollme nt | 147.00H( -126) R | NO | 5.2(-126 ) | 52(-126) |
| | | | | | | Butyrophen one Derivative s HALOPERIDO L (-148/ -142)/ PRE OL | Week 1 | | | | 54(-112) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study, or with a >=1.5 unit increase in HbA1c any time during the study.
*   to sampling/onset/stop from 1st dose of OL.QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**  Blood sampling >8 hours after last meal., i.e. documented fasting.
    ## All prior and concomitant medications are listed.
    ## All AEs potentially associated with diabetes mellitus.
    F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas   1lJUN2007:08:51  luchen

3750

CONFIDENTIAL
AZSER12748197

D1447C00126
11.3.12-3 Patients with high glucose and HbAlc
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/ Stop/ Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBAlc (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0401009 | OL | 50/Female /20.4 | OL QTP /119 | | | Anticholin ergic Agents/ PROMETHAZI NE (-146/ -128)/ PRE OL | Week 1 | | | | 55(-112) |
| | | | | | | Phenothiaz ines With Aliphatic Side-Chain / CHLORPROMA ZINE HYDROCHLOR IDE (-143/ -142)/ PRE OL | Week 12 | | | | 56(-35) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
   or with a >=1.5 unit increase in HbAlc at any time during the study.
*   to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**  Blood sampling >8 hours after last meal, i.e. documented fasting.
   ## All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

3751

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst al3.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748198

D1447c00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event PT## PT#/## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me#/## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0401009 | OL | 50/Female /20.4 | OL QTP /119 | | | Phenothiaz ines With Aliphatic Side-Chain / CHLORPROMA ZINE HYDROCHLOR IDE (-143/ -126)/ PRE OL | Mean (post-en rollment ) | | | | 55 |
| | | | | | | Phenothiaz ines With Piperazine Structure/ FLUPHENAZI NE HYDROCHLOR IDE (-142/ -142)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
*     or with a >=1.5 unit increase in HbA1c any time during the study.
   to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   **  Blood sampling >8 hours after last meal, i.e. documented fasting.
      #  All prior and concomitant medications are listed.
     ##  All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t110311203.1st  a13.sas  11JUN2007:08:51  luchen

3752

CONFIDENTIAL
AZSER12748199

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0401009 | OL | 50/Female /20.4 | OL,QTP /119 | | | Fatty Acid Derivative s/ VALPROATE SODIUM (-142/ -126)/ PRE OL | | | | | |
| | RD | 50/Female /21.3 | QTP+VAL /467 | | | Fatty Acid Derivative s/ VALPROATE SODIUM (-136/ 497)/ PRE OL | At randomiz ation | 51.00(1) F | YES | 4.7(1) | 55(1) |
| | | | | | | | Week 4 | | | | 52(29) |
| | | | | | | | Week 8 | | | | 53(57) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* or with a >=15 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
  # All prior and concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
     F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst a13.sas 11JUN2007:08:51 luchen

3753

CONFIDENTIAL AZSER12748200

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment/Days On Treatment | Adverse Event PT## (Start/Stop Day*) | Medical history | Medication Class/Generic Name## (Start/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126/E0401009 | RD | 50/Female/21.3 | QTP+VAL /467 | | | | Week 12 | 84.00(85) F | YES | 4.7(85) | 60(85) |
| | | | | | | | Week 28 | 112.00(197) F | NO | 5.7(197) | 52(197) |
| | | | | | | | Week 40 | 100.00(281) F | YES | 5.6(281) | 61(281) |
| | | | | | | | Week 52 | 92.00(364) F | YES | 4.9(364) | 61(364) |
| | | | | | | | Week 68 | 97.00(468) F | YES | 8.5H(468) | 61(468) |
| | | | | | | | Mean (post-randomization) | 97.00 | | 5.9 | 57 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
*     or with a >=1.5 unit increase in HbA1c any time during the study.
      to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**    Blood sampling >8 hours after last meal, i.e. documented fasting.
      #   All prior and concomitant medications are listed.
      ##  All AEs potentially associated with diabetes mellitus.
          F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

3754

CONFIDENTIAL
AZSER12748201

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population
Event

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0403008 | OL | 45/Male /29.9 | OL QTP / 98 | | | | Thioxanthe ne Derivative s/ FLUPENTIXO L DECANOATE (-127/ -127) PRE OL | Enrollme nt | 113.00(- 105) R | YES | 6.0(-105 ) | 97(-105) |
| | | | | | | | Fatty Acid Derivative s/ VALPROATE SODIUM (-106/ -85)/ PRE OL | Week 1 | | | | 96(-91) |
| | | | | | | | Fatty Acid Derivative s/ VALPROATE SODIUM (-85/ 85) | Week 12 | | | | 101(-14) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
      or with a >=15 unit increase in HbA1c at any time during the study.
*    to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal, i.e. documented fasting.
     #  All prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes melitus.
            F=Glucose fasting; R=Glucose non-fasting (random).

3755

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst a13.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748202

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Stop Day*) | Medical history | Medication Class/Generic Name## (Start/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126/E0403008 | OL | 45/Male/29.9 | OL QTP / 98 | | | | Mean (post-enrollment) | | | | 99 |
| | RD | 46/Male/30.9 | PLA+VAL / 85 | | | | At randomization | 131.00H(1) R | YES | 6.0(1) | 100(1) |
| | | | | | | | Week 4 | | | | 103(29) |
| | | | | | | | Week 8 | | | | 103(57) |
| | | | | | | | Week 12 | 198.00H(85) R | YES | 6.1(8) | 107(85) |
| | | | | | | | Week 12 | | | 6.4(85) | |
| | | | | | | | Mean (post-randomization) | 198.00 | | 6.3 | 104 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
or with a >=15 unit increase in HbA1c any time during the study.
*    to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal, i.e. documented fasting.
#    All prior and concomitant medications are listed.
##   All AES potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

3756

CONFIDENTIAL
AZSER12748203

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0403012 | OL | 60/Female /32.5 | OL QTP /167 | | | Phenothiaz ines With Aliphatic Side-Chain LEVOMEPROM AZINE (-174/ -163) PRE OL | Enrollme nt | 133.00H( -170) R | YES | 9.0H(-17 0) | 95(-170) |
| | | | | | | Fatty Acid Derivative s/ VALPROATE SODIUM (-174/ 142) PRE OL | Week 8 | | | 7.9H(-11 1) | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* or with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
R=Glucose non-fasting. F=Glucose fasting.

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

3757

CONFIDENTIAL
AZSER12748204

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0403012 | OL | 60/Female /32.5 | OL QTP /167 | | | | Diazepines ´Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (-173/ -171)/ PRE OL | Week 12 | | | | 96(-84) |
| | | | | | | | Diazepines ´Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (-173/ -171)/ PRE OL | Mean (post-en rollment ) | | | 7.9 | 96 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbA1c any time during the study.
*   to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**  Blood sampling >8 hours after last meal, i.e. documented fasting.
    ## All PTs for and concomitant medications are listed.
    ## All AEs potentially associated with diabetes mellitus.
       F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

3758

CONFIDENTIAL
AZSER12748205

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event ?T## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HbA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0403012 | OL | 60/Female /32.5 | OL QTP /167 | | | Diazepines , Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (-170/ -167) | | | | | |
| | RD | 60/Female /34.7 | PLA-VAL /112 | | | | At randomiz ation | 135.00H( 1) R | YES | 7.7H(1) | 102(1) |
| | | | | | | | Week 4 | | | | 103(29) |
| | | | | | | | Week 8 | | | | 102(57) |
| | | | | | | | Week 12 | 170.00H( 85) F | YES | 8.7H(85) | 101(85) |
| | | | | | | | Week 12 | | | 9.1H(113 ) | 100(113) |
| | | | | | | | Mean (post-ra ndomizat ion) | 170.00 | | 8.9 | 102 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbA1c any time during the study.
*   to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**  Blood sampling >8 hours after last meal, i.e. documented fasting.
     ## All prior and concomitant medications listed
     # All AEs potentially associated with diabetes mellitus.
          F=Glucose fasting, R=Glucose non-fasting (random).

3759

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748206

D1447C00126

11.3.12-3 Patients with high glucose and HbAlc
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event †T## (Start/ Stop/ Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0403019 | OL | 47/Male /24.1 | OL QTP /140 | | Duodenal ulcer | Diazepines ,Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (-196/ -141)/ PRE OL | Enrollme nt | 87.00(-1 46) R | YES | 4.8(-146 ) | 75(-146) |
| | | | | | | Fatty Acid Derivative s/ VALPROATE SODIUM (-196/ 31)/ PRE OL | Week 12 | | | | 81(-56) |
| | | | | | | | Mean (post-en rollment ) | | | | 81 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study, or with a >=1.5 unit increase in HbAlc any time during the study.
*   to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**  Blood sampling >8 hours after last meal, i.e. documented fasting.
    #  All medications and concomitant medications are listed.
    ## All AEs potentially associated with diabetes mellitus.
       F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

3760

CONFIDENTIAL
AZSER12748207

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population
Event

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event PT## Start/ Stop Day* | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0403019 | RD | 48/Male /25.6 | PLA+VAL /187 | | | Fatty Acid Derivative s/ VALPROATE SODIUM (32/ 187) | At randomiz ation | 90.00(1) F | YES | 5.5(1) | 79(1) |
| | | | | | | Benzodiaze pine Derivative s/ DIAZEPAM (188/ 188) | Week 4 | | | | 78(29) |
| | | | | | | Butyrophen one Derivative s/ HALOPERIDO L (188/ 188) | Week 8 | | | | 78(57) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
            or with a >=1.5 unit increase in HbAlc at any time during the study.
  *    to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  **   Blood sampling >8 hours after last meal, i.e. documented fasting.
            #  All prior and concomitant medications are listed.
            ## All AEs potentially associated with diabetes mellitus.
            F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

3761

CONFIDENTIAL
AZSER12748208

D1447c00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Name# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0403019 | RD | 48/Male /25.6 | PLA+VAL /187 | | | Fatty Acid Derivative s/ VALPROATE SODIUM (188/ 188) | Week 12 | 101.00(8 5) F | YES | 5.3(85) | 79(85) |
| | | | | | | Phenothiaz ines With Aliphatic Side-Chain s/ CHLORPROMA ZINE HYDROCHLOR IDE (188/ 188) | Week 28 | 129.00H( 192) F | YES | 5.2(192) | 74(192) |
| | | | | | | Butyrophen one Derivative s/ HALOPERIDO L (188/ 217) | Mean (post-ra ndomizat ion) | 115.00 | | 5.3 | 77 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study, or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL.QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal., i.e. documented fasting.
## All prior and concomitant medications are listed
# All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3762

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst a13.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748209

D1447c00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Treat-ment | Adverse Event PT## /Start/ Stop/ Day* | Medical history | Medication Class/ Generic Na me#/ /Start/ Stop Day* | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0403019 | RD | 48/Male /25.6 | PLA+VAL /187 | | | | Phenothiaz ines With Aliphatic Side-Chain /CHLORPROMA ZINE HYDROCHLOR IDE (188/ 217) | | | | | |
| | | | | | | | Benzodiaze pine Derivative s/ DIAZEPAM (189/ 189) | | | | | |
| | | | | | | | Phenothiaz ines With Aliphatic Side-Chain /CHLORPROMA ZINE HYDROCHLOR IDE (189/ 189) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbA1c any time during the study.
*   to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**  Blood sampling >8 hours after last meal, i.e. documented fasting.
     #  All prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
         F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

3763

CONFIDENTIAL
AZSER12748210

D1447c00126

11.3.12-3  Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## P*#### (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me#### (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0403019 | RD | 48/Male /25.6 | | PLA+VAL /187 | | | Thioxanthe ne Derivative s/ ZUCLOPENTH IXOL ACETATE (189/ 189)  Fatty Acid Derivative s/ VALPROATE SODIUM (189/ 217) | | | | | |
| D1447C00126 /E0404003 | OL | 58/Male /38.4 | | OL QTP /196 | DIABETES MELLITUS NON-INSULI N-DEPENDEN T (-77/UNK) | Essential hypertensi on | Organic Nitrates/ ISOSORBIDE DINITRATE (-230/ -78)/ PRE OL | Enrollme nt | 107.00(- 202) F | YES | 6.9(-202 ) | 111(-202 ) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
*   or with a >=1.5 unit increase in HbA1c any time during the study.
    to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**  Blood sampling >8 hours after last meal, i.e. documented fasting.
    #  All prior and concomitant medications are listed.
    ## All AEs potentially associated with diabetes mellitus.
          F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

3764

CONFIDENTIAL
AZSER12748211

D1447c00126

11.3.12-3  Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0404003 | OL | 58/Male /38.4 | OL QTP /196 | | Chronic ischemic heart disease | Beta Blocking Agents, Selective/ ATENOLOL (-230/ 185)/ PRE OL | Week 1 | | | | 112 (-189 ) |
| | | | | | Simple chronic bronchitis | Fatty Acid Derivative s/ VALPROATE SODIUM (-228/ -203) PRE OL | Week 12 | 145.00H( -112) F | YES | 7.4 (-112 ) | 110 (-112 ) |
| | | | | | Conductive hearing loss, tympanic membrane | Phenothiaz ines With Aliphatic Side-Chain / LEVOMEPROM AZINE (-217/ -203) PRE OL | Week 24 | 132.00H( -28) F | YES | 6.7 (-28) | 110 (-28) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
*     or with a >=1.5 unit increase in HbA1c any time during the study.
      to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**    Blood sampling >8 hours after last meal, i.e. documented fasting.
      # All prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

3765

CONFIDENTIAL
AZSER12748212

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event >=## Start/ Stop Day* | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0040003 | OL | 58/Male /38.4 | OL_QTP /196 | | | Fatty Acid Derivative s/ VALPROATE SODIUM (-202/ -202)<br><br>Phenothiaz ines With Aliphatic Side-Chain /<br>LEVOMEPROM AZINE (-208/ -197)<br><br>Fatty Acid Derivative s/ VALPROATE SODIUM (-201/ -141) | Mean (post-en rollment ) | 138.50 | | 7.1 | 111 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
     or with a >=1.5 unit increase in HbA1c any time during the study.
*    to sampling/onset/stop from 1st dose of OL_QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal, i.e. documented fasting.
     #  All AEs prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

3766

CONFIDENTIAL
AZSER12748213

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## (Start/ Stop/ Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0040003 | OL | 58/Male /38.4 | OL QTP /196 | | | | Fatty Acid Derivative s/ VALPROATE SODIUM (-1140/ -78) | | | | | |
| | | | | | | | Fatty Acid Derivative s/ VALPROATE SODIUM (-777/ -57) | | | | | |
| | | | | | | | Organic Nitrates/ | | | | | |
| | | | | | | | ISOSORBIDE DINITRATE (-77/ -13) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
        or with a >=1.5 unit increase in HbA1c any time during the study.
*   to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**  Blood sampling >8 hours after last meal, i.e. documented fasting.
        #  All prior and concomitant medications are listed.
        ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  1lJUN2007:08:51  luchen

3767

CONFIDENTIAL
AZSER12748214

D1447c00126

11.3.12-3 Patients with high glucose and HbAlc
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment ?T## /Start/ Stop Day* | Adverse Event Event | Medical history | Medication Class/ Generic Na me##(?) (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBAlC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0040003 | OL | 58/Male /38.4 | OL_QTP /196 | | | | Sulfonamid es, Urea Derivative s/ GLICLAZIDE (-77/ 185) | | | | | |
| | | | | | | | Fatty Acid Derivative s/ VALPROATE SODIUM (-56/ 7) | | | | | |
| | | | | | | | Organic Nitrates/ ISOSORBIDE DINITRATE (-12/ 52) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
   *   or with a >=1.5 unit increase in HbAlc any time during the study.
       to sampling/onset/stop from 1st dose of OL_QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   **  Blood sampling >8 hours after last meal, i.e. documented fasting.
                   #  All prior and concomitant medications are listed.
                   ## All AEs potentially associated with diabetes mellitus.
                      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

3768

CONFIDENTIAL
AZSER12748215

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Medical history | Adverse Event PT## (Start/ Stop Day*) | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0040003 | RD | 58/Male /37.9 | PLA+VAL /155 | | | | At randomiz ation | 123.00(1 ) F | YES | 6.7(1) | 110(1) |
| | | | | | | Fatty Acid Derivative s/ VALPROATE SODIUM (8/ 42) | Week 4 | | | | 107(29) |
| | | | | | | Fatty Acid Derivative s/ VALPROATE SODIUM (43/ 185) | Week 8 | | | | 105(57) |
| | | | | | | Organic Nitrates/ | Week 12 | 99.00(85 ) F | YES | 6.0(85) | 104(85) |
| | | | | | | ISOSORBIDE DINITRATE (53/ 185) | Week 28 | 114.00(1 56) F | YES | 6.3(156) | 103(156) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* or with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3769

/csre/prod/seroquel/di447c00126/sp/output/tif/t110031203.lst a13.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748216

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population
Event

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Treatment /Start/ Stop Day* | Medical history | Adverse Event P?## PT## /Start/ Stop Day* | Medication Class/ Generic Na me#/ (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0404003 | RD | 58/Male /37.9 | PLA+VAL /155 | | | | | Mean (post-ra ndomizat ion) | 106.50 | | 6.2 | 105 |
| D1447C00126 /E0502008 | OL | 62/Female /37 | OL QTP /140 | | Hypertensi on | Acetic Acid Derivative s And Related Substances DICLOFENAC SODIUM (UNK/UNK) / PRE OL | Enrollme nt | 86.00(-1 47) F | YES | 5.7(-147 ) | 95(-147) |
| | | | | | Gonarthros is | Digitalis Glycosides DIGOXIN (UNK/UNK) / PRE OL | Week 1 | | | | 96(-134) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
*     or with a >=1.5 unit increase in HbA1c any time during the study.
      to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 **   Blood sampling >8 hours after last meal., i.e. documented fasting.
      #   All prior and concomitant medications are listed
      ## All AE's potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst al3.sas 11JUN2007:08:51 luchen

3770

CONFIDENTIAL
AZSER12748217

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Name## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0502008 | OL | 62/Female /37 | OL QTP /140 | | Varicose veins of legs with ulcer | Fatty Acid Derivative s/ VALPROIC ACID (UNK/UNK) / PRE OL | Week 1 | | | | 95(-134) |
| | | | | | | Thiazides, Plain/ HYDROCHLOR OTHIAZIDE | Week 12 | 93.00(-5 8) F | YES | 5.8(-58) | 96(-58) |
| | | | | | | (UNK/UNK) / PRE OL | | | | | |
| | | | | | | Diazepines / Oxazepines And Thiazepine s/ OLANZAPINE (-147/ -146) | Mean (post-en rollment ) | 93.00 | | 5.8 | 96 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748218

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0502008 | OL | 62/Female /37 | OL QTP /140 | | | Diazepines ; Oxazepines And Thiazepine s; QUETIAPINE FUMARATE (-145/ -144) Diazepines ; Oxazepines And Thiazepine s; QUETIAPINE FUMARATE (-143/ -143) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL.QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3772

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst al3.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748219

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0502008 | OL | 62/Female /37 | OL QTP /140 | | | Diazepines / Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (-142/ -141) | | | | | |
| | RD | 63/Female /39.1 | QTP+VAL /82 | | | Diazepines / Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (83/ 112) | At randomiz ation | 104.00(1 ) F | YES | 5.9(1) | 100(1) |
| | | | | | | Phenothiaz ines With Aliphatic Side-Chain / LEVOMEPROM AZINE (83/ 112) | Week 4 | | | | 104(28) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* or with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

3773

CONFIDENTIAL
AZSER12748220

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Name# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0502008 | RD | 63/Female /39.1 | QTP+VAL / 82 | | | | Week 8 | | | | 100(56) |
| | | | | | | | Week 12 | 131.00H( 83) F | YES | 5.8(83) | 102(83) |
| | | | | | | | Mean (post-ra ndomizat ion) | 131.00 | | 5.8 | 102 |
| D1447C00126 /E0502009 | OL | 59/Male /25.6 | OL QTP / 84 | | Hypertensi on | Hmg Coa Reductase Inhibitors / SIMVASTATI N (UNK/UNK) / PRE OL | Enrollme nt | 94.00(-9 0) F | YES | 5.6(-90) | 92(-91) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748221

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop/ Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0502009 | OL | 59/Male /25.6 | OL QTP / 84 | | Arthrosis | Low-Ceilin g Diuretics And Potassium- Sparing Agents/ AMILORIDE HYDROCHLOR IDE (UNK/UNK) / PRE OL | Week 1 | | | | 92(-77) |
| | | | | | Pulmonal embolisati on | Other Antiinflam Antirheum atic Agents,Non -Steroids/ CHONDROITI N SULFATE SODIUM (UNK/UNK) / PRE OL | Week 1 | | | | 92(-77) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbA1c any time during the study.
*    to sampling/onset/stop from 1st dose of OL.QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal., i.e. documented fasting.
     #   All prior and concomitant medications are listed.
     ##  All AEs potentially associated with diabetes mellitus.
         F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst   a13.sas   11JUN2007:08:51   luchen

3775

CONFIDENTIAL
AZSER12748222

D1447c00126

11.3.12-3 Patients with high glucose and HbAlc
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBAlC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0502009 | OL | 59/Male /25.6 | OL QTP / 84 | | Vertigo | Other Opioids/ TRAMADOL HYDROCHLOR IDE (UNK/UNK) / PRE OL | Mean (post-en rollment ) | | | | 92 |
| | | | | | Hyperlipop roteinemia | Other Peripheral Vasodilato rs/ GINKGO BILOBA EXTRACT (UNK/UNK) / PRE OL | | | | | |
| | | | | | Allergy to dust | Piperazine Derivative s/ CETIRIZINE HYDROCHLOR IDE (UNK/UNK) / PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
or with a >=1.5 unit increase in HbAlc at any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3776

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst al3.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748223

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event >?## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0502009 | OL | 59/Male /25.6 | OL QTP / 84 | | Hyperplasy of prostate | Platelet Aggregatio n Inhibitors Excl. Heparin/ GLYCEROL (UNK/UNK) / PRE OL | | | | | |
| | | | | | | Fatty Acid Derivative s/ VALPROIC ACID (-1B3/ -57)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
*    with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal, i.e. documented fasting.
#    All prior and concomitant medications are listed.
##   All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3777

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748224

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/<br>Patient | Phase | Age/Sex/<br>Baseline<br>BMI | Treat-<br>ment<br>Days<br>On<br>Treat-<br>ment | Adverse<br>Event<br>PT##<br>(Start/<br>Stop<br>Day*) | Medical<br>history | Medication<br>Class/<br>Generic Na<br>me##<br>(Start/<br>Stop Day*) | Visit | Glucose<br>mg/dL<br>(Day*) | Fast-<br>ing**<br>(YES/NO) | HBA1C<br>(Day*) | Weight<br>kg<br>(Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126<br>/E0502009 | OL | 59/Male<br>/25.6 | OL QTP<br>/ 84 | | | Diazepines<br>,<br>Oxazepines<br>And<br>Thiazepine<br>s/<br>QUETIAPINE<br>FUMARATE<br>(-99/<br>-85)/ PRE<br>OL<br><br>Fatty<br>Acid<br>Derivative<br>s/<br>VALPROIC<br>ACID<br>(-56/ 44) | | | | | |
| | RD | 59/Male<br>/25.8 | PLA+VAL<br>/ 14 | | | Benzodiaze<br>pine<br>Related<br>Drugs/<br>ZOLPIDEM<br>TARTRATE<br>(15/ 44) | At<br>randomiz<br>ation | 123.00(1<br>) F | YES | 5.7(1) | 92(1) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbAlc at any time during the study.
*    to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal, i.e. documented fasting.
     # All prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

3778

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst   a13.sas   11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748225

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event *T## #(Start/ Stop Day*) | Medical history | Medication Class/ Generic Name# #(Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0502009 | RD | 59/Male /25.8 | PLA+VAL / 14 | | | Diazepines Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (15/41) | Week 4 | | | | 93(16) |
| | | | | | | | Week 12 | 136.00H(16) F | YES | 5.6(16) | |
| | | | | | | | Mean (post-ra ndomizat ion) | 136.00 | | 5.6 | 93 |
| D1447C00126 /E0504004 | OL | 45/Male /25.2 | OL QTP /175 | | Fractura tibia left side | Lithium/ LITHIUM CARBONATE (-265/ 87)/ PRE OL | Enrollme nt | 100.00(- 182) F | YES | 5.5(-182 ) | 80(-182) |
| | | | | | | | Week 12 | 107.00(- 84) F | YES | 5.6(-84) | 83(-84) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study, or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/di447c00126/sp/output/tif/t11031203.lst a13.sas 11JUN2007:08:51 luchen

3779

CONFIDENTIAL
AZSER12748226

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event ?T## PT# (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0504004 | OL | 45/Male /25.2 | OL_QTP /175 | | | | Mean (post-en rollment ) | 107.00 | | 5.6 | 83 |
| | RD | 45/Male /26.5 | PLA+LI / 57 | | | Propionic Acid Derivative s IBUPROFEN (9/ 12) | At randomiz ation | 112.00(1 ) F | YES | 5.4(1) | 84(1) |
| | | | | | | Other Antipsycho tics/ RISPERIDON E (57/ 87) | Week 4 | | | | 84(28) |
| | | | | | | | Week 8 | | | | 82(57) |
| | | | | | | | Week 12 | 131.00H( 57) F | YES | 5.7(57) | |
| | | | | | | | Mean (post-ra ndomizat ion) | 131.00 | | 5.7 | 83 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
     or with a >=1.5 unit increase in HbA1c any time during the study.
 *    to sampling/onset/stop from 1st dose of OL_QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 **   Blood sampling >8 hours after last meal, i.e. documented fasting.
      #  All prior and concomitant medication are listed.
      ## All AEs potentially associated with diabetes mellitus.
            F=Glucose fasting; R=Glucose non-fasting (random).

3780

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst al3.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748227

D1447c00126

11.3.12-3  Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0604021 | OL | 42/Male /28.8 | OL QTP /119 | | Asthma | Benzodiaze pine Derivative s/ TEMAZEPAM (-209) -126)/ PRE OL | Enrollme nt | 92.00(-1 26) F | YES | 6.1(-126 ) | 104(-126 ) |
| | | | | | Pain in back | Selective Beta-2-Adr enorecepto r Agonists/ SALBUTAMOL SULFATE (-181/ 114)/ PRE OL | Week 1 | | | | 110(-111 ) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
 *   or with a >=1.5 unit increase in HbA1c ady time during the study.
    to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  ** Blood sampling >8 hours after last meal, i.e. documented fasting.
   #   All prior and concomitant medications are listed.
  ##  All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/di447c00126/sp/output/tif/t11031203.lst  a13.sas  1iJUN2007:08:51  luchen

3781

CONFIDENTIAL
AZSER12748228

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | Adverse Event PT## Start/Stop Day* | Medical history | Medication Class/Generic Name Start/Stop Day* | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HbA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0604021 | OL | 42/Male /28.8 | OL QTP /119 | | Pruritus, itching | Glucocorti colds/ BECLOMETAS ONE DIPROPIONA TE (-177/ 141)/ PRE OL | Week 1 | | | | 113 (-111 ) |
| | | | | | Fractura of cranium | Fatty Acid Derivative s/ VALPROIC ACID -134/ -126)/ PRE OL | Week 12 | 126.00H( -35) F | YES | 6.7 (-35) | 124 (-35) |
| | | | | | | Other Antiepilep tics/ LAMOTRIGIN E -126);130/ PRE OL | Mean (post-en rollment) | 126.00 | | 6.7 | 116 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* or with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   ## All AEs for non-concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst a13.sas  11JUN2007:08:51  luchen

3782

CONFIDENTIAL
AZSER12748229

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me##/ (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0604021 | OL | 42/Male /28.8 | OL QTP /119 | | | | Diazepines , Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (-126/ -124) | | | | | |
| | | | | | | | Benzodiaze pine Related Drugs/ ZOPICLONE (-126/ -119) | | | | | |
| | | | | | | | Fatty Acid Derivative s/ VALPROIC ACID (-126/ -105) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study, or with a >=1.5 unit increase in HbA1c any time during the study.
*    to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal, i.e. documented fasting.
#    All prior and concomitant medications are listed.
##   All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  a13.sas  11JUN2007:08:51  luchen

3783

CONFIDENTIAL
AZSER12748230

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0604021 | OL | 42/Male /28.8 | OL QTP /119 | OL QTP /119 | | | Diazepines , Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (-124/ -119) | | | | | |
| | | | | | | | Fatty Acid Derivative s/ VALPROIC ACID (-105/ 85) | | | | | |
| | | | | | | | Pyrethrine s Incl Synthetic Compounds/ PERMETHRIN (-73/ -65) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
*     or with a >=1.5 unit increase in HbA1c any time during the study.
      to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**    Blood sampling >8 hours after last meal, i.e. documented fasting.
      #  All prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
         F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  1lJUN2007:08:51  luchen

3784

CONFIDENTIAL
AZSER12748231

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event /T## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0604021 | OL | 42/Male /28.8 | OL QTP /119 | | | Corticoste roids, Moderately Potent (Group II)/ HYDROCORTI SONE BUTYRATE (-73/-59) | | | | | |
| | | | | | | Corticoste roids, Moderately Potent (Group I)/ HYDROCORTI SONE BUTYRATE (-52/-32) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
*      or with a >=1.5 unit increase in HBA1c an y time during the study.
       to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**     Blood sampling >8 hours after last meal, i.e. documented fasting.
           # All prior and concomitant medications are listed.
          ## All AEs potentially associated with diabetes mellitus.
              F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

3785

CONFIDENTIAL
AZSER12748232

Page 126 of 283

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment/ Day* | Medical history | Adverse Event ?T## PT## (Start/ Stop Day*) | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0604021 | OL | 42/Male /28.8 | OL QTP /119 | | | Beta Blocking Agents, Selective/ METOPROLOL SUCCINATE (-34/ 114) | | | | | |
| | RD | 42/Male /34.7 | PLA+VAL / 84 | GLYCOSYLAT ED HAEMOGLOBI N INCREASED (1/72) | | Natural Op-ium Alkaloids/ PARACETAMO L (46/ 46) | At randomiz ation | 114.00(1 ) F | YES | 6.8(1) | 125(1) |
| | | | | THIRST (9/UNK) | | Natural Op-ium Alkaloids/ PARACETAMO L (79/ 114) | Week 4 | | | | 123(32) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* or with a >=1.5 unit increase in HbA1c any time during the study.
   to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   ** Blood sampling >8 hours after last meal., i.e. documented fasting.
      ## PT=preferred medication terms and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
         F=Glucose fasting; R=Glucose non-fasting (random).

3786

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748233

D1447c00126

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Treat-ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0604021 | RD | 42/Male /34.7 | PLA+VAL / 84 | | GLYCOSYLAT ED HAEMOGLOBI N INCREASED (73/UNK) | | Propionic Acid Derivative s/ NAPROXEN (79/ 114) | Week 8 | | | | 125(57) |
| | | | | | | | Fatty Acid Derivative s/ VALPROIC ACID (85/ 87) | Week 12 | 127.00H( 85) F | NO | 7.5(85) | 121(87) |
| | | | | | | | Diazepines And Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (86/ 114) | Week 12 | | | 7.3(87) | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
 *   or with a >=1.5 unit increase in HbA1c any time during the study.
 to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 ** Blood sampling >8 hours after last meal, i.e. documented fasting.
     # All prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
     F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst a13.sas 11JUN2007:08:51 luchen

3787

CONFIDENTIAL
AZSER12748234

D1447C00126

11.3.12-3 Patients with high glucose and HbAlc
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop/ Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBAlC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0604021 | RD | 42/Male /34.7 | PLA+VAL / 84 | | | Fatty Acid Derivative s/ VALPROIC ACID (87/ 114) | Mean (post-ra ndomizat ion) | 127.00 | | 7.4 | 123 |
| D1447C00126 /E0604029 | OL | 50/Female /27.7 | OL QTP /171 | BLOOD GLUCOSE INCREASED (-87/UNK) | Yersenia infection | Ascorbic Acid (Vitamin C), Incl. Combinatio ns/ CALCIUM ASCORBATE (-220/ 85)/ PRE OL | Enrolleme nt | | | 6.0(-205 ) | 79(-177) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
*    or with a >=1.5 unit increase in HbAlc any time during the study.
     to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal, i.e. documented fasting.
     ## All medications and concomitant medications are listed.
     ## AEs potentially associated with diabetes mellitus.
     F=Glucose fasting, R=Glucose non-fasting (random).

3788

/csre/prod/seroquel/di447c00126/sp/output/tif/t11031203.lst  a13.sas  1lJUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748235

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment Start/ Stop Day* | Adverse Event PT## Start/ Stop Day* | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0604029 | OL | 50/Female /27.7 | OL QTP /171 | | | Syndrome tieze | Diazepines Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (-218/ -172)/ PRE OL | Week 1 | | | | 79(-164) |
| | | | | | | Allergia to sulfa | Lithium/ LITHIUM CARBONATE (-217/ 2201) PRE OL | Week 1 | | | | 80(-164) |
| | | | | | | Hypothyreo sis | Benzodiaze pine Derivative s/ TEMAZEPAM (-215/ -176)/ PRE OL | Week 12 | 129.00H( -87) F | YES | 5.9(-87) | 83(-87) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
     or with a >=1.5 unit increase in HbA1c any time during the study.
*    to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal, i.e. documented fasting.
#    All PT for and concomitant medications are listed.
##   All AEs potentially associated with diabetes mellitus.
     F=Glucose fasting; R=Glucose non-fasting (random).

3789

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst al3.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748236

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0604029 | OL | 50/Female /27.7 | OL,QTP /171 | | Dyslipopro teinemia | Osmotically Acting Laxatives/ MACROGOL (-213)/ -176)/ PRE OL | Week 24 | 103.00(- 3) F | YES | 5.9(-3) | 87(-3) |
| | | | | | Allergia to bees | Calcium, Combinatio ns With Other Drugs/ CALCIUM CARBONATE (-212)/ -176)/ PRE OL | Mean (post-en rollment ) | 116.00 | | 5.9 | 82 |
| | | | | | | Thyroid Hormones/ | | | | | |
| | | | | | | LEVOTHYROX INE SODIUM (-199) -150)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* or with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  ** Blood sampling >8 hours after last meal, i.e. documented fasting.
  # All prior and concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
  F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/di447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

3790

CONFIDENTIAL
AZSER12748237

D1447C00126
11.3.12.3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0604029 | OL | 50/Female /27.7 | OL QTP /171 | | | Benzodiaze pine Related Drugs/ ZOPICLONE (-175/ -164)  Thyroid Hormones/ LEVOTHYROX INE SODIUM (-149/ -31)  Propionic Acid Derivative s/ NAPROXEN SODIUM (-143/ -136) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbA1c any time during the study.
*     to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**    Blood sampling >8 hours after last meal, i.e. documented fasting.
   #  All prior and concomitant medications are listed.
  ##  All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

3791

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748238

Page 132 of 283

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Stop Day*) | Medical history | Medication Class/Generic Name# (Start/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126/E0604029 | OL | 50/Female/27.7 | OL QTP/171 | | | Drugs Used In Nicotine Dependence/NICOTINE (-37/60), Thyroid Hormones/LEVOTHYROXINE SODIUM (-31/84) | | | | | |
| | RD | 51/Female/30.4 | QTP+LI/190 | | | Thyroid Hormones/LEVOTHYROXINE SODIUM (85/220) | At randomization | 113.00(1) F | YES | 6.2(1) | 87(1) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
 *   or with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 **  Blood sampling >8 hours after last meal, i.e. documented fasting.
       #  All prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
           F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

3792

CONFIDENTIAL
AZSER12748239

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment /Day* | Adverse Event PT## (Start/ Stop/ Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0604029 | RD | 51/Female /30.4 | QTP+LI /190 | | | Propionic Acid Derivative IBUPROFEN (107/ 220) | Week 4 | | | | 85(26) |
| | | | | | | Benzodiaze pine Derivative LORAZEPAM (113/ 220) | Week 8 | | | | 86(57) |
| | | | | | | Diazepines Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (190/ 220) | Week 12 | 145.00H( 85) F | YES | 6.9(85) | 85(85) |
| | | | | | | | Week 28 | 127.00H( 190) F | YES | 6.6(190) | 84(190) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
       or with a >=1.5 unit increase in HbA1c at any time during the study.
*      to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**     Blood sampling >8 hours after last meal, i.e. documented fasting.
       #  All AEs (prior and concomitant medications are listed.
       ## All AEs potentially associated with diabetes mellitus.
       F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748240

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c

Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Medical history | Adverse Event PT## (Start/ Stop Day*) | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HbA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0604029 | RD | 51/Female /30.4 | QTP+LI /190 | | | | | Mean (post-ra ndomizat ion) | 136.00 | | 6.8 | 85 |
| D1447C00126 /E0606003 | OL | 25/Female /36.1 | OL QTP /139 | | Polycystic ovario | | Lithium/ LITHIUM CARBONATE (-170/ 91)/ PRE OL | Enrollme nt | 83.00(-1 46) F | YES | 4.6(-146 ) | 90(-146) |
| | | | | | | | Benzodiaze pine Derivative s/ DIAZEPAM (-154/ -13)/ PRE OL | Week 12 | 94.00(-5 7) F | YES | 4.8(-57) | 91(-57) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* or with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 ** Blood sampling >8 hours after last meal., i.e. documented fasting.
    # All prior and concomitant medications are listed
   ## All AEs potentially associated with diabetes mellitus.
     F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

3794

CONFIDENTIAL
AZSER12748241

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0606003 | OL | 25/Female /36.1 | OL QTP /139 | | | Diazepines ,Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (-147/ -146/) PRE OL  Diazepines ,Oxazepines And Thiazepine s/ OLANZAPINE (-147/ -146/) PRE OL | Mean (post-en rollment ) | 94.00 | | 4.8 | 91 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
 *    or with a >=1.5 unit increase in HbA1c any time during the study.
      to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 **   Blood sampling >8 hours after last meal, i.e. documented fasting.
           #  All prior and concomitant medications are listed.
          ## All AEs potentially associated with diabetes mellitus.
          F=Glucose fasting; R=Glucose non-fasting (random).

3795

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748242

D1447c00126

11.3.12-3  Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0606003 | OL | 25/Female /36.1 | OL QTP /139 | | | Diazepines ¿ Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (-145/ -143)<br><br>Diazepines ¿ Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (-142/ -142) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
     to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  ** Blood sampling >8 hours after last meal, i.e. documented fasting.
     # All prior and concomitant medications are listed.
    ## All AEs potentially associated with diabetes mellitus.
       F=Glucose fasting. R=Glucose non-fasting (random).

3796

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748243

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event #TT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0606003 | OL | 25/Female /36.1 | OL QTP /139 | | Diazepines , Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (-14/ -140) | | | | | | |
| | RD | 25/Female /36.1 | QTP+LI /144 | | | Lithium/ LITHIUM CARBONATE (92/ 145) | At randomiz ation | 94.00(-5 7) F | YES | 4.8(-57) | 90(1) |
| | | | | | | Other Cough Suppressan ts/ PENTOXYVER INE CITRATE (145/ 145) | Week 4 | | | | 90(30) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* or with a >=1.5 unit increase in HbA1c anly time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
  # All prior and concomitant medications are listed.
 ## All AEs potentially associated with diabetes mellitus.
    F=Glucose fasting; R=Glucose non-fasting (random).

3797

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst al3.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748244

Page 138 of 283

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment/ Day* | Adverse Event ?T## ?#/ (Start/ Stop/ Day*) | Medical history | Medication Class/ Generic Na me#/ (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0060003 | RD | 25/Female /36.1 | QTP+LI /144 | | | Other Antipsychotics/ RISPERIDONE (145/ 147) | Week 8 | | | | 94 (65) |
| | | | | | | Benzodiazepine Derivatives/ DIAZEPAM (145/ 149) | Week 12 | 88.00(98) F | YES | 4.8(2) | 96(98) |
| | | | | | | Benzodiazepine Derivatives/ TEMAZEPAM (146/ 146) | Week 12 | | | 5.1(98) | |
| | | | | | | Heparin GROUP/ HEPARIN-FRACTION (146/ 146) | Week 28 | 152.00H( 147) F | YES | 5.0(147) | 95(149) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* or with a >=1.5-unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3798

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst a13.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748245

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0606003 | RD | 25/Female /36.1 | QTP+LI /144 | | | Lithium/ LITHIUM CARBONATE (146/ 174) | Mean (post-ra ndomizat ion) | 120.00 | | 5.0 | 94 |
| | | | | | | Benzodiaze pine Derivative s/ TEMAZEPAM (147/ 174) | | | | | |
| | | | | | | Diazepines /Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (147/ 174) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
  or with a >=1.5 unit increase in HbA1c at any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  ** Blood sampling >8 hours after last meal., i.e. documented fasting.
          # All prior and concomitant medications are listed.
         ## All AEs potentially associated with diabetes mellitus.
                F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst   al3.sas   11JUN2007:08:51  luchen

3799

CONFIDENTIAL
AZSER12748246

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Stop Day*) | Medical history | Medication Class/Generic Name## (Start/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126/E0606003 | RD | 25/Female/36.1 | QTP+LI/144 | | | Other Cough Suppressants/ CLOBUTINOL (148/148) | | | | | |
| D1447C00126/E0701007 | OL | 46/Female/21.9 | OL QTP/249 | Appendicitis | | Other Antipsychotics/ RISPERIDONE (148/174) Proton Pump Inhibitors/ PANTOPRAZOLE SODIUM -(-262/-242)/ PRE OL | Enrollment | 82.00(-251) F | YES | 5.2(-251) | 561(-251) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
  or with a >=1.5 unit increase in HbA1c any time during the study.
*  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   #  All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

3800

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748247