D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | Adverse Event PT## Start/Stop Day* | Medical history | Medication Class/Generic Name# Start/Stop Day* | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HbA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126/E0701007 | OL | 46/Female/21.9 | OL QTP/249 | | Tonsilliti s | Lithium/LITHIUM CARBONATE (-157/-245)/ PRE OL | Week 12 | 95.00(-168) F | YES | 5.0(-168) | 55(-168) |
| | | | | | | Diazepines And Oxazepines/Thiazepine s/QUETIAPINE FUMARATE (-252/-250)/ PRE OL | Week 24 | 97.00(-89) F | YES | 4.7(-89) | 54(-89) |
| | | | | | | Lithium/LITHIUM CARBONATE (-223/338) | Mean (post-en rollment) | 96.00 | | 4.9 | 55 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
 or with a >=1.5 unit increase in HbA1c any time during the study.
*   to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**  Blood sampling >8 hours after last meal, i.e. documented fasting.
    #   All prior and concomitant medications are listed.
    ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst al3.sas  11JUN2007:08:51  luchen

3801

CONFIDENTIAL
AZSER12748248

Page 142 of 283

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment (Start/ Stop Day*) | Adverse Event PT## PT# (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0701007 | RD | 46/Female /20.5 | QTP+LI /308 | | | Thyroid Hormones/ | At randomiz ation | 101.00(1) F | YES | 4.9(1) | 53(1) |
| | | | | | | LEVOTHYROX INE (8/ 15) | | | | | |
| | | | | | | Thyroid Hormones/ | Week 4 | | | | 54(29) |
| | | | | | | LEVOTHYROX INE (16/ 226) | | | | | |
| | | | | | | Thyroid Hormones/ | Week 8 | | | | 53(57) |
| | | | | | | LEVOTHYROX INE (227/ 338) | | | | | |
| | | | | | | | Week 12 | 109.00(8 5) R | YES | | 53(85) |
| | | | | | | | Week 28 | 101.00(1 92) F | YES | 5.1(192) | 53(192) |
| | | | | | | | Week 40 | 139.00H( 288) F | YES | 4.7(288) | 50(288) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3802

/csre/prod/seroquel/di447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748249

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## Start/ Stop Day* | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0701007 | RD | 46/Female /20.5 | QTP+LI /308 | | | | Week 40 | | | 4.7(309) | 49(309) |
| | | | | | | | Mean (post-ra ndomizat ion) | 116.33 | | 4.8 | 52 |
| D1447C00126 /E0705010 | OL | 33/Male /30.7 | OL QTP / 83 | | | Fatty Acid Derivative s/ VALPROATE SODIUM (-90/ -11)/ OL / PRE | Enrollme nt | 86.00(-8 5) F | YES | 5.4(-85) | 103(-85) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
*    or with a >=1.5 unit increase in HbA1c adv time during the study.
     to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal, i.e. documented fasting.
     #  All prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
     F=Glucose fasting; R=Glucose non-fasting (random).

3803

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748250

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Name## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HbA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0705010 | OL | 33/Male /30.7 | OL QTP / 83 | | | Diazepines, Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (-89/ PRE -84)/ PRE OL | Week 1 | | | | 103 (-76) |
| | | | | | | Enemas/ BISACODYL (-84/ -84) | Week 1 | | | | 105 (-76) |
| | | | | | | | Mean (post-en rollment ) | | | | 104 |
| | RD | 34/Male /31.7 | QTP+VAL /275 | | | Fatty Acid Derivative s/ VALPROIC ACID (1/ 305) | At randomiz ation | 97.00(1) F | YES | 5.5(1) | 106(1) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
       or with a >=1.5 unit increase in HbA1c any time during the study.
*    to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal, i.e. documented fasting.
#    All prior and concomitant medications are listed.
##   All AEs potentially associated with diabetes mellitus.
       F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  1lJUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748251

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treat- ment | Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0070050010 | RD | 34/Male /31.7 | | QTP+VAL /275 | | | | Week 4 | | | | 109 (29) |
| | | | | | | | | Week 8 | | | | 108 (64) |
| | | | | | | | | Week 12 | 122.00(9 2) F | YES | 5.8(92) | 125 (92) |
| | | | | | | | | Week 28 | | | | 120(218) |
| | | | | | | | | Week 40 | 132.00H( 275) F | NO | 5.8(275) | 120(275) |
| | | | | | | | | Mean (post-ra ndomizat ion) | 127.00 | | 5.8 | 116 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
    or with a >=1.5 unit increase in HbA1c any time during the study.
*   to sampling/onset/stop from 1st dose of OL.QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**  Blood sampling >8 hours after last meal, i.e. documented fasting.
    #  All prior and concomitant medications are listed.
    ## All AEs potentially associated with diabetes mellitus.
       F=Glucose fasting; R=Glucose non-fasting (random).

3805

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748252

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population
Event

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | ?T## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0070003 | OL | 40/Female /26.3 | OL QTP /260 | | | Diazepines /Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (-278/ -261) PRE OL | Enrollme nt | 88.00(-2 66) F | NO | 5.5(-266 ) | 691(-266) |
| | | | | | | Fatty Acid Derivative s/ VALPROIC ACID (-269/ 38)/ PRE OL | Week 1 | | | | 71(-253) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
*      or with a >=1.5 unit increase in HbA1c any time during the study.
    to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
    **  Blood sampling >8 hours after last meal, i.e. documented fasting.
         # All prior and concomitant medications are listed.
        ## All AEs potentially associated with diabetes mellitus.
               F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

3806

CONFIDENTIAL
AZSER12748253

11.3.12-3 Patients with high glucose and HbA1c
D1447C00126
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment ?T## Start/ Stop Day* | Adverse Event ?T## Start/ Stop Day* | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0070003 | OL | 40/Female /26.3 | OL QTP /260 | | | Other Antidepres sants/ VENLAFAXIN E HYDROCHLOR IDE (-210/ -189) | Week 12 | 108.00(- 175) F | YES | 5.7(-175 ) | 70(-175) |
| | | | | | | Other Antidepres sants/ VENLAFAXIN E HYDROCHLOR IDE (-188/ -177) | Week 24 | 89.00(-9 1) F | YES | 5.1(-91) | 76(-91) |
| | | | | | | Other Antidepres sants/ VENLAFAXIN E HYDROCHLOR IDE (-176/ -106) | Mean (post-en rollment ) | 98.50 | | 5.4 | 72 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
       or with a >=1.5 unit increase in HbA1c any time during the study.
*   to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**  Blood sampling >8 hours after last meal., i.e. documented fasting.
     #  AEs, Medical history and Concomitant medications are listed.
    ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting, R=Glucose non-fasting (random).

3807

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748254

D1447C00126
11.3.12-3 Patients with high glucose and HbAlc
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Event ?T## Start/ Stop Day* | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBAlC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0007003 | OL | 40/Female /26.3 | OL QTP /260 | | | Other Cough Suppressan ts/ CLOBUTINOL HYDROCHLOR IDE (-174/ -163) | | | | | |
| | | | | | | Other Antidepres sants/ VENLAFAXIN E HYDROCHLOR IDE (-105/ -91) | | | | | |
| | | | | | | Other Antidepres sants/ VENLAFAXIN E HYDROCHLOR IDE (-90/ -83) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbAlc any time during the study.
*     to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**    Blood sampling >8 hours after last meal, i.e. documented fasting.
      #  All prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

3808

CONFIDENTIAL
AZSER12748255

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event ?*## ?*## (Start/ Stop/ Day*) | Medical history | Medication Class/ Generic Na me#/ (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0070003 | OL | 40/Female /26.3 | OL QTP /260 | | | | Antibiotic s/ OXYTETRACY CLINE (-61/ -55) | | | | | |
| | RD | 41/Female /28.3 | PLA+VAL /8 | | | | Other Antidepres sants/ VENLAFAXIN E (9/ 38) | At randomiz ation | 134.00H( 1) F | YES | 5.3(1) | 74(1) |
| | | | | | | | | Week 4 | | | | 73(9) |
| | | | | | | | | Week 12 | 141.00H( 9) F | NO | 5.1(9) | |
| | | | | | | | | Mean (post-ra ndomizat ion) | 141.00 | | 5.1 | 73 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbA1c any time during the study.
*     to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**    Blood sampling >8 hours after last meal, i.e. documented fasting.
      #  All prior and concomitant medications are listed
      ## All AEs potentially associated with diabetes mellitus.
         F=Glucose fasting; R=Glucose non-fasting (random).

3809

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748256

D1447C00126
11.3.12-3 Patients with high glucose and HbAlc
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Name# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0070006 | OL | 28/Male /24 | OL QTP /173 | | Common cold | Other Antipsychotics/ RISPERIDONE (-189/ -159)/ PRE OL | Enrollment | 181.00H( -181) F | YES | 5.2(-181 ) | 82/(-181) |
| | | | | | | Other Cold Combinatio n Preparatio ns/ PRIMULA SPP FLOWER (-189/ -159)/ PRE OL | Week 1 | | | | 86/(-168) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbAlc ady time during the study.
*    to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal, i.e. documented fasting.
     #  All prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
         F=Glucose fasting; R=Glucose non-fasting (random).

3810

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst a13.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748257

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0070006 | OL | 28/Male /24 | OL QTP /173 | | | | Diazepines | Week 1 | | | | 88(-168) |
| | | | | | | | Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (-181/ -181) | | | | | |
| | | | | | | | Fatty Acid Derivative s/ VALPROIC ACID (-181/ -178) | Week 12 | 91.00(-9 0) F | YES | 4.9(-90) | 91(-90) |
| | | | | | | | Benzodiaze pine Derivative s/ DIAZEPAM (-180/ -180) | Mean (post-en rollment ) | 91.00 | | 4.9 | 88 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
\*   or with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
\*\*   Blood sampling >8 hours after last meal, i.e. documented fasting.
  #   All prior and concomitant medications are listed.
  ##   All AEs potentially associated with diabetes mellitus.
    F=Glucose fasting, R=Glucose non-fasting (random).

3811

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst a13.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748258

D1447c00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## Start/ Stop Day* | Medical history | Medication Class/ Generic Na me## Start/ Stop Day* | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0070006 | OL | 28/Male /24 | OL_QTP /173 | | | Benzodiaze pine Related Drugs/ ZOLPIDEM (-180/ -180) | | | | | |
| | | | | | | Diazepines / Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (-180/ -179) | | | | | |
| | | | | | | Benzodiaze pine Derivative s/ DIAZEPAM (-179/ -179) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL_QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3812

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst   a13.sas   11JUN2007:08:51   luchen

CONFIDENTIAL
AZSER12748259

D1447C00126
11.3.12.3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Name## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0070006 | OL | 28/Male /24 | OL_QTP /173 | | | Diazepines, Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (-178/ -176) | | | | | |
| | | | | | | Benzodiaze pine Related Drugs/ ZOLPIDEM (-177/ -177) | | | | | |
| | | | | | | Fatty Acid Derivative s/ VALPROIC ACID (-177/ -166) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
     or with a >=1.5 unit increase in HBA1c at any time during the study.
 *   to sampling/onset/stop from 1st dose of OL_QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 **  Blood sampling >8 hours after last meal, i.e. documented fasting.
 #   All prior and concomitant medications are listed.
 ##  All AEs potentially associated with diabetes mellitus.
     F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

3813

CONFIDENTIAL
AZSER12748260

D1447C00126
11.3.12.3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0070006 | OL | 28/Male /24 | OL QTP /173 | | | Diazepines | | | | | | |
| | | | | | | | Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (-175/ -174) | | | | | |
| | | | | | | | Benzodiaze pine Related Drugs/ ZOLPIDEM (-173/ -173) | | | | | |
| | | | | | | | Benzodiaze pine Derivative s/ DIAZEPAM (-172/ -172) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
     or with a >=1.5 unit increase in HbAlc at any time during the study.
*    to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal, i.e. documented fasting.
     #  All prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting, R=Glucose non-fasting (random).

3814

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748261

D1447c00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Name (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0070006 | OL | 28/Male /24 | OL_QTP /173 | | Fatty Acid Derivative VALPROIC ACID (-165/ -134) Fatty Acid Derivative VALPROIC ACID (-133/ -77) Tetracycli nes DOXYCYCLIN E (-92/ -86) | | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
or with a >=1.5 unit increase in HbAlc at any time during the study.
* to sampling/onset/stop from 1st dose of OL_QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3815

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748262

11.3.12-3 Patients with high glucose and HbA1c
D1447C00126
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0070006 | OL | 28/Male /24 | OL QTP /173 | | | | | | | | |
| | RD | 28/Male /28.2 | QTP→VAL /90 | | Fatty Acid Derivative s/ VALPROIC ACID (-76/ 120) | | At randomiz ation | 115.00(1 ) F | YES | 5.0(1) | 96(1) |
| | | | | | | | Week 4 | | | | 96(30) |
| | | | | | | | Week 8 | | | | 94(58) |
| | | | | | | | Week 12 | 138.00H( 91) F | YES | 5.0(91) | 96(91) |
| | | | | | | | Mean (post-ra ndomizat ion) | 138.00 | | 5.0 | 95 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3816

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748263

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HbA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0802004 | OL | 61/Female /28.7 | OL QTP /168 | | Spondylosis cervical | Ace Inhibitors Plain/ RAMIPRIL (UNK/UNK) / PRE OL | Enrollment | 138.00H( -170) F | NO | 5.8(-170 ) | 68(-170) |
| | | | | | Diabetes mellitus | Alpha Glucosidase Inhibitors /ACARBOSE (UNK/UNK) / PRE OL | Week 1 | | | | 68(-161) |
| | | | | | Hypoglycaemia | Insulins And Analogues, Long-Actin g /INSULIN GLARGINE (UNK/UNK) / PRE OL | Week 1 | | | | 68(-161) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* or with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst al3.sas 11JUN2007:08:51 luchen

3817

CONFIDENTIAL
AZSER12748264

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population
Event

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Event PT## (Start/ Stop/ Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0802004 | OL | 61/Female /28.7 | OL QTP /168 | | | Glaucoma | Other Psychostim ulants And Nootropics / PIRACETAM (UNK/UNK)/ PRE OL | Week 12 | 106.00(-84) F | NO | 5.9(-84) | 69(-84) |
| | | | | | | Urolithias is | Salicylic Acid And Derivative s/ ACETYLSALI CYLIC ACID (UNK/UNK)/ PRE OL | Mean (post-en rollment ) | 106.00 | | 5.9 | 68 |
| | | | | | | Hypertensi on | Sulfonamid es, Urea Derivative s/ GLICLAZIDE (UNK/UNK)/ PRE OL | | | | 5.6() | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* or with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 ** Blood sampling >8 hours after last meal, i.e. documented fasting.
    # All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51 luchen

3818

Page 159 of 283

D1447C00126
11.3.12-3 Patients with high glucose and HbAlc
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event ?T## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me#/ (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0802004 | OL | 61/Female /28.7 | OL QTP /168 | | | Urosepsis | Urological s/ FENCHONE (UNK/UNK) / PRE OL | | | | | |
| | | | | | | | Fatty Acid Derivative s/ VALPROIC ACID (UNK/-172) / PRE OL | | | | | |
| | | | | | | | Benzodiaze pine Derivative s/ CLONAZEPAM (-199/ -164) / PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbAlc any time during the study.
*     to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**    Blood sampling >8 hours after last meal, i.e. documented fasting.
      #  All prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

3819

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748266

11.3.12-3 Patients with high glucose and HbA1c
D1447C00126
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0802004 | OL | 61/Female /28.7 | OL QTP /168 | | | Diazepines ,Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (-183/ -183)/ PRE OL<br><br>Diazepines ,Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (-182/ -182)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbA1c any time during the study.
*     to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**    Blood sampling >8 hours after last meal, i.e. documented fasting.
      #     All prior and concomitant medications are listed.
      ##    All AEs potentially associated with diabetes mellitus.
            F=Glucose fasting; R=Glucose non-fasting (random).

3820

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748267

11.3.12-3  Patients with high glucose and HbAlc
D1447C00126
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0802004 | OL | 61/Female /28.7 | OL QTP /168 | | Diazepines | | | | | |
| | | | | | Oxazepines | | | | | |
| | | | | | And | | | | | |
| | | | | | Thiazepine | | | | | |
| | | | | | s/ | | | | | |
| | | | | | QUETIAPINE | | | | | |
| | | | | | FUMARATE | | | | | |
| | | | | | (-181/ | | | | | |
| | | | | | -180) | | | | | |
| | | | | | PRE OL | | | | | |
| | | | | | Diazepines | | | | | |
| | | | | | Oxazepines | | | | | |
| | | | | | And | | | | | |
| | | | | | Thiazepine | | | | | |
| | | | | | s/ | | | | | |
| | | | | | QUETIAPINE | | | | | |
| | | | | | FUMARATE | | | | | |
| | | | | | (-179/ | | | | | |
| | | | | | -179) | | | | | |
| | | | | | PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
*     or with a >=1.5 unit increase in HbAlc ady time during the study.
      to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**    Blood sampling >8 hours after last meal, i.e. documented fasting.
      #   All prior and concomitant medications are listed.
      ##  All AEs potentially associated with diabetes mellitus.
            F=Glucose fasting, R=Glucose non-fasting (random).

3821

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748268

11.3.12-3 Patients with high glucose and HbA1c
D1447C00126
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0802004 | OL | 61/Female /28.7 | OL QTP /168 | | | Diazepines , Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (-178/ -176/) PRE OL | | | | | |
| | | | | | | Diazepines , Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (-175/ -174/) PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3822

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst al3.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748269

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0802004 | OL | 61/Female /28.7 | OL QTP /168 | | | Diazepines , Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (-173/ -172)/ PRE OL | | | | | |
| | | | | | | Diazepines , Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (-171/ -171)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3823

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748270

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c

Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0802004 | OL | 61/Female /28.7 | OL QTP /168 | | | Fatty Acid Derivative / VALPROIC ACID (-171/ -155)/ PRE OL  Diazepines  Oxazepines And Thiazepine / QUETIAPINE FUMARATE (-170/ -170) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
     or with a >=1.5 unit increase in HbA1c any time during the study.
*    to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal, i.e. documented fasting.
     #  All prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

3824

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748271

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Event PT## / (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me#/ (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0802004 | OL | 61/Female /28.7 | OL QTP /168 | | | Diazepines ,Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (-170/ -169) | | | | | |
| | | | | | | Diazepines ,Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (-168/ -168) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
   or with a >=1.5 unit increase in HbA1c any time during the study.
*  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   #  All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting, R=Glucose non-fasting (random).

3825

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748272

D1447C00126
11.3.12-3 Patients with high glucose and HbAlc
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## Start/ Stop Day* | Medical history | Medication Class/ Generic Na me## Start/ Stop Day* | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBAlC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0802004 | OL | 61/Female /28.7 | OL QTP /168 | | | Fatty Acid Derivative s/ VALPROIC ACID (-154/ -109) | | | | | |
| | | | | | | Benzodiaze pine Derivative s/ ALPRAZOLAM (-154/ 119) | | | | | |
| | | | | | | Fatty Acid Derivative s/ VALPROIC ACID (-108/ 119) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbAlc any time during the study.
    * to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   ** Blood sampling >8 hours after last meal, i.e. documented fasting.
      # All prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

3826

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.ist  a13.sas  1lJUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748273

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment #+ (Start/ Stop/ Day*) | Medical history | Adverse Event ?+## (Start/ Stop/ Day*) | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HbA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0802004 | RD | 62/Female /29.5 | PLA+VAL / 89 | | | | Benzodiaze pine Derivative s/ CLONAZEPAM (91/ 119) | At randomiz ation | 163.00H( 1) F | YES | 6.7(1) | 70(1) |
| | | | | | | | Diazepines And Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (91/ 119) | Week 4 | | | | 70(29) |
| | | | | | | | | Week 8 | | | | 70(56) |
| | | | | | | | | Week 12 | 186.00H( 8) R | NO | 6.5(8) | 71(85) |
| | | | | | | | | Week 12 | | | 5.6(91) | 70(91) |
| | | | | | | | | Mean (post-ra ndomizat ion) | 186.00 | | 6.1 | 70 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3827

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748274

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c population
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/ Stop/ Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0802006 | OL | 64/Male /36.6 | OL QTP /165 | | Diabetes mellitus II. Type | Ace Inhibitors nt ,Plain/ ENALAPRIL (UNK/UNK)/ PRE OL | Enrollme nt | 206.00H( -169) F | NO | 5.6(-169 ) | 102(-169 ) |
| | | | | | Hypertensi on | Alpha Glucosidas e Inhibitors / ACARBOSE (UNK/UNK)/ PRE OL | Week 1 | | | | 102(-158 ) |
| | | | | | Hypertroph y of prostate | Alpha-Adre noreceptor Antagonist s/ DOXAZOSIN (UNK/UNK)/ PRE OL | Week 1 | | | | 102(-158 ) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* or with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
  # All prior and concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
  F=Glucose fasting; R=Glucose non-fasting (random).

3828

/csre/prod/seroquel/di447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748275

D1447C00126

11.3.12-3 Patients with high glucose and HbAlc
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event ?T## PT# (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBAlc (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0802006 | OL | 64/Male /36.6 | OL QTP /165 | | | Lithium/ LITHIUM CARBONATE (UNK/UNK)/ PRE OL | Week 12 | 99.00(-8 4) F | NO | 5.5(-84) | 102 (-84) |
| | | | | | | Diazepines /Oxazepines And Thiazepine s/ CLOZAPINE (-204/ -169)/ PRE OL | Mean (post-en rollment ) | 99.00 | | 5.5 | 102 |
| | RD | 65/Male /36.6 | PLA+LI /104 | | | Diazepines /Oxazepines And Thiazepine s/ CLOZAPINE (105/ 134) | At randomiz ation | 105.00(1 ) F | YES | 5.4(1) | 102(1) |
| | | | | | | | Week 4 | | | | 102(29) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbAlc at any time during the study.
*     to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**    Blood sampling >8 hours after last meal., i.e. documented fasting.
      #   All prior and concomitant medication listed
      ##  All AEs potentially associated with diabetes mellitus.
          F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

3829

CONFIDENTIAL
AZSER12748276

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## PT# (Start/ Stop/ Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0802006 | RD | 65/Male /36.6 | PLA+LI /104 | | | | Week 8 | | | | 102 (57) |
| | | | | | | | Week 12 | 155.00H 83) F | NO | 5.8(83) | 103 (83) |
| | | | | | | | Week 12 | | | 5.7(105) | 102 (105) |
| | | | | | | | Mean (post-ra ndomizat ion) | 155.00 | | 5.8 | 102 |
| D1447C00126 /E0805007 | OL | 60/Male /29.1 | OL QTP /112 | | Nephrolith iasis | Lithium/ LITHIUM CARBONATE (-127/ 168)/ PRE OL | Enrollme nt | 98.00(-1 17) F | YES | 5.5(-117 ) | 88(-117) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* or with a >=1.5% unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3830

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748277

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0805007 | OL | 60/Male /29.1 | OL QTP /112 | | Hypertensi on | Diazepines Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (-117/ -113) | Week 1 | | | | 89/(-105) |
| | | | | | | Benzodiaze pine Derivative s/ CLONAZEPAM (-117/ -96) | Week 1 | | | | 93/(-105) |
| | | | | | | Benzodiaze pine Derivative s/ CLONAZEPAM (-95/ -92) | Week 12 | 124.00(- 27) F | YES | 5.3(-27) | 93(-27) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
       or with a >=1.5 unit increase in HbA1c any time during the study.
*    to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal, i.e. documented fasting.
     #   All prior and concomitant medications are listed.
     ##  All AEs potentially associated with diabetes mellitus.
          F=Glucose fasting; R=Glucose non-fasting (random).

3831

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748278

D1447c00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0805007 | OL | 60/Male /29.1 | OL,QTP /112 | | | Benzodiaze pine Derivative s/ CLONAZEPAM (-91/ -85) | Mean (post-en rollment ) | 124.00 | | 5.3 | 92 |
| | | | | | | Benzodiaze pine Derivative s/ ALPRAZOLAM (-84/ -40) | | | | | |
| | RD | 60/Male /30.7 | QTP+LI /308 | | | Lithium/ LITHIUM CARBONATE (169/ 318) | At randomiz ation | 116.00(1 ) F | YES | 5.7(1) | 93(1) |
| | | | | | | | Week 4 | | | | 97(29) |
| | | | | | | | Week 12 | 128.00H( 85) F | YES | 5.3(85) | 104(85) |
| | | | | | | | Week 28 | 132.00H( 197) F | YES | 6.6(197) | 113(197) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL,QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# AEs prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst a13.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748279

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c

Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## /Start/ Stop/ Day* | Medical history | Medication Class/ Generic Na me## /Start/ Stop Day* | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0805007 | RD | 60/Male /30.7 | QTP+LI /308 | | | | Week 40 | 143.00H( 281) F | YES | 6.7(281) | 115(281) |
| | | | | | | | Week 40 | | | 6.8(309) | 114(309) |
| | | | | | | | Mean (post-ra ndomizat ion) | 134.33 | | 6.4 | 109 |
| D1447C00126 /E0805019 | OL | 61/Female /22.7 | OL QTP / 37 | | Emphysema | Beta Blocking Agents, Selective/ | Enrollme nt | 126.00H( -7) F | YES | 5.9(-7) | |
| | | | | | | BISOPROLOL FUMARATE (UNK/UNK)/ PRE OL | | | | | |
| | | | | Nodular goiter | | Xanthines/ | Week 4 | | | 6.1(38) | |
| | | | | | | THEOPHYLLI NE (UNK/UNK)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
or with a >=1.5 unit increase in HbA1c at any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   # All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

3833

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.ist  ai3.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748280

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0805019 | OL | 61/Female /22.7 | OL QTP / 37 | | Hypertensi on | Other Antidepres sants/ MIRTAZAPIN E (-87/ 17)/ PRE OL | Week 12 | 131.00H( 38) F | YES | | |
| | | | | | | Selective Serotonin Reuptake Inhibitors / CITALOPRAM HYDROBROMI DE (-87/ 18)/ PRE OL | Mean (post-en rollment ) | 131.00 | | 6.1 | |
| | | | | | | Lithium/ LITHIUM CARBONATE (-10/ 30)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
*     or with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**    Blood sampling >8 hours after last meal., i.e. documented fasting.
      #  All prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
            F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

3834

CONFIDENTIAL
AZSER12748281

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment PT## Start/ Stop Day* | Adverse Event PT## Start/ Stop Day* | Medical history | Medication Class/ Generic Na me##/ Start/ Stop Day* | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0805019 | OL | 61/Female /22.7 | OL QTP / 37 | | | | Folic Acid And Derivative s/FOLIC ACID (-10/ 67)/ PRE OL | | | | | |
| | | | | | | | Diazepines Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (-7/ 67) | | | | | |
| | | | | | | | Sulfonamid es. Plain/ CLOPAMIDE (-7/ 67) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* or with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst a13.sas 11JUN2007:08:51 luchen

3835

CONFIDENTIAL
AZSER12748282

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0805019 | | | | | | Other Antidepressants/ MIRTAZAPINE (18/ 20) | | | | | |
| | | | | | | Selective Serotonin Reuptake Inhibitors/ CITALOPRAM HYDROBROMIDE (19/ 20) | | | | | |
| | | | | | | Lithium/ LITHIUM CARBONATE (31/ 67) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
## AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748283

D1447c00126

11.3.12-3 Patients with high glucose and HbA1c

Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0807003 | OL | 57/Male /28.3 | OL QTP /201 | | Diabetes mellitus | Ace Inhibitors , Plain/ PERINDOPRI L (UNK/UNK)/ PRE OL | Enrollme nt | 256.00H( -5) R | NO | 6.1(-5) | |
| | | | | | Ischemic heart disease | Biguanides / METFORMIN (UNK/UNK)/ PRE OL | Week 24 | 311.00H( 202) R | YES | 8.7H(202 ) | |
| | | | | | Chronic bronchitis | Lithium/ LITHIUM CARBONATE (UNK/UNK)/ PRE OL | Mean (post-en rollment ) | 311.00 | | 8.7 | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* or with a >=1.5 unit increase in HbAlc at any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  ** Blood sampling >8 hours after last meal, i.e. documented fasting.
       # All prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes melitus.
           F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

3837

CONFIDENTIAL
AZSER12748284

D1447C00126

11.3.12.3 Patients with high glucose and HbAlc
Adverse Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Stop Day*) | Medical history | Medication Class/Generic Name## (Start/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0807003 | OL | 57/Male /28.3 | OL QTP /201 | | | Sulfonamides, Urea Derivatives GLICLAZIDE (UNK/UNK) / PRE OL | | | | | |
| | | | | | | Fatty Acid Derivatives VALPROIC ACID 1-34/ 231// PRE OL | | | | | |
| | | | | | | Diazepines, Oxazepines And Thiazepines QUETIAPINE FUMARATE 256 1/ / PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* or with a >=1.5 unit increase in HbAlc at any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
  # All prior and concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
  F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

3838

CONFIDENTIAL
AZSER12748285

D1447C00126

11.3.12-3  Patients with high glucose and HbA1c
Adverse  Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event ?T## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0808002 | OL | 56/Female /49.8 | OL QTP /210 | | Hyperlipid aemia | Ace Inhibitors And Diuretics/ | Enrollme nt | 100.00(- 217) F | YES | 5.9(-217 ) | 115(-217 ) |
| | | | | | | ENALAPRIL MALEATE (UNK/UNK)/ PRE OL | | | | | |
| | | | | Contact eccema | Beta Blocking Agents, Selective/ | Week 1 | | | | 118(-203 ) |
| | | | | | METOPROLOL TARTRATE (UNK/UNK)/ PRE OL | | | | | |
| | | | | Hypertonia | Biguanides/ | Week 1 | | | | 114(-203 ) |
| | | | | | METFORMIN | | | | | |
| | | | | | (UNK/UNK)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting/ R=Glucose non-fasting (random).

3839

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748286

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/ Stop/ Day*) | Medical history | Medication Class/ Generic Na me#/ (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0808002 | OL | 56/Female /49.8 | OL QTP /210 | | Diabetes mellitus | Dihydropyr idine Derivative s/ NIFEDIPINE (UNK/UNK)/ PRE OL | Week 12 | 132.00H( -126) F | YES | 6.0(-126 ) | 119(-126 ) |
| | | | | | | Insulins And Analogues, Fast-Actin g/ INSULIN HUMAN (UNK/UNK)/ PRE OL | Week 24 | 141.00H( -42) F | YES | 6.3(-42) | 125(-42) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
*     or with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**    Blood sampling >8 hours after last meal, i.e. documented fasting.
##    All prior and concomitant medications are listed.
#     All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3840

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748287

D1447C00126
11.3.12-3 Patients with high glucose and HbAlc
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0808002 | OL | 56/Female /49.8 | OL QTP /210 | | | Insulins And Analogues, Inte-rmedia te-Acting/ INSULIN HUMAN INJECTION, ISOPHANE (UNK/UNK) / PRE OL  Diazepines , Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (UNK/211) / PRE OL | Mean (post-en rollment ) | 136.50 | | 6.2 | 119 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbAlc any time during the study.
*    to sampling/onset/stop from 1st dose of OL.QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal, i.e. documented fasting.
      ## All prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t110311203.lst  al3.sas  11JUN2007:08:51  luchen

3841

CONFIDENTIAL
AZSER12748288

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop/ Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0808002 | OL | 56/Female /49.8 | OL QTP /210 | | Fatty Acid Derivative s/ VALPROIC ACID (-403/ -211)/ PRE OL | | | | | | |
| | | | | | Benzodiaze pine Derivative s/ ALPRAZOLAM (-286/ -188)/ PRE OL | | | | | | |
| | | | | | Fibrates/ FENOFIBRAT E/(-252/ 37)/ PRE OL | | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
*       or with a >=1.5 unit increase in HbA1c any time during the study.
        to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**    Blood sampling >8 hours after last meal, i.e. documented fasting.
        #  AEs for and concomitant medications are listed.
        ## All AEs potentially associated with diabetes mellitus.
             F=Glucose fasting; R=Glucose non-fasting (random).

3842

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748289

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event [?]## [?]## (Start/ Stop Day*) | Medication Class/ Generic Na me## (Start/ Stop Day*) | Medical history | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0808002 | OL | 56/Female /49.8 | OL QTP /210 | OL QTP 7 | | Fatty Acid Derivative s/ VALPROIC ACID (-210/ -154) | | | | | | |
| | | | | | | Fatty Acid Derivative s/ VALPROIC ACID (-153/ -99) | | | | | | |
| | RD | 56/Female /56.3 | QTP+VAL 7 | QTP+VAL | | Fatty Acid Derivative s/ VALPROIC ACID (-98/ 37) | | At randomiz ation | 146.00H( 1) F | YES | 6.7(1) | 130(1) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbA1c at any time during the study.
  *  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  ** Blood sampling >8 hours after last meal, i.e. documented fasting.
       # All prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
       F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51 luchen

3843

CONFIDENTIAL
AZSER12748290

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0810002 | OL | 51/Female /33.8 | OL QTP /145 | | Hypertensi on | Ace Inhibitors nt Plain/ RAMIPRIL (-198)/ 181)/ PRE OL | Enrollme nt | 96.00(-1 52) F | YES | 6.3(-152 ) | 96(-152) |
| | | | | | | Fatty Acid Derivative s/ VALPROIC ACID (-185/ -147)/ PRE OL | Week 1 | | | | 96(-138) |
| | | | | | | Diazepines Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (-168/ -166)/ PRE OL | Week 1 | | | | 97(-138) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst al3.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748291

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | Adverse Event PT##/Start/Stop Day* | Medical history | Medication Class/Generic Name/Start/Stop Day* | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0810002 | OL | 51/Female /33.8 | OL QTP /145 | | | Benzodiaze pine Derivative s/ CLONAZEPAM (-160) -147)/ PRE OL | Week 12 | 104.00 (-58) F | YES | 5.4 (-58) | 111 (-58) |
| | | | | | | Lithium/ LITHIUM CARBONATE (-156)/ -149)/ PRE OL | Mean (post-en rollment ) | 104.00 | | 5.4 | 101 |
| | | | | | | Lithium/ LITHIUM CARBONATE (-149)/ -126) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL.QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AES potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3845

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748292

D1447C00126

11.3.12-3 Patients with high glucose and HbAlc
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## Start/ Stop Day* | Medical history | Medication Class/ Generic Na me##/ Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0810002 | OL | 51/Female /33.8 | OL_QTP /145 | | | Fatty Acid Derivative s/ VALPROIC ACID (-147/ -146) | | | | | |
| | | | | | | Benzodiaze pine Derivative s/ CLONAZEPAM (-147/ -140) | | | | | |
| | | | | | | Fatty Acid Derivative s/ VALPROIC ACID (-146/ -145) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbAlc at any time during the study.
*     to sampling/onset/stop from 1st dose of OL_QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**    Blood sampling >8 hours after last meal, i.e. documented fasting.
      #  All prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
         F=Glucose fasting; R=Glucose non-fasting (random).

3846

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748293

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event P?## (Start/ Stop/ Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0810002 | OL | 51/Female /33.8 | OL_QTP /145 | OL_QTP | | | Fatty Acid Derivative s/ VALPROIC ACID (-145/ -143)<br><br>Lithium/ LITHIUM CARBONATE (-125/ 225) | | | | | |
| | RD | 51/Female /41.2 | QTP+LI /195 | QTP+LI | | | Ace Inhibitors And Diuretics/ RAMIPRIL (182/ 225) | At randomiz ation | 111.00(1 ) F | YES | 5.4(1) | 116(1) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
*      or with a >=1.5 unit increase in HbA1c any time during the study.
       to sampling/onset/stop from 1st dose of OL_QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**     Blood sampling >8 hours after last meal, i.e. documented fasting.
       ## All prior and concomitant medications are listed.
       ## All AEs potentially associated with diabetes mellitus.
       F=Glucose fasting; R=Glucose non-fasting (random).

3847

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748294

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0810002 | RD | 51/Female /41.2 | QTP+LI /195 | | | Dihydropyr idine Derivative s/ AMLODIPINE (190/ 225) | Week 4 | | | | 120(28) |
| | | | | | | | Week 8 | | | | 121(56) |
| | | | | | | | Week 12 | 117.00(8 4) R | YES | 5.7(84) | 122(84) |
| | | | | | | | Week 28 | 128.00H( 196) R | YES | 5.8(196) | 121(196) |
| | | | | | | | Mean (post-ra ndomizat ion) | 122.50 | | 5.8 | 121 |
| D1447C00126 /E0902001 | OL | 64/Female /26.6 | OL QTP / 85 | | Diffuse arthrosis | Pyrazolone s/ METAMIZOLE SODIUM (UNK/UNK) / PRE OL | Enrollme nt | 146.00H( -7) F | YES | 6.3(-7) | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL.QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3848

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748295

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population
Event

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Event Т## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0902001 | OL | 64/Female /26.6 | OL QTP / 85 | | Hypercholesterolaemia | Hmg Coa Reductase Inhibitors /PRAVASTATIN SODIUM (-88/ 115)/ PRE OL | Week 12 | 148.00H( 85) F | YES | 6.9(85) | |
| | | | | | Gastritis | Diazepines /Oxazepines And Thiazepines QUETIAPINE FUMARATE (-40/ 1)/ PRE OL | Mean (post-en rollment ) | 148.00 | | 6.9 | |
| | | | | | Gonarthrosis | Lithium/ LITHIUM CARBONATE (-40/ 1)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* or with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal., i.e. documented fasting.
   # All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
   F=Glucose fasting; R=Glucose non-fasting (random).

3849

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748296

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0902001 | OL | 64/Female /26.6 | OL QTP / 85 | | | Benzodiaze pine Derivative s/ LORAZEPAM (<40/ 151)/ PRE OL | | | | | |
| | | | | | | Lithium/ LITHIUM CARBONATE (2/ 70) | | | | | |
| | | | | | | Lithium/ LITHIUM CARBONATE (71/ 115) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbA1c any time during the study.
*     to sampling/onset/stop from 1st dose of OL.QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**    Blood sampling >8 hours after last meal, i.e. documented fasting.
      #   All prior and concomitant medications are listed.
      ##  All AEs potentially associated with diabetes mellitus.
          F=Glucose fasting; R=Glucose non-fasting (random).

3850

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748297

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## (Start/ Stop/ Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0911007 | OL | 57/Male /30.1 | OL QTP /113 | | | | Diazepines , Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (-160/ -113)/ PRE OL | Enrollme nt | 138.00H( -120) F | YES | 5.8(-120 ) | 87(-120) |
| | | | | | | | Lithium/ LITHIUM CARBONATE (-160/ -113)/ PRE OL | Week 12 | 144.00H( -30) F | YES | 6.3(-30) | 89(-30) |
| | | | | | | | Lithium/ LITHIUM CARBONATE (-112/ 57) | Mean (post-en rollment ) | 144.00 | | 6.3 | 89 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
       or with a >=1.5 unit increase in HbA1c any time during the study.
*      to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**     Blood sampling >8 hours after last meal, i.e. documented fasting.
       #  All reported medications are listed.
       ## All AEs potentially associated with diabetes mellitus.
       F=Glucose fasting, R=Glucose non-fasting (random).

3851

/csre/prod/seroquel/d1447c00126/sp/output/tif/t110312003.lst a13.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748298

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HbA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0911007 | RD | 57/Male /30.8 | PLA+LI / 57 | | | Benzodiaze pine Derivative s/ LORAZEPAM (8/ 28) | At randomiz ation | 125.00(1 ) F | YES | 6.6(1) | 89(1) |
| | | | | | | | Week 4 | | | | 89(28) |
| | | | | | | | Week 8 | | | | 87(57) |
| | | | | | | | Week 12 | 126.00H( 57) F | YES | 6.4(57) | |
| | | | | | | | Mean (post-ra ndomizat ion) | 126.00 | | 6.4 | 88 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study, or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

3852

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst a13.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748299

D1447C00126
11.3.12.3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment [*Start/ Stop Day*] | Adverse Event [*Start/ Stop Day*] | Medical history | Medication Class/ Generic Name [*Start/ Stop Day*] | Visit | Glucose mg/dL [Day*] | Fasting** (YES/NO) | HBA1C [Day*] | Weight kg [Day*] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0919005 | OL | 38/Male /23.6 | OL QTP / 85 | | Hypertension | Insulins/A nalogues, Intermed-A cting Comb Fast- Act/ INSULIN ISOPHANE, HUMAN BIOSYNTHET IC (UNK/UNK) / PRE OL | Enrollme nt | 244.00H( -91) F | YES | 8.0H(-91 ) | 85(-91) |
| | | | | | Diabetes | Fatty Acid Derivative s/ VALPROATE SODIUM (-236/ -86)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* or with a >=1.5 unit increase in HbA1c at any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

3853

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst   a13.sas   11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748300

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me#/ (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0919005 | OL | 38/Male /23.6 | OL QTP / 85 | | Coxalgia | Diazepines , Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (-96/ -861/ PRE OL | | | | | |
| | | | | | Discal hernia L4/L5 | Ace Inhibitors , Plain/ RAMIPRIL (-96/ 1741/ PRE OL | | | | | |
| | | | | | | Beta Blocking Agents, Selective/ ATENOLOL (-96/ 1741/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
    or with a >=1.5 unit increase in HbAlc at any time during the study.
*   to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**  Blood sampling >8 hours after last meal, i.e. documented fasting.
    #   All prior and concomitant medications are listed.
    ##  All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  1lJUN2007:08:51  luchen

3854

CONFIDENTIAL
AZSER12748301

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c

Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Medical history | Adverse Event PT## (Start/ Stop Day*) | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0919005 | OL | 38/Male /23.6 | OL QTP / 85 | | | Fatty Acid Derivative s/ VALPROATE SODIUM (-85/ 144) | | | | | |
| | RD | 38/Male /24.2 | PLA+VAL /144 | | | Benzodiaze pine Derivative s/ LORAZEPAM (109/ 174) | At randomiz ation | 279.00H( 1) F | YES | 7.9H(1) | 88(1) |
| | | | | | | | Week 4 | | | | 88(29) |
| | | | | | | Selective Serotonin Reuptake Inhibitors / PAROXETINE HYDROCHLOR IDE (144/ 144) | | | | | |
| | | | | | | | Week 8 | | | | 87(57) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbA1c any time during the study.
 *    to sampling/onset/stop from 1st dose of OL_QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 **   Blood sampling >8 hours after last meal., i.e. documented fasting.
      #  All AEs for previous and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst al3.sas  11JUN2007:08:51  luchen

3855

CONFIDENTIAL
AZSER12748302

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT##/ Start/ Stop Day* | Medical history | Medication Class/ Generic Na me#/ Start/ Stop Day* | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0919005 | RD | 38/Male /24.2 | PLA+VAL /144 | | | | Week 12 | 196.00H( 81) F | YES | 8.4H(81) | 92(81) |
| | | | | | | | Mean (post-ra ndomizat ion) | 196.00 | | 8.4 | 89 |
| D1447C00126 /E0919008 | OL | 62/Male /22.2 | OL QTP /140 | | Diabetes | Diazepines ,Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (-151/ -141)/ PRE OL | Enrolle nt | 219.00H( -147) F | YES | 6.1(-147 ) | 59(-147) |
| | | | | | | Lithium/ LITHIUM CARBONATE (-151/ -141)/ PRE OL | Week 12 | 156.00H( -56) F | YES | 6.0(-56) | 60(-56) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
or with a >=1.5 unit increase in HbA1c aby time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t110311203.ist  a13.sas  11JUN2007:08:51  luchen

3856

CONFIDENTIAL
AZSER12748303

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event ?T## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Name# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HbA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E0919008 | OL | 62/Male /22.2 | OL QTP /140 | | | Lithium/ LITHIUM CARBONATE (-140/ 115) | Mean (post-en rollment ) | 156.00 | | 6.0 | 60 |
| | RD | 63/Male /22.6 | QTP+LI /115 | | | | At randomiz ation | 151.00H( 1) F | YES | 6.1(1) | 60(1) |
| | | | | | | | Week 4 | | | | 60(30) |
| | | | | | | | Week 8 | | | | 59(57) |
| | | | | | | | Week 12 | 151.00H( 79) F | YES | 6.0(79) | 61(79) |
| | | | | | | | Week 12 | | | 5.7(115) | 59(115) |
| | | | | | | | Mean (post-ra ndomizat ion) | 151.00 | | 5.9 | 60 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* or with a >=1.5 unit increase in HbA1c any time during the study.
 to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
 # All prior and concomitant medications are listed
 ## All AEs potentially associated with diabetes mellitus.
 F=Glucose fasting; R=Glucose non-fasting (random).

3857

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748304

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment / Treat- ment | Adverse Event PT## Start/ Stop Day* | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1101005 | OL | 38/Female /21.8 | OL QTP /126 | | | Lithium/ LITHIUM CARBONATE (-139/ -128) PRE OL | Enrollme nt | 95.00(-1 32) R | YES | 4.8(-132 ) | 63(-132) |
| | | | | | | Diazepines , Oxazepines And Thiazepine s/ OLANZAPINE (-133/ -129) PRE OL | Week 12 | | | | 67(-36) |
| | | | | | | Piperazine Derivative s/ CETIRIZINE HYDROCHLOR IDE (-132/ -131) | Mean (post-en rollment ) | | | | 67 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
    or with a >=15 unit increase in HbA1c any time during the study.
*   to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**  Blood sampling >8 hours after last meal, i.e. documented fasting.
    ## All prior and concomitant medications are listed.
    #  All AEs potentially associated with diabetes mellitus.
       F=Glucose fasting; R=Glucose non-fasting (random).

3858

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748305

D1447C00126

11.3.12.3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1101005 | OL | 38/Female /21.8 | OL QTP /126 | | | Diazepines, Oxazepines And Thiazepine s/ OLANZAPINE (-127/ -127) | | | | | |
| | | | | | | Lithium/ LITHIUM CARBONATE (-127/ -115) | | | | | |
| | | | | | | Benzodiaze pine Derivative s/ LORAZEPAM (-124/ -122) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbA1c any time during the study.
*    to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal., i.e. documented fasting.
      #  All prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
           F=Glucose fasting; R=Glucose non-fasting (random).

3859

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748306

D1447c00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment Day* | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1101005 | OL | 38/Female /21.8 | OL QTP /126 | | | Tertiary Amines/ TRIHEXYPHE NIDYL HYDROCHLOR IDE (-116/ -115)  Tertiary Amines/ TRIHEXYPHE NIDYL HYDROCHLOR IDE (-114/ -114)  Other Centrally Acting Agents/ PRIDINOL -113) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst a13.sas 11JUN2007:08:51 luchen

3860

CONFIDENTIAL
AZSER12748307

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1101005 | OL | 38/Female /21.8 | OL QTP /126 | | | Lithium/ LITHIUM CARBONATE (-114/ -111) | | | | | |
| | | | | | | Other Centrally Acting Agents/ PRIDINOL (-112/ -111) | | | | | |
| | | | | | | Other Centrally Acting Agents/ PRIDINOL (-110/ -102) | | | | | |
| | | | | | | Lithium/ LITHIUM CARBONATE (-110/ 77) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3861

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748308

D1447c00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me##/ (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1101005 | OL | 38/Female /21.8 | OL QTP /126 | | | Other Centrally Acting Agents/ PRIDINOL -101/ -101 | | | | | |
| | | | | | | Benzodiaze pine Derivative s/ CLONAZEPAM (-69/ -36) | | | | | |
| | | | | | | Benzodiaze pine Derivative s/ CLONAZEPAM (-35/ -33) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
  or with a >=1.5 unit increase in HbA1c any time during the study.
*  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   # All prior and concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
     F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

3862

CONFIDENTIAL
AZSER12748309

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment/ Days On Treat-ment | Adverse Event PT## Stop/ Day* | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HbA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1101005 | OL | 38/Female /21.8 | OL QTP /126 | | | Benzodiaze pine Derivative s/ CLONAZEPAM (-32/29) | | | | | |
| | RD | 38/Female /23.2 | PLA+LI / 47 | | | Benzodiaze pine Derivative s/ CLONAZEPAM (30/30) | At randomiz ation | 87.00(1) F | YES | 4.6(1) | 67(1) |
| | | | | | | Benzodiaze pine Derivative s/ CLONAZEPAM (31/49) | Week 4 | | | | 66(29) |
| | | | | | | Benzodiaze pine Derivative s/ LORAZEPAM (48/48) | Week 8 | | | | 68(49) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbA1c any time during the study.
*     to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**    Blood sampling >8 hours after last meal, i.e. documented fasting.
      #   All prior and concomitant medications are listed.
      ##  All AEs potentially associated with diabetes mellitus.
          F=Glucose fasting; R=Glucose non-fasting (random).

3863

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748310

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Name (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1101005 | RD | 38/Female /23.2 | PLA+LI / 47 | | | Butyrophen one Derivative s/ HALOPERIDO L (49) | Week 12 | 133.00H( 49) F | YES | 4.9(49) | |
| | | | | | | | Mean (post-ra ndomizat ion) | 133.00 | | 4.9 | 67 |
| D1447C00126 /E1104006 | OL | 53/Male /39.4 | OL QTP /141 | | Arterial hypertensi on | Ace Inhibitors plain/ PERINDOPRI L (UNK/UNK)/ PRE OL | Enrollme nt | 164.00H( -147) F | YES | 5.5(-147 ) | 110(-147 ) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
         or with a >=1.5 unit increase in HbA1c any time during the study.
*     to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**    Blood sampling >8 hours after last meal., i.e. documented fasting.
         #  All prior and concomitant medications are listed.
         ## All AEs potentially associated with diabetes mellitus.
         F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/di447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

3864

CONFIDENTIAL
AZSER12748311

D1447c00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me#/ (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1104006 | OL | 53/Male /39.4 | OL QTP /141 | | Obesity | Beta Blocking Agents, Selective/ METOPROLOL TARTRATE (UNK/UNK) / PRE OL | Week 12 | | | | 114 (-57) |
| | | | | | | Fatty Acid Derivative s/ VALPROIC ACID (-31/ 5061) / PRE OL | Mean (post-en rollment ) | | | | 114 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* or with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   # All prior and concomitant medications are listed
  ## All AEs potentially associated with diabetes mellitus.
     F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

3865

CONFIDENTIAL
AZSER12748312

11.3.12-3 Patients with high glucose and HbA1c
D1447C00126
Adverse Open-label safety population
Event

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Stop Day*) | Medical history | Medication Class/Generic Name# (Start/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126/E1104006 | OL | 53/Male/39.4 | OL QTP/141 | | | Phenothiazines With Aliphatic Side-Chain/LEVOMEPROMAZINE (-150/-142)/PRE OL | At randomization | 123.00(1) R | YES | 5.8(1) | 114(1) |
| | RD | 53/Male/40.9 | QTP VAL/476 | | | | Week 4 | | | | 116(29) |
| | | | | | | | Week 8 | | | | 115(56) |
| | | | | | | | Week 12 | 159.00H(85) F | YES | 6.4(85) | 115(85) |
| | | | | | | | Week 28 | 148.00H(197) F | YES | 7.1(197) | 115(197) |
| | | | | | | | Week 40 | 173.00H(281) F | YES | 7.5(281) | 115(281) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
or with a >=1.5 unit increase in HbA1c at any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

3866

CONFIDENTIAL
AZSER12748313

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population
Adverse Event

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## /Start/ Stop Day* | Medical history | Medication Class/ Generic Na me## /Start/ Stop Day* | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /EI104006 | RD | 53/Male /40.9 | QTP+VAL /476 | | | | Week 52 | 167.00H( 365) F | YES | 7.8H(365 ) | 117(365) |
| | | | | | | | Week 68 | 186.00H( 477) F | YES | 8.8H(477 ) | 113(477) |
| | | | | | | | Mean (post-ra ndomizat ion) | 166.60 | | 7.5 | 115 |
| D1447C00126 /EI104007 | OL | 46/Male /27.9 | OL QTP /121 | | | Butyrophen one Derivative s/ HALOPERIDO L (-160)/ -122)/ PRE OL | Enrollme nt | 88.00(-1 26) F | YES | 5.1(-126 ) | 80(-126) |
| | | | | | | Lithium/ LITHIUM CARBONATE (-160)/ -122)/ PRE OL | Week 1 | | | | 80(-114) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* or with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal., i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/di447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748314

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1104007 | OL | 46/Male /27.9 | OL QTP /121 | | | Butyrophen one Derivative s/ HALOPERIDO L (-121/ -120) | Week 1 | | | | 82/(-114) |
| | | | | | | Lithium/ LITHIUM CARBONATE (-121/ -45) | Week 12 | | | | 84/(-44) |
| | | | | | | Butyrophen one Derivative s/ HALOPERIDO L (-119/ -119) | Mean (post-en rollment ) | | | | 82 |
| | | | | | | Lithium/ LITHIUM CARBONATE (-44/ 375) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
        or with a >=1.5 unit increase in HbA1c any time during the study.
*     to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**    Blood sampling >8 hours after last meal, i.e. documented fasting.
          ## All AEs, prior and concomitant medications are listed.
          ## All AEs potentially associated with diabetes mellitus.
                    F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

3868

CONFIDENTIAL
AZSER12748315

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## Stop (Start/ Day*) | Medical history | Medication Class/ Generic Na me (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1104007 | RD | 47/Male /27.7 | QTP+LI /378 | | | Benzodiaze pine Derivative s/ CLORAZEPAT E DIPOTASSIU M (376/ 376) | At randomiz ation | 89.00(1) R | YES | 5.0(1) | 79(1) |
| | | | | | | Lithium/ LITHIUM CARBONATE (376/ 376) | Week 4 | | | | 80(29) |
| | | | | | | Thioxanthe ne Derivative s/ ZUCLOPENTH IXOL ACETATE (376/ 376) | Week 8 | | | | 75(57) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbAlc ady time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medication are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting, R=Glucose non-fasting (random).

3869

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748316

D1447c00126

11.3.12-3 Patients with high glucose and HbAlc
Adverse Open-label safety population
Event

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1104007 | RD | 47/Male /27.7 | QTP+LI /378 | | | Lithium/ LITHIUM CARBONATE (377/ 408) | Week 12 | 144.00H( 85) F | YES | 5.2(85) | 71(85) |
| | | | | | | Thioxanthe ne Derivative s/ ZUCLOPENTH IXOL ACETATE (378/378) | Week 28 | 111.00(1 97) F | YES | 5.2(197) | 74(197) |
| | | | | | | | Week 40 | 88.00(28 1) F | YES | 5.3(281) | 75(281) |
| | | | | | | | Week 52 | 132.00H( 365) F | YES | 5.4(365) | 68(365) |
| | | | | | | | Week 52 | 118.75 | | 5.2(378) | 65(378) |
| | | | | | | | Mean (post-ra ndomizat ion) | | | 5.3 | 73 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* or with a >=1.5 unit increase in HbAlc at any time during the study.
  to sampling/onset/stop from 1st dose of OL.QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  ** Blood sampling >8 hours after last meal, i.e. documented fasting.
  # All prior and concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
  F=Glucose fasting; R=Glucose non-fasting (random).

3870

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748317

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment (PT##/ Start/ Stop Day*) | Medical history | Adverse Event PT##/ Start/ Stop Day* | Medication Class/ Generic Na me#/ Start/ Stop Day* | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1104015 | OL | 49/Male /30.1 | OL QTP /112 | | | Diazepines , Oxazepines And Thiazepine s/ OLANZAPINE (-121/ -113)/ PRE OL | Enrollme nt | 93.00(-1 19) F | YES | 5.2(-119 ) | 84(-119) |
| | | | | | | Fatty Acid Derivative s/ VALPROIC ACID (-120/ 86)/ PRE OL | Week 1 | | | | 86(-105) |
| | | | | | | Benzodiaze pine Related Drugs/ ZOLPIDEM (-119/ -119) | Week 1 | | | | 90(-105) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
        or with a >=1.5 unit increase in HbA1c ady time during the study.
*     to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**    Blood sampling >8 hours after last meal, i.e. documented fasting.
#     All prior and concomitant medications are listed.
##    All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

3871

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst a13.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748318

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment Day* | Medical history | Adverse Event PT## PT# Start/Stop Day* | Medication Class/Generic Name# (Start/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126/E1104015 | OL | 49/Male/30.1 | OL QTP /112 | | | Benzodiazepine Related Drugs/ ZOLPIDEM (-115/-114) | Week 12 | 99.00(-28) F | YES | 5.1(-28) | 99.1(-28) |
| | | | | | | | Mean (post-enrollment) | 99.00 | | 5.1 | 92 |
| | RD | 49/Male/34.6 | QTP+VAL /56 | | | | At randomization | 100.00(1) F | YES | 4.9(1) | 97(1) |
| | | | | | | | Week 4 | | | | 97(29) |
| | | | | | | | Week 8 | | | | 94(57) |
| | | | | | | | Week 12 | 137.00H(57) F | YES | 5.8(57) | 94(57) |
| | | | | | | | Mean (post-randomization) | 137.00 | | 5.8 | 96 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
  or with a >=1.5 unit increase in HbA1c aby time during the study.
*   to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**  Blood sampling >8 hours after last meal, i.e. documented fasting.
     #  All prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
         F=Glucose fasting; R=Glucose non-fasting (random).

3872

/csre/prod/seroquel/di447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748319

D1447C00126
11.3.12-3 Patients with high glucose and HbAlc
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event ?T## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBAlC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1108006 | OL | 52/Male /29.4 | OL QTP /169 | | | Lithium/ LITHIUM CARBONATE (-181/ -169) PRE OL | Enrollme nt | 131.00H( -175) F | NO | 5.4(-175 ) | 99(-175) |
| | | | | | | Lithium/ LITHIUM CARBONATE (-146/ 8) | Week 1 | | | | 102(-161 ) |
| | | | | | | | Week 12 | 152.00H( -85) F | NO | 5.6(-85) | 105(-85) |
| | | | | | | | Mean (post-en rollment ) | 152.00 | | 5.6 | 104 |
| | RD | 53/Male /30.9 | PLA+LI /140 | | | Benzodiaze pine Related Drugs/ ZOLPIDEM (77/8) | At randomiz ation | 123.00(1 ) F | YES | 5.2(1) | 104(1) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
or with a >=1.5 unit increase in HbAlc an y time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3873

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst a13.sas  11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748320

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## Start/ Stop Day* | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1108006 | RD | 53/Male /30.9 | PLA+LI /140 | | | Benzodiaze pine Related Drugs/ ZOLPIDEM (9/ 24) | Week 4 | | | | 103(30) |
| | | | | | | Lithium/ LITHIUM CARBONATE (9/ 170) | Week 8 | | | | 100(56) |
| | | | | | | Benzodiaze pine Related Drugs/ ZOLPIDEM (112/ 119) | Week 12 | 143.00H( 84) F | NO | 5.5(84) | 102(84) |
| | | | | | | Selective Serotonin (5ht1) Agonists/ SUMATRIPTA N (167/ 170) | Week 28 | 96.00(14 1) F | NO | 5.3(141) | 97(141) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbA1c at any time during the study.
*    to sampling/onset/stop from 1st dose of OL.QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal, i.e. documented fasting.
     ## All reported concomitant medications are listed
     ## All AEs potentially associated with diabetes mellitus.
     F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

3874

CONFIDENTIAL
AZSER12748321

D1447C00126

**11.3.12-3 Patients with high glucose and HbA1c**
**Adverse Open-label safety population**

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## /T#*# (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /EI108006 | RD | 53/Male /30.9 | PLA+LI /140 | | | | Mean (post-ra ndomizat ion) | 119.50 | | 5.4 | 101 |
| D1447C00126 /EI120001 | OL | 48/Male /25.9 | OL QTP / 64 | | Diabetes mellitus | Biguanides METFORMIN HYDROCHLOR IDE (UNK/UNK)/ PRE OL | Enrollme nt | 130.00H( -7) F | YES | 6.6 (-7) | |
| | | | | | | Sulfonamid es, Urea Derivative s/ GLICLAZIDE (UNK/UNK)/ PRE OL | Week 8 | | | 6.5 (66) | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
*    or with a >=1.5 unit increase in HbA1c at any time during the study.
     to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal, i.e. documented fasting.
     #  Adverse event and medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
                All medications potentially associated with diabetes mellitus.
                F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

3875

CONFIDENTIAL
AZSER12748322

D1447c00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event ?T## PT/ (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1112001 | OL | 48/Male /25.9 | OL QTP / 64 | | | Benzodiaze pine Derivative s/ CLORAZEPAT E DIPOTASSIU M (-26/ OL 1)/ PRE OL | Week 12 | 134.00H( 66) F | YES | | |
| | | | | | | Diazepines And Thiazepine s/ OLANZAPINE (-26/ 1)/ PRE OL | Mean (post-en rollment ) | 134.00 | | 6.5 | |
| | | | | | | Fatty Acid Derivative s/ VALPROATE SODIUM (-26/ 63)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* or with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

3876

CONFIDENTIAL
AZSER12748323

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Treatment Start/ Stop Day* | Adverse Event PT## Start/ Stop Day* | Medical history | Medication Class/ Generic Name Start/ Stop Day* | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1112001 | | | | | | | Fatty Acid Derivative s/ VALPROATE SODIUM (64/ 64) | | | | | |
| | | | | | | | Diazepines | | | | | |
| | | | | | | | Oxazepines And Thiazepine s/ OLANZAPINE (64/ 94) | | | | | |
| | | | | | | | Fatty Acid Derivative s/ VALPROIC ACID (64/ 94) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3877

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst al3.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748324

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop/ Day*) | Medical history | Medication Class/ Generic Na me### (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1112001 | | | | | | Other Antidepres sants/ MIANSERIN HYDROCHLOR IDE (64/ 94) | | | | | |
| D1447C00126 /E1114011 | OL | 53/Female /31.6 | OL QTP /106 | | Gastric ulcer | Lithium/ LITHIUM CARBONATE (-127 /-113) / PRE OL | Enrolleme nt | 128.00H( -113) F | YES | 6.0(-113 ) | 86(-113) |
| | | | | | Duodenal ulcer | Diazepines /Oxazepines And Thiazepine s/ OLANZAPINE (-118/ -114) / PRE OL | Week 1 | | | | 88(-99) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* or with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   ## All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst a13.sas 11JUN2007:08:51 luchen

3878

CONFIDENTIAL
AZSER12748325

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event ?T## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1114011 | OL | 53/Female /31.6 | OL_QTP /106 | | Hepatitis | Benzodiaze pine Derivative s/ OXAZEPAM (-118/ -112)/ PRE OL | Week 1 | | | | 88(-99) |
| | | | | | | Thioxanthe ne Derivative s/ ZUCLOPENTH IXOL ACETATE (-113/ -113) | Week 12 | 103.00(- 21) F | YES | 6.0(-21) | 86(-21) |
| | | | | | | Lithium/ LITHIUM CARBONATE (-112/ -112) | Mean (post-en rollment | 103.00 | | 6.0 | 87 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
  or with a >=1.5 unit increase in HbA1c an y time during the study.
* to sampling/onset/stop from 1st dose of OL_QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
  # All prior and concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
  F=Glucose fasting; R=Glucose non-fasting (random).

3879

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748326

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1114011 | OL | 53/Female /31.6 | OL QTP /106 | | Lithium/ LITHIUM CARBONATE (-111/ -111) | | | | | | |
| | | | | | Benzodiaze pine Derivative s/ OXAZEPAM (-111/ -109) | | | | | | |
| | | | | | Lithium/ LITHIUM CARBONATE (-110/ -94) | | | | | | |
| | | | | | Benzodiaze pine Derivative s/ OXAZEPAM (-108/ -108) | | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
or with a >=1.5 unit increase in HbA1c at any time during the study.
*    to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal., i.e. documented fasting.
#    All prior and concomitant medications are listed.
##   All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3880

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748327

11.3.12-3 Patients with high glucose and HbA1c
D1447C00126
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment Day* | Adverse Event PT## PT# Stop/ Day* | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HbA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1114011 | OL | 53/Female /31.6 | OL QTP /106 | | | Lithium/ LITHIUM CARBONATE (-93/ 107) | | | | | |
| | RD | 54/Female /31.6 | QTP+LI /77 | | | | At randomiz ation | 112.00(1 ) F | YES | 6.0(1) | 86(1) |
| | | | | | | | Week 4 | | | | 86(30) |
| | | | | | | | Week 8 | | | | 85(58) |
| | | | | | | | Week 12 | 128.00H( 77) F | YES | 6.1(77) | 87(77) |
| | | | | | | | Mean (post-ra ndomizat ion) | 128.00 | | 6.1 | 86 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* or with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  ** Blood sampling >8 hours after last meal, i.e. documented fasting.
       # All prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
         F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

3881

CONFIDENTIAL
AZSER12748328

D1447C00126

11.3.12-3  Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event Term# (Start/ Stop/ Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1120001 | OL | 63/Male /33.4 | OL QTP /184 | | Heart infarction | Amino Acids, Incl. Combinatio ns With Polypeptid es/ ASPARTIC ACID (UNK/UNK)/ PRE OL | Enrollme nt | 116.00(- 191) F | YES | 6.6(-191 ) | 99(-191) |
| | | | | | Ischaemic cordiac disease | Fibrates/ FENOFIBRAT E (UNK/UNK)/ PRE OL | Week 12 | 141.00H( -84) F | YES | 6.4(-84) | 96(-84) |
| | | | | | Hypertensi on disease | Hmg Coa Reductase Inhibitors / SIMVASTATI N (UNK/UNK)/ PRE OL | Mean (post-en rollment ) | 141.00 | | 6.4 | 96 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
*    or with a >=1.5 unit increase in HbA1c aby time during the study.
     to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal., i.e. documented fasting.
        #  All AEs or concomitant medications are listed.
      ##  All AEs potentially associated with diabetes mellitus.
           F=Glucose fasting,R=Glucose non-fasting (random).

3882

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748329

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## [Start/ Stop Day*] | Medical history | Medication Class/ Generic Na me# [Start/ Stop Day*] | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1120001 | OL | 63/Male /33.4 | OL QTP /184 | | | Hyperchole sterolemia | Platelet Aggregatio n Inhibitors Excl. Heparin/ ACETYLSALI CYLIC ACID (UNK/UNK) / PRE OL | | | | | |
| | | | | | | Spondyloar throsis | Phenothiaz ines With Piperazine Structure/ PERAZINE DIMALEATE (UNK/-201) / PRE OL | | | | | |
| | | | | | | Commotio cerebri | Lithium/ LITHIUM CARBONATE (-215/ 77)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL.QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3883

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748330

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/Stop Day*) | Medical history | Medication Class/Generic Name## (Start/Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126/E1120001 | OL | 63/Male/33.4 | OL QTP/184 | | Impaired glucose tolerance | Phenothiaz ines With Piperazine Structure/ PERAZINE DIMALEATE (-200/ -200)/ PRE OL | | | | | |
| | | | | | | Phenothiaz ines With Piperazine Structure/ PERAZINE DIMALEATE (-192)/ -192)/ PRE OL | | | | | |
| | | | | | | Sulfonamid es/ SULFACETAM IDE (-197/ -181)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
*    or with a >=1.5 unit increase in HbA1c any time during the study.
     to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal, i.e. documented fasting.
     #  All prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting, R=Glucose non-fasting (random).

3884

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748331

D1447C00126
11.3.12-3 Patients with high glucose and HbAlc
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## Start/ Stop Day* | Medical history | Medication Class/ Generic Na me## Start/ Stop Day* | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1120001 | OL | 63/Male /33.4 | OL_QTP /184 | | | Biguanides/ METFORMIN HYDROCHLOR IDE (-195/ 56) PRE OL | | | | | |
| | | | | | | Phenothiaz ines With Piperazine Structure/ PERAZINE DIMALEATE (-191/ -191) | | | | | |
| | | | | | | Benzodiaze pines Derivative s/ LORAZEPAM (-191/ -185) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=15 unit increase in HbAlc any time during the study.
   to sampling/onset/stop from 1st dose of OL_QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All AEs or concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3885

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst a13.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748332

D1447c00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop/ Day*) | Medical history | Medication Class/ Generic Na medname (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1120001 | OL | 63/Male /33.4 | OL QTP /184 | | Phenothiaz ines With Piperazine Structure/ PERAZINE DIMALEATE (-190/ -189) | | | | | | |
| | | | | | Phenothiaz ines With Piperazine Structure/ PERAZINE DIMALEATE (-188/ -188) | | | | | | |
| | RD | 63/Male /33 | QTP+LI /200 | | Biguanides / METFORMIN HYDROCHLOR IDE (57/ 86) | | At randomiz ation | 128.00H( 1) F | YES | 6.5(1) | 98(1) |
| | | | | | Lithium/ LITHIUM CARBONATE (77/ 230) | | Week 4 | | | | 95(28) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbA1c any time during the study.
 *  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 ** Blood sampling >8 hours after last meal, i.e. documented fasting.
    # All AEs for which medications are listed.
    ## All AEs potentially associated with diabetes mellitus.
       F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

3886

CONFIDENTIAL
AZSER12748333

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Event PT## Start/ Stop Day* | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1120001 | RD | 63/Male /33 | QTP+LI /200 | | | Biguanides METFORMIN HYDROCHLOR IDE (87/ 230) | Week 12 | 126.00H( 112) F | YES | 6.7(112) | 96(86) |
| | | | | | | | Week 12 | | | | 96(112) |
| | | | | | | | Week 28 | 121.00(1 97) F | YES | 6.9(197) | 98(197) |
| | | | | | | | Mean (post-ra ndomizat ion) | 123.50 | | 6.8 | 96 |
| D1447C00126 /E1210001 | OL | 45/Female /40.6 | OL QTP /253 | | | Benzodiaze pine Derivative s/ CLONAZEPAM (-284/ -86)/ PRE OL | Enrollme nt | 131.00H( -260) F | YES | 6.4(-260 ) | 120(-260 ) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
      # All prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
          F=Glucose fasting; R=Glucose non-fasting (random).

3887

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748334

D1447C00126
11.3.12-3 Patients with high glucose and HbAlc
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Medical history | Adverse Event PT## (Start/ Stop Day*) | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1121001 | OL | 45/Female /40.6 | OL_QTP /253 | | | Fatty Acid Derivative s VALPROIC ACID (-284/ -66)/ PRE OL | Week 12 | 173.00H( -169) F | YES | 7.0(-169 ) | 119(-169 ) |
| | | | | | | Phenothiaz ines With Aliphatic Side-Chain LEVOMEPROM AZINE (-280/ -254)/ PRE OL | Week 24 | 168.00H( -85) F | YES | 6.8(-85) | 119(-85) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
*    or with a >=1.5 unit increase in HbA1c at any time during the study.
     to sampling/onset/stop from 1st dose of OL_QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal, i.e. documented fasting.
     ## All prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
     F=Glucose fasting; R=Glucose non-fasting (random).

3888

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst al3.sas  1lJUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748335

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment Start/ Stop Day* | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1121001 | OL | 45/Female /40.6 | OL QTP /253 | | | | Selective Serotonin Reuptake Inhibitors / PAROXETINE (-280/ -142) / PRE OL | Mean (post-en rollment ) | 170.50 | | 6.9 | 119 |
| | | | | | | | Phenothiaz ines With Aliphatic Side-Chain / LEVOMEPROM AZINE (-253/ -113) | | | | | |
| | | | | | | | Selective Serotonin Reuptake Inhibitors / SERTRALINE (-141/ -86) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
       or with a >=1.5 unit increase in HbA1c any time during the study.
*     to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**    Blood sampling >8 hours after last meal, i.e. documented fasting.
#     All prior and concomitant medications are listed.
##    All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

3889

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748336

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1121001 | OL | 45/Female /40.6 | OL QTP /253 | | | Phenothiaz ines With Aliphatic Side-Chain /LEVOMEPROM AZINE (-112/ -86) | | | | | |
| | | | | | | Benzodiaze pine Derivative s/ LORAZEPAM (-85/ -35) | | | | | |
| | | | | | | Fatty Acid Derivative s/ VALPROIC ACID (-85/ 87) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbA1c at any time during the study.
*     to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**    Blood sampling >8 hours after last meal, i.e. documented fasting.
      #  All prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

3890

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748337

D1447C00126

11.3.12.3 Patients with high glucose and HbA1c

Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment/ Days On Treat- ment | Adverse Event PT## Start/ Stop Day* | Medical history | Medication Class/ Generic Na me# Start/ Stop Day* | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1121001 | OL | 45/Female /40.6 | OL QTP /253 | | | Benzodiaze pine Derivative s/ LORAZEPAM (-34/ -29) | | | | | |
| | RD | 46/Female /38 | PLA+VAL / 57 | | | Benzodiaze pine Derivative s/ LORAZEPAM (-28/ 87) | At randomiz ation | 132.00H( 1) F | YES | 6.6(1) | 113 (1) |
| | | | | | | | Week 8 | | | | 111(57) |
| | | | | | | | Week 12 | 138.00H( 57) F | YES | 6.4(57) | |
| | | | | | | | Mean (post-ra ndomizat ion) | 138.00 | | 6.4 | 111 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbA1c any time during the study.
*     to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**    Blood sampling >8 hours after last meal, i.e. documented fasting.
      #   All prior and concomitant medications listed
      ##  All AEs potentially associated with diabetes mellitus.
          F=Glucose fasting; R=Glucose non-fasting (random).

3891

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst a13.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748338

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population
Event

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1121002 | OL | 51/Female /32.7 | OL QTP /258 | | | Diphenylme thane Derivative s/ HYDROXYZIN E HYDROCHLOR IDE (-289/ -250)/ PRE OL | Enrollme nt | 104.00(- 265) F | YES | 5.7(-265 ) | 73(-265) |
| | | | | | | Phenothiaz ines With Aliphatic Side-Chain s/ LEVOMEPROM AZINE (-289/ -250)/ PRE OL | Week 1 | | | | 72(-250) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study,
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
  # All prior and concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
  F=Glucose fasting; R=Glucose non-fasting (random).

3892

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst a13.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748339

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Treat-ment Days Start/ Stop Day* | Medical history | Adverse Event PT## Start/ Stop Day* | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1121002 | OL | 51/Female /32.7 | OL QTP /258 | | | | Benzodiaze pine Derivative s LORAZEPAM (-289/ -229)/ PRE OL | Week 12 | 137.00H(-166) F | YES | 5.7(-166) | 71(-166) |
| | | | | | | | Fatty Acid Derivative s VALPROIC ACID (-271/ -201)/ PRE OL | Week 24 | 118.00(-89) F | YES | 5.6(-89) | 71(-89) |
| | | | | | | | Other Antidepres sants/ VENLAFAXIN E HYDROCHLOR IDE (-258/ -229) | Mean (post-en rollment) | 127.50 | | 5.7 | 71 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* or with a >=1.5 unit increase in HbA1c at any time during the study.
 to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst a13.sas 11JUN2007:08:51 luchen

3893

CONFIDENTIAL
AZSER12748340

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population
Event

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Event PT## (Start/ Stop/ Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1121002 | OL | 51/Female /32.7 | OL QTP /258 | | | Fatty Acid Derivative s/ VALPROIC ACID (-250/ -139) | | | | | |
| | | | | | | Other Antidepres sants/ VENLAFAXIN E (-229/ -166) | | | | | |
| | | | | | | Benzodiaze pine Derivative s/ LORAZEPAM (-194/ -167) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
    # AEs prior and concomitant medication are listed.
   ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

3894

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst a13.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748341

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population
Event

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Treat-ment ?T## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1121002 | OL | 51/Female /32.7 | OL QTP /258 | | | Other Antidepres sants/ VENLAFAXIN E (-166)/ -139) | | | | | |
| | | | | | | Phenothiaz ines With Aliphatic Side-Chain /LEVOMEPROM AZINE (-166/ -102) | | | | | |
| | | | | | | Benzodiaze pine Derivative s/ LORAZEPAM (-166/ 86) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
  # AEs for prior and concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
  P=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst   a13.sas   11JUN2007:08:51   luchen

3895

CONFIDENTIAL
AZSER12748342

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | Adverse Event PT## Start/Stop Day* | Medical history | Medication Class/Generic Name#/Start/Stop Day* | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126/E1121002 | OL | 51/Female/32.7 | OL QTP /258 | | | Other Antidepressants/ VENLAFAXINE (-138/ -89) | | | | | |
| | | | | | | Fatty Acid Derivatives/ VALPROIC ACID (-138/ 57) | | | | | |
| | RD | 52/Female/32.2 | QTP+VAL /56 | | | | At randomization | 97.00(1) F | YES | 6.0(1) | 72(1) |
| | | | | | | | Week 4 | | | | 74(29) |
| | | | | | | | Week 8 | | | | 74(57) |
| | | | | | | | Week 12 | 134.00H(57) F | NO | 6.2(57) | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal., i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3896

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst a13.sas  11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748343

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Treat-ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1121002 | RD | 52/Female /32.2 | QTP+VAL / 56 | | | | | Mean (post-ra ndomizat ion) | 134.00 | | 6.2 | 74 |
| D1447C00126 /E12O1001 | OL | 26/Male /20.9 | OL QTP /117 | | Pneumonia | | Lithium/ LITHIUM CARBONATE (-117/ -110) | Enrollme nt | 96.00(-1 24) F | YES | 5.2(-124 ) | 70I(-124 ) |
| | | | | | | | Lithium/ LITHIUM CARBONATE (-109/ -104) | Week 1 | | | | 69I(-110) |
| | | | | | | | Lithium/ LITHIUM CARBONATE (-103/ 544) | Week 1 | | | | 70I(-110) |
| | | | | | | | | Week 12 | 86.00(-2 8) F | YES | 4.6(-28) | 70I(-28) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
## All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3897

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748344

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population
Event
Medication
Class/
Generic Na
me##
(Start/
Stop Day*)

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event ?T## (Start/ Stop Day*) | Medical history | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1201001 | OL | 26/Male /20.9 | OL,QTP /117 | | | Mean (post-en rollment ) | 86.00 | | 4.6 | 70 |
| | RD | 27/Male /20.9 | PLA+LI /514 | | | At randomiz ation | 104.00(1 ) F | YES | 4.7(1) | 70(1) |
| | | | | | | Week 4 | | | | 70(31) |
| | | | | | | Week 12 | 84.00(94 ) F | YES | 4.7(94) | 70(73) |
| | | | | | | Week 12 | | | | 70(94) |
| | | | | | | Week 28 | 93.00(20 5) R | YES | 4.9(205) | 68(205) |
| | | | | | | Week 40 | 96.00(29 7) F | YES | 6.3(297) | 68(297) |
| | | | | | | Week 52 | 84.00(37 2) F | YES | 5.2(372) | 66(372) |
| | | | | | | Week 68 | 81.00(48 5) F | YES | 5.3(485) | 64(485) |
| | | | | | | Week 68 | | | 5.3(515) | 65(515) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbA1c at any time during the study.
*     to sampling/onset/stop from 1st dose of OL,QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**    Blood sampling >8 hours after last meal, i.e. documented fasting.
      ## All prior and concomitant medications are listed
      #  All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst   a13.sas   11JUN2007:08:51   luchen

3898

CONFIDENTIAL
AZSER12748345

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event PT## Start/ Stop Day* | Medical history | Medication Class/ Generic Name Start/ Stop Day* | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1201001 | RD | 27/Male /20.9 | PLA+LLI /514 | | | | Mean (post-ra ndomizat ion) | 87.60 | | 5.3 | 68 |
| D1447C00126 /E1202009 | OL | 36/Male /24.5 | OL_QTP /136 | | Duodenal ulcer | Fatty Acid Derivative s/ VALPROATE SODIUM (-147/ -146)/ PRE OL | Enrolle ment | 90.00(-1 42) F | NO | 5.1(-142 ) | 76(-142) |
| | | | | | | Fatty Acid Derivative s/ VALPROATE SODIUM (-145/ -144)/ PRE OL | Week 12 | 84.00(-5 6) F | YES | 5.0(-56) | 77(-56) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
      or with a >=15 unit increase in HbA1c any time during the study.
*     to sampling/onset/stop from 1st dose of OL_QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**    Blood sampling >8 hours after last meal, i.e. documented fasting.
      #   All prior and concomitant medications are listed.
      ##  All AEs potentially associated with diabetes mellitus.
          F=Glucose fasting; R=Glucose non-fasting (random).

3899

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748346

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population
Event

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event †T## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1202009 | OL | 36/Male /24.5 | OL QTP /136 | | | Fatty Acid Derivative s/ VALPROATE SODIUM (-143/ 398)/ PRE OL | Mean (post-en rollment ) | 84.00 | | 5.0 | 77 |
| | RD | 37/Male /24.8 | QTP→VAL /368 | | | | At randomiz ation | 96.00(1) F | YES | 4.9(1) | 77(1) |
| | | | | | | | Week 4 | | | | 76(28) |
| | | | | | | | Week 8 | | | | 76(56) |
| | | | | | | | Week 12 | 94.00(84 ) F | YES | 5.1(84) | 77(84) |
| | | | | | | | Week 28 | 92.00(19 5) F | YES | 5.0(195) | 77(195) |
| | | | | | | | Week 40 | 97.00(27 4) F | NO | 5.0(274) | 77(274) |
| | | | | | | | Week 52 | 128.00H( 369) F | YES | 5.1(369) | 77(369) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
    or with a >=1.5 unit increase in HbA1c at any time during the study.
*    to sampling/onset/stop from 1st dose of OL.QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal, i.e. documented fasting.
     #  All prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
           F=Glucose fasting; R=Glucose non-fasting (random).

3900

/csre/prod/seroquel/di447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748347