D1447C00126

11.3.12-3 Patients with high glucose and HbA1c

Adverse Open-label safety population

Event

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Treatment /Start/ Stop Day* | Adverse Event PT## /Start/ Stop Day* | Medical history | Medication Class/ Generic Name## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1202009 | RD | 37/Male /24.8 | QTP+VAL /368 | | | | | Mean (post-ra ndomizat ion) | 102.75 | | 5.1 | 77 |
| D1447C00126 /E1309003 | OL | 56/Female / | OL QTP /101 | | | Arterial hypertensi on | Benzodiaze pine Derivative s/ LORAZEPAM (UNK/-108) / PRE OL | Enrollme nt | 117.00(- 104) F | YES | 5.8 (-104) | 122 (-107 ) |
| | | | | | | Peptic Ulcer | Selective Serotonin Reuptake Inhibitors SERTRALINE HYDROCHLOR IDE (UNK/-107) / PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
       or with a >=1.5 unit increase in HbA1c any time during the study.
*    to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal, i.e. documented fasting.
       ## All prior and concomitant medications are listed.
       ## All AEs potentially associated with diabetes mellitus.
       F=Glucose fasting; R=Glucose non-fasting (random).

3901

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748348

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment #PT## /Start/ Stop Day* | Medical history | Adverse Event #PT## /Start/ Stop Day* | Medication Class/ Generic Na me# /Start/ Stop Day* | Visit | Glucose s/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1309003 | OL | 56/Female | OL QTP /101 | | Benzodiaze pine Derivative s/ FLURAZEPAM HYDROCHLOR IDE /(UNK/-105) / PRE OL <br><br> Carboxamid e Derivative s/ CARBAMAZEP INE /(-147/ -147)/ PRE OL | | | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbA1c any time during the study.
*     to sampling/onset/stop from 1st dose of OL.QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**    Blood sampling >8 hours after last meal., i.e. documented fasting.
      #  All prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
               F=Glucose fasting, R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

3902

CONFIDENTIAL
AZSER12748349

D1447c00126

11.3.12-3 Patients with high glucose and HbAlc
Adverse Open-label safety population
Event

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Event PT## (Start/ Stop/ Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBAlC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1309003 | OL | 56/Female / | OL QTP /101 | | | Diazepines | | | | | |
| | | | | | | Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE -147/ -108/ PRE OL | | | | | |
| | | | | | | Lithium/ LITHIUM CARBONATE -147/ -107/ PRE OL | | | | | |
| | | | | | | Sulfonamid es, Plain/ FUROSEMIDE -132/ -39// PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
        or with a >=1.5 unit increase in HbAlc a any time during the study.
*     to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**    Blood sampling >8 hours after last meal, i.e. documented fasting.
      #  All prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
         F=Glucose fasting; R=Glucose non-fasting (random).

3903

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.1st  a13.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748350

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population
D1447C00126

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1309003 | OL | 56/Female / | OL QTP /101 | | | Diazepines | | | | | |
| | | | | | | Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (-107/ -105) | | | | | |
| | | | | | | Lithium/ LITHIUM CARBONATE (-107/ -39) | | | | | |
| | | | | | | Benzodiaze pine Derivative s/ LORAZEPAM (-107/ 491) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   # All prior and concomitant medications are listed.
   ## AEs potentially associated with diabetes mellitus.
      F=Glucose fasting, R=Glucose non-fasting (random).

3904

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748351

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event †?## (Start/ Stop/ Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1309003 | OL | 56/Female / | OL QTP /101 | | | Potassium/ POTASSIUM (-104/ -33) | | | | | |
| | | | | | | Lithium/ LITHIUM CARBONATE (-97/ 491) | | | | | |
| | | | | | | Sulfonamid es, Plain/ FUROSEMIDE (-38/ 45) | | | | | |
| | | | | | | Potassium/ POTASSIUM (-32/ 62) | | | | | |
| | RD | 56/Female / | QTP+LI /461 | | | Sulfonamid es, Plain/ FUROSEMIDE (46/ 145) | At randomiz ation | 125.00(- 2) F | YES | 6.3(-2) | 115(-2) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
    or with a >=1.5 unit increase in HbA1c any time during the study.
  * to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
 ** Blood sampling >8 hours after last meal, i.e. documented fasting.
      # All prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/di447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

3905

CONFIDENTIAL
AZSER12748352

Case 6:06-md-01769-ACC-DAB   Document 1354-41   Filed 03/11/09   Page 6 of 100 PageID 62253

D1447C00126

**11.3.12-3 Patients with high glucose and HbA1c**
**Adverse Open-label safety population**

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event 2°T## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1309003 | RD | 56/Female / | QTP+LI /461 | | | Potassium/ POTASSIUM (46/264) | Week 4 | | | | 122(28) |
| | | | | | | Sulfonamid es, plain/ FUROSEMIDE (146/264) | Week 8 | | | | 121(63) |
| | | | | | | Dihydropyr idine Derivative s/ MANIDIPINE (146/491) | Week 12 | 126.00H( 113) F | YES | 6.3(113) | 121(113) |
| | | | | | | Diazepines , Oxazepines and Thiazepine s/ QUETIAPINE FUMARATE (262/264) | Week 28 | 105.00(2 09) F | YES | 6.0(209) | 114(209) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* or with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
  # All prior and concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
  F=Glucose fasting; R=Glucose non-fasting (random).

3906

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748353

11.3.12-3 Patients with high glucose and HbA1c
D1447C00126
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop/ Day*) | Medical history | Medication Class/ Generic Na me#/ (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1309003 | RD | 56/Female / | QTP+LI /461 | | | Sulfonamid es, Plain/ TORASEMIDE (265/ 491) | Week 40 | 97.00(29 3) F | YES | 5.9(293) | 110(293) |
| | | | | | | Diazepines, Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (461/491) | Week 52 | 114.00(3 85) F | YES | 6.2(385) | 113(385) |
| | | | | | | | Week 68 | 127.00H( 461) F | YES | 6.5(461) | 120(461) |
| | | | | | | | Mean (post-ra ndomizat ion) | 113.80 | | 6.2 | 117 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
*    or with a >=1.5 unit increase in HbA1c any time during the study.
     to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal., i.e. documented fasting.
     #   All prior and concomitant medications are listed.
     ##  All AEs potentially associated with diabetes mellitus.
             F=Glucose fasting;R=Glucose non-fasting (random).

3907

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748354

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c

Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment PT## #Start/ Day* | Adverse Event PT## #Start/ Day* | Medical history | Medication Class/ Generic Na me# (#Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1309007 | OL | 59/Female /28.2 | OL QTP / 82 | | Dysphagia | Fatty Acid Derivative s/ VALPROATE SODIUM (UNK/UNK) / PRE OL | Enrollme nt | 89.00(-8 5) F | YES | 4.8(-85) | 79(-85) |
| | | | | | | Lithium/ LITHIUM CARBONATE (UNK/-86)/ PRE OL | Week 1 | | | | 78(-77) |
| | | | | | | Other Antiepilep tics/ LAMOTRIGIN E (UNK/-85)/ PRE OL | Week 1 | | | | 79(-77) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3908

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748355

D1447c00126

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment ?T## Stop Day* | Medical history | Adverse Event ?T## Start/ Stop Day* | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1309007 | OL | 59/Female /28.2 | OL,QTP / 82 | | | Selective Serotonin Reuptake Inhibitors / ESCITALOPR AM (UNK/-85) / PRE OL | Week 12 | 140.00H( -7) F | YES | | 77(-7) |
| | | | | | | Benzodiaze pine s/ Derivative FLURAZEPAM HYDROCHLOR IDE (-113/ -76)/ PRE OL | Mean (post-en rollment ) | 140.00 | | | 78 |
| | RD | 59/Female /28 | PLA+VAL / 35 | | | Benzodiaze pine s/ Derivative FLURAZEPAM HYDROCHLOR IDE (35/ 65) | At randomiz ation | 138.00H( 1) F | YES | 5.8(1) | 78(1) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3909

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748356

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treatment Days On Treatment | Adverse Event PT## Start/Stop Day* | Medical history | Medication Class/Generic Name## Start/Stop Day* | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126/E1309007 | RD | 59/Female/28 | PLA+VAL / 35 | | | Benzodiazepine Derivatives/ LORAZEPAM (35/ 65) | Week 4 | | | | 78(35) |
| | | | | | | Lithium/ LITHIUM CARBONATE (35/ 65) | Week 12 | 123.00 (35) F | YES | 5.7(35) | |
| | | | | | | Selective Serotonin Reuptake Inhibitors/ SERTRALINE HYDROCHLORIDE (35/ 65) | Mean (post-randomization) | 123.00 | | 5.7 | 78 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
or with a >=1.5 unit increase in HbA1c any time during the study.
*   to sampling/onset/stop from 1st dose of OL.QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**  Blood sampling >8 hours after last meal, i.e. documented fasting.
     #  All prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
          F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748357

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment PT## Start/ Day* | Adverse Event PT## Start/ Day* | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1309009 | OL | 54/Female /28.3 | OL QTP /112 | | Constipati on | Benzodiaze pine Derivative s/ FLURAZEPAM HYDROCHLOR IDE (-122/ -119) | Enrollme nt | 93.00(-1 19) F | YES | 5.7() | 76(-122) |
| | | | | | | Diazepines And Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (-122/ -119) | Week 1 | | | | 79(-111) |
| | | | | | | Benzodiaze pine Derivative s/ LORAZEPAM (-122/ -112) | Week 1 | | | | 78(-111) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
or with a >=1.5 unit increase in HbA1c at any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

3911

CONFIDENTIAL
AZSER12748358

D1447C00126
11.3.12.3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Name (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1309009 | OL | 54/Female /28.3 | OL QTP /112 | | | Tertiary Amines/ BIPERIDEN HYDROCHLOR IDE (-122/ -93) | Week 12 | 107.00(-32) F | NO | 5.4(-32) | 72(-32) |
| | | | | | | Bulk Producers/ PLANTAGO OVATA HUSK (-122/ 125) | Mean (post-en rollment ) | 107.00 | | 5.4 | 76 |
| | | | | | | Lithium/ LITHIUM CARBONATE (-122/ 125) | | | | | |
| | | | | | | Osmoticall y Acting Laxatives/ LACTITOL (-122/ 125) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
     with a >=1.5 unit increase in HbA1c at any time during the study.
*    to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal, i.e. documented fasting.
     #  All prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

3912

/csre/prod/seroquel/di447c00126/sp/output/tif/t11031203.1st a13.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748359

D1447C00126
11.3.12-3 Patients with high glucose and HbAlc
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBAlC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1309009 | OL | 54/Female /28.3 | OL QTP /112 | | | Benzodiaze pine Derivative s/ FLURAZEPAM HYDROCHLOR IDE (-119/ -105) | | | | | |
| | | | | | | Benzodiaze pine Derivative s/ LORAZEPAM (-111/ -105) | | | | | |
| | | | | | | Benzodiaze pine Derivative s/ LORAZEPAM (-105/ 95) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbAlc any time during the study.
*     to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**    Blood sampling >8 hours after last meal, i.e. documented fasting.
      #  All prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
         F=Glucose fasting; R=Glucose non-fasting (random).

39l3

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748360

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event >T## >T#H (Start/ Stop/ Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1309009 | OL | 54/Female /28.3 | OL QTP /112 | OL | | | Tertiary Amines/ BIPERIDEN HYDROCHLOR IDE (-93/ 53) | | | | | |
| | RD | 54/Female /29 | QTP+LI /95 | | | | Benzodiaze pine Derivative s LORAZEPAM (44/ 73) | At randomiz ation | 88.00(1) F | YES | 5.4(1) | 78(1) |
| | | | | | | | Bisphospho nates/ RISEDRONIC ACID (88/ 125) | Week 4 | | | | 79(33) |
| | | | | | | | Calcium, Combinatio ns With Other Drugs/ CALCIUM CARBONATE (88/ 125) | Week 8 | | | | 78(67) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbA1c any time during the study.
*     to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**    Blood sampling >8 hours after last meal, i.e. documented fasting.
      #  All prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
         F=Glucose fasting; R=Glucose non-fasting (random).

3914

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748361

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population
Event

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | PT## (Start/ Stop/ Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1309009 | RD | 54/Female /29 | QTP+LI / 95 | | | Benzodiaze pine Derivative s/ FLURAZEPAM HYDROCHLOR IDE (95/ 125) | Week 12 | 160.00H( 95) F | YES | 5.5(95) | 76(95) |
| | | | | | | Benzodiaze pine Derivative s/ LORAZEPAM (95/ 125) OLANZAPINE (95/ 125) | Week 12 | | | 6.0(95) | 76(95) |
| | | | | | | Diazepines ,Oxazepines And Thiazepine s/ | Mean (post-ra ndomizat ion) | 160.00 | | 5.8 | 77 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
     or with a >=1.5 unit increase in HbA1c any time during the study.
*    to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal, i.e. documented fasting.
     # All prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
     F=Glucose fasting; R=Glucose non-fasting (random).

3915

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748362

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1311001 | OL | 54/Male /36.3 | OL QTP /100 | | | | | Enrolle nt | 131.00H( -106) R | YES | 5.5(-106 ) | 115(-107 ) |
| | | | | | | | Fatty Acid Derivative s VALPROATE SODIUM (UNK/-107 ) PRE OL | | | | | |
| | | | | | | | Lithium/ LITHIUM CARBONATE (-173/- 76)/ PRE OL | Week 1 | | | | 116(-93) |
| | | | | | | | Benzodiaze pine Related Drugs/ ZOLPIDEM (-170/- 1061)/ PRE OL | Week 12 | | | | 119(-2) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal., i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3916

/csre/prod/seroquel/di447c00126/sp/output/tif/t11031203.ist  ai3.sas  11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748363

Page 257 of 283

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## Start/ Stop Day* | Medical history | Medication Class/ Generic Na me## Start/ Stop Day* | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1311001 | OL | 54/Male /36.3 | OL QTP /100 | | | | Diazepines / Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (-168/ -101)/ PRE OL | Mean (post-en rollment ) | | | | 118 |
| | RD | 54/Male /37.6 | PLA+LI / 76 | | | | Diazepines / Oxazepines And Thiazepine s/ QUETIAPINE (76/ 82) | At randomiz ation | 153.00H( 1) R | YES | 6.2(1) | 119 (1) |
| | | | | | | | Benzodiaze pine Derivative s/ LORMETAZEP AM (76/ 83) | Week 4 | | | | 116 (37) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbA1c and any time during the study.
*     to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**    Blood sampling >8 hours after last meal., i.e. documented fasting.
      #  All prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
          F=Glucose fasting; R=Glucose non-fasting (random).

3917

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748364

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1311001 | RD | 54/Male /37.6 | PLA+LI / 76 | | | Lithium/ LITHIUM CARBONATE (76/ 106) | Week 12 | | | | 101(76) |
| | | | | | | Benzodiaze pine Derivative s/ LORMETAZEP AM (83/ 106) | Mean (post-ra ndomizat ion) | | | | 109 |
| | | | | | | Diazepines , Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (84/ 86) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* or with a >=1.5 unit increase in HbA1c any time during the study.
  to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
  ** Blood sampling >8 hours after last meal, i.e. documented fasting.
  # All prior and concomitant medications are listed.
  ## All AEs potentially associated with diabetes mellitus.
  F=Glucose fasting; R=Glucose non-fasting (random).

3918

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748365

Page 259 of 283

D1447C00126
11.3.12-3 Patients with high glucose and HbAlc
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1311001 | RD | 54/Male /37.6 | PLA+LI / 76 | Diazepines | | | | | | |
| | | | | Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (87/ 93) | | | | | | |
| | | | | Fatty Acid Derivative s/ VALPROATE SODIUM (87/ 94) | | | | | | |
| | | | | Diazepines | | | | | | |
| | | | | Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (94/ 106) | | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbAlc any time during the study.
   *  to sampling/onset/stop from 1st dose of OL.QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   ** Blood sampling >8 hours after last meal, i.e. documented fasting.
      #  All prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
         F=Glucose fasting; R=Glucose non-fasting (random).

3919

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748366

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## (Start/ Stop/ Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1311004 | OL | 51/Female /33.1 | OL QTP /112 | | Insulin dependent Diabetes Mellitus | Insulins And Analogues, Fast-Actin g/ INSULIN ASPART (UNK/UNK) / PRE OL | Enrollme nt | | | 7.7H(-12 0) | 79l(-122) |
| | | | | | Gallbladder lithiasis | Lithium/ LITHIUM CARBONATE (-143)/ -100)/ PRE OL | Week 2 | | | | 75l(-101) |
| | | | | | Penicilium allergy | Lithium/ LITHIUM CARBONATE (-131)/ 127)/ PRE OL | Week 12 | | | | 80(-3) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* or with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3920

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst a13.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748367

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treat-ment/Days On Treat-ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1311004 | OL | 51/Female /33.1 | OL QTP /112 | | Constipati on | Diazepines , Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (-128/ -112)/ PRE OL | Mean (post-en rollment ) | | | | 78 |
| | | | | | | Benzodiaze pine Related Drugs/ ZOLPIDEM (-125/ -84)/ PRE OL | | | | | |
| | | | | | | Bulk Producers/ PLANTAGO OVATA HUSK (-124/ -108)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3921

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748368

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/Patient | Phase | Age/Sex/Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## Start/Stop Day* | Medical history | Medication Class/Generic Name## Start/Stop Day* | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126/E1311004 | OL | 51/Female/33.1 | OL QTP /112 | | | Enemas/GLYCEROL (-108/ -108) | | | | | |
| | | | | | | Other Antidepressants/VENLAFAXIN E HYDROCHLOR IDE (-98/ -69) | | | | | |
| | | | | | | Influenza Vaccines/ INFLUENZA VIRUS VACCINE POLYVALENT (-93/ -93) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal., i.e. documented fasting.
## All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3922

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748369

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population
Event

| Study/<br>Patient | Phase | Age/Sex/<br>Baseline<br>BMI | Treat-<br>ment<br>Days<br>On<br>Treat-<br>ment | Adverse<br>Event<br>PT##<br>(Start/<br>Stop<br>Day*) | Medical<br>history | Medication<br>Class/<br>Generic Na<br>me##<br>(Start/<br>Stop Day*) | Visit | Glucose<br>mg/dL<br>(Day*) | Fast-<br>ing**<br>(YES/NO) | HBA1C<br>(Day*) | Weight<br>kg<br>(Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126<br>/E1311004 | OL | 51/Female<br>/33.1 | OL QTP<br>/112 | | | Other<br>Antidepres<br>sants/<br>VENLAFAXIN<br>E<br>HYDROCHLOR<br>IDE (<br>-69/ -62) | | | | | |
| | RD | 52/Female<br>/33.7 | QTP+LI<br>/97 | | | Benzodiaze<br>pine<br>Derivative<br>s/<br>DIAZEPAM<br>(97/ 105) | At<br>randomiz<br>ation | 188.00H(<br>1) F | NO | 7.8H(1) | 80(1) |
| | | | | | | Butyrophen<br>one<br>Derivative<br>s/<br>HALOPERIDO<br>L (97/<br>105) | Week 12 | 132.00H(<br>105) F | YES | 7.8H(50) | 82(83) |
| | | | | | | | Week 12 | | | 6.9(105) | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3923

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst a13.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748370

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event >T## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1311004 | RD | 52/Female /33.7 | QTP+LI / 97 | | | | Mean (post-ra ndomizat ion) | 132.00 | | 7.4 | 82 |
| D1447C00126 /E1311006 | OL | 57/Male /38.3 | OL QTP / 91 | | Diabetes Mellitus type 2 | Diazepines Oxazepines And Thiazepine SUETIAPINE FUMARATE (-119/ -92)/ PRE OL | Enrollme nt | | | 6.6(-97) | 103(-98) |
| | | | | | Hypertensi on | Sulfonamid plain/ FUROSEMIDE (-119/ 1)/ PRE OL | Week 1 | | | | 105(-84) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
      or with a >=1.5-unit increase in HbAlc any time during the study.
*   to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**  Blood sampling >8 hours after last meal, i.e. documented fasting.
    #   All prior and concomitant medications are listed.
    ##  All AEs potentially associated with diabetes mellitus.
        F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/di447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

3924

CONFIDENTIAL
AZSER12748371

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Name## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1311006 | OL | 57/Male /38.3 | OL QTP / 91 | | Hyperlipem y | Angiotensi n II Antagonist s, Plain/ CANDESARTA N CILEXETIL (-119/ -65)/ PRE OL | Week 12 | 142.00H( -11) F | YES | 7.9H(-11 ) | 112 (-11) |
| | | | | | Venous insuffice ncy in inferior members | Sulfonamid es, Urea Derivative s/ GLIBENCLAM IDE (-119/ -65)/ PRE OL | Mean (post-en rollment ) | 142.00 | | 7.9 | 109 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AE's potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3925

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748372

D1447c00126
11.3.12.3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## Start/ Stop Day* | Medical history | Medication Class/ Generic Na me (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1311006 | OL | 57/Male /38.3 | OL QTP / 91 | | | Diphenylme thane Derivative s/ HYDROXYZIN E (-106/ -76)/ PRE OL | | | | | |
| | | | | | | Lithium/ LITHIUM CARBONATE (-106/ 65)/ PRE OL | | | | | |
| | | | | | | Butyrophen one Derivative s/ HALOPERIDO L (-104/ -98)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
   or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
   # All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
       F=Glucose fasting; R=Glucose non-fasting (random).

3926

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748373

D1447c00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1311006 | OL | 57/Male /38.3 | OL QTP / 91 | | | Butyrophen one Derivative s/ HALOPERIDO L (-97/ -96) | | | | | |
| | | | | | | Butyrophen one Derivative s/ HALOPERIDO L (-95/ -93) | | | | | |
| | | | | | | Butyrophen one Derivative s/ HALOPERIDO L (-92/ -91) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
*    or with a >=1.5 unit increase in HbA1c any time during the study.
     to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal, i.e. documented fasting.
     #  Prior and concomitant medications are listed.
     ## All AEs potentially associated with diabetes mellitus.
     F=Glucose fasting; R=Glucose non-fasting (random).

3927

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748374

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop/ Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HbA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1311006 | OL | 57/Male /38.3 | OL QTP / 91 | | | Butyrophen one Derivative s/ HALOPERIDO L (-90/ -83) | | | | | |
| | RD | 58/Male /41.9 | QTP+LI / 35 | | | All Other Therapeut c Products/ (18/ 65) | At randomiz ation | 195.00H( 1) F | YES | 8.0H(1) | 113 (1) |
| | | | | | | Diazepines | Week 4 | | | | 113 (35) |
| | | | | | | Oxazepines And Thiazepine s/ QUETIAPINE FUMARATE (119/ 122) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
        or with a >=1.5 unit increase in HbA1c any time during the study.
*     to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**    Blood sampling >8 hours after last meal., i.e. documented fasting.
        #  All prior and concomitant medications are listed.
        ## All AEs potentially associated with diabetes mellitus.
           F=Glucose fasting; R=Glucose non-fasting (random).

3928

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748375

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population
Event

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | PT## (Start/ Stop/ Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1311006 | RD | 58/Male /41.9 | QTP+LI / 35 | | | Benzodiaze pine Derivative s/ LORMETAZEP AM (119/ 133) | Week 8 | | | | 113 (60) |
| | | | | | | Butyrophen one Derivative s/ HALOPERIDO L (119/ 133) | Week 12 | 227.00H( 133) | YES F | 8.1H(99) | 113 (99) |
| | | | | | | | Week 12 | | | 8.4H(133 ) | 111(133) |
| | | | | | | | Mean (post-ra ndomizat ion) | 227.00 | | 8.3 | 113 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
*    or with a >=1.5 unit increase in HbA1c any time during the study.
   to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal, i.e. documented fasting.
   # All prior and concomitant medications are listed.
   ## All AEs potentially associated with diabetes mellitus.
   F=Glucose fasting; R=Glucose non-fasting (random).

3929

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748376

D1447C00126

11.3.12-3 Patients with high glucose and HbAlc
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event P\*## PT## (Start/ Stop/ Day\*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day\*) | Visit | Glucose mg/dL (Day\*) | Fast-ing\* (YES/NO) | HBAlC (Day\*) | Weight kg (Day\*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1501004 | OL | 24/Male /25.1 | OL QTP / 1 | | | Lithium/ LITHIUM (-224/ 31)/ PRE OL | Enrollme nt | 138.00H( -7) F | YES | 5.3 (-7) | |
| | | | | | | Diazepines Oxazepines And Thiazepine s/ QUETIAPINE (-19/ 31)/ PRE OL | Week 12 | 141.00H( 84) F | YES | 5.5(84) | |
| | | | | | | | Mean (post-en rollment ) | 141.00 | | 5.5 | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
 * or with a >=1.5 unit increase in HbAlc at any time during the study.
 to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   ** Blood sampling >8 hours after last meal, i.e. documented fasting.
         # All prior and concomitant medications are listed.
        ## All AEs potentially associated with diabetes mellitus.
               F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

3930

CONFIDENTIAL
AZSER12748377

11.3.12-3 Patients with high glucose and HbA1c
D1447C00126
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop/ Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1703004 | OL | 59/Male /50.8 | OL QTP /190 | | Diabetes melitus | Blocking Agent,Sele ctive/Othe r | Enrolleme nt | 153.00H( -2) F | YES | 7.2 (-2) | |
| | | | | | | Antihypert ensive/ ATENOLOL (UNK/UNK)/ PRE OL | | | | | |
| | | | | | Arterial hypertensi on | Biguanides /METFORMIN EMBONATE (UNK/UNK)/ PRE OL | Week 12 | 159.00H( 85) F | YES | 7.4 (85) | |
| | | | | | Obesity | Hmg Coa Reductase Inhibitors /ATORVASTAT IN CALCIUM (UNK/UNK)/ PRE OL | Week 24 | 132.00H( 190) F | YES | 7.1 (190) | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
    or with a >=1.5 unit increase in HbA1c any time during the study.
*   to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**  Blood sampling >8 hours after last meal, i.e. documented fasting.
    #  All prior and concomitant medications are listed.
    ## All AEs potentially associated with diabetes melitus.
       F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

3931

CONFIDENTIAL
AZSER12748378

D1447c00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## (Start/ Stop/ Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1703004 | OL | 59/Male /50.8 | OL QTP /190 | | | Arthrosis vertebral | Platelet Aggregatio n Inhibitors Excl. Heparin/ ACETYLSALI CYLATE LYSINE (UNK/UNK)/ PRE OL | Mean (post-en rollment ) | 145.50 | | 7.3 | |
| | | | | | | Constipati on | Diazepines And Oxazepines And Thiazepine s/ Thiazepine LOXAPINE SUCCINATE (UNK/-2)/ PRE OL | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3932

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst a13.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748379

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population
Event

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Treat-ment | Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1703004 | OL | 59/Male /50.8 | OL QTP /190 | | | Dislipidem ia | Osmoticall y Acting Laxatives/ | | | | | |
| | | | | | | | LACTULOSE (-3/ 10)/ PRE OL | | | | | |
| | | | | | | | Lithium/ LITHIUM (-3/ 14)/ PRE OL | | | | | |
| | | | | | | | Tertiary Amines/ TROPATEPIN E HYDROCHLOR IDE (-3/ 220) | | | | | |
| | | | | | | | Benzodiaze pine Derivative s LORAZEPAM (-2/ 2) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
     or with a >=1.5 unit increase in HbA1c any time during the study.
*    to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal, i.e. documented fasting.
     #   All prior and concomitant medications are listed.
     ##  All AEs potentially associated with diabetes mellitus.
         F=Glucose fasting; R=Glucose non-fasting (random).

3933

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748380

D1447c00126

11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Treat-ment | Adverse Event PT## (Start/ Stop/ Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1703004 | OL | 59/Male /50.8 | OL QTP /190 | | | | Phenothiaz ine Derivative s/ ALIMEMAZIN E TARTRATE (-2/ 1) | | | | | |
| | | | | | | | Benzodiaze pine Related Drugs/ ZOLPIDEM (-2/ 2) | | | | | |
| | | | | | | | Softeners, Emollients / PARAFFIN, LIQUID (-2/ 10) | | | | | |
| | | | | | | | Benzodiaze pine Derivative s/ LORAZEPAM (-1/ -1) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
or with a >=1.5 unit increase in HbA1c any time during the study.
*   to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**  Blood sampling >8 hours after last meal, i.e. documented fasting.
#   All prior and concomitant medications are listed.
##  All AEs potentially associated with diabetes melitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

3934

CONFIDENTIAL
AZSER12748381

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1703004 | OL | 59/Male /50.8 | OL QTP /190 | | | Other Antipsycho tics/ RISPERIDON E (-1/ 1) | | | | | |
| | | | | | | Anilides/ PARACETAMO L (1/ 11) | | | | | |
| | | | | | | Benzodiaze pine Related Drugs/ ZOPICLONE (2/ 2) | | | | | |
| | | | | | | Proton Pump Inhibitors / OMEPRAZOLE (10/ 10) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HbA1c any time during the study.
    * to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
   ** Blood sampling >8 hours after last meal., i.e. documented fasting.
      #  All prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
         F=Glucose fasting; R=Glucose non-fasting (random).

3935

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  a13.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748382

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1703004 | | | | | | Fluoroquin olones/ CIPROFLOXA CIN (10/ 12) | | | | | |
| | | | | | | Antidiarrh eal/ Microorgan isms/ SACCHAROMY CES BOULARDII (11/ 26) | | | | | |
| | | | | | | Fluoroquin olones/ CIPROFLOXA CIN (12/ 19) | | | | | |
| | | | | | | Lithium/ LITHIUM (14/ 220) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
     or with a >=1.5 unit increase in HbAlc any time during the study.
*    to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**   Blood sampling >8 hours after last meal, i.e. documented fasting.
#    All prior and concomitant medications are listed.
##   All AEs potentially associated with diabetes mellitus.
     F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t110312203.lst  a13.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748383

D1447C00126
11.3.12-3 Patients with high glucose and HbAlc
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## Start/ Stop Day* | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBAlC (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1709022 | OL | 39/Female /22.3 | OL QTP /112 | Genetic deficiency of coagulatio n | | Fatty Acid Derivative / VALPROATE SEMISODIUM (UNK/UNK) / PRE OL | Enrollme nt | 78.00(-1 18) F | YES | 5.0(-118 ) | 63(-118) |
| | | | | | Appendicit is | Selective Serotonin Reuptake Inhibitors /ESCITALOPR AM (-140/ -113)/ PRE OL | Week 1 | | | | 65(-105) |
| | | | | | | Benzodiaze pine Derivative s /LORAZEPAM (-122/ -113)/ PRE OL | Week 1 | | | | 65(-105) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study,
      or with a >=1.5 unit increase in HBAlc any time during the study.
*     to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**    Blood sampling >8 hours after last meal, i.e. documented fasting.
#     All prior and concomitant medications are listed
##    All AES potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

3937

CONFIDENTIAL
AZSER12748384

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1709022 | OL | 39/Female /22.3 | OL QTP /112 | | | | Benzodiaze pine Derivative s/ LORAZEPAM (-112/ -105) | Week 12 | 77.00(-2 9) F | YES | 4.9(-29) | 70(-29) |
| | | | | | | | Other Vasodilato rs Used in Cardiac Diseases/ HEPTAMINOL HYDROCHLOR IDE (-112/ -57) | Mean (post-en rollment | 77.00 | | 4.9 | 67 |
| | | | | | | | Osmoticall y Acting Laxatives/ LACTULOSE (-85/ -29) | | | | | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
*     or with a >=1.5 unit increase in HbA1c any time during the study.
      to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
**    Blood sampling >8 hours after last meal, i.e. documented fasting.
      # All prior and concomitant medications are listed.
      ## All AEs potentially associated with diabetes mellitus.
      F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst  al3.sas  11JUN2007:08:51  luchen

3938

CONFIDENTIAL
AZSER12748385

D1447C00126
11.3.12-3 Patients with high glucose and HbA1c
Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treatment Days On Treatment / Day* | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Name## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fasting** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1709022 | RD | 39/Female /25.1 | QTP+VAL / 35 | | | | At randomiz ation | 75.00(1) F | YES | 5.1(1) | 71(1) |
| | | | | | | | Week 4 | | | | 71(35) |
| | | | | | | | Week 12 | 137.00H( 35) F | YES | 5.3(35) | |
| | | | | | | | Mean (post-ra ndomizat ion) | 137.00 | | 5.3 | 71 |
| D1447C00126 /E1709027 | OL | 32/Male /25.6 | OL QTP /127 | Genital herpes | | Fatty Acid Derivative s VALPROATE SEMISODIUM (UNK/UNK) / PRE OL | Enrollme nt | 97.00(-1 34) F | YES | 5.9(-134 ) | 83(-134) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* or with a >=1.5 unit increase in HbA1c any time during the study.
 to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
 # All prior and concomitant medications are listed.
 ## All AEs potentially associated with diabetes mellitus.
 F=Glucose fasting; R=Glucose non-fasting (random).

3939

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst al3.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748386

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HbA1c (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1709027 | OL | 32/Male /25.6 | OL QTP /127 | | | Otitis | Diazepines | Week 1 | | | | 82/(-118) |
| | | | | | | | Oxazepines And Thiazepine s/ OLANZAPINE | | | | | |
| | | | | | | | (UNK/-128) / PRE OL | | | | | |
| | | | | | | Mycosis | | Week 1 | | | | 83/(-118) |
| | | | | | | | | Week 12 | 98.00(-4 2) F | YES | 5.8/(-42) | 87/(-42) |
| | | | | | | | | Mean (post-en rollment ) | 98.00 | | 5.8 | 84 |
| | RD | 32/Male /25.1 | PLA+VAL / 8 | | | | | At randomiz ation | 106.00(1 ) F | YES | 6.0(1) | 81(1) |
| | | | | | | | | Week 4 | | | | 81(8) |
| | | | | | | | | Week 12 | 139.00H( 8) F | NO | 5.9(8) | |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >126mg/dl at any time during the study, or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3940

/csre/prod/seroquel/di447c00126/sp/output/tif/t110311203.lst  a13.sas  11JUN2007:08:51  luchen

CONFIDENTIAL
AZSER12748387

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat-ment Days On Treat-ment | Adverse Event PT## Start/ Stop Day* | Medical history | Medication Class/ Generic Name## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast-ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1709027 | RD | 32/Male /25.1 | PLA+VAL / 8 | | | | Mean (post-ra ndomizat ion) | 139.00 | | 5.9 | 81 |
| D1447C00126 /E1801002 | OL | 59/Male /27.5 | OL QTP / 84 | | Benign prostate hypertroph y | Lithium/ LITHIUM (UNK/UNK)/ PRE OL | Enrollme nt | 94.00i(-8 6) F | YES | 5.5(-86) | 88(-86) |
| | | | | | Rheumatism | Oxicams/ MELOXICAM / PRE OL | Week 1 | | | | 89(-77) |
| | | | | | | (UNK/UNK)/ PRE OL | | | | | |
| | | | | | | Benzodiaze pine Derivative s/ OXAZEPAM (-113/ -86)/ PRE OL | Week 1 | | | | 89(-77) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
or with a >=1.5 unit increase in HbA1c any time during the study.
* to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal., i.e. documented fasting.
# All prior and concomitant medications are listed
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

3941

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.1st a13.sas 11JUN2007:08:51 luchen

CONFIDENTIAL
AZSER12748388

D1447c00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | Adverse Event PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me# (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1801002 | OL | 59/Male /27.5 | OL QTP / 84 | | | Butyrophen one Derivative s/ HALOPERIDO L (-112/ -86)/ PRE OL | Mean (post-en rollment ) | | | | 89 |
| | | | | | | Fluoroquin olones/ NORFLOXACI N (-7/ -5) | | | | | |
| | RD | 60/Male /28 | QTP+LI /211 | | | | At randomiz ation | | | | 90(1) |
| | | | | | | | Week 4 | | | | 96(29) |
| | | | | | | | Week 8 | | | | 100(58) |
| | | | | | | | Week 12 | 117.00(8 5) F | YES | 5.7(85) | 104(85) |
| | | | | | | | Week 28 | 169.00H( 197) F | YES | 6.8(197) | 112(197) |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* or with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal., i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/d1447c00126/sp/output/tif/t11031203.lst   a13.sas   11JUN2007:08:51   luchen

3942

CONFIDENTIAL
AZSER12748389

D1447C00126

11.3.12-3 Patients with high glucose and HbA1c
Adverse Open-label safety population
Event

| Study/ Patient | Phase | Age/Sex/ Baseline BMI | Treat- ment Days On Treat- ment | PT## (Start/ Stop Day*) | Medical history | Medication Class/ Generic Na me## (Start/ Stop Day*) | Visit | Glucose mg/dL (Day*) | Fast- ing** (YES/NO) | HBA1C (Day*) | Weight kg (Day*) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1447C00126 /E1801002 | RD | 60/Male /28 | QTP+LI /211 | | | | Week 28 | | | 7.0(211) | 112 (211) |
| | | | | | | | Mean (post-ra ndomizat ion) | 143.00 | | 6.5 | 105 |

Note: Patients with last glucose value >=126mg/dl, or with at least 2 glucose values >=126mg/dl at any time during the study,
* with a >=1.5 unit increase in HbA1c any time during the study.
to sampling/onset/stop from 1st dose of OL QTP for non-randomized patients and from 1st dose of RD trt for randomized patients.
** Blood sampling >8 hours after last meal, i.e. documented fasting.
# All prior and concomitant medications are listed.
## All AEs potentially associated with diabetes mellitus.
F=Glucose fasting; R=Glucose non-fasting (random).

/csre/prod/seroquel/di447c00126/sp/output/tif/t110311203.lst  a13.sas  11JUN2007:08:51  luchen

3943

CONFIDENTIAL
AZSER12748390



| Clinical Study Report: Appendix 12.1 | |
|---|---|
| Drug Substance | Quetiapine fumarate |
| Study Code | D1447C00126 |

**Appendix 12.1**
**Study information**

CONFIDENTIAL
AZSER12748391

# TABLE OF CONTENTS FOR APPENDIX 12.1

Abbreviations in the table:
NA = Not Applicable RiR = Reported in the body of the report

| Appendix | Title | NA | RiR |
|----------|-------|----|----|
| 12.1.1 | Protocol and protocol amendments | | |
| 12.1.2 | Sample Case Report Form | | |
| 12.1.3 | Independent Ethics Committees/Institutional Review Boards consulted, and samples of written Subject Information and Consent Form | | |
| 12.1.4 | Participants in the study | | |
| 12.1.5 | Signatures | | |
| 12.1.6 | Listing of subjects receiving the various batches of investigational product(s) | | |
| 12.1.7 | Randomisation scheme and codes | | |
| 12.1.8 | Audit certificates | X | |
| 12.1.9 | Documentation of statistical methods and supporting statistical analysis | | |
| 12.1.10 | Documentation of assay methods, inter-laboratory standardisation methods, and related quality assurance procedures | X | |
| 12.1.11 | Publications based on the study | X | |
| 12.1.12 | Important publications referenced in the report | | |

2

CONFIDENTIAL
AZSER12748392



| Clinical Study Report: Appendix 12.1.1 | |
| --- | --- |
| Drug Substance | Quetiapine fumarate |
| Study Code | D1447C00126 |

**Appendix 12.1.1**
**Protocol and protocol amendments**

CONFIDENTIAL
AZSER12748393

Clinical Study Report: Appendix 12.1.1
Study Code: D1447C00126

| Version of protocol or protocol amendment | Date of issue |
|---|---|
| Final protocol | 10 July 2003 |
| Protocol amendment 1 | 29 January 2004 |
| Protocol amendment 2 | 17 June 2004 |
| Protocol amendment 3 | 21 April 2005 |
| Protocol amendment 4 | 17 January 2006 |
| Amended Protocol 2 | 11 November 2004 |
| Protocol local amendment 1 Australia | 19 January 2004 |
| Protocol local amendment 1 Bulgaria | 20 October 2003 |
| Protocol local amendment 1 Czech Republic | 6 February 2004 |
| Protocol local amendment 1 Hungary | 20 January 2004 |
| Protocol local amendment 1 Norway | 11 September 2003 |
| Protocol local amendment 1 US | 21 December 2004 |
| Administrative Change 1 | 15 February 2007 |

CONFIDENTIAL
AZSER12748394



| Clinical Study Protocol | |
| --- | --- |
| Drug Substance | quetiapine fumarate |
| Study Code | D1447C00126 |
| Edition No. | 1 |
| Date | 10 July 2003 |

**A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients**

The following Amendment(s) and Administrative Changes have been made to this protocol since the date of preparation:

| Amendment No. | Date of Amendment | Local Amendment No. | Date of local Amendment |
| --- | --- | --- | --- |
| | | | |

| Administrative change No. | Date of Administrative Change | Local Administrative change No. | Date of local Administrative Change |
| --- | --- | --- | --- |
| | | | |

CONFIDENTIAL
AZSER12748395

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

# ASTRAZENECA EMERGENCY CONTACT PROCEDURE

In the case of a medical emergency you may contact the Clinical Study Team Leader.  If the Clinical Study Team Leader is not available, contact the Clinical Study Team Physician at the AstraZeneca Research and Development site shown below.

| Role in the study | Name | Address and Telephone number |
|---|---|---|
| Clinical Study Team Leader | Karolina Svensson | AstraZeneca R&D Södertälje<br>Forskaregatan 20<br>151 85 Södertälje<br>Sweden<br>Tel +46 8 553 260 31<br>Fax +46 8 553 216 61 |
| Clinical Study Team Physician | Björn Paulsson | AstraZeneca R&D Södertälje<br>Forskaregatan 20<br>151 85 Södertälje<br>Sweden<br>Tel. +46 8 553 284 25<br>Fax +46 8 553 255 59 |
| **Role in the study** | **Name** | **Address and Telephone Number** |
| *<<LST Leader/Monitor responsible for the Protocol at the MC/CRR or CRO >>* | To be determined | |
| *<<LST Physician responsible for the Protocol at the MC/CRR or CRO>>* | To be determined | |
| *<<LST Drug Safety representative at the MC/CRR or CRO (if applicable)>>* | To be determined | |

For further clarifications regarding:

- Procedures in case of medical emergency see Section 9.2

- Procedures in case of overdose see Section 9.3.

2(73)

CONFIDENTIAL
AZSER12748396

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

# PROTOCOL SYNOPSIS

---

## A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients

---

**Investigator**

Not applicable.

**Study center(s) and number of patients planned**

To observe a total of 162 manic events, it is estimated that approximately 1440 patients will be enrolled, giving approximately 720 randomized patients at 120 centers with an average enrollment of 12 patients per center. The final number of randomized patients may change during the study based on observed event rates.

| **Study period** | | **Phase of development** |
|---|---|---|
| Estimated date of first patient enrolled | November 2003 | Phase III |
| Estimated date of last patient completed | February 2006 | |

**Objectives**

**Primary:**

The primary objective is to evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a manic event. Recurrence is defined as (1) initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a manic or mixed event, (2) hospitalization for a manic or mixed event, or (3) Young Mania Rating Scale (YMRS; Young et al 1978) score ≥20 at 2 consecutive assessments or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic or mixed event.

**Secondary:**

CONFIDENTIAL
AZSER12748397

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

1. To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a mood event. Recurrence is defined as (1) initiation of an antipsychotic, antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a manic, depressed or mixed event, (2) hospitalization for a manic, depressed or mixed event, or (3) YMRS score ≥20 or Montgomery-Asberg Depression Rating Scale (MADRS; Montgomery and Asberg 1979) score ≥20 at 2 consecutive assessments or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic, depressed or mixed event.

2. To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a depressed event.  Recurrence is defined as (1) initiation of an antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a depressed or mixed event, (2) hospitalization for a depressed or mixed event, or (3) MADRS score ≥20 at 2 consecutive assessments or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a depressed or mixed event.

3. To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in decreasing the severity of manic and depressive symptoms between mood events as assessed by the YMRS, the MADRS, the Clinical Global Impression-Bipolar (CGI-BP; Spearing et al 1997), and the Life Charting Method Self/Prospective Rating (NIMH-LCM S/P; Bipolar Network News 2002).

4. To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in decreasing the severity of psychotic symptoms between mood events as assessed by the Positive and Negative Syndrome Scale-Positive Subscale (PANSS-P; Kay et al 1987).

5. To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in improving level of functioning between mood events as assessed by the Sheehan Disability Scale (SDS; Sheehan 1999).

6. To explore the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in reducing mood switching between manic and depressed events as assessed by the Life Charting Method Self/Prospective Rating (NIMH-LCM S/P).

7. To explore the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in improving Quality of Life (QOL) as assessed by the Psychological General Well-being Scale (PGWB; Dupuy 1984).

4(73)

CONFIDENTIAL
AZSER12748398

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

8.      To explore the level of patient acceptance of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) as assessed by time to all-cause discontinuation.

9.      To determine whether quetiapine when used as adjunct to mood stabilizer (lithium or valproate) is safe and well-tolerated as assessed by adverse events (AEs), laboratory values, vital signs, extrapyramidal symptoms (EPS) scales (Simpson Angus Scale [SAS; Simpson and Angus 1970], Barnes Akathisia Rating Scale [BARS; Barnes 1989], and Abnormal Involuntary Movement Scale [AIMS; Guy 1976]), physical examinations and electrocardiograms (ECGs).

**Study design**

This is a multicenter, randomized, parallel-group, double-blind study to compare quetiapine with placebo when used as adjunct to lithium or valproate in the maintenance treatment of adult patients with Bipolar I Disorder for 28 weeks up to 104 weeks. The study consists of enrollment and 2 phases, the Open-label treatment phase and the Randomized treatment phase. To be randomized, patients must have been treated with quetiapine and mood stabilizer (lithium or valproate) for at least 20 weeks but no more than 36 weeks.

**Target patient population**

Patients with a diagnosis of Bipolar I Disorder, at least 18 years old, with at least 1 manic or mixed episode in the last 3 years as defined by Diagnostic and Statistical Manual of Mental Disorders- Fourth Edition (DSM-IV) criteria, with an acute manic or mixed episode at enrollment or a past manic or mixed episode within 26 weeks, as documented by medical records, treated with quetiapine and mood stabilizer (lithium or valproate).

**Investigational product, dosage and mode of administration**

Patients will begin or continue on an oral dose of open-label quetiapine, 400 to 800 mg daily in divided doses, with a recommended target dose of 600 mg/day, after meeting all inclusion and none of the exclusion criteria for entering the Open-label treatment Phase. Doses may be adjusted within this range to maximize efficacy and tolerability. After meeting all inclusion criteria and none of the exclusion criteria for randomization, patients will be randomized either to oral quetiapine, or oral placebo, twice daily. After randomization, open-label 100-mg quetiapine tablets will be replaced with 100-mg tablets of blinded investigational product at a rate of 1 tablet per every 2 days. The dose of blinded investigational product (quetiapine or placebo) may be adjusted as clinically indicated within the dose range of 400 to 800 mg/day all through the randomized-treatment phase.

**Adjunct treatment, dosage and mode of administration**

Patients will begin or continue on an oral dose of open-label lithium or valproate, chosen by the investigator according to his or her clinical judgment, after meeting all inclusion and none of the exclusion criteria for entering the Open-label treatment Phase. Dose adjustment for lithium or valproate will be at the discretion of the investigator to achieve symptom control, to minimize side effects, and to achieve target trough serum concentrations of 0.5 mEq/L to 1.2

CONFIDENTIAL
AZSER12748399

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

mEq/L for lithium and 50µg/ml to 125 µg/ml for valproate during the entire length of the study.

**Duration of treatment**

The study consists of Enrollment and 2 phases: Open-label treatment Phase (4 weeks up to 36 weeks), and Randomized treatment Phase (28 weeks up to 104 weeks).

**Outcome Variables**

**-Efficacy**

**Primary outcome variable:**

– time to manic event

**Secondary outcome variables:**

– time to mood event

– time to depressed event

– YMRS total score

– MADRS total score

– PANSS-P score

– CGI-BP scores

**-Patient Reported Outcomes**

**Secondary outcome variables:**

– SDS total score and by domains

– NIMH-LCM S/P score

– PGWB score

**-Safety**

adverse events; laboratory test results; vital signs; weight and body mass index (BMI); ECG results; physical examination results; and extrapyramidal symptoms (EPS), assessed by means of SAS, BARS, and AIMS scores

**Statistical methods**

The main analysis of the time to manic event will be a Cox proportional hazards model to estimate the hazard ratio of recurrence between treatment groups, with 95% confidence

6(73)

CONFIDENTIAL
AZSER12748400

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

intervals.  A 2-sided test of the null hypothesis that the hazard ratio is equal to unity will be
performed, with a significance level of 0.05.  The time to event will be censored when a
patient discontinues from or completes the study.  The time of censoring will be the date of
the patient's final assessment.  The assigned mood stabilizer (either lithium or valproate) will
be included as a covariate.

Time to mood event and time to depressed event will be analyzed with the same techniques
used to analyze time to manic event.

The proportions of patients having a manic event between randomization and week 28 and 52
will also be examined as a supporting outcome variable and for consistency with the main
results.  The proportions of patients having a mood event and the proportions of patients
having a depressed event will be analyzed with the same techniques used to analyze the
proportions of patients with a manic event.

YMRS, MADRS, CGI-BP, PANSS-P, and PGWB scores will be analyzed using a repeated
measures analysis of all assessments between randomization and up to, but excluding the first
mood event.  The assigned mood stabilizer (lithium or valproate), and visit will be included as
fixed-effect covariates.

The SDS Total Score will be summarized for each patient using the mean change from
baseline across all assessments between randomization and up to, but excluding the first mood
event.  These patient mean changes will be analyzed using ANCOVA with the baseline SDS
Total Score as a covariate and assigned mood stabilizer (lithium or valproate) as a fixed effect.
The 3 functional domains of the SDS will be analyzed using similar methods to those for the
SDS Total Score."

Time to all-cause discontinuation will be analyzed with the same Cox proportional hazards
techniques used in the main analysis of the primary outcome variable.

Descriptive statistics will be used to summarize changes from baseline in laboratory test
results, vital signs, and ECG results.  In addition, clinically significant values will be
summarized using shift tables.  The number and proportion of patients who have a weight gain
$\geq 7\%$ will be summarized by baseline BMI category.  Descriptive statistics will present
changes from baseline in SAS, BARS, and AIMS scores.

A stepwise sequential procedure will be used for the 4 analyses in the confirmatory part of this
study to ensure a multiple level of significance of 0.05. These outcome variables will be tested
sequentially in the following order: time to a manic event, time to a mood event, time to a
depressed event and SDS Total Score. A 2-sided test for each of these null hypotheses will be
performed at a significance level of 0.05.  No confirmatory claims for the nth analysis will be
made unless the null hypotheses  in all prior analyses are rejected

Data analyses will be based on the following patient populations:

7(73)

CONFIDENTIAL
AZSER12748401

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

- The open-label safety population will include all patients who entered the Open-label treatment Phase and took study treatment.  Data from this population will be used for safety analyses during the Open-label treatment Phase.

- The randomized safety population will include all patients who took randomized study treatment during the Randomized treatment Phase, classified according to actual treatment taken.  Data from this population will be used for safety analyses during the Randomized treatment Phase.

- The intent-to-treat (ITT) population will include all randomized patients who took study treatment, classified according to their randomized treatment.  Data from this population will be used in most efficacy analyses.

- The per-protocol (PP) population will be the subset of ITT patients who did not have any protocol violations or deviations affecting efficacy.  Data collected after a patient had a deviation that significantly affected efficacy would be excluded from analysis.  Data from this population will be used as a consistency check for the primary study analysis.

8(73)

CONFIDENTIAL
AZSER12748402

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

## TABLE OF CONTENTS                                                    PAGE

PROTOCOL TITLE PAGE ................................................................................ 1

PROTOCOL SYNOPSIS ................................................................................ 3

TABLE OF CONTENTS ................................................................................ 9

LIST OF ABBREVIATIONS AND DEFINITION OF TERMS ........................ 14

1.        INTRODUCTION ............................................................................ 16

1.1       Background ................................................................................ 16

1.2       Rationale for this study ............................................................... 16

2.        STUDY OBJECTIVES .................................................................... 17

2.1       Primary objective ........................................................................ 17

2.2       Secondary objectives .................................................................. 17

3.        STUDY PLAN AND PROCEDURES ............................................... 18

3.1       Overall study design and flow chart ............................................. 18
3.1.1     Enrolment .................................................................................. 19
3.1.2     Open-label treatment Phase ........................................................ 19
3.1.3     Randomized treatment Phase ...................................................... 20
3.1.4     Recruitment and Study Termination ............................................. 20

3.2       Rationale for study design, doses and control groups .................... 28

3.3       Selection of study population ....................................................... 28
3.3.1     Study selection record ................................................................ 28
3.3.2     Open-label treatment Phase ........................................................ 28
3.3.2.1   Inclusion criteria for entering the Open-label treatment Phase ......... 28
3.3.2.2   Exclusion criteria for entering the Open-label treatment Phase ......... 29
3.3.3     Randomized treatment Phase ...................................................... 30
3.3.3.1   Inclusion criteria for entering the Randomized treatment Phase ......... 30
3.3.3.2   Exclusion criteria for entering the Randomized treatment Phase ......... 31
3.3.4     Restrictions ................................................................................ 31
3.3.5     Discontinuation of patients from treatment or assessment ............... 31
3.3.5.1   Criteria for Discontinuation .......................................................... 31
3.3.5.2   Procedures for discontinuation ..................................................... 32

3.4       Treatments ................................................................................ 33
3.4.1     Investigational product ................................................................ 33
3.4.1.1   Identity of investigational product and comparators ....................... 33
3.4.1.2   Doses and treatment regimens ..................................................... 34
3.4.1.3   Labeling .................................................................................... 35
3.4.1.4   Storage ..................................................................................... 36

CONFIDENTIAL
AZSER12748403

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

| | | |
|---|---|---|
| 3.4.1.5 | Accountability | 36 |
| 3.4.2 | Method of assigning patients to treatment groups | 36 |
| 3.4.3 | Blinding and procedures for unblinding the study | 37 |
| 3.4.3.1 | Methods for ensuring blinding | 37 |
| 3.4.3.2 | Methods for unblinding the study | 37 |
| 3.4.4 | Pre-study, concomitant and post-study treatment(s) | 37 |
| 3.4.4.1 | Open-label treatment Phase | 37 |
| 3.4.4.2 | Randomized treatment Phase | 39 |
| 3.4.5 | Treatment compliance | 41 |
| 4. | MEASUREMENTS OF STUDY VARIABLES AND DEFINITIONS OF OUTCOME VARIABLES | 41 |
| 4.1 | Primary variable | 41 |
| 4.2 | Screening and demographic measurements | 41 |
| 4.3 | Patient-Reported Outcomes (PROs) | 42 |
| 4.3.1 | Sheehan Disability Scale (SDS) | 42 |
| 4.3.1.1 | Methods of assessment | 42 |
| 4.3.1.2 | Derivation or calculation of variable | 42 |
| 4.3.2 | Life Charting Method Self/Prospective Rating (NIMH-LCM S/P) | 43 |
| 4.3.2.1 | Methods of assessment | 43 |
| 4.3.2.2 | Derivation or calculation of outcome variable | 43 |
| 4.3.3 | Psychological General Well-being Scale (PGWB) | 43 |
| 4.3.3.1 | Method of assessment | 43 |
| 4.3.3.2 | Derivation or calculation of outcome variable | 43 |
| 4.3.4 | Administration of PRO questionnaires | 43 |
| 4.4 | Health Economic measurements and variables (Not applicable) | 44 |
| 4.5 | Pharmacokinetic measurement and variables (Not applicable) | 44 |
| 4.6 | Efficacy and pharmacodynamic measurement and variables | 44 |
| 4.6.1 | Time to event (manic, depressed or mixed) | 46 |
| 4.6.1.1 | Methods of Assessment | 46 |
| 4.6.1.2 | Calculation or derivation of outcome variables | 46 |
| 4.6.2 | Young Mania Rating Scale (YMRS) | 46 |
| 4.6.2.1 | Methods of Assessment | 46 |
| 4.6.2.2 | Calculation or derivation of outcome variables | 46 |
| 4.6.3 | Montgomery-Asberg Depression Rating Scale (MADRS) | 46 |
| 4.6.3.1 | Methods of Assessment | 46 |
| 4.6.3.2 | Calculation or derivation of outcome variables | 46 |
| 4.6.4 | Positive and Negative Syndrome Scale- Positive Subscale (PANSS-P) | 47 |
| 4.6.4.1 | Methods of Assessment | 47 |
| 4.6.4.2 | Calculation or derivation of outcome variables | 47 |
| 4.6.5 | Clinical Global Impression- Bipolar (CGI-BP) | 47 |
| 4.6.5.1 | Methods of Assessment | 47 |
| 4.6.5.2 | Calculation or derivation of outcome variables | 47 |

CONFIDENTIAL
AZSER12748404

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

| 4.7 | Safety measurements and variables | 47 |
|---|---|---|
| 4.7.1 | Adverse events | 48 |
| 4.7.1.1 | Definitions | 48 |
| 4.7.1.2 | Recording of adverse events | 49 |
| 4.7.1.3 | Reporting of serious adverse events | 51 |
| 4.7.2 | Laboratory safety measurements and variables | 52 |
| 4.7.2.1 | Methods of assessment | 52 |
| 4.7.2.2 | Calculation or derivation of outcome variables | 52 |
| 4.7.3 | Vital signs and weight measurement and variables | 53 |
| 4.7.3.1 | Methods of assessment | 53 |
| 4.7.3.2 | Calculation or derivation of outcome variables | 53 |
| 4.7.4 | Electrocardiogram (ECG) safety measurements and variables | 53 |
| 4.7.4.1 | Methods of assessment | 53 |
| 4.7.4.2 | Calculation or derivation of outcome variables | 54 |
| 4.7.5 | Physical Examination | 54 |
| 4.7.5.1 | Methods of assessment | 54 |
| 4.7.5.2 | Calculation or derivation of outcome variables | 54 |
| 4.7.6 | Neurological Assessments and variables | 54 |
| 4.7.6.1 | Methods of assessment | 54 |
| 4.7.6.2 | Calculation or derivation of outcome variables | 54 |
| 4.8 | Collection of samples for genetic analysis (Not applicable) | 55 |
| 4.9 | Genetic sampling and storage (Not applicable) | 55 |
| 4.10 | Volume of blood sampling and handling of biological samples | 55 |
| 5. | DATA MANAGEMENT | 55 |
| 6. | STATISTICAL METHODS AND DETERMINATION OF SAMPLE SIZE | 56 |
| 6.1 | Statistical evaluation – general aspects | 56 |
| 6.1.1 | Multiplicity | 56 |
| 6.2 | Description of outcome variables in relation to objectives and hypotheses | 57 |
| 6.2.1 | Primary study objective and outcome variable | 57 |
| 6.2.2 | Secondary objective: time to mood event | 58 |
| 6.2.3 | Secondary objective: time to depressed event | 58 |
| 6.2.4 | Secondary objective: severity of manic and depressive symptoms | 59 |
| 6.2.5 | Secondary objective: severity of psychotic symptoms | 59 |
| 6.2.6 | Secondary objective: level of functioning | 60 |
| 6.2.7 | Secondary objective: switching between manic and depressive mood | 60 |
| 6.2.8 | Secondary objective: quality of life and well-being | 60 |
| 6.2.9 | Secondary objective: patient acceptance | 60 |
| 6.2.10 | Secondary objective: safety and tolerability | 60 |
| 6.2.10.1 | Adverse Events | 61 |
| 6.2.10.2 | Laboratory safety measurements and variables | 61 |
| 6.2.10.3 | Vital signs and weight measurement | 61 |

CONFIDENTIAL
AZSER12748405

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

6.2.10.4    Electrocardiogram (ECG) safety measurements and variables ............................ 61
6.2.10.5    Neurological Assessments ........................................................................ 61

6.3          Description of analysis sets .................................................................. 61

6.4          Method of statistical analysis ............................................................. 62
6.4.1        Time to manic event ............................................................................ 62
6.4.2        Time to mood event ............................................................................. 62
6.4.3        Time to depressed event ....................................................................... 63
6.4.4        Severity of manic or depressive symptoms ............................................. 63
6.4.5        Severity of psychotic symptoms ............................................................ 63
6.4.6        Level of functioning ............................................................................ 63
6.4.7        Switching ........................................................................................... 64
6.4.8        Quality of life and well-being .............................................................. 64
6.4.9        Patient acceptance .............................................................................. 64
6.4.10       Safety and tolerability analyses ............................................................ 64
6.4.10.1     Adverse Events ................................................................................... 64
6.4.10.2     Laboratory safety measurements and variables ...................................... 65
6.4.10.3     Vital signs and weight measurement ...................................................... 65
6.4.10.4     Electrocardiogram (ECG) measurements ................................................ 65
6.4.10.5     Neurological Assessments .................................................................... 65

6.5          Determination of sample size ............................................................... 65

6.6          Interim analyses (Not applicable) ......................................................... 66

6.7          Data and safety monitoring board (Not applicable) ................................. 66

7.           STUDY MANAGEMENT ....................................................................... 66

7.1          Monitoring ........................................................................................ 66

7.2          Audits and inspections ....................................................................... 67

7.3          Training of staff ................................................................................ 67

7.4          Changes to the protocol ...................................................................... 67

7.5          Study agreements ............................................................................... 68

7.6          Study timetable and termination .......................................................... 68

8.           ETHICS ............................................................................................ 68

8.1          Ethics review .................................................................................... 68

8.2          Ethical conduct of the study ................................................................ 69

8.3          Written informed consent .................................................................... 69

8.4          Patient data protection ....................................................................... 70

9.           EMERGENCY PROCEDURES ................................................................ 70

9.1          AstraZeneca emergency contact procedure ............................................ 70

9.2          Procedures in case of medical emergency .............................................. 71

CONFIDENTIAL
AZSER12748406

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

9.3       Procedures in case of overdose ........................................................ 71
9.4       Procedures in case of suicide attempt or suicide ............................... 71
9.5       Procedures in case of pregnancy ..................................................... 72
10.       REFERENCES .............................................................................. 72

## LIST OF IN-TEXT TABLES                                      PAGE

Table 1   Study plan: Enrollment and Open-label treatment Phase ...................... 25

Table 2   Study plan: Randomized treatment Phase ......................................... 26

Table 3   Investigational product .................................................................. 33

Table 4   Permitted, restricted and prohibited medications during the Open-label
          treatment Phase ........................................................................... 38

Table 5   Permitted, restricted and prohibited medications during the Randomized
          treatment Phase ........................................................................... 40

Table 6   Efficacy objectives and variables relating to each objective ............... 44

Table 7   Volume of blood to be drawn from each patient ................................. 55

## LIST OF IN-TEXT FIGURES                                     PAGE

Figure 1   Study chart ................................................................................ 22

Figure 2   Visit schedule: Enrollment and Open-label treatment Phase ............... 23

Figure 3   Visit schedule: Randomized treatment Phase ................................... 24

## APPENDICES

Appendix A        Signature pages

Appendix B        Additional Safety Information

CONFIDENTIAL
AZSER12748407

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

# LIST OF ABBREVIATIONS AND DEFINITION OF TERMS

The following abbreviations and special terms are used in this study protocol.

| Abbreviation or special term | Explanation |
|---|---|
| AE | Adverse event (see definition in Section 4.7.1.1) |
| AIMS | Abnormal Involuntary Movement Scale |
| ALT | Alanine aminotransferase |
| Assessment | An observation made on a variable involving a subjective judgment (assessment) |
| AST | Aspartate aminotransferase |
| BARS | Barnes Akathisia Rating Scale |
| BMI | Body Mass Index |
| BP | Bipolar Disorder |
| CGI-BP | Clinical Global Impression- Bipolar |
| CNS | Central nervous system |
| CRF | Case Report Form |
| CRO | Clinical Research Organization |
| DSM-IV | Diagnostic and Statistical Manual of Mental Disorders- Fourth Edition |
| ECG | Electrocardiogram |
| ECT | Electroconvulsive therapy |
| Endpoint | A status of the patient that constitutes the 'endpoint' of a patient's participation in a clinical study and that is used as the final outcome. |
| EPS | Extrapyramidal symptoms |
| GCP | Good Clinical Practice |
| HCG | Human Chorionic Gonadotropin |
| ICH | International Conference on Harmonization |
| IEC | Independent Ethics Committee |
| IRB | Institutional Review Board |
| ITT | Intent-to-treat |
| International Co-ordinating investigator | If a study is conducted in several countries the International Co-ordinating Investigator is the Investigator co-ordinating the investigators and/or activities internationally |
| MADRS | Montgomery-Asberg Depression Rating Scale |

14(73)

CONFIDENTIAL
AZSER12748408

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

| Abbreviation or special term | Explanation |
|---|---|
| Measurement | An observation made on a variable using a measurement device. |
| MedDRA | Medical Dictionary for Regulatory Activities |
| MS | Mood stabilizer |
| NCSL | Non-center-specific labeling |
| NIMH-LCM S/P | Life Charting Method Self/Prospective Rating |
| OAE | Other significant Adverse Event (i.e, an adverse event of special interest in this clinical development; see definition in Section 4.7.1.1). The classification of OAEs will be performed by AstraZeneca drug safety physicians after the study is complete. |
| Outcome variable | A variable (usually a derived variable) specifically defined to be used in the analysis of a study objective. |
| PANSS-P | Positive and Negative Syndrome Scale-Positive Subscale |
| Parameter | A quantity (usually unknown) that characterizes the distribution of a variable in a population of patients. |
| PGWB | Psychological General Well-being Scale |
| Principal investigator | A person responsible for the conduct of a clinical study at an investigational study center.  Every investigational study center has a principal investigator. |
| PROs | Patient Reported Outcomes |
| PP | Per-protocol |
| QOL | Quality of Life |
| SAE | Serious adverse event (see definition in Section 4.7.1.1) |
| SAP | Statistical Analysis Plan |
| SAS | Simpson-Angus Scale |
| SDS | Sheehan Disability Scale |
| TSH | Thyroid-stimulating hormone |
| Variable | A characteristic or a property of a patient that may vary eg, from time to time or between patients |
| YMRS | Young Mania Rating Scale |

CONFIDENTIAL
AZSER12748409

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

# 1.   INTRODUCTION

## 1.1   Background

Quetiapine fumarate (quetiapine) is a dibenzothiazepine derivative approved in many countries world wide following development by AstraZeneca (also referred to as the sponsor) for the treatment of patients with schizophrenia.  Quetiapine fumarate is designed chemically as bis[2-(2-[4-(dibenzo[b,f][1,4]-thiapin-11-yl)piperazin-1-yl]ethoxy)ethanol]fumarate.

The Investigator's Brochure describes the results of toxicological and clinical studies that support clinical evaluation in man.

Bipolar I Disorder is a psychiatric disorder that is characterized by one or more manic or mixed episodes, usually accompanied by major depressed episodes.  It is a serious, lifelong medical condition, which is associated with a lifetime risk of suicide attempt up to 50%.  The prevalence of bipolar disorder is estimated to be 1 to 3.5%, evenly distributed between men and women.  It is estimated that only 60% of those suffering from a bipolar disorder receive appropriate pharmacotherapy.

There is a clear need for efficacious and well tolerated agents to treat and prevent episodes of acute mania and depression.  Current therapies for bipolar disorder prevent recurrence of illness in only 25 to 33% of patients (Tondo et al 1998).  While some patients can be safely treated with a single medication, the majority of patients require multiple medications to manage the numerous symptoms of bipolar disorder.

## 1.2   Rationale for this study

The efficacy and safety of quetiapine when used as monotherapy and as adjunct to mood stabilizers (lithium and valproate) in the treatment of bipolar mania have been shown in a series of randomized placebo-controlled studies.

In two monotherapy studies, comparing quetiapine to placebo, quetiapine was effective in reducing core manic symptoms, depressive symptoms, agitation and aggression, and psychotic symptoms in patients with acute mania, and it improved functional status.  In a study with quetiapine used as adjunct therapy with lithium or valproate, quetiapine plus mood stabilizer was significantly more effective than mood stabilizer alone in reducing core manic symptoms, depressive symptoms, agitation and aggression, and psychotic symptoms in patients with psychotic symptoms at baseline.

When used as monotherapy or adjunct therapy, approximately 90% of quetiapine-treated patients with a clinical response received 400-800 mg/day, and the mean last-week dose was approximately 600 mg/day.  A dosing regimen of 100 mg/day on Day 1, 200 mg/day on Day 2, 300 mg/day on Day 3, and 400 mg/day on Day 4 in twice daily divided doses was generally safe and well tolerated.

16(73)

CONFIDENTIAL
AZSER12748410

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

The adverse profile of quetiapine in the treatment of acute mania was similar to that seen with quetiapine in the treatment of schizophrenia. The only notable differences were higher rates of dry mouth in the monotherapy studies, and higher rates of dry mouth and somnolence in the adjunct studies.

The studies of quetiapine in the treatment of mania examined efficacy during the acute and continuation phases of the illness, but not during the maintenance phase, when patients have achieved symptomatic remission but are still at risk for recurrence. For this reason, the current study examines the efficacy, safety and tolerability of quetiapine as adjunct to lithium or valproate in preventing subsequent mood episodes.

## 2.    STUDY OBJECTIVES

## 2.1    Primary objective

The primary objective is to evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a manic event. Recurrence is defined as (1) initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a manic or mixed event, (2) hospitalization for a manic or mixed event, or (3) Young Mania Rating Scale (YMRS; Young et al 1978) score ≥20 at 2 consecutive assessments or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic or mixed event.

## 2.2    Secondary objectives

1.      To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a mood event. Recurrence is defined as (1) initiation of an antipsychotic, antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a manic, depressed or mixed event, (2) hospitalization for a manic, depressed or mixed event, or (3) YMRS score ≥20 or Montgomery-Asberg Depression Rating Scale (MADRS; Montgomery and Asberg 1979) score ≥20 at 2 consecutive assessments or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic, depressed or mixed event.

2.      To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a depressed event. Recurrence is defined as (1) initiation of an antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a depressed or mixed event, (2) hospitalization for a depressed or mixed event, or (3) MADRS score ≥20 at 2 consecutive assessments or at the final assessment if the patient discontinues, or (4) discontinuation from the

17(73)

CONFIDENTIAL
AZSER12748411

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

study by the patient if, in the opinion of the investigator, the discontinuation was due to a depressed or mixed event.

3. To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in decreasing the severity of manic and depressive symptoms between mood events as assessed by the YMRS, the MADRS, the Clinical Global Impression-Bipolar (CGI-BP; Spearing et al 1997), and the Life Charting Method Self/Prospective Rating (NIMH-LCM S/P; Bipolar Network News 2002).

4. To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in decreasing the severity of psychotic symptoms between mood events as assessed by the Positive and Negative Syndrome Scale-Positive Subscale (PANSS-P; Kay et al 1987).

5. To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in improving level of functioning between mood events as assessed by the Sheehan Disability Scale (SDS; Sheehan 1999).

6. To explore the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in reducing mood switching between manic and depressed events as assessed by the Life Charting Method Self/Prospective Rating (NIMH-LCM S/P).

7. To explore the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in improving Quality of Life (QOL) as assessed by the Psychological General Well-being Scale (PGWB; Dupuy 1984).

8. To explore the level of patient acceptance of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) as assessed by time to all-cause discontinuation.

9. To determine whether quetiapine when used as adjunct to mood stabilizer (lithium or valproate) is safe and well-tolerated as assessed by adverse events (AEs), laboratory values, vital signs, extrapyramidal symptoms (EPS) scales (Simpson Angus Scale [SAS; Simpson and Angus 1970], Barnes Akathisia Rating Scale [BARS; Barnes 1989], and Abnormal Involuntary Movement Scale [AIMS; Guy 1976]), physical examinations and electrocardiograms (ECGs).

# 3. STUDY PLAN AND PROCEDURES

## 3.1 Overall study design and flow chart

This is a multicenter, randomized, parallel-group, double-blind study to compare quetiapine with placebo when used as adjunct to lithium or valproate in the maintenance treatment of adult patients with Bipolar I Disorder for 28 weeks up to 104 weeks.  To observe a total of

CONFIDENTIAL
AZSER12748412

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

162 manic events, it is estimated that approximately 1440 patients will be enrolled, giving approximately 720 randomized patients at 120 centers with an average enrollment of 12 patients per center.  The final number of randomized patients may change during the study based on observed event rates (see Section 6.5).

The primary objective is to evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a manic event in patients with Bipolar I Disorder.  To be eligible for the study patients must have an acute manic or mixed episode at enrollment or have had a past manic or mixed episode within 26 weeks, as documented by medical records, treated with quetiapine and mood stabilizer (lithium or valproate).  All patients must be treated with quetiapine and the assigned mood stabilizer for at least 20 weeks up to 36 weeks before they can be randomized.  The study consists of the enrollment and 2 phases, the Open-label treatment phase and the Randomized treatment phase.

### 3.1.1        Enrolment

Enrolment will last for up to 7 days.  At enrollment patients, or a legally acceptable representative, will provide informed consent and complete all required laboratory and clinical evaluations (see Section 4.2).  Patients who meet all inclusion criteria and none of the exclusion criteria (see Section 3.3.2.1 and Section 3.3.2.2) will enter the Open-label treatment Phase at Visit S1.  Visit S1 must occur within 7 days of enrollment.  If the enrollment exceeds 7 days, all evaluations must be repeated before the patient can enter the Open-label treatment Phase.

### 3.1.2        Open-label treatment Phase

The purpose of the Open-label treatment Phase is to achieve stabilization of the patient's clinical condition and the dosages of quetiapine and mood stabilizer before randomization.  The first dose of open-label treatment will be dispensed at the first visit (S1) after the enrollment.  Visits will occur monthly with an option to perform additional visits at week 1 (visit S2) and week 2 (visit S3), depending on the patients clinical condition, as judged by the investigator.

During the Open-label treatment Phase, patients will be treated with open-label quetiapine (400-800 mg daily in divided doses with a recommended target dose of 600 mg) and a mood stabilizer (lithium or valproate with a trough serum concentration of 0.5 mEq/L to 1.2 mEq/L for lithium and 50 µg/ml to 125 µg/ml for valproate) chosen by the investigator according to his or her clinical judgment (see Section 3.4.1.2 for more detailed information).  Other antipsychotic and psychoactive medications (eg, antidepressants and anxiolytics) can also be used as clinically indicated during this phase, with exception of the last 4 weeks prior to randomization (see Section 3.4.4.1).

Patients entering the Open-label treatment phase with an acute manic or mixed episode must be treated with quetiapine and mood stabilizer (lithium or valproate) during this phase for a minimum of 20 weeks before being eligible to meet the criteria for randomization.

19(73)

CONFIDENTIAL
AZSER12748413

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

Patients with a manic or mixed episode within the last 26 weeks prior to enrollment, must be treated with quetiapine and mood stabilizer (lithium or valproate) during this phase for a minimum of 4 weeks and for at least 20 weeks in total before being eligible to meet the criteria for randomization.

To be randomized, patients must meet all the inclusion criteria (see Section 3.3.3.1) and none of the exclusion criteria for randomization (see Section 3.3.3.2). Patients must be randomized within 3 days after fulfilling all the inclusion criteria and none of the exclusion criteria for randomization. If the patient is not randomized within 3 days, inclusion and exclusion criteria for randomization should be reassessed.

If the patient discontinues during the Open-label treatment Phase, assessments should be performed as described in Table 1.

### 3.1.3    Randomized treatment Phase

Patients who meet all the inclusion criteria for randomization and none of the exclusion criteria for randomization (see Sections 3.3.3.1 and 3.3.3.2) will be randomized (at Visit 1) in a blinded fashion to quetiapine or placebo (400-800 mg daily in divided doses with a recommended target dose of 600 mg) plus open-label mood stabilizer (lithium or valproate with a trough serum concentration of 0.5 mEq/L to 1.2 mEq/L for lithium and 50 μg/ml to 125 μg/ml for valproate). Starting at Visit 1 (the day of randomization), open-label 100 mg quetiapine tablets should be replaced with 100 mg tablets of blinded investigational product at a rate of 1 tablet per every 2 days (see Section 3.4.1.2 for more detailed information).

Randomization will be stratified by assigned mood stabilizer (lithium or valproate) (see Section 3.4.2).

Patients will continue in the Randomized treatment Phase for at least 28 weeks up to 104 weeks, or until they meet any of the criteria for a mood event (manic, depressed or mixed) (see Section 4.6.1.1), or until the study is terminated as described in Section 3.1.4. Patients may also discontinue at any time due to other reasons (see Section 3.3.5.1).

### 3.1.4    Recruitment and Study Termination

Recruitment of patients to the Open-label treatment Phase will cease when it is estimated that a sufficient number of patients have been recruited to provide a total of 162 manic events. (See Section 6.5) AstraZeneca or a representative of AstraZeneca will notify the investigational centers at this time.

The study will be terminated when both of the following conditions have been fulfilled:

1.        the required number of events has occurred (at least 162 manic events)

2.        all remaining randomized patients have either completed 28 weeks of randomized treatment without a mood event (manic, depressed, or mixed), or have experienced a mood event (manic, depressed, or mixed), or have discontinued from the study

20(73)

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

Patients reaching 28 weeks of randomized treatment before the above is fulfilled will continue until the study is terminated by the sponsor, or until the patient has either discontinued from the study, or experienced a mood event (manic, depressed, or mixed), or until the patient has reached 104 weeks of randomized treatment.

AstraZeneca or a representative of AstraZeneca will notify the investigational centers when the study is terminated.  (See Section 6.5)

Once a mood event occurs, the patient must be discontinued from the study according to the procedures stated in Section 3.3.5.2.  It should also be reported to the assigned monitor within 3 days of event onset.  Patients may also be discontinued from study treatment and assessments due to lack of efficacy, adverse event, patient lost to follow-up, protocol noncompliance, informed consent withdrawn, or other (see Section 3.3.5.1).

21(73)

CONFIDENTIAL
AZSER12748415

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

**Figure 1** **Study chart**



CONFIDENTIAL
AZSER12748416

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

**Figure 2        Visit schedule: Enrollment and Open-label treatment Phase**



[a]Visit S2 and S3 are optional depending on the clinical condition of the patient, as judged by the investigator

23(73)

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

**Figure 3    Visit schedule: Randomized treatment Phase**



CONFIDENTIAL
AZSER12748418

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

## Table 1 Study plan: Enrollment and Open-label treatment Phase

**Study plan**

| Study week: | Enrollment | \n0 | 1 | 2 | 4 | 8 | 12 | 16 | 20 | 24 | 28 | 32 | 36 | Discontinuation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Visit number: | | S1 | S2 (optional) | S3 (optional) | S4 | S5 | S6 | S7 | S8 | S9 | S10 | S11 | S12 | |
| Informed consent | ✓ | | | | | | | | | | | | | |
| Inclusion/exclusion criteria for Open-label treatment Phase | ✓ | | | | | | | | | | | | | |
| Inclusion/exclusion criteria for randomization | | | | | ✓ | | | | | | | | | |
| Demography and diagnosis | ✓ | | | | | | | | | | | | | |
| Medical, psychiatric, and medication history | ✓ | | | | | | | | | | | | | |
| Concurrent medications | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| YMRS | | ✓ | | ✓ | ✓[a] | ✓[a] | ✓[a] | ✓[a] | ✓[a] | ✓[a] | ✓[a] | ✓[a] | ✓[a] | ✓ |
| MADRS | | ✓ | | ✓ | ✓[a] | ✓[a] | ✓[a] | ✓[a] | ✓[a] | ✓[a] | ✓[a] | ✓[a] | ✓[a] | ✓ |
| CGI-BP | | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| PANSS-P | ✓ | | | | | | | | | | | | | |
| SDS[b] | ✓ | | | | | | | | | | | | | |
| Adverse events | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Physical examination[c] | ✓ | | | | | | | | | | | | | ✓ |
| Urinalysis | ✓ | | | | | | | | | | | | | ✓ |
| Urine toxicology | ✓ | | | | | | | | | | | | | |
| Serum pregnancy test | ✓ | | | | | | | | | | | | | |
| Vital signs | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Weight | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Height | ✓ | | | | | | | | | | | | | |
| Electrocardiogram | ✓ | | | | | | | | | | | | | ✓ |
| Serum chemistry | ✓ | | | | | | | | | | | | | ✓ |
| Thyroid Function Tests | ✓ | | | | | | | | | | | | | ✓ |
| Hematology | ✓ | | | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | ✓ |
| Mood stabilizer level | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Drug dispensing | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Drug accountability | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

CGI-BP Clinical Global Impression–Bipolar. MADRS Montgomery–Asberg Depression Rating Scale. PANSS-P Positive and Negative Syndrome Scale–Positive Subscale. SDS Sheehan Disability Scale. YMRS Young Mania Rating Scale.

[a] To be completed if all other inclusion criteria and none of the exclusion criteria for randomization are fulfilled

[b] To be completed by the patient prior to clinical evaluation

[c] Physical examination to include ophthalmoscopic examination

25(73)

CONFIDENTIAL
AZSER12748419

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

**Table 2**     **Study plan: Randomized treatment Phase**

| Study plan | Randomization | Randomized treatment Phase | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Study week:** | 0 | 1 | 2 | 4 | 6 | 8 | 12 | 16 | 20 | 24 | 28 |
| **Visit Number:** | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| Inclusion/exclusion criteria for randomization | ✓ | | | | | | | | | | |
| Concurrent medications | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| YMRS | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| MADRS | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| CGI-BP | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| PANSS-P | ✓ | | | ✓ | | ✓ | ✓ | | | | |
| SDS[a] | ✓ | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| PGWB[a] | ✓ | | | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| SAS, BARS, AIMS | ✓ | ✓ | ✓ | | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ |
| Adverse events | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Physical examination[b] | ✓ | | | | | | | | | | |
| Urinalysis | ✓ | | | | | | | | | | |
| Serum pregnancy test | ✓ | | | | | | | | | | |
| Vital signs | ✓ | | | | | | ✓ | | | | ✓ |
| Weight | ✓ | | | ✓ | | ✓ | ✓ | | | | ✓ |
| Electrocardiogram | ✓ | | | | | | | | | | |
| Serum chemistry | ✓ | | | | | | ✓ | | | | ✓ |
| Thyroid Function Tests | ✓ | | | | | | ✓ | | | | ✓ |
| Hematology | ✓ | | | | | | ✓ | | | | ✓ |
| Mood stabilizer level | ✓ | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Drug dispensing | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Drug accountability | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| NIMH-LCM S/P | To be completed daily by the patient | | | | | | | | | | |

AIMS Abnormal Involuntary Movement Scale.  BARS Barnes Akathisia Rating Scale.  CGI-BP Clinical Global Impression-Bipolar.  MADRS Montgomery-Asberg Depression Rating Scale.  PANSS-P Positive and Negative Syndrome Scale-Positive Subscale.  PGWB Psychological General Well-being Scale.  SAS Simpson-Angus Scale.  SDS Sheehan Disability Scale.  YMRS Young Mania Rating Scale.  NIMH-LCM S/P Life Charting Method Self/Prospective Rating
[a]To be completed by the patient prior to clinical evaluation
[b]Physical examination to include ophthalmoscopic examination

cont.

26(73)

CONFIDENTIAL
AZSER12748420

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

## Table 2.    Study plan: Randomized treatment Phase (cont.)

**Study plan**

| Study week: | Randomized treatment Phase | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 32 | 36 | 40 | 44 | 48 | 52 | 60 | 68 | 76 | 84 | 92 | 104 |
| **Visit Number:** | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 or Final Visit |
| Concurrent medications | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| YMRS | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| MADRS | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| CGI-BP | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| PANSS-P | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| SDS[a] | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| PGWB[a] | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| SAS, BARS, AIMS | ✓ | | | | | | | | | | | ✓ |
| Adverse events | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Physical examination[b] | | | | | | ✓ | | | | | | ✓ |
| Urinalysis | | | | | | ✓ | | | | | | ✓ |
| Serum pregnancy test | | | | | | | | | | | | ✓ |
| Vital signs | | | ✓ | | | | ✓ | ✓ | | ✓ | | ✓ |
| Weight | | | ✓ | | | | ✓ | ✓ | | ✓ | | ✓ |
| Electrocardiogram | | | | | | | | | | | | ✓ |
| Serum chemistry | | ✓ | | | | ✓ | | ✓ | | ✓ | | ✓ |
| Thyroid Function Tests | | | ✓ | | | ✓ | | ✓ | | ✓ | | ✓ |
| Hematology | | | | | | ✓ | | ✓ | | ✓ | | ✓ |
| Mood Stabilizer Levels | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | | ✓ | | ✓ | ✓ |
| Drug dispensing | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Drug accountability | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| NIMH-LCM S/P | To be completed daily by the patient | | | | | | | | | | | |

AIMS  Abnormal Involuntary Movement Scale.  BARS  Barnes Akathisia Rating Scale.  CGI-BP  Clinical Global Impression-Bipolar.  MADRS  Montgomery-Asberg Depression Rating Scale.  PANSS-P  Positive and Negative Syndrome Scale-Positive Subscale.  PGWB  Psychological General Well-being Scale.  SAS  Simpson-Angus Scale.  SDS  Sheehan Disability Scale.  YMRS  Young Mania Rating Scale.  NIMH-LCM S/P Life Charting Method Self/Prospective Rating

[a]To be completed by the patient prior to clinical evaluation
[b]Physical examination to include ophthalmoscopic examination

2(73)

CONFIDENTIAL
AZSER12748421

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

## 3.2      Rationale for study design, doses and control groups

Quetiapine as adjunct treatment to mood stabilizer (lithium or valproate) has proven to be more efficacious than mood stabilizer alone in treating acute mania.  The studies examined efficacy during the acute and continuation phases of the illness, but not during the maintenance phase, when patients have achieved symptomatic remission but are still at risk for recurrence.  For this reason, the current study examines the efficacy of quetiapine as adjunct to lithium or valproate in preventing subsequent mood episodes.

A study duration of 28 to 104 weeks should be sufficient to show efficacy and safety in maintenance treatment.  In addition, the patients have been treated with quetiapine and mood stabilizer (lithium or valproate) for at least 20 weeks up to 36 weeks prior to randomization to ensure stabilization.

Time to event is a highly relevant measure from a clinical perspective and has been frequently used in maintenance studies.  Therefore, time to event is used in this study as the primary outcome variable.

The inclusion and exclusion criteria for this study ensure that the results in the study population can be generalized to patients with Bipolar I Disorder, and also provide adequate homogeneity for detection of a difference between study cohorts.  Specifically, the requirement that patients have a past or current manic episode and at least 1 manic or mixed episode in the previous 3 years is designed to ensure that patients are sufficiently at risk for recurrences during the study period.  Patients with 8 mood episodes or more in the previous year are excluded because they may require significantly different pharmacological approaches than patients with less rapid cycling (Grunze et al 2002).

Medications that are effective in the acute manic phases of the illness are generally given at similar or slightly lower doses during the maintenance phase of the illness.  In the quetiapine acute mania studies showing a difference between quetiapine and placebo, responding patients had a mean last-week daily dose of approximately 600 mg, with the majority of the patients receiving doses in the range of 400 to 800 mg/day.  These dosages were generally well tolerated.  Thus, a target dose of quetiapine of 600 mg, with allowance for titration for efficacy and tolerability, should ensure that adequate doses of quetiapine are used.

## 3.3      Selection of study population

### 3.3.1      Study selection record

Investigators must keep a record of patients who were considered for enrollment (i.e. have signed the informed consent form) but did not receive an enrollment number.

### 3.3.2      Open-label treatment Phase

#### 3.3.2.1      Inclusion criteria for entering the Open-label treatment Phase

For inclusion in the Open-label treatment Phase, patients must fulfill all of the following criteria at enrollment:

CONFIDENTIAL
AZSER12748422

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

1.      Provide written informed consent before initiation of any study-related procedures

2.      A diagnosis of Bipolar I Disorder, Most Recent Event Manic (296.4x), or Bipolar I Disorder, Most Recent Event Mixed (296.5x), with or without psychotic features, as defined by Diagnostic and Statistical Manual of Mental Disorders- Fourth Edition (DSM-IV)

3.      Male or female, at least 18 years old

4.      At least 1 manic or mixed episode in the 3 years prior to the index episode

5.      One of the following:

        –   A current manic or mixed episode by DSM-IV criteria

        –   A past manic or mixed episode within 26 weeks as documented by medical records, that was treated with quetiapine and mood stabilizer (lithium or valproate). Since this episode, treatment with this combination must not have been interrupted for more than 2 weeks continuously.

6.      Female patients of childbearing potential must be using a reliable method of contraception.  Reliable methods of contraception include hormonal contraceptives (eg, oral contraceptive or long-term injectable or implantable hormonal contraceptive), double-barrier methods (eg, condom and diaphragm, condom and foam, condom and sponge), intrauterine devices, and tubal ligation

7.      Able to understand and comply with the requirements of the study

### 3.3.2.2    Exclusion criteria for entering the Open-label treatment Phase

Any of the following is regarded as a criterion for exclusion from the study at enrollment:

1.      Diagnosis of an anxiety disorder as defined by DSM-IV, which was treated with medication within the past year

2.      Known intolerance or lack of response to quetiapine fumarate or to the assigned mood stabilizer, as judged by the investigator

3.      Pregnancy or lactation.  Female patients of childbearing potential must have a negative urine human chorionic gonadotropin (HCG) test at enrollment

4.      Substance or alcohol dependence at enrollment (except dependence in full remission, and except for caffeine or nicotine dependence), as defined by DSM-IV criteria

5.      Opiates, amphetamine, barbiturate, cocaine, cannabis, or hallucinogen abuse by DSM-IV criteria within 4 weeks prior to enrollment

CONFIDENTIAL
AZSER12748423

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

6.      Use of any of the following cytochrome P450 3A4 inhibitors in the 14 days preceding enrollment including but not limited to: ketoconazole, itraconazole, fluconazole, erythromycin, clarithromycin, troleandomycin, indinavir, nelfinavir, ritonavir, and saquinavir

7.      Use of any of the following cytochrome P450 inducers in the 14 days preceding enrollment including but not limited to: phenytoin, carbamazepine, barbiturates, rifampin, St. John's Wort, and glucocorticoids

8.      Thyroid stimulating hormone (TSH) concentration more than 10% above the upper limit of the normal range, regardless of treatment for hypothyroidism or hyperthyroidism

9.      Unstable or inadequately treated medical illness (eg, diabetes, angina pectoris, hypertension) as judged by the investigator

10.     Medical conditions that would affect absorption, distribution, metabolism, or excretion of study treatment

11.     Use of an experimental drug within 30 days of enrollment

12.     Previously randomized into this study or study D1447C00127

### 3.3.3      Randomized treatment Phase

### 3.3.3.1    Inclusion criteria for entering the Randomized treatment Phase

For inclusion in the Randomized treatment Phase, patients must fulfill all of the following criteria:

1.      has been treated with quetiapine and mood stabilizer (lithium or valproate) for at least 20 weeks but no more than 36 weeks

2.      CGI-BP Bipolar Illness, Overall Severity of Illness score ≤3 at the last 2 visits 4 weeks apart

3.      has been prescribed a stable dose of quetiapine within the range 400 to 800 mg/day during the last 4 weeks.  A stable dose is defined as a daily dose that does not vary by more than 100 mg (maximum-minimum) during this time interval.

4.      has been prescribed a stable dose of assigned mood stabilizer during the last 4 weeks.  A stable dose is defined as a daily dose of lithium carbonate that does not vary by more than 300 mg (maximum-minimum)or corresponding dose if another lithium salt is used, or a dose of sodium valproate that does not vary by more than 250 mg (maximum-minimum) or corresponding dose if another salt of valproate is used, during this time interval.

30(73)

CONFIDENTIAL
AZSER12748424

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

5.      has had stable mood stabilizer levels, defined as a trough serum concentration of
0.5 mEq/L to 1.2 mEq/L for lithium or 50 μg/ml to 125 μg/ml for valproate during
the last 4 weeks.

6.      YMRS ≤12 (assessed if all other inclusion criteria and none of the exclusion criteria
for randomization have been fulfilled)

7.      MADRS ≤12 (assessed if all other inclusion criteria and none of the exclusion
criteria for randomization have been fulfilled)

### 3.3.3.2    Exclusion criteria for entering the Randomized treatment Phase

Any of the following is regarded as a criterion for exclusion from the study at the last visit of
the Open-label treatment Phase:

1.      Hospitalization due to a mood event (manic, depressed or mixed) during the Open-
label treatment Phase

2.      Use of more than 2 mg of lorazepam any day during the last 4 weeks

3.      Use of any antidepressants, antipsychotics (other than quetiapine), anxiolytics
(other than lorazepam), or mood stabilizers (other than the assigned mood
stabilizer) during the last 4 weeks

4.      Electroconvulsive therapy (ECT) during the Open-label treatment Phase

5.      Use of depot antipsychotics during the last 8 weeks

6.      Attempt to commit suicide or homicide during the Open-label treatment Phase

7.      Substance or alcohol dependence (except dependence in full remission, and except
for caffeine or nicotine dependence), as defined by DSM-IV criteria

8.      Opiates, amphetamine, barbiturate, cocaine, cannabis, or hallucinogen abuse by
DSM-IV criteria during the last 4 weeks

### 3.3.4    Restrictions

See Section 3.4.4 for restricted and prohibited medications.

### 3.3.5    Discontinuation of patients from treatment or assessment

### 3.3.5.1    Criteria for Discontinuation

Patients may be discontinued from study treatment and assessments at any time.  Specific
reasons for discontinuing a patient from this study are:

1.      Voluntary discontinuation by the patient who are at any time free to discontinue
their participation in the study, without prejudice to further treatment.

31(73)

CONFIDENTIAL
AZSER12748425

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

2.      Safety reasons as judged by the investigator and/or AstraZeneca

3.      Severe non-compliance to protocol as judged by the investigator and/or AstraZeneca.

4.      Incorrect enrollment or randomization of the patient

5.      Patient is hospitalized due to a mood event (manic, depressed or mixed) during the Open-label treatment Phase

6.      Patient experiences a mood event (manic, depressed or mixed) during the Randomized treatment Phase as defined in Section 3.1.3

7.      The study is terminated by AstraZeneca

### 3.3.5.2    Procedures for discontinuation

Patients who discontinue should always be asked about the reason(s) for their discontinuation and about the presence of any adverse events.  If possible, they should be seen and assessed by the investigator(s).  Adverse events should be followed up and the electronic diary and investigational products should be returned by the patient.  All study procedures including collections of safety variables required at Final Visit should be conducted and recorded on the appropriate Case Report Forms (CRFs).

For all patients who discontinue, except for those patients who are discontinued due to a mood event as defined by medical intervention or rating scale criteria, the investigator must ascertain whether the discontinuation was due to a mood event.  This determination can be made by the investigator based on a telephone or face-to-face interview, information from family or other persons familiar with the patient, or other reliable sources.  The information that was used in making this determination will be documented on the appropriate sections of the CRF and the patient may be determined to have met the endpoint criterion.

Any patient who discontinues during the study and has clinically significant or abnormal findings on any of the safety assessment will have a follow-up visit within one week and at appropriate intervals thereafter until the abnormality resolves, if possible.

All adverse events should be reported to AstraZeneca and followed up until resolved or until, in the investigator's opinion, the condition has become stable and unlikely to change further (see Section 4.7.1).

Once a mood event (manic, depressed or mixed) occurres (see Section 3.1.3), the patient must be discontinued from the study.  Mood events should be reported to the assigned monitor within 3 days of event onset.

32(73)

CONFIDENTIAL
AZSER12748426

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

## 3.4 Treatments

### 3.4.1 Investigational product

The investigator or institution has the responsibility to establish a system for handling study treatments, including Investigational Product, so as to ensure that:

- Deliveries of such products from AstraZeneca are correctly received by the investigator or his designee

- Such deliveries are recorded

- Investigational Product is handled and stored safely and properly

- Investigational Product is only dispensed to patients in accordance with the Clinical Study Protocol

- Unused Investigational Product is accounted for and are returned to AstraZeneca for destruction, or destroyed locally upon approval from AstraZeneca

#### 3.4.1.1 Identity of investigational product and comparators

The investigational product will be supplied to the investigator by AstraZeneca. The investigational product will be supplied as tablets for oral use as follows (see Table 3):

**Table 3          Investigational product**

| Treatment | Formulation Number | Presentation |
|---|---|---|
| quetiapine 100mg | F12689 | yellow round tablet |
| placebo to match 100mg | F12637 | yellow round tablet |

AstraZeneca will provide centers with open-labeled supplies of quetiapine during the Open-label treatment Phase of the study, and blinded supplies of quetiapine and placebo during the Randomized treatment Phase of the study. Mood stabilizer (lithium or valproate) will be provided locally.

Quetiapine and the matching placebo contain lactose, which may cause discomfort in lactose-intolerant individuals.

Open-label treatment Phase

Patients will be supplied with visit packs containing sufficient tablets for 1, 2 or 4 weeks, dependent upon the visit being dispensed.

33(73)

CONFIDENTIAL
AZSER12748427

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

Tablets will be packed in white PVC/aluminium foil walleted blister packs for the first 4 weeks of open-label treatment, and packed in tamper evident, high-density polyethylene (HPDE) bottles with an induction seal child resistant cap for all remaining visits.

Randomized treatment Phase

AstraZeneca will provide patients with blinded quetiapine or placebo to match, during the Randomized treatment Phase.  Open-label quetiapine will also be provided for the beginning of this phase where the open-label quetiapine is replaced by the blinded investigational product.  Patients will be supplied with patient specific visit packs containing sufficient tablets for the first visit being dispensed.

Blinded quetiapine or placebo and open-label quetiapine will be packed in white PVC/aluminium foil walleted blister pack for visits 1 and 2, where open-label quetiapine is replaced by blinded investigational product (up to 14 days), and packed in tamper evident, high-density polyethylene (HPDE) bottles with an induction seal child resistant cap for all remaining visits.  Patients will be supplied with visit packs containing sufficient tablets for each visit being dispensed.

### 3.4.1.2    Doses and treatment regimens

Open-label treatment Phase

Patients will begin or continue open-label quetiapine at visit S1, after meeting all inclusion and none of the exclusion criteria for entering the Open-label treatment Phase.  Quetiapine will be given orally, twice daily, in divided doses.  However, if the total daily dose is 100 mg, this should be given as a single dose.

The recommended target dosage of quetiapine is 600 mg/day, but the prescribed dosage may be adjusted within the range of 400 to 800 mg/day to maximize efficacy and tolerability. Quetiapine should be given twice daily, in divided doses, and the dose should be titrated upward to reach 600 mg/day, as follows:

- Patients who are not taking quetiapine at enrollment should be given 100 mg on Day 1, 200 mg on Day 2, 300 mg on Day 3, and 400 mg on Day 4.  The dose should then be increased to 600 mg on Day 5.  However, the dose can be titrated more slowly to increase tolerability but must reach a minimum of 400 mg/day within 14 days after the first dose of quetiapine.

- Patients who are taking quetiapine at enrollment at a dosage of less than 400 mg/day should have their doses titrated upward in a manner consistent with the schedule stated above.

Patients will begin or continue on mood stabilizer (lithium or valproate) after meeting all inclusion and none of the exclusion criteria for entering the Open-label treatment Phase.  Dose regimen and dose adjustment for lithium or valproate will be at the discretion of the investigator to achieve symptom control, to minimize side effects, and to achieve target trough

CONFIDENTIAL
AZSER12748428

serum concentrations of 0.5 mEq/L to 1.2 mEq/L for lithium and 50µg/ml to 125 µg/ml for valproate during the entire length of the study.

Treatment with open-label quetiapine and mood stabilizer will continue until patients meet all the inclusion criteria and none of the exclusion criteria for randomization (see Section 3.3.3.1 and 3.3.3.2), at which time randomization will take place.  Patients who meet all the inclusion criteria and none of the exclusion criteria for randomization will be randomized in a blinded fashion to either quetiapine plus assigned mood stabilizer (lithium or valproate), or placebo plus assigned mood stabilizer (lithium or valproate).

Randomized treatment Phase

Quetiapine will be given orally, twice daily, in divided doses.  However, if the total daily dose is 100 mg, this should be given as a single dose.  Starting at Visit 1 (the day of randomization), open-label 100-mg quetiapine tablets should be replaced with 100-mg tablets of blinded investigational product at a rate of 1 tablet per every 2 days.  The rate of replacement can be slowed to increase tolerability.  Replacement of open-label quetiapine with blinded investigational product must be completed within 14 days.  If replacement is not completed within 14 days the assigned monitor should be contacted.  During this period the dose of blinded investigational product may be increased as clinically indicated to a maximum of 8 tablets/day (blinded and open-label medication combined).

After all open-label tablets are replaced; the dose of blinded investigational product (quetiapine or placebo) may be adjusted as clinically indicated within the dose range of 400 to 800 mg/day.

Investigators are encouraged to use investigational product (quetiapine or placebo) to treat anxiety, sleep, and other symptoms before using lorazepam or the restricted sleep medications.

Treatment with the assigned mood stabilizer will continue during the entire length of the study.  The assigned mood stabilizers cannot be adjusted after randomization except as follows:

1.      for intolerability, allow dosage decrease of mood stabilizer but no lower than the lower serum level limit (0.5mEq/L for lithium or 50 µg/ml for valproate), or

2.      if serum level is above or below the limits (0.5mEq/L to 1.2 mEq/L for lithium or 50 µg/ml to 125 µg/ml for valproate)

### 3.4.1.3    Labeling

Open-label treatment Phase

The visit packs will be labeled with a two part label with a tear off portion for affixing to the appropriate Case Report Form.  The visit pack label will contain at least the following information: study number, name of the sponsor, description of contents, expiry date and storage conditions.  The date of dispensing, visit number, center number, enrollment number,

CONFIDENTIAL
AZSER12748429

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

and dosing instruction will be left blank for completion at the time of dispensing.  It will also contain the statements "For clinical trial use only" and "Keep out of reach of children".

<u>Randomized treatment Phase</u>

The visit packs will be labeled with a two-part label with a tear off portion for affixing to the appropriate Case Report Form. The visit pack label will contain at least the following information: study number, name of the sponsor, description of contents, patient number, visit number, expiry date and storage conditions. The date of dispensing, center number and dosing instructions will be left blank for completion at the time of dispensing.  It will also contain the statements "For clinical trial use only" and "Keep out of reach of children".

### 3.4.1.4    Storage

All investigational products must be kept in a secure and locked place under appropriate storage conditions. For quetiapine store below 30 degrees Celsius and protect from moisture.

### 3.4.1.5    Accountability

The investigational products are to be prescribed only by the investigator or the sub-investigators or by a person authorized to do so by the principal investigator.  Under no circumstances will the investigator allow the investigational product (quetiapine or placebo) to be used other than as directed by the protocol without prior AstraZeneca approval.

The investigator must maintain accurate records accounting for the receipt of the investigational products (AstraZeneca provides a copy of the Delivery Note for this purpose) and for the disposition of the material.  This record keeping consists of a dispensing record that includes the identification of the person to whom the drug is dispensed, the quantity and the date of dispensing, and documentation of any unused drug returned to the investigator. This record is in addition to any drug accountability information recorded on the CRFs. Patients must return all unused drug to the investigator.  At the termination of the study or at the request of the sponsor, the assigned Monitor must return any unused supplies to the assigned AstraZeneca distribution site for destruction or destroy them locally after reconciliation and approval from AstraZeneca.  All returns will be documented on the AstraZeneca Study Drug Return Form supplied by AstraZeneca.

### 3.4.2    Method of assigning patients to treatment groups

This study will be established with a non-center-specific labeling (NCSL) randomization. Patient eligibility will be established before open-label treatment begins in the Open-label treatment Phase.  Patients will be randomized strictly sequentially, as patients are eligible for randomization.  If a patient discontinues from the study, the patient number will not be reused, and the patient will not be allowed to re-enter the study.

Randomization will be stratified by assigned mood stabilizer (lithium or valproate).  Patients will be randomized in balanced blocks with an equal probability of receiving the two treatments within each stratum.  The actual treatment given to the patient during the

CONFIDENTIAL
AZSER12748430

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

Randomized treatment Phase of the study will be determined by a randomization schedule prepared by the Biostatistical Group of AstraZeneca.

The investigator will assign the patient the first unallocated number available at the center according to the assigned mood stabilizer. If a number is allocated incorrectly, no attempt should be made to remedy the error once study material has been dispensed. The patient will continue with the allocated number and study material. The assigned monitor should be notified as soon as the error is discovered and the error should be adequately documented. Subsequent patients will continue using the first unallocated number in the original numbering sequence.

### 3.4.3    Blinding and procedures for unblinding the study

#### 3.4.3.1    Methods for ensuring blinding

Quetiapine 100-mg tablets are yellow. The placebo 100-mg tablets will be identical in appearance, smell and taste to the active product. Packaging, labeling and preparation of the investigational product will be performed in a way that will ensure blinding throughout the Randomized treatment Phase of the study.

No member of the study team in AstraZeneca, at investigational centers or the Clinical Research Organization (CRO) handling data will have access to the randomization scheme during the conduct of the study.

#### 3.4.3.2    Methods for unblinding the study

Individual treatment code envelopes, indicating the treatment randomization for each randomized patient, will be available to the investigator(s) or pharmacists at the investigational center.

The treatment code must not be broken except in medical emergencies when the appropriate management of the patient necessitates knowledge of the treatment randomization. The investigator(s) must document and immediately report to the assigned monitor any breaking of the treatment code. AstraZeneca retains the right to break the code in order to report serious adverse events to regulatory authorities.

Treatment codes will not be broken for the planned analyses of data until all decisions on the evaluability of the data from each individual patient have been made and documented.

### 3.4.4    Pre-study, concomitant and post-study treatment(s)

#### 3.4.4.1    Open-label treatment Phase

Nonpsychotropic medications, including over-the counter medications, taken by the patient before entry into the study may be continued during the study. Other medication, which is considered necessary for the patient's safety and well-being may be given at the discretion of the investigator. The administration of all medication (including investigational products) must be recorded in the appropriate sections of the case report form (CRF).

37(73)

CONFIDENTIAL
AZSER12748431

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

Women who enter the study with an intrauterine device in place, using oral contraceptives, or using injectable or implantable hormonal agents designed to prevent pregnancy may continue these treatments throughout the study.

Not more than 2 mg of lorazepam per day and no psychoactive and antipsychotic drugs other than those specifically allowed during the study (i.e. quetiapine, assigned mood stabilizer, and zolpidem tartrate, zaleplon, zopiclone and chloral hydrate) can be used during the last 4 weeks prior to randomization (see Section 3.3.3.2).  Psychoactive and antipsychotic drugs could interfere with the effect of the study treatment.

Potent cytochrome P450 3A4 inhibitors and inducers are prohibited due to an interaction that could influence the effect of quetiapine.

After discontinuation, patients should be treated according to normal practice at the investigational centre.

**Table 4          Permitted, restricted and prohibited medications during the Open-label treatment Phase**

| Use category | Type of medication |
| --- | --- |
| Permitted | Investigational product (quetiapine fumarate) |
| | Adjunct treatment (lithium/valproate) |
| | Previous medications for medical, nonpsychiatric illnesses |
| | Oral contraceptives and contraceptive devices |
| Restricted | One of the following can be used for insomnia up to the specified dosage per night: zolpidem tartrate, 10 mg; zaleplon, 20 mg; zopiclone, 7.5 mg; chloral hydrate, 1 g |
| | Anticholinergics can be used to treat extrapyramidal symptoms (EPS). Prophylactic use is prohibited |
| | Benzodiazepines as clinically indicated can be used with the exception of the last 4 weeks prior to randomization.  However, lorazepam can be used up to 2 mg any day during 4 weeks prior to randomization. |
| | Antipsychotic medications and mood stabilizers other than those assigned by the investigator (lithium or valproate) as clinically indicated can be used with the exception of the last 4 weeks prior to randomization |
| | Depot antipsychotic medications as clinically indicated can be used with the |

38(73)

CONFIDENTIAL
AZSER12748432

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

| Table 4 | Permitted, restricted and prohibited medications during the Open-label treatment Phase |
|---|---|
| **Use category** | **Type of medication** |
| | exception of the last 8 weeks prior to randomization |
| | Other psychoactive drugs (including antidepressants, anxiolytics, stimulants and sedatives) as clinically indicated can be used with the exception of the last 4 weeks prior to randomization |
| Prohibited | Potent cytochrome P450 3A4 inhibitors (including but not limited to ketoconazole, intraconazole, fluconazole, erythromycin, clarithromycin, troleandomycin, indinavir, nelfinavir, ritonavir, and saquinavir) |
| | Potent cytochrome P450 3A4 inducers (including but not limited to phenytoin, carbamazepine, barbiturates, rifampin, St. John's Wort, and glucocorticoids) |
| | Electroconvulsive therapy (ECT) |

The administration of all medication (including investigational products), the specific type of medication (trade or generic name), the indication for use, and the dates of usage must be recorded in the appropriate sections of the CRF.

### 3.4.4.2   Randomized treatment Phase

Nonpsychotropic medications, including over-the counter medications, taken by the patient before entry into the study may be continued during the study.  Other medication, which is considered necessary for the patient's safety and well-being may be given at the discretion of the investigator.  The administration of all medication (including investigational products) must be recorded in the appropriate sections of the case report form (CRF).

Women who enter the study with an intrauterine device in place, using oral contraceptives, or using injectable or implantable hormonal agents designed to prevent pregnancy may continue these treatments throughout the study.

The use of psychoactive and antipsychotic drugs other than those specifically allowed during the study (i.e. randomized treatment, assigned mood stabilizer, lorazepam and zolpidem tartrate, zaleplon, zopiclone and chloral hydrate) is prohibited (see Table 5).  Psychoactive and antipsychotic drugs could interfere with the result of the study and are part of the endpoint criteria.

Potent cytochrome P450 3A4 inhibitors and inducers are prohibited due to an interaction that could influence the effect of quetiapine.

CONFIDENTIAL
AZSER12748433

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

Investigators are encouraged to use the investigational product (quetiapine) to treat anxiety, sleep, and other symptoms before using lorazepam or the restricted sleep medications.

After discontinuation, patients should be treated according to normal practice at the investigational centre.

**Table 5          Permitted, restricted and prohibited medications during the Randomized treatment Phase**

| Use category | Type of medication |
| --- | --- |
| Permitted | Investigational product (quetiapine fumarate) |
| | Adjunct treatment (lithium/valproate) |
| | Previous medications for medical, nonpsychiatric illnesses |
| | Oral contraceptives and contraceptive devices |
| Restricted | One of the following can be used for insomnia up to the specified dosage per night: zolpidem tartrate, 10 mg; zaleplon, 20 mg; zopiclone, 7.5 mg; chloral hydrate, 1 mg |
| | Lorazepam can be used up to 2 mg/day during the Randomized treatment Phase. No other benzodiazepines are permitted. |
| | Anticholinergics can be used to treat extrapyramidal symptoms (EPS). Prophylactic use is prohibited. |
| Prohibited | Potent cytochrome P450 3A4 inhibitors (including but not limited to ketoconazole, intraconazole, fluconazole, erythromycin, clarithromycin, troleandomycin, indinavir, nelfinavir, ritonavir, and saquinavir) |
| | Potent cytochrome P450 3A4 inducers (including but not limited to phenytoin, carbamazepine, barbiturates, rifampin, St. John's Wort, and glucocorticoids) |
| | Antipsychotic medications and mood stabilizers other than those assigned by the investigator (lithium or valproate) |
| | Other psychoactive drugs (including antidepressants, anxiolytics, stimulants and sedatives) other than those specifically allowed. |
| | Electroconvulsive therapy (ECT) |

40(73)

CONFIDENTIAL
AZSER12748434

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

The administration of all medication (including investigational products), the specific type of medication (trade or generic name), the indication for use, and the dates of usage must be recorded in the appropriate sections of the CRF.

### 3.4.5    Treatment compliance

Compliance will be assessed based on the difference between dispensed and returned tablets. Patients regarded as non-compliant will, at the investigators discretion, be discontinued.

## 4.    MEASUREMENTS OF STUDY VARIABLES AND DEFINITIONS OF OUTCOME VARIABLES

### 4.1    Primary variable

The primary variable measured will be time to recurrence of a manic event in days from randomization confirmed by at least 1 of the following as judged by the investigator:

- initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a manic or mixed event

- hospitalization for a manic or mixed event

- YMRS score ≥20 at 2 consecutive assessments or at the final assessment if the patient discontinues

- Discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic or mixed event

This outcome variable is used as the basis for the sample size calculation found in Section 6.

### 4.2    Screening and demographic measurements

The following data are to be collected at enrollment:

- Informed Consent

- Inclusion and exclusion criteria

- Date of birth, sex and ethnic origin

- Psychiatric history (including documentation of DSM-IV criteria for Bipolar I Disorder)

- Significant medical history and surgical history, prior medication history and concurrent medication

41(73)

CONFIDENTIAL
AZSER12748435

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

- Psychiatric Assessments (YMRS, MADRS, CGI-BP, and PANSS-P)

- Sheehan Disability Scale (SDS)

- Physical examination including direct ophthalmoscopy

- Laboratory assessments including clinical chemistry tests, hematology, thyroid function test, urine toxicology, urinalysis, and serum pregnancy test as detailed in Section 4.7.2

- Mood stabilizer levels (only for those patients currently taking mood stabilizer (lithium or valproate) at enrollment)

- Vital signs (including pulse rate, systolic and diastolic blood pressures at supine and standing), height, and weight (see Section 4.7.3)

- Adverse events

- 12-lead ECG (see Section 4.7.4)

The data listed above will be recorded on the appropriate sections of the CRF.

## 4.3        Patient-Reported Outcomes (PROs)

The methods for collecting Patient Reported Outcomes (PRO) data are presented below.

### 4.3.1        Sheehan Disability Scale (SDS)

#### 4.3.1.1        Methods of assessment

The Sheehan Disability Scale (SDS) uses a discretized visual analog scale to measure 3 items to assess symptom impact on overall disability, reviewing the last week.  The instrument evaluates symptom impact and impairment in the domains of work/school, social life/leisure, and family life/home responsibility.

The SDS will be utilized to evaluate the level of functioning between mood events in the patient population.

#### 4.3.1.2        Derivation or calculation of variable

Each one of the 3 domains is rated from 0-10 (no impairment to most severe impairment) with evaluation of not at all (0), mild (1-3), moderate (4-6), marked (7-9) and extreme (10) disability.  A total score will be calculated.  A score of 30 indicates most severe impairment.

The total score and each of the 3 domains will be analyzed separately.  For total score, imputation of the mean of scores for the social life/leisure domain and the family life/home responsibilities domain, may be necessary for patients who do not work or go to school.

42(73)

CONFIDENTIAL
AZSER12748436

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

### 4.3.2     Life Charting Method Self/Prospective Rating (NIMH-LCM S/P)

#### 4.3.2.1     Methods of assessment

The NIMH-LCM S/P tracks on a daily basis the longitudinal course of the illness in terms of mood and functioning.  Daily recordings are made, at the end of the day, for hours of night time sleep, functional impairment resulting from manic or depressive symptoms on a 4-level severity scale (mild, moderate low, moderate high, severe) for manic and depressive symptoms respectively, number of mood switches per day, mood on a VAS 0-100 and impact of significant life events (e.g., divorce, loss of job).

#### 4.3.2.2     Derivation or calculation of outcome variable

The NIMH-LCM S/P will be utilized to explore number of mood switches between manic and depressed events.  It will also be utilized to explore decreases in the severity of manic and depressive symptoms between manic and depressed events.

Number of mood switches will be derived from the functional impairment scale and the assessment of number of mood switches per day. Severity of manic and depressive symptoms will be derived from the functional impairment scale and the mood VAS.

### 4.3.3     Psychological General Well-being Scale (PGWB)

#### 4.3.3.1     Method of assessment

The PGWB is a 22-item scale used to provide scores in 6 subscales of anxiety, depressed mood, positive well-being, self-control, general health and vitality.  Each item is rated over a 6-point rating scale.

The PGWB will be utilized to explore the quality of life of the patients.  The scale includes both positive and negative questions reviewing the last week.

#### 4.3.3.2     Derivation or calculation of outcome variable

The change from baseline (randomization) will be calculated at each assessment and at specified intervals.  The total score and each of the 6 domains will be analyzed separately.

### 4.3.4     Administration of PRO questionnaires

The SDS will be administered at enrollment, randomization (i.e. baseline), visit 4, visit 6 and at each visit thereafter (see Table 2).  The data will be recorded in the appropriate sections of the CRF (source data) by the patient.  The instrument should be administered prior to clinical evaluation.

From randomization, the NIMH-LCM S/P will be completed daily by the patients using an electronic diary.  The electronic data entered will be regarded as source data and will be transferred electronically to the study database at AstraZeneca.

The PGWB will be administered at randomization (i.e. baseline), visit 4, 6 and at each visit thereafter (see Table 2).  The data will be recorded on the appropriate sections of the CRF

43(73)

CONFIDENTIAL
AZSER12748437

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

(source data) by the patient.  The instrument should be administered prior to clinical evaluation.

## 4.4 Health Economic measurements and variables (Not applicable)

## 4.5 Pharmacokinetic measurement and variables (Not applicable)

## 4.6 Efficacy and pharmacodynamic measurement and variables

This study will not include pharmacodynamic measurements.  Table 6 shows how the efficacy variables of this study relate to the study objectives.

**Table 6            Efficacy objectives and variables relating to each objective**

| Objective | Variable |
| --- | --- |
| **Primary objective** | **Primary variable** |
| To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a manic event. | Time to manic event, defined as 1 of the following:<br>(a) Use of medication to treat a manic or mixed event (see Section 2.1)<br>(b) The event of hospitalization for a manic or mixed event<br>(c) YMRS score $\geq 20$ for 2 consecutive assessments<br>(d) YMRS score $\geq 20$ at final assessment AND patient discontinues<br>(e) Discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic or mixed event |
| **Secondary objective** | **Secondary variable** |
| To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a mood event. | Time to mood event, defined as 1 of the following:<br>(a) Use of medication to treat a manic, depressed or mixed event (see Section 2.2)<br>(b) The event of hospitalization for a manic, depressed or mixed event<br>(c) YMRS score $\geq 20$ or MADRS score $\geq 20$ for 2 consecutive assessments<br>(d) YMRS score $\geq 20$ or MADRS score $\geq 20$ at final assessment AND patient discontinues<br>(e) Discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic or mixed event |

44(73)

CONFIDENTIAL
AZSER12748438

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

| Objective | Variable |
|---|---|
| To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a depressed event. | Time to depressed event, defined as 1 of the following:<br><br>(a) Use of medication for depression or mixed event (see Section 2.2)<br><br>(b) The event of hospitalization for depressed or mixed event<br><br>(c) MADRS score ≥20 for 2 consecutive assessments<br><br>(d) MADRS score ≥20 at final assessment AND patient discontinues<br><br>(e) Discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic or mixed event |
| To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in decreasing the severity of manic and depressive symptoms between mood events | YMRS total score<br>MADRS total score<br>CGI-BP score<br>NIMH-LCM S/P item scores |
| To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in decreasing the severity of psychotic symptoms between mood events | PANSS-P score |
| To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in improving level of functioning between mood events | SDS total score and by domain |
| To explore the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in reducing mood switching between manic and depressed events | NIMH-LCM S/P score |
| To explore the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in improving Quality of life (QOL) | PGWB score |

CGI-BP  Clinical Global Impression – Bipolar.  NIMH-LCM S/P Life Charting Method Self/Prospective Rating .
MADRS  Montgomery-Asberg Depression Rating Scale.  PANSS-S  Positive and Negative Syndrome Scale-
Postive Subscale.  PGWB  Psychological General Well-being Scale.  SDS  Sheehan Disability Scale.  YMRS
Young Mania Rating Scale.

45(73)

CONFIDENTIAL
AZSER12748439

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

The methods for collecting efficacy data are presented in the following sections.

### 4.6.1 Time to event (manic, depressed or mixed)

#### 4.6.1.1 Methods of Assessment

An event will be defined as described in Table 6.

#### 4.6.1.2 Calculation or derivation of outcome variables

The onset of a mood event and the type of event (manic, depressed, or mixed) will be documented.  Time from randomization to onset of the event will be calculated by the sponsor.

### 4.6.2 Young Mania Rating Scale (YMRS)

#### 4.6.2.1 Methods of Assessment

To ensure consistency throughout the study, all investigators will receive training in rating the YMRS.  Only investigators certified by training will be permitted to conduct the assessments.  The same rater should conduct all YMRS assessments across visits for a given patient, as possible.  In the event that the primary rater is not available, a designated back-up rater may perform the YMRS.  The back-up rater must meet the same qualifications as the primary rater and be authorized by the Principal Investigator.

The YMRS score will be recorded on the appropriate sections of the CRF (source data).

#### 4.6.2.2 Calculation or derivation of outcome variables

The change from baseline (i.e. randomization) will be calculated by the sponsor at each assessment and final assessment in YMRS.

### 4.6.3 Montgomery-Asberg Depression Rating Scale (MADRS)

#### 4.6.3.1 Methods of Assessment

To ensure consistency throughout the study, all investigators will receive training in rating the MADRS.  Only investigators certified by training will be permitted to conduct the assessments.  The same rater should conduct all MADRS assessments across visits for a given patient, as possible.  In the event that the primary rater is not available, a designated back-up rater may perform the MADRS.  The back-up rater must meet the same qualifications as the primary rater and be authorized by the Principal Investigator.

The MADRS score will be recorded on the appropriate sections of the CRF (source data).

#### 4.6.3.2 Calculation or derivation of outcome variables

The change from baseline (i.e. randomization) will be calculated by the sponsor at each assessment and final assessment in MADRS.

CONFIDENTIAL
AZSER12748440

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

### 4.6.4    Positive and Negative Syndrome Scale- Positive Subscale (PANSS-P)

#### 4.6.4.1    Methods of Assessment

To ensure consistency throughout the study, all investigators will receive training in rating the PANSS-P.  Only investigators certified by training will be permitted to conduct the assessments.  The same rater should conduct all PANSS-P assessments across visits for a given patient, as possible.  In the event that the primary rater is not available, a designated back-up rater may perform the PANSS-P.  The back-up rater must meet the same qualifications as the primary rater and be authorized by the Principal Investigator.

The PANSS-P score will be recorded on the appropriate sections of the CRF (source data).

#### 4.6.4.2    Calculation or derivation of outcome variables

The change from baseline (i.e. randomization) will be calculated by the sponsor at each assessment and final assessment in PANSS-P.

### 4.6.5    Clinical Global Impression- Bipolar (CGI-BP)

#### 4.6.5.1    Methods of Assessment

To ensure consistency throughout the study, all investigators will receive training in the CGI-BP.  The same rater should conduct all CGI-BP assessments across visits for a given patient, as possible.  In the event that the primary rater is not available, a designated back-up rater may perform the CGI-BP.  The back-up rater must meet the same qualifications as the primary rater and be authorized by the Principal Investigator.

The CGI-BP scores will be recorded on the appropriate sections of the CRF (source data).

#### 4.6.5.2    Calculation or derivation of outcome variables

The change from baseline (i.e. randomization) will be calculated by the sponsor at each assessment and final assessment in CGI-BP Severity of Illness.

## 4.7    Safety measurements and variables

Safety will be evaluated in terms of adverse events (AEs, including serious adverse events), discontinuations due to AEs, clinical laboratory analyses, vital signs, weight, body mass index (BMI), ECG changes, physical examination, and EPS.  Safety and tolerability will be evaluated using mainly descriptive statistical methods.  The methods for collecting safety data are described below.

If there is a change in the medical condition of the patient, in the opinion of the investigator, the physical examination and any relevant laboratory analyses may be repeated at any time during the study.

CONFIDENTIAL
AZSER12748441

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

### 4.7.1 Adverse events

#### 4.7.1.1 Definitions

The definitions of adverse events (AEs), serious adverse events (SAEs) and other significant adverse events (OAEs) are given below.  It is of the utmost importance that all staff involved in the study are familiar with the content of this section.  The principal investigator is responsible for ensuring this.

It is AstraZeneca's standard practice continually to review all serious adverse events and to conduct a formal, regular review of all adverse events while the study is in progress.  If the patients' safety appears to be jeopardized at any point, AstraZeneca will terminate the study.

**Adverse event**

An adverse event is the development of an undesirable medical condition or the deterioration of a pre-existing medical condition following or during exposure to a pharmaceutical product, whether or not considered causally related to the product.  An undesirable medical condition can be symptoms (e.g., nausea, chest pain), or signs (e.g., tachycardia, enlarged liver).  In clinical studies, an AE can include an undesirable medical condition occurring at any time, including run-in or washout periods, even if no study treatment has been administered.

**Serious adverse event**

A serious adverse event is an AE occurring during any study phase (i.e., run-in, treatment, washout, follow-up), and at any dose of the investigational product, comparator or placebo, that fulfills one or more of the following criteria:

- results in death

- is immediately life-threatening

- requires in-patient hospitalization or prolongation of existing hospitalization

- results in persistent or significant disability or incapacity

- is a congenital abnormality or birth defect

- is an important medical event that may jeopardize the patient or may require medical intervention to prevent one of the outcomes listed above.

The causality of SAEs (i.e. their relationship to study treatment) will be assessed by the investigator(s), who in completing the relevant case report form must answer "yes" or "no" to the question "Do you consider that there is a reasonable possibility that the event may have been caused by the drug?"  For further guidance on the definition of an SAE and a guide to the interpretation of the causality question, see Appendix B to the Clinical Study Protocol.

48(73)

CONFIDENTIAL
AZSER12748442

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

**Other significant adverse event (OAE)**

OAEs will be identified by the Drug Safety Physician and if applicable also by the Clinical Study Team Physician during the evaluation of safety data for the Clinical Study Report. Significant adverse events of particular clinical importance, other than SAEs and those AEs leading to discontinuation of the patient from study treatment, will be classified as OAEs. Examples of these are certain events that lead to intervention (other than those already classified as serious), marked hematological and other laboratory abnormalities, dose reduction, or significant additional treatment.  For each OAE, a narrative may be written and included in the Clinical Study Report.

### 4.7.1.2    Recording of adverse events

All AEs that occur during enrollment, during treatment, or at the final visit, whether or not related to the investigational product, must be recorded on the appropriate sections of the CRF.  A description of the event, its intensity, duration, action taken, and outcome must be given, along with the investigator's causality assessment of the relationship of the event to the investigational product.

Intensity is defined as one of the following:

- Mild:           awareness of sign or symptom, but easily tolerated
- Moderate:    discomfort sufficient to cause interference with normal activities
- Severe:        incapacitating, with inability to perform normal activities

It is important to distinguish between serious and severe AEs.  Severity is a measure of intensity whereas seriousness is defined by the criteria in Section 4.7.1.1 under SAEs.  An AE of severe intensity need not necessarily be considered serious.  For example, nausea, which persists for several hours, may be considered severe nausea, but not an SAE.  On the other hand a stroke, which results in only a limited degree of disability, may be considered a mild stroke but would be an SAE.

If a diagnosis of the patient's condition has been made, then the diagnosis should be recorded as the SAE or the AE.  In instances of well-recognized symptoms, they can be recorded as the commonly used diagnosis (eg, fever, runny nose, and cough can be recorded as "flu"). However, if a diagnosis of the patient's condition has not been made, or if the individual symptoms are not well recognized, then the individual symptoms should be recorded separately.

A causality assessment must be recorded for all AEs.  The CRF asks the question, "In your medical judgment, is there a reasonable possibility that the event may have been caused by the investigational product?" (investigational product defined as randomized treatment plus mood stabilizer).  If there is any valid reason, even if undetermined or untested, for suspecting a possible cause-and-effect relationship between the investigational product and the occurrence of the AE, then this should be answered "yes".  Otherwise, if no valid reason exists for suggesting a possible relationship, then this should be answered "no".  If more than one AE is identified, a causality assessment must be made for each AE.  For further guidance, see Appendix B.

CONFIDENTIAL
AZSER12748443

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

Any detrimental change in the patient's condition after the patient enters the study will be discussed with the investigator. Where the detrimental change is considered by the investigator to constitute a progression or recurrence of bipolar mania or depression due to a lack of efficacy, this will not be considered to be an AE even where this necessitates or prolongs hospitalization. However, if it is felt that the medicine may have contributed to the deterioration, this should be treated as an AE.

Patient reported outcome questionaries (SDS, NIMH-LCM S/P, PGWB (see Section 4.3)) should not be used as instruments for collecting safety data. However, if information about an AE is elicited, this will be recorded on the AE CRF page. If such an AE fulfils the definition of an SAE, it should be reported as described in section 4.7.1.3.

Abnormal laboratory tests including ECGs, or vital signs, should not be reported as AEs unless they fulfill the criteria for an SAE or lead to discontinuation. If an abnormal laboratory test result or vital sign is associated with clinical signs and symptoms, the sign or symptom should be reported as the AE, and the associated test result or vital sign should be recorded on the appropriate CRF.

Should an overdose occur, it must be reported in accordance with the procedures described in Section 9.3. All overdoses, with or without associated symptoms, should be reported as AEs.

Suicide or attempted suicide, irrespective of the method, but occurring in connection with the use of investigational product, should be reported as AEs (serious or non-serious). This event should be identified as suicide or attempted suicide, and the method of the suicide or attempt should be provided. If an attempted suicide meets the criteria for an SAE, the event must be reported according to the guidelines in Section 4.7.1.3. Also refer to Section 9.4.

Should pregnancy occur, it must be reported in accordance with the procedures described in Section 9.5. Pregnancy in itself is not regarded as an AE unless there is a suspicion that the investigational product may have interfered with the effectiveness of a contraceptive medication.

The adverse event dictionary, Medical Dictionary for Regulatory Activities (MedDRA), will be used by AstraZeneca staff for the classification and analysis of AEs in the AMOS study database. For regulatory reporting, SAEs will be processed in the Clintrace Global Drug Safety Database and coded using MedDRA.

All AEs will be reported in the CRF at each visit throughout the study. This will include AEs spontaneously reported by the patient and/or observed by the physician or center staff. The patient will be asked a non-specific open question "Have you had any health problems since the previous visit?". Patients will also be instructed to volunteer adverse events noted at any time during the study. All positive responses must include the dates of onset and cessation, the intensity of the event, and the investigator's appraisal of each AE, and must be recorded on the appropriate sections of the CRF. If the intensity of an AE changes, only the maximum intensity of the event will be recorded.

Adverse events will be recorded from enrollment up to the final study visit, and during any follow-up period as required. All AEs and SAEs, including those that are ongoing at the end

CONFIDENTIAL
AZSER12748444

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

of the study or follow-up period, as required, will be followed to resolution or until such time in the investigator's opinion that the AE or SAE has become stable and unlikely to change.

New AEs occurring after the final visit are not actively sought or collected, however, SAEs occurring within 30 days after the subject has completed the study has to be reported to the AstraZeneca Drug Safety Department, as described in section 4.7.1.3.

The requirement to follow up is not intended to delay database lock or production of the clinical study report. Both these activities should proceed as planned with ongoing adverse events. Beyond the database lock, only serious unexpected AEs (as indicated in the IB) should be followed to resolution.

### 4.7.1.3    Reporting of serious adverse events

Investigators and other center personnel must inform appropriate AstraZeneca representatives of any SAE that occurs in the course of the study within 1 day (i.e. immediately but no later than the end of the next business day) of when he or she becomes aware of it.

The AstraZeneca representative will work with the investigator to compile all the necessary information and ensure that the AstraZeneca Drug Safety Department (i.e. Clintrace Data Entry Site) receives a report by day 1 for all fatal and life-threatening cases and by day 5 for all other SAEs.

Follow-up information on SAEs must also be reported by the investigator within the same time frames.

If a non-serious AE becomes serious, this and other relevant follow-up information must also be provided to AstraZeneca within 1 day as described above.

All SAEs have to be reported, whether or not considered causally related to the investigational product. All SAEs will be recorded in the case report form. The investigator is responsible for informing the Ethics Committee and/or the Regulatory Authority of the SAE as per local requirements.

If the reason for discontinuation from the study is death, this event may be reported as due to an adverse event. The cause of death should be documented on the appropriate CRF. Where the death is due to a combination of conditions, the investigator must decide on the primary cause of death and assign discontinuation to the appropriate category. The appropriate sections of the CRF should be completed for all conditions and reported to AstraZeneca as an SAE on the same day. The report should contain information regarding the co-involvement of disease, if appropriate, and incorporate information regarding the primary and secondary causes of death. The results of any post mortem examinations should be made available to AstraZeneca as soon as they are available.

CONFIDENTIAL
AZSER12748445

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

### 4.7.2 Laboratory safety measurements and variables

Blood and urine specimens will be collected for hematology, clinical chemistry tests, thyroid function tests, serum pregnancy tests, urinalysis, and urine toxicology and these samples will be processed by a central laboratory (Quintiles Laboratories). For the glucose samples, the time of the last meal will be recorded in the CRF. In addition, blood samples will be collected to check trough serum concentrations of the mood stabilizer (lithium or valproate) to meet stabilization criteria and as needed, at the discretion of the investigator, during the Randomized treatment Phase of the study. For information on total volume of blood to be drawn see Section 4.10.

#### 4.7.2.1 Methods of assessment

The following clinical laboratory tests will be performed following the assessment schedule outlined in Table 1 and Table 2. For information on how AEs based on laboratory tests should be recorded and reported see Section 4.7.1.2.

- Hematology tests will include the following: hemoglobin concentration, hematocrit, red blood cell count, total and differential white blood cell counts, and platelet count

- Clinical chemistry tests will include the following: total bilirubin, alkaline phosphatase, alanine transaminase (ALT), aspartate transaminase (AST), creatinine, BUN, sodium, potassium, chloride, glucose, bicarbonate, high-density lipoprotein cholesterol, triglycerides, low-density lipoprotein cholesterol, total cholesterol, and glycosylated hemoglobin levels ($HbA_{1C}$), and prolactin

- Thyroid function tests will include the following: thyroid stimulating hormone (TSH), free triiodothyronine (free T3) and free thyroxine (free T4)

- Serum pregnancy tests ($\beta$HCG) (only at enrollment and Final Visit or discontinuation)

- Mood stabilizer levels (lithium or valproate)

- Urinalysis (chemistry and specific gravity) (only at enrollment and Final Visit or discontinuation)

- Urine toxicology screen (only at enrollment)

#### 4.7.2.2 Calculation or derivation of outcome variables

For the Open-label treatment Phase, the change in laboratory measurements from enrollment to randomization visit will be calculated by the sponsor. For the Randomized treatment Phase, the change in laboratory measurements from randomization to final visit will be calculated by the sponsor. Change from enrollment to final visit will also be calculated.

CONFIDENTIAL
AZSER12748446

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

Laboratory test values will be compared to the laboratory standard normal ranges and flagged with H (High) or L (Low) if they are outside of the normal range.  In addition, treatment emergent laboratory changes identified using computerized methods to compare results or changes from baseline to standard extended ranges will be flagged at the patient and test level.  Source data will be electronically transferred from the central laboratory to the study database at AstraZeneca.

Lithium and valproate serum levels will be measured locally and results will be transcribed from printouts (source data) on the appropriate sections of the CRF.

### 4.7.3   Vital signs and weight measurement and variables

#### 4.7.3.1   Methods of assessment

Blood pressure, pulse rate, and weight will be recorded at enrollment and at subsequent study visits as described in Table 1 and Table 2.  Blood pressure and pulse rate will be recorded in supine position and 2 minutes after the patient has been standing. The method used at baseline must be used at each subsequent recording.  Weight must be measured (in kg) with the patient in light clothing, without shoes, and must be recorded using the same scale and at approximately the same time of day at each visit.  For information on how AEs based on vital signs and weight should be recorded and reported see Section 4.7.1.2.

Data will be recorded on the appropriate sections of the CRF (source data).

#### 4.7.3.2   Calculation or derivation of outcome variables

Change from baseline in vital signs, and weight will be derived as the value at the visit minus the value at randomization.  Values outside the extended range will be flagged.  Body mass index will be calculated as $kg/m^2$.  During the Open-label treatment Phase, change from enrollment baseline to randomization visit will be summarized for each measurement by assigned mood stabilizer.  During the Randomized treatment Phase, change from randomization baseline to final visit will be summarized for each measurement by randomized treatment, and by randomized treatment and assigned mood stabilizer. Change from enrollment baseline to final visit will be summarized for each measure by randomized treatment, and by randomized treatment and assigned mood stabilizer.

### 4.7.4   Electrocardiogram (ECG) safety measurements and variables

#### 4.7.4.1   Methods of assessment

A 12-lead ECG for patients will be acquired at the site, at enrollment and at subsequent visits as outlined in Table 1 and Table 2 and using a unit provided by the central ECG laboratory. The data will be transmitted to the central ECG laboratory.  Quality assurance of the ECG Waveform will be conducted by eResearch Technology, Inc (eRT).  ECGs will be processed through a computer interpretation program and then reviewed first by an ECG analyst and then by a board-certified cardiologist.  Results will be faxed and a hard-copy report mailed to the site within 24 hours for the enrollment and randomization (visit 1) assessments.  All other reports will be faxed and mailed within 72 hours of the assessment.  The time of the ECG will be recorded in the central ECG laboratory database.  Data will be transferred electronically to

53(73)

CONFIDENTIAL
AZSER12748447