the study database at AstraZeneca. For information on how AEs based on ECGs should be recorded and reported see Section 4.7.1.2. All ECG print outs and hard copy reports should be signed and dated by the investigator.

ECG results should be reviewed for potential clinical significance, which should be determined by the investigator in consultation with the cardiologist at the ECG laboratory, if needed.

### 4.7.4.2   Calculation or derivation of outcome variables

Change from baseline for interval data and rate data will be derived by subtracting the randomization value from the final assessment value. Values outside the extended range will be flagged. During the Open-label treatment Phase, change from enrollment baseline to randomization visit will be summarized for each measurement by assigned mood stabilizer. During the Randomized treatment Phase, change from randomization baseline to final visit will be summarized for each measurement by randomized treatment, and by randomized treatment and assigned mood stabilizer. Change from enrollment baseline to final visit will be summarized for each measure by randomized treatment, and by randomized treatment and assigned mood stabilizer.

### 4.7.5   Physical Examination

### 4.7.5.1   Methods of assessment

A complete physical examination, including direct ophthalmoscopy, according to local routine practice will be conducted at enrollment and at subsequent visits as outlined in Table 1 and Table 2 and recorded by body system on the appropriate sections of the CRF.

### 4.7.5.2   Calculation or derivation of outcome variables

Changes from enrollment examination will be reported.

### 4.7.6   Neurological Assessments and variables

### 4.7.6.1   Methods of assessment

EPS will be assessed as follows: Parkinsonian symptoms will be assessed using the Simpson-Angus Scale (SAS), akathisia will be measured by the Barnes Akathisia Rating Scale (BARS), and dyskinesia will be assessed using the Abnormal Involuntary Movement Scale (AIMS). Each of these assessments will be administered by the investigator at specified visits as defined in Table 2.

Assessments will be entered directly on the appropriate sections of the CRF (source data).

### 4.7.6.2   Calculation or derivation of outcome variables

For SAS and AIMS, individual item scores will be added to obtain a total score for each assessment. The changes from baseline (i.e. randomization) will be calculated at each assessment for the 3 neurological assessments above.

CONFIDENTIAL
AZSER12748448

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

## 4.8     Collection of samples for genetic analysis (Not applicable)

## 4.9     Genetic sampling and storage (Not applicable)

## 4.10     Volume of blood sampling and handling of biological samples

The total volume of blood that will be drawn from each patient in this study is as follows:

**Table 7          Volume of blood to be drawn from each patient**

| Assessment | | Sample volume (mL) | N of samples | Total volume (mL) |
|---|---|---|---|---|
| Safety | Clinical chemistry and Thyroid functioning | 8.5 | 9 | 76.5 |
| | Hematology | 4.5 | 13 | 58.5 |
| | Serum pregnancy[a] | — | 3 | — |
| Mood Stabilizer | | 5 | 32 | 160 |
| **Total** | | **18** | **65** | **295** |

[a]Sample volume included in sample volume for Clinical chemistry and Thyroid functioning

Procedures for collecting, labeling, storing and shipping all biological samples will be defined by the central laboratory (Quintiles Laboratories) and by the local laboratories (only mood stabilizer serum levels), which will be handling the analysis and reporting of results from the samples.

## 5.     DATA MANAGEMENT

Case Report Forms (CRFs) will be provided for recording of data.  The forms will be in triplicate with carbonless paper. Data will be recorded legibly onto the CRFs with black ink, preferably with a ballpoint pen.  If any data are not available, omissions will be indicated on the CRFs.  Corrections should be made legibly and be initialed and dated. Correction fluid or covering labels must not be used.  The top original and the first copy of the completed form will be collected and returned to AstraZeneca/AstraZeneca's agent and the investigator will retain the second copy.

After collection of the CRFs, each participating AstraZeneca Marketing Company (MC) and Clinical Research Region (CRR) will enter data continuously throughout the study into the AMOS database at AstraZeneca R&D, Södertälje. Data received electronically by AstraZeneca from a validated source will be loaded directly into the study database for analysis.  This means no transfer of data is needed, as all MC/CRR will have remote access to the central database AMOS (RAMOS). Further data checking and validation will be performed until the database corresponds completely with the data collected in the CRFs. Any queries raised by AstraZeneca should be answered by the investigator.

CONFIDENTIAL
AZSER12748449

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

Data will be cleaned on a regular basis by the participating MC/CRR. Clean file for the final database will be declared at AstraZeneca R&D Södertälje when all data have been set to clean by the MC/CRR and after consistency check between center/countries and a final quality control (QC) on an agreed sample of the data have been performed.

The Data Management Plan (DMP) written by the Clinical Data Manager (CDM) at AstraZeneca R&D Södertälje will describe the methods used to collect, check, transfer and process clinical data in the study. It will also clarify the roles and responsibilities of the different functions and personnel involved in the data management process.

# 6.    STATISTICAL METHODS AND DETERMINATION OF SAMPLE SIZE

## 6.1    Statistical evaluation – general aspects

A comprehensive Statistical Analysis Plan (SAP) will be prepared before unblinding of the data.  The Biostatistical Group of AstraZeneca will perform all analyses using the most recent validated version of SAS®.

### 6.1.1    Multiplicity

A stepwise sequential procedure will be used for the confirmatory part of this study to ensure a multiple level of significance of 0.05.  The following outcome variables will be tested sequentially

1.    Time to a manic event

      The null hypothesis is that the between group hazard ratio is equal to unity.

2.    Time to a mood event

      The null hypothesis is that the between group hazard ratio is equal to unity.

3.    Time to a depressed event

      The null hypothesis is that the between group hazard ratio is equal to unity.

4.    Mean change in SDS Total Score

      The null hypothesis is that the between group difference in mean change is zero

A 2-sided test for each of these null hypotheses will be performed at a significance level of 0.05.

56(73)

CONFIDENTIAL
AZSER12748450

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

A successful outcome of the primary analysis (1st step) is regarded as evidence that quetiapine as adjunct to a mood stabilizer is more effective than a mood stabilizer alone in increasing the time to a manic event.

No confirmatory claims for time to a mood event (2nd step) will be made unless the null hypotheses in both the 1st and 2nd step are rejected. A successful outcome in both these steps is regarded as evidence that quetiapine as adjunct to a mood stabilizer is more effective than a mood stabilizer alone in increasing the time to a mood event.

No confirmatory claims for time to a depressed event (3rd step) will be made unless the null hypothesis in the 1st, 2nd and 3rd step are all rejected. A successful outcome in all these steps is regarded as evidence that quetiapine as adjunct to a mood stabilizer is more effective than a mood stabilizer alone in increasing the time to a depressed event.

No confirmatory claims for SDS Total Score (4th step) will be made unless the null hypotheses in the 1st, 2nd, 3rd and 4th steps are all rejected. A successful outcome on all these steps is regarded as evidence that quetiapine as adjunct to mood stabilizer is more effective than mood stabilizer alone in improving level of functioning between mood episodes.

This stepwise sequential procedure ensures a multiple level of significance of 0.05 and concords to the CPMP guideline (CPMP guideline, Points to Consider on Multiplicity Issues in Clinical Studies).

Analyses made to check for robustness and/or validity of the primary analysis will be exploratory and focusing on presenting point estimates and 95% confidence intervals for the hazard ratio of quetiapine as adjunct to a mood stabilizer versus a mood stabilizer alone. The main purpose is to increase confidence in the results obtained from the primary analysis and no adjustment of the confidence levels used or the p-values displayed are therefore needed.

No confirmatory claims will be made for the other secondary outcome variables but p-values will generally be presented in order to aid the interpretation of the result. The confidence levels and p-values displayed will be unadjusted for multiplicity and the overall interpretation of these results will need to take multiplicity issues into account.

## 6.2 Description of outcome variables in relation to objectives and hypotheses

### 6.2.1 Primary study objective and outcome variable

The primary objective is to evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a manic event in patients with Bipolar I Disorder. Recurrence is defined as (1) initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a manic or mixed event, (2) hospitalization for a manic or mixed event, (3) YMRS score ≥20 at 2 consecutive assessments, or at the final

CONFIDENTIAL
AZSER12748451

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic or mixed event.

This objective will be tested using the outcome variable of time to manic event. This will be defined as the time from randomization to the first of the above listed events. In the case of YMRS score ≥20 at 2 consecutive assessments, the event start time will be the time of the first of the 2 consecutive assessments. In the case of YMRS score ≥20 at the final assessment, the time will be the time to the final assessment.

The proportions of patients having a manic event between randomization and week 28 and 52 will also be examined as a supporting outcome variable and for consistency with the main results.

### 6.2.2     Secondary objective: time to mood event

This objective is to evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time in days to recurrence of a mood event (manic or depressed). Recurrence is defined as (1) initiation of an antipsychotic, antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a manic, depressed or mixed event, (2) hospitalization for a manic, depressed or mixed event, (3) YMRS score ≥20 or MADRS score ≥20 at 2 consecutive assessments, or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic, depressed or mixed event.

This objective will be tested using the outcome variable of time to mood event. This will be defined as the time from randomization to the first of the above listed events. In the case of , YMRS score ≥20 or MADRS score ≥20 at 2 consecutive assessments, the event start time will be the time of the first of the 2 consecutive assessments with YMRS score ≥20, or to the first of 2 consecutive assessments with MADRS score ≥20. In the case of YMRS score ≥20 or MADRS score ≥20 at the final assessment, the time will be the time to the final assessment.

The proportions of patients having a mood event between randomization and week 28 and 52 will also be examined as a supporting outcome variable and for consistency with the main results.

### 6.2.3     Secondary objective: time to depressed event

This objective is to evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time in days to recurrence of a depressed event. Recurrence is defined as (1) initiation of an antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a depressed or mixed event, (2) hospitalization for a depressed or mixed event, (3) MADRS score ≥20 at 2 consecutive assessments, or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a depressed or mixed event.

CONFIDENTIAL
AZSER12748452

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

This objective will be tested using the outcome variable of time to depressed event. This will be defined as the time from randomization to the first of the above listed events. In the case of MADRS score ≥20 at 2 consecutive assessments, the event start time will be the time of the first of the 2 consecutive assessments with MADRS score ≥20. In the case of MADRS score ≥20 at the final assessment, the time will be the time to the final assessment.

The proportions of patients having a depressed event between randomization and week 28 and 52 will also be examined as a supporting outcome variable and for consistency with the main results.

### 6.2.4    Secondary objective: severity of manic and depressive symptoms

This objective is to evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in decreasing the severity of manic and depressive symptoms between mood events.

This objective will be tested using the following outcome variables:

- YMRS change from baseline (i.e. randomization) score at each visit after randomization and before the patient discontinues from the study, or meets the criteria for a manic, mixed, or depressed event (as defined previously).

- MADRS change from baseline (i.e. randomization) score at each visit after randomization and before the patient discontinues from the study, or meets the criteria for a manic, mixed, or depressed event (as defined previously).

- CGI-BP change from baseline (i.e. randomization) scores at each visit after randomization and before the patient discontinues from the study, or meets the criteria for a manic, mixed, or depressed event (as defined previously).

- NIMH-LCM S/P scores after randomization and before the patient discontinues from the study, or meets the criteria for a manic, mixed, or depressed event (as defined previously).

### 6.2.5    Secondary objective: severity of psychotic symptoms

This objective is to evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in decreasing the severity of psychotic symptoms between mood events.

This objective will be tested using the following outcome variables:

- PANSS-P change from baseline (i.e. randomization) score at visits as defined in Table 2 after randomization and before the patient discontinues from the study, or meets the criteria for a manic, mixed, or depressed event (as defined previously).

CONFIDENTIAL
AZSER12748453

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

### 6.2.6 Secondary objective: level of functioning

This objective is to evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in improving level of functioning between mood events.

This objective will be tested using the Sheehan Disability Scale.  The total score and each of the 3 domains will be analyzed separately.  For total score, imputation of the mean of scores for the social life/leisure domain and the family life/home responsibilities domain, may be necessary for patients who do not work or go to school.

The SDS Total Score will be summarized for each patient using the mean change from baseline across all assessments between randomization and up to, but excluding the first mood event.  The 3 functional domains of the SDS will be summarized using similar methods to those for the SDS Total Score.

### 6.2.7 Secondary objective: switching between manic and depressive mood

This objective is to explore the efficacy of quetiapine versus placebo in reducing mood switching between manic and depressive symptoms as assessed by the NIMH-LCM S/P.

This objective will be tested using outcome variables derived from the daily assessments generated in the NIMH-LCM S/P.  The NIMH-LCM S/P will be utilized to determine the number of mood switches per month for patients.  Evaluations will be described more in detail in the SAP.

### 6.2.8 Secondary objective: quality of life and well-being

This objective is to explore the efficacy of quetiapine versus placebo in improving QOL as assessed by the PGWB.

This objective will be tested using the scores from PGWB assessment between randomization and the time at which a patient either discontinues or meets the criteria for a manic, depressed, or mixed event.  The change in baseline will be calculated at each assessment (observed cases) and specified intervals.  The total score will be analyzed and each of the 6 domains will also be analyzed independently.

### 6.2.9 Secondary objective: patient acceptance

This objective is to explore the level of patient acceptance of quetiapine versus placebo as assessed by time to all-cause discontinuation.

This objective will be tested using the outcome variables of time between randomization and discontinuation from the study (for any reason).

### 6.2.10 Secondary objective: safety and tolerability

This objective is to determine whether quetiapine when used as adjunct to mood stabilizer (lithium or valproate) is safe and well tolerated during the Randomized treatment Phase.

CONFIDENTIAL
AZSER12748454

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

This objective will be tested using the following outcome variables, which are grouped according to type of outcome.

### 6.2.10.1   Adverse Events

All adverse events will be reported by randomized treatment and assigned mood stabilizer (lithium and valproate), separately for the Open-label treatment Phase and the Randomized treatment Phase.  These are described in more depth in Section 4.7.1.

### 6.2.10.2   Laboratory safety measurements and variables

These are described in Section 4.7.2.

### 6.2.10.3   Vital signs and weight measurement

These are described in Section 4.7.3, with the addition of the outcome variable of increase in weight by $\geq 7\%$ of baseline weight.

### 6.2.10.4   Electrocardiogram (ECG) safety measurements and variables

These are described in Section 4.7.4.

### 6.2.10.5   Neurological Assessments

The following 3 neurological assessments are detailed in Section 4.7.6:

- Change from baseline (i.e. randomization) SAS score

- Change from baseline (i.e. randomization) BARS score

- Change from baseline (i.e. randomization) AIMS score

## 6.3     Description of analysis sets

Data analyses will be based on the 4 patient populations, defined below.

- The open-label safety population will include all patients who entered the Open-label treatment Phase and took study treatment.  Data from this population will be used for safety analyses during the Open-label treatment Phase.

- The randomized safety population will include all patients who took randomized study treatment during the Randomized treatment Phase, classified according to actual treatment taken.  Data from this population will be used for safety analyses during the randomization phase.

- The intent-to-treat (ITT) population will include all randomized patients who took study treatment, classified according to their randomized treatment.  Data from this population will be used in most efficacy analyses.

CONFIDENTIAL
AZSER12748455

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

- The per-protocol (PP) population will be the subset of ITT patients who did not have any protocol violations or deviations affecting efficacy. Data collected after a patient had a deviation that significantly affected efficacy would be excluded from analysis. Data from this population will be used as a consistency check only for the primary study analysis.

## 6.4 Method of statistical analysis

### 6.4.1 Time to manic event

The main analysis of the time to manic event will be a Cox proportional hazards model to estimate the hazard ratio of recurrence between treatment groups, with 95% confidence intervals. This will be a 2-sided test of the hypothesis, with a statistical significance level of 0.05.

Time to event will be censored for at the time the patient discontinues from, or completes the study, without meeting manic or mixed event criteria. Time of censoring will be the date of the patient's final assessment.

The assigned adjunctive mood stabilizer (either lithium or valproate) will be included as a covariate.

The effects of center and treatment-by-center interaction will not be formally investigated because the effect of centers will be confounded with previously listed covariates. No analysis will be performed of individual centers or a subgroup of centers.

In addition the number and the proportion of patients having a manic event between randomization and week 28 and 52 will be presented for all patients and by the assigned mood stabilizer.

### 6.4.2 Time to mood event

The main analysis of the time to mood event will be a Cox proportional hazards model to estimate the hazard ratio of recurrence between treatment groups, with 95% confidence intervals. This will be a 2-sided test of the hypothesis, with a statistical significance level of 0.05.

Time to event will be censored for at the time the patient discontinues from, or completes the study, without meeting manic, mixed or depressed event criteria. Time of censoring will be the date of the patient's final assessment.

The assigned adjunctive mood stabilizer (either lithium or valproate) will be included as a covariate.

The effects of center and treatment-by-center interaction will not be formally investigated because the effect of centers will be confounded with previously listed covariates. No analysis will be performed of individual centers or a subgroup of centers.

CONFIDENTIAL
AZSER12748456

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

In addition the number and the proportion of patients having a mood event between randomization and week 28 and 52 will be presented for all patients and by the assigned mood stabilizer.

### 6.4.3    Time to depressed event

The main analysis of the time to depressed event will be a Cox proportional hazards model to estimate the hazard ratio of recurrence between treatment groups, with 95% confidence intervals.  This will be a 2-sided test of the hypothesis, with a statistical significance level of 0.05.

Time to event will be censored for at the time the patient discontinues from, or completes the study, without meeting depressed or mixed event criteria.  Time of censoring will be the date of the patient's final assessment.

The assigned adjunctive mood stabilizer (either lithium or valproate) will be included as a covariate.

The effects of center and treatment-by-center interaction will not be formally investigated because the effect of centers will be confounded with previously listed covariates.  No analysis will be performed of individual centers or a subgroup of centers.

In addition the number and the proportion of patients having a depressed event between randomization and week 28 and 52 will be presented for all patients and by the assigned mood stabilizer.

### 6.4.4    Severity of manic or depressive symptoms

YMRS, MADRS, CGI-BP, and scores will be analyzed using a repeated measures analysis of all assessments between randomization and up to, but excluding the mood event.  The estimated difference between the least square means of the treatment groups will be used as the test statistic, with a statistical significance level of 0.05.  By using the least-squares means, the analysis will adjust for differences in covariates:

The assigned adjunctive mood stabilizer (either lithium or valproate) and visit will be included as a fixed effect covariate.  Other potential covariates will be examined and finalized in the SAP.

Details of the analysis of the NIMH-LCM S/P score will be described in the SAP.

### 6.4.5    Severity of psychotic symptoms

The PANSS-P scores will be analyzed using the same techniques as the YMRS and MADRS scores.

### 6.4.6    Level of functioning

Global level of functioning between mood events, as assessed by the SDS total score will be evaluated as a secondary outcome of particular interest. The key outcome variable for this

CONFIDENTIAL
AZSER12748457

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

claim will be the mean change from baseline of the SDS total score (i.e. the sum of the 3
domains; Work/school, Social life and Family/Home responsibilities). For patients with a
documented mood event (manic, depressed or mixed), all assessments from randomization to
the last assessment prior to the event will be used when calculating mean change from
baseline of the SDS total score. For patients not experiencing a mood event during trial, all
available assessments will be used.

This outcome variable will be analyzed by using an Analysis of Covariance model with
treatment and assigned mood stabilizer as fixed effects and the SDS total score at baseline as a
covariate. The null hypothesis of no difference in the mean SDS total score between treatment
groups will be tested in favor of the alternative that there is a difference. A statistically
significant result in favor of quetiapine will provide evidence that quetiapine is more effective
than placebo, as adjunct to mood stabilizers, in improving level of functioning in between
mood episodes.

In addition, the estimated mean of the mean change in SDS total score for each treatment
group, the estimated difference between groups and the corresponding 95% confidence
intervals will be calculated using the above model.  Similar analyses will be performed
separately for the 3 SDS domains (Work/school, Social life and Family/Home).

### 6.4.7      Switching

The frequency of mood switching will be assessed using the NIMH-LCM S/P.  Details of the
analysis will be described in the SAP.

### 6.4.8      Quality of life and well-being

The Quality of life and well-being will be assessed using the PGWB.  Details of the analysis
will be described in the SAP.

### 6.4.9      Patient acceptance

Time to all-cause discontinuation will be analyzed with the same Cox proportional hazards
techniques as in the main analysis of the primary outcome variable.  This will estimate a
hazard ratio of discontinuation between treatment groups, with 95% confidence intervals.
Details of the analysis will be finalized in the SAP.

### 6.4.10      Safety and tolerability analyses

Safety and tolerability will be assessed for the Open-label treatment Phase, the Randomized
treatment Phase, and across the entire study interval.  Safety and tolerability will be evaluated
by assigned mood stabilizer (lithium or valproate).  Clinically significant thresholds will be
identified in the SAP.

### 6.4.10.1   Adverse Events

Serious adverse events, adverse events leading to death, and adverse events leading to
discontinuation of patients from the study will be tabulated.

CONFIDENTIAL
AZSER12748458

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

Adverse events will be classified using the Medical Dictionary for Regulatory Activities (MedDRA) system of nomenclature.  Numbers of events and crude incidence rates will be tabulated by body system and preferred term.  If a particular adverse event occurs more than once in any patient, the event will contribute only 1 observation to the numerator of the crude incidence rate.  If the intensity or seriousness of the adverse event changes, the overall intensity or seriousness will be the maximum intensity or seriousness of the multiple recurrences.  The denominator of the rate will comprise all patients exposed to treatment.  The intensities of all events will also be tabulated.

No statistical analyses are planned of adverse event incident rates.  Only descriptive statistics will be generated.

### 6.4.10.2   Laboratory safety measurements and variables

Descriptive statistics will present change in laboratory measurements from baseline.  In addition, clinically significant values will be summarized using shift tables.

### 6.4.10.3   Vital signs and weight measurement

Descriptive statistics will present change in vital sign measurements from baseline.  In addition, clinically significant values will be summarized using shift tables.

The number and proportion of patients who have a weight gain $\geq 7\%$ will be summarized by baseline BMI category.

### 6.4.10.4   Electrocardiogram (ECG) measurements

Descriptive statistics will present change in ECG measurements from baseline.  In addition, clinically significant values will be summarized using shift tables.

### 6.4.10.5   Neurological Assessments

Descriptive statistics will present change in SAS, BARS, and AIMS measurements from baseline.

## 6.5      Determination of sample size

The primary outcome variable in this study is time to recurrence of a manic event.  This variable will be analyzed using Cox proportional hazards model.  Assuming a hazard ratio of 0.6 for quetiapine versus placebo, this analysis requires at least 162 patients with a documented recurrence of mania (with a two-tailed test with significance level of 0.05 and a power of 90%.).

Recruitment of patients to the Open-label treatment Phase will be stopped by the sponsor when it is estimated that a sufficient number of patients have been recruited to provide a total of 162 manic events.

The study will be terminated by the sponsor when both of the following conditions have been fulfilled:

CONFIDENTIAL
AZSER12748459

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

1.       the required number of events has occurred (at least 162 manic events)

2.       all remaining randomized patients have either completed 28 weeks of randomized treatment without a mood event (manic, depressed, or mixed), or have experienced a mood event (manic, depressed, or mixed), or have discontinued from the study

Patients reaching 28 weeks of randomized treatment before the above is fulfilled will continue until the study is terminated by the sponsor or until the patient has either discontinued from the study, or experienced a mood event (manic, depressed, or mixed), or until the patient has reached 104 weeks of randomized treatment.

Assuming that 22.5% of the patients will have a manic recurrence, approximately 720 patients will need to be randomized.  If 50% of the enrolled patients fulfill the criteria for randomization this will lead to approximately 1440 enrolled patients.

The assumptions made for the power calculations were based on information from a 1-year recurrence prevention study with the atypical antipsychotic drug olanzapine (Tohen, Marneros, Bowden et al 2002).  In this study the rate of a manic recurrence at 1 year was approximately 15% in the olanzapine group and 30% in the lithium group.

## 6.6     Interim analyses (Not applicable)

## 6.7     Data and safety monitoring board (Not applicable)

# 7.       STUDY MANAGEMENT

## 7.1     Monitoring

Before first patient enters into the study, a representative of AstraZeneca or company representing AstraZeneca will visit the investigational study center to:

*       determine the adequacy of the facilities

*       discuss with the investigator(s) (and other personnel involved with the study) their responsibilities with regard to protocol adherence, and the responsibilities of AstraZeneca or its representatives.  This will be documented in a Clinical Study Agreement between AstraZeneca and the investigator.

*       discuss where source data will be recorded e.g., medical record(s), CRF and other associated documents.  This will be documented in the Clinical Study Agreement between AstraZeneca and the investigator.

During the study, a monitor from AstraZeneca or company representing AstraZeneca will have regular contacts with the investigational center, including visits to:

*       provide information and support to the investigator(s)

66(73)

CONFIDENTIAL
AZSER12748460

- confirm that facilities remain acceptable

- confirm that the investigational team is adhering to the protocol, that data are being accurately recorded in the case report forms (CRFs), and that investigational product (quetiapine or placebo) accountability checks are being performed

- perform source data verification (a comparison of the data in the CRFs with the patient's medical records at the hospital or practice, and other records relevant to the study). This will require direct access to all original records for each patient (e.g., clinic charts).

The monitor or another AstraZeneca representative will be available between visits if the investigator(s) or other staff at the center need information and advice.

## 7.2      Audits and inspections

Authorized representatives of AstraZeneca, a regulatory authority, an Independent Ethics Committee (IEC) or an Institutional Review Board (IRB) may visit the center to perform audits or inspections, including source data verification. The purpose of an AstraZeneca audit or inspection is to systematically and independently examine all study-related activities and documents to determine whether these activities were conducted, and data were recorded, analyzed, and accurately reported according to the protocol, Good Clinical Practice (GCP), guidelines of the International Conference on Harmonization (ICH), and any applicable regulatory requirements. The investigator should contact AstraZeneca immediately if contacted by a regulatory agency about an inspection at his or her center.

## 7.3      Training of staff

The principal investigator will maintain a record of all individuals involved in the study (medical, nursing and other staff). He or she will ensure that appropriate training relevant to the study is given to all of these staff, and that any new information of relevance to the performance of this study is forwarded to the staff involved.

To ensure consistency throughout the study, all investigators will receive training in rating the assessment scales. Only investigators certified by training will be permitted to conduct the assessments.

## 7.4      Changes to the protocol

Study procedures will not be changed without the mutual agreement of the Principal Investigator and AstraZeneca.

If it is necessary for the study protocol to be amended, the amendment or a new version of the study protocol (Amended Protocol) must be notified to or approved by each IRB or IEC, and if applicable, also the local regulatory authority, before implementation. Local requirements must be followed.

CONFIDENTIAL
AZSER12748461

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

If a protocol amendment requires a change to a particular center's Written Informed Consent Form, then AstraZeneca and the center's IRB or IEC must be notified.  Approval of the revised Written Informed Consent Form by AstraZeneca and by the IRB or IEC is required before the revised form is used.

AstraZeneca or a company representing AstraZeneca will distribute amendments and new versions of the protocol to each principal investigator(s), who in turn is responsible for the distribution of these documents to his or her IRB or IEC, and to the staff at his or her center. The distribution of these documents to the regulatory authority will be handled according to local practice.

## 7.5      Study agreements

The principal investigator at each center must comply with all the terms, conditions, and obligations of the Clinical Study Agreement for this study.  In the event of any inconsistency between this Clinical Study Protocol and the Clinical Study Agreement, the Clinical Study Agreement shall prevail.

## 7.6      Study timetable and termination

First patient is planned to be enrolled in November 2003 and that the last patient is estimated to complete the study in March 2006.  The recruitment period is estimated to begin in November 2003 and end in September 2005, or when the Sponsor notifies the investigator as described in Section 3.1.4.

Before a patient's enrollment in the study and any study-related procedures are undertaken the following should be fulfilled:

- signed Clinical Study Protocol and other agreements between AstraZeneca and the Principal Investigator/Study Center.

- written approval of the study by the IRB/IEC

- written approval of the study, if applicable, by the regulatory authority.

The study will be terminated by AstraZeneca as described in section 3.1.4.

## 8.      ETHICS

## 8.1      Ethics review

It is hoped that the treatment will be of benefit to the patient and that the information retrieved will lead to more efficacious treatments of Bipolar I Disorder.  The study drugs may cause side effects, including risks that have not been identified in previous studies.  The study involves blood sampling, which may cause discomfort to the patient.

68(73)

CONFIDENTIAL
AZSER12748462

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

The final study protocol, including the final version of the Written Informed Consent Form, must be approved or given a favorable opinion in writing by an IRB or IEC as appropriate. The investigator must submit written approval to AstraZeneca before he or she can enroll any patient into the study.

The principal investigator(s) is responsible for informing the IRB or IEC of any amendment to the protocol in accordance with local requirements.  In addition, the IRB or IEC must approve all advertising used to recruit patients for the study.  The protocol must be re-approved by the IRB or IEC annually, as local regulations require.

Progress reports and notifications of serious unexpected adverse drug reactions will be provided to the IRB or IEC according to local regulations and guidelines.

The principal investigator(s) is also responsible for providing the IRB with reports of any serious adverse drug reactions from any other study conducted with the investigational product, if applicable.  AstraZeneca will provide this information to the principal investigator(s).

## 8.2      Ethical conduct of the study

The study will be performed in accordance with ethical principles that have their origin in the Declaration of Helsinki and are consistent with ICH/GCP, applicable regulatory requirements and the AstraZeneca policy on Bioethics.

## 8.3      Written informed consent

The principal investigator(s) at each center will ensure that the patient is given full and adequate oral and written information about the nature, purpose, possible risk and benefit of the study.  Patients must also be notified that they are free to discontinue from the study at any time.  The patient should be given the opportunity to ask questions and allowed time to consider the information provided.

If the patient is incapacitated (mentally or physically), he/she must be informed about the study to the extent of his/her understanding.  If capable, the patient must personally consent by signing the ICF.  If the patient is not capable of consenting personally, the procedure for obtaining the patient's informed consent then applies to a legally acceptable representative, who must also be given the information and sign and date the ICF.

If the patient is unable to read or write, an impartial witness must be present during the entire informed consent discussion.  The ICF and any other written information to be provided to the patient should be read and explained to the patient.  After the patient has verbally consented to participate in the study, the patient, if capable of doing so, must sign and date the ICF.  The impartial witness must also sign and date the ICF.  This will indicate that the ICF and any other written information were accurately explained to, and apparently understood by, the patient and that the patient freely gave that informed consent.

CONFIDENTIAL
AZSER12748463

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

The patient's signed and dated informed consent must be obtained before conducting any
procedure specifically for the study.

The principal investigator(s) must store the original, signed Written Informed Consent Form.
A copy of the signed Written Informed Consent Form must be given to the patient.

If modifications are made according to local requirements, the new version has to be approved
by AstraZeneca.

## 8.4      Patient data protection

The Written Informed Consent Form will explain that study data will be stored in a computer
database, maintaining confidentiality in accordance with national data legislation.  All data
computer processed by AstraZeneca will be identified by study code/patient number/initials.

The Written Informed Consent Form will also explain that for data verification purposes,
authorized representatives of AstraZeneca, a regulatory authority, an IRB or IEC may require
direct access to parts of the hospital or practice records relevant to the study, including
patients' medical history.

## 9.      EMERGENCY PROCEDURES

## 9.1      AstraZeneca emergency contact procedure

In the case of a medical emergency, contact the Clinical Study Team Leader.  If the Clinical
Study Team Leader is not available, contact the Clinical Study Team Physician at the
AstraZeneca Research and Development site shown below.

| Role in the study | Name | Address and Telephone number |
|---|---|---|
| Clinical Study Team Leader | Karolina Svensson | AstraZeneca R&D Södertälje<br>Forskaregatan 20<br>151 85 Södertälje<br>Sweden<br>Tel +46 8 553 260 31<br>Fax +46 8 553 216 61 |
| Clinical Study Team Physician | Björn Paulsson | AstraZeneca R&D Södertälje<br>Forskaregatan 20<br>151 85 Södertälje<br>Sweden<br>Tel. +46 8 553 284 25<br>Fax +46 8 553 255 59 |

CONFIDENTIAL
AZSER12748464

> The local AstraZeneca representative could be found on page 2 in this protocol, AstraZeneca emergency contact procedure.

## 9.2    Procedures in case of medical emergency

The principal investigator(s) is responsible for ensuring that procedures and expertise are available to handle medical emergencies during the study.

The treatment code may not be broken unless in an emergency situation when the appropriate management of the patient necessitates knowledge of the treatment allocation.  In such an emergency, the investigator will, if time and circumstances permit, contact the assigned person at AstraZeneca prior to breaking the treatment code.  If the code is broken, the date, time, and reason should be recorded and the investigator should sign the record.

## 9.3    Procedures in case of overdose

For the purpose of this study, all overdoses, with or without associated symptoms, should be reported as adverse events (AEs).  However, all cases of overdose must be reported immediately, within 1 day, if sequelae meeting the criteria for a serious adverse event (SAE) have occurred in association with the overdose. In all instances, the overdose substance must be stated and an assessment whether the overdose was accidental or intentional should be recorded.  If the overdose was a suicide attempt, this fact should be clearly stated.  Adverse events (serious and nonserious) that occur as a result of an overdose should be recorded on the CRF as "sequelae to overdose" (for example, nausea as sequelae to overdose").

In clinical studies, experience with quetiapine in overdosage is limited.  Estimated dosed of up to 20 g of quetiapine have been taken; no fatalities were reported and patients recovered without sequelae.  In postmarketing experience, there have been very rare reports of overdose of quetiapine alone resulting in death or coma.

In general, reported signs and symptoms were those resulting from an exaggeration of the drug's known pharmacological effects, i.e. drowsiness and sedation, tachycardia and hypotension.

There is no specific antidote to quetiapine.  In cases of severe intoxication, the possibility of multiple drug involvement should be considered, and intensive care procedures are recommended, including establishing and maintaining a patent airway, ensuring adequate oxygenation and ventilation, and monitoring and support of the cardiovascular system.  Close medical supervision and monitoring should be continued until the patient recovers.

## 9.4    Procedures in case of suicide attempt or suicide

Suicide and suicide attempt, irrespective of the method, but in connection with the use of investigational product, should be reported as an AE or an SAE in accordance with the definition provided in Section 4.7.1.1.  This event should be identified as suicide or suicide

CONFIDENTIAL
AZSER12748465

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

attempt, and the method of the suicide or the suicide attempt should be provided.  Suicidal thoughts should also be regarded as AEs.

## 9.5    Procedures in case of pregnancy

Pregnancy itself is not regarded as an AE unless there is a suspicion that the investigational product under study may have interfered with the effectiveness of a contraceptive medication. However, the outcome of all pregnancies (spontaneous miscarriage, elective termination, normal birth or congenital abnormality) must be followed up and documented even if the patient was discontinued from the study.

All reports of congenital abnormalities/birth defects are SAEs.  Spontaneous miscarriages should also be reported and handled as SAEs.  Elective abortions without complications should not be handled as AEs.  All outcomes of pregnancy must be reported to AstraZeneca on the pregnancy outcomes report form.

Information regarding the effects of quetiapine on fetuses and lactation is very limited. Female patients of childbearing potential must be using a reliable method of contraception. Reliable methods of contraception include hormonal contraceptives (eg, oral contraceptive or long-term injectable or implantable hormonal contraceptive), double-barrier methods (eg, condom and diaphragm, condom and foam, condom and sponge), intrauterine devices, and tubal ligation and must have a negative urine human chorionic gonadotropin (HCG) test at enrollment.


## 10.    REFERENCES

1.    Barnes T.R.E.  A rating scale for drug-induced akathisia.  Br J Psychiatry 1989;154:672-6.

2.    Bipolar Network News 2002;8(1).  Available at http://www.bipolarnews.org.

3.    Bowden C.L., Calabrese J.R., McElroy S.L., Gyulai L., Wassef A., Petty F., et al. A randomized, placebo-controlled 12 month study of valproate and lithium in treatment of outpatients with bipolar I disorder.  Valproate Maintenance Study Group.  Arch Gen Psychiatry 2000;57(5):481-9.

4.    CPMP guideline, Points to Consider on Multiplicity Issues in Clinical Studies

5.    Dupuy H.J.  The psychological general well-being index.  In: Wenger, N.K., Mattson, M.E., Furberg, C.D., Elinson, J., et al, editors.  Assessment of Quality of Life in Clinical Trials of Cardiovascular Therapies.  New York: LeJacq; 1984.  p. 170-83.

6.    Grunze H., Amann B., Dittman S., Walden J.  Clinical relevance and treatment possibilities of bipolar rapid cycling [Review] [100 refs].  Neuropsychobiology 2002;45 Suppl 1:20-6.

CONFIDENTIAL
AZSER12748466

Clinical Study Protocol
Study Code: D1447C00126
Edition No. 1

7.    Guy W., editor.  ECDEU Assessment Manual for Psychopharmacology.  Rev ed. Rockville, Maryland: National Institute of Mental Health, 1976.

8.    Kay S.R., Fiszbein A., Opler L.A.  The Positive and Negative Syndrome Scale (PANSS).  Schiz Bull 1987;13:261-76.

9.    Montgomery S.A., Asberg M.  A new depression scale designed to be sensitive to change.  Br J Psychiatry 1979;134:382-89.

10.    Sheehan DV:  Disability scale.  Sheehan 1999

11.    Simpson G.N., Angus J.W.S.  A rating scale for extrapyramidal side effects.  Acta Psychiatr Scand 1970;212(suppl 44):11-9.

12.    Spearing M.K., Post R.M., Leverich G.S., Brandt D., Nolen W.  Modification of the Clinical Global Impressions (CGI) scale for use in bipolar illness (BP): the CGI-BP. Psychiat Res 1997;73:159-71

13.    Tohen M., Marneros A., Bowden C., et al.  Olanzapine versus lithium in relapse prevention in bipolar disorder: a randomized double-blind controlled 12-month clinical study.  Presented at third European Stanley Foundation Conference on Bipolar Disorder 2002; Freiburg, Germany.

14.    Tohen M, Chengappa KNR, Suppes T, et al.  Olanzapine combined with lithium or valproate in prevention of recurrence in bipolar disorder: an 18-month study.  CPNP 2002.

15.    Tondo L., Baldessarini R.J., Hennen J., Floris G.  Lithium maintenance treatment of depression and mania in bipolar I and bipolar II disorders.  Am J Psychiatry 1998;155(5):638-45.

16.    Young R.C., Biggs J.T., Ziegler V.E. Meyer D.A.  A rating scale for mania: reliability, validity, and sensitivity.  Br J Psychiatry 1978;133:429-35.

CONFIDENTIAL
AZSER12748467



| Clinical Study Protocol: Appendix A | |
|---|---|
| Drug substance: | Quetiapine fumarate |
| Study Code: | D1447C00126 |
| Appendix Edition No: | 1 |
| Appendix Date: | 8 July 2003 |

# Appendix A
# Signatures

CONFIDENTIAL
AZSER12748468

Clinical Study Protocol: Appendix A
Study code D1447C00126  Appendix Edition No: 1
Appendix Date: 8 July 2003

# ASTRAZENECA SIGNATURE(S)

---

## A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400mg to 800mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients

---

I agree to the terms of this study protocol

**AstraZeneca Clinical Development Team representative**

| | |
|---|---|
| Martin Brecher | Date |
| Global Project Team Physician | (Day Month Year) |

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca.  Investigators are cautioned that the information in this protocol may be subject to change and revision.

CONFIDENTIAL
AZSER12748469

Clinical Study Protocol: Appendix A
Study code D1447C00126  Appendix Edition No: 1
Appendix Date: 8 July 2003

# ASTRAZENECA SIGNATURE(S)

---

## A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400mg to 800mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients

---

I agree to the terms of this study protocol

**AstraZeneca Research and Development
site representative**

| | |
|---|---|
| Björn Paulsson, MD | Date |
| Clinical Study Team Physician | (Day Month Year) |
| AstraZeneca R&D Södertälje | |
| Forskaregatan 20 | |
| 151 85 Södertälje | |
| Sweden | |
| Tel. +46 8 553 284 25 | |

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca.  Investigators are cautioned that the information in this protocol may be subject to change and revision.

CONFIDENTIAL
AZSER12748470

Clinical Study Protocol: Appendix A
Study code D1447C00126  Appendix Edition No: 1
Appendix Date: 8 July 2003

# ASTRAZENECA SIGNATURE(S)

---

## A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400mg to 800mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients

---

I agree to the terms of this study protocol


**AstraZeneca Research and Development
site representative**

_____     _____
Karolina Svensson, MSc Pharm.        Date
Clinical Study Team Leader           (Day Month Year)
AstraZeneca R&D Södertälje
Forskaregatan 20
151 85 Södertälje
Sweden
Tel. +46 8 553 260 31

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca.  Investigators are cautioned that the information in this protocol may be subject to change and revision.

CONFIDENTIAL
AZSER12748471

Clinical Study Protocol: Appendix A
Study code D1447C00126  Appendix Edition No: 1
Appendix Date: 8 July 2003

# ASTRAZENECA SIGNATURE(S)

---

## A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400mg to 800mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients

---

I agree to the terms of this study protocol


**AstraZeneca Research and
Development site representative**

|  |  |
|---|---|
| *<<Name, title>>* | Date |
| Local Study Team <<Leader/Monitor/ | (Day Month Year) |
| Physician, *According to local procedures>>* | |
| *<<Address and telephone number>>* | |


This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca.  Investigators are cautioned that the information in this protocol may be subject to change and revision.

CONFIDENTIAL
AZSER12748472

Clinical Study Protocol: Appendix A
Study code D1447C00126  Appendix Edition No: 1
Appendix Date: 8 July 2003

# SIGNATURE OF PRINCIPAL INVESTIGATOR

---

## A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400mg to 800mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients

---

I agree to the terms of this study protocol.  I will conduct the study according to the procedures specified herein, and according to the principles of Good Clinical Practice (GCP) and local regulations.

**Centre No.:**                 *<<This may be hand-written onto the page at the time the signature is collected>>*

**Signature:**

_____          _____
*<<Name, title, address and telephone number>>*          Date
(Day Month Year)

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca.  Investigators are cautioned that the information in this protocol may be subject to change and revision.

CONFIDENTIAL
AZSER12748473



| Clinical Study Protocol: Appendix B | |
| --- | --- |
| Drug Substance | quetiapine fumarate |
| Study Code | D1447C00126 |
| Edition No. | 1 |
| Appendix Date | 4 May 2003 |

**Appendix B**
**Additional Safety Information**

CONFIDENTIAL
AZSER12748474

Clinical Study Protocol: Appendix B
Study Code D1447C00126

# 1.   FURTHER GUIDANCE ON THE DEFINITION OF A SERIOUS ADVERSE EVENT (SAE)

## Life threatening

'Life-threatening' means that the subject was at immediate risk of death from the AE as it occurred or it is suspected that use or continued use of the product would result in the subject's death. 'Life-threatening' does not mean that had an AE occurred in a more severe form it might have caused death (e.g. hepatitis that resolved without hepatic failure). Any death resulting from an adverse event occurring during the study period or within 7 days after the last dose of investigational product must be reported to AstraZeneca or a representative of AstraZeneca according to Section 4.7.1.3 in the Clinical Study Protocol.

## Hospitalisation

Out-patient treatment in an emergency room is not in itself a serious AE, although the reasons for it may be (eg. bronchospasm, laryngeal oedema). Hospital admissions and/or surgical operations planned before or during a study are not considered AEs if the illness or disease existed before the subject was enrolled in the study, provided that it did not deteriorate in an unexpected way during the study.Any AE resulting in hospitalisation admission (requiring an over night stay) is defined as an SAE. Prolongation of existing hospitalisation means delayed planned or anticipated discharge date (by at least one over night stay). For the purpose of the study, hospitalisations for social reasons, respite care, elective treatment/surgery or lack of efficacy/disease progression will not be regarded as an SAE.

## Important medical event or medical intervention

Medical and scientific judgement should be exercised in deciding whether a case is serious in situations where important medical events may not be immediately life-threatening or result in death, hospitalisation, disability or incapacity but may jeopardize the subject or may require medical intervention to prevent one or more outcomes listed in the definition of serious. These should usually be considered as serious.

Examples of such events are:

- Angioedema not severe enough to require intubation but requiring iv. hydrocortisone treatment

- Hepatotoxicity caused by paracetamol (acetaminophen) overdose requiring treatment with N-acetylcysteine

- Intensive treatment in an emergency room or at home for allergic bronchospasm

- Blood dyscrasias (eg, neutropenia or anaemia requiring blood transfusion, etc.) or convulsions that do not result in hospitalisation

- Development of drug dependency or drug abuse

2(4)

CONFIDENTIAL
AZSER12748475

Clinical Study Protocol: Appendix B
Study Code D1447C00126

- Any AE resulting in persistent impairment, damage or disruption in the patient's body function, structure or both, physical activities or quality of life

- Any AE resulting in a condition, which requires medical or surgical intervention to prevent permanent impairment of a body function or permanent damage to a body structure of the patient.  Examples of this can include procedures such as blood transfusion or catheterisation.  However, discontinuation of the investigational product, or routine administration of prescription medications or changes in their dosages should not be considered as medical intervention

- If there are suspicions that exposure of either parent to the investigational product resulted in an adverse outcome in the offspring.

## 2.       A GUIDE TO INTERPRETING THE CAUSALITY QUESTION

The following factors should be considered when deciding if there is a "reasonable possibility" that an AE may have been caused by the drug.

- **Time Course.  Exposure to suspect drug.**  Has the subject actually received the suspect drug?  Did the AE occur in a reasonable temporal relationship to the administration of the suspect drug?

- **Consistency with known drug profile.**  Was the AE consistent with the previous knowledge of the suspect drug (pharmacology and toxicology) or drugs of the same pharmacological class?  OR could the AE be anticipated from its pharmacological properties?

- **Dechallenge experience.**  Did the AE resolve or improve on stopping or reducing the dose of the suspect drug?

- **No alternative cause.**  The AE cannot be reasonably explained by another aetiology such as the underlying disease, other drugs, other host or environmental factors.

- **Rechallenge experience.**  Did the AE reoccur if the suspected drug was reintroduced after having been stopped?  AstraZeneca would not normally recommend or support a rechallenge.

- **Laboratory tests.**  A specific laboratory investigation (if performed) has confirmed the relationship?

A "reasonable possibility" could be considered to exist for an AE where one or more of these factors exist.

3(4)

CONFIDENTIAL
AZSER12748476

In contrast, there would not be a "reasonable possibility" of causality if none of the above criteria apply or where there is evidence of exposure and a reasonable time course but any dechallenge (if performed) is negative or ambiguous or there is another more likely cause of the AE.

In difficult cases, other factors could be considered such as:

- Is this a recognised feature of overdose of the drug?

- Is there a known mechanism

Ambiguous cases should be considered as being a "reasonable possibility" of a causal relationship unless further evidence becomes available to refute this. Causal relationship in cases where the disease under study has deteriorated due to lack of effect should be classified as no reasonable possibility.

4(4)

CONFIDENTIAL
AZSER12748477

Clinical Study Protocol: Appendix A
Study code D1447C00126  Appendix Edition No: 1
Appendix Date: 8 July 2003

## ASTRAZENECA SIGNATURE(S)

**A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400mg to 800mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients**

I agree to the terms of this study protocol

**AstraZeneca Clinical Development Team representative**

_Martin Breche_          _august 21, 2003_

Martin Brecher                        Date
Global Project Team Physician         (Day Month Year)

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca. Investigators are cautioned that the information in this protocol may be subject to change and revision.

THIS IS A PRINTED COPY OF AN ELECTRONIC DOCUMENT. PLEASE CHECK ITS VALIDITY BEFORE USE.

CSP-8-01-01 Appendix A Signatures, Template
Version :7, Date: 26 June 2003

2(6)

GEL Version ID: CNS.000-047-367.2.0          Approved          Date Printed: 20-Aug-2003
            Approved by Totka-Rockwell Henriett HT 10 Jul 2003 09:28:11

CONFIDENTIAL
AZSER12748478

Clinical Study Protocol: Appendix A
Study code D1447C00126  Appendix Edition No: 1
Appendix Date: 8 July 2003

THIS IS A PRINTED COPY OF AN ELECTRONIC DOCUMENT.  PLEASE CHECK ITS VALIDITY BEFORE USE.

## ASTRAZENECA SIGNATURE(S)

---

**A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400mg to 800mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients**

---

I agree to the terms of this study protocol

**AstraZeneca Research and Development
site representative**

Björn Paulsson, MD
Clinical Study Team Physician
AstraZeneca R&D Södertälje
Forskaregatan 20
151 85 Södertälje
Sweden
Tel. +46 8 553 284 25

11 08 03
Date
(Day Month Year)

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca.  Investigators are cautioned that the information in this protocol may be subject to change and revision.

GEL Version ID: CNS.000-049-278.2.0        Approved        Date Printed: 10-Jul-2003
                Approved by Totka-Rockwell Henriett HT 10 Jul 2003 16:22:34

CONFIDENTIAL
AZSER12748479

Clinical Study Protocol: Appendix A
Study code D1447C00126  Appendix Edition No: 1
Appendix Date: 8 July 2003

THIS IS A PRINTED COPY OF AN ELECTRONIC DOCUMENT. PLEASE CHECK ITS VALIDITY BEFORE USE.

## ASTRAZENECA SIGNATURE(S)

**A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400mg to 800mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients**

I agree to the terms of this study protocol

**AstraZeneca Research and Development site representative**

_Karolina Svensson_                    _11 July 03_

Karolina Svensson, MSc Pharm.          Date
Clinical Study Team Leader             (Day Month Year)
AstraZeneca R&D Södertälje
Forskaregatan 20
151 85 Södertälje
Sweden
Tel. +46 8 553 260 31

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca.  Investigators are cautioned that the information in this protocol may be subject to change and revision.

GEL Version ID:  CNS.000-049-278.2.0          Approved          Date Printed: 10-Jul-2003
Approved by Totka-Rockwell Henriett HT 10 Jul 2003 16:22:34

CONFIDENTIAL
AZSER12748480



| Clinical Study Protocol Amendment | |
| --- | --- |
| Amendment No. | 1 |
| Drug Substance | Quetiapine fumarate |
| Study Code | D1447C00126 |
| Edition No. | |
| Date | 29 January 2004 |

# A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients

**Sponsor:**

AstraZeneca R&D Södertälje
Forskaregatan 20
151 85 Södertälje
Sweden

**Centres affected by the Amendment:**

All centres

**The protocol for the study is to be amended as follows:**

**Section of protocol affected:**

AstraZeneca Emergency Contact Procedure

CONFIDENTIAL
AZSER12748481

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

**Previous text:**

| Role in the study | Name | Address and Telephone number |
|---|---|---|
| Clinical Study Team Leader | Karolina Svensson | AstraZeneca R&D Södertälje<br>Forskaregatan 20<br>151 85 Södertälje<br>Sweden<br>Tel +46 8 553 260 31<br>Fax +46 8 553 216 61 |
| Clinical Study Team Physician | Björn Paulsson | AstraZeneca R&D Södertälje<br>Forskaregatan 20<br>151 85 Södertälje<br>Sweden<br>Tel. +46 8 553 284 25<br>Fax +46 8 553 255 59 |

**Revised text:**

| Role in the study | Name | Address and Telephone number |
|---|---|---|
| Clinical Study Team Leader | **Bolennart Eriksson** | AstraZeneca R&D Södertälje<br>Forskaregatan 20<br>151 85 Södertälje<br>Sweden<br>Tel +46 8 553 **263 45**<br>Fax +46 8 553 **298 82** |
| Clinical Study Team Physician | **Kristina Timdahl** | AstraZeneca R&D Södertälje<br>Forskaregatan 20<br>151 85 Södertälje<br>Sweden<br>Tel. +46 8 553 **270 64**<br>Fax +46 8 553 255 59 |

**Reason for Amendment:**

Change of Clinical Study Team Leader and Clinical Study Team Physician

**Section of protocol affected:**

Protocol Synopsis, Study center(s) and number of patients planned

2(65)

CONFIDENTIAL
AZSER12748482

**Previous text:**

To observe a total of 162 manic events, it is estimated that approximately 1440 patients will be enrolled, giving approximately 720 randomized patients at 120 centers with an average enrollment of 12 patients per center.  The final number of randomized patients may change during the study based on observed event rates.

**Revised text:**

To observe a total of **227 mood** events, it is estimated that approximately **1420** patients will be enrolled, giving approximately **710** randomized patients at 120 centers with an average enrollment of 12 patients per center.  The final number of randomized patients may change during the study based on observed event rates.

**Reason for Amendment:**

The number of patients enrolled and randomized and number of mood events captured needed to be adjusted due to the primary objective change.

**Section of protocol affected:**

Protocol Synopsis; Study period

**Previous text:**

**Study period**

| | |
|---|---|
| Estimated date of first patient enrolled | November 2003 |
| Estimated date of last patient completed | February 2006 |

**Revised text:**

**Study period**

| | |
|---|---|
| Estimated date of first patient enrolled | **March 2004** |
| Estimated date of last patient completed | **July 2006** |

**Reason for Amendment:**

Study dates changed to reflect new timelines.

3(65)

CONFIDENTIAL
AZSER12748483

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

**Section of protocol affected:**

Protocol synopsis; Objectives; Primary

**Previous text:**

The primary objective is to evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a manic event.  Recurrence is defined as (1) initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a manic or mixed event, (2) hospitalization for a manic or mixed event, or (3) Young Mania Rating Scale (YMRS; Young et al 1978) score ≥20 at 2 consecutive assessments or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic or mixed event.

**Revised Text:**

The primary objective is to evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a **mood** event.  Recurrence is defined as (1) initiation of an antipsychotic, **antidepressant**, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a manic, **depressed** or mixed event, (2) hospitalization for a manic, **depressed** or mixed event, (3) Young Mania Rating Scale (YMRS; Young et al 1978) score ≥20 **at 2 consecutive assessments or at the final assessment if the patient discontinues, or Montgomery-Asberg Depression Rating Scale (MADRS; Montgomery and Asberg 1979) score** ≥20 at 2 consecutive assessments or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic, **depressed** or mixed event.

**Reason for Amendment:**

The primary objective is changed to support the target claim that quetiapine in combination with either lithium or valproate is effective in increasing time to a mood event (manic, depressed or mixed).

Item (3) updated for administrative clarification.

**Section of protocol affected:**

Protocol synopsis; Objectives; Secondary; 1

**Previous text:**

To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a mood event.  Recurrence is defined as (1) initiation of an antipsychotic, antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a manic,

CONFIDENTIAL
AZSER12748484

depressed or mixed event, (2) hospitalization for a manic, depressed or mixed event, (3) YMRS score ≥20 or Montgomery-Asberg Depression Rating Scale (MADRS; Montgomery and Asberg 1979) score ≥20 at 2 consecutive assessments or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic, depressed or mixed event.

**Revised Text:**

To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a **manic** event.  Recurrence is defined as (1) initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat **a manic event or mixed event with predominantly manic symptoms,** (2) hospitalization for **a manic event or mixed event with predominantly manic symptoms,** or (3) YMRS score ≥20 at 2 consecutive assessments or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to **a manic event or mixed event with predominantly manic symptoms**.

**Reason for Amendment:**

The secondary objective was changed from time to a mood event to time to a manic event. Mixed events will be assigned either to manic event or depressed event, not both.

**Section of protocol affected:**

Protocol synopsis; Objectives; Secondary; 2

**Previous text:**

To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a depressed event.  Recurrence is defined as (1) initiation of an antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a depressed or mixed event, (2) hospitalization for a depressed or mixed event, or (3) MADRS score ≥20 at 2 consecutive assessments or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a depressed or mixed event.

**Revised Text:**

To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a depressed event.  Recurrence is defined as (1) initiation of an antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat **a depressed event or mixed event with predominantly depressed symptoms,** (2) hospitalization for **a depressed event or mixed event with predominantly depressed symptoms,** or (3) MADRS score ≥20 at 2 consecutive assessments or at the final assessment if the patient discontinues, or

5(65)

CONFIDENTIAL
AZSER12748485

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

(4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to **a depressed event or mixed event with predominantly depressed symptoms**.

**Reason for Amendment:**

Mixed events will be assigned either to manic event or depressed event, not both.

**Section of protocol affected:**

Protocol synopsis; Study Design

**Previous text:**

This is a multicenter, randomized, parallel-group, double-blind study to compare quetiapine with placebo when used as adjunct to lithium or valproate in the maintenance treatment of adult patients with Bipolar I Disorder for 28 weeks up to 104 weeks.  The study consists of enrollment and 2 phases, the Open-label treatment Phase and the Randomized treatment Phase.  To be randomized, patients must have been treated with quetiapine and mood stabilizer (lithium or valproate) for at least 20 weeks but no more than 36 weeks.

**Revised text:**

This is a multicenter, randomized, parallel-group, double-blind study to compare quetiapine with placebo when used as adjunct to lithium or valproate in the maintenance treatment of adult patients with Bipolar I Disorder for 28 weeks to 104 weeks.  The study consists of enrollment and 2 phases, the Open-label treatment Phase and the Randomized treatment Phase.  To be randomized, patients must have been treated with quetiapine and mood stabilizer (lithium or valproate) for at least **12 weeks** but no more than 36 weeks **during the open-label treatment phase**.

**Reason for Amendment:**

To define a period of stability that would suggest appropriateness for long-term maintenance treatment, the period of stability was changed to 12 weeks.

**Section of protocol affected:**

Protocol synopsis; Target patient population

**Previous text:**

Patients with a diagnosis of Bipolar I Disorder, at least 18 years old, with at least 1 manic or mixed episode in the last 3 years as defined by Diagnostic and Statistical Manual of Mental Disorders- Fourth Edition (DSM-IV) criteria, with an acute manic or mixed episode at enrollment; or a past manic or mixed episode within 26 weeks, as documented by medical records, treated with quetiapine and mood stabilizer (lithium or valproate).

6(65)

CONFIDENTIAL
AZSER12748486

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

**Revised text:**

Patients with a diagnosis of Bipolar I Disorder, at least 18 years old, with at least 1 manic, **depressed** or mixed episode in the last **2 years** as defined by Diagnostic and Statistical Manual of Mental Disorders- Fourth Edition (DSM-IV) criteria, with an acute manic, **depressed** or mixed episode at enrollment; or a past manic, **depressed** or mixed episode within 26 weeks, as documented by medical records, treated with quetiapine and mood stabilizer (lithium or valproate).

**Reason for Amendment:**

An analysis was recently done of a multicenter, double-blind, randomized, placebo-controlled, double-dummy study of the use of quetiapine in the treatment of patients with bipolar depression.  The analysis supported the potential efficacy of quetiapine compared to placebo in the treatment of a depressive episode in patients with bipolar disorder after receiving treatment for up to 8 weeks.  For this reason, bipolar depressed patients will now be eligible for enrollment.

Because enrollment criteria were expanded for the allowance of depressed events as index episodes, the requirement was made more stringent in order to ensure that patients are sufficiently at risk for recurrence.

**Section of protocol affected:**

Protocol synopsis; Duration of treatment

**Previous text:**

The study consists of Enrollment and 2 phases: Open-label treatment Phase (4 weeks up to 36 weeks), and Randomized treatment Phase (28 weeks up to 104 weeks).

**Revised text:**

The study consists of Enrollment and 2 phases: Open-label treatment Phase (**12 weeks** to 36 weeks), and Randomized treatment Phase (28 weeks to 104 weeks).

**Reason for Amendment:**

To define a period of stability that would suggest appropriateness for long-term maintenance treatment, the period of stability was changed to 12 weeks

**Section of protocol affected:**

Protocol synopsis; Outcome Variables; Efficacy; Primary outcome variable

**Previous text:**

- time to manic event

7(65)

CONFIDENTIAL
AZSER12748487

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

**Revised text:**

- time to **mood** event

**Reason for Amendment:**

The primary objective is changed to support the target claim that quetiapine in combination
with either lithium or valproate is effective in increasing time to a mood event (manic,
depressed or mixed).

**Section of protocol affected:**

Protocol synopsis; Outcome Variables; Efficacy; Secondary outcome variable

**Previous text:**

- time to mood event

**Revised text:**

- time to **manic** event

**Reason for Amendment:**

Change of secondary objective to time to manic event.

**Section of protocol affected:**

Protocol synopsis; Statistical methods; § 1, 2, 3 and 8

**Previous text:**

The main analysis of the time to manic event will be a Cox proportional hazards model to
estimate the hazard ratio of recurrence between treatment groups, with 95% confidence
intervals.  A 2-sided test of the null hypothesis that the hazard ratio is equal to unity will be
performed, with a significance level of 0.05.  The time to event will be censored when a
patient discontinues from or completes the study.  The time of censoring will be the date of
the patient's final assessment.  The assigned mood stabilizer (either lithium or valproate) will
be included as a covariate.

Time to mood event and time to depressed event will be analyzed with the same techniques
used to analyze time to manic event.

The proportions of patients having a manic event between randomization and week 28 and 52
will also be examined as a supporting outcome variable and for consistency with the main
results.  The proportions of patients having a mood event and the proportions of patients
having a depressed event will be analyzed with the same techniques used to analyze the
proportions of patients with a manic event.

8(65)

CONFIDENTIAL
AZSER12748488

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

A stepwise sequential procedure will be used for the 4 analyses in the confirmatory part of this study to ensure a multiple level of significance of 0.05. These outcome variables will be tested sequentially in the following order: time to a manic event, time to a mood event, time to a depressed event and SDS Total Score. A 2-sided test for each of these null hypotheses will be performed at a significance level of 0.05. No confirmatory claims for the nth analysis will be made unless the null hypotheses in all prior analyses are rejected.

**Revised text:**

The main analysis of the time to **mood** event will be a Cox proportional hazards model to estimate the hazard ratio of recurrence between treatment groups, with 95% confidence intervals. A 2-sided test of the null hypothesis that the hazard ratio is equal to unity will be performed, with a significance level of 0.05. The time to event will be censored when a patient discontinues from or completes the study **without meeting the criteria for a manic, depressed or mixed event**. The time of censoring will be the date of the patient's final assessment. The assigned mood stabilizer (either lithium or valproate) will be included as a covariate.

Time to **manic** event and time to depressed event will be analyzed with the same techniques used to analyze time to **mood** event.

The proportions of patients having a **mood** event between randomization and week 28 and 52 will also be examined as a supporting outcome variable and for consistency with the main results. The proportions of patients having a **manic** event and the proportions of patients having a depressed event will be analyzed with the same techniques used to analyze the proportions of patients with a **mood** event.

A stepwise sequential procedure will be used for the 4 analyses in the confirmatory part of this study to ensure a multiple level of significance of 0.05. These outcome variables will be tested sequentially in the following order: time to a **mood** event, time to a **manic** event, time to a depressed event and **mean change in** SDS Total Score. A 2-sided test for each of these null hypotheses will be performed at a significance level of 0.05. No confirmatory claims for the nth analysis will be made unless the null hypotheses in all prior analyses are rejected.

**Reason for Amendment:**

Change of primary and secondary objectives to time to mood event and time to manic event, respectively.

First paragraph, third sentence was revised for clarification.

"SDS Total Score" is changed to "mean change in SDS Total Score" to use the correct terminology.

**Section of protocol affected:**

LIST OF ABBREVIATIONS AND DEFINITIONS OF TERMS

9(65)

CONFIDENTIAL
AZSER12748489

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

**Previous text:**

—

**Revised text:**

ICF     Informed Consent Form

**Reason for Amendment:**

Abbreviation previously not defined in the protocol.

**Section of protocol affected:**

LIST OF ABBREVIATIONS AND DEFINITIONS OF TERMS

**Previous text:**

—

**Revised text:**

Overdose        Ingestion of Investigational Product (quetiapine or placebo) > 800mg/day.

**Reason for Amendment:**

Overdose definition previously not included in the protocol.

**Section of protocol affected:**

APPENDICES

**Previous text:**

Appendix A    Signature pages

Appendix B    Additional Safety Information

**Revised text:**

Appendix A    Signature pages

Appendix B    Additional Safety Information

**Appendix C   Genetic Sampling**

**Reason for Amendment:**

An optional genetic sampling has been added to the study.

10(65)

CONFIDENTIAL
AZSER12748490

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

**Section of protocol affected:**

1.2 Rationale for this study, § 1 and 5

**Previous text:**

The efficacy and safety of quetiapine when used as monotherapy and as adjunct to mood
stabilizers (lithium and valproate) in the treatment of bipolar mania have been shown in a
series of randomized placebo-controlled studies.

The studies of quetiapine in the treatment of mania examined efficacy during the acute and
continuation phases of the illness, but not during the maintenance phase, when patients have
achieved symptomatic remission but are still at risk for recurrence.  For this reason, the
current study examines the efficacy, safety and tolerability of quetiapine as adjunct to lithium
or valproate in preventing subsequent mood episodes.

**Revised text:**

The efficacy and safety of quetiapine when used as monotherapy and as adjunct to mood
stabilizers (lithium and valproate) in the treatment of bipolar mania have been shown in a
series of randomized placebo-controlled studies.  **Further, a recent analysis was done of a
multicenter, double-blind, randomized, placebo-controlled, double-dummy trial of the
use of quetiapine in the treatment of patients with bipolar depression.  The analysis
demonstrated superior efficacy of quetiapine compared to placebo in the treatment of a
depressed episode in patients with bipolar disorder for up to 8 weeks.**

The studies of quetiapine in the treatment of mania examined efficacy during the acute and
continuation phases of the illness, but not during the maintenance phase, when patients have
achieved symptomatic remission but are still at risk for recurrence.  **Similarly, recurrence of
a depressed episode has not been studied during the maintenance phase of bipolar
disorder.  For these reasons,** the current study examines the efficacy, safety and tolerability
of quetiapine as adjunct to lithium or valproate in preventing subsequent mood episodes.

**Reason for Amendment:**

An analysis was recently done of a multicenter, double-blind, randomized, placebo-controlled,
double-dummy study of the use of quetiapine in the treatment of patients with bipolar
depression.  The analysis supported the potential efficacy of quetiapine compared to placebo
in the treatment of a depressive episode in patients with bipolar disorder for up to 8 weeks.
For this reason, bipolar depressed patients will now be eligible for enrollment.

**Section of protocol affected:**

2.1 Primary objective

11(65)

CONFIDENTIAL
AZSER12748491

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

**Previous text:**

The primary objective is to evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a manic event.  Recurrence is defined as (1) initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a manic or mixed event, (2) hospitalization for a manic or mixed event, or (3) Young Mania Rating Scale (YMRS; Young et al 1978) score ≥20 at 2 consecutive assessments or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic or mixed event.

**Revised Text:**

The primary objective is to evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a **mood** event.  Recurrence is defined as (1) initiation of an antipsychotic, **antidepressant**, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a manic, **depressed** or mixed event, (2) hospitalization for a manic, **depressed** or mixed event, (3) Young Mania Rating Scale (YMRS; Young et al 1978) score ≥20 **at 2 consecutive assessments or at the final assessment if the patient discontinues, or Montgomery-Asberg Depression Rating Scale (MADRS; Montgomery and Asberg 1979) score ≥20** at 2 consecutive assessments or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic, **depressed** or mixed event.

**Reason for Amendment:**

The primary objective is changed to support the target claim that quetiapine in combination with either lithium or valproate is effective in increasing time to a mood event (manic, depressed or mixed).

Item (3) updated for administrative clarification.

**Section of protocol affected:**

2.2 Secondary objectives; 1

**Previous text:**

To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a mood event.  Recurrence is defined as (1) initiation of an antipsychotic, antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a manic, depressed or mixed event, (2) hospitalization for a manic, depressed or mixed event, (3) YMRS score ≥20 or Montgomery-Asberg Depression Rating Scale (MADRS; Montgomery and Asberg 1979) score ≥20 at 2 consecutive assessments or at the final assessment if the

12(65)

CONFIDENTIAL
AZSER12748492

patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic, depressed or mixed event.

**Revised Text:**

To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a **manic** event.  Recurrence is defined as (1) initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat **a manic event or mixed event with predominantly manic symptoms,** (2) hospitalization for **a manic event or mixed event with predominantly manic symptoms,** or (3) YMRS score ≥20 at 2 consecutive assessments or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to **a manic event or mixed event with predominantly manic symptoms**.

**Reason for Amendment:**

The secondary objective was changed from time to a mood event to time to a manic event. Mixed events will be assigned either to manic event or depressed event, not both.

**Section of protocol affected:**

2.2 Secondary objectives; 2

**Previous text:**

To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a depressed event.  Recurrence is defined as (1) initiation of an antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a depressed or mixed event, (2) hospitalization for a depressed or mixed event, or (3) MADRS score ≥20 at 2 consecutive assessments or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a depressed or mixed event.

**Revised Text:**

To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a depressed event.  Recurrence is defined as (1) initiation of an antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat **a depressed event or mixed event with predominantly depressed symptoms,** (2) hospitalization for **a depressed event or mixed event with predominantly depressed symptoms,** or (3) MADRS score ≥20 at 2 consecutive assessments or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to **a depressed event or mixed event with predominantly depressed symptoms**.

13(65)

CONFIDENTIAL
AZSER12748493

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

**Reason for Amendment:**

Mixed events will be assigned either to manic event or depressed event, not both.

**Section of protocol affected:**

3.1 Overall study design and flow chart

**Previous text:**

This is a multicenter, randomized, parallel-group, double-blind study to compare quetiapine with placebo when used as adjunct to lithium or valproate in the maintenance treatment of adult patients with Bipolar I Disorder for 28 weeks up to 104 weeks.  To observe a total of 162 manic events, it is estimated that approximately 1440 patients will be enrolled, giving approximately 720 randomized patients at 120 centers with an average enrollment of 12 patients per center.  The final number of randomized patients may change during the study based on observed event rates (see Section 6.5).

The primary objective is to evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a manic event in patients with Bipolar I Disorder.  To be eligible for the study patients must have an acute manic or mixed episode at enrollment or have had a past manic or mixed episode within 26 weeks, as documented by medical records, treated with quetiapine and mood stabilizer (lithium or valproate).  All patients must be treated with quetiapine and the assigned mood stabilizer for at least 20 weeks up to 36 weeks before they can be randomized.  The study consists of enrollment and 2 phases, the Open-label treatment phase and the Randomized treatment Phase.

**Revised text:**

This is a multicenter, randomized, parallel-group, double-blind study to compare quetiapine with placebo when used as adjunct to lithium or valproate in the maintenance treatment of adult patients with Bipolar I Disorder for 28 weeks to 104 weeks.  To observe a total of **227 mood** events, it is estimated that approximately **1420** patients will be enrolled, giving approximately **710** randomized patients at 120 centers with an average enrollment of 12 patients per center.  The final number of randomized patients may change during the study based on observed event rates (see Section 6.5).

The primary objective is to evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a **mood** event in patients with Bipolar I Disorder.  To be eligible for the study patients must have an acute manic, **depressed** or mixed episode at enrollment or have had a past manic, **depressed** or mixed episode within 26 weeks, as documented by medical records, treated with quetiapine and mood stabilizer (lithium or valproate).  **Once enrolled,** all patients must be treated with quetiapine and the assigned mood stabilizer for at least **12 weeks** up to 36 weeks before they can be randomized.  The study consists of enrollment and 2 phases, the Open-label treatment phase and the Randomized treatment Phase.

14(65)

CONFIDENTIAL
AZSER12748494

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

**Reason for Amendment:**

The number of patients enrolled and randomized and number of mood events captured needed to be adjusted due to the primary objective change. The primary objective has changed to time to mood event.

Bipolar depressed patients will now be eligible for enrollment.  This is based on the recently analyzed study for bipolar depressed patients.

In addition, to define a period of stability that would suggest appropriateness for long-term maintenance treatment, the period of stability was changed to 12 weeks.

**Section of protocol affected:**

3.1.2 Open-label treatment Phase, § 2, 3 and 4

**Previous text:**

… Other antipsychotic and psychoactive medications (eg, antidepressants and anxiolytics) can also be used as clinically indicated during this phase, with exception of the last 4 weeks prior to randomization (see Section 3.4.4.1).

Patients entering the Open-label treatment phase with an acute manic or mixed episode must be treated with quetiapine and mood stabilizer (lithium or valproate) during this phase for a minimum of 20 weeks before being eligible to meet the criteria for randomization.

Patients with a manic or mixed episode within the last 26 weeks prior to enrollment, must be treated with quetiapine and mood stabilizer (lithium or valproate) during this phase for a minimum of 4 weeks and for at least 20 weeks in total before being eligible to meet the criteria for randomization.

**Revised text:**

… Other antipsychotic and psychoactive medications (eg, antidepressants and anxiolytics) can also be used as clinically indicated during this phase, with exception of the last **12 weeks** prior to randomization (see Section 3.4.4.1).

Patients entering the Open-label treatment phase must be treated with quetiapine and mood stabilizer (lithium or valproate) during this phase for a minimum of **12 weeks** before being eligible to meet the criteria for randomization.

Patients with a manic, **depressed** or mixed episode within the last 26 weeks prior to enrollment, must be treated with quetiapine and mood stabilizer (lithium or valproate) continuously until the time of eligibility for randomization.

**Reason for Amendment:**

15(65)

CONFIDENTIAL
AZSER12748495

To define a period of stability that would suggest appropriateness for long-term maintenance treatment, the period of stability was changed to 12 weeks.

In addition, bipolar depressed patients will now be eligible for enrollment.  This is based on the recently analyzed study for bipolar depressed patients.

**Section of protocol affected:**

3.1.4 Recruitment and Study Termination, § 1 and 2

**Previous text:**

Recruitment of patients to the Open-label treatment Phase will cease when it is estimated that a sufficient number of patients have been recruited to provide a total of 162 manic events (see Section 6.5).  AstraZeneca or a representative of AstraZeneca will notify the investigational centers at this time.

The study will be terminated when both of the following conditions have been fulfilled:

1. the required number of events has occurred (at least 162 manic events)

2. all remaining randomized patients have either completed 28 weeks of randomized treatment without a mood event (manic, depressed, or mixed), or have experienced a mood event (manic, depressed, or mixed), or have discontinued from the study

**Revised text:**

Recruitment of patients to the Open-label treatment Phase will cease when it is estimated that a sufficient number of patients have been recruited to provide a total of **227 mood** events (see Section 6.5).  AstraZeneca or a representative of AstraZeneca will notify the investigational centers at this time.

The study will be terminated when both of the following conditions have been fulfilled:

1. the required number of events has occurred (at least **227 mood** events)

2. all remaining randomized patients have either completed 28 weeks of randomized treatment without a mood event (manic, depressed, or mixed), or have experienced a mood event (manic, depressed, or mixed), or have discontinued from the study

**Reason for Amendment:**

The number of patients enrolled and randomized and number of mood events captured needed to be adjusted due to the primary objective change.

**Section of protocol affected:**

Figure 1  Study Chart

16(65)

CONFIDENTIAL
AZSER12748496

**Previous text:**

Open-label treatment phase

4 to 36 weeks

**Revised text:**

Open-label treatment phase

**12** to 36 weeks

**Reason for Amendment:**

To define a period of stability that would suggest appropriateness for long-term maintenance treatment, the period of stability was changed to 12 weeks.

**Section of protocol affected:**

Figure 2  Visit Schedule: Enrollment and Open-label treatment Phase

**Previous text:**



aVisit S2 and S3 are optional depending on the clinical condition of the patient, as judged by the investigator

17(65)

CONFIDENTIAL
AZSER12748497

**Revised text:**



First dose of open-label quetiapine dispensed (visit S1)

Week  0 1 2  4    8    12    16    20    24    28    32    36

Visit  E S1S2S3ᵃ S4   S5   S6   S7   S8   S9   S10   S11   S12

Enrollment

Randomization can occur (visit S6 to S12)

First visit for meeting randomization criteria can occur (visit S1 to S9)

ᵃVisit S2 and S3 are optional depending on the clinical condition of the patient, as judged by the investigator

**Reason for Amendment:**

To define a period of stability that would suggest appropriateness for long-term maintenance treatment, the period of stability was changed to 12 weeks.

**Section of protocol affected:**

Table 1; Study plan; Enrollment and Open-label treatment Phase

18(65)

CONFIDENTIAL
AZSER12748498

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

**Previous text:**

| Study plan | Open-label treatment Phase | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Study week:** | Enrolment | 0 | 1 | 2 | 4 | 8 | 12 | 16 | 20 | 24 | 28 | 32 | 36 | Discontinuation |
| **Visit number:** | | S1 | S2 (optional) | S3 (optional) | S4 | S5 | S6 | S7 | S8 | S9 | S10 | S11 | S12 | |
| Informed consent | √ | | | | | | | | | | | | | |
| Inclusion/exclusion criteria for Open-label treatment Phase | √ | | | | | | | | | | | | | |
| Inclusion/exclusion criteria for randomization | | | | | √ | √ | √ | √ | √ | √ | √ | √ | √ | |
| Demography and diagnosis | √ | | | | | | | | | | | | | |
| Medical, psychiatric, and medication history | √ | | | | | | | | | | | | | |
| Concurrent medications | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| YMRS | √ | | | | √[a] | √[a] | √[a] | √[a] | √[a] | √[a] | √[a] | √[a] | | |
| MADRS | √ | | | | √[a] | √[a] | √[a] | √[a] | √[a] | √[a] | √[a] | √[a] | | |
| CGI-BP | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | |
| PANSS-P | √ | | | | | | | | | | | | | |
| SDS[b] | √ | | | | | | | | | | | | | |
| Adverse events | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| Physical examination[c] | √ | | | | | | | | | | | | | √ |
| Urinalysis | √ | | | | | | | | | | | | | √ |
| Urine toxicology | √ | | | | | | | | | | | | | |
| Serum pregnancy test | √ | | | | | | | | | | | | | √ |
| Vital signs | √ | | √ | √ | | | √ | | | | √ | | √ | √ |
| Weight | √ | | √ | √ | | | √ | | | | √ | | √ | |
| Height | √ | | | | | | | | | | | | | |
| Electrocardiogram | √ | | | | | | | | | | | | | √ |
| Serum chemistry | √ | | | | | | | | | | | | | √ |
| Thyroid Function Tests | √ | | | | | | | | | | | | | √ |
| Hematology | √ | | | | √ | √ | √ | | | | | | | √ |
| Mood stabilizer level | √ | | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | |
| Drug dispensing | | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | | |
| Drug accountability | | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ |

CGI-BP  Clinical Global Impression-Bipolar.  MADRS  Montgomery-Asberg Depression Rating Scale.  PANSS-P  Positive and Negative Syndrome Scale-Positive Subscale.  SDS Sheehan Disability Scale.  YMRS  Young Mania Rating Scale.

[a] To be completed if all other inclusion criteria and none of the exclusion criteria for randomization are fulfilled

[b] To be completed by the patient prior to clinical evaluation

[c] Physical examination to include ophthalmoscopic examination

19(65)

CONFIDENTIAL
AZSER12748499

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

**Revised text:**

| Study plan | Open-label treatment Phase | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Study week:** | Enrollment | 0 | 1 | 2 | 4 | 8 | 12 | 16 | 20 | 24 | 28 | 32 | 36 | Discontinuation |
| **Visit number:** | Enrollment | S1 | S2 (optional) | S3 (optional) | S4 | S5 | S6 | S7 | S8 | S9 | S10 | S11 | S12 | Discontinuation |
| Informed consent | √ | | | | | | | | | | | | | |
| Inclusion/exclusion criteria for Open-label treatment Phase | √ | | | | | | | | | | | | | |
| Inclusion/exclusion criteria for randomization | | | | | | | √ | √ | √ | √ | √ | √ | √ | |
| Demography and diagnosis | √ | | | | | | | | | | | | | |
| Medical, psychiatric, and medication history | √ | | | | | | | | | | | | | |
| Concurrent medications | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| YMRS | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | |
| MADRS | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | |
| CGI-BP | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | |
| PANSS-P | √ | | | | | | | | | | | | | |
| SDS[a] | √ | | | | | | | | | | | | | |
| Adverse events | | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| Physical examination[b] | √ | | | | | | | | | | | | | √ |
| Urinalysis | √ | | | | | | | | | | | | | √ |
| Urine toxicology | √ | | | | | | | | | | | | | |
| Serum pregnancy test | √ | | | | | | | | | | | | | √ |
| Vital signs | √ | | √ | √ | | | √ | | | √ | | | √ | √ |
| Weight | | | √ | √ | | | | | | √ | | | √ | √ |
| Height | √ | | | | | | | | | | | | | |
| Electrocardiogram | √ | | | | | | | | | | | | | √ |
| Serum chemistry | √ | | | | | | | | | | | | | √ |
| Thyroid Function Tests | √ | | | | | | | | | | | | | √ |
| Hematology | √ | | | | √ | √ | √ | | | √ | | | | √ |
| Optional Genetic Blood Sample | √ | | | | | | | | | | | | | |
| Mood stabilizer level | √ | | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| Drug dispensing | | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | | | |
| Drug accountability | | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ |

CGI-BP  Clinical Global Impression-Bipolar.  MADRS  Montgomery-Asberg Depression Rating Scale.  PANSS-P  Positive and Negative Syndrome Scale-Positive Subscale.  SDS Sheehan Disability Scale.  YMRS  Young Mania Rating Scale.
[a]To be completed by the patient prior to clinical evaluation
[b]Physical examination to include ophthalmoscopic examination

**Reason for Amendment:**

Box unchecked for adverse events.  Adverse events cannot be collected at enrollment.
Patients are solicited for adverse events at Visit S1 for any adverse event occurring back to the point of informed consent.

20(65)

CONFIDENTIAL
AZSER12748500

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

To define a period of stability that would suggest appropriateness for long-term maintenance treatment, the period of stability was changed to 12 weeks.  In support of this change, the YMRS and MADRS were added at Visit S1, S2 and Visit S3.

CGI-BP was removed from discontinuation visit to correct an administrative error.

An optional genetic sampling has been added to the study.

**Section of protocol affected:**

3.2 Rationale for study design, doses and control groups, § 1, 2 and 4

**Previous text:**

Quetiapine as adjunct treatment to mood stabilizer (lithium or valproate) has proven to be more efficacious than mood stabilizer alone in treating acute mania.  The studies examined efficacy during the acute and continuation phases of the illness, but not during the maintenance phase, when patients have achieved symptomatic remission but are still at risk for recurrence.  For this reason, the current study examines the efficacy of quetiapine as adjunct to lithium or valproate in preventing subsequent mood episodes.

A study duration of 28 to 104 weeks should be sufficient to show efficacy and safety in maintenance treatment.  In addition, the patients have been treated with quetiapine and mood stabilizer (lithium or valproate) for at least 20 weeks up to 36 weeks prior to randomization to ensure stabilization.

… Specifically, the requirement that patients have a past or current manic episode and at least 1 manic or mixed episode in the previous 3 years is designed to ensure that patients are sufficiently at risk for recurrences during the study period.  Patients with 8 mood episodes or more in the previous year are excluded because they may require significantly different pharmacological approaches than patients with less rapid cycling (Grunze et al 2002).

**Revised text:**

Quetiapine as adjunct treatment to mood stabilizer (lithium or valproate) has proven to be more efficacious than mood stabilizer alone in treating acute mania.  The studies examined efficacy during the acute and continuation phases of the illness, but not during the maintenance phase, when patients have achieved symptomatic remission but are still at risk for recurrence.  **Additionally, an analysis was recently done of a multicenter, double-blind, randomized, placebo-controlled, double-dummy trial of the use of quetiapine in the treatment of patients with bipolar depression.  The analysis demonstrated superior efficacy of quetiapine compared to placebo in the treatment of a depressive episode in patients with bipolar disorder for up to 8 weeks.  As with mania, the study did not examine efficacy during the maintenance phase, when patients have achieved symptomatic remission but are still at risk for recurrence.  For these reasons,** the current study examines the efficacy of quetiapine as adjunct to lithium or valproate in preventing subsequent mood episodes.

21(65)

CONFIDENTIAL
AZSER12748501

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

A study duration of 28 to 104 weeks should be sufficient to show efficacy and safety in maintenance treatment.  In addition, the patients have been treated with quetiapine and mood stabilizer (lithium or valproate) for at least **12 weeks** up to 36 weeks **during the Open-label treatment Phase but** prior to randomization to ensure stabilization.

… Specifically, the requirement that patients have at least 1 manic, **depressed** or mixed episode in the previous **2 years** is designed to ensure that patients are sufficiently at risk for recurrences during the study period.

**Reason for Amendment:**

Bipolar depressed patients will now be eligible for enrollment.  This is based on the recently analyzed study for bipolar depressed patients.

To define a period of stability that would suggest appropriateness for long-term maintenance treatment, the period of stability was changed to 12 weeks.

The wording of paragraph 4 was updated to correspond with changes to the eligibility criteria

In addition, patients with ≥8 mood episodes in the previous year will not be excluded.

**Section of protocol affected:**

3.3.2.1 Inclusion criteria for entering the Open-label treatment Phase; 2

**Previous text:**

2. A diagnosis of Bipolar I Disorder, Most Recent Event Manic (296.4x), or Bipolar I Disorder, Most recent Event Mixed (296.5x), with or without psychotic features, as defined by Diagnostic and Statistical Manual of Mental Disorders-Fourth Edition (DSM-IV)

**Revised text:**

2. A diagnosis of Bipolar I Disorder, Most Recent **Episode** Manic (296.4x), **or Bipolar I Disorder, Most Recent Episode Depressed (296.5x),** or Bipolar I Disorder, Most recent **Episode** Mixed (296.**6**x), with or without psychotic features, as defined by Diagnostic and Statistical Manual of Mental Disorders-Fourth Edition (DSM-IV)

**Reason for Amendment:**

Text not consistent with DSM-IV text.  In addition, bipolar depressed patients will now be eligible for enrollment.  This is based on the recently analyzed study for bipolar depressed patients.

**Section of protocol affected:**

3.3.2.1 Inclusion criteria for entering the Open-label treatment Phase; 4 and 5

**Previous text:**

22(65)

CONFIDENTIAL
AZSER12748502

4. At least 1 manic or mixed episode in the 3 years prior to the index episode

5. One of the following:

- A current manic or mixed episode by DSM-IV criteria

- A past manic or mixed episode within 26 weeks as documented by medical records, that was treated with quetiapine and mood stabilizer (lithium or valproate). Since this episode, treatment with this combination must not have been interrupted for more than 2 weeks continuously.

**Revised text:**

4. At least 1 manic, **depressed** or mixed episode in the **2 years** prior to the index episode

5. One of the following:

- A current manic, **depressed** or mixed episode by DSM-IV criteria

- A past manic, **depressed** or mixed episode within 26 weeks as documented by medical records, that was treated with quetiapine and mood stabilizer (lithium or valproate). Since this episode, treatment with this combination must not have been interrupted for more than 2 weeks continuously.

**Reason for Amendment:**

Bipolar depressed patients will now be eligible for enrollment.  This is based on the recently analyzed study for bipolar depressed patients.

Because enrollment criteria were expanded for the allowance of depressed events as index episodes, the requirement was made more stringent in order to ensure that patients are sufficiently at risk for recurrence.

**Section of protocol affected:**

3.3.2.2 Exclusion criteria for entering the Open-label treatment Phase; 3

**Previous text:**

3. Pregnancy or lactation.  Female patients of childbearing potential must have a negative urine human chorionic gonadotropin (HCG) test at enrollment

**Revised text:**

3. Pregnancy or lactation.  Female patients of childbearing potential must have a negative **serum** human chorionic gonadotropin (HCG) test at enrollment

23(65)

CONFIDENTIAL
AZSER12748503

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

**Reason for Amendment:**

Test performed on serum, not urine.

**Section of protocol affected:**

3.3.3.1 Inclusion criteria for entering the Randomized treatment Phase

**Previous text:**

For inclusion in the Randomized treatment Phase, patients must fulfill all of the following criteria:

1. has been treated with quetiapine and mood stabilizer (lithium or valproate) for at least 20 weeks but no more than 36 weeks

2. CGI-BP Bipolar Illness, Overall Severity of Illness score ≤3 at the last 2 visits 4 weeks apart

3. has been prescribed a stable dose of quetiapine within the range 400 to 800 mg/day during the last 4 weeks.  A stable dose is defined as a daily dose that does not vary by more than 100 mg (maximum-minimum) during this time interval.

4. has been prescribed a stable dose of assigned mood stabilizer during the last 4 weeks.  A stable dose is defined as a daily dose of lithium carbonate that does not vary by more than 300 mg (maximum-minimum) or corresponding dose if another lithium salt is used, or a dose of sodium valproate that does not vary by more than 250 mg (maximum-minimum) or corresponding dose if another salt of valproate is used, during this time interval.

5. has had stable mood stabilizer levels, defined as a trough serum concentration of 0.5 mEq/L to 1.2 mEq/L for lithium or 50 μg/ml to 125 μg/ml for valproate during the last 4 weeks

6. YMRS ≤12 (assessed if all other inclusion criteria and none of the exclusion criteria for randomization have been fulfilled)

7. MADRS ≤12 (assessed if all other inclusion criteria and none of the exclusion criteria for randomization have been fulfilled)

**Revised text:**

For inclusion in the Randomized treatment Phase, patients must fulfill all of the following criteria **during the Open-label treatment Phase**:

1. has been **prescribed a dose of** quetiapine **within the range 400 to 800 mg/day** and mood stabilizer (lithium or valproate) for at least **12 weeks**

2. **YMRS ≤12 and MADRS ≤12 assessed at a minimum of 4 consecutive visits spanning at least 12 weeks, with the allowance of a single excursion.  An excursion is defined as**

24(65)

**a visit in which the YMRS or MADRS (or both) score equals 13 or 14.  The excursion may not occur at the last of the consecutive visits.**

**Reason for Amendment:**

To define a period of stability that would suggest appropriateness for long-term maintenance treatment, the period of stability was changed to 12 weeks.  The inclusion criteria were simplified to focus on specific observable, clinical measures of mood.

**Section of protocol affected:**

3.3.3.2 Exclusion criteria for entering the Randomized treatment Phase; 2, 3, 5 and 8

**Previous text:**

2. Use of more than 2 mg of lorazepam any day during the last 4 weeks

3. Use of any antidepressants, antipsychotics (other than quetiapine), anxiolytics (other than lorazepam), or mood stabilizers (other than the assigned mood stabilizer) during the last 4 weeks

5. Use of depot antipsychotics during the last 8 weeks

8. Opiates, amphetamine, barbiturate, cocaine, cannabis, or hallucinogen abuse by DSM-IV criteria during the last 4 weeks

**Revised text:**

5. Opiate, amphetamine, barbiturate, cocaine, cannabis, or hallucinogen abuse by DSM-IV criteria during the last **12 weeks**

**Reason for Amendment:**

Removed exclusion criteria 2, 3 and 5 since these are redundant and already listed in Table 4 Permitted, restricted and prohibited medications during the Open-label treatment Phase. Revised text has been renumbered o reflect this change.

To define a period of stability that would suggest appropriateness for long-term maintenance treatment, the period of stability was changed to 12 weeks.

**Section of protocol affected:**

3.3.5.1 Criteria for discontinuation

**Previous text:**

—

25(65)

CONFIDENTIAL
AZSER12748505

**Revised Text:**

8. A repeated neutrophil count of <0.5 x$10^9$/L which must also be reported as an AE, see section 4.7.1.2.

**Reason for Amendment:**

A patient with a repeated neutrophil count <0.5x$10^9$/L must be discontinued from the study.

**Section of protocol affected:**

3.3.5.2 Procedures for discontinuation, § 3

**Previous text:**

Any patient who discontinues during the study and has clinically significant or abnormal findings on any of the safety assessment will have a follow-up visit within one week and at appropriate intervals thereafter until the abnormality resolves, if possible.

**Revised Text:**

Any patient who discontinues during the study and has clinically significant or abnormal findings **based on the investigator's clinical judgment** on any of the safety assessments **should** be followed up **at the investigator's discretion.**

**In the case of a neutrophil count of <0.5x$10^9$/L, the test must be repeated within one day. If the second neutrophil count is <0.5x$10^9$/L, this must be reported as an AE and the patient must be discontinued from the study.**

**Reason for Amendment:**

Any clinically significant or abnormal findings will be based on the investigator's clinical judgment.  The follow-up visit will now be left to the investigator's discretion.   A patient with a repeated neutrophil count <0.5x$10^9$/L must be discontinued from the study.

**Section of protocol affected:**

3.4.1.1 Identity of investigational product and comparators, Randomized treatment Phase, §1

**Previous text:**

AstraZeneca will provide patients with blinded quetiapine or placebo to match, during the Randomized treatment Phase.  Open-label quetiapine will also be provided for the beginning of this phase where the open-label quetiapine is replaced by the blinded investigational product.  Patients will be supplied with patient specific visit packs containing sufficient tablets for the first visit being dispensed.

**Revised Text:**

AstraZeneca will provide patients with blinded quetiapine or placebo to match, during the Randomized treatment Phase.  Open-label quetiapine will also be provided for the beginning

26(65)

of this phase where the open-label quetiapine is replaced by the blinded investigational
product.  Patients will be supplied with patient specific visit packs containing sufficient tablets
for **each** visit being dispensed.

**Reason for Amendment:**

Administrative error. Patients will be supplied with patient specific visit packs at each visit,
not only at the first visit.

**Section of protocol affected:**

3.4.4.1 Open-label Treatment Phase, § 3

**Previous text:**

Not more than 2 mg of lorazepam per day and no psychoactive and antipsychotic drugs other
than those specifically allowed during the study (ie, quetiapine, assigned mood stabilizer, and
zolpidem tartrate, zaleplon, zopiclone and chloral hydrate) can be used during the last 4 weeks
prior to randomization (see Section 3.3.3.2).  Psychoactive and antipsychotic drugs could
interfere with the effect of the study treatment.

**Revised text:**

Not more than 2 mg of lorazepam per day and no psychoactive and antipsychotic drugs other
than those specifically allowed during the study (ie, quetiapine, assigned mood stabilizer, and
zolpidem tartrate, zaleplon, zopiclone and chloral hydrate) can be used during the last **12
weeks** prior to randomization.  Psychoactive and antipsychotic drugs could interfere with the
effect of the study treatment.

**Reason for Amendment:**

To define a period of stability that would suggest appropriateness for long-term maintenance
treatment, the period of stability was changed to 12 weeks.  Cross-reference no longer
applicable due to change in criteria.

**Section of protocol affected:**

3.4.4.1 Open-label treatment Phase; Table 4

**Previous text:**

**Table 4**          **Permitted, restricted and prohibited medications during the Open-
label treatment Phase**

| Use category | Type of medication |
|---|---|
| Permitted | Investigational product (quetiapine fumarate) |
|  | Adjunct treatment (lithium/valproate) |

27(65)

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

**Table 4**　　**Permitted, restricted and prohibited medications during the Open-label treatment Phase**

| Use category | Type of medication |
|---|---|
| | Previous medications for medical, nonpsychiatric illnesses |
| | Oral contraceptives and contraceptive devices |
| Restricted | One of the following can be used for insomnia up to the specified dosage per night: zolpidem tartrate, 10 mg; zaleplon, 20 mg; zopiclone, 7.5 mg; chloral hydrate, 1 g |
| | Anticholinergics can be used to treat extrapyramidal symptoms (EPS). Prophylactic use is prohibited. |
| | Benzodiazepines as clinically indicated can be used with the exception of the last 4 weeks prior to randomization.  However, lorazepam can be used up to 2 mg any day during 4 weeks prior to randomization. |
| | Antipsychotic medications and mood stabilizers other than those assigned by the investigator (lithium or valproate) as clinically indicated can be used with the exception of the last 4 weeks prior to randomization. |
| | Depot antipsychotic medications as clinically indicated can be used with the exception of the last 8 weeks prior to randomization. |
| | Other psychoactive drugs (including antidepressants, anxiolytics, stimulants and sedatives) as clinically indicated can be used with the exception of the last 4 weeks prior to randomization. |
| Prohibited | Potent cytochrome P450 3A4 inhibitors (including but not limited to ketoconazole, intraconazole, fluconazole, erythromycin, clarithromycin, troleandomycin, indinavir, nelfinavir, ritonavir, and saquinavir) |
| | Potent cytochrome P450 3A4 inducers (including but not limited to phenytoin, carbamazepine, barbiturates, rifampin, St. John's Wort, and glucocorticoids) |
| | Electroconvulsive therapy (ECT) |

28(65)

CONFIDENTIAL
AZSER12748508

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

**Revised text:**

**Table 4**          **Permitted, restricted and prohibited medications during the Open-label treatment Phase**

| Use category | Type of medication |
|---|---|
| Permitted | Investigational product (quetiapine) |
| | Adjunct treatment (lithium/valproate) |
| | Previous medications for medical, nonpsychiatric illnesses |
| | Oral contraceptives and contraceptive devices |
| Restricted | One of the following can be used for insomnia up to the specified dosage per night: zolpidem tartrate, 10 mg; zaleplon, 20 mg; zopiclone, 7.5 mg; chloral hydrate, 1 g |
| | Anticholinergics can be used to treat extrapyramidal symptoms (EPS). Prophylactic use is prohibited. |
| | Benzodiazepines as clinically indicated can be used with the exception of the last **12 weeks** prior to randomization.  However, lorazepam can be used up to 2 mg any day during **12 weeks** prior to randomization. |
| | Antipsychotic medications and mood stabilizers other than those assigned by the investigator (lithium or valproate) as clinically indicated can be used with the exception of the last **12 weeks** prior to randomization. |
| | Depot antipsychotic medications as clinically indicated can be used with the exception of the last **16 weeks** prior to randomization. |
| | Other psychoactive drugs (including antidepressants, anxiolytics, stimulants and sedatives) as clinically indicated can be used with the exception of the last **12 weeks** prior to randomization. |
| Prohibited | Potent cytochrome P450 3A4 inhibitors (including but not limited to ketoconazole, intraconazole, fluconazole, erythromycin, clarithromycin, troleandomycin, indinavir, nelfinavir, ritonavir, and saquinavir) |
| | Potent cytochrome P450 3A4 inducers (including but not limited to phenytoin, carbamazepine, barbiturates, rifampin, St. John's Wort, and glucocorticoids) |
| | Electroconvulsive therapy (ECT) |

29(65)

CONFIDENTIAL
AZSER12748509

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

**Reason for Amendment:**

Deleted the word fumarate for consistency reasons.

To define a period of stability that would suggest appropriateness for long-term maintenance treatment, the period of stability was changed to 12 weeks.

Depot antipsychotics will be not permitted during the last 16 weeks prior to randomization.

**Section of protocol affected:**

3.4.4.2 Randomized treatment Phase, § 5

**Previous text:**

Investigators are encouraged to use the investigational product (quetiapine) to treat anxiety, sleep, and other symptoms before using lorazepam or the restricted sleep medication.

**Revised text:**

Investigators are encouraged to use the investigational product (quetiapine **or placebo**) to treat anxiety, sleep, and other symptoms before using lorazepam or the restricted sleep medication.

**Reason for Amendment:**

Consistency reasons.  Investigational product defined as open-label treatment or randomized treatment all through the protocol.

**Section of protocol affected:**

3.4.4.2 Randomized treatment Phase; Table 5

**Previous text:**

| Table 5 | Permitted, restricted and prohibited medications during the Randomized treatment Phase |
|---|---|
| **Use category** | **Type of medication** |
| Permitted | Investigational product (quetiapine fumarate) |
| | Adjunct treatment (lithium/valproate) |
| | Previous medications for medical, nonpsychiatric illnesses |
| | Oral contraceptives and contraceptive devices |

30(65)

CONFIDENTIAL
AZSER12748510

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

**Table 5**          **Permitted, restricted and prohibited medications during the Randomized treatment Phase**

| Use category | Type of medication |
| --- | --- |
| Restricted | One of the following can be used for insomnia up to the specified dosage per night: zolpidem tartrate, 10 mg; zaleplon, 20 mg; zopiclone, 7.5 mg; chloral hydrate, 1 mg |
| | Lorazepam can be used up to 2 mg/day during the Randomized treatment Phase.  No other benzodiazepines are permitted. |
| | Anticholinergics can be used to treat extrapyramidal symptoms (EPS). Prophylactic use is prohibited. |
| Prohibited | Potent cytochrome P450 3A4 inhibitors (including but not limited to ketoconazole, intraconazole, fluconazole, erythromycin, clarithromycin, troleandomycin, indinavir, nelfinavir, ritonavir, and saquinavir) |
| | Potent cytochrome P450 3A4 inducers (including but not limited to phenytoin, carbamazepine, barbiturates, rifampin, St. John's Wort, and glucocorticoids) |
| | Antipsychotic medications and mood stabilizers other than those assigned by the investigator (lithium or valproate) |
| | Other psychoactive drugs (including antidepressants, anxiolytics, stimulants and sedatives) other than those specifically allowed. |
| | Electroconvulsive therapy (ECT) |

**Revised text:**

**Table 5**          **Permitted, restricted and prohibited medications during the Randomized treatment Phase**

| Use category | Type of medication |
| --- | --- |
| Permitted | Investigational product (quetiapine **or placebo**) |
| | Adjunct treatment (lithium/valproate) |
| | Previous medications for medical, nonpsychiatric illnesses |

31(65)

CONFIDENTIAL
AZSER12748511

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

| Table 5 | Permitted, restricted and prohibited medications during the Randomized treatment Phase |
|---|---|
| **Use category** | **Type of medication** |
| | Oral contraceptives and contraceptive devices |
| Restricted | One of the following can be used for insomnia up to the specified dosage per night: zolpidem tartrate, 10 mg; zaleplon, 20 mg; zopiclone, 7.5 mg; **chloral hydrate, 1 g** |
| | Lorazepam can be used up to 2 mg/day during the Randomized treatment Phase.  No other benzodiazepines are permitted. |
| | Anticholinergics can be used to treat extrapyramidal symptoms (EPS). Prophylactic use is prohibited. |
| Prohibited | Potent cytochrome P450 3A4 inhibitors (including but not limited to ketoconazole, intraconazole, fluconazole, erythromycin, clarithromycin, troleandomycin, indinavir, nelfinavir, ritonavir, and saquinavir) |
| | Potent cytochrome P450 3A4 inducers (including but not limited to phenytoin, carbamazepine, barbiturates, rifampin, St. John's Wort, and glucocorticoids) |
| | Antipsychotic medications and mood stabilizers other than those assigned by the investigator (lithium or valproate) |
| | Other psychoactive drugs (including antidepressants, anxiolytics, stimulants and sedatives) other than those specifically allowed. |
| | Electroconvulsive therapy (ECT) |

**Reason for Amendment:**

Consistency reasons.  Investigational product defined as open-label treatment or randomized treatment all through the protocol. Deleted the word fumarate for consistency reasons.

Correct dosage of chloral hydrate is 1 g.

**Section of protocol affected:**

4.1 Primary variable

32(65)

CONFIDENTIAL
AZSER12748512

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

**Previous text:**

The primary variable measured will be time to recurrence of a manic event in days from randomization confirmed by at least 1 of the following as judged by the investigator:

- initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a manic or mixed event

- hospitalization for a manic or mixed event

- YMRS score ≥20 at 2 consecutive assessments or at the final assessment if the patient discontinues

- Discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic or mixed event

**Revised Text:**

The primary variable measured will be time to recurrence of a **mood event (manic, depressed, or mixed)** from randomization confirmed by at least 1 of the following as judged by the investigator:

- initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a **manic, depressed or mixed** event

- hospitalization for a **manic, depressed or mixed** event

- YMRS score ≥20 at 2 consecutive assessments or at the final assessment if the patient discontinues**, or MADRS score ≥20 at 2 consecutive assessments or at the final assessment if the patient discontinues**

- Discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic, **depressed** or mixed event

**Reason for Amendment:**

The primary objective is changed to support the target claim that quetiapine in combination with either lithium or valproate is effective in increasing time to a mood event (manic, depressed or mixed).

"In days" was removed for consistency reasons.

Bullet 3 updated for administrative clarification.

**Section of protocol affected:**

4.2 Screening and demographic measurements; bullet 12

33(65)

CONFIDENTIAL
AZSER12748513

**Previous text:**

- Adverse events

**Revised text:**

Bullet deleted.

**Reason for Amendment:**

Adverse events cannot be collected at enrollment.  Patients are solicited for adverse events at Visit S1 for any adverse event occurring back to the point of informed consent.

**Section of protocol affected:**

4.3.1.1 Methods of assessment

**Previous text:**

The Sheehan Disability Scale (SDS) uses a discretized visual analog scale to measure 3 items to assess symptom impact on overall disability, reviewing the last week.  The instrument evaluates symptom impact and impairment in the domains of work/school, social life/leisure, and family life/home responsibility.

The SDS will be utilized to evaluate the level of functioning between mood events in the patient population.

**Revised text:**

The Sheehan Disability Scale (SDS) uses a discretized visual analog scale to measure 3 items to assess symptom impact on overall disability, reviewing the last week.  The instrument evaluates symptom impact and impairment in the domains of work/school, social life/leisure, and family life/home responsibility.

The SDS will be utilized to evaluate the level of functioning between mood events in the patient population.

**In addition to the 3 primary disability measures (work/school, social life/leisure, family life/home responsibilities), two additional questions are included in the SDS, measuring absenteeism (missed days at work/school or days unable to perform normal daily activities due to symptoms) and presenteeism (days with reduced productivity while at work/school due to symptoms).**

**Reason for Amendment:**

Methods of assessment (Sheehan Disability Scale) was not correctly described in the protocol.

**Section of protocol affected:**

4.3.1.2 Derivation or calculation of variable

34(65)

CONFIDENTIAL
AZSER12748514

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

**Previous text:**

Each one of the 3 domains is rated from 0-10 (no impairment to most severe impairment) with evaluation of not at all (0), mild (1-3), moderate (4-6), marked (7-9) and extreme (10) disability.  A total score will be calculated.  A score of 30 indicates most severe impairment.

The total score and each of the 3 domains will be analyzed separately.  For total score, imputation of the mean of scores for the social life/leisure domain and the family life/home responsibilities domain, may be necessary for patients who do not work or go to school.

**Revised text:**

Each one of the 3 **primary measures** is rated from 0-10 (no impairment to most severe impairment) with evaluation of not at all (0), mild (1-3), moderate (4-6), marked (7-9) and extreme (10) disability.  A total score will be calculated.  A score of 30 indicates most severe impairment.

The total score and each of the 3 **primary measures** will be analyzed separately.  **The two additional questions related to absenteeism and presenteeism will be analyzed separately.**

**Reason for Amendment:**

Derivation or calculation of variable (Sheehan Disability Scale) was not correctly described in the protocol.

**Section of protocol affected:**

4.6 Efficacy and pharmacodynamic measurement and variables; Table 6

**Previous text:**

| Table 6 | Efficacy objectives and variables relating to each objective |
|---|---|
| **Objective** | **Variable** |
| **Primary objective** | **Primary variable** |
| To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a manic event. | Time to manic event, defined as 1 of the following:<br>(a) Use of medication to treat a manic or mixed event (see Section 2.1)<br>(b) The event of hospitalization for a manic or mixed event<br>(c) YMRS score ≥20 for 2 consecutive assessments<br>(d) YMRS score ≥20 at final assessment AND patient discontinues<br>(e) Discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic or mixed |

35(65)

CONFIDENTIAL
AZSER12748515

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

| Objective | Variable |
|---|---|
| | event |
| **Secondary objective** | **Secondary variable** |
| To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a mood event. | Time to mood event, defined as 1 of the following:<br>(a) Use of medication to treat a manic, depressed or mixed event (see Section 2.2)<br>(b) The event of hospitalization for a manic, depressed or mixed event<br>(c) YMRS score $\geq$20 or MADRS score $\geq$20 for 2 consecutive assessments<br>(d) YMRS score $\geq$20 or MADRS score $\geq$20 at final assessment AND patient discontinues<br>(e) Discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic or mixed event |
| To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a depressed event. | Time to depressed event, defined as 1 of the following:<br>(a) Use of medication for depression or mixed event (see Section 2.2)<br>(b) The event of hospitalization for depressed or mixed event<br>(c) MADRS score $\geq$20 for 2 consecutive assessments<br>(d) MADRS score $\geq$20 at final assessment AND patient discontinues<br>(e) Discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic or mixed event |

**Revised Text:**

Table 6          **Efficacy objectives and variables relating to each objective**

| Objective | Variable |
|---|---|
| **Primary objective** | **Primary variable** |
| To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to | Time to **mood** event, defined as 1 of the following: |

36(65)

CONFIDENTIAL
AZSER12748516

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

| Objective | Variable |
|---|---|
| (lithium or valproate) in increasing time to recurrence of a **mood** event. | (a) Use of medication to treat a manic, **depressed** or mixed event (see Section 2.1) |
| | (b) The event of hospitalization for a manic, **depressed** or mixed event |
| | (c) **2 consecutive assesments of either YMRS score ≥20 or MADRS score ≥20** |
| | (d) YMRS score ≥20 **or MADRS score ≥20** at final assessment AND patient discontinues |
| | (e) Discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic, **depressed** or mixed event |
| **Secondary objective** | **Secondary variable** |
| To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a **manic** event. | Time to **manic** event, defined as 1 of the following: |
| | (a) Use of medication to treat **a manic event or mixed event with predominantly manic symptoms** (see Section 2.2) |
| | (b) The event of hospitalization for **a manic event or mixed event with predominantly manic symptoms** |
| | (c) YMRS score ≥20 for 2 consecutive assessments |
| | (d) YMRS score ≥20 at final assessment AND patient discontinues |
| | (e) Discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to **a manic event or mixed event with predominantly manic symptoms** |
| To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a depressed event. | Time to depressed event, defined as 1 of the following: |
| | (a) Use of medication **to treat a depressed event or mixed event with predominantly depressed symptoms** (see Section 2.2) |
| | (b) The event of hospitalization for **a depressed event or mixed event with predominantly depressed symptoms** |
| | (c) MADRS score ≥20 for 2 consecutive |

37(65)

CONFIDENTIAL
AZSER12748517

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

| Objective | Variable |
|---|---|
| | assessments |
| | (d) MADRS score ≥20 at final assessment AND patient discontinues |
| | (e) Discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to **a depressed event or mixed event with predominantly depressed symptoms** |

**Reason for Amendment:**

The primary objective is changed to support the target claim that quetiapine in combination with either lithium or valproate is effective in increasing time to a mood event (manic, depressed or mixed). The secondary objective was changed from time to a mood event to time to a manic event.  Mixed events will be assigned either to manic event or depressed event, not both.

Item (c), primary variable, updated for administrative clarification.

**Section of protocol affected:**

4.6.2.1 Methods of Assessment, § 2

**Previous text:**

To ensure consistency throughout the study, all investigators will receive training in rating the YMRS.  Only investigators certified by training will be permitted to conduct the assessments. The same rater should conduct all YMRS assessments across visits for a given patient, as possible.  In the event that the primary rater is not available, a designated back-up rater may perform the YMRS.  The back-up rater must meet the same qualifications as the primary rater and be authorized by the Principal Investigator.

The YMRS score will be recorded on the appropriate sections of the CRF (source data).

**Revised Text:**

To ensure consistency throughout the study, all **raters** will receive training in rating the YMRS.  Only **raters** certified by training will be permitted to conduct the assessments.  The same rater should conduct all YMRS assessments across visits for a given patient, as possible. In the event that the primary rater is not available, a designated back-up rater may perform the YMRS.  The back-up rater must meet the same qualifications as the primary rater and be authorized by the Principal Investigator.

38(65)

CONFIDENTIAL
AZSER12748518

The YMRS score will be recorded on the appropriate sections of the **workbook (source data) and transcribed into the appropriate sections of the CRF.**

**Reason for Amendment:**

"Investigators" changed to "raters" for clarification.

The workbook with the complete assessment scales will be used as source data.

**Section of protocol affected:**

4.6.3.1 Methods of Assessment, § 2

**Previous text:**

To ensure consistency throughout the study, all investigators will receive training in rating the MADRS.  Only investigators certified by training will be permitted to conduct the assessments.  The same rater should conduct all MADRS assessments across visits for a given patient, as possible.  In the event that the primary rater is not available, a designated back-up rater may perform the MADRS.  The back-up rater must meet the same qualifications as the primary rater and be authorized by the Principal Investigator.

The MADRS score will be recorded on the appropriate sections of the CRF (source data).

**Revised Text:**

To ensure consistency throughout the study, all **raters** will receive training in rating the MADRS.  Only **raters** certified by training will be permitted to conduct the assessments.  The same rater should conduct all MADRS assessments across visits for a given patient, as possible.  In the event that the primary rater is not available, a designated back-up rater may perform the MADRS.  The back-up rater must meet the same qualifications as the primary rater and be authorized by the Principal Investigator.

The MADRS score will be recorded on the appropriate sections of the **workbook (source data) and transcribed into the appropriate sections of the CRF.**

**Reason for Amendment:**

"Investigators" changed to "raters" for clarification.

The workbook with the complete assessment scales will be used as source data.

**Section of protocol affected:**

4.6.4.1 Methods of Assessment, § 2

**Previous text:**

To ensure consistency throughout the study, all investigators will receive training in rating the PANSS-P.  Only investigators certified by training will be permitted to conduct the

39(65)

assessment.  The same rater should conduct all PANSS-P assessments across visits for a given patient, as possible.  In the event that the primary rater is not available, a designated back-up rater may perform the PANSS-P.  The back-up rater must meet the same qualifications as the primary rater and be authorized by the Principal Investigator.

The PANSS-P score will be recorded on the appropriate sections of the CRF (source data).

**Revised Text:**

To ensure consistency throughout the study, all **raters** will receive training in rating the PANSS-P.  The same rater should conduct all PANSS-P assessments across visits for a given patient, as possible.  In the event that the primary rater is not available, a designated back-up rater may perform the PANSS-P.  The back-up rater must meet the same qualifications as the primary rater and be authorized by the Principal Investigator.

The PANSS-P score will be recorded on the appropriate sections of the **workbook (source data) and transcribed into the appropriate sections of the CRF.**

**Reason for Amendment:**

"Investigators" changed to "raters" for clarification.

Trainees will not be certified in the PANSS-P.

The workbook with the complete assessment scales will be used as source data.

**Section of protocol affected:**

4.6.5.1 Methods of Assessments, § 1

**Previous text:**

To ensure consistency throughout the study, all investigators will receive training in the CGI-BP.  The same rater should conduct all CGI-BP assessments across visits for a given patient, as possible.  In the event that the primary rater is not available, a designated back-up rater may perform the CGI-BP.  The back-up rater must meet the same qualifications as the primary rater and be authorized by the Principal Investigator.

**Revised text:**

To ensure consistency throughout the study, all investigators will receive training in the CGI-BP.  **Only licensed physicians or licensed clinical psychologists will be permitted to conduct the CGI-BP.**  The same rater should conduct all CGI-BP assessments across visits for a given patient, as possible.  In the event that the primary rater is not available, a designated back-up rater may perform the CGI-BP.  The back-up rater must meet the same qualifications as the primary rater and be authorized by the Principal Investigator.

**Reason for Amendment:**

CONFIDENTIAL
AZSER12748520

Raters will need to be licensed physicians or licensed clinical psychologists in order to conduct the CGI-BP rating scale assessment.

**Section of protocol affected:**

4.6.5.2 Calculation or derivation of outcome variables

**Previous text:**

The change from baseline (i.e. randomization) will be calculated by the sponsor at each assessment and final assessment in CGI-BP Severity of Illness.

**Revised text:**

The change from baseline (**i.e. enrollment for Open-label treatment Phase and randomization for Randomized treatment Phase**) will be calculated by the sponsor at each assessment and final assessment in CGI-BP Severity of Illness.

**Reason for Amendment:**

Consistency reasons.  The baselines for the different treatment periods were not correctly described in the protocol.

**Section of protocol affected:**

4.7.1.2 Recording of adverse events, § 5

**Previous text:**

A causality assessment must be recorded for all AEs.  The CRF asks the question, "In your medical judgment, is there a reasonable possibility that the event may have been caused by the investigational product?" (investigational product defined as randomized treatment plus mood stabilizer).

**Revised text:**

A causality assessment must be recorded for all AEs.  The CRF asks the question, "In your medical judgment, is there a reasonable possibility that the event may have been caused by the investigational product?" (investigational product defined as **quetiapine or placebo**).

**Reason for Amendment:**

Consistency reasons.  Investigational product defined as open-label treatment or randomized treatment all through the protocol.

**Section of protocol affected:**

4.7.1.2 Recording of adverse events, § 6

41(65)

CONFIDENTIAL
AZSER12748521

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

**Previous text:**

Any detrimental change in the patient's condition after the patient enters the study will be discussed with the investigator.  Where the detrimental change is considered by the investigator to constitute a progression or recurrence of bipolar mania or depression due to a lack of efficacy, this will not be considered to be an AE even where this necessitates or prolongs hospitalization.  However, if it is felt that the medicine may have contributed to the deterioration, this should be treated as an AE.

**Revised text:**

Any detrimental change in the patient's condition after the patient enters the study will be discussed with the investigator.  Where the detrimental change is considered by the investigator to constitute a progression or recurrence of bipolar mania or depression due to a lack of efficacy, this will not be considered to be an AE even where this necessitates or prolongs hospitalization.  However, if it is felt that the **investigational product** may have contributed to the deterioration, this should be treated as an AE.

**Reason for Amendment:**

Consistency reasons.  The term "investigational product" is used throughout the protocol to prevent misunderstandings.

**Section of protocol affected:**

4.7.1.2 Recording of adverse events, § 8

**Previous text:**

Abnormal laboratory tests including ECGs, or vital signs, should not be reported as AEs unless they fulfill the criteria for an SAE or lead to discontinuation.  If an abnormal laboratory test result or vital sign is associated with clinical signs and symptoms, the sign or symptom should be reported as the AE, and the associated test result or vital sign should be recorded on the appropriate CRF.

**Revised Text:**

Abnormal laboratory tests including ECGs, or vital signs, should not be reported as AEs unless they fulfill the criteria for an SAE or lead to discontinuation.  If an abnormal laboratory test result or vital sign is associated with clinical signs and symptoms, the sign or symptom should be reported as the AE, and the associated test result or vital sign should be recorded on the appropriate CRF.  **In the case of a neutrophil count of $<0.5\text{x}10^9$/L, the test must be repeated within one day.  If the second neutrophil count is $<0.5\text{x}10^9$/L, this must be reported as an AE and the patient must be discontinued from the study.**

**Reason for Amendment:**

A patient with a repeated neutrophil count $<0.5\text{x}10^9$/L must be discontinued from the study.

CONFIDENTIAL
AZSER12748522

**Section of protocol affected:**

4.7.1.2 Recording of adverse events, § 9

**Previous text:**

Should an overdose occur, it must be reported in accordance with the procedures described in
Section 9.3.  All overdoses, with or without associated symptoms, should be reported as AEs.

**Revised text:**

Should an overdose occur, it must be reported in accordance with the procedures described in
Section 9.3.  **An overdose is defined as an ingestion of investigational product of
>800mg/day.**  All overdoses, with or without associated symptoms, should be reported as
AEs.

**Reason for Amendment:**

Added overdose definition previously not included in the protocol.

**Section of protocol affected:**

4.7.1.2 Recording of adverse events, § 13

**Previous text:**

All AEs will be reported in the CRF at each visit throughout the study. This will include AEs
spontaneously reported by the patient and/or observed by the physician or center staff.  The
patient will be asked a non-specific open question "Have you had any health problems since
the previous visit?".  Patients will also be instructed to volunteer adverse events noted at any
time during the study.  All positive responses must include the dates of onset and cessation,
the intensity of the event, and the investigator's appraisal of each AE, and must be recorded
on the appropriate sections of the CRF.  If the intensity of an AE changes, only the maximum
intensity of the event will be recorded.

**Revised text:**

All AEs will be reported in the CRF at each visit throughout the study. This will include AEs
spontaneously reported by the patient and/or observed by the physician or center staff.  The
patient will be asked a non-specific open question "Have you had any health problems since
the previous visit?".  All positive responses must include the dates of onset and cessation, the
intensity of the event, and the investigator's appraisal of each AE, and must be recorded on
the appropriate sections of the CRF.  If the intensity of an AE changes, only the maximum
intensity of the event will be recorded.

**Reason for Amendment:**

Consistency reasons.  Deleted sentence was incomplete and is also explained elsewhere in the
protocol.

43(65)

CONFIDENTIAL
AZSER12748523

**Section of protocol affected:**

4.7.1.2 Recording of adverse events, § 14 and 15

**Previous text:**

Adverse events will be recorded from enrollment up to the final study visit, and during any follow-up period as required. All AEs and SAEs, including those that are ongoing at the end of the study or follow-up period, as required, will be followed to resolution or until such time in the investigator's opinion that the AE or SAE has become stable and unlikely to change.

New AEs occurring after the final visit are not actively sought or collected, however, SAEs occurring within 30 days after the subject has completed the study has to be reported to the AstraZeneca Drug Safety Department, as described in section 4.7.1.3.

**Revised text:**

Adverse events will be recorded from **informed consent** up to **30 days after** the final study visit, and during any follow-up period as required. All AEs and SAEs, including those that are ongoing at the end of the study or follow-up period, as required, will be followed to resolution or until such time in the investigator's opinion that the AE or SAE has become stable and unlikely to change.

New AEs occurring after the final visit are not actively sought or collected, however, **AEs and** SAEs occurring within 30 days after the subject has completed the study **should** be reported. **Unsolicited AE reports occurring up to 30 days after last dose of investigational drug should be recorded together with concomitant medications in appropriate sections of the CRF. SAEs must be reported** to the AstraZeneca Drug Safety Department, as described in section 4.7.1.3.

**Reason for Amendment:**

Adverse events cannot be collected at enrollment. Adverse events will be recorded from informed consent up to 30 days after discontinuation and should be reported together with concomitant medications in the appropriate sections of the CRF.

**Section of protocol affected:**

4.7.1.2 Recording of adverse events, § 16

**Previous text:**

The requirement to follow up is not intended to delay database lock or production of the clinical study report. Both these activities should proceed as planned with ongoing adverse events. Beyond the database lock, only serious unexpected AEs (as indicated in the IB) should be followed to resolution.

44(65)

CONFIDENTIAL
AZSER12748524

**Revised text:**

The requirement to follow up is not intended to delay database lock or production of the clinical study report.  Both these activities should proceed as planned with ongoing adverse events.

**Reason for Amendment:**

Consistency reasons. Last sentence in this paragraph was incorrect.

**Section of protocol affected:**

4.7.2.1 Methods of Assessment; bullet 6

**Previous text:**

- Urinalysis (chemistry and specific gravity) (only at enrollment and Final Visit or discontinuation)

**Revised text:**

- Urinalysis (chemistry and specific gravity) (only at enrollment, **randomization, visit 17**, and Final Visit or discontinuation)

**Reason for Amendment:**

Consistency reasons: Test incorporated at correct visits in Table 1 but not in section 4.7.2.1.

**Section of protocol affected:**

4.7.2.2 Calculation or derivation of outcome variables; § 3

**Previous text:**

Lithium and valproate serum levels will be measured locally and results will be transcribed from printouts (source data) on the appropriate sections of the CRF.

**Revised text:**

Lithium and valproate serum levels will be measured locally and printouts (source data) will be kept together with the CRF.

**Reason for Amendment:**

Results will not be transcribed from the printouts into the CRF.

**Section of protocol affected:**

4.7.6.1 Methods of Assessments, § 2

**Previous text:**

Assessments will be recorded directly on the appropriate sections of the CRF (source data).

45(65)

CONFIDENTIAL
AZSER12748525

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

**Revised Text:**

Assessments will be recorded on the appropriate sections of the **workbook (source data) and transcribed into the appropriate sections of the CRF.**

**Reason for Amendment:**

The workbook with the complete assessment scales will be used as source data.

**Section of protocol affected:**

4.8 Collection of samples for genetic analysis (Not applicable)

**Previous text:**

4.8 Collection of samples for genetic analysis (Not applicable)

**Revised Text:**

4.8 Collection of samples for genetic analysis

**The study includes the option for enrolled patients to provide a deoxyribonucleic acid (DNA) sample. Please see Appendix C for further details.**

**Reason for Amendment:**

An optional genetic sampling has been added to the study.

**Section of protocol affected:**

4.9 Collection of samples for genetic analysis (Not applicable)

**Previous text:**

4.9 Genetic sampling and storage (Not applicable)

**Revised Text:**

4.9 Genetic sampling and storage

**The study includes the option for enrolled patients to provide a deoxyribonucleic acid (DNA) sample. Please see Appendix C for further details.**

**Reason for Amendment:**

An optional genetic sampling has been added to the study.

**Section of protocol affected:**

4.10 Volume of blood sampling and handling of biological samples; Table 7

46(65)

CONFIDENTIAL
AZSER12748526

**Previous text:**

**Table 7**        **Volume of blood to be drawn from each patient**

| Assessment | | Sample volume (mL) | N of samples | Total volume (mL) |
|---|---|---|---|---|
| Safety | Clinical chemistry and Thyroid functioning | 8.5 | 9 | 76.5 |
| | Hematology | 4.5 | 13 | 58.5 |
| | Serum pregnancy[a] | - | 3 | - |
| Mood Stabilizer | | 5 | 32 | 160 |
| **Total** | | **18** | **65** | **295** |

[a]Sample volume included in sample volume for Clinical chemistry and Thyroid functioning

**Revised text:**

**Table 7**        **Volume of blood to be drawn from each patient**

| Assessment | | Sample volume (mL) | N of samples | Total volume (mL) |
|---|---|---|---|---|
| Safety | Clinical chemistry and Thyroid functioning | 8.5 | 9 | 76.5 |
| | Hematology | 4.5 | 13 | 58.5 |
| | Serum pregnancy[a] | - | **2** | - |
| Mood Stabilizer | | 5 | 32 | 160 |
| **Genotyping[b]** | | **9** | **1** | **9** |
| **Total** | | **27** | **55** | **304** |

[a]Sample volume included in sample volume for Clinical chemistry and Thyroid functioning
**[b]Optional sample. See Appendix C for further details.**

**Reason for Amendment:**

Number of samples not added correctly.

An optional genetic sampling has been added to the study.

**Section of protocol affected:**

6.1.1 Multiplicity; numbers 1 and 2

47(65)

CONFIDENTIAL
AZSER12748527

**Previous text:**

1. Time to a manic event

    The null hypothesis is that the between group hazard ratio is equal to unity.

2. Time to a mood event

    The null hypothesis is that the between group hazard ratio is equal to unity.

**Revised Text:**

1. Time to a **mood** event

    The null hypothesis is that the between group hazard ratio is equal to unity.

2. Time to a **manic** event

    The null hypothesis is that the between group hazard ratio is equal to unity.

**Reason for Amendment:**

The primary objective is changed to support the target claim that quetiapine in combination with either lithium or valproate is effective in increasing time to a mood event (manic, depressed or mixed). The secondary objective was changed from time to a mood event to time to a manic event.

**Section of protocol affected:**

6.1.1 Multiplicity, § 4, 5 and 7

**Previous text:**

A successful outcome of the primary analysis (1st step) is regarded as evidence that quetiapine as adjunct to a mood stabilizer is more effective than a mood stabilizer alone in increasing the time to a manic event.

No confirmatory claims for time to a mood event (2nd step) will be made unless the null hypotheses in both the 1st and 2nd step are rejected. A successful outcome in both these steps is regarded as evidence that quetiapine as adjunct to a mood stabilizer is more effective than a mood stabilizer alone in increasing the time to a mood event.

No confirmatory claims for SDS Total score (4th step) will be made unless the null hypothesis in the 1st, 2nd, 3rd and 4th step are all rejected. A successful outcome in all these steps is regarded as evidence that quetiapine as adjunct to a mood stabilizer is more effective than a mood stabilizer alone in improving level of functioning between mood episodes.

CONFIDENTIAL
AZSER12748528

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

**Revised Text:**

A successful outcome of the primary analysis (1st step) is regarded as evidence that quetiapine as adjunct to a mood stabilizer is more effective than a mood stabilizer alone in increasing the time to a **mood** event.

No confirmatory claims for time to a **manic** event (2nd step) will be made unless the null hypotheses in both the 1st and 2nd step are rejected. A successful outcome in both these steps is regarded as evidence that quetiapine as adjunct to a mood stabilizer is more effective than a mood stabilizer alone in increasing the time to a **manic** event.

No confirmatory claims for **mean change in** SDS Total score (4th step) will be made unless the null hypothesis in the 1st, 2nd, 3rd and 4th step are all rejected. A successful outcome in all these steps is regarded as evidence that quetiapine as adjunct to a mood stabilizer is more effective than a mood stabilizer alone in improving level of functioning between mood episodes.

**Reason for Amendment:**

The primary objective is changed to support the target claim that quetiapine in combination with either lithium or valproate is effective in increasing time to a mood event (manic, depressed or mixed). The secondary objective was changed from time to a mood event to time to a manic event.

"SDS Total Score" is changed to "mean change in SDS Total Score" to use the correct terminology.

**Section of protocol affected:**

6.2.1 Primary study objective and outcome variable

**Previous text:**

The primary objective is to evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a manic event in patients with Bipolar I Disorder.  Recurrence is defined as (1) initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a manic or mixed event, (2) hospitalization for a manic or mixed event, (3) YMRS score ≥20 at 2 consecutive assessments, or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic or mixed event.

This objective will be tested using the outcome variable of time to manic event.  This will be defined as the time from randomization to the first of the above listed events.  In the case of YMRS score ≥20 at 2 consecutive assessments, the event start time will be the time of the first of the 2 consecutive assessments.  In the case of YMRS score ≥20 at the final assessment, the time will be the time to the final assessment.

49(65)

CONFIDENTIAL
AZSER12748529

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

The proportions of patients having a manic event between randomization and week 28 and 52 will also be examined as a supporting outcome variable and for consistency with the main results.

**Revised Text:**

The primary objective is to evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a **mood event in patients with Bipolar I Disorder**.  Recurrence is defined as (1) initiation of an antpsychotic, **antidepressant**, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a manic, **depressed** or mixed event, (2) hospitalization for a manic, **depressed** or mixed event, (3) YMRS score ≥20 **at 2 consecutive assessments or at the final assessment if the patient discontinues, or MADRS score ≥20** at 2 consecutive assessments, or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic, **depressed** or mixed event.

This objective will be tested using the outcome variable of time to **mood** event.  This will be defined as the time from randomization to the first of the above listed events.  In the case of, YMRS score ≥20 **or MADRS score ≥20** at 2 consecutive assessments, the event start time will be the time of the first of the 2 consecutive **assessments with YMRS score ≥20, or to the first of 2 consecutive assessments with MADRS score ≥20.**  In the case of YMRS score ≥20 **or MADRS score ≥20** at the final assessment, the time will be the time to the final assessment.

The proportions of patients having a **mood** event between randomization and week 28 and 52 will also be examined as a supporting outcome variable and for consistency with the main results.

**Reason for Amendment:**

The primary objective is changed to support the target claim that quetiapine in combination with either lithium or valproate is effective in increasing time to a mood event (manic, depressed or mixed).

Item (3) updated for administrative clarification.

**Section of protocol affected:**

6.2.2 Secondary objective: time to mood event

**Previous text:**

6.2.2     Secondary objective: time to mood event

This objective is to evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time in days to recurrence of a mood event (manic or depressed).  Recurrence is defined as (1) initiation of an antipsychotic, antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than

50(65)

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

lorazepam, or any other medication to treat a manic, depressed or mixed event, (2) hospitalization for a manic, depressed or mixed event, (3) YMRS score ≥20 or MADRS score ≥20 at 2 consecutive assessments, or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic, depressed or mixed event.

This objective will be tested using the outcome variable of time to mood event.  This will be defined as the time from randomization to the first of the above listed events.  In the case of , YMRS score ≥20 or MADRS score ≥20 at 2 consecutive assessments, the event start time will be the time of the first of the 2 consecutive assessments with YMRS score ≥20, or to the first of 2 consecutive assessments with MADRS score ≥20.  In the case of YMRS score ≥20 or MADRS score ≥20 at the final assessment, the time will be the time to the final assessment.

The proportions of patients having a mood event between randomization and week 28 and 52 will also be examined as a supporting outcome variable and for consistency with the main results.

**Revised Text:**

6.2.2      Secondary objective: time to **manic** event

This objective is to evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a **manic** event **in patients with Bipolar I Disorder**.  Recurrence is defined as (1) initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat **a manic event or mixed event with predominantly manic symptoms**, (2) hospitalization for a **manic event or mixed event with predominantly manic symptoms**, (3) YMRS score ≥20 at 2 consecutive assessments, or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to **a manic event or mixed event with predominantly manic symptoms**.

This objective will be tested using the outcome variable of time to **manic** event.  This will be defined as the time from randomization to the first of the above listed events.  In the case of YMRS score ≥20 at 2 consecutive assessments, the event start time will be the time of the first of the 2 consecutive assessments.  In the case of YMRS score ≥20 at the final assessment, the time will be the time to the final assessment.

The proportions of patients having a **manic** event between randomization and week 28 and 52 will also be examined as a supporting outcome variable and for consistency with the main results.

**Reason for Amendment:**

51(65)

CONFIDENTIAL
AZSER12748531

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

The secondary objective was changed from time to a mood event to time to a manic event. Mixed events will be assigned either to manic event or depressed event, not both. "In days" was removed for consistency reasons.

**Section of protocol affected:**

6.2.3 Secondary objective: time to depressed event, § 1

**Previous text:**

This objective is to evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time in days to recurrence of a depressed event.  Recurrence is defined as (1) initiation of an antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a depressed or mixed event, (2) hospitalization for a depressed or mixed event, (3) MADRS score ≥20 at 2 consecutive assessments, or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a depressed or mixed event.

**Revised Text:**

This objective is to evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a depressed event. Recurrence is defined as (1) initiation of an antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat **a depressed event or mixed event with predominantly depressed symptoms**, (2) hospitalization for **a depressed event or mixed event with predominantly depressed symptoms**, (3) MADRS score ≥20 at 2 consecutive assessments, or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to **a depressed event or mixed event with predominantly depressed symptoms**.

**Reason for Amendment:**

Mixed events will be assigned either to manic event or depressed event, not both.

"In days" was removed for consistency reasons.

**Section of protocol affected:**

6.4.1 Time to a manic event; §1, 2 and 5

**Previous text:**

6.4.1 Time to a manic event

The main analysis of the time to manic event will be a Cox proportional hazards model to estimate the hazard ratio of recurrence between treatment groups, with 95% confidence

52(65)

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

intervals.  This will be a 2-sided test of the hypothesis, with a statistical significance level of 0.05.

Time to event will be censored for at the time the patient discontinues from, or completes the study, without meeting manic or mixed event criteria.  Time of censoring will be the date of the patient's final assessment.

In addition the number and the proportion of patients having a manic event between randomization and week 28 and 52 will be presented for all patients and by the assigned mood stabilizer.

**Revised text:**

6.4.1 Time to a **mood** event

The main analysis of the time to manic event will be a Cox proportional hazards model to estimate the hazard ratio of recurrence between treatment groups, with 95% confidence intervals.  This will be a 2-sided test of the **null** hypothesis, with a statistical significance level of 0.05.

Time to event will be censored for at the time the patient discontinues from, or completes the study, without meeting manic, mixed **or depressed** event criteria.  Time of censoring will be the date of the patient's final assessment.

In addition the number and the proportion of patients having a **mood** event between randomization and week 28 and 52 will be presented for all patients and by the assigned mood stabilizer.

**Reason for Amendment:**

To keep the text consistent with the primary objective change to support the target claim that quetiapine in combination with either lithium or valproate is effective in increasing time to a mood event (manic, depressed or mixed).

Consistency reasons: Word "null" correctly present in synopsis but not in section 6.4.1.

**Section of protocol affected:**

6.4.2 Time to mood event, § 1, 2 and 5

**Previous text:**

6.4.2 Time to mood event

The main analysis of the time to mood event will be a Cox proportional hazards model to estimate the hazard ration of recurrence between treatment groups, with 95% confidence intervals. This will be a 2-sided test of the hypothesis, with a statistical significance level of 0.05.

53(65)

CONFIDENTIAL
AZSER12748533

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

Time to event will be censored for at the time the patient discontinues from, or completes the study, without meeting manic, mixed or depressed event criteria.  Time of censoring will be the date of the patient's final assessment.

In addition the number and the proportion of patients having a mood event between randomization and week 28 and 52 will be presented for all patients and by the assigned mood stabilizer.

**Revised text:**

6.4.2 Time to **manic** event

The main analysis of the time to **manic** event will be a Cox proportional hazards model to estimate the hazard ration of recurrence between treatment groups, with 95% confidence intervals. This will be a 2-sided test of the **null** hypothesis, with a statistical significance level of 0.05.

Time to event will be censored for at the time the patient discontinues from, or completes the study, without meeting **the criteria for a** manic **event** or mixed **event with predominantly manic symptoms**.  Time of censoring will be the date of the patient's final assessment.

In addition the number and the proportion of patients having a **manic** event between randomization and week 28 and 52 will be presented for all patients and by the assigned mood stabilizer.

**Reason for Amendment:**

To keep the text consistent with the primary objective change to support the target claim that quetiapine in combination with either lithium or valproate is effective in increasing time to a mood event (manic, depressed or mixed).

Consistency reasons: Word "null" correctly present in synopsis but not in section 6.4.2.

Mixed events will be assigned either to manic event or depressed event, not both.

**Section of protocol affected:**

6.4.3 Time to depressed event

**Previous text:**

The main analysis of the time to depressed event will be a Cox proportional hazards model to estimate the hazard ratio of recurrence between treatment groups, with 95% confidence intervals.  This will be a 2-sided test of the hypothesis, with a statistical significance level of 0.05.

Time to event will be censored for at the time the patient discontinues from, or completes the study, without meeting depressed or mixed event criteria.  Time of censoring will be the date of the patient's final assessment.

54(65)

CONFIDENTIAL
AZSER12748534

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

**Revised text:**

The main analysis of the time to depressed event will be a Cox proportional hazards model to estimate the hazard ratio of recurrence between treatment groups, with 95% confidence intervals.  This will be a 2-sided test of the **null** hypothesis, with a statistical significance level of 0.05.

Time to event will be censored for at the time the patient discontinues from, or completes the study, without meeting **the criteria for a** depressed **event** or mixed event **with predominantly depressed symptoms**.  Time of censoring will be the date of the patient's final assessment.

**Reason for Amendment:**

Consistency reasons: Word "null" correctly present in synopsis but not in section 6.4.3.

Mixed events will be assigned either to manic event or depressed event, not both.

**Section of protocol affected:**

6.4.6 Level of functioning, §2

**Previous text:**

This outcome variable will be analyzed by using an Analysis of Covariance model with treatment and assigned mood stabilizer as fixed effects and the SDS total score at baseline as a covariate. The null hypothesis of no difference in the mean SDS total score between treatment groups will be tested in favor of the alternative that there is a difference.

**Revised text:**

This outcome variable will be analyzed by using an Analysis of Covariance model with treatment and assigned mood stabilizer as fixed effects and the SDS total score at baseline as a covariate. The null hypothesis of no difference in the mean **change in** SDS total score between treatment groups will be tested in favor of the alternative that there is a difference.

**Reason for Amendment:**

"Mean SDS Total Score" is changed to "mean change in SDS Total Score" to use the correct terminology.

**Section of protocol affected:**

6.5 Determination of sample size

**Previous text:**

The primary outcome variable in this study is time to recurrence of a manic event.  This variable will be analyzed using Cox proportional hazards model.  Assuming a hazard ratio of 0.6 for quetiapine versus placebo, this analysis requires at least 162 patients with a

55(65)

CONFIDENTIAL
AZSER12748535

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

documented recurrence of mania (with a two-tailed test with significance level of 0.05 and a power of 90%.).

Recruitment of patients to the Open-label treatment Phase will be stopped by the sponsor when it is estimated that a sufficient number of patients have been recruited to provide a total of 162 manic events.

The study will be terminated by the sponsor when both of the following conditions have been fulfilled:

1. the required number of events has occurred (at least 162 manic events)

2. all remaining randomized patients have either completed 28 weeks of randomized treatment without a mood event (manic, depressed, or mixed), or have experienced a mood event (manic, depressed, or mixed), or have discontinued from the study

Patients reaching 28 weeks of randomized treatment before the above is fulfilled will continue until the study is terminated by the sponsor or until the patient has either discontinued from the study, or experienced a mood event (manic, depressed, or mixed), or until the patient has reached 104 weeks of randomized treatment.

Assuming that 22.5% of the patients will have a manic recurrence, approximately 720 patients will need to be randomized.  If 50% of the enrolled patients fulfill the criteria for randomization this will lead to approximately 1440 enrolled patients.

The assumptions made for the power calculations were based on information from a 1-year recurrence prevention study with the atypical antipsychotic drug olanzapine (Tohen, Marneros, Bowden et al 2002).  In this study the rate of a manic recurrence at 1 year was approximately 15% in the olanzapine group and 30% in the lithium group.

**Revised Text:**

The primary outcome variable in this study is time to recurrence of a **mood** event.  This variable will be analyzed using Cox proportional hazards model.  Assuming a hazard ratio of **0.65** for quetiapine versus placebo, this analysis requires at least **227** patients with a documented recurrence of **a mood event** (with a two-tailed test with significance level of 0.05 and a power of 90%.).

Recruitment of patients to the Open-label treatment Phase will be stopped by the sponsor when it is estimated that a sufficient number of patients have been recruited to provide a total of **227 mood** events.

The study will be terminated by the sponsor when both of the following conditions have been fulfilled:

1. the required number of events has occurred (at least **227 mood** events)

56(65)

CONFIDENTIAL
AZSER12748536

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

2. all remaining randomized patients have either completed 28 weeks of randomized
treatment without a mood event (manic, depressed, or mixed), or have experienced a mood
event (manic, depressed, or mixed), or have discontinued from the study

Patients reaching 28 weeks of randomized treatment before the above is fulfilled will continue
until the study is terminated by the sponsor or until the patient has either discontinued from
the study, or experienced a mood event (manic, depressed, or mixed), or until the patient has
reached 104 weeks of randomized treatment.

Assuming that **32%** of the patients will have a **recurrence of a mood event**, approximately
**710** patients will need to be randomized.  If 50% of the enrolled patients fulfill the criteria for
randomization this will lead to approximately **1420** enrolled patients.

The assumptions made for the power calculations were based on information from a 1-year
recurrence prevention study with the atypical antipsychotic drug olanzapine (Tohen,
Marneros, Bowden et al 2002).  **In this study the rate for recurrence of a mood event at 1
year was approximately 30% in the olanzapine group and 40% in the lithium group.**

**Reason for Amendment:**

The primary objective is changed to support the target claim that quetiapine in combination
with either lithium or valproate is effective in increasing time to a mood event (manic,
depressed or mixed.  The number of patients enrolled and randomized and number of mood
events captured needed to be adjusted due to the primary objective change.

**Section of protocol affected:**

7.6 Study timetable and termination, §1

**Previous text:**

First patient is planned to be enrolled in October 2003 and that the last patient is estimated to
complete the study in May 2006.  The recruitment period is estimated to begin in October
2003 and end in April 2005, or when the Sponsor notifies the investigator as described in
Section 3.1.4.

**Revised Text:**

First patient is planned to be enrolled in **March 2004** and that the last patient is estimated to
complete the study in **July 2006**.  The recruitment period is estimated to begin in **March 2004**
and end in **January 2006**, or when the Sponsor notifies the investigator as described in
Section 3.1.4.

**Reason for Amendment:**

Study dates changed to reflect new timelines.

57(65)

CONFIDENTIAL
AZSER12748537

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

**Section of protocol affected:**

8.2 Ethical conduct of the study

**Previous text:**

The study will be performed in accordance with ethical principles that have their origin in the Declaration of Helsinki and are consistent with ICH/GCP, applicable regulatory requirements and the AstraZeneca policy on Bioethics.

**Revised Text:**

The study will be performed in accordance with ethical principles that have their origin in the Declaration of Helsinki and are consistent with ICH/GCP, applicable regulatory requirements and the AstraZeneca policy on Bioethics.

**In addition, AstraZeneca ensures that special precautions are taken for studies including genetic analysis, with regard to the processes for ensuring confidentiality of data.**

**Reason for Amendment:**

An optional genetic sampling has been added to the study.

**Section of protocol affected:**

8.3 Written informed consent, § 5 and 6

**Previous text:**

The principal investigator(s) must store the original, signed Written Informed Consent Form. A copy of the signed Written Informed Consent Form must be given to the patient.

If modifications are made according to local requirements, the new version has to be approved by AstraZeneca.

**Revised Text:**

The principal investigator(s) must store the original, signed Written Informed Consent Form. A copy of the signed Written Informed Consent Form must be given to the patient.

**Where genetic analyses are included, special account of these will be made in the consent form, as it is recognized that special provisions need to be made to retain confidentiality of medical information.  See Appendix C for further details**

If modifications are made according to local requirements, the new version has to be approved by AstraZeneca.

**Reason for Amendment:**

An optional genetic sampling has been added to the study.

58(65)

CONFIDENTIAL
AZSER12748538

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

**Section of protocol affected:**

9.1 AstraZeneca emergency contact procedure

**Previous text:**

| Role in the study | Name | Address and Telephone number |
|---|---|---|
| Clinical Study Team Leader | Karolina Svensson | AstraZeneca R&D Södertälje<br>Forskaregatan 20<br>151 85 Södertälje<br>Sweden<br>Tel: +46 8 553 260 31<br>Fax: +46 8 553 216 61 |
| Clinical Study Team Physician | Björn Paulsson | AstraZeneca R&D Södertälje<br>Forskaregatan 20<br>151 85 Södertälje<br>Sweden<br>Tel: +46 8 553 284 25<br>Fax: +46 8 553 255 59 |

**Revised Text:**

| Role in the study | Name | Address and Telephone number |
|---|---|---|
| Clinical Study Team Leader | **Bolennart Eriksson** | AstraZeneca R&D Södertälje<br>Forskaregatan 20<br>151 85 Södertälje<br>Sweden<br>Tel: +46 8 553 **263 45**<br>Fax: +46 8 553 **298 82** |
| Clinical Study Team Physician | **Kristina Timdahl** | AstraZeneca R&D Södertälje<br>Forskaregatan 20<br>151 85 Södertälje<br>Sweden<br>Tel: +46 8 553 **270 64**<br>Fax: +46 8 553 255 59 |

**Reason for Amendment:**

Change of Clinical Study Team Leader and Clinical Study Team Physician

59(65)

CONFIDENTIAL
AZSER12748539

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

**Section of protocol affected:**

9.3 Procedures in case of overdose

**Previous text:**

For the purpose of this study, all overdoses, with or without associated symptoms, should be reported as adverse events (AEs).  However, all cases of overdose must be reported immediately, within 1 day, if sequelae meeting the criteria for a serious adverse event (SAE) have occurred in association with the overdose.  In all instances, the overdose substance must be stated and an assessment whether the overdose was accidental or intentional should be recorded.  If the overdose was a suicide attempt, this fact should be clearly stated.  Adverse events (serious and nonserious) that occur as a result of an overdose should be recorded on the CRF as "sequelae to overdose" (for example, nausea as sequelae to overdose").

**Revised text:**

For the purpose of this study, all overdoses **(see Section 4.7.1.2 for definition**), with or without associated symptoms, should be reported as adverse events (AEs).  However, all cases of overdose must be reported immediately, within 1 day, if sequelae meeting the criteria for a serious adverse event (SAE) have occurred in association with the overdose.  In all instances, the overdose substance must be stated and an assessment whether the overdose was accidental or intentional should be recorded.  If the overdose was a suicide attempt, this fact should be clearly stated.  Adverse events (serious and nonserious) that occur as a result of an overdose should be recorded on the CRF as "sequelae to overdose" (for example, nausea as sequelae to overdose").

**Reason for Amendment:**

Added overdose definition previously not included in the protocol.

**Section of protocol affected:**

9.5 Procedures in case of pregnancy, §3

**Previous text:**

Information regarding the effects of quetiapine on fetuses and lactation is very limited.  Female patients of childbearing potential must be using a reliable method of contraception.  Reliable methods of contraception include hormonal contraceptives (eg, oral contraceptive or long-term injectable or implantable hormonal contraceptive), double-barrier methods (eg, condom and diaphragm, condom and foam, condom and sponge), intrauterine devices, and tubal ligation and must have a negative urine human chorionic gonadotropin (HCG) test at enrollment.

**Revised text:**

60(65)

CONFIDENTIAL
AZSER12748540

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

Information regarding the effects of quetiapine on fetuses and lactation is very limited. Female patients of childbearing potential must be using a reliable method of contraception. Reliable methods of contraception include hormonal contraceptives (eg, oral contraceptive or long-term injectable or implantable hormonal contraceptive), double-barrier methods (eg, condom and diaphragm, condom and foam, condom and sponge), intrauterine devices, and tubal ligation and must have a negative **serum** human chorionic gonadotropin (HCG) test at enrollment.

**Reason for Amendment:**

Test performed on serum, not urine.

**Persons who initiated the Amendment:**

Kristina Timdahl, Clinical Study Team Physician
Bolennart Eriksson, Clinical Study Leader

**Signed agreement to the Amendment:**

I agree to the terms of this protocol Amendment.

Study Code:   D1447C00126

. . . . . . . . . . . . .          . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Date                              AstraZeneca Global Product Team Physician
(day, month, year)                Martin Brecher

                                  AstraZeneca Pharmaceuticals

                                  1800, Concorde Pike

                                  Wilmington, DE

                                  USA

61(65)

CONFIDENTIAL
AZSER12748541

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

I agree to the terms of this protocol Amendment.

Study Code:    D1447C00126

. . . . . . . . . . . . .              . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Date                                   AstraZeneca Clinical Study Team Physician
(day, month, year)                     Kristina Timdahl
                                       AstraZeneca R&D Södertälje
                                       Forskaregatan 20
                                       151 85 Södertälje
                                       Sweden

62(65)

CONFIDENTIAL
AZSER12748542

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

I agree to the terms of this protocol Amendment.

Study Code:   D1447C00126

. . . . . . . . . . . . .                  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Date                                       AstraZeneca Clinical Study Team Leader
(day, month, year)                         Bolennart Eriksson
                                           AstraZeneca R&D Södertälje
                                           Forskaregatan 20
                                           151 85 Södertälje
                                           Sweden

63(65)

CONFIDENTIAL
AZSER12748543

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

I agree to the terms of this protocol Amendment.

Study Code:   D1447C00126

Centre No.:

. . . . . . . . . . . . .          . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Date                                AstraZeneca Local Study Team <<Leader/Monitor/Physician, *According to local procedures*>>

(day, month, year)                 *<<Name and Address>>*

64(65)

CONFIDENTIAL
AZSER12748544

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

I agree to the terms of this protocol Amendment.

Study Code:   D1447C00126

Centre No.:

. . . . . . . . . . . .          . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Date                       Principal investigator
(day, month, year)         *<<Name and Address>>*

65(65)

CONFIDENTIAL
AZSER12748545

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

THIS IS A PRINTED COPY OF AN ELECTRONIC DOCUMENT.  PLEASE CHECK ITS VALIDITY BEFORE USE.

Information regarding the effects of quetiapine on fetuses and lactation is very limited.
Female patients of childbearing potential must be using a reliable method of contraception.
Reliable methods of contraception include hormonal contraceptives (eg, oral contraceptive or
long-term injectable or implantable hormonal contraceptive), double-barrier methods (eg,
condom and diaphragm, condom and foam, condom and sponge), intrauterine devices, and
tubal ligation and must have a negative **serum** human chorionic gonadotropin (HCG) test at
enrollment.

**Reason for Amendment:**

Test performed on serum, not urine.

**Persons who initiated the Amendment:**

Kristina Timdahl, Clinical Study Team Physician
Bo Lennart Eriksson, Clinical Study Leader

**Signed agreement to the Amendment:**

I agree to the terms of this protocol Amendment.

Study Code:   D1447C00126

03 FEB 04

Date
(day, month, year)

AstraZeneca Global Product Team Physician
Martin Brecher
AstraZeneca Pharmaceuticals
1800, Concorde Pike
Wilmington, DE
USA

61(65)

CONFIDENTIAL
AZSER12748546

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

I agree to the terms of this protocol Amendment.

Study Code:    D1447C00126

02/02/04

Date
(day, month, year)

AstraZeneca Clinical Study Team Physician

Kristina Timdahl
AstraZeneca R&D Södertälje
Forskaregatan 20
151 85 Södertälje
Sweden

THIS IS A PRINTED COPY OF AN ELECTRONIC DOCUMENT.   PLEASE CHECK ITS VALIDITY BEFORE USE.

62(65)

CONFIDENTIAL
AZSER12748547