Clinical Study Protocol Amendment No. 1
Study code D1447C00126

I agree to the terms of this protocol Amendment.

Study Code:   D1447C00126

*30 January 2004*

Date

(day, month, year)

AstraZeneca Clinical Study Team Leader

Bolennart Eriksson
AstraZeneca R&D Södertälje
Forskaregatan 20
151 85 Södertälje
Sweden

THIS IS A PRINTED COPY OF AN ELECTRONIC DOCUMENT. PLEASE CHECK ITS VALIDITY BEFORE USE.

63(65)

CONFIDENTIAL
AZSER12748548



| Clinical Study Protocol Amendment | |
|---|---|
| Amendment Number | 2 |
| Drug Substance | quetiapine fumarate |
| Study Code | D1447C00126 |
| Date | 17 June 2004 |

## A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients

**Sponsor:**

AstraZeneca R&D Södertälje
Forskaregatan 20
151 85  Södertälje
Sweden

**Centres affected by the Amendment:**

All centres

**The protocol for the study is to be amended as follows:**

CONFIDENTIAL
AZSER12748549

Clinical Study Protocol Amendment Number 2
Study Code D1447C00126
Date 17 June 2004

**Section of protocol affected:**

List of abbreviations and definition of terms

**Previous text:**

N/A: change reflects addition of text

**Revised Text:**

| Abbreviation or special term | Explanation |
|---|---|
| CBC | Complete Blood cell Count |
| DM | Diabetes Mellitus |
| WBC | White Blood Cell |

**Reason for Amendment:**

New abbreviations being introduced in the study protocol.

**Section of protocol affected:**

Table 1          Study plan: Enrollment and Open-label treatment Phase

CONFIDENTIAL
AZSER12748550

Clinical Study Protocol Amendment Number 2
Study Code D1447C00126
Date 17 June 2004

## Previous text:

### Study plan

| Study week: | Enrollment | 0 | 1 | 2 | 4 | 8 | 12 | 16 | 20 | 24 | 28 | 32 | 36 | Discontinuation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Visit number:** | Enrollment | S1 | S2 (optional) | S3 (optional) | S4 | S5 | S6 | S7 | S8 | S9 | S10 | S11 | S12 | Discontinuation |
| | | | | | | | **Open-label treatment Phase** | | | | | | | |
| Informed consent | ✓ | | | | | | | | | | | | | |
| Inclusion/exclusion criteria for Open-label treatment Phase | ✓ | | | | | | | | | | | | | |
| Inclusion/exclusion criteria for randomization | | | | | | | | | | | | | | |
| Demography and diagnosis | ✓ | | | | | | | | | | | | | |
| Medical, psychiatric, and medication history | ✓ | | | | | | | | | | | | | |
| Concurrent medications | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| YMRS | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| MADRS | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| CGI-BP | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| PANSS-P | ✓ | | | | | | | | | | | | | |
| SDS[a] | ✓ | | | | | | | | | | | | | |
| Adverse events | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Physical examination[b] | ✓ | | | | | | | | | | | | | ✓ |
| Urinalysis | ✓ | | | | | | | | | | | | | |
| Urine toxicology | ✓ | | | | | | | | | | | | | |
| Serum pregnancy test | ✓ | | | | | | | | | | | | | |
| Vital signs | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | | | | |
| Weight | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | | | | |
| Height | ✓ | | | | | | | | | | | | | |
| Electrocardiogram | ✓ | | | | | | | | | | | | | |
| Serum chemistry | ✓ | | | | | | | | | | | | | |
| Thyroid Function Tests | ✓ | | | | | | | | | | | | | |
| Hematology | ✓ | | | | | | | | | | | | | |
| Optional Genetic Blood Sample | ✓ | | | | | | | | | | | | | |
| Mood stabilizer level | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Drug dispensing | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Drug accountability | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

CGI-BP  Clinical Global Impression-Bipolar.  MADRS  Montgomery-Åsberg Depression Rating Scale.  PANSS-P  Positive and Negative Syndrome Scale-Positive Subscale.  SDS  Sheehan Disability Scale.  YMRS  Young Mania Rating Scale.

[a] To be completed by the patient prior to clinical evaluation

[b] Physical examination to include ophthalmoscopic examination

3(12)

CONFIDENTIAL
AZSER12748551

Clinical Study Protocol Amendment Number 2
Study Code D1447C00126
Date 17 June 2004

**Revised text:**

Study plan

| Study week: | Enrollment | 0 | 1 | 2 | 4 | 8 | 12 | 16 | 20 | 24 | 28 | 32 | 36 | Discontinuation |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Visit number:** | | S1 | S2 (optional) | S3 (optional) | S4 | S5 | S6 | S7 | S8 | S9 | S10 | S11 | S12 | |
| | | | | | | | | *Open-label treatment Phase* | | | | | | |
| Informed consent | ✓ | | | | | | | | | | | | | |
| Inclusion/exclusion criteria for Open-label treatment Phase | ✓ | | | | | | | | | | | | | |
| Inclusion/exclusion criteria for randomization | ✓ | | | | | | | | | | | | | |
| Demography and diagnosis | ✓ | | | | | | | | | | | | | |
| Medical, psychiatric, and medication history | ✓ | | | | | | | | | | | | | |
| Concurrent medications | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| YMRS | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| MADRS | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| CGI-BP | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| PANSS-P | ✓ | | | | | | | | | | | | | |
| SDS[a] | ✓ | | | | | | | | | | | | | |
| Adverse events | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Physical examination[b] | ✓ | | | | | | | | | | | | | ✓ |
| Urinalysis | ✓ | | | | | | | | | | | | | |
| Urine toxicology | ✓ | | | | | | | | | | | | | |
| Serum pregnancy test | ✓ | | | | | | | | | | | | | |
| Vital signs | ✓ | | ✓ | | | ✓ | ✓ | | | ✓ | | | | ✓ |
| Weight | ✓ | | ✓ | | | ✓ | ✓ | | | | ✓ | ✓ | ✓ | |
| Height | ✓ | | | | | | | | | | | | | |
| Electrocardiogram | ✓ | | | | | | | | | | | | | |
| Serum chemistry | ✓ | | | | | | ✓[c] | | | ✓[c] | | | | ✓ |
| Thyroid Function Tests | ✓ | | | | | | | | | ✓ | | | | |
| Hematology | ✓ | | | | ✓[d] | | ✓ | | | ✓ | | | | |
| Optional Genetic Blood Sample | ✓ | | | | | | | | | | | | | |
| Mood stabilizer level | ✓ | ✓ | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | ✓ |
| Drug dispensing | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Drug accountability | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

CGI-BP  Clinical Global Impression-Bipolar.  MADRS  Montgomery-Asberg Depression Rating Scale.  PANSS-P  Positive and Negative Syndrome Scale-Positive Subscale.  SDS  Sheehan Disability Scale.  YMRS  Young Mania Rating Scale.

[a] To be completed by the patient prior to clinical evaluation
[b] Physical examination to include ophthalmoscopic examination
[c] **Only s-insulin, p-glucose and HbA$_{1c}$**
[d] **Does not include HbA$_{1c}$**

4(12)

CONFIDENTIAL
AZSER12748552

Clinical Study Protocol Amendment Number 2
Study Code D1447C00126
Date 17 June 2004

**Section of protocol affected:**

3.3.2.2  Exclusion criteria for entering the Open-label treatment Phase

**Previous text:**

N/A: change reflects addition of text

**Revised text:**

**13. Previously enrolled into the Open-label treatment Phase (visit S1 and onwards) in this study or study D1447C00127**

**14. A patient with Diabetes Mellitus (DM) fulfilling one of the following criteria:**

–   **Unstable DM defined as enrollment $HbA_{1c}$ >8.5%.**

–   **Admitted to hospital for treatment of DM or DM related illness in past 12 weeks.**

–   **Not under care of physician responsible for patient's DM care.**

–   **Physician responsible for patient's DM care has not indicated that patient's DM is controlled.**

–   **Physician responsible for patient's DM care has not approved patient's participation in the study.**

–   **Has not been on the same dose of oral hypoglycemic drug(s) and/or diet for the 4 weeks prior to enrollment.  For thiazolidinediones (glitazones) this period should not be less than 8 weeks.**

–   **Taking insulin whose daily dose on one occasion in the past 4 weeks has been more than 10% above or below their mean dose in the preceding 4 weeks.**

**Note: If a patient with diabetes meets one of these criteria the patient is to be excluded even if the treating physician believes that the patient is stable and can participate in the study.**

**Reason for Amendment:**

To further ensure patient safety and to perform consistent safety monitoring across the entire Seroquel program. In addition, we are collecting supplementary information on diabetes.

CONFIDENTIAL
AZSER12748553

Clinical Study Protocol Amendment Number 2
Study Code D1447C00126
Date 17 June 2004

**Section of protocol affected:**

3.3.5 Discontinuation of patients from treatment or assessment

3.3.5.1 Criteria for Discontinuation

**Previous text:**

8. A repeated neutrophil count of <0.5 x$10^9$/L which must also be reported as an AE, see section 4.7.1.2.

**Revised text:**

8. A repeated neutrophil count of <**1.0 x$10^9$/L** which must also be reported as an AE, see section 4.7.1.2.  **For further details, see section 3.3.5.2.**

**Reason for Amendment:**

To further ensure patient safety and to perform consistent safety monitoring across the entire Seroquel program.

**Section of protocol affected:**

3.3.5 Discontinuation of patients from treatment or assessment

3.3.5.2 Procedures for discontinuation; paragraph 4

**Previous text:**

In the case of a neutrophil count of <0.5x$10^9$/L, the test must be repeated within one day.  If the second neutrophil count is <0.5x$10^9$/L, this must be reported as an AE and the patient must be discontinued from the study.

**Revised text:**

In the case of a neutrophil count of <**1.0x$10^9$/L**, the test must be repeated within one day.  If the second neutrophil count is <**1.0x$10^9$/L**, this must be reported as an AE and the patient must be discontinued from the study, **see section 4.7.1.2.  Additionally, these patients should be monitored with a Complete Blood cell Count (CBC) and White Blood Cell (WBC) differential count weekly until their counts recover. While experiencing neutropenia, patients should avoid invasive procedures such as dental work, rectal exams, or enemas; exposure to people who are obviously ill; and exposure to fresh fruits, vegetables, or flowers. If a patient develops fever or symptoms of infection, he/she should contact his/ or her physician and acquire a CBC count with WBC differential count immediately.**

6(12)

CONFIDENTIAL
AZSER12748554

Clinical Study Protocol Amendment Number 2
Study Code D1447C00126
Date 17 June 2004

**Reason for Amendment:**

To further ensure patient safety and to perform consistent safety monitoring across the entire Seroquel program.

**Section of protocol affected:**

4.7.1.2 Recording of adverse events, paragraph 7 & 8

**Previous text:**

Patient reported outcome questionnaires (SDS, NIMH-LCM S/P, PGWB (see Section 4.3)) should not be used as instruments for collecting safety data. However, if information about an AE is elicited, this will be recorded on the AE CRF page. If such an AE fulfils the definition of an SAE, it should be reported as described in Section 4.7.1.3.

Abnormal laboratory tests including ECGs, or vital signs, should not be reported as AEs unless they fulfill the criteria for an SAE or lead to discontinuation. If an abnormal laboratory test result or vital sign is associated with clinical signs and symptoms, the sign or symptom should be reported as the AE, and the associated test result or vital sign should be recorded on the appropriate CRF. In the case of a neutrophil count of $<0.5 \times 10^9$/L, the test must be repeated within one day. If the second neutrophil count is $<0.5 \times 10^9$/L, this must be reported as an AE and the patient must be discontinued from the study.

Should an overdose occur, it must be reported in accordance with the procedures described in Section 9.3. An overdose is defined as an ingestion of investigational product of >800mg/day. All overdoses, with or without associated symptoms, should be reported as AEs.

**Revised text:**

Patient reported outcome questionnaires (SDS, NIMH-LCM S/P, PGWB (see Section 4.3)) should not be used as instruments for collecting safety data. However, if information about an AE is elicited, this will be recorded on the AE CRF page. **Additionally, for any patient who presents with a fever, pharyngitis, or other signs and symptoms of infection, CBC with a WBC differential count should be performed.** If such an AE fulfils the definition of an SAE, it should be reported as described in Section 4.7.1.3.

Abnormal laboratory tests including ECGs, or vital signs, should not be reported as AEs unless they fulfill the criteria for an SAE or lead to discontinuation. If an abnormal laboratory test result or vital sign is associated with clinical signs and symptoms, the sign or symptom should be reported as the AE, and the associated test result or vital sign should be recorded on the appropriate CRF.

In the case of a neutrophil count of $<1.0 \times 10^9$/L, the test must be repeated within one day. If the second neutrophil count is $<1.0 \times 10^9$/L, this must be reported as an AE and the patient must be discontinued from the study. **The AE should be recorded as 'Neutrophil count decreased'. If signs and symptoms of the neutropenia are present, e.g. infection, these should also be recorded as AEs.**

7(12)

CONFIDENTIAL
AZSER12748555

Clinical Study Protocol Amendment Number 2
Study Code D1447C00126
Date 17 June 2004

**Additionally, these patients should be monitored with a CBC and WBC differential count weekly until their counts recover. While experiencing neutropenia, patients should avoid invasive procedures such as dental work, rectal exams, or enemas; exposure to people who are obviously ill; and exposure to fresh fruits, vegetables, or flowers. If a patient develops fever or symptoms of infection, he/ she should contact his/ or her physician and acquire a CBC with WBC differential count immediately.**

Should an overdose occur, it must be reported in accordance with the procedures described in Section 9.3. An overdose is defined as an ingestion of investigational product of >800mg/day.

**Reason for Amendment:**

To further ensure patient safety and to perform consistent safety monitoring across the entire Seroquel program.

In accordance with recent changes to the AZ policy on collection of overdose data, this change is applied to ensure that data are properly documented in order to collate information for the IB and CDS regarding the level of excess dosage taken or administered without adverse effects.

**Section of protocol affected:**

4.7.2    Laboratory safety measurements and variables

**Previous text:**

Blood and urine specimens will be collected for hematology, clinical chemistry tests, thyroid function tests, serum pregnancy tests, urinalysis, and urine toxicology and these samples will be processed by a central laboratory (Quintiles Laboratories). For the glucose samples, the time of the last meal will be recorded in the CRF. In addition, blood samples will be collected to check trough serum concentrations of the mood stabilizer (lithium or valproate) to meet stabilization criteria and as needed, at the discretion of the investigator, during the Randomized treatment Phase of the study. For information on total volume of blood to be drawn see Section 4.10.

**Revised text:**

Blood and urine specimens will be collected for hematology, clinical chemistry tests, thyroid function tests, **fasting plasma glucose (P-glucose), fasting serum insulin (S-insulin) -levels,** serum pregnancy tests, urinalysis, and urine toxicology and these samples will be processed by a central laboratory (Quintiles Laboratories). **Blood samples should be collected between the hours of 8:00 and 10:00 am, local site time.** The time of the last meal will be recorded in the CRF. **The patient should have been fasting for at least 8 hours prior to the blood draw.** In addition, blood samples will be collected to check trough serum concentrations of the mood stabilizer (lithium or valproate) to meet stabilization criteria and as needed, at the

CONFIDENTIAL
AZSER12748556

discretion of the investigator, during the Randomized treatment Phase of the study.  For
information on total volume of blood to be drawn see Section 4.10.

**Management of Diabetes Mellitus**

**Any patient developing DM should be referred to an internist/diabetologist for
evaluation and management of his/her DM. The patient's future participation in the
study is according to the Investigator's judgement.**

**Reason for Amendment:**

To further ensure patient safety and to perform consistent safety monitoring across the entire
Seroquel program. In addition, CRFs will collect supplementary information on diabetes.

**Section of protocol affected:**

4.7.2.1  Methods of assessment

**Previous text:**

The following clinical laboratory tests will be performed following the assessment schedule
outlined in Table 1, Table 2, and Table 3.  For information on how AEs based on laboratory
tests should be recorded and reported see Section 4.7.1.2.

– Hematology tests will include the following: hemoglobin concentration,
hematocrit, red blood cell count, total and differential white blood cell counts,
and platelet count

– Clinical chemistry tests will include the following: total bilirubin, alkaline
phosphatase, alanine transaminase (ALT), aspartate transaminase (AST),
creatinine, BUN, sodium, potassium, chloride, glucose, bicarbonate, high-
density lipoprotein cholesterol, triglycerides, low-density lipoprotein
cholesterol, total cholesterol, and glycosylated hemoglobin levels ($HbA_{1C}$), and
prolactin

**Revised text:**

The following clinical laboratory tests will be performed following the assessment schedule
outlined in Table 1, Table 2, and Table 3.  For information on how AEs based on laboratory
tests should be recorded and reported see Section 4.7.1.2.

– Hematology tests will include the following: glycosylated hemoglobin levels
($HbA_{1C}$), hemoglobin concentration, hematocrit, red blood cell count, total and
differential white blood cell counts, and platelet count

– Clinical chemistry tests will include the following: total bilirubin, alkaline
phosphatase, alanine transaminase (ALT), aspartate transaminase (AST),

CONFIDENTIAL
AZSER12748557

Clinical Study Protocol Amendment Number 2
Study Code D1447C00126
Date 17 June 2004

creatinine, BUN, sodium, potassium, chloride, **insulin, glucose**, bicarbonate, high-density lipoprotein cholesterol, triglycerides, low-density lipoprotein cholesterol, total cholesterol, and prolactin

**Reason for Amendment:**

To further ensure patient safety and to perform consistent safety monitoring across the entire Seroquel program. In addition, CRFs will collect supplementary information on diabetes.

**Section of protocol affected:**

4.10 Volume of blood sampling and handling of biological samples

**Previous text:**

Table 7          Volume of blood to be drawn from each patient

| Assessment | | Sample volume (mL) | N of samples | Total volume (mL) |
|---|---|---|---|---|
| Safety | Clinical chemistry and Thyroid functioning | 8.5 | 9 | 76.5 |
| | Hematology | 4.5 | 13 | 58.5 |
| | Serum pregnancy[a] | - | 2 | - |
| Mood Stabilizer | | 5 | 32 | 160 |
| Genotyping[b] | | 9 | 1 | 9 |
| **Total** | | **27** | **55** | **304** |

[a]Sample volume included in sample volume for Clinical chemistry and Thyroid functioning
[b]Optional sample, See Appendix C for further details.

Procedures for collecting, labelling, storing and shipping all biological samples will be defined by the central laboratory (Quintiles Laboratories) and by the local laboratories (only mood stabilizer serum levels), which will be handling the analysis and reporting of results from the samples.

CONFIDENTIAL
AZSER12748558

Clinical Study Protocol Amendment Number 2
Study Code D1447C00126
Date 17 June 2004

**Revised text:**

Table 7          Volume of blood to be drawn from each patient

| Assessment | | Sample volume (mL) | N of samples | Total volume (mL) |
|---|---|---|---|---|
| Safety | Clinical chemistry and Thyroid functioning | 8.5 | **11** | **93.5** |
| | **P-glucose** | **2** | **11** | **22** |
| | Hematology | **4** | 13 | **52** |
| | Serum pregnancy[a] | - | 2 | - |
| Mood Stabilizer | | **5**[b] | 32 | **105**[b] |
| Genotyping[c] | | 9 | 1 | 9 |
| **Total** | | **23.5** | **68** | **281.5** |

[a]Sample volume included in sample volume for Clinical chemistry and Thyroid functioning. **Samples not reflected in Total number of samples.**
[b]**At eleven (11) assessments the sample volume taken is included in Clinical chemistry and Thyroid functioning. These assessments are therefore not included in the total volume.**
[c]Optional sample, See Appendix C for further details.

Procedures for collecting, labelling, storing and shipping all biological samples will be defined by the central laboratory (Quintiles Laboratories), which will be handling the analysis and reporting of results from the samples.

**Reason for Amendment:**

To further ensure patient safety and to perform consistent safety monitoring across the entire Seroquel program. In addition, CRFS will collect supplementary information on diabetes.

To reflect that the mood stabilizers will be analysed by the central laboratory.

**Section of protocol affected:**

9.3 Procedures in case of overdose

**Previous text:**

For the purpose of this study, all overdoses (see Section 4.7.1.2 for definition), with or without associated symptoms, should be reported as adverse events (AEs).  However, all cases of overdose must be reported immediately, within 1 day, if sequelae meeting the criteria for a

CONFIDENTIAL
AZSER12748559

Clinical Study Protocol Amendment Number 2
Study Code D1447C00126
Date 17 June 2004

serious adverse event (SAE) have occurred in association with the overdose.  In all instances, the overdose substance must be stated and an assessment whether the overdose was accidental or intentional should be recorded.

If the overdose was a suicide attempt, this fact should be clearly stated.  Adverse events (serious and nonserious) that occur as a result of an overdose should be recorded on the CRF as "sequelae to overdose" (for example, "nausea as sequelae to overdose").

**Revised text:**

**During the study an overdose is defined as an ingestion of investigational product (quietiapine or placebo) exceeding 800 mg per day.**

**An overdose with associated SAEs must be recorded on the relevant SAE and AE pages in the pCRF as the associated SAE symptoms.  If symptoms meeting the criteria for an SAE have occurred in association with the overdose, the case must be reported immediately, within 1 day to the AstraZeneca representative.**

**An overdose with associated non-serious AEs must be recorded on the relevant AE pages in the pCRF as the associated AE symptoms.  In addition, the overdose must be reported on the separate AZ "Clinical Study Overdose Report Form" as soon as possible to the AstraZeneca representative.**

**An overdose without any associated symptoms should not be recorded as an AE in the pCRF.  The overdose must be reported on the separate AZ "Clinical Study Overdose Report Form" as soon as possible, to the AstraZeneca representative.**

**An assessment whether the overdose was accidental or intentional should be recorded. If the overdose was a suicide attempt, this fact should be clearly stated.**

**Reason for Amendment:**

In accordance with recent changes to the AZ policy on collection of overdose data, this change is applied to ensure that data are properly documented in order to collate information for the IB and CDS regarding the level of excess dosage taken or administered without adverse effects.

**Persons who initiated the Amendment:**

Martin Brecher, Product Medical Director

Bolennart Eriksson, Clinical Study Team Leader

CONFIDENTIAL
AZSER12748560



| Clinical Study Protocol Amendment  No2  Appendix A | |
|---|---|
| Drug Substance | Quetiapine fumarate |
| Study Code | D1447C00126 |
| Appendix Edition Number | 1 |
| Appendix Date | 17 June 2004 |

## Appendix A
## Signatures

CONFIDENTIAL
AZSER12748561

Clinical Study Protocol Amendment  No2  Appendix A
Study Code D1447C00126
Appendix Edition Number 1
Appendix Date 17 June 2004

# ASTRAZENECA SIGNATURE(S)

## A multicenter, Randomized, Parallel-group, Double-blind, Phase III, Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses)to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate)in the Maintenance Treatment of Bipolar I Disorder in adult Patients

This Clinical Study Protocol Amendment has been subjected to an internal AstraZeneca peer review.

I agree to the terms of this study protocol amendment.

**AstraZeneca Research and Development**
**site representative**

| | |
|---|---|
| Martin Brecher | Date |
| AstraZeneca Global Product Team | (Day Month Year) |
| Physician | |
| AstraZeneca Pharmaceuticals | |
| 1800, Concord Pike | |
| Wilmington, DE | |
| USA | |

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca.  Investigators are cautioned that the information in this protocol may be subject to change and revision.

2(4)

CONFIDENTIAL
AZSER12748562

Clinical Study Protocol Amendment  No2  Appendix A
Study Code D1447C00126
Appendix Edition Number 1
Appendix Date 17 June 2004

# ASTRAZENECA SIGNATURE(S)

---

**A multicenter, Randomized, Parallel-group, Double-blind, Phase III, Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses)to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate)in the Maintenance Treatment of Bipolar I Disorder in adult Patients**

---

This Clinical Study Protocol Amendment has been subjected to an internal AstraZeneca peer review.

I agree to the terms of this study protocol amendment.

**AstraZeneca Research and Development site representative**

| | |
|---|---|
| Kristina Timdahl | Date |
| Clinical Study Team Physician | (Day Month Year) |
| AstraZeneca R&D Södertälje | |
| Forskaregatan 20 | |
| 151 85 Södertälje | |
| Sweden | |
| Telephone +46 8 553 27064 | |

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca.  Investigators are cautioned that the information in this protocol may be subject to change and revision.

CONFIDENTIAL
AZSER12748563

Clinical Study Protocol Amendment  No2  Appendix A
Study Code D1447C00126
Appendix Edition Number 1
Appendix Date 17 June 2004

# ASTRAZENECA SIGNATURE(S)

---

**A multicenter, Randomized, Parallel-group, Double-blind, Phase III, Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses)to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate)in the Maintenance Treatment of Bipolar I Disorder in adult Patients**

---

This Clinical Study Protocol Amendment has been subjected to an internal AstraZeneca peer review.

I agree to the terms of this study protocol amendment.

**AstraZeneca Research and
Development site representative**

| | |
|---|---|
| Bolennart Eriksson | Date |
| Clinical Study Team Leader | (Day Month Year) |
| AstraZeneca R&D Södertälje | |
| Forskaregatan 20 | |
| 151 85 Södertälje | |
| Sweden | |
| Telephone +46 8 553 26345 | |

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca.  Investigators are cautioned that the information in this protocol may be subject to change and revision.

CONFIDENTIAL
AZSER12748564

Clinical Study Protocol Amendment No2  Appendix A
Study Code D1447C00126
Appendix Edition Number 1
Appendix Date 17 June 2004

## ASTRAZENECA SIGNATURE(S)

**A multicenter, Randomized, Parallel-group, Double-blind, Phase III, Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses)to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate)in the Maintenance Treatment of Bipolar I Disorder in adult Patients**

This Clinical Study Protocol Amendment has been subjected to an internal AstraZeneca peer review.

I agree to the terms of this study protocol amendment.

**AstraZeneca Research and Development site representative**

Martin Brecher
AstraZeneca Global Product Team Physician
AstraZeneca Pharmaceuticals
1800, Concord Pike
Wilmington, DE
USA

22 JUNE 2004

Date
(Day Month Year)

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca.  Investigators are cautioned that the information in this protocol may be subject to change and revision.

THIS IS A PRINTED COPY OF AN ELECTRONIC DOCUMENT.  PLEASE CHECK ITS VALIDITY BEFORE USE.

2(4)

CONFIDENTIAL
AZSER12748565

Clinical Study Protocol Amendment No2 Appendix A
Study Code D1447C00126
Appendix Edition Number 1
Appendix Date 17 June 2004

## ASTRAZENECA SIGNATURE(S)

**A multicenter, Randomized, Parallel-group, Double-blind, Phase III,
Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets
400 mg to 800 mg daily in divided doses)to Placebo When Used as Adjunct to
Mood Stabilizers (Lithium or Valproate)in the Maintenance Treatment of
Bipolar I Disorder in adult Patients**

This Clinical Study Protocol Amendment has been subjected to an internal AstraZeneca peer
review.

I agree to the terms of this study protocol amendment.

AstraZeneca Research and Development
site representative

Kristina Timdahl
Clinical Study Team Physician
AstraZeneca R&D Södertälje
Forskaregatan 20
151 85 Södertälje
Sweden
Telephone +46 8 553 27064

21/06/04
Date
(Day Month Year)

This document contains confidential information, which should not be copied, referred to,
released or published without written approval from AstraZeneca.  Investigators are cautioned
that the information in this protocol may be subject to change and revision.

3(4)

GEL Version ID: CNS.000-078-678.2.0       Approved        Date Printed: 18-Jun-2004
                  Approved by Luther Phoebe Afrin PAL 18 Jun 2004 09:58:40

*(Left margin, vertical text:)* THIS IS A PRINTED COPY OF AN ELECTRONIC DOCUMENT.  PLEASE CHeCK ITS VALIDITY BEFORE USE.

CONFIDENTIAL
AZSER12748566

Clinical Study Protocol Amendment  No2  Appendix A
Study Code D1447C00126
Appendix Edition Number 1
Appendix Date 17 June 2004

## ASTRAZENECA SIGNATURE(S)

**A multicenter, Randomized, Parallel-group, Double-blind, Phase III, Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses)to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate)in the Maintenance Treatment of Bipolar I Disorder in adult Patients**

This Clinical Study Protocol Amendment has been subjected to an internal AstraZeneca peer review.

I agree to the terms of this study protocol amendment.

AstraZeneca Research and
Development site representative

Bolennart Eriksson
Clinical Study Team Leader
AstraZeneca R&D Södertälje
Forskaregatan 20
151 85 Södertälje
Sweden
Telephone +46 8 553 26345

Date
(Day Month Year)

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca.  Investigators are cautioned that the information in this protocol may be subject to change and revision.

4(4)

CONFIDENTIAL
AZSER12748567

*THIS IS A PRINTED COPY OF AN ELECTRONIC DOCUMENT.  PLEASE CHeCK ITS VALIDITY BEFORE USE.*



| Clinical Study Protocol Amendment | |
| --- | --- |
| Amendment Number | 3 |
| Drug Substance | quetiapine fumarate |
| Study Code | D1447C00126 |
| Date | 21 April 2005 |

## A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients

This submission /document contains trade secrets and confidential commercial information, disclosure of which is prohibited without providing advance notice to AstraZeneca and opportunity to object.

**Sponsor:**

AstraZeneca R&D Södertälje
Forskaregatan 20
151 85  Södertälje
Sweden

**Centres affected by the Amendment:**

All centres

**The protocol for the study is to be amended as follows:**

CONFIDENTIAL
AZSER12748568

Clinical Study Protocol Amendment Number 3
Drug Substance quetiapine fumarate
Study Code D1447C00126
Date 21 April 2005

**Section of protocol affected:**

AstraZeneca emergency contact procedure

**Previous text:**

| Role in the study | Name | Address and Telephone number |
|---|---|---|
| Clinical Study Team Leader | Bolennart Eriksson | AstraZeneca R&D Södertälje<br>Forskaregatan 20<br>151 85 Södertälje<br>Sweden<br>Tel +46 8 553 263 45<br>Fax +46 8 553 298 82 |
| Clinical Study Team Physician | Kristina Timdahl | AstraZeneca R&D Södertälje<br>Forskaregatan 20<br>151 85 Södertälje<br>Sweden<br>Tel. +46 8 553 270 64<br>Fax +46 8 553 255 59 |

**Revised text:**

| Role in the study | Name | Address and Telephone number |
|---|---|---|
| Clinical Study Team Leader | Bolennart Eriksson | AstraZeneca R&D Södertälje<br>Forskaregatan 20<br>151 85 Södertälje<br>Sweden<br>Tel +46 8 553 263 45<br>Fax +46 8 553 298 82 |
| Clinical Study Team Physician | **Ivan Eggens** | AstraZeneca R&D Södertälje<br>Forskaregatan 20<br>151 85 Södertälje<br>Sweden<br>**Tel. +46 8 553 240 47**<br>**Fax +46 8 553 216 61** |

CONFIDENTIAL
AZSER12748569

Clinical Study Protocol Amendment Number 3
Drug Substance quetiapine fumarate
Study Code D1447C00126
Date 21 April 2005

**Section of protocol affected:**

Synopsis, study period

**Previous text:**

| Study period | | Phase of development |
|---|---|---|
| Estimated date of first patient enrolled | March 2004 | Phase III |
| Estimated date of last patient completed | July 2006 | |

**Revised text:**

| Study period | | Phase of development |
|---|---|---|
| Estimated date of first patient enrolled | March 2004 | Phase III |
| Estimated date of last patient completed | **October 2006** | |

**Section of protocol affected:**

Synopsis, secondary objectives

**Previous text:**

3. To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in decreasing the severity of manic and depressive symptoms between mood events as assessed by the YMRS, the MADRS, the Clinical Global Impression-Bipolar (Spearing et al 1997), and the Life Charting Method Self/Prospective Rating (Bipolar Network News 2002).

6. To explore the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in reducing mood switching between manic and depressed events as assessed by the Life Charting Method Self/Prospective Rating (NIMH-LCM S/P).

**Revised text:**

3. To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in decreasing the severity of manic and depressive symptoms between mood events as assessed by the YMRS, the MADRS **and** the Clinical Global Impression-Bipolar (Spearing et al 1997).

6. Deleted.

3(21)

CONFIDENTIAL
AZSER12748570

Clinical Study Protocol Amendment Number 3
Drug Substance quetiapine fumarate
Study Code D1447C00126
Date 21 April 2005

**Section of protocol affected:**

Synopsis, patient reported outcomes

**Previous text:**

Secondary outcome variables:

SDS total score and by domains
NIMH-LCM S/P score
PGWB score

**Revised text:**

Secondary outcome variables:

SDS total score and by domains
PGWB score

**Section of protocol affected:**

2.2 Secondary objectives

**Previous text:**

3. To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in decreasing the severity of manic and depressive symptoms between mood events as assessed by the YMRS, the MADRS, the Clinical Global Impression-Bipolar (Spearing et al 1997), and the Life Charting Method Self/Prospective Rating (Bipolar Network News 2002).

6. To explore the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in reducing mood switching between manic and depressed events as assessed by the Life Charting Method Self/Prospective Rating (NIMH-LCM S/P).

**Revised text:**

3. To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in decreasing the severity of manic and depressive symptoms between mood events as assessed by the YMRS, the MADRS **and** the Clinical Global Impression-Bipolar (Spearing et al 1997).

6. Deleted.

4(21)

CONFIDENTIAL
AZSER12748571

Clinical Study Protocol Amendment Number 3
Drug Substance quetiapine fumarate
Study Code D1447C00126
Date 21 April 2005

**Section of protocol affected:**

3.1 Overall study design and flow chart

**Previous text:**

This is a multicenter, randomized, parallel-group, double-blind study to compare quetiapine with placebo when used as adjunct to lithium or valproate in the maintenance treatment of adult patients with Bipolar I Disorder for 28 weeks to 104 weeks. To observe a total of 227 mood events, it is estimated that approximately 1420 patients will be enrolled, giving approximately 710 randomized patients at 120 centers with an average enrollment of 12 patients per center. The final number of randomized patients may change during the study based on observed event rates (see Section 6.5).

**Revised text:**

This is a multicenter, randomized, parallel-group, double-blind study to compare quetiapine with placebo when used as adjunct to lithium or valproate in the maintenance treatment of adult patients with Bipolar I Disorder for 28 weeks to 104 weeks. To observe a total of 227 mood events, it is estimated that approximately 1420 patients will be enrolled, giving approximately 710 randomized patients at 120 centers with an average enrollment of 12 patients per center. The final number of randomized **and enrolled** patients may change during the study based on observed event **and randomization** rates (see Section 6.5).

**Section of protocol affected:**

3.1.4, Recruitment and Study Termination

CONFIDENTIAL
AZSER12748572

Clinical Study Protocol Amendment Number 3
Drug Substance quetiapine fumarate
Study Code D144TC00126
Date 21 April 2005

**Previous text:**

## Table 2 Study plan: Randomized treatment Phase

| Study plan | Randomization | Randomized treatment Phase | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Study week:** | 0 | 1 | 2 | 4 | 6 | 8 | 12 | 16 | 20 | 24 | 28 |
| **Visit Number:** | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| Inclusion/exclusion criteria for randomization | √ | | | | | | | | | | |
| Concurrent medications | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| YMRS | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| MADRS | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| CGI-BP | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| PANSS-P | √ | | | | | | | | | | |
| SDS[a] | √ | | | | | | | | | | |
| PGWB[a] | √ | | | | | | | | | | |
| SAS, BARS, AIMS | √ | | | √ | | | √ | √ | √ | √ | √ |
| Adverse events | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| Physical examination[b] | √ | | | | | | | √ | | | √ |
| Urinalysis | √ | | | | | | | | | | |
| Serum pregnancy test | | | | | | | | | | | |
| Vital signs | √ | | | √ | | √ | √ | | | | √ |
| Weight | √ | | | | | | | | | | |
| Electrocardiogram | √ | | | | √ | | √ | | | √ | √ |
| Serum chemistry | √ | | | | | | √ | | √ | | √ |
| Thyroid Function Tests | √ | | | | | | √ | | | | √ |
| Hematology | √ | | | | | | √ | | | | √ |
| Mood stabilizer level | √ | √ | | √ | √ | √ | √ | √ | | √ | √ |
| Drug dispensing | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| Drug accountability | | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| NIMH-LCM S/P | To be completed daily by the patient | | | | | | | | | | |

AIMS  Abnormal Involuntary Movement Scale.   BARS  Barnes Akathisia Rating Scale.   CGI-BP  Clinical Global Impression-Bipolar.   MADRS
Montgomery-Asberg Depression Rating Scale.   PANSS-P  Positive and Negative Syndrome Scale-Positive Subscale.   PGWB  Psychological General
Well-being Scale.   SAS  Simpson-Angus Scale.   SDS  Sheehan Disability Scale.   YMRS  Young Mania Rating Scale.   NIMH-LCM S/P  Life Charting
Method Self/Prospective Rating

a    To be completed by the patient prior to clinical evaluation
b    Physical examination to include ophthalmoscopic examination

6(21)

CONFIDENTIAL
AZSER12748573

Clinical Study Protocol Amendment Number 3
Drug Substance quetiapine fumarate
Study Code D1447C00126
Date 21 April 2005

## Table 2 Study plan: Randomized treatment Phase (cont.)

| Study plan | Randomized treatment Phase | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Study week: | 32 | 36 | 40 | 44 | 48 | 52 | 60 | 68 | 76 | 84 | 92 | 104 |
| Visit Number: | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 or Final Visit |
| Concurrent medications | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| YMRS | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| MADRS | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| CGI-BP | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| PANSS-P | | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | | ✓ | | ✓ |
| SDS[a] | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | | ✓ | | ✓ | ✓ |
| PGWB[a] | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | | ✓ |
| SAS, BARS, AIMS | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Adverse events | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Physical examination[b] | | | | | | ✓ | | | | | | ✓ |
| Urinalysis | | | | | | ✓ | | | | | | ✓ |
| Serum pregnancy test | | | | | | | | | | | | ✓ |
| Vital signs | | | ✓ | | | ✓ | | ✓ | | ✓ | | ✓ |
| Weight | | | ✓ | | ✓ | ✓ | ✓ | | | | | ✓ |
| Electrocardiogram | | | | | | | | | | | | ✓ |
| Serum chemistry | | | ✓ | | | ✓ | | ✓ | | ✓ | | ✓ |
| Thyroid Function Tests | | | ✓ | | | ✓ | | ✓ | | ✓ | | ✓ |
| Hematology | | | | | | ✓ | | ✓ | | ✓ | | ✓ |
| Mood Stabilizer Levels | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Drug dispensing | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Drug accountability | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| NIMH-LCM S/P | To be completed daily by the patient | | | | | | | | | | | |

AIMS  Abnormal Involuntary Movement Scale.  BARS  Barnes Akathisia Rating Scale.  CGI-BP  Clinical Global Impression-Bipolar.  MADRS  Montgomery-Asberg Depression Rating Scale.  PANSS-P  Positive and Negative Syndrome Scale-Positive Subscale.  PGWB  Psychological General Well-being Scale.  SAS  Simpson-Angus Scale.  SDS  Sheehan Disability Scale.  YMRS  Young Mania Rating Scale.  NIMH-LCM S/P Life Charting Method Self/Prospective Rating

a     To be completed by the patient prior to clinical evaluation
b     Physical examination to include ophthalmoscopic examination

7(21)

CONFIDENTIAL
AZSER12748574

Clinical Study Protocol Amendment Number 3
Drug Substance quetiapine fumarate
Study Code D1447C00126
Date 21 April 2005

**Revised text:**

**Table 2 Study plan: Randomized treatment Phase**

| Study plan | Randomization | Randomized treatment Phase | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Study week:** | 0 | 1 | 2 | 4 | 6 | 8 | 12 | 16 | 20 | 24 | 28 |
| **Visit Number:** | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| Inclusion/exclusion criteria for randomization | √ | | | | | | | | | | |
| Concurrent medications | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| YMRS | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| MADRS | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| CGI-BP | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| PANSS-P | √ | | | √ | | √ | √ | √ | √ | √ | √ |
| SDS[a] | √ | | | √ | | √ | √ | √ | √ | √ | √ |
| PGWB[a] | √ | | | √ | | √ | √ | √ | √ | √ | √ |
| SAS, BARS, AIMS | √ | | | | | | √ | | | | √ |
| Adverse events | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| Physical examination[b] | √ | | | | | | | | | | √ |
| Urinalysis | √ | | | | | | | | | | |
| Serum pregnancy test | √ | | | | | | | | | | |
| Vital signs | √ | | | √ | | √ | √ | | | | √ |
| Weight | √ | | | | | | | | | | √ |
| Electrocardiogram | √ | | | | | | | | | | |
| Serum chemistry | √ | | | | | | √ | | | | √ |
| Thyroid Function Tests | √ | | | | | | √ | | | | √ |
| Hematology | √ | | | | | | | | | | √ |
| Mood stabilizer level | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| Drug dispensing | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ |
| Drug accountability | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ | √ |

AIMS  Abnormal Involuntary Movement Scale.  BARS  Barnes Akathisia Rating Scale.  CGI-BP  Clinical Global Impression-Bipolar.  MADRS  Montgomery-Asberg Depression Rating Scale.  PANSS-P  Positive and Negative Syndrome Scale-Positive Subscale.  PGWB  Psychological General Well-being Scale.  SAS  Simpson-Angus Scale.  SDS  Sheehan Disability Scale.  YMRS  Young Mania Rating Scale.

a   To be completed by the patient prior to clinical evaluation
b   Physical examination to include ophthalmoscopic examination

8(21)

CONFIDENTIAL
AZSER12748575

Clinical Study Protocol Amendment Number 3
Drug Substance quetiapine fumarate
Study Code D1447C00126
Date 21 April 2005

## Table 2 Study plan: Randomized treatment Phase (cont.)

| Study plan | Randomized treatment Phase | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Study week:** | 32 | 36 | 40 | 44 | 48 | 52 | 60 | 68 | 76 | 84 | 92 | 104 |
| **Visit Number:** | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 or Final Visit |
| Concurrent medications | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| YMRS | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| MADRS | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| CGI-BP | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| PANSS-P | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| SDS[a] | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| PGWB[a] | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| SAS, BARS, AIMS | | | ✓ | | | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ |
| Adverse events | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | | ✓ | ✓ |
| Physical examination[b] | | | | | | | | | | ✓ | | ✓ |
| Urinalysis | | | | | | ✓ | | | | | | ✓ |
| Serum pregnancy test | | | | | | | | | | | | ✓ |
| Vital signs | | | ✓ | | | ✓ | | ✓ | | ✓ | | ✓ |
| Weight | | | ✓ | | | ✓ | | ✓ | | ✓ | | ✓ |
| Electrocardiogram | | | | | | | | | | | | ✓ |
| Serum chemistry | | | ✓ | | | ✓ | | ✓ | | ✓ | | ✓ |
| Thyroid Function Tests | | | ✓ | | | ✓ | | ✓ | | ✓ | | ✓ |
| Hematology | | | | | | ✓ | | ✓ | | ✓ | | ✓ |
| Mood Stabilizer Levels | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Drug dispensing | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Drug accountability | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

AIMS  Abnormal Involuntary Movement Scale.  BARS  Barnes Akathisia Rating Scale.  CGI-BP  Clinical Global Impression-Bipolar.  MADRS  Montgomery-Asberg Depression Rating Scale.  PANSS-P  Positive and Negative Syndrome Scale-Positive Subscale.  PGWB  Psychological General Well-being Scale.  SAS  Simpson-Angus Scale.  SDS  Sheehan Disability Scale.  YMRS  Young Mania Rating Scale.

a    To be completed by the patient prior to clinical evaluation
b    Physical examination to include ophthalmoscopic examination

9(21)

CONFIDENTIAL
AZSER12748576

Clinical Study Protocol Amendment Number 3
Drug Substance quetiapine fumarate
Study Code D1447C00126
Date 21 April 2005

**Section of protocol affected:**

3.3.5.2, Procedures for discontinuation

**Previous text:**

Patients who discontinue should always be asked about the reason(s) for their discontinuation and about the presence of any adverse events.  If possible, they should be seen and assessed by the investigator(s).  Adverse events should be followed up and the electronic diary and investigational products should be returned by the patient.  All study procedures including collections of safety variables required at Final Visit should be conducted and recorded on the appropriate Case Report Forms (CRFs).

**Revised text:**

Patients who discontinue should always be asked about the reason(s) for their discontinuation and about the presence of any adverse events.  If possible, they should be seen and assessed by the investigator(s).  Adverse events should be followed up and investigational products should be returned by the patient.  All study procedures including collections of safety variables required at Final Visit should be conducted and recorded on the appropriate Case Report Forms (CRFs).

**Section of protocol affected:**

4.3.2, Life Charting Method Self/Prospective Rating (NIMH-LCM S/P)

**Previous text:**

4.3.2.1, Methods of assessment

The NIMH-LCM S/P tracks on a daily basis the longitudinal course of the illness in terms of mood and functioning.  Daily recordings are made, at the end of the day, for hours of night time sleep, functional impairment resulting from manic or depressive symptoms on a 4-level severity scale (mild, moderate low, moderate high, severe) for manic and depressive symptoms respectively, number of mood switches per day, mood on a VAS 0-100 and impact of significant life events (e.g., divorce, loss of job).

4.3.2.2, Derivation or calculation of outcome variable

The NIMH-LCM S/P will be utilized to explore number of mood switches between manic and depressed events.  It will also be utilized to explore decreases in the severity of manic and depressive symptoms between manic and depressed events.

Number of mood switches will be derived from the functional impairment scale and the assessment of number of mood switches per day. Severity of manic and depressive symptoms will be derived from the functional impairment scale and the mood VAS

**Revised text:**

4.3.2 Life Charting Method Self/Prospective Rating (NIMH-LCM S/P) **(Not applicable)**

10(21)

CONFIDENTIAL
AZSER12748577

Clinical Study Protocol Amendment Number 3
Drug Substance quetiapine fumarate
Study Code D1447C00126
Date 21 April 2005

**Section of protocol affected:**

4.3.4, Administration of PRO questionnaires

**Previous text:**

The SDS will be administered at enrollment, randomization (i.e. baseline), visit 4, visit 6 and at each visit thereafter (see Table 2).  The data will be recorded in the appropriate sections of the CRF (source data) by the patient.  The instrument should be administered prior to clinical evaluation.

From randomization, the NIMH-LCM S/P will be completed daily by the patients using an electronic diary.  The electronic data entered will be regarded as source data and will be transferred electronically to the study database at AstraZeneca.

The PGWB will be administered at randomization (i.e. baseline), visit 4, 6 and at each visit thereafter (see Table 2).  The data will be recorded on the appropriate sections of the CRF (source data) by the patient.  The instrument should be administered prior to clinical evaluation.

**Revised text:**

The SDS will be administered at enrollment, randomization (i.e. baseline), visit 4, visit 6 and at each visit thereafter (see Table 2).  The data will be recorded in the appropriate sections of the CRF.  The instrument should be administered prior to clinical evaluation.

The PGWB will be administered at randomization (i.e. baseline), visit 4, 6 and at each visit thereafter (see Table 2).  The data will be recorded on the appropriate sections of the CRF.  The instrument should be administered prior to clinical evaluation.

11(21)

CONFIDENTIAL
AZSER12748578

Clinical Study Protocol Amendment Number 3
Drug Substance quetiapine fumarate
Study Code D1447C00126
Date 21 April 2005

**Section of protocol affected:**

4.6, Efficacy and pharmacodynamic measurement and variables

**Previous text:**

**Table 6 Efficacy objectives and variables relating to each objective**

| Objective | Variable |
|---|---|
| **Secondary objective** | **Secondary variable** |
| To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in decreasing the severity of manic and depressive symptoms between mood events | YMRS total score<br>MADRS total score<br>CGI-BP score<br>NIMH-LCM S/P item scores |
| To explore the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in reducing mood switching between manic and depressed events | NIMH-LCM S/P score |

CGI-BP Clinical Global Impression – Bipolar. NIMH-LCM S/P Life Charting Method Self/Prospective Rating . MADRS Montgomery-Asberg Depression Rating Scale. PANSS-S Positive and Negative Syndrome Scale-Postive Subscale. PGWB Psychological General Well-being Scale. SDS Sheehan Disability Scale. YMRS Young Mania Rating Scale.

**Revised text:**

**Table 6 Efficacy objectives and variables relating to each objective**

| Objective | Variable |
|---|---|
| **Secondary objective** | **Secondary variable** |
| To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in decreasing the severity of manic and depressive symptoms between mood events | YMRS total score<br>MADRS total score<br>CGI-BP score |

CGI-BP Clinical Global Impression – Bipolar. MADRS Montgomery-Asberg Depression Rating Scale. PANSS-S Positive and Negative Syndrome Scale-Postive Subscale. PGWB Psychological General Well-being Scale. SDS Sheehan Disability Scale. YMRS Young Mania Rating Scale.

CONFIDENTIAL
AZSER12748579

Clinical Study Protocol Amendment Number 3
Drug Substance quetiapine fumarate
Study Code D1447C00126
Date 21 April 2005

**Section of protocol affected:**

4.7.1.2, Recording of adverse events

**Previous text:**

Patient reported outcome questionnaires (SDS, NIMH-LCM S/P, PGWB (see Section 4.3)) should not be used as instruments for collecting safety data. However, if information about an AE is elicited, this will be recorded on the AE CRF page. Additionally, for any patient who presents with a fever, pharyngitis, or other signs and symptoms of infection, CBC with a WBC differential count should be performed. If such an AE fulfils the definition of an SAE, it should be reported as described in Section 4.7.1.3.

**Revised text:**

Patient reported outcome questionnaires (SDS, PGWB (see Section 4.3)) should not be used as instruments for collecting safety data. However, if information about an AE is elicited, this will be recorded on the AE CRF page. Additionally, for any patient who presents with a fever, pharyngitis, or other signs and symptoms of infection, CBC with a WBC differential count should be performed. If such an AE fulfils the definition of an SAE, it should be reported as described in Section 4.7.1.3.

**Section of protocol affected:**

4.7.2.2, Calculation or derivation of outcome variables

**Previous text:**

For the Open-label treatment Phase, the change in laboratory measurements from enrollment to randomization visit will be calculated by the sponsor. For the Randomized treatment Phase, the change in laboratory measurements from randomization to final visit will be calculated by the sponsor. Change from enrollment to final visit will also be calculated.

Laboratory test values will be compared to the laboratory standard normal ranges and flagged with H (High) or L (Low) if they are outside of the normal range. In addition, treatment emergent laboratory changes identified using computerized methods to compare results or changes from baseline to standard extended ranges will be flagged at the patient and test level. Source data will be electronically transferred from the central laboratory to the study database at AstraZeneca.

Lithium and valproate serum levels will be measured locally and printouts (source data) will be kept together with the CRF.

CONFIDENTIAL
AZSER12748580

Clinical Study Protocol Amendment Number 3
Drug Substance quetiapine fumarate
Study Code D1447C00126
Date 21 April 2005

**Revised text:**

For the Open-label treatment Phase, the change in laboratory measurements from enrollment to randomization visit will be calculated by the sponsor.  For the Randomized treatment Phase, the change in laboratory measurements from randomization to final visit will be calculated by the sponsor. Change from enrollment to final visit will also be calculated.

Laboratory test values will be compared to the laboratory standard normal ranges and flagged with H (High) or L (Low) if they are outside of the normal range.  In addition, treatment emergent laboratory changes identified using computerized methods to compare results or changes from baseline to standard extended ranges will be flagged at the patient and test level. Source data will be electronically transferred from the central laboratory to the study database at AstraZeneca.

**Section of protocol affected:**

4.7.4.1, Methods of assessment

**Previous text:**

A 12-lead ECG for patients will be acquired at the site, at enrollment and at subsequent visits as outlined in Table 1 and Table 2 and using a unit provided by the central ECG laboratory. The data will be transmitted to the central ECG laboratory.  Quality assurance of the ECG Waveform will be conducted by eResearch Technology, Inc (eRT).  ECGs will be processed through a computer interpretation program and then reviewed first by an ECG analyst and then by a board-certified cardiologist.  Results will be faxed and a hard-copy report mailed to the site within 24 hours for the enrollment and randomization (visit 1) assessments.  All other reports will be faxed and mailed within 72 hours of the assessment.  The time of the ECG will be recorded in the central ECG laboratory database.  Data will be transferred electronically to the study database at AstraZeneca.  For information on how AEs based on ECGs should be recorded and reported see Section 4.7.1.2.  All ECG print outs and hard copy reports should be signed and dated by the investigator.

**Revised text:**

A 12-lead ECG for patients will be acquired at the site, at enrollment and at subsequent visits as outlined in Table 1 and Table 2 and using a unit provided by the central ECG laboratory. The data will be transmitted to the central ECG laboratory.  Quality assurance of the ECG Waveform will be conducted by eResearch Technology, Inc (eRT).  ECGs will be processed through a computer interpretation program and then reviewed first by an ECG analyst and then by a board-certified cardiologist.  Results will be faxed to the site within 24 hours for the enrollment and randomization (visit 1) assessments.  All other reports will be faxed within 72 hours of the assessment.  The time of the ECG will be recorded in the central ECG laboratory database.  Data will be transferred electronically to the study database at AstraZeneca.  For information on how AEs based on ECGs should be recorded and reported see Section 4.7.1.2. All ECG print outs and hard copy reports should be signed and dated by the investigator.

CONFIDENTIAL
AZSER12748581

Clinical Study Protocol Amendment Number 3
Drug Substance quetiapine fumarate
Study Code D1447C00126
Date 21 April 2005

**Section of protocol affected:**

6.2.4, Secondary objective: severity of manic and depressive symptoms

**Previous text:**

This objective will be tested using the following outcome variables:

-YMRS change from baseline (i.e. randomization) score at each visit after randomization and before the patient discontinues from the study, or meets the criteria for a manic, mixed, or depressed event (as defined previously).

-MADRS change from baseline (i.e. randomization) score at each visit after randomization and before the patient discontinues from the study, or meets the criteria for a manic, mixed, or depressed event (as defined previously).

-CGI-BP change from baseline (i.e. randomization) scores at each visit after randomization and before the patient discontinues from the study, or meets the criteria for a manic, mixed, or depressed event (as defined previously).

-NIMH-LCM S/P scores after randomization and before the patient discontinues from the study, or meets the criteria for a manic, mixed, or depressed event (as defined previously).

**Revised text:**

This objective will be tested using the following outcome variables:

-YMRS change from baseline (i.e. randomization) score at each visit after randomization and before the patient discontinues from the study, or meets the criteria for a manic, mixed, or depressed event (as defined previously).

-MADRS change from baseline (i.e. randomization) score at each visit after randomization and before the patient discontinues from the study, or meets the criteria for a manic, mixed, or depressed event (as defined previously).

-CGI-BP change from baseline (i.e. randomization) scores at each visit after randomization and before the patient discontinues from the study, or meets the criteria for a manic, mixed, or depressed event (as defined previously).

**Section of protocol affected:**

6.2.7, Secondary objective: switching between manic and depressive mood

**Previous text:**

This objective is to explore the efficacy of quetiapine versus placebo in reducing mood switching between manic and depressive symptoms as assessed by the NIMH-LCM S/P.

This objective will be tested using outcome variables derived from the daily assessments generated in the NIMH-LCM S/P.  The NIMH-LCM S/P will be utilized to determine the

15(21)

CONFIDENTIAL
AZSER12748582

Clinical Study Protocol Amendment Number 3
Drug Substance quetiapine fumarate
Study Code D1447C00126
Date 21 April 2005

number of mood switches per month for patients.  Evaluations will be described more in detail in the SAP

**Revised text:**

6.2.7, Secondary objective: switching between manic and depressive mood **(Not applicable)**

**Section of protocol affected:**

6.4.4, Severity of manic or depressive symptoms

**Previous text:**

YMRS, MADRS, CGI-BP, and scores will be analyzed using a repeated measures analysis of all assessments between randomization and up to, but excluding the mood event.  The estimated difference between the least square means of the treatment groups will be used as the test statistic, with a statistical significance level of 0.05.  By using the least-squares means, the analysis will adjust for differences in covariates:

The assigned adjunctive mood stabilizer (either lithium or valproate) and visit will be included as a fixed effect covariate.  Other potential covariates will be examined and finalized in the SAP.

Details of the analysis of the NIMH-LCM S/P score will be described in the SAP.

**Revised text:**

YMRS, MADRS, CGI-BP, and scores will be analyzed using a repeated measures analysis of all assessments between randomization and up to, but excluding the mood event.  The estimated difference between the least square means of the treatment groups will be used as the test statistic, with a statistical significance level of 0.05.  By using the least-squares means, the analysis will adjust for differences in covariates:

The assigned adjunctive mood stabilizer (either lithium or valproate) and visit will be included as a fixed effect covariate.  Other potential covariates will be examined and finalized in the SAP.

**Section of protocol affected:**

6.4.7, Switching

**Previous text:**

The frequency of mood switching will be assessed using the NIMH-LCM S/P.  Details of the analysis will be described in the SAP

CONFIDENTIAL
AZSER12748583

Clinical Study Protocol Amendment Number 3
Drug Substance quetiapine fumarate
Study Code D1447C00126
Date 21 April 2005

**Revised text:**

**Descriptive statistics of endpoints derived from the NIMH-LCM relating to frequency of switching between mood states will be presented, but no formal statistical analyses will be made with regard to the NIMH-LCM**

**Section of protocol affected:**

7.6, Study timetable and termination

**Previous text:**

First patient is planned to be enrolled in March 2004 and that the last patient is estimated to complete the study in July 2006.  The recruitment period is estimated to begin in March 2004 and end in January 2006, or when the Sponsor notifies the investigator as described in Section 3.1.4.

**Revised text:**

First patient is planned to be enrolled in March 2004 and that the last patient is estimated to complete the study in **October** 2006.  The recruitment period is estimated to begin in March 2004 and end in **April** 2006, or when the Sponsor notifies the investigator as described in Section 3.1.4.

**Section of protocol affected:**

9.1, AstraZeneca emergency contact procedure

**Previous text:**

| Role in the study | Name | Address and Telephone number |
|---|---|---|
| Clinical Study Team Leader | Bolennart Eriksson | AstraZeneca R&D Södertälje<br>Forskaregatan 20<br>151 85 Södertälje<br>Sweden<br>Tel +46 8 553 263 45<br>Fax +46 8 553 298 82 |
| Clinical Study Team Physician | Kristina Timdahl | AstraZeneca R&D Södertälje<br>Forskaregatan 20<br>151 85 Södertälje<br>Sweden<br>Tel. +46 8 553 270 64<br>Fax +46 8 553 255 59 |

17(21)

CONFIDENTIAL
AZSER12748584

Clinical Study Protocol Amendment Number 3
Drug Substance quetiapine fumarate
Study Code D1447C00126
Date 21 April 2005

**Revised text:**

| Role in the study | Name | Address and Telephone number |
|---|---|---|
| Clinical Study Team Leader | Bolennart Eriksson | AstraZeneca R&D Södertälje<br>Forskaregatan 20<br>151 85 Södertälje<br>Sweden<br>Tel +46 8 553 263 45<br>Fax +46 8 553 298 82 |
| Clinical Study Team Physician | **Ivan Eggens** | AstraZeneca R&D Södertälje<br>Forskaregatan 20<br>151 85 Södertälje<br>Sweden<br>**Tel. +46 8 553 240 47**<br>**Fax +46 8 553 216 61** |

**Section of protocol affected:**

10, References

**Previous text:**

2. Bipolar Network News 2002;8(1).  Available at http://www.bipolarnews.org.

**Revised text:**

Reference deleted.

CONFIDENTIAL
AZSER12748585

Clinical Study Protocol Amendment Number 3
Drug Substance quetiapine fumarate
Study Code D1447C00126
Date 21 April 2005

**Reason for Amendment:**

**Section(s):**

AstraZeneca emergency contact procedure and 9.1, AstraZeneca emergency contact procedure

**Reason:**

Change of Clinical Study Team Physician.

**Section(s):**

Synopsis, study period

**Reason:**

The recruitment period has been prolonged with three months

**Section(s):**

3.1 Overall study design and flow chart

**Reason:**

To emphasize that the sample size is based on assumptions and that also the final number of enrolled patients may change during the study, based on randomization rates.

**Section(s):**

4.3.4, Administration of PRO questionnaires

**Reason:**

The SDS and PGWB questionnaires will be filled in on worksheets by the patients. The CRF will not be considered as source data.

**Section(s):**

4.7.2.2, Calculation or derivation of outcome variables

**Reason:**

Lithium and valproate serum levels will be measured at central laboratory and source data will be electronically transferred from the central laboratory to the study database at AstraZeneca.

**Section(s):**

4.7.4.1, Methods of assessment

**Reason:**

The sites will only receive the ECG results by fax.

19(21)

CONFIDENTIAL
AZSER12748586

Clinical Study Protocol Amendment Number 3
Drug Substance quetiapine fumarate
Study Code D1447C00126
Date 21 April 2005

**Section(s):**

7.6, Study timetable and termination

**Reason:**

The recruitment period has been prolonged with three months.

**Section(s):**

Synopsis, secondary objectives, Synopsis, patient reported outcomes, 2.2 Secondary objectives, 3.1.4, Recruitment and Study Termination, 3.3.5.2, Procedures for discontinuation, 4.3.2, Life Charting Method Self/Prospective Rating (NIMH-LCM S/P), 4.3.4, Administration of PRO questionnaires, 4.6, Efficacy and pharmacodynamic measurement and variables, 4.7.1.2, Recording of adverse events, 6.2.4, Secondary objective: severity of manic and depressive symptoms, 6.2.7, Secondary objective: switching between manic and depressive mood, 6.4.4, Severity of manic or depressive symptoms, 6.4.7, Switching, 10, References:

**Reason:**

The D1447C00126 protocol includes an exploratory initiative to develop an electronic version of the NIMH's Life Charting Method (LCM), and patient reported outcome tool to help patients examine life events that impact their mood changes.  In development of the LCM and PRO tool, one of the fields allowed patients to input free text to the question. During the study team's interim review of the LCM data for the purpose of planning the final study report, this review revealed that patients did not understand or were not following the directions for completing the life event instrument.  As a result, the free text field contained patient safety-related information that was not reported otherwise through established safety reporting channels.  This raised serious concerns among the study team.

Upon learning of the nature of the free text entries provided by some patients, AstraZeneca had concerns that some patients were providing extensive information that could indicate need for PI intervention to preserve the patient's well-being, and mechanisms for this feedback to the sites did not exist in our program.  By design, the protocol does not provide interim access for investigators to this PRO data because, as devised and proposed, no interim access would have been necessary.  All data were to be provided to the investigators retrospectively at the time of database lock.

Patient safety is AstraZeneca's greatest concern, and it was determined that changes needed to be made to the program to ensure patient safety. Risk-versus-benefit analysis of our options led the study team to determine that the best interests of the patients, sites, and study delivery would be served by discontinuing the exploratory initiative in the current programs.  Several factors contributed to the decision, including: (1) Operational changes needed to repair the initiative would be extensive; (2) Collateral impact or influence of a mid-stream change to a PRO tool on patients and investigators could not be accurately assessed, making comparison of pre-change and post-change data difficult; and (3) Given the poor patient compliance with the LCM, the data yielded would not likely lead to any generalizable conclusions across the patient population.

CONFIDENTIAL
AZSER12748587

Clinical Study Protocol Amendment Number 3
Drug Substance quetiapine fumarate
Study Code D1447C00126
Date 21 April 2005

Any safety-related information captured to date in the free-text field will be followed-up on.

The removal of the NIMH-LCM questionnaire and the associated electronic diary will also be reflected in the updated Informed Consent Form.

Patients who have already signed an Informed Consent Form do not need to sign the new version but will be verbally informed about the changes of the amendment.

**Persons who initiated the Amendment:**

Ivan Eggens, Clinical Study Team Physician

Bolennart Eriksson, Clinical Study Leader

21(21)

CONFIDENTIAL
AZSER12748588



| | |
|---|---|
| **Clinical Study Protocol Amendment No3: Appendix A** | |
| Drug Substance | quetiapine fumarate |
| Study Code | D1447C00126 |
| Appendix Edition Number | |
| Appendix Date | 21 April 2005 |

# Appendix A
# Signatures

CONFIDENTIAL
AZSER12748589

Clinical Study Protocol Amendment No3: Appendix A
Drug Substance quetiapine fumarate
Study Code D1447C00126
Appendix Edition Number
Appendix Date 21 April 2005

## ASTRAZENECA SIGNATURE(S)

---

**A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients**

---

This Clinical Study Protocol Amendment has been subjected to an internal AstraZeneca peer review.
I agree to the terms of this study protocol amendment.

**AstraZeneca Research and Development site representative**

Martin Brecher
Medical Science Director
AstraZeneca Pharmaceuticals
1800 Concorde Pike
Wilmington DE
USA

21 April 2005
Date
(Day Month Year)

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca. Investigators are cautioned that the information in this protocol may be subject to change and revision.

CNS.000-100-908.2.0 (Version Created 21 Apr 2005 14:27:51)

CONFIDENTIAL
AZSER12748590

Clinical Study Protocol Amendment No3: Appendix A
Drug Substance quetiapine fumarate
Study Code D1447C00126
Appendix Edition Number
Appendix Date 21 April 2005

## ASTRAZENECA SIGNATURE(S)

---

**A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients**

---

This Clinical Study Protocol Amendment has been subjected to an internal AstraZeneca peer review.
I agree to the terms of this study protocol amendment.

**AstraZeneca Research and Development site representative**

Bolennart Eriksson
Study Delivery Team Leader
AstraZeneca R&D Södertälje
Forskaregatan 20
151 85 Södertälje
Sweden

Date
(Day Month Year)

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca. Investigators are cautioned that the information in this protocol may be subject to change and revision.

CONFIDENTIAL
AZSER12748591

Clinical Study Protocol Amendment No3: Appendix A
Drug Substance quetiapine fumarate
Study Code D1447C00126
Appendix Edition Number
Appendix Date 21 April 2005

## ASTRAZENECA SIGNATURE(S)

---

**A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients**

---

This Clinical Study Protocol Amendment has been subjected to an internal AstraZeneca peer review.

I agree to the terms of this study protocol amendment.

**AstraZeneca Research and Development site representative**

Ivan Eggens
Study Team Physician
AstraZeneca R&D Södertälje
151 85 Södertälje
Sweden

21-04-2005
Date
(Day Month Year)

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca. Investigators are cautioned that the information in this protocol may be subject to change and revision.

CNS.000-100-908.2.0 (Version Created 21 Apr 2005 14:27:51)

CONFIDENTIAL
AZSER12748592



| Clinical Study Protocol Amendment | |
| --- | --- |
| Amendment Number | 4 |
| Drug Substance | Quetiapine fumarate |
| Study Code | D1447C00126 |
| Date | 17 January 2006 |

## A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients

This submission /document contains trade secrets and confidential commercial information, disclosure of which is prohibited without providing advance notice to AstraZeneca and opportunity to object.

**Sponsor:**

AstraZeneca R&D Södertälje
Forskaregatan 20
151 85  Södertälje
Sweden

**Centres affected by the Amendment:**

All centres

**The protocol for the study is to be amended as follows:**

CONFIDENTIAL
AZSER12748593

Clinical Study Protocol Amendment Number 4
Drug Substance **Quetiapine fumarate**
Study Code D1447C00126
Date 17 January 2006

**Section of protocol affected:**

AstraZeneca emergency contact procedure

**Previous text:**

| Role in the study | Name | Address and Telephone number |
|---|---|---|
| Study Delivery Team Leader | Bolennart Eriksson | AstraZeneca R&D Södertälje<br>Forskaregatan 20<br>151 85 Södertälje<br>Sweden<br>Tel +46 8 553 263 45<br>Fax +46 8 553 298 82 |

**Revised text:**

| Role in the study | Name | Address and Telephone number |
|---|---|---|
| Study Delivery Team Leader | Fredrik Juhlin | AstraZeneca R&D Södertälje<br>Forskaregatan 20<br>151 85 Södertälje<br>Sweden<br>Tel +46 8 553 247 04<br>Fax +46 8 553 289 66 |

**Section of protocol affected:**

Protocol Synopsis, Study center(s) and number of patients planned and Study Period

**Previous text:**

**Study center(s) and number of patients planned**

To observe a total of 227 mood events, it is estimated that approximately **1420** patients will be enrolled, giving approximately 710 randomized patients at **120** centers with an average enrollment of **12** patients per center. The final number of randomized patients may change during the study based on observed event rates.

2(13)

CONFIDENTIAL
AZSER12748594

Clinical Study Protocol Amendment Number 4
Drug Substance **Quetiapine fumarate**
Study Code D1447C00126
Date 17 January 2006

| Study period | | Phase of development |
|---|---|---|
| Estimated date of first patient enrolled | March 2004 | Phase III |
| Estimated date of last patient completed | **October 2006** | |

**Revised text:**

**Study center(s) and number of patients planned**

To observe a total of 227 mood events, it is estimated that approximately **1700** patients will be enrolled, giving approximately 710 randomized patients at **200** centers with an average enrollment of **8-9** patients per center.  The final number of randomized patients may change during the study based on observed event rates.

| Study period | | Phase of development |
|---|---|---|
| Estimated date of first patient enrolled | March 2004 | Phase III |
| Estimated date of last patient completed | **December 2006** | |

**Reason for Amendment:**

Due to higher drop out rate than expected the total number of enrolled patients need to be increased. The estimated last patient completed date is moved forward due to slower recruitment than expected.

**Section of protocol affected:**

Protocol Synopsis, Study design

**Previous text:**

This is a multicenter, randomized, parallel-group, double-blind study to compare quetiapine with placebo when used as adjunct to lithium or valproate in the maintenance treatment of adult patients with Bipolar I Disorder for **28 weeks** up to 104 weeks.

**Revised text:**

This is a multicenter, randomized, parallel-group, double-blind study to compare quetiapine with placebo when used as adjunct to lithium or valproate in the maintenance treatment of adult patients with Bipolar I Disorder for **up to** 104 weeks.

CONFIDENTIAL
AZSER12748595

Clinical Study Protocol Amendment Number 4
Drug Substance **Quetiapine fumarate**
Study Code D1447C00126
Date 17 January 2006

**Reason for Amendment:**

It is estimated that the 227th mood event may occur before a substantial part of the randomised patients have reached 28 weeks of randomisation. To avoid unnecessary placebo treatment and unnecessary participation in an experimental protocol after the last mood event.

**Section of protocol affected:**

Synopsis, Duration of treatment

**Previous text:**

The study consists of Enrollment and 2 phases: Open-label treatment Phase (12 weeks up to 36 weeks), and Randomized treatment Phase (**28 weeks** up to 104 weeks).

**Revised text:**

The study consists of Enrollment and 2 phases: Open-label treatment Phase (12 weeks up to 36 weeks), and Randomized treatment Phase (**up to** 104 weeks).

**Reason for Amendment:**

It is estimated that the 227th mood event may occur before a substantial part of the randomised patients have reached 28 weeks of randomisation.  To avoid unnecessary placebo treatment and unnecessary participation in an experimental protocol after the last mood event.

**Section of protocol affected:**

3.1 Overall study design and flow chart

**Previous text:**

This is a multicenter, randomized, parallel-group, double-blind study to compare quetiapine with placebo when used as adjunct to lithium or valproate in the maintenance treatment of adult patients with Bipolar I Disorder for **28 weeks to** 104 weeks.  To observe a total of 227 mood events, it is estimated that approximately **1420** patients will be enrolled, giving approximately 710 randomized patients at **120** centers with an average enrollment of **12** patients per center.  The final number of randomized **ad** enrolled patients may change during the study based on observed event and randomization rates (see Section 6.5).

**Revised text:**

This is a multicenter, randomized, parallel-group, double-blind study to compare quetiapine with placebo when used as adjunct to lithium or valproate in the maintenance treatment of adult patients with Bipolar I Disorder for **up to** 104 weeks.  To observe a total of 227 mood events, it is estimated that approximately **1700** patients will be enrolled, giving approximately 710 randomized patients at **200** centers with an average enrollment of **8-9** patients per center. The final number of randomized **and** enrolled patients may change during the study based on observed event and randomization rates (see Section 6.5).

4(13)

CONFIDENTIAL
AZSER12748596

Clinical Study Protocol Amendment Number 4
Drug Substance **Quetiapine fumarate**
Study Code D1447C00126
Date 17 January 2006

**Reason for Amendment:**

It is estimated that the 227th mood event may occur before a substantial part of the randomised patients have reached 28 weeks of randomisation. To avoid unnecessary placebo treatment and unnecessary participation in an experimental protocol after the last mood event.

Due to higher drop out rate than expected the total number of enrolled patients need to be increased.

**Section of protocol affected:**

3.1.3 Randomized treatment phase

**Previous text:**

Patients will continue in the Randomized treatment Phase for **at least 28 weeks** up to 104 weeks, or until they meet any of the criteria for a mood event (manic, depressed or mixed) (see Section 4.6.1.1), or until the study is terminated as described in Section 3.1.4.  Patients may also discontinue at any time due to other reasons (see Section 3.3.5.1).

**Revised text:**

Patients will continue in the Randomized treatment Phase for **up to** 104 weeks, or until they meet any of the criteria for a mood event (manic, depressed or mixed) (see Section 4.6.1.1), or until the study is terminated as described in Section 3.1.4.  Patients may also discontinue at any time due to other reasons (see Section 3.3.5.1).

**Reason for Amendment:**

It is estimated that the 227th mood event may occur before a substantial part of the randomised patients have reached 28 weeks of randomisation. To avoid unnecessary placebo treatment and unnecessary participation in an experimental protocol after the last mood event.

**Section of protocol affected:**

3.1.4 Recruitment and study termination

**Previous text:**

The study will be terminated when both of the following conditions have been fulfilled:

1.      the required number of events has occurred (at least 227 mood events)

2.      all remaining randomized patients have either completed 28 weeks of randomized treatment without a mood event (manic, depressed, or mixed), or have experienced a mood event (manic, depressed, or mixed), or have discontinued from the study

Patients reaching 28 weeks of randomized treatment before the above is fulfilled will continue until the study is terminated by the sponsor, or until the patient has either discontinued from

5(13)

CONFIDENTIAL
AZSER12748597

Clinical Study Protocol Amendment Number 4
Drug Substance **Quetiapine fumarate**
Study Code D1447C00126
Date 17 January 2006

the study, or experienced a mood event (manic, depressed, or mixed), or until the patient has reached 104 weeks of randomized treatment.

**Revised text:**

The study will be terminated by the sponsor when the required number of events has occurred (at least 227 mood events)

Patients will continue until the study is terminated by the sponsor or until the patient has either discontinued from the study, or experienced a mood event (manic, depressed, or mixed), or until the patient has reached 104 weeks of randomized treatment.

**Reason for Amendment:**

It is estimated that the 227th mood event may occur before a substantial part of the randomised patients have reached 28 weeks of randomisation. To avoid unnecessary placebo treatment and unnecessary participation in an experimental protocol after the last mood event.

**Section of protocol affected:**

3.1.4  Figure 1, Study Flow Chart

**Previous text:**



CONFIDENTIAL
AZSER12748598

Clinical Study Protocol Amendment Number 4
Drug Substance **Quetiapine fumarate**
Study Code D1447C00126
Date 17 January 2006

**Revised text:**



**Reason for Amendment:**

It is estimated that the 227th mood event may occur before a substantial part of the randomised patients have reached 28 weeks of randomisation. To avoid unnecessary placebo treatment and unnecessary participation in an experimental protocol after the last mood event.

**Section of protocol affected:**

3.2   Rationale for study design, doses and control groups

**Previous text:**

A study duration of **28** to 104 weeks should be sufficient to show efficacy and safety in maintenance treatment.  In addition, the patients have been treated with quetiapine and mood stabilizer (lithium or valproate) for at least 12 weeks up to 36 weeks during the Open-label treatment Phase but prior to randomization to ensure stabilization.

**Revised text:**

A study duration of **up to** 104 weeks should be sufficient to show efficacy and safety in maintenance treatment.  In addition, the patients have been treated with quetiapine and mood stabilizer (lithium or valproate) for at least 12 weeks up to 36 weeks during the Open-label treatment Phase but prior to randomization to ensure stabilization.

**Reason for Amendment:**

It is estimated that the 227th mood event may occur before a substantial part of the randomised patients have reached 28 weeks of randomisation. To avoid unnecessary placebo treatment and unnecessary participation in an experimental protocol after the last mood event.

CONFIDENTIAL
AZSER12748599

Clinical Study Protocol Amendment Number 4
Drug Substance **Quetiapine fumarate**
Study Code D1447C00126
Date 17 January 2006

**Section of protocol affected:**

3.4.1.3.  Labelling

**Previous text:**

Open-label treatment Phase

The visit packs will be labeled with a two part label with a tear off portion for affixing to the
appropriate Case Report Form.  The visit pack label will contain at least the following
information: study number, name of the sponsor, description of contents, expiry date and
storage conditions.  The date of dispensing, visit number, center number, enrollment number,
and dosing instruction will be left blank for completion at the time of dispensing.  It will also
contain the statements "For clinical trial use only" and "Keep out of reach of children".

Randomized treatment Phase

The visit packs will be labeled with a two-part label with a tear off portion for affixing to the
appropriate Case Report Form. The visit pack label will contain at least the following
information: study number, name of the sponsor, description of contents, patient number, visit
number, expiry date and storage conditions. The date of dispensing, center number and dosing
instructions will be left blank for completion at the time of dispensing.  It will also contain the
statements "For clinical trial use only" and "Keep out of reach of children".

**Revised text:**

Open-label treatment Phase

The visit packs will be labeled with a two part label with a tear off portion for affixing to the
appropriate Case Report Form.  The visit pack label will contain at least the following
information: study number, name of the sponsor, description of contents, expiry date **(except
US)** and storage conditions.  The date of dispensing, visit number, center number, enrollment
number, and dosing instruction will be left blank for completion at the time of dispensing.  It
will also contain the statements "For clinical trial use only" and "Keep out of reach of
children".

Randomized treatment Phase

The visit packs will be labeled with a two-part label with a tear off portion for affixing to the
appropriate Case Report Form. The visit pack label will contain at least the following
information: study number, name of the sponsor, description of contents, patient number, visit
number, expiry date **(except US)** and storage conditions. The date of dispensing, center
number and dosing instructions will be left blank for completion at the time of dispensing.  It
will also contain the statements "For clinical trial use only" and "Keep out of reach of
children".

8(13)

CONFIDENTIAL
AZSER12748600

Clinical Study Protocol Amendment Number 4
Drug Substance **Quetiapine fumarate**
Study Code D1447C00126
Date 17 January 2006

**Reason for Amendment:**

US investigational product is not labelled with expiry date.

**Section of protocol affected:**

6.5  Determination of sample size

**Previous text:**

The study will be terminated by the sponsor when both of the following conditions have been fulfilled:

1.        the required number of events has occurred (at least 227 mood events)

2.        all remaining randomized patients have either completed 28 weeks of randomized treatment without a mood event (manic, depressed, or mixed), or have experienced a mood event (manic, depressed, or mixed), or have discontinued from the study

Patients reaching 28 weeks of randomized treatment before the above is fulfilled will continue until the study is terminated by the sponsor or until the patient has either discontinued from the study, or experienced a mood event (manic, depressed, or mixed), or until the patient has reached 104 weeks of randomized treatment.

**Revised text:**

The study will be terminated by the sponsor when the required number of events has occurred (at least 227 mood events)

Patients will continue until the study is terminated by the sponsor or until the patient has either discontinued from the study, or experienced a mood event (manic, depressed, or mixed), or until the patient has reached 104 weeks of randomized treatment.

**Reason for Amendment:**

It is estimated that the 227th mood event may occur before a substantial part of the randomised patients have reached 28 weeks of randomisation. To avoid unnecessary placebo treatment and unnecessary participation in an experimental protocol after the last mood event.

**Section of protocol affected:**

7.6  Study Timetable and termination

**Previous text:**

First patient is planned to be enrolled in March 2004 and that the last patient is estimated to complete the study in **October 2006**.  The recruitment period is estimated to begin in March 2004 and end in April 2006, or when the Sponsor notifies the investigator as described in Section 3.1.4.

9(13)

CONFIDENTIAL
AZSER12748601

Clinical Study Protocol Amendment Number 4
Drug Substance **Quetiapine fumarate**
Study Code D1447C00126
Date 17 January 2006

**Revised text:**

First patient is planned to be enrolled in March 2004 and that the last patient is estimated to complete the study in **December 2006**.  The recruitment period is estimated to begin in March 2004 and end in April 2006, or when the Sponsor notifies the investigator as described in Section 3.1.4.

**Reason for Amendment:**

The estimated last patient completed date is moved forward due to slower recruitment then expected.

**Section of protocol affected:**

8.3  Written informed consent

**Previous text:**

None

**Revised text (added):**

The Informed Consent Form is revised under the section "What will happen to me if I take part?, Part three (Randomized-treatment Phase)" as the minimum randomisation period of 28 weeks is removed.

The Informed Consent Form is updated with additional safety information under the section "What are the possible side effects, risks and discomforts of taking part?" concerning extrapyramidal symptoms (EPS) and a section concerning elderly patients with dementia and increased risk of death.

Re-consenting is required for all patients who are actively participating in the study.

**Reason for Amendment:**

As the Informed Consent Form is updated, instructions is needed for which patients that needs to be re-consented.

**Section of protocol affected:**

9.1  AstraZeneca emergency contact procedures

CONFIDENTIAL
AZSER12748602

Clinical Study Protocol Amendment Number 4
Drug Substance **Quetiapine fumarate**
Study Code D1447C00126
Date 17 January 2006

**Previous text:**

| Role in the study | Name | Address and Telephone number |
|---|---|---|
| Clinical Study Team Leader | Bolennart Eriksson | AstraZeneca R&D Södertälje<br>Forskaregatan 20<br>151 85 Södertälje<br>Sweden<br>Tel +46 8 553 263 45<br>Fax +46 8 553 298 82 |

**Revised text:**

| Role in the study | Name | Address and Telephone number |
|---|---|---|
| Clinical Study Team Leader | Fredrik Juhlin | AstraZeneca R&D Södertälje<br>Forskaregatan 20<br>151 85 Södertälje<br>Sweden<br>Tel +46 8 553 247 04<br>Fax +46 8 553 289 66 |

11(13)

CONFIDENTIAL
AZSER12748603

Clinical Study Protocol Amendment Number 4
Drug Substance **Quetiapine fumarate**
Study Code D1447C00126
Date 17 January 2006

**Section of protocol affected:**

10.  References

**Previous text:**

8.         Sheehan DV:  Disability scale.  Sheehan 1999

9.         Simpson G.N., Angus J.W.S.  A rating scale for extrapyramidal side effects.  Acta Psychiatr Scand 1970;212(suppl 44):11-9.

10.       Spearing M.K., Post R.M., Leverich G.S., Brandt D., Nolen W.  Modification of the Clinical Global Impressions (CGI) scale for use in bipolar illness (BP): the CGI-BP. Psychiat Res 1997;73:159-71

11.       Tohen M., Marneros A., Bowden C., et al.  Olanzapine versus lithium in relapse prevention in bipolar disorder: a randomized double-blind controlled 12-month clinical study.  Presented at third European Stanley Foundation Conference on Bipolar Disorder 2002; Freiburg, Germany.

12.       Tohen M, Chengappa KNR, Suppes T, et al.  Olanzapine combined with lithium or valproate in prevention of recurrence in bipolar disorder: an 18-month study.  CPNP 2002.

13.       Tondo L., Baldessarini R.J., Hennen J., Floris G.  Lithium maintenance treatment of depression and mania in bipolar I and bipolar II disorders.  Am J Psychiatry 1998;155(5):638-45.

14.       Young R.C., Biggs J.T., Ziegler V.E. Meyer D.A.  A rating scale for mania: reliability, validity, and sensitivity.  Br J Psychiatry 1978;133:429-35.

**Revised text:**

8.         Sheehan DV. The Anxiety Disease. New York. Charles Scribner and Sons, 1983

**9.         Sheehan DV, Harnett-Sheehan K, Raj BA, International Clinical Psychopharmacology 1996, 11 (suppl 3):89-95.**

10.       Simpson G.N., Angus J.W.S.  A rating scale for extrapyramidal side effects.  Acta Psychiatr Scand 1970;212(suppl 44):11-9.

11.       Spearing M.K., Post R.M., Leverich G.S., Brandt D., Nolen W.  Modification of the Clinical Global Impressions (CGI) scale for use in bipolar illness (BP): the CGI-BP. Psychiat Res 1997;73:159-71

CONFIDENTIAL
AZSER12748604

Clinical Study Protocol Amendment Number 4
Drug Substance **Quetiapine fumarate**
Study Code D1447C00126
Date 17 January 2006

12.     **Tohen M., Marneros A., Bowden C., et al.  Olanzapine versus lithium in relapse prevention in bipolar disorder: a randomized double-blind controlled 12-month clinical study.  Presented at third European Stanley Foundation Conference on Bipolar Disorder 2002; Freiburg, Germany.**

13.     Tohen M, Chengappa KNR, Suppes T, et al. Relapse prevention in bipolar I disorder: 18-month comparison of olanzapine plus mood stabilizer v. mood stabilizer alone. British Journal of Psychiatry (2004) 184, 337-345.

14.     Tondo L., Baldessarini R.J., Hennen J., Floris G.  Lithium maintenance treatment of depression and mania in bipolar I and bipolar II disorders.  Am J Psychiatry 1998;155(5):638-45.

15.     **Wiklund I & Karlberg J (1991). Evaluation of quality of life in clinical trials. Controlled Clinical Trials, 12, 204S-216S.**

16.     Young R.C., Biggs J.T., Ziegler V.E. Meyer D.A.  A rating scale for mania: reliability, validity, and sensitivity.  Br J Psychiatry 1978;133:429-35.

**Persons who initiated the Amendment:**

Ivan Eggens, Study Delivery Team Physician

Fredrik Juhlin, Study Delivery Team Leader

CONFIDENTIAL
AZSER12748605



| Clinical Study Protocol Amendment No.4: Appendix A | |
| --- | --- |
| Drug Substance | Quetiapine fumarate |
| Study Code | D1447C00126 |
| Appendix Date | 17 January 2006 |

# Appendix A
# Signatures

Clinical Study Protocol Amendment No.4: Appendix A
Drug Substance Quetiapine fumarate
Study Code D1447C00126
Appendix Date 17 January 2006

## ASTRAZENECA SIGNATURE(S)

**A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients**

This Clinical Study Protocol Amendment has been subjected to an internal AstraZeneca peer review.

I agree to the terms of this study protocol amendment.

**AstraZeneca Research and Development site representative**

Martin Brecher
Medical Science Director
AstraZeneca Pharmaceuticals
1800 Concorde Pike
Wilmington DE
USA

Date
(Day Month Year)

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca. Investigators are cautioned that the information in this protocol may be subject to change and revision.

CNS.000-122-257.2.0 (Version Created 18 Jan 2006 12:27:34)

CONFIDENTIAL
AZSER12748607

Clinical Study Protocol Amendment No.4: Appendix A
Drug Substance Quetiapine fumarate
Study Code D1447C00126
Appendix Date 17 January 2006

## ASTRAZENECA SIGNATURE(S)

---

**A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients**

---

This Clinical Study Protocol Amendment has been subjected to an internal AstraZeneca peer review.

I agree to the terms of this study protocol amendment.

**AstraZeneca Research and Development site representative**

Fredrik Juhlin                              18 JAN 2006
Fredrik Juhlin                              Date
Study Delivery Team Leader                  (Day Month Year)
AstraZeneca R&D Södertälje
Forskaregatan 20
151 85 Södertälje
Sweden

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca. Investigators are cautioned that the information in this protocol may be subject to change and revision.

CNS.000-122-257.2.0 (Version Created 18 Jan 2006 12:27:34)

CONFIDENTIAL
AZSER12748608



| Amended Clinical Study Protocol | |
|---|---|
| Drug Substance | quetiapine fumarate |
| Study Code | D1447C00126 |
| Edition No. | 2 |
| Date | 11 November 2004 |

# A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients

AstraZeneca Clinical Development Team representative

*Martin Brecher*

Date 6 December 2004
(Day Month Year)

Martin Brecher
Global Product Team Physician
AstraZeneca Pharmaceuticals
1800 Concord Pike
Wilmington, DE
USA

AstraZeneca Research and Development site representative

*Kristina Timdahl*

Date 26/11/04
(Day Month Year)

Kristina Timdahl, MD
Clinical Study Team Physician
AstraZeneca R&D Södertälje
Forskaregatan 20
151 85 Södertälje
Sweden

AstraZeneca Research and Development site representative

*Bolennart Eriksson*

Date 30/11/04
(Day Month Year)

Bolennart Eriksson, RN
Clinical Study Team Leader
AstraZeneca R&D Södertälje
Forskaregatan 20
151 85 Södertälje
Sweden

CNS.000-069-962.4.0 (Version Created 25 Nov 2004 15:16:19)

CONFIDENTIAL
AZSER12748609



**<<The following Amendment(s) and Administrative Changes have been made to this protocol since the date of preparation:>>**

| Amendment No. | Date of Amendment | Local Amendment No. | Date of local Amendment |
|---|---|---|---|
| 1 | 29 January 2004 | | |
| 2 | 17 June 2004 | | |

| Administrative change No. | Date of Administrative Change | Local Administrative change No. | Date of local Administrative Change |
|---|---|---|---|
| | | | |

2(77)

CONFIDENTIAL
AZSER12748610

Amended Clinical Study Protocol
Study Code: D1447C00126
Edition No. 2

## ASTRAZENECA EMERGENCY CONTACT PROCEDURE

In the case of a medical emergency you may contact the Clinical Study Team Leader.  If the Clinical Study Team Leader is not available, contact the Clinical Study Team Physician at the AstraZeneca Research and Development site shown below.

| Role in the study | Name | Address and Telephone number |
|---|---|---|
| Clinical Study Team Leader | Bolennart Eriksson | AstraZeneca R&D Södertälje<br>Forskaregatan 20<br>151 85 Södertälje<br>Sweden<br>Tel +46 8 553 263 45<br>Fax +46 8 553 298 82 |
| Clinical Study Team Physician | Kristina Timdahl | AstraZeneca R&D Södertälje<br>Forskaregatan 20<br>151 85 Södertälje<br>Sweden<br>Tel. +46 8 553 270 64<br>Fax +46 8 553 255 59 |
| **Role in the study** | **Name** | **Address and Telephone Number** |
| *<<LST Leader/Monitor responsible for the Protocol at the MC/CRR or CRO >>* | To be determined | |
| *<<LST Physician responsible for the Protocol at the MC/CRR or CRO>>* | To be determined | |
| *<<LST Drug Safety representative at the MC/CRR or CRO (if applicable)>>* | To be determined | |

For further clarifications regarding:

–    Procedures in case of medical emergency see Section 9.2

–    Procedures in case of overdose see Section 9.3.

3(77)

CONFIDENTIAL
AZSER12748611

Amended Clinical Study Protocol
Study Code: D1447C00126
Edition No. 2

## PROTOCOL SYNOPSIS

**A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients**

### Investigator

Not applicable.

### Study center(s) and number of patients planned

To observe a total of 227 mood events, it is estimated that approximately 1420 patients will be enrolled, giving approximately 710 randomized patients at 120 centers with an average enrollment of 12 patients per center. The final number of randomized patients may change during the study based on observed event rates.

| Study period | | Phase of development |
|---|---|---|
| Estimated date of first patient enrolled | March 2004 | Phase III |
| Estimated date of last patient completed | July 2006 | |

### Objectives

**Primary:**

The primary objective is to evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a mood event. Recurrence is defined as (1) initiation of an antipsychotic, antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a manic, depressed or mixed event, (2) hospitalization for a manic, depressed or mixed event, (3) Young Mania Rating Scale (Young et al 1978) score $\geq 20$ at 2 consecutive assessments or at the final assessment if the patient discontinues, or Montgomery-Asberg Depression Rating Scale (Montgomery and Asberg 1979) score $\geq 20$ at 2 consecutive assessments or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic, depressed or mixed event.

4(77)

CONFIDENTIAL
AZSER12748612

Amended Clinical Study Protocol
Study Code: D1447C00126
Edition No. 2

**Secondary:**

1.      To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a manic event. Recurrence is defined as (1) initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a manic event or mixed event with predominantly manic symptoms, (2) hospitalization for a manic event or mixed event with predominantly manic symptoms, or (3) YMRS score ≥20 at 2 consecutive assessments or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic event or mixed event with predominantly manic symptoms.

2.      To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a depressed event.  Recurrence is defined as (1) initiation of an antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a depressed event or mixed event with predominantly depressed symptoms, (2) hospitalization for a depressed event or mixed event with predominantly depressed symptoms, or (3) MADRS score ≥20 at 2 consecutive assessments or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a depressed event or mixed event with predominantly depressed symptoms.

3.      To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in decreasing the severity of manic and depressive symptoms between mood events as assessed by the YMRS, the MADRS, the Clinical Global Impression-Bipolar (Spearing et al 1997), and the Life Charting Method Self/Prospective Rating (Bipolar Network News 2002).

4.      To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in decreasing the severity of psychotic symptoms between mood events as assessed by the Positive and Negative Syndrome Scale-Positive Subscale (Kay et al 1987).

5.      To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in improving level of functioning between mood events as assessed by the Sheehan Disability Scale (Sheehan 1999).

6.      To explore the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in reducing mood switching between manic and depressed events as assessed by the Life Charting Method Self/Prospective Rating (NIMH-LCM S/P).

CONFIDENTIAL
AZSER12748613

Amended Clinical Study Protocol
Study Code: D1447C00126
Edition No. 2

7.      To explore the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in improving Quality of Life (QOL) as assessed by the Psychological General Well-being Scale (Dupuy 1984).

8.      To explore the level of patient acceptance of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) as assessed by time to all-cause discontinuation.

9.      To determine whether quetiapine when used as adjunct to mood stabilizer (lithium or valproate) is safe and well-tolerated as assessed by adverse events (AEs), laboratory values, vital signs, extrapyramidal symptoms (EPS) scales (Simpson Angus Scale (Simpson and Angus 1970) Barnes Akathisia Rating Scale (Barnes 1989), and Abnormal Involuntary Movement Scale (Guy 1976), physical examinations and electrocardiograms (ECGs).

**Study design**

This is a multicenter, randomized, parallel-group, double-blind study to compare quetiapine with placebo when used as adjunct to lithium or valproate in the maintenance treatment of adult patients with Bipolar I Disorder for 28 weeks to 104 weeks. The study consists of enrollment and 2 phases, the Open-label treatment Phase and the Randomized treatment Phase. To be randomized, patients must have been treated with quetiapine and mood stabilizer (lithium or valproate) for at least 12 weeks but no more than 36 weeks during the open-label treatment phase.

**Target patient population**

Patients with a diagnosis of Bipolar I Disorder, at least 18 years old, with at least 1 manic, depressed or mixed episode in the last 2 years as defined by Diagnostic and Statistical Manual of Mental Disorders- Fourth Edition (DSM-IV) criteria, with an acute manic, depressed or mixed episode at enrollment; or a past manic, depressed or mixed episode within 26 weeks, as documented by medical records, treated with quetiapine and mood stabilizer (lithium or valproate).

**Investigational product, dosage and mode of administration**

Patients will begin or continue on an oral dose of open-label quetiapine, 400 to 800 mg daily in divided doses, with a recommended target dose of 600 mg/day, after meeting all inclusion and none of the exclusion criteria for entering the Open-label treatment Phase. Doses may be adjusted within this range to maximize efficacy and tolerability. After meeting all inclusion criteria and none of the exclusion criteria for randomization, patients will be randomized either to oral quetiapine, or oral placebo, twice daily. After randomization, open-label 100-mg quetiapine tablets will be replaced with 100-mg tablets of blinded investigational product at a rate of 1 tablet per every 2 days. The dose of blinded investigational product (quetiapine or placebo) may be adjusted as clinically indicated within the dose range of 400 to 800 mg/day all through the randomized-treatment phase.

CONFIDENTIAL
AZSER12748614

Amended Clinical Study Protocol
Study Code: D1447C00126
Edition No. 2

**Adjunct treatment, dosage and mode of administration**

Patients will begin or continue on an oral dose of open-label lithium or valproate, chosen by the investigator according to his or her clinical judgment, after meeting all inclusion and none of the exclusion criteria for entering the Open-label treatment Phase.  Dose adjustment for lithium or valproate will be at the discretion of the investigator to achieve symptom control, to minimize side effects, and to achieve target trough serum concentrations of 0.5 mEq/L to 1.2 mEq/L for lithium and 50μg/ml to 125 μg/ml for valproate during the entire length of the study.

**Duration of treatment**

The study consists of Enrollment and 2 phases: Open-label treatment Phase (12 weeks to 36 weeks), and Randomized treatment Phase (28 weeks to 104 weeks).

**Outcome Variables**

**-Efficacy**

    **Primary outcome variable:**

        time to mood event

    **Secondary outcome variables:**

        time to manic event

        time to depressed event

        YMRS total score

        MADRS total score

        PANSS-P score

        CGI-BP scores

**-Patient Reported Outcomes**

    **Secondary outcome variables:**

        SDS total score and by domains

        NIMH-LCM S/P score

        PGWB score

CONFIDENTIAL
AZSER12748615

Amended Clinical Study Protocol
Study Code: D1447C00126
Edition No. 2

-Safety

> adverse events; laboratory test results; vital signs; weight and body mass index (BMI); ECG results; physical examination results; and extrapyramidal symptoms (EPS), assessed by means of SAS, BARS, and AIMS scores

**Statistical methods**

The main analysis of the time to mood event will be a Cox proportional hazards model to estimate the hazard ratio of recurrence between treatment groups, with 95% confidence intervals. A 2-sided test of the null hypothesis that the hazard ratio is equal to unity will be performed, with a significance level of 0.05. The time to event will be censored when a patient discontinues from or completes the study without meeting the criteria for a manic, depressed or mixed event. The time of censoring will be the date of the patient's final assessment. The assigned mood stabilizer (either lithium or valproate) will be included as a covariate.

Time to manic event and time to depressed event will be analyzed with the same techniques used to analyze time to mood event.

The proportions of patients having a mood event between randomization and week 28 and 52 will also be examined as a supporting outcome variable and for consistency with the main results. The proportions of patients having a manic event and the proportions of patients having a depressed event will be analyzed with the same techniques used to analyze the proportions of patients with a mood event.

YMRS, MADRS, CGI-BP, PANSS-P, and PGWB scores will be analyzed using a repeated measures analysis of all assessments between randomization and up to, but excluding the first mood event. The assigned mood stabilizer (lithium or valproate), and visit will be included as fixed-effect covariates.

The SDS Total Score will be summarized for each patient using the mean change from baseline across all assessments between randomization and up to, but excluding the first mood event. These patient mean changes will be analyzed using ANCOVA with the baseline SDS Total Score as a covariate and assigned mood stabilizer (lithium or valproate) as a fixed effect. The 3 functional domains of the SDS will be analyzed using similar methods to those for the SDS Total Score."

Time to all-cause discontinuation will be analyzed with the same Cox proportional hazards techniques used in the main analysis of the primary outcome variable.

Descriptive statistics will be used to summarize changes from baseline in laboratory test results, vital signs, and ECG results. In addition, clinically significant values will be summarized using shift tables. The number and proportion of patients who have a weight gain $\geq 7\%$ will be summarized by baseline BMI category. Descriptive statistics will present changes from baseline in SAS, BARS, and AIMS scores.

CONFIDENTIAL
AZSER12748616

Amended Clinical Study Protocol
Study Code: D1447C00126
Edition No. 2

A stepwise sequential procedure will be used for the 4 analyses in the confirmatory part of this study to ensure a multiple level of significance of 0.05.  These outcome variables will be tested sequentially in the following order: time to a mood event, time to a manic event, time to a depressed event and mean change in SDS Total Score.  A 2-sided test for each of these null hypotheses will be performed at a significance level of 0.05.  No confirmatory claims for the nth analysis will be made unless the null hypotheses in all prior analyses are rejected.

Data analyses will be based on the following patient populations:

–       The open-label safety population will include all patients who entered the Open-label treatment Phase and took study treatment.  Data from this population will be used for safety analyses during the Open-label treatment Phase.

–       The randomized safety population will include all patients who took randomized study treatment during the Randomized treatment Phase, classified according to actual treatment taken.  Data from this population will be used for safety analyses during the Randomized treatment Phase.

–       The intent-to-treat (ITT) population will include all randomized patients who took study treatment, classified according to their randomized treatment.  Data from this population will be used in most efficacy analyses.

–       The per-protocol (PP) population will be the subset of ITT patients who did not have any protocol violations or deviations affecting efficacy.  Data collected after a patient had a deviation that significantly affected efficacy would be excluded from analysis.  Data from this population will be used as a consistency check for the primary study analysis.

CONFIDENTIAL
AZSER12748617

Amended Clinical Study Protocol
Study Code: D1447C00126
Edition No. 2

## TABLE OF CONTENTS                                                                  PAGE

TITLE PAGE ........................................................................................................ 1

PROTOCOL SYNOPSIS ..................................................................................... 4

TABLE OF CONTENTS ..................................................................................... 10

LIST OF ABBREVIATIONS AND DEFINITION OF TERMS ......................... 15

1.        INTRODUCTION ...................................................................................... 17

1.1       Background ................................................................................................ 17

1.2       Rationale for this study ............................................................................. 17

2.        STUDY OBJECTIVES .............................................................................. 18

2.1       Primary objective ...................................................................................... 18

2.2       Secondary objectives ................................................................................ 18

3.        STUDY PLAN AND PROCEDURES ....................................................... 20

3.1       Overall study design and flow chart ......................................................... 20
3.1.1     Enrollment ................................................................................................. 20
3.1.2     Open-label treatment Phase ...................................................................... 20
3.1.3     Randomized treatment Phase .................................................................... 21
3.1.4     Recruitment and Study Termination ......................................................... 21

3.2       Rationale for study design, doses and control groups ............................... 29

3.3       Selection of study population .................................................................... 29
3.3.1     Study selection record ............................................................................... 29
3.3.2     Open-label treatment Phase ...................................................................... 30
3.3.2.1   Inclusion criteria for entering the Open-label treatment Phase ............... 30
3.3.2.2   Exclusion criteria for entering the Open-label treatment Phase .............. 30
3.3.3     Randomized treatment Phase .................................................................... 32
3.3.3.1   Inclusion criteria for entering the Randomized treatment Phase ............. 32
3.3.3.2   Exclusion criteria for entering the Randomized treatment Phase ............ 32
3.3.4     Restrictions ................................................................................................ 32
3.3.5     Discontinuation of patients from treatment or assessment ...................... 33
3.3.5.1   Criteria for Discontinuation ...................................................................... 33
3.3.5.2   Procedures for discontinuation ................................................................. 33

3.4       Treatments ................................................................................................. 34
3.4.1     Investigational product .............................................................................. 34
3.4.1.1   Identity of investigational product and comparators ................................ 34
3.4.1.2   Doses and treatment regimens .................................................................. 35
3.4.1.3   Labeling ..................................................................................................... 37
3.4.1.4   Storage ....................................................................................................... 37

CONFIDENTIAL
AZSER12748618

Amended Clinical Study Protocol
Study Code: D1447C00126
Edition No. 2

| 3.4.1.5 | Accountability | 37 |
| 3.4.2 | Method of assigning patients to treatment groups | 38 |
| 3.4.3 | Blinding and procedures for unblinding the study | 38 |
| 3.4.3.1 | Methods for ensuring blinding | 38 |
| 3.4.3.2 | Methods for unblinding the study | 39 |
| 3.4.4 | Pre-study, concomitant and post-study treatment(s) | 39 |
| 3.4.4.1 | Open-label treatment Phase | 39 |
| 3.4.4.2 | Randomized treatment Phase | 41 |
| 3.4.5 | Treatment compliance | 42 |
| 4. | MEASUREMENTS OF STUDY VARIABLES AND DEFINITIONS OF OUTCOME VARIABLES | 42 |
| 4.1 | Primary variable | 42 |
| 4.2 | Screening and demographic measurements | 43 |
| 4.3 | Patient-Reported Outcomes (PROs) | 44 |
| 4.3.1 | Sheehan Disability Scale (SDS) | 44 |
| 4.3.1.1 | Methods of assessment | 44 |
| 4.3.1.2 | Derivation or calculation of variable | 44 |
| 4.3.2 | Life Charting Method Self/Prospective Rating (NIMH-LCM S/P) | 44 |
| 4.3.2.1 | Methods of assessment | 44 |
| 4.3.2.2 | Derivation or calculation of outcome variable | 45 |
| 4.3.3 | Psychological General Well-being Scale (PGWB) | 45 |
| 4.3.3.1 | Method of assessment | 45 |
| 4.3.3.2 | Derivation or calculation of outcome variable | 45 |
| 4.3.4 | Administration of PRO questionnaires | 45 |
| 4.4 | Health Economic measurements and variables (Not applicable) | 45 |
| 4.5 | Pharmacokinetic measurement and variables (Not applicable) | 45 |
| 4.6 | Efficacy and pharmacodynamic measurement and variables | 45 |
| 4.6.1 | Time to event (manic, depressed or mixed) | 48 |
| 4.6.1.1 | Methods of Assessment | 48 |
| 4.6.1.2 | Calculation or derivation of outcome variables | 48 |
| 4.6.2 | Young Mania Rating Scale (YMRS) | 48 |
| 4.6.2.1 | Methods of Assessment | 48 |
| 4.6.2.2 | Calculation or derivation of outcome variables | 48 |
| 4.6.3 | Montgomery-Asberg Depression Rating Scale (MADRS) | 48 |
| 4.6.3.1 | Methods of Assessment | 48 |
| 4.6.3.2 | Calculation or derivation of outcome variables | 48 |
| 4.6.4 | Positive and Negative Syndrome Scale- Positive Subscale (PANSS-P) | 49 |
| 4.6.4.1 | Methods of Assessment | 49 |
| 4.6.4.2 | Calculation or derivation of outcome variables | 49 |
| 4.6.5 | Clinical Global Impression- Bipolar (CGI-BP) | 49 |
| 4.6.5.1 | Methods of Assessment | 49 |
| 4.6.5.2 | Calculation or derivation of outcome variables | 49 |

CONFIDENTIAL
AZSER12748619

Amended Clinical Study Protocol
Study Code: D1447C00126
Edition No. 2

4.7        Safety measurements and variables ................................................................49
4.7.1      Adverse events ..............................................................................................50
4.7.1.1    Definitions .....................................................................................................50
4.7.1.2    Recording of adverse events .........................................................................51
4.7.1.3    Reporting of serious adverse events ..............................................................53
4.7.2      Laboratory safety measurements and variables ............................................54
4.7.2.1    Methods of assessment ..................................................................................54
4.7.2.2    Calculation or derivation of outcome variables ............................................55
4.7.3      Vital signs and weight measurement and variables ......................................55
4.7.3.1    Methods of assessment ..................................................................................55
4.7.3.2    Calculation or derivation of outcome variables ............................................55
4.7.4      Electrocardiogram (ECG) safety measurements and variables......................56
4.7.4.1    Methods of assessment ..................................................................................56
4.7.4.2    Calculation or derivation of outcome variables ............................................56
4.7.5      Physical Examination.....................................................................................56
4.7.5.1    Methods of assessment ..................................................................................56
4.7.5.2    Calculation or derivation of outcome variables ............................................57
4.7.6      Neurological Assessments and variables .......................................................57
4.7.6.1    Methods of assessment ..................................................................................57
4.7.6.2    Calculation or derivation of outcome variables ............................................57

4.8        Collection of samples for genetic analysis....................................................57

4.9        Genetic sampling and storage .......................................................................57

4.10       Volume of blood sampling and handling of biological samples.....................57

5.         DATA MANAGEMENT.................................................................................58

6.         STATISTICAL METHODS AND DETERMINATION OF SAMPLE
           SIZE ..............................................................................................................59

6.1        Statistical evaluation – general aspects.........................................................59
6.1.1      Multiplicity ...................................................................................................59

6.2        Description of outcome variables in relation to objectives and hypotheses ..........60
6.2.1      Primary study objective and outcome variable ..............................................60
6.2.2      Secondary objective: time to manic event .....................................................61
6.2.3      Secondary objective: time to depressed event ...............................................61
6.2.4      Secondary objective: severity of manic and depressive symptoms .....................62
6.2.5      Secondary objective: severity of psychotic symptoms ...................................62
6.2.6      Secondary objective: level of functioning .....................................................62
6.2.7      Secondary objective: switching between manic and depressive mood.................63
6.2.8      Secondary objective: quality of life and well-being ......................................63
6.2.9      Secondary objective: patient acceptance........................................................63
6.2.10     Secondary objective: safety and tolerability ..................................................63
6.2.10.1   Adverse Events ..............................................................................................64
6.2.10.2   Laboratory safety measurements and variables .............................................64
6.2.10.3   Vital signs and weight measurement ..............................................................64

CONFIDENTIAL
AZSER12748620

Amended Clinical Study Protocol
Study Code: D1447C00126
Edition No. 2

| | | |
|---|---|---|
| 6.2.10.4 | Electrocardiogram (ECG) safety measurements and variables | 64 |
| 6.2.10.5 | Neurological Assessments | 64 |
| 6.3 | Description of analysis sets | 64 |
| 6.4 | Method of statistical analysis | 65 |
| 6.4.1 | Time to mood event | 65 |
| 6.4.2 | Time to manic event | 65 |
| 6.4.3 | Time to depressed event | 66 |
| 6.4.4 | Severity of manic or depressive symptoms | 66 |
| 6.4.5 | Severity of psychotic symptoms | 66 |
| 6.4.6 | Level of functioning | 66 |
| 6.4.7 | Switching | 67 |
| 6.4.8 | Quality of life and well-being | 67 |
| 6.4.9 | Patient acceptance | 67 |
| 6.4.10 | Safety and tolerability analyses | 67 |
| 6.4.10.1 | Adverse Events | 67 |
| 6.4.10.2 | Laboratory safety measurements and variables | 68 |
| 6.4.10.3 | Vital signs and weight measurement | 68 |
| 6.4.10.4 | Electrocardiogram (ECG) measurements | 68 |
| 6.4.10.5 | Neurological Assessments | 68 |
| 6.5 | Determination of sample size | 68 |
| 6.6 | Interim analyses (Not applicable) | 69 |
| 6.7 | Data and safety monitoring board (Not applicable) | 69 |
| 7. | STUDY MANAGEMENT | 69 |
| 7.1 | Monitoring | 69 |
| 7.2 | Audits and inspections | 70 |
| 7.3 | Training of staff | 70 |
| 7.4 | Changes to the protocol | 70 |
| 7.5 | Study agreements | 71 |
| 7.6 | Study timetable and termination | 71 |
| 8. | ETHICS | 71 |
| 8.1 | Ethics review | 71 |
| 8.2 | Ethical conduct of the study | 72 |
| 8.3 | Written informed consent | 72 |
| 8.4 | Patient data protection | 73 |
| 9. | EMERGENCY PROCEDURES | 73 |
| 9.1 | AstraZeneca emergency contact procedure | 73 |
| 9.2 | Procedures in case of medical emergency | 74 |

13(77)

CONFIDENTIAL
AZSER12748621

Amended Clinical Study Protocol
Study Code: D1447C00126
Edition No. 2

| | | |
|---|---|---|
| 9.3 | Procedures in case of overdose | 74 |
| 9.4 | Procedures in case of suicide attempt or suicide | 75 |
| 9.5 | Procedures in case of pregnancy | 75 |
| 10. | REFERENCES | 76 |

## LIST OF TABLES                                    PAGE

| | | |
|---|---|---|
| Table 1 | Study plan: Enrollment and Open-label treatment Phase | 26 |
| Table 2 | Study plan: Randomized treatment Phase | 27 |
| Table 3 | Investigational product | 35 |
| Table 4 | Permitted, restricted and prohibited medications during the Open-label treatment Phase | 40 |
| Table 5 | Permitted, restricted and prohibited medications during the Randomized treatment Phase | 41 |
| Table 6 | Efficacy objectives and variables relating to each objective | 46 |
| Table 7 | Volume of blood to be drawn from each patient | 57 |

## LIST OF FIGURES                                   PAGE

| | | |
|---|---|---|
| Figure 1 | Study chart | 23 |
| Figure 2 | Visit schedule: Enrollment and Open-label treatment Phase | 24 |
| Figure 3 | Visit schedule: Randomized treatment Phase | 25 |

## LIST OF APPENDICES

Appendix A        Signature pages

Appendix B        Additional Safety Information

Appendix C        Genetic Sampling

CONFIDENTIAL
AZSER12748622

Amended Clinical Study Protocol
Study Code: D1447C00126
Edition No. 2

# LIST OF ABBREVIATIONS AND DEFINITION OF TERMS

The following abbreviations and special terms are used in this study protocol.

| Abbreviation or special term | Explanation |
|---|---|
| AE | Adverse event (see definition in Section 4.7.1.1) |
| AIMS | Abnormal Involuntary Movement Scale |
| ALT | Alanine aminotransferase |
| Assessment | An observation made on a variable involving a subjective judgment (assessment) |
| AST | Aspartate aminotransferase |
| BARS | Barnes Akathisia Rating Scale |
| BMI | Body Mass Index |
| BP | Bipolar Disorder |
| CBC | Complete Blood cell Count |
| CGI-BP | Clinical Global Impression- Bipolar |
| CNS | Central nervous system |
| CRF | Case Report Form |
| CRO | Clinical Research Organization |
| DM | Diabetes Mellitus |
| DSM-IV | Diagnostic and Statistical Manual of Mental Disorders- Fourth Edition |
| ECG | Electrocardiogram |
| ECT | Electroconvulsive therapy |
| Endpoint | A status of the patient that constitutes the 'endpoint' of a patient's participation in a clinical study and that is used as the final outcome. |
| EPS | Extrapyramidal symptoms |
| GCP | Good Clinical Practice |
| HCG | Human Chorionic Gonadotropin |
| ICF | Informed Consent Form |
| ICH | International Conference on Harmonization |
| IEC | Independent Ethics Committee |
| IRB | Institutional Review Board |
| ITT | Intent-to-treat |
| International Co- | If a study is conducted in several countries the International Co-ordinating |

CONFIDENTIAL
AZSER12748623

Amended Clinical Study Protocol
Study Code: D1447C00126
Edition No. 2

| Abbreviation or special term | Explanation |
|---|---|
| ordinating investigator | Investigator is the Investigator co-ordinating the investigators and/or activities internationally |
| MADRS | Montgomery-Asberg Depression Rating Scale |
| Measurement | An observation made on a variable using a measurement device. |
| MedDRA | Medical Dictionary for Regulatory Activities |
| MS | Mood stabilizer |
| NCSL | Non-center-specific labeling |
| NIMH-LCM S/P | Life Charting Method Self/Prospective Rating |
| OAE | Other significant Adverse Event (i.e, an adverse event of special interest in this clinical development; see definition in Section 4.7.1.1). The classification of OAEs will be performed by AstraZeneca drug safety physicians after the study is complete. |
| Outcome variable | A variable (usually a derived variable) specifically defined to be used in the analysis of a study objective. |
| Overdose | Ingestion of Investigational Product (quetiapine or placebo) > 800 mg/day. |
| PANSS-P | Positive and Negative Syndrome Scale-Positive Subscale |
| Parameter | A quantity (usually unknown) that characterizes the distribution of a variable in a population of patients. |
| PGWB | Psychological General Well-being Scale |
| Principal investigator | A person responsible for the conduct of a clinical study at an investigational study center.  Every investigational study center has a principal investigator. |
| PROs | Patient Reported Outcomes |
| PP | Per-protocol |
| QOL | Quality of Life |
| SAE | Serious adverse event (see definition in Section 4.7.1.1) |
| SAP | Statistical Analysis Plan |
| SAS | Simpson-Angus Scale |
| SDS | Sheehan Disability Scale |
| TSH | Thyroid-stimulating hormone |
| Variable | A characteristic or a property of a patient that may vary eg, from time to time or between patients |
| WBC | White Blood Cell |
| YMRS | Young Mania Rating Scale |

CONFIDENTIAL
AZSER12748624

Amended Clinical Study Protocol
Study Code: D1447C00126
Edition No. 2

# 1.    INTRODUCTION

## 1.1    Background

Quetiapine fumarate (quetiapine) is a dibenzothiazepine derivative approved in many countries world wide following development by AstraZeneca (also referred to as the sponsor) for the treatment of patients with schizophrenia.  Quetiapine fumarate is designed chemically as bis[2-(2-[4-(dibenzo[b,f][1,4]-thiapin-11-yl)piperazin-1-yl]ethoxy)ethanol]fumarate.

The Investigator's Brochure describes the results of toxicological and clinical studies that support clinical evaluation in man.

Bipolar I Disorder is a psychiatric disorder that is characterized by one or more manic or mixed episodes, usually accompanied by major depressed episodes.  It is a serious, lifelong medical condition, which is associated with a lifetime risk of suicide attempt up to 50%.  The prevalence of bipolar disorder is estimated to be 1 to 3.5%, evenly distributed between men and women.  It is estimated that only 60% of those suffering from a bipolar disorder receive appropriate pharmacotherapy.

There is a clear need for efficacious and well tolerated agents to treat and prevent episodes of acute mania and depression.  Current therapies for bipolar disorder prevent recurrence of illness in only 25 to 33% of patients (Tondo et al 1998).  While some patients can be safely treated with a single medication, the majority of patients require multiple medications to manage the numerous symptoms of bipolar disorder.

## 1.2    Rationale for this study

The efficacy and safety of quetiapine when used as monotherapy and as adjunct to mood stabilizers (lithium and valproate) in the treatment of bipolar mania have been shown in a series of randomized placebo-controlled studies.  Further, a recent analysis was done of a multicenter, double-blind, randomized, placebo-controlled, double-dummy trial of the use of quetiapine in the treatment of patients with bipolar depression.  The analysis demonstrated superior efficacy of quetiapine compared to placebo in the treatment of a depressed episode in patients with bipolar disorder for up to 8 weeks.

In two monotherapy studies, comparing quetiapine to placebo, quetiapine was effective in reducing core manic symptoms, depressive symptoms, agitation and aggression, and psychotic symptoms in patients with acute mania, and it improved functional status.  In a study with quetiapine used as adjunct therapy with lithium or valproate, quetiapine plus mood stabilizer was significantly more effective than mood stabilizer alone in reducing core manic symptoms, depressive symptoms, agitation and aggression, and psychotic symptoms in patients with psychotic symptoms at baseline.

When used as monotherapy or adjunct therapy, approximately 90% of quetiapine-treated patients with a clinical response received 400-800 mg/day, and the mean last-week dose was approximately 600 mg/day.  A dosing regimen of 100 mg/day on Day 1, 200 mg/day on Day

CONFIDENTIAL
AZSER12748625

Amended Clinical Study Protocol
Study Code: D1447C00126
Edition No. 2

2, 300 mg/day on Day 3, and 400 mg/day on Day 4 in twice daily divided doses was generally
safe and well tolerated.

The adverse profile of quetiapine in the treatment of acute mania was similar to that seen with
quetiapine in the treatment of schizophrenia. The only notable differences were higher rates
of dry mouth in the monotherapy studies, and higher rates of dry mouth and somnolence in the
adjunct studies.

The studies of quetiapine in the treatment of mania examined efficacy during the acute and
continuation phases of the illness, but not during the maintenance phase, when patients have
achieved symptomatic remission but are still at risk for recurrence. Similarly, recurrence of a
depressed episode has not been studied during the maintenance phase of bipolar disorder. For
these reasons, the current study examines the efficacy, safety and tolerability of quetiapine as
adjunct to lithium or valproate in preventing subsequent mood episodes.

## 2. STUDY OBJECTIVES

## 2.1 Primary objective

The primary objective is to evaluate the efficacy of quetiapine versus placebo when used as
adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a mood
event. Recurrence is defined as (1) initiation of an antipsychotic, antidepressant, mood
stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any
other medication to treat a manic, depressed or mixed event, (2) hospitalization for a manic,
depressed or mixed event, (3) Young Mania Rating Scale (Young et al 1978) score $\geq 20$ at 2
consecutive assessments or at the final assessment if the patient discontinues, or Montgomery-
Asberg Depression Rating Scale (Montgomery and Asberg 1979) score $\geq 20$ at 2 consecutive
assessments or at the final assessment if the patient discontinues, or (4) discontinuation from
the study by the patient if, in the opinion of the investigator, the discontinuation was due to a
manic, depressed or mixed event.

## 2.2 Secondary objectives

1.  To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood
    stabilizer (lithium or valproate) in increasing time to recurrence of a manic event.
    Recurrence is defined as (1) initiation of an antipsychotic, mood stabilizer other
    than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other
    medication to treat a manic event or mixed event with predominantly manic
    symptoms, (2) hospitalization for a manic event or mixed event with predominantly
    manic symptoms, or (3) YMRS score $\geq 20$ at 2 consecutive assessments or at the
    final assessment if the patient discontinues, or (4) discontinuation from the study by
    the patient if, in the opinion of the investigator, the discontinuation was due to a
    manic event or mixed event with predominantly manic symptoms.

18(77)

CONFIDENTIAL
AZSER12748626

Amended Clinical Study Protocol
Study Code: D1447C00126
Edition No. 2

2.    To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a depressed event.  Recurrence is defined as (1) initiation of an antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a depressed event or mixed event with predominantly depressed symptoms, (2) hospitalization for a depressed event or mixed event with predominantly depressed symptoms, or (3) MADRS score $\geq 20$ at 2 consecutive assessments or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a depressed event or mixed event with predominantly depressed symptoms.

3.    To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in decreasing the severity of manic and depressive symptoms between mood events as assessed by the YMRS, the MADRS, the Clinical Global Impression-Bipolar (Spearing et al 1997), and the Life Charting Method Self/Prospective Rating (Bipolar Network News 2002).

4.    To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in decreasing the severity of psychotic symptoms between mood events as assessed by the Positive and Negative Syndrome Scale-Positive Subscale (Kay et al 1987).

5.    To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in improving level of functioning between mood events as assessed by the Sheehan Disability Scale (Sheehan 1999).

6.    To explore the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in reducing mood switching between manic and depressed events as assessed by the Life Charting Method Self/Prospective Rating (NIMH-LCM S/P).

7.    To explore the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in improving Quality of Life (QOL) as assessed by the Psychological General Well-being Scale (Dupuy 1984).

8.    To explore the level of patient acceptance of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) as assessed by time to all-cause discontinuation.

9.    To determine whether quetiapine when used as adjunct to mood stabilizer (lithium or valproate) is safe and well-tolerated as assessed by adverse events (AEs), laboratory values, vital signs, extrapyramidal symptoms (EPS) scales (Simpson Angus Scale (Simpson and Angus 1970), Barnes Akathisia Rating Scale (Barnes 1989), and Abnormal Involuntary Movement Scale (Guy 1976), physical examinations and electrocardiograms (ECGs).

CONFIDENTIAL
AZSER12748627

Amended Clinical Study Protocol
Study Code: D1447C00126
Edition No. 2

# 3.      STUDY PLAN AND PROCEDURES

## 3.1      Overall study design and flow chart

This is a multicenter, randomized, parallel-group, double-blind study to compare quetiapine with placebo when used as adjunct to lithium or valproate in the maintenance treatment of adult patients with Bipolar I Disorder for 28 weeks to 104 weeks.  To observe a total of 227 mood events, it is estimated that approximately 1420 patients will be enrolled, giving approximately 710 randomized patients at 120 centers with an average enrollment of 12 patients per center.  The final number of randomized patients may change during the study based on observed event rates (see Section 6.5).

The primary objective is to evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a mood event in patients with Bipolar I Disorder.  To be eligible for the study patients must have an acute manic, depressed or mixed episode at enrollment or have had a past manic, depressed or mixed episode within 26 weeks, as documented by medical records, treated with quetiapine and mood stabilizer (lithium or valproate).  Once enrolled, all patients must be treated with quetiapine and the assigned mood stabilizer for at least 12 weeks up to 36 weeks before they can be randomized.  The study consists of enrollment and 2 phases, the Open-label treatment phase and the Randomized treatment Phase.

### 3.1.1      Enrollment

Enrolment will last for up to 7 days.  At enrollment patients, or a legally acceptable representative, will provide informed consent and complete all required laboratory and clinical evaluations (see Section 4.2).  Patients who meet all inclusion criteria and none of the exclusion criteria (see Section 3.3.2.1 and Section 3.3.2.2) will enter the Open-label treatment Phase at Visit S1.  Visit S1 must occur within 7 days of enrollment.  If the enrollment exceeds 7 days, all evaluations must be repeated before the patient can enter the Open-label treatment Phase.

### 3.1.2      Open-label treatment Phase

The purpose of the Open-label treatment Phase is to achieve stabilization of the patient's clinical condition and the dosages of quetiapine and mood stabilizer before randomization. The first dose of open-label treatment will be dispensed at the first visit (S1) after the enrollment.  Visits will occur monthly with an option to perform additional visits at week 1 (visit S2) and week 2 (visit S3), depending on the patients clinical condition, as judged by the investigator.

During the Open-label treatment Phase, patients will be treated with open-label quetiapine (400-800 mg daily in divided doses with a recommended target dose of 600 mg) and a mood stabilizer (lithium or valproate with a trough serum concentration of 0.5 mEq/L to 1.2 mEq/L for lithium and 50 µg/ml to 125 µg/ml for valproate) chosen by the investigator according to his or her clinical judgment (see Section 3.4.1.2 for more detailed information).  Other antipsychotic and psychoactive medications (eg, antidepressants and anxiolytics) can also be

20(77)

CONFIDENTIAL
AZSER12748628

Amended Clinical Study Protocol
Study Code: D1447C00126
Edition No. 2

used as clinically indicated during this phase, with exception of the last 12 weeks prior to randomization (see Section 3.4.4.1).

Patients entering the Open-label treatment phase must be treated with quetiapine and mood stabilizer (lithium or valproate) during this phase for a minimum of 12 weeks before being eligible to meet the criteria for randomization.

Patients with a manic, depressed or mixed episode within the last 26 weeks prior to enrollment, must be treated with quetiapine and mood stabilizer (lithium or valproate) continuously until the time of eligibility for randomization.

To be randomized, patients must meet all the inclusion criteria (see Section 3.3.3.1) and none of the exclusion criteria for randomization (see Section 3.3.3.2).  Patients must be randomized within 3 days after fulfilling all the inclusion criteria and none of the exclusion criteria for randomization.  If the patient is not randomized within 3 days, inclusion and exclusion criteria for randomization should be reassessed.

If the patient discontinues during the Open-label treatment Phase, assessments should be performed as described in Table 1.

### 3.1.3       Randomized treatment Phase

Patients who meet all the inclusion criteria for randomization and none of the exclusion criteria for randomization (see Sections 3.3.3.1 and 3.3.3.2) will be randomized (at Visit 1) in a blinded fashion to quetiapine or placebo (400-800 mg daily in divided doses with a recommended target dose of 600 mg) plus open-label mood stabilizer (lithium or valproate with a trough serum concentration of 0.5 mEq/L to 1.2 mEq/L for lithium and 50 µg/ml to 125 µg/ml for valproate).  Starting at Visit 1 (the day of randomization), open-label 100 mg quetiapine tablets should be replaced with 100 mg tablets of blinded investigational product at a rate of 1 tablet per every 2 days (see Section 3.4.1.2 for more detailed information).

Randomization will be stratified by assigned mood stabilizer (lithium or valproate) (see Section 3.4.2).

Patients will continue in the Randomized treatment Phase for at least 28 weeks up to 104 weeks, or until they meet any of the criteria for a mood event (manic, depressed or mixed) (see Section 4.6.1.1), or until the study is terminated as described in Section 3.1.4.  Patients may also discontinue at any time due to other reasons (see Section 3.3.5.1).

### 3.1.4       Recruitment and Study Termination

Recruitment of patients to the Open-label treatment Phase will cease when it is estimated that a sufficient number of patients have been recruited to provide a total of 227 mood events (See Section 6.5).  AstraZeneca or a representative of AstraZeneca will notify the investigational centers at this time.

The study will be terminated when both of the following conditions have been fulfilled:

CONFIDENTIAL
AZSER12748629

Amended Clinical Study Protocol
Study Code: D1447C00126
Edition No. 2

1.      the required number of events has occurred (at least 227 mood events)

2.      all remaining randomized patients have either completed 28 weeks of randomized treatment without a mood event (manic, depressed, or mixed), or have experienced a mood event (manic, depressed, or mixed), or have discontinued from the study

Patients reaching 28 weeks of randomized treatment before the above is fulfilled will continue until the study is terminated by the sponsor, or until the patient has either discontinued from the study, or experienced a mood event (manic, depressed, or mixed), or until the patient has reached 104 weeks of randomized treatment.

AstraZeneca or a representative of AstraZeneca will notify the investigational centers when the study is terminated.  (See Section 6.5)

Once a mood event occurs, the patient must be discontinued from the study according to the procedures stated in Section 3.3.5.2.  It should also be reported to the assigned monitor within 3 days of event onset.  Patients may also be discontinued from study treatment and assessments due to lack of efficacy, adverse event, patient lost to follow-up, protocol noncompliance, informed consent withdrawn, or other (see Section 3.3.5.1).

CONFIDENTIAL
AZSER12748630

Amended Clinical Study Protocol
Study Code: D1447C00126
Edition No. 2

**Figure 1    Study chart**



CONFIDENTIAL
AZSER12748631

Amended Clinical Study Protocol
Study Code: D1447C00126
Edition No. 2

**Figure 2     Visit schedule: Enrollment and Open-label treatment Phase**



<sup>a</sup>Visit S2 and S3 are optional depending on the clinical condition of the patient, as judged by the investigator

24(77)

CONFIDENTIAL
AZSER12748632

Amended Clinical Study Protocol
Study Code: D1447C00126
Edition No. 2

**Figure 3**      **Visit schedule: Randomized treatment Phase**



25(77)

CONFIDENTIAL
AZSER12748633

Amended Clinical Study Protocol
Study Code: D1447C00126
Edition No. 2

**Table 1      Study plan: Enrollment and Open-label treatment Phase**

| Study plan | Enrollment | Open-label treatment Phase | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Study week:** | Enrollment | 0 | 1 (optional) | 2 (optional) | 4 | 8 | 12 | 16 | 20 | 24 | 28 | 32 | 36 | Discontinuation |
| **Visit number:** | Enrollment | S1 | S2 | S3 | S4 | S5 | S6 | S7 | S8 | S9 | S10 | S11 | S12 | Discontinuation |
| Informed consent | ✓ | | | | | | | | | | | | | |
| Inclusion/exclusion criteria for Open-label treatment Phase | ✓ | | | | | | | | | | | | | |
| Inclusion/exclusion criteria for randomization | | | | | | | | | | | | | ✓ | |
| Demography and diagnosis | ✓ | | | | | | | | | | | | | |
| Medical, psychiatric, and medication history | ✓ | | | | | | | | | | | | | |
| Concurrent medications | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| YMRS | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| MADRS | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| CGI-BP | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| PANSS-P | ✓ | | | | | | | | | | | | | |
| SDS[a] | ✓ | | | | | | | | | | | | | |
| Adverse events | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Physical examination[b] | ✓ | | | | | | | | | | | | | ✓ |
| Urinalysis | ✓ | | | | | | | | | | | | | ✓ |
| Urine toxicology | ✓ | | | | | | | | | | | | | |
| Serum pregnancy test | ✓ | | | | | | | | | | | | | |
| Vital signs | ✓ | | ✓ | ✓ | | | ✓ | | | ✓ | | | | |
| Weight | ✓ | | | | | | ✓ | | | ✓ | | | ✓ | |
| Height | ✓ | | | | | | | | | | | | | |
| Electrocardiogram | ✓ | | | | | | | | | | | | | |
| Serum chemistry | ✓ | | | | | | ✓ | | | ✓[c] | | | | |
| Thyroid Function Tests | ✓ | | | | | | | | | | | | | |
| Hematology | ✓ | | | | ✓[d] | ✓[d] | | | | | | | | |
| Optional Genetic Blood Sample | | ✓ | | | | | | | | | | | | |
| Mood stabilizer level | ✓ | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Drug dispensing | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Drug accountability | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

CGI-BP Clinical Global Impression-Bipolar. MADRS Montgomery-Åsberg Depression Rating Scale. PANSS-P Positive and Negative Syndrome Scale-Positive Subscale. SDS Sheehan Disability Scale. YMRS Young Mania Rating Scale.

a To be completed by the patient prior to clinical evaluation
b Physical examination to include ophthalmoscopic examination
c Only s-insulin, p-glucose and HbA1c
d Does not include HbA1c

26(77)

CONFIDENTIAL
AZSER12748634

Amended Clinical Study Protocol
Study Code: D1447C00126
Edition No. 2

## Table 2 Study plan: Randomized treatment Phase

| Study plan | Randomization | Randomized treatment Phase | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Study week:** | 0 | 1 | 2 | 4 | 6 | 8 | 12 | 16 | 20 | 24 | 28 |
| **Visit Number:** | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| Inclusion/exclusion criteria for randomization | ✓ | | | | | | | | | | |
| Concurrent medications | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| YMRS | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| MADRS | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| CGI-BP | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| PANSS-P | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| SDS[a] | ✓ | | | | | | | | | | ✓ |
| PGWB[a] | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| SAS, BARS, AIMS | ✓ | | ✓ | | ✓ | | | | | | ✓ |
| Adverse events | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Physical examination[b] | ✓ | | | | | | | | | | |
| Urinalysis | ✓ | | | | | | | | | | |
| Serum pregnancy test | ✓ | | | | | | | | | | |
| Vital signs | ✓ | | | ✓ | | | ✓ | | | | ✓ |
| Weight | ✓ | | | | | ✓ | ✓ | | | | ✓ |
| Electrocardiogram | ✓ | | | | | | | | | | |
| Serum chemistry | ✓ | | | | | | ✓ | | | | ✓ |
| Thyroid Function Tests | ✓ | | | | | | ✓ | | | | |
| Hematology | ✓ | | | | | | ✓ | | | | ✓ |
| Mood stabilizer level | ✓ | | | | | | | | | ✓ | ✓ |
| Drug dispensing | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Drug accountability | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| NIMH-LCM S/P | To be completed daily by the patient | | | | | | | | | | |

AIMS Abnormal Involuntary Movement Scale. BARS Barnes Akathisia Rating Scale. CGI-BP Clinical Global Impression-Bipolar. MADRS Montgomery-Asberg Depression Rating Scale. PANSS-P Positive and Negative Syndrome Scale-Positive Subscale. PGWB Psychological General Well-being Scale. SAS Simpson-Angus Scale. SDS Sheehan Disability Scale. YMRS Young Mania Rating Scale. NIMH-LCM S/P Life Charting Method Self/Prospective Rating

[a]To be completed by the patient prior to clinical evaluation
[b]Physical examination to include ophthalmoscopic examination

cont.

27(77)

CONFIDENTIAL
AZSER12748635

Amended Clinical Study Protocol
Study Code: D1447C00126
Edition No. 2

**Table 2. Study plan: Randomized treatment Phase (cont.)**

| Study plan | Randomized treatment Phase | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Study week:** | 32 | 36 | 40 | 44 | 48 | 52 | 60 | 68 | 76 | 84 | 92 | 104 |
| **Visit Number:** | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 or Final Visit |
| Concurrent medications | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| YMRS | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| MADRS | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| CGI-BP | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| PANSS-P | ✓ | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ |
| SDS[a] | ✓ | ✓ | | ✓ | ✓ | | ✓ | | | | | ✓ |
| PGWB[a] | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| SAS, BARS, AIMS | ✓ | ✓ | ✓ | | ✓ | | | | | | | ✓ |
| Adverse events | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Physical examination[b] | | | | | | ✓ | | | | | | ✓ |
| Urinalysis | | | | | | ✓ | | | | | | ✓ |
| Serum pregnancy test | | | | | | | | | | | | ✓ |
| Vital signs | | | ✓ | | | ✓ | | ✓ | | ✓ | | ✓ |
| Weight | | | ✓ | | | ✓ | | ✓ | | ✓ | | ✓ |
| Electrocardiogram | | | | | | | | | | | | ✓ |
| Serum chemistry | | | ✓ | | | ✓ | | ✓ | | ✓ | | ✓ |
| Thyroid Function Tests | | | ✓ | | | ✓ | | ✓ | | ✓ | | ✓ |
| Hematology | | | ✓ | | | ✓ | | ✓ | | ✓ | | ✓ |
| Mood Stabilizer Levels | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | | ✓ | | ✓ | ✓ |
| Drug dispensing | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | | ✓ | | ✓ | ✓ |
| Drug accountability | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | | ✓ | | ✓ | ✓ |
| NIMH-LCM S/P | To be completed daily by the patient | | | | | | | | | | | |

AIMS  Abnormal Involuntary Movement Scale.  BARS  Barnes Akathisia Rating Scale.  CGI-BP  Clinical Global Impression-Bipolar.  MADRS  Montgomery-Asberg Depression Rating Scale.  PANSS-P  Positive and Negative Syndrome Scale-Positive Subscale.  PGWB  Psychological General Well-being Scale.  SAS  Simpson-Angus Scale.  SDS  Sheehan Disability Scale.  YMRS  Young Mania Rating Scale.  NIMH-LCM S/P Life Charting Method Self/Prospective Rating

[a]To be completed by the patient prior to clinical evaluation
[b]Physical examination to include ophthalmoscopic examination

28(77)

CONFIDENTIAL
AZSER12748636

Amended Clinical Study Protocol
Study Code: D1447C00126 Edition No. 2

## 3.2      Rationale for study design, doses and control groups

Quetiapine as adjunct treatment to mood stabilizer (lithium or valproate) has proven to be
more efficacious than mood stabilizer alone in treating acute mania.  The studies examined
efficacy during the acute and continuation phases of the illness, but not during the
maintenance phase, when patients have achieved symptomatic remission but are still at risk
for recurrence.  Additionally, an analysis was recently done of a multicenter, double-blind,
randomized, placebo-controlled, double-dummy trial of the use of quetiapine in the treatment
of patients with bipolar depression.  The analysis demonstrated superior efficacy of quetiapine
compared to placebo in the treatment of a depressive episode in patients with bipolar disorder
for up to 8 weeks.  As with mania, the study did not examine efficacy during the maintenance
phase, when patients have achieved symptomatic remission but are still at risk for recurrence.
For these reasons, the current study examines the efficacy of quetiapine as adjunct to lithium
or valproate in preventing subsequent mood episodes.

A study duration of 28 to 104 weeks should be sufficient to show efficacy and safety in
maintenance treatment.  In addition, the patients have been treated with quetiapine and mood
stabilizer (lithium or valproate) for at least 12 weeks up to 36 weeks during the Open-label
treatment Phase but prior to randomization to ensure stabilization.

Time to event is a highly relevant measure from a clinical perspective and has been frequently
used in maintenance studies.  Therefore, time to event is used in this study as the primary
outcome variable.

The inclusion and exclusion criteria for this study ensure that the results in the study
population can be generalized to patients with Bipolar I Disorder, and also provide adequate
homogeneity for detection of a difference between study cohorts.  Specifically, the
requirement that patients have at least 1 manic, depressed or mixed episode in the previous
2 years is designed to ensure that patients are sufficiently at risk for recurrences during the
study period.

Medications that are effective in the acute manic phases of the illness are generally given at
similar or slightly lower doses during the maintenance phase of the illness.  In the quetiapine
acute mania studies showing a difference between quetiapine and placebo, responding patients
had a mean last-week daily dose of approximately 600 mg, with the majority of the patients
receiving doses in the range of 400 to 800 mg/day.  These dosages were generally well
tolerated.  Thus, a target dose of quetiapine of 600 mg, with allowance for titration for
efficacy and tolerability, should ensure that adequate doses of quetiapine are used.

## 3.3      Selection of study population

### 3.3.1      Study selection record

Investigators must keep a record of patients who were considered for enrollment (i.e. have
signed the informed consent form) but did not receive an enrollment number.

CONFIDENTIAL
AZSER12748637

Amended Clinical Study Protocol
Study Code: D1447C00126 Edition No. 2

### 3.3.2      Open-label treatment Phase

### 3.3.2.1      Inclusion criteria for entering the Open-label treatment Phase

For inclusion in the Open-label treatment Phase, patients must fulfill all of the following criteria at enrollment:

1.      Provide written informed consent before initiation of any study-related procedures

2.      A diagnosis of Bipolar I Disorder, Most Recent Episode Manic (296.4x), or Bipolar I Disorder, Most Recent Episode Depressed (296.5x), or Bipolar I Disorder, Most recent Episode Mixed (296.6x), with or without psychotic features, as defined by Diagnostic and Statistical Manual of Mental Disorders-Fourth Edition (DSM-IV)

3.      Male or female, at least 18 years old

4.      At least 1 manic, depressed or mixed episode in the 2 years prior to the index episode

5.      One of the following:

-      A current manic, depressed or mixed episode by DSM-IV criteria

-      A past manic, depressed or mixed episode within 26 weeks as documented by medical records, that was treated with quetiapine and mood stabilizer (lithium or valproate). Since this episode, treatment with this combination must not have been interrupted for more than 2 weeks continuously.

6.      Female patients of childbearing potential must be using a reliable method of contraception.  Reliable methods of contraception include hormonal contraceptives (eg, oral contraceptive or long-term injectable or implantable hormonal contraceptive), double-barrier methods (eg, condom and diaphragm, condom and foam, condom and sponge), intrauterine devices, and tubal ligation

7.      Able to understand and comply with the requirements of the study

### 3.3.2.2      Exclusion criteria for entering the Open-label treatment Phase

Any of the following is regarded as a criterion for exclusion from the study at enrollment:

1.      Diagnosis of an anxiety disorder as defined by DSM-IV, which was treated with medication within the past year

2.      Known intolerance or lack of response to quetiapine fumarate or to the assigned mood stabilizer, as judged by the investigator

3.      Pregnancy or lactation.  Female patients of childbearing potential must have a negative serum human chorionic gonadotropin (HCG) test at enrollment

CONFIDENTIAL
AZSER12748638

Amended Clinical Study Protocol
Study Code: D1447C00126 Edition No. 2

4.　　Substance or alcohol dependence at enrollment (except dependence in full remission, and except for caffeine or nicotine dependence), as defined by DSM-IV criteria

5.　　Opiate, amphetamine, barbiturate, cocaine, cannabis, or hallucinogen abuse by DSM-IV criteria within 4 weeks prior to enrollment

6.　　Use of any of the following cytochrome P450 3A4 inhibitors in the 14 days preceding enrollment including but not limited to: ketoconazole, itraconazole, fluconazole, erythromycin, clarithromycin, troleandomycin, indinavir, nelfinavir, ritonavir, and saquinavir

7.　　Use of any of the following cytochrome P450 inducers in the 14 days preceding enrollment including but not limited to: phenytoin, carbamazepine, barbiturates, rifampin, St. John's Wort, and glucocorticoids

8.　　Thyroid stimulating hormone (TSH) concentration more than 10% above the upper limit of the normal range, regardless of treatment for hypothyroidism or hyperthyroidism

9.　　Unstable or inadequately treated medical illness (eg, diabetes, angina pectoris, hypertension) as judged by the investigator

10.　　Medical conditions that would affect absorption, distribution, metabolism, or excretion of study treatment

11.　　Use of an experimental drug within 30 days of enrollment

12.　　Previously randomized into this study or study D1447C00127

13.　　Previously enrolled into the Open-label treatment Phase (visit S1 and onwards) in this study or study D1447C00127

14.　　A patient with Diabetes Mellitus (DM) fulfilling one of the following criteria:

- Unstable DM defined as enrollment HbA1c >8.5%.

- Admitted to hospital for treatment of DM or DM related illness in past 12 weeks.

- Not under care of physician responsible for patient's DM care.

- Physician responsible for patient's DM care has not indicated that patient's DM is controlled.

- Physician responsible for patient's DM care has not approved patient's participation in the study.

31(77)

CONFIDENTIAL
AZSER12748639

     -    Has not been on the same dose of oral hypoglycemic drug(s) and/or diet for the 4 weeks prior to enrollment.  For thiazolidinediones (glitazones) this period should not be less than 8 weeks.

     -    Taking insulin whose daily dose on one occasion in the past 4 weeks has been more than 10% above or below their mean dose in the preceding 4 weeks.

Note: If a patient with diabetes meets one of these criteria the patient is to be excluded even if the treating physician believes that the patient is stable and can participate in the study.

### 3.3.3    Randomized treatment Phase

### 3.3.3.1    Inclusion criteria for entering the Randomized treatment Phase

For inclusion in the Randomized treatment Phase, patients must fulfill all of the following criteria during the Open-label treatment Phase:

1.    has been prescribed a dose of quetiapine within the range 400 to 800 mg/day and mood stabilizer (lithium or valproate) for at least 12 weeks

2.    YMRS ≤12 and MADRS ≤12 assessed at a minimum of 4 consecutive visits spanning at least 12 weeks, with the allowance of a single excursion.  An excursion is defined as a visit in which the YMRS or MADRS (or both) score equals 13 or 14. The excursion may not occur at the last of the consecutive visits.

### 3.3.3.2    Exclusion criteria for entering the Randomized treatment Phase

Any of the following is regarded as a criterion for exclusion from the study at the last visit of the Open-label treatment Phase:

1.    Hospitalization due to a mood event (manic, depressed or mixed) during the Open-label treatment Phase

2.    Electroconvulsive therapy (ECT) during the Open-label treatment Phase

3.    Attempt to commit suicide or homicide during the Open-label treatment Phase

4.    Substance or alcohol dependence (except dependence in full remission, and except for caffeine or nicotine dependence), as defined by DSM-IV criteria

5.    Opiate, amphetamine, barbiturate, cocaine, cannabis, or hallucinogen abuse by DSM-IV criteria during the last 12 weeks

### 3.3.4    Restrictions

See Section 3.4.4 for restricted and prohibited medications.

CONFIDENTIAL
AZSER12748640

### 3.3.5        Discontinuation of patients from treatment or assessment

### 3.3.5.1      Criteria for Discontinuation

Patients may be discontinued from study treatment and assessments at any time.  Specific reasons for discontinuing a patient from this study are:

1.      Voluntary discontinuation by the patient who are at any time free to discontinue their participation in the study, without prejudice to further treatment.

2.      Safety reasons as judged by the investigator and/or AstraZeneca

3.      Severe non-compliance to protocol as judged by the investigator and/or AstraZeneca.

4.      Incorrect enrollment or randomization of the patient

5.      Patient is hospitalized due to a mood event (manic, depressed or mixed) during the Open-label treatment Phase

6.      Patient experiences a mood event (manic, depressed or mixed) during the Randomized treatment Phase as defined in Section 3.1.3

7.      The study is terminated by AstraZeneca

8.      A repeated neutrophil count of $<1.0 \times 10^9$/L which must also be reported as an AE, see section 4.7.1.2.  For further details, see section 3.3.5.2.

### 3.3.5.2      Procedures for discontinuation

Patients who discontinue should always be asked about the reason(s) for their discontinuation and about the presence of any adverse events.  If possible, they should be seen and assessed by the investigator(s).  Adverse events should be followed up and the electronic diary and investigational products should be returned by the patient.  All study procedures including collections of safety variables required at Final Visit should be conducted and recorded on the appropriate Case Report Forms (CRFs).

For all patients who discontinue, except for those patients who are discontinued due to a mood event as defined by medical intervention or rating scale criteria, the investigator must ascertain whether the discontinuation was due to a mood event.  This determination can be made by the investigator based on a telephone or face-to-face interview, information from family or other persons familiar with the patient, or other reliable sources.  The information that was used in making this determination will be documented on the appropriate sections of the CRF and the patient may be determined to have met the endpoint criterion.

Any patient who discontinues during the study and has clinically significant or abnormal findings based on the investigator's clinical judgment on any of the safety assessments should be followed up at the investigator's discretion.

CONFIDENTIAL
AZSER12748641

In the case of a neutrophil count of $<1.0 \times 10^9$/L, the test must be repeated within one day.  If the second neutrophil count is $<1.0 \times 10^9$/L, this must be reported as an AE and the patient must be discontinued from the study, see section 4.7.1.2.  Additionally, these patients should be monitored with a Complete Blood cell Count (CBC) and White Blood Cell (WBC) differential count weekly until their counts recover. While experiencing neutropenia, patients should avoid invasive procedures such as dental work, rectal exams, or enemas; exposure to people who are obviously ill; and exposure to fresh fruits, vegetables, or flowers. If a patient develops fever or symptoms of infection, he/she should contact his/ or her physician and acquire a CBC count with WBC differential count immediately.

All adverse events should be reported to AstraZeneca and followed up until resolved or until, in the investigator's opinion, the condition has become stable and unlikely to change further (see Section 4.7.1).

Once a mood event (manic, depressed or mixed) occurres (see Section 3.1.3), the patient must be discontinued from the study.  Mood events should be reported to the assigned monitor within 3 days of event onset.

## 3.4      Treatments

### 3.4.1      Investigational product

The investigator or institution has the responsibility to establish a system for handling study treatments, including Investigational Product, so as to ensure that:

–      Deliveries of such products from AstraZeneca are correctly received by the investigator or his designee

–      Such deliveries are recorded

–      Investigational Product is handled and stored safely and properly

–      Investigational Product is only dispensed to patients in accordance with the Clinical Study Protocol

–      Unused Investigational Product is accounted for and are returned to AstraZeneca for destruction, or destroyed locally upon approval from AstraZeneca

#### 3.4.1.1      Identity of investigational product and comparators

The investigational product will be supplied to the investigator by AstraZeneca.  The investigational product will be supplied as tablets for oral use as follows (see Table 3):

CONFIDENTIAL
AZSER12748642

**Table 3**            **Investigational product**

| Treatment | Formulation Number | Presentation |
| --- | --- | --- |
| quetiapine 100 mg | F12689 | yellow round tablet |
| placebo to match 100 mg | F12637 | yellow round tablet |

AstraZeneca will provide centers with open-labeled supplies of quetiapine during the Open-label treatment Phase of the study, and blinded supplies of quetiapine and placebo during the Randomized treatment Phase of the study.  Mood stabilizer (lithium or valproate) will be provided locally.

Quetiapine and the matching placebo contain lactose, which may cause discomfort in lactose-intolerant individuals.

Open-label treatment Phase

Patients will be supplied with visit packs containing sufficient tablets for 1, 2 or 4 weeks, dependent upon the visit being dispensed.

Tablets will be packed in white PVC/aluminium foil walleted blister packs for the first 4 weeks of open-label treatment, and packed in tamper evident, high-density polyethylene (HPDE) bottles with an induction seal child resistant cap for all remaining visits.

Randomized treatment Phase

AstraZeneca will provide patients with blinded quetiapine or placebo to match, during the Randomized treatment Phase.  Open-label quetiapine will also be provided for the beginning of this phase where the open-label quetiapine is replaced by the blinded investigational product.  Patients will be supplied with patient specific visit packs containing sufficient tablets for each visit being dispensed.

Blinded quetiapine or placebo and open-label quetiapine will be packed in white PVC/aluminium foil walleted blister pack for visits 1 and 2, where open-label quetiapine is replaced by blinded investigational product (up to 14 days), and packed in tamper evident, high-density polyethylene (HPDE) bottles with an induction seal child resistant cap for all remaining visits.  Patients will be supplied with visit packs containing sufficient tablets for each visit being dispensed.

### 3.4.1.2    Doses and treatment regimens

Open-label treatment Phase

35(77)

Patients will begin or continue open-label quetiapine at visit S1, after meeting all inclusion and none of the exclusion criteria for entering the Open-label treatment Phase. Quetiapine will be given orally, twice daily, in divided doses. However, if the total daily dose is 100 mg, this should be given as a single dose.

The recommended target dosage of quetiapine is 600 mg/day, but the prescribed dosage may be adjusted within the range of 400 to 800 mg/day to maximize efficacy and tolerability. Quetiapine should be given twice daily, in divided doses, and the dose should be titrated upward to reach 600 mg/day, as follows:

–        Patients who are not taking quetiapine at enrollment should be given 100 mg on Day 1, 200 mg on Day 2, 300 mg on Day 3, and 400 mg on Day 4. The dose should then be increased to 600 mg on Day 5. However, the dose can be titrated more slowly to increase tolerability but must reach a minimum of 400 mg/day within 14 days after the first dose of quetiapine.

–        Patients who are taking quetiapine at enrollment at a dosage of less than 400 mg/day should have their doses titrated upward in a manner consistent with the schedule stated above.

Patients will begin or continue on mood stabilizer (lithium or valproate) after meeting all inclusion and none of the exclusion criteria for entering the Open-label treatment Phase. Dose regimen and dose adjustment for lithium or valproate will be at the discretion of the investigator to achieve symptom control, to minimize side effects, and to achieve target trough serum concentrations of 0.5 mEq/L to 1.2 mEq/L for lithium and 50 μg/ml to 125 μg/ml for valproate during the entire length of the study.

Treatment with open-label quetiapine and mood stabilizer will continue until patients meet all the inclusion criteria and none of the exclusion criteria for randomization (see Section 3.3.3.1 and 3.3.3.2), at which time randomization will take place. Patients who meet all the inclusion criteria and none of the exclusion criteria for randomization will be randomized in a blinded fashion to either quetiapine plus assigned mood stabilizer (lithium or valproate), or placebo plus assigned mood stabilizer (lithium or valproate).

Randomized treatment Phase

Quetiapine will be given orally, twice daily, in divided doses. However, if the total daily dose is 100 mg, this should be given as a single dose. Starting at Visit 1 (the day of randomization), open-label 100-mg quetiapine tablets should be replaced with 100-mg tablets of blinded investigational product at a rate of 1 tablet per every 2 days. The rate of replacement can be slowed to increase tolerability. Replacement of open-label quetiapine with blinded investigational product must be completed within 14 days. If replacement is not completed within 14 days the assigned monitor should be contacted. During this period the dose of blinded investigational product may be increased as clinically indicated to a maximum of 8 tablets/day (blinded and open-label medication combined).

CONFIDENTIAL
AZSER12748644

Amended Clinical Study Protocol
Study Code: D1447C00126 Edition No. 2

After all open-label tablets are replaced; the dose of blinded investigational product (quetiapine or placebo) may be adjusted as clinically indicated within the dose range of 400 to 800 mg/day.

Investigators are encouraged to use investigational product (quetiapine or placebo) to treat anxiety, sleep, and other symptoms before using lorazepam or the restricted sleep medications.

Treatment with the assigned mood stabilizer will continue during the entire length of the study. The assigned mood stabilizers cannot be adjusted after randomization except as follows:

1. for intolerability, allow dosage decrease of mood stabilizer but no lower than the lower serum level limit (0.5mEq/L for lithium or 50 μg/ml for valproate), or

2. if serum level is above or below the limits (0.5mEq/L to 1.2 mEq/L for lithium or 50 μg/ml to 125 μg/ml for valproate)

### 3.4.1.3   Labeling

Open-label treatment Phase

The visit packs will be labeled with a two part label with a tear off portion for affixing to the appropriate Case Report Form. The visit pack label will contain at least the following information: study number, name of the sponsor, description of contents, expiry date and storage conditions. The date of dispensing, visit number, center number, enrollment number, and dosing instruction will be left blank for completion at the time of dispensing. It will also contain the statements "For clinical trial use only" and "Keep out of reach of children".

Randomized treatment Phase

The visit packs will be labeled with a two-part label with a tear off portion for affixing to the appropriate Case Report Form. The visit pack label will contain at least the following information: study number, name of the sponsor, description of contents, patient number, visit number, expiry date and storage conditions. The date of dispensing, center number and dosing instructions will be left blank for completion at the time of dispensing. It will also contain the statements "For clinical trial use only" and "Keep out of reach of children".

### 3.4.1.4   Storage

All investigational products must be kept in a secure and locked place under appropriate storage conditions. For quetiapine store below 30 degrees Celsius and protect from moisture.

### 3.4.1.5   Accountability

The investigational products are to be prescribed only by the investigator or the sub-investigators or by a person authorized to do so by the principal investigator. Under no circumstances will the investigator allow the investigational product (quetiapine or placebo) to be used other than as directed by the protocol without prior AstraZeneca approval.

37(77)

CONFIDENTIAL
AZSER12748645

Amended Clinical Study Protocol
Study Code: D1447C00126 Edition No. 2

The investigator must maintain accurate records accounting for the receipt of the investigational products (AstraZeneca provides a copy of the Delivery Note for this purpose) and for the disposition of the material.  This record keeping consists of a dispensing record that includes the identification of the person to whom the drug is dispensed, the quantity and the date of dispensing, and documentation of any unused drug returned to the investigator.  This record is in addition to any drug accountability information recorded on the CRFs.  Patients must return all unused drug to the investigator.  At the termination of the study or at the request of the sponsor, the assigned Monitor must return any unused supplies to the assigned AstraZeneca distribution site for destruction or destroy them locally after reconciliation and approval from AstraZeneca.  All returns will be documented on the AstraZeneca Study Drug Return Form supplied by AstraZeneca.

### 3.4.2    Method of assigning patients to treatment groups

This study will be established with a non-center-specific labeling (NCSL) randomization.  Patient eligibility will be established before open-label treatment begins in the Open-label treatment Phase.  Patients will be randomized strictly sequentially, as patients are eligible for randomization.  If a patient discontinues from the study, the patient number will not be reused, and the patient will not be allowed to re-enter the study.

Randomization will be stratified by assigned mood stabilizer (lithium or valproate).  Patients will be randomized in balanced blocks with an equal probability of receiving the two treatments within each stratum.  The actual treatment given to the patient during the Randomized treatment Phase of the study will be determined by a randomization schedule prepared by the Biostatistical Group of AstraZeneca.

The investigator will assign the patient the first unallocated number available at the center according to the assigned mood stabilizer.  If a number is allocated incorrectly, no attempt should be made to remedy the error once study material has been dispensed.  The patient will continue with the allocated number and study material.  The assigned monitor should be notified as soon as the error is discovered and the error should be adequately documented.  Subsequent patients will continue using the first unallocated number in the original numbering sequence.

### 3.4.3    Blinding and procedures for unblinding the study

### 3.4.3.1    Methods for ensuring blinding

Quetiapine 100-mg tablets are yellow.  The placebo 100-mg tablets will be identical in appearance, smell and taste to the active product.  Packaging, labeling and preparation of the investigational product will be performed in a way that will ensure blinding throughout the Randomized treatment Phase of the study.

No member of the study team in AstraZeneca, at investigational centers or the Clinical Research Organization (CRO) handling data will have access to the randomization scheme during the conduct of the study.

CONFIDENTIAL
AZSER12748646

Amended Clinical Study Protocol
Study Code: D1447C00126 Edition No. 2

### 3.4.3.2    Methods for unblinding the study

Individual treatment code envelopes, indicating the treatment randomization for each randomized patient, will be available to the investigator(s) or pharmacists at the investigational center.

The treatment code must not be broken except in medical emergencies when the appropriate management of the patient necessitates knowledge of the treatment randomization.  The investigator(s) must document and immediately report to the assigned monitor any breaking of the treatment code.  AstraZeneca retains the right to break the code in order to report serious adverse events to regulatory authorities.

Treatment codes will not be broken for the planned analyses of data until all decisions on the evaluability of the data from each individual patient have been made and documented.

### 3.4.4       Pre-study, concomitant and post-study treatment(s)

### 3.4.4.1    Open-label treatment Phase

Nonpsychotropic medications, including over-the counter medications, taken by the patient before entry into the study may be continued during the study.  Other medication, which is considered necessary for the patient's safety and well-being may be given at the discretion of the investigator.  The administration of all medication (including investigational products) must be recorded in the appropriate sections of the case report form (CRF).

Women who enter the study with an intrauterine device in place, using oral contraceptives, or using injectable or implantable hormonal agents designed to prevent pregnancy may continue these treatments throughout the study.

Not more than 2 mg of lorazepam per day and no psychoactive and antipsychotic drugs other than those specifically allowed during the study (i.e. quetiapine, assigned mood stabilizer, and zolpidem tartrate, zaleplon, zopiclone and chloral hydrate) can be used during the last 12 weeks prior to randomization.  Psychoactive and antipsychotic drugs could interfere with the effect of the study treatment.

Potent cytochrome P450 3A4 inhibitors and inducers are prohibited due to an interaction that could influence the effect of quetiapine.

After discontinuation, patients should be treated according to normal practice at the investigational centre.

39(77)

CONFIDENTIAL
AZSER12748647