Amended Clinical Study Protocol
Study Code: D1447C00126 Edition No. 2

**Table 4**      **Permitted, restricted and prohibited medications during the Open-label treatment Phase**

| Use category | Type of medication |
|---|---|
| Permitted | Investigational product (quetiapine) |
| | Adjunct treatment (lithium/valproate) |
| | Previous medications for medical, nonpsychiatric illnesses |
| | Oral contraceptives and contraceptive devices |
| Restricted | One of the following can be used for insomnia up to the specified dosage per night: zolpidem tartrate, 10 mg; zaleplon, 20 mg; zopiclone, 7.5 mg; chloral hydrate, 1 g |
| | Anticholinergics can be used to treat extrapyramidal symptoms (EPS). Prophylactic use is prohibited |
| | Benzodiazepines as clinically indicated can be used with the exception of the last 12 weeks prior to randomization. However, lorazepam can be used up to 2 mg any day during 12 weeks prior to randomization. |
| | Antipsychotic medications and mood stabilizers other than those assigned by the investigator (lithium or valproate) as clinically indicated can be used with the exception of the last 12 weeks prior to randomization |
| | Depot antipsychotic medications as clinically indicated can be used with the exception of the last 16 weeks prior to randomization |
| | Other psychoactive drugs (including antidepressants, anxiolytics, stimulants and sedatives) as clinically indicated can be used with the exception of the last 12 weeks prior to randomization |
| Prohibited | Potent cytochrome P450 3A4 inhibitors (including but not limited to ketoconazole, intraconazole, fluconazole, erythromycin, clarithromycin, troleandomycin, indinavir, nelfinavir, ritonavir, and saquinavir) |
| | Potent cytochrome P450 3A4 inducers (including but not limited to phenytoin, carbamazepine, barbiturates, rifampin, St. John's Wort, and glucocorticoids) |
| | Electroconvulsive therapy (ECT) |

40(77)

CONFIDENTIAL
AZSER12748648

Amended Clinical Study Protocol
Study Code: D1447C00126 Edition No. 2

The administration of all medication (including investigational products), the specific type of medication (trade or generic name), the indication for use, and the dates of usage must be recorded in the appropriate sections of the CRF.

### 3.4.4.2    Randomized treatment Phase

Nonpsychotropic medications, including over-the counter medications, taken by the patient before entry into the study may be continued during the study.  Other medication, which is considered necessary for the patient's safety and well-being may be given at the discretion of the investigator.  The administration of all medication (including investigational products) must be recorded in the appropriate sections of the case report form (CRF).

Women who enter the study with an intrauterine device in place, using oral contraceptives, or using injectable or implantable hormonal agents designed to prevent pregnancy may continue these treatments throughout the study.

The use of psychoactive and antipsychotic drugs other than those specifically allowed during the study (i.e. randomized treatment, assigned mood stabilizer, lorazepam and zolpidem tartrate, zaleplon, zopiclone and chloral hydrate) is prohibited (see Table 5).  Psychoactive and antipsychotic drugs could interfere with the result of the study and are part of the endpoint criteria.

Potent cytochrome P450 3A4 inhibitors and inducers are prohibited due to an interaction that could influence the effect of quetiapine.

Investigators are encouraged to use the investigational product (quetiapine or placebo) to treat anxiety, sleep, and other symptoms before using lorazepam or the restricted sleep medications.

After discontinuation, patients should be treated according to normal practice at the investigational centre.

### Table 5    Permitted, restricted and prohibited medications during the Randomized treatment Phase

| Use category | Type of medication |
| --- | --- |
| Permitted | Investigational product (quetiapine or placebo) |
| | Adjunct treatment (lithium/valproate) |
| | Previous medications for medical, nonpsychiatric illnesses |
| | Oral contraceptives and contraceptive devices |
| Restricted | One of the following can be used for insomnia up to the specified dosage per night: zolpidem tartrate, 10 mg; zaleplon, 20 mg; zopiclone, 7.5 mg; chloral |

CONFIDENTIAL
AZSER12748649

| Use category | Type of medication |
|---|---|
| | hydrate, 1 g |
| | Lorazepam can be used up to 2 mg/day during the Randomized treatment Phase. No other benzodiazepines are permitted. |
| | Anticholinergics can be used to treat extrapyramidal symptoms (EPS). Prophylactic use is prohibited. |
| Prohibited | Potent cytochrome P450 3A4 inhibitors (including but not limited to ketoconazole, intraconazole, fluconazole, erythromycin, clarithromycin, troleandomycin, indinavir, nelfinavir, ritonavir, and saquinavir) |
| | Potent cytochrome P450 3A4 inducers (including but not limited to phenytoin, carbamazepine, barbiturates, rifampin, St. John's Wort, and glucocorticoids) |
| | Antipsychotic medications and mood stabilizers other than those assigned by the investigator (lithium or valproate) |
| | Other psychoactive drugs (including antidepressants, anxiolytics, stimulants and sedatives) other than those specifically allowed. |
| | Electroconvulsive therapy (ECT) |

The administration of all medication (including investigational products), the specific type of medication (trade or generic name), the indication for use, and the dates of usage must be recorded in the appropriate sections of the CRF.

### 3.4.5    Treatment compliance

Compliance will be assessed based on the difference between dispensed and returned tablets. Patients regarded as non-compliant will, at the investigators discretion, be discontinued.

## 4.    MEASUREMENTS OF STUDY VARIABLES AND DEFINITIONS OF OUTCOME VARIABLES

## 4.1    Primary variable

The primary variable measured will be time to recurrence of a mood event (manic, depressed, or mixed) from randomization confirmed by at least 1 of the following as judged by the investigator:

CONFIDENTIAL
AZSER12748650

–   initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a manic, depressed or mixed event

–   hospitalization for a manic, depressed or mixed event

–   YMRS score $\geq 20$ at 2 consecutive assessments or at the final assessment if the patient discontinues, or MADRS score $\geq 20$ at 2 consecutive assessments or at the final assessment if the patient discontinues

–   Discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic, depressed or mixed event

This outcome variable is used as the basis for the sample size calculation found in Section 6.

## 4.2     Screening and demographic measurements

The following data are to be collected at enrollment:

–   Informed Consent

–   Inclusion and exclusion criteria

–   Date of birth, sex and ethnic origin

–   Psychiatric history (including documentation of DSM-IV criteria for Bipolar I Disorder)

–   Significant medical history and surgical history, prior medication history and concurrent medication

–   Psychiatric Assessments (YMRS, MADRS, CGI-BP, and PANSS-P)

–   Sheehan Disability Scale (SDS)

–   Physical examination including direct ophthalmoscopy

–   Laboratory assessments including clinical chemistry tests, hematology, thyroid function test, urine toxicology, urinalysis, and serum pregnancy test as detailed in Section 4.7.2

–   Mood stabilizer levels (only for those patients currently taking mood stabilizer (lithium or valproate) at enrollment)

–   Vital signs (including pulse rate, systolic and diastolic blood pressures at supine and standing), height, and weight (see Section 4.7.3)

CONFIDENTIAL
AZSER12748651

Amended Clinical Study Protocol
Study Code: D1447C00126 Edition No. 2

–   12-lead ECG (see Section 4.7.4)

The data listed above will be recorded on the appropriate sections of the CRF.

## 4.3   Patient-Reported Outcomes (PROs)

The methods for collecting Patient Reported Outcomes (PRO) data are presented below.

### 4.3.1   Sheehan Disability Scale (SDS)

#### 4.3.1.1   Methods of assessment

The Sheehan Disability Scale (SDS) uses a discretized visual analog scale to measure 3 items to assess symptom impact on overall disability, reviewing the last week.  The instrument evaluates symptom impact and impairment in the domains of work/school, social life/leisure, and family life/home responsibility.

The SDS will be utilized to evaluate the level of functioning between mood events in the patient population.

In addition to the 3 primary disability measures (work/school, social life/leisure, family life/home responsibilities), two additional questions are included in the SDS, measuring absenteeism (missed days at work/school or days unable to perform normal daily activities due to symptoms) and presenteeism (days with reduced productivity while at work/school due to symptoms).

#### 4.3.1.2   Derivation or calculation of variable

Each one of the 3 primary measures is rated from 0-10 (no impairment to most severe impairment) with evaluation of not at all (0), mild (1-3), moderate (4-6), marked (7-9) and extreme (10) disability.  A total score will be calculated.  A score of 30 indicates most severe impairment.

The total score and each of the 3 primary measures will be analyzed separately.  The two additional questions related to absenteeism and presenteeism will be analyzed separately.

### 4.3.2   Life Charting Method Self/Prospective Rating (NIMH-LCM S/P)

#### 4.3.2.1   Methods of assessment

The NIMH-LCM S/P tracks on a daily basis the longitudinal course of the illness in terms of mood and functioning.  Daily recordings are made, at the end of the day, for hours of night time sleep, functional impairment resulting from manic or depressive symptoms on a 4-level severity scale (mild, moderate low, moderate high, severe) for manic and depressive symptoms respectively, number of mood switches per day, mood on a VAS 0-100 and impact of significant life events (e.g., divorce, loss of job).

CONFIDENTIAL
AZSER12748652

#### 4.3.2.2    Derivation or calculation of outcome variable

The NIMH-LCM S/P will be utilized to explore number of mood switches between manic and depressed events.  It will also be utilized to explore decreases in the severity of manic and depressive symptoms between manic and depressed events.

Number of mood switches will be derived from the functional impairment scale and the assessment of number of mood switches per day. Severity of manic and depressive symptoms will be derived from the functional impairment scale and the mood VAS.

### 4.3.3    Psychological General Well-being Scale (PGWB)

#### 4.3.3.1    Method of assessment

The PGWB is a 22-item scale used to provide scores in 6 subscales of anxiety, depressed mood, positive well-being, self-control, general health and vitality.  Each item is rated over a 6-point rating scale.

The PGWB will be utilized to explore the quality of life of the patients.  The scale includes both positive and negative questions reviewing the last week.

#### 4.3.3.2    Derivation or calculation of outcome variable

The change from baseline (randomization) will be calculated at each assessment and at specified intervals.  The total score and each of the 6 domains will be analyzed separately.

### 4.3.4    Administration of PRO questionnaires

The SDS will be administered at enrollment, randomization (i.e. baseline), visit 4, visit 6 and at each visit thereafter (see Table 2).  The data will be recorded in the appropriate sections of the CRF (source data) by the patient.  The instrument should be administered prior to clinical evaluation.

From randomization, the NIMH-LCM S/P will be completed daily by the patients using an electronic diary.  The electronic data entered will be regarded as source data and will be transferred electronically to the study database at AstraZeneca.

The PGWB will be administered at randomization (i.e. baseline), visit 4, 6 and at each visit thereafter (see Table 2).  The data will be recorded on the appropriate sections of the CRF (source data) by the patient.  The instrument should be administered prior to clinical evaluation.

## 4.4    Health Economic measurements and variables (Not applicable)

## 4.5    Pharmacokinetic measurement and variables (Not applicable)

## 4.6    Efficacy and pharmacodynamic measurement and variables

This study will not include pharmacodynamic measurements.  Table 6 shows how the efficacy variables of this study relate to the study objectives.

CONFIDENTIAL
AZSER12748653

Amended Clinical Study Protocol
Study Code: D1447C00126 Edition No. 2

**Table 6**          **Efficacy objectives and variables relating to each objective**

| Objective | Variable |
|---|---|
| **Primary objective** | **Primary variable** |
| To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a mood event. | Time to mood event, defined as 1 of the following:<br><br>(a) Use of medication to treat a manic, depressed or mixed event (see Section 2.1)<br><br>(b) The event of hospitalization for a manic, depressed or mixed event<br><br>(c) 2 consecutive assesments of either YMRS score ≥20 or MADRS score ≥20<br><br>(d) YMRS score ≥20 or MADRS score ≥20 at final assessment AND patient discontinues<br><br>(e) Discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic, depressed or mixed event |
| **Secondary objective** | **Secondary variable** |
| To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a manic event. | Time to manic event, defined as 1 of the following:<br><br>(a) Use of medication to treat a manic event  or mixed event with predominantly manic symptoms (see Section 2.2)<br><br>(b) The event of hospitalization for a manic event or mixed event with predominantly manic symptoms<br><br>(c) YMRS score ≥20 for 2 consecutive assessments<br><br>(d) YMRS score ≥20 at final assessment AND patient discontinues<br><br>(e) Discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic event or mixed event with predominantly manic symptoms |
| To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a depressed event. | Time to depressed event, defined as 1 of the following:<br><br>(a) Use of medication to treat a depressed event or mixed event with predominantly depressed symptoms (see Section 2.2)<br><br>(b) The event of hospitalization for a depressed |

CONFIDENTIAL
AZSER12748654

Amended Clinical Study Protocol
Study Code: D1447C00126 Edition No. 2

| Objective | Variable |
|---|---|
| | event or mixed event with predominantly depressed symptoms |
| | (c) MADRS score $\geq 20$ for 2 consecutive assessments |
| | (d) MADRS score $\geq 20$ at final assessment AND patient discontinues |
| | (e) Discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a depressed event or mixed event with predominantly depressed symptoms |
| To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in decreasing the severity of manic and depressive symptoms between mood events | YMRS total score<br>MADRS total score<br>CGI-BP score<br>NIMH-LCM S/P item scores |
| To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in decreasing the severity of psychotic symptoms between mood events | PANSS-P score |
| To evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in improving level of functioning between mood events | SDS total score and by domain |
| To explore the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in reducing mood switching between manic and depressed events | NIMH-LCM S/P score |
| To explore the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in improving Quality of life (QOL) | PGWB score |

CGI-BP  Clinical Global Impression – Bipolar.  NIMH-LCM S/P Life Charting Method Self/Prospective Rating .
MADRS  Montgomery-Asberg Depression Rating Scale.  PANSS-S  Positive and Negative Syndrome Scale-
Postive Subscale.  PGWB  Psychological General Well-being Scale.  SDS  Sheehan Disability Scale.  YMRS
Young Mania Rating Scale.

The methods for collecting efficacy data are presented in the following sections.

CONFIDENTIAL
AZSER12748655

Amended Clinical Study Protocol
Study Code: D1447C00126 Edition No. 2

### 4.6.1     Time to event (manic, depressed or mixed)

#### 4.6.1.1     Methods of Assessment

−     An event will be defined as described in Table 6.

#### 4.6.1.2     Calculation or derivation of outcome variables

The onset of a mood event and the type of event (manic, depressed, or mixed) will be documented.  Time from randomization to onset of the event will be calculated by the sponsor.

### 4.6.2     Young Mania Rating Scale (YMRS)

#### 4.6.2.1     Methods of Assessment

To ensure consistency throughout the study, all raters will receive training in rating the YMRS.  Only raters certified by training will be permitted to conduct the assessments.  The same rater should conduct all YMRS assessments across visits for a given patient, as possible.  In the event that the primary rater is not available, a designated back-up rater may perform the YMRS.  The back-up rater must meet the same qualifications as the primary rater and be authorized by the Principal Investigator.

The YMRS score will be recorded on the appropriate sections of the workbook (source data) and transcribed into the appropriate sections of the CRF.

#### 4.6.2.2     Calculation or derivation of outcome variables

The change from baseline (i.e. randomization) will be calculated by the sponsor at each assessment and final assessment in YMRS.

### 4.6.3     Montgomery-Asberg Depression Rating Scale (MADRS)

#### 4.6.3.1     Methods of Assessment

To ensure consistency throughout the study, all raters will receive training in rating the MADRS.  Only raters certified by training will be permitted to conduct the assessments.  The same rater should conduct all MADRS assessments across visits for a given patient, as possible.  In the event that the primary rater is not available, a designated back-up rater may perform the MADRS.  The back-up rater must meet the same qualifications as the primary rater and be authorized by the Principal Investigator.

The MADRS score will be recorded on the appropriate sections of the workbook (source data) and transcribed into the appropriate sections of the CRF.

#### 4.6.3.2     Calculation or derivation of outcome variables

The change from baseline (i.e. randomization) will be calculated by the sponsor at each assessment and final assessment in MADRS.

CONFIDENTIAL
AZSER12748656

### 4.6.4        Positive and Negative Syndrome Scale- Positive Subscale (PANSS-P)

#### 4.6.4.1     Methods of Assessment

To ensure consistency throughout the study, all raters will receive training in rating the
PANSS-P.  The same rater should conduct all PANSS-P assessments across visits for a given
patient, as possible.  In the event that the primary rater is not available, a designated back-up
rater may perform the PANSS-P.  The back-up rater must meet the same qualifications as the
primary rater and be authorized by the Principal Investigator.

The PANSS-P score will be recorded on the appropriate sections of the workbook (source
data) and transcribed into the appropriate sections of the CRF.

#### 4.6.4.2     Calculation or derivation of outcome variables

The change from baseline (i.e. randomization) will be calculated by the sponsor at each
assessment and final assessment in PANSS-P.

### 4.6.5        Clinical Global Impression- Bipolar (CGI-BP)

#### 4.6.5.1     Methods of Assessment

To ensure consistency throughout the study, all investigators will receive training in the CGI-
BP.  Only licensed physicians or licensed clinical psychologists will be permitted to conduct
the CGI-BP.  The same rater should conduct all CGI-BP assessments across visits for a given
patient, as possible.  In the event that the primary rater is not available, a designated back-up
rater may perform the CGI-BP.  The back-up rater must meet the same qualifications as the
primary rater and be authorized by the Principal Investigator.

The CGI-BP scores will be recorded on the appropriate sections of the CRF (source data).

#### 4.6.5.2     Calculation or derivation of outcome variables

The change from baseline (i.e. enrollment for Open-label treatment phase and randomization
for Randomized treatment Phase) will be calculated by the sponsor at each assessment and
final assessment in CGI-BP Severity of Illness.

## 4.7      Safety measurements and variables

Safety will be evaluated in terms of adverse events (AEs, including serious adverse events),
discontinuations due to AEs, clinical laboratory analyses, vital signs, weight, body mass index
(BMI), ECG changes, physical examination, and EPS.  Safety and tolerability will be
evaluated using mainly descriptive statistical methods.  The methods for collecting safety data
are described below.

If there is a change in the medical condition of the patient, in the opinion of the investigator,
the physical examination and any relevant laboratory analyses may be repeated at any time
during the study.

CONFIDENTIAL
AZSER12748657

Amended Clinical Study Protocol
Study Code: D1447C00126 Edition No. 2

### 4.7.1     Adverse events

#### 4.7.1.1     Definitions

The definitions of adverse events (AEs), serious adverse events (SAEs) and other significant adverse events (OAEs) are given below.  It is of the utmost importance that all staff involved in the study are familiar with the content of this section.  The principal investigator is responsible for ensuring this.

It is AstraZeneca's standard practice continually to review all serious adverse events and to conduct a formal, regular review of all adverse events while the study is in progress.  If the patients' safety appears to be jeopardized at any point, AstraZeneca will terminate the study.

**Adverse event**

An adverse event is the development of an undesirable medical condition or the deterioration of a pre-existing medical condition following or during exposure to a pharmaceutical product, whether or not considered causally related to the product.  An undesirable medical condition can be symptoms (e.g., nausea, chest pain), or signs (e.g., tachycardia, enlarged liver).  In clinical studies, an AE can include an undesirable medical condition occurring at any time, including run-in or washout periods, even if no study treatment has been administered.

**Serious adverse event**

A serious adverse event is an AE occurring during any study phase (i.e., run-in, treatment, washout, follow-up), and at any dose of the investigational product, comparator or placebo, that fulfills one or more of the following criteria:

– results in death

– is immediately life-threatening

– requires in-patient hospitalization or prolongation of existing hospitalization

– results in persistent or significant disability or incapacity

– is a congenital abnormality or birth defect

– is an important medical event that may jeopardize the patient or may require medical intervention to prevent one of the outcomes listed above.

The causality of SAEs (i.e. their relationship to study treatment) will be assessed by the investigator(s), who in completing the relevant case report form must answer "yes" or "no" to the question "Do you consider that there is a reasonable possibility that the event may have been caused by the drug?"  For further guidance on the definition of an SAE and a guide to the interpretation of the causality question, see Appendix B to the Clinical Study Protocol.

CONFIDENTIAL
AZSER12748658

Amended Clinical Study Protocol
Study Code: D1447C00126 Edition No. 2

**Other significant adverse event (OAE)**

OAEs will be identified by the Drug Safety Physician and if applicable also by the Clinical Study Team Physician during the evaluation of safety data for the Clinical Study Report. Significant adverse events of particular clinical importance, other than SAEs and those AEs leading to discontinuation of the patient from study treatment, will be classified as OAEs. Examples of these are certain events that lead to intervention (other than those already classified as serious), marked hematological and other laboratory abnormalities, dose reduction, or significant additional treatment. For each OAE, a narrative may be written and included in the Clinical Study Report.

### 4.7.1.2    Recording of adverse events

All AEs that occur during enrollment, during treatment, or at the final visit, whether or not related to the investigational product, must be recorded on the appropriate sections of the CRF. A description of the event, its intensity, duration, action taken, and outcome must be given, along with the investigator's causality assessment of the relationship of the event to the investigational product.

Intensity is defined as one of the following:

- Mild:          awareness of sign or symptom, but easily tolerated
- Moderate:    discomfort sufficient to cause interference with normal activities
- Severe:       incapacitating, with inability to perform normal activities

It is important to distinguish between serious and severe AEs. Severity is a measure of intensity whereas seriousness is defined by the criteria in Section 4.7.1.1 under SAEs. An AE of severe intensity need not necessarily be considered serious. For example, nausea, which persists for several hours, may be considered severe nausea, but not an SAE. On the other hand a stroke, which results in only a limited degree of disability, may be considered a mild stroke but would be an SAE.

If a diagnosis of the patient's condition has been made, then the diagnosis should be recorded as the SAE or the AE. In instances of well-recognized symptoms, they can be recorded as the commonly used diagnosis (eg, fever, runny nose, and cough can be recorded as "flu"). However, if a diagnosis of the patient's condition has not been made, or if the individual symptoms are not well recognized, then the individual symptoms should be recorded separately.

A causality assessment must be recorded for all AEs. The CRF asks the question, "In your medical judgment, is there a reasonable possibility that the event may have been caused by the investigational product?" (investigational product defined as quetiapine or placebo). If there is any valid reason, even if undetermined or untested, for suspecting a possible cause-and-effect relationship between the investigational product and the occurrence of the AE, then this should be answered "yes". Otherwise, if no valid reason exists for suggesting a possible relationship, then this should be answered "no". If more than one AE is identified, a causality assessment must be made for each AE. For further guidance, see Appendix B.

CONFIDENTIAL
AZSER12748659

Any detrimental change in the patient's condition after the patient enters the study will be discussed with the investigator. Where the detrimental change is considered by the investigator to constitute a progression or recurrence of bipolar mania or depression due to a lack of efficacy, this will not be considered to be an AE even where this necessitates or prolongs hospitalization. However, if it is felt that the investigational product may have contributed to the deterioration, this should be treated as an AE.

Patient reported outcome questionnaires (SDS, NIMH-LCM S/P, PGWB (see Section 4.3)) should not be used as instruments for collecting safety data. However, if information about an AE is elicited, this will be recorded on the AE CRF page. Additionally, for any patient who presents with a fever, pharyngitis, or other signs and symptoms of infection, CBC with a WBC differential count should be performed. If such an AE fulfils the definition of an SAE, it should be reported as described in Section 4.7.1.3.

Abnormal laboratory tests including ECGs, or vital signs, should not be reported as AEs unless they fulfill the criteria for an SAE or lead to discontinuation. If an abnormal laboratory test result or vital sign is associated with clinical signs and symptoms, the sign or symptom should be reported as the AE, and the associated test result or vital sign should be recorded on the appropriate CRF.

In the case of a neutrophil count of $<1.0x10^9$/L, the test must be repeated within one day. If the second neutrophil count is $<1.0x10^9$/L, this must be reported as an AE and the patient must be discontinued from the study. The AE should be recorded as 'Neutrophil count decreased'. If signs and symptoms of the neutropenia are present, e.g. infection, these should also be recorded as AEs.

Additionally, these patients should be monitored with a CBC and WBC differential count weekly until their counts recover. While experiencing neutropenia, patients should avoid invasive procedures such as dental work, rectal exams, or enemas; exposure to people who are obviously ill; and exposure to fresh fruits, vegetables, or flowers. If a patient develops fever or symptoms of infection, he/ she should contact his/ or her physician and acquire a CBC with WBC differential count immediately.

Should an overdose occur, it must be reported in accordance with the procedures described in Section 9.3. An overdose is defined as an ingestion of investigational product of >800mg/day.

Suicide or attempted suicide, irrespective of the method, but occurring in connection with the use of investigational product, should be reported as AEs (serious or non-serious). This event should be identified as suicide or attempted suicide, and the method of the suicide or attempt should be provided. If an attempted suicide meets the criteria for an SAE, the event must be reported according to the guidelines in Section 4.7.1.3. Also refer to Section 9.4.

Should pregnancy occur, it must be reported in accordance with the procedures described in Section 9.5. Pregnancy in itself is not regarded as an AE unless there is a suspicion that the investigational product may have interfered with the effectiveness of a contraceptive medication.

The adverse event dictionary, Medical Dictionary for Regulatory Activities (MedDRA), will be used by AstraZeneca staff for the classification and analysis of AEs in the AMOS study

CONFIDENTIAL
AZSER12748660

Amended Clinical Study Protocol
Study Code: D1447C00126 Edition No. 2

database. For regulatory reporting, SAEs will be processed in the Clintrace Global Drug Safety Database and coded using MedDRA.

All AEs will be reported in the CRF at each visit throughout the study. This will include AEs spontaneously reported by the patient and/or observed by the physician or center staff.  The patient will be asked a non-specific open question "Have you had any health problems since the previous visit?".  All positive responses must include the dates of onset and cessation, the intensity of the event, and the investigator's appraisal of each AE, and must be recorded on the appropriate sections of the CRF.  If the intensity of an AE changes, only the maximum intensity of the event will be recorded.

Adverse events will be recorded from informed consent up to 30 days after the final study visit, and during any follow-up period as required.  All AEs and SAEs, including those that are ongoing at the end of the study or follow-up period, as required, will be followed to resolution or until such time in the investigator's opinion that the AE or SAE has become stable and unlikely to change.

New AEs occurring after the final visit are not actively sought or collected, however, AEs and SAEs occurring within 30 days after the subject has completed the study should be reported. Unsolicited AE reports occurring up to 30 days after last dose of investigational drug should be recorded together with concomitant medications in appropriate sections of the CRF.  SAEs must be reported to the AstraZeneca Drug Safety Department, as described in section 4.7.1.3.

The requirement to follow up is not intended to delay database lock or production of the clinical study report.  Both these activities should proceed as planned with ongoing adverse events.

### 4.7.1.3    Reporting of serious adverse events

Investigators and other center personnel must inform appropriate AstraZeneca representatives of any SAE that occurs in the course of the study within 1 day (i.e. immediately but no later than the end of the next business day) of when he or she becomes aware of it.

The AstraZeneca representative will work with the investigator to compile all the necessary information and ensure that the AstraZeneca Drug Safety Department (i.e. Clintrace Data Entry Site) receives a report by day 1 for all fatal and life-threatening cases and by day 5 for all other SAEs.

Follow-up information on SAEs must also be reported by the investigator within the same time frames.

If a non-serious AE becomes serious, this and other relevant follow-up information must also be provided to AstraZeneca within 1 day as described above.

All SAEs have to be reported, whether or not considered causally related to the investigational product.  All SAEs will be recorded in the case report form.  The investigator is responsible

CONFIDENTIAL
AZSER12748661

for informing the Ethics Committee and/or the Regulatory Authority of the SAE as per local requirements.

If the reason for discontinuation from the study is death, this event may be reported as due to an adverse event.  The cause of death should be documented on the appropriate CRF.  Where the death is due to a combination of conditions, the investigator must decide on the primary cause of death and assign discontinuation to the appropriate category.  The appropriate sections of the CRF should be completed for all conditions and reported to AstraZeneca as an SAE on the same day.  The report should contain information regarding the co-involvement of disease, if appropriate, and incorporate information regarding the primary and secondary causes of death.  The results of any post mortem examinations should be made available to AstraZeneca as soon as they are available.

### 4.7.2    Laboratory safety measurements and variables

Blood and urine specimens will be collected for hematology, clinical chemistry tests, thyroid function tests, fasting plasma glucose (P-glucose), fasting serum insulin (S-insulin) -levels, serum pregnancy tests, urinalysis, and urine toxicology and these samples will be processed by a central laboratory (Quintiles Laboratories).  Blood samples should be collected between the hours of 8:00 and 10:00 am, local site time.  The time of the last meal will be recorded in the CRF.  The patient should have been fasting for at least 8 hours prior to the blood draw.  In addition, blood samples will be collected to check trough serum concentrations of the mood stabilizer (lithium or valproate) to meet stabilization criteria and as needed, at the discretion of the investigator, during the Randomized treatment Phase of the study.  For information on total volume of blood to be drawn see Section 4.10.

**Management of Diabetes Mellitus**

Any patient developing DM should be referred to an internist/diabetologist for evaluation and management of his/her DM. The patient's future participation in the study is according to the Investigator's judgement.

### 4.7.2.1    Methods of assessment

The following clinical laboratory tests will be performed following the assessment schedule outlined in Table 1 and Table 2.  For information on how AEs based on laboratory tests should be recorded and reported see Section 4.7.1.2.

–        Hematology tests will include the following: glycosylated hemoglobin levels (HbA1C), hemoglobin concentration, hematocrit, red blood cell count, total and differential white blood cell counts, and platelet count

–        Clinical chemistry tests will include the following: total bilirubin, alkaline phosphatase, alanine transaminase (ALT), aspartate transaminase (AST), creatinine, BUN, sodium, potassium, chloride, insulin, glucose, bicarbonate, high-density lipoprotein cholesterol, triglycerides, low-density lipoprotein cholesterol, total cholesterol, and prolactin

CONFIDENTIAL
AZSER12748662

–     Thyroid function tests will include the following: thyroid stimulating hormone (TSH), free triidothyronine (free T3) and free thyroxine (free T4)

–     Serum pregnancy tests (βHCG) (only at enrollment and Final Visit or discontinuation)

–     Mood stabilizer levels (lithium or valproate)

–     Urinalysis (chemistry and specific gravity) (at enrollment, randomisation, visit 17, and Final Visit or discontinuation)

–     Urine toxicology screen (only at enrollment)

### 4.7.2.2    Calculation or derivation of outcome variables

For the Open-label treatment Phase, the change in laboratory measurements from enrollment to randomization visit will be calculated by the sponsor.  For the Randomized treatment Phase, the change in laboratory measurements from randomization to final visit will be calculated by the sponsor. Change from enrollment to final visit will also be calculated.

Laboratory test values will be compared to the laboratory standard normal ranges and flagged with H (High) or L (Low) if they are outside of the normal range.  In addition, treatment emergent laboratory changes identified using computerized methods to compare results or changes from baseline to standard extended ranges will be flagged at the patient and test level. Source data will be electronically transferred from the central laboratory to the study database at AstraZeneca.

Lithium and valproate serum levels will be measured locally and printouts (source data) will be kept together with the CRF.

### 4.7.3    Vital signs and weight measurement and variables

### 4.7.3.1    Methods of assessment

Blood pressure, pulse rate, and weight will be recorded at enrollment and at subsequent study visits as described in Table 1 and Table 2.  Blood pressure and pulse rate will be recorded in supine position and 2 minutes after the patient has been standing. The method used at baseline must be used at each subsequent recording.  Weight must be measured (in kg) with the patient in light clothing, without shoes, and must be recorded using the same scale and at approximately the same time of day at each visit.  For information on how AEs based on vital signs and weight should be recorded and reported see Section 4.7.1.2.

Data will be recorded on the appropriate sections of the CRF (source data).

### 4.7.3.2    Calculation or derivation of outcome variables

Change from baseline in vital signs, and weight will be derived as the value at the visit minus the value at randomization.  Values outside the extended range will be flagged.  Body mass

CONFIDENTIAL
AZSER12748663

index will be calculated as kg/m$^2$.  During the Open-label treatment Phase, change from enrollment baseline to randomization visit will be summarized for each measurement by assigned mood stabilizer.  During the Randomized treatment Phase, change from randomization baseline to final visit will be summarized for each measurement by randomized treatment, and by randomized treatment and assigned mood stabilizer. Change from enrollment baseline to final visit will be summarized for each measure by randomized treatment, and by randomized treatment and assigned mood stabilizer.

### 4.7.4    Electrocardiogram (ECG) safety measurements and variables

### 4.7.4.1    Methods of assessment

A 12-lead ECG for patients will be acquired at the site, at enrollment and at subsequent visits as outlined in Table 1 and Table 2 and using a unit provided by the central ECG laboratory. The data will be transmitted to the central ECG laboratory.  Quality assurance of the ECG Waveform will be conducted by eResearch Technology, Inc (eRT).  ECGs will be processed through a computer interpretation program and then reviewed first by an ECG analyst and then by a board-certified cardiologist.  Results will be faxed and a hard-copy report mailed to the site within 24 hours for the enrollment and randomization (visit 1) assessments.  All other reports will be faxed and mailed within 72 hours of the assessment.  The time of the ECG will be recorded in the central ECG laboratory database.  Data will be transferred electronically to the study database at AstraZeneca.  For information on how AEs based on ECGs should be recorded and reported see Section 4.7.1.2.  All ECG print outs and hard copy reports should be signed and dated by the investigator.

ECG results should be reviewed for potential clinical significance, which should be determined by the investigator in consultation with the cardiologist at the ECG laboratory, if needed.

### 4.7.4.2    Calculation or derivation of outcome variables

Change from baseline for interval data and rate data will be derived by subtracting the randomization value from the final assessment value.  Values outside the extended range will be flagged.  During the Open-label treatment Phase, change from enrollment baseline to randomization visit will be summarized for each measurement by assigned mood stabilizer. During the Randomized treatment Phase, change from randomization baseline to final visit will be summarized for each measurement by randomized treatment, and by randomized treatment and assigned mood stabilizer. Change from enrollment baseline to final visit will be summarized for each measure by randomized treatment, and by randomized treatment and assigned mood stabilizer.

### 4.7.5    Physical Examination

### 4.7.5.1    Methods of assessment

A complete physical examination, including direct ophthalmoscopy, according to local routine practice will be conducted at enrollment and at subsequent visits as outlined in Table 1 and Table 2 and recorded by body system on the appropriate sections of the CRF.

CONFIDENTIAL
AZSER12748664

Amended Clinical Study Protocol
Study Code: D1447C00126 Edition No. 2

#### 4.7.5.2    Calculation or derivation of outcome variables

Changes from enrollment examination will be reported.

#### 4.7.6    Neurological Assessments and variables

#### 4.7.6.1    Methods of assessment

EPS will be assessed as follows: Parkinsonian symptoms will be assessed using the Simpson-Angus Scale (SAS), akathisia will be measured by the Barnes Akathisia Rating Scale (BARS), and dyskinesia will be assessed using the Abnormal Involuntary Movement Scale (AIMS). Each of these assessments will be administered by the investigator at specified visits as defined in Table 2.

Assessments will be recorded on the appropriate sections of the workbook (source data) and transcribed into the appropriate sections of the CRF.

#### 4.7.6.2    Calculation or derivation of outcome variables

For SAS and AIMS, individual item scores will be added to obtain a total score for each assessment.  The changes from baseline (i.e. randomization) will be calculated at each assessment for the 3 neurological assessments above.

## 4.8    Collection of samples for genetic analysis

The study includes the option for enrolled patients to provide a deoxyribonucleic acid (DNA) sample. Please see Appendix C for further details.

## 4.9    Genetic sampling and storage

The study includes the option for enrolled patients to provide a deoxyribonucleic acid (DNA) sample. Please see Appendix C for further details.

## 4.10    Volume of blood sampling and handling of biological samples

The total volume of blood that will be drawn from each patient in this study is as follows:

Table 7              Volume of blood to be drawn from each patient

| Assessment | | Sample volume (mL) | N of samples | Total volume (mL) |
|---|---|---|---|---|
| Safety | Clinical chemistry and Thyroid functioning | 8.5 | 11 | 93,5 |
| | P-glucose | 2 | 11 | 22 |
| | Hematology | 4 | 13 | 52 |
| | Serum pregnancy[a] | — | 2 | — |
| Mood Stabilizer | | 5[b] | 32 | 105[b] |

CONFIDENTIAL
AZSER12748665

Amended Clinical Study Protocol
Study Code: D1447C00126 Edition No. 2

| Assessment | Sample volume (mL) | N of samples | Total volume (mL) |
|---|---|---|---|
| Genotyping [c] | 9 | 1 | 9 |
| **Total** | **23,5** | **68** | **281,5** |

[a]Sample volume included in sample volume for Clinical chemistry and Thyroid functioning. Samples not reflected in Total number of samples.

[b]At eleven (11) assessments the sample volume taken is included in Clinical chemistry and Thyroid functioning. These assessments are therefore not included in the total volume.

[c]Optional sample. See Appendix C for further details.

Procedures for collecting, labelling, storing and shipping all biological samples will be defined by the central laboratory (Quintiles Laboratories), which will be handling the analysis and reporting of results from the samples.

## 5.     DATA MANAGEMENT

Case Report Forms (CRFs) will be provided for recording of data.  The forms will be in triplicate with carbonless paper. Data will be recorded legibly onto the CRFs with black ink, preferably with a ballpoint pen.  If any data are not available, omissions will be indicated on the CRFs.  Corrections should be made legibly and be initialed and dated. Correction fluid or covering labels must not be used.  The top original and the first copy of the completed form will be collected and returned to AstraZeneca/AstraZeneca's agent and the investigator will retain the second copy.

After collection of the CRFs, each participating AstraZeneca Marketing Company (MC) and Clinical Research Region (CRR) will enter data continuously throughout the study into the AMOS database at AstraZeneca R&D, Södertälje. Data received electronically by AstraZeneca from a validated source will be loaded directly into the study database for analysis.  This means no transfer of data is needed, as all MC/CRR will have remote access to the central database AMOS (RAMOS). Further data checking and validation will be performed until the database corresponds completely with the data collected in the CRFs. Any queries raised by AstraZeneca should be answered by the investigator.

Data will be cleaned on a regular basis by the participating MC/CRR. Clean file for the final database will be declared at AstraZeneca R&D Södertälje when all data have been set to clean by the MC/CRR and after consistency check between center/countries and a final quality control (QC) on an agreed sample of the data have been performed.

The Data Management Plan (DMP) written by the Clinical Data Manager (CDM) at AstraZeneca R&D Södertälje will describe the methods used to collect, check, transfer and process clinical data in the study. It will also clarify the roles and responsibilities of the different functions and personnel involved in the data management process.

CONFIDENTIAL
AZSER12748666

# 6. STATISTICAL METHODS AND DETERMINATION OF SAMPLE SIZE

## 6.1 Statistical evaluation – general aspects

A comprehensive Statistical Analysis Plan (SAP) will be prepared before unblinding of the data. The Biostatistical Group of AstraZeneca will perform all analyses using the most recent validated version of SAS®.

### 6.1.1 Multiplicity

A stepwise sequential procedure will be used for the confirmatory part of this study to ensure a multiple level of significance of 0.05. The following outcome variables will be tested sequentially

1. Time to a mood event

   The null hypothesis is that the between group hazard ratio is equal to unity.

2. Time to a manic event

   The null hypothesis is that the between group hazard ratio is equal to unity.

3. Time to a depressed event

   The null hypothesis is that the between group hazard ratio is equal to unity.

4. Mean change in SDS Total Score

   The null hypothesis is that the between group difference in mean change is zero

A 2-sided test for each of these null hypotheses will be performed at a significance level of 0.05.

A successful outcome of the primary analysis (1st step) is regarded as evidence that quetiapine as adjunct to a mood stabilizer is more effective than a mood stabilizer alone in increasing the time to a mood event.

No confirmatory claims for time to a manic event (2nd step) will be made unless the null hypotheses in both the 1st and 2nd step are rejected. A successful outcome in both these steps is regarded as evidence that quetiapine as adjunct to a mood stabilizer is more effective than a mood stabilizer alone in increasing the time to a manic event.

No confirmatory claims for time to a depressed event (3rd step) will be made unless the null hypothesis in the 1st, 2nd and 3rd step are all rejected. A successful outcome in all these steps is regarded as evidence that quetiapine as adjunct to a mood stabilizer is more effective than a mood stabilizer alone in increasing the time to a depressed event.

CONFIDENTIAL
AZSER12748667

Amended Clinical Study Protocol
Study Code: D1447C00126 Edition No. 2

No confirmatory claims for mean change in SDS Total Score (4th step) will be made unless the null hypotheses in the 1st, 2nd, 3rd and 4th steps are all rejected. A successful outcome on all these steps is regarded as evidence that quetiapine as adjunct to mood stabilizer is more effective than mood stabilizer alone in improving level of functioning between mood episodes.

This stepwise sequential procedure ensures a multiple level of significance of 0.05 and concords to the CPMP guideline (CPMP guideline Points to Consider on Multiplicity Issues in Clinical Studies)

Analyses made to check for robustness and/or validity of the primary analysis will be exploratory and focusing on presenting point estimates and 95% confidence intervals for the hazard ratio of quetiapine as adjunct to a mood stabilizer versus a mood stabilizer alone. The main purpose is to increase confidence in the results obtained from the primary analysis and no adjustment of the confidence levels used or the p-values displayed are therefore needed.

No confirmatory claims will be made for the other secondary outcome variables but p-values will generally be presented in order to aid the interpretation of the result. The confidence levels and p-values displayed will be unadjusted for multiplicity and the overall interpretation of these results will need to take multiplicity issues into account.

## 6.2 Description of outcome variables in relation to objectives and hypotheses

### 6.2.1 Primary study objective and outcome variable

The primary objective is to evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a mood event in patients with Bipolar I Disorder. Recurrence is defined as (1) initiation of an antipsychotic, antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a manic, depressed or mixed event, (2) hospitalization for a manic, depressed or mixed event, (3) YMRS score $\geq 20$ at 2 consecutive assessments, or at the final assessment if the patient discontinues, or MADRS score $\geq 20$ at 2 consecutive assessments, or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic, depressed or mixed event.

This objective will be tested using the outcome variable of time to mood event. This will be defined as the time from randomization to the first of the above listed events. In the case of, YMRS score $\geq 20$ or MADRS score $\geq 20$ at 2 consecutive assessments, the event start time will be the time of the first of the 2 consecutive assessments with YMRS score $\geq 20$, or to the first of 2 consecutive assessments with MADRS score $\geq 20$. In the case of YMRS score $\geq 20$ or MADRS score $\geq 20$ at the final assessment, the time will be the time to the final assessment.

CONFIDENTIAL
AZSER12748668

The proportions of patients having a mood event between randomization and week 28 and 52 will also be examined as a supporting outcome variable and for consistency with the main results.

### 6.2.2    Secondary objective: time to manic event

This objective is to evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a manic event in patients with Bipolar I Disorder.  Recurrence is defined as (1) initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a manic event or mixed event with predominantly manic symptoms, (2) hospitalization for a manic event or mixed event with predominantly manic symptoms, (3) YMRS score $\geq 20$ at 2 consecutive assessments, or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a manic event or mixed event with predominantly manic symptoms.

This objective will be tested using the outcome variable of time to manic event.  This will be defined as the time from randomization to the first of the above listed events.  In the case of YMRS score $\geq 20$ at 2 consecutive assessments, the event start time will be the time of the first of the 2 consecutive assessments.  In the case of YMRS score $\geq 20$ at the final assessment, the time will be the time to the final assessment.

The proportions of patients having a manic event between randomization and week 28 and 52 will also be examined as a supporting outcome variable and for consistency with the main results.

### 6.2.3    Secondary objective: time to depressed event

This objective is to evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in increasing time to recurrence of a depressed event. Recurrence is defined as (1) initiation of an antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a depressed event or mixed event with predominantly depressed symptoms, (2) hospitalization for a depressed event or mixed event with predominantly depressed symptoms, (3) MADRS score $\geq 20$ at 2 consecutive assessments, or at the final assessment if the patient discontinues, or (4) discontinuation from the study by the patient if, in the opinion of the investigator, the discontinuation was due to a depressed event or mixed event with predominantly depressed symptoms.

This objective will be tested using the outcome variable of time to depressed event.  This will be defined as the time from randomization to the first of the above listed events.  In the case of MADRS score $\geq 20$ at 2 consecutive assessments, the event start time will be the time of the first of the 2 consecutive assessments with MADRS score $\geq 20$.  In the case of MADRS score $\geq 20$ at the final assessment, the time will be the time to the final assessment.

CONFIDENTIAL
AZSER12748669

The proportions of patients having a depressed event between randomization and week 28 and 52 will also be examined as a supporting outcome variable and for consistency with the main results.

### 6.2.4    Secondary objective: severity of manic and depressive symptoms

This objective is to evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in decreasing the severity of manic and depressive symptoms between mood events.

This objective will be tested using the following outcome variables:

–    YMRS change from baseline (i.e. randomization) score at each visit after randomization and before the patient discontinues from the study, or meets the criteria for a manic, mixed, or depressed event (as defined previously).

–    MADRS change from baseline (i.e. randomization) score at each visit after randomization and before the patient discontinues from the study, or meets the criteria for a manic, mixed, or depressed event (as defined previously).

–    CGI-BP change from baseline (i.e. randomization) scores at each visit after randomization and before the patient discontinues from the study, or meets the criteria for a manic, mixed, or depressed event (as defined previously).

–    NIMH-LCM S/P scores after randomization and before the patient discontinues from the study, or meets the criteria for a manic, mixed, or depressed event (as defined previously).

### 6.2.5    Secondary objective: severity of psychotic symptoms

This objective is to evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in decreasing the severity of psychotic symptoms between mood events.

This objective will be tested using the following outcome variables:

–    PANSS-P change from baseline (i.e. randomization) score at visits as defined in Table 2 after randomization and before the patient discontinues from the study, or meets the criteria for a manic, mixed, or depressed event (as defined previously).

### 6.2.6    Secondary objective: level of functioning

This objective is to evaluate the efficacy of quetiapine versus placebo when used as adjunct to mood stabilizer (lithium or valproate) in improving level of functioning between mood events.

This objective will be tested using the Sheehan Disability Scale.  The total score and each of the 3 domains will be analyzed separately.  For total score, imputation of the mean of scores

CONFIDENTIAL
AZSER12748670

for the social life/leisure domain and the family life/home responsibilities domain, may be necessary for patients who do not work or go to school.

The SDS Total Score will be summarized for each patient using the mean change from baseline across all assessments between randomization and up to, but excluding the first mood event. The 3 functional domains of the SDS will be summarized using similar methods to those for the SDS Total Score.

### 6.2.7    Secondary objective: switching between manic and depressive mood

This objective is to explore the efficacy of quetiapine versus placebo in reducing mood switching between manic and depressive symptoms as assessed by the NIMH-LCM S/P.

This objective will be tested using outcome variables derived from the daily assessments generated in the NIMH-LCM S/P. The NIMH-LCM S/P will be utilized to determine the number of mood switches per month for patients. Evaluations will be described more in detail in the SAP.

### 6.2.8    Secondary objective: quality of life and well-being

This objective is to explore the efficacy of quetiapine versus placebo in improving QOL as assessed by the PGWB.

This objective will be tested using the scores from PGWB assessment between randomization and the time at which a patient either discontinues or meets the criteria for a manic, depressed, or mixed event. The change in baseline will be calculated at each assessment (observed cases) and specified intervals. The total score will be analyzed and each of the 6 domains will also be analyzed independently.

### 6.2.9    Secondary objective: patient acceptance

This objective is to explore the level of patient acceptance of quetiapine versus placebo as assessed by time to all-cause discontinuation.

This objective will be tested using the outcome variables of time between randomization and discontinuation from the study (for any reason).

### 6.2.10    Secondary objective: safety and tolerability

This objective is to determine whether quetiapine when used as adjunct to mood stabilizer (lithium or valproate) is safe and well tolerated during the Randomized treatment Phase.

This objective will be tested using the following outcome variables, which are grouped according to type of outcome.

CONFIDENTIAL
AZSER12748671

Amended Clinical Study Protocol
Study Code: D1447C00126 Edition No. 2

#### 6.2.10.1   Adverse Events

All adverse events will be reported by randomized treatment and assigned mood stabilizer (lithium and valproate), separately for the Open-label treatment Phase and the Randomized treatment Phase.  These are described in more depth in Section 4.7.1.

#### 6.2.10.2   Laboratory safety measurements and variables

These are described in Section 4.7.2.

#### 6.2.10.3   Vital signs and weight measurement

These are described in Section 4.7.3, with the addition of the outcome variable of increase in weight by $\geq 7\%$ of baseline weight.

#### 6.2.10.4   Electrocardiogram (ECG) safety measurements and variables

These are described in Section 4.7.4.

#### 6.2.10.5   Neurological Assessments

The following 3 neurological assessments are detailed in Section 4.7.6:

–    Change from baseline (i.e. randomization) SAS score

–    Change from baseline (i.e. randomization) BARS score

–    Change from baseline (i.e. randomization) AIMS score

## 6.3    Description of analysis sets

Data analyses will be based on the 4 patient populations, defined below.

–    The open-label safety population will include all patients who entered the Open-label treatment Phase and took study treatment.  Data from this population will be used for safety analyses during the Open-label treatment Phase.

–    The randomized safety population will include all patients who took randomized study treatment during the Randomized treatment Phase, classified according to actual treatment taken.  Data from this population will be used for safety analyses during the randomization phase.

–    The intent-to-treat (ITT) population will include all randomized patients who took study treatment, classified according to their randomized treatment.  Data from this population will be used in most efficacy analyses.

–    The per-protocol (PP) population will be the subset of ITT patients who did not have any protocol violations or deviations affecting efficacy.  Data collected after a patient had a deviation that significantly affected efficacy would be excluded from

64(77)

CONFIDENTIAL
AZSER12748672

analysis.  Data from this population will be used as a consistency check only for the primary study analysis.

## 6.4     Method of statistical analysis

### 6.4.1     Time to mood event

The main analysis of the time to mood event will be a Cox proportional hazards model to estimate the hazard ratio of recurrence between treatment groups, with 95% confidence intervals.  This will be a 2-sided test of the null hypothesis, with a statistical significance level of 0.05.

Time to event will be censored for at the time the patient discontinues from, or completes the study, without meeting manic, mixed or depressed event criteria.  Time of censoring will be the date of the patient's final assessment.

The assigned adjunctive mood stabilizer (either lithium or valproate) will be included as a covariate.

The effects of center and treatment-by-center interaction will not be formally investigated because the effect of centers will be confounded with previously listed covariates.  No analysis will be performed of individual centers or a subgroup of centers.

In addition the number and the proportion of patients having a mood event between randomization and week 28 and 52 will be presented for all patients and by the assigned mood stabilizer.

### 6.4.2     Time to manic event

The main analysis of the time to manic event will be a Cox proportional hazards model to estimate the hazard ratio of recurrence between treatment groups, with 95% confidence intervals.  This will be a 2-sided test of the null hypothesis, with a statistical significance level of 0.05.

Time to event will be censored for at the time the patient discontinues from, or completes the study, without meeting the criteria for a manic event or mixed event with predominantly manic symptoms.  Time of censoring will be the date of the patient's final assessment.

The assigned adjunctive mood stabilizer (either lithium or valproate) will be included as a covariate.

The effects of center and treatment-by-center interaction will not be formally investigated because the effect of centers will be confounded with previously listed covariates.  No analysis will be performed of individual centers or a subgroup of centers.

In addition the number and the proportion of patients having a manic event between randomization and week 28 and 52 will be presented for all patients and by the assigned mood stabilizer.

CONFIDENTIAL
AZSER12748673

### 6.4.3     Time to depressed event

The main analysis of the time to depressed event will be a Cox proportional hazards model to estimate the hazard ratio of recurrence between treatment groups, with 95% confidence intervals.  This will be a 2-sided test of the null hypothesis, with a statistical significance level of 0.05.

Time to event will be censored for at the time the patient discontinues from, or completes the study, without meeting the criteria for a depressed event or mixed event with predominantly depressed symptoms.  Time of censoring will be the date of the patient's final assessment.

The assigned adjunctive mood stabilizer (either lithium or valproate) will be included as a covariate.

The effects of center and treatment-by-center interaction will not be formally investigated because the effect of centers will be confounded with previously listed covariates.  No analysis will be performed of individual centers or a subgroup of centers.

In addition the number and the proportion of patients having a depressed event between randomization and week 28 and 52 will be presented for all patients and by the assigned mood stabilizer.

### 6.4.4     Severity of manic or depressive symptoms

YMRS, MADRS, CGI-BP, and scores will be analyzed using a repeated measures analysis of all assessments between randomization and up to, but excluding the mood event.  The estimated difference between the least square means of the treatment groups will be used as the test statistic, with a statistical significance level of 0.05.  By using the least-squares means, the analysis will adjust for differences in covariates:

The assigned adjunctive mood stabilizer (either lithium or valproate) and visit will be included as a fixed effect covariate.  Other potential covariates will be examined and finalized in the SAP.

Details of the analysis of the NIMH-LCM S/P score will be described in the SAP.

### 6.4.5     Severity of psychotic symptoms

The PANSS-P scores will be analyzed using the same techniques as the YMRS and MADRS scores.

### 6.4.6     Level of functioning

Global level of functioning between mood events, as assessed by the SDS total score will be evaluated as a secondary outcome of particular interest. The key outcome variable for this claim will be the mean change from baseline of the SDS total score (i.e. the sum of the 3 domains; Work/school, Social life and Family/Home responsibilities). For patients with a documented mood event (manic, depressed or mixed), all assessments from randomization to

CONFIDENTIAL
AZSER12748674

Amended Clinical Study Protocol
Study Code: D1447C00126 Edition No. 2

the last assessment prior to the event will be used when calculating mean change from
baseline of the SDS total score. For patients not experiencing a mood event during trial, all
available assessments will be used.

This outcome variable will be analyzed by using an Analysis of Covariance model with
treatment and assigned mood stabilizer as fixed effects and the SDS total score at baseline as a
covariate. The null hypothesis of no difference in the mean change in SDS total score between
treatment groups will be tested in favor of the alternative that there is a difference. A
statistically significant result in favor of quetiapine will provide evidence that quetiapine is
more effective than placebo, as adjunct to mood stabilizers, in improving level of functioning
in between mood episodes.

In addition, the estimated mean of the mean change in SDS total score for each treatment
group, the estimated difference between groups and the corresponding 95% confidence
intervals will be calculated using the above model.  Similar analyses will be performed
separately for the 3 SDS domains (Work/school, Social life and Family/Home).

### 6.4.7    Switching

The frequency of mood switching will be assessed using the NIMH-LCM S/P.  Details of the
analysis will be described in the SAP.

### 6.4.8    Quality of life and well-being

The Quality of life and well-being will be assessed using the PGWB.  Details of the analysis
will be described in the SAP.

### 6.4.9    Patient acceptance

Time to all-cause discontinuation will be analyzed with the same Cox proportional hazards
techniques as in the main analysis of the primary outcome variable.  This will estimate a
hazard ratio of discontinuation between treatment groups, with 95% confidence intervals.
Details of the analysis will be finalized in the SAP.

### 6.4.10    Safety and tolerability analyses

Safety and tolerability will be assessed for the Open-label treatment Phase, the Randomized
treatment Phase, and across the entire study interval.  Safety and tolerability will be evaluated
by assigned mood stabilizer (lithium or valproate).  Clinically significant thresholds will be
identified in the SAP.

### 6.4.10.1    Adverse Events

Serious adverse events, adverse events leading to death, and adverse events leading to
discontinuation of patients from the study will be tabulated.

Adverse events will be classified using the Medical Dictionary for Regulatory Activities
(MedDRA) system of nomenclature.  Numbers of events and crude incidence rates will be
tabulated by body system and preferred term.  If a particular adverse event occurs more than

CONFIDENTIAL
AZSER12748675

once in any patient, the event will contribute only 1 observation to the numerator of the crude incidence rate.  If the intensity or seriousness of the adverse event changes, the overall intensity or seriousness will be the maximum intensity or seriousness of the multiple recurrences.  The denominator of the rate will comprise all patients exposed to treatment.  The intensities of all events will also be tabulated.

No statistical analyses are planned of adverse event incident rates.  Only descriptive statistics will be generated.

### 6.4.10.2   Laboratory safety measurements and variables

Descriptive statistics will present change in laboratory measurements from baseline.  In addition, clinically significant values will be summarized using shift tables.

### 6.4.10.3   Vital signs and weight measurement

Descriptive statistics will present change in vital sign measurements from baseline.  In addition, clinically significant values will be summarized using shift tables.

The number and proportion of patients who have a weight gain $\geq 7\%$ will be summarized by baseline BMI category.

### 6.4.10.4   Electrocardiogram (ECG) measurements

Descriptive statistics will present change in ECG measurements from baseline.  In addition, clinically significant values will be summarized using shift tables.

### 6.4.10.5   Neurological Assessments

Descriptive statistics will present change in SAS, BARS, and AIMS measurements from baseline.

## 6.5   Determination of sample size

The primary outcome variable in this study is time to recurrence of a mood event.  This variable will be analyzed using Cox proportional hazards model.  Assuming a hazard ratio of 0.65 for quetiapine versus placebo, this analysis requires at least 227 patients with a documented recurrence of a mood event (with a two-tailed test with significance level of 0.05 and a power of 90%.).

Recruitment of patients to the Open-label treatment Phase will be stopped by the sponsor when it is estimated that a sufficient number of patients have been recruited to provide a total of 227 mood events.

The study will be terminated by the sponsor when both of the following conditions have been fulfilled:

1.      the required number of events has occurred (at least 227 mood events)

CONFIDENTIAL
AZSER12748676

2.      all remaining randomized patients have either completed 28 weeks of randomized treatment without a mood event (manic, depressed, or mixed), or have experienced a mood event (manic, depressed, or mixed), or have discontinued from the study

Patients reaching 28 weeks of randomized treatment before the above is fulfilled will continue until the study is terminated by the sponsor or until the patient has either discontinued from the study, or experienced a mood event (manic, depressed, or mixed), or until the patient has reached 104 weeks of randomized treatment.

Assuming that 32% of the patients will have a recurrence of a mood event, approximately 710 patients will need to be randomized.  If 50% of the enrolled patients fulfill the criteria for randomization this will lead to approximately 1420 enrolled patients.

The assumptions made for the power calculations were based on information from a 1-year recurrence prevention study with the atypical antipsychotic drug olanzapine (Tohen, Marneros, Bowden et al 2002).  In this study the rate for recurrence of a mood event at 1 year was approximately 30% in the olanzapine group and 40% in the lithium group.

## 6.6      Interim analyses (Not applicable)

## 6.7      Data and safety monitoring board (Not applicable)

## 7.       STUDY MANAGEMENT

## 7.1      Monitoring

Before first patient enters into the study, a representative of AstraZeneca or company representing AstraZeneca will visit the investigational study center to:

–       determine the adequacy of the facilities

–       discuss with the investigator(s) (and other personnel involved with the study) their responsibilities with regard to protocol adherence, and the responsibilities of AstraZeneca or its representatives.  This will be documented in a Clinical Study Agreement between AstraZeneca and the investigator.

–       discuss where source data will be recorded e.g., medical record(s), CRF and other associated documents.  This will be documented in the Clinical Study Agreement between AstraZeneca and the investigator.

During the study, a monitor from AstraZeneca or company representing AstraZeneca will have regular contacts with the investigational center, including visits to:

–       provide information and support to the investigator(s)

–       confirm that facilities remain acceptable

CONFIDENTIAL
AZSER12748677

   –     confirm that the investigational team is adhering to the protocol, that data are being accurately recorded in the case report forms (CRFs), and that investigational product (quetiapine or placebo) accountability checks are being performed

   –     perform source data verification (a comparison of the data in the CRFs with the patient's medical records at the hospital or practice, and other records relevant to the study). This will require direct access to all original records for each patient (e.g., clinic charts).

The monitor or another AstraZeneca representative will be available between visits if the investigator(s) or other staff at the center need information and advice.

## 7.2 Audits and inspections

Authorized representatives of AstraZeneca, a regulatory authority, an Independent Ethics Committee (IEC) or an Institutional Review Board (IRB) may visit the center to perform audits or inspections, including source data verification. The purpose of an AstraZeneca audit or inspection is to systematically and independently examine all study-related activities and documents to determine whether these activities were conducted, and data were recorded, analyzed, and accurately reported according to the protocol, Good Clinical Practice (GCP), guidelines of the International Conference on Harmonization (ICH), and any applicable regulatory requirements. The investigator should contact AstraZeneca immediately if contacted by a regulatory agency about an inspection at his or her center.

## 7.3 Training of staff

The principal investigator will maintain a record of all individuals involved in the study (medical, nursing and other staff). He or she will ensure that appropriate training relevant to the study is given to all of these staff, and that any new information of relevance to the performance of this study is forwarded to the staff involved.

To ensure consistency throughout the study, all investigators will receive training in rating the assessment scales. Only investigators certified by training will be permitted to conduct the assessments.

## 7.4 Changes to the protocol

Study procedures will not be changed without the mutual agreement of the Principal Investigator and AstraZeneca.

If it is necessary for the study protocol to be amended, the amendment or a new version of the study protocol (Amended Protocol) must be notified to or approved by each IRB or IEC, and if applicable, also the local regulatory authority, before implementation. Local requirements must be followed.

If a protocol amendment requires a change to a particular center's Written Informed Consent Form, then AstraZeneca and the center's IRB or IEC must be notified. Approval of the

CONFIDENTIAL
AZSER12748678

revised Written Informed Consent Form by AstraZeneca and by the IRB or IEC is required
before the revised form is used.

AstraZeneca or a company representing AstraZeneca will distribute amendments and new
versions of the protocol to each principal investigator(s), who in turn is responsible for the
distribution of these documents to his or her IRB or IEC, and to the staff at his or her center.
The distribution of these documents to the regulatory authority will be handled according to
local practice.

## 7.5       Study agreements

The principal investigator at each center must comply with all the terms, conditions, and
obligations of the Clinical Study Agreement for this study.  In the event of any inconsistency
between this Clinical Study Protocol and the Clinical Study Agreement, the Clinical Study
Agreement shall prevail.

## 7.6       Study timetable and termination

First patient is planned to be enrolled in March 2004 and that the last patient is estimated to
complete the study in July 2006.  The recruitment period is estimated to begin in March 2004
and end in January 2006, or when the Sponsor notifies the investigator as described in Section
3.1.4.

–       Before a patient's enrollment in the study and any study-related procedures are
        undertaken the following should be fulfilled:

–       signed Clinical Study Protocol and other agreements between AstraZeneca and the
        Principal Investigator/Study Center.

–       written approval of the study by the IRB/IEC

–       written approval of the study, if applicable, by the regulatory authority.

–       The study will be terminated by AstraZeneca as described in section 3.1.4.

## 8.       ETHICS

## 8.1       Ethics review

It is hoped that the treatment will be of benefit to the patient and that the information retrieved
will lead to more efficacious treatments of Bipolar I Disorder.  The study drugs may cause
side effects, including risks that have not been identified in previous studies.  The study
involves blood sampling, which may cause discomfort to the patient.

The final study protocol, including the final version of the Written Informed Consent Form,
must be approved or given a favorable opinion in writing by an IRB or IEC as appropriate.

CONFIDENTIAL
AZSER12748679

Amended Clinical Study Protocol
Study Code: D1447C00126 Edition No. 2

The investigator must submit written approval to AstraZeneca before he or she can enroll any patient into the study.

The principal investigator(s) is responsible for informing the IRB or IEC of any amendment to the protocol in accordance with local requirements.  In addition, the IRB or IEC must approve all advertising used to recruit patients for the study.  The protocol must be re-approved by the IRB or IEC annually, as local regulations require.

Progress reports and notifications of serious unexpected adverse drug reactions will be provided to the IRB or IEC according to local regulations and guidelines.

The principal investigator(s) is also responsible for providing the IRB with reports of any serious adverse drug reactions from any other study conducted with the investigational product, if applicable.  AstraZeneca will provide this information to the principal investigator(s).

## 8.2       Ethical conduct of the study

The study will be performed in accordance with ethical principles that have their origin in the Declaration of Helsinki and are consistent with ICH/GCP, applicable regulatory requirements and the AstraZeneca policy on Bioethics.

In addition, AstraZeneca ensures that special precautions are taken for studies including genetic analysis, with regard to the processes for ensuring confidentiality of data.

## 8.3       Written informed consent

The principal investigator(s) at each center will ensure that the patient is given full and adequate oral and written information about the nature, purpose, possible risk and benefit of the study.  Patients must also be notified that they are free to discontinue from the study at any time.  The patient should be given the opportunity to ask questions and allowed time to consider the information provided.

If the patient is incapacitated (mentally or physically), he/she must be informed about the study to the extent of his/her understanding.  If capable, the patient must personally consent by signing the ICF.  If the patient is not capable of consenting personally, the procedure for obtaining the patient's informed consent then applies to a legally acceptable representative, who must also be given the information and sign and date the ICF.

If the patient is unable to read or write, an impartial witness must be present during the entire informed consent discussion.  The ICF and any other written information to be provided to the patient should be read and explained to the patient.  After the patient has verbally consented to participate in the study, the patient, if capable of doing so, must sign and date the ICF.  The impartial witness must also sign and date the ICF.  This will indicate that the ICF and any other written information were accurately explained to, and apparently understood by, the patient and that the patient freely gave that informed consent.

CONFIDENTIAL
AZSER12748680

Amended Clinical Study Protocol
Study Code: D1447C00126 Edition No. 2

The patient's signed and dated informed consent must be obtained before conducting any procedure specifically for the study.

The principal investigator(s) must store the original, signed Written Informed Consent Form. A copy of the signed Written Informed Consent Form must be given to the patient.

Where genetic analyses are included, special account of these will be made in the consent form, as it is recognized that special provisions need to be made to retain confidentiality of medical information.  See Appendix C for further details.

If modifications are made according to local requirements, the new version has to be approved by AstraZeneca.

## 8.4      Patient data protection

The Written Informed Consent Form will explain that study data will be stored in a computer database, maintaining confidentiality in accordance with national data legislation.  All data computer processed by AstraZeneca will be identified by study code/patient number/initials.

The Written Informed Consent Form will also explain that for data verification purposes, authorized representatives of AstraZeneca, a regulatory authority, an IRB or IEC may require direct access to parts of the hospital or practice records relevant to the study, including patients' medical history.

## 9.      EMERGENCY PROCEDURES

## 9.1      AstraZeneca emergency contact procedure

In the case of a medical emergency, contact the Clinical Study Team Leader.  If the Clinical Study Team Leader is not available, contact the Clinical Study Team Physician at the AstraZeneca Research and Development site shown below.

CONFIDENTIAL
AZSER12748681

Amended Clinical Study Protocol
Study Code: D1447C00126 Edition No. 2

| Role in the study | Name | Address and Telephone number |
|---|---|---|
| Clinical Study Team Leader | Bolennart Eriksson | AstraZeneca R&D Södertälje Forskaregatan 20 151 85 Södertälje Sweden Tel +46 8 553 263 45 Fax +46 8 553 298 82 |
| Clinical Study Team Physician | Kristina Timdahl | AstraZeneca R&D Södertälje Forskaregatan 20 151 85 Södertälje Sweden Tel. +46 8 553 270 64 Fax +46 8 553 255 59 |
| The local AstraZeneca representative could be found on page 3 in this protocol, AstraZeneca emergency contact procedure. | | |

## 9.2    Procedures in case of medical emergency

The principal investigator(s) is responsible for ensuring that procedures and expertise are available to handle medical emergencies during the study.

The treatment code may not be broken unless in an emergency situation when the appropriate management of the patient necessitates knowledge of the treatment allocation.  In such an emergency, the investigator will, if time and circumstances permit, contact the assigned person at AstraZeneca prior to breaking the treatment code.  If the code is broken, the date, time, and reason should be recorded and the investigator should sign the record.

## 9.3    Procedures in case of overdose

During the study an overdose is defined as an ingestion of investigational product (quetiapine or placebo) exceeding 800 mg per day.

An overdose with associated SAEs must be recorded on the relevant SAE and AE pages in the pCRF as the associated SAE symptoms.  If symptoms meeting the criteria for an SAE have occurred in association with the overdose, the case must be reported immediately, within 1 day to the AstraZeneca representative.

An overdose with associated non-serious AEs must be recorded on the relevant AE pages in the pCRF as the associated AE symptoms.  In addition, the overdose must be reported on the

CONFIDENTIAL
AZSER12748682

separate AZ "Clinical Study Overdose Report Form" as soon as possible to the AstraZeneca representative.

An overdose without any associated symptoms should not be recorded as an AE in the pCRF. The overdose must be reported on the separate AZ "Clinical Study Overdose Report Form" as soon as possible, to the AstraZeneca representative.

An assessment whether the overdose was accidental or intentional should be recorded.  If the overdose was a suicide attempt, this fact should be clearly stated.

In clinical studies, experience with quetiapine in overdosage is limited.  Estimated dosed of up to 20 g of quetiapine have been taken; no fatalities were reported and patients recovered without sequelae.  In postmarketing experience, there have been very rare reports of overdose of quetiapine alone resulting in death or coma.

In general, reported signs and symptoms were those resulting from an exaggeration of the drug's known pharmacological effects, i.e. drowsiness and sedation, tachycardia and hypotension.

There is no specific antidote to quetiapine.  In cases of severe intoxication, the possibility of multiple drug involvement should be considered, and intensive care procedures are recommended, including establishing and maintaining a patent airway, ensuring adequate oxygenation and ventilation, and monitoring and support of the cardiovascular system.  Close medical supervision and monitoring should be continued until the patient recovers.

## 9.4      Procedures in case of suicide attempt or suicide

Suicide and suicide attempt, irrespective of the method, but in connection with the use of investigational product, should be reported as an AE or an SAE in accordance with the definition provided in Section 4.7.1.1.  This event should be identified as suicide or suicide attempt, and the method of the suicide or the suicide attempt should be provided.  Suicidal thoughts should also be regarded as AEs.

## 9.5      Procedures in case of pregnancy

Pregnancy itself is not regarded as an AE unless there is a suspicion that the investigational product under study may have interfered with the effectiveness of a contraceptive medication. However, the outcome of all pregnancies (spontaneous miscarriage, elective termination, normal birth or congenital abnormality) must be followed up and documented even if the patient was discontinued from the study.

All reports of congenital abnormalities/birth defects are SAEs.  Spontaneous miscarriages should also be reported and handled as SAEs.  Elective abortions without complications should not be handled as AEs.  All outcomes of pregnancy must be reported to AstraZeneca on the pregnancy outcomes report form.

CONFIDENTIAL
AZSER12748683

Amended Clinical Study Protocol
Study Code: D1447C00126 Edition No. 2

Information regarding the effects of quetiapine on fetuses and lactation is very limited. Female patients of childbearing potential must be using a reliable method of contraception. Reliable methods of contraception include hormonal contraceptives (eg, oral contraceptive or long-term injectable or implantable hormonal contraceptive), double-barrier methods (eg, condom and diaphragm, condom and foam, condom and sponge), intrauterine devices, and tubal ligation and must have a negative serum human chorionic gonadotropin (HCG) test at enrollment.

## 10.    REFERENCES

1.      Barnes T.R.E.  A rating scale for drug-induced akathisia.  Br J Psychiatry 1989;154:672-6.

2.      Bipolar Network News 2002;8(1).  Available at http://www.bipolarnews.org.

3.      Bowden C.L., Calabrese J.R., McElroy S.L., Gyulai L., Wassef A., Petty F., et al. A randomized, placebo-controlled 12 month study of valproate and lithium in treatment of outpatients with bipolar I disorder.  Valproate Maintenance Study Group.  Arch Gen Psychiatry 2000;57(5):481-9.

4.      CPMP guideline, Points to Consider on Multiplicity Issues in Clinical Studies

5.      Dupuy H.J.  The psychological general well-being index.  In: Wenger, N.K., Mattson, M.E., Furberg, C.D., Elinson, J., et al, editors.  Assessment of Quality of Life in Clinical Trials of Cardiovascular Therapies.  New York: LeJacq; 1984.  p. 170-83.

6.      Guy W., editor.  ECDEU Assessment Manual for Psychopharmacology.  Rev ed. Rockville, Maryland: National Institute of Mental Health, 1976.

7.      Kay S.R., Fiszbein A., Opler L.A.  The Positive and Negative Syndrome Scale (PANSS).  Schiz Bull 1987;13:261-76.

8.      Montgomery S.A., Asberg M.  A new depression scale designed to be sensitive to change.  Br J Psychiatry 1979;134:382-89.

9.      Sheehan DV:  Disability scale.  Sheehan 1999

10.     Simpson G.N., Angus J.W.S.  A rating scale for extrapyramidal side effects.  Acta Psychiatr Scand 1970;212(suppl 44):11-9.

11.     Spearing M.K., Post R.M., Leverich G.S., Brandt D., Nolen W.  Modification of the Clinical Global Impressions (CGI) scale for use in bipolar illness (BP): the CGI-BP. Psychiat Res 1997;73:159-71

CONFIDENTIAL
AZSER12748684

Amended Clinical Study Protocol
Study Code: D1447C00126 Edition No. 2

12. Tohen M., Marneros A., Bowden C., et al.  Olanzapine versus lithium in relapse prevention in bipolar disorder: a randomized double-blind controlled 12-month clinical study.  Presented at third European Stanley Foundation Conference on Bipolar Disorder 2002; Freiburg, Germany.

13. Tohen M, Chengappa KNR, Suppes T, et al.  Olanzapine combined with lithium or valproate in prevention of recurrence in bipolar disorder: an 18-month study.  CPNP 2002.

14. Tondo L., Baldessarini R.J., Hennen J., Floris G.  Lithium maintenance treatment of depression and mania in bipolar I and bipolar II disorders.  Am J Psychiatry 1998;155(5):638-45.

15. Young R.C., Biggs J.T., Ziegler V.E. Meyer D.A.  A rating scale for mania: reliability, validity, and sensitivity.  Br J Psychiatry 1978;133:429-35.

CONFIDENTIAL
AZSER12748685



| Clinical Study Protocol: Appendix B | |
| --- | --- |
| Drug Substance | quetiapine fumarate |
| Study Code | D1447C00126 |
| Edition No. | 1 |
| Appendix Date | 4 May 2003 |

**Appendix B**
**Additional Safety Information**

CONFIDENTIAL
AZSER12748686

Clinical Study Protocol: Appendix B
Study Code D1447C00126

# 1.     FURTHER GUIDANCE ON THE DEFINITION OF A SERIOUS ADVERSE EVENT (SAE)

## Life threatening

'Life-threatening' means that the subject was at immediate risk of death from the AE as it occurred or it is suspected that use or continued use of the product would result in the subject's death.  'Life-threatening' does not mean that had an AE occurred in a more severe form it might have caused death (e.g. hepatitis that resolved without hepatic failure).  Any death resulting from an adverse event occurring during the study period or within 7 days after the last dose of investigational product must be reported to AstraZeneca or a representative of AstraZeneca according to Section 4.7.1.3 in the Clinical Study Protocol.

## Hospitalisation

Out-patient treatment in an emergency room is not in itself a serious AE, although the reasons for it may be (eg. bronchospasm, laryngeal oedema).  Hospital admissions and/or surgical operations planned before or during a study are not considered AEs if the illness or disease existed before the subject was enrolled in the study, provided that it did not deteriorate in an unexpected way during the study.Any AE resulting in hospitalisation admission (requiring an over night stay) is defined as an SAE.  Prolongation of existing hospitalisation means delayed planned or anticipated discharge date (by at least one over night stay).  For the purpose of the study, hospitalisations for social reasons, respite care, elective treatment/surgery or lack of efficacy/disease progression will not be regarded as an SAE.

## Important medical event or medical intervention

Medical and scientific judgement should be exercised in deciding whether a case is serious in situations where important medical events may not be immediately life-threatening or result in death, hospitalisation, disability or incapacity but may jeopardize the subject or may require medical intervention to prevent one or more outcomes listed in the definition of serious. These should usually be considered as serious.

Examples of such events are:

- Angioedema not severe enough to require intubation but requiring iv. hydrocortisone treatment

- Hepatotoxicity caused by paracetamol (acetaminophen) overdose requiring treatment with N-acetylcysteine

- Intensive treatment in an emergency room or at home for allergic bronchospasm

- Blood dyscrasias (eg,  neutropenia or anaemia requiring blood transfusion, etc.) or convulsions that do not result in hospitalisation

- Development of drug dependency or drug abuse

CONFIDENTIAL
AZSER12748687

Clinical Study Protocol: Appendix B
Study Code D1447C00126

- Any AE resulting in persistent impairment, damage or disruption in the patient's body function, structure or both, physical activities or quality of life

- Any AE resulting in a condition, which requires medical or surgical intervention to prevent permanent impairment of a body function or permanent damage to a body structure of the patient.  Examples of this can include procedures such as blood transfusion or catheterisation.  However, discontinuation of the investigational product, or routine administration of prescription medications or changes in their dosages should not be considered as medical intervention

- If there are suspicions that exposure of either parent to the investigational product resulted in an adverse outcome in the offspring.

## 2.    A GUIDE TO INTERPRETING THE CAUSALITY QUESTION

The following factors should be considered when deciding if there is a "reasonable possibility" that an AE may have been caused by the drug.

- **Time Course.  Exposure to suspect drug.**  Has the subject actually received the suspect drug?  Did the AE occur in a reasonable temporal relationship to the administration of the suspect drug?

- **Consistency with known drug profile.**  Was the AE consistent with the previous knowledge of the suspect drug (pharmacology and toxicology) or drugs of the same pharmacological class?  OR could the AE be anticipated from its pharmacological properties?

- **Dechallenge experience.**  Did the AE resolve or improve on stopping or reducing the dose of the suspect drug?

- **No alternative cause.**  The AE cannot be reasonably explained by another aetiology such as the underlying disease, other drugs, other host or environmental factors.

- **Rechallenge experience.**  Did the AE reoccur if the suspected drug was reintroduced after having been stopped?  AstraZeneca would not normally recommend or support a rechallenge.

- **Laboratory tests.**  A specific laboratory investigation (if performed) has confirmed the relationship?

A "reasonable possibility" could be considered to exist for an AE where one or more of these factors exist.

CONFIDENTIAL
AZSER12748688

Clinical Study Protocol: Appendix B
Study Code D1447C00126

In contrast, there would not be a "reasonable possibility" of causality if none of the above criteria apply or where there is evidence of exposure and a reasonable time course but any dechallenge (if performed) is negative or ambiguous or there is another more likely cause of the AE.

In difficult cases, other factors could be considered such as:

- Is this a recognised feature of overdose of the drug?

- Is there a known mechanism

Ambiguous cases should be considered as being a "reasonable possibility" of a causal relationship unless further evidence becomes available to refute this. Causal relationship in cases where the disease under study has deteriorated due to lack of effect should be classified as no reasonable possibility.

4(4)

CONFIDENTIAL
AZSER12748689



| Clinical Study Protocol: Appendix C | |
| --- | --- |
| Drug Substance | quetiapine fumarate |
| Study Code | D1447C00126 |
| Edition No. | 1 |
| Appendix Date | 16 January 2004 |

**Appendix C**
**Genetic Sampling**

CONFIDENTIAL
AZSER12748690

Clinical Study Protocol: Appendix C
Study Code D1447C00126

# 1.        GENETIC SAMPLING AND STORAGE

The study includes the option for enrolled patients to provide a deoxyribonucleic acid (DNA) sample.  If a DNA sample is provided it may subsequently be used to study the genetic component of Central Nervous System (CNS) disease susceptibility and the genetic aspects of drug response.  It is well recognized that bipolar disease has a genetic component, the role of genetic factors is indicated by concordance in monozygotic and dizygotic twins, respectively, of 57% and 14%, and the correlation between adopted persons and their biologic relatives (Cadoret 1978).  These samples may be used in continued research into candidate genes within AstraZeneca, which may help to develop improved therapies in the future. AstraZeneca is also interested in using pharmacogenetics to understand why some patients respond better to therapy.  Genes that may be studied for this reason include genes involved in the absorption, disposition, metabolism, and excretion of the drug, as well as target genes and those in the drug pathway.

Patients will be asked if they are willing to donate blood samples for genetic analysis. The analysis of these samples will be limited to genetic testing aimed at identifying genetic polymorphisms that could influence susceptibility to bipolar and related CNS disorders ("disease genetics") and/or response to study drug ("pharmacogenetics").  The samples will not be used for any other purpose.

Consent for genetic testing will be obtained and documented through a form separate from that used for the main study.  This form will specifically state that sampling is optional and not a requirement for study participation.  The deoxyribonucleic acid (DNA) sampling element of this protocol is optional for investigational centers as well as for individual patients.

For patients who consent to genetic testing, an additional 9 ml of blood will be drawn, generally at the same time as the baseline blood sample.  However, if this is not possible blood may be collected on any occasion.

DNA samples obtained from participating patient's blood samples will be coded and stored at a secure location within AstraZeneca.  No personal identifiers will travel with the samples or will be stored with them.  Before the DNA is analyzed it will receive a second code number. The coding of samples and results is to ensure that genetic research results are kept confidential by keeping the patient's identity and these results separate.  Very few people will be able to connect the patient's identity and genetic data.  Examples of people who might have access to both the patient's identity and genetic data include drug safety physicians, and regulatory authorities.

Documents that link the DNA sample's code with the clinical study data will be stored in secure files at AstraZeneca with limited access. If a patient wishes to withdraw from the genetic testing portion of the study, this link will be used to track and destroy the relevant DNA sample. Once DNA testing has been performed, AstraZeneca cannot destroy DNA

CONFIDENTIAL
AZSER12748691

Clinical Study Protocol: Appendix C
Study Code D1447C00126

results.  DNA samples will be stored for a maximum of 15 years from completion of the clinical study; they will then be destroyed.

All genetic test results will be kept confidential in accordance with all applicable laws.  Test results that lack personal identifying information may be reviewed with research collaborators and published.  Otherwise, no genetic test results will be made available to the patient; to any insurance company, employer, or family member; or to the investigator or any other present or future treating physician.

The results of any genetic testing, any genetic analyses, any genetic sequences, patents, diagnostic tests, drugs, or biological products developed directly or indirectly as a result of this study, as well as any information derived directly or indirectly from the samples collected in this study, are the sole property of the study sponsor (and its successors, licensees, and assigns) and may be used for commercial purposes.  Participating patients have no right to this property or to any share of the profits that may be earned directly or indirectly as a result of this study.

## 2.      ETHICAL CONDUCT OF THE STUDY

The study will be performed in accordance with ethical principles that have their origin in the Declaration of Helsinki and are consistent with ICH/GCP, applicable regulatory requirements and the AstraZeneca policy on Bioethics.

In addition, AstraZeneca ensures that special precautions are taken for studies including genetic analysis, with regard to the processes for ensuring confidentiality of data.

## 3.      WRITTEN INFORMED CONSENT

Where genetic analyses are included, special account of these will be made in the consent form, as it is recognized that special provisions need to be made to retain confidentiality of medical information.  These factors have been taken into account in the design of the consent form.  Consent forms specific for giving consent for taking samples for genotyping will be used, the format depending on the design of the study.  The patient's signed and dated informed consent(s) form for genetic testing must be obtained before conducting this procedure.  The principal investigator(s) must store the original, signed Written Informed Consent Form for genotyping.  A copy of the signed Written Informed Consent Form for genotyping must be given to the patient.

CONFIDENTIAL
AZSER12748692



|  | |
| --- | --- |
| | **Clinical Study Protocol Local Amendment** |
| | Amendment No.  1, Australia |
| | |
| | Drug Substance   Quetiapine fumarate |
| | Study Code        D1447C00126 |
| | Edition No. |
| | Date                  19 January 2004 |

**Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients**

**Sponsor:**

AstraZeneca R&D Södertälje
Forskaregatan 20
151 85 Södertälje
Sweden

**Centres affected by the Amendment:**

All centres in Australia

**The protocol for the study is to be amended as follows:**

**Section of protocol affected:**

Synopsis and Section 2.1, Primary objective

**Previous text:**

(1)initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat…

**Revised Text:**

(1)initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than **oxazepam**, or any other medication to treat…

CONFIDENTIAL
AZSER12748693

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

**Section of protocol affected:**

Synopsis and Section 2.2, Secondary objective 1 and 2

**Previous text:**

(1)initiation of an antipsychotic, antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat…

**Revised Text:**

(1)initiation of an antipsychotic, antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than **oxazepam**, or any other medication to treat…

**Section of protocol affected:**

Section 3.3.3.2, Exclusion Criteria No 2

**Previous text:**

Use of more than 2 mg of lorazepam any day during the last 4 weeks

**Revised Text:**

Use of more than **30 mg of oxazepam** any day during the last 4 weeks

**Section of protocol affected:**

Section 3.3.3.2, Exclusion Criteria No 3

**Previous text:**

Use of any antidepressants, antipsychotics (other than quetiapine), anxiolytics (other than lorazepam),

**Revised Text:**

Use of any antidepressants, antipsychotics (other than quetiapine), anxiolytics (other than **oxazepam**),

**Section of protocol affected:**

Section 3.4.1.2, Randomized treatment Phase, 3rd paragraph

**Previous text:**

Investigators are encouraged to use investigational product (quetiapine or placebo) to treat anxiety, sleep, and other symptoms before using lorazepam or the restricted sleep medications.

2(9)

CONFIDENTIAL
AZSER12748694

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

**Revised Text:**

Investigators are encouraged to use investigational product (quetiapine or placebo) to treat anxiety, sleep, and other symptoms before using **oxazepam** or the restricted sleep medications.

**Section of protocol affected:**

Section 3.4.4.1, 3rd paragraph

**Previous text:**

Not more than 2 mg of lorazepam per day and no…

**Revised Text:**

Not more than **30 mg of oxazepam** per day and no…

**Section of protocol affected:**

Table 4, Restricted medications

**Previous text:**

Benzodiazepines as clinically indicated can be used with the exception of the 4 weeks prior to randomization. However, lorazepam can be used up to 2 mg any day during 4 weeks prior to randomization

**Revised Text:**

Benzodiazepines as clinically indicated can be used with the exception of the 4 weeks prior to randomization. However, **oxazepam** can be used **up to 30 mg** any day during 4 weeks prior to randomization

**Section of protocol affected:**

Section 3.4.4.2, 3rd paragraph

**Previous text:**

The use of psychoactive and antipsychotic drugs other than those specifically allowed during the study (i.e. randomized treatment, assigned mood stabiliser, lorazepam and zolpidem tartrate…

**Revised Text:**

The use of psychoactive and antipsychotic drugs other than those specifically allowed during the study (i.e. randomized treatment, assigned mood stabiliser, **oxazepam** and zolpidem tartrate…

**Section of protocol affected:**

Section 3.4.4.2, 5th paragraph

3(9)

CONFIDENTIAL
AZSER12748695

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

**Previous text:**

Investigators are encouraged to use the investigational product (quetiapine) to treat anxiety, sleep, and other symptoms before using lorazepam or the restricted sleep medications.

**Revised Text:**

Investigators are encouraged to use the investigational product (quetiapine) to treat anxiety, sleep, and other symptoms before using **oxazepam** or the restricted sleep medications.

**Section of protocol affected:**

Table 5, Restricted medications

**Previous text:**

Lorazepam can be used up to 2 mg/day during the Randomized treatment Phase. No other benzodazepines are permitted.

**Revised Text:**

**Oxazepam** can be used **up to 30 mg/day** during the Randomized treatment Phase. No other benzodiazepines are permitted.

**Section of protocol affected:**

Section 4.1, bullet 1

**Previous text:**

initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat…

**Revised Text:**

initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than **oxazepam**, or any other medication to treat…

**Section of protocol affected:**

Section 6.2.1, 1st paragraph

**Previous text:**

(1)initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat…

**Revised Text:**

(1)initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than **oxazepam**, or any other medication to treat…

CONFIDENTIAL
AZSER12748696

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

**Section of protocol affected:**

Section 6.2.2 and 6.2.3, 1st paragraphs

**Previous text:**

(1)initiation of an antipsychotic, antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat…

**Revised Text:**

(1)initiation of an antipsychotic, antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than **oxazepam**, or any other medication to treat…

**Reason for Amendment:**

Lorazepam is not subsidised in Australia.

**Persons who initiated the Amendment:**

Janelle Hanna, CRA, AstraZeneca Australia
Bolennart Eriksson, CSL, AstraZeneca R&D Södertälje

**Signed agreement to the Amendment:**

I agree to the terms of this protocol Amendment.

Study Code:   D1447C00126


. . . . . . . . . . . . .            . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Date                                 AstraZeneca Global Product Team Physician
(day, month, year)                   Martin Brecher
                                     AstraZeneca Pharmaceuticals
                                     1800, Concorde Pike
                                     Wilmington, DE
                                     USA


5(9)

CONFIDENTIAL
AZSER12748697

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

I agree to the terms of this protocol Amendment.

Study Code:    D1447C00126

. . . . . . . . . . . .                . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Date                                   AstraZeneca Clinical Study Team Physician
(day, month, year)                     Kristina Timdahl
                                       AstraZeneca R&D Södertälje
                                       Forskaregatan 20
                                       151 85 Södertälje
                                       Sweden

6(9)

CONFIDENTIAL
AZSER12748698

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

I agree to the terms of this protocol Amendment.

Study Code:   D1447C00126

. . . . . . . . . . . . .                       . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Date                                            AstraZeneca Clinical Study Team Leader
(day, month, year)                              Bolennart Eriksson

                                                AstraZeneca R&D Södertälje

                                                Forskaregatan 20

                                                151 85 Södertälje

7(9)

CONFIDENTIAL
AZSER12748699

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

I agree to the terms of this protocol Amendment.

Study Code:    D1447C00126

. . . . . . . . . . . . .          . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Date                              AstraZeneca Local Study Team
(day, month, year)                Dr Glen Pater
                                  Director, Medical & Regulatory Affairs
                                  AstraZeneca Australia
                                  5 Alma Rd
                                  North Ryde NSW

8(9)

CONFIDENTIAL
AZSER12748700

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

I agree to the terms of this protocol Amendment.

Study Code:   D1447C00126

Centre No.:

. . . . . . . . . . . . .                . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Date                            Principal investigator

(day, month, year)

9(9)

CONFIDENTIAL
AZSER12748701

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

**Section of protocol affected:**

Section 6.2.2 and 6.2.3, 1st paragraphs

**Previous text:**

(1)initiation of an antipsychotic, antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat…

**Revised Text:**

(1)initiation of an antipsychotic, antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than **oxazepam**, or any other medication to treat…

**Reason for Amendment:**

Lorazepam is not subsidised in Australia.

**Persons who initiated the Amendment:**

Janelle Hanna, CRA, AstraZeneca Australia
Bolennart Eriksson, CSL, AstraZeneca R&D Södertälje

**Signed agreement to the Amendment:**

I agree to the terms of this protocol Amendment.

Study Code:    D1447C00126

1/26/04
.....................
Date
(day, month, year)

.....................
AstraZeneca Global Product Team Physician
Martin Brecher
AstraZeneca Pharmaceuticals
1800, Concorde Pike
Wilmington, DE
USA

THIS IS A PRINTED COPY OF AN ELECTRONIC DOCUMENT.   PLEASE CHECK ITS VALIDITY BEFORE USE.

5(9)

CONFIDENTIAL
AZSER12748702

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

I agree to the terms of this protocol Amendment.

Study Code:   D1447C00126

26/01/04

Date
(day, month, year)

AstraZeneca Clinical Study Team Physician
Kristina Timdahl
AstraZeneca R&D Södertälje
Forskaregatan 20
151 85 Södertälje
Sweden

THIS IS A PRINTED COPY OF AN ELECTRONIC DOCUMENT.   PLEASE CHECK ITS VALIDITY BEFORE USE.

6(9)

GEL Version ID: CNS.000-065-149.2.0          Approved          Date Printed: 22-Jan-2004
                  Approved by Ljungstrom Helena HL 22 Jan 2004 10:08:10

CONFIDENTIAL
AZSER12748703

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

I agree to the terms of this protocol Amendment.

Study Code:   D1447C00126

27 Jan 2004

Date
(day, month, year)

AstraZeneca Clinical Study Team Leader
Bolennart Eriksson
AstraZeneca R&D Södertälje
Forskaregatan 20
151 85 Södertälje

THIS IS A PRINTED COPY OF AN ELECTRONIC DOCUMENT.   PLEASE CHECK ITS VALIDITY BEFORE USE.

7(9)

CONFIDENTIAL
AZSER12748704

Clinical Study Protocol Amendment No. 3
Study code D1447C00126

I agree to the terms of this protocol Amendment.

Study Code:   D1447C00126

18|2|04                          G.D. RW

..............................        ..............................
Date                                 AstraZeneca Local Study Team
(day, month, year)                   Dr Glen Pater
                                     Director, Medical & Regulatory Affairs
                                     AstraZeneca Australia
                                     5 Alma Rd
                                     North Ryde NSW

THIS IS A PRINTED COPY OF AN ELECTRONIC DOCUMENT. PLEASE CHECK ITS VALIDITY BEFORE USE.

8(9)

CONFIDENTIAL
AZSER12748705



| Clinical Study Protocol Amendment | |
| --- | --- |
| Amendment No. | 1 |
| Drug Substance | Quetiapine fumarate |
| Study Code | D1447C00126 |
| Edition No. | 1 |
| Date | 20Oct03 |

## A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients

**Sponsor:**

AstraZeneca R&D Södertälje
Forskaregatan 20
151 85 Södertälje
Sweden

**Centres affected by the Amendment:**

All centres in Bulgaria

**The protocol for the study is to be amended as follows:**

**Section of protocol affected:**

Synopsis; Target patient population

**Previous text:**

Patients with a diagnosis of Bipolar I Disorder, at least 18 years old, with at least 1 manic or mixed episode in the last 3 years as defined by Diagnostic and Statistical Manual of Mental Disorders –Fourth Edition (DSM-IV) criteria,…

CONFIDENTIAL
AZSER12748706

**Revised Text:**

Patients with a diagnosis of Bipolar I Disorder, **18 to 70 years old**, with at least 1 manic or mixed episode in the last 3 years as defined by Diagnostic and Statistical Manual of Mental Disorders –Fourth Edition (DSM-IV) criteria,…

**Section of protocol affected:**

3.3.2.1 Inclusion criteria for entering the Open-label treatment Phase, 3

**Previous text:**

3. Male or female, at least 18 years old

**Revised Text:**

3. Male or female, $\geq 18$ **to** $\leq 70$ years old

**Reason for Amendment:**

Requirement of the Executive Drug Agency (National Regulatory Authority) in Bulgaria

**Persons who initiated the Amendment:**

Neycho Todorov, CRA Bulgaria

Karolina Svensson CSL

**Signed agreement to the Amendment:**


I agree to the terms of this protocol Amendment.

Study Code:   D1447C00126


. . . . . . . . . . . . .          . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Date                              AstraZeneca Global Product Team Physician
(day, month, year)                Martin Brecher
                                  AstraZeneca Pharmaceuticals
                                  1800, Concorde Pike
                                  Wilmington, DE
                                  USA

2(6)

CONFIDENTIAL
AZSER12748707

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

I agree to the terms of this protocol Amendment.

Study Code:   D1447C00126

. . . . . . . . . . . . .                 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Date                                      AstraZeneca Clinical Study Team Physician
(day, month, year)                        Björn Paulsson
                                          AstraZeneca R&D Södertälje
                                          Forskaregatan 20
                                          151 85 Södertälje
                                          Sweden

3(6)

CONFIDENTIAL
AZSER12748708

Clinical Study Protocol Amendment No. 1
Study code D1447C00126


I agree to the terms of this protocol Amendment.

Study Code:   D1447C00126


. . . . . . . . . . . . .                . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Date                     AstraZeneca Clinical Study Team Leader
(day, month, year)       Karolina Svensson
                         AstraZeneca R&D Södertälje
                         Forskaregatan 20
                         151 85 Södertälje
                         Sweden


4(6)

CONFIDENTIAL
AZSER12748709

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

I agree to the terms of this protocol Amendment.

Study Code:   D1447C00126

Centre No.:   <<>>

. . . . . . . . . . . . .                . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Date                         AstraZeneca Local Study Team
(day, month, year)           Georgi Georgiev Clinical Research Manager
                             AstraZeneca UK Ltd
                             Representation Office €àBulgaria
                             World Trade Centre
                             Bld Dragan Tsankov 36
                             Sofia 1040
                             Bulgaria

5(6)

CONFIDENTIAL
AZSER12748710

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

I agree to the terms of this protocol Amendment.

Study Code:    D1447C00126

Centre No.:     <<>>

. . . . . . . . . . . .                 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Date                                    Principal investigator
(day, month, year)                      Dr Ivan Gerdjikov
                                        State Pshychitaric Hospital
                                        "St Ivan Rilski"
                                        1282 Novi Iskar
                                        Bulgaria

6(6)

CONFIDENTIAL
AZSER12748711

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

**Revised Text:**

Patients with a diagnosis of Bipolar I Disorder, **18 to 70 years old**, with at least 1 manic or mixed episode in the last 3 years as defined by Diagnostic and Statistical Manual of Mental Disorders –Fourth Edition (DSM-IV) criteria,…

**Section of protocol affected:**

3.3.2.1 Inclusion criteria for entering the Open-label treatment Phase, 3

**Previous text:**

3. Male or female, at least 18 years old

**Revised Text:**

3. Male or female, $\geq 18$ **to** $\leq 70$ years old

**Reason for Amendment:**

Requirement of the Executive Drug Agency (National Regulatory Authority) in Bulgaria

**Persons who initiated the Amendment:**

Neycho Todorov, CRA Bulgaria

Karolina Svensson CSL

**Signed agreement to the Amendment:**

I agree to the terms of this protocol Amendment.

Study Code:  D1447C00126

*October 28, 2003*
.......................................
Date
(day, month, year)

*Martin Brecher* (signature)
.......................................
AstraZeneca Global Product Team Physician
Martin Brecher
AstraZeneca Pharmaceuticals
1800, Concorde Pike
Wilmington, DE
USA

2(6)

THIS IS A PRINTED COPY OF AN ELECTRONIC DOCUMENT. PLEASE CHECK ITS VALIDITY BEFORE USE.

CONFIDENTIAL
AZSER12748712

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

I agree to the terms of this protocol Amendment.

Study Code:   D1447C00126

.14.01.03

Date

(day, month, year)

AstraZeneca Clinical Study Team Physician

Björn Paulsson
AstraZeneca R&D Södertälje
Forskaregatan 20
151 85 Södertälje
Sweden

THIS IS A PRINTED COPY OF AN ELECTRONIC DOCUMENT. PLEASE CHECK ITS VALIDITY BEFORE USE.

3(6)

CONFIDENTIAL
AZSER12748713

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

I agree to the terms of this protocol Amendment.

Study Code:   D1447C00126

24 Oct 03.

Date
(day, month, year)

AstraZeneca Clinical Study Team Leader
Karolina Svensson
AstraZeneca R&D Södertälje
Forskaregatan 20
151 85 Södertälje
Sweden

THIS IS A PRINTED COPY OF AN ELECTRONIC DOCUMENT. PLEASE CHECK ITS VALIDITY BEFORE USE.

4(6)

CONFIDENTIAL
AZSER12748714

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

I agree to the terms of this protocol Amendment.

Study Code:   D1447C00126

Centre No.:   <<>>

*06 November 2003*

Date
(day, month, year)

AstraZeneca Local Study Team
Georgi Georgiev Clinical Research Manager
AstraZeneca UK Ltd
Representation Office €àBulgaria
World Trade Centre
Bld Dragan Tsankov 36
Sofia 1040
Bulgaria

THIS IS A PRINTED COPY OF AN ELECTRONIC DOCUMENT. PLEASE CHECK ITS VALIDITY BEFORE USE.

5(6)

CONFIDENTIAL
AZSER12748715

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

I agree to the terms of this protocol Amendment.
Study Code:   D1447C00126

Centre No.:   <<>>

31.10.2003

Date
(day, month, year)

Principal investigator
Dr Ivan Gerdjikov
State Pshychitaric Hospital
"St Ivan Rilski"
1282 Novi Iskar
Bulgaria

THIS IS A PRINTED COPY OF AN ELECTRONIC DOCUMENT.  PLEASE CHECK ITS VALIDITY BEFORE USE.

6(6)

CONFIDENTIAL
AZSER12748716



| | |
|---|---|
| **Clinical Study Protocol Local Amendment** | |
| Amendment No. 1, Czech Republic | |
| | |
| Drug Substance | Quetiapine fumarate |
| Study Code | D1447C00126 |
| Edition No. | |
| Date | 6 February 2004 |

**Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients**

**Sponsor:**

AstraZeneca R&D Södertälje
Forskaregatan 20
151 85 Södertälje
Sweden

**Centres affected by the Amendment:**

All centres in Czech Republic

**The protocol for the study is to be amended as follows:**

**Section of protocol affected:**

Synopsis and Section 2.1, Primary objective

**Previous text:**

(1)initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat…

**Revised Text:**

(1)initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than **oxazepam**, or any other medication to treat…

CONFIDENTIAL
AZSER12748717

Clinical Study Protocol Local Amendment No. 1 Czech Republic
Study code D1447C00126

**Section of protocol affected:**

Synopsis and Section 2.2, Secondary objective 1 and 2

**Previous text:**

(1)initiation of an antipsychotic, antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat…

**Revised Text:**

(1)initiation of an antipsychotic, antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than **oxazepam**, or any other medication to treat…

**Section of protocol affected:**

Section 3.4.1.2, Randomized treatment Phase, 3rd paragraph

**Previous text:**

Investigators are encouraged to use investigational product (quetiapine or placebo) to treat anxiety, sleep, and other symptoms before using lorazepam or the restricted sleep medications.

**Revised Text:**

Investigators are encouraged to use investigational product (quetiapine or placebo) to treat anxiety, sleep, and other symptoms before using **oxazepam** or the restricted sleep medications.

**Section of protocol affected:**

Section 3.4.4.1, 3rd paragraph

**Previous text:**

Not more than 2 mg of lorazepam per day and no…

**Revised Text:**

Not more than **30 mg of oxazepam** per day and no…

**Section of protocol affected:**

Table 4, Restricted medications

**Previous text:**

Benzodiazepines as clinically indicated can be used with the exception of the 12 weeks prior to randomization. However, lorazepam can be used up to 2 mg any day during 12 weeks prior to randomization

2(9)

CONFIDENTIAL
AZSER12748718

Clinical Study Protocol Local Amendment No. 1 Czech Republic
Study code D1447C00126

**Revised Text:**

Benzodiazepines as clinically indicated can be used with the exception of the 12 weeks prior to randomization. However, **oxazepam** can be used **up to 30 mg** any day during 12 weeks prior to randomization

**Section of protocol affected:**

Section 3.4.4.2, 3rd paragraph

**Previous text:**

The use of psychoactive and antipsychotic drugs other than those specifically allowed during the study (i.e. randomized treatment, assigned mood stabiliser, lorazepam and zolpidem tartrate…

**Revised Text:**

The use of psychoactive and antipsychotic drugs other than those specifically allowed during the study (i.e. randomized treatment, assigned mood stabiliser, **oxazepam** and zolpidem tartrate…

**Section of protocol affected:**

Section 3.4.4.2, 5th paragraph

**Previous text:**

Investigators are encouraged to use the investigational product (quetiapine or placebo) to treat anxiety, sleep, and other symptoms before using lorazepam or the restricted sleep medications.

**Revised Text:**

Investigators are encouraged to use the investigational product (quetiapine or placebo) to treat anxiety, sleep, and other symptoms before using **oxazepam** or the restricted sleep medications.

**Section of protocol affected:**

Table 5, Restricted medications

**Previous text:**

Lorazepam can be used up to 2 mg/day during the Randomized treatment Phase. No other benzodazepines are permitted.

**Revised Text:**

**Oxazepam** can be used **up to 30 mg/day** during the Randomized treatment Phase. No other benzodazepines are permitted.

3(9)

CONFIDENTIAL
AZSER12748719

Clinical Study Protocol Local Amendment No. 1 Czech Republic
Study code D1447C00126

**Section of protocol affected:**

Section 4.1, bullet 1

**Previous text:**

initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat…

**Revised Text:**

initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than **oxazepam**, or any other medication to treat…

**Section of protocol affected:**

Section 6.2.1, 1st paragraph

**Previous text:**

(1)initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat…

**Revised Text:**

(1)initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than **oxazepam**, or any other medication to treat…

**Section of protocol affected:**

Section 6.2.2 and 6.2.3, 1st paragraphs

**Previous text:**

(1)initiation of an antipsychotic, antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat…

**Revised Text:**

(1)initiation of an antipsychotic, antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than **oxazepam**, or any other medication to treat…

**Reason for Amendment:**

Lorazepam is not subsidised in Czech Republic.

**Persons who initiated the Amendment:**

Tatana Mazgajova, CRA, AstraZeneca Czech Republic
Bolennart Eriksson, CSL, AstraZeneca R&D Södertälje

4(9)

CONFIDENTIAL
AZSER12748720

Clinical Study Protocol Local Amendment No. 1 Czech Republic
Study code D1447C00126

**Signed agreement to the Amendment:**

I agree to the terms of this protocol Amendment.

Study Code:    D1447C00126

. . . . . . . . . . . .          . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Date                            AstraZeneca Global Product Team Physician

(day, month, year)              Martin Brecher
                                AstraZeneca Pharmaceuticals

                                1800, Concorde Pike

                                Wilmington, DE

                                USA

5(9)

CONFIDENTIAL
AZSER12748721

Clinical Study Protocol Local Amendment No. 1 Czech Republic
Study code D1447C00126

I agree to the terms of this protocol Amendment.

Study Code:   D1447C00126

. . . . . . . . . . . .                 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Date                                    AstraZeneca Clinical Study Team Physician
(day, month, year)                      Kristina Timdahl
                                        AstraZeneca R&D Södertälje
                                        Forskaregatan 20
                                        151 85 Södertälje
                                        Sweden

6(9)

CONFIDENTIAL
AZSER12748722

Clinical Study Protocol Local Amendment No. 1 Czech Republic
Study code D1447C00126


I agree to the terms of this protocol Amendment.

Study Code:   D1447C00126


. . . . . . . . . . . . .          . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Date                              AstraZeneca Clinical Study Team Leader

(day, month, year)                Bolennart Eriksson

                                  AstraZeneca R&D Södertälje

                                  Forskaregatan 20

                                  151 85 Södertälje


7(9)

CONFIDENTIAL
AZSER12748723

Clinical Study Protocol Local Amendment No. 1 Czech Republic
Study code D1447C00126


I agree to the terms of this protocol Amendment.

Study Code:   D1447C00126


. . . . . . . . . . . . .          . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Date                              AstraZeneca Local Study Team
(day, month, year)


8(9)

CONFIDENTIAL
AZSER12748724

Clinical Study Protocol Local Amendment No. 1 Czech Republic
Study code D1447C00126

I agree to the terms of this protocol Amendment.

Study Code:    D1447C00126

Centre No.:

. . . . . . . . . . . . .                . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Date                                       Principal investigator
(day, month, year)

9(9)

CONFIDENTIAL
AZSER12748725

Clinical Study Protocol Local Amendment No. 1 Czech Republic
Study code D1447C00126

**Signed agreement to the Amendment:**

I agree to the terms of this protocol Amendment.

Study Code:   D1447C00126

2| 19|04
.............
Date
(day, month, year)

*Martin Brecher*
.......................................
AstraZeneca Global Product Team Physician

Martin Brecher
AstraZeneca Pharmaceuticals
1800, Concorde Pike
Wilmington, DE
USA

5(9)

CNS.000-069-011.2.0

CONFIDENTIAL
AZSER12748726

Clinical Study Protocol Local Amendment No. 1 Czech Republic
Study code D1447C00126

I agree to the terms of this protocol Amendment.

Study Code:    D1447C00126

06 /02 /04
Date
(day, month, year)

AstraZeneca Clinical Study Team Physician
Kristina Timdahl
AstraZeneca R&D Södertälje
Forskaregatan 20
151 85 Södertälje
Sweden

6(9)

CNS.000-069-011.2.0

CONFIDENTIAL
AZSER12748727

Clinical Study Protocol Local Amendment No. 1 Czech Republic
Study code D1447C00126

I agree to the terms of this protocol Amendment.

Study Code:   D1447C00126

6 February 2004

Date
(day, month, year)

AstraZeneca Clinical Study Team Leader
Bolennart Eriksson
AstraZeneca R&D Södertälje
Forskaregatan 20
151 85 Södertälje

7(9)

CNS.000-069-011.2.0

CONFIDENTIAL
AZSER12748728

Clinical Study Protocol Local Amendment No. 1 Czech Republic
Study code D1447C00126

I agree to the terms of this protocol Amendment.

Study Code:   D1447C00126

9/2/2004

...................................................
**Date**

**(day, month, year)**

AstraZeneca Local Study Team

Jan Baer, MD
Director of Clinical Research
AstraZeneca Research Region CEE
IBC Building, Pobřežní 3
Praha 8  186 00
Czech Republic

8(9)

CNS.000-069-011.2.0

CONFIDENTIAL
AZSER12748729



| Clinical Study Protocol Local Amendment | |
| --- | --- |
| Amendment No. | 1, Hungary |
| Drug Substance | Quetiapine Fumarate |
| Study Code | D1447C00126 |
| Edition No. | 1 |
| Date | 20 January 2004 |

## Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium and Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients

**Sponsor:**

Astrazeneca R&D Södertälje
Forskaregatan 20
151 85 Södertälje
Sweden

**Centres affected by the Amendment:**

 All centres in Hungary

**The protocol for the study is to be amended as follows:**
**Section of protocol affected:**

Synopsis and Section 2.1 Primary objective

**Previous text:**

(1)initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam or any other medication to treat…

**Revised Text:**

(1)initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than **alprazolam**, or any other medication to treat…

CONFIDENTIAL
AZSER12748730

Clinical Study Protocol Local Amendment No. 1, Hungary
Study code D1447C00126

**Section of protocol affected:**

Synopsis and Section 2.2, Secondary objective 1 and 2

**Previous text:**

(1) initiation of an antipsychotic, antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat…

**Revised Text:**

(1)initiation of an antipsychotic, antidepressant, mood stabilizer other then the assigned mood stabilizer, anxiolytic other than **alprazolam,** or any other medication to treat…

**Section of protocol affected:**

Section 3.3.3.2, Exclusion Criteria No 2

**Previous text:**

Use of more than 2 mg of lorazepam any day during the last 4 weeks

**Revised text:**

Use of more than **0.5 mg of alprazolam** any day during the last 4 weeks

**Section of protocol affected:**

Section 3.3.3.2, Exclusion Criteria No 3

**Previous text:**

Use of any antidepressants, antipsychotics (other than quetiapine), anxiolytics (other than lorazepam),

**Revised text:**

Use of any antidepressants, antipsychotics (other than quetiapine), anxiolytics (other than **alprazolam**),

**Section of protocol affected:**

Section 3.4.1.2, Randomized treatment Phase, 3rd praragraph

**Previous text:**

Investigators are encouraged to use investigational product (quetiapine or placebo) to treat anxiety, sleep, and other symptoms before using lorazepam or the restricted sleep medications.

2(9)

CONFIDENTIAL
AZSER12748731

Clinical Study Protocol Local Amendment No. 1, Hungary
Study code D1447C00126

**Revised text:**

Investigators are encouraged to use investigational product (quetiapine or placebo) to treat anxiety, sleep, and other symptoms before using **alprazolam** or the restricted sleep medications.

**Section of protocol affected:**

Section 3.4.4.1 3rd paragraph

**Previous text:**

Not more than 2 mg of lorazepam per day and no…

**Revised text:**

Not more than **0.5 mg of alprazolam** per day no…

**Section of protocol affected:**

Table 4, Restricted medications

**Previous text:**

Benzodiazepnes as clinically indicated can be used with the exception of the 4 weeks prior to randomisation. However, lorazepam can be used up to 2 mg any day during 4 weeks prior to randomisation

**Revised text:**

Benzodiazepines as clinically indicated can be used with the exception of the 4 weeks prior to randomisation. However, **alprazolam** can be used **up to 0.5 mg** any day during 4 weeks prior to randomisation

**Section of protocol affected:**

Section 3.4.4.2, 3rd paragraph

**Previous text:**

The use of psychoactive and antipsychotic drugs other than those specifically allowed during the study (i.e randomised treatment, assigned mood stabilizer, lorazepam and zolpidem tartrate…

**Revised text:**

The use of psychoactive and antipsychotic drugs other than those specifically allowed during the study (i.e randomised treatment, assigned mood stabilizer, **alprazolam** and zolpidem tartrate…

**Section of protocol affected:**

Section 3.4.4.2, 5th paragraph

3(9)

CONFIDENTIAL
AZSER12748732

Clinical Study Protocol Local Amendment No. 1, Hungary
Study code D1447C00126

**Previous text:**

Investigators are encouraged to use the investigational product (quetiapine) to treat anxiety, sleep, and other symptoms before using lorazepam or the restricted sleep medications.

**Revised text:**

Investigators are encouraged to use the investigational product (quetiapine) to treat anxiety, sleep, and other symptoms before using **alprazolam** or the restricted sleep medications.

**Section of protocol affected:**

Table 5, Restricted medications

**Previous text:**

Lorazepam can be used up to 2 mg/day during the Randomized treatment Phase. No other benzodiazepines are permitted.

**Revised text:**

**Alprazolam** can be used **up to 0.5 mg/day** during the Randomized treatment Phase. No other benzodizepines are permitted.

**Section of protocol affected:**

Section 4.1 bullet 1

**Previous text:**

Initiation of an antipsychotic, mood stabilizer other then the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat…

**Revised text:**

Initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than **alprazolam,** or any other medication to treat…

**Section of protocol affected:**

Section 6.2.1, 1st paragraph

**Previous text:**

(1)initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat…

**Revised text:**

(1)initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than **alprazolam**, or any other medication to treat…

4(9)

CONFIDENTIAL
AZSER12748733

Clinical Study Protocol Local Amendment No. 1, Hungary
Study code D1447C00126

**Section of protocol affected:**

Section 6.2.2 and 6.2.3, 1st paragraphs

**Previous text:**

(1)initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat…

**Revised text:**

(1)initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than **alprazolam**, or any other medication to treat.…

**Reason for Amendment:**

Lorazepam is not subsidised in Hungary.

**Persons who initiated the Amendment:**

Tibor Tar, CRA AstraZeneca Hungary
Bolennart Eriksson, CSL AstraZeneca R&D Södertälje

**Signed agreement to the Amendment:**

I agree to the terms of this protocol Amendment.

Study Code:   D1447C00126

. . . . . . . . . . . . .          . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Date                     AstraZeneca Global Product Team Physician
(day, month, year)       Martin Brecher
                         AstraZeneca Pharmaceuticals
                         1800, Concorde Pike
                         Wilmington, DE
                         USA

5(9)

CONFIDENTIAL
AZSER12748734

Clinical Study Protocol Local Amendment No. 1, Hungary
Study code D1447C00126

I agree to the terms of this protocol Amendment.

Study Code:    D1447C00126

. . . . . . . . . . . .                    . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Date                                       AstraZeneca Clinical Study Team Physician
(day, month, year)                         Kristina Timdahl
                                           AstraZeneca R&D Södertälje
                                           Forskaregatan 20
                                           151 85 Södertälje
                                           Sweden

6(9)

CONFIDENTIAL
AZSER12748735

Clinical Study Protocol Local Amendment No. 1, Hungary
Study code D1447C00126


I agree to the terms of this protocol Amendment.

Study Code:   D1447C00126


. . . . . . . . . . . . .                . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Date                                    AstraZeneca Clinical Study Team Leader
(day, month, year)                      Bolennart Eriksson
                                        AstraZeneca R&D Södertälje
                                        Forskaregatan 20
                                        151 85 Södertälje


7(9)

CONFIDENTIAL
AZSER12748736

Clinical Study Protocol Local Amendment No. 1, Hungary
Study code D1447C00126


I agree to the terms of this protocol Amendment.

Study Code:   D1447C00126

Centre No.:    <<>>


. . . . . . . . . . . . .                . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Date                              AstraZeneca Local Study Team
(day, month, year)


8(9)

CONFIDENTIAL
AZSER12748737

Clinical Study Protocol Local Amendment No. 1, Hungary
Study code D1447C00126

I agree to the terms of this protocol Amendment.

Study Code:   D1447C00126

Centre No.:   <<>>

. . . . . . . . . . . .          . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Date                    Principal investigator
(day, month, year)       *<<Name and Address>>*

9(9)

CONFIDENTIAL
AZSER12748738

Clinical Study Protocol Local Amendment No. 1, Hungary
Study code D1447C00126

**Section of protocol affected:**

Section 6.2.2 and 6.2.3, 1st paragraphs

**Previous text:**

(1)initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat...

**Revised text:**

(1)initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than **alprazolam**, or any other medication to treat....

**Reason for Amendment:**

Lorazepam is not subsidised in Hungary.

**Persons who initiated the Amendment:**

Tibor Tar, CRA AstraZeneca Hungary
Bolennart Eriksson, CSL AstraZeneca R&D Södertälje

**Signed agreement to the Amendment:**

I agree to the terms of this protocol Amendment.

Study Code:   D1447C00126

Feb. 12, 2004        Martin Brecher

Date                AstraZeneca Global Product Team Physician

(day, month, year)       Martin Brecher
AstraZeneca Pharmaceuticals
1800, Concorde Pike
Wilmington, DE
USA

THIS IS A PRINTED COPY OF AN ELECTRONIC DOCUMENT. PLEASE CHECK ITS VALIDITY BEFORE USE.

5(9)

CONFIDENTIAL
AZSER12748739

Clinical Study Protocol Local Amendment No. 1, Hungary
Study code D1447C00126

I agree to the terms of this protocol Amendment.

Study Code:   D1447C00126

26/01/04

Date
(day, month, year)

AstraZeneca Clinical Study Team Physician
Kristina Timdahl
AstraZeneca R&D Södertälje
Forskaregatan 20
151 85 Södertälje
Sweden

THIS IS A PRINTED COPY OF AN ELECTRONIC DOCUMENT. PLEASE CHECK ITS VALIDITY BEFORE USE.

6(9)

CONFIDENTIAL
AZSER12748740

Clinical Study Protocol Local Amendment No. 1, Hungary
Study code D1447C00126

I agree to the terms of this protocol Amendment.

Study Code:   D1447C00126

27 Jan 2004

Date
(day, month, year)

AstraZeneca Clinical Study Team Leader
Bolennart Eriksson
AstraZeneca R&D Södertälje
Forskaregatan 20
151 85 Södertälje

THIS IS A PRINTED COPY OF AN ELECTRONIC DOCUMENT. PLEASE CHECK ITS VALIDITY BEFORE USE.

7(9)

CONFIDENTIAL
AZSER12748741

Clinical Study Protocol Local Amendment No. 1,Hungary
Study code D1447C00126

I agree to the terms of this protocol Amendment.
Study Code:    D1447C00126
Centre No.:    NA

12 |02| 2004

Date

(day, month, year)

.................... ~~~~~~ ............

AstraZeneca Local Study Team

**Zsuzsanna Bors CRD**
CRR-CEE Hungary
H-2045, Törökbálint
Park u. 3.

CONFIDENTIAL
AZSER12748742



| | |
|---|---|
| **Clinical Study Protocol Amendment** | |
| Amendment No. | 1 |
| Drug Substance | Quetiapine fumarate |
| Study Code | D1447C00126 |
| Edition No. | 1.0 |
| Date | 11 September 2003 |

## Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients

**Sponsor:**

AstraZeneca R&D Södertälje
Forskaregatan 20
151 85 Södertälje
Sweden

**Centres affected by the Amendment:**

**All centres in Norway**

**The protocol for the study is to be amended as follows:**

**Section of protocol affected:**

Synopsis and Section 2.1, Primary objective

**Previous text:**

(1)initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than **lorazepam**, or any other medication to treat a manic or mixed event,…

Revised Text: (1)initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than **oxazepam**, or any other medication to treat a manic or mixed event,…

CONFIDENTIAL
AZSER12748743

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

**Section of protocol affected:**

Synopsis and Section 2.2, Secondary objective 1

**Previous text:**

(1)initiation of an antipsychotic, antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a manic, depressed or mixed event,…

**Revised Text:**

(1)initiation of an antipsychotic, antidepressant, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than **oxazepam**, or any other medication to treat a manic, depressed or mixed event,…

**Section of protocol affected:**

Section 3.3.3.2, Exclusion Criteria No 2

**Previous text:**

Use of more than 2 mg of lorazepam any day during the last 4 weeks

**Revised Text:**

Use of more than **30 mg of oxazepam** any day during the last 4 weeks

**Section of protocol affected:**

Section 3.4.4.1, 3rd paragraph

**Previous text:**

Not more than 2 mg of lorazepam per day and no…

**Revised Text:**

Not more than 2 mg of **30 mg of oxazepam** per day and no…

**Section of protocol affected:**

Table 4, Restricted medications

**Previous text:**

Benzodiazepines as clinically indicated can be used with the exception of the 4 weeks prior to randomization. However, lorazepam can be used up to 2 mg any day during 4 weeks prior to randomization

2(8)

CONFIDENTIAL
AZSER12748744

**Revised Text:**

Benzodiazepines as clinically indicated can be used with the exception of the 4 weeks prior to randomization. However, **oxazepam** can be used **up to 30 mg** any day during 4 weeks prior to randomization

**Section of protocol affected:**

Section 3.4.4.2, 3rd paragraph

**Previous text:**

The use of psychoactive and antipsychotic drugs other than thos specifically allowed during the study (i.e. randomized treatment, assigned mood stabiliser, lorazepam and zolpidem tartrate…

**Revised Text:**

The use of psychoactive and antipsychotic drugs other than thos specifically allowed during the study (i.e. randomized treatment, assigned mood stabiliser, **oxazepam** and zolpidem tartrate…

**Section of protocol affected:**

Table 5, Restricted medications

**Previous text:**

Lorazepam can be used up to 2 mg/day during the Randomized treatment Phase. No other benzodazepines are permitted.

**Revised Text:**

**Oxazepam** can be used **up to 30 mg/day** during the Randomized treatment Phase. No other benzodiazepines are permitted.

**Section of protocol affected:**

Section 4.1, bullet 1

**Previous text:**

initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than lorazepam, or any other medication to treat a manic or mixed event

**Revised Text:**

initiation of an antipsychotic, mood stabilizer other than the assigned mood stabilizer, anxiolytic other than **oxazepam**, or any other medication to treat a manic or mixed event

3(8)

CONFIDENTIAL
AZSER12748745

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

**Reason for Amendment:**

Lorazepam is not available in Norway.

**Persons who initiated the Amendment:**

Nina Skulstad,
Karolina Svensson, CSL, AstraZeneca R&D Södertälje

**Signed agreement to the Amendment:**

I agree to the terms of this protocol Amendment.

Study Code:    D1447C00126


. . . . . . . . . . . . .                . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Date                                     AstraZeneca Global Product Team Physician
(day, month, year)                       Martin Brecher
                                         AstraZeneca Pharmaceuticals
                                         1800, Concorde Pike
                                         Wilmington, DE
                                         USA


4(8)

CONFIDENTIAL
AZSER12748746

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

I agree to the terms of this protocol Amendment.

Study Code:    D1447C00126

. . . . . . . . . . . .              . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Date                                AstraZeneca Clinical Study Team Physician
(day, month, year)                  Björn Paulsson
                                    AstraZeneca R&D Södertälje
                                    Forskaregatan 20
                                    151 85 Södertälje
                                    Sweden

5(8)

CONFIDENTIAL
AZSER12748747