Clinical Study Protocol Amendment No. 1
Study code D1447C00126

I agree to the terms of this protocol Amendment.

Study Code:   D1447C00126

. . . . . . . . . . . . .                . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Date                                     AstraZeneca Clinical Study Team Leader
(day, month, year)                       Karolina Svensson

                                         AstraZeneca R&D Södertälje

                                         Forskaregatan 20

                                         151 85 Södertälje

6(8)

CONFIDENTIAL
AZSER12748748

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

I agree to the terms of this protocol Amendment.
Study Code:   D1447C00126

Centre No.:

. . . . . . . . . . . . .          . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Date                    AstraZeneca Local Study Team
(day, month, year)      Nina Skulstad
                        Local Study Team Leader
                        Astrazeneca AS
                        Pb.200 Vinderen
                        0319 Oslo
                        Norway

7(8)

CONFIDENTIAL
AZSER12748749

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

I agree to the terms of this protocol Amendment.

Study Code:    D1447C00126

Centre No.:

. . . . . . . . . . . . .          . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Date                        Principal investigator
(day, month, year)          Dr. Ketil Ødegaard
                             Bergen Psykiatriske Universitetssykehus
                             Psykiatrisk klinikk
                             Haukeland sykehus
                             5021 Bergen, Norway

8(8)

CONFIDENTIAL
AZSER12748750

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

**Reason for Amendment:**

Lorazepam is not available in Norway.

**Persons who initiated the Amendment:**

Nina Skulstad,
Karolina Svensson, CSL, AstraZeneca R&D Södertälje

**Signed agreement to the Amendment:**

I agree to the terms of this protocol Amendment.

Study Code:   D1447C00126

*October 9, 2003*
...................................
Date
(day, month, year)

*Martin Brecher*
...................................
AstraZeneca Global Product Team Physician

Martin Brecher
AstraZeneca Pharmaceuticals
1800, Concorde Pike
Wilmington, DE
USA

4(8)

PLEASE CHECK ITS VALIDITY BEFORE USE.

THIS IS A PRINTED COPY OF AN ELECTRONIC DOCUMENT.

CONFIDENTIAL
AZSER12748751

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

I agree to the terms of this protocol Amendment.

Study Code:   D1447C00126

.290903.
Date
(day, month, year)

AstraZeneca Clinical Study Team Physician
Björn Paulsson
AstraZeneca R&D Södertälje
Forskaregatan 20
151 85 Södertälje
Sweden

THIS IS A PRINTED COPY OF AN ELECTRONIC DOCUMENT. PLEASE CHECK ITS VALIDITY BEFORE USE.

5(8)

CONFIDENTIAL
AZSER12748752

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

I agree to the terms of this protocol Amendment.

Study Code:   D1447C00126

*25 Sep 03*

Date
(day, month, year)

*Karolina Svensson*

AstraZeneca Clinical Study Team Leader
Karolina Svensson
AstraZeneca R&D Södertälje
Forskaregatan 20
151 85 Södertälje

THIS IS A PRINTED COPY OF AN ELECTRONIC DOCUMENT. PLEASE CHECK ITS VALIDITY BEFORE USE.

6(8)

CONFIDENTIAL
AZSER12748753

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

I agree to the terms of this protocol Amendment.
Study Code:   D1447C00126

Centre No.:   1001

06 October 2003          Nina   Skulstad ........
Date                     AstraZeneca Local Study Team
(day, month, year)       Nina Skulstad
                         Local Study Team Leader
                         Astrazeneca AS
                         Pb.200 Vinderen
                         0319 Oslo
                         Norway

THIS IS A PRINTED COPY OF AN ELECTRONIC DOCUMENT. PLEASE CHECK ITS VALIDITY BEFORE USE.

7(8)

CONFIDENTIAL
AZSER12748754

Clinical Study Protocol Amendment No. 1
Study code D1447C00126

I agree to the terms of this protocol Amendment.

Study Code:   D1447C00126

Centre No.:   1001

13/8 - 03                          K Ketil T. Ødegaard

Date                              Principal investigator
(day, month, year)               Dr. Ketil Ødegaard
                                 Bergen Psykiatriske Universitetssykehus
                                 Psykiatrisk klinikk
                                 Haukeland sykehus
                                 5021 Bergen, Norway

8(8)

THIS IS A PRINTED COPY OF AN ELECTRONIC DOCUMENT. PLEASE CHECK ITS VALIDITY BEFORE USE.

CONFIDENTIAL
AZSER12748755



| Clinical Study Protocol Local Amendment | |
|---|---|
| Amendment Number | 1, United States |
| Drug Substance | quetiapine fumarate |
| Study Code | D1447C00126 |
| Date | 21 December 2004 |

---

## A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients

---

**Sponsor:**

Astrazeneca R&D Södertälje
Forskaregatan 20
151 85 Södertälje
Sweden

**Centres affected by the Amendment:**

All centres in the United States

**The protocol for the study is to be amended as follows:**


**Section of protocol affected:**

3.1.4 Recruitment and Study Termination

Table 1 Study plan: Enrollment and Open-label treatment Phase

CONFIDENTIAL
AZSER12748756

Clinical Study Protocol Amendment Number 1, United States
Drug Substance quetiapine fumarate
Study Code D1447C00126

**Previous text:**

**Study plan**

| Study week: | Enrollment | 0 | 1 | 2 | 4 | 8 | 12 | 16 | 20 | 24 | 28 | 32 | 36 | Discontinuation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Visit number:** | | S1 | S2 (optional) | S3 (optional) | S4 | S5 | S6 | S7 | S8 | S9 | S10 | S11 | S12 | |
| | | | | | | | **Open-label treatment Phase** | | | | | | | |
| Informed consent | ✓ | | | | | | | | | | | | | |
| Inclusion exclusion criteria for Open-label treatment Phase | ✓ | | | | | | | | | | | | | |
| Inclusion/exclusion criteria for randomization | | | | | | | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | |
| Demography and diagnosis | ✓ | | | | | | | | | | | | | |
| Medical, psychiatric, and medication history | ✓ | | | | | | | | | | | | | |
| Concurrent medications | ✓ | | | | | | | | | | | | | ✓ |
| YMRS | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ |
| MADRS | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ |
| CGI-BP | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ |
| PANSS-P | ✓ | | | | | | | | | | | | | |
| SDS[a] | ✓ | | | | | | | | | | | | | |
| Adverse events | | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ |
| Physical examination[b] | ✓ | | | | | | | | | | | | | ✓ |
| Urinalysis | ✓ | | | | | | | | | | | | | ✓ |
| Urine toxicology | ✓ | | | | | | | | | | | | | |
| Serum pregnancy test | ✓ | | | | | | | | | | | | | |
| Vital signs | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Weight | ✓ | ✓ | | ✓ | | | ✓ | | ✓ | | | | ✓ | ✓ |
| Height | ✓ | | | | | | | | | | | | | |
| Electrocardiogram | ✓ | | | | | | | | | | | | | ✓ |
| Serum chemistry | ✓ | | | | ✓[d] | ✓[d] | ✓[c] | | | ✓[c] | | | | ✓ |
| Thyroid Function Tests | ✓ | | | | | | | | | | | | | ✓ |
| Hematology | ✓ | | | | | | ✓ | | ✓ | | | | | ✓ |
| Optional Genetic Blood Sample | ✓ | | | | | | | | | | | | | |
| Mood stabilizer level | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Drug dispensing | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Drug accountability | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

CGI-BP Clinical Global Impression-Bipolar.  MADRS Montgomery-Åsberg Depression Rating Scale.  PANSS-P Positive and Negative Syndrome Scale-Positive Subscale.  SDS Sheehan Disability Scale.  YMRS Young Mania Rating Scale.

[a]To be completed by the patient prior to clinical evaluation
[b]Physical examination to include ophthalmoscopic examination
[c]Only s-insulin, p-glucose and HbA1c
[d]Does not include HbA1c

2(4)

CONFIDENTIAL
AZSER12748757

Clinical Study Protocol Amendment Number 1, United States
Drug Substance quetiapine fumarate
Study Code D1447C00126

**Revised text:**

Study plan

| Study week:<br>Visit number: | Enrollment | 0<br>S1 | 1<br>S2<br>(optional) | 2<br>S3<br>(optional) | 4<br>S4 | 8<br>S5 | 12<br>S6 | 16<br>S7 | 20<br>S8 | 24<br>S9 | 28<br>S10 | 32<br>S11 | 36<br>S12 | Discontinuation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Open-label treatment Phase | | | | | | | | | |
| Informed consent | ✓ | | | | | | | | | | | | | |
| Inclusion exclusion criteria for Open-label treatment Phase | ✓ | | | | | | | | | | | | | |
| Inclusion exclusion criteria for randomization | | | | | | | ✓ | | | | | | | |
| Demography and diagnosis | ✓ | | | | | | | | | | | | | |
| Medical, psychiatric, and medication history | ✓ | | | | | | | | | | | | | |
| Concurrent medications | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| YMRS | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| MADRS | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| CGI-BP | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| PANSS-P | ✓ | | | | | | | | | | | | | |
| SDS[a] | ✓ | | | | | | | | | | | | | |
| Adverse events | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Physical examination[b] | ✓ | | | | | | | | | | | | | ✓ |
| Urinalysis | ✓ | | | | | | | | | | | | | |
| Urine toxicology | ✓ | | | | | | | | | | | | | |
| Serum pregnancy test | ✓ | | | | | | | | | | | | | |
| Vital signs | ✓ | | ✓ | ✓ | | | ✓ | | ✓ | ✓ | ✓ | | ✓ | ✓ |
| Weight | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | ✓ | ✓ |
| Height | ✓ | | | | | | | | | | | | | |
| Electrocardiogram | ✓ | | | | | | | | | | | | | ✓ |
| Serum chemistry | ✓ | | | | | | ✓c | | | ✓c | | | ✓ | ✓ |
| Thyroid Function Tests | ✓ | | | | | | | | | | | | | |
| Hematology | ✓ | | | | ✓d | ✓d | ✓ | | | | | | ✓ | ✓ |
| Optional Genetic Blood Sample | ✓ | | | | | | | | | | | | | |
| Mood stabilizer level | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Drug dispensing | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Drug accountability | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

CGI-BP Clinical Global Impression-Bipolar.  MADRS Montgomery-Asberg Depression Rating Scale.  PANSS-P Positive and Negative Syndrome Scale-Positive Subscale.  SDS Sheehan Disability Scale.  YMRS Young Mania Rating Scale.

[a] To be completed by the patient prior to clinical evaluation
[b] Physical examination to include ophthalmoscopic examination
[c] Only s-insulin, p-glucose and HbA1c
[d] Does not include HbA1c

3(4)

CONFIDENTIAL
AZSER12748758

Clinical Study Protocol Amendment Number 1, United States
Drug Substance quetiapine fumarate
Study Code D1447C00126

**Section of protocol affected:**

3.4.1.1 Identity of investigational product and comparators

**Previous text:**

Open-label treatment Phase

Patients will be supplied with visit packs containing sufficient tablets for 1, 2 or 4 weeks, dependent upon the visit being dispensed.

Tablets will be packed in white PVC/aluminium foil walleted blister packs for the first 4 weeks of open-label treatment, and packed in tamper evident, high-density polyethylene (HPDE) bottles with an induction seal child resistant cap for all remaining visits.

**Revised Text:**

Open-label treatment Phase

Patients will be supplied with visit packs containing sufficient tablets for 4 weeks. Tablets will be packed in tamper evident, high-density polyethylene (HPDE) bottles with an induction seal child resistant cap for **all visits during the open-label treatment**.

**Reason for Amendment:**

Compared to the other countries in the study, the drug packaging in the US differs during the first 4 weeks in the Open-label treatment Phase.

There are no foreseen possible consequences for the study nor subjects' safety caused by this difference.

**Persons who initiated the Amendment:**

Bolennart Eriksson, Clinical Study Leader

4(4)

CONFIDENTIAL
AZSER12748759



**Clinical Study Protocol Local Amendment 1 US: Appendix A**

| | |
|---|---|
| Drug Substance | quetiapine fumarate |
| Study Code | D1447C00126 |
| Appendix Edition Number | |
| Appendix Date | 21 December 2004 |

# Appendix A
# Signatures

CONFIDENTIAL
AZSER12748760

Clinical Study Protocol Local Amendment 1 US: Appendix A
Drug Substance quetiapine fumarate
Study Code D1447C00126
Appendix Edition Number
Appendix Date 21 December 2004

## ASTRAZENECA SIGNATURE(S)

---

**A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients**

---

*This Clinical Study Protocol and all Amendments to the CSP have been subjected to an internal AstraZeneca peer review.*

I agree to the terms of this study protocol/amendment.

**AstraZeneca Research and Development site representative**

Martin Brecher
Global Product Team Physician
AstraZeneca Pharmaceuticals
1800 Concord Pike
Wilmington, DE
USA

March 10, 2005

Date
(Day Month Year)

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca. Investigators are cautioned that the information in this protocol may be subject to change and revision.

CONFIDENTIAL
AZSER12748761

Clinical Study Protocol Local Amendment 1 US: Appendix A
Drug Substance quetiapine fumarate
Study Code D1447C00126
Appendix Edition Number
Appendix Date 21 December 2004

## ASTRAZENECA SIGNATURE(S)

---

**A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients**

---

*This Clinical Study Protocol and all Amendments to the CSP have been subjected to an internal AstraZeneca peer review.*

I agree to the terms of this study protocol/amendment.

AstraZeneca Research and Development
site representative

22/12/04

Kristina Timdahl, MD
Clinical Study Team Physician
AstraZeneca R&D Södertälje
Forskaregatan 20
151 85 Södertälje
Sweden

Date
(Day Month Year)

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca. Investigators are cautioned that the information in this protocol may be subject to change and revision.

CONFIDENTIAL
AZSER12748762

Clinical Study Protocol Local Amendment 1 US: Appendix A
Drug Substance quetiapine fumarate
Study Code D1447C00126
Appendix Edition Number
Appendix Date 21 December 2004

## ASTRAZENECA SIGNATURE(S)

---

**A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients**

---

*This Clinical Study Protocol and all Amendments to the CSP have been subjected to an internal AstraZeneca peer review.*

I agree to the terms of this study protocol/amendment.

**AstraZeneca Research and Development site representative**

Bolennart Eriksson, RN
Clinical Study Team Leader
AstraZeneca R&D Södertälje
Forskaregatan 20
151 85 Södertälje
Sweden

Date
(Day Month Year)

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca. Investigators are cautioned that the information in this protocol may be subject to change and revision.

CONFIDENTIAL
AZSER12748763

Clinical Study Protocol Local Amendment 1 US: Appendix A
Drug Substance quetiapine fumarate
Study Code D1447C00126
Appendix Edition Number
Appendix Date 21 December 2004

# SIGNATURE OF INTERNATIONAL CO-ORDINATING INVESTIGATOR

**A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate**

<<*This Clinical Study Protocol* << *and all Amendments to the CSP*>> <<*has/have*>> *been subjected to an internal AstraZeneca peer review.*>>

<<*Choose 1 of the 3 paragraphs below:*

I agree to the terms of this study protocol.  I will conduct the study according to the procedures specified herein, and according to the principles of Good Clinical Practice (GCP) and local regulations.  <<***(JP):*** *For studies conducted in Japan the first sentence of the above paragraph should replace that above:*  I will conduct the study according to the procedures specified herein, and according to the principles of Good Clinical Practice (GCP) and local regulations.  I agree this after careful reviews of the protocol and the sample of the case report form. >>

*Or*

I agree to the terms of this amendment.

*Or*

I agree to the terms of this Protocol and all amendments <<Number 1, dated>>, <<Number 2, dated >>, <<Number 3, dated >>.  *This list may be bulleted for clarity.*  I will conduct the study according to the procedures specified herein, and according to the principles of Good Clinical Practice (GCP) and local regulations.  <<***(JP):*** *For studies conducted in Japan the first sentence of the above paragraph should replace that above:*  I will conduct the study according to the procedures specified herein, and according to the principles of Good Clinical Practice (GCP) and local regulations.  I agree this after careful reviews of the protocol and the sample of the case report form. >>

CONFIDENTIAL
AZSER12748764

Clinical Study Protocol Local Amendment 1 US: Appendix A
Drug Substance quetiapine fumarate
Study Code D1447C00126
Appendix Edition Number
Appendix Date 21 December 2004

**Centre No.:**                     *<<If the International Co-ordinating Investigator is not responsible for a specific centre please delete the Centre No.:. This may be hand-written onto the page at the time the signature is collected.  It is not necessary for any one investigator to sign the protocol more than once ie, if the international co-ordinator is a principal investigator at a centre it is not necessary for them to sign the investigator signature page>>*

**Signature:**

_____        _____
*<<Name, title, address and telephone*                   Date
*number>>*                                              (Day Month Year)

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca.  Investigators are cautioned that the information in this protocol may be subject to change and revision.

CONFIDENTIAL
AZSER12748765

Clinical Study Protocol Local Amendment 1 US: Appendix A
Drug Substance quetiapine fumarate
Study Code D1447C00126
Appendix Edition Number
Appendix Date 21 December 2004

# SIGNATURE OF NATIONAL CO-ORDINATING INVESTIGATOR

**A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate**

*<<This Clinical Study Protocol << and all Amendments to the CSP>> <<has/have>> been subjected to an internal AstraZeneca peer review.>>*

*<<Choose 1 of the 3 paragraphs below:*

I agree to the terms of this study protocol.  I will conduct the study according to the procedures specified herein, and according to the principles of Good Clinical Practice (GCP) and local regulations.  *<<**(JP):**  For studies conducted in Japan the first sentence of the above paragraph should replace that above:*  I will conduct the study according to the procedures specified herein, and according to the principles of Good Clinical Practice (GCP) and local regulations.  I agree this after careful reviews of the protocol and the sample of the case report form. >>

*Or*

I agree to the terms of this amendment.

*Or*

I agree to the terms of this Protocol and all amendments <<Number 1, dated>>, <<Number 2, dated >>, <<Number 3, dated >>.  *This list may be bulleted for clarity.*  I will conduct the study according to the procedures specified herein, and according to the principles of Good Clinical Practice (GCP) and local regulations.  *<<**(JP):**  For studies conducted in Japan the first sentence of the above paragraph should replace that above:*  I will conduct the study according to the procedures specified herein, and according to the principles of Good Clinical Practice (GCP) and local regulations.  I agree this after careful reviews of the protocol and the sample of the case report form. >>

**Centre No.:**          *<<If the National Co-ordinating Investigator is not responsible for a specific centre please delete the Centre No.:. This may be hand-written onto the page at the time the signature is collected. It is not necessary for any one investigator to sign the protocol more than once ie, if the international co-ordinator is a principal investigator at a centre it is not necessary for them to sign the investigator signature page>>*

CONFIDENTIAL
AZSER12748766

Clinical Study Protocol Local Amendment 1 US: Appendix A
Drug Substance quetiapine fumarate
Study Code D1447C00126
Appendix Edition Number
Appendix Date 21 December 2004

**Signature:**

_____          _____

<<*Name, title, address and telephone*          Date
*number*>>                                        (Day Month Year)


This document contains confidential information, which should not be copied, referred to,
released or published without written approval from AstraZeneca.  Investigators are cautioned
that the information in this protocol may be subject to change and revision.

8(12)

CONFIDENTIAL
AZSER12748767

Clinical Study Protocol Local Amendment 1 US: Appendix A
Drug Substance quetiapine fumarate
Study Code D1447C00126
Appendix Edition Number
Appendix Date 21 December 2004

# SIGNATURE OF PRINCIPAL INVESTIGATOR

## A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate

*<<This Clinical Study Protocol << and all Amendments to the CSP>> <<has/have>> been subjected to an internal AstraZeneca peer review.>>*

*<<Choose 1 of the 3 paragraphs below:*

I agree to the terms of this study protocol.  I will conduct the study according to the procedures specified herein, and according to the principles of Good Clinical Practice (GCP) and local regulations.  *<<**(JP):**  For studies conducted in Japan the first sentence of the above paragraph should replace that above:*  I will conduct the study according to the procedures specified herein, and according to the principles of Good Clinical Practice (GCP) and local regulations.  I agree this after careful reviews of the protocol and the sample of the case report form. >>

*Or*

I agree to the terms of this amendment.

*Or*

I agree to the terms of this Protocol and all amendments <<Number 1, dated>>, <<Number 2, dated >>, <<Number 3, dated >>.  *This list may be bulleted for clarity.*  I will conduct the study according to the procedures specified herein, and according to the principles of Good Clinical Practice (GCP) and local regulations.  *<<**(JP):**  For studies conducted in Japan the first sentence of the above paragraph should replace that above:*  I will conduct the study according to the procedures specified herein, and according to the principles of Good Clinical Practice (GCP) and local regulations.  I agree this after careful reviews of the protocol and the sample of the case report form. >>

**Centre No.:**          *<<This may be hand-written onto the page at the time the signature is collected>>*

**Signature:**

_____     _____

9(12)

CONFIDENTIAL
AZSER12748768

Clinical Study Protocol Local Amendment 1 US: Appendix A
Drug Substance quetiapine fumarate
Study Code D1447C00126
Appendix Edition Number
Appendix Date 21 December 2004

_____

*<<Name, title, address and telephone number>>*

Date
(Day Month Year)

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca.  Investigators are cautioned that the information in this protocol may be subject to change and revision.

10(12)

CONFIDENTIAL
AZSER12748769

Clinical Study Protocol Local Amendment 1 US: Appendix A
Drug Substance quetiapine fumarate
Study Code D1447C00126
Appendix Edition Number
Appendix Date 21 December 2004

# SIGNATURES OF COMMITTEE MEMBERS

**A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate**

*<<This Clinical Study Protocol << and all Amendments to the CSP>> <<has/have>> been subjected to an internal AstraZeneca peer review.>>*

We agree to the terms of this study protocol/amendment.  We will conduct the study according to the procedures specified herein, and according to the principles of Good Clinical Practice (GCP) and local regulations.  *<<(JP):  For studies conducted in Japan the first sentence of the above paragraph should replace that above:  We will conduct the study according to the procedures specified herein, and according to the principles of Good Clinical Practice (GCP) and local regulations.  We agree this after careful reviews of the protocol and the sample of the case report form. >>*

**Committee:**          *<<Insert name of the committee here, eg,  "Adjudication Committee", "Safety Committee".  If there is more than one committee, use a separate signature page for each committee>>*

**Members signature:**

_____          _____
*<<Name, title/position and address>>*          Date
(Day Month Year)

_____          _____
*<<Name, title/position and address>>*          Date
(Day Month Year)

_____          _____
*<<Name, title/position and address>>*          Date
(Day Month Year)

_____          _____
*<<Name, title/position and address>>*          Date
(Day Month Year)

11(12)

CONFIDENTIAL
AZSER12748770

Clinical Study Protocol Local Amendment 1 US: Appendix A
Drug Substance quetiapine fumarate
Study Code D1447C00126
Appendix Edition Number
Appendix Date 21 December 2004

This document contains confidential information, which should not be copied, referred to, released or published without written approval from AstraZeneca.  Investigators are cautioned that the information in this protocol may be subject to change and revision.

12(12)

CONFIDENTIAL
AZSER12748771



| **Clinical Study Protocol Administrative Change** | |
|---|---|
| Change Number | 1 |
| Drug Substance | Quetiapine fumarate |
| Study Code | D1447C00126 |
| Edition Number | 1 |
| Date | 15 February 2007 |

# A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumaarte (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients

This submission /document contains trade secrets and confidential commercial information, disclosure of which is prohibited without providing advance notice to AstraZeneca and opportunity to object.

**Sponsor:**

AstraZeneca R &D Södertälje
Forskargatan 20
151 85 Södertälje
Sweden

**Centres affected by the Administrative Change**

All countries and centres in the study.

**The protocol for the study is to be changed as follows:**

**Section of protocol affected:**

AstraZeneca emergency contact procedure.

CONFIDENTIAL
AZSER12748772

Clinical Study Protocol Administrative Change Number 1
Drug Substance Quetiapine fumarate
Study Code D1447C00126

**Previous text:**

| Role in the study | Name | Address and Telephone number |
|---|---|---|
| Study Delivery Team Leader | Fredrik Juhlin | AstraZeneca R&D Södertälje<br>Forskaregatan 20<br>151 85 Södertälje<br>Sweden<br>Tel +46 8 553 247 04<br>Fax +46 8 553 289 66 |

**Revised text:**

| Role in the study | Name | Address and Telephone number |
|---|---|---|
| Study Delivery Leader | Maria Fernström | AstraZeneca R&D Södertälje<br>Forskargatan 20<br>151 85 Södertälje<br>Sweden<br>Tel +46 8 553 232 61<br>Fax +46 8 553 289 66 |

**Reason for Administrative Change:**

The Study Leader has been changed.

**Section of protocol affected:**

Synopsis information regarding Investigator.

**Previous text:**

Investigator: Not applicable.

**Revised text:**

International Coordinating Investigator: Dr Eduard Vieta
Address:
Centre 1301 Spain
Hosptial Clínic i Provincial
Servicio de Psiquiatría
Villarroel 170
08036 Barcelona

2(3)

CONFIDENTIAL
AZSER12748773

Clinical Study Protocol Administrative Change Number 1
Drug Substance Quetiapine fumarate
Study Code D1447C00126

**Reason for Administrative Change:**

An International Coordinating Investigator has been appointed. This due to new Note for Guidance "CPMP/EWP/2747/00" from EMEA, The European Agency for the Evaluation of Medicinal Products.

The changes will not have any consequences for the study.

**Persons who initiated the Administrative Change:**

Maria Fernström, current Study Delivery Leader in this study.

**Signed agreement to the Administrative Change:**

I hereby approve the Administrative Change to the Clinical Study Protocol.

Study Code:   D1447C00126

*15 Feb 2007*                ..............................................................

Date                                   AstraZeneca Study Delivery Team Leader
(Day month, year)                      Maria Fernström
                                       AstraZeneca R&D Södertälje
                                       Forskargatan 20
                                       151 85 Södertälje
                                       Sweden
                                       Tel +46 8 553 232 61
                                       Fax +46 8 553 289 66

CNS.000-151-215.2.0 (Version Created 15 Feb 2007 15:20:24)

CONFIDENTIAL
AZSER12748774



| | |
|---|---|
| **Clinical Study Report: Appendix 12.1.2** | |
| Drug Substance | Quetiapine fumarate |
| Study Code | D1447C00126 |

**Appendix 12.1.2**
**Sample Case Report Form**

CONFIDENTIAL
AZSER12748775

AstraZeneca

| Study code D1447C00126 | Subj initials .................. | E code |E| | | | | | | |

Centre No. |__|__|__|__|

AZ01110

NA

AW2003-07-31

A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients

# CASE REPORT FORM

**Investigator**

Name: ...........................................

Address: ........................................

**AstraZeneca Monitor**

Name: ...........................................

Address: ........................................

Telephone: ....................................

Mobile phone: ...............................

Fax: .............................................

Email: ..........................................

2004-02-16

CONFIDENTIAL
AZSER12748776

AstraZeneca

# TABLE OF CONTENTS
Study code D1447C00126

| | | |
|---|---|---|
| General Instructions for the Investigator | GINST | xiv |
| **Enrolment** | | |
| Visit | VISIT | 1 |
| Demography | DEM | 1 |
| Medical History, Past and Current | HISM | 2 |
| Surgical History | HISS | 3 |
| Psychiatric History | HISPSYC | 4 |
| DSM-IV Diagnosis Criteria | DSMIV | 4 |
| Physical Examination | PHYSAW | 5 |
| Vital Signs, Weight, Height | VIT | 6 |
| Electrocardiogram | ECG | 7 |
| Meals | MEAL | 8 |
| Laboratory Assessments | LAB1 | 9 |
| Laboratory Assessments Mood stabilizer | LAB2 | 10 |
| Urine Toxicology Screen | UTS | 11 |
| Pregnancy Test | PREG | 11 |
| Sheehan Disability Scale | SDS | 12 |
| Clinical Global Impression, Bipolar (Enrolment Visit) | CGI_BP | 13 |
| Young Mania Rating Scale | YMRS | 14 |
| Montgomery-Asberg Depression Rating Scale | MADRS | 15 |
| Pharmacogenetic Sample | GENSAMP | 16 |
| Eligibility Criteria, Open-Label Treatment Phase | CRITAWS | 17.01-17.02 |
| Positive and Negative Syndrome Scale | PANSS | 18 |
| Check List | CHECK | |
| **Signature** | | |
| Signature | SIGN | 19 |
| **Visit S1** | | |
| Visit | VISIT | 20 |
| Clinical Global Impression, Bipolar (Open Label Treatment) | CGI_BP | 20 |
| Young Mania Rating Scale | YMRS | 21 |
| Montgomery-Asberg Depression Rating Scale | MADRS | 22 |
| Adverse Events, Reminder | AERDR | 23 |
| Check List | CHECK | |
| **Visit S2 (optional)** | | |
| Visit | VISIT | 24 |
| Vital Signs, Weight | VIT | 24 |
| Laboratory Assessments Mood stabilizer | LAB2 | 25 |
| Clinical Global Impression, Bipolar (Open Label Treatment) | CGI_BP | 26 |
| Young Mania Rating Scale | YMRS | 27 |
| Montgomery-Asberg Depression Rating Scale | MADRS | 28 |

2004-02-16

CONFIDENTIAL
AZSER12748777

AstraZeneca

## TABLE OF CONTENTS

| | | |
|---|---|---|
| Adverse Events, Reminder | AERDR | 29 |
| Check List | CHECK | |
| **Visit S3 (optional)** | | |
| Visit | VISIT | 30 |
| Vital Signs, Weight | VIT | 30 |
| Laboratory Assessments Mood stabilizer | LAB2 | 31 |
| Clinical Global Impression, Bipolar (Open Label Treatment) | CGI_BP | 32 |
| Young Mania Rating Scale | YMRS | 33 |
| Montgomery-Asberg Depression Rating Scale | MADRS | 34 |
| Adverse Events, Reminder | AERDR | 35 |
| Check List | CHECK | |
| **Visit S4** | | |
| Visit | VISIT | 36 |
| Laboratory Assessments | LAB1 | 37 |
| Laboratory Assessments Mood stabilizer | LAB2 | 38 |
| Clinical Global Impression, Bipolar (Open Label Treatment) | CGI_BP | 39 |
| Young Mania Rating Scale | YMRS | 40 |
| Montgomery-Asberg Depression Rating Scale | MADRS | 41 |
| Adverse Events, Reminder | AERDR | 42 |
| Check List | CHECK | |
| **Visit S5** | | |
| Visit | VISIT | 43 |
| Laboratory Assessments | LAB1 | 44 |
| Laboratory Assessments Mood stabilizer | LAB2 | 45 |
| Clinical Global Impression, Bipolar (Open Label Treatment) | CGI_BP | 46 |
| Young Mania Rating Scale | YMRS | 47 |
| Montgomery-Asberg Depression Rating Scale | MADRS | 48 |
| Adverse Events, Reminder | AERDR | 49 |
| Check List | CHECK | |
| **Visit S6** | | |
| Visit | VISIT | 50 |
| Vital Signs, Weight | VIT | 50 |
| Laboratory Assessments | LAB1 | 51 |
| Laboratory Assessments Mood stabilizer | LAB2 | 52 |
| Clinical Global Impression, Bipolar (Open Label Treatment) | CGI_BP | 53 |
| Young Mania Rating Scale | YMRS | 54 |
| Montgomery-Asberg Depression Rating Scale | MADRS | 55 |
| Eligibility Criteria | CRITAWR | 56.01-56.02 |

CONFIDENTIAL
AZSER12748778

AstraZeneca

## TABLE OF CONTENTS

| | | |
|---|---|---|
| Adverse Events, Reminder | AERDR | 57 |
| Check List | CHECK | |
| **Visit S7** | | |
| Visit | VISIT | 58 |
| Laboratory Assessments | | |
| Mood stabilizer | LAB2 | 59 |
| Clinical Global Impression, Bipolar (Open Label Treatment) | CGI_BP | 60 |
| Young Mania Rating Scale | YMRS | 61 |
| Montgomery-Asberg Depression Rating Scale | MADRS | 62 |
| Eligibility Criteria | CRITAWR | 63.01-63.02 |
| Adverse Events, Reminder | AERDR | 64 |
| Check List | CHECK | |
| **Visit S8** | | |
| Visit | VISIT | 65 |
| Laboratory Assessments | | |
| Mood stabilizer | LAB2 | 66 |
| Clinical Global Impression, Bipolar (Open Label Treatment) | CGI_BP | 67 |
| Young Mania Rating Scale | YMRS | 68 |
| Montgomery-Asberg Depression Rating Scale | MADRS | 69 |
| Eligibility Criteria | CRITAWR | 70.01-70.02 |
| Adverse Events, Reminder | AERDR | 71 |
| Check List | CHECK | |
| **Visit S9** | | |
| Visit | VISIT | 72 |
| Vital Signs, Weight | VIT | 72 |
| Laboratory Assessments | LAB1 | 73 |
| Laboratory Assessments | | |
| Mood stabilizer | LAB2 | 74 |
| Clinical Global Impression, Bipolar (Open Label Treatment) | CGI_BP | 75 |
| Young Mania Rating Scale | YMRS | 76 |
| Montgomery-Asberg Depression Rating Scale | MADRS | 77 |
| Eligibility Criteria | CRITAWR | 78.01-78.02 |
| Adverse Events, Reminder | AERDR | 79 |
| Check List | CHECK | |
| **Visit S10** | | |
| Visit | VISIT | 80 |
| Laboratory Assessments | | |
| Mood stabilizer | LAB2 | 81 |
| Clinical Global Impression, Bipolar (Open Label Treatment) | CGI_BP | 82 |
| Young Mania Rating Scale | YMRS | 83 |
| Montgomery-Asberg Depression Rating Scale | MADRS | 84 |
| Eligibility Criteria | CRITAWR | 85.01-85.02 |

2004-02-16

CONFIDENTIAL
AZSER12748779

AstraZeneca

## TABLE OF CONTENTS

| | | |
|---|---|---|
| Adverse Events, Reminder | AERDR | 86 |
| Check List | CHECK | |
| **Visit S11** | | |
| Visit | VISIT | 87 |
| Laboratory Assessments | | |
| Mood stabilizer | LAB2 | 88 |
| Clinical Global Impression, Bipolar (Open Label Treatment) | CGI_BP | 89 |
| Young Mania Rating Scale | YMRS | 90 |
| Montgomery-Asberg Depression Rating Scale | MADRS | 91 |
| Eligibility Criteria | CRITAWR | 92.01-92.02 |
| Adverse Events, Reminder | AERDR | 93 |
| Check List | CHECK | |
| **Visit S12** | | |
| Visit | VISIT | 94 |
| Vital Signs, Weight | VIT | 94 |
| Laboratory Assessments | | |
| Mood stabilizer | LAB2 | 95 |
| Clinical Global Impression, Bipolar (Open Label Treatment) | CGI_BP | 96 |
| Young Mania Rating Scale | YMRS | 97 |
| Montgomery-Asberg Depression Rating Scale | MADRS | 98 |
| Eligibility Criteria | CRITAWR | 99.01-99.02 |
| Adverse Events, Reminder | AERDR | 100 |
| Check List | CHECK | |
| **Discontinuation** | | |
| Visit | VISIT | 101 |
| Physical Examination, Follow-up | PHYSFAW1 | 101 |
| Vital Signs, Weight | VIT | 102 |
| Electrocardiogram | ECG | 103 |
| Meals | MEAL | 104 |
| Laboratory Assessments | LAB1 | 105 |
| Laboratory Assessments | | |
| Mood stabilizer | LAB2 | 106 |
| Pregnancy Test | PREG | 107 |
| Adverse Events, Reminder | AERDR | 108 |
| Check List | CHECK | |
| **Signature** | | |
| Signature | SIGN | 109 |
| **Visit V1** | | |
| Visit | VISIT | 110 |
| Physical Examination, Follow-up | PHYSFAW1 | 110 |
| Vital Signs, Weight | VIT | 111 |
| Electrocardiogram | ECG | 112 |

2004-02-16

CONFIDENTIAL
AZSER12748780

AstraZeneca

# TABLE OF CONTENTS

| | | |
|---|---|---|
| Meals | MEAL | 113 |
| Laboratory Assessments | LAB1 | 114 |
| Laboratory Assessments Mood stabilizer | LAB2 | 115 |
| Sheehan Disability Scale | SDS | 116 |
| Psychological General Well-Being Schedule (PGWB) | PGWB | 117.01-117.07 |
| Clinical Global Impression, Bipolar (Visit 1 - Randomization) | CGI_BP | 118 |
| Young Mania Rating Scale | YMRS | 119 |
| Montgomery-Asberg Depression Rating Scale | MADRS | 120 |
| Eligibility Criteria, Randomized Treatment Phase | CRITAWR | 121.01-121.02 |
| Positive and Negative Syndrome Scale | PANSS | 122 |
| Abnormal Involuntary Movement Scale | AIMS | 123 |
| Barnes Akathisia Rating Scale | BARS | 124 |
| Simpson-Angus Scale | SAS | 124 |
| Life Charting Method (LCM) | LCM | 125 |
| Adverse Events, Reminder | AERDR | 126 |
| Check List | CHECK | |
| **Visit V2** | | |
| Visit | VISIT | 127 |
| Clinical Global Impression, Bipolar (Randomized Treatment Phase) | CGI_BP | 127 |
| Young Mania Rating Scale | YMRS | 128 |
| Montgomery-Asberg Depression Rating Scale | MADRS | 129 |
| Adverse Events, Reminder | AERDR | 130 |
| Check List | CHECK | |
| **Visit V3** | | |
| Visit | VISIT | 131 |
| Clinical Global Impression, Bipolar (Randomized Treatment Phase) | CGI_BP | 131 |
| Young Mania Rating Scale | YMRS | 132 |
| Montgomery-Asberg Depression Rating Scale | MADRS | 133 |
| Adverse Events, Reminder | AERDR | 134 |
| Check List | CHECK | |
| **Visit V4** | | |
| Visit | VISIT | 135 |
| Vital Signs, Weight | VIT | 135 |
| Laboratory Assessments Mood stabilizer | LAB2 | 136 |
| Sheehan Disability Scale | SDS | 137 |
| Psychological General Well-Being Schedule (PGWB) | PGWB | 138.01-138.07 |
| Clinical Global Impression, Bipolar (Randomized Treatment Phase) | CGI_BP | 139 |
| Young Mania Rating Scale | YMRS | 140 |
| Montgomery-Asberg Depression Rating Scale | MADRS | 141 |
| Positive and Negative Syndrome Scale | PANSS | 142 |

2004-02-16

CONFIDENTIAL
AZSER12748781

AstraZeneca

# TABLE OF CONTENTS

| | | |
|---|---|---|
| Adverse Events, Reminder | AERDR | 143 |
| Check List | CHECK | |
| **Visit V5** | | |
| Visit | VISIT | 144 |
| Clinical Global Impression, Bipolar (Randomized Treatment Phase) | CGI_BP | 144 |
| Young Mania Rating Scale | YMRS | 145 |
| Montgomery-Asberg Depression Rating Scale | MADRS | 146 |
| Adverse Events, Reminder | AERDR | 147 |
| Check List | CHECK | |
| **Visit V6** | | |
| Visit | VISIT | 148 |
| Vital Signs, Weight | VIT | 148 |
| Laboratory Assessments Mood stabilizer | LAB2 | 149 |
| Sheehan Disability Scale | SDS | 150 |
| Psychological General Well-Being Schedule (PGWB) | PGWB | 151.01-151.07 |
| Clinical Global Impression, Bipolar (Randomized Treatment Phase) | CGI_BP | 152 |
| Young Mania Rating Scale | YMRS | 153 |
| Montgomery-Asberg Depression Rating Scale | MADRS | 154 |
| Positive and Negative Syndrome Scale | PANSS | 155 |
| Adverse Events, Reminder | AERDR | 156 |
| Check List | CHECK | |
| **Visit V7** | | |
| Visit | VISIT | 157 |
| Vital Signs, Weight | VIT | 157 |
| Meals | MEAL | 157 |
| Laboratory Assessments | LAB1 | 158 |
| Laboratory Assessments Mood stabilizer | LAB2 | 159 |
| Sheehan Disability Scale | SDS | 160 |
| Psychological General Well-Being Schedule (PGWB) | PGWB | 161.01-161.07 |
| Clinical Global Impression, Bipolar (Randomized Treatment Phase) | CGI_BP | 162 |
| Young Mania Rating Scale | YMRS | 163 |
| Montgomery-Asberg Depression Rating Scale | MADRS | 164 |
| Positive and Negative Syndrome Scale | PANSS | 165 |
| Abnormal Involuntary Movement Scale | AIMS | 166 |
| Barnes Akathisia Rating Scale | BARS | 167 |
| Simpson-Angus Scale | SAS | 167 |
| Adverse Events, Reminder | AERDR | 168 |
| Check List | CHECK | |
| **Visit V8** | | |
| Visit | VISIT | 169 |

2004-02-16

CONFIDENTIAL
AZSER12748782

AstraZeneca

## TABLE OF CONTENTS

| | | |
|---|---|---|
| Laboratory Assessments | | |
| Mood stabilizer | LAB2 | 170 |
| Sheehan Disability Scale | SDS | 171 |
| Psychological General Well-Being Schedule (PGWB) | PGWB | 172.01-172.07 |
| Clinical Global Impression, Bipolar (Randomized Treatment Phase) | CGI_BP | 173 |
| Young Mania Rating Scale | YMRS | 174 |
| Montgomery-Asberg Depression Rating Scale | MADRS | 175 |
| Adverse Events, Reminder | AERDR | 176 |
| Check List | CHECK | |
| **Visit V9** | | |
| Visit | VISIT | 177 |
| Laboratory Assessments | | |
| Mood stabilizer | LAB2 | 178 |
| Sheehan Disability Scale | SDS | 179 |
| Psychological General Well-Being Schedule (PGWB) | PGWB | 180.01-180.07 |
| Clinical Global Impression, Bipolar (Randomized Treatment Phase) | CGI_BP | 181 |
| Young Mania Rating Scale | YMRS | 182 |
| Montgomery-Asberg Depression Rating Scale | MADRS | 183 |
| Adverse Events, Reminder | AERDR | 184 |
| Check List | CHECK | |
| **Visit V10** | | |
| Visit | VISIT | 185 |
| Laboratory Assessments | | |
| Mood stabilizer | LAB2 | 186 |
| Sheehan Disability Scale | SDS | 187 |
| Psychological General Well-Being Schedule (PGWB) | PGWB | 188.01-188.07 |
| Clinical Global Impression, Bipolar (Randomized Treatment Phase) | CGI_BP | 189 |
| Young Mania Rating Scale | YMRS | 190 |
| Montgomery-Asberg Depression Rating Scale | MADRS | 191 |
| Adverse Events, Reminder | AERDR | 192 |
| Check List | CHECK | |
| **Visit V11** | | |
| Visit | VISIT | 193 |
| Physical Examination, Follow-up | PHYSFAW2 | 193 |
| Vital Signs, Weight | VIT | 194 |
| Meals | MEAL | 194 |
| Laboratory Assessments | LAB1 | 195 |
| Laboratory Assessments | | |
| Mood stabilizer | LAB2 | 196 |
| Sheehan Disability Scale | SDS | 197 |
| Psychological General Well-Being Schedule (PGWB) | PGWB | 198.01-198.07 |
| Clinical Global Impression, Bipolar (Randomized Treatment Phase) | CGI_BP | 199 |

2004-02-16

CONFIDENTIAL
AZSER12748783

AstraZeneca

## TABLE OF CONTENTS

| | | |
|---|---|---|
| Young Mania Rating Scale | YMRS | 200 |
| Montgomery-Asberg Depression Rating Scale | MADRS | 201 |
| Positive and Negative Syndrome Scale | PANSS | 202 |
| Abnormal Involuntary Movement Scale | AIMS | 203 |
| Barnes Akathisia Rating Scale | BARS | 204 |
| Simpson-Angus Scale | SAS | 204 |
| Adverse Events, Reminder | AERDR | 205 |
| Check List | CHECK | |
| **Signature** | | |
| Signature | SIGN | 206 |
| **Visit V12** | | |
| Visit | VISIT | 207 |
| Laboratory Assessments | | |
| Mood stabilizer | LAB2 | 208 |
| Sheehan Disability Scale | SDS | 209 |
| Psychological General Well-Being Schedule (PGWB) | PGWB | 210.01-210.07 |
| Clinical Global Impression, Bipolar (Randomized Treatment Phase | CGI_BP | 211 |
| Young Mania Rating Scale | YMRS | 212 |
| Montgomery-Asberg Depression Rating Scale | MADRS | 213 |
| Adverse Events, Reminder | AERDR | 214 |
| Check List | CHECK | |
| **Visit V13** | | |
| Visit | VISIT | 215 |
| Laboratory Assessments | | |
| Mood stabilizer | LAB2 | 216 |
| Sheehan Disability Scale | SDS | 217 |
| Psychological General Well-Being Schedule (PGWB) | PGWB | 218.01-218.07 |
| Clinical Global Impression, Bipolar (Randomized Treatment Phase) | CGI_BP | 219 |
| Young Mania Rating Scale | YMRS | 220 |
| Montgomery-Asberg Depression Rating Scale | MADRS | 221 |
| Adverse Events, Reminder | AERDR | 222 |
| Check List | CHECK | |
| **Visit V14** | | |
| Visit | VISIT | 223 |
| Vital Signs, Weight | VIT | 223 |
| Meals | MEAL | 224 |
| Laboratory Assessments | LAB1 | 225 |
| Laboratory Assessments | | |
| Mood stabilizer | LAB2 | 226 |
| Sheehan Disability Scale | SDS | 227 |
| Psychological General Well-Being Schedule (PGWB) | PGWB | 228.01-228.07 |
| Clinical Global Impression, Bipolar (Randomized Treatment Phase) | CGI_BP | 229 |

2004-02-16

CONFIDENTIAL
AZSER12748784

AstraZeneca

## TABLE OF CONTENTS

| | | |
|---|---|---|
| Young Mania Rating Scale | YMRS | 230 |
| Montgomery-Asberg Depression Rating Scale | MADRS | 231 |
| Positive and Negative Syndrome Scale | PANSS | 232 |
| Abnormal Involuntary Movement Scale | AIMS | 233 |
| Barnes Akathisia Rating Scale | BARS | 234 |
| Simpson-Angus Scale | SAS | 234 |
| Adverse Events, Reminder | AERDR | 235 |
| Check List | CHECK | |
| **Visit V15** | | |
| Visit | VISIT | 236 |
| Laboratory Assessments | | |
| Mood stabilizer | LAB2 | 237 |
| Sheehan Disability Scale | SDS | 238 |
| Psychological General Well-Being Schedule (PGWB) | PGWB | 239.01-239.07 |
| Clinical Global Impression, Bipolar (Randomized Treatment Phase) | CGI_BP | 240 |
| Young Mania Rating Scale | YMRS | 241 |
| Montgomery-Asberg Depression Rating Scale | MADRS | 242 |
| Adverse Events, Reminder | AERDR | 243 |
| Check List | CHECK | |
| **Visit V16** | | |
| Visit | VISIT | 244 |
| Laboratory Assessments | | |
| Mood stabilizer | LAB2 | 245 |
| Sheehan Disability Scale | SDS | 246 |
| Psychological General Well-Being Schedule (PGWB) | PGWB | 247.01-247.07 |
| Clinical Global Impression, Bipolar (Randomized Treatment Phase) | CGI_BP | 248 |
| Young Mania Rating Scale | YMRS | 249 |
| Montgomery-Asberg Depression Rating Scale | MADRS | 250 |
| Adverse Events, Reminder | AERDR | 251 |
| Check List | CHECK | |
| **Visit V17** | | |
| Visit | VISIT | 252 |
| Physical Examination, Follow-up | PHYSFAW2 | 252 |
| Vital Signs, Weight | VIT | 253 |
| Electrocardiogram | ECG | 254 |
| Meals | MEAL | 254 |
| Laboratory Assessments | LAB1 | 255 |
| Laboratory Assessments | | |
| Mood stabilizer | LAB2 | 256 |
| Sheehan Disability Scale | SDS | 257 |
| Psychological General Well-Being Schedule (PGWB) | PGWB | 258.01-258.07 |
| Clinical Global Impression, Bipolar (Randomized Treatment Phase) | CGI_BP | 259 |

2004-02-16

CONFIDENTIAL
AZSER12748785

AstraZeneca

## TABLE OF CONTENTS

| | | |
|---|---|---|
| Young Mania Rating Scale | YMRS | 260 |
| Montgomery-Asberg Depression Rating Scale | MADRS | 261 |
| Positive and Negative Syndrome Scale | PANSS | 262 |
| Abnormal Involuntary Movement Scale | AIMS | 263 |
| Barnes Akathisia Rating Scale | BARS | 264 |
| Simpson-Angus Scale | SAS | 264 |
| Adverse Events, Reminder | AERDR | 265 |
| Check List | CHECK | |
| **Signature** | | |
| Signature | SIGN | 266 |
| **Visit V18** | | |
| Visit | VISIT | 267 |
| Laboratory Assessments | | |
| Mood stabilizer | LAB2 | 268 |
| Sheehan Disability Scale | SDS | 269 |
| Psychological General Well-Being Schedule (PGWB) | PGWB | 270.01-270.07 |
| Clinical Global Impression, Bipolar (Randomized Treatment Phase) | CGI_BP | 271 |
| Young Mania Rating Scale | YMRS | 272 |
| Montgomery-Asberg Depression Rating Scale | MADRS | 273 |
| Adverse Events, Reminder | AERDR | 274 |
| Check List | CHECK | |
| **Visit V19** | | |
| Visit | VISIT | 275 |
| Vital Signs, Weight | VIT | 275 |
| Meals | MEAL | 275 |
| Laboratory Assessments | LAB1 | 276 |
| Laboratory Assessments | | |
| Mood stabilizer | LAB2 | 277 |
| Sheehan Disability Scale | SDS | 278 |
| Psychological General Well-Being Schedule (PGWB) | PGWB | 279.01-279.07 |
| Clinical Global Impression, Bipolar (Randomized Treatment Phase) | CGI_BP | 280 |
| Young Mania Rating Scale | YMRS | 281 |
| Montgomery-Asberg Depression Rating Scale | MADRS | 282 |
| Positive and Negative Syndrome Scale | PANSS | 283 |
| Abnormal Involuntary Movement Scale | AIMS | 284 |
| Barnes Akathisia Rating Scale | BARS | 285 |
| Simpson-Angus Scale | SAS | 285 |
| Adverse Events, Reminder | AERDR | 286 |
| Check List | CHECK | |
| **Visit V20** | | |
| Visit | VISIT | 287 |

2004-02-16

CONFIDENTIAL
AZSER12748786

AstraZeneca                                                                      Page xi

# TABLE OF CONTENTS

| | | |
|---|---|---|
| Laboratory Assessments | | |
| Mood stabilizer | LAB2 | 288 |
| Sheehan Disability Scale | SDS | 289 |
| Psychological General Well-Being Schedule (PGWB) | PGWB | 290.01-290.07 |
| Clinical Global Impression, Bipolar (Randomized Treatment Phase) | CGI_BP | 291 |
| Young Mania Rating Scale | YMRS | 292 |
| Montgomery-Asberg Depression Rating Scale | MADRS | 293 |
| Adverse Events, Reminder | AERDR | 294 |
| Check List | CHECK | |

**Visit V21**

| | | |
|---|---|---|
| Visit | VISIT | 295 |
| Physical Examination, Follow-up | PHYSFAW2 | 295 |
| Vital Signs, Weight | VIT | 296 |
| Meals | MEAL | 297 |
| Laboratory Assessments | LAB1 | 298 |
| Laboratory Assessments | | |
| Mood stabilizer | LAB2 | 299 |
| Sheehan Disability Scale | SDS | 300 |
| Psychological General Well-Being Schedule (PGWB) | PGWB | 301.01-301.07 |
| Clinical Global Impression, Bipolar (Randomized Treatment Phase) | CGI_BP | 302 |
| Young Mania Rating Scale | YMRS | 303 |
| Montgomery-Asberg Depression Rating Scale | MADRS | 304 |
| Positive and Negative Syndrome Scale | PANSS | 305 |
| Abnormal Involuntary Movement Scale | AIMS | 306 |
| Barnes Akathisia Rating Scale | BARS | 307 |
| Simpson-Angus Scale | SAS | 307 |
| Adverse Events, Reminder | AERDR | 308 |
| Check List | CHECK | |

**Visit V22**

| | | |
|---|---|---|
| Visit | VISIT | 309 |
| Laboratory Assessments | | |
| Mood stabilizer | LAB2 | 310 |
| Sheehan Disability Scale | SDS | 311 |
| Psychological General Well-Being Schedule (PGWB) | PGWB | 312.01-312.07 |
| Clinical Global Impression, Bipolar (Randomized Treatment Phase) | CGI_BP | 313 |
| Young Mania Rating Scale | YMRS | 314 |
| Montgomery-Asberg Depression Rating Scale | MADRS | 315 |
| Adverse Events, Reminder | AERDR | 316 |
| Check List | CHECK | |

**Signature**

| | | |
|---|---|---|
| Signature | SIGN | 317 |

2004-02-16

CONFIDENTIAL
AZSER12748787

# TABLE OF CONTENTS

**Visit V23**
| | | |
|---|---|---|
| Visit | VISIT | 318 |
| Physical Examination | PHYSFAW2 | 318 |
| Vital Signs, Weight | VIT | 319 |
| Electrocardiogram | ECG | 320 |
| Meals | MEAL | 321 |
| Laboratory Assessments | LAB1 | 322 |
| Laboratory Assessments Mood stabilizer | LAB2 | 323 |
| Pregnancy Test | PREG | 324 |
| Sheehan Disability Scale | SDS | 325 |
| Psychological General Well-Being Schedule (PGWB) | PGWB | 326.01-326.07 |
| Clinical Global Impression, Bipolar (Randomized Treatment Phase) | CGI_BP | 327 |
| Young Mania Rating Scale | YMRS | 328 |
| Montgomery-Asberg Depression Rating Scale | MADRS | 329 |
| Positive and Negative Syndrome Scale | PANSS | 330 |
| Abnormal Involuntary Movement Scale | AIMS | 331 |
| Barnes Akathisia Rating Scale | BARS | 332 |
| Simpson-Angus Scale | SAS | 332 |
| Adverse Events, Reminder | AERDR | 333 |
| Check List | CHECK | |

**Medication**
| | | |
|---|---|---|
| Medication on Entry and During the Study | MED | 334.01-334.05 |

**Investigational Products**
| | | |
|---|---|---|
| Administration of Investigational Product Open-label treatment phase S1-S12 | DOSC | 335.01-335.02 |
| Administration of Investigational Product Randomized treatment phase V1-V3 | DOSC | 336 |
| Administration of Investigational Product Randomized treatment phase V4-V23 | DOSC | 337.01-337.02 |
| Subject Drug Accountability Open-label treatment phase | SAC | 338.01-338.04 |
| Subject Drug Accountability Randomized treatment phase (yellow labels for Lithium strata, blue labels for Valproate strata) | SAC | 339.01-339.08 |

**Adverse Events**
| | | |
|---|---|---|
| Adverse Events Definitions | AEDEF | |
| Guide to Interpreting the Causality Question | AECAUS | |
| Adverse Events, Standard Question in Local Language | AELOCAL | 340 |
| Adverse Events | AELOG | 341 |

**Serious Adverse Events**
| | | |
|---|---|---|
| Serious Adverse Event Report | SAE | 342 |

2004-02-16

CONFIDENTIAL
AZSER12748788

 AstraZeneca

# TABLE OF CONTENTS

SAE FAX Report Page

**Mood Event**
Discontinuation due to a Mood Event                MOODEVT      343

**Termination**
Study Termination                                 TERM         344

**Signature**
Signature                                         SIGN         345

2004-02-16

CONFIDENTIAL
AZSER12748789

AstraZeneca

## GENERAL INSTRUCTIONS FOR THE INVESTIGATOR

**General Instructions for the Investigator**                                **GINST**

**When completing this CRF,**

- Use a ballpoint, fine-tip pen (permanent ink), black or blue.

- Make sure that all entries are clear and legible, preferably in block letters.

- Use English and specific medical terminology.

- Make corrections by drawing a single line through the incorrect item, which
  must remain legible, and write the correct data next to it.
  Do not use correction fluids or any other method of erasure!

- Date and initial all corrections and changes.

- Tick closed boxes and circles.  ☑  ⊘
  (Circles will not be entered into the database)

- Fill in open boxes. | 5 |

- Do not complete the 'AstraZeneca use only' fields.

**Do not use**
- abbreviations and acronyms

- symbols (for example '↑ BP' should be written 'elevated blood pressure'),

- cross-references like 'See MED' or 'see above' in 'Specify' fields.

**Subject Initials**
Subject initials must remain consistent throughout the CRF. The format may
conform with local practices.

**Date**
Always use the international ISO 8601 date format: yyyymmdd.
Thus the 14th June 2001 is written | 2₀0₀0₀1 | 0₀6 | 1₀4 |
                                     year      mm     dd

**Time**
Always use the 24-hour clock format (19:00 instead of 7pm).
Record midnight as 00:00 (not 24:00) and note the new date.

**Missing Data**
If some information has been impossible to obtain, strike out the field/box and
explain briefly next to the field/box why the information is missing.

**Historical dates**
If a historical date, or part of a historical date, has been impossible to
obtain, fill in as much as is known and strike out the remaining
field(s).



**Sic**
Indicate data which are unusual or unexpected but still correct by noting 'Sic'
next to that data. Sic can be understood as '**so is c**orrect'.

2004-02-16

CONFIDENTIAL
AZSER12748790

# Enrolment

CONFIDENTIAL
AZSER12748791

Page Ins: 1

## INSTRUCTIONS FOR THE INVESTIGATOR

**Demography**                                                                          **DEM**

**Date of birth**
A complete date should be filled in. If the exact date is not known,
estimate the date as closely as possible and note 'Estimated date'.

**Race**
Tick only one box.

**Racial categories - geographical origin**
Geographical origin does not necessarily refer to the individual Subject's place of
birth but to the geographical origin of his/her group. A Japanese person, even if
second or third generation American, still belongs to the Oriental race category.

| *Caucasian* | *Black* | *Oriental* |
|---|---|---|
| - Europe | - Africa (except for North Africa) | - Asia (except for Asian countries listed under Caucasian) |
| - India | | - Greenland |
| - Pakistan | | |
| - Afghanistan | | |
| - Arabia | | |
| - North Africa | | |
| - Middle East countries | | |
| - Asia Minor | | |

Under 'Other', such groups as Aboriginal, Maori, Melanesian, Pygmean, and Tamil
as well as mixed races are suggested.

**NB:** If there has been any change to the information provided in this module, after an SAE has been
reported, please ensure that the updated information has been/is faxed immediately to AstraZeneca.

AW2003-07-31   AZ2002-12-17   AZ0110

CONFIDENTIAL
AZSER12748792

AstraZeneca

Page 1

Study code D1447C00126          Subj initials ...........................          E code E | | | | | |

Centre No. | | | |          Enrolment

## Visit

**VISIT**

Visit date | 2 | 0 | | | | |
year      mm      dd

## Demography

**DEM**

**Date of birth**

| | | | | |
year      mm      dd

**Sex**

Male ☐1

Female ☐2

**Race**

Caucasian ☐1

Black ☐2

Oriental ☐3

................................ ☐99
Other

A201110

AZ2002-12-17

AW2003-07-31

A201110

AZ2002-12-17

AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12748793

Page Ins: 2

## INSTRUCTIONS FOR THE INVESTIGATOR

**Medical  History, Past and Current**                                    **HISM**

**'Has Subject any relevant (past and/or current) medical conditions'**
'relevant' here excludes lesser conditions with no obvious importance for the purposes of this study, such as

- common diseases of childhood,
- accidental fractures unless resulting in sequelæ,
- minor symptomatic conditions.

**Condition**
Use specific medical terminology.

**Past and Current**

*Past*
A condition which Subject has had in the past and which has been declared cured. Example: pneumonia.

Record Past and Current instances on separate lines.

*Current*
Conditions which are not cured, but where Subject may be symptom-free at the time of the visit, are recorded as current. Examples: asthma, rhinitis, migraine, hypertension.

***If both past and current applies***
Subject has a new instance of this condition (pneumonia in this example) at the time of the visit.

**Current medication**
Note that PRN (= Pro Re Nata: medication to be taken when needed) is also to be considered.
Medications that Subject is taking on entry to the study should have a corresponding entry on the medical history (HISM). This does not apply to medications taken to treat Bipolar Disorder.

AW2003-07-31    AZ2002-12-03    AJ2011-10

2004-02-16

CONFIDENTIAL
AZSER12748794

AstraZeneca

Page 2

Study code D1447C00126          Subj initials ...................          E code ⌊E⌋_|_|_|_|_|_|

Enrolment

## Medical History, Past and Current

**HISM**

Has Subject any relevant medical conditions
other than Bipolar I Disorder

No ☐0    Yes ☐1    If Yes, specify below

*Condition*

| | Past | Cur-rent | Current medication No | Current medication Yes |
|---|---|---|---|---|
| ............................................ | ☐1 | ☐2 | ☐0 | ☐1 |
| ............................................ | ☐1 | ☐2 | ☐0 | ☐1 |
| ............................................ | ☐1 | ☐2 | ☐0 | ☐1 |
| ............................................ | ☐1 | ☐2 | ☐0 | ☐1 |
| ............................................ | ☐1 | ☐2 | ☐0 | ☐1 |
| ............................................ | ☐1 | ☐2 | ☐0 | ☐1 |
| ............................................ | ☐1 | ☐2 | ☐0 | ☐1 |
| ............................................ | ☐1 | ☐2 | ☐0 | ☐1 |
| ............................................ | ☐1 | ☐2 | ☐0 | ☐1 |
| ............................................ | ☐1 | ☐2 | ☐0 | ☐1 |
| ............................................ | ☐1 | ☐2 | ☐0 | ☐1 |
| ............................................ | ☐1 | ☐2 | ☐0 | ☐1 |
| ............................................ | ☐1 | ☐2 | ☐0 | ☐1 |

☞ **If medication is currently being taken for any of the above conditions, fill in MED**

AZ01110    AZ2002-12-03    AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12748795

Page Ins: 3

## INSTRUCTIONS FOR THE INVESTIGATOR

**Surgical History**                                                                                       **HISS**

**'Has Subject undergone any relevant surgery'**
'relevant' here excludes surgery with no obvious importance for the purposes of this study.
The disease leading to a surgical procedure should be recorded on HISM only if the disease is 'relevant'.

2004-02-16

CONFIDENTIAL
AZSER12748796

AstraZeneca ⬙

Page 3

Study code D1447C00126          Subj initials ....................          E code | E | | | | | | | |

Enrolment

## Surgical History                                                      **HISS**

Has Subject undergone any relevant surgery  No ☐₀  Yes ☐₁     If Yes, specify below

*Surgical procedure*

|  | *Current medication* | |
|---|---|---|
|  | No | Yes |
| ........................................................................... | ☐₀ | ☐₁ |
| ........................................................................... | ☐₀ | ☐₁ |
| ........................................................................... | ☐₀ | ☐₁ |
| ........................................................................... | ☐₀ | ☐₁ |
| ........................................................................... | ☐₀ | ☐₁ |
| ........................................................................... | ☐₀ | ☐₁ |
| ........................................................................... | ☐₀ | ☐₁ |
| ........................................................................... | ☐₀ | ☐₁ |
| ........................................................................... | ☐₀ | ☐₁ |
| ........................................................................... | ☐₀ | ☐₁ |
| ........................................................................... | ☐₀ | ☐₁ |
| ........................................................................... | ☐₀ | ☐₁ |
| ........................................................................... | ☐₀ | ☐₁ |

☞ **If medication is currently being taken for any of the above surgeries/procedures, fill in MED**

AZ01110  AZ2003-02-25  AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12748797

Page Ins: 4

## INSTRUCTIONS FOR THE INVESTIGATOR

**Psychiatric History**                                                      HISPSYC

**Year of first known manic or mixed episode**
Please provide the first known year the Subject received treatment for a manic or mixed episode.

**Total No. of prior manic or mixed episodes over the past year**
Please provide the total number of episodes the Subject has had in the past year.

**Year of first known depressed episode**
Please provide the first known year the Subject received treatment for a depressed episode

**Total no. of prior depressed episodes over the past year**
Please provide the total number of episodes the Subject has had in the past year.

**Date of onset of manic, mixed or depressed episode**
Please provide the date of onset of the most recent manic,mixed or depressed episode.

**Manic, depressed or mixed index episode treated with Quetiapine and mood stabilizer (Lithium/Valproate) prior to enrolment**
If yes, please record the mood stabilizer information on the Prior Medication (MED) form.

**DSM-IV Diagnosis Criteria**                                                DSMIV

Enter the date when the assessment was performed.

**Psychiatric Disorder**
Refer to the worksheet for diagnostic criteria. If Bipolar I Disorder, most recent episode manic, depressed or mixed is confirmed, complete CRF-page.
Diagnosis is determined from the psychiatric history, and psychiatric diagnostic assessment tools. Please tick only one.

2004-02-16

CONFIDENTIAL
AZSER12748798

AstraZeneca

Study code D1447C00126          Subj initials .........................          E code |E| | | | | | | |

Enrolment

## Psychiatric History                                                        HISPSYC

Year of first known manic or mixed episode          | | | | |

Total number of prior manic or mixed episodes over past year          | | |

Year of first known depressed episode          | | | | |

Total number of prior depressed episodes over past year          | | |

Date of onset of manic, depressed or mixed episode          |2|0| | | | | |
                                                           year    mm    dd

Manic, depressed or mixed index episode treated with
Quetiapine and mood stabilizer (Lithium/Valproate) prior to
enrolment

No          Yes
| |          | |
0            1

## DSM-IV Diagnosis Criteria                                                  DSMIV

Date of assessment          |2|0| | | | | |
                            year    mm    dd

Psychiatric Disorder (tick one only)

Bipolar I Disorder, Most Recent Episode Manic, 296.4X          | |  296.4X

Bipolar I Disorder, Most Recent Episode Depressed, 296.5X          | |  296.5X

Bipolar I Disorder, Most Recent Episode Mixed, 296.6X          | |  296.6X

2004-02-16

CONFIDENTIAL
AZSER12748799

Page Ins: 5

## INSTRUCTIONS FOR THE INVESTIGATOR

**Physical Examination**                                    **PHYSAW**

Enter the date the assessment was performed.

Make the examination in accordance with your normal clinic routines.

If a condition is abnormal, please specify the abnormality.

**Head and neck**
Please include head, ears, eyes, nose, and throat in this examination.

Only tick 'Not done' if the Subject refuses or if the examination of a part of the body is not possible.

**NB:** The eye examination includes a direct ophthalmoscopy.

2004-02-16

CONFIDENTIAL
AZSER12748800

AstraZeneca

Page 5

Study code D1447C00126          Subj initials ..........................          E code | E | | | | | | | |

Enrolment

## Physical Examination

**PHYSAW**

Assessment date       | 2 | 0 | | | | | | |
                              year       mm       dd

*Specification of abnormalities*

| | Normal | Abnormal | Not done | |
|---|---|---|---|---|
| General appearance | ☐0 | ☐1 | ☐95 | .................................................. |
| Skin | ☐0 | ☐1 | ☐95 | .................................................. |
| Head and neck | ☐0 | ☐1 | ☐95 | .................................................. |
| Lymph nodes | ☐0 | ☐1 | ☐95 | .................................................. |
| Thyroid | ☐0 | ☐1 | ☐95 | .................................................. |
| Musculoskeletal/Extremities | ☐0 | ☐1 | ☐95 | .................................................. |
| Cardiovascular | ☐0 | ☐1 | ☐95 | .................................................. |
| Lungs | ☐0 | ☐1 | ☐95 | .................................................. |
| Abdomen | ☐0 | ☐1 | ☐95 | .................................................. |
| Neurological | ☐0 | ☐1 | ☐95 | .................................................. |
| Genital/Rectal | ☐0 | ☐1 | ☐95 | .................................................. |

AW03.07

N/A

AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12748801

Page Ins: 6

## INSTRUCTIONS FOR THE INVESTIGATOR

**Vital Signs, Weight, Height**                                        **VIT**

**Pulse and blood pressure**
The method used at baseline must be used at each subsequent recording for PR and BP measurements.

Measure pulse before blood pressure.

The pulse and blood pressure should be measured supine and standing by using non-invasive equipment. The standing pulse and blood pressure should be measured after 2 minutes of standing.

**Weight, height**
Weight must be recorded using the same scale.

Subject should wear light clothing and no shoes during the weight and height assessment.

2004-02-16

CONFIDENTIAL
AZSER12748802

AstraZeneca

Page 6

Study code D1447C00126     Subj initials ............................     E code E | | | | | | |

Enrolment

AZ01:10

NA

AW2003-07-31

## Vital Signs, Weight, Height

VIT

*Assm No.*                    *Protocol schedule*

1   Pulse  |___|___|___| beats/min    Supine (0 min)    Blood pressure |___|___|___| / |___|___|___| mmHg
                                                                      systolic           diastolic

2   Pulse  |___|___|___| beats/min    Standing (2 min)  Blood pressure |___|___|___| / |___|___|___| mmHg
                                                                      systolic           diastolic

Weight      |___|___|___| · |___| kg

Height      |___|___|___| cm

2004-02-16

CONFIDENTIAL
AZSER12748803

Page Ins: 7

## INSTRUCTIONS FOR THE INVESTIGATOR

AJ20110

**Electrocardiogram**                                                        **ECG**

NA

AW2003-07-31

A 12-lead ECG should be recorded according to the ECG-lab instructions. The printout needs to be signed and dated by the Investigator (or his/her designate) and attached to corresponding CRF page.

Record the date and time of 12-lead ECG.

2004-02-16

CONFIDENTIAL
AZSER12748804



AstraZeneca

Page 7

Study code D1447C00126          Subj initials ...............          E code |E|_|_|_|_|_|_|_|

Enrolment

AZ01110

**Electrocardiogram**                                          **ECG**

NA

Date of ECG  |2|0|_|_|_|_|_|_|
                   year        mm      dd

AW2003-07-31

Time of ECG  |_|_|_|:|_|_|_|
                   24-hour clock

2004-02-16

CONFIDENTIAL
AZSER12748805

Page Ins: 8

## INSTRUCTIONS FOR THE INVESTIGATOR

**Meals**                                                                    **MEAL**

Record date and time of last meal.

2004-02-16

CONFIDENTIAL
AZSER12748806



AstraZeneca ✦

Page 8

Study code D1447C00126          Subj initials ...................          E code |E|_|_|_|_|_|_|_|

Enrolment

**Meals**                                                      **MEAL**

Date of last meal    |2|0|_|_|_|_|_|_|
                      year      mm   dd

Time of last meal    |_|_| : |_|_|
                      24-hour clock

SO03.03
SO2003-03-20
AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12748807

Page Ins: 9

## INSTRUCTIONS FOR THE INVESTIGATOR

**Laboratory Assessments**                                                    **LAB1**

Before sampling any blood for pharmacogenetic testing, make sure Subject has given informed consent for this test.

Label and fill sample tubes according to laboratory instructions.

Record the sampling date and time.

Please sign and attach printout from laboratory to the CRF.

2004-02-16

CONFIDENTIAL
AZSER12748808

AstraZeneca

Page 9

Study code D1447C00126          Subj initials .........................          E code  E |   |   |   |   |   |   |

Enrolment

AZ/01110

NA

AW2003-07-31

## Laboratory Assessments                                                    LAB1

Enrolment

Sampling date          | 2 | 0 |   |   |   |   |   |
                          year        mm      dd

Sampling time                  |   |   | : |   |   |
                              24-hour clock

| AstraZeneca use only | |
| Laboratory ID | |   |   | |

2004-02-16

CONFIDENTIAL
AZSER12748809

Page Ins: 10

## INSTRUCTIONS FOR THE INVESTIGATOR

AJ20110

**Laboratory Assessments**                                                      **LAB2**
**Mood stabilizer**

NA

Label and fill sample tubes according to laboratory instructions.

AW2003-07-31

Record the sampling date and time.

Please sign and attach printout from laboratory to the CRF.

Check that Mood stabilizer is within range, if not adjust dose according to protocol.

**NB:** State range for Lithium and Valproate: Lithium serum concentration range 0.5 mEq/L
to 1.2 mEq/L and Valproate serum concentration range 50 µg/ml to 125 µg/ml.

2004-02-16

CONFIDENTIAL
AZSER12748810

AstraZeneca

Page 10

Study code D1447C00126         Subj initials ......................         E code ⌊E⌋_|_|_|_|_|_⌋

Enrolment

**Laboratory Assessments**                                                          **LAB2**
**Mood stabilizer**

Enrolment

Sampling date         ⌊2_|0_|_|_⌋ ⌊_|_⌋ ⌊_|_⌋
                        year        mm    dd

Sampling time         ⌊_|_⌋ : ⌊_|_⌋
                       24-hour clock

---

AstraZeneca use only

Laboratory ID         ⌊_|_⌋

---

                        No    Yes   N/A
Mood stabilizer within range    ◯     ◯    ◯

2004-02-16

CONFIDENTIAL
AZSER12748811

Page Ins: 11

## INSTRUCTIONS FOR THE INVESTIGATOR

**Urine Toxicology Screen** **UTS**

Tick appropriate box indicating whether the screen was performed.

Complete the date the sample was taken.

Tick appropriate box indicating whether the results were positive or negative.

**Pregnancy Test** **PREG**

**Assessment applicable for Subject**
For males, tick 'No'.

2004-02-16

CONFIDENTIAL
AZSER12748812

AstraZeneca

Page 11

Study code D1447C00126          Subj initials ...................          E code E | | | | | | |

Enrolment

## Urine Toxicology Screen

UTS

Was screen done

No ☐ 0    Yes ☐ 1

Screen date

| 2 | 0 | | | | | | |
year    mm    dd

Urine toxicology results

Neg ☐ 0    Pos ☐ 1

## Pregnancy Test

PREG

Assessment applicable for Subject

No ☐ 0    Yes ☐ 1    If Yes, fill in below

Sampling date

| 2 | 0 | | | | | | |
year    mm    dd

Pregnancy test, serum

Neg ☐ 0    Pos ☐ 1    If Positive, withdraw Subject and fill in TERM

2004-02-16

CONFIDENTIAL
AZSER12748813

Page Ins: 12

## INSTRUCTIONS FOR THE INVESTIGATOR

**Sheehan Disability Scale**                                                          **SDS**

**Assessment Domains**

The Sheehan Disability Scale is a measurement of functional disability and impairment due to psychiatric symptoms. It consists of 3 functional impairment items and 2 items related to productivity losses due to the symptoms and impairment.

The Sheehan Disability Scale is a self rated questionnaire and should be administered to the Subject to be completed on his/her own without the presence or influence of study Investigator/ nurse or other individuals. You should instruct the Subject to report the disability and impairment experienced during the **past week** due to his/her **bipolar disorder symptoms.** Emphasize that you will not interfere with the completion or have any comments to the patient's responses.

When the patient has completed the questionnaire you should transfer the responses to the corresponding CRF page. Make sure that the visit numbers and dates are the same.

Please note that a questionnaire that has been completed by the patient is considered as source data and can not be amended by the Investigator or any other individual.

**NB:** The CRF page is for clinical personnel use only.

2004-02-16

CONFIDENTIAL
AZSER12748814

AstraZeneca

Page 12

Study code D1447C00126          Subj initials .................................          E code |E|_|_|_|_|_|_|_|

Enrolment

**Sheehan Disability Scale**                                                                                **SDS**

**Disability Scale**
**Work/School**                                                    |_|_|

I have not worked/studied at all during the past week for
reasons unrelated to disorder                                      |___|₁

**Social Life**                                                    |_|_|

**Family Life/Home Responsibilities**                             |_|_|

**DAYS LOST**                         Days          |_|_|

**DAYS UNDER-PRODUCTIVE**            Days          |_|_|

2004-02-16

CONFIDENTIAL
AZSER12748815

Page Ins: 13

## INSTRUCTIONS FOR THE INVESTIGATOR

**Clinical Global Impression, Bipolar (Enrolment Visit)**                    **CGI_BP**

**Severity of Illness**
Evaluate the severity of Subject's mental illness based on your total experience with this particular Subject population. Assess based on the present or previous week's experience. Rate on a seven-point spectrum (1= normal, 7= among the most severely ill Subjects). Tick only one box.

**Rater's initials**
Record Rater's initials. The same rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12748816

AstraZeneca

Study code D1447C00126          Subj initials ........................          E code  E | | | | | | |

Enrolment

AW03:07    N/A    AW2003-07-31

## Clinical Global Impression, Bipolar (Enrolment Visit)                    CGI_BP

### I.  Severity of Illness

Considering your total clinical experience with bipolar Subjects, how severely ill has the Subject been during the assessment period?

| | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 |
| Depression | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 |
| Overall bipolar illness | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 |

Rater´s initials

2004-02-16

CONFIDENTIAL
AZSER12748817

Page Ins: 14

## INSTRUCTIONS FOR THE INVESTIGATOR

**Young Mania Rating Scale** **YMRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

Enter the date when the YMRS assessment was performed.

Provide one rating for each item score. Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

AW03:07   N/A   AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12748818

AstraZeneca                                          Page 14

Study code D1447C00126        Subj initials ...................    E code |E| | | | | | |

                              Enrolment

## Young Mania Rating Scale                                    YMRS

Date of assessment        |2|0| | | | | |
                          year      mm    dd

1.   Elevated Mood                        |__|

2.   Increased Motor Activity - Energy    |__|

3.   Sexual Interest                      |__|

4.   Sleep                                |__|

5.   Irritability                         |__|

6.   Speech (Rate and Amount)             |__|

7.   Language - Thought Disorder          |__|

8.   Content                              |__|

9.   Disruptive - Aggressive Behaviour    |__|

10.  Appearance                           |__|

11.  Insight                              |__|

Rater's initials

2004-02-16

CONFIDENTIAL
AZSER12748819

Page Ins: 15

## INSTRUCTIONS FOR THE INVESTIGATOR

**Montgomery-Asberg Depression Rating Scale**                    **MADRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

**Date**
Enter the date when the assessment was performed.

Provide one rating for each item score.  Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

CN0107   N/A   AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12748820

AstraZeneca

Page 15

Study code D1447C00126          Subj initials ........................          E code │E│ │ │ │ │ │ │

Enrolment

CN01107   N/A   AW2003-07-31

## Montgomery-Asberg Depression Rating Scale

**MADRS**

Date of assessment  │2│0│ │ │ │ │ │
                      year      mm    dd

1.  Apparent sadness         ☐

2.  Reported sadness         ☐

3.  Inner tension            ☐

4.  Reduced sleep            ☐

5.  Reduced appetite         ☐

6.  Concentration difficulties ☐

7.  Lassitude               ☐

8.  Inability to feel        ☐

9.  Pessimistic thoughts     ☐

10. Suicidal thoughts        ☐

| Rater´s initials |
| --- |
|  |

2004-02-16

CONFIDENTIAL
AZSER12748821

Page Ins: 16

## INSTRUCTIONS FOR THE INVESTIGATOR

**Pharmacogenetic Sample**                                    **GENSAMP**

Tick box to confirm whether consent for pharmacogenetic sampling has been given or not.
Enter the date when consent for pharmacogenetic sampling has been given.
If site is not participating, line through the page and write "Site is not participating" initial and date.

2004-02-16

CONFIDENTIAL
AZSER12748822

AstraZeneca

Study code D1447C00126          Subj initials  ..............................          E code  $E$ | | | | | | |

Enrolment

## Pharmacogenetic Sample                                   **GENSAMP**

Has Subject given consent    No ☐ $_0$    Yes ☐ $_1$    If Yes, date of consent  | | | | | | | |
year   mm   dd

2004-02-16

CONFIDENTIAL
AZSER12748823

Page Ins: 17

## INSTRUCTIONS FOR THE INVESTIGATOR

**Eligibility Criteria, Open-Label Treatment Phase**                    **CRITAWS**

If the Subject does not comply with inclusion and exclusion criteria, withdraw Subject and complete study termination page.

If a Subject discontinues from the study the Enrolment number should not be re-used.

If the Subject is re-enrolled into the open label treatment phase a new enrolment number must be assigned.

Record the date when informed consent was given.

2004-02-16

CONFIDENTIAL
AZSER12748824

AstraZeneca

Page 17.01

Study code D1447C00126          Subj initials .........................          E code |E|_|_|_|_|_|_|

Enrolment

## Eligibility Criteria, Open-Label Treatment Phase          **CRITAWS**

Date Subject signed consent          |2|0|_|_|_|_|_|
                                       year      mm     dd

### Inclusion criteria

|   |   | No | Yes |
|---|---|----|-----|
|   |   | 0  | 1   |

1  Provide written informed consent before initiation of any study-related procedures    No ☐0   Yes ☐1

2  A diagnosis of Bipolar I Disorder, Most Recent Episode Manic (296.4x), or Bipolar I Disorder, Most Recent Episode Depressed (296.5x) or Bipolar I Disorder, Most Recent Episode Mixed (296.6x) with or without psychotic features, as defined by Diagnostic and Statistical Manual of Mental Disorders-Fourth Edition (DSM-IV)   ☐0   ☐1

3  Male or female, at least 18 years old   ☐0   ☐1

4  At least 1 manic, depressed or mixed episode in the 2 years prior to the index episode   ☐0   ☐1

5  One of the following

- A current manic, depressed or mixed episode by DSM-IV criteria

- A past manic, depressed or mixed episode within 26 weeks as documented by medical records, that was treated with quetiapine and mood stabilizer (lithium or valproate). Since this episode, treatment with this combination must not have been interrupted for more than 2 weeks continuously.   ☐0   ☐1

6  Female patients of childbearing potential must be using a reliable method of contraception. Reliable methods of contraception include hormonal contraceptives (eg, oral contraceptive or long-term injectable or implantable hormonal contraceptive), double-barrier methods (eg, condom and diaphragm, condom and foam, condom and sponge), intrauterine devices, and tubal ligation   N/A   ☐0   ☐1   ☐N

7  Able to understand and comply with the requirements of the study   ☐0   ☐1

**All Inclusion Criteria must be answered Yes for the Subject to qualify for this study**

continues

2004-02-16

CONFIDENTIAL
AZSER12748825

AstraZeneca

Page 17.02

| Study code D1447C00126 | Subj initials ......................... | E code E | | | | | | | |

Enrolment

## Eligibility Criteria, Open-Label Treatment Phase, continued

**CRITAWS**

### Exclusion criteria

|  | | No | Yes |
|---|---|---|---|
| 1 | Diagnosis of an anxiety disorder as defined by DSM-IV, which was treated with medication within the past year | ☐ 0 | ☐ 1 |
| 2 | Known intolerance or lack of response to quetiapine fumarate or to the assigned mood stabilizer, as judged by the Investigator | ☐ 0 | ☐ 1 |
| 3 | Pregnancy or lactation. Female patients of childbearing potential must have a negative serum human chorionic gonadotropin (HCG) test at enrolment | ☐ 0 | ☐ 1 |
| 4 | Substance or alcohol dependence at enrolment (except dependence in full remission, and except for caffeine or nicotine dependence), as defined by DSM-IV criteria | ☐ 0 | ☐ 1 |
| 5 | Opiates, amphetamine, barbiturate, cocaine, cannabis, or hallucinogen abuse by DSM-IV criteria within 4 weeks prior to enrolment | ☐ 0 | ☐ 1 |
| 6 | Use of any of the following cytochrome P450 3A4 inhibitors in the 14 days preceding enrolment including but not limited to: ketoconazole, itraconazole, fluconazole, erythromycin, clarithromycin, troleandomycin, indinavir, nelfinavir, ritonavir, and saquinavir | ☐ 0 | ☐ 1 |
| 7 | Use of any of the following cytochrome P450 inducers in the 14 days preceding enrolment including but not limitid to: phenytoin, carbamazepine, barbiturates, rifampin, St.John's Wort, and glucocorticoids | ☐ 0 | ☐ 1 |
| 8 | Thyroid stimulating hormone (TSH) concentration more than 10% above the upper limit of the normal range, regardless of treatment for hypothyroidism or hyperthyroidism | ☐ 0 | ☐ 1 |
| 9 | Unstable or inadequately treated medical illness (eg, diabetes angina pectoris, hypertension) as judged by the Investigator | ☐ 0 | ☐ 1 |
| 10 | Medical conditions that would affect absorption, distribution, metabolism, or excretion of study treatment | ☐ 0 | ☐ 1 |
| 11 | Use of an experimental drug within 30 days of enrolment | ☐ 0 | ☐ 1 |
| 12 | Previously randomized into this study or study D1447C00127 | ☐ 0 | ☐ 1 |

**All Exclusion Criteria must be answered No for the Subject to qualify for this study**

Subject complies with all inclusion/exclusion criteria at screening    No ☐ 0   Yes ☐ 1

Investigator´s initials

2004-02-16

CONFIDENTIAL
AZSER12748826

Page Ins: 18

## INSTRUCTIONS FOR THE INVESTIGATOR

**Positive and Negative Syndrome Scale**                                    **PANSS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

Provide one rating for each item score.  Specify one of the scores listed by putting the appropriate whole number (ie 1, 2, 3...) in the adjacent box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12748827

AstraZeneca

Study code D1447C00126          Subj initials ...............................          E code  $\boxed{E}$ $|$ $_|$ $_|$ $_|$ $_|$ $_|$ $_|$

Enrolment

N/A  AW03:07

AW2003-07-31

## Positive and Negative Syndrome Scale                                    **PANSS**

**Positive Subscale**

**P1.**   Delusions                                                  ⊔

**P2.**   Conceptual disorganization                                ⊔

**P3.**   Hallucinatory behaviour                                   ⊔

**P4.**   Excitement                                                ⊔

**P5.**   Grandiosity                                               ⊔

**P6.**   Suspiciousness/persecution                                ⊔

**P7.**   Hostility                                                 ⊔

Rater´s initials

2004-02-16

CONFIDENTIAL
AZSER12748828

AstraZeneca

| Study code D1447C00126 | Enrolment |
|---|---|

AZ01110
AZ2002-12-03
AW2003-07-31

## Check List                                           CHECK

1   Remember to check concomitant medication and record
    on MED.                                                ◯

2   The Subject has been prescribed the assigned mood
    stabilizer                                             ◯

3   Remember to transcribe rating scores and patient
    questionnaire answers from the Workbooks to the
    corresponding CRFs                                     ◯

4   The Subject has been given an appointment for the next
    visit and study participation card has been handed out. ◯

2004-02-16

CONFIDENTIAL
AZSER12748829

Signature

CONFIDENTIAL
AZSER12748830

Page Ins: 19

## INSTRUCTIONS FOR THE INVESTIGATOR

AZ0110

**Signature**                                                                           **SIGN**

NA

The Signature form is to be signed and dated by the Investigator **after** completion of all visits/assessments included in this binder.

AW2003-07-31

Please note that supporting evaluations and test results (ECG printouts, lab reports, etc) are considered to be part of the CRF.

2004-02-16

CONFIDENTIAL
AZSER12748831

AstraZeneca

Study code D1447C00126          Subj initials .........................          E code |E|___|___|___|___|___|___|

AZ01110
NA
AW2003-07-31

## Signature                                                                SIGN

By signing and dating this page for the study and Subject identified above, I declare that the information on this and all other pages of this Case Report Form has been reviewed by me or my delegate, and is accurate and complete.

This CRF consists of pages 1 – 19

---

AstraZeneca use only

Added pages .............................................................................................................................

Pages ................ to ................ were never completed for this Subject and have been removed          |2_0|___|___|___|___|___|___|  ................
                                                                                                              year     mm    dd    Monitor's initials

---

AstraZeneca use only

Added pages .............................................................................................................................

Pages ................ to ................ were never completed for this Subject and have been removed          |2_0|___|___|___|___|___|___|  ................
                                                                                                              year     mm    dd    Monitor's initials

---

AstraZeneca use only

Added pages .............................................................................................................................

Pages ................ to ................ were never completed for this Subject and have been removed          |2_0|___|___|___|___|___|___|  ................
                                                                                                              year     mm    dd    Monitor's initials

---

|___|___|___|___|___|___|          ................................................................
 year    mm    dd          Investigator's signature

                          ................................................................
                          Investigator's name (in block letters)

2004-02-16

CONFIDENTIAL
AZSER12748832

# Visit S1

CONFIDENTIAL
AZSER12748833

Page Ins: 20

## INSTRUCTIONS FOR THE INVESTIGATOR

**Clinical Global Impression, Bipolar (Open Label Treatment)**          **CGI_BP**

**Severity of Illness**
Evaluate the severity of Subject's mental illness based on your total experience with this particular Subject population.  Assess based on the present or previous week's experience.  Rate on a seven-point spectrum (1= normal, 7= among the most severely ill Subjects). Tick only one box.

**Change from Preceding Phase**
Assess Subject's total improvement since initiation of the current treatment (Enrolment visit) whether or not, in your judgment, it is due entirely to drug treatment. Rate on a seven-point spectrum (1= Very much improved, 7= Very much worse Subjects). Tick only one box.

**Rater's initials**
Record Rater's initials. The same rater should perform all assessments for a Subject.

AW03:07   N/A   AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12748834

AstraZeneca

Page 20

Study code D1447C00126                Subj initials ............................                E code ⌊E⌋ ⌊ ⌋ ⌊ ⌋ ⌊ ⌋ ⌊ ⌋ ⌊ ⌋

Visit No. S1

**Visit**                                                                                   **VISIT**

Visit date ⌊2⌋⌊0⌋ ⌊ ⌋ ⌊ ⌋ ⌊ ⌋ ⌊ ⌋
                year        mm        dd

**Clinical Global Impression, Bipolar (Open Label Treatment)**          **CGI_BP**

**I.  Severity of Illness**
Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

| | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | □1 | □2 | □3 | □4 | □5 | □6 | □7 |
| Depression | □1 | □2 | □3 | □4 | □5 | □6 | □7 |
| Overall bipolar illness | □1 | □2 | □3 | □4 | □5 | □6 | □7 |

**II.  Change from Preceding Phase**
Compared to the Enrolment Visit how much has the Subject changed

| | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | □1 | □2 | □3 | □4 | □5 | □6 | □7 | □9 |
| Depression | □1 | □2 | □3 | □4 | □5 | □6 | □7 | □9 |
| Overall bipolar illness | □1 | □2 | □3 | □4 | □5 | □6 | □7 | □9 |

Rater´s initials

2004-02-16

CONFIDENTIAL
AZSER12748835

Page Ins: 21

## INSTRUCTIONS FOR THE INVESTIGATOR

**Young Mania Rating Scale**                                                        **YMRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

Enter the date when the YMRS assessment was performed.

Provide one rating for each item score. Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12748836

AstraZeneca

Page 21

Study code D1447C00126          Subj initials ...........................          E code |E | | | | | | |

Visit No. S1

AW03:07    N/A    AW2003-07-31

## Young Mania Rating Scale

**YMRS**

Date of assessment        |2 | 0 | | | | | | |
year        mm       dd

1.   Elevated Mood                                          |_|

2.   Increased Motor Activity - Energy           |_|

3.   Sexual Interest                                         |_|

4.   Sleep                                                       |_|

5.   Irritability                                                |_|

6.   Speech (Rate and Amount)                      |_|

7.   Language - Thought Disorder              |_|

8.   Content                                                   |_|

9.   Disruptive - Aggressive Behaviour      |_|

10.  Appearance                                            |_|

11.  Insight                                                     |_|

| Rater´s initials |
|---|
|  |

2004-02-16

CONFIDENTIAL
AZSER12748837

Page Ins: 22

## INSTRUCTIONS FOR THE INVESTIGATOR

CN01/07

N/A

AW2003-07-31

**Montgomery-Asberg Depression Rating Scale**                                    **MADRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

**Date**
Enter the date when the assessment was performed.

Provide one rating for each item score.  Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12748838

AstraZeneca ⬥                                                          Page 22

Study code D1447C00126          Subj initials ...................          E code |E|_|_|_|_|_|_|

                                Visit No. S1

CN01:07   N/A   AW2003-07-31

## Montgomery-Asberg Depression Rating Scale                    **MADRS**

Date of assessment          |2|0|_|_|_|_|_|
                              year      mm    dd

1.   Apparent sadness            ⌐⌐

2.   Reported sadness            ⌐⌐

3.   Inner tension               ⌐⌐

4.   Reduced sleep               ⌐⌐

5.   Reduced appetite            ⌐⌐

6.   Concentration difficulties  ⌐⌐

7.   Lassitude                   ⌐⌐

8.   Inability to feel           ⌐⌐

9.   Pessimistic thoughts        ⌐⌐

10.  Suicidal thoughts           ⌐⌐

|                    |
| Rater´s initials   |
|                    |

2004-02-16

CONFIDENTIAL
AZSER12748839

Page Ins: 23

## INSTRUCTIONS FOR THE INVESTIGATOR

**Adverse Events, Reminder**                                              **AERDR**

See AEDEF for definitions of Adverse Event (AE) and
Serious Adverse Event (Serious AE) and for translation of the
standard question to local language.

**Guide to the AE assessment**
*Spontaneously reported:*
The AE can be reported by other than Subject, for example family or hospital
staff.
*Observed by Investigational team or other person:*
Examinations and assessments should also be considered.

2004-02-16

CONFIDENTIAL
AZSER12748840

AstraZeneca

Page 23

Study code D1447C00126          Subj initials ................................          E code |E|_|_|_|_|_|_|_|

Visit No. S1

## Adverse Events, Reminder                                    AERDR

Any adverse events
- spontaneously reported
- observed by Investigational team or other person
- reported in reply to the standard question: ***"Have you***    No    Yes
  ***had any health problems since the previous visit?"***    ○    ○     If Yes, go to AELOG

AW2003-07-31   AZ2002-12-03   AZ01110

2004-02-16

CONFIDENTIAL
AZSER12748841

AstraZeneca

Study code D1447C00126                    Visit No. S1

## Check List                                                CHECK

1   Adverse events have been reported on AELOG, and any      ◯
    change in concomitant medication on MED.

2   The investigational product has been handed out together  ◯
    with dosage instruction cards.

3   Check that DOSC and SAC have been filled in               ◯

4   The Subject has been given an appointment for the next    ◯
    visit.

5   Remember to transcribe rating scores from the             ◯
    workbooks to the corresponding CRFs.

AZ01110   AZ2002-12-03   AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12748842

# Visit S2 (optional)

CONFIDENTIAL
AZSER12748843

Page Ins: 24

## INSTRUCTIONS FOR THE INVESTIGATOR

**Vital Signs, Weight**                                                                                              **VIT**

**Pulse and blood pressure**
The method used at baseline must be used at each subsequent recording for PR and BP measurements.

Measure pulse before blood pressure.

The pulse and blood pressure should be measured supine and standing by using non-invasive equipment. The standing pulse and blood pressure should be measured after 2 minutes of standing.

**Weight**
Weight must be recorded using the same scale.

Subject should wear light clothing and no shoes during the weight assessment.

2004-02-16

CONFIDENTIAL
AZSER12748844

AstraZeneca

Page 24

Study code D1447C00126         Subj initials ...........................         E code | E | | | | | | |

Visit No. S2 (optional)

## Visit

**VISIT**

Visit date | 2 | 0 | | | | | |
             year      mm      dd

## Vital Signs, Weight

**VIT**

*Assm No.*                    *Protocol schedule*

1   Pulse | | | | beats/min    Supine (0 min)    Blood pressure | | | | / | | | | mmHg
                                                                 systolic      diastolic

2   Pulse | | | | beats/min    Standing (2 min)  Blood pressure | | | | / | | | | mmHg
                                                                 systolic      diastolic

Weight     | | | | • | | kg

2004-02-16

*Side labels:* AZ01.10   AZ2002-12-17   AW2003-07-31   AZ01.10   NA   AW2003-07-31

CONFIDENTIAL
AZSER12748845

Page Ins: 25

## INSTRUCTIONS FOR THE INVESTIGATOR

**Laboratory Assessments**                                                    **LAB2**
**Mood stabilizer**

Label and fill sample tubes according to laboratory instructions.

Record the sampling date and time.

Please sign and attach printout from laboratory to the CRF.

Check that Mood stabilizer is within range.

**NB:** State range for Lithium and Valproate: Lithium serum concentration range 0.5 mEq/L to 1.2 mEq/L and Valproate serum concentration range 50 µg/ml to 125 µg/ml.

AJ20110

NA

AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12748846

AstraZeneca

Page 25

Study code D1447C00126          Subj initials .................................          E code  E | | | | | | |

Visit No. S2 (optional)

AZ/01110
NA
AW2003-07-31

## Laboratory Assessments
**Mood stabilizer**

LAB2

Visit S2

Sampling date          2 | 0 | | | | | | |
                       year      mm    dd

Sampling time          |_|_| : |_|_|
                       24-hour clock

| AstraZeneca use only | |
| --- | --- |
| Laboratory ID | |_|_| |

Mood stabilizer within range    No ◯    Yes ◯

2004-02-16

CONFIDENTIAL
AZSER12748847