Page Ins: 26

## INSTRUCTIONS FOR THE INVESTIGATOR

**Clinical Global Impression, Bipolar (Open Label Treatment)**          **CGI_BP**

**Severity of illness**
Evaluate the severity of Subject's mental illness based on your total experience with this particular Subject population.  Assess based on the present or previous week's experience.  Rate on a seven-point spectrum (1= normal, 7= among the most severely ill Subjects). Tick only one box.

**Change from Preceding Phase**
Assess Subject's total improvement since initiation of the current treatment (Enrolment visit) whether or not, in your judgment, it is due entirely to drug treatment. Rate on a seven-point spectrum (1= Very much improved, 7= Very much worse Subjects). Tick only one box.

**Rater's initials**
Record Rater's initials. The same rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12748848

AstraZeneca                                                                                  Page 26

| Study code D1447C00126 | Subj initials ..................... | E code  E | | | | | | | |

Visit No. S2 (optional)

## Clinical Global Impression, Bipolar (Open Label Treatment)     CGI_BP

### I.  Severity of Illness
Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

|  | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |

### II.  Change from Preceding Phase
Compared to the Enrolment Visit how much has the Subject changed

|  | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |

| Rater's initials |
|---|
|  |

2004-02-16

CONFIDENTIAL
AZSER12748849

Page Ins: 27

## INSTRUCTIONS FOR THE INVESTIGATOR

**Young Mania Rating Scale**                                                **YMRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

Enter the date when the YMRS assessment was performed.

Provide one rating for each item score. Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12748850

AstraZeneca

Study code D1447C00126          Subj initials ...........................          E code |E | | | | | | |

Visit No. S2

## Young Mania Rating Scale                                    **YMRS**

AW03:07   N/A   AW2003-07-31

Date of assessment        |2 | 0 | | | | | | |
                          year        mm      dd

1.    Elevated Mood                             |__|

2.    Increased Motor Activity - Energy         |__|

3.    Sexual Interest                           |__|

4.    Sleep                                      |__|

5.    Irritability                              |__|

6.    Speech (Rate and Amount)                  |__|

7.    Language - Thought Disorder               |__|

8.    Content                                   |__|

9.    Disruptive - Aggressive Behaviour         |__|

10.   Appearance                                |__|

11.   Insight                                   |__|

Rater´s initials

2004-02-16

CONFIDENTIAL
AZSER12748851

Page Ins: 28

## INSTRUCTIONS FOR THE INVESTIGATOR

**Montgomery-Asberg Depression Rating Scale**                    **MADRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

**Date**
Enter the date when the assessment was performed.

Provide one rating for each item score.  Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

CN0107

N/A

AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12748852

AstraZeneca

Page 28

Study code D1447C00126          Subj initials ................................          E code  E | | | | | | | |

Visit No. S2

CN0107  N/A  AW2003-07-31

## Montgomery-Asberg Depression Rating Scale

**MADRS**

Date of assessment   | 2 | 0 | | | | | |
year       mm      dd

1.  Apparent sadness        ⊔

2.  Reported sadness        ⊔

3.  Inner tension           ⊔

4.  Reduced sleep           ⊔

5.  Reduced appetite        ⊔

6.  Concentration difficulties ⊔

7.  Lassitude               ⊔

8.  Inability to feel       ⊔

9.  Pessimistic thoughts    ⊔

10. Suicidal thoughts       ⊔

| Rater´s initials |
|---|
|  |

2004-02-16

CONFIDENTIAL
AZSER12748853

Page Ins: 29

## INSTRUCTIONS FOR THE INVESTIGATOR

**Adverse Events, Reminder**                                                    **AERDR**

See AEDEF for definitions of Adverse Event (AE) and
Serious Adverse Event (Serious AE) and for translation of the
standard question to local language.

**Guide to the AE assessment**
*Ongoing at previous visit:*
AEs that were present at the previous visit and which may have stopped before
this visit or are still present.
*Spontaneously reported:*
The AE can be reported by other than Subject, for example family or hospital
staff.
*Observed by Investigational team or other person:*
Examinations and assessments should also be considered.

2004-02-16

CONFIDENTIAL
AZSER12748854

AstraZeneca

Page 29

Study code D1447C00126          Subj initials .........................          E code | E | | | | | | | |

Visit No. S2 (optional)

AZ01110
AZ2002-12-03
AW2003-07-31

## Adverse Events, Reminder

**AERDR**

Any adverse events
- ongoing at previous visit
- spontaneously reported
- observed by Investigational team or other person

                                                    No   Yes
- reported in reply to the standard question: ***"Have you had any health problems since the previous visit?"***   ◯  ◯   If Yes, go to AELOG

2004-02-16

CONFIDENTIAL
AZSER12748855

AstraZeneca

Study code D1447C00126                    Visit No. S2 (optional)

## Check List                                                        CHECK

1   Adverse events have been reported on AELOG, and any          ○
    change in concomitant medication on MED.

2   The investigational product has been handed out together     ○
    with dosage instruction cards.

3   Check that DOSC and SAC have been filled in.                 ○

4   The Subject has been given an appointment for the next       ○
    visit.

5   Remember to transcribe rating scores from the                ○
    workbooks to the corresponding CRFs.

2004-02-16

CONFIDENTIAL
AZSER12748856

# Visit S3 (optional)

CONFIDENTIAL
AZSER12748857

Page Ins: 30

## INSTRUCTIONS FOR THE INVESTIGATOR

**Vital Signs, Weight**                                                                                    **VIT**

**Pulse and blood pressure**
The method used at baseline must be used at each subsequent recording for
PR and BP measurements.

Measure pulse before blood pressure.

The pulse and blood pressure should be measured supine and standing by
using non-invasive equipment. The standing pulse and blood pressure should
be measured after 2 minutes of standing.

**Weight**
Weight must be recorded using the same scale.

Subject should wear light clothing and no shoes during the weight assessment.

2004-02-16

CONFIDENTIAL
AZSER12748858

AstraZeneca                                                      Page 30

Study code D1447C00126          Subj initials ...................          E code  E |  |  |  |  |  |  |

Visit No. S3 (optional)

## Visit                                                          **VISIT**

Visit date  | 2 | 0 |  |  |  |  |  |
                 year      mm      dd

## Vital Signs, Weight                                            **VIT**

*Assm
No.*                          *Protocol
                              schedule*

   1   Pulse | | | | beats/min    Supine      Blood pressure | | | | / | | | | mmHg
                                  (0 min)                       systolic      diastolic

   2   Pulse | | | | beats/min    Standing     Blood pressure | | | | / | | | | mmHg
                                  (2 min)                       systolic      diastolic

Weight        | | | | · | | kg

AZ01:10

AZ2002-12-17

AW2003-07-31

AZ01:10

NA

AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12748859

Page Ins: 31

## INSTRUCTIONS FOR THE INVESTIGATOR

AJ20110

**Laboratory Assessments**                                          **LAB2**
**Mood stabilizer**

NA

Label and fill sample tubes according to laboratory instructions.

AW2003-07-31

Record the sampling date and time.

Please sign and attach printout from laboratory to the CRF.

Check that Mood stabilizer is within range.

**NB:** State range for Lithium and Valproate: Lithium serum concentration range 0.5 mEq/L to 1.2 mEq/L and Valproate serum concentration range 50 µg/ml to 125 µg/ml.

2004-02-16

CONFIDENTIAL
AZSER12748860

AstraZeneca

Study code D1447C00126          Subj initials ........................          E code |E|_|_|_|_|_|_|_|

Visit No. S3 (optional)

AZ01110

NA

AW2003-07-31

## Laboratory Assessments
**Mood stabilizer**

LAB2

Visit S3

Sampling date          |2|0|_|_|   |_|_|   |_|_|
                              year      mm      dd

Sampling time          |_|_| : |_|_|
                           24-hour clock

| AstraZeneca use only | |
| --- | --- |
| Laboratory ID | |_|_| |

Mood stabilizer within range      No ◯   Yes ◯

2004-02-16

CONFIDENTIAL
AZSER12748861

Page Ins: 32

## INSTRUCTIONS FOR THE INVESTIGATOR

**Clinical Global Impression, Bipolar (Open Label Treatment)**          **CGI_BP**

**Severity of illness**
Evaluate the severity of Subject's mental illness based on your total experience with this particular Subject population.  Assess based on the present or previous week's experience.  Rate on a seven-point spectrum (1= normal, 7= among the most severely ill Subjects).  Tick only one box.

**Change from Preceding Phase**
Assess Subject's total improvement since initiation of the current treatment (Enrolment visit) whether or not, in your judgment, it is due entirely to drug treatment. Rate on a seven-point spectrum (1= Very much improved, 7= Very much worse Subjects). Tick only one box.

**Rater's initials**
Record Rater's initials. The same rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12748862

AstraZeneca                                                                 Page 32

Study code D1447C00126          Subj initials ....................        E code |E| | | | | | |

Visit No. S3 (optional)

## Clinical Global Impression, Bipolar (Open Label Treatment)          CGI_BP

**I. Severity of Illness**

Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

| | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | □1 | □2 | □3 | □4 | □5 | □6 | □7 |
| Depression | □1 | □2 | □3 | □4 | □5 | □6 | □7 |
| Overall bipolar illness | □1 | □2 | □3 | □4 | □5 | □6 | □7 |

**II. Change from Preceding Phase**

Compared to the Enrolment Visit how much has the Subject changed

| | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | □1 | □2 | □3 | □4 | □5 | □6 | □7 | □9 |
| Depression | □1 | □2 | □3 | □4 | □5 | □6 | □7 | □9 |
| Overall bipolar illness | □1 | □2 | □3 | □4 | □5 | □6 | □7 | □9 |

Rater's initials

2004-02-16

CONFIDENTIAL
AZSER12748863

Page Ins: 33

## INSTRUCTIONS FOR THE INVESTIGATOR

**Young Mania Rating Scale**                                                                    **YMRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

Enter the date when the YMRS assessment was performed.

Provide one rating for each item score. Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12748864

AstraZeneca                                                              Page 33

Study code D1447C00126          Subj initials ...................          E code | E | | | | | | |

                                Visit No. S3

**Young Mania Rating Scale**                                            **YMRS**

Date of assessment        | 2 | 0| | | | | | |
                              year        mm    dd

1.   Elevated Mood                              | |

2.   Increased Motor Activity - Energy          | |

3.   Sexual Interest                            | |

4.   Sleep                                      | |

5.   Irritability                              | |

6.   Speech (Rate and Amount)                  | |

7.   Language - Thought Disorder               | |

8.   Content                                    | |

9.   Disruptive - Aggressive Behaviour         | |

10.  Appearance                                 | |

11.  Insight                                    | |

Rater´s initials

2004-02-16

CONFIDENTIAL
AZSER12748865

Page Ins: 34

## INSTRUCTIONS FOR THE INVESTIGATOR

CN0107

N/A

AW2003-07-31

**Montgomery-Asberg Depression Rating Scale**          **MADRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

**Date**
Enter the date when the assessment was performed.

Provide one rating for each item score.  Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12748866

AstraZeneca

Page 34

Study code D1447C00126          Subj initials ...........................          E code  E |   |   |   |   |   |

Visit No. S3

CN0107

N/A

AW2003-07-31

## Montgomery-Asberg Depression Rating Scale          **MADRS**

Date of assessment   |2 | 0 |   |   |   |   |   |
year          mm          dd

1.   Apparent sadness          ⌷

2.   Reported sadness          ⌷

3.   Inner tension          ⌷

4.   Reduced sleep          ⌷

5.   Reduced appetite          ⌷

6.   Concentration difficulties          ⌷

7.   Lassitude          ⌷

8.   Inability to feel          ⌷

9.   Pessimistic thoughts          ⌷

10. Suicidal thoughts          ⌷

Rater´s initials

2004-02-16

CONFIDENTIAL
AZSER12748867

Page Ins: 35

## INSTRUCTIONS FOR THE INVESTIGATOR

**Adverse Events, Reminder**                                                    **AERDR**

See AEDEF for definitions of Adverse Event (AE) and
Serious Adverse Event (Serious AE) and for translation of the
standard question to local language.

**Guide to the AE assessment**
*Ongoing at previous visit:*
AEs that were present at the previous visit and which may have stopped before
this visit or are still present.
*Spontaneously reported:*
The AE can be reported by other than Subject, for example family or hospital
staff.
*Observed by Investigational team or other person:*
Examinations and assessments should also be considered.

2004-02-16

CONFIDENTIAL
AZSER12748868

AstraZeneca                                                                    Page 35

Study code D1447C00126          Subj initials ........................   E code | E | | | | | | | |

Visit No. S3 (optional)

*AW2003-07-31     AZ2002-12-03     AZ0110*

## Adverse Events, Reminder                                             **AERDR**

Any adverse events
  - ongoing at previous visit
  - spontaneously reported
  - observed by Investigational team or other person                No    Yes
  - reported in reply to the standard question: ***"Have you          ◯     ◯
    had any health problems since the previous visit?"***                        If Yes, go to AELOG

2004-02-16

CONFIDENTIAL
AZSER12748869

AstraZeneca

Study code D1447C00126                    Visit No. S3 (optional)

## Check List                                              CHECK

1   Adverse events have been reported on AELOG, and any
    change in concomitant medication on MED.                 ◯

2   The investigational product has been handed out together
    with dosage instruction cards.                           ◯

3   Check that DOSC and SAC have been filled in.             ◯

4   The Subject has been given an appointment for the next
    visit.                                                   ◯

5   Remember to transcribe rating scores from the
    workbooks to the corresponding CRFs.                     ◯

AW2003-07-31   AZ2002-12-03   AZ0110

2004-02-16

CONFIDENTIAL
AZSER12748870

# Visit S4

CONFIDENTIAL
AZSER12748871



AstraZeneca

Page 36

Study code D1447C00126       Subj initials ...........................       E code ⌊E⌊ _ ⌊ _ ⌊ _ ⌊ _ ⌋

Visit No. S4

**Visit**                                                                 **VISIT**

Visit date  ⌊2 ⌊0 ⌊ _ ⌊ _ ⌊ _ ⌋
                 year      mm      dd

AZ/01:10

AZ2002-12-17

AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12748872

Page Ins: 37

## INSTRUCTIONS FOR THE INVESTIGATOR

**Laboratory Assessments**                                                    **LAB1**

Label and fill sample tubes according to laboratory instructions.

Record the sampling date and time.

Please sign and attach printout from laboratory to the CRF.

If the Absolute Neutrophil Count is below 0,5 X $10^9$/L a repeat lab within 24 hours is required. If the value of the repeated assessment is below 0,5 X $10^9$/L the Subject must be discontinued due to Adverse Event. The Adverse Event should be the signs and symptoms of the low Absolute Neutrophil Count  if present.  If no symptoms are present the Adverse Event should be 'Absolute Neutrophil Count Decreased'.

2004-02-16

CONFIDENTIAL
AZSER12748873

AstraZeneca

Page 37

Study code D1447C00126          Subj initials ...........................          E code  |E| | | | | | | |

Visit No. S4

AZ0110     NA     AW2003-07-31

## Laboratory Assessments

**LAB1**

Visit S4

Sampling date        |2| 0| | | | | | |
               year    mm   dd

Sampling time        | | | : | | |
             24-hour clock

| AstraZeneca use only | |
| --- | --- |
| Laboratory ID | \| \| \| |

2004-02-16

CONFIDENTIAL
AZSER12748874

Page Ins: 38

## INSTRUCTIONS FOR THE INVESTIGATOR

**Laboratory Assessments**                                                      **LAB2**
**Mood stabilizer**

Label and fill sample tubes according to laboratory instructions.

Record the sampling date and time.

Please sign and attach printout from laboratory to the CRF.

Check that Mood stabilizer is within range.

**NB:** State range for Lithium and Valproate: Lithium serum concentration range 0.5 mEq/L to 1.2 mEq/L and Valproate serum concentration range 50 µg/ml to 125 µg/ml.

2004-02-16

CONFIDENTIAL
AZSER12748875

AstraZeneca                                                                    Page 38

Study code D1447C00126          Subj initials ........................          E code E | | | | | | |

Visit No. S4

AZ01110

**Laboratory Assessments**                                                    **LAB2**
**Mood stabilizer**

NA

Visit S4

AW2003-07-31

Sampling date              2 0 | | | | | |
                              year      mm     dd

Sampling time              | | | : | | |
                              24-hour clock

| AstraZeneca use only | |
| --- | --- |
| Laboratory ID | | | |

                              No    Yes
Mood stabilizer within range   ◯     ◯

2004-02-16

CONFIDENTIAL
AZSER12748876

Page Ins: 39

## INSTRUCTIONS FOR THE INVESTIGATOR

**Clinical Global Impression, Bipolar (Open Label Treatment)**          **CGI_BP**

**Severity of illness**
Evaluate the severity of Subject's mental illness based on your total experience with
this particular Subject population.  Assess based on the present or previous week's
experience.  Rate on a seven-point spectrum (1= normal, 7= among the most
severely ill Subjects).  Tick only one box.

**Change from Preceding Phase**
Assess Subject's total improvement since initiation of the current treatment
(Enrolment visit) whether or not, in your judgment, it is due entirely to drug treatment.
Rate on a seven-point spectrum (1= Very much improved, 7= Very much worse
Subjects). Tick only one box.

**Rater's initials**
Record Rater's initials.  The same rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12748877

AstraZeneca

Page 39

| Study code D1447C00126 | Subj initials ................................ | E code E \| \| \| \| \| \| \| |
|---|---|---|

Visit No. S4

## Clinical Global Impression, Bipolar (Open Label Treatment)

**CGI_BP**

### I. Severity of Illness

Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

| | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |

### II. Change from Preceding Phase

Compared to the Enrolment Visit how much has the Subject changed

| | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |

| Rater's initials |
|---|
|  |

AW03:07   N/A   AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12748878

Page Ins: 40

## INSTRUCTIONS FOR THE INVESTIGATOR

**Young Mania Rating Scale**                                                    **YMRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

Enter the date when the YMRS assessment was performed.

Provide one rating for each item score. Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12748879

AstraZeneca                                                                          Page 40

Study code D1447C00126          Subj initials ........................          E code  E | | | | | | |

Visit No. S4

## Young Mania Rating Scale                                                          **YMRS**

Date of assessment          |2 | 0 | | | | | |
                                 year        mm      dd

1.   Elevated Mood                              ⊔

2.   Increased Motor Activity - Energy          ⊔

3.   Sexual Interest                            ⊔

4.   Sleep                                      ⊔

5.   Irritability                               ⊔

6.   Speech (Rate and Amount)                   ⊔

7.   Language - Thought Disorder                ⊔

8.   Content                                    ⊔

9.   Disruptive - Aggressive Behaviour          ⊔

10.  Appearance                                 ⊔

11.  Insight                                    ⊔

| Rater´s initials |
|---|
|  |

AW03:07    N/A    AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12748880

Page Ins: 41

INSTRUCTIONS FOR THE INVESTIGATOR

**Montgomery-Asberg Depression Rating Scale**                                    **MADRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

**Date**
Enter the date when the assessment was performed.

Provide one rating for each item score.  Specify one of the scores listed by
putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for
a Subject.

CN01/07   N/A   AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12748881

AstraZeneca

Study code D1447C00126          Subj initials ..............................          E code  E |  |  |  |  |  |  |

Visit No. S4

CN0107   N/A   AW2003-07-31

## Montgomery-Asberg Depression Rating Scale          **MADRS**

Date of assessment      | 2 | 0 |  |  |  |  |  |
                          year      mm      dd

1.  Apparent sadness          ⊔

2.  Reported sadness          ⊔

3.  Inner tension             ⊔

4.  Reduced sleep             ⊔

5.  Reduced appetite          ⊔

6.  Concentration difficulties ⊔

7.  Lassitude                 ⊔

8.  Inability to feel         ⊔

9.  Pessimistic thoughts      ⊔

10. Suicidal thoughts         ⊔

| Rater´s initials |
| --- |
|  |

2004-02-16

CONFIDENTIAL
AZSER12748882

Page Ins: 42

## INSTRUCTIONS FOR THE INVESTIGATOR

**Adverse Events, Reminder**                                    **AERDR**

See AEDEF for definitions of Adverse Event (AE) and
Serious Adverse Event (Serious AE) and for translation of the
standard question to local language.

**Guide to the AE assessment**

*Ongoing at previous visit:*
AEs that were present at the previous visit and which may have stopped before
this visit or are still present.

*Spontaneously reported:*
The AE can be reported by other than Subject, for example family or hospital
staff.

*Observed by Investigational team or other person:*
Examinations and assessments should also be considered.

2004-02-16

CONFIDENTIAL
AZSER12748883

AstraZeneca

Page 42

Study code D1447C00126       Subj initials .........................       E code  E | | | | | | | |

Visit No. S4

## Adverse Events, Reminder                                        AERDR

Any adverse events
 - ongoing at previous visit
 - spontaneously reported
 - observed by Investigational team or other person
 - reported in reply to the standard question: ***"Have you***    No    Yes
   ***had any health problems since the previous visit?"***   ◯   ◯    If Yes, go to AELOG

AW2011I0   AZ2002-12-03   AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12748884

AstraZeneca

Study code D1447C00126                    Visit No. S4

## Check List                                                           CHECK

1   Adverse events have been reported on AELOG, and any          ◯
    change in concomitant medication on MED.

2   The investigational product has been handed out together     ◯
    with dosage instruction cards.

3   Check that DOSC and SAC have been filled in.                 ◯

4   The Subject has been given an appointment for the next       ◯
    visit.

5   Remember to transcribe rating scores from the                ◯
    Workbooks to the corresponding CRFs.

2004-02-16

CONFIDENTIAL
AZSER12748885

# Visit S5

CONFIDENTIAL
AZSER12748886



AstraZeneca

Page 43

Study code D1447C00126          Subj initials .......................          E code  E | | | | | | |

Visit No. S5

## Visit

**VISIT**

Visit date  | 2 | 0 | | | | | |
year    mm    dd

2004-02-16

CONFIDENTIAL
AZSER12748887

Page Ins: 44

## INSTRUCTIONS FOR THE INVESTIGATOR

**Laboratory Assessments**                                                                    **LAB1**

Label and fill sample tubes according to laboratory instructions.

Record the sampling date and time.

Please sign and attach printout from laboratory to the CRF.

If the Absolute Neutrophil Count is below 0,5 X $10^9$/L a repeat lab within 24 hours is required. If the value of the repeated assessment is below 0,5 X $10^9$/L the Subject must be discontinued due to Adverse Event. The Adverse Event should be the signs and symptoms of the low Absolute Neutrophil Count  if present.  If no symptoms are present the Adverse Event should be 'Absolute Neutrophil Count Decreased'.

2004-02-16

CONFIDENTIAL
AZSER12748888

AstraZeneca

Page 44

Study code D1447C00126          Subj initials ........................          E code ⌊E⌋_|_|_|_|_|_|_⌋

Visit No. S5

AZ0110

NA

AW2003-07-31

## Laboratory Assessments

**LAB1**

Visit S5

Sampling date    ⌊2 | 0 | _ | _ | _ | _ | _ ⌋
year      mm     dd

Sampling time    ⌊ _ | _ ⌋ : ⌊ _ | _ ⌋
24-hour clock

| AstraZeneca use only | |
|---|---|
| Laboratory ID | ⌊ _ | _ | _ ⌋ |

2004-02-16

CONFIDENTIAL
AZSER12748889

Page Ins: 45

## INSTRUCTIONS FOR THE INVESTIGATOR

**Laboratory Assessments**                                                                    **LAB2**
**Mood stabilizer**

Label and fill sample tubes according to laboratory instructions.

Record the sampling date and time.

Please sign and attach printout from laboratory to the CRF.

Check that Mood stabilizer is within range.

**NB:** State range for Lithium and Valproate: Lithium serum concentration range 0.5 mEq/L to 1.2 mEq/L and Valproate serum concentration range 50 µg/ml to 125 µg/ml.

2004-02-16

CONFIDENTIAL
AZSER12748890

AstraZeneca                                                              Page 45

Study code D1447C00126        Subj initials ...........................        E code  E |__|__|__|__|__|__|

Visit No. S5

AZ0110
NA
AW2003-07-31

## Laboratory Assessments                                                LAB2
**Mood stabilizer**

Visit S5

Sampling date        |2 | 0 |__|__|  |__|__|  |__|__|
                        year        mm      dd

Sampling time        |__|__| : |__|__|
                     24-hour clock

| AstraZeneca use only |  |
| Laboratory ID | |__|__| |

Mood stabilizer within range        No ◯        Yes ◯

2004-02-16

CONFIDENTIAL
AZSER12748891

Page Ins: 46

## INSTRUCTIONS FOR THE INVESTIGATOR

**Clinical Global Impression, Bipolar (Open Label Treatment)**          **CGI_BP**

**Severity of illness**
Evaluate the severity of Subject's mental illness based on your total experience with this particular Subject population.  Assess based on the present or previous week's experience.  Rate on a seven-point spectrum (1= normal, 7= among the most severely ill Subjects).  Tick only one box.

**Change from Preceding Phase**
Assess Subject's total improvement since initiation of the current treatment (Enrolment visit) whether or not, in your judgment, it is due entirely to drug treatment. Rate on a seven-point spectrum (1= Very much improved 7= Very much worse Subjects). Tick only one box.

**Rater's initials**
Record Rater's initials.  The same rater should perform all assessments for a Subject.

AW03:07   N/A   AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12748892

AstraZeneca                                                                Page 46

| Study code D1447C00126 | Subj initials ............................... | E code | E | | | | | | | |

Visit No. S5

## Clinical Global Impression, Bipolar (Open Label Treatment)          CGI_BP

### I. Severity of Illness
Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

| | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | □1 | □2 | □3 | □4 | □5 | □6 | □7 |
| Depression | □1 | □2 | □3 | □4 | □5 | □6 | □7 |
| Overall bipolar illness | □1 | □2 | □3 | □4 | □5 | □6 | □7 |

### II. Change from Preceding Phase
Compared to the Enrolment Visit how much has the Subject changed

| | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | □1 | □2 | □3 | □4 | □5 | □6 | □7 | □9 |
| Depression | □1 | □2 | □3 | □4 | □5 | □6 | □7 | □9 |
| Overall bipolar illness | □1 | □2 | □3 | □4 | □5 | □6 | □7 | □9 |

Rater's initials

2004-02-16

CONFIDENTIAL
AZSER12748893

Page Ins: 47

## INSTRUCTIONS FOR THE INVESTIGATOR

**Young Mania Rating Scale**                                          **YMRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

Enter the date when the YMRS assessment was performed.

Provide one rating for each item score. Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

AW03:07   N/A   AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12748894

AstraZeneca                                                                    Page 47

Study code D1447C00126              Subj initials ........................       E code |E|__|__|__|__|__|__|

Visit No. S5

## Young Mania Rating Scale                                              **YMRS**

Date of assessment        |2|0|__|__| |__|__| |__|__|
                           year        mm      dd

1.   Elevated Mood                              |__|

2.   Increased Motor Activity - Energy          |__|

3.   Sexual Interest                            |__|

4.   Sleep                                      |__|

5.   Irritability                              |__|

6.   Speech (Rate and Amount)                   |__|

7.   Language - Thought Disorder                |__|

8.   Content                                    |__|

9.   Disruptive - Aggressive Behaviour          |__|

10.  Appearance                                 |__|

11.  Insight                                    |__|

| Rater´s initials |
| --- |
| |

2004-02-16

CONFIDENTIAL
AZSER12748895

Page Ins: 48

## INSTRUCTIONS FOR THE INVESTIGATOR

CN0107   N/A   AW2003-07-31

**Montgomery-Asberg Depression Rating Scale**                **MADRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

**Date**
Enter the date when the assessment was performed.

Provide one rating for each item score.  Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12748896

AstraZeneca

Study code D1447C00126          Subj initials ........................          E code | E |__|__|__|__|__|__|

Visit No. S5

CN0107

N/A

AW2003-07-31

## Montgomery-Asberg Depression Rating Scale          **MADRS**

Date of assessment   |2 | 0 |__|__|__|__|__|
                         year      mm    dd

1.  Apparent sadness            |__|

2.  Reported sadness            |__|

3.  Inner tension               |__|

4.  Reduced sleep               |__|

5.  Reduced appetite            |__|

6.  Concentration difficulties  |__|

7.  Lassitude                   |__|

8.  Inability to feel           |__|

9.  Pessimistic thoughts        |__|

10. Suicidal thoughts           |__|

| Rater´s initials |
|---|

2004-02-16

CONFIDENTIAL
AZSER12748897

Page Ins: 49

## INSTRUCTIONS FOR THE INVESTIGATOR

**Adverse Events, Reminder**                                **AERDR**

See AEDEF for definitions of Adverse Event (AE) and
Serious Adverse Event (Serious AE) and for translation of the
standard question to local language.

**Guide to the AE assessment**
*Ongoing at previous visit:*
AEs that were present at the previous visit and which may have stopped before
this visit or are still present.
*Spontaneously reported:*
The AE can be reported by other than Subject, for example family or hospital
staff.
*Observed by Investigational team or other person:*
Examinations and assessments should also be considered.

2004-02-16

CONFIDENTIAL
AZSER12748898

AstraZeneca

Page 49

Study code D1447C00126          Subj initials ...........................          E code E | | | | | | |

Visit No. S5

## Adverse Events, Reminder                                              AERDR

Any adverse events
- ongoing at previous visit
- spontaneously reported
- observed by Investigational team or other person
- reported in reply to the standard question: ***"Have you had any health problems since the previous visit?"***

No   Yes
○    ○          If Yes, go to AELOG

2004-02-16

CONFIDENTIAL
AZSER12748899

AstraZeneca

Study code D1447C00126                    Visit No. S5

## Check List                                                    CHECK

1   Adverse events have been reported on AELOG, and any      ◯
    change in concomitant medication on MED.

2   The investigational product has been handed out together  ◯
    with dosage instruction cards.

3   Check that DOSC and SAC have been filled in.              ◯

4   The Subject has been given an appointment for the next    ◯
    visit.

5   Remember to transcribe rating scores from the            ◯
    Workbooks to the corresponding CRFs.

AZ01110   AZ2002-12-03   AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12748900

# Visit S6

CONFIDENTIAL
AZSER12748901

Page Ins: 50

## INSTRUCTIONS FOR THE INVESTIGATOR

**Vital Signs, Weight**                                                                                    **VIT**

**Pulse and blood pressure**
The method used at baseline must be used at each subsequent recording for PR and BP measurements.

Measure pulse before blood pressure.

The pulse and blood pressure should be measured supine and standing by using non-invasive equipment. The standing pulse and blood pressure should be measured after 2 minutes of standing.

**Weight**
Weight must be recorded using the same scale.

Subject should wear light clothing and no shoes during the weight assessment.

2004-02-16

CONFIDENTIAL
AZSER12748902

AstraZeneca

Page 50

Study code D1447C00126          Subj initials ...........................          E code [ E | | | | | | | ]

Visit No. S6

## Visit

**VISIT**

Visit date [ 2 | 0 | | | | | | ]
year    mm    dd

## Vital Signs, Weight

**VIT**

*Assm No.*                              *Protocol schedule*

1   Pulse  [ | | | ] beats/min    Supine (0 min)    Blood pressure  [ | | | ] / [ | | | ]  mmHg
                                                                     systolic      diastolic

2   Pulse  [ | | | ] beats/min    Standing (2 min)  Blood pressure  [ | | | ] / [ | | | ]  mmHg
                                                                     systolic      diastolic

Weight        [ | | | . | ] kg

2004-02-16

CONFIDENTIAL
AZSER12748903

Page Ins: 51

## INSTRUCTIONS FOR THE INVESTIGATOR

**Laboratory Assessments**                                      **LAB1**

Label and fill sample tubes according to laboratory instructions.

Record the sampling date and time.

Please sign and attach printout from laboratory to the CRF.

If the Absolute Neutrophil Count is below 0,5 X $10^9$/L a repeat lab within 24 hours is required. If the value of the repeated assessment is below 0,5 X $10^9$/L the Subject must be discontinued due to Adverse Event. The Adverse Event should be the signs and symptoms of the low Absolute Neutrophil Count  if present.  If no symptoms are present the Adverse Event should be 'Absolute Neutrophil Count Decreased'.

2004-02-16

CONFIDENTIAL
AZSER12748904

AstraZeneca                                                                              Page 51

Study code D1447C00126          Subj initials .................................      E code  E | | | | | | |

Visit No. S6

AZ0110

NA

AW2003-07-31

## Laboratory Assessments                                                           LAB1

Visit S6

Sampling date        | 2 | 0 | | | | | | |
                          year      mm      dd

Sampling time              | | | : | | |
                         24-hour clock

---

AstraZeneca use only
Laboratory ID          | | | |

---

2004-02-16

CONFIDENTIAL
AZSER12748905

Page Ins: 52

## INSTRUCTIONS FOR THE INVESTIGATOR

**Laboratory Assessments**                                                                 **LAB2**
**Mood stabilizer**

Label and fill sample tubes according to laboratory instructions.

Record the sampling date and time.

Please sign and attach printout from laboratory to the CRF.

Check that Mood stabilizer is within range.

**NB:** State range for Lithium and Valproate: Lithium serum concentration range 0.5 mEq/L to 1.2 mEq/L and Valproate serum concentration range 50 µg/ml to 125 µg/ml.

AZ0110    NA    AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12748906

AstraZeneca

Page 52

---

Study code D1447C00126          Subj initials ...........................          E code |E | | | | | | |

Visit No. S6

---

AZ/1.10

NA

AW2003-07-31

## Laboratory Assessments
**Mood stabilizer**

LAB2

### Visit S6

Sampling date          |2 | 0 | | |   | | |   | | |
                        year        mm       dd

Sampling time          |__|__| : |__|__|
                        24-hour clock

| AstraZeneca use only | |
| Laboratory ID | |__|__| |

Mood stabilizer within range          No     Yes
                                       ( )    ( )

---

2004-02-16

CONFIDENTIAL
AZSER12748907

Page Ins: 53

## INSTRUCTIONS FOR THE INVESTIGATOR

**Clinical Global Impression, Bipolar (Open Label Treatment)**          **CGI_BP**

**Severity of illness**

Evaluate the severity of Subject's mental illness based on your total experience with this particular Subject population.  Assess based on the present or previous week's experience.  Rate on a seven-point spectrum (1= normal, 7= among the most severely ill Subjects).  Tick only one box.

**Change from Preceding Phase**

Assess Subject's total improvement since initiation of the current treatment (Enrolment visit) whether or not, in your judgment, it is due entirely to drug treatment. Rate on a seven-point spectrum (1= Very much improved 7= Very much worse Subjects). Tick only one box.

**Rater's initials**

Record Rater's initials.  The same rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12748908

AstraZeneca

Page 53

| Study code D1447C00126 | Subj initials ............................ | E code E | | | | | | | |

Visit No. S6

## Clinical Global Impression, Bipolar (Open Label Treatment)

CGI_BP

### I. Severity of Illness

Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

| | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |

### II. Change from Preceding Phase

Compared to the Enrolment Visit how much has the Subject changed

| | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |

Rater's initials

2004-02-16

CONFIDENTIAL
AZSER12748909

Page Ins: 54

## INSTRUCTIONS FOR THE INVESTIGATOR

**Young Mania Rating Scale**                                                                                    **YMRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

Enter the date when the YMRS assessment was performed.

Provide one rating for each item score. Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12748910

AstraZeneca

Page 54

| | | |
|---|---|---|
| Study code D1447C00126 | Subj initials ........................... | E code  E ⌊_⌊_⌊_⌊_⌊_⌊_⌋ |

Visit No. S6

## Young Mania Rating Scale

**YMRS**

Date of assessment    ⌊2 ⌊0 ⌊_⌊_⌊ ⌊_⌊ ⌊_⌊_⌋
year      mm    dd

1.   Elevated Mood                              ⌊__⌋

2.   Increased Motor Activity - Energy          ⌊__⌋

3.   Sexual Interest                            ⌊__⌋

4.   Sleep                                      ⌊__⌋

5.   Irritability                               ⌊__⌋

6.   Speech (Rate and Amount)                   ⌊__⌋

7.   Language - Thought Disorder                ⌊__⌋

8.   Content                                    ⌊__⌋

9.   Disruptive - Aggressive Behaviour          ⌊__⌋

10.  Appearance                                 ⌊__⌋

11.  Insight                                    ⌊__⌋

```
Rater's initials
```

2004-02-16

CONFIDENTIAL
AZSER12748911

Page Ins: 55

## INSTRUCTIONS FOR THE INVESTIGATOR

**Montgomery-Asberg Depression Rating Scale**                    **MADRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

**Date**
Enter the date when the assessment was performed.

Provide one rating for each item score.  Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12748912

AstraZeneca                                                                    Page 55

Study code D1447C00126          Subj initials ............................     E code E | | | | | | |

                                Visit No. S6

CN0107 / N/A / AW2003-07-31

## Montgomery-Asberg Depression Rating Scale                          **MADRS**

Date of assessment   2 | 0 | | | | | |
                      year      mm    dd

1.  Apparent sadness            ⊔

2.  Reported sadness            ⊔

3.  Inner tension               ⊔

4.  Reduced sleep               ⊔

5.  Reduced appetite            ⊔

6.  Concentration difficulties  ⊔

7.  Lassitude                   ⊔

8.  Inability to feel           ⊔

9.  Pessimistic thoughts        ⊔

10. Suicidal thoughts           ⊔

```
┌─────────────────────┐
│ Rater´s initials    │
│                     │
│                     │
└─────────────────────┘
```

2004-02-16

CONFIDENTIAL
AZSER12748913

Page Ins: 56

## INSTRUCTIONS FOR THE INVESTIGATOR

**Eligibility Criteria**                                              **CRITAWR**

If the Subject does not comply with inclusion and exclusion criteria, the Subject continues to the next Open Label Treatment phase visit.

Subjects fulfilling the eligibility criteria will continue to Visit 1 and be randomized to treatment group and assigned randomization codes before receiving the first doses of investigational product.

If Subject meets criteria for randomization, assessments done during this visit will not need to be re-made at randomization visit, provided that the randomization visit will take place within three days.

If a Subject discontinues from the study the Subject number (E code) should not be re-used.

Initials should be those of the Investigator.

2004-02-16

CONFIDENTIAL
AZSER12748914

AstraZeneca

Study code D1447C00126          Subj initials ...................................          E code E |  |  |  |  |  |  |

Visit No. S6

## Eligibility Criteria                                                    **CRITAWR**

**Inclusion criteria**

1  Has been prescribed a dose of quetiapine within the range 400 to 800 mg/day and mood stabilizer (lithium or valproate) for at least 12 weeks

    No ☐ 0    Yes ☐ 1

2  YMRS ≤12 and MADRS ≤12 assessed at a minimum of 4 consecutive visits spanning at least 12 weeks, with the allowance of a single excursion. An excursion is defined as a visit in which the YMRS or MADRS (or both) score equals 13 or 14. The excursion may not occur at the last of the consecutive visits

    ☐ 0    ☐ 1

**All Inclusion Criteria must be answered Yes for the Subject to qualify for this study**

2004-02-16

CONFIDENTIAL
AZSER12748915

AstraZeneca

Page 56.02

| | | |
|---|---|---|
| Study code D1447C00126 | Subj initials ......................... | E code  E ⌐ | | | | | | ⌐ |

Visit No. S6

## Eligibility Criteria, continued

**CRITAWR**

**Exclusion criteria**

|  |  | No | Yes |
|---|---|---|---|
| 1 | Hospitalization due to a mood event (manic, depressed or mixed) during the Open-label treatment Phase | ☐ 0 | ☐ 1 |
| 2 | Electroconvulsive therapy (ECT) during the Open-label treatment Phase | ☐ 0 | ☐ 1 |
| 3 | Attempt to commit suicide or homicide during the Open-label treatment Phase | ☐ 0 | ☐ 1 |
| 4 | Substance or alcohol dependence (except dependence in full remission, and except for caffeine or nicotine dependence), as defined by DSM-IV criteria | ☐ 0 | ☐ 1 |
| 5 | Opiates, amphetamine, barbiturate, cocaine, cannabis, or hallucinogen abuse by DSM-IV criteria during the last 12 weeks | ☐ 0 | ☐ 1 |

**All Exclusion Criteria must be answered No for the Subject to qualify for this study**

Subject complies with all inclusion and none of the exclusion criteria     No ☐ 0    Yes ☐ 1

Investigator's Initials

2004-02-16

CONFIDENTIAL
AZSER12748916

Page Ins: 57

## INSTRUCTIONS FOR THE INVESTIGATOR

**Adverse Events, Reminder**                                                    **AERDR**

See AEDEF for definitions of Adverse Event (AE) and
Serious Adverse Event (Serious AE) and for translation of the
standard question to local language.

**Guide to the AE assessment**
*Ongoing at previous visit:*
AEs that were present at the previous visit and which may have stopped before
this visit or are still present.
*Spontaneously reported:*
The AE can be reported by other than Subject, for example family or hospital
staff.
*Observed by Investigational team or other person:*
Examinations and assessments should also be considered.

2004-02-16

CONFIDENTIAL
AZSER12748917

AstraZeneca                                                      Page 57

Study code D1447C00126          Subj initials ......................          E code [E | | | | | | | |]

Visit No. S6

**Adverse Events, Reminder**                                    **AERDR**

Any adverse events
- ongoing at previous visit
- spontaneously reported
- observed by Investigational team or other person
- reported in reply to the standard question: ***"Have you***    No    Yes
  ***had any health problems since the previous visit?"***   ◯   ◯    If Yes, go to AELOG

AW20110    AZ2002-12-03    AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12748918

AstraZeneca

Study code D1447C00126                    Visit No. S6

## Check List                                                    CHECK

1   Adverse events have been reported on AELOG, and any     ◯
    change in concomitant medication on MED.

2   The investigational product has been handed out together  ◯
    with dosage instruction cards.

3   Check that DOSC and SAC have been filled in.             ◯

4   The Subject has been given an appointment for the next   ◯
    visit.

5   Remember to transcribe rating scores from the           ◯
    Workbooks to the corresponding CRFs.

6   If applicable:                                          ◯
    Subject has been randomized.

2004-02-16

CONFIDENTIAL
AZSER12748919

# Visit S7

CONFIDENTIAL
AZSER12748920



AstraZeneca

Page 58

Study code D1447C00126          Subj initials ...................          E code ⌊E⌋_⌊_⌊_⌊_⌊_⌊_⌊_⌋

Visit No. S7

## Visit

**VISIT**

Visit date ⌊2⌊0⌊_⌊_│_⌊_│_⌊_⌋
          year      mm      dd

A201:10

AZ2002-12-17

AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12748921

Page Ins: 59

## INSTRUCTIONS FOR THE INVESTIGATOR

**Laboratory Assessments**                                                    LAB2
**Mood stabilizer**

Label and fill sample tubes according to laboratory instructions.

Record the sampling date and time.

Please sign and attach printout from laboratory to the CRF.

Check that Mood stabilizer is within range.

**NB:** State range for Lithium and Valproate: Lithium serum concentration range 0.5 mEq/L to 1.2 mEq/L and Valproate serum concentration range 50 µg/ml to 125µg/ml.

2004-02-16

CONFIDENTIAL
AZSER12748922

AstraZeneca

Page 59

Study code D1447C00126          Subj initials ...........................          E code E

Visit No. S7

AZ0110

NA

AW2003-07-31

## Laboratory Assessments
**Mood stabilizer**

LAB2

Visit S7

Sampling date      2 0
                   year      mm      dd

Sampling time      ⌊ ⌋ : ⌊ ⌋
                   24-hour clock

| AstraZeneca use only | |
| Laboratory ID | ⌊ ⌋ |

Mood stabilizer within range    No    Yes
                                ◯     ◯

2004-02-16

CONFIDENTIAL
AZSER12748923

Page Ins: 60

## INSTRUCTIONS FOR THE INVESTIGATOR

**Clinical Global Impression, Bipolar (Open Label Treatment)**          **CGI_BP**

**Severity of illness**
Evaluate the severity of Subject's mental illness based on your total experience with this particular Subject population.  Assess based on the present or previous week's experience.  Rate on a seven-point spectrum (1= normal, 7= among the most severely ill Subjects).  Tick only one box.

**Change from Preceding Phase**
Assess Subject's total improvement since initiation of the current treatment (Enrolment visit) whether or not, in your judgment, it is due entirely to drug treatment. Rate on a seven-point spectrum (1= Very much improved, 7= Very much worse Subjects). Tick only one box.

**Rater's initials**
Record Rater's initials. The same rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12748924

AstraZeneca

Page 60

| Study code D1447C00126 | Subj initials ................. | E code E | | | | | | | |

Visit No. S7

AW2003-07-31    N/A    AW03.07

## Clinical Global Impression, Bipolar (Open Label Treatment)          CGI_BP

### I. Severity of Illness

Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

|  | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 |
| Depression | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 |
| Overall bipolar illness | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 |

### II. Change from Preceding Phase

Compared to the Enrolment Visit how much has the Subject changed

|  | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 | ☐ 9 |
| Depression | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 | ☐ 9 |
| Overall bipolar illness | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 | ☐ 9 |

| Rater's initials |
|---|
|  |

2004-02-16

CONFIDENTIAL
AZSER12748925

Page Ins: 61

## INSTRUCTIONS FOR THE INVESTIGATOR

**Young Mania Rating Scale**                                                    **YMRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

Enter the date when the YMRS assessment was performed.

Provide one rating for each item score. Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12748926

AstraZeneca

Page 61

Study code D1447C00126          Subj initials .....................          E code | E | | | | | | | |

Visit No. S7

## Young Mania Rating Scale

**YMRS**

Date of assessment          | 2 | 0 | | | | | |
                                year        mm      dd

1.   Elevated Mood                               ⌴

2.   Increased Motor Activity - Energy           ⌴

3.   Sexual Interest                             ⌴

4.   Sleep                                       ⌴

5.   Irritability                                ⌴

6.   Speech (Rate and Amount)                    ⌴

7.   Language - Thought Disorder                 ⌴

8.   Content                                     ⌴

9.   Disruptive - Aggressive Behaviour           ⌴

10.  Appearance                                  ⌴

11.  Insight                                     ⌴

Rater´s initials

2004-02-16

CONFIDENTIAL
AZSER12748927

Page Ins: 62

## INSTRUCTIONS FOR THE INVESTIGATOR

**Montgomery-Asberg Depression Rating Scale**                                    **MADRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

**Date**
Enter the date when the assessment was performed.

Provide one rating for each item score.  Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

CN0107   N/A   AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12748928

AstraZeneca

Page 62

Study code D1447C00126        Subj initials .................................        E code | E | | | | | | |

Visit No. S7

CN0107   N/A   AW2003-07-31

## Montgomery-Asberg Depression Rating Scale

**MADRS**

Date of assessment   | 2 | 0 | | | | | | |
                      year      mm    dd

1.  Apparent sadness            ⌐⌐
2.  Reported sadness            ⌐⌐
3.  Inner tension               ⌐⌐
4.  Reduced sleep               ⌐⌐
5.  Reduced appetite            ⌐⌐
6.  Concentration difficulties  ⌐⌐
7.  Lassitude                   ⌐⌐
8.  Inability to feel           ⌐⌐
9.  Pessimistic thoughts        ⌐⌐
10. Suicidal thoughts           ⌐⌐

| Rater´s initials |
| --- |
|  |

2004-02-16

CONFIDENTIAL
AZSER12748929

Page Ins: 63

## INSTRUCTIONS FOR THE INVESTIGATOR

**Eligibility Criteria**                                                      **CRITAWR**

If the Subject does not comply with inclusion and exclusion criteria, the Subject continues to the next Open Label Treatment phase visit.

Subjects fulfilling the eligibility criteria will continue to Visit 1 and be randomized to treatment group and assigned randomization codes before receiving the first doses of investigational product.

If Subject meets criteria for randomization, assessments done during this visit will not need to be re-made at randomization visit, provided that the randomization visit will take place within three days.

If a Subject discontinues from the study the Subject number (E code) should not be re-used.

Initials should be those of the Investigator.

2004-02-16

CONFIDENTIAL
AZSER12748930

AstraZeneca

Page 63.01

Study code D1447C00126          Subj initials ..............................          E code  E | | | | | | |

Visit No. S7

## Eligibility Criteria

**CRITAWR**

**Inclusion criteria**

1  Has been prescribed a dose of quetiapine within the range 400 to 800 mg/day and mood stabilizer (lithium or valproate) for at least 12 weeks

No   Yes
☐ 0   ☐ 1

2  YMRS ≤12 and MADRS ≤12 assessed at a minimum of 4 consecutive visits spanning at least 12 weeks, with the allowance of a single excursion. An excursion is defined as a visit in which the YMRS or MADRS (or both) score equals 13 or 14. The excurison may not occur at the last of the consecutive visits

☐ 0   ☐ 1

**All Inclusion Criteria must be answered Yes for the Subject to qualify for this study**

continues

2004-02-16

CONFIDENTIAL
AZSER12748931

AstraZeneca

Page 63.02

Study code D1447C00126          Subj initials ...............          E code | E | | | | | | | |

Visit No. S7

## Eligibility Criteria, continued                    CRITAWR

### Exclusion criteria

|  |  | No | Yes |
|---|---|---|---|
| 1 | Hospitalization due to a mood event (manic, depressed or mixed) during the Open-label treatment Phase | $\square_0$ | $\square_1$ |
| 2 | Electroconvulsive therapy (ECT) during the Open-label treatment Phase | $\square_0$ | $\square_1$ |
| 3 | Attempt to commit suicide or homicide during the Open-label treatment Phase | $\square_0$ | $\square_1$ |
| 4 | Substance or alcohol dependence (except dependence in full remission, and except for caffeine or nicotine dependence), as defined by DSM-IV criteria | $\square_0$ | $\square_1$ |
| 5 | Opiates, amphetamine, barbiturate, cocaine, cannabis, or hallucinogen abuse by DSM-IV criteria during the last 12 weeks | $\square_0$ | $\square_1$ |

**All Exclusion Criteria must be answered No for the Subject to qualify for this study**

| | No | Yes |
|---|---|---|
| Subject complies with all inclusion and none of the exclusion criteria | $\square_0$ | $\square_1$ |

Investigator's Initials

2004-02-16

CONFIDENTIAL
AZSER12748932

Page Ins: 64

## INSTRUCTIONS FOR THE INVESTIGATOR

**Adverse Events, Reminder**                                              **AERDR**

See AEDEF for definitions of Adverse Event (AE) and
Serious Adverse Event (Serious AE) and for translation of the
standard question to local language.

**Guide to the AE assessment**
*Ongoing at previous visit:*
AEs that were present at the previous visit and which may have stopped before
this visit or are still present.
*Spontaneously reported:*
The AE can be reported by other than Subject, for example family or hospital
staff.
*Observed by Investigational team or other person:*
Examinations and assessments should also be considered.

2004-02-16

CONFIDENTIAL
AZSER12748933

AstraZeneca

Page 64

Study code D1447C00126          Subj initials ........................          E code | E | | | | | | | |

Visit No. S7

## Adverse Events, Reminder                          **AERDR**

Any adverse events
- ongoing at previous visit
- spontaneously reported
- observed by Investigational team or other person
- reported in reply to the standard question: ***"Have you had any health problems since the previous visit?"***

No     Yes
○      ○          If Yes, go to AELOG

AZ01110    AZ2002-12-03    AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12748934

AstraZeneca

Study code D1447C00126                    Visit No. S7

AZ01110   AZ2002-12-03   AW2003-07-31

## Check List                                                    CHECK

1   Adverse events have been reported on AELOG, and any          ◯
    change in concomitant medication on MED.

2   The investigational product has been handed out together     ◯
    with dosage instruction cards.

3   Check that DOSC and SAC have been filled in.                 ◯

4   The Subject has been given an appointment for the next       ◯
    visit.

5   Remember to transcribe rating scores from the                ◯
    Workbooks to the corresponding CRFs.

6   If applicable:                                               ◯
    Subject has been randomized.

2004-02-16

CONFIDENTIAL
AZSER12748935

# Visit S8

CONFIDENTIAL
AZSER12748936



AstraZeneca                                                                    Page 65

Study code D1447C00126          Subj initials ..........................          E code $\boxed{E\;|\;|\;|\;|\;|\;|\;|}$

Visit No. S8

AZ01:10
AZ2002-12-17
AW2003-07-31

**Visit**                                                                     **VISIT**

Visit date $\boxed{2\;|\;0\;|\;|\;|\;|\;|}$
            year     mm     dd

2004-02-16

CONFIDENTIAL
AZSER12748937

Page Ins: 66

## INSTRUCTIONS FOR THE INVESTIGATOR

AJ20110

**Laboratory Assessments**                                                    LAB2
**Mood stabilizer**

NA

Label and fill sample tubes according to laboratory instructions.

AW2003-07-31

Record the sampling date and time.

Please sign and attach printout from laboratory to the CRF.

Check that Mood stabilizer is within range

**NB:** State range for Lithium and Valproate: Lithium serum concentration range 0.5 mEq/L to 1.2 mEq/L and Valproate serum concentration range 50 µg/ml to 125 µg/ml.

2004-02-16

CONFIDENTIAL
AZSER12748938

AstraZeneca

Page 66

Study code D1447C00126          Subj initials ..................................          E code E | | | | | | |

Visit No. S8

AZ0110

## Laboratory Assessments
**Mood stabilizer**

LAB2

NA

Visit S8

AW2003-07-31

Sampling date          2 | 0 | | | | | |
                       year      mm    dd

Sampling time          | | | : | | |
                       24-hour clock

| AstraZeneca use only | |
| --- | --- |
| Laboratory ID | | | | |

                                No      Yes
Mood stabilizer within range    ◯       ◯

2004-02-16

CONFIDENTIAL
AZSER12748939

Page Ins: 67

## INSTRUCTIONS FOR THE INVESTIGATOR

**Clinical Global Impression, Bipolar (Open Label Treatment)**          **CGI_BP**

**Severity of illness**
Evaluate the severity of Subject's mental illness based on your total experience with this particular Subject population.  Assess based on the present or previous week's experience.  Rate on a seven-point spectrum (1= normal, 7= among the most severely ill Subjects).  Tick only one box.

**Change from Preceding Phase**
Assess Subject's total improvement since initiation of the current treatment (Enrolment visit) whether or not, in your judgment, it is due entirely to drug treatment. Rate on a seven-point spectrum (1= Very much improved  7= Very much worse Subjects). Tick only one box.

**Rater's initials**
Record Rater's initials.  The same rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12748940

AstraZeneca

Page 67

| Study code D1447C00126 | Subj initials ........................... | E code | E | | | | | | | |
|---|---|---|

Visit No. S8

## Clinical Global Impression, Bipolar (Open Label Treatment)    CGI_BP

### I.  Severity of Illness
Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

| | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |

### II.  Change from Preceding Phase
Compared to the Enrolment Visit how much has the Subject changed

| | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |

Rater's initials

2004-02-16

CONFIDENTIAL
AZSER12748941

Page Ins: 68

## INSTRUCTIONS FOR THE INVESTIGATOR

**Young Mania Rating Scale**                                                    **YMRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

Enter the date when the YMRS assessment was performed.

Provide one rating for each item score. Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12748942

AstraZeneca                                                          Page 68

Study code D1447C00126          Subj initials ........................          E code ⌊E⌋ | | | | | | |

Visit No. S8

## Young Mania Rating Scale                                          **YMRS**

Date of assessment        ⌊2 | 0 | | | | | | | ⌋
                          year        mm    dd

1.   Elevated Mood                              ⌊__⌋

2.   Increased Motor Activity - Energy          ⌊__⌋

3.   Sexual Interest                            ⌊__⌋

4.   Sleep                                      ⌊__⌋

5.   Irritability                               ⌊__⌋

6.   Speech (Rate and Amount)                   ⌊__⌋

7.   Language - Thought Disorder                ⌊__⌋

8.   Content                                    ⌊__⌋

9.   Disruptive - Aggressive Behaviour          ⌊__⌋

10.  Appearance                                 ⌊__⌋

11.  Insight                                    ⌊__⌋

| Rater's initials |
|---|
|  |

AW03:07    N/A    AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12748943

Page Ins: 69

## INSTRUCTIONS FOR THE INVESTIGATOR

CN0107    N/A    AW2003-07-31

**Montgomery-Asberg Depression Rating Scale**                    **MADRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

**Date**
Enter the date when the assessment was performed.

Provide one rating for each item score.  Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12748944

AstraZeneca

Page 69

Study code D1447C00126          Subj initials ..................................          E code | E | | | | | | |

Visit No. S8

## Montgomery-Asberg Depression Rating Scale

**MADRS**

CN0107
N/A
AW2003-07-31

Date of assessment   | 2 | 0 | | | | | | |
year        mm      dd

1.  Apparent sadness ⬜

2.  Reported sadness ⬜

3.  Inner tension ⬜

4.  Reduced sleep ⬜

5.  Reduced appetite ⬜

6.  Concentration difficulties ⬜

7.  Lassitude ⬜

8.  Inability to feel ⬜

9.  Pessimistic thoughts ⬜

10. Suicidal thoughts ⬜

| Rater´s initials |
| --- |
|  |

2004-02-16

CONFIDENTIAL
AZSER12748945

Page Ins: 70

## INSTRUCTIONS FOR THE INVESTIGATOR

**Eligibility Criteria**                                                           **CRITAWR**

If the Subject does not comply with inclusion and exclusion criteria, the Subject continues to the next Open Label Treatment phase visit.

Subjects fulfilling the eligibility criteria will continue to Visit 1 and be randomized to treatment group and assigned randomization codes before receiving the first doses of investigational product.

If Subject meets criteria for randomization, assessments done during this visit will not need to be re-made at randomization visit, provided that the randomization visit will take place within three days.

If a Subject discontinues from the study the Subject number (E code) should not be re-used.

Initials should be those of the Investigator.

2004-02-16

CONFIDENTIAL
AZSER12748946

AstraZeneca

Page 70.01

---

Study code D1447C00126          Subj initials ...........................          E code ⌊E⌋__|__|__|__|__|__|__⌋

Visit No. S8

---

AW03:07
N/A
AW2003-07-31

## Eligibility Criteria

**CRITAWR**

### Inclusion criteria

|  |  | No | Yes |
|---|---|---|---|

1  Has been prescribed a dose of quetiapine within the range 400 to 800 mg/day and mood stabilizer (lithium or valproate) for at least 12 weeks     No ☐ 0   Yes ☐ 1

2  YMRS ≤12 and MADRS ≤12 assessed at a minimum of 4 consecutive visits spanning at least 12 weeks, with the allowance of a single excursion. An excursion is defined as a visit in which the YMRS or MADRS (or both) score equals 13 or 14. The excurison may not occur at the last of the consecutive visits     ☐ 0   ☐ 1

**All Inclusion Criteria must be answered Yes for the Subject to qualify for this study**

continues

2004-02-16

CONFIDENTIAL
AZSER12748947