AstraZeneca

Page 70.02

| Study code D1447C00126 | Subj initials .......................... | E code E |_|_|_|_|_|_| |

Visit No. S8

## Eligibility Criteria, continued

**CRITAWR**

### Exclusion criteria

|   |   | No | Yes |
|---|---|----|-----|
| 1 | Hospitalization due to a mood event (manic, depressed or mixed) during the Open-label treatment Phase | ☐ 0 | ☐ 1 |
| 2 | Electroconvulsive therapy (ECT) during the Open-label treatment Phase | ☐ 0 | ☐ 1 |
| 3 | Attempt to commit suicide or homicide during the Open-label treatment Phase | ☐ 0 | ☐ 1 |
| 4 | Substance or alcohol dependence (except dependence in full remission, and except for caffeine or nicotine dependence), as defined by DSM-IV criteria | ☐ 0 | ☐ 1 |
| 5 | Opiates, amphetamine, barbiturate, cocaine, cannabis, or hallucinogen abuse by DSM-IV criteria during the last 12 weeks | ☐ 0 | ☐ 1 |

**All Exclusion Criteria must be answered No for the Subject to qualify for this study**

|   | No | Yes |
|---|----|-----|
| Subject complies with all inclusion and none of the exclusion criteria | ☐ 0 | ☐ 1 |

Investigator's Initials

2004-02-16

CONFIDENTIAL
AZSER12748948

Case 6:06-md-01769-ACC-DAB   Document 1354-47   Filed 03/11/09   Page 2 of 100 PageID 62849

Page Ins: 71

## INSTRUCTIONS FOR THE INVESTIGATOR

**Adverse Events, Reminder**                                        **AERDR**

See AEDEF for definitions of Adverse Event (AE) and
Serious Adverse Event (Serious AE) and for translation of the
standard question to local language.

**Guide to the AE assessment**
*Ongoing at previous visit:*
AEs that were present at the previous visit and which may have stopped before
this visit or are still present.
*Spontaneously reported:*
The AE can be reported by other than Subject, for example family or hospital
staff.
*Observed by Investigational team or other person:*
Examinations and assessments should also be considered.

2004-02-16

CONFIDENTIAL
AZSER12748949

AstraZeneca

Page 71

| Study code D1447C00126 | Subj initials ......................... | E code |E| | | | | | | |

Visit No. S8

## Adverse Events, Reminder

**AERDR**

Any adverse events
- ongoing at previous visit
- spontaneously reported
- observed by Investigational team or other person
- reported in reply to the standard question: ***"Have you had any health problems since the previous visit?"***

No   Yes
○    ○        If Yes, go to AELOG

AZ01110
AZ2002-12-03
AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12748950

AstraZeneca

Study code D1447C00126                     Visit No. S8

## Check List                                                    CHECK

1  Adverse events have been reported on AELOG, and any      ◯
   change in concomitant medication on MED.

2  The investigational product has been handed out together  ◯
   with dosage instruction cards.

3  Check that DOSC and SAC have been filled in.              ◯

4  The Subject has been given an appointment for the next    ◯
   visit.

5  Remember to transcribe rating scores from the             ◯
   Workbooks to the corresponding CRFs.

6  If applicable:                                            ◯
   Subject has been randomized.

2004-02-16

CONFIDENTIAL
AZSER12748951

# Visit S9

CONFIDENTIAL
AZSER12748952

Page Ins: 72

## INSTRUCTIONS FOR THE INVESTIGATOR

**Vital Signs, Weight**                                                                                      **VIT**

**Pulse and blood pressure**
The method used at baseline must be used at each subsequent recording for PR and BP measurements.

Measure pulse before blood pressure.

The pulse and blood pressure should be measured supine and standing by using non-invasive equipment. The standing pulse and blood pressure should be measured after 2 minutes of standing.

**Weight**
Weight must be recorded using the same scale.

Subject should wear light clothing and no shoes during the weight assessment.

2004-02-16

CONFIDENTIAL
AZSER12748953

AstraZeneca

Page 72

Study code D1447C00126          Subj initials ...............................          E code [E |   |   |   |   |   |   ]

Visit No. S9

## Visit

**VISIT**

Visit date [2 | 0 |   |   |   |   |   ]
year      mm      dd

## Vital Signs, Weight

**VIT**

*Assm No.*

*Protocol schedule*

1    Pulse [   |   |   ] beats/min    Supine (0 min)    Blood pressure [   |   |   ] / [   |   |   ] mmHg
                                                                     systolic        diastolic

2    Pulse [   |   |   ] beats/min    Standing (2 min)    Blood pressure [   |   |   ] / [   |   |   ] mmHg
                                                                       systolic        diastolic

Weight [   |   |   ] · [   ] kg

2004-02-16

CONFIDENTIAL
AZSER12748954

AZ01.10

AZ2002-12-17

AW2003-07-31

AZ01.10

NA

AW2003-07-31

Page Ins: 73

## INSTRUCTIONS FOR THE INVESTIGATOR

**Laboratory Assessments**                                                    **LAB1**

Label and fill sample tubes according to laboratory instructions.

Record the sampling date and time.

Please sign and attach printout from laboratory to the CRF.

If the Absolute Neutrophil Count is below $0,5 \times 10^9$/L a repeat lab within 24 hours is required. If the value of the repeated assessment is below $0,5 \times 10^9$/L the Subject must be discontinued due to Adverse Event. The Adverse Event should be the signs and symptoms of the low Absolute Neutrophil Count if present. If no symptoms are present the Adverse Event should be 'Absolute Neutrophil Count Decreased'.

A/20110

NA

AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12748955

AstraZeneca

Page 73

Study code D1447C00126          Subj initials ...........................          E code E | | | | | | |

Visit No. S9

## Laboratory Assessments

**LAB1**

Visit S9

Sampling date          2 | 0 | | | | | | |
                               year        mm      dd

Sampling time                  | | | : | | |
                               24-hour clock

| AstraZeneca use only | |
|---|---|
| Laboratory ID | | | | |

2004-02-16

CONFIDENTIAL
AZSER12748956

Page Ins: 74

## INSTRUCTIONS FOR THE INVESTIGATOR

**Laboratory Assessments**                                    **LAB2**
**Mood stabilizer**

Label and fill sample tubes according to laboratory instructions.

Record the sampling date and time.

Please sign and attach printout from laboratory to the CRF.

Check that Mood stabilizer is within range.

**NB:** State range for Lithium and Valproate: Lithium serum concentration range 0.5 mEq/L to 1.2 mEq/L and Valproate serum concentration range 50 µg/ml to 125 µg/ml.

2004-02-16

CONFIDENTIAL
AZSER12748957

AstraZeneca

Page 74

Study code D1447C00126          Subj initials ...........................          E code E | | | | | | |

Visit No. S9

AZ01.10

NA

AW2003-07-31

## Laboratory Assessments
**Mood stabilizer**

LAB2

Visit S9

Sampling date          | 2 | 0 | | | | | | |
                        year    mm    dd

Sampling time          | | | : | | |
                       24-hour clock

| AstraZeneca use only | |
| --- | --- |
| Laboratory ID | | | | |

Mood stabilizer within range          No    Yes
                                      ◯     ◯

2004-02-16

CONFIDENTIAL
AZSER12748958

Page Ins: 75

## INSTRUCTIONS FOR THE INVESTIGATOR

**Clinical Global Impression, Bipolar (Open Label Treatment)**                  **CGI_BP**

**Severity of illness**
Evaluate the severity of Subject's mental illness based on your total experience with
this particular Subject population.  Assess based on the present or previous week's
experience.  Rate on a seven-point spectrum (1= normal, 7= among the most
severely ill Subjects).  Tick only one box.

**Change from Preceding Phase**
Assess Subject's total improvement since initiation of the current treatment
(Enrolment visit) whether or not, in your judgment, it is due entirely to drug treatment.
Rate on a seven-point spectrum (1= Very much improved, 7= Very much worse
Subjects). Tick only one box.

**Rater's initials**
Record Rater's initials. The same rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12748959

AstraZeneca

| Study code D1447C00126 | Subj initials .............................. | E code  E |_|_|_|_|_|_| |
|---|---|---|

Visit No. S9

AW03:07  N/A

AW2003-07-31

## Clinical Global Impression, Bipolar (Open Label Treatment)        CGI_BP

### I.  Severity of Illness

Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

|  | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 |
| Depression | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 |
| Overall bipolar illness | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 |

### II.  Change from Preceding Phase

Compared to the Enrolment Visit how much has the Subject changed

|  | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 | ☐ 9 |
| Depression | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 | ☐ 9 |
| Overall bipolar illness | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 | ☐ 9 |

Rater's initials

2004-02-16

CONFIDENTIAL
AZSER12748960

Page Ins: 76

## INSTRUCTIONS FOR THE INVESTIGATOR

**Young Mania Rating Scale**                                                                          **YMRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

Enter the date when the YMRS assessment was performed.

Provide one rating for each item score. Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12748961

AstraZeneca                                                                    Page 76

Study code D1447C00126          Subj initials ........................          E code |E| | | | | | |

Visit No. S9

## Young Mania Rating Scale                                                    **YMRS**

Date of assessment          |2 | 0 | | | | | | | |
                                    year      mm    dd

1.   Elevated Mood

2.   Increased Motor Activity - Energy

3.   Sexual Interest

4.   Sleep

5.   Irritability

6.   Speech (Rate and Amount)

7.   Language - Thought Disorder

8.   Content

9.   Disruptive - Aggressive Behaviour

10.  Appearance

11.  Insight

| Rater´s initials |
| --- |
|  |

2004-02-16

CONFIDENTIAL
AZSER12748962

Page Ins: 77

## INSTRUCTIONS FOR THE INVESTIGATOR

**Montgomery-Asberg Depression Rating Scale**                    **MADRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

**Date**
Enter the date when the assessment was performed.

Provide one rating for each item score.  Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12748963

AstraZeneca

Study code D1447C00126          Subj initials ...........................          E code |E|_|_|_|_|_|_|

Visit No. S9

CN0107   N/A   AW2003-07-31

## Montgomery-Asberg Depression Rating Scale                    **MADRS**

Date of assessment      |2|0|_|_|_|_|_|
                         year      mm      dd

1.   Apparent sadness            ⊔

2.   Reported sadness            ⊔

3.   Inner tension               ⊔

4.   Reduced sleep               ⊔

5.   Reduced appetite            ⊔

6.   Concentration difficulties  ⊔

7.   Lassitude                   ⊔

8.   Inability to feel           ⊔

9.   Pessimistic thoughts        ⊔

10.  Suicidal thoughts           ⊔

Rater´s initials

2004-02-16

CONFIDENTIAL
AZSER12748964

Page Ins: 78

## INSTRUCTIONS FOR THE INVESTIGATOR

**Eligibility Criteria**                                                                    **CRITAWR**

If the Subject does not comply with inclusion and exclusion criteria, the Subject continues to the next Open Label Treatment phase visit.

Subjects fulfilling the eligibility criteria will continue to Visit 1 and be randomized to treatment group and assigned randomization codes before receiving the first doses of investigational product.

If Subject meets criteria for randomization, assessments done during this visit will not need to be re-made at randomization visit, provided that the randomization visit will take place within three days.

If a Subject discontinues from the study the Subject number (E code) should not be re-used.

Initials should be those of the Investigator.

2004-02-16

CONFIDENTIAL
AZSER12748965

AstraZeneca

Page 78.01

Study code D1447C00126          Subj initials ...........................          E code |E| | | | | | | |

Visit No. S9

## Eligibility Criteria

**CRITAWR**

### Inclusion criteria

1  Has been prescribed a dose of quetiapine within the range 400 to 800 mg/day and mood stabilizer (lithium or valproate) for at least 12 weeks

No ☐ 0    Yes ☐ 1

2  YMRS ≤12 and MADRS ≤12 assessed at a minimum of 4 consecutive visits spanning at least 12 weeks, with the allowance of a single excursion. An excursion is defined as a visit in which the YMRS or MADRS (or both) score equals 13 or 14. The excurison may not occur at the last of the consecutive visits

☐ 0    ☐ 1

**All Inclusion Criteria must be answered Yes for the Subject to qualify for this study**

continues

2004-02-16

CONFIDENTIAL
AZSER12748966

AstraZeneca

Page 78.02

| Study code D1447C00126 | Subj initials ........................ | E code  E ⌐ ⌐ ⌐ ⌐ ⌐ ⌐ ⌐ |

Visit No. S9

## Eligibility Criteria, continued

**CRITAWR**

### Exclusion criteria

|   |   | No | Yes |
|---|---|----|-----|
| 1 | Hospitalization due to a mood event (manic, depressed or mixed) during the Open-label treatment Phase | ☐ 0 | ☐ 1 |
| 2 | Electroconvulsive therapy (ECT) during the Open-label treatment Phase | ☐ 0 | ☐ 1 |
| 3 | Attempt to commit suicide or homicide during the Open-label treatment Phase | ☐ 0 | ☐ 1 |
| 4 | Substance or alcohol dependence (except dependence in full remission, and except for caffeine or nicotine dependence), as defined by DSM-IV criteria | ☐ 0 | ☐ 1 |
| 5 | Opiates, amphetamine, barbiturate, cocaine, cannabis, or hallucinogen abuse by DSM-IV criteria during the last 12 weeks | ☐ 0 | ☐ 1 |

**All Exclusion Criteria must be answered No for the Subject to qualify for this study**

Subject complies with all inclusion and none of the exclusion criteria    No ☐ 0    Yes ☐ 1

Investigator's Initials

2004-02-16

CONFIDENTIAL
AZSER12748967

Page Ins: 79

## INSTRUCTIONS FOR THE INVESTIGATOR

**Adverse Events, Reminder**                                                    **AERDR**

See AEDEF for definitions of Adverse Event (AE) and
Serious Adverse Event (Serious AE) and for translation of the
standard question to local language.

**Guide to the AE assessment**
*Ongoing at previous visit:*
AEs that were present at the previous visit and which may have stopped before
this visit or are still present.
*Spontaneously reported:*
The AE can be reported by other than Subject, for example family or hospital
staff.
*Observed by Investigational team or other person:*
Examinations and assessments should also be considered.

2004-02-16

CONFIDENTIAL
AZSER12748968

AstraZeneca                                                          Page 79

Study code D1447C00126        Subj initials .........................        E code  E |   |   |   |   |   |   |   |

Visit No. S9

AZ01110   AZ2002-12-03   AW2003-07-31

## Adverse Events, Reminder                                          **AERDR**

Any adverse events
 - ongoing at previous visit
 - spontaneously reported
 - observed by Investigational team or other person                No    Yes
 - reported in reply to the standard question: ***"Have you***      ◯    ◯
   ***had any health problems since the previous visit?"***                     If Yes, go to AELOG

2004-02-16

CONFIDENTIAL
AZSER12748969

AstraZeneca

Study code D1447C00126                          Visit No. S9

AW2003-07-31   AZ2002-12-03   AZ0110

## Check List                                           CHECK

1   Adverse events have been reported on AELOG, and any
    change in concomitant medication on MED.            ◯

2   The investigational product has been handed out together
    with dosage instruction cards.                      ◯

3   Check that DOSC and SAC have been filled in.        ◯

4   The Subject has been given an appointment for the next
    visit.                                              ◯

5   Remember to transcribe rating scores from the
    Workbooks to the corresponding CRFs.                ◯

6   If applicable:
    Subject has been randomized.                        ◯

2004-02-16

CONFIDENTIAL
AZSER12748970

# Visit S10

CONFIDENTIAL
AZSER12748971



AstraZeneca

Page 80

Study code D1447C00126          Subj initials ........................          E code  E | | | | | | | |

Visit No. S10

AZ01:10
AZ2002-12-17
AW2003-07-31

**Visit**                                                                **VISIT**

Visit date  | 2 | 0 | | | | | | |
              year        mm      dd

2004-02-16

CONFIDENTIAL
AZSER12748972

Page Ins: 81

## INSTRUCTIONS FOR THE INVESTIGATOR

**Laboratory Assessments**                                                    **LAB2**
**Mood stabilizer**

Label and fill sample tubes according to laboratory instructions.

Record the sampling date and time.

Please sign and attach printout from laboratory to the CRF.

Check that Mood stabilizer is within range.

**NB:** State range for Lithium and Valproate: Lithium serum concentration range 0.5 mEq/L to 1.2 mEq/L and Valproate serum concentration range 50 µg/ml to 125 µg/ml.

A2011:0

NA

AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12748973

AstraZeneca

Page 81

Study code D1447C00126          Subj initials .................................          E code E | | | | | | |

Visit No. S10

AZ01110

## Laboratory Assessments
**Mood stabilizer**

LAB2

NA

Visit S10

AW2003-07-31

Sampling date          2 0 | | | | | |
                       year        mm        dd

Sampling time          | | | : | | |
                       24-hour clock

| AstraZeneca use only | |
| --- | --- |
| Laboratory ID | | | | |

Mood stabilizer within range          No ◯          Yes ◯

2004-02-16

CONFIDENTIAL
AZSER12748974

Page Ins: 82

## INSTRUCTIONS FOR THE INVESTIGATOR

**Clinical Global Impression, Bipolar (Open Label Treatment)**          **CGI_BP**

**Severity of illness**
Evaluate the severity of Subject's mental illness based on your total experience with this particular Subject population.  Assess based on the present or previous week's experience.  Rate on a seven-point spectrum (1= normal, 7= among the most severely ill Subjects). Tick only one box.

**Change from Preceding Phase**
Assess Subject's total improvement since initiation of the current treatment (Enrolment visit) whether or not, in your judgment, it is due entirely to drug treatment. Rate on a seven-point spectrum (1= Very much improved 7= Very much worse Subjects). Tick only one box.

**Rater's initials**
Record Rater's initials. The same rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12748975

AstraZeneca

Page 82

| Study code D1447C00126 | Subj initials ........................ | E code |E| | | | | | | |

Visit No. S10

AW03:07   N/A   AW2003-07-31

## Clinical Global Impression, Bipolar (Open Label Treatment)

**CGI_BP**

### I.  Severity of Illness

Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

| | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 |
| Depression | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 |
| Overall bipolar illness | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 |

### II.  Change from Preceding Phase

Compared to the Enrolment Visit how much has the Subject changed

| | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 | ☐ 9 |
| Depression | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 | ☐ 9 |
| Overall bipolar illness | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 | ☐ 9 |

| Rater's initials |
|---|
| |

2004-02-16

CONFIDENTIAL
AZSER12748976

Page Ins: 83

## INSTRUCTIONS FOR THE INVESTIGATOR

**Young Mania Rating Scale**                                                    **YMRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

Enter the date when the YMRS assessment was performed.

Provide one rating for each item score. Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12748977

AstraZeneca                                                                    Page 83

Study code D1447C00126          Subj initials ........................          E code |E |  |  |  |  |  |  |

Visit No. S10

## Young Mania Rating Scale                                                    **YMRS**

Date of assessment        |2 | 0 |  |  |  |  |  |  |
                             year        mm    dd

1.   Elevated Mood                              |__|

2.   Increased Motor Activity - Energy          |__|

3.   Sexual Interest                            |__|

4.   Sleep                                      |__|

5.   Irritability                              |__|

6.   Speech (Rate and Amount)                   |__|

7.   Language - Thought Disorder                |__|

8.   Content                                    |__|

9.   Disruptive - Aggressive Behaviour          |__|

10.  Appearance                                 |__|

11.  Insight                                    |__|

Rater´s initials

2004-02-16

CONFIDENTIAL
AZSER12748978

Page Ins: 84

## INSTRUCTIONS FOR THE INVESTIGATOR

**Montgomery-Asberg Depression Rating Scale**                                       **MADRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

**Date**
Enter the date when the assessment was performed.

Provide one rating for each item score.  Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12748979

AstraZeneca

Page 84

Study code D1447C00126          Subj initials ..............................          E code  E | | | | | | |

Visit No. S10

CN0107    N/A    AW2003-07-31

## Montgomery-Asberg Depression Rating Scale          **MADRS**

Date of assessment     | 2 | 0 | | | | | | |
                         year        mm      dd

1.  Apparent sadness         ⬚

2.  Reported sadness         ⬚

3.  Inner tension            ⬚

4.  Reduced sleep            ⬚

5.  Reduced appetite         ⬚

6.  Concentration difficulties  ⬚

7.  Lassitude                ⬚

8.  Inability to feel        ⬚

9.  Pessimistic thoughts     ⬚

10. Suicidal thoughts        ⬚

| Rater´s initials |
| --- |
|  |

2004-02-16

CONFIDENTIAL
AZSER12748980

Page Ins: 85

## INSTRUCTIONS FOR THE INVESTIGATOR

**Eligibility Criteria**                                                    **CRITAWR**

If the Subject does not comply with inclusion and exclusion criteria, the Subject continues to the next Open Label Treatment phase visit.

Subjects fulfilling the eligibility criteria will continue to Visit 1 and be randomized to treatment group and assigned randomization codes before receiving the first doses of investigational product.

If Subject meets criteria for randomization, assessments done during this visit will not need to be re-made at randomization visit, provided that the randomization visit will take place within three days.

If a Subject discontinues from the study the Subject number (E code) should not be re-used.

Initials should be those of the Investigator.

2004-02-16

CONFIDENTIAL
AZSER12748981

AstraZeneca

Page 85.01

Study code D1447C00126          Subj initials ...............................          E code |E|__|__|__|__|__|__|

Visit No. S10

## Eligibility Criteria

**CRITAWR**

### Inclusion criteria

1  Has been prescribed a dose of quetiapine within the range 400 to 800 mg/day and mood stabilizer (lithium or valproate) for at least 12 weeks

No  [  ]₀   Yes  [  ]₁

2  YMRS ≤12 and MADRS ≤12 assessed at a minimum of 4 consecutive visits spanning at least 12 weeks, with the allowance of a single excursion. An excursion is defined as a visit in which the YMRS or MADRS (or both) score equals 13 or 14. The excurison may not occur at the last of the consecutive visits

[  ]₀   [  ]₁

**All Inclusion Criteria must be answered Yes for the Subject to qualify for this study**

continues

2004-02-16

CONFIDENTIAL
AZSER12748982

AstraZeneca

Page 85.02

Study code D1447C00126        Subj initials ...................        E code | E | | | | | | |

Visit No. S10

## Eligibility Criteria, continued                                CRITAWR

### Exclusion criteria

|   |                                                                                                                              | No | Yes |
|---|------------------------------------------------------------------------------------------------------------------------------|----|-----|
| 1 | Hospitalization due to a mood event (manic, depressed or mixed) during the Open-label treatment Phase                         | □ 0 | □ 1 |
| 2 | Electroconvulsive therapy (ECT) during the Open-label treatment Phase                                                        | □ 0 | □ 1 |
| 3 | Attempt to commit suicide or homicide during the Open-label treatment Phase                                                  | □ 0 | □ 1 |
| 4 | Substance or alcohol dependence (except dependence in full remission, and except for caffeine or nicotine dependence), as defined by DSM-IV criteria | □ 0 | □ 1 |
| 5 | Opiates, amphetamine, barbiturate, cocaine, cannabis, or hallucinogen abuse by DSM-IV criteria during the last 12 weeks      | □ 0 | □ 1 |

**All Exclusion Criteria must be answered No for the Subject to qualify for this study**

Subject complies with all inclusion and none of the exclusion criteria   No □ 0   Yes □ 1

Investigator's Initials

2004-02-16

CONFIDENTIAL
AZSER12748983

Page Ins: 86

## INSTRUCTIONS FOR THE INVESTIGATOR

**Adverse Events, Reminder**                                    **AERDR**

See AEDEF for definitions of Adverse Event (AE) and
Serious Adverse Event (Serious AE) and for translation of the
standard question to local language.

**Guide to the AE assessment**
*Ongoing at previous visit:*
AEs that were present at the previous visit and which may have stopped before
this visit or are still present.
*Spontaneously reported:*
The AE can be reported by other than Subject, for example family or hospital
staff.
*Observed by Investigational team or other person:*
Examinations and assessments should also be considered.

2004-02-16

CONFIDENTIAL
AZSER12748984

AstraZeneca                                                                      Page 86

Study code D1447C00126          Subj initials ......................          E code  E |   |   |   |   |   |   |   |

Visit No. S10

**Adverse Events, Reminder**                                                    **AERDR**

Any adverse events
- ongoing at previous visit
- spontaneously reported
- observed by Investigational team or other person                    No      Yes
- reported in reply to the standard question: ***"Have you***          ◯       ◯
  ***had any health problems since the previous visit?"***                              If Yes, go to AELOG

AZ01110   AZ2002-12-03   AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12748985

AstraZeneca

Study code D1447C00126                          Visit No. S10

## Check List                                                        CHECK

1   Adverse events have been reported on AELOG, and any
    change in concomitant medication on MED.                    ◯

2   The investigational product has been handed out together
    with dosage instruction cards.                              ◯

3   Check that DOSC and SAC have been filled in.                ◯

4   The Subject has been given an appointment for the next
    visit.                                                      ◯

5   Remember to transcribe rating scores from the
    Workbooks to the corresponding CRFs.                        ◯

6   If applicable:
    Subject has been randomized.                                ◯

AW2003-07-31    AZ2002-12-03    AZ0110

2004-02-16

CONFIDENTIAL
AZSER12748986

# Visit S11

CONFIDENTIAL
AZSER12748987



AstraZeneca

Page 87

Study code D1447C00126          Subj initials .........................          E code ⌊E⌊ ⌊ ⌊ ⌊ ⌊ ⌊ ⌊ ⌋

Visit No. S11

## Visit

**VISIT**

Visit date  ⌊2⌊0⌊ ⌊ ⌊ ⌊ ⌊ ⌋
            year    mm    dd

AZ/01.10
AZ2002-12-17
AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12748988

Page Ins: 88

## INSTRUCTIONS FOR THE INVESTIGATOR

**Laboratory Assessments**                                                  LAB2
**Mood stabilizer**

Label and fill sample tubes according to laboratory instructions.

Record the sampling date and time.

Please sign and attach printout from laboratory to the CRF.

Check that Mood stabilizer is within range.

**NB:** State range for Lithium and Valproate: Lithium serum concentration range 0.5 mEq/L to 1.2 mEq/L and Valproate serum concentration range 50 µg/ml to 125 µg/ml.

A/20110

NA

AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12748989

AstraZeneca

Page 88

Study code D1447C00126          Subj initials ...................................          E code  E | | | | | | |

Visit No. S11

**Laboratory Assessments**                                                              **LAB2**
**Mood stabilizer**

Visit S11

Sampling date          2 | 0 | | | | | |
                              year        mm      dd

Sampling time          └─|─┘ : └─|─┘
                              24-hour clock

| AstraZeneca use only | |
| --- | --- |
| Laboratory ID | └─|─┘ |

                                    No      Yes
Mood stabilizer within range        ◯       ◯

2004-02-16

CONFIDENTIAL
AZSER12748990

Page Ins: 89

## INSTRUCTIONS FOR THE INVESTIGATOR

**Clinical Global Impression, Bipolar (Open Label Treatment)**           **CGI_BP**

**Severity of illness**
Evaluate the severity of Subject's mental illness based on your total experience with this particular Subject population.  Assess based on the present or previous week's experience.  Rate on a seven-point spectrum (1= normal, 7= among the most severely ill Subjects). Tick only one box.

**Change from Preceding Phase**
Assess Subject's total improvement since initiation of the current treatment (Enrolment visit) whether or not, in your judgment, it is due entirely to drug treatment. Rate on a seven-point spectrum (1= Very much improved, 7= Very much worse Subjects). Tick only one box.

**Rater's initials**
Record Rater's initials. The same rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12748991

AstraZeneca                                                                    Page 89

| Study code D1447C00126 | Subj initials ..................... | E code ⌐E⌐ ⌐ ⌐ ⌐ ⌐ ⌐ ⌐ ⌐ |

Visit No. S11

## Clinical Global Impression, Bipolar (Open Label Treatment)          CGI_BP

### I.  Severity of Illness
Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

|  | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | □₁ | □₂ | □₃ | □₄ | □₅ | □₆ | □₇ |
| Depression | □₁ | □₂ | □₃ | □₄ | □₅ | □₆ | □₇ |
| Overall bipolar illness | □₁ | □₂ | □₃ | □₄ | □₅ | □₆ | □₇ |

### II.  Change from Preceding Phase
Compared to the Enrolment Visit how much has the Subject changed

|  | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | □₁ | □₂ | □₃ | □₄ | □₅ | □₆ | □₇ | □₉ |
| Depression | □₁ | □₂ | □₃ | □₄ | □₅ | □₆ | □₇ | □₉ |
| Overall bipolar illness | □₁ | □₂ | □₃ | □₄ | □₅ | □₆ | □₇ | □₉ |

| Rater's initials |
|---|
|  |

2004-02-16

CONFIDENTIAL
AZSER12748992

Page Ins: 90

## INSTRUCTIONS FOR THE INVESTIGATOR

**Young Mania Rating Scale**                                    **YMRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

Enter the date when the YMRS assessment was performed.

Provide one rating for each item score. Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12748993

AstraZeneca                                                                    Page 90

Study code D1447C00126          Subj initials ........................          E code  |E_|_|_|_|_|_|_|

Visit No. S11

## Young Mania Rating Scale                                                    **YMRS**

Date of assessment        |2_|0_|_|_|  |_|_|  |_|_|
                              year      mm    dd

1.   Elevated Mood                          |__|

2.   Increased Motor Activity - Energy      |__|

3.   Sexual Interest                        |__|

4.   Sleep                                  |__|

5.   Irritability                           |__|

6.   Speech (Rate and Amount)              |__|

7.   Language - Thought Disorder            |__|

8.   Content                                |__|

9.   Disruptive - Aggressive Behaviour     |__|

10.  Appearance                             |__|

11.  Insight                                |__|

| Rater's initials |
|---|
|  |

2004-02-16

CONFIDENTIAL
AZSER12748994

Page Ins: 91

## INSTRUCTIONS FOR THE INVESTIGATOR

**Montgomery-Asberg Depression Rating Scale**                    **MADRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

**Date**
Enter the date when the assessment was performed.

Provide one rating for each item score.  Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

CN01/07    N/A    AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12748995

AstraZeneca

Page 91

Study code D1447C00126          Subj initials ...................................          E code ⌊E⌋_⌊_⌊_⌊_⌊_⌊_⌋

Visit No. S11

CN0107 · N/A · AW2003-07-31

## Montgomery-Asberg Depression Rating Scale          **MADRS**

Date of assessment   ⌊2⌋0⌋_⌊_⌊_⌊_⌊_⌋
                     year      mm    dd

1. Apparent sadness                ☐

2. Reported sadness                ☐

3. Inner tension                   ☐

4. Reduced sleep                   ☐

5. Reduced appetite                ☐

6. Concentration difficulties      ☐

7. Lassitude                       ☐

8. Inability to feel               ☐

9. Pessimistic thoughts            ☐

10. Suicidal thoughts              ☐

```
Rater´s initials
```

2004-02-16

CONFIDENTIAL
AZSER12748996

Page Ins: 92

## INSTRUCTIONS FOR THE INVESTIGATOR

**Eligibility Criteria**                                                                    **CRITAWR**

If the Subject does not comply with inclusion and exclusion criteria, the Subject continues to the next Open Label Treatment phase visit.

Subjects fulfilling the eligibility criteria will continue to Visit 1 and be randomized to treatment group and assigned randomization codes before receiving the first doses of investigational product.

If Subject meets criteria for randomization, assessments done during this visit will not need to be re-made at randomization visit, provided that the randomization visit will take place within three days.

If a Subject discontinues from the study the Subject number (E code) should not be re-used.

Initials should be those of the Investigator.

2004-02-16

CONFIDENTIAL
AZSER12748997

AstraZeneca

Page 92.01

Study code D1447C00126      Subj initials ........................      E code | E |   |   |   |   |   |   |   |

Visit No. S11

## Eligibility Criteria

**CRITAWR**

### Inclusion criteria

|  | | No | Yes |
|---|---|---|---|
| 1 | Has been prescribed a dose of quetiapine within the range 400 to 800 mg/day and mood stabilizer (lithium or valproate) for at least 12 weeks | ☐ 0 | ☐ 1 |
| 2 | YMRS ≤12 and MADRS ≤12 assessed at a minimum of 4 consecutive visits spanning at least 12 weeks, with the allowance of a single excursion. An excursion is defined as a visit in which the YMRS or MADRS (or both) score equals 13 or 14. The excurison may not occur at the last of the consecutive visits | ☐ 0 | ☐ 1 |

**All Inclusion Criteria must be answered Yes for the Subject to qualify for this study**

continues

2004-02-16

CONFIDENTIAL
AZSER12748998

AstraZeneca

Page 92.02

Study code D1447C00126          Subj initials .........................          E code |E|_|_|_|_|_|_|

Visit No. S11

## Eligibility Criteria, continued                                    **CRITAWR**

**Exclusion criteria**

|  |  | No | Yes |
|---|---|---|---|
| 1 | Hospitalization due to a mood event (manic, depressed or mixed) during the Open-label treatment Phase | □ 0 | □ 1 |
| 2 | Electroconvulsive therapy (ECT) during the Open-label treatment Phase | □ 0 | □ 1 |
| 3 | Attempt to commit suicide or homicide during the Open-label treatment Phase | □ 0 | □ 1 |
| 4 | Substance or alcohol dependence (except dependence in full remission, and except for caffeine or nicotine dependence), as defined by DSM-IV criteria | □ 0 | □ 1 |
| 5 | Opiates, amphetamine, barbiturate, cocaine, cannabis, or hallucinogen abuse by DSM-IV criteria during the last 12 weeks | □ 0 | □ 1 |

**All Exclusion Criteria must be answered No for the Subject to qualify for this study**

Subject complies with all inclusion and none of the exclusion criteria

No □ 0    Yes □ 1

Investigator's Initials

2004-02-16

CONFIDENTIAL
AZSER12748999

Page Ins: 93

## INSTRUCTIONS FOR THE INVESTIGATOR

**Adverse Events, Reminder**                                    **AERDR**

See AEDEF for definitions of Adverse Event (AE) and
Serious Adverse Event (Serious AE) and for translation of the
standard question to local language.

**Guide to the AE assessment**
*Ongoing at previous visit:*
AEs that were present at the previous visit and which may have stopped before
this visit or are still present.
*Spontaneously reported:*
The AE can be reported by other than Subject, for example family or hospital
staff.
*Observed by Investigational team or other person:*
Examinations and assessments should also be considered.

2004-02-16

CONFIDENTIAL
AZSER12749000

AstraZeneca

Page 93

Study code D1447C00126          Subj initials ...........................          E code ⌐E⌐ | ⌐ | ⌐ | ⌐ | ⌐ | ⌐ | ⌐ |

Visit No. S11

## Adverse Events, Reminder                    **AERDR**

Any adverse events
- ongoing at previous visit
- spontaneously reported
- observed by Investigational team or other person
- reported in reply to the standard question: ***"Have you had any health problems since the previous visit?"***

No   Yes
○    ○          If Yes, go to AELOG

AZ01110

AZ2002-12-03

AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749001

AstraZeneca

Study code D1447C00126                    Visit No. S11

AZ01110   AZ2002-12-03   AW2003-07-31

## Check List                                              CHECK

1   Adverse events have been reported on AELOG, and any       ◯
    change in concomitant medication on MED.

2   The investigational product has been handed out together  ◯
    with dosage instruction cards.

3   Check that DOSC and SAC have been filled in.              ◯

4   The Subject has been given an appointment for the next    ◯
    visit.

5   Remember to transcribe rating scores from the             ◯
    Workbooks to the corresponding CRFs

6   If applicable:                                            ◯
    Subject has been randomized.

2004-02-16

CONFIDENTIAL
AZSER12749002

# Visit S12

CONFIDENTIAL
AZSER12749003

Page Ins: 94

## INSTRUCTIONS FOR THE INVESTIGATOR

**Vital Signs, Weight**                                                                           **VIT**

**Pulse and blood pressure**
The method used at baseline must be used at each subsequent recording for PR and BP measurements.

Measure pulse before blood pressure.

The pulse and blood pressure should be measured supine and standing by using non-invasive equipment. The standing pulse and blood pressure should be measured after 2 minutes of standing.

**Weight**
Weight must be recorded using the same scale.

Subject should wear light clothing and no shoes during the weight assessment.

2004-02-16

CONFIDENTIAL
AZSER12749004

AstraZeneca

Page 94

Study code D1447C00126        Subj initials ....................        E code [E | | | | | | ]

Visit No. S12

AZ/01.10
AZ2002-12-17
AW2003-07-31

## Visit

**VISIT**

Visit date [ 2 | 0 | | | | | | ]
year        mm        dd

AZ/01.10
NA
AW2003-07-31

## Vital Signs, Weight

**VIT**

*Assm No.*

*Protocol schedule*

1   Pulse [ | | | ] beats/min       Supine (0 min)   Blood pressure [ | | | ] / [ | | | ] mmHg
                                                                      systolic        diastolic

2   Pulse [ | | | ] beats/min       Standing (2 min)  Blood pressure [ | | | ] / [ | | | ] mmHg
                                                                      systolic        diastolic

Weight   [ | | | · | ] kg

2004-02-16

CONFIDENTIAL
AZSER12749005

Page Ins: 95

## INSTRUCTIONS FOR THE INVESTIGATOR

**Laboratory Assessments**                                              LAB2
**Mood stabilizer**

Label and fill sample tubes according to laboratory instructions.

Record the sampling date and time.

Please sign and attach printout from laboratory to the CRF.

Check that Mood stabilizer is within range.

**NB:** State range for Lithium and Valproate: Lithium serum concentration range 0.5 mEq/L to 1.2 mEq/L and Valproate serum concentration range 50 µg/ml to 125 µg/ml.

AJ20110    NA    AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749006

AstraZeneca                                                                    Page 95

Study code D1447C00126          Subj initials ................................    E code |E|_|_|_|_|_|_|_|

Visit No. S12

AZ/01/10

## Laboratory Assessments                                                        **LAB2**
**Mood stabilizer**

NA

Visit S12

AW2003-07-31

Sampling date          |2|0|_|_|   |_|_|   |_|_|
                          year      mm     dd

Sampling time              |_|_| : |_|_|
                         24-hour clock

| AstraZeneca use only | |
|---|---|
| Laboratory ID | |_|_| |

Mood stabilizer within range    No ○    Yes ○

2004-02-16

CONFIDENTIAL
AZSER12749007

Page Ins: 96

## INSTRUCTIONS FOR THE INVESTIGATOR

**Clinical Global Impression, Bipolar (Open Label Treatment)**         CGI_BP

**Severity of illness**
Evaluate the severity of Subject's mental illness based on your total experience with this particular Subject population.  Assess based on the present or previous week's experience.  Rate on a seven-point spectrum (1= normal, 7= among the most severely ill Subjects). Tick only one box.

**Change from Preceding Phase**
Assess Subject's total improvement since initiation of the current treatment (Enrolment visit) whether or not, in your judgment, it is due entirely to drug treatment. Rate on a seven-point spectrum (1= Very much improved, 7= Very much worse Subjects). Tick only one box.

**Rater's initials**
Record Rater's initials. The same rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749008

AstraZeneca

Page 96

| Study code D1447C00126 | Subj initials .......................... | E code E |
|---|---|---|

Visit No. S12

## Clinical Global Impression, Bipolar (Open Label Treatment)     CGI_BP

### I.  Severity of Illness
Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

|  | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |

### II.  Change from Preceding Phase
Compared to the Enrolment Visit how much has the Subject changed

|  | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |

| Rater's initials |
|---|
|  |

AW03:07     N/A     AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749009

Page Ins: 97

## INSTRUCTIONS FOR THE INVESTIGATOR

**Young Mania Rating Scale** **YMRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

Enter the date when the YMRS assessment was performed.

Provide one rating for each item score. Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749010

AstraZeneca                                                      Page 97

Study code D1447C00126            Subj initials .......................    E code  E | | | | | | |

Visit No. S12

## Young Mania Rating Scale                                      **YMRS**

Date of assessment          | 2 | 0| | | | | | |
                              year          mm       dd

1.   Elevated Mood                              ☐

2.   Increased Motor Activity - Energy          ☐

3.   Sexual Interest                            ☐

4.   Sleep                                      ☐

5.   Irritability                               ☐

6.   Speech (Rate and Amount)                   ☐

7.   Language - Thought Disorder                ☐

8.   Content                                    ☐

9.   Disruptive - Aggressive Behaviour          ☐

10.  Appearance                                 ☐

11.  Insight                                    ☐

Rater's initials

2004-02-16

CONFIDENTIAL
AZSER12749011

Page Ins: 98

## INSTRUCTIONS FOR THE INVESTIGATOR

**Montgomery-Asberg Depression Rating Scale**                    **MADRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

**Date**
Enter the date when the assessment was performed.

Provide one rating for each item score.  Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749012

AstraZeneca

Page 98

Study code D1447C00126          Subj initials ...........................          E code |E|_|_|_|_|_|_|

Visit No. S12

CN0107

N/A

AW2003-07-31

## Montgomery-Asberg Depression Rating Scale          **MADRS**

Date of assessment    |2|0|_|_|_|_|_|
                        year        mm      dd

1.  Apparent sadness            ⌐_⌐

2.  Reported sadness            ⌐_⌐

3.  Inner tension               ⌐_⌐

4.  Reduced sleep               ⌐_⌐

5.  Reduced appetite            ⌐_⌐

6.  Concentration difficulties  ⌐_⌐

7.  Lassitude                   ⌐_⌐

8.  Inability to feel           ⌐_⌐

9.  Pessimistic thoughts        ⌐_⌐

10. Suicidal thoughts           ⌐_⌐

| Rater´s initials |
|---|
|  |

2004-02-16

CONFIDENTIAL
AZSER12749013

Page Ins: 99

## INSTRUCTIONS FOR THE INVESTIGATOR

**Eligibility Criteria, Randomized Treatment Phase**                              **CRITAWR**

If the Subject does not comply with inclusion and exclusion criteria, the Subject should be discontinued.

Subjects fulfilling the eligibility criteria will continue to Visit 1 and be randomized to treatment group and assigned randomization codes before receiving the first doses of investigational product.

If Subject meets criteria for randomization, assessments done during this visit will not need to be re-made at randomization visit, provided that the randomization visit will take place within three days.

If a Subject discontinues from the study the Subject number (E code) should not be re-used.

Initials should be those of the Investigator.

2004-02-16

CONFIDENTIAL
AZSER12749014

AstraZeneca

Page 99.01

| | | |
|---|---|---|
| Study code D1447C00126 | Subj initials ........................... | E code  E |

Visit No. S12

## Eligibility Criteria, Randomized Treatment Phase

**CRITAWR**

### Inclusion criteria

1  Has been prescribed a dose of quetiapine within the range 400 to 800 mg/day and mood stabilizer (lithium or valproate) for at least 12 weeks

No ☐ 0   Yes ☐ 1

2  YMRS ≤12 and MADRS ≤12 assessed at a minimum of 4 consecutive visits spanning at least 12 weeks, with the allowance of a single excursion. An excursion is defined as a visit in which the YMRS or MADRS (or both) score equals 13 or 14. The excurison may not occur at the last of the consecutive visits

☐ 0   ☐ 1

**All Inclusion Criteria must be answered Yes for the Subject to qualify for this study**

continues

2004-02-16

CONFIDENTIAL
AZSER12749015

AstraZeneca                                                                 Page 99.02

Study code D1447C00126          Subj initials .........................      E code  E | | | | | | |

                                Visit No. S12

## Eligibility Criteria, Randomized Treatment Phase, continued          CRITAWR

### Exclusion criteria

|  |  | No | Yes |
|---|---|---|---|
| 1 | Hospitalization due to a mood event (manic, depressed or mixed) during the Open-label treatment Phase | $\square_0$ | $\square_1$ |
| 2 | Electroconvulsive therapy (ECT) during the Open-label treatment Phase | $\square_0$ | $\square_1$ |
| 3 | Attempt to commit suicide or homicide during the Open-label treatment Phase | $\square_0$ | $\square_1$ |
| 4 | Substance or alcohol dependence (except dependence in full remission, and except for caffeine or nicotine dependence), as defined by DSM-IV criteria | $\square_0$ | $\square_1$ |
| 5 | Opiates, amphetamine, barbiturate, cocaine, cannabis, or hallucinogen abuse by DSM-IV criteria during the last 12 weeks | $\square_0$ | $\square_1$ |

**All Exclusion Criteria must be answered No for the Subject to qualify for this study**

|  | No | Yes |
|---|---|---|
| Subject complies with all inclusion and none of the exclusion criteria | $\square_0$ | $\square_1$ |

Investigator's Initials

2004-02-16

CONFIDENTIAL
AZSER12749016

Page Ins: 100

## INSTRUCTIONS FOR THE INVESTIGATOR

**Adverse Events, Reminder**                                    **AERDR**

See AEDEF for definitions of Adverse Event (AE) and
Serious Adverse Event (Serious AE) and for translation of the
standard question to local language.

**Guide to the AE assessment**
*Ongoing at previous visit:*
AEs that were present at the previous visit and which may have stopped before
this visit or are still present.
*Spontaneously reported:*
The AE can be reported by other than Subject, for example family or hospital
staff.
*Observed by Investigational team or other person:*
Examinations and assessments should also be considered.

2004-02-16

CONFIDENTIAL
AZSER12749017

AstraZeneca

Page 100

Study code D1447C00126        Subj initials ...........................        E code  E | | | | | | |

Visit No. S12

## Adverse Events, Reminder                                    **AERDR**

Any adverse events
- ongoing at previous visit
- spontaneously reported
- observed by Investigational team or other person
- reported in reply to the standard question: ***"Have you***    No    Yes
  ***had any health problems since the previous visit?"***    ◯    ◯     If Yes, go to AELOG

AW2003-07-31    AZ2002-12-03    AZ01110

2004-02-16

CONFIDENTIAL
AZSER12749018

AstraZeneca

Study code D1447C00126                    Visit No. S12

## Check List                                                    CHECK

1  Adverse events have been reported on AELOG, and any      ◯
   change in concomitant medication on MED.

2  Remember to transcribe rating scores from the            ◯
   Workbooks to the corresponding CRFs

3  Check that DOSC and SAC has been filled in.              ◯

4  If applicable:                                           ◯
   Subject has been randomized

5  The Subject has been given an appointment for the next   ◯
   visit.

AZ01110   AZ2002-12-03   AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749019

# Discontinuation

CONFIDENTIAL
AZSER12749020

Page Ins: 101

## INSTRUCTIONS FOR THE INVESTIGATOR

**Physical Examination, Follow-up**                                      **PHYSFAW1**

Enter the date the assessment was performed.

Make the examination in accordance with your normal clinic routines.

Please compare with the Enrolment physical examination before completing 'Abnormal'.

**Head and neck**
Please include head, ears, eyes, nose, and throat in this examination.

Only tick 'Not done' if the Subject refuses or if the examination of a part of the body is not possible.

NB: The eye examination includes a direct ophtalmoscopy.

2004-02-16

CONFIDENTIAL
AZSER12749021

AstraZeneca

Page 101

| Study code D1447C00126 | Subj initials ................. | E code  E \| \| \| \| \| \| \| |

Discontinuation

**Visit**                                                                     **VISIT**

Visit date  | 2 | 0 | \| \| \| \| \| \|
year        mm        dd

---

**Physical Examination, Follow-up**                          **PHYSFAW1**

Assessment date  | 2 | 0 | \| \| \| \| \| \|
year        mm        dd

| | Normal | Abnormal | | Not done | Specification of new or aggravated abnormalities (compared with Enrolment) |
|---|---|---|---|---|---|
| | | Same as Enrolment | New or aggravated | | |
| General appearance | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ............................................. |
| Skin | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ............................................. |
| Head and neck | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ............................................. |
| Lymph nodes | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ............................................. |
| Thyroid | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ............................................. |
| Musculoskeletal/ Extremities | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ............................................. |
| Cardiovascular | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ............................................. |
| Lungs | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ............................................. |
| Abdomen | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ............................................. |
| Neurological | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ............................................. |
| Genital/Rectal | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ............................................. |

☞ **If any new or aggravated abnormalities imply a deterioration compared with Enrolment, fill in Adverse Event Log Form**

AZ01.10  AZ2002-12-17  AW2003-07-31  AW03.07  N/A  AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749022

Page Ins: 102

## INSTRUCTIONS FOR THE INVESTIGATOR

**Vital Signs, Weight**                                                                                    **VIT**

**Pulse and blood pressure**
The method used at baseline must be used at each subsequent recording for PR and BP measurements.

Measure pulse before blood pressure.

The pulse and blood pressure should be measured supine and standing by using non-invasive equipment. The standing pulse and blood pressure should be measured after 2 minutes of standing.

**Weight**
Weight must be recorded using the same scale.

Subject should wear light clothing and no shoes during the weight assessment.

2004-02-16

CONFIDENTIAL
AZSER12749023

AstraZeneca

Page 102

Study code D1447C00126          Subj initials ...........................          E code | E | | | | | | | |

Discontinuation

AZ0110

**Vital Signs, Weight**                                                                    **VIT**

NA

AW2003-07-31

*Assm*
*No.*

*Protocol*
*schedule*

1    Pulse | | | | beats/min     Supine
(0 min)    Blood pressure | | | | / | | | | mmHg
                                                                    systolic        diastolic

2    Pulse | | | | beats/min     Standing
(2 min)    Blood pressure | | | | / | | | | mmHg
                                                                    systolic        diastolic

Weight    | | | | · | | kg

2004-02-16

CONFIDENTIAL
AZSER12749024

Page Ins: 103

## INSTRUCTIONS FOR THE INVESTIGATOR

**Electrocardiogram**                                                                                    **ECG**

A 12-lead ECG should be recorded according to the ECG-lab instructions. The printout needs to be signed and dated by the Investigator (or his/her designate) and attached to corresponding CRF page.

Record the date and time of 12-lead ECG.

2004-02-16

CONFIDENTIAL
AZSER12749025



AstraZeneca

Page 103

Study code D1447C00126        Subj initials .............................        E code [ E | | | | | | | ]

Discontinuation

AZ0110

## Electrocardiogram

**ECG**

NA

Date of ECG        [ 2 | 0 | | | | | | ]
                         year        mm        dd

AW2003-07-31

Time of ECG        [ | | | : | | | ]
                         24-hour clock

2004-02-16

CONFIDENTIAL
AZSER12749026

Page Ins: 104

## INSTRUCTIONS FOR THE INVESTIGATOR

SO03.03

SO2003-03-20

AW2003-07-31

**Meals**                                                              **MEAL**

Record date and time of last meal.

2004-02-16

CONFIDENTIAL
AZSER12749027



AstraZeneca                                                                    Page 104

Study code D1447C00126          Subj initials ........................          E code |E| | | | | | | |

Discontinuation

## Meals                                                                       MEAL

Date of last meal    |2|0| | | | | | |
                        year      mm    dd

Time of last meal    | | | : | | |
                      24-hour clock

SO03:03
SO2003-03-20
AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749028

Page Ins: 105

## INSTRUCTIONS FOR THE INVESTIGATOR

**Laboratory Assessments**                                                    **LAB1**

Label and fill sample tubes according to laboratory instructions.

Record the sampling date and time.

Please sign and attach printout from laboratory to the CRF.

If the Absolute Neutrophil Count is below 0,5 X $10^9$/L a repeat lab within 24 hours is required. If the value of the repeated assessment is below 0,5 X $10^9$/L this should be reported as an Adverse Event. The Adverse Event should be the signs and symptoms of the low Absolute Neutrophil Count  if present.  If no symptoms are present the Adverse Event should be 'Absolute Neutrophil Count Decreased'.

2004-02-16

CONFIDENTIAL
AZSER12749029

AstraZeneca

Page 105

Study code D1447C00126          Subj initials ...........................          E code E| | | | | | |

Discontinuation

## Laboratory Assessments                                         **LAB1**

Discontinuation

Sampling date        |2 | 0 | | | | | | |
                       year        mm      dd

Sampling time             | | | : | | |
                          24-hour clock

| AstraZeneca use only | |
|---|---|
| Laboratory ID | \| \| \| |

2004-02-16

CONFIDENTIAL
AZSER12749030

Page Ins: 106

## INSTRUCTIONS FOR THE INVESTIGATOR

A20110

**Laboratory Assessments**                                                            **LAB2**
**Mood stabilizer**

NA

Label and fill sample tubes according to laboratory instructions.

AW2003-07-31

Record the sampling date and time.

Please sign and attach printout from laboratory to the CRF.

Check that Mood stabilizer is within range.

**NB:** State range for Lithium and Valproate: Lithium serum concentration range 0.5 mEq/L to 1.2 mEq/L and Valproate serum concentration range 50 µg/ml to 125 µg/ml.

2004-02-16

CONFIDENTIAL
AZSER12749031

AstraZeneca

Page 106

Study code D1447C00126          Subj initials ...........................          E code E | | | | | | |

Discontinuation

AZ01110

NA

AW2003-07-31

## Laboratory Assessments
**Mood stabilizer**

LAB2

### Discontinuation

Sampling date            2 | 0 | | | | | | |
                          year        mm      dd

Sampling time            |___|___| : |___|___|
                         24-hour clock

| AstraZeneca use only |
| --- |
| Laboratory ID          |___|___| |

Mood stabilizer within range      No   Yes
                                  ( )   ( )

2004-02-16

CONFIDENTIAL
AZSER12749032

Page Ins: 107

## INSTRUCTIONS FOR THE INVESTIGATOR

AW2003-07-31   AZ2002-12-03   AZ01-10

**Pregnancy Test**                                                                                     **PREG**

**Assessment applicable for Subject**
For males, tick 'No'.

**Positive test**
For a positive pregnancy test, fill in the 'Pregnancy Outcome Report
Form' and send part 1 to the AstraZeneca Monitor without delay.
Pregnancy itself is not regarded as an AE unless there is a suspicion
that the investigational product may have interfered with the
effectiveness of a contraceptive medication. If this is the case,
also fill in Adverse Event form/Serious Adverse Event form.

2004-02-16

CONFIDENTIAL
AZSER12749033

AstraZeneca

Study code D1447C00126        Subj initials .........................        E code |E| | | | | | |

Discontinuation

AZ01110
AZ2002-12-03
AW2003-07-31

## Pregnancy Test

**PREG**

Assessment applicable
for Subject

No
☐ 0

Yes
☐ 1      If Yes, fill in below

Sampling date        |2 |0 | | | | | | |
                       year        mm        dd

Pregnancy test,
serum

Neg
☐ 0

Pos
☐ 1      If Positive, withdraw Subject and fill in TERM

2004-02-16

CONFIDENTIAL
AZSER12749034

Page Ins: 108

## INSTRUCTIONS FOR THE INVESTIGATOR

**Adverse Events, Reminder**                                         **AERDR**

See AEDEF for definitions of Adverse Event (AE) and
Serious Adverse Event (Serious AE) and for translation of the
standard question to local language.

**Guide to the AE assessment**
*Ongoing at previous visit:*
AEs that were present at the previous visit and which may have stopped before
this visit or are still present.
*Spontaneously reported:*
The AE can be reported by other than Subject, for example family or hospital
staff.
*Observed by Investigational team or other person:*
Examinations and assessments should also be considered.

2004-02-16

CONFIDENTIAL
AZSER12749035

AstraZeneca

Page 108

Study code D1447C00126          Subj initials .........................          E code  E | | | | | | |

Discontinuation

AZ01110
AZ2002-12-03
AW2003-07-31

## Adverse Events, Reminder                                                 **AERDR**

Any adverse events
- ongoing at previous visit
- spontaneously reported
- observed by Investigational team or other person

No    Yes
- reported in reply to the standard question: *"Have you          ○      ○
  had any health problems since the previous visit?"*                        If Yes, go to AELOG

2004-02-16

CONFIDENTIAL
AZSER12749036

AstraZeneca

Study code D1447C00126                          Discontinuation

## Check List                                                    CHECK

1  Subject has returned all remaining study medication and   ◯
   SAC and DOSC have been filled in.

2  If there has been any change in concomitant medication,   ◯
   MED, has been filled in.

3  Termination page (TERM) has been filled in.               ◯

4  AELOG has been filled in.                                 ◯

5  SIGN is to be filled in.                                  ◯

6  SAE occurring within 30 days after Subject has completed  ◯
   should be reported.

2004-02-16

CONFIDENTIAL
AZSER12749037

# Signature

CONFIDENTIAL
AZSER12749038

Page Ins: 109

## INSTRUCTIONS FOR THE INVESTIGATOR

**Signature**                                                                                    **SIGN**

The Signature form is to be signed and dated by the Investigator **after** completion of all visits/assessments included in this binder.

Please note that supporting evaluations and test results (ECG printouts, lab reports, etc) are considered to be part of the CRF.

2004-02-16

CONFIDENTIAL
AZSER12749039

AstraZeneca Page 109

Study code D1447C00126                Subj initials ...................                E code ⌊E⌋_|_|_|_|_|_|_⌋

## Signature                                                                  SIGN

By signing and dating this page for the study and Subject identified above, I declare that the information on this and all other pages of this Case Report Form has been reviewed by me or my delegate, and is accurate and complete.

This CRF consists of pages 20 – 109

---

AstraZeneca use only

Added pages ....................................................................................................

Pages ............. to ............. were never completed for this Subject and have been removed   |2|0|_|_|_|_|_|   Monitor's initials
                                                                                                  year    mm    dd

---

AstraZeneca use only

Added pages ....................................................................................................

Pages ............. to ............. were never completed for this Subject and have been removed   |2|0|_|_|_|_|_|   Monitor's initials
                                                                                                  year    mm    dd

---

AstraZeneca use only

Added pages ....................................................................................................

Pages ............. to ............. were never completed for this Subject and have been removed   |2|0|_|_|_|_|_|   Monitor's initials
                                                                                                  year    mm    dd

---

|_|_|_|_|_|   ....................................................
year    mm    dd   Investigator's signature

....................................................
Investigator's name (in block letters)

---

2004-02-16

CONFIDENTIAL
AZSER12749040

# Visit V1

CONFIDENTIAL
AZSER12749041

Page Ins: 110

## INSTRUCTIONS FOR THE INVESTIGATOR

**Physical Examination, Follow-up**                                **PHYSFAW1**

Enter the date the assessment was performed.

Make the examination in accordance with your normal clinic routines.

Please compare with the Enrolment physical examination before completing 'Abnormal'.

**Head and neck**
Please include head, ears, eyes, nose, and throat in this examination.

Only tick 'Not done' if the Subject refuses or if the examination of a part of the body is not possible.

NB: The eye examination includes a direct ophtalmoscopy.

2004-02-16

CONFIDENTIAL
AZSER12749042

AstraZeneca

Page 110

| Study code D1447C00126 | Subj initials ............... | E code | E | | | | | | |

Visit No. V1

**Visit** **VISIT**

Visit date | 2 | 0 | | | | | |
year    mm    dd

---

**Physical Examination, Follow-up** **PHYSFAW1**

Assessment date | 2 | 0 | | | | | |
year    mm    dd

| | Normal | Abnormal | | Not done | Specification of new or aggravated abnormalities (compared with Randomization) |
|---|---|---|---|---|---|
| | | Same as Randomization | New or aggravated | | |
| General appearance | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ............................................... |
| Skin | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ............................................... |
| Head and neck | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ............................................... |
| Lymph nodes | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ............................................... |
| Thyroid | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ............................................... |
| Musculoskeletal/ Extremities | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ............................................... |
| Cardiovascular | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ............................................... |
| Lungs | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ............................................... |
| Abdomen | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ............................................... |
| Neurological | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ............................................... |
| Genital/Rectal | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ............................................... |

☞ **If any new or aggravated abnormalities imply a deterioration compared with enrolment, fill in Adverse Event Log Form**

Vertical left margin text: AZ01.10   AZ2002-12-17   AW2003-07-31   AW03.07   N/A   AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749043

Page Ins: 111

## INSTRUCTIONS FOR THE INVESTIGATOR

**Vital Signs, Weight**                                                          **VIT**

**Pulse and blood pressure**
The method used at baseline must be used at each subsequent recording for PR and BP measurements.

Measure pulse before blood pressure.

The pulse and blood pressure should be measured supine and standing by using non-invasive equipment. The standing pulse and blood pressure should be measured after 2 minutes of standing.

**Weight**
Weight must be recorded using the same scale.

Subject should wear light clothing and no shoes during the weight assessment.

2004-02-16

CONFIDENTIAL
AZSER12749044

AstraZeneca

Page 111

Study code D1447C00126          Subj initials ...........................          E code [E|___|___|___|___|___|___|]

Visit No. V1

AZ01110

**Vital Signs, Weight**                                                                              **VIT**

NA

AW2003-07-31

*Assm No.*                                          *Protocol schedule*

1   Pulse [__|__|__] beats/min          Supine (0 min)   Blood pressure [__|__|__] / [__|__|__] mmHg
                                                                          systolic          diastolic

2   Pulse [__|__|__] beats/min          Standing (2 min)   Blood pressure [__|__|__] / [__|__|__] mmHg
                                                                            systolic          diastolic

Weight   [__|__|__] . [__] kg

2004-02-16

CONFIDENTIAL
AZSER12749045

Page Ins: 112

## INSTRUCTIONS FOR THE INVESTIGATOR

**Electrocardiogram**                                                    **ECG**

A 12-lead ECG should be recorded according to the ECG-lab instructions. The printout needs to be signed and dated by the Investigator (or his/her designate) and attached to corresponding CRF page.

Record the date and time of 12-lead ECG.

2004-02-16

CONFIDENTIAL
AZSER12749046



AstraZeneca

Page 112

Study code D1447C00126          Subj initials  ........................          E code  E | | | | | | |

Visit No. V1

AZ/01110

**Electrocardiogram**                                                                 **ECG**

NA

Date of ECG     2 | 0 | | | | | | |
                 year          mm      dd

AW2003-07-31

Time of ECG     | | | : | | | |
                 24-hour clock

2004-02-16

CONFIDENTIAL
AZSER12749047