Page Ins: 113

## INSTRUCTIONS FOR THE INVESTIGATOR

**Meals**                                                      **MEAL**

Record date and time of last meal.

2004-02-16

CONFIDENTIAL
AZSER12749048

Case 6:06-md-01769-ACC-DAB   Document 1354-48   Filed 03/11/09   Page 2 of 100 PageID 62949



Study code D1447C00126          Subj initials ........................          E code E | | | | | | | |

Visit No. V1

## Meals                                                   **MEAL**

Date     | | | | | | |
          year    mm    dd

End Time  | | | : | | |
          24-hour clock

SO03:03

SO2003-03-20

AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749049

Page Ins: 114

## INSTRUCTIONS FOR THE INVESTIGATOR

**Laboratory Assessments**                                                    **LAB1**

Label and fill sample tubes according to laboratory instructions.

Record the sampling date and time.

Please sign and attach printout from laboratory to the CRF.

If the Absolute Neutrophil Count is below 0,5 X $10^9$/L a repeat lab within 24 hours is required. If the value of the repeated assessment is below 0,5 X $10^9$/L the Subject must be discontinued due to Adverse Event. The Adverse Event should be the signs and symptoms of the low Absolute Neutrophil Count  if present.  If no symptoms are present the Adverse Event should be 'Absolute Neutrophil Count Decreased'.

2004-02-16

CONFIDENTIAL
AZSER12749050

AstraZeneca                                                                    Page 114

Study code D1447C00126          Subj initials ........................          E code E| | | | | | | |

Visit No. V1

AZ/01110

NA

AW2003-07-31

**Laboratory Assessments**                                                    **LAB1**

Visit V1

Sampling date        | 2 | 0 | | | | | | |
                       year      mm    dd

Sampling time              | | | : | | |
                           24-hour clock

| AstraZeneca use only | |
| --- | --- |
| Laboratory ID | | | | |

2004-02-16

CONFIDENTIAL
AZSER12749051

Page Ins: 115

## INSTRUCTIONS FOR THE INVESTIGATOR

**Laboratory Assessments**                                                      LAB2
**Mood stabilizer**

Label and fill sample tubes according to laboratory instructions.

Record the sampling date and time.

Please sign and attach printout from laboratory to the CRF.

Check that Mood stabilizer is within range.

**NB:** State range for Lithium and Valproate: Lithium serum concentration range 0.5 mEq/L to 1.2 mEq/L and Valproate serum concentration range 50 microgram/ml to 125 microgram/ml.

AZ0110

NA

AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749052

AstraZeneca                                                                    Page 115

Study code D1447C00126          Subj initials ...........................          E code |E|_|_|_|_|_|_|_|

Visit No. V1

**Laboratory Assessments**                                                        **LAB2**
**Mood stabilizer**

Visit V1

Sampling date          |2|0|_|_| |_|_| |_|_|
                          year    mm    dd

Sampling time          |_|_| : |_|_|
                       24-hour clock

| AstraZeneca use only | |
| Laboratory ID | |_|_| |

Mood stabilizer within range    No ◯    Yes ◯

2004-02-16

CONFIDENTIAL
AZSER12749053

Page Ins: 116

## INSTRUCTIONS FOR THE INVESTIGATOR

**Sheehan Disability Scale**                                                      **SDS**

**Assessment Domains**

The Sheehan Disability Scale is a measurement of functional disability and impairment due to psychiatric symptoms. It consists of 3 functional impairment items and 2 items related to productivity losses due to the symptoms and impairment.

The Sheehan Disability Scale is a self rated questionnaire and should be administered to the Subject to be completed on his/her own without the presence or influence of study Investigator/ nurse or other individuals. You should instruct the Subject to report the disability and impairment experienced during the **past week** due to his/her **bipolar disorder symptoms.** Emphasize that you will not interfere with the completion or have any comments to the patient's responses.

When the patient has completed the questionnaire you should transfer the responses to the corresponding CRF page. Make sure that the visit numbers and dates are the same.

Please note that a questionnaire that has been completed by the patient is considered as source data and can not be amended by the Investigator or any other individual.

**NB:** The CRF page is for clinical personnel use only.

2004-02-16

CONFIDENTIAL
AZSER12749054

AstraZeneca

Study code D1447C00126          Subj initials ...........................          E code |E |_|_|_|_|_|_|_|

Visit No. V1

## Sheehan Disability Scale

**SDS**

**Disability Scale**
**Work/School**                                    |_|_|

I have not worked/studied at all during the past week for
reasons unrelated to disorder                      |_|₁

**Social Life**                                    |_|_|

**Family Life/Home Responsibilities**             |_|_|

**DAYS LOST**              Days        |_|_|

**DAYS UNDER-PRODUCTIVE**  Days        |_|_|

2004-02-16

CONFIDENTIAL
AZSER12749055

Page Ins: 117

## INSTRUCTIONS FOR THE INVESTIGATOR

**Psychological General Well-Being Schedule (PGWB)**                    **PGWB**

**Assessment Scale**
The PGWB is a self rated questionnaire. The PGWB worksheet should be administered to the Subject, prior to clinical evaluation, to be completed on his/her own without the presence or influence of study Investigator/Nurse or other individuals.

Instruct the Subject to read the instructions for the questionnaire and report their responses of well-being or distress for the **past week**. Emphasize that you will not interfere with the completion or have any comments to the Subject's responses.

When the Subject has completed the questionnaire, you should transfer the responses on the worksheet to the corresponding CRF page. Make sure that the visit numbers and dates are the same.

**The CRF page is for clinical personnel use only.**

Please note that a questionnaire that has been completed by the Subject is considered as source data and cannot be amended by the Investigator or any other individual.

2004-02-16

CONFIDENTIAL
AZSER12749056

AstraZeneca

Page 117.01

| Study code D1447C00126 | Subj initials ................. | E code E ⌐ ⌐ ⌐ ⌐ ⌐ ⌐ ⌐ ⌐ |

Visit No. V1

## Psychological General Well-Being Schedule (PGWB)

**PGWB**

1. How have you been feeling in general? (DURING THE PAST WEEK)

In excellent spirits ☐ 6

In very good spirits ☐ 5

In good spirits mostly ☐ 4

I have been up and down in spirits a lot ☐ 3

In low spirits mostly ☐ 2

In very low spirits ☐ 1

2. How often were you bothered by any illness, bodily disorder, aches or pains? (DURING THE PAST WEEK)

Every day ☐ 1

Almost every day ☐ 2

About half the time ☐ 3

Now and then, but less than half the time ☐ 4

Rarely ☐ 5

None of the time ☐ 6

3. Did you feel depressed? (DURING THE PAST WEEK)

Yes - to the point that I felt like taking my life ☐ 1

Yes - to the point that I did not care about anything ☐ 2

Yes - very depressed almost every day ☐ 3

Yes - quite depressed several times ☐ 4

Yes - a little depressed now and then ☐ 5

No - never felt depressed at all ☐ 6

continues

2004-02-16

CONFIDENTIAL
AZSER12749057

AstraZeneca

Study code D1447C00126      Subj initials .........................      E code | E | | | | | | |

Visit No. V1

## Psychological General Well-Being Schedule (PGWB), continued          **PGWB**

4.  Have you been in firm control of your behavior, thoughts, emotions, or feelings? (DURING THE PAST WEEK)

    Yes, definitely so                               ☐ 6

    Yes, for the most part                           ☐ 5

    Generally so                                     ☐ 4

    Not too well                                     ☐ 3

    No, and I am somewhat disturbed                  ☐ 2

    No, and I am very disturbed                      ☐ 1

5.  Have you been bothered by nervousness or your "nerves"? (DURING THE PAST WEEK)

    Extremely so - to the point where I could not work or take care of things     ☐ 1

    Very much so                                     ☐ 2

    Quite a bit                                      ☐ 3

    Some - enough to bother me                       ☐ 4

    A little                                         ☐ 5

    Not at all                                       ☐ 6

6.  How much energy, pep, or vitality did you have or feel? (DURING THE PAST WEEK)

    Very full of energy - lots of pep                ☐ 6

    Fairly energetic most of the time                ☐ 5

    My energy level varied quite a bit               ☐ 4

    Generally low in energy or pep                   ☐ 3

    Very low in energy or pep most of the time       ☐ 2

    No energy of pep at all - I felt drained, sapped ☐ 1

continues

2004-02-16

CONFIDENTIAL
AZSER12749058

AstraZeneca

| Study code D1447C00126 | Subj initials ....................... | E code $\boxed{E \;|\;|\;|\;|\;|\;|\;|\;}$ |
|---|---|---|

Visit No. V1

AW03:07   N/A

AW2003-07-31

## Psychological General Well-Being Schedule (PGWB), continued        **PGWB**

7.  I felt downhearted and blue DURING THE PAST WEEK.

None of the time                    ☐ 6

A little of the time                ☐ 5

Some of the time                    ☐ 4

A good bit of the time              ☐ 3

Most of the time                    ☐ 2

All of the time                     ☐ 1

8.  Were you generally tense or did you feel any tension? (DURING THE PAST WEEK)

Yes - extremely tense, most or all of the time                  ☐ 1

Yes - very tense most of the time                               ☐ 2

Not generally tense, but did feel fairly tense several times    ☐ 3

I felt a little tense a few times                               ☐ 4

My general tension level was quite low                          ☐ 5

I never felt tense or any tension at all                        ☐ 6

9.  How happy, satisfied, or pleased have you been with your personal life? (DURING THE PAST WEEK)

Extremely happy - could not have been more satisfied or pleased     ☐ 6

Very happy most of the time                                         ☐ 5

Generally satisfied - pleased                                       ☐ 4

Sometime fairly happy, sometimes fairly unhappy                     ☐ 3

Generally dissatisfied, unhappy                                     ☐ 2

Very dissatisfied or unhappy most or all of the time                ☐ 1

continues

2004-02-16

CONFIDENTIAL
AZSER12749059

AstraZeneca

Page 117.04

Study code D1447C00126          Subj initials ........................          E code  E | | | | | | |

Visit No. V1

## Psychological General Well-Being Schedule (PGWB), continued          PGWB

10. Did you feel healthy enough to carry out the things you like to do or had to do? (DURING THE PAST WEEK)

Yes - definitely so                                                          ☐ 6

For the most part                                                           ☐ 5

Health problems limited me in some important ways                           ☐ 4

I was only healthy enough to take care of myself                            ☐ 3

I needed some help in taking care of myself                                 ☐ 2

I needed someone to help me with most or all of the things I had to do      ☐ 1

11. Have you felt so sad, discouraged, hopeless, or had so many problems that you wondered if anything was worthwhile? (DURING THE PAST WEEK)

Extremely so - to the point that I have just about given up                  ☐ 1

Very much so                                                                ☐ 2

Quite a bit                                                                 ☐ 3

Some - enough to bother me                                                  ☐ 4

A little bit                                                                ☐ 5

Not at all                                                                  ☐ 6

12. I woke up feeling fresh and rested DURING THE PAST WEEK.

None of the time                                                            ☐ 1

A little of the time                                                        ☐ 2

Some of the time                                                            ☐ 3

A good bit of the time                                                      ☐ 4

Most of the time                                                            ☐ 5

All of the time                                                             ☐ 6

continues

2004-02-16

CONFIDENTIAL
AZSER12749060

AstraZeneca

Study code D1447C00126      Subj initials ..........................      E code  E | | | | | | |

Visit No. V1

## Psychological General Well-Being Schedule (PGWB), continued                PGWB

13. Have you been concerned, worried, or had any fears about your health? (DURING THE PAST WEEK)

Extremely so                                                              ☐ 1

Very much so                                                              ☐ 2

Quite a bit                                                               ☐ 3

Some, but not a lot                                                       ☐ 4

Practically never                                                         ☐ 5

Not at all                                                               ☐ 6

14. Have you had any reason to wonder if you were losing your mind, or losing control over the way you act, talk, think, feel or of your memory? (DURING THE PAST WEEK)

Not at all                                                               ☐ 6

Only a little                                                            ☐ 5

Some - but not enough to be concerned or worried about                   ☐ 4

Some and I have been a little concerned                                  ☐ 3

Some and I am quite concerned                                            ☐ 2

Yes, very much so and I am very concerned                                 ☐ 1

15. My daily life was full of things that were interesting to me DURING THE PAST WEEK.

None of the time                                                         ☐ 1

A little of the time                                                     ☐ 2

Some of the time                                                         ☐ 3

A good bit of the time                                                   ☐ 4

Most of the time                                                         ☐ 5

All of the time                                                          ☐ 6

continues

2004-02-16

CONFIDENTIAL
AZSER12749061

AstraZeneca

Study code D1447C00126          Subj initials ...............          E code  E | | | | | | |

Visit No. V1

## Psychological General Well-Being Schedule (PGWB), continued                 **PGWB**

16. Did you feel active, vigorous, *or* dull, sluggish? (DURING THE PAST WEEK)

Very active, vigorous every day                                □ 6

Mostly active, vigorous - never really dull, sluggish          □ 5

Fairly active, vigorous - seldom dull, sluggish                □ 4

Fairly dull, sluggish - seldom active, vigorous                □ 3

Mostly dull, sluggish - never really active, vigorous          □ 2

Very dull, sluggish every day                                  □ 1

17. Have you been anxious, worried, or upset? (DURING THE PAST WEEK)

Extremely so - to the point of being sick or almost sick       □ 1

Very much so                                                   □ 2

Quite a bit                                                    □ 3

Some - enough to bother me                                     □ 4

A little bit                                                   □ 5

Not at all                                                     □ 6

18. I was emotionally stable and sure of myself (DURING THE PAST WEEK)

None of the time                                               □ 1

A little of the time                                           □ 2

Some of the time                                               □ 3

A good bit of the time                                         □ 4

Most of the time                                               □ 5

All of the time                                                □ 6

19. Did you feel relaxed, at ease *or* high strung, tight or keyed-up? (DURING THE PAST WEEK)

Felt relaxed and at ease the whole week                        □ 6

Felt relaxed and at ease most of the time                      □ 5

Generally felt relaxed but at times felt fairly high strung    □ 4

Generally felt high strung but at times felt fairly relaxed    □ 3

Felt high strung, tight, or keyed-up most of the time          □ 2

Felt high strung, tight, or keyed-up the whole week            □ 1

continues

2004-02-16

*(left margin: N/A AW03.07   AW2003-07-31)*

CONFIDENTIAL
AZSER12749062

AstraZeneca

Page 117.07

Study code D1447C00126          Subj initials ..............................          E code  E | | | | | | |

Visit No. V1

## Psychological General Well-Being Schedule (PGWB), continued          PGWB

20. I felt cheerful, lighthearted DURING THE PAST WEEK.

None of the time                     ☐ 1

A little of the time                  ☐ 2

Some of the time                     ☐ 3

A good bit of the time               ☐ 4

Most of the time                     ☐ 5

All of the time                      ☐ 6

21. I felt tired, worn out, used up, or exhausted (DURING THE PAST WEEK)

None of the time                     ☐ 6

A little of the time                  ☐ 5

Some of the time                     ☐ 4

A good bit of the time               ☐ 3

Most of the time                     ☐ 2

All of the time                      ☐ 1

22. Have you been under or felt you were under any strain, stress, or pressure? (DURING THE PAST WEEK)

Yes - almost more than I could bear or stand     ☐ 1

Yes - quite a bit of pressure                    ☐ 2

Yes, some - more than usual                      ☐ 3

Yes, some - but about usual                      ☐ 4

Yes - a little                                   ☐ 5

Not at all                                       ☐ 6

2004-02-16

CONFIDENTIAL
AZSER12749063

Page Ins: 118

## INSTRUCTIONS FOR THE INVESTIGATOR

**Clinical Global Impression, Bipolar (Visit 1 - Randomization)**                    **CGI_BP**

**Severity of illness**
Evaluate the severity of Subject's mental illness based on your total experience with this particular Subject population.  Assess based on the present or previous week's experience. Rate on a seven-point spectrum (1= normal, 7= among the most severely ill Subjects). Tick only one box.

**Rater's initials**
Record Rater's initials. The same rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749064

AstraZeneca

| Study code D1447C00126 | Subj initials ............................... | E code  E \| \| \| \| \| \| \| |

Visit No. V1

## Clinical Global Impression, Bipolar (Visit 1 - Randomization)     CGI_BP

### I.  Severity of Illness
Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

|  | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |

Rater´s initials

2004-02-16

CONFIDENTIAL
AZSER12749065

Page Ins: 119

## INSTRUCTIONS FOR THE INVESTIGATOR

AW03.07        N/A        AW2003-07-31

**Young Mania Rating Scale**                                                      **YMRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

Enter the date when the YMRS assessment was performed.

Provide one rating for each item score. Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749066

AstraZeneca                                                                    Page 119

Study code D1447C00126          Subj initials ........................          E code |E|_|_|_|_|_|_|

Visit No. V1

## Young Mania Rating Scale                                                    **YMRS**

Date of assessment          |2|_0_|_|  |_|  |_|_|
                            year        mm    dd

1.   Elevated Mood                        |__|

2.   Increased Motor Activity - Energy    |__|

3.   Sexual Interest                      |__|

4.   Sleep                                |__|

5.   Irritability                         |__|

6.   Speech (Rate and Amount)             |__|

7.   Language - Thought Disorder          |__|

8.   Content                              |__|

9.   Disruptive - Aggressive Behaviour    |__|

10.  Appearance                           |__|

11.  Insight                              |__|

```
Rater´s initials

```

2004-02-16

CONFIDENTIAL
AZSER12749067

Page Ins: 120

## INSTRUCTIONS FOR THE INVESTIGATOR

CN0107   N/A   AW2003-07-31

**Montgomery-Asberg Depression Rating Scale**                    **MADRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

**Date**
Enter the date when the assessment was performed.

Provide one rating for each item score.  Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749068

AstraZeneca                                                                 Page 120

Study code D1447C00126          Subj initials ........................          E code [E|_|_|_|_|_|_|]

                                Visit No. V1

## Montgomery-Asberg Depression Rating Scale                              **MADRS**

Date of assessment          [2|0|_|_|_|_|_]
                            year      mm    dd

1.   Apparent sadness          ⊔

2.   Reported sadness          ⊔

3.   Inner tension             ⊔

4.   Reduced sleep             ⊔

5.   Reduced appetite          ⊔

6.   Concentration difficulties ⊔

7.   Lassitude                 ⊔

8.   Inability to feel         ⊔

9.   Pessimistic thoughts      ⊔

10.  Suicidal thoughts         ⊔

Rater´s initials

2004-02-16

CONFIDENTIAL
AZSER12749069

Page Ins: 121

## INSTRUCTIONS FOR THE INVESTIGATOR

**Eligibility Criteria, Randomized Treatment Phase**                    **CRITAWR**

Make sure that the Randomization code for the Subject corresponds to that on the investigational product.

**Randomization code**
To be filled in after allocation of Randomization code has taken place.

If the Subject does not comply with inclusion and exclusion criteria, withdraw the Subject and complete study termination page.

Subject's fulfilling the eligibility criteria will be randomized to treatment group and assigned randomization codes before receiving the first doses of investigational product.

If a Subject discontinues from the study the Subject number (E code) should not be re-used.

Initials should be those of the Investigator.

2004-02-16

CONFIDENTIAL
AZSER12749070

AstraZeneca

| Study code D1447C00126 | Subj initials ........................... | E code | E | | | | | | | |

Visit No. V1

## Eligibility Criteria,  Randomized Treatment Phase

**CRITAWR**

### Inclusion criteria

|   |   | No | Yes |
|---|---|----|-----|
| 1 | Has been prescribed a dose of quetiapine within the range 400 to 800 mg/day and mood stabilizer (lithium or valproate) for at least 12 weeks | ☐ 0 | ☐ 1 |
| 2 | YMRS ≤12 and MADRS ≤12 assessed at a minimum of 4 consecutive visits spanning at least 12 weeks, with the allowance of a single excursion. An excursion is defined as a visit in which the YMRS or MADRS (or both) score equals 13 or 14. The excurison may not occur at the last of the consecutive visits | ☐ 0 | ☐ 1 |

**All Inclusion Criteria must be answered Yes for the Subject to qualify for this study**

AW03:07

N/A

AW2003-07-31

continues

2004-02-16

CONFIDENTIAL
AZSER12749071

AstraZeneca                                                                    Page 121.02

| | | |
|---|---|---|
| Study code D1447C00126 | Subj initials .................... | E code  E ⌶ ⌶ ⌶ ⌶ ⌶ ⌶ |

Visit No. V1

AW03:07 | N/A | AW2003-07-31

## Eligibility Criteria,  Randomized Treatment Phase, continued          **CRITAWR**

### Exclusion criteria

|   |   | No | Yes |
|---|---|---|---|
| 1 | Hospitalization due to a mood event (manic, depressed or mixed) during the Open-label treatment Phase | ☐₀ | ☐₁ |
| 2 | Electroconvulsive therapy (ECT) during the Open-label treatment Phase | ☐₀ | ☐₁ |
| 3 | Attempt to commit suicide or homicide during the Open-label treatment Phase | ☐₀ | ☐₁ |
| 4 | Substance or alcohol dependence (except dependence in full remission, and except for caffeine or nicotine dependence), as defined by DSM-IV criteria | ☐₀ | ☐₁ |
| 5 | Opiates, amphetamine, barbiturate, cocaine, cannabis, or hallucinogen abuse by DSM-IV criteria during the last 12 weeks | ☐₀ | ☐₁ |

**All Exclusion Criteria must be answered No for the Subject to qualify for this study**

Subject complies with all inclusion and none of the exclusion criteria    No ☐₀   Yes ☐₁

Date of randomization          |2 ⌶0 ⌶ ⌶ ⌶ ⌶ ⌶ ⌶|
                                year        mm      dd

Randomization code            |⌶ ⌶ ⌶ ⌶ ⌶|

| Investigator's Initials |
|---|
| |

2004-02-16

CONFIDENTIAL
AZSER12749072

Page Ins: 122

## INSTRUCTIONS FOR THE INVESTIGATOR

**Positive and Negative Syndrome Scale**                                **PANSS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

Provide one rating for each item score.  Specify one of the scores listed by putting the appropriate whole number (ie 1, 2, 3...) in the adjacent box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749073

AstraZeneca

Page 122

Study code D1447C00126          Subj initials ...........................          E code  E |    |    |    |    |    |    |

Visit No. V1

AW03:07
N/A

AW2003-07-31

## Positive and Negative Syndrome Scale

**PANSS**

### Positive Subscale

**P1.**   Delusions

**P2.**   Conceptual disorganization

**P3.**   Hallucinatory behaviour

**P4.**   Excitement

**P5.**   Grandiosity

**P6.**   Suspiciousness/persecution

**P7.**   Hostility

Rater´s initials

2004-02-16

CONFIDENTIAL
AZSER12749074

Page Ins: 123

## INSTRUCTIONS FOR THE INVESTIGATOR

**Abnormal Involuntary Movement Scale**                                    **AIMS**

Refer to workbook for scale instructions.

Provide one rating for each item score by putting the appropriate whole number  (ie, 0, 1, 2, 3, 4) for items 1-10 in the adjacent box.

Record the Rater's initials.  The same Rater should perform all assessments for a Subject.

AW03.07

N/A

AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749075

AstraZeneca ⚕                                                    Page 123

| Study code D1447C00126 | Subj initials ................ | E code E ⌐ ⌐ ⌐ ⌐ ⌐ ⌐ ⌐ |
|---|---|---|

Visit No. V1

## Abnormal Involuntary Movement Scale                                    **AIMS**

**Facial and oral movements**

1.  Muscles of facial expression          ⌐⌐

2.  Lips and perioral area                ⌐⌐

3.  Jaw                                    ⌐⌐

4.  Tongue                                 ⌐⌐

**Extremity movements**

5.  Upper (arms, wrists, hands, fingers)  ⌐⌐

6.  Lower (legs, knees, ankles, toes)     ⌐⌐

**Trunk movements**

7.  Neck, shoulders, hip                  ⌐⌐

**Global judgements**

8.  Severity of abnormal movements        ⌐⌐

9.  Incapacitation due to abnormal
    movements                             ⌐⌐

10. Subject's awareness of abnormal
    movements                             ⌐⌐

| Rater´s initials |
|---|
|   |

2004-02-16

CONFIDENTIAL
AZSER12749076

Page Ins: 124

## INSTRUCTIONS FOR THE INVESTIGATOR

**Barnes Akathisia Rating Scale**                                              **BARS**

Refer to the workbook for scale instructions.

Provide one rating for each item score.  Specify one of the scores listed by putting the appropriate whole number (ie, 0, 1, 2...) in the corresponding open box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

**Simpson-Angus Scale**                                              **SAS**

Refer to the workbook for scale instructions.

Provide one rating for each item score by putting the appropriate whole number in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749077

AstraZeneca                                                              Page 124

Study code D1447C00126          Subj initials ...................      E code  |E|_|_|_|_|_|_|_|

Visit No. V1

## Barnes Akathisia Rating Scale                                              **BARS**

1. Objective                                          ☐

2.  Subjective awareness of restlessness              ☐

3.  Subjective distress related to restlessness       ☐

4. Global clinical assessment of akathisia            ☐

> Rater´s initials

## Simpson-Angus Scale                                                        **SAS**

1.   Gait                ☐

2.   Arm dropping        ☐

3.   Shoulder shaking    ☐

4.   Elbow rigidity      ☐

5.   Wrist rigidity      ☐

6.   Head rotation       ☐

7.   Glabella tap        ☐

8.   Tremor              ☐

9.   Salivation          ☐

10.  Akathisia           ☐

> Rater´s initials

2004-02-16

CONFIDENTIAL
AZSER12749078

Page Ins: 125

## INSTRUCTIONS FOR THE INVESTIGATOR

**Life Charting Method (LCM)**                                **LCM**

Indicate whether the Subject has received the LCM device.

AW03:07

N/A

AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749079

AstraZeneca

Page 125

Study code D1447C00126          Subj initials ...........................          E code  E | | | | | | |

Visit No. V1

AW03:07    N/A    AW2003-07-31

## Life Charting Method (LCM)

**LCM**

Subject has received the LCM device

No ☐ 0   Yes ☐ 1

2004-02-16

CONFIDENTIAL
AZSER12749080

Page Ins: 126

## INSTRUCTIONS FOR THE INVESTIGATOR

**Adverse Events, Reminder**                                    **AERDR**

See AEDEF for definitions of Adverse Event (AE) and
Serious Adverse Event (Serious AE) and for translation of the
standard question to local language.

**Guide to the AE assessment**
*Ongoing at previous visit:*
AEs that were present at the previous visit and which may have stopped before
this visit or are still present.
*Spontaneously reported:*
The AE can be reported by other than Subject, for example family or hospital
staff.
*Observed by Investigational team or other person:*
Examinations and assessments should also be considered.

AW2003-07-31   AZ2002-12-03   A201110

2004-02-16

CONFIDENTIAL
AZSER12749081

AstraZeneca                                                              Page 126

Study code D1447C00126        Subj initials ......................        E code | E | | | | | | | |

                              Visit No. V1

## Adverse Events, Reminder                                              **AERDR**

Any adverse events
- ongoing at previous visit
- spontaneously reported
- observed by Investigational team or other person                    No      Yes
- reported in reply to the standard question: ***"Have you***          ◯       ◯
  ***had any health problems since the previous visit?"***                        If Yes, go to AELOG

2004-02-16

CONFIDENTIAL
AZSER12749082

AstraZeneca

Study code D1447C00126                    Visit No. V1

AZ01110
AZ2002-12-03
AW2003-07-31

## Check List                                                    CHECK

1   Adverse events have been reported on AELOG, and any
    change in concomitant medication on MED.                        ◯

2   Remember to transcribe rating scores and Subject
    questionnaire answers from the Workbooks to the
    corresponding CRFs.                                             ◯

3   The investigational product has been handed out together
    with dosage instruction cards.                                 ◯

4   Check that DOSC and SAC have been filled in.                    ◯

5   The e-diary has been handed out.                               ◯

6   Remind the Subject to bring the e-diary at next visit.         ◯

7   The Subject has been given an appointment for the next
    visit.                                                         ◯

2004-02-16

CONFIDENTIAL
AZSER12749083

# Visit V2

CONFIDENTIAL
AZSER12749084

Page Ins: 127

## INSTRUCTIONS FOR THE INVESTIGATOR

**Clinical Global Impression, Bipolar (Randomized Treatment Phase)**          CGI_BP

**Severity of illness**
Evaluate the severity of Subject's mental illness based on your total experience with this particular Subject population.  Assess based on the present or previous week's experience.  Rate on a seven-point spectrum (1= normal, 7= among the most severely ill Subjects). Tick only one box.

**Change from Preceding Phase**
Assess Subject's total improvement since initiation of the current treatment (V1) whether or not, in your judgment, it is due entirely to drug treatment.  Rate on a seven-point spectrum (1= Very much improved, 7= Very much worse Subjects). Tick only one box.

**Rater's initials**
Record Rater's initials. The same rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749085

AstraZeneca

Page 127

| Study code D1447C00126 | Subj initials .................... | E code | E | | | | | | | |

Visit No. V2

**Visit**

**VISIT**

Visit date | 2 | 0 | | | | | | |
year      mm      dd

## Clinical Global Impression, Bipolar (Randomized Treatment Phase)    CGI_BP

### I. Severity of Illness

Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

| | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | □ 1 | □ 2 | □ 3 | □ 4 | □ 5 | □ 6 | □ 7 |
| Depression | □ 1 | □ 2 | □ 3 | □ 4 | □ 5 | □ 6 | □ 7 |
| Overall bipolar illness | □ 1 | □ 2 | □ 3 | □ 4 | □ 5 | □ 6 | □ 7 |

### II. Change from Preceding Phase

Compared to the V1 how much has the Subject changed

| | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | □ 1 | □ 2 | □ 3 | □ 4 | □ 5 | □ 6 | □ 7 | □ 9 |
| Depression | □ 1 | □ 2 | □ 3 | □ 4 | □ 5 | □ 6 | □ 7 | □ 9 |
| Overall bipolar illness | □ 1 | □ 2 | □ 3 | □ 4 | □ 5 | □ 6 | □ 7 | □ 9 |

| Rater´s initials |
|---|
| |

2004-02-16

CONFIDENTIAL
AZSER12749086

AZ01:10   AZ2002-12-17   AW2003-07-31   AW03:07   N/A   AW2003-07-31

Page Ins: 128

## INSTRUCTIONS FOR THE INVESTIGATOR

**Young Mania Rating Scale**                                                                  **YMRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

Enter the date when the YMRS assessment was performed.

Provide one rating for each item score. Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

AW03.07   N/A   AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749087

AstraZeneca

Study code D1447C00126          Subj initials ...........................          E code ⌊E⌋_⌊_⌊_⌊_⌊_⌊_⌋

Visit No. V2

## Young Mania Rating Scale                                     **YMRS**

Date of assessment          ⌊2⌊0⌊_⌊_⌊_⌊_⌊_⌋
                              year      mm    dd

1.   Elevated Mood                        ⌊_⌋

2.   Increased Motor Activity - Energy    ⌊_⌋

3.   Sexual Interest                      ⌊_⌋

4.   Sleep                                ⌊_⌋

5.   Irritability                         ⌊_⌋

6.   Speech (Rate and Amount)             ⌊_⌋

7.   Language - Thought Disorder          ⌊_⌋

8.   Content                              ⌊_⌋

9.   Disruptive - Aggressive Behaviour    ⌊_⌋

10.  Appearance                           ⌊_⌋

11.  Insight                              ⌊_⌋

| Rater´s initials |
| --- |
|  |

2004-02-16

CONFIDENTIAL
AZSER12749088

Page Ins: 129

## INSTRUCTIONS FOR THE INVESTIGATOR

**Montgomery-Asberg Depression Rating Scale**                    **MADRS**

Refer to the rater training manual for scale instructions and semi-scripted clinical interview.

**Date**
Enter the date when the assessment was performed.

Provide one rating for each item score. Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

CN01/07  N/A  AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749089

AstraZeneca

Page 129

Study code D1447C00126        Subj initials ...........................        E code E | | | | | | |

Visit No. V2

## Montgomery-Asberg Depression Rating Scale

**MADRS**

Date of assessment  |2 | 0 | | | | | |
year    mm    dd

1. Apparent sadness ⊔
2. Reported sadness ⊔
3. Inner tension ⊔
4. Reduced sleep ⊔
5. Reduced appetite ⊔
6. Concentration difficulties ⊔
7. Lassitude ⊔
8. Inability to feel ⊔
9. Pessimistic thoughts ⊔
10. Suicidal thoughts ⊔

Rater´s initials

CN0107
N/A
AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749090

Page Ins: 130

## INSTRUCTIONS FOR THE INVESTIGATOR

**Adverse Events, Reminder**                                **AERDR**

See AEDEF for definitions of Adverse Event (AE) and
Serious Adverse Event (Serious AE) and for translation of the
standard question to local language.

**Guide to the AE assessment**
*Ongoing at previous visit:*
AEs that were present at the previous visit and which may have stopped before
this visit or are still present.
*Spontaneously reported:*
The AE can be reported by other than Subject, for example family or hospital
staff.
*Observed by Investigational team or other person:*
Examinations and assessments should also be considered.

AW2003-07-31     AZ2002-12-03     A201110

2004-02-16

CONFIDENTIAL
AZSER12749091

AstraZeneca

Page 130

Study code D1447C00126          Subj initials ...........................          E code ⌐E⌐ ⌐ ⌐ ⌐ ⌐ ⌐ ⌐ ¬

Visit No. V2

## Adverse Events, Reminder                                    **AERDR**

Any adverse events
- ongoing at previous visit
- spontaneously reported
- observed by Investigational team or other person
- reported in reply to the standard question: ***"Have you
  had any health problems since the previous visit?"***

No      Yes
○       ○       If Yes, go to AELOG

AZ01110   AZ2002-12-03   AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749092

AstraZeneca

Study code D1447C00126                Visit No. V2

AZ01110
AZ2002-12-03
AW2003-07-31

## Check List                                                        CHECK

1   In case of a Mood Event check that a notification has       ◯
    been faxed to the assigned Monitor.

2   Adverse events have been reported on AELOG, and any         ◯
    change in concomitant medication on MED.

3   Remember to transcribe rating scores from the               ◯
    Workbooks to the corresponding CRFs.

4   The investigational product has been handed out together    ◯
    with dosage instruction cards.

5   Check that DOSC and SAC have been filled in.                ◯

6   Remind the Subject to bring the e-diary at next visit.      ◯

7   The Subject has been given an appointment for the           ◯
    next visit.

2004-02-16

CONFIDENTIAL
AZSER12749093

# Visit V3

CONFIDENTIAL
AZSER12749094

Page Ins: 131

## INSTRUCTIONS FOR THE INVESTIGATOR

**Clinical Global Impression, Bipolar (Randomized Treatment Phase)**          CGI_BP

**Severity of illness**
Evaluate the severity of Subject's mental illness based on your total experience with this particular Subject population.  Assess based on the present or previous week's experience.  Rate on a seven-point spectrum (1= normal, 7= among the most severely ill Subjects). Tick only one box.

**Change from Preceding Phase**
Assess Subject's total improvement since initiation of the current treatment (V1) whether or not, in your judgment, it is due entirely to drug treatment.  Rate on a seven-point spectrum (1= Very much improved, 7= Very much worse Subjects). Tick only one box.

**Rater's initials**
Record Rater's initials. The same rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749095

AstraZeneca

Page 131

| Study code D1447C00126 | Subj initials ........................... | E code | E | | | | | | |

Visit No. V3

A201:10

AZ2002-12-17

AW2003-07-31

**Visit**                                                                    **VISIT**

Visit date | 2 | 0 | | | | | |
year    mm    dd

AW03:07

N/A

AW2003-07-31

## Clinical Global Impression, Bipolar (Randomized Treatment Phase)    CGI_BP

**I.  Severity of Illness**
Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

|  | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |

**II.  Change from Preceding Phase**
Compared to the V1 how much has the Subject changed

|  | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |

| Rater's initials |
|---|
|  |

2004-02-16

CONFIDENTIAL
AZSER12749096

Page Ins: 132

## INSTRUCTIONS FOR THE INVESTIGATOR

**Young Mania Rating Scale**                                                      **YMRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

Enter the date when the YMRS assessment was performed.

Provide one rating for each item score. Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749097

AstraZeneca

Page 132

| Study code D1447C00126 | Subj initials ............................ | E code | E | | | | | | | | |

Visit No. V3

AW03:07   N/A

AW2003-07-31

## Young Mania Rating Scale

**YMRS**

Date of assessment    | 2 | 0 | | | | | | |
year    mm    dd

1.   Elevated Mood                                   ⌷

2.   Increased Motor Activity - Energy         ⌷

3.   Sexual Interest                                  ⌷

4.   Sleep                                                ⌷

5.   Irritability                                          ⌷

6.   Speech (Rate and Amount)                  ⌷

7.   Language - Thought Disorder               ⌷

8.   Content                                             ⌷

9.   Disruptive - Aggressive Behaviour        ⌷

10.  Appearance                                       ⌷

11.  Insight                                              ⌷

Rater´s initials

2004-02-16

CONFIDENTIAL
AZSER12749098

Page Ins: 133

## INSTRUCTIONS FOR THE INVESTIGATOR

**Montgomery-Asberg Depression Rating Scale**                              **MADRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

**Date**
Enter the date when the assessment was performed.

Provide one rating for each item score.  Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749099

AstraZeneca

Page 133

Study code D1447C00126          Subj initials .................................          E code [E|_|_|_|_|_|_|_|]

Visit No. V3

## Montgomery-Asberg Depression Rating Scale          **MADRS**

Date of assessment   [2|0|_|_|_|_|_|_]
                      year      mm     dd

1.  Apparent sadness            ☐

2.  Reported sadness            ☐

3.  Inner tension               ☐

4.  Reduced sleep               ☐

5.  Reduced appetite            ☐

6.  Concentration difficulties  ☐

7.  Lassitude                   ☐

8.  Inability to feel           ☐

9.  Pessimistic thoughts        ☐

10. Suicidal thoughts           ☐

| Rater´s initials |
| --- |
| |

CN0107  N/A  AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749100

Page Ins: 134

## INSTRUCTIONS FOR THE INVESTIGATOR

**Adverse Events, Reminder**                                          **AERDR**

See AEDEF for definitions of Adverse Event (AE) and
Serious Adverse Event (Serious AE) and for translation of the
standard question to local language.

**Guide to the AE assessment**

*Ongoing at previous visit:*
AEs that were present at the previous visit and which may have stopped before
this visit or are still present.

*Spontaneously reported:*
The AE can be reported by other than Subject, for example family or hospital
staff.

*Observed by Investigational team or other person:*
Examinations and assessments should also be considered.

2004-02-16

CONFIDENTIAL
AZSER12749101

AstraZeneca

Page 134

| Study code D1447C00126 | Subj initials ........................... | E code |E| | | | | | | | |

Visit No. V3

AZ01110
AZ2002-12-03
AW2003-07-31

## Adverse Events, Reminder

**AERDR**

Any adverse events
- ongoing at previous visit
- spontaneously reported
- observed by Investigational team or other person
- reported in reply to the standard question: ***"Have you had any health problems since the previous visit?"***

No      Yes
○        ○        If Yes, go to AELOG

2004-02-16

CONFIDENTIAL
AZSER12749102

AstraZeneca

Study code D1447C00126                    Visit No. V3

## Check List                                            CHECK

1  In case of a Mood Event check that a notification has been faxed to the assigned Monitor.  ◯

2  Adverse events have been reported on AELOG, and any change in concomitant medication on MED.  ◯

3  Remember to transcribe rating scores from the Workbooks to the corresponding CRFs.  ◯

4  The investigational product has been handed out together with dosage instruction cards.  ◯

5  Check that DOSC and SAC have been filled in.  ◯

6  Remind the Subject to bring the e-diary at next visit.  ◯

7  The Subject has been given an appointment for the next visit.  ◯

AW2003-07-31   AZ2002-12-03   AZ0110

2004-02-16

CONFIDENTIAL
AZSER12749103

# Visit V4

CONFIDENTIAL
AZSER12749104

Page Ins: 135

## INSTRUCTIONS FOR THE INVESTIGATOR

**Vital Signs, Weight**                                                                    **VIT**

**Weight**
Weight must be recorded using the same scale.

Subject should wear light clothing and no shoes during the weight assessment.

2004-02-16

CONFIDENTIAL
AZSER12749105

AstraZeneca                                                    Page 135

Study code D1447C00126        Subj initials ...........................        E code |E|_|_|_|_|_|_|

Visit No. V4

**Visit**                                                                **VISIT**

Visit date   |2|0|_|_|_|_|_|
              year    mm    dd

**Vital Signs, Weight**                                                  **VIT**

Weight        |_|_|_| . |_| kg

2004-02-16

CONFIDENTIAL
AZSER12749106

Page Ins: 136

## INSTRUCTIONS FOR THE INVESTIGATOR

**Laboratory Assessments**                                                    **LAB2**
**Mood stabilizer**

Label and fill sample tubes according to laboratory instructions.

Record the sampling date and time.

Please sign and attach printout from laboratory to the CRF.

Check that Mood stabilizer is within range.

**NB:** State range for Lithium and Valproate: Lithium serum concentration range 0.5 mEq/L to 1.2 mEq/L and Valproate serum concentration range 50 µg/ml to 125 µg/ml.

AJ20110

NA

AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749107

AstraZeneca                                                    Page 136

Study code D1447C00126          Subj initials ........................          E code ⌊E⌋ | | | | | | | ⌋

Visit No. V4

AZ01110

NA

AW2003-07-31

## Laboratory Assessments                                     LAB2
**Mood stabilizer**

Visit V4

Sampling date              ⌊2 | 0 | | | | | | ⌋
                             year      mm    dd

Sampling time              ⌊ | | : | | | ⌋
                            24-hour clock

| AstraZeneca use only | |
|---|---|
| Laboratory ID | ⌊ | | ⌋ |

                                    No      Yes
Mood stabilizer within range        ◯      ◯

2004-02-16

CONFIDENTIAL
AZSER12749108

Page Ins: 137

## INSTRUCTIONS FOR THE INVESTIGATOR

**Sheehan Disability Scale**                                                    **SDS**

**Assessment Domains**
The Sheehan Disability Scale is a measurement of functional disability and impairment due to psychiatric symptoms. It consists of 3 functional impairment items and 2 items related to productivity losses due to the symptoms and impairment.

The Sheehan Disability Scale is a self rated questionnaire and should be administered to the Subject to be completed on his/her own without the presence or influence of study Investigator/nurse or other individuals. You should instruct the Subject to report the disability and impairment experienced during the **past week** due to his/her **bipolar disorder symptoms.** Emphasize that you will not interfere with the completion or have any comments to the patient's responses.

When the patient has completed the questionnaire you should transfer the responses to the corresponding CRF page. Make sure that the visit numbers and dates are the same.

Please note that a questionnaire that has been completed by the patient is considered as source data and can not be amended by the Investigator or any other individual.

**NB:** The CRF page is for clinical personnel use only.

2004-02-16

CONFIDENTIAL
AZSER12749109

AstraZeneca

Page 137

Study code D1447C00126          Subj initials .................................          E code |E|_|_|_|_|_|_|_|

Visit No. V4

## Sheehan Disability Scale

**SDS**

**Disability Scale**
**Work/School**                                                    |_|_|

I have not worked/studied at all during the past week for          |_| ₁
reasons unrelated to disorder

**Social Life**                                                    |_|_|

**Family Life/Home Responsibilities**                              |_|_|


**DAYS LOST**                    Days          |_|_|

**DAYS UNDER-PRODUCTIVE**        Days          |_|_|


2004-02-16

CONFIDENTIAL
AZSER12749110

Page Ins: 138

## INSTRUCTIONS FOR THE INVESTIGATOR

**Psychological General Well-Being Schedule (PGWB)**          **PGWB**

**Assessment Scale**

The PGWB is a self rated questionnaire and should be administered to the Subject to be completed on his/her own without the presence or influence of study Investigator/nurse or other individuals.

Instruct the Subject to read the instructions for the questionnaire and report their responses of well-being or distress for the **past week**. Emphasize that you will not interfere with the completion or have any comments to the Subject's responses.

When the Subject has completed the questionnaire, you should transfer the responses to the corresponding CRF page. Make sure that the visit numbers and dates are the same.

Please note that a questionnaire that has been completed by the Subject is considered as source data and cannot be amended by the Investigator or any other individual.

2004-02-16

CONFIDENTIAL
AZSER12749111

AstraZeneca

Page 138.01

| Study code D1447C00126 | Subj initials ........................... | E code  E ⌞_⌞_⌞_⌞_⌞_⌞_⌟ |

Visit No. V4

## Psychological General Well-Being Schedule (PGWB)

**PGWB**

1. How have you been feeling in general? (DURING THE PAST WEEK)

In excellent spirits ☐6

In very good spirits ☐5

In good spirits mostly ☐4

I have been up and down in spirits a lot ☐3

In low spirits mostly ☐2

In very low spirits ☐1

2. How often were you bothered by any illness, bodily disorder, aches or pains? (DURING THE PAST WEEK)

Every day ☐1

Almost every day ☐2

About half the time ☐3

Now and then, but less than half the time ☐4

Rarely ☐5

None of the time ☐6

3. Did you feel depressed? (DURING THE PAST WEEK)

Yes - to the point that I felt like taking my life ☐1

Yes - to the point that I did not care about anything ☐2

Yes - very depressed almost every day ☐3

Yes - quite depressed several times ☐4

Yes - a little depressed now and then ☐5

No - never felt depressed at all ☐6

continues

2004-02-16

CONFIDENTIAL
AZSER12749112

AstraZeneca

Study code D1447C00126          Subj initials ........................          E code └E┴ | ┴ | ┴ | ┴ | ┴┘

Visit No. V4

## Psychological General Well-Being Schedule (PGWB), continued                    PGWB

4.   Have you been in firm control of your behavior, thoughts, emotions, or feelings? (DURING THE PAST WEEK)

Yes, definitely so                                      ☐ 6

Yes, for the most part                                  ☐ 5

Generally so                                            ☐ 4

Not too well                                            ☐ 3

No, and I am somewhat disturbed                         ☐ 2

No, and I am very disturbed                             ☐ 1

5.   Have you been bothered by nervousness or your "nerves"? (DURING THE PAST WEEK)

Extremely so - to the point where I could not work or take care of things                                            ☐ 1

Very much so                                            ☐ 2

Quite a bit                                             ☐ 3

Some - enough to bother me                              ☐ 4

A little                                                ☐ 5

Not at all                                              ☐ 6

6.   How much energy, pep, or vitality did you have or feel? (DURING THE PAST WEEK)

Very full of energy - lots of pep                       ☐ 6

Fairly energetic most of the time                       ☐ 5

My energy level varied quite a bit                      ☐ 4

Generally low in energy or pep                          ☐ 3

Very low in energy or pep most of the time              ☐ 2

No energy of pep at all - I felt drained, sapped        ☐ 1

continues

2004-02-16

CONFIDENTIAL
AZSER12749113

AstraZeneca

| Study code D1447C00126 | Subj initials .......................... | E code $\boxed{E \mid \quad \mid \quad \mid \quad \mid \quad \mid \quad \mid \quad}$ |
|---|---|---|

Visit No. V4

AW03:07
N/A

AW2003-07-31

## Psychological General Well-Being Schedule (PGWB), continued          **PGWB**

7.  I felt downhearted and blue DURING THE PAST WEEK.

None of the time           □ 6

A little of the time        □ 5

Some of the time           □ 4

A good bit of the time     □ 3

Most of the time           □ 2

All of the time            □ 1

8.  Were you generally tense or did you feel any tension? (DURING THE PAST WEEK)

Yes - extremely tense, most or all of the time           □ 1

Yes - very tense most of the time                        □ 2

Not generally tense, but did feel fairly tense several times    □ 3

I felt a little tense a few times                        □ 4

My general tension level was quite low                   □ 5

I never felt tense or any tension at all                 □ 6

9.  How happy, satisfied, or pleased have you been with your personal life? (DURING THE PAST WEEK)

Extremely happy - could not have been more satisfied or pleased    □ 6

Very happy most of the time                              □ 5

Generally satisfied - pleased                            □ 4

Sometime fairly happy, sometimes fairly unhappy          □ 3

Generally dissatisfied, unhappy                          □ 2

Very dissatisfied or unhappy most or all of the time     □ 1

continues

2004-02-16

CONFIDENTIAL
AZSER12749114

AstraZeneca

Page 138.04

| Study code D1447C00126 | Subj initials ........................ | E code |E| | | | | | | |
|---|---|---|

Visit No. V4

AW03-07   N/A

AW2003-07-31

## Psychological General Well-Being Schedule (PGWB), continued          **PGWB**

10. Did you feel healthy enough to carry out the things you like to do or had to do? (DURING THE PAST WEEK)

   Yes - definitely so ☐ 6

   For the most part ☐ 5

   Health problems limited me in some important ways ☐ 4

   I was only healthy enough to take care of myself ☐ 3

   I needed some help in taking care of myself ☐ 2

   I needed someone to help me with most or all of the things I had to do ☐ 1

11. Have you felt so sad, discouraged, hopeless, or had so many problems that you wondered if anything was worthwhile? (DURING THE PAST WEEK)

   Extremely so - to the point that I have just about given up ☐ 1

   Very much so ☐ 2

   Quite a bit ☐ 3

   Some - enough to bother me ☐ 4

   A little bit ☐ 5

   Not at all ☐ 6

12. I woke up feeling fresh and rested DURING THE PAST WEEK.

   None of the time ☐ 1

   A little of the time ☐ 2

   Some of the time ☐ 3

   A good bit of the time ☐ 4

   Most of the time ☐ 5

   All of the time ☐ 6

continues

2004-02-16

CONFIDENTIAL
AZSER12749115

AstraZeneca

Page 138.05

| Study code D1447C00126 | Subj initials ........................... | E code $\lfloor$ E $\lfloor$ | $\lfloor$ | $\lfloor$ | $\lfloor$ |

Visit No. V4

## Psychological General Well-Being Schedule (PGWB), continued

**PGWB**

13. Have you been concerned, worried, or had any fears about your health? (DURING THE PAST WEEK)

Extremely so ☐1

Very much so ☐2

Quite a bit ☐3

Some, but not a lot ☐4

Practically never ☐5

Not at all ☐6

14. Have you had any reason to wonder if you were losing your mind, or losing control over the way you act, talk, think, feel of or of your memory? (DURING THE PAST WEEK)

Not at all ☐6

Only a little ☐5

Some - but not enough to be concerned or worried about ☐4

Some and I have been a little concerned ☐3

Some and I am quite concerned ☐2

Yes, very much so and I am very concerned ☐1

15. My daily life was full of things that were interesting to me DURING THE PAST WEEK.

None of the time ☐1

A little of the time ☐2

Some of the time ☐3

A good bit of the time ☐4

Most of the time ☐5

All of the time ☐6

continues

2004-02-16

CONFIDENTIAL
AZSER12749116

AstraZeneca

Page 138.06

Study code D1447C00126       Subj initials ........................       E code  E | | | | | | |

Visit No. V4

## Psychological General Well-Being Schedule (PGWB), continued      PGWB

16. Did you feel active, vigorous, *or* dull, sluggish? (DURING THE PAST WEEK)

Very active, vigorous every day                                    ☐6

Mostly active, vigorous - never really dull, sluggish              ☐5

Fairly active, vigorous - seldom dull, sluggish                    ☐4

Fairly dull, sluggish - seldom active, vigorous                    ☐3

Mostly dull, sluggish - never really active, vigorous             ☐2

Very dull, sluggish every day                                      ☐1

17. Have you been anxious, worried, or upset? (DURING THE PAST WEEK)

Extremely so - to the point of being sick or almost sick          ☐1

Very much so                                                       ☐2

Quite a bit                                                        ☐3

Some - enough to bother me                                         ☐4

A little bit                                                       ☐5

Not at all                                                         ☐6

18. I was emotionally stable and sure of myself (DURING THE PAST WEEK)

None of the time                                                   ☐1

A little of the time                                               ☐2

Some of the time                                                   ☐3

A good bit of the time                                             ☐4

Most of the time                                                   ☐5

All of the time                                                    ☐6

19. Did you feel relaxed, at ease *or* high strung, tight or keyed-up? (DURING THE PAST WEEK)

Felt relaxed and at ease the whole week                           ☐6

Felt relaxed and at ease most of the time                         ☐5

Generally felt relaxed but at times felt fairly high strung       ☐4

Generally felt high strung but at times felt fairly relaxed       ☐3

Felt high strung, tight, or keyed-up most of the time             ☐2

Felt high strung, tight, or keyed-up the whole week               ☐1

continues

2004-02-16

CONFIDENTIAL
AZSER12749117

AstraZeneca

Page 138.07

| Study code D1447C00126 | Subj initials .......................... | E code ⌊E⌴⌴⌴⌴⌴⌴⌴ |

Visit No. V4

AW03-07 | N/A

AW2003-07-31

## Psychological General Well-Being Schedule (PGWB), continued

**PGWB**

20.  I felt cheerful, lighthearted DURING THE PAST WEEK.

None of the time ☐1

A little of the time ☐2

Some of the time ☐3

A good bit of the time ☐4

Most of the time ☐5

All of the time ☐6

21.  I felt tired, worn out, used up, or exhausted (DURING THE PAST WEEK)

None of the time ☐6

A little of the time ☐5

Some of the time ☐4

A good bit of the time ☐3

Most of the time ☐2

All of the time ☐1

22.  Have you been under or felt you were under any strain, stress, or pressure? (DURING THE PAST WEEK)

Yes - almost more than I could bear or stand ☐1

Yes - quite a bit of pressure ☐2

Yes, some - more than usual ☐3

Yes, some - but about usual ☐4

Yes - a little ☐5

Not at all ☐6

2004-02-16

CONFIDENTIAL
AZSER12749118

Page Ins: 139

## INSTRUCTIONS FOR THE INVESTIGATOR

**Clinical Global Impression, Bipolar (Randomized Treatment Phase)**        CGI_BP

**Severity of illness**
Evaluate the severity of Subject's mental illness based on your total experience with this particular Subject population.  Assess based on the present or previous week's experience.  Rate on a seven-point spectrum (1= normal, 7= among the most severely ill Subjects).  Tick only one box.

**Change from Preceding Phase**
Assess Subject's total improvement since initiation of the current treatment (V1) whether or not, in your judgment, it is due entirely to drug treatment.  Rate on a seven-point spectrum (1= Very much improved, 7= Very much worse Subjects). Tick only one box.

**Rater's initials**
Record Rater's initials. The same rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749119

AstraZeneca

Page 139

Study code D1447C00126          Subj initials ...........................          E code |E| | | | | | |

Visit No. V4

## Clinical Global Impression, Bipolar (Randomized Treatment Phase)          CGI_BP

### I.  Severity of Illness
Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

| | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | □1 | □2 | □3 | □4 | □5 | □6 | □7 |
| Depression | □1 | □2 | □3 | □4 | □5 | □6 | □7 |
| Overall bipolar illness | □1 | □2 | □3 | □4 | □5 | □6 | □7 |

### II.  Change from Preceding Phase
Compared to the V1 how much has the Subject changed

| | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | □1 | □2 | □3 | □4 | □5 | □6 | □7 | □9 |
| Depression | □1 | □2 | □3 | □4 | □5 | □6 | □7 | □9 |
| Overall bipolar illness | □1 | □2 | □3 | □4 | □5 | □6 | □7 | □9 |

Rater's initials

2004-02-16

CONFIDENTIAL
AZSER12749120

Page Ins: 140

## INSTRUCTIONS FOR THE INVESTIGATOR

**Young Mania Rating Scale**                                              **YMRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

Enter the date when the YMRS assessment was performed.

Provide one rating for each item score. Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749121

AstraZeneca ⬢                                                    Page 140

Study code D1447C00126         Subj initials ........................      E code  E |   |   |   |   |   |   |

Visit No. V4

AW03-07
N/A
AW2003-07-31

## Young Mania Rating Scale                                          **YMRS**

Date of assessment        | 2 | 0|   |   |   |   |   |
                               year        mm     dd

1.    Elevated Mood                        |___|

2.    Increased Motor Activity - Energy     |___|

3.    Sexual Interest                      |___|

4.    Sleep                                |___|

5.    Irritability                         |___|

6.    Speech (Rate and Amount)             |___|

7.    Language - Thought Disorder          |___|

8.    Content                              |___|

9.    Disruptive - Aggressive Behaviour    |___|

10.   Appearance                           |___|

11.   Insight                              |___|

| Rater´s initials |
|---|
|   |

2004-02-16

CONFIDENTIAL
AZSER12749122

Page Ins: 141

## INSTRUCTIONS FOR THE INVESTIGATOR

**Montgomery-Asberg Depression Rating Scale**                                    **MADRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

**Date**
Enter the date when the assessment was performed.

Provide one rating for each item score.  Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749123

AstraZeneca

Page 141

Study code D1447C00126          Subj initials  .................................          E code  E |  |  |  |  |  |  |

Visit No. V4

CN0107
N/A
AW2003-07-31

## Montgomery-Asberg Depression Rating Scale          **MADRS**

Date of assessment   | 2 | 0 |  |  |  |  |  |
                       year      mm    dd

1.  Apparent sadness            ⌷

2.  Reported sadness            ⌷

3.  Inner tension               ⌷

4.  Reduced sleep               ⌷

5.  Reduced appetite            ⌷

6.  Concentration difficulties  ⌷

7.  Lassitude                   ⌷

8.  Inability to feel           ⌷

9.  Pessimistic thoughts        ⌷

10. Suicidal thoughts           ⌷

Rater´s initials

2004-02-16

CONFIDENTIAL
AZSER12749124

Page Ins: 142

## INSTRUCTIONS FOR THE INVESTIGATOR

**Positive and Negative Syndrome Scale**                                                **PANSS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

Provide one rating for each item score.  Specify one of the scores listed by putting the appropriate whole number (ie 1, 2, 3...) in the adjacent box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

AW03:07

N/A

AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749125

AstraZeneca                                                           Page 142

Study code D1447C00126          Subj initials ...........................          E code E |   |   |   |   |   |   |

Visit No. V4

## Positive and Negative Syndrome Scale                          **PANSS**

**Positive Subscale**

**P1.**   Delusions                              ⌴

**P2.**   Conceptual disorganization             ⌴

**P3.**   Hallucinatory behaviour                ⌴

**P4.**   Excitement                             ⌴

**P5.**   Grandiosity                            ⌴

**P6.**   Suspiciousness/persecution             ⌴

**P7.**   Hostility                              ⌴

Rater´s initials

2004-02-16

CONFIDENTIAL
AZSER12749126

Page Ins: 143

## INSTRUCTIONS FOR THE INVESTIGATOR

**Adverse Events, Reminder**                                                      **AERDR**

See AEDEF for definitions of Adverse Event (AE) and
Serious Adverse Event (Serious AE) and for translation of the
standard question to local language.

**Guide to the AE assessment**
*Ongoing at previous visit:*
AEs that were present at the previous visit and which may have stopped before
this visit or are still present.
*Spontaneously reported:*
The AE can be reported by other than Subject, for example family or hospital
staff.
*Observed by Investigational team or other person:*
Examinations and assessments should also be considered.

2004-02-16

CONFIDENTIAL
AZSER12749127

AstraZeneca

Page 143

| Study code D1447C00126 | Subj initials ...................... | E code |E|_|_|_|_|_|_|_| |
|---|---|---|

Visit No. V4

AZ01110  AZ2002-12-03  AW2003-07-31

## Adverse Events, Reminder

**AERDR**

Any adverse events
- ongoing at previous visit
- spontaneously reported
- observed by Investigational team or other person
- reported in reply to the standard question: *"Have you
  had any health problems since the previous visit?"*

No    Yes
○      ○      If Yes, go to AELOG

2004-02-16

CONFIDENTIAL
AZSER12749128

AstraZeneca

Study code D1447C00126                    Visit No. V4

AZ01110   AZ2002-12-03   AW2003-07-31

## Check List                                                            CHECK

1   In case of a Mood Event check that a notification has
    been faxed to the assigned Monitor.                           ○

2   Adverse events have been reported on AELOG, and any
    change in concomitant medication on MED.                      ○

3   Remember to transcribe rating scores and Subject
    questionnaire answers from the Workbooks to the
    corresponding CRFs.                                           ○

4   The investigational product has been handed out together
    with dosage instruction cards.                                ○

5   Check that DOSC and SAC have been filled in.                  ○

6   Remind the Subject to bring the e-diary at next visit.        ○

7   The Subject has been given an appointment for the next
    visit.                                                        ○

2004-02-16

CONFIDENTIAL
AZSER12749129

# Visit V5

CONFIDENTIAL
AZSER12749130

Page Ins: 144

## INSTRUCTIONS FOR THE INVESTIGATOR

**Clinical Global Impression, Bipolar (Randomized Treatment Phase)**          CGI_BP

**Severity of illness**
Evaluate the severity of Subject's mental illness based on your total experience with
this particular Subject population.  Assess based on the present or previous week's
experience.  Rate on a seven-point spectrum (1= normal, 7= among the most
severely ill Subjects). Tick only one box.

**Change from Preceding Phase**
Assess Subject's total improvement since initiation of the current treatment (V1)
whether or not, in your judgment, it is due entirely to drug treatment.  Rate on a seven-
point spectrum (1= Very much improved, 7= Very much worse Subjects). Tick only
one box.

**Rater's initials**
Record Rater's initials. The same rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749131

AstraZeneca

Page 144

| Study code D1447C00126 | Subj initials .................. | E code |E|_|_|_|_|_|_| |

Visit No. V5

**Visit**

**VISIT**

Visit date |2|_0|_|_|_|_|_|_|
         year    mm    dd

---

### Clinical Global Impression, Bipolar (Randomized Treatment Phase)       CGI_BP

**I. Severity of Illness**
Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

|  | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |

**II. Change from Preceding Phase**
Compared to the V1 how much has the Subject changed

|  | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |

| Rater´s initials |
|---|
|  |

2004-02-16

CONFIDENTIAL
AZSER12749132

Side margin codes: A201:10  AZ2002-12-17  AW2003-07-31  AW03:07  N/A  AW2003-07-31

Page Ins: 145

## INSTRUCTIONS FOR THE INVESTIGATOR

**Young Mania Rating Scale**                                                **YMRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

Enter the date when the YMRS assessment was performed.

Provide one rating for each item score. Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749133

AstraZeneca

Study code D1447C00126          Subj initials ..............................          E code  E |   |   |   |   |   |   |

Visit No. V5

## Young Mania Rating Scale                                    **YMRS**

Date of assessment          | 2 | 0 |   |   |   |   |   |
                                year        mm      dd

1.   Elevated Mood                              |__|

2.   Increased Motor Activity - Energy          |__|

3.   Sexual Interest                            |__|

4.   Sleep                                      |__|

5.   Irritability                              |__|

6.   Speech (Rate and Amount)                   |__|

7.   Language - Thought Disorder                |__|

8.   Content                                    |__|

9.   Disruptive - Aggressive Behaviour          |__|

10.  Appearance                                 |__|

11.  Insight                                    |__|

Rater´s initials

2004-02-16

CONFIDENTIAL
AZSER12749134

Page Ins: 146

## INSTRUCTIONS FOR THE INVESTIGATOR

**Montgomery-Asberg Depression Rating Scale**          **MADRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

**Date**
Enter the date when the assessment was performed.

Provide one rating for each item score.  Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

CN0107   N/A   AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749135

AstraZeneca

Page 146

Study code D1447C00126          Subj initials ...........................          E code |E|_|_|_|_|_|_|_|

Visit No. V5

## Montgomery-Asberg Depression Rating Scale          **MADRS**

Date of assessment |2|_0|_|_|_|_|_|_|
year          mm          dd

1.  Apparent sadness          ⊔

2.  Reported sadness          ⊔

3.  Inner tension          ⊔

4.  Reduced sleep          ⊔

5.  Reduced appetite          ⊔

6.  Concentration difficulties          ⊔

7.  Lassitude          ⊔

8.  Inability to feel          ⊔

9.  Pessimistic thoughts          ⊔

10. Suicidal thoughts          ⊔

| Rater´s initials |
|---|
|  |

2004-02-16

CONFIDENTIAL
AZSER12749136

Page Ins: 147

## INSTRUCTIONS FOR THE INVESTIGATOR

**Adverse Events, Reminder**                                **AERDR**

See AEDEF for definitions of Adverse Event (AE) and
Serious Adverse Event (Serious AE) and for translation of the
standard question to local language.

**Guide to the AE assessment**
*Ongoing at previous visit:*
AEs that were present at the previous visit and which may have stopped before
this visit or are still present.
*Spontaneously reported:*
The AE can be reported by other than Subject, for example family or hospital
staff.
*Observed by Investigational team or other person:*
Examinations and assessments should also be considered.

AW2003-07-31    AZ2002-12-03    A-20110

2004-02-16

CONFIDENTIAL
AZSER12749137

AstraZeneca                                                                      Page 147

Study code D1447C00126          Subj initials ........................          E code |E|_|_|_|_|_|_|_|

Visit No. V5

## Adverse Events, Reminder                                                      **AERDR**

Any adverse events
- ongoing at previous visit
- spontaneously reported
- observed by Investigational team or other person
- reported in reply to the standard question: ***"Have you***
  ***had any health problems since the previous visit?"***

No   Yes
○    ○          If Yes, go to AELOG

AZ01110
AZ2002-12-03
AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749138

AstraZeneca

Study code D1447C00126                    Visit No. V5

## Check List                                              CHECK

1   In case of a Mood Event check that a notification has       ◯
    been faxed to the assigned Monitor.

2   Adverse events have been reported on AELOG, and any         ◯
    change in concomitant medication on MED.

3   Remember to transcribe rating scores from the               ◯
    Workbooks to the corresponding CRFs.

4   The investigational product has been handed out together    ◯
    with dosage instruction cards.

5   Check that DOSC and SAC have been filled in.                ◯

6   Remind the Subject to bring the e-diary at next visit.      ◯

7   The Subject has been given an appointment for the           ◯
    next visit.

AZ01110
AZ2002-12-03
AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749139

# Visit V6

CONFIDENTIAL
AZSER12749140

Page Ins: 148

## INSTRUCTIONS FOR THE INVESTIGATOR

**Vital Signs, Weight**                                                   **VIT**

**Weight**
Weight must be recorded using the same scale.

Subject should wear light clothing and no shoes during the weight assessment.

2004-02-16

CONFIDENTIAL
AZSER12749141



AstraZeneca

Page 148

Study code D1447C00126          Subj initials ...............................          E code |E| | | | | | |

Visit No. V6

AZ01.10
AZ2002-12-17
AW2003-07-31

## Visit

**VISIT**

Visit date  |2|0| | | | | |
year    mm    dd

AZ01.10
NA
AW2003-07-31

## Vital Signs, Weight

**VIT**

Weight          | | | | . | | kg

2004-02-16

CONFIDENTIAL
AZSER12749142

Page Ins: 149

## INSTRUCTIONS FOR THE INVESTIGATOR

**Laboratory Assessments**                                                    **LAB2**
**Mood stabilizer**

Label and fill sample tubes according to laboratory instructions.

Record the sampling date and time.

Please sign and attach printout from laboratory to the CRF.

Check that Mood stabilizer is within range.

**NB:** State range for Lithium and Valproate: Lithium serum concentration range 0.5 mEq/L
to 1.2 mEq/L and Valproate serum concentration range 50 µg/ml to 125 µg/ml.

2004-02-16

CONFIDENTIAL
AZSER12749143

AstraZeneca

Study code D1447C00126        Subj initials ........................        E code ⌐E⌐ ⌐ ⌐ ⌐ ⌐ ⌐ ⌐ ⌐

Visit No. V6

AZ/01110

NA

AW2003-07-31

## Laboratory Assessments
**Mood stabilizer**

**LAB2**

Visit V6

Sampling date

⌐2 ⌐ 0 ⌐ ⌐ ⌐ ⌐ ⌐ ⌐
   year      mm      dd

Sampling time

⌐ ⌐ ⌐ : ⌐ ⌐ ⌐
24-hour clock

| AstraZeneca use only | |
|---|---|
| Laboratory ID | ⌐ ⌐ ⌐ |

Mood stabilizer within range      No ◯      Yes ◯

2004-02-16

CONFIDENTIAL
AZSER12749144

Page Ins: 150

## INSTRUCTIONS FOR THE INVESTIGATOR

**Sheehan Disability Scale**                                              **SDS**

**Assessment Domains**

The Sheehan Disability Scale is a measurement of functional disability and impairment due to psychiatric symptoms. It consists of 3 functional impairment items and 2 items related to productivity losses due to the symptoms and impairment.

The Sheehan Disability Scale is a self rated questionnaire and should be administered to the Subject to be completed on his/her own without the presence or influence of study Investigator/ nurse or other individuals. You should instruct the Subject to report the disability and impairment experienced during the **past week** due to his/her **bipolar disorder symptoms.** Emphasize that you will not interfere with the completion or have any comments to the patient's responses.

When the patient has completed the questionnaire you should transfer the responses to the corresponding CRF page. Make sure that the visit numbers and dates are the same.

Please note that a questionnaire that has been completed by the patient is considered as source data and can not be amended by the Investigator or any other individual.

**NB:** The CRF page is for clinical personnel use only.

2004-02-16

CONFIDENTIAL
AZSER12749145

AstraZeneca

Study code D1447C00126          Subj initials .................................          E code | E |   |   |   |   |   |   |   |

Visit No. V6

AW03.07
N/A
AW2003-07-31

## Sheehan Disability Scale

**SDS**

**Disability Scale**
**Work/School**                                              | _ | _ |

I have not worked/studied at all during the past week for reasons unrelated to disorder          | _ |₁

**Social Life**                                              | _ | _ |

**Family Life/Home Responsibilities**                        | _ | _ |

**DAYS LOST**              Days          | _ | _ |

**DAYS UNDER-PRODUCTIVE**  Days          | _ | _ |

2004-02-16

CONFIDENTIAL
AZSER12749146

Page Ins: 151

## INSTRUCTIONS FOR THE INVESTIGATOR

**Psychological General Well-Being Schedule (PGWB)**                    **PGWB**

**Assessment Scale**

The PGWB is a self rated questionnaire and should be administered to the Subject to be completed on his/her own without the presence or influence of study Investigator/nurse or other individuals.

Instruct the Subject to read the instructions for the questionnaire and report their responses of well-being or distress for the **past week**. Emphasize that you will not interfere with the completion or have any comments to the Subject's responses.

When the Subject has completed the questionnaire, you should transfer the responses to the corresponding CRF page. Make sure that the visit numbers and dates are the same.

Please note that a questionnaire that has been completed by the Subject is considered as source data and cannot be amended by the Investigator or any other individual.

2004-02-16

CONFIDENTIAL
AZSER12749147