Page Ins: 187

## INSTRUCTIONS FOR THE INVESTIGATOR

**Sheehan Disability Scale**                                              **SDS**

**Assessment Domains**

The Sheehan Disability Scale is a measurement of functional disability and impairment due to psychiatric symptoms. It consists of 3 functional impairment items and 2 items related to productivity losses due to the symptoms and impairment.

The Sheehan Disability Scale is a self rated questionnaire and should be administered to the Subject to be completed on his/her own without the presence or influence of study Investigator/ nurse or other individuals. You should instruct the Subject to report the disability and impairment experienced during the **past week** due to his/her **bipolar disorder symptoms.**
Emphasize that you will not interfere with the completion or have any comments to the patient's responses.

When the patient has completed the questionnaire you should transfer the responses to the corresponding CRF page. Make sure that the visit numbers and dates are the same.

Please note that a questionnaire that has been completed by the patient is considered as source data and can not be amended by the Investigator or any other individual.

**NB:** The CRF page is for clinical personnel use only.

2004-02-16

CONFIDENTIAL
AZSER12749248

AstraZeneca

Study code D1447C00126          Subj initials .........................          E code |E | | | | | | |

Visit No. V10

AW03.07

N/A

AW2003-07-31

## Sheehan Disability Scale

**SDS**

**Disability Scale**

**Work/School**                                           |  |  |

I have not worked/studied at all during the past week for reasons unrelated to disorder          |  |₁

**Social Life**                                           |  |  |

**Family Life/Home Responsibilities**          |  |  |


**DAYS LOST**                    Days          |  |  |

**DAYS UNDER-PRODUCTIVE**          Days          |  |  |

2004-02-16

CONFIDENTIAL
AZSER12749249

Page Ins: 188

## INSTRUCTIONS FOR THE INVESTIGATOR

**Psychological General Well-Being Schedule (PGWB)**                    **PGWB**

**Assessment Scale**

The PGWB is a self rated questionnaire and should be administered to the Subject to be completed on his/her own without the presence or influence of study Investigator/nurse or other individuals.

Instruct the Subject to read the instructions for the questionnaire and report their responses of well-being or distress for the **past week**. Emphasize that you will not interfere with the completion or have any comments to the Subject's responses.

When the Subject has completed the questionnaire, you should transfer the responses to the corresponding CRF page. Make sure that the visit numbers and dates are the same.

Please note that a questionnaire that has been completed by the Subject is considered as source data and cannot be amended by the Investigator or any other individual.

AW2003-07-31    N/A    AW03.07

2004-02-16

CONFIDENTIAL
AZSER12749250

AstraZeneca

Page 188.01

| Study code D1447C00126 | Subj initials ........................... | E code |E| | | | | | | |

Visit No. V10

## Psychological General Well-Being Schedule (PGWB)    **PGWB**

1.  How have you been feeling in general? (DURING THE PAST WEEK)

    In excellent spirits ☐ 6

    In very good spirits ☐ 5

    In good spirits mostly ☐ 4

    I have been up and down in spirits a lot ☐ 3

    In low spirits mostly ☐ 2

    In very low spirits ☐ 1

2.  How often were you bothered by any illness, bodily disorder, aches or pains? (DURING THE PAST WEEK)

    Every day ☐ 1

    Almost every day ☐ 2

    About half the time ☐ 3

    Now and then, but less than half the time ☐ 4

    Rarely ☐ 5

    None of the time ☐ 6

3.  Did you feel depressed? (DURING THE PAST WEEK)

    Yes - to the point that I felt like taking my life ☐ 1

    Yes - to the point that I did not care about anything ☐ 2

    Yes - very depressed almost every day ☐ 3

    Yes - quite depressed several times ☐ 4

    Yes - a little depressed now and then ☐ 5

    No - never felt depressed at all ☐ 6

continues

2004-02-16

CONFIDENTIAL
AZSER12749251

AstraZeneca

Page 188.02

| Study code D1447C00126 | Subj initials ........................ | E code E ⌐ ı ı ı ı ı ı ¬ |

Visit No. V10

N/A    AW03.07

AW2003-07-31

## Psychological General Well-Being Schedule (PGWB), continued    **PGWB**

4.  Have you been in firm control of your behavior, thoughts, emotions, or feelings? (DURING THE PAST WEEK)

Yes, definitely so ☐ 6

Yes, for the most part ☐ 5

Generally so ☐ 4

Not too well ☐ 3

No, and I am somewhat disturbed ☐ 2

No, and I am very disturbed ☐ 1

5.  Have you been bothered by nervousness or your "nerves"? (DURING THE PAST WEEK)

Extremely so - to the point where I could not work or take care of things ☐ 1

Very much so ☐ 2

Quite a bit ☐ 3

Some - enough to bother me ☐ 4

A little ☐ 5

Not at all ☐ 6

6.  How much energy, pep, or vitality did you have or feel? (DURING THE PAST WEEK)

Very full of energy - lots of pep ☐ 6

Fairly energetic most of the time ☐ 5

My energy level varied quite a bit ☐ 4

Generally low in energy or pep ☐ 3

Very low in energy or pep most of the time ☐ 2

No energy of pep at all - I felt drained, sapped ☐ 1

continues

2004-02-16

CONFIDENTIAL
AZSER12749252

AstraZeneca

Page 188.03

Study code D1447C00126          Subj initials ...........................          E code |E|__|__|__|__|__|__|

Visit No. V10

**Psychological General Well-Being Schedule (PGWB),** continued          **PGWB**

7.  I felt downhearted and blue DURING THE PAST WEEK.

None of the time ☐6

A little of the time ☐5

Some of the time ☐4

A good bit of the time ☐3

Most of the time ☐2

All of the time ☐1

8.  Were you generally tense or did you feel any tension? (DURING THE PAST WEEK)

Yes - extremely tense, most or all of the time ☐1

Yes - very tense most of the time ☐2

Not generally tense, but did feel fairly tense several times ☐3

I felt a little tense a few times ☐4

My general tension level was quite low ☐5

I never felt tense or any tension at all ☐6

9.  How happy, satisfied, or pleased have you been with your personal life? (DURING THE PAST WEEK)

Extremely happy - could not have been more satisfied or pleased ☐6

Very happy most of the time ☐5

Generally satisfied - pleased ☐4

Sometime fairly happy, sometimes fairly unhappy ☐3

Generally dissatisfied, unhappy ☐2

Very dissatisfied or unhappy most or all of the time ☐1

continues

2004-02-16

CONFIDENTIAL
AZSER12749253

AstraZeneca

Page 188.04

| Study code D1447C00126 | Subj initials ........................... | E code | E | | | | | | | | |

Visit No. V10

## Psychological General Well-Being Schedule (PGWB), continued

**PGWB**

10. Did you feel healthy enough to carry out the things you like to do or had to do? (DURING THE PAST WEEK)

Yes - definitely so ☐ 6

For the most part ☐ 5

Health problems limited me in some important ways ☐ 4

I was only healthy enough to take care of myself ☐ 3

I needed some help in taking care of myself ☐ 2

I needed someone to help me with most or all of the things I had to do ☐ 1

11. Have you felt so sad, discouraged, hopeless, or had so many problems that you wondered if anything was worthwhile? (DURING THE PAST WEEK)

Extremely so - to the point that I have just about given up ☐ 1

Very much so ☐ 2

Quite a bit ☐ 3

Some - enough to bother me ☐ 4

A little bit ☐ 5

Not at all ☐ 6

12. I woke up feeling fresh and rested DURING THE PAST WEEK.

None of the time ☐ 1

A little of the time ☐ 2

Some of the time ☐ 3

A good bit of the time ☐ 4

Most of the time ☐ 5

All of the time ☐ 6

continues

2004-02-16

CONFIDENTIAL
AZSER12749254

AstraZeneca

Page 188.05

Study code D1447C00126          Subj initials ...........................          E code [E | | | | | | | ]

Visit No. V10

## Psychological General Well-Being Schedule (PGWB), continued          **PGWB**

13. Have you been concerned, worried, or had any fears about your health? (DURING THE PAST WEEK)

Extremely so            [ ]1

Very much so            [ ]2

Quite a bit             [ ]3

Some, but not a lot     [ ]4

Practically never       [ ]5

Not at all              [ ]6

14. Have you had any reason to wonder if you were losing your mind, or losing control over the way you act, talk, think, feel of or your memory? (DURING THE PAST WEEK)

Not at all                                              [ ]6

Only a little                                           [ ]5

Some - but not enough to be concerned or worried about  [ ]4

Some and I have been a little concerned                 [ ]3

Some and I am quite concerned                           [ ]2

Yes, very much so and I am very concerned               [ ]1

15. My daily life was full of things that were interesting to me DURING THE PAST WEEK.

None of the time        [ ]1

A little of the time    [ ]2

Some of the time        [ ]3

A good bit of the time  [ ]4

Most of the time        [ ]5

All of the time         [ ]6

continues

2004-02-16

CONFIDENTIAL
AZSER12749255

AstraZeneca                                                        Page 188.06

Study code D1447C00126          Subj initials ........................          E code └E│ │ │ │ │ │ │ ┘

Visit No. V10

## Psychological General Well-Being Schedule (PGWB), continued          **PGWB**

16. Did you feel active, vigorous, *or* dull, sluggish? (DURING THE PAST WEEK)

   Very active, vigorous every day                                    ☐6

   Mostly active, vigorous - never really dull, sluggish              ☐5

   Fairly active, vigorous - seldom dull, sluggish                    ☐4

   Fairly dull, sluggish - seldom active, vigorous                    ☐3

   Mostly dull, sluggish - never really active, vigorous              ☐2

   Very dull, sluggish every day                                      ☐1

17. Have you been anxious, worried, or upset? (DURING THE PAST WEEK)

   Extremely so - to the point of being sick or almost sick           ☐1

   Very much so                                                       ☐2

   Quite a bit                                                        ☐3

   Some - enough to bother me                                         ☐4

   A little bit                                                       ☐5

   Not at all                                                         ☐6

18. I was emotionally stable and sure of myself (DURING THE PAST WEEK)

   None of the time                                                   ☐1

   A little of the time                                               ☐2

   Some of the time                                                   ☐3

   A good bit of the time                                             ☐4

   Most of the time                                                   ☐5

   All of the time                                                    ☐6

19. Did you feel relaxed, at ease *or* high strung, tight or keyed-up? (DURING THE PAST WEEK)

   Felt relaxed and at ease the whole week                            ☐6

   Felt relaxed and at ease most of the time                          ☐5

   Generally felt relaxed but at times felt fairly high strung        ☐4

   Generally felt high strung but at times felt fairly relaxed        ☐3

   Felt high strung, tight, or keyed-up most of the time              ☐2

   Felt high strung, tight, or keyed-up the whole week                ☐1

continues

2004-02-16

CONFIDENTIAL
AZSER12749256

AstraZeneca

| Study code D1447C00126 | Subj initials ......................... | E code |E| | | | | | | |

Visit No. V10

## Psychological General Well-Being Schedule (PGWB), continued          **PGWB**

20.  I felt cheerful, lighthearted DURING THE PAST WEEK.

None of the time                                       ☐ 1

A little of the time                                   ☐ 2

Some of the time                                       ☐ 3

A good bit of the time                                 ☐ 4

Most of the time                                       ☐ 5

All of the time                                        ☐ 6

21.  I felt tired, worn out, used up, or exhausted (DURING THE PAST WEEK)

None of the time                                       ☐ 6

A little of the time                                   ☐ 5

Some of the time                                       ☐ 4

A good bit of the time                                 ☐ 3

Most of the time                                       ☐ 2

All of the time                                        ☐ 1

22.  Have you been under or felt you were under any strain, stress, or pressure? (DURING THE PAST WEEK)

Yes - almost more than I could bear or stand           ☐ 1

Yes - quite a bit of pressure                          ☐ 2

Yes, some - more than usual                            ☐ 3

Yes, some – but about usual                            ☐ 4

Yes - a little                                         ☐ 5

Not at all                                             ☐ 6

2004-02-16

CONFIDENTIAL
AZSER12749257

Page Ins: 189

## INSTRUCTIONS FOR THE INVESTIGATOR

**Clinical Global Impression, Bipolar (Randomized Treatment Phase)**    CGI_BP

**Severity of illness**
Evaluate the severity of Subject's mental illness based on your total experience with this particular Subject population.  Assess based on the present or previous week's experience.  Rate on a seven-point spectrum (1= normal, 7= among the most severely ill Subjects). Tick only one box.

**Change from Preceding Phase**
Assess Subject's total improvement since initiation of the current treatment (V1) whether or not, in your judgment, it is due entirely to drug treatment.  Rate on a seven-point spectrum (1= Very much improved, 7= Very much worse Subjects). Tick only one box.

**Rater's initials**
Record Rater's initials. The same rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749258

AstraZeneca

Page 189

Study code D1447C00126          Subj initials ...........................          E code |E|_|_|_|_|_|_|_|

Visit No. V10

## Clinical Global Impression, Bipolar (Randomized Treatment Phase)          CGI_BP

### I. Severity of Illness

Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

| | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |

### II. Change from Preceding Phase

Compared to the V1 how much has the Subject changed

| | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |

Rater's initials

AW03:07   N/A   AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749259

Page Ins: 190

## INSTRUCTIONS FOR THE INVESTIGATOR

**Young Mania Rating Scale**                                                    **YMRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

Enter the date when the YMRS assessment was performed.

Provide one rating for each item score. Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749260

AstraZeneca

Study code D1447C00126          Subj initials ........................          E code  E ⎿_�─_�─_�─_�

Visit No. V10

AW03.07   N/A   AW2003-07-31

## Young Mania Rating Scale

**YMRS**

Date of assessment          2 ⎿ 0 �─_⏐_⏐_⏐_⏐_⏐_
                            year        mm   dd

1.   Elevated Mood                              ⎿__⏌

2.   Increased Motor Activity - Energy          ⎿__⏌

3.   Sexual Interest                            ⎿__⏌

4.   Sleep                                      ⎿__⏌

5.   Irritability                              ⎿__⏌

6.   Speech (Rate and Amount)                   ⎿__⏌

7.   Language - Thought Disorder                ⎿__⏌

8.   Content                                    ⎿__⏌

9.   Disruptive - Aggressive Behaviour          ⎿__⏌

10.  Appearance                                 ⎿__⏌

11.  Insight                                    ⎿__⏌

| Rater´s initials |
| --- |
|  |

2004-02-16

CONFIDENTIAL
AZSER12749261

Page Ins: 191

## INSTRUCTIONS FOR THE INVESTIGATOR

**Montgomery-Asberg Depression Rating Scale**                    **MADRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

**Date**
Enter the date when the assessment was performed.

Provide one rating for each item score.  Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

CN0107     N/A     AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749262

AstraZeneca                                                      Page 191

Study code D1447C00126          Subj initials ............................   E code |E|_|_|_|_|_|_|_|

Visit No. V10

CN0107

N/A

AW2003-07-31

## Montgomery-Asberg Depression Rating Scale          **MADRS**

Date of assessment      |2|0|_|_|_|_|_|
                         year      mm    dd

1.  Apparent sadness        └─┘

2.  Reported sadness        └─┘

3.  Inner tension           └─┘

4.  Reduced sleep           └─┘

5.  Reduced appetite        └─┘

6.  Concentration difficulties  └─┘

7.  Lassitude               └─┘

8.  Inability to feel       └─┘

9.  Pessimistic thoughts    └─┘

10. Suicidal thoughts       └─┘

```
Rater´s initials
```

2004-02-16

CONFIDENTIAL
AZSER12749263

Page Ins: 192

## INSTRUCTIONS FOR THE INVESTIGATOR

AJ2011:10   AZ2002-12-03   AW2003-07-31

**Adverse Events, Reminder**                                    **AERDR**

See AEDEF for definitions of Adverse Event (AE) and
Serious Adverse Event (Serious AE) and for translation of the
standard question to local language.

**Guide to the AE assessment**
*Ongoing at previous visit:*
AEs that were present at the previous visit and which may have stopped before
this visit or are still present.
*Spontaneously reported:*
The AE can be reported by other than Subject, for example family or hospital
staff.
*Observed by Investigational team or other person:*
Examinations and assessments should also be considered.

2004-02-16

CONFIDENTIAL
AZSER12749264

AstraZeneca

Page 192

Study code D1447C00126          Subj initials .........................          E code ⌐E⌐_⌐_⌐_⌐_⌐_⌐_¬

Visit No. V10

## Adverse Events, Reminder                                                    **AERDR**

Any adverse events
- ongoing at previous visit
- spontaneously reported
- observed by Investigational team or other person
- reported in reply to the standard question: **"Have you had any health problems since the previous visit?"**

No    Yes
◯    ◯    If Yes, go to AELOG.

2004-02-16

AZ01110
AZ2002-12-03
AW2003-07-31

CONFIDENTIAL
AZSER12749265

AstraZeneca

Study code D1447C00126                    Visit No. V10

## Check List                                                        CHECK

1  In case of a Mood Event check that a notification has
   been faxed to the assigned Monitor.                          ◯

2  Adverse events have been reported on AELOG, and any
   change in concomitant medication on MED.                     ◯

3  Remember to transcribe rating scores and Subject
   questionnaire answers from the Workbooks to the
   corresponding CRFs.                                          ◯

4  The investigational product has been handed out together
   with dosage instruction cards.                               ◯

5  Check that DOSC and SAC have been filled in.                 ◯

6  Remind the Subject to bring the e-diary at next visit.       ◯

7  The Subject has been given an appointment for the next
   visit.                                                       ◯

AW2003-07-31    AZ2002-12-03    AZ01110

2004-02-16

CONFIDENTIAL
AZSER12749266

# Visit V11

CONFIDENTIAL
AZSER12749267

Page Ins: 193

## INSTRUCTIONS FOR THE INVESTIGATOR

**Physical Examination, Follow-up**                           **PHYSFAW2**

Enter the date the assessment was performed.

Make the examination in accordance with your normal clinic routines.

Please compare with the physical examination at Visit 1 (Randomization) before completing 'Abnormal'.

**Head and neck**
Please include head, ears, eyes, nose, and throat in this examination.

Only tick 'Not done' if the Subject refuses or if the examination of a part of the body is not possible.

**NB:** The eye examination includes a direct ophtalmoscopy.

2004-02-16

CONFIDENTIAL
AZSER12749268

AstraZeneca

Page 193

Study code D1447C00126          Subj initials ......................          E code | E | | | | | | |

Visit No. V11

## Visit

**VISIT**

Visit date | 2 | 0 | | | | | |
          year    mm   dd

## Physical Examination, Follow-up

**PHYSFAW2**

Assessment date | 2 | 0 | | | | | |
            year    mm   dd

| | Normal | Abnormal Same as Ran-domization | Abnormal New or aggravated | Not done | Specification of new or aggravated abnormalities (compared with Randomization) |
|---|---|---|---|---|---|
| General appearance | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ......................... |
| Skin | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ......................... |
| Head and neck | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ......................... |
| Lymph nodes | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ......................... |
| Thyroid | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ......................... |
| Musculoskeletal/ Extremities | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ......................... |
| Cardiovascular | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ......................... |
| Lungs | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ......................... |
| Abdomen | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ......................... |
| Neurological | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ......................... |
| Genital/Rectal | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ......................... |

☞ **If any new or aggravated abnormalities imply a deterioration compared with Randomization, fill in Adverse Event Log Form**

Side codes: AZ01.10  AZ2002-12-17  AW2003-07-31  AW03.07  N/A  AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749269

Page Ins: 194

## INSTRUCTIONS FOR THE INVESTIGATOR

**Vital Signs, Weight**                                                    **VIT**

**Pulse and blood pressure**
The method used at baseline must be used at each subsequent recording for PR and BP measurements.

Measure pulse before blood pressure.

The pulse and blood pressure should be measured supine and standing by using non-invasive equipment. The standing pulse and blood pressure should be measured after 2 minutes of standing.

**Weight**
Weight must be recorded using the same scale.

Subject should wear light clothing and no shoes during the weight assessment.

**Meals**                                                                  **MEAL**

Record date and time of last meal.

2004-02-16

CONFIDENTIAL
AZSER12749270

AstraZeneca

Study code D1447C00126          Subj initials ...........................          E code |E|_|_|_|_|_|_|

Visit No. V11

AJ20110

NA

AW2003-07-31

**Vital Signs, Weight**                                                    **VIT**

*Assm
No.*                                    *Protocol
schedule*

1   Pulse |_|_|_| beats/min        Supine
(0 min)     Blood pressure |_|_|_| / |_|_|_| mmHg
                                                                    systolic      diastolic

2   Pulse |_|_|_| beats/min        Standing
(2 min)     Blood pressure |_|_|_| / |_|_|_| mmHg
                                                                    systolic      diastolic

Weight        |_|_|_| · |_| kg

SO03103

SO2003-03-20

AW2003-07-31

**Meals**                                                                  **MEAL**

Date of last meal      |2|0|_|_|_|_|_|
                        year      mm    dd

Time of last meal      |_|_| : |_|_|
                        24-hour clock

2004-02-16

CONFIDENTIAL
AZSER12749271

Page Ins: 195

## INSTRUCTIONS FOR THE INVESTIGATOR

**Laboratory Assessments**                                                                                   **LAB1**

Label and fill sample tubes according to laboratory instructions.

Record the sampling date and time.

Please sign and attach printout from laboratory to the CRF.

If the Absolute Neutrophil Count is below $0,5 \times 10^9$/L a repeat lab within 24 hours is required. If the value of the repeated assessment is below $0,5 \times 10^9$/L the Subject must be discontinued due to Adverse Event. The Adverse Event should be the signs and symptoms of the low Absolute Neutrophil Count  if present.  If no symptoms are present the Adverse Event should be 'Absolute Neutrophil Count Decreased'.

2004-02-16

CONFIDENTIAL
AZSER12749272

AstraZeneca

Page 195

Study code D1447C00126          Subj initials ............................          E code |E| | | | | | | |

Visit No. V11

## Laboratory Assessments

**LAB1**

Visit V11

Sampling date          |2| 0| | | | | | | |
                        year        mm      dd

Sampling time          | | | : | | |
                        24-hour clock

| AstraZeneca use only | |
|---|---|
| Laboratory ID | | | | |

2004-02-16

CONFIDENTIAL
AZSER12749273

Page Ins: 196

## INSTRUCTIONS FOR THE INVESTIGATOR

**Laboratory Assessments**                                         **LAB2**
**Mood stabilizer**

Label and fill sample tubes according to laboratory instructions.

Record the sampling date and time.

Please sign and attach printout from laboratory to the CRF.

Check that Mood stabilizer is within range.

**NB:** State range for Lithium and Valproate: Lithium serum concentration range 0.5 mEq/L to 1.2 mEq/L and Valproate serum concentration range 50 µg/ml to 125 µg/ml.

2004-02-16

CONFIDENTIAL
AZSER12749274

AstraZeneca

Page 196

Study code D1447C00126          Subj initials ...............................          E code | E | | | | | | | |

Visit No. V11

**Laboratory Assessments**                                                    **LAB2**
**Mood stabilizer**

Visit V11

Sampling date          | 2 | 0 | | | | | | | | |
                         year        mm     dd

Sampling time          | | | : | | |
                        24-hour clock

| AstraZeneca use only | |
| Laboratory ID | | | | |

Mood stabilizer within range     No   Yes
                                  ◯    ◯

2004-02-16

CONFIDENTIAL
AZSER12749275

Page Ins: 197

## INSTRUCTIONS FOR THE INVESTIGATOR

**Sheehan Disability Scale**                                                     **SDS**

**Assessment Domains**

The Sheehan Disability Scale is a measurement of functional disability and impairment due to psychiatric symptoms. It consists of 3 functional impairment items and 2 items related to productivity losses due to the symptoms and impairment.

The Sheehan Disability Scale is a self rated questionnaire and should be administered to the Subject to be completed on his/her own without the presence or influence of study Investigator/nurse or other individuals. You should instruct the Subject to report the disability and impairment experienced during the **past week** due to his/her **bipolar disorder symptoms.** Emphasize that you will not interfere with the completion or have any comments to the patient's responses.

When the patient has completed the questionnaire you should transfer the responses to the corresponding CRF page. Make sure that the visit numbers and dates are the same.

Please note that a questionnaire that has been completed by the patient is considered as source data and can not be amended by the Investigator or any other individual.

**NB:** The CRF page is for clinical personnel use only.

2004-02-16

CONFIDENTIAL
AZSER12749276

AstraZeneca

Page 197

Study code D1447C00126        Subj initials ........................        E code |E| | | | | | | |

Visit No. V11

**Sheehan Disability Scale**                                                SDS

**Disability Scale**
**Work/School**                                        |_|_|

I have not worked/studied at all during the past week for
reasons unrelated to disorder                          |_|₁

**Social Life**                                        |_|_|

**Family Life/Home Responsibilities**                  |_|_|

**DAYS LOST**                   Days        |_|_|

**DAYS UNDER-PRODUCTIVE**       Days        |_|_|

2004-02-16

CONFIDENTIAL
AZSER12749277

Page Ins: 198

## INSTRUCTIONS FOR THE INVESTIGATOR

**Psychological General Well-Being Schedule (PGWB)**                    **PGWB**

**Assessment Scale**

The PGWB is a self rated questionnaire and should be administered to the Subject to be completed on his/her own without the presence or influence of study Investigator/nurse or other individuals.

Instruct the Subject to read the instructions for the questionnaire and report their responses of well-being or distress for the **past week**. Emphasize that you will not interfere with the completion or have any comments to the Subject's responses.

When the Subject has completed the questionnaire, you should transfer the responses to the corresponding CRF page. Make sure that the visit numbers and dates are the same.

Please note that a questionnaire that has been completed by the Subject is considered as source data and cannot be amended by the Investigator or any other individual.

2004-02-16

CONFIDENTIAL
AZSER12749278

AstraZeneca

| Study code D1447C00126 | Subj initials ......................... | E code |E|_|_|_|_|_|_|_| |

Visit No. V11

## Psychological General Well-Being Schedule (PGWB)     **PGWB**

1.  How have you been feeling in general? (DURING THE PAST WEEK)

    In excellent spirits ☐ 6

    In very good spirits ☐ 5

    In good spirits mostly ☐ 4

    I have been up and down in spirits a lot ☐ 3

    In low spirits mostly ☐ 2

    In very low spirits ☐ 1

2.  How often were you bothered by any illness, bodily disorder, aches or pains? (DURING THE PAST WEEK)

    Every day ☐ 1

    Almost every day ☐ 2

    About half the time ☐ 3

    Now and then, but less than half the time ☐ 4

    Rarely ☐ 5

    None of the time ☐ 6

3.  Did you feel depressed? (DURING THE PAST WEEK)

    Yes - to the point that I felt like taking my life ☐ 1

    Yes - to the point that I did not care about anything ☐ 2

    Yes - very depressed almost every day ☐ 3

    Yes - quite depressed several times ☐ 4

    Yes - a little depressed now and then ☐ 5

    No - never felt depressed at all ☐ 6

continues

2004-02-16

CONFIDENTIAL
AZSER12749279

AstraZeneca

Study code D1447C00126          Subj initials ................................          E code ⌐E⌐ ⌐ ⌐ ⌐ ⌐ ⌐ ⌐ ⌐⌐

Visit No. V11

## Psychological General Well-Being Schedule (PGWB), continued                    **PGWB**

4.  Have you been in firm control of your behavior, thoughts, emotions, or feelings? (DURING THE PAST WEEK)

Yes, definitely so                                    ☐ 6

Yes, for the most part                                ☐ 5

Generally so                                          ☐ 4

Not too well                                          ☐ 3

No, and I am somewhat disturbed                       ☐ 2

No, and I am very disturbed                           ☐ 1

5.  Have you been bothered by nervousness or your "nerves"? (DURING THE PAST WEEK)

Extremely so - to the point where I could not work or take care of things                                               ☐ 1

Very much so                                          ☐ 2

Quite a bit                                           ☐ 3

Some - enough to bother me                            ☐ 4

A little                                              ☐ 5

Not at all                                            ☐ 6

6.  How much energy, pep, or vitality did you have or feel? (DURING THE PAST WEEK)

Very full of energy - lots of pep                     ☐ 6

Fairly energetic most of the time                     ☐ 5

My energy level varied quite a bit                    ☐ 4

Generally low in energy or pep                        ☐ 3

Very low in energy or pep most of the time            ☐ 2

No energy of pep at all - I felt drained, sapped      ☐ 1

continues

2004-02-16

CONFIDENTIAL
AZSER12749280

AstraZeneca

Page 198.03

Study code D1447C00126          Subj initials ...........................          E code ⌊E⌋_|_|_|_|_|_|_⌋

Visit No. V11

## Psychological General Well-Being Schedule (PGWB), continued          **PGWB**

7.  I felt downhearted and blue DURING THE PAST WEEK.

None of the time          ☐ 6

A little of the time          ☐ 5

Some of the time          ☐ 4

A good bit of the time          ☐ 3

Most of the time          ☐ 2

All of the time          ☐ 1

8.  Were you generally tense or did you feel any tension? (DURING THE PAST WEEK)

Yes - extremely tense, most or all of the time          ☐ 1

Yes - very tense most of the time          ☐ 2

Not generally tense, but did feel fairly tense several times          ☐ 3

I felt a little tense a few times          ☐ 4

My general tension level was quite low          ☐ 5

I never felt tense or any tension at all          ☐ 6

9.  How happy, satisfied, or pleased have you been with your personal life? (DURING THE PAST WEEK)

Extremely happy - could not have been more satisfied or pleased          ☐ 6

Very happy most of the time          ☐ 5

Generally satisfied - pleased          ☐ 4

Sometime fairly happy, sometimes fairly unhappy          ☐ 3

Generally dissatisfied, unhappy          ☐ 2

Very dissatisfied or unhappy most or all of the time          ☐ 1

continues

2004-02-16

CONFIDENTIAL
AZSER12749281

AstraZeneca

Page 198.04

Study code D1447C00126          Subj initials ..............          E code |E |_|_|_|_|_|_|

Visit No. V11

## Psychological General Well-Being Schedule (PGWB), continued          **PGWB**

10. Did you feel healthy enough to carry out the things you like to do or had to do? (DURING THE PAST WEEK)

| | |
|---|---|
| Yes - definitely so | ☐ 6 |
| For the most part | ☐ 5 |
| Health problems limited me in some important ways | ☐ 4 |
| I was only healthy enough to take care of myself | ☐ 3 |
| I needed some help in taking care of myself | ☐ 2 |
| I needed someone to help me with most or all of the things I had to do | ☐ 1 |

11. Have you felt so sad, discouraged, hopeless, or had so many problems that you wondered if anything was worthwhile? (DURING THE PAST WEEK)

| | |
|---|---|
| Extremely so - to the point that I have just about given up | ☐ 1 |
| Very much so | ☐ 2 |
| Quite a bit | ☐ 3 |
| Some - enough to bother me | ☐ 4 |
| A little bit | ☐ 5 |
| Not at all | ☐ 6 |

12. I woke up feeling fresh and rested DURING THE PAST WEEK.

| | |
|---|---|
| None of the time | ☐ 1 |
| A little of the time | ☐ 2 |
| Some of the time | ☐ 3 |
| A good bit of the time | ☐ 4 |
| Most of the time | ☐ 5 |
| All of the time | ☐ 6 |

continues

2004-02-16

CONFIDENTIAL
AZSER12749282

AstraZeneca

Page 198.05

Study code D1447C00126          Subj initials ........................          E code  E | | | | | |

Visit No. V11

AW03-07     N/A     AW2003-07-31

## Psychological General Well-Being Schedule (PGWB), continued          **PGWB**

13. Have you been concerned, worried, or had any fears about your health? (DURING THE PAST WEEK)

Extremely so                                       □₁

Very much so                                       □₂

Quite a bit                                        □₃

Some, but not a lot                                □₄

Practically never                                  □₅

Not at all                                         □₆

14. Have you had any reason to wonder if you were losing your mind, or losing control over the way you act, talk, think, feel of or of your memory? (DURING THE PAST WEEK)

Not at all                                         □₆

Only a little                                      □₅

Some - but not enough to be concerned or worried about          □₄

Some and I have been a little concerned            □₃

Some and I am quite concerned                      □₂

Yes, very much so and I am very concerned          □₁

15. My daily life was full of things that were interesting to me DURING THE PAST WEEK.

None of the time                                   □₁

A little of the time                               □₂

Some of the time                                   □₃

A good bit of the time                             □₄

Most of the time                                   □₅

All of the time                                    □₆

continues

2004-02-16

CONFIDENTIAL
AZSER12749283

AstraZeneca

Study code D1447C00126          Subj initials ...................          E code |E|_|_|_|_|_|_|_|

Visit No. V11

## Psychological General Well-Being Schedule (PGWB), continued          **PGWB**

16. Did you feel active, vigorous, *or* dull, sluggish? (DURING THE PAST WEEK)

Very active, vigorous every day ☐6

Mostly active, vigorous - never really dull, sluggish ☐5

Fairly active, vigorous - seldom dull, sluggish ☐4

Fairly dull, sluggish - seldom active, vigorous ☐3

Mostly dull, sluggish - never really active, vigorous ☐2

Very dull, sluggish every day ☐1

17. Have you been anxious, worried, or upset? (DURING THE PAST WEEK)

Extremely so - to the point of being sick or almost sick ☐1

Very much so ☐2

Quite a bit ☐3

Some - enough to bother me ☐4

A little bit ☐5

Not at all ☐6

18. I was emotionally stable and sure of myself (DURING THE PAST WEEK)

None of the time ☐1

A little of the time ☐2

Some of the time ☐3

A good bit of the time ☐4

Most of the time ☐5

All of the time ☐6

19. Did you feel relaxed, at ease *or* high strung, tight or keyed-up? (DURING THE PAST WEEK)

Felt relaxed and at ease the whole week ☐6

Felt relaxed and at ease most of the time ☐5

Generally felt relaxed but at times felt fairly high strung ☐4

Generally felt high strung but at times felt fairly relaxed ☐3

Felt high strung, tight, or keyed-up most of the time ☐2

Felt high strung, tight, or keyed-up the whole week ☐1

continues

2004-02-16

CONFIDENTIAL
AZSER12749284

AstraZeneca

Study code D1447C00126        Subj initials ........................        E code  E | | | | | | |

Visit No. V11

## Psychological General Well-Being Schedule (PGWB), continued        **PGWB**

20.  I felt cheerful, lighthearted DURING THE PAST WEEK.

None of the time                                    ☐₁

A little of the time                                ☐₂

Some of the time                                    ☐₃

A good bit of the time                              ☐₄

Most of the time                                    ☐₅

All of the time                                     ☐₆

21.  I felt tired, worn out, used up, or exhausted (DURING THE PAST WEEK)

None of the time                                    ☐₆

A little of the time                                ☐₅

Some of the time                                    ☐₄

A good bit of the time                              ☐₃

Most of the time                                    ☐₂

All of the time                                     ☐₁

22.  Have you been under or felt you were under any strain, stress, or pressure? (DURING THE PAST WEEK)

Yes - almost more than I could bear or stand        ☐₁

Yes - quite a bit of pressure                       ☐₂

Yes, some - more than usual                         ☐₃

Yes, some - but about usual                         ☐₄

Yes - a little                                      ☐₅

Not at all                                          ☐₆

2004-02-16

CONFIDENTIAL
AZSER12749285

Page Ins: 199

## INSTRUCTIONS FOR THE INVESTIGATOR

**Clinical Global Impression, Bipolar (Randomized Treatment Phase)**          CGI_BP

**Severity of illness**
Evaluate the severity of Subject's mental illness based on your total experience with this particular Subject population.  Assess based on the present or previous week's experience.  Rate on a seven-point spectrum (1= normal, 7= among the most severely ill Subjects). Tick only one box.

**Change from Preceding Phase**
Assess Subject's total improvement since initiation of the current treatment (V1) whether or not, in your judgment, it is due entirely to drug treatment.  Rate on a seven-point spectrum (1= Very much improved, 7= Very much worse Subjects). Tick only one box.

**Rater's initials**
Record Rater's initials. The same rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749286

AstraZeneca                                                            Page 199

Study code D1447C00126        Subj initials ......................        E code  E | | | | | | |

Visit No. V11

## Clinical Global Impression, Bipolar (Randomized Treatment Phase)   CGI_BP

### I. Severity of Illness

Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

|  | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 |
| Depression | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 |
| Overall bipolar illness | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 |

### II. Change from Preceding Phase

Compared to the V1 how much has the Subject changed

|  | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 | ☐ 9 |
| Depression | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 | ☐ 9 |
| Overall bipolar illness | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 | ☐ 9 |

Rater's initials

2004-02-16

CONFIDENTIAL
AZSER12749287

Page Ins: 200

## INSTRUCTIONS FOR THE INVESTIGATOR

**Young Mania Rating Scale**                                              **YMRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

Enter the date when the YMRS assessment was performed.

Provide one rating for each item score. Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749288

AstraZeneca                                                                 Page 200

Study code D1447C00126          Subj initials ...............          E code  E |_|_|_|_|_|_|

Visit No. V11

## Young Mania Rating Scale                                              **YMRS**

Date of assessment          |2 |0 |_|_| |_|_| |_|_|
                                    year       mm      dd

1.   Elevated Mood                        |__|

2.   Increased Motor Activity - Energy    |__|

3.   Sexual Interest                      |__|

4.   Sleep                                |__|

5.   Irritability                         |__|

6.   Speech (Rate and Amount)             |__|

7.   Language - Thought Disorder          |__|

8.   Content                              |__|

9.   Disruptive - Aggressive Behaviour    |__|

10.  Appearance                           |__|

11.  Insight                              |__|

Rater's initials

2004-02-16

CONFIDENTIAL
AZSER12749289

Page Ins: 201

## INSTRUCTIONS FOR THE INVESTIGATOR

**Montgomery-Asberg Depression Rating Scale**                    **MADRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

**Date**
Enter the date when the assessment was performed.

Provide one rating for each item score.  Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749290

AstraZeneca

Page 201

Study code D1447C00126          Subj initials ...........................          E code  E |   |   |   |   |   |   |

Visit No. V11

## Montgomery-Asberg Depression Rating Scale

**MADRS**

Date of assessment    | 2 | 0 |   |   |   |   |   |
                          year      mm      dd

1.  Apparent sadness              ⌷

2.  Reported sadness              ⌷

3.  Inner tension                 ⌷

4.  Reduced sleep                 ⌷

5.  Reduced appetite              ⌷

6.  Concentration difficulties    ⌷

7.  Lassitude                     ⌷

8.  Inability to feel             ⌷

9.  Pessimistic thoughts          ⌷

10. Suicidal thoughts             ⌷

Rater´s initials

CN0107

N/A

AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749291

Page Ins: 202

## INSTRUCTIONS FOR THE INVESTIGATOR

**Positive and Negative Syndrome Scale**                    **PANSS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

Provide one rating for each item score.  Specify one of the scores listed by putting the appropriate whole number (ie 1, 2, 3...) in the adjacent box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749292

AstraZeneca                                                    Page 202

Study code D1447C00126         Subj initials ................        E code E | | | | | | |

Visit No. V11

## Positive and Negative Syndrome Scale                          **PANSS**

**Positive Subscale**

**P1.**  Delusions                         ⌐⌐

**P2.**  Conceptual disorganization        ⌐⌐

**P3.**  Hallucinatory behaviour           ⌐⌐

**P4.**  Excitement                        ⌐⌐

**P5.**  Grandiosity                       ⌐⌐

**P6.**  Suspiciousness/persecution        ⌐⌐

**P7.**  Hostility                         ⌐⌐

Rater´s initials

2004-02-16

CONFIDENTIAL
AZSER12749293

Page Ins: 203

## INSTRUCTIONS FOR THE INVESTIGATOR

**Abnormal Involuntary Movement Scale**                                      **AIMS**

Refer to workbook for scale instructions.

Provide one rating for each item score by putting the appropriate whole number  (ie, 0, 1, 2, 3, 4) for items 1-10 in the adjacent box.

Record the Rater's initials.  The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749294

AstraZeneca                                                                         Page 203

Study code D1447C00126          Subj initials ........................          E code  E | | | | | | |

Visit No. V11

## Abnormal Involuntary Movement Scale                                          **AIMS**

**Facial and oral movements**

1.   Muscles of facial expression          |___|

2.   Lips and perioral area                |___|

3.   Jaw                                    |___|

4.   Tongue                                 |___|

**Extremity movements**

5.   Upper (arms, wrists, hands, fingers)   |___|

6.   Lower (legs, knees, ankles, toes)      |___|

**Trunk movements**

7.   Neck, shoulders, hip                   |___|

**Global judgements**

8.   Severity of abnormal movements         |___|

9.   Incapacitation due to abnormal
     movements                              |___|

10.  Subject's awareness of abnormal
     movements                              |___|

| Rater´s initials |
|------------------|
|                  |

2004-02-16

CONFIDENTIAL
AZSER12749295

Page Ins: 204

## INSTRUCTIONS FOR THE INVESTIGATOR

**Barnes Akathisia Rating Scale** **BARS**

Refer to the workbook for scale instructions.

Provide one rating for each item score.  Specify one of the scores listed by putting the appropriate whole number (ie, 0, 1, 2...) in the corresponding open box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

AW03-07 · N/A · AW2003-07-31

**Simpson-Angus Scale** **SAS**

Refer to the workbook for scale instructions.

Provide one rating for each item score by putting the appropriate whole number in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

AW03-07 · N/A · AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749296

AstraZeneca                                                                         Page 204

Study code D1447C00126          Subj initials ....................    E code E | | | | | | |

Visit No. V11

## Barnes Akathisia Rating Scale                                          BARS

1. Objective                                                    ☐

2.  Subjective awareness of restlessness                        ☐

3.  Subjective distress related to restlessness                 ☐

4. Global clinical assessment of akathisia                      ☐

Rater´s initials

## Simpson-Angus Scale                                                     SAS

1.   Gait                    ☐

2.   Arm dropping            ☐

3.   Shoulder shaking        ☐

4.   Elbow rigidity          ☐

5.   Wrist rigidity          ☐

6.   Head rotation           ☐

7.   Glabella tap            ☐

8.   Tremor                  ☐

9.   Salivation              ☐

10.  Akathisia              ☐

Rater´s initials

2004-02-16

CONFIDENTIAL
AZSER12749297

Page Ins: 205

## INSTRUCTIONS FOR THE INVESTIGATOR

**Adverse Events, Reminder**                    **AERDR**

See AEDEF for definitions of Adverse Event (AE) and
Serious Adverse Event (Serious AE) and for translation of the
standard question to local language.

**Guide to the AE assessment**
*Ongoing at previous visit:*
AEs that were present at the previous visit and which may have stopped before
this visit or are still present.
*Spontaneously reported:*
The AE can be reported by other than Subject, for example family or hospital
staff.
*Observed by Investigational team or other person:*
Examinations and assessments should also be considered.

2004-02-16

CONFIDENTIAL
AZSER12749298

AstraZeneca

Page 205

| Study code D1447C00126 | Subj initials ........................ | E code | E | | | | | | | |

Visit No. V11

AZ01110

AZ2002-12-03

AW2003-07-31

## Adverse Events, Reminder

**AERDR**

Any adverse events
- ongoing at previous visit
- spontaneously reported
- observed by Investigational team or other person
- reported in reply to the standard question: ***"Have you had any health problems since the previous visit?"***

No   Yes
○    ○     If Yes, go to AELOG

2004-02-16

CONFIDENTIAL
AZSER12749299

AstraZeneca

Study code D1447C00126                          Visit No. V11

## Check List                                                    CHECK

1  In case of a Mood Event check that a notification has
   been faxed to the assigned Monitor.                           ○

2  Adverse events have been reported on AELOG, and any
   change in concomant medication on MED.                        ○

3  Remember to transcribe rating scores and Subject
   questionnaire answers from the Workbooks to the
   corresponding CRFs.                                           ○

4  The investigational product has been handed out together
   with dosage instruction cards.                                ○

5  Check that DOSC and SAC have been filled in.                  ○

6  Remind the Subject to bring the e-diary at next visit.        ○

7  The Subject has been given an appointment for the next
   visit.                                                        ○

AZ01110
AZ2002-12-03
AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749300

Signature

CONFIDENTIAL
AZSER12749301

Page Ins: 206

## INSTRUCTIONS FOR THE INVESTIGATOR

**Signature**                                                                SIGN

The Signature form is to be signed and dated by the Investigator **after** completion of all visits/assessments included in this binder.

Please note that supporting evaluations and test results (ECG printouts, lab reports, etc) are considered to be part of the CRF.

2004-02-16

CONFIDENTIAL
AZSER12749302

AstraZeneca                                                                Page 206

Study code D1447C00126          Subj initials  ...................        E code └E_|_|_|_|_|_|_┘

AZ01110

NA

AW2003-07-31

## Signature                                                              **SIGN**

By signing and dating this page for the study and Subject identified above, I declare that the information on this and all other pages of this Case Report Form has been reviewed by me or my delegate, and is accurate and complete.

This CRF consists of pages 110 − 206

---

AstraZeneca use only

Added pages  ..........................................................................................

Pages ............... to ............ were never completed for this Subject    |2_|_0_|_|_|_|_|_|
                                    and have been removed              year    mm    dd    Monitor's initials

---

AstraZeneca use only

Added pages  ..........................................................................................

Pages ............... to ............ were never completed for this Subject    |2_|_0_|_|_|_|_|_|
                                    and have been removed              year    mm    dd    Monitor's initials

---

AstraZeneca use only

Added pages  ..........................................................................................

Pages ............... to ............ were never completed for this Subject    |2_|_0_|_|_|_|_|_|
                                    and have been removed              year    mm    dd    Monitor's initials

---

|_|_|_|_|_|
year   mm   dd          Investigator's signature  ..................................................

                        Investigator's name (in block letters)

---

2004-02-16

CONFIDENTIAL
AZSER12749303

# Visit V12

CONFIDENTIAL
AZSER12749304



AstraZeneca

Page 207

Study code D1447C00126        Subj initials ..............................        E code ⌊E�states⌋

Visit No. V12

## Visit

**VISIT**

Visit date  ⌊2 ⌊0 ⌊    ⌊    ⌊    ⌊    ⌋
            year       mm      dd

AZ01:10

AZ2002-12-17

AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749305

Page Ins: 208

## INSTRUCTIONS FOR THE INVESTIGATOR

**Laboratory Assessments**                                                                    **LAB2**
**Mood stabilizer**

Label and fill sample tubes according to laboratory instructions.

Record the sampling date and time.

Please sign and attach printout from laboratory to the CRF.

Check that Mood stabilizer is within range.

**NB:** State range for Lithium and Valproate: Lithium serum concentration range 0.5 mEq/L
to 1.2 mEq/L and Valproate serum concentration range 50 µg/ml to 125 µg/ml.

2004-02-16

CONFIDENTIAL
AZSER12749306

AstraZeneca                                                                    Page 208

Study code D1447C00126          Subj initials ...........................     E code  E | | | | | | |

                                      Visit No. V12

## Laboratory Assessments                                                     LAB2
**Mood stabilizer**

                                      Visit V12

Sampling date          | 2 | 0 | | | | | | |
                          year        mm    dd

Sampling time          | | | | : | | | |
                          24-hour clock

| AstraZeneca use only | |
| Laboratory ID | | | | |

                              No      Yes
Mood stabilizer within range  ◯      ◯

                                                                              2004-02-16

CONFIDENTIAL
AZSER12749307

Page Ins: 209

## INSTRUCTIONS FOR THE INVESTIGATOR

**Sheehan Disability Scale**                                                           **SDS**

**Assessment Domains**

The Sheehan Disability Scale is a measurement of functional disability and impairment due to psychiatric symptoms. It consists of 3 functional impairment items and 2 items related to productivity losses due to the symptoms and impairment.

The Sheehan Disability Scale is a self rated questionnaire and should be administered to the Subject to be completed on his/her own without the presence or influence of study Investigator/ nurse or other individuals. You should instruct the Subject to report the disability and impairment experienced during the **past week** due to his/her **bipolar disorder symptoms.** Emphasize that you will not interfere with the completion or have any comments to the patient's responses.

When the patient has completed the questionnaire you should transfer the responses to the corresponding CRF page. Make sure that the visit numbers and dates are the same.

Please note that a questionnaire that has been completed by the patient is considered as source data and can not be amended by the Investigator or any other individual.

**NB:** The CRF page is for clinical personnel use only.

2004-02-16

CONFIDENTIAL
AZSER12749308

AstraZeneca

Study code D1447C00126          Subj initials ..............................          E code | E |  |  |  |  |  |  |  |

Visit No. V12

## Sheehan Disability Scale

**SDS**

**Disability Scale**
**Work/School**          |  |  |

I have not worked/studied at all during the past week for reasons unrelated to disorder          |  |₁

**Social Life**          |  |  |

**Family Life/Home Responsibilities**          |  |  |

**DAYS LOST**          Days          |  |  |

**DAYS UNDER-PRODUCTIVE**          Days          |  |  |

2004-02-16

CONFIDENTIAL
AZSER12749309

Page Ins: 210

## INSTRUCTIONS FOR THE INVESTIGATOR

**Psychological General Well-Being Schedule (PGWB)**          **PGWB**

**Assessment Scale**

The PGWB is a self rated questionnaire and should be administered to the Subject to be completed on his/her own without the presence or influence of study Investigator/nurse or other individuals.

Instruct the Subject to read the instructions for the questionnaire and report their responses of well-being or distress for the **past week**. Emphasize that you will not interfere with the completion or have any comments to the Subject's responses.

When the Subject has completed the questionnaire, you should transfer the responses to the corresponding CRF page. Make sure that the visit numbers and dates are the same.

Please note that a questionnaire that has been completed by the Subject is considered as source data and cannot be amended by the Investigator or any other individual.

AW2003-07-31    N/A    AW03:07

2004-02-16

CONFIDENTIAL
AZSER12749310

AstraZeneca

| Study code D1447C00126 | Subj initials .......................... | E code $\lfloor$ E $\lfloor$ $\rfloor$ $\lfloor$ $\rfloor$ $\lfloor$ $\rfloor$ $\lfloor$ $\rfloor$ |

Visit No. V12

## Psychological General Well-Being Schedule (PGWB)                    PGWB

1.  How have you been feeling in general? (DURING THE PAST WEEK)

    In excellent spirits □ 6
    In very good spirits □ 5
    In good spirits mostly □ 4
    I have been up and down in spirits a lot □ 3
    In low spirits mostly □ 2
    In very low spirits □ 1

2.  How often were you bothered by any illness, bodily disorder, aches or pains? (DURING THE PAST WEEK)

    Every day □ 1
    Almost every day □ 2
    About half the time □ 3
    Now and then, but less than half the time □ 4
    Rarely □ 5
    None of the time □ 6

3.  Did you feel depressed? (DURING THE PAST WEEK)

    Yes - to the point that I felt like taking my life □ 1
    Yes - to the point that I did not care about anything □ 2
    Yes - very depressed almost every day □ 3
    Yes - quite depressed several times □ 4
    Yes - a little depressed now and then □ 5
    No - never felt depressed at all □ 6

continues

2004-02-16

CONFIDENTIAL
AZSER12749311

AstraZeneca

Study code D1447C00126          Subj initials ........................          E code │E│_│_│_│_│_│_│_│

Visit No. V12

## Psychological General Well-Being Schedule (PGWB), continued          **PGWB**

4.    Have you been in firm control of your behavior, thoughts, emotions, or feelings? (DURING THE PAST WEEK)

Yes, definitely so                                      ☐ 6

Yes, for the most part                                  ☐ 5

Generally so                                            ☐ 4

Not too well                                            ☐ 3

No, and I am somewhat disturbed                         ☐ 2

No, and I am very disturbed                             ☐ 1

5.    Have you been bothered by nervousness or your "nerves"? (DURING THE PAST WEEK)

Extremely so - to the point where I could not work or take care of things          ☐ 1

Very much so                                            ☐ 2

Quite a bit                                             ☐ 3

Some - enough to bother me                              ☐ 4

A little                                                ☐ 5

Not at all                                              ☐ 6

6.    How much energy, pep, or vitality did you have or feel? (DURING THE PAST WEEK)

Very full of energy - lots of pep                       ☐ 6

Fairly energetic most of the time                       ☐ 5

My energy level varied quite a bit                      ☐ 4

Generally low in energy or pep                          ☐ 3

Very low in energy or pep most of the time              ☐ 2

No energy of pep at all - I felt drained, sapped        ☐ 1

continues

2004-02-16

CONFIDENTIAL
AZSER12749312

AstraZeneca

| Study code D1447C00126 | Subj initials ......................... | E code  E \| \| \| \| \| \| \| |

Visit No. V12

AW03:07

N/A

AW2003-07-31

## Psychological General Well-Being Schedule (PGWB), continued          **PGWB**

7.   I felt downhearted and blue DURING THE PAST WEEK.

None of the time                                    ☐ 6

A little of the time                                 ☐ 5

Some of the time                                     ☐ 4

A good bit of the time                               ☐ 3

Most of the time                                     ☐ 2

All of the time                                      ☐ 1

8.   Were you generally tense or did you feel any tension? (DURING THE PAST WEEK)

Yes - extremely tense, most or all of the time              ☐ 1

Yes - very tense most of the time                           ☐ 2

Not generally tense, but did feel fairly tense several times ☐ 3

I felt a little tense a few times                           ☐ 4

My general tension level was quite low                      ☐ 5

I never felt tense or any tension at all                    ☐ 6

9.   How happy, satisfied, or pleased have you been with your personal life? (DURING THE PAST WEEK)

Extremely happy - could not have been more satisfied or pleased   ☐ 6

Very happy most of the time                                 ☐ 5

Generally satisfied - pleased                               ☐ 4

Sometime fairly happy, sometimes fairly unhappy             ☐ 3

Generally dissatisfied, unhappy                             ☐ 2

Very dissatisfied or unhappy most or all of the time        ☐ 1

continues

2004-02-16

CONFIDENTIAL
AZSER12749313

AstraZeneca

Study code D1447C00126        Subj initials .................................        E code | E |   |   |   |   |   |   |

Visit No. V12

## Psychological General Well-Being Schedule (PGWB), continued        **PGWB**

10. Did you feel healthy enough to carry out the things you like to do or had to do? (DURING THE PAST WEEK)

Yes - definitely so ☐ 6

For the most part ☐ 5

Health problems limited me in some important ways ☐ 4

I was only healthy enough to take care of myself ☐ 3

I needed some help in taking care of myself ☐ 2

I needed someone to help me with most or all of the things I had to do ☐ 1

11. Have you felt so sad, discouraged, hopeless, or had so many problems that you wondered if anything was worthwhile? (DURING THE PAST WEEK)

Extremely so - to the point that I have just about given up ☐ 1

Very much so ☐ 2

Quite a bit ☐ 3

Some - enough to bother me ☐ 4

A little bit ☐ 5

Not at all ☐ 6

12. I woke up feeling fresh and rested DURING THE PAST WEEK.

None of the time ☐ 1

A little of the time ☐ 2

Some of the time ☐ 3

A good bit of the time ☐ 4

Most of the time ☐ 5

All of the time ☐ 6

continues

2004-02-16

CONFIDENTIAL
AZSER12749314

AstraZeneca

Page 210.05

| Study code D1447C00126 | Subj initials ........................... | E code |E| | | | | | | |

Visit No. V12

## Psychological General Well-Being Schedule (PGWB), continued          **PGWB**

13.  Have you been concerned, worried, or had any fears about your health? (DURING THE PAST WEEK)

Extremely so ☐1

Very much so ☐2

Quite a bit ☐3

Some, but not a lot ☐4

Practically never ☐5

Not at all ☐6

14.  Have you had any reason to wonder if you were losing your mind, or losing control over the way you act, talk, think, feel or of your memory? (DURING THE PAST WEEK)

Not at all ☐6

Only a little ☐5

Some - but not enough to be concerned or worried about ☐4

Some and I have been a little concerned ☐3

Some and I am quite concerned ☐2

Yes, very much so and I am very concerned ☐1

15.  My daily life was full of things that were interesting to me DURING THE PAST WEEK.

None of the time ☐1

A little of the time ☐2

Some of the time ☐3

A good bit of the time ☐4

Most of the time ☐5

All of the time ☐6

continues

2004-02-16

CONFIDENTIAL
AZSER12749315

AstraZeneca

Page 210.06

Study code D1447C00126    Subj initials ...................    E code | E | | | | | | |

Visit No. V12

## Psychological General Well-Being Schedule (PGWB), continued    PGWB

16.  Did you feel active, vigorous, *or* dull, sluggish? (DURING THE PAST WEEK)

Very active, vigorous every day ☐6

Mostly active, vigorous - never really dull, sluggish ☐5

Fairly active, vigorous - seldom dull, sluggish ☐4

Fairly dull, sluggish - seldom active, vigorous ☐3

Mostly dull, sluggish - never really active, vigorous ☐2

Very dull, sluggish every day ☐1

17.  Have you been anxious, worried, or upset? (DURING THE PAST WEEK)

Extremely so - to the point of being sick or almost sick ☐1

Very much so ☐2

Quite a bit ☐3

Some - enough to bother me ☐4

A little bit ☐5

Not at all ☐6

18.  I was emotionally stable and sure of myself (DURING THE PAST WEEK)

None of the time ☐1

A little of the time ☐2

Some of the time ☐3

A good bit of the time ☐4

Most of the time ☐5

All of the time ☐6

19.  Did you feel relaxed, at ease *or* high strung, tight or keyed-up? (DURING THE PAST WEEK)

Felt relaxed and at ease the whole week ☐6

Felt relaxed and at ease most of the time ☐5

Generally felt relaxed but at times felt fairly high strung ☐4

Generally felt high strung but at times felt fairly relaxed ☐3

Felt high strung, tight, or keyed-up most of the time ☐2

Felt high strung, tight, or keyed-up the whole week ☐1

continues

2004-02-16

CONFIDENTIAL
AZSER12749316

AstraZeneca

Page 210.07

| Study code D1447C00126 | Subj initials .................... | E code |E| | | | | | | |

Visit No. V12

## Psychological General Well-Being Schedule (PGWB), continued     **PGWB**

20.  I felt cheerful, lighthearted DURING THE PAST WEEK.

None of the time ☐1

A little of the time ☐2

Some of the time ☐3

A good bit of the time ☐4

Most of the time ☐5

All of the time ☐6

21.  I felt tired, worn out, used up, or exhausted (DURING THE PAST WEEK)

None of the time ☐6

A little of the time ☐5

Some of the time ☐4

A good bit of the time ☐3

Most of the time ☐2

All of the time ☐1

22.  Have you been under or felt you were under any strain, stress, or pressure? (DURING THE PAST WEEK)

Yes - almost more than I could bear or stand ☐1

Yes - quite a bit of pressure ☐2

Yes, some - more than usual ☐3

Yes, some – but about usual ☐4

Yes - a little ☐5

Not at all ☐6

2004-02-16

CONFIDENTIAL
AZSER12749317

Page Ins: 211

## INSTRUCTIONS FOR THE INVESTIGATOR

**Clinical Global Impression, Bipolar (Randomized Treatment Phase)**          CGI_BP

**Severity of illness**
Evaluate the severity of Subject's mental illness based on your total experience with
this particular Subject population.  Assess based on the present or previous week's
experience. Rate on a seven-point spectrum (1= normal, 7= among the most severely
ill Subjects). Tick only one box.

**Change from Preceding Phase**
Assess Subject's total improvement since initiation of the current treatment (V1)
whether or not, in your judgment, it is due entirely to drug treatment.  Rate on a seven-
point spectrum (1= Very much improved, 7= Very much worse Subjects). Tick only
one box.

**Rater's initials**
Record Rater's initials. The same rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749318

AstraZeneca                                                                    Page 211

| Study code D1447C00126 | Subj initials ................... | E code |E| | | | | | | |

Visit No. V12

## Clinical Global Impression, Bipolar (Randomized Treatment Phase)     CGI_BP

### I. Severity of Illness
Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

| | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |

### II. Change from Preceding Phase
Compared to the V1 how much has the Subject changed

| | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |

Rater's initials

N/A   AW03:07   AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749319

Page Ins: 212

## INSTRUCTIONS FOR THE INVESTIGATOR

**Young Mania Rating Scale**                                               **YMRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

Enter the date when the YMRS assessment was performed.

Provide one rating for each item score. Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749320

AstraZeneca

Page 212

Study code D1447C00126          Subj initials ..............................          E code | E | | | | | | |

Visit No. V12

**Young Mania Rating Scale**                                                    **YMRS**

Date of assessment          | 2 | 0 | | | | | |
                                        year        mm        dd

1.   Elevated Mood                                        | |

2.   Increased Motor Activity - Energy       | |

3.   Sexual Interest                                       | |

4.   Sleep                                                    | |

5.   Irritability                                              | |

6.   Speech (Rate and Amount)                   | |

7.   Language - Thought Disorder              | |

8.   Content                                                 | |

9.   Disruptive - Aggressive Behaviour       | |

10.  Appearance                                          | |

11.  Insight                                                  | |

Rater´s initials

2004-02-16

CONFIDENTIAL
AZSER12749321

Page Ins: 213

## INSTRUCTIONS FOR THE INVESTIGATOR

**Montgomery-Asberg Depression Rating Scale**                    **MADRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

**Date**
Enter the date when the assessment was performed.

Provide one rating for each item score.  Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

CN0107   N/A   AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749322

AstraZeneca

Page 213

Study code D1447C00126        Subj initials ...............................        E code |E| | | | | | | |

Visit No. V12

CN0107   N/A   AW2003-07-31

## Montgomery-Asberg Depression Rating Scale

**MADRS**

Date of assessment   |2 | 0 | | | | | |
year       mm     dd

1.  Apparent sadness            ⊔

2.  Reported sadness            ⊔

3.  Inner tension               ⊔

4.  Reduced sleep               ⊔

5.  Reduced appetite            ⊔

6.  Concentration difficulties  ⊔

7.  Lassitude                   ⊔

8.  Inability to feel           ⊔

9.  Pessimistic thoughts        ⊔

10. Suicidal thoughts           ⊔

| Rater´s initials |
|---|
|  |

2004-02-16

CONFIDENTIAL
AZSER12749323

Page Ins: 214

## INSTRUCTIONS FOR THE INVESTIGATOR

AJ2011:10    AZ2002-12-03    AW2003-07-31

**Adverse Events, Reminder**                                        **AERDR**

See AEDEF for definitions of Adverse Event (AE) and
Serious Adverse Event (Serious AE) and for translation of the
standard question to local language.

**Guide to the AE assessment**
*Ongoing at previous visit:*
AEs that were present at the previous visit and which may have stopped before
this visit or are still present.
*Spontaneously reported:*
The AE can be reported by other than Subject, for example family or hospital
staff.
*Observed by Investigational team or other person:*
Examinations and assessments should also be considered.

2004-02-16

CONFIDENTIAL
AZSER12749324

AstraZeneca                                                          Page 214

| | | |
|---|---|---|
| Study code D1447C00126 | Subj initials .................... | E code $\lfloor E \rfloor$ _ _ _ _ _ _ |

Visit No. V12

## Adverse Events, Reminder                                        **AERDR**

Any adverse events
- ongoing at previous visit
- spontaneously reported
- observed by Investigational team or other person
- reported in reply to the standard question: ***"Have you
  had any health problems since the previous visit?"***

No   Yes
○     ○        If Yes, go to AELOG

AZ01110   AZ2002-12-03   AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749325

AstraZeneca

Study code D1447C00126                    Visit No. V12

## Check List                                          CHECK

1  In case of a Mood Event check that a notification has
   been faxed to the assigned Monitor.                    ◯

2  Adverse events have been reported on AELOG, and any
   change in concomitant medication on MED.               ◯

3  Remember to transcribe rating scores and Subject
   questionnaire answers from the Workbooks to the
   corresponding CRFs.                                    ◯

4  The investigational product has been handed out together
   with dosage instruction cards.                         ◯

5  Check that DOSC and SAC have been filled in.           ◯

6  Remind the Subject to bring the e-diary at next visit. ◯

7  The Subject has been given an appointment for the next
   visit.                                                 ◯

AZ01110   AZ2002-12-03   AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749326

# Visit V13

CONFIDENTIAL
AZSER12749327



AstraZeneca

Page 215

Study code D1447C00126          Subj initials ...........................          E code ⌊E⌋_⌊_⌊_⌊_⌊_⌊_⌊_⌋

Visit No. V13

## Visit

**VISIT**

Visit date ⌊2⌊0⌊_⌊_⌊_⌊_⌊_⌋
            year      mm      dd

A201:10
AZ2002-12-17
AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749328

Page Ins: 216

## INSTRUCTIONS FOR THE INVESTIGATOR

**Laboratory Assessments**                                           **LAB2**
**Mood stabilizer**

Label and fill sample tubes according to laboratory instructions.

Record the sampling date and time.

Please sign and attach printout from laboratory to the CRF.

Check that Mood stabilizer is within range.

**NB:** State range for Lithium and Valproate: Lithium serum concentration range 0.5 mEq/L to 1.2 mEq/L and Valproate serum concentration range 50 µg/ml to 125 µg/ml.

2004-02-16

CONFIDENTIAL
AZSER12749329

AstraZeneca

Page 216

Study code D1447C00126          Subj initials ........................          E code | E | | | | | | | |

Visit No. V13

**Laboratory Assessments**          **LAB2**
**Mood stabilizer**

Visit V13

Sampling date          | 2 | 0 | | | | | | |
                         year      mm    dd

Sampling time          | | | : | | |
                       24-hour clock

| AstraZeneca use only | |
| Laboratory ID | | | | |

Mood stabilizer within range     No ◯     Yes ◯

2004-02-16

CONFIDENTIAL
AZSER12749330

Page Ins: 217

## INSTRUCTIONS FOR THE INVESTIGATOR

**Sheehan Disability Scale**                                                    **SDS**

**Assessment Domains**

The Sheehan Disability Scale is a measurement of functional disability and impairment due to psychiatric symptoms. It consists of 3 functional impairment items and 2 items related to productivity losses due to the symptoms and impairment.

The Sheehan Disability Scale is a self rated questionnaire and should be administered to the Subject to be completed on his/her own without the presence or influence of study Investigator/nurse or other individuals. You should instruct the Subject to report the disability and impairment experienced during the **past week** due to his/her **bipolar disorder symptoms.** Emphasize that you will not interfere with the completion or have any comments to the patient's responses.

When the patient has completed the questionnaire you should transfer the responses to the corresponding CRF page. Make sure that the visit numbers and dates are the same.

Please note that a questionnaire that has been completed by the patient is considered as source data and can not be amended by the Investigator or any other individual.

**NB:** The CRF page is for clinical personnel use only.

AW03:07   N/A   AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749331

AstraZeneca

Study code D1447C00126          Subj initials ...............................          E code |E|_|_|_|_|_|_|_|

Visit No. V13

## Sheehan Disability Scale                                                    **SDS**

AW03.07
N/A
AW2003-07-31

**Disability Scale**
**Work/School**                                        |_|_|

I have not worked/studied at all during the past week for reasons unrelated to disorder     |___|₁

**Social Life**                                        |_|_|

**Family Life/Home Responsibilities**                  |_|_|

**DAYS LOST**              Days        |_|_|

**DAYS UNDER-PRODUCTIVE**  Days        |_|_|

2004-02-16

CONFIDENTIAL
AZSER12749332

Page Ins: 218

## INSTRUCTIONS FOR THE INVESTIGATOR

**Psychological General Well-Being Schedule (PGWB)**                                    **PGWB**

**Assessment Scale**

The PGWB is a self rated questionnaire and should be administered to the Subject to be completed on his/her own without the presence or influence of study Investigator/nurse or other individuals.

Instruct the Subject to read the instructions for the questionnaire and report their responses of well-being or distress for the **past week**. Emphasize that you will not interfere with the completion or have any comments to the Subject's responses.

When the Subject has completed the questionnaire, you should transfer the responses to the corresponding CRF page. Make sure that the visit numbers and dates are the same.

Please note that a questionnaire that has been completed by the Subject is considered as source data and cannot be amended by the Investigator or any other individual.

AW2003-07-31    N/A    AW03:07

2004-02-16

CONFIDENTIAL
AZSER12749333

AstraZeneca

Page 218.01

| Study code D1447C00126 | Subj initials .......................... | E code  E _ _ _ _ _ _ _ |

Visit No. V13

## Psychological General Well-Being Schedule (PGWB)          **PGWB**

1. How have you been feeling in general? (DURING THE PAST WEEK)

   In excellent spirits ☐6

   In very good spirits ☐5

   In good spirits mostly ☐4

   I have been up and down in spirits a lot ☐3

   In low spirits mostly ☐2

   In very low spirits ☐1

2. How often were you bothered by any illness, bodily disorder, aches or pains? (DURING THE PAST WEEK)

   Every day ☐1

   Almost every day ☐2

   About half the time ☐3

   Now and then, but less than half the time ☐4

   Rarely ☐5

   None of the time ☐6

3. Did you feel depressed? (DURING THE PAST WEEK)

   Yes - to the point that I felt like taking my life ☐1

   Yes - to the point that I did not care about anything ☐2

   Yes - very depressed almost every day ☐3

   Yes - quite depressed several times ☐4

   Yes - a little depressed now and then ☐5

   No - never felt depressed at all ☐6

continues

2004-02-16

CONFIDENTIAL
AZSER12749334

AstraZeneca

| Study code D1447C00126 | Subj initials ..................... | E code | E | | | | | | | |

Visit No. V13

## Psychological General Well-Being Schedule (PGWB), continued          PGWB

4.  Have you been in firm control of your behavior, thoughts, emotions, or feelings? (DURING THE PAST WEEK)

Yes, definitely so ☐ 6

Yes, for the most part ☐ 5

Generally so ☐ 4

Not too well ☐ 3

No, and I am somewhat disturbed ☐ 2

No, and I am very disturbed ☐ 1

5.  Have you been bothered by nervousness or your "nerves"? (DURING THE PAST WEEK)

Extremely so - to the point where I could not work or take care of things ☐ 1

Very much so ☐ 2

Quite a bit ☐ 3

Some - enough to bother me ☐ 4

A little ☐ 5

Not at all ☐ 6

6.  How much energy, pep, or vitality did you have or feel? (DURING THE PAST WEEK)

Very full of energy - lots of pep ☐ 6

Fairly energetic most of the time ☐ 5

My energy level varied quite a bit ☐ 4

Generally low in energy or pep ☐ 3

Very low in energy or pep most of the time ☐ 2

No energy of pep at all - I felt drained, sapped ☐ 1

continues

2004-02-16

CONFIDENTIAL
AZSER12749335

AstraZeneca

Study code D1447C00126         Subj initials ........................         E code  |E |  |  |  |  |  |  |  |

Visit No. V13

## Psychological General Well-Being Schedule (PGWB), continued         **PGWB**

7.   I felt downhearted and blue DURING THE PAST WEEK.

None of the time                ☐ 6

A little of the time            ☐ 5

Some of the time                ☐ 4

A good bit of the time          ☐ 3

Most of the time                ☐ 2

All of the time                 ☐ 1

8.   Were you generally tense or did you feel any tension? (DURING THE PAST WEEK)

Yes - extremely tense, most or all of the time          ☐ 1

Yes - very tense most of the time                       ☐ 2

Not generally tense, but did feel fairly tense several times   ☐ 3

I felt a little tense a few times                       ☐ 4

My general tension level was quite low                  ☐ 5

I never felt tense or any tension at all                ☐ 6

9.   How happy, satisfied, or pleased have you been with your personal life? (DURING THE PAST WEEK)

Extremely happy - could not have been more satisfied or pleased   ☐ 6

Very happy most of the time                             ☐ 5

Generally satisfied - pleased                           ☐ 4

Sometime fairly happy, sometimes fairly unhappy         ☐ 3

Generally dissatisfied, unhappy                         ☐ 2

Very dissatisfied or unhappy most or all of the time    ☐ 1

2004-02-16

CONFIDENTIAL
AZSER12749336

AstraZeneca

Page 218.04

Study code D1447C00126     Subj initials ...........................     E code |E|_|_|_|_|_|_|_|

Visit No. V13

## Psychological General Well-Being Schedule (PGWB), continued     **PGWB**

10.  Did you feel healthy enough to carry out the things you like to do or had to do? (DURING THE PAST WEEK)

Yes - definitely so ☐6

For the most part ☐5

Health problems limited me in some important ways ☐4

I was only healthy enough to take care of myself ☐3

I needed some help in taking care of myself ☐2

I needed someone to help me with most or all of the things I had to do ☐1

11.  Have you felt so sad, discouraged, hopeless, or had so many problems that you wondered if anything was worthwhile? (DURING THE PAST WEEK)

Extremely so - to the point that I have just about given up ☐1

Very much so ☐2

Quite a bit ☐3

Some - enough to bother me ☐4

A little bit ☐5

Not at all ☐6

12.  I woke up feeling fresh and rested DURING THE PAST WEEK.

None of the time ☐1

A little of the time ☐2

Some of the time ☐3

A good bit of the time ☐4

Most of the time ☐5

All of the time ☐6

2004-02-16

CONFIDENTIAL
AZSER12749337

AstraZeneca

Page 218.05

Study code D1447C00126          Subj initials ........................          E code | E | | | | | | |

Visit No. V13

## Psychological General Well-Being Schedule (PGWB), continued          **PGWB**

13. Have you been concerned, worried, or had any fears about your health? (DURING THE PAST WEEK)

Extremely so                          ☐1

Very much so                         ☐2

Quite a bit                          ☐3

Some, but not a lot                  ☐4

Practically never                    ☐5

Not at all                           ☐6

14. Have you had any reason to wonder if you were losing your mind, or losing control over the way you act, talk, think, feel or of your memory? (DURING THE PAST WEEK)

Not at all                                              ☐6

Only a little                                           ☐5

Some - but not enough to be concerned or worried about  ☐4

Some and I have been a little concerned                 ☐3

Some and I am quite concerned                           ☐2

Yes, very much so and I am very concerned               ☐1

15. My daily life was full of things that were interesting to me DURING THE PAST WEEK.

None of the time                     ☐1

A little of the time                 ☐2

Some of the time                     ☐3

A good bit of the time               ☐4

Most of the time                     ☐5

All of the time                      ☐6

continues

2004-02-16

CONFIDENTIAL
AZSER12749338

AstraZeneca

Study code D1447C00126          Subj initials .........................          E code E | | | | | | | |

Visit No. V13

## Psychological General Well-Being Schedule (PGWB), continued          **PGWB**

16. Did you feel active, vigorous, *or* dull, sluggish? (DURING THE PAST WEEK)

Very active, vigorous every day ⬜6

Mostly active, vigorous - never really dull, sluggish ⬜5

Fairly active, vigorous - seldom dull, sluggish ⬜4

Fairly dull, sluggish - seldom active, vigorous ⬜3

Mostly dull, sluggish - never really active, vigorous ⬜2

Very dull, sluggish every day ⬜1

17. Have you been anxious, worried, or upset? (DURING THE PAST WEEK)

Extremely so - to the point of being sick or almost sick ⬜1

Very much so ⬜2

Quite a bit ⬜3

Some - enough to bother me ⬜4

A little bit ⬜5

Not at all ⬜6

18. I was emotionally stable and sure of myself (DURING THE PAST WEEK)

None of the time ⬜1

A little of the time ⬜2

Some of the time ⬜3

A good bit of the time ⬜4

Most of the time ⬜5

All of the time ⬜6

19. Did you feel relaxed, at ease *or* high strung, tight or keyed-up? (DURING THE PAST WEEK)

Felt relaxed and at ease the whole week ⬜6

Felt relaxed and at ease most of the time ⬜5

Generally felt relaxed but at times felt fairly high strung ⬜4

Generally felt high strung but at times felt fairly relaxed ⬜3

Felt high strung, tight, or keyed-up most of the time ⬜2

Felt high strung, tight, or keyed-up the whole week ⬜1

continues

2004-02-16

CONFIDENTIAL
AZSER12749339

AstraZeneca

| Study code D1447C00126 | Subj initials ......................... | E code E \| \| \| \| \| \| \| |
|---|---|---|

Visit No. V13

## Psychological General Well-Being Schedule (PGWB), continued **PGWB**

20. I felt cheerful, lighthearted DURING THE PAST WEEK.

None of the time ☐₁

A little of the time ☐₂

Some of the time ☐₃

A good bit of the time ☐₄

Most of the time ☐₅

All of the time ☐₆

21. I felt tired, worn out, used up, or exhausted (DURING THE PAST WEEK)

None of the time ☐₆

A little of the time ☐₅

Some of the time ☐₄

A good bit of the time ☐₃

Most of the time ☐₂

All of the time ☐₁

22. Have you been under or felt you were under any strain, stress, or pressure? (DURING THE PAST WEEK)

Yes - almost more than I could bear or stand ☐₁

Yes - quite a bit of pressure ☐₂

Yes, some - more than usual ☐₃

Yes, some - but about usual ☐₄

Yes - a little ☐₅

Not at all ☐₆

2004-02-16

CONFIDENTIAL
AZSER12749340

Page Ins: 219

## INSTRUCTIONS FOR THE INVESTIGATOR

**Clinical Global Impression, Bipolar (Randomized Treatment Phase)**      CGI_BP

**Severity of illness**
Evaluate the severity of Subject's mental illness based on your total experience with
this particular Subject population.  Assess based on the present or previous week's
experience.  Rate on a seven-point spectrum (1= normal, 7= among the most
severely ill Subjects). Tick only one box.

**Change from Preceding Phase**
Assess Subject's total improvement since initiation of the current treatment (V1)
whether or not, in your judgment, it is due entirely to drug treatment.  Rate on a seven-
point spectrum (1= very much improved, 7= very much worse Subjects). Tick only one
box.

**Rater's initials**
Record Rater's initials. The same rater should perform all assessments for a Subject.

CONFIDENTIAL
AZSER12749341

AstraZeneca

Study code D1447C00126          Subj initials ...........................          E code │E│ │ │ │ │ │ │ │

Visit No. V13

## Clinical Global Impression, Bipolar (Randomized Treatment Phase)          CGI_BP

### I. Severity of Illness
Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

| | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |

### II. Change from Preceding Phase
Compared to the V1 how much has the Subject changed

| | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |

Rater's initials

AW03:07   N/A   AW2003-07-31

CONFIDENTIAL
AZSER12749342

Page Ins: 220

## INSTRUCTIONS FOR THE INVESTIGATOR

**Young Mania Rating Scale**                                                    **YMRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

Enter the date when the YMRS assessment was performed.

Provide one rating for each item score. Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749343

AstraZeneca

Study code D1447C00126          Subj initials ................................          E code  |E| | | | | | |

Visit No. V13

## Young Mania Rating Scale                    YMRS

Date of assessment          |2 | 0 | | | | | | |
                              year        mm    dd

1.   Elevated Mood                          |__|

2.   Increased Motor Activity - Energy      |__|

3.   Sexual Interest                        |__|

4.   Sleep                                  |__|

5.   Irritability                           |__|

6.   Speech (Rate and Amount)              |__|

7.   Language - Thought Disorder            |__|

8.   Content                                |__|

9.   Disruptive - Aggressive Behaviour      |__|

10.  Appearance                             |__|

11.  Insight                                |__|

Rater´s initials

2004-02-16

CONFIDENTIAL
AZSER12749344

Page Ins: 221

## INSTRUCTIONS FOR THE INVESTIGATOR

**Montgomery-Asberg Depression Rating Scale**                    **MADRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

**Date**
Enter the date when the assessment was performed.

Provide one rating for each item score.  Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749345

AstraZeneca

Page 221

Study code D1447C00126          Subj initials ...........................          E code | E |  |  |  |  |  |  |

Visit No. V13

CN0107
N/A
AW2003-07-31

## Montgomery-Asberg Depression Rating Scale

**MADRS**

Date of assessment   | 2 | 0 |  |  |  |  |  |
                        year      mm      dd

1.  Apparent sadness              ⊔

2.  Reported sadness              ⊔

3.  Inner tension                 ⊔

4.  Reduced sleep                 ⊔

5.  Reduced appetite              ⊔

6.  Concentration difficulties    ⊔

7.  Lassitude                     ⊔

8.  Inability to feel             ⊔

9.  Pessimistic thoughts          ⊔

10. Suicidal thoughts             ⊔

Rater´s initials

2004-02-16

CONFIDENTIAL
AZSER12749346

Page Ins: 222

## INSTRUCTIONS FOR THE INVESTIGATOR

**Adverse Events, Reminder**                                    **AERDR**

See AEDEF for definitions of Adverse Event (AE) and
Serious Adverse Event (Serious AE) and for translation of the
standard question to local language.

**Guide to the AE assessment**
*Ongoing at previous visit:*
AEs that were present at the previous visit and which may have stopped before
this visit or are still present.
*Spontaneously reported:*
The AE can be reported by other than Subject, for example family or hospital
staff.
*Observed by Investigational team or other person:*
Examinations and assessments should also be considered.

AW2003-07-31   AZ2002-12-03   A201110

2004-02-16

CONFIDENTIAL
AZSER12749347