AstraZeneca

Study code D1447C00126          Subj initials .........................          E code  |E | | | | | | |

Visit No. V13

## Adverse Events, Reminder                                           **AERDR**

Any adverse events
- ongoing at previous visit
- spontaneously reported
- observed by Investigational team or other person
- reported in reply to the standard question: ***"Have you had any health problems since the previous visit?"***

No      Yes
◯       ◯          If Yes, go to AELOG

AZ01110
AZ2002-12-03
AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749348

AstraZeneca

Study code D1447C00126                    Visit No. V13

AZ/01/10   AZ/2002-12-03   AW2003-07-31

## Check List                                           CHECK

1   In case of a Mood Event check that a notification has
    been faxed to the assigned Monitor.                          ◯

2   Adverse events have been reported on AELOG, and any
    change in concomant medication on MED.                       ◯

3   Remember to transcribe rating scores and Subject
    questionnaire answers from the Workbooks to the
    corresponding CRFs.                                          ◯

4   The investigational product has been handed out together
    with dosage instruction cards.                               ◯

5   Check that DOSC and SAC have been filled in.                 ◯

6   Remind the Subject to bring the e-diary at next visit.       ◯

7   The Subject has been given an appointment for the next
    visit.                                                       ◯

2004-02-16

CONFIDENTIAL
AZSER12749349

# Visit V14

CONFIDENTIAL
AZSER12749350

Page Ins: 223

## INSTRUCTIONS FOR THE INVESTIGATOR

**Vital Signs, Weight**                                                                           **VIT**

**Pulse and blood pressure**
The method used at baseline must be used at each subsequent recording for PR and BP measurements.

Measure pulse before blood pressure.

The pulse and blood pressure should be measured supine and standing by using non-invasive equipment. The standing pulse and blood pressure should be measured after 2 minutes of standing.

**Weight**
Weight must be recorded using the same scale.

Subject should wear light clothing and no shoes during the weight assessment.

2004-02-16

CONFIDENTIAL
AZSER12749351

AstraZeneca

Study code D1447C00126          Subj initials ...............................          E code |E |___|___|___|___|___|___|

Visit No. V14

AZ01.10
AZ2002-12-17
AW2003-07-31

## Visit

**VISIT**

Visit date |2 |0 |___|___|___|___|___|
         year     mm   dd

AZ01.10
NA
AW2003-07-31

## Vital Signs, Weight

**VIT**

*Assm
No.*

*Protocol
schedule*

1  Pulse |___|___|___| beats/min    Supine
(0 min)  Blood pressure |___|___|___| / |___|___|___| mmHg
                                                      systolic      diastolic

2  Pulse |___|___|___| beats/min    Standing
(2 min)  Blood pressure |___|___|___| / |___|___|___| mmHg
                                                        systolic      diastolic

Weight     |___|___|___| · |___| kg

2004-02-16

CONFIDENTIAL
AZSER12749352

Page Ins: 224

## INSTRUCTIONS FOR THE INVESTIGATOR

**Meals**                                                                                    **MEAL**

Record date and time of last meal.

2004-02-16

CONFIDENTIAL
AZSER12749353



AstraZeneca

Page 224

Study code D1447C00126          Subj initials ...........................          E code |E|_|_|_|_|_|_|_|

Visit No. V14

**Meals**                                                                          **MEAL**

SO03.03

SO2003-03-20

AW2003-07-31

Date of last meal    |2|0|_|_|_|_|_|_|_|
                     year        mm    dd

Time of last meal    |_|_| : |_|_|
                     24-hour clock

2004-02-16

CONFIDENTIAL
AZSER12749354

Page Ins: 225

## INSTRUCTIONS FOR THE INVESTIGATOR

**Laboratory Assessments**                                      **LAB1**

Label and fill sample tubes according to laboratory instructions.

Record the sampling date and time.

Please sign and attach printout from laboratory to the CRF.

If the Absolute Neutrophil Count is below 0,5 X $10^9$/L a repeat lab within 24 hours is required. If the value of the repeated assessment is below 0,5 X $10^9$/L the Subject must be discontinued due to Adverse Event. The Adverse Event should be the signs and symptoms of the low Absolute Neutrophil Count  if present.  If no symptoms are present the Adverse Event should be 'Absolute Neutrophil Count Decreased'.

2004-02-16

CONFIDENTIAL
AZSER12749355

AstraZeneca                                                          Page 225

Study code D1447C00126          Subj initials ......................          E code |E|_|_|_|_|_|_|_|

Visit No. V14

**Laboratory Assessments**                                          **LAB1**

Visit V14

Sampling date          |2|0|_|_| |_|_| |_|_|_|
                          year      mm      dd

Sampling time              |_|_| : |_|_|
                          24-hour clock

| AstraZeneca use only | |
| --- | --- |
| Laboratory ID | |_|_|_| |

2004-02-16

CONFIDENTIAL
AZSER12749356

AZ01110    NA    AW2003-07-31

Page Ins: 226

## INSTRUCTIONS FOR THE INVESTIGATOR

**Laboratory Assessments**                                      **LAB2**
**Mood stabilizer**

Label and fill sample tubes according to laboratory instructions.

Record the sampling date and time.

Please sign and attach printout from laboratory to the CRF.

Check that Mood stabilizer is within range.

**NB:** State range for Lithium and Valproate: Lithium serum concentration range 0.5 mEq/L to 1.2 mEq/L and Valproate serum concentration range 50 µg/ml to 125 µg/ml.

AZ0110    NA    AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749357

AstraZeneca

Page 226

Study code D1447C00126          Subj initials ...............................          E code [E| | | | | | | ]

Visit No. V14

## Laboratory Assessments
**Mood stabilizer**

LAB2

Visit V14

Sampling date          [2 | 0 | | | | | | ]
                        year          mm      dd

Sampling time          [ | | : | | ]
                        24-hour clock

| AstraZeneca use only | |
| --- | --- |
| Laboratory ID | [ | | ] |

Mood stabilizer within range          No ◯    Yes ◯

2004-02-16

CONFIDENTIAL
AZSER12749358

Page Ins: 227

## INSTRUCTIONS FOR THE INVESTIGATOR

**Sheehan Disability Scale**                                                      **SDS**

**Assessment Domains**

The Sheehan Disability Scale is a measurement of functional disability and impairment due to psychiatric symptoms. It consists of 3 functional impairment items and 2 items related to productivity losses due to the symptoms and impairment.

The Sheehan Disability Scale is a self rated questionnaire and should be administered to the Subject to be completed on his/her own without the presence or influence of study Investigator/ nurse or other individuals. You should instruct the Subject to report the disability and impairment experienced during the **past week** due to his/her **bipolar disorder symptoms.** Emphasize that you will not interfere with the completion or have any comments to the patient's responses.

When the patient has completed the questionnaire you should transfer the responses to the corresponding CRF page. Make sure that the visit numbers and dates are the same.

Please note that a questionnaire that has been completed by the patient is considered as source data and can not be amended by the Investigator or any other individual.

**NB:** The CRF page is for clinical personnel use only.

2004-02-16

CONFIDENTIAL
AZSER12749359

AstraZeneca

Page 227

Study code D1447C00126          Subj initials ...........................          E code $\boxed{E}$ | | | | | | |

Visit No. V14

## Sheehan Disability Scale

SDS

**Disability Scale**
**Work/School**                                           | |

I have not worked/studied at all during the past week for
reasons unrelated to disorder                              □ $_1$

**Social Life**                                            | |

**Family Life/Home Responsibilities**                     | |

**DAYS LOST**                    Days          | |

**DAYS UNDER-PRODUCTIVE**        Days          | |

2004-02-16

CONFIDENTIAL
AZSER12749360

Page Ins: 228

## INSTRUCTIONS FOR THE INVESTIGATOR

**Psychological General Well-Being Schedule (PGWB)**                    **PGWB**

**Assessment Scale**

The PGWB is a self rated questionnaire and should be administered to the Subject to be completed on his/her own without the presence or influence of study Investigator/nurse or other individuals.

Instruct the Subject to read the instructions for the questionnaire and report their responses of well-being or distress for the **past week**. Emphasize that you will not interfere with the completion or have any comments to the Subject's responses.

When the Subject has completed the questionnaire, you should transfer the responses to the corresponding CRF page. Make sure that the visit numbers and dates are the same.

Please note that a questionnaire that has been completed by the Subject is considered as source data and cannot be amended by the Investigator or any other individual.

2004-02-16

CONFIDENTIAL
AZSER12749361

AstraZeneca

Page 228.01

Study code D1447C00126          Subj initials ........................          E code E | | | | | | |

Visit No. V14

AW03:07   N/A   AW2003-07-31

## Psychological General Well-Being Schedule (PGWB)          **PGWB**

1.  How have you been feeling in general? (DURING THE PAST WEEK)

    In excellent spirits                                              ☐ 6

    In very good spirits                                              ☐ 5

    In good spirits mostly                                            ☐ 4

    I have been up and down in spirits a lot                          ☐ 3

    In low spirits mostly                                             ☐ 2

    In very low spirits                                               ☐ 1

2.  How often were you bothered by any illness, bodily disorder, aches or pains? (DURING THE PAST WEEK)

    Every day                                                         ☐ 1

    Almost every day                                                  ☐ 2

    About half the time                                               ☐ 3

    Now and then, but less than half the time                         ☐ 4

    Rarely                                                            ☐ 5

    None of the time                                                  ☐ 6

3.  Did you feel depressed? (DURING THE PAST WEEK)

    Yes - to the point that I felt like taking my life               ☐ 1

    Yes - to the point that I did not care about anything            ☐ 2

    Yes - very depressed almost every day                            ☐ 3

    Yes - quite depressed several times                              ☐ 4

    Yes - a little depressed now and then                            ☐ 5

    No - never felt depressed at all                                 ☐ 6

continues

2004-02-16

CONFIDENTIAL
AZSER12749362

AstraZeneca

| Study code D1447C00126 | Subj initials ........................... | E code |E| | | | | | | |

Visit No. V14

AW03:07 N/A    AW2003-07-31

## Psychological General Well-Being Schedule (PGWB), continued          PGWB

4.  Have you been in firm control of your behavior, thoughts, emotions, or feelings? (DURING THE PAST WEEK)

Yes, definitely so ☐ 6

Yes, for the most part ☐ 5

Generally so ☐ 4

Not too well ☐ 3

No, and I am somewhat disturbed ☐ 2

No, and I am very disturbed ☐ 1

5.  Have you been bothered by nervousness or your "nerves"? (DURING THE PAST WEEK)

Extremely so - to the point where I could not work or take care of things ☐ 1

Very much so ☐ 2

Quite a bit ☐ 3

Some - enough to bother me ☐ 4

A little ☐ 5

Not at all ☐ 6

6.  How much energy, pep, or vitality did you have or feel? (DURING THE PAST WEEK)

Very full of energy - lots of pep ☐ 6

Fairly energetic most of the time ☐ 5

My energy level varied quite a bit ☐ 4

Generally low in energy or pep ☐ 3

Very low in energy or pep most of the time ☐ 2

No energy of pep at all - I felt drained, sapped ☐ 1

continues

2004-02-16

CONFIDENTIAL
AZSER12749363

AstraZeneca

Page 228.03

| Study code D1447C00126 | Subj initials ........................ | E code | E | | | | | | | |

Visit No. V14

## Psychological General Well-Being Schedule (PGWB), continued

**PGWB**

7.  I felt downhearted and blue DURING THE PAST WEEK.

None of the time ☐6

A little of the time ☐5

Some of the time ☐4

A good bit of the time ☐3

Most of the time ☐2

All of the time ☐1

8.  Were you generally tense or did you feel any tension? (DURING THE PAST WEEK)

Yes - extremely tense, most or all of the time ☐1

Yes - very tense most of the time ☐2

Not generally tense, but did feel fairly tense several times ☐3

I felt a little tense a few times ☐4

My general tension level was quite low ☐5

I never felt tense or any tension at all ☐6

9.  How happy, satisfied, or pleased have you been with your personal life? (DURING THE PAST WEEK)

Extremely happy - could not have been more satisfied or pleased ☐6

Very happy most of the time ☐5

Generally satisfied - pleased ☐4

Sometime fairly happy, sometimes fairly unhappy ☐3

Generally dissatisfied, unhappy ☐2

Very dissatisfied or unhappy most or all of the time ☐1

continues

2004-02-16

CONFIDENTIAL
AZSER12749364

AstraZeneca

Page 228.04

Study code D1447C00126          Subj initials ................................          E code  E | | | | | | |

Visit No. V14

## Psychological General Well-Being Schedule (PGWB), continued          **PGWB**

10. Did you feel healthy enough to carry out the things you like to do or had to do? (DURING THE PAST WEEK)

Yes - definitely so                                                                     ☐6

For the most part                                                                       ☐5

Health problems limited me in some important ways                                        ☐4

I was only healthy enough to take care of myself                                         ☐3

I needed some help in taking care of myself                                              ☐2

I needed someone to help me with most or all of the things I had to do                   ☐1

11. Have you felt so sad, discouraged, hopeless, or had so many problems that you wondered if anything was worthwhile? (DURING THE PAST WEEK)

Extremely so - to the point that I have just about given up                              ☐1

Very much so                                                                            ☐2

Quite a bit                                                                             ☐3

Some - enough to bother me                                                              ☐4

A little bit                                                                            ☐5

Not at all                                                                              ☐6

12. I woke up feeling fresh and rested DURING THE PAST WEEK.

None of the time                                                                        ☐1

A little of the time                                                                    ☐2

Some of the time                                                                        ☐3

A good bit of the time                                                                  ☐4

Most of the time                                                                        ☐5

All of the time                                                                         ☐6

continues

2004-02-16

CONFIDENTIAL
AZSER12749365

AstraZeneca

| Study code D1447C00126 | Subj initials .................................... | E code ⌊E⌋⌊_⌋⌊_⌋⌊_⌋⌊_⌋⌊_⌋⌊_⌋ |
|---|---|---|

Visit No. V14

## Psychological General Well-Being Schedule (PGWB), continued          PGWB

13. Have you been concerned, worried, or had any fears about your health? (DURING THE PAST WEEK)

Extremely so ☐₁

Very much so ☐₂

Quite a bit ☐₃

Some, but not a lot ☐₄

Practically never ☐₅

Not at all ☐₆

14. Have you had any reason to wonder if you were losing your mind, or losing control over the way you act, talk, think, feel of or of your memory? (DURING THE PAST WEEK)

Not at all ☐₆

Only a little ☐₅

Some - but not enough to be concerned or worried about ☐₄

Some and I have been a little concerned ☐₃

Some and I am quite concerned ☐₂

Yes, very much so and I am very concerned ☐₁

15. My daily life was full of things that were interesting to me DURING THE PAST WEEK.

None of the time ☐₁

A little of the time ☐₂

Some of the time ☐₃

A good bit of the time ☐₄

Most of the time ☐₅

All of the time ☐₆

continues

2004-02-16

CONFIDENTIAL
AZSER12749366

AstraZeneca                                                                  Page 228.06

Study code D1447C00126          Subj initials ........................          E code |E_|_|_|_|_|_|_|_|

Visit No. V14

## Psychological General Well-Being Schedule (PGWB), continued          **PGWB**

16. Did you feel active, vigorous, *or* dull, sluggish? (DURING THE PAST WEEK)

    Very active, vigorous every day    ☐6

    Mostly active, vigorous - never really dull, sluggish    ☐5

    Fairly active, vigorous - seldom dull, sluggish    ☐4

    Fairly dull, sluggish - seldom active, vigorous    ☐3

    Mostly dull, sluggish - never really active, vigorous    ☐2

    Very dull, sluggish every day    ☐1

17. Have you been anxious, worried, or upset? (DURING THE PAST WEEK)

    Extremely so - to the point of being sick or almost sick    ☐1

    Very much so    ☐2

    Quite a bit    ☐3

    Some - enough to bother me    ☐4

    A little bit    ☐5

    Not at all    ☐6

18. I was emotionally stable and sure of myself (DURING THE PAST WEEK)

    None of the time    ☐1

    A little of the time    ☐2

    Some of the time    ☐3

    A good bit of the time    ☐4

    Most of the time    ☐5

    All of the time    ☐6

19. Did you feel relaxed, at ease *or* high strung, tight or keyed-up? (DURING THE PAST WEEK)

    Felt relaxed and at ease the whole week    ☐6

    Felt relaxed and at ease most of the time    ☐5

    Generally felt relaxed but at times felt fairly high strung    ☐4

    Generally felt high strung but at times felt fairly relaxed    ☐3

    Felt high strung, tight, or keyed-up most of the time    ☐2

    Felt high strung, tight, or keyed-up the whole week    ☐1

continues

2004-02-16

N/A AW03:07

AW2003-07-31

CONFIDENTIAL
AZSER12749367

AstraZeneca

Study code D1447C00126          Subj initials ..................          E code  E | | | | | | |

Visit No. V14

## Psychological General Well-Being Schedule (PGWB), continued          **PGWB**

20.  I felt cheerful, lighthearted DURING THE PAST WEEK.

None of the time  □₁

A little of the time  □₂

Some of the time  □₃

A good bit of the time  □₄

Most of the time  □₅

All of the time  □₆

21.  I felt tired, worn out, used up, or exhausted (DURING THE PAST WEEK)

None of the time  □₆

A little of the time  □₅

Some of the time  □₄

A good bit of the time  □₃

Most of the time  □₂

All of the time  □₁

22.  Have you been under or felt you were under any strain, stress, or pressure? (DURING THE PAST WEEK)

Yes - almost more than I could bear or stand  □₁

Yes - quite a bit of pressure  □₂

Yes, some - more than usual  □₃

Yes, some - but about usual  □₄

Yes - a little  □₅

Not at all  □₆

2004-02-16

CONFIDENTIAL
AZSER12749368

Page Ins: 229

## INSTRUCTIONS FOR THE INVESTIGATOR

**Clinical Global Impression, Bipolar (Randomized Treatment Phase)**          CGI_BP

**Severity of illness**
Evaluate the severity of Subject's mental illness based on your total experience with this particular Subject population.  Assess based on the present or previous week's experience.  Rate on a seven-point spectrum (1= normal, 7= among the most severely ill Subjects).  Tick only one box.

**Change from Preceding Phase**
Assess Subject's total improvement since initiation of the current treatment (V1) whether or not, in your judgment, it is due entirely to drug treatment.  Rate on a seven-point spectrum (1= very much improved, 7= very much worse).  Tick only one box.

**Rater's initials**
Record Rater's initials.  The same rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749369

AstraZeneca

Page 229

Study code D1447C00126          Subj initials ...........................          E code  E | | | | | | |

Visit No. V14

## Clinical Global Impression, Bipolar (Randomized Treatment Phase)          CGI_BP

### I. Severity of Illness
Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

| | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | □1 | □2 | □3 | □4 | □5 | □6 | □7 |
| Depression | □1 | □2 | □3 | □4 | □5 | □6 | □7 |
| Overall bipolar illness | □1 | □2 | □3 | □4 | □5 | □6 | □7 |

### II. Change from Preceding Phase
Compared to the V1 how much has the Subject changed

| | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | □1 | □2 | □3 | □4 | □5 | □6 | □7 | □9 |
| Depression | □1 | □2 | □3 | □4 | □5 | □6 | □7 | □9 |
| Overall bipolar illness | □1 | □2 | □3 | □4 | □5 | □6 | □7 | □9 |

Rater's initials

2004-02-16

CONFIDENTIAL
AZSER12749370

Page Ins: 230

## INSTRUCTIONS FOR THE INVESTIGATOR

**Young Mania Rating Scale**                                                **YMRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

Enter the date when the YMRS assessment was performed.

Provide one rating for each item score. Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

AW03:07

N/A

AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749371

AstraZeneca

Page 230

Study code D1447C00126          Subj initials ...........................          E code | E | | | | | | |

Visit No. V14

AW03:07  N/A     AW2003-07-31

## Young Mania Rating Scale                                        YMRS

Date of assessment          | 2 | 0 | | | | | | |
                              year      mm    dd

1.   Elevated Mood                        |__|

2.   Increased Motor Activity - Energy    |__|

3.   Sexual Interest                      |__|

4.   Sleep                                |__|

5.   Irritability                         |__|

6.   Speech (Rate and Amount)             |__|

7.   Language - Thought Disorder          |__|

8.   Content                              |__|

9.   Disruptive - Aggressive Behaviour    |__|

10.  Appearance                           |__|

11.  Insight                              |__|

Rater's initials

2004-02-16

CONFIDENTIAL
AZSER12749372

Page Ins: 231

## INSTRUCTIONS FOR THE INVESTIGATOR

CN0107  N/A  AW2003-07-31

**Montgomery-Asberg Depression Rating Scale**                    **MADRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

**Date**
Enter the date when the assessment was performed.

Provide one rating for each item score.  Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749373

AstraZeneca

Page 231

Study code D1447C00126          Subj initials ...........................          E code | E | | | | | | |

Visit No. V14

CN0107
N/A
AW2003-07-31

## Montgomery-Asberg Depression Rating Scale          **MADRS**

Date of assessment    | 2 | 0 | | | | | |
                      year        mm     dd

1.  Apparent sadness            ⌷

2.  Reported sadness            ⌷

3.  Inner tension               ⌷

4.  Reduced sleep               ⌷

5.  Reduced appetite            ⌷

6.  Concentration difficulties  ⌷

7.  Lassitude                   ⌷

8.  Inability to feel           ⌷

9.  Pessimistic thoughts        ⌷

10. Suicidal thoughts           ⌷

Rater´s initials

2004-02-16

CONFIDENTIAL
AZSER12749374

Page Ins: 232

## INSTRUCTIONS FOR THE INVESTIGATOR

**Positive and Negative Syndrome Scale**                                    **PANSS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

Provide one rating for each item score.  Specify one of the scores listed by putting the appropriate whole number (ie 1, 2, 3...) in the adjacent box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749375

AstraZeneca

Page 232

Study code D1447C00126          Subj initials ...................................          E code  |E| | | | | | | |

Visit No. V14

AW03-07    N/A    AW2003-07-31

## Positive and Negative Syndrome Scale

**PANSS**

**Positive Subscale**

**P1.**  Delusions                          ☐

**P2.**  Conceptual disorganization          ☐

**P3.**  Hallucinatory behaviour            ☐

**P4.**  Excitement                         ☐

**P5.**  Grandiosity                        ☐

**P6.**  Suspiciousness/persecution         ☐

**P7.**  Hostility                          ☐

| Rater´s initials |
| --- |
|  |

2004-02-16

CONFIDENTIAL
AZSER12749376

Page Ins: 233

## INSTRUCTIONS FOR THE INVESTIGATOR

**Abnormal Involuntary Movement Scale**                                **AIMS**

Refer to workbook for scale instructions.

Provide one rating for each item score by putting the appropriate whole number  (ie, 0, 1, 2, 3, 4) for items 1-10 in the adjacent box.

Record the Rater's initials.  The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749377

AstraZeneca                                             Page 233

Study code D1447C00126        Subj initials .................        E code |E|_|_|_|_|_|_|_|

Visit No. V14

## Abnormal Involuntary Movement Scale                    **AIMS**

**Facial and oral movements**

1.  Muscles of facial expression        |__|

2.  Lips and perioral area              |__|

3.  Jaw                                  |__|

4.  Tongue                              |__|

**Extremity movements**

5.  Upper (arms, wrists, hands, fingers)  |__|

6.  Lower (legs, knees, ankles, toes)    |__|

**Trunk movements**

7.  Neck, shoulders, hip                |__|

**Global judgements**

8.  Severity of abnormal movements       |__|

9.  Incapacitation due to abnormal movements  |__|

10. Subject's awareness of abnormal movements  |__|

Rater´s initials

2004-02-16

CONFIDENTIAL
AZSER12749378

Page Ins: 234

## INSTRUCTIONS FOR THE INVESTIGATOR

**Barnes Akathisia Rating Scale**                                    **BARS**

Refer to the workbook for scale instructions.

Provide one rating for each item score.  Specify one of the scores listed by putting the appropriate whole number (ie, 0, 1, 2...) in the corresponding open box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

**Simpson-Angus Scale**                                              **SAS**

Refer to the workbook for scale instructions.

Provide one rating for each item score by putting the appropriate whole number in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749379

AstraZeneca

Page 234

Study code D1447C00126          Subj initials ...........................          E code | E |  |  |  |  |  |  |

Visit No. V14

**Barnes Akathisia Rating Scale**                                                      **BARS**

1. Objective                                                □

2.  Subjective awareness of restlessness                    □

3.  Subjective distress related to restlessness             □

4. Global clinical assessment of akathisia                  □

Rater´s initials

**Simpson-Angus Scale**                                                                **SAS**

1.  Gait                  □

2.  Arm dropping          □

3.  Shoulder shaking      □

4.  Elbow rigidity        □

5.  Wrist rigidity        □

6.  Head rotation         □

7.  Glabella tap          □

8.  Tremor                □

9.  Salivation            □

10. Akathisia             □

Rater´s initials

2004-02-16

CONFIDENTIAL
AZSER12749380

Page Ins: 235

## INSTRUCTIONS FOR THE INVESTIGATOR

**Adverse Events, Reminder**                                                                 **AERDR**

See AEDEF for definitions of Adverse Event (AE) and
Serious Adverse Event (Serious AE) and for translation of the
standard question to local language.

**Guide to the AE assessment**
*Ongoing at previous visit:*
AEs that were present at the previous visit and which may have stopped before
this visit or are still present.
*Spontaneously reported:*
The AE can be reported by other than Subject, for example family or hospital
staff.
*Observed by Investigational team or other person:*
Examinations and assessments should also be considered.

2004-02-16

CONFIDENTIAL
AZSER12749381

AstraZeneca                                                        Page 235

Study code D1447C00126          Subj initials .....................          E code |E|_|_|_|_|_|_|_|

Visit No. V14

**Adverse Events, Reminder**                                        **AERDR**

Any adverse events
 - ongoing at previous visit
 - spontaneously reported
 - observed by Investigational team or other person       No     Yes
 - reported in reply to the standard question: *"Have you*    ○      ○
   *had any health problems since the previous visit?"*                   If Yes, go to AELOG

2004-02-16

CONFIDENTIAL
AZSER12749382

AstraZeneca

Study code D1447C00126                          Visit No. V14

AZ01110
AZ2002-12-03
AW2003-07-31

## Check List                                                           **CHECK**

1   In case of a Mood Event check that a notification has
    been faxed to the assigned Monitor.                        ◯

2   Adverse events have been reported on AELOG, and any
    change in concomitant medication on MED.                   ◯

3   Remember to transcribe rating scores and Subject
    questionnaire answers from the Workbooks to the
    corresponding CRFs.                                        ◯

4   The investigational product has been handed out together
    with dosage instruction cards.                            ◯

5   Check that DOSC and SAC have been filled in.               ◯

6   Remind the Subject to bring the e-diary at next visit.     ◯

7   The Subject has been given an appointment for the next
    visit.                                                     ◯

2004-02-16

CONFIDENTIAL
AZSER12749383

# Visit V15

CONFIDENTIAL
AZSER12749384



AstraZeneca                                                                                         Page 236

Study code D1447C00126          Subj initials ...........................          E code $\lfloor$ E $\lfloor$ _ $\lfloor$ _ $\lfloor$ _ $\lfloor$ _ $\lfloor$ _ $\rfloor$

Visit No. V15

**Visit**                                                                                          **VISIT**

Visit date  $\lfloor$ 2 $\lfloor$ 0 $\lfloor$ _ $\lfloor$ _ $\lfloor$ _ $\lfloor$ _ $\rfloor$
            year        mm        dd

AZ/01.10
AZ/2002-12-17
AW/2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749385

Page Ins: 237

## INSTRUCTIONS FOR THE INVESTIGATOR

**Laboratory Assessments**                                         LAB2
**Mood stabilizer**

Label and fill sample tubes according to laboratory instructions.

Record the sampling date and time.

Please sign and attach printout from laboratory to the CRF.

Check that Mood stabilizer is within range.

**NB:** State range for Lithium and Valproate: Lithium serum concentration range 0.5 mEq/L to 1.2 mEq/L and Valproate serum concentration range 50 µg/ml to 125 µg/ml.

2004-02-16

CONFIDENTIAL
AZSER12749386

AstraZeneca

Page 237

Study code D1447C00126          Subj initials .........................          E code |E_|_|_|_|_|_|_|_|

Visit No. V15

AZ0110

NA

AW2003-07-31

## Laboratory Assessments

LAB2

**Mood stabilizer**

Visit V15

Sampling date          |2_|0_|_|_|_|_|_|
                        year      mm    dd

Sampling time          |_|_| : |_|_|
                        24-hour clock

| AstraZeneca use only | |
|---|---|
| Laboratory ID | |_|_| |

                              No     Yes
Mood stabilizer within range   ◯      ◯

2004-02-16

CONFIDENTIAL
AZSER12749387

Page Ins: 238

## INSTRUCTIONS FOR THE INVESTIGATOR

**Sheehan Disability Scale**                                                                 **SDS**

**Assessment Domains**

The Sheehan Disability Scale is a measurement of functional disability and impairment due to psychiatric symptoms. It consists of 3 functional impairment items and 2 items related to productivity losses due to the symptoms and impairment.

The Sheehan Disability Scale is a self rated questionnaire and should be administered to the Subject to be completed on his/her own without the presence or influence of study Investigator/ nurse or other individuals. You should instruct the Subject to report the disability and impairment experienced during the **past week** due to his/her **bipolar disorder symptoms.** Emphasize that you will not interfere with the completion or have any comments to the patient's responses.

When the patient has completed the questionnaire you should transfer the responses to the corresponding CRF page. Make sure that the visit numbers and dates are the same.

Please note that a questionnaire that has been completed by the patient is considered as source data and can not be amended by the Investigator or any other individual.

**NB:** The CRF page is for clinical personnel use only.

2004-02-16

CONFIDENTIAL
AZSER12749388

AstraZeneca                                                                                  Page 238

Study code D1447C00126          Subj initials .........................        E code | E |   |   |   |   |   |   |   |

Visit No. V15

## Sheehan Disability Scale                                                                 **SDS**

**Disability Scale**
**Work/School**                                            |   |   |

I have not worked/studied at all during the past week for       |   | 1
reasons unrelated to disorder

**Social Life**                                            |   |   |

**Family Life/Home Responsibilities**                      |   |   |

**DAYS LOST**                    Days        |   |   |

**DAYS UNDER-PRODUCTIVE**        Days        |   |   |

2004-02-16

CONFIDENTIAL
AZSER12749389

Page Ins: 239

## INSTRUCTIONS FOR THE INVESTIGATOR

**Psychological General Well-Being Schedule (PGWB)**                    **PGWB**

**Assessment Scale**
The PGWB is a self rated questionnaire and should be administered to the Subject to be completed on his/her own without the presence or influence of study Investigator/nurse or other individuals.

Instruct the Subject to read the instructions for the questionnaire and report their responses of well-being or distress for the **past week**. Emphasize that you will not interfere with the completion or have any comments to the Subject's responses.

When the Subject has completed the questionnaire, you should transfer the responses to the corresponding CRF page. Make sure that the visit numbers and dates are the same.

Please note that a questionnaire that has been completed by the Subject is considered as source data and cannot be amended by the Investigator or any other individual.

CONFIDENTIAL
AZSER12749390

AstraZeneca

Study code D1447C00126          Subj initials ...................          E code |E| | | | | | |

Visit No. V15

## Psychological General Well-Being Schedule (PGWB)          **PGWB**

1.   How have you been feeling in general? (DURING THE PAST WEEK)

In excellent spirits                                          ☐6

In very good spirits                                          ☐5

In good spirits mostly                                        ☐4

I have been up and down in spirits a lot                      ☐3

In low spirits mostly                                         ☐2

In very low spirits                                           ☐1

2.   How often were you bothered by any illness, bodily disorder, aches or pains? (DURING THE PAST WEEK)

Every day                                                     ☐1

Almost every day                                              ☐2

About half the time                                           ☐3

Now and then, but less than half the time                     ☐4

Rarely                                                        ☐5

None of the time                                              ☐6

3.   Did you feel depressed? (DURING THE PAST WEEK)

Yes - to the point that I felt like taking my life            ☐1

Yes - to the point that I did not care about anything         ☐2

Yes - very depressed almost every day                         ☐3

Yes - quite depressed several times                           ☐4

Yes - a little depressed now and then                         ☐5

No - never felt depressed at all                              ☐6

continues

2004-02-16

CONFIDENTIAL
AZSER12749391

AstraZeneca

| Study code D1447C00126 | Subj initials .................... | E code  E \| \| \| \| \| \| \| |
| --- | --- | --- |

Visit No. V15

AW03:07  N/A

AW2003-07-31

## Psychological General Well-Being Schedule (PGWB), continued         **PGWB**

4.  Have you been in firm control of your behavior, thoughts, emotions, or feelings? (DURING THE PAST WEEK)

Yes, definitely so ☐ 6

Yes, for the most part ☐ 5

Generally so ☐ 4

Not too well ☐ 3

No, and I am somewhat disturbed ☐ 2

No, and I am very disturbed ☐ 1

5.  Have you been bothered by nervousness or your "nerves"? (DURING THE PAST WEEK)

Extremely so - to the point where I could not work or take care of things ☐ 1

Very much so ☐ 2

Quite a bit ☐ 3

Some - enough to bother me ☐ 4

A little ☐ 5

Not at all ☐ 6

6.  How much energy, pep, or vitality did you have or feel? (DURING THE PAST WEEK)

Very full of energy - lots of pep ☐ 6

Fairly energetic most of the time ☐ 5

My energy level varied quite a bit ☐ 4

Generally low in energy or pep ☐ 3

Very low in energy or pep most of the time ☐ 2

No energy of pep at all - I felt drained, sapped ☐ 1

continues

CONFIDENTIAL
AZSER12749392

AstraZeneca

Study code D1447C00126          Subj initials ...........................          E code | E | | | | | | |

Visit No. V15

## Psychological General Well-Being Schedule (PGWB), continued          **PGWB**

7.  I felt downhearted and blue DURING THE PAST WEEK.

None of the time ☐ 6

A little of the time ☐ 5

Some of the time ☐ 4

A good bit of the time ☐ 3

Most of the time ☐ 2

All of the time ☐ 1

8.  Were you generally tense or did you feel any tension? (DURING THE PAST WEEK)

Yes - extremely tense, most or all of the time ☐ 1

Yes - very tense most of the time ☐ 2

Not generally tense, but did feel fairly tense several times ☐ 3

I felt a little tense a few times ☐ 4

My general tension level was quite low ☐ 5

I never felt tense or any tension at all ☐ 6

9.  How happy, satisfied, or pleased have you been with your personal life? (DURING THE PAST WEEK)

Extremely happy - could not have been more satisfied or pleased ☐ 6

Very happy most of the time ☐ 5

Generally satisfied - pleased ☐ 4

Sometime fairly happy, sometimes fairly unhappy ☐ 3

Generally dissatisfied, unhappy ☐ 2

Very dissatisfied or unhappy most or all of the time ☐ 1

continues

CONFIDENTIAL
AZSER12749393

AstraZeneca

Study code D1447C00126          Subj initials ...........................          E code  E |   |   |   |   |   |   |

Visit No. V15

## Psychological General Well-Being Schedule (PGWB), continued          **PGWB**

10. Did you feel healthy enough to carry out the things you like to do or had to do? (DURING THE PAST WEEK)

Yes - definitely so                                                  ☐ 6

For the most part                                                   ☐ 5

Health problems limited me in some important ways                   ☐ 4

I was only healthy enough to take care of myself                    ☐ 3

I needed some help in taking care of myself                         ☐ 2

I needed someone to help me with most or all of the things I had to do ☐ 1

11. Have you felt so sad, discouraged, hopeless, or had so many problems that you wondered if anything was worthwhile? (DURING THE PAST WEEK)

Extremely so - to the point that I have just about given up           ☐ 1

Very much so                                                        ☐ 2

Quite a bit                                                         ☐ 3

Some - enough to bother me                                          ☐ 4

A little bit                                                        ☐ 5

Not at all                                                          ☐ 6

12. I woke up feeling fresh and rested DURING THE PAST WEEK.

None of the time                                                    ☐ 1

A little of the time                                                ☐ 2

Some of the time                                                    ☐ 3

A good bit of the time                                              ☐ 4

Most of the time                                                    ☐ 5

All of the time                                                     ☐ 6

continues

CONFIDENTIAL
AZSER12749394

AstraZeneca

Study code D1447C00126         Subj initials ..........................         E code  E | | | | | | |

Visit No. V15

## Psychological General Well-Being Schedule (PGWB), continued          PGWB

13. Have you been concerned, worried, or had any fears about your health? (DURING THE PAST WEEK)

Extremely so                                      ☐ 1

Very much so                                      ☐ 2

Quite a bit                                       ☐ 3

Some, but not a lot                               ☐ 4

Practically never                                 ☐ 5

Not at all                                        ☐ 6

14. Have you had any reason to wonder if you were losing your mind, or losing control over the way you act, talk, think, feel or of your memory? (DURING THE PAST WEEK)

Not at all                                        ☐ 6

Only a little                                     ☐ 5

Some - but not enough to be concerned or worried about   ☐ 4

Some and I have been a little concerned           ☐ 3

Some and I am quite concerned                     ☐ 2

Yes, very much so and I am very concerned         ☐ 1

15. My daily life was full of things that were interesting to me DURING THE PAST WEEK.

None of the time                                  ☐ 1

A little of the time                              ☐ 2

Some of the time                                  ☐ 3

A good bit of the time                            ☐ 4

Most of the time                                  ☐ 5

All of the time                                   ☐ 6

continues

CONFIDENTIAL
AZSER12749395

AstraZeneca

Study code D1447C00126          Subj initials ........................          E code ⌐E⌐ | | | | | | ⌐

Visit No. V15

## Psychological General Well-Being Schedule (PGWB), continued          **PGWB**

16. Did you feel active, vigorous, *or* dull, sluggish? (DURING THE PAST WEEK)

Very active, vigorous every day ☐6

Mostly active, vigorous - never really dull, sluggish ☐5

Fairly active, vigorous - seldom dull, sluggish ☐4

Fairly dull, sluggish - seldom active, vigorous ☐3

Mostly dull, sluggish - never really active, vigorous ☐2

Very dull, sluggish every day ☐1

17. Have you been anxious, worried, or upset? (DURING THE PAST WEEK)

Extremely so - to the point of being sick or almost sick ☐1

Very much so ☐2

Quite a bit ☐3

Some - enough to bother me ☐4

A little bit ☐5

Not at all ☐6

18. I was emotionally stable and sure of myself (DURING THE PAST WEEK)

None of the time ☐1

A little of the time ☐2

Some of the time ☐3

A good bit of the time ☐4

Most of the time ☐5

All of the time ☐6

19. Did you feel relaxed, at ease *or* high strung, tight or keyed-up? (DURING THE PAST WEEK)

Felt relaxed and at ease the whole week ☐6

Felt relaxed and at ease most of the time ☐5

Generally felt relaxed but at times felt fairly high strung ☐4

Generally felt high strung but at times felt fairly relaxed ☐3

Felt high strung, tight, or keyed-up most of the time ☐2

Felt high strung, tight, or keyed-up the whole week ☐1

continues

CONFIDENTIAL
AZSER12749296

AstraZeneca

Page 239.07

Study code D1447C00126    Subj initials ......................    E code | E |  |  |  |  |  |  |  |

Visit No. V15

## Psychological General Well-Being Schedule (PGWB), continued    **PGWB**

20.  I felt cheerful, lighthearted DURING THE PAST WEEK.

None of the time ☐1

A little of the time ☐2

Some of the time ☐3

A good bit of the time ☐4

Most of the time ☐5

All of the time ☐6

21.  I felt tired, worn out, used up, or exhausted (DURING THE PAST WEEK)

None of the time ☐6

A little of the time ☐5

Some of the time ☐4

A good bit of the time ☐3

Most of the time ☐2

All of the time ☐1

22.  Have you been under or felt you were under any strain, stress, or pressure? (DURING THE PAST WEEK)

Yes - almost more than I could bear or stand ☐1

Yes - quite a bit of pressure ☐2

Yes, some - more than usual ☐3

Yes, some - but about usual ☐4

Yes - a little ☐5

Not at all ☐6

CONFIDENTIAL
AZSER12749397

Page Ins: 240

## INSTRUCTIONS FOR THE INVESTIGATOR

**Clinical Global Impression, Bipolar (Randomized Treatment Phase)**          CGI_BP

**Severity of illness**
Evaluate the severity of Subject's mental illness based on your total experience with
this particular Subject population.  Assess based on the present or previous week's
experience.  Rate on a seven-point spectrum (1= normal, 7= among the most
severely ill Subjects).  Tick only one box.

**Change from Preceding Phase**
Assess Subject's total improvement since initiation of the current treatment (V1)
whether or not, in your judgment, it is due entirely to drug treatment.  Rate on a seven-
point spectrum (1= very much improved, 7= very much worse).  Tick only one box.

**Rater's initials**
Record Rater's initials.  The same rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749398

AstraZeneca

Page 240

| Study code D1447C00126 | Subj initials ........................... | E code |E| | | | | | | |

Visit No. V15

## Clinical Global Impression, Bipolar (Randomized Treatment Phase)  CGI_BP

### I.  Severity of Illness

Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

|  | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | □1 | □2 | □3 | □4 | □5 | □6 | □7 |
| Depression | □1 | □2 | □3 | □4 | □5 | □6 | □7 |
| Overall bipolar illness | □1 | □2 | □3 | □4 | □5 | □6 | □7 |

### II.  Change from Preceding Phase

Compared to V1 how much has the Subject changed

|  | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | □1 | □2 | □3 | □4 | □5 | □6 | □7 | □9 |
| Depression | □1 | □2 | □3 | □4 | □5 | □6 | □7 | □9 |
| Overall bipolar illness | □1 | □2 | □3 | □4 | □5 | □6 | □7 | □9 |

Rater's initials

AW03:07   N/A   AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749399

Page Ins: 241

## INSTRUCTIONS FOR THE INVESTIGATOR

**Young Mania Rating Scale**                                                      **YMRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

Enter the date when the YMRS assessment was performed.

Provide one rating for each item score. Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749400

AstraZeneca

Page 241

Study code D1447C00126          Subj initials .........................          E code  E | | | | | |

Visit No. V15

## Young Mania Rating Scale

**YMRS**

Date of assessment          |2 | 0 | | | | | |
                              year       mm    dd

1.   Elevated Mood

2.   Increased Motor Activity - Energy

3.   Sexual Interest

4.   Sleep

5.   Irritability

6.   Speech (Rate and Amount)

7.   Language - Thought Disorder

8.   Content

9.   Disruptive - Aggressive Behaviour

10.  Appearance

11.  Insight

Rater's initials

AW03-07
N/A
AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749401

Page Ins: 242

## INSTRUCTIONS FOR THE INVESTIGATOR

**Montgomery-Asberg Depression Rating Scale**                    **MADRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

**Date**
Enter the date when the assessment was performed.

Provide one rating for each item score.  Specify one of the scores listed by
putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for
a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749402

AstraZeneca

Page 242

Study code D1447C00126          Subj initials ...........................          E code [E |   |   |   |   |   |   ]

Visit No. V15

CN0107

N/A

AW2003-07-31

## Montgomery-Asberg Depression Rating Scale                    **MADRS**

Date of assessment    [2 | 0 |   |   |   |   |   ]
                      year      mm    dd

1.  Apparent sadness          ⊔

2.  Reported sadness          ⊔

3.  Inner tension             ⊔

4.  Reduced sleep             ⊔

5.  Reduced appetite          ⊔

6.  Concentration difficulties ⊔

7.  Lassitude                 ⊔

8.  Inability to feel         ⊔

9.  Pessimistic thoughts      ⊔

10. Suicidal thoughts         ⊔

| Rater´s initials |
|---|
|  |

2004-02-16

CONFIDENTIAL
AZSER12749403

Page Ins: 243

## INSTRUCTIONS FOR THE INVESTIGATOR

**Adverse Events, Reminder**                                                    **AERDR**

See AEDEF for definitions of Adverse Event (AE) and
Serious Adverse Event (Serious AE) and for translation of the
standard question to local language.

**Guide to the AE assessment**
*Ongoing at previous visit:*
AEs that were present at the previous visit and which may have stopped before
this visit or are still present.
*Spontaneously reported:*
The AE can be reported by other than Subject, for example family or hospital
staff.
*Observed by Investigational team or other person:*
Examinations and assessments should also be considered.

2004-02-16

CONFIDENTIAL
AZSER12749404

AstraZeneca

Page 243

Study code D1447C00126         Subj initials .........................         E code ⌊E⌊_⌊_⌊_⌊_⌊_⌊_⌊_⌋

Visit No. V15

AZ01110
AZ2002-12-03
AW2003-07-31

## Adverse Events, Reminder

**AERDR**

Any adverse events
 - ongoing at previous visit
 - spontaneously reported
 - observed by Investigational team or other person
 - reported in reply to the standard question: ***"Have you
   had any health problems since the previous visit?"***

No    Yes
○    ○    If Yes, go to AELOG

2004-02-16

CONFIDENTIAL
AZSER12749405

AstraZeneca

Study code D1447C00126                    Visit No. V15

AZ01110  AZ2002-12-03  AW2003-07-31

## Check List                                                          CHECK

1  In case of a Mood Event check that a notification has
   been faxed to the assigned Monitor.                        ◯

2  Adverse events have been reported on AELOG, and any
   change in concomitant medication on MED.                   ◯

3  Remember to transcribe rating scores and Subject
   questionnaire answers from the Workbooks to the
   corresponding CRFs.                                        ◯

4  The investigational product has been handed out together
   with dosage instruction cards.                             ◯

5  Check that DOSC and SAC have been filled in.               ◯

6  Remind the Subject to bring the e-diary at next visit.     ◯

7  The Subject has been given an appointment for the next
   visit.                                                     ◯

2004-02-16

CONFIDENTIAL
AZSER12749406

# Visit V16

CONFIDENTIAL
AZSER12749407



AstraZeneca

Page 244

Study code D1447C00126          Subj initials .........................          E code |E| | | | | | | |

Visit No. V16

## Visit

**VISIT**

Visit date |2|0| | | | | |
             year    mm    dd

AZ/01/10

AZ2002-12-17

AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749408

Page Ins: 245

## INSTRUCTIONS FOR THE INVESTIGATOR

**Laboratory Assessments**                                                    LAB2
**Mood stabilizer**

Label and fill sample tubes according to laboratory instructions.

Record the sampling date and time.

Please sign and attach printout from laboratory to the CRF.

Check that Mood stabilizer is within range.

**NB:** State range for Lithium and Valproate: Lithium serum concentration range 0.5 mEq/L to 1.2 mEq/L and Valproate serum concentration range 50 µg/ml to 125 µg/ml.

2004-02-16

CONFIDENTIAL
AZSER12749409

AstraZeneca

Page 245

| Study code D1447C00126 | Subj initials ................................. | E code |E| | | | | | | |

Visit No. V16

AZ01110

NA

AW2003-07-31

## Laboratory Assessments
**Mood stabilizer**

LAB2

Visit V16

Sampling date |2|0| | | | | | |
year        mm    dd

Sampling time |_|_| : |_|_|
24-hour clock

| AstraZeneca use only | |
| Laboratory ID | |_|_| |

Mood stabilizer within range    No ◯    Yes ◯

2004-02-16

CONFIDENTIAL
AZSER12749410

Page Ins: 246

## INSTRUCTIONS FOR THE INVESTIGATOR

**Sheehan Disability Scale**                                                    **SDS**

**Assessment Domains**

The Sheehan Disability Scale is a measurement of functional disability and impairment due to psychiatric symptoms. It consists of 3 functional impairment items and 2 items related to productivity losses due to the symptoms and impairment.

The Sheehan Disability Scale is a self rated questionnaire and should be administered to the Subject to be completed on his/her own without the presence or influence of study Investigator/nurse or other individuals. You should instruct the Subject to report the disability and impairment experienced during the **past week** due to his/her **bipolar disorder symptoms.** Emphasize that you will not interfere with the completion or have any comments to the patient's responses.

When the patient has completed the questionnaire you should transfer the responses to the corresponding CRF page. Make sure that the visit numbers and dates are the same.

Please note that a questionnaire that has been completed by the patient is considered as source data and can not be amended by the Investigator or any other individual.

**NB:** The CRF page is for clinical personnel use only.

AW03:07

N/A

AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749411

AstraZeneca

Page 246

Study code D1447C00126          Subj initials ...........................          E code  E  |   |   |   |   |   |   |

Visit No. V16

AW03.07
N/A
AW2003-07-31

## Sheehan Disability Scale

SDS

**Disability Scale**
**Work/School**                    |   |   |

I have not worked/studied at all during the past week for
reasons unrelated to disorder                    |   |₁

**Social Life**                    |   |   |

**Family Life/Home Responsibilities**                    |   |   |

**DAYS LOST**          Days          |   |   |

**DAYS UNDER-PRODUCTIVE**          Days          |   |   |

2004-02-16

CONFIDENTIAL
AZSER12749412

Page Ins: 247

## INSTRUCTIONS FOR THE INVESTIGATOR

**Psychological General Well-Being Schedule (PGWB)**                          **PGWB**

**Assessment Scale**

The PGWB is a self rated questionnaire and should be administered to the Subject to be completed on his/her own without the presence or influence of study Investigator/nurse or other individuals.

Instruct the Subject to read the instructions for the questionnaire and report their responses of well-being or distress for the **past week**. Emphasize that you will not interfere with the completion or have any comments to the Subject's responses.

When the Subject has completed the questionnaire, you should transfer the responses to the corresponding CRF page. Make sure that the visit numbers and dates are the same.

Please note that a questionnaire that has been completed by the Subject is considered as source data and cannot be amended by the Investigator or any other individual.

2004-02-16

CONFIDENTIAL
AZSER12749413

AstraZeneca

Page 247.01

Study code D1447C00126        Subj initials ........................        E code | E | | | | | | |

Visit No. V16

## Psychological General Well-Being Schedule (PGWB)        PGWB

1. How have you been feeling in general? (DURING THE PAST WEEK)

   In excellent spirits ☐6

   In very good spirits ☐5

   In good spirits mostly ☐4

   I have been up and down in spirits a lot ☐3

   In low spirits mostly ☐2

   In very low spirits ☐1

2. How often were you bothered by any illness, bodily disorder, aches or pains? (DURING THE PAST WEEK)

   Every day ☐1

   Almost every day ☐2

   About half the time ☐3

   Now and then, but less than half the time ☐4

   Rarely ☐5

   None of the time ☐6

3. Did you feel depressed? (DURING THE PAST WEEK)

   Yes - to the point that I felt like taking my life ☐1

   Yes - to the point that I did not care about anything ☐2

   Yes - very depressed almost every day ☐3

   Yes - quite depressed several times ☐4

   Yes - a little depressed now and then ☐5

   No - never felt depressed at all ☐6

continues

2004-02-16

CONFIDENTIAL
AZSER12749414

AstraZeneca

| Study code D1447C00126 | Subj initials .................... | E code ⌊E⌋⌊_⌋⌊_⌋⌊_⌋⌊_⌋⌊_⌋ |
|---|---|---|

Visit No. V16

## Psychological General Well-Being Schedule (PGWB), continued      PGWB

4.  Have you been in firm control of your behavior, thoughts, emotions, or feelings? (DURING THE PAST WEEK)

Yes, definitely so ☐6

Yes, for the most part ☐5

Generally so ☐4

Not too well ☐3

No, and I am somewhat disturbed ☐2

No, and I am very disturbed ☐1

5.  Have you been bothered by nervousness or your "nerves"? (DURING THE PAST WEEK)

Extremely so - to the point where I could not work or take care of things ☐1

Very much so ☐2

Quite a bit ☐3

Some - enough to bother me ☐4

A little ☐5

Not at all ☐6

6.  How much energy, pep, or vitality did you have or feel? (DURING THE PAST WEEK)

Very full of energy - lots of pep ☐6

Fairly energetic most of the time ☐5

My energy level varied quite a bit ☐4

Generally low in energy or pep ☐3

Very low in energy or pep most of the time ☐2

No energy of pep at all - I felt drained, sapped ☐1

continues

2004-02-16

CONFIDENTIAL
AZSER12749415

AstraZeneca

Page 247.03

| Study code D1447C00126 | Subj initials ............................ | E code E ⌐ ı ı ı ı ı ı ⌐ |

Visit No. V16

## Psychological General Well-Being Schedule (PGWB), continued

**PGWB**

7. I felt downhearted and blue DURING THE PAST WEEK.

None of the time ☐ 6

A little of the time ☐ 5

Some of the time ☐ 4

A good bit of the time ☐ 3

Most of the time ☐ 2

All of the time ☐ 1

8. Were you generally tense or did you feel any tension? (DURING THE PAST WEEK)

Yes - extremely tense, most or all of the time ☐ 1

Yes - very tense most of the time ☐ 2

Not generally tense, but did feel fairly tense several times ☐ 3

I felt a little tense a few times ☐ 4

My general tension level was quite low ☐ 5

I never felt tense or any tension at all ☐ 6

9. How happy, satisfied, or pleased have you been with your personal life? (DURING THE PAST WEEK)

Extremely happy - could not have been more satisfied or pleased ☐ 6

Very happy most of the time ☐ 5

Generally satisfied - pleased ☐ 4

Sometime fairly happy, sometimes fairly unhappy ☐ 3

Generally dissatisfied, unhappy ☐ 2

Very dissatisfied or unhappy most or all of the time ☐ 1

continues

2004-02-16

CONFIDENTIAL
AZSER12749416

AstraZeneca

Study code D1447C00126          Subj initials ...........................          E code  E | | | | | | |

Visit No. V16

## Psychological General Well-Being Schedule (PGWB), continued          **PGWB**

10. Did you feel healthy enough to carry out the things you like to do or had to do? (DURING THE PAST WEEK)

Yes - definitely so                                                              ☐ 6

For the most part                                                                ☐ 5

Health problems limited me in some important ways                                ☐ 4

I was only healthy enough to take care of myself                                 ☐ 3

I needed some help in taking care of myself                                      ☐ 2

I needed someone to help me with most or all of the things I had to do          ☐ 1

11. Have you felt so sad, discouraged, hopeless, or had so many problems that you wondered if anything was worthwhile? (DURING THE PAST WEEK)

Extremely so - to the point that I have just about given up                      ☐ 1

Very much so                                                                     ☐ 2

Quite a bit                                                                      ☐ 3

Some - enough to bother me                                                       ☐ 4

A little bit                                                                     ☐ 5

Not at all                                                                       ☐ 6

12. I woke up feeling fresh and rested DURING THE PAST WEEK.

None of the time                                                                 ☐ 1

A little of the time                                                             ☐ 2

Some of the time                                                                 ☐ 3

A good bit of the time                                                           ☐ 4

Most of the time                                                                 ☐ 5

All of the time                                                                  ☐ 6

continues

2004-02-16

CONFIDENTIAL
AZSER12749417

AstraZeneca

Page 247.05

Study code D1447C00126          Subj initials ...................          E code | E | | | | | | |

Visit No. V16

## Psychological General Well-Being Schedule (PGWB), continued          PGWB

13. Have you been concerned, worried, or had any fears about your health? (DURING THE PAST WEEK)

Extremely so ☐1

Very much so ☐2

Quite a bit ☐3

Some, but not a lot ☐4

Practically never ☐5

Not at all ☐6

14. Have you had any reason to wonder if you were losing your mind, or losing control over the way you act, talk, think, feel of or your memory? (DURING THE PAST WEEK)

Not at all ☐6

Only a little ☐5

Some - but not enough to be concerned or worried about ☐4

Some and I have been a little concerned ☐3

Some and I am quite concerned ☐2

Yes, very much so and I am very concerned ☐1

15. My daily life was full of things that were interesting to me DURING THE PAST WEEK.

None of the time ☐1

A little of the time ☐2

Some of the time ☐3

A good bit of the time ☐4

Most of the time ☐5

All of the time ☐6

continues

2004-02-16

CONFIDENTIAL
AZSER12749418

AstraZeneca

Page 247.06

Study code D1447C00126          Subj initials ...........................          E code |E|___|___|___|___|___|___|

Visit No. V16

## Psychological General Well-Being Schedule (PGWB), continued          **PGWB**

16. Did you feel active, vigorous, *or* dull, sluggish? (DURING THE PAST WEEK)

Very active, vigorous every day ☐6

Mostly active, vigorous - never really dull, sluggish ☐5

Fairly active, vigorous - seldom dull, sluggish ☐4

Fairly dull, sluggish - seldom active, vigorous ☐3

Mostly dull, sluggish - never really active, vigorous ☐2

Very dull, sluggish every day ☐1

17. Have you been anxious, worried, or upset? (DURING THE PAST WEEK)

Extremely so - to the point of being sick or almost sick ☐1

Very much so ☐2

Quite a bit ☐3

Some - enough to bother me ☐4

A little bit ☐5

Not at all ☐6

18. I was emotionally stable and sure of myself (DURING THE PAST WEEK)

None of the time ☐1

A little of the time ☐2

Some of the time ☐3

A good bit of the time ☐4

Most of the time ☐5

All of the time ☐6

19. Did you feel relaxed, at ease *or* high strung, tight or keyed-up? (DURING THE PAST WEEK)

Felt relaxed and at ease the whole week ☐6

Felt relaxed and at ease most of the time ☐5

Generally felt relaxed but at times felt fairly high strung ☐4

Generally felt high strung but at times felt fairly relaxed ☐3

Felt high strung, tight, or keyed-up most of the time ☐2

Felt high strung, tight, or keyed-up the whole week ☐1

continues

2004-02-16

CONFIDENTIAL
AZSER12749419

AstraZeneca

Page 247.07

| | | |
|---|---|---|
| Study code D1447C00126 | Subj initials .................... | E code  E ⌊ ⌋ ⌊ ⌋ ⌊ ⌋ ⌊ ⌋ |

Visit No. V16

## Psychological General Well-Being Schedule (PGWB), continued          **PGWB**

20.   I felt cheerful, lighthearted DURING THE PAST WEEK.

None of the time                          ☐ 1

A little of the time                      ☐ 2

Some of the time                          ☐ 3

A good bit of the time                    ☐ 4

Most of the time                          ☐ 5

All of the time                           ☐ 6

21.   I felt tired, worn out, used up, or exhausted (DURING THE PAST WEEK)

None of the time                          ☐ 6

A little of the time                      ☐ 5

Some of the time                          ☐ 4

A good bit of the time                    ☐ 3

Most of the time                          ☐ 2

All of the time                           ☐ 1

22.   Have you been under or felt you were under any strain, stress, or pressure? (DURING THE PAST WEEK)

Yes - almost more than I could bear or stand     ☐ 1

Yes - quite a bit of pressure                    ☐ 2

Yes, some - more than usual                      ☐ 3

Yes, some - but about usual                      ☐ 4

Yes - a little                                   ☐ 5

Not at all                                       ☐ 6

2004-02-16

CONFIDENTIAL
AZSER12749420

Page Ins: 248

## INSTRUCTIONS FOR THE INVESTIGATOR

**Clinical Global Impression, Bipolar (Randomized Treatment Phase)**          CGI_BP

**Severity of illness**
Evaluate the severity of Subject's mental illness based on your total experience with this particular Subject population.  Assess based on the present or previous week's experience.  Rate on a seven-point spectrum (1= normal, 7= among the most severely ill Subjects).  Tick only one box.

**Change from Preceding Phase**
Assess Subject's total improvement since initiation of the current treatment (V1) whether or not, in your judgment, it is due entirely to drug treatment.  Rate on a seven-point spectrum (1= very much improved, 7= very much worse).  Tick only one box.

**Rater's initials**
Record Rater's initials.  The same rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749421

AstraZeneca                                                                Page 248

Study code D1447C00126          Subj initials ...........................          E code  E | | | | | | |

Visit No. V16

## Clinical Global Impression, Bipolar (Randomized Treatment Phase)          CGI_BP

**I. Severity of Illness**
Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

|  | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |

**II. Change from Preceding Phase**
Compared to the V1 how much has the Subject changed

|  | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |

Rater's initials

AW03:07   N/A   AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749422

Page Ins: 249

## INSTRUCTIONS FOR THE INVESTIGATOR

**Young Mania Rating Scale**                                              **YMRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

Enter the date when the YMRS assessment was performed.

Provide one rating for each item score. Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749423

AstraZeneca

Study code D1447C00126          Subj initials ...............................          E code |E |_|_|_|_|_|_|

Visit No. V16

AW03.07  N/A  AW2003-07-31

## Young Mania Rating Scale                                                                    **YMRS**

Date of assessment        |2 | 0 |_|_| |_|_| |_|_|
                            year        mm      dd

1.   Elevated Mood                              |__|

2.   Increased Motor Activity - Energy          |__|

3.   Sexual Interest                            |__|

4.   Sleep                                      |__|

5.   Irritability                              |__|

6.   Speech (Rate and Amount)                   |__|

7.   Language - Thought Disorder                |__|

8.   Content                                    |__|

9.   Disruptive - Aggressive Behaviour          |__|

10.  Appearance                                 |__|

11.  Insight                                    |__|

| Rater´s initials |
|---|
|  |

2004-02-16

CONFIDENTIAL
AZSER12749424

Page Ins: 250

## INSTRUCTIONS FOR THE INVESTIGATOR

**Montgomery-Asberg Depression Rating Scale**          **MADRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

**Date**
Enter the date when the assessment was performed.

Provide one rating for each item score.  Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

CN01/07

N/A

AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749425

AstraZeneca

Page 250

Study code D1447C00126          Subj initials ...............................          E code | E | | | | | | | |

Visit No. V16

CN0107 / N/A / AW2003-07-31

## Montgomery-Asberg Depression Rating Scale

**MADRS**

Date of assessment | 2 | 0 | | | | | | |
                     year      mm      dd

1.  Apparent sadness             ☐
2.  Reported sadness             ☐
3.  Inner tension                ☐
4.  Reduced sleep                ☐
5.  Reduced appetite             ☐
6.  Concentration difficulties   ☐
7.  Lassitude                    ☐
8.  Inability to feel            ☐
9.  Pessimistic thoughts         ☐
10. Suicidal thoughts            ☐

| Rater´s initials |
| --- |
|  |

2004-02-16

CONFIDENTIAL
AZSER12749426

Page Ins: 251

## INSTRUCTIONS FOR THE INVESTIGATOR

**Adverse Events, Reminder**                                                   **AERDR**

See AEDEF for definitions of Adverse Event (AE) and
Serious Adverse Event (Serious AE) and for translation of the
standard question to local language.

**Guide to the AE assessment**
*Ongoing at previous visit:*
AEs that were present at the previous visit and which may have stopped before
this visit or are still present.
*Spontaneously reported:*
The AE can be reported by other than Subject, for example family or hospital
staff.
*Observed by Investigational team or other person:*
Examinations and assessments should also be considered.

AW2003-07-31   AZ2002-12-03   AZ0110

2004-02-16

CONFIDENTIAL
AZSER12749427

AstraZeneca

Study code D1447C00126          Subj initials ........................          E code  E |   |   |   |   |   |   |   |

Visit No. V16

## Adverse Events, Reminder                                          **AERDR**

Any adverse events
- ongoing at previous visit
- spontaneously reported
- observed by Investigational team or other person
- reported in reply to the standard question: ***"Have you***          No      Yes
  ***had any health problems since the previous visit?"***          ◯       ◯      If Yes, go to AELOG

AZ01110

AZ2002-12-03

AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749428

AstraZeneca

Study code D1447C00126                    Visit No. V16

## Check List                                                      CHECK

1   In case of a Mood Event check that a notification has
    been faxed to the assigned Monitor.                     ◯

2   Adverse events have been reported on AELOG, and any
    change in concomitant medication on MED.                ◯

3   Remember to transcribe rating scores and Subject
    questionnaire answers from the Workbooks to the
    corresponding CRFs.                                     ◯

4   The investigational product has been handed out together
    with dosage instruction cards.                          ◯

5   Check that DOSC and SAC have been filled in.            ◯

6   Remind the Subject to bring the e-diary at next visit.  ◯

7   The Subject has been given an appointment for the next
    visit.                                                  ◯

AZ01110
AZ2002-12-03
AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749429

# Visit V17

CONFIDENTIAL
AZSER12749430

Page Ins: 252

## INSTRUCTIONS FOR THE INVESTIGATOR

**Physical Examination, Follow-up**                                    **PHYSFAW2**

Enter the date the assessment was performed.

Make the examination in accordance with your normal clinic routines.

Please compare with the physical examination at Visit 1 (Randomization) before
completing 'Abnormal'.

**Head and neck**
Please include head, ears, eyes, nose, and throat in this examination.

Only tick 'Not done' if the Subject refuses or if the examination of a part of the body
is not possible.

**NB:** The eye examination includes a direct ophtalmoscopy.

2004-02-16

CONFIDENTIAL
AZSER12749431

AstraZeneca

Page 252

Study code D1447C00126          Subj initials ........................          E code │E│ │ │ │ │ │ │

Visit No. V17

## Visit

**VISIT**

Visit date  │2│0│ │ │ │ │ │
            year    mm    dd

## Physical Examination, Follow-up

**PHYSFAW2**

Assessment date  │2│0│ │ │ │ │ │
                 year    mm    dd

| | Normal | Abnormal | | Not done | Specification of new or aggravated abnormalities (compared with Randomization) |
|---|---|---|---|---|---|
| | | Same as Ran-domization | New or aggravated | | |
| General appearance | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ................................................ |
| Skin | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ................................................ |
| Head and neck | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ................................................ |
| Lymph nodes | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ................................................ |
| Thyroid | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ................................................ |
| Musculoskeletal/ Extremities | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ................................................ |
| Cardiovascular | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ................................................ |
| Lungs | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ................................................ |
| Abdomen | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ................................................ |
| Neurological | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ................................................ |
| Genital/Rectal | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ................................................ |

☞ **If any new or aggravated abnormalities imply a deterioration compared with Randomization, fill in Adverse Event Log Form**

AZ01:10    AZ2002-12-17    AW2003-07-31    AW03:07    N/A    AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749432

Page Ins: 253

## INSTRUCTIONS FOR THE INVESTIGATOR

**Vital Signs, Weight**                                    **VIT**

**Pulse and blood pressure**
The method used at baseline must be used at each subsequent recording for PR and BP measurements.

Measure pulse before blood pressure.

The pulse and blood pressure should be measured supine and standing by using non-invasive equipment. The standing pulse and blood pressure should be measured after 2 minutes of standing.

**Weight**
Weight must be recorded using the same scale.

Subject should wear light clothing and no shoes during the weight assessment.

2004-02-16

CONFIDENTIAL
AZSER12749433

AstraZeneca

Page 253

Study code D1447C00126          Subj initials ...................          E code  E | | | | | | |

Visit No. V17

## Vital Signs, Weight                                                   VIT

*Assm No.*

*Protocol schedule*

1   Pulse  |__|__|__|  beats/min     Supine (0 min)     Blood pressure  |__|__|__| / |__|__|__|  mmHg
                                                                         systolic      diastolic

2   Pulse  |__|__|__|  beats/min     Standing (2 min)   Blood pressure  |__|__|__| / |__|__|__|  mmHg
                                                                         systolic      diastolic

Weight    |__|__|__| · |__|  kg

2004-02-16

CONFIDENTIAL
AZSER12749434

Page Ins: 254

## INSTRUCTIONS FOR THE INVESTIGATOR

**Electrocardiogram**                                                                          **ECG**

A 12-lead ECG should be recorded according to the ECG-lab instructions. The printout needs to be signed and dated by the Investigator (or his/her designate) and attached to corresponding CRF page.

Record the date and time of 12-lead ECG.

**Meals**                                                                                      **MEAL**

Record date and time of last meal.

2004-02-16

CONFIDENTIAL
AZSER12749435



AstraZeneca

Page 254

Study code D1447C00126          Subj initials ...........................          E code | E |  |  |  |  |  |  |

Visit No. V17

AZ0110

**Electrocardiogram**                                                              **ECG**

NA

Date of ECG    | 2 | 0 |  |  |  |  |  |
                    year        mm      dd

AW2003-07-31

Time of ECG    |  |  | : |  |  |
                    24-hour clock

SO003.03

**Meals**                                                                          **MEAL**

SO2003-03-20

Date of last meal    | 2 | 0 |  |  |  |  |  |
                          year        mm      dd

AW2003-07-31

Time of last meal    |  |  | : |  |  |
                          24-hour clock

2004-02-16

CONFIDENTIAL
AZSER12749436

Page Ins: 255

## INSTRUCTIONS FOR THE INVESTIGATOR

**Laboratory Assessments**                                             **LAB1**

Label and fill sample tubes according to laboratory instructions.

Record the sampling date and time.

Please sign and attach printout from laboratory to the CRF.

If the Absolute Neutrophil Count is below 0,5 X $10^9$/L a repeat lab within 24 hours is required. If the value of the repeated assessment is below 0,5 X $10^9$/L the Subject must be discontinued due to Adverse Event. The Adverse Event should be the signs and symptoms of the low Absolute Neutrophil Count  if present.  If no symptoms are present the Adverse Event should be 'Absolute Neutrophil Count Decreased'.

2004-02-16

CONFIDENTIAL
AZSER12749437

AstraZeneca                                                                    Page 255

Study code D1447C00126          Subj initials .........................        E code | E | | | | | | |

                                        Visit No. V17

**Laboratory Assessments**                                                    **LAB1**

                                        Visit V17

Sampling date              | 2 | 0 | | | | | | |
                                year        mm      dd

Sampling time                      | | | : | | |
                                   24-hour clock

AstraZeneca use only
Laboratory ID                      | | | |

2004-02-16

CONFIDENTIAL
AZSER12749438

Side text (vertical): AZ01110   NA   AW2003-07-31

Page Ins: 256

## INSTRUCTIONS FOR THE INVESTIGATOR

**Laboratory Assessments**                                     LAB2
**Mood stabilizer**

Label and fill sample tubes according to laboratory instructions.

Record the sampling date and time.

Please sign and attach printout from laboratory to the CRF.

Check that Mood stabilizer is within range.

**NB:** State range for Lithium and Valproate: Lithium serum concentration range 0.5 mEq/L to 1.2 mEq/L and Valproate serum concentration range 50 µg/ml to 125 µg/ml.

AJ20110

NA

AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749439

AstraZeneca

Page 256

Study code D1447C00126          Subj initials ..........................          E code |E | | | | | | |

Visit No. V17

AZ/01110

NA

AW2003-07-31

## Laboratory Assessments
**Mood stabilizer**

LAB2

Visit 17

Sampling date          |2 | 0 | | | | | |
                              year        mm      dd

Sampling time          |__|__| : |__|__|
                              24-hour clock

| AstraZeneca use only | |
| --- | --- |
| Laboratory ID | |__|__| |

Mood stabilizer within range

No    Yes
◯      ◯

2004-02-16

CONFIDENTIAL
AZSER12749440

Page Ins: 257

## INSTRUCTIONS FOR THE INVESTIGATOR

**Sheehan Disability Scale**                                                      **SDS**

**Assessment Domains**

The Sheehan Disability Scale is a measurement of functional disability and impairment due to psychiatric symptoms. It consists of 3 functional impairment items and 2 items related to productivity losses due to the symptoms and impairment.

The Sheehan Disability Scale is a self rated questionnaire and should be administered to the Subject to be completed on his/her own without the presence or influence of study Investigator/ nurse or other individuals. You should instruct the Subject to report the disability and impairment experienced during the **past week** due to his/her **bipolar disorder symptoms.** Emphasize that you will not interfere with the completion or have any comments to the patient's responses.

When the patient has completed the questionnaire you should transfer the responses to the corresponding CRF page. Make sure that the visit numbers and dates are the same.

Please note that a questionnaire that has been completed by the patient is considered as source data and can not be amended by the Investigator or any other individual.

**NB:** The CRF page is for clinical personnel use only.

2004-02-16

CONFIDENTIAL
AZSER12749441

AstraZeneca

Page 257

Study code D1447C00126          Subj initials ...........................          E code |E|_|_|_|_|_|_|_|

Visit No. V17

## Sheehan Disability Scale

**SDS**

**Disability Scale**
**Work/School**                                    |_|_|

I have not worked/studied at all during the past week for
reasons unrelated to disorder                      |_|₁

**Social Life**                                    |_|_|

**Family Life/Home Responsibilities**              |_|_|

**DAYS LOST**              Days        |_|_|

**DAYS UNDER-PRODUCTIVE**  Days        |_|_|

2004-02-16

CONFIDENTIAL
AZSER12749442

Page Ins: 258

## INSTRUCTIONS FOR THE INVESTIGATOR

**Psychological General Well-Being Schedule (PGWB)**                                                      **PGWB**

**Assessment Scale**
The PGWB is a self rated questionnaire and should be administered to the Subject to be completed on his/her own without the presence or influence of study Investigator/nurse or other individuals.

Instruct the Subject to read the instructions for the questionnaire and report their responses of well-being or distress for the **past week**. Emphasize that you will not interfere with the completion or have any comments to the Subject's responses.

When the Subject has completed the questionnaire, you should transfer the responses to the corresponding CRF page. Make sure that the visit numbers and dates are the same.

Please note that a questionnaire that has been completed by the Subject is considered as source data and cannot be amended by the Investigator or any other individual.

AW2003-07-31   N/A   AW03:07

2004-02-16

CONFIDENTIAL
AZSER12749443

AstraZeneca

Page 258.01

| Study code D1447C00126 | Subj initials .......................... | E code | E | | | | | | | |

Visit No. V17

## Psychological General Well-Being Schedule (PGWB)   **PGWB**

1. How have you been feeling in general? (DURING THE PAST WEEK)

   In excellent spirits ☐6

   In very good spirits ☐5

   In good spirits mostly ☐4

   I have been up and down in spirits a lot ☐3

   In low spirits mostly ☐2

   In very low spirits ☐1

2. How often were you bothered by any illness, bodily disorder, aches or pains? (DURING THE PAST WEEK)

   Every day ☐1

   Almost every day ☐2

   About half the time ☐3

   Now and then, but less than half the time ☐4

   Rarely ☐5

   None of the time ☐6

3. Did you feel depressed? (DURING THE PAST WEEK)

   Yes - to the point that I felt like taking my life ☐1

   Yes - to the point that I did not care about anything ☐2

   Yes - very depressed almost every day ☐3

   Yes - quite depressed several times ☐4

   Yes - a little depressed now and then ☐5

   No - never felt depressed at all ☐6

continues

2004-02-16

CONFIDENTIAL
AZSER12749444

AstraZeneca

| Study code D1447C00126 | Subj initials ....................... | E code E⎿_⎿_⎿_⎿_⎿_⎿_⎿ |

Visit No. V17

## Psychological General Well-Being Schedule (PGWB), continued    **PGWB**

4.  Have you been in firm control of your behavior, thoughts, emotions, or feelings? (DURING THE PAST WEEK)

Yes, definitely so  ☐ 6

Yes, for the most part  ☐ 5

Generally so  ☐ 4

Not too well  ☐ 3

No, and I am somewhat disturbed  ☐ 2

No, and I am very disturbed  ☐ 1

5.  Have you been bothered by nervousness or your "nerves"? (DURING THE PAST WEEK)

Extremely so - to the point where I could not work or take care of things  ☐ 1

Very much so  ☐ 2

Quite a bit  ☐ 3

Some - enough to bother me  ☐ 4

A little  ☐ 5

Not at all  ☐ 6

6.  How much energy, pep, or vitality did you have or feel? (DURING THE PAST WEEK)

Very full of energy - lots of pep  ☐ 6

Fairly energetic most of the time  ☐ 5

My energy level varied quite a bit  ☐ 4

Generally low in energy or pep  ☐ 3

Very low in energy or pep most of the time  ☐ 2

No energy of pep at all - I felt drained, sapped  ☐ 1

continues

2004-02-16

CONFIDENTIAL
AZSER12749445

AstraZeneca

Page 258.03

| Study code D1447C00126 | Subj initials ......................... | E code E | | | | | | | |
|---|---|---|

Visit No. V17

Psychological General Well-Being Schedule (PGWB), continued        **PGWB**

7.   I felt downhearted and blue DURING THE PAST WEEK.

None of the time ☐ 6

A little of the time ☐ 5

Some of the time ☐ 4

A good bit of the time ☐ 3

Most of the time ☐ 2

All of the time ☐ 1

8.   Were you generally tense or did you feel any tension? (DURING THE PAST WEEK)

Yes - extremely tense, most or all of the time ☐ 1

Yes - very tense most of the time ☐ 2

Not generally tense, but did feel fairly tense several times ☐ 3

I felt a little tense a few times ☐ 4

My general tension level was quite low ☐ 5

I never felt tense or any tension at all ☐ 6

9.   How happy, satisfied, or pleased have you been with your personal life? (DURING THE PAST WEEK)

Extremely happy - could not have been more satisfied or pleased ☐ 6

Very happy most of the time ☐ 5

Generally satisfied - pleased ☐ 4

Sometime fairly happy, sometimes fairly unhappy ☐ 3

Generally dissatisfied, unhappy ☐ 2

Very dissatisfied or unhappy most or all of the time ☐ 1

continues

2004-02-16

CONFIDENTIAL
AZSER12749446

AstraZeneca

Page 258.04

Study code D1447C00126     Subj initials ...........................     E code ⌐E⌐ ⌐ ⌐ ⌐ ⌐ ⌐ ⌐

Visit No. V17

## Psychological General Well-Being Schedule (PGWB), continued     **PGWB**

10. Did you feel healthy enough to carry out the things you like to do or had to do? (DURING THE PAST WEEK)

Yes - definitely so ☐6

For the most part ☐5

Health problems limited me in some important ways ☐4

I was only healthy enough to take care of myself ☐3

I needed some help in taking care of myself ☐2

I needed someone to help me with most or all of the things I had to do ☐1

11. Have you felt so sad, discouraged, hopeless, or had so many problems that you wondered if anything was worthwhile? (DURING THE PAST WEEK)

Extremely so - to the point that I have just about given up ☐1

Very much so ☐2

Quite a bit ☐3

Some - enough to bother me ☐4

A little bit ☐5

Not at all ☐6

12. I woke up feeling fresh and rested DURING THE PAST WEEK.

None of the time ☐1

A little of the time ☐2

Some of the time ☐3

A good bit of the time ☐4

Most of the time ☐5

All of the time ☐6

continues

2004-02-16

CONFIDENTIAL
AZSER12749447