AstraZeneca

Page 258.05

| Study code D1447C00126 | Subj initials ........................... | E code | E | | | | | | | |

Visit No. V17

## Psychological General Well-Being Schedule (PGWB), continued

**PGWB**

13. Have you been concerned, worried, or had any fears about your health? (DURING THE PAST WEEK)

Extremely so ☐1

Very much so ☐2

Quite a bit ☐3

Some, but not a lot ☐4

Practically never ☐5

Not at all ☐6

14. Have you had any reason to wonder if you were losing your mind, or losing control over the way you act, talk, think, feel of or of your memory? (DURING THE PAST WEEK)

Not at all ☐6

Only a little ☐5

Some - but not enough to be concerned or worried about ☐4

Some and I have been a little concerned ☐3

Some and I am quite concerned ☐2

Yes, very much so and I am very concerned ☐1

15. My daily life was full of things that were interesting to me DURING THE PAST WEEK.

None of the time ☐1

A little of the time ☐2

Some of the time ☐3

A good bit of the time ☐4

Most of the time ☐5

All of the time ☐6

continues

2004-02-16

CONFIDENTIAL
AZSER12749448

AstraZeneca

Page 258.06

| Study code D1447C00126 | Subj initials ................... | E code | E | | | | | | | |

Visit No. V17

## Psychological General Well-Being Schedule (PGWB), continued          **PGWB**

16. Did you feel active, vigorous, *or* dull, sluggish? (DURING THE PAST WEEK)

Very active, vigorous every day ☐ 6

Mostly active, vigorous - never really dull, sluggish ☐ 5

Fairly active, vigorous - seldom dull, sluggish ☐ 4

Fairly dull, sluggish - seldom active, vigorous ☐ 3

Mostly dull, sluggish - never really active, vigorous ☐ 2

Very dull, sluggish every day ☐ 1

17. Have you been anxious, worried, or upset? (DURING THE PAST WEEK)

Extremely so - to the point of being sick or almost sick ☐ 1

Very much so ☐ 2

Quite a bit ☐ 3

Some - enough to bother me ☐ 4

A little bit ☐ 5

Not at all ☐ 6

18. I was emotionally stable and sure of myself (DURING THE PAST WEEK)

None of the time ☐ 1

A little of the time ☐ 2

Some of the time ☐ 3

A good bit of the time ☐ 4

Most of the time ☐ 5

All of the time ☐ 6

19. Did you feel relaxed, at ease *or* high strung, tight or keyed-up? (DURING THE PAST WEEK)

Felt relaxed and at ease the whole week ☐ 6

Felt relaxed and at ease most of the time ☐ 5

Generally felt relaxed but at times felt fairly high strung ☐ 4

Generally felt high strung but at times felt fairly relaxed ☐ 3

Felt high strung, tight, or keyed-up most of the time ☐ 2

Felt high strung, tight, or keyed-up the whole week ☐ 1

continues

2004-02-16

CONFIDENTIAL
AZSER12749449

AstraZeneca

Page 258.07

| Study code D1447C00126 | Subj initials .................... | E code  E⎿ ⎸ ⎸ ⎸ ⎸ ⎸ ⎸ ⎹ |

Visit No. V17

## Psychological General Well-Being Schedule (PGWB), continued

**PGWB**

20.   I felt cheerful, lighthearted DURING THE PAST WEEK.

None of the time ☐1

A little of the time ☐2

Some of the time ☐3

A good bit of the time ☐4

Most of the time ☐5

All of the time ☐6

21.   I felt tired, worn out, used up, or exhausted (DURING THE PAST WEEK)

None of the time ☐6

A little of the time ☐5

Some of the time ☐4

A good bit of the time ☐3

Most of the time ☐2

All of the time ☐1

22.   Have you been under or felt you were under any strain, stress, or pressure? (DURING THE PAST WEEK)

Yes - almost more than I could bear or stand ☐1

Yes - quite a bit of pressure ☐2

Yes, some - more than usual ☐3

Yes, some - but about usual ☐4

Yes - a little ☐5

Not at all ☐6

2004-02-16

CONFIDENTIAL
AZSER12749450

Page Ins: 259

## INSTRUCTIONS FOR THE INVESTIGATOR

**Clinical Global Impression, Bipolar (Randomized Treatment Phase)**                    CGI_BP

**Severity of illness**
Evaluate the severity of Subject's mental illness based on your total experience with this particular Subject population.  Assess based on the present or previous week's experience.  Rate on a seven-point spectrum (1= normal, 7= among the most severely ill Subjects).  Tick only one box.

**Change from Preceding Phase**
Assess Subject's total improvement since initiation of the current treatment (V1) whether or not, in your judgment, it is due entirely to drug treatment.  Rate on a seven-point spectrum (1= very much improved, 7= very much worse).  Tick only one box.

**Rater's initials**
Record Rater's initials.  The same rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749451

AstraZeneca

Page 259

Study code D1447C00126          Subj initials ........................          E code  E | | | | | | |

Visit No. V17

## Clinical Global Impression, Bipolar (Randomized Treatment Phase)          CGI_BP

### I. Severity of Illness
Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

|  | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |

### II. Change from Preceding Phase
Compared to the V1 how much has the Subject changed

|  | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |

Rater's initials

2004-02-16

CONFIDENTIAL
AZSER12749452

Page Ins: 260

## INSTRUCTIONS FOR THE INVESTIGATOR

**Young Mania Rating Scale**                                          **YMRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

Enter the date when the YMRS assessment was performed.

Provide one rating for each item score. Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749453

AstraZeneca

Page 260

Study code D1447C00126     Subj initials ........................     E code |E| | | | | | | |

Visit No. V17

## Young Mania Rating Scale

**YMRS**

Date of assessment     |2 | 0 | | | | | | |
                              year      mm    dd

1.   Elevated Mood                          ⌴

2.   Increased Motor Activity - Energy       ⌴

3.   Sexual Interest                        ⌴

4.   Sleep                                  ⌴

5.   Irritability                          ⌴

6.   Speech (Rate and Amount)              ⌴

7.   Language - Thought Disorder           ⌴

8.   Content                               ⌴

9.   Disruptive - Aggressive Behaviour     ⌴

10.  Appearance                            ⌴

11.  Insight                               ⌴

Rater´s initials

2004-02-16

CONFIDENTIAL
AZSER12749454

Page Ins: 261

## INSTRUCTIONS FOR THE INVESTIGATOR

**Montgomery-Asberg Depression Rating Scale**                    **MADRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

**Date**
Enter the date when the assessment was performed.

Provide one rating for each item score.  Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749455

AstraZeneca

Study code D1447C00126          Subj initials ...................          E code  |E|   |   |   |   |   |   |   |

Visit No. V17

CN0107
N/A
AW2003-07-31

## Montgomery-Asberg Depression Rating Scale          **MADRS**

Date of assessment     |2 | 0 |   |   |   |   |   |
                         year      mm      dd

1.  Apparent sadness                 ⊔

2.  Reported sadness                 ⊔

3.  Inner tension                    ⊔

4.  Reduced sleep                    ⊔

5.  Reduced appetite                 ⊔

6.  Concentration difficulties       ⊔

7.  Lassitude                        ⊔

8.  Inability to feel                ⊔

9.  Pessimistic thoughts             ⊔

10. Suicidal thoughts                ⊔

| Rater´s initials |
| --- |
|  |

2004-02-16

CONFIDENTIAL
AZSER12749456

Page Ins: 262

## INSTRUCTIONS FOR THE INVESTIGATOR

**Positive and Negative Syndrome Scale**                                        **PANSS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

Provide one rating for each item score.  Specify one of the scores listed by putting the appropriate whole number (ie 1, 2, 3...) in the adjacent box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749457

AstraZeneca                                                                    Page 262

Study code D1447C00126          Subj initials ..............................     E code |E|_|_|_|_|_|_|_|

Visit No. V17

## Positive and Negative Syndrome Scale                                      **PANSS**

**Positive Subscale**

**P1.**  Delusions                              |__|

**P2.**  Conceptual disorganization             |__|

**P3.**  Hallucinatory behaviour                |__|

**P4.**  Excitement                             |__|

**P5.**  Grandiosity                            |__|

**P6.**  Suspiciousness/persecution             |__|

**P7.**  Hostility                              |__|

| Rater´s initials |
|---|

2004-02-16

CONFIDENTIAL
AZSER12749458

Page Ins: 263

## INSTRUCTIONS FOR THE INVESTIGATOR

**Abnormal Involuntary Movement Scale**                                          **AIMS**

Refer to workbook for scale instructions.

Provide one rating for each item score by putting the appropriate whole number  (ie, 0, 1, 2, 3, 4) for items 1-10 in the adjacent box.

Record the Rater's initials.  The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749459

AstraZeneca                                                                    Page 263

Study code D1447C00126          Subj initials ......................          E code |E|_|_|_|_|_|_|_|

Visit No. V17

## Abnormal Involuntary Movement Scale                                         AIMS

**Facial and oral movements**

1.  Muscles of facial expression          |___|

2.  Lips and perioral area                |___|

3.  Jaw                                    |___|

4.  Tongue                                 |___|

**Extremity movements**

5.  Upper (arms, wrists, hands, fingers)   |___|

6.  Lower (legs, knees, ankles, toes)      |___|

**Trunk movements**

7.  Neck, shoulders, hip                   |___|

**Global judgements**

8.  Severity of abnormal movements         |___|

9.  Incapacitation due to abnormal movements   |___|

10. Subject's awareness of abnormal movements  |___|

Rater's initials

2004-02-16

CONFIDENTIAL
AZSER12749460

Page Ins: 264

## INSTRUCTIONS FOR THE INVESTIGATOR

**Barnes Akathisia Rating Scale**                                                     **BARS**

Refer to the workbook for scale instructions.

Provide one rating for each item score.  Specify one of the scores listed by putting the appropriate whole number (ie, 0, 1, 2...) in the corresponding open box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

**Simpson-Angus Scale**                                                               **SAS**

Refer to the workbook for scale instructions.

Provide one rating for each item score by putting the appropriate whole number in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749461

AstraZeneca

Study code D1447C00126          Subj initials ...................          E code ⌊E⌋_⌊_⌋_⌊_⌋_⌊_⌋_⌊_⌋_

Visit No. V17

## Barnes Akathisia Rating Scale

**BARS**

1. Objective                                          ☐

2.  Subjective awareness of restlessness              ☐

3.  Subjective distress related to restlessness       ☐

4. Global clinical assessment of akathisia            ☐

| Rater's initials |
|---|
|  |

## Simpson-Angus Scale

**SAS**

1.  Gait               ☐
2.  Arm dropping       ☐
3.  Shoulder shaking   ☐
4.  Elbow rigidity     ☐
5.  Wrist rigidity     ☐
6.  Head rotation      ☐
7.  Glabella tap       ☐
8.  Tremor             ☐
9.  Salivation         ☐
10. Akathisia          ☐

| Rater's initials |
|---|
|  |

2004-02-16

CONFIDENTIAL
AZSER12749462

Page Ins: 265

## INSTRUCTIONS FOR THE INVESTIGATOR

**Adverse Events, Reminder**                                      **AERDR**

See AEDEF for definitions of Adverse Event (AE) and
Serious Adverse Event (Serious AE) and for translation of the
standard question to local language.

**Guide to the AE assessment**
*Ongoing at previous visit:*
AEs that were present at the previous visit and which may have stopped before
this visit or are still present.
*Spontaneously reported:*
The AE can be reported by other than Subject, for example family or hospital
staff.
*Observed by Investigational team or other person:*
Examinations and assessments should also be considered.

AW2003-07-31   AZ2002-12-03   AZ201110

2004-02-16

CONFIDENTIAL
AZSER12749463

AstraZeneca                                                                    Page 265

Study code D1447C00126          Subj initials .........................          E code  |E |_|_|_|_|_|_|_|

Visit No. V17

**Adverse Events, Reminder**                                                    **AERDR**

Any adverse events
- ongoing at previous visit
- spontaneously reported
- observed by Investigational team or other person
- reported in reply to the standard question: **"Have you**          No    Yes
  **had any health problems since the previous visit?"**              ◯     ◯      If Yes, go to AELOG

AZ01110      AZ2002-12-03      AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749464

AstraZeneca

Study code D1447C00126                    Visit No. V17

AZ01110
AZ2002-12-03
AW2003-07-31

## Check List                                                    CHECK

1   In case of a Mood Event check that a notification has
    been faxed to the assigned Monitor.                          ○

2   Adverse events have been reported on AELOG, and any
    change in concomitant medication on MED.                     ○

3   Remember to transcribe rating scores and Subject
    questionnaire answers from the Workbooks to the
    corresponding CRFs.                                          ○

4   The investigational product has been handed out together
    with dosage instruction cards.                               ○

5   Check that DOSC and SAC have been filled in.                 ○

6   Remind the Subject to bring the e-diary for next visit.      ○

7   The Subject has been given an appointment for the next
    visit.                                                       ○

2004-02-16

CONFIDENTIAL
AZSER12749465

Signature

CONFIDENTIAL
AZSER12749466

Page Ins: 266

## INSTRUCTIONS FOR THE INVESTIGATOR

**Signature**                                                                 **SIGN**

The Signature form is to be signed and dated by the Investigator **after** completion of all visits/assessments included in this binder.

Please note that supporting evaluations and test results (ECG printouts, lab reports, etc) are considered to be part of the CRF.

2004-02-16

CONFIDENTIAL
AZSER12749467

AstraZeneca                                                          Page 266

Study code D1447C00126          Subj initials ...................    E code | E | | | | | | | |

AZ01110

NA

AW2003-07-31

## Signature                                                         SIGN

By signing and dating this page for the study and Subject identified above, I declare that the information on this and all other pages of this Case Report Form has been reviewed by me or my delegate, and is accurate and complete.

This CRF consists of pages 207 – 266

---

AstraZeneca use only

Added pages ...................................................................................

Pages .......... to .......... were never completed for this Subject    | 2 | 0 | | | | | | |
and have been removed                                                       year    mm   dd   Monitor's initials

---

AstraZeneca use only

Added pages ...................................................................................

Pages .......... to .......... were never completed for this Subject    | 2 | 0 | | | | | | |
and have been removed                                                       year    mm   dd   Monitor's initials

---

AstraZeneca use only

Added pages ...................................................................................

Pages .......... to .......... were never completed for this Subject    | 2 | 0 | | | | | | |
and have been removed                                                       year    mm   dd   Monitor's initials

---

| | | | | | | |
  year    mm   dd        Investigator's signature ...........................................

                         Investigator's name (in block letters) ...........................

2004-02-16

CONFIDENTIAL
AZSER12749468

# Visit V18

CONFIDENTIAL
AZSER12749469



AstraZeneca

Page 267

Study code D1447C00126          Subj initials ...................          E code ⌊E ⌊ ⌊ ⌊ ⌊ ⌊ ⌊ ⌋

Visit No. V18

**Visit**                                                                                      **VISIT**

Visit date   ⌊2 ⌊0 ⌊ ⌊ ⌊ ⌊ ⌊ ⌋
                year      mm      dd

2004-02-16

CONFIDENTIAL
AZSER12749470

Page Ins: 268

## INSTRUCTIONS FOR THE INVESTIGATOR

**Laboratory Assessments**                                                    LAB2
**Mood stabilizer**

Label and fill sample tubes according to laboratory instructions.

Record the sampling date and time.

Please sign and attach printout from laboratory to the CRF.

Check that Mood stabilizer is within range.

**NB:** State range for Lithium and Valproate: Lithium serum concentration range 0.5 mEq/L to 1.2 mEq/L and Valproate serum concentration range 50 µg/ml to 125 µg/ml.

2004-02-16

CONFIDENTIAL
AZSER12749471

AstraZeneca

Page 268

Study code D1447C00126 | Subj initials .................................. | E code |E| | | | | | | |

Visit No. V18

AZ01110

NA

AW2003-07-31

## Laboratory Assessments
**Mood stabilizer**

LAB2

Visit V18

Sampling date |2|0| | | | | | |
                  year        mm      dd

Sampling time |_|_| : |_|_|
                  24-hour clock

| AstraZeneca use only | |
| --- | --- |
| Laboratory ID | |_|_| |

Mood stabilizer within range    No ◯    Yes ◯

2004-02-16

CONFIDENTIAL
AZSER12749472

Page Ins: 269

## INSTRUCTIONS FOR THE INVESTIGATOR

**Sheehan Disability Scale**                                              **SDS**

**Assessment Domains**

The Sheehan Disability Scale is a measurement of functional disability and impairment due to psychiatric symptoms. It consists of 3 functional impairment items and 2 items related to productivity losses due to the symptoms and impairment.

The Sheehan Disability Scale is a self rated questionnaire and should be administered to the Subject to be completed on his/her own without the presence or influence of study Investigator/ nurse or other individuals. You should instruct the Subject to report the disability and impairment experienced during the **past week** due to his/her **bipolar disorder symptoms.** Emphasize that you will not interfere with the completion or have any comments to the patient's responses.

When the patient has completed the questionnaire you should transfer the responses to the corresponding CRF page. Make sure that the visit numbers and dates are the same.

Please note that a questionnaire that has been completed by the patient is considered as source data and can not be amended by the Investigator or any other individual.

**NB:** The CRF page is for clinical personnel use only.

2004-02-16

CONFIDENTIAL
AZSER12749473

AW03-07   N/A   AW2003-07-31

AstraZeneca

Page 269

Study code D1447C00126          Subj initials ..........................          E code |E|_|_|_|_|_|_|_|

Visit No. V18

**Sheehan Disability Scale**

**SDS**

**Disability Scale**
**Work/School**                                    |_|_|

I have not worked/studied at all during the past week for reasons unrelated to disorder          |___|₁

**Social Life**                                    |_|_|

**Family Life/Home Responsibilities**              |_|_|

**DAYS LOST**              Days          |_|_|

**DAYS UNDER-PRODUCTIVE**  Days          |_|_|

2004-02-16

CONFIDENTIAL
AZSER12749474

Page Ins: 270

## INSTRUCTIONS FOR THE INVESTIGATOR

**Psychological General Well-Being Schedule (PGWB)**                    **PGWB**

**Assessment Scale**

The PGWB is a self rated questionnaire and should be administered to the Subject to be completed on his/her own without the presence or influence of study Investigator/nurse or other individuals.

Instruct the Subject to read the instructions for the questionnaire and report their responses of well-being or distress for the **past week**. Emphasize that you will not interfere with the completion or have any comments to the Subject's responses.

When the Subject has completed the questionnaire, you should transfer the responses to the corresponding CRF page. Make sure that the visit numbers and dates are the same.

Please note that a questionnaire that has been completed by the Subject is considered as source data and cannot be amended by the Investigator or any other individual.

2004-02-16

CONFIDENTIAL
AZSER12749475

**AstraZeneca**

| Study code D1447C00126 | Subj initials ........................... | E code |E|  |  |  |  |  |  | |

Visit No. V18

*AW03.07   N/A*

*AW2003-07-31*

## Psychological General Well-Being Schedule (PGWB)                    **PGWB**

1.  How have you been feeling in general? (DURING THE PAST WEEK)

    In excellent spirits                                    ☐6

    In very good spirits                                    ☐5

    In good spirits mostly                                  ☐4

    I have been up and down in spirits a lot                ☐3

    In low spirits mostly                                   ☐2

    In very low spirits                                     ☐1

2.  How often were you bothered by any illness, bodily disorder, aches or pains? (DURING THE PAST WEEK)

    Every day                                              ☐1

    Almost every day                                       ☐2

    About half the time                                    ☐3

    Now and then, but less than half the time              ☐4

    Rarely                                                 ☐5

    None of the time                                       ☐6

3.  Did you feel depressed? (DURING THE PAST WEEK)

    Yes - to the point that I felt like taking my life      ☐1

    Yes - to the point that I did not care about anything   ☐2

    Yes - very depressed almost every day                   ☐3

    Yes - quite depressed several times                     ☐4

    Yes - a little depressed now and then                   ☐5

    No - never felt depressed at all                        ☐6

continues

2004-02-16

CONFIDENTIAL
AZSER12749476

AstraZeneca

Page 270.02

Study code D1447C00126          Subj initials ........................          E code  E | | | | | | | |

Visit No. V18

## Psychological General Well-Being Schedule (PGWB), continued          PGWB

4.   Have you been in firm control of your behavior, thoughts, emotions, or feelings? (DURING THE PAST WEEK)

Yes, definitely so                    ☐ 6

Yes, for the most part                ☐ 5

Generally so                          ☐ 4

Not too well                          ☐ 3

No, and I am somewhat disturbed       ☐ 2

No, and I am very disturbed           ☐ 1

5.   Have you been bothered by nervousness or your "nerves"? (DURING THE PAST WEEK)

Extremely so - to the point where I could not work or take care of things      ☐ 1

Very much so                          ☐ 2

Quite a bit                           ☐ 3

Some - enough to bother me            ☐ 4

A little                              ☐ 5

Not at all                            ☐ 6

6.   How much energy, pep, or vitality did you have or feel? (DURING THE PAST WEEK)

Very full of energy - lots of pep     ☐ 6

Fairly energetic most of the time     ☐ 5

My energy level varied quite a bit    ☐ 4

Generally low in energy or pep        ☐ 3

Very low in energy or pep most of the time   ☐ 2

No energy of pep at all - I felt drained, sapped   ☐ 1

continues

2004-02-16

CONFIDENTIAL
AZSER12749477

AstraZeneca

Page 270.03

Study code D1447C00126 | Subj initials .................... | E code E|  |  |  |  |  |  |

Visit No. V18

## Psychological General Well-Being Schedule (PGWB), continued          **PGWB**

7.  I felt downhearted and blue DURING THE PAST WEEK.

None of the time ☐6

A little of the time ☐5

Some of the time ☐4

A good bit of the time ☐3

Most of the time ☐2

All of the time ☐1

8.  Were you generally tense or did you feel any tension? (DURING THE PAST WEEK)

Yes - extremely tense, most or all of the time ☐1

Yes - very tense most of the time ☐2

Not generally tense, but did feel fairly tense several times ☐3

I felt a little tense a few times ☐4

My general tension level was quite low ☐5

I never felt tense or any tension at all ☐6

9.  How happy, satisfied, or pleased have you been with your personal life? (DURING THE PAST WEEK)

Extremely happy - could not have been more satisfied or pleased ☐6

Very happy most of the time ☐5

Generally satisfied - pleased ☐4

Sometime fairly happy, sometimes fairly unhappy ☐3

Generally dissatisfied, unhappy ☐2

Very dissatisfied or unhappy most or all of the time ☐1

continues

2004-02-16

CONFIDENTIAL
AZSER12749478

AstraZeneca

Page 270.04

| Study code D1447C00126 | Subj initials ........................ | E code [E | | | | | | | |
|---|---|---|

Visit No. V18

**Psychological General Well-Being Schedule (PGWB), continued**          **PGWB**

10. Did you feel healthy enough to carry out the things you like to do or had to do? (DURING THE PAST WEEK)

Yes - definitely so ☐6

For the most part ☐5

Health problems limited me in some important ways ☐4

I was only healthy enough to take care of myself ☐3

I needed some help in taking care of myself ☐2

I needed someone to help me with most or all of the things I had to do ☐1

11. Have you felt so sad, discouraged, hopeless, or had so many problems that you wondered if anything was worthwhile? (DURING THE PAST WEEK)

Extremely so - to the point that I have just about given up ☐1

Very much so ☐2

Quite a bit ☐3

Some - enough to bother me ☐4

A little bit ☐5

Not at all ☐6

12. I woke up feeling fresh and rested DURING THE PAST WEEK.

None of the time ☐1

A little of the time ☐2

Some of the time ☐3

A good bit of the time ☐4

Most of the time ☐5

All of the time ☐6

continues

2004-02-16

CONFIDENTIAL
AZSER12749479

AstraZeneca

Study code D1447C00126          Subj initials ..........................          E code |E |_|_|_|_|_|_|

Visit No. V18

## Psychological General Well-Being Schedule (PGWB), continued                    PGWB

13. Have you been concerned, worried, or had any fears about your health? (DURING THE PAST WEEK)

Extremely so                                         ☐1

Very much so                                         ☐2

Quite a bit                                          ☐3

Some, but not a lot                                  ☐4

Practically never                                    ☐5

Not at all                                           ☐6

14. Have you had any reason to wonder if you were losing your mind, or losing control over the way you act, talk, think, feel or of your memory? (DURING THE PAST WEEK)

Not at all                                           ☐6

Only a little                                        ☐5

Some - but not enough to be concerned or worried about   ☐4

Some and I have been a little concerned              ☐3

Some and I am quite concerned                        ☐2

Yes, very much so and I am very concerned            ☐1

15. My daily life was full of things that were interesting to me DURING THE PAST WEEK.

None of the time                                     ☐1

A little of the time                                 ☐2

Some of the time                                     ☐3

A good bit of the time                               ☐4

Most of the time                                     ☐5

All of the time                                      ☐6

continues

2004-02-16

CONFIDENTIAL
AZSER12749480

AstraZeneca

Study code D1447C00126          Subj initials ..........................          E code │E│ │ │ │ │ │ │ │

Visit No. V18

## Psychological General Well-Being Schedule (PGWB), continued                    **PGWB**

16. Did you feel active, vigorous, *or* dull, sluggish? (DURING THE PAST WEEK)

Very active, vigorous every day                                     ☐ 6

Mostly active, vigorous - never really dull, sluggish               ☐ 5

Fairly active, vigorous - seldom dull, sluggish                     ☐ 4

Fairly dull, sluggish - seldom active, vigorous                     ☐ 3

Mostly dull, sluggish - never really active, vigorous              ☐ 2

Very dull, sluggish every day                                       ☐ 1

17. Have you been anxious, worried, or upset? (DURING THE PAST WEEK)

Extremely so - to the point of being sick or almost sick            ☐ 1

Very much so                                                        ☐ 2

Quite a bit                                                         ☐ 3

Some - enough to bother me                                          ☐ 4

A little bit                                                        ☐ 5

Not at all                                                          ☐ 6

18. I was emotionally stable and sure of myself (DURING THE PAST WEEK)

None of the time                                                    ☐ 1

A little of the time                                                ☐ 2

Some of the time                                                    ☐ 3

A good bit of the time                                              ☐ 4

Most of the time                                                    ☐ 5

All of the time                                                     ☐ 6

19. Did you feel relaxed, at ease *or* high strung, tight or keyed-up? (DURING THE PAST WEEK)

Felt relaxed and at ease the whole week                             ☐ 6

Felt relaxed and at ease most of the time                          ☐ 5

Generally felt relaxed but at times felt fairly high strung        ☐ 4

Generally felt high strung but at times felt fairly relaxed        ☐ 3

Felt high strung, tight, or keyed-up most of the time              ☐ 2

Felt high strung, tight, or keyed-up the whole week                ☐ 1

continues

2004-02-16

CONFIDENTIAL
AZSER12749481

AstraZeneca

| Study code D1447C00126 | Subj initials ......................... | E code  E \| \| \| \| \| \| \| |

Visit No. V18

## Psychological General Well-Being Schedule (PGWB), continued

**PGWB**

20. I felt cheerful, lighthearted DURING THE PAST WEEK.

None of the time    ☐1

A little of the time    ☐2

Some of the time    ☐3

A good bit of the time    ☐4

Most of the time    ☐5

All of the time    ☐6

21. I felt tired, worn out, used up, or exhausted (DURING THE PAST WEEK)

None of the time    ☐6

A little of the time    ☐5

Some of the time    ☐4

A good bit of the time    ☐3

Most of the time    ☐2

All of the time    ☐1

22. Have you been under or felt you were under any strain, stress, or pressure? (DURING THE PAST WEEK)

Yes - almost more than I could bear or stand    ☐1

Yes - quite a bit of pressure    ☐2

Yes, some - more than usual    ☐3

Yes, some – but about usual    ☐4

Yes - a little    ☐5

Not at all    ☐6

AW03:07   N/A   AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749482

Page Ins: 271

## INSTRUCTIONS FOR THE INVESTIGATOR

**Clinical Global Impression, Bipolar (Randomized Treatment Phase)**                    CGI_BP

**Severity of illness**
Evaluate the severity of Subject's mental illness based on your total experience with
this particular Subject population.  Assess based on the present or previous week's
experience.  Rate on a seven-point spectrum (1= normal, 7= among the most
severely ill Subjects).  Tick only one box.

**Change from Preceding Phase**
Assess Subject's total improvement since initiation of the current treatment (V1)
whether or not, in your judgment, it is due entirely to drug treatment.  Rate on a seven-
point spectrum (1= very much improved, 7= very much worse).  Tick only one box.

**Rater's initials**
Record Rater's initials.  The same rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749483

AstraZeneca                                                Page 271

| Study code D1447C00126 | Subj initials .................. | E code $\lfloor$ E $\rfloor$ $\lfloor$ $\rfloor$ $\lfloor$ $\rfloor$ $\lfloor$ $\rfloor$ $\lfloor$ $\rfloor$ |
|---|---|---|

Visit No. V18

## Clinical Global Impression, Bipolar (Randomized Treatment Phase)   CGI_BP

### I. Severity of Illness

Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

|  | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |

### II. Change from Preceding Phase

Compared to the V1 how much has the Subject changed

|  | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |

| Rater's initials |
|---|
|  |

2004-02-16

CONFIDENTIAL
AZSER12749484

Page Ins: 272

## INSTRUCTIONS FOR THE INVESTIGATOR

**Young Mania Rating Scale**                                                                  **YMRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

Enter the date when the YMRS assessment was performed.

Provide one rating for each item score. Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749485

AstraZeneca

Study code D1447C00126          Subj initials ........................          E code | E | | | | | | |

Visit No. V18

AW03-07    N/A    AW2003-07-31

## Young Mania Rating Scale                                    YMRS

Date of assessment          | 2 | 0 | | | | | | |
                                         year          mm      dd

1.   Elevated Mood                             | |
2.   Increased Motor Activity - Energy         | |
3.   Sexual Interest                           | |
4.   Sleep                                     | |
5.   Irritability                              | |
6.   Speech (Rate and Amount)                  | |
7.   Language - Thought Disorder               | |
8.   Content                                   | |
9.   Disruptive - Aggressive Behaviour         | |
10.  Appearance                                | |
11.  Insight                                   | |

Rater's initials

2004-02-16

CONFIDENTIAL
AZSER12749486

Page Ins: 273

## INSTRUCTIONS FOR THE INVESTIGATOR

**Montgomery-Asberg Depression Rating Scale**                    **MADRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

**Date**
Enter the date when the assessment was performed.

Provide one rating for each item score.  Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

CN01107    N/A    AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749487

AstraZeneca

Page 273

Study code D1447C00126          Subj initials ...........................          E code  E ┃ ┃ ┃ ┃ ┃ ┃ ┃

Visit No. V18

CN0107

N/A

AW2003-07-31

## Montgomery-Asberg Depression Rating Scale

**MADRS**

Date of assessment   2 0 ┃ ┃ ┃ ┃ ┃ ┃
                        year      mm      dd

1.  Apparent sadness            ☐

2.  Reported sadness            ☐

3.  Inner tension               ☐

4.  Reduced sleep               ☐

5.  Reduced appetite            ☐

6.  Concentration difficulties  ☐

7.  Lassitude                   ☐

8.  Inability to feel           ☐

9.  Pessimistic thoughts        ☐

10. Suicidal thoughts           ☐

Rater´s initials

2004-02-16

CONFIDENTIAL
AZSER12749488

Page Ins: 274

## INSTRUCTIONS FOR THE INVESTIGATOR

AJ201110   AZ2002-12-03   AW2003-07-31

**Adverse Events, Reminder**                                    **AERDR**

See AEDEF for definitions of Adverse Event (AE) and
Serious Adverse Event (Serious AE) and for translation of the
standard question to local language.

**Guide to the AE assessment**
*Ongoing at previous visit:*
AEs that were present at the previous visit and which may have stopped before
this visit or are still present.
*Spontaneously reported:*
The AE can be reported by other than Subject, for example family or hospital
staff.
*Observed by Investigational team or other person:*
Examinations and assessments should also be considered.

2004-02-16

CONFIDENTIAL
AZSER12749489

AstraZeneca

Page 274

Study code D1447C00126        Subj initials .........................        E code |E|_|_|_|_|_|_|_|

Visit No. V18

**Adverse Events, Reminder**                                        **AERDR**

Any adverse events
- ongoing at previous visit
- spontaneously reported
- observed by Investigational team or other person
- reported in reply to the standard question: ***"Have you***       No   Yes
  ***had any health problems since the previous visit?"***          ○    ○     If Yes, go to AELOG

AW2003-07-31    AZ2002-12-03    AZ01110

2004-02-16

CONFIDENTIAL
AZSER12749490

AstraZeneca

Study code D1447C00126                    Visit No. V18

AZ01110
AZ2002-12-03
AW2003-07-31

## Check List                                                    CHECK

1   In case of a Mood Event check that a notification has
    been faxed to the assigned Monitor.                          ◯

2   Adverse events have been reported on AELOG, and any
    change in concomitant medication on MED.                     ◯

3   Remember to transcribe rating scores and Subject
    questionnaire answers from the Workbooks to the
    corresponding CRFs.                                          ◯

4   The investigational product has been handed out together
    with dosage instruction cards.                               ◯

5   Check that DOSC and SAC have been filled in.                 ◯

6   Remind the Subject to bring the e-diary for next visit.      ◯

7   The Subject has been given an appointment for the next
    visit.                                                       ◯

2004-02-16

CONFIDENTIAL
AZSER12749491

# Visit V19

CONFIDENTIAL
AZSER12749492

Page Ins: 275

## INSTRUCTIONS FOR THE INVESTIGATOR

**Vital Signs, Weight**                                                                    **VIT**

**Pulse and blood pressure**
The method used at baseline must be used at each subsequent recording for PR and BP measurements.

Measure pulse before blood pressure.

The pulse and blood pressure should be measured supine and standing by using non-invasive equipment. The standing pulse and blood pressure should be measured after 2 minutes of standing.

**Weight**
Weight must be recorded using the same scale.

Subject should wear light clothing and no shoes during the weight assessment.

**Meals**                                                                                  **MEAL**

Record date and time of last meal.

2004-02-16

CONFIDENTIAL
AZSER12749493

AstraZeneca

Page 275

Study code D1447C00126          Subj initials ..........................          E code |E|___|___|___|___|___|___|

Visit No. V19

## Visit

**VISIT**

Visit date  |2|_0|___|___|___|___|___|
              year      mm      dd

## Vital Signs, Weight

**VIT**

*Assm No.*

*Protocol schedule*

1   Pulse  |___|___|___| beats/min   Supine (0 min)   Blood pressure  |___|___|___| / |___|___|___| mmHg
                                                                        systolic         diastolic

2   Pulse  |___|___|___| beats/min   Standing (2 min)  Blood pressure  |___|___|___| / |___|___|___| mmHg
                                                                        systolic         diastolic

Weight  |___|___|___| · |___| kg

## Meals

**MEAL**

Date of last meal  |2|_0|___|___|___|___|___|
                     year      mm      dd

Time of last meal  |___|___| : |___|___|
                     24-hour clock

2004-02-16

CONFIDENTIAL
AZSER12749494

Page Ins: 276

## INSTRUCTIONS FOR THE INVESTIGATOR

**Laboratory Assessments**                                                    **LAB1**

Label and fill sample tubes according to laboratory instructions.

Record the sampling date and time.

Please sign and attach printout from laboratory to the CRF.

If the Absolute Neutrophil Count is below 0,5 X $10^9$/L a repeat lab within 24 hours is required. If the value of the repeated assessment is below 0,5 X $10^9$/L the Subject must be discontinued due to Adverse Event. The Adverse Event should be the signs and symptoms of the low Absolute Neutrophil Count  if present.  If no symptoms are present the Adverse Event should be 'Absolute Neutrophil Count Decreased'.

2004-02-16

CONFIDENTIAL
AZSER12749495

AstraZeneca                                                                          Page 276

Study code D1447C00126          Subj initials ................................          E code |E| | | | | | | |

Visit No. V19

**Laboratory Assessments**                                                          **LAB1**

Visit V19

Sampling date            |2|0| | | | | | |
                         year      mm   dd

Sampling time            | | | : | | |
                         24-hour clock

| AstraZeneca use only | |
|---|---|
| Laboratory ID | \| \| \| |

AZ/01110

NA

AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749496

Page Ins: 277

## INSTRUCTIONS FOR THE INVESTIGATOR

AJ20110

**Laboratory Assessments**                                                    LAB2
**Mood stabilizer**

NA

Label and fill sample tubes according to laboratory instructions.

AW2003-07-31

Record the sampling date and time.

Please sign and attach printout from laboratory to the CRF.

Check that Mood stabilizer is within range.

**NB:** State range for Lithium and Valproate: Lithium serum concentration range 0.5 mEq/L to 1.2 mEq/L and Valproate serum concentration range 50 µg/ml to 125 µg/ml.

2004-02-16

CONFIDENTIAL
AZSER12749497

AstraZeneca                                                          Page 277

Study code D1447C00126          Subj initials ....................          E code │E│ │ │ │ │ │ │ │

Visit No. V19

AZ/01.10

NA

AW2003-07-31

**Laboratory Assessments**                                          **LAB2**
**Mood stabilizer**

Visit V19

Sampling date            │2│0│ │ │ │ │ │ │ │
                          year      mm    dd

Sampling time            │ │ │ : │ │ │
                         24-hour clock

| AstraZeneca use only | |
| Laboratory ID | │ │ │ |

Mood stabilizer within range
                          No    Yes
                          ◯     ◯

2004-02-16

CONFIDENTIAL
AZSER12749498

Page Ins: 278

## INSTRUCTIONS FOR THE INVESTIGATOR

**Sheehan Disability Scale**                                                    **SDS**

**Assessment Domains**

The Sheehan Disability Scale is a measurement of functional disability and impairment due to psychiatric symptoms. It consists of 3 functional impairment items and 2 items related to productivity losses due to the symptoms and impairment.

The Sheehan Disability Scale is a self rated questionnaire and should be administered to the Subject to be completed on his/her own without the presence or influence of study Investigator/ nurse or other individuals. You should instruct the Subject to report the disability and impairment experienced during the **past week** due to his/her **bipolar disorder symptoms.** Emphasize that you will not interfere with the completion or have any comments to the patient's responses.

When the patient has completed the questionnaire you should transfer the responses to the corresponding CRF page. Make sure that the visit numbers and dates are the same.

Please note that a questionnaire that has been completed by the patient is considered as source data and can not be amended by the Investigator or any other individual.

**NB:** The CRF page is for clinical personnel use only.

2004-02-16

CONFIDENTIAL
AZSER12749499

AstraZeneca

Study code D1447C00126          Subj initials ...........................          E code |E|___|___|___|___|___|___|

Visit No. V19

## Sheehan Disability Scale

**SDS**

**Disability Scale**
**Work/School**                                                    |___|___|

I have not worked/studied at all during the past week for
reasons unrelated to disorder                                      |___|₁

**Social Life**                                                    |___|___|

**Family Life/Home Responsibilities**                              |___|___|

**DAYS LOST**                    Days          |___|___|

**DAYS UNDER-PRODUCTIVE**        Days          |___|___|

2004-02-16

CONFIDENTIAL
AZSER12749500

## INSTRUCTIONS FOR THE INVESTIGATOR

**Psychological General Well-Being Schedule (PGWB)**                    **PGWB**

**Assessment Scale**

The PGWB is a self rated questionnaire and should be administered to the Subject to be completed on his/her own without the presence or influence of study Investigator/nurse or other individuals.

Instruct the Subject to read the instructions for the questionnaire and report their responses of well-being or distress for the **past week**. Emphasize that you will not interfere with the completion or have any comments to the Subject's responses.

When the Subject has completed the questionnaire, you should transfer the responses to the corresponding CRF page. Make sure that the visit numbers and dates are the same.

Please note that a questionnaire that has been completed by the Subject is considered as source data and cannot be amended by the Investigator or any other individual.

2004-02-16

CONFIDENTIAL
AZSER12749501

AstraZeneca

Page 279.0

| Study code D1447C00126 | Subj initials ..................... | E code |E| | | | | | | |

Visit No. V19

## Psychological General Well-Being Schedule (PGWB)          **PGWB**

1.   How have you been feeling in general? (DURING THE PAST WEEK)

In excellent spirits ☐ 6

In very good spirits ☐ 5

In good spirits mostly ☐ 4

I have been up and down in spirits a lot ☐ 3

In low spirits mostly ☐ 2

In very low spirits ☐ 1

2.   How often were you bothered by any illness, bodily disorder, aches or pains? (DURING THE PAST WEEK)

Every day ☐ 1

Almost every day ☐ 2

About half the time ☐ 3

Now and then, but less than half the time ☐ 4

Rarely ☐ 5

None of the time ☐ 6

3.   Did you feel depressed? (DURING THE PAST WEEK)

Yes - to the point that I felt like taking my life ☐ 1

Yes - to the point that I did not care about anything ☐ 2

Yes - very depressed almost every day ☐ 3

Yes - quite depressed several times ☐ 4

Yes - a little depressed now and then ☐ 5

No - never felt depressed at all ☐ 6

continues

2004-02-16

CONFIDENTIAL
AZSER12749502

AstraZeneca

Page 279.0

Study code D1447C00126          Subj initials ........................          E code |E| | | | | | | |

Visit No. V19

## Psychological General Well-Being Schedule (PGWB), continued          **PGWB**

4.   Have you been in firm control of your behavior, thoughts, emotions, or feelings? (DURING THE PAST WEEK)

Yes, definitely so                                                  ☐ 6

Yes, for the most part                                              ☐ 5

Generally so                                                        ☐ 4

Not too well                                                        ☐ 3

No, and I am somewhat disturbed                                     ☐ 2

No, and I am very disturbed                                         ☐ 1

5.   Have you been bothered by nervousness or your "nerves"? (DURING THE PAST WEEK)

Extremely so - to the point where I could not work or take care of things     ☐ 1

Very much so                                                        ☐ 2

Quite a bit                                                         ☐ 3

Some - enough to bother me                                          ☐ 4

A little                                                            ☐ 5

Not at all                                                          ☐ 6

6.   How much energy, pep, or vitality did you have or feel? (DURING THE PAST WEEK)

Very full of energy - lots of pep                                   ☐ 6

Fairly energetic most of the time                                   ☐ 5

My energy level varied quite a bit                                  ☐ 4

Generally low in energy or pep                                      ☐ 3

Very low in energy or pep most of the time                          ☐ 2

No energy of pep at all - I felt drained, sapped                    ☐ 1

continues

2004-02-16

CONFIDENTIAL
AZSER12749503

AstraZeneca

Study code D1447C00126          Subj initials ...................          E code ⌐E⌐|⌐|⌐|⌐|⌐|⌐|⌐

Visit No. V19

## Psychological General Well-Being Schedule (PGWB), continued          **PGWB**

7.   I felt downhearted and blue DURING THE PAST WEEK.

    None of the time                                ☐ 6

    A little of the time                             ☐ 5

    Some of the time                                 ☐ 4

    A good bit of the time                           ☐ 3

    Most of the time                                 ☐ 2

    All of the time                                  ☐ 1

8.   Were you generally tense or did you feel any tension? (DURING THE PAST WEEK)

    Yes - extremely tense, most or all of the time          ☐ 1

    Yes - very tense most of the time                       ☐ 2

    Not generally tense, but did feel fairly tense several times   ☐ 3

    I felt a little tense a few times                       ☐ 4

    My general tension level was quite low                  ☐ 5

    I never felt tense or any tension at all                ☐ 6

9.   How happy, satisfied, or pleased have you been with your personal life? (DURING THE PAST WEEK)

    Extremely happy - could not have been more satisfied or pleased   ☐ 6

    Very happy most of the time                             ☐ 5

    Generally satisfied - pleased                           ☐ 4

    Sometime fairly happy, sometimes fairly unhappy         ☐ 3

    Generally dissatisfied, unhappy                         ☐ 2

    Very dissatisfied or unhappy most or all of the time    ☐ 1

continues

2004-02-16

CONFIDENTIAL
AZSER12749504

AstraZeneca

Page 279.0

Study code D1447C00126          Subj initials ...........................          E code [E |   |   |   |   |   |   |

Visit No. V19

## Psychological General Well-Being Schedule (PGWB), continued          **PGWB**

10. Did you feel healthy enough to carry out the things you like to do or had to do? (DURING THE PAST WEEK)

Yes - definitely so   ☐6

For the most part   ☐5

Health problems limited me in some important ways   ☐4

I was only healthy enough to take care of myself   ☐3

I needed some help in taking care of myself   ☐2

I needed someone to help me with most or all of the things I had to do   ☐1

11. Have you felt so sad, discouraged, hopeless, or had so many problems that you wondered if anything was worthwhile? (DURING THE PAST WEEK)

Extremely so - to the point that I have just about given up   ☐1

Very much so   ☐2

Quite a bit   ☐3

Some - enough to bother me   ☐4

A little bit   ☐5

Not at all   ☐6

12. I woke up feeling fresh and rested DURING THE PAST WEEK.

None of the time   ☐1

A little of the time   ☐2

Some of the time   ☐3

A good bit of the time   ☐4

Most of the time   ☐5

All of the time   ☐6

continues

2004-02-16

CONFIDENTIAL
AZSER12749505

AstraZeneca

| Study code D1447C00126 | Subj initials ........................... | E code |E| | | | | | | |
|---|---|---|

Visit No. V19

## Psychological General Well-Being Schedule (PGWB), continued          **PGWB**

13. Have you been concerned, worried, or had any fears about your health? (DURING THE PAST WEEK)

Extremely so ☐1

Very much so ☐2

Quite a bit ☐3

Some, but not a lot ☐4

Practically never ☐5

Not at all ☐6

14. Have you had any reason to wonder if you were losing your mind, or losing control over the way you act, talk, think, feel of or your memory? (DURING THE PAST WEEK)

Not at all ☐6

Only a little ☐5

Some - but not enough to be concerned or worried about ☐4

Some and I have been a little concerned ☐3

Some and I am quite concerned ☐2

Yes, very much so and I am very concerned ☐1

15. My daily life was full of things that were interesting to me DURING THE PAST WEEK.

None of the time ☐1

A little of the time ☐2

Some of the time ☐3

A good bit of the time ☐4

Most of the time ☐5

All of the time ☐6

continues

2004-02-16

CONFIDENTIAL
AZSER12749506

AstraZeneca

Page 279.0

Study code D1447C00126          Subj initials ........................          E code | E | | | | | | |

Visit No. V19

## Psychological General Well-Being Schedule (PGWB), continued          PGWB

16. Did you feel active, vigorous, *or* dull, sluggish? (DURING THE PAST WEEK)

Very active, vigorous every day ☐6

Mostly active, vigorous - never really dull, sluggish ☐5

Fairly active, vigorous - seldom dull, sluggish ☐4

Fairly dull, sluggish - seldom active, vigorous ☐3

Mostly dull, sluggish - never really active, vigorous ☐2

Very dull, sluggish every day ☐1

17. Have you been anxious, worried, or upset? (DURING THE PAST WEEK)

Extremely so - to the point of being sick or almost sick ☐1

Very much so ☐2

Quite a bit ☐3

Some - enough to bother me ☐4

A little bit ☐5

Not at all ☐6

18. I was emotionally stable and sure of myself (DURING THE PAST WEEK)

None of the time ☐1

A little of the time ☐2

Some of the time ☐3

A good bit of the time ☐4

Most of the time ☐5

All of the time ☐6

19. Did you feel relaxed, at ease *or* high strung, tight or keyed-up? (DURING THE PAST WEEK)

Felt relaxed and at ease the whole week ☐6

Felt relaxed and at ease most of the time ☐5

Generally felt relaxed but at times felt fairly high strung ☐4

Generally felt high strung but at times felt fairly relaxed ☐3

Felt high strung, tight, or keyed-up most of the time ☐2

Felt high strung, tight, or keyed-up the whole week ☐1

continues

2004-02-16

CONFIDENTIAL
AZSER12749507

AstraZeneca

Page 279.0

Study code D1447C00126    Subj initials ........................    E code ⌊E⌊ ⌊ ⌊ ⌊ ⌊ ⌊ ⌊ ⌋

Visit No. V19

## Psychological General Well-Being Schedule (PGWB), continued    **PGWB**

20.  I felt cheerful, lighthearted DURING THE PAST WEEK.

None of the time ☐ 1

A little of the time ☐ 2

Some of the time ☐ 3

A good bit of the time ☐ 4

Most of the time ☐ 5

All of the time ☐ 6

21.  I felt tired, worn out, used up, or exhausted (DURING THE PAST WEEK)

None of the time ☐ 6

A little of the time ☐ 5

Some of the time ☐ 4

A good bit of the time ☐ 3

Most of the time ☐ 2

All of the time ☐ 1

22.  Have you been under or felt you were under any strain, stress, or pressure? (DURING THE PAST WEEK)

Yes - almost more than I could bear or stand ☐ 1

Yes - quite a bit of pressure ☐ 2

Yes, some - more than usual ☐ 3

Yes, some – but about usual ☐ 4

Yes - a little ☐ 5

Not at all ☐ 6

2004-02-16

CONFIDENTIAL
AZSER12749508

Page Ins: 280

## INSTRUCTIONS FOR THE INVESTIGATOR

**Clinical Global Impression, Bipolar (Randomized Treatment Phase)**                    CGI_BP

**Severity of illness**
Evaluate the severity of Subject's mental illness based on your total experience with this particular Subject population.  Assess based on the present or previous week's experience.  Rate on a seven-point spectrum (1= normal, 7= among the most severely ill Subjects).  Tick only one box.

**Change from Preceding Phase**
Assess Subject's total improvement since initiation of the current treatment (V1) whether or not, in your judgment, it is due entirely to drug treatment.  Rate on a seven-point spectrum (1= very much improved, 7= very much worse).  Tick only one box.

**Rater's initials**
Record Rater's initials.  The same rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749509

AstraZeneca

Study code D1447C00126          Subj initials ...........................          E code  E |  |  |  |  |  |  |

Visit No. V19

## Clinical Global Impression, Bipolar (Randomized Treatment Phase)          CGI_BP

### I. Severity of Illness

Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

| | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |

### II. Change from Preceding Phase

Compared to the V1 how much has the Subject changed

| | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Depression | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Overall bipolar illness | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |

Rater's initials

AW03.07    N/A    AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749510

Page Ins: 281

## INSTRUCTIONS FOR THE INVESTIGATOR

**Young Mania Rating Scale**                                                    **YMRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

Enter the date when the YMRS assessment was performed.

Provide one rating for each item score. Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749511

AstraZeneca

Study code D1447C00126          Subj initials ........................          E code  E |  |  |  |  |  |  |

Visit No. V19

## Young Mania Rating Scale                                      **YMRS**

Date of assessment          | 2 | 0|  |  |  |  |  |
                              year         mm      dd

1.   Elevated Mood                        |__|

2.   Increased Motor Activity - Energy    |__|

3.   Sexual Interest                      |__|

4.   Sleep                                |__|

5.   Irritability                         |__|

6.   Speech (Rate and Amount)             |__|

7.   Language - Thought Disorder          |__|

8.   Content                              |__|

9.   Disruptive - Aggressive Behaviour    |__|

10.  Appearance                           |__|

11.  Insight                              |__|

Rater´s initials

2004-02-16

CONFIDENTIAL
AZSER12749512

Page Ins: 282

## INSTRUCTIONS FOR THE INVESTIGATOR

**Montgomery-Asberg Depression Rating Scale**                    **MADRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

**Date**
Enter the date when the assessment was performed.

Provide one rating for each item score.  Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

CN01/07   N/A   AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749513

AstraZeneca

Study code D1447C00126          Subj initials ...........................          E code  |E_|__|__|__|__|__|__|

Visit No. V19

CN0107
N/A
AW2003-07-31

## Montgomery-Asberg Depression Rating Scale                 **MADRS**

Date of assessment      |2_|0_|__|__|__|__|__|
                         year     mm    dd

1.   Apparent sadness             ☐

2.   Reported sadness             ☐

3.   Inner tension                ☐

4.   Reduced sleep                ☐

5.   Reduced appetite             ☐

6.   Concentration difficulties   ☐

7.   Lassitude                    ☐

8.   Inability to feel            ☐

9.   Pessimistic thoughts         ☐

10.  Suicidal thoughts            ☐

| Rater´s initials |
|---|

2004-02-16

CONFIDENTIAL
AZSER12749514

Page Ins: 283

## INSTRUCTIONS FOR THE INVESTIGATOR

**Positive and Negative Syndrome Scale**                                              **PANSS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

Provide one rating for each item score.  Specify one of the scores listed by putting the appropriate whole number (ie 1, 2, 3...) in the adjacent box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

AW03.07    N/A    AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749515

AstraZeneca

Page 283

| Study code D1447C00126 | Subj initials ................................. | E code E⎿_⏌_⏌_⏌_⏌_⏌_⏌_⏌ |

Visit No. V19

N/A   AW03:07

AW2003-07-31

## Positive and Negative Syndrome Scale

**PANSS**

**Positive Subscale**

**P1.** Delusions ⎿⏌

**P2.** Conceptual disorganization ⎿⏌

**P3.** Hallucinatory behaviour ⎿⏌

**P4.** Excitement ⎿⏌

**P5.** Grandiosity ⎿⏌

**P6.** Suspiciousness/persecution ⎿⏌

**P7.** Hostility ⎿⏌

Rater´s initials

2004-02-16

CONFIDENTIAL
AZSER12749516

Page Ins: 284

## INSTRUCTIONS FOR THE INVESTIGATOR

**Abnormal Involuntary Movement Scale**                    **AIMS**

Refer to workbook for scale instructions.

Provide one rating for each item score by putting the appropriate whole number  (ie, 0, 1, 2, 3, 4) for items 1-10 in the adjacent box.

Record the Rater's initials.  The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749517

AstraZeneca                                                          Page 284

Study code D1447C00126        Subj initials ..................        E code  |E|__|__|__|__|__|__|

Visit No. V19

## Abnormal Involuntary Movement Scale                                    **AIMS**

**Facial and oral movements**

1.  Muscles of facial expression          |___|

2.  Lips and perioral area                |___|

3.  Jaw                                    |___|

4.  Tongue                                 |___|

**Extremity movements**

5.  Upper (arms, wrists, hands, fingers)  |___|

6.  Lower (legs, knees, ankles, toes)     |___|

**Trunk movements**

7.  Neck, shoulders, hip                  |___|

**Global judgements**

8.  Severity of abnormal movements        |___|

9.  Incapacitation due to abnormal        |___|
    movements

10. Subject's awareness of abnormal       |___|
    movements

| Rater´s initials |
| --- |
|  |

2004-02-16

CONFIDENTIAL
AZSER12749518

Page Ins: 285

## INSTRUCTIONS FOR THE INVESTIGATOR

**Barnes Akathisia Rating Scale**                                        **BARS**

Refer to the workbook for scale instructions.

Provide one rating for each item score.  Specify one of the scores listed by putting the appropriate whole number (ie, 0, 1, 2...) in the corresponding open box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

**Simpson-Angus Scale**                                                 **SAS**

Refer to the workbook for scale instructions.

Provide one rating for each item score by putting the appropriate whole number in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749519

AstraZeneca

Page 285

Study code D1447C00126          Subj initials ...................          E code |E|_|_|_|_|_|_|_|

Visit No. V19

## Barnes Akathisia Rating Scale

**BARS**

1. Objective ☐

2. Subjective awareness of restlessness ☐

3. Subjective distress related to restlessness ☐

4. Global clinical assessment of akathisia ☐

Rater´s initials

## Simpson-Angus Scale

**SAS**

1. Gait ☐

2. Arm dropping ☐

3. Shoulder shaking ☐

4. Elbow rigidity ☐

5. Wrist rigidity ☐

6. Head rotation ☐

7. Glabella tap ☐

8. Tremor ☐

9. Salivation ☐

10. Akathisia ☐

Rater´s initials

2004-02-16

CONFIDENTIAL
AZSER12749520

Page Ins: 286

## INSTRUCTIONS FOR THE INVESTIGATOR

**Adverse Events, Reminder**                                          **AERDR**

See AEDEF for definitions of Adverse Event (AE) and
Serious Adverse Event (Serious AE) and for translation of the
standard question to local language.

**Guide to the AE assessment**
*Ongoing at previous visit:*
AEs that were present at the previous visit and which may have stopped before
this visit or are still present.
*Spontaneously reported:*
The AE can be reported by other than Subject, for example family or hospital
staff.
*Observed by Investigational team or other person:*
Examinations and assessments should also be considered.

2004-02-16

CONFIDENTIAL
AZSER12749521

AstraZeneca

Study code D1447C00126          Subj initials .......................          E code  E | | | | | | | |

Visit No. V19

**Adverse Events, Reminder**                                                    **AERDR**

Any adverse events
- ongoing at previous visit
- spontaneously reported
- observed by Investigational team or other person
- reported in reply to the standard question: ***"Have you***          No      Yes
  ***had any health problems since the previous visit?"***          ◯      ◯          If Yes, go to AELOG

AZ01110   AZ2002-12-03   AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749522

AstraZeneca

Study code D1447C00126                    Visit No. V19

AZ01110  AZ2002-12-03  AW2003-07-31

## Check List                                                    CHECK

1   In case of a Mood Event check that a notification has
    been faxed to the assigned Monitor.                          ◯

2   Adverse events have been reported on AELOG, and any
    change in concomitant medication on MED.                     ◯

3   Remember to transcribe rating scores and Subject
    questionnaire answers from the Workbooks to the
    corresponding CRFs.                                          ◯

4   The investigational product has been handed out together
    with dosage instruction cards.                               ◯

5   Check that DOSC and SAC have been filled in.                 ◯

6   Remind the Subject to bring the e-diary for next visit.      ◯

7   The Subject has been given an appointment for the next
    visit.                                                       ◯

2004-02-16

CONFIDENTIAL
AZSER12749523

# Visit V20

CONFIDENTIAL
AZSER12749524



AstraZeneca

Page 287

Study code D1447C00126          Subj initials ..................          E code [E | | | | | | | ]

Visit No. V20

## Visit

**VISIT**

Visit date  [2 | 0 | | | | | | ]
            year      mm      dd

AZ01.10

AZ2002-12-17

AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749525

Page Ins: 288

## INSTRUCTIONS FOR THE INVESTIGATOR

**Laboratory Assessments**                                              LAB2
**Mood stabilizer**

Label and fill sample tubes according to laboratory instructions.

Record the sampling date and time.

Please sign and attach printout from laboratory to the CRF.

Check that Mood stabilizer is within range.

**NB:** State range for Lithium and Valproate: Lithium serum concentration range 0.5 mEq/L to 1.2 mEq/L and Valproate serum concentration range 50 µg/ml to 125 µg/ml.

2004-02-16

CONFIDENTIAL
AZSER12749526

AstraZeneca                                                               Page 288

Study code D1447C00126          Subj initials ..........................          E code |E|_|_|_|_|_|_|_|

Visit No. V20

**Laboratory Assessments**                                                       **LAB2**
**Mood stabilizer**

Visit V20

Sampling date          |2|0|_|_|  |_|_|  |_|_|
                        year        mm    dd

Sampling time          |_|_| : |_|_|
                       24-hour clock

| AstraZeneca use only | |
|---|---|
| Laboratory ID | |_|_| |

                                          No    Yes
Mood stabilizer within range              ◯     ◯

2004-02-16

CONFIDENTIAL
AZSER12749527

Page Ins: 289

## INSTRUCTIONS FOR THE INVESTIGATOR

**Sheehan Disability Scale**                                                    **SDS**

**Assessment Domains**

The Sheehan Disability Scale is a measurement of functional disability and impairment due to psychiatric symptoms. It consists of 3 functional impairment items and 2 items related to productivity losses due to the symptoms and impairment.

The Sheehan Disability Scale is a self rated questionnaire and should be administered to the Subject to be completed on his/her own without the presence or influence of study Investigator/ nurse or other individuals. You should instruct the Subject to report the disability and impairment experienced during the **past week** due to his/her **bipolar disorder symptoms.** Emphasize that you will not interfere with the completion or have any comments to the patient's responses.

When the patient has completed the questionnaire you should transfer the responses to the corresponding CRF page. Make sure that the visit numbers and dates are the same.

Please note that a questionnaire that has been completed by the patient is considered as source data and can not be amended by the Investigator or any other individual.

**NB:** The CRF page is for clinical personnel use only.

2004-02-16

CONFIDENTIAL
AZSER12749528

AstraZeneca

Page 289

Study code D1447C00126          Subj initials .....................          E code |E| | | | | | | |

Visit No. V20

**Sheehan Disability Scale**                                                     **SDS**

**Disability Scale**
**Work/School**                                                 | | |

I have not worked/studied at all during the past week for
reasons unrelated to disorder                                   | |₁

**Social Life**                                                 | | |

**Family Life/Home Responsibilities**                          | | |

**DAYS LOST**                    Days          | | |

**DAYS UNDER-PRODUCTIVE**        Days          | | |

2004-02-16

CONFIDENTIAL
AZSER12749529

Page Ins: 290

## INSTRUCTIONS FOR THE INVESTIGATOR

**Psychological General Well-Being Schedule (PGWB)**                    **PGWB**

**Assessment Scale**

The PGWB is a self rated questionnaire and should be administered to the Subject to be completed on his/her own without the presence or influence of study Investigator/nurse or other individuals.

Instruct the Subject to read the instructions for the questionnaire and report their responses of well-being or distress for the **past week**. Emphasize that you will not interfere with the completion or have any comments to the Subject's responses.

When the Subject has completed the questionnaire, you should transfer the responses to the corresponding CRF page. Make sure that the visit numbers and dates are the same.

Please note that a questionnaire that has been completed by the Subject is considered as source data and cannot be amended by the Investigator or any other individual.

2004-02-16

CONFIDENTIAL
AZSER12749530

AstraZeneca

Page 290.01

| Study code D1447C00126 | Subj initials ........................... | E code E |

Visit No. V20

## Psychological General Well-Being Schedule (PGWB)     **PGWB**

1.  How have you been feeling in general? (DURING THE PAST WEEK)

    In excellent spirits ☐ 6

    In very good spirits ☐ 5

    In good spirits mostly ☐ 4

    I have been up and down in spirits a lot ☐ 3

    In low spirits mostly ☐ 2

    In very low spirits ☐ 1

2.  How often were you bothered by any illness, bodily disorder, aches or pains? (DURING THE PAST WEEK)

    Every day ☐ 1

    Almost every day ☐ 2

    About half the time ☐ 3

    Now and then, but less than half the time ☐ 4

    Rarely ☐ 5

    None of the time ☐ 6

3.  Did you feel depressed? (DURING THE PAST WEEK)

    Yes - to the point that I felt like taking my life ☐ 1

    Yes - to the point that I did not care about anything ☐ 2

    Yes - very depressed almost every day ☐ 3

    Yes - quite depressed several times ☐ 4

    Yes - a little depressed now and then ☐ 5

    No - never felt depressed at all ☐ 6

continues

2004-02-16

CONFIDENTIAL
AZSER12749531

AstraZeneca

Page 290.02

Study code D1447C00126          Subj initials .................................          E code |E| | | | | | | |

Visit No. V20

**Psychological General Well-Being Schedule (PGWB),** continued          **PGWB**

4.  Have you been in firm control of your behavior, thoughts, emotions, or feelings? (DURING THE PAST WEEK)

Yes, definitely so                                      ☐ 6

Yes, for the most part                                  ☐ 5

Generally so                                            ☐ 4

Not too well                                            ☐ 3

No, and I am somewhat disturbed                         ☐ 2

No, and I am very disturbed                             ☐ 1

5.  Have you been bothered by nervousness or your "nerves"? (DURING THE PAST WEEK)

Extremely so - to the point where I could not work or take care of things                                            ☐ 1

Very much so                                            ☐ 2

Quite a bit                                             ☐ 3

Some - enough to bother me                              ☐ 4

A little                                                ☐ 5

Not at all                                              ☐ 6

6.  How much energy, pep, or vitality did you have or feel? (DURING THE PAST WEEK)

Very full of energy - lots of pep                       ☐ 6

Fairly energetic most of the time                       ☐ 5

My energy level varied quite a bit                      ☐ 4

Generally low in energy or pep                          ☐ 3

Very low in energy or pep most of the time              ☐ 2

No energy of pep at all - I felt drained, sapped        ☐ 1

continues

2004-02-16

CONFIDENTIAL
AZSER12749532

AstraZeneca

| Study code D1447C00126 | Subj initials ........................ | E code |E| | | | | | | | |

Visit No. V20

## Psychological General Well-Being Schedule (PGWB), continued    **PGWB**

7. I felt downhearted and blue DURING THE PAST WEEK.

None of the time ☐6

A little of the time ☐5

Some of the time ☐4

A good bit of the time ☐3

Most of the time ☐2

All of the time ☐1

8. Were you generally tense or did you feel any tension? (DURING THE PAST WEEK)

Yes - extremely tense, most or all of the time ☐1

Yes - very tense most of the time ☐2

Not generally tense, but did feel fairly tense several times ☐3

I felt a little tense a few times ☐4

My general tension level was quite low ☐5

I never felt tense or any tension at all ☐6

9. How happy, satisfied, or pleased have you been with your personal life? (DURING THE PAST WEEK)

Extremely happy - could not have been more satisfied or pleased ☐6

Very happy most of the time ☐5

Generally satisfied - pleased ☐4

Sometime fairly happy, sometimes fairly unhappy ☐3

Generally dissatisfied, unhappy ☐2

Very dissatisfied or unhappy most or all of the time ☐1

continues

2004-02-16

CONFIDENTIAL
AZSER12749533

AstraZeneca

Page 290.04

Study code D1447C00126          Subj initials .................................          E code ⎣E⎜ ⎜ ⎜ ⎜ ⎜ ⎜ ⎜ ⎦

Visit No. V20

## Psychological General Well-Being Schedule (PGWB), continued          **PGWB**

10. Did you feel healthy enough to carry out the things you like to do or had to do? (DURING THE PAST WEEK)

| | |
|---|---|
| Yes - definitely so | ☐ 6 |
| For the most part | ☐ 5 |
| Health problems limited me in some important ways | ☐ 4 |
| I was only healthy enough to take care of myself | ☐ 3 |
| I needed some help in taking care of myself | ☐ 2 |
| I needed someone to help me with most or all of the things I had to do | ☐ 1 |

11. Have you felt so sad, discouraged, hopeless, or had so many problems that you wondered if anything was worthwhile? (DURING THE PAST WEEK)

| | |
|---|---|
| Extremely so - to the point that I have just about given up | ☐ 1 |
| Very much so | ☐ 2 |
| Quite a bit | ☐ 3 |
| Some - enough to bother me | ☐ 4 |
| A little bit | ☐ 5 |
| Not at all | ☐ 6 |

12. I woke up feeling fresh and rested DURING THE PAST WEEK.

| | |
|---|---|
| None of the time | ☐ 1 |
| A little of the time | ☐ 2 |
| Some of the time | ☐ 3 |
| A good bit of the time | ☐ 4 |
| Most of the time | ☐ 5 |
| All of the time | ☐ 6 |

continues

2004-02-16

CONFIDENTIAL
AZSER12749534

AstraZeneca

Page 290.05

Study code D1447C00126 | Subj initials .................. | E code |E| | | | | | |

Visit No. V20

## Psychological General Well-Being Schedule (PGWB), continued

**PGWB**

13. Have you been concerned, worried, or had any fears about your health? (DURING THE PAST WEEK)

Extremely so ☐1

Very much so ☐2

Quite a bit ☐3

Some, but not a lot ☐4

Practically never ☐5

Not at all ☐6

14. Have you had any reason to wonder if you were losing your mind, or losing control over the way you act, talk, think, feel of or of your memory? (DURING THE PAST WEEK)

Not at all ☐6

Only a little ☐5

Some - but not enough to be concerned or worried about ☐4

Some and I have been a little concerned ☐3

Some and I am quite concerned ☐2

Yes, very much so and I am very concerned ☐1

15. My daily life was full of things that were interesting to me DURING THE PAST WEEK.

None of the time ☐1

A little of the time ☐2

Some of the time ☐3

A good bit of the time ☐4

Most of the time ☐5

All of the time ☐6

continues

2004-02-16

CONFIDENTIAL
AZSER12749535

AstraZeneca

Study code D1447C00126          Subj initials ...........................          E code │E│ │ │ │ │ │ │ │

Visit No. V20

## Psychological General Well-Being Schedule (PGWB), continued          PGWB

16. Did you feel active, vigorous, *or* dull, sluggish? (DURING THE PAST WEEK)

Very active, vigorous every day ☐ 6

Mostly active, vigorous - never really dull, sluggish ☐ 5

Fairly active, vigorous - seldom dull, sluggish ☐ 4

Fairly dull, sluggish - seldom active, vigorous ☐ 3

Mostly dull, sluggish - never really active, vigorous ☐ 2

Very dull, sluggish every day ☐ 1

17. Have you been anxious, worried, or upset? (DURING THE PAST WEEK)

Extremely so - to the point of being sick or almost sick ☐ 1

Very much so ☐ 2

Quite a bit ☐ 3

Some - enough to bother me ☐ 4

A little bit ☐ 5

Not at all ☐ 6

18. I was emotionally stable and sure of myself (DURING THE PAST WEEK)

None of the time ☐ 1

A little of the time ☐ 2

Some of the time ☐ 3

A good bit of the time ☐ 4

Most of the time ☐ 5

All of the time ☐ 6

19. Did you feel relaxed, at ease *or* high strung, tight or keyed-up? (DURING THE PAST WEEK)

Felt relaxed and at ease the whole week ☐ 6

Felt relaxed and at ease most of the time ☐ 5

Generally felt relaxed but at times felt fairly high strung ☐ 4

Generally felt high strung but at times felt fairly relaxed ☐ 3

Felt high strung, tight, or keyed-up most of the time ☐ 2

Felt high strung, tight, or keyed-up the whole week ☐ 1

continues

2004-02-16

CONFIDENTIAL
AZSER12749536

AstraZeneca

Page 290.07

| Study code D1447C00126 | Subj initials ..................... | E code E | | | | | | | | |

Visit No. V20

## Psychological General Well-Being Schedule (PGWB), continued    **PGWB**

20.  I felt cheerful, lighthearted DURING THE PAST WEEK.

None of the time ☐1

A little of the time ☐2

Some of the time ☐3

A good bit of the time ☐4

Most of the time ☐5

All of the time ☐6

21.  I felt tired, worn out, used up, or exhausted (DURING THE PAST WEEK)

None of the time ☐6

A little of the time ☐5

Some of the time ☐4

A good bit of the time ☐3

Most of the time ☐2

All of the time ☐1

22.  Have you been under or felt you were under any strain, stress, or pressure? (DURING THE PAST WEEK)

Yes - almost more than I could bear or stand ☐1

Yes - quite a bit of pressure ☐2

Yes, some - more than usual ☐3

Yes, some - but about usual ☐4

Yes - a little ☐5

Not at all ☐6

2004-02-16

CONFIDENTIAL
AZSER12749537

Page Ins: 291

## INSTRUCTIONS FOR THE INVESTIGATOR

**Clinical Global Impression, Bipolar (Randomized Treatment Phase)**          CGI_BP

**Severity of illness**
Evaluate the severity of Subject's mental illness based on your total experience with this particular Subject population.  Assess based on the present or previous week's experience.  Rate on a seven-point spectrum (1= normal, 7= among the most severely ill Subjects).  Tick only one box.

**Change from Preceding Phase**
Assess Subject's total improvement since initiation of the current treatment (V1) whether or not, in your judgment, it is due entirely to drug treatment.  Rate on a seven-point spectrum (1= very much improved, 7= very much worse). Tick only one box.

**Rater's initials**
Record Rater's initials.  The same rater should perform all assessments for a Subject.

AW03:07    N/A    AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749538

AstraZeneca

Page 291

| Study code D1447C00126 | Subj initials ........................... | E code | E | | | | | | | |
|---|---|---|

Visit No. V20

## Clinical Global Impression, Bipolar (Randomized Treatment Phase)   CGI_BP

### I. Severity of Illness

Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

| | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 |
| Depression | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 |
| Overall bipolar illness | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 |

### II. Change from Preceding Phase

Compared to the V1 how much has the Subject changed

| | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 | ☐ 9 |
| Depression | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 | ☐ 9 |
| Overall bipolar illness | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 | ☐ 9 |

Rater's initials

N/A   AW03-07   AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749539

Page Ins: 292

## INSTRUCTIONS FOR THE INVESTIGATOR

**Young Mania Rating Scale**                                                    **YMRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

Enter the date when the YMRS assessment was performed.

Provide one rating for each item score. Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749540

AstraZeneca                                                                    Page 292

Study code D1447C00126          Subj initials ...........................     E code |E| | | | | | |

                                Visit No. V20

## Young Mania Rating Scale                                                    **YMRS**

Date of assessment        |2 | 0 | | | | | | |
                              year       mm    dd

1.  Elevated Mood                             |__|

2.  Increased Motor Activity - Energy         |__|

3.  Sexual Interest                           |__|

4.  Sleep                                     |__|

5.  Irritability                              |__|

6.  Speech (Rate and Amount)                  |__|

7.  Language - Thought Disorder               |__|

8.  Content                                   |__|

9.  Disruptive - Aggressive Behaviour         |__|

10. Appearance                                |__|

11. Insight                                   |__|

```
Rater's initials

```

2004-02-16

CONFIDENTIAL
AZSER12749541

Page Ins: 293

## INSTRUCTIONS FOR THE INVESTIGATOR

**Montgomery-Asberg Depression Rating Scale**                    **MADRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

**Date**
Enter the date when the assessment was performed.

Provide one rating for each item score.  Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749542

AstraZeneca

Page 293

Study code D1447C00126          Subj initials ...........................          E code  E ┃ ┃ ┃ ┃ ┃ ┃ ┃

Visit No. V20

CN0107   N/A   AW2003-07-31

## Montgomery-Asberg Depression Rating Scale

**MADRS**

Date of assessment    |2 | 0 ┃ ┃ ┃ ┃ ┃ ┃|
                      year      mm      dd

1.  Apparent sadness          ☐

2.  Reported sadness          ☐

3.  Inner tension             ☐

4.  Reduced sleep             ☐

5.  Reduced appetite          ☐

6.  Concentration difficulties ☐

7.  Lassitude                 ☐

8.  Inability to feel         ☐

9.  Pessimistic thoughts      ☐

10. Suicidal thoughts         ☐

| Rater´s initials |
| --- |
|  |

2004-02-16

CONFIDENTIAL
AZSER12749543

Page Ins: 294

## INSTRUCTIONS FOR THE INVESTIGATOR

**Adverse Events, Reminder**                                    **AERDR**

See AEDEF for definitions of Adverse Event (AE) and
Serious Adverse Event (Serious AE) and for translation of the
standard question to local language.

**Guide to the AE assessment**
*Ongoing at previous visit:*
AEs that were present at the previous visit and which may have stopped before
this visit or are still present.
*Spontaneously reported:*
The AE can be reported by other than Subject, for example family or hospital
staff.
*Observed by Investigational team or other person:*
Examinations and assessments should also be considered.

2004-02-16

CONFIDENTIAL
AZSER12749544

AstraZeneca

Page 294

Study code D1447C00126       Subj initials ........................       E code | E | | | | | | | |

Visit No. V20

AZ/01/10   AZ/2002-12-03   AW/2003-07-31

## Adverse Events, Reminder

**AERDR**

Any adverse events
 - ongoing at previous visit
 - spontaneously reported
 - observed by Investigational team or other person
 - reported in reply to the standard question: ***"Have you had any health problems since the previous visit?"***

No   Yes
○    ○       If Yes, go to AELOG

2004-02-16

CONFIDENTIAL
AZSER12749545

AstraZeneca

Study code D1447C00126                    Visit No. V20

## Check List                                                        CHECK

1  In case of a Mood Event check that a notification has
   been faxed to the assigned Monitor.                               ◯

2  Adverse events have been reported on AELOG, and any
   change in concomitant medication on MED.                          ◯

3  Remember to transcribe rating scores and Subject
   questionnaire answers from the Workbooks to the
   corresponding CRFs.                                               ◯

4  The investigational product has been handed out together
   with dosage instruction cards.                                    ◯

5  Check that DOSC and SAC have been filled in.                      ◯

6  Remind the Subject to bring the e-diary for next visit.           ◯

7  The Subject has been given an appointment for the next
   visit.                                                            ◯

AZ01110    AZ2002-12-03    AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749546

# Visit V21

CONFIDENTIAL
AZSER12749547