Page Ins: 295

## INSTRUCTIONS FOR THE INVESTIGATOR

**Physical Examination, Follow-up**                                        **PHYSFAW2**

Enter the date the assessment was performed.

Make the examination in accordance with your normal clinic routines.

Please compare with the physical examination at Visit 1 (Randomization) before completing 'Abnormal'.

**Head and neck**
Please include head, ears, eyes, nose, and throat in this examination.

Only tick 'Not done' if the Subject refuses or if the examination of a part of the body is not possible.

**NB:** The eye examination includes a direct ophtalmoscopy.

2004-02-16

CONFIDENTIAL
AZSER12749548

AstraZeneca                                                                Page 295

Study code D1447C00126          Subj initials .................          E code |E|_|_|_|_|_|_|

Visit No. V21

**Visit**                                                                    **VISIT**

Visit date |2|_0|_|_|_|_|_|_|
              year        mm        dd

**Physical Examination, Follow-up**                              **PHYSFAW2**

Assessment date |2|_0|_|_|_|_|_|_|
                   year        mm        dd

| | Normal | Abnormal | | Not done | Specification of new or aggravated abnormalities (compared with Randomization) |
|---|---|---|---|---|---|
| | | Same as Randomization | New or aggravated | | |
| General appearance | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ............................................... |
| Skin | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ............................................... |
| Head and neck | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ............................................... |
| Lymph nodes | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ............................................... |
| Thyroid | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ............................................... |
| Musculoskeletal/ Extremities | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ............................................... |
| Cardiovascular | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ............................................... |
| Lungs | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ............................................... |
| Abdomen | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ............................................... |
| Neurological | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ............................................... |
| Genital/Rectal | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | ............................................... |

☞ **If any new or aggravated abnormalities imply a deterioration compared with Randomization, fill in Adverse Event Log Form**

2004-02-16

CONFIDENTIAL
AZSER12749549

AZ01.10   AZ2002-12-17   AW2003-07-31   AW03.07   N/A   AW2003-07-31

Page Ins: 296

## INSTRUCTIONS FOR THE INVESTIGATOR

**Vital Signs, Weight**                                                    **VIT**

**Pulse and blood pressure**
The method used at baseline must be used at each subsequent recording for
PR and BP measurements.

Measure pulse before blood pressure.

The pulse and blood pressure should be measured supine and standing by
using non-invasive equipment. The standing pulse and blood pressure should
be measured after 2 minutes of standing.

**Weight**
Weight must be recorded using the same scale.

Subject should wear light clothing and no shoes during the weight assessment.

2004-02-16

CONFIDENTIAL
AZSER12749550

AstraZeneca

Page 296

Study code D1447C00126          Subj initials ......................          E code |E|_|_|_|_|_|_|

Visit No. V21

AZ0110

NA

AW2003-07-31

## Vital Signs, Weight

**VIT**

*Assm No.*

*Protocol schedule*

1    Pulse |_|_|_| beats/min    Supine (0 min)    Blood pressure |_|_|_| / |_|_|_| mmHg
                                                                  systolic        diastolic

2    Pulse |_|_|_| beats/min    Standing (2 min)    Blood pressure |_|_|_| / |_|_|_| mmHg
                                                                    systolic        diastolic

Weight    |_|_|_| . |_| kg

2004-02-16

CONFIDENTIAL
AZSER12749551

Page Ins: 297

## INSTRUCTIONS FOR THE INVESTIGATOR

**Meals**                                                                    **MEAL**

Record date and time of last meal.

2004-02-16

CONFIDENTIAL
AZSER12749552



AstraZeneca

Page 297

Study code D1447C00126        Subj initials ...........................        E code | E | | | | | | | |

Visit No. V21

## Meals

MEAL

Date of last meal    | 2 | 0 | | | | | | |
                       year    mm   dd

Time of last meal    | | | : | | |
                     24-hour clock

2004-02-16

CONFIDENTIAL
AZSER12749553

Page Ins: 298

## INSTRUCTIONS FOR THE INVESTIGATOR

**Laboratory Assessments**                                                        **LAB1**

Label and fill sample tubes according to laboratory instructions.

Record the sampling date and time.

Please sign and attach printout from laboratory to the CRF.

If the Absolute Neutrophil Count is below 0,5 X $10^9$/L a repeat lab within 24 hours is required. If the value of the repeated assessment is below 0,5 X $10^9$/L the Subject must be discontinued due to Adverse Event. The Adverse Event should be the signs and symptoms of the low Absolute Neutrophil Count  if present.  If no symptoms are present the Adverse Event should be 'Absolute Neutrophil Count Decreased'.

2004-02-16

CONFIDENTIAL
AZSER12749554

AstraZeneca

Page 298

Study code D1447C00126          Subj initials .................................          E code |E| | | | | | |

Visit No. V21

AZ/01110

NA

AW2003-07-31

## Laboratory Assessments

LAB1

Visit V21

Sampling date          |2| 0| | | | | | |
                              year      mm     dd

Sampling time          | | | : | | |
                              24-hour clock

AstraZeneca use only
Laboratory ID          | | |

2004-02-16

CONFIDENTIAL
AZSER12749555

Page Ins: 299

## INSTRUCTIONS FOR THE INVESTIGATOR

**Laboratory Assessments**                                                      **LAB2**
**Mood stabilizer**

Label and fill sample tubes according to laboratory instructions.

Record the sampling date and time.

Please sign and attach printout from laboratory to the CRF.

Check that Mood stabilizer is within range.

**NB:** State range for Lithium and Valproate: Lithium serum concentration range 0.5 mEq/L to 1.2 mEq/L and Valproate serum concentration range 50 µg/ml to 125 µg/ml.

2004-02-16

CONFIDENTIAL
AZSER12749556

AstraZeneca                                                                      Page 299

| Study code D1447C00126 | Subj initials .................................. | E code | E | | | | | | | |

Visit No. V21

Laboratory Assessments                                                          LAB2
Mood stabilizer

Visit V21

Sampling date        | 2 | 0 | | | | | | | |
                        year        mm    dd

Sampling time        | | | : | | |
                     24-hour clock

AstraZeneca use only
Laboratory ID        | | |

Mood stabilizer within range    No    Yes
                                ◯     ◯

2004-02-16

CONFIDENTIAL
AZSER12749557

Page Ins: 300

## INSTRUCTIONS FOR THE INVESTIGATOR

**Sheehan Disability Scale**                                                                                           **SDS**

**Assessment Domains**

The Sheehan Disability Scale is a measurement of functional disability and impairment due to psychiatric symptoms. It consists of 3 functional impairment items and 2 items related to productivity losses due to the symptoms and impairment.

The Sheehan Disability Scale is a self rated questionnaire and should be administered to the Subject to be completed on his/her own without the presence or influence of study Investigator/ nurse or other individuals. You should instruct the Subject to report the disability and impairment experienced during the **past week** due to his/her **bipolar disorder symptoms.** Emphasize that you will not interfere with the completion or have any comments to the patient's responses.

When the patient has completed the questionnaire you should transfer the responses to the corresponding CRF page. Make sure that the visit numbers and dates are the same.

Please note that a questionnaire that has been completed by the patient is considered as source data and can not be amended by the Investigator or any other individual.

**NB:** The CRF page is for clinical personnel use only.

2004-02-16

CONFIDENTIAL
AZSER12749558

AstraZeneca

Page 300

Study code D1447C00126          Subj initials ...............................          E code |E|_|_|_|_|_|_|_|

Visit No. V21

## Sheehan Disability Scale

**SDS**

**Disability Scale**
**Work/School**                                        |_|_|

I have not worked/studied at all during the past week for reasons unrelated to disorder          |_|₁

**Social Life**                                        |_|_|

**Family Life/Home Responsibilities**                  |_|_|

**DAYS LOST**               Days          |_|_|

**DAYS UNDER-PRODUCTIVE**    Days          |_|_|

2004-02-16

CONFIDENTIAL
AZSER12749559

Page Ins: 301

## INSTRUCTIONS FOR THE INVESTIGATOR

**Psychological General Well-Being Schedule (PGWB)**          **PGWB**

**Assessment Scale**

The PGWB is a self rated questionnaire and should be administered to the Subject to be completed on his/her own without the presence or influence of study Investigator/nurse or other individuals.

Instruct the Subject to read the instructions for the questionnaire and report their responses of well-being or distress for the **past week**. Emphasize that you will not interfere with the completion or have any comments to the Subject's responses.

When the Subject has completed the questionnaire, you should transfer the responses to the corresponding CRF page. Make sure that the visit numbers and dates are the same.

Please note that a questionnaire that has been completed by the Subject is considered as source data and cannot be amended by the Investigator or any other individual.

AW2003-07-31          N/A          AW03:07

2004-02-16

CONFIDENTIAL
AZSER12749560

AstraZeneca

Page 301.01

| Study code D1447C00126 | Subj initials ........................... | E code  E \| \| \| \| \| \| \| |
|---|---|---|

Visit No. V21

## Psychological General Well-Being Schedule (PGWB)

**PGWB**

1.  How have you been feeling in general? (DURING THE PAST WEEK)

    In excellent spirits ☐ 6

    In very good spirits ☐ 5

    In good spirits mostly ☐ 4

    I have been up and down in spirits a lot ☐ 3

    In low spirits mostly ☐ 2

    In very low spirits ☐ 1

2.  How often were you bothered by any illness, bodily disorder, aches or pains? (DURING THE PAST WEEK)

    Every day ☐ 1

    Almost every day ☐ 2

    About half the time ☐ 3

    Now and then, but less than half the time ☐ 4

    Rarely ☐ 5

    None of the time ☐ 6

3.  Did you feel depressed? (DURING THE PAST WEEK)

    Yes - to the point that I felt like taking my life ☐ 1

    Yes - to the point that I did not care about anything ☐ 2

    Yes - very depressed almost every day ☐ 3

    Yes - quite depressed several times ☐ 4

    Yes - a little depressed now and then ☐ 5

    No - never felt depressed at all ☐ 6

continues

2004-02-16

CONFIDENTIAL
AZSER12749561

AstraZeneca

Study code D1447C00126        Subj initials ...............................        E code └E└ └ └ └ └ └ └ └

Visit No. V21

## Psychological General Well-Being Schedule (PGWB), continued        **PGWB**

4.   Have you been in firm control of your behavior, thoughts, emotions, or feelings? (DURING THE PAST WEEK)

Yes, definitely so                                           ☐6

Yes, for the most part                                       ☐5

Generally so                                                 ☐4

Not too well                                                 ☐3

No, and I am somewhat disturbed                              ☐2

No, and I am very disturbed                                  ☐1

5.   Have you been bothered by nervousness or your "nerves"? (DURING THE PAST WEEK)

Extremely so - to the point where I could not work or take care of things                                                     ☐1

Very much so                                                 ☐2

Quite a bit                                                  ☐3

Some - enough to bother me                                   ☐4

A little                                                     ☐5

Not at all                                                   ☐6

6.   How much energy, pep, or vitality did you have or feel? (DURING THE PAST WEEK)

Very full of energy - lots of pep                            ☐6

Fairly energetic most of the time                            ☐5

My energy level varied quite a bit                           ☐4

Generally low in energy or pep                               ☐3

Very low in energy or pep most of the time                   ☐2

No energy of pep at all - I felt drained, sapped             ☐1

continues

2004-02-16

CONFIDENTIAL
AZSER12749562

AstraZeneca

Study code D1447C00126          Subj initials ...........................          E code  E |  |  |  |  |  |  |

Visit No. V21

**Psychological General Well-Being Schedule (PGWB),** continued          **PGWB**

7.  I felt downhearted and blue DURING THE PAST WEEK.

None of the time                                     ☐ 6

A little of the time                                 ☐ 5

Some of the time                                     ☐ 4

A good bit of the time                               ☐ 3

Most of the time                                     ☐ 2

All of the time                                      ☐ 1

8.  Were you generally tense or did you feel any tension? (DURING THE PAST WEEK)

Yes - extremely tense, most or all of the time              ☐ 1

Yes - very tense most of the time                           ☐ 2

Not generally tense, but did feel fairly tense several times ☐ 3

I felt a little tense a few times                           ☐ 4

My general tension level was quite low                      ☐ 5

I never felt tense or any tension at all                    ☐ 6

9.  How happy, satisfied, or pleased have you been with your personal life? (DURING THE PAST WEEK)

Extremely happy - could not have been more satisfied or pleased  ☐ 6

Very happy most of the time                                 ☐ 5

Generally satisfied - pleased                               ☐ 4

Sometime fairly happy, sometimes fairly unhappy             ☐ 3

Generally dissatisfied, unhappy                             ☐ 2

Very dissatisfied or unhappy most or all of the time        ☐ 1

continues

2004-02-16

CONFIDENTIAL
AZSER12749563

AstraZeneca

Page 301.04

Study code D1447C00126          Subj initials .......................          E code  E | | | | | | |

Visit No. V21

## Psychological General Well-Being Schedule (PGWB), continued          PGWB

10. Did you feel healthy enough to carry out the things you like to do or had to do? (DURING THE PAST WEEK)

Yes - definitely so  ☐6

For the most part  ☐5

Health problems limited me in some important ways  ☐4

I was only healthy enough to take care of myself  ☐3

I needed some help in taking care of myself  ☐2

I needed someone to help me with most or all of the things I had to do  ☐1

11. Have you felt so sad, discouraged, hopeless, or had so many problems that you wondered if anything was worthwhile? (DURING THE PAST WEEK)

Extremely so - to the point that I have just about given up  ☐1

Very much so  ☐2

Quite a bit  ☐3

Some - enough to bother me  ☐4

A little bit  ☐5

Not at all  ☐6

12. I woke up feeling fresh and rested DURING THE PAST WEEK.

None of the time  ☐1

A little of the time  ☐2

Some of the time  ☐3

A good bit of the time  ☐4

Most of the time  ☐5

All of the time  ☐6

continues

2004-02-16

CONFIDENTIAL
AZSER12749564

**AstraZeneca**

Page 301.05

| Study code D1447C00126 | Subj initials ........................... | E code  E ⌶ ⌶ ⌶ ⌶ ⌶ ⌶ |
|---|---|---|

Visit No. V21

AW03.07    N/A    AW2003-07-31

## Psychological General Well-Being Schedule (PGWB), continued

**PGWB**

13. Have you been concerned, worried, or had any fears about your health? (DURING THE PAST WEEK)

| | |
|---|---|
| Extremely so | ☐1 |
| Very much so | ☐2 |
| Quite a bit | ☐3 |
| Some, but not a lot | ☐4 |
| Practically never | ☐5 |
| Not at all | ☐6 |

14. Have you had any reason to wonder if you were losing your mind, or losing control over the way you act, talk, think, feel of or of your memory? (DURING THE PAST WEEK)

| | |
|---|---|
| Not at all | ☐6 |
| Only a little | ☐5 |
| Some - but not enough to be concerned or worried about | ☐4 |
| Some and I have been a little concerned | ☐3 |
| Some and I am quite concerned | ☐2 |
| Yes, very much so and I am very concerned | ☐1 |

15. My daily life was full of things that were interesting to me DURING THE PAST WEEK.

| | |
|---|---|
| None of the time | ☐1 |
| A little of the time | ☐2 |
| Some of the time | ☐3 |
| A good bit of the time | ☐4 |
| Most of the time | ☐5 |
| All of the time | ☐6 |

continues

2004-02-16

CONFIDENTIAL
AZSER12749565

AstraZeneca

Page 301.06

Study code D1447C00126        Subj initials .........................        E code |E|_|_|_|_|_|_|_|

Visit No. V21

## Psychological General Well-Being Schedule (PGWB), continued                    PGWB

16. Did you feel active, vigorous, *or* dull, sluggish? (DURING THE PAST WEEK)

Very active, vigorous every day ☐6

Mostly active, vigorous - never really dull, sluggish ☐5

Fairly active, vigorous - seldom dull, sluggish ☐4

Fairly dull, sluggish - seldom active, vigorous ☐3

Mostly dull, sluggish - never really active, vigorous ☐2

Very dull, sluggish every day ☐1

17. Have you been anxious, worried, or upset? (DURING THE PAST WEEK)

Extremely so - to the point of being sick or almost sick ☐1

Very much so ☐2

Quite a bit ☐3

Some - enough to bother me ☐4

A little bit ☐5

Not at all ☐6

18. I was emotionally stable and sure of myself (DURING THE PAST WEEK)

None of the time ☐1

A little of the time ☐2

Some of the time ☐3

A good bit of the time ☐4

Most of the time ☐5

All of the time ☐6

19. Did you feel relaxed, at ease *or* high strung, tight or keyed-up? (DURING THE PAST WEEK)

Felt relaxed and at ease the whole week ☐6

Felt relaxed and at ease most of the time ☐5

Generally felt relaxed but at times felt fairly high strung ☐4

Generally felt high strung but at times felt fairly relaxed ☐3

Felt high strung, tight, or keyed-up most of the time ☐2

Felt high strung, tight, or keyed-up the whole week ☐1

continues

2004-02-16

CONFIDENTIAL
AZSER12749566

AstraZeneca

Page 301.07

| Study code D1447C00126 | Subj initials .................... | E code |E| | | | | | | |

Visit No. V21

## Psychological General Well-Being Schedule (PGWB), continued

**PGWB**

20.  I felt cheerful, lighthearted DURING THE PAST WEEK.

None of the time ☐1

A little of the time ☐2

Some of the time ☐3

A good bit of the time ☐4

Most of the time ☐5

All of the time ☐6

21.  I felt tired, worn out, used up, or exhausted (DURING THE PAST WEEK)

None of the time ☐6

A little of the time ☐5

Some of the time ☐4

A good bit of the time ☐3

Most of the time ☐2

All of the time ☐1

22.  Have you been under or felt you were under any strain, stress, or pressure? (DURING THE PAST WEEK)

Yes - almost more than I could bear or stand ☐1

Yes - quite a bit of pressure ☐2

Yes, some - more than usual ☐3

Yes, some – but about usual ☐4

Yes - a little ☐5

Not at all ☐6

2004-02-16

CONFIDENTIAL
AZSER12749567

Page Ins: 302

## INSTRUCTIONS FOR THE INVESTIGATOR

**Clinical Global Impression, Bipolar (Randomized Treatment Phase)**          CGI_BP

**Severity of illness**
Evaluate the severity of Subject's mental illness based on your total experience with this particular Subject population.  Assess based on the present or previous week's experience.  Rate on a seven-point spectrum (1= normal, 7= among the most severely ill Subjects).  Tick only one box.

**Change from Preceding Phase**
Assess Subject's total improvement since initiation of the current treatment (V1) whether or not, in your judgment, it is due entirely to drug treatment.  Rate on a seven-point spectrum (1= very much improved, 7= very much worse). Tick only one box.

**Rater's initials**
Record Rater's initials.  The same rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749568

AstraZeneca                                                                          Page 302

| Study code D1447C00126 | Subj initials ........................... | E code  E \| \| \| \| \| \| \| |

Visit No. V21

## Clinical Global Impression, Bipolar (Randomized Treatment Phase)          CGI_BP

### I. Severity of Illness
Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

| | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | □ 1 | □ 2 | □ 3 | □ 4 | □ 5 | □ 6 | □ 7 |
| Depression | □ 1 | □ 2 | □ 3 | □ 4 | □ 5 | □ 6 | □ 7 |
| Overall bipolar illness | □ 1 | □ 2 | □ 3 | □ 4 | □ 5 | □ 6 | □ 7 |

### II. Change from Preceding Phase
Compared to the V1 how much has the Subject changed

| | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | □ 1 | □ 2 | □ 3 | □ 4 | □ 5 | □ 6 | □ 7 | □ 9 |
| Depression | □ 1 | □ 2 | □ 3 | □ 4 | □ 5 | □ 6 | □ 7 | □ 9 |
| Overall bipolar illness | □ 1 | □ 2 | □ 3 | □ 4 | □ 5 | □ 6 | □ 7 | □ 9 |

| Rater's initials |
|---|
|  |

AW03-07   N/A   AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749569

Page Ins: 303

## INSTRUCTIONS FOR THE INVESTIGATOR

**Young Mania Rating Scale**                                                                                    **YMRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

Enter the date when the YMRS assessment was performed.

Provide one rating for each item score. Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749570

AstraZeneca                                                      Page 303

Study code D1447C00126          Subj initials ....................          E code  E | | | | | | |

                                Visit No. V21

## Young Mania Rating Scale                                      YMRS

Date of assessment        | 2 | 0| | | | | | |
                                  year        mm      dd

1.   Elevated Mood                          ⊔

2.   Increased Motor Activity - Energy      ⊔

3.   Sexual Interest                        ⊔

4.   Sleep                                  ⊔

5.   Irritability                           ⊔

6.   Speech (Rate and Amount)               ⊔

7.   Language - Thought Disorder            ⊔

8.   Content                                ⊔

9.   Disruptive - Aggressive Behaviour      ⊔

10.  Appearance                             ⊔

11.  Insight                                ⊔

| Rater´s initials |
|---|
|  |

2004-02-16

CONFIDENTIAL
AZSER12749571

Page Ins: 304

## INSTRUCTIONS FOR THE INVESTIGATOR

**Montgomery-Asberg Depression Rating Scale**                    **MADRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

**Date**
Enter the date when the assessment was performed.

Provide one rating for each item score.  Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

CN01107   N/A   AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749572

AstraZeneca                                                    Page 304

Study code D1447C00126          Subj initials ..........................          E code  | E |   |   |   |   |   |   |   |

Visit No. V21

CN0107
N/A
AW2003-07-31

# Montgomery-Asberg Depression Rating Scale                    **MADRS**

Date of assessment    | 2 | 0 |   |   |   |   |   |
                           year        mm      dd

1.  Apparent sadness              �š

2.  Reported sadness              �š

3.  Inner tension                 �š

4.  Reduced sleep                 �š

5.  Reduced appetite              �š

6.  Concentration difficulties    �š

7.  Lassitude                     �š

8.  Inability to feel             �š

9.  Pessimistic thoughts          �š

10. Suicidal thoughts             �š

| Rater´s initials |
|---|

2004-02-16

CONFIDENTIAL
AZSER12749573

Page Ins: 305

## INSTRUCTIONS FOR THE INVESTIGATOR

**Positive and Negative Syndrome Scale**                                    **PANSS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

Provide one rating for each item score.  Specify one of the scores listed by putting the appropriate whole number (ie 1, 2, 3...) in the adjacent box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

AW03:07  N/A  AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749574

AstraZeneca

Study code D1447C00126          Subj initials .................................          E code ⌊E⌊__⌊__⌊__⌊__⌊__⌊__⌋

Visit No. V21

## Positive and Negative Syndrome Scale

**PANSS**

**Positive Subscale**

**P1.**   Delusions                        ⌐⌐

**P2.**   Conceptual disorganization       ⌐⌐

**P3.**   Hallucinatory behaviour          ⌐⌐

**P4.**   Excitement                       ⌐⌐

**P5.**   Grandiosity                      ⌐⌐

**P6.**   Suspiciousness/persecution       ⌐⌐

**P7.**   Hostility                        ⌐⌐

Rater´s initials

N/A   AW03:07

AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749575

Page Ins: 306

## INSTRUCTIONS FOR THE INVESTIGATOR

**Abnormal Involuntary Movement Scale**                                    **AIMS**

Refer to workbook for scale instructions.

Provide one rating for each item score by putting the appropriate whole number  (ie, 0, 1, 2, 3, 4) for items 1-10 in the adjacent box.

Record the Rater's initials.  The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749576

AstraZeneca

| Study code D1447C00126 | Subj initials ........................ | E code E ⌊_⌊_⌊_⌊_⌊_⌊_⌋ |

Visit No. V21

## Abnormal Involuntary Movement Scale                                    **AIMS**

**Facial and oral movements**

1.  Muscles of facial expression     ⌷

2.  Lips and perioral area     ⌷

3.  Jaw     ⌷

4.  Tongue     ⌷

**Extremity movements**

5.  Upper (arms, wrists, hands, fingers)     ⌷

6.  Lower (legs, knees, ankles, toes)     ⌷

**Trunk movements**

7.  Neck, shoulders, hip     ⌷

**Global judgements**

8.  Severity of abnormal movements     ⌷

9.  Incapacitation due to abnormal movements     ⌷

10. Subject's awareness of abnormal movements     ⌷

| Rater´s initials |
|---|
|  |

AW03:07

N/A

AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749577

Page Ins: 307

INSTRUCTIONS FOR THE INVESTIGATOR

**Barnes Akathisia Rating Scale**                                        **BARS**

Refer to the workbook for scale instructions.

Provide one rating for each item score.  Specify one of the scores listed by putting the appropriate whole number (ie, 0, 1, 2...) in the corresponding open box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

**Simpson-Angus Scale**                                                  **SAS**

Refer to the workbook for scale instructions.

Provide one rating for each item score by putting the appropriate whole number in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749578

AstraZeneca

Page 307

Study code D1447C00126          Subj initials ......................          E code | E | | | | | | | |

Visit No. V21

AW03-07
N/A

## Barnes Akathisia Rating Scale

**BARS**

AW2003-07-31

1. Objective ☐

2. Subjective awareness of restlessness ☐

3. Subjective distress related to restlessness ☐

4. Global clinical assessment of akathisia ☐

Rater´s initials

AW03-07
N/A

## Simpson-Angus Scale

**SAS**

AW2003-07-31

1. Gait ☐

2. Arm dropping ☐

3. Shoulder shaking ☐

4. Elbow rigidity ☐

5. Wrist rigidity ☐

6. Head rotation ☐

7. Glabella tap ☐

8. Tremor ☐

9. Salivation ☐

10. Akathisia ☐

Rater´s initials

2004-02-16

CONFIDENTIAL
AZSER12749579

Page Ins: 308

## INSTRUCTIONS FOR THE INVESTIGATOR

**Adverse Events, Reminder**                                    **AERDR**

See AEDEF for definitions of Adverse Event (AE) and
Serious Adverse Event (Serious AE) and for translation of the
standard question to local language.

**Guide to the AE assessment**
*Ongoing at previous visit:*
AEs that were present at the previous visit and which may have stopped before
this visit or are still present.
*Spontaneously reported:*
The AE can be reported by other than Subject, for example family or hospital
staff.
*Observed by Investigational team or other person:*
Examinations and assessments should also be considered.

2004-02-16

CONFIDENTIAL
AZSER12749580

AstraZeneca                                                              Page 308

Study code D1447C00126        Subj initials .........................        E code |E|___|___|___|___|___|___|

                              Visit No. V21

## Adverse Events, Reminder                                              **AERDR**

Any adverse events
- ongoing at previous visit
- spontaneously reported
- observed by Investigational team or other person                No    Yes
- reported in reply to the standard question: ***"Have you         ○     ○
  had any health problems since the previous visit?"***                        If Yes, go to AELOG

AW2011/0   AZ2002-12-03   AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749581

AstraZeneca

Study code D1447C00126                    Visit No. V21

## Check List                                                              CHECK

1   In case of a Mood Event check that a notification has
    been faxed to the assigned Monitor.                          ◯

2   Adverse events have been reported on AELOG, and any
    change in concomitant medication on MED.                     ◯

3   Remember to transcribe rating scores and Subject
    questionnaire answers from the Workbooks to the
    corresponding CRFs.                                          ◯

4   The investigational product has been handed out together
    with dosage instruction cards.                               ◯

5   Check that DOSC and SAC have been filled in.                 ◯

6   Remind the Subject to bring the e-diary for next visit.      ◯

7   The Subject has been given an appointment for the next
    visit.                                                       ◯

AZ01110
AZ2002-12-03
AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749582

# Visit V22

CONFIDENTIAL
AZSER12749583



AstraZeneca

Page 309

Study code D1447C00126          Subj initials .........................          E code |E|_|_|_|_|_|_|_|

Visit No. V22

## Visit

**VISIT**

Visit date  |2|0|_|_|_|_|_|_|
            year    mm    dd

AZ/01/10

AZ2002-12-17

AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749584

Page Ins: 310

## INSTRUCTIONS FOR THE INVESTIGATOR

**Laboratory Assessments**                                                         **LAB2**
**Mood stabilizer**

Label and fill sample tubes according to laboratory instructions.

Record the sampling date and time.

Please sign and attach printout from laboratory to the CRF.

Check that Mood stabilizer is within range.

**NB:** State range for Lithium and Valproate: Lithium serum concentration range 0.5 mEq/L to 1.2 mEq/L and Valproate serum concentration range 50 µg/ml to 125 µg/ml.

2004-02-16

CONFIDENTIAL
AZSER12749585

AstraZeneca

Page 310

Study code D1447C00126          Subj initials ...................................          E code [E | | | | | | | |]

Visit No. V22

AZ01110

NA

AW2003-07-31

## Laboratory Assessments                                    LAB2
**Mood stabilizer**

Visit V22

Sampling date          [2 | 0 | | | | | | |]
                        year      mm      dd

Sampling time          [ | | : | | ]
                        24-hour clock

| AstraZeneca use only | |
|---|---|
| Laboratory ID | [ | | ] |

No   Yes
Mood stabilizer within range   ○   ○

2004-02-16

CONFIDENTIAL
AZSER12749586

Page Ins: 311

## INSTRUCTIONS FOR THE INVESTIGATOR

**Sheehan Disability Scale**                                           **SDS**

**Assessment Domains**

The Sheehan Disability Scale is a measurement of functional disability and impairment due to psychiatric symptoms. It consists of 3 functional impairment items and 2 items related to productivity losses due to the symptoms and impairment.

The Sheehan Disability Scale is a self rated questionnaire and should be administered to the Subject to be completed on his/her own without the presence or influence of study Investigator/ nurse or other individuals. You should instruct the Subject to report the disability and impairment experienced during the **past week** due to his/her **bipolar disorder symptoms.** Emphasize that you will not interfere with the completion or have any comments to the patient's responses.

When the patient has completed the questionnaire you should transfer the responses to the corresponding CRF page. Make sure that the visit numbers and dates are the same.

Please note that a questionnaire that has been completed by the patient is considered as source data and can not be amended by the Investigator or any other individual.

**NB:** The CRF page is for clinical personnel use only.

AW03-07

N/A

AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749587

AstraZeneca

Study code D1447C00126          Subj initials ...................................          E code |E|__|__|__|__|__|__|

Visit No. V22

## Sheehan Disability Scale                                                          **SDS**

**Disability Scale**
**Work/School**                                                       |__|__|

I have not worked/studied at all during the past week for          |__|₁
reasons unrelated to disorder

**Social Life**                                                       |__|__|

**Family Life/Home Responsibilities**                                 |__|__|

**DAYS LOST**                    Days          |__|__|

**DAYS UNDER-PRODUCTIVE**        Days          |__|__|

2004-02-16

CONFIDENTIAL
AZSER12749588

Page Ins: 312

## INSTRUCTIONS FOR THE INVESTIGATOR

**Psychological General Well-Being Schedule (PGWB)**                    **PGWB**

**Assessment Scale**

The PGWB is a self rated questionnaire and should be administered to the Subject to be completed on his/her own without the presence or influence of study Investigator/nurse or other individuals.

Instruct the Subject to read the instructions for the questionnaire and report their responses of well-being or distress for the **past week**. Emphasize that you will not interfere with the completion or have any comments to the Subject's responses.

When the Subject has completed the questionnaire, you should transfer the responses to the corresponding CRF page. Make sure that the visit numbers and dates are the same.

Please note that a questionnaire that has been completed by the Subject is considered as source data and cannot be amended by the Investigator or any other individual.

2004-02-16

CONFIDENTIAL
AZSER12749589

**AstraZeneca**

Page 312.01

| Study code D1447C00126 | Subj initials ........................ | E code |E| | | | | | |
|---|---|---|

Visit No. V22

AW03:07  N/A  AW2003-07-31

## Psychological General Well-Being Schedule (PGWB)

**PGWB**

1. How have you been feeling in general? (DURING THE PAST WEEK)

   In excellent spirits ☐ 6

   In very good spirits ☐ 5

   In good spirits mostly ☐ 4

   I have been up and down in spirits a lot ☐ 3

   In low spirits mostly ☐ 2

   In very low spirits ☐ 1

2. How often were you bothered by any illness, bodily disorder, aches or pains? (DURING THE PAST WEEK)

   Every day ☐ 1

   Almost every day ☐ 2

   About half the time ☐ 3

   Now and then, but less than half the time ☐ 4

   Rarely ☐ 5

   None of the time ☐ 6

3. Did you feel depressed? (DURING THE PAST WEEK)

   Yes - to the point that I felt like taking my life ☐ 1

   Yes - to the point that I did not care about anything ☐ 2

   Yes - very depressed almost every day ☐ 3

   Yes - quite depressed several times ☐ 4

   Yes - a little depressed now and then ☐ 5

   No - never felt depressed at all ☐ 6

continues

2004-02-16

CONFIDENTIAL
AZSER12749590

AstraZeneca

Page 312.02

| | | |
|---|---|---|
| Study code D1447C00126 | Subj initials ........................ | E code [E] [ ] [ ] [ ] [ ] [ ] [ ] |

Visit No. V22

## Psychological General Well-Being Schedule (PGWB), continued          PGWB

4.  Have you been in firm control of your behavior, thoughts, emotions, or feelings? (DURING THE PAST WEEK)

Yes, definitely so                                 ☐ 6

Yes, for the most part                            ☐ 5

Generally so                                       ☐ 4

Not too well                                       ☐ 3

No, and I am somewhat disturbed                    ☐ 2

No, and I am very disturbed                        ☐ 1

5.  Have you been bothered by nervousness or your "nerves"? (DURING THE PAST WEEK)

Extremely so - to the point where I could not work or take care of things                       ☐ 1

Very much so                                       ☐ 2

Quite a bit                                        ☐ 3

Some - enough to bother me                         ☐ 4

A little                                           ☐ 5

Not at all                                         ☐ 6

6.  How much energy, pep, or vitality did you have or feel? (DURING THE PAST WEEK)

Very full of energy - lots of pep                  ☐ 6

Fairly energetic most of the time                  ☐ 5

My energy level varied quite a bit                 ☐ 4

Generally low in energy or pep                     ☐ 3

Very low in energy or pep most of the time         ☐ 2

No energy of pep at all - I felt drained, sapped   ☐ 1

continues

2004-02-16

CONFIDENTIAL
AZSER12749591

AstraZeneca

Study code D1447C00126          Subj initials ...................          E code | E | | | | | | |

Visit No. V22

## Psychological General Well-Being Schedule (PGWB), continued          **PGWB**

7.  I felt downhearted and blue DURING THE PAST WEEK.

None of the time                                            ☐ 6

A little of the time                                        ☐ 5

Some of the time                                            ☐ 4

A good bit of the time                                      ☐ 3

Most of the time                                            ☐ 2

All of the time                                             ☐ 1

8.  Were you generally tense or did you feel any tension? (DURING THE PAST WEEK)

Yes - extremely tense, most or all of the time             ☐ 1

Yes - very tense most of the time                          ☐ 2

Not generally tense, but did feel fairly tense several times  ☐ 3

I felt a little tense a few times                           ☐ 4

My general tension level was quite low                      ☐ 5

I never felt tense or any tension at all                    ☐ 6

9.  How happy, satisfied, or pleased have you been with your personal life? (DURING THE PAST WEEK)

Extremely happy - could not have been more satisfied or pleased  ☐ 6

Very happy most of the time                                 ☐ 5

Generally satisfied - pleased                               ☐ 4

Sometime fairly happy, sometimes fairly unhappy             ☐ 3

Generally dissatisfied, unhappy                             ☐ 2

Very dissatisfied or unhappy most or all of the time        ☐ 1

continues

2004-02-16

CONFIDENTIAL
AZSER12749592

AstraZeneca

Study code D1447C00126          Subj initials ................................          E code  E | | | | | | |

Visit No. V22

## Psychological General Well-Being Schedule (PGWB), continued          **PGWB**

10. Did you feel healthy enough to carry out the things you like to do or had to do? (DURING THE PAST WEEK)

Yes - definitely so □6

For the most part □5

Health problems limited me in some important ways □4

I was only healthy enough to take care of myself □3

I needed some help in taking care of myself □2

I needed someone to help me with most or all of the things I had to do □1

11. Have you felt so sad, discouraged, hopeless, or had so many problems that you wondered if anything was worthwhile? (DURING THE PAST WEEK)

Extremely so - to the point that I have just about given up □1

Very much so □2

Quite a bit □3

Some - enough to bother me □4

A little bit □5

Not at all □6

12. I woke up feeling fresh and rested DURING THE PAST WEEK.

None of the time □1

A little of the time □2

Some of the time □3

A good bit of the time □4

Most of the time □5

All of the time □6

continues

2004-02-16

CONFIDENTIAL
AZSER12749593

AstraZeneca

Page 312.05

| Study code D1447C00126 | Subj initials ...................... | E code |E| | | | | | | |

Visit No. V22

## Psychological General Well-Being Schedule (PGWB), continued          **PGWB**

AW03:07  N/A  AW2003-07-31

13. Have you been concerned, worried, or had any fears about your health? (DURING THE PAST WEEK)

Extremely so ☐1

Very much so ☐2

Quite a bit ☐3

Some, but not a lot ☐4

Practically never ☐5

Not at all ☐6

14. Have you had any reason to wonder if you were losing your mind, or losing control over the way you act, talk, think, feel of or of your memory? (DURING THE PAST WEEK)

Not at all ☐6

Only a little ☐5

Some - but not enough to be concerned or worried about ☐4

Some and I have been a little concerned ☐3

Some and I am quite concerned ☐2

Yes, very much so and I am very concerned ☐1

15. My daily life was full of things that were interesting to me DURING THE PAST WEEK.

None of the time ☐1

A little of the time ☐2

Some of the time ☐3

A good bit of the time ☐4

Most of the time ☐5

All of the time ☐6

continues

2004-02-16

CONFIDENTIAL
AZSER12749594

AstraZeneca

Page 312.06

Study code D1447C00126          Subj initials ............................          E code  E | | | | | | |

Visit No. V22

## Psychological General Well-Being Schedule (PGWB), continued          PGWB

16. Did you feel active, vigorous, *or* dull, sluggish? (DURING THE PAST WEEK)

Very active, vigorous every day                                          ☐ 6

Mostly active, vigorous - never really dull, sluggish                    ☐ 5

Fairly active, vigorous - seldom dull, sluggish                          ☐ 4

Fairly dull, sluggish - seldom active, vigorous                          ☐ 3

Mostly dull, sluggish - never really active, vigorous                    ☐ 2

Very dull, sluggish every day                                            ☐ 1

17. Have you been anxious, worried, or upset? (DURING THE PAST WEEK)

Extremely so - to the point of being sick or almost sick                 ☐ 1

Very much so                                                             ☐ 2

Quite a bit                                                             ☐ 3

Some - enough to bother me                                              ☐ 4

A little bit                                                            ☐ 5

Not at all                                                             ☐ 6

18. I was emotionally stable and sure of myself (DURING THE PAST WEEK)

None of the time                                                        ☐ 1

A little of the time                                                    ☐ 2

Some of the time                                                        ☐ 3

A good bit of the time                                                  ☐ 4

Most of the time                                                        ☐ 5

All of the time                                                         ☐ 6

19. Did you feel relaxed, at ease *or* high strung, tight or keyed-up? (DURING THE PAST WEEK)

Felt relaxed and at ease the whole week                                 ☐ 6

Felt relaxed and at ease most of the time                               ☐ 5

Generally felt relaxed but at times felt fairly high strung             ☐ 4

Generally felt high strung but at times felt fairly relaxed             ☐ 3

Felt high strung, tight, or keyed-up most of the time                   ☐ 2

Felt high strung, tight, or keyed-up the whole week                     ☐ 1

continues

2004-02-16

CONFIDENTIAL
AZSER12749595

AstraZeneca

Page 312.07

| Study code D1447C00126 | Subj initials .................. | E code |E| | | | | | | |
|---|---|---|

Visit No. V22

AW03.07  N/A

AW2003-07-31

## Psychological General Well-Being Schedule (PGWB), continued

**PGWB**

20.  I felt cheerful, lighthearted DURING THE PAST WEEK.

None of the time ☐₁

A little of the time ☐₂

Some of the time ☐₃

A good bit of the time ☐₄

Most of the time ☐₅

All of the time ☐₆

21.  I felt tired, worn out, used up, or exhausted (DURING THE PAST WEEK)

None of the time ☐₆

A little of the time ☐₅

Some of the time ☐₄

A good bit of the time ☐₃

Most of the time ☐₂

All of the time ☐₁

22.  Have you been under or felt you were under any strain, stress, or pressure? (DURING THE PAST WEEK)

Yes - almost more than I could bear or stand ☐₁

Yes - quite a bit of pressure ☐₂

Yes, some - more than usual ☐₃

Yes, some – but about usual ☐₄

Yes - a little ☐₅

Not at all ☐₆

2004-02-16

CONFIDENTIAL
AZSER12749596

Page Ins: 313

## INSTRUCTIONS FOR THE INVESTIGATOR

**Clinical Global Impression, Bipolar (Randomized Treatment Phase)**            CGI_BP

**Severity of illness**
Evaluate the severity of Subject's mental illness based on your total experience with
this particular Subject population.  Assess based on the present or previous week's
experience.  Rate on a seven-point spectrum (1= normal, 7= among the most
severely ill Subjects).  Tick only one box.

**Change from Preceding Phase**
Assess Subject's total improvement since initiation of the current treatment (V1)
whether or not, in your judgment, it is due entirely to drug treatment.  Rate on a seven-
point spectrum (1= very much improved, 7= very much worse). Tick only one box.

**Rater's initials**
Record Rater's initials.  The same rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749597

AstraZeneca

Page 313

Study code D1447C00126          Subj initials ..................          E code  |E| | | | | | | |

Visit No. V22

## Clinical Global Impression, Bipolar (Randomized Treatment Phase)          CGI_BP

### I. Severity of Illness

Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

|  | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|---|---|---|---|---|---|---|---|
| Mania | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 |
| Depression | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 |
| Overall bipolar illness | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 |

### II. Change from Preceding Phase

Compared to the V1 how much has the Subject changed

|  | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|---|---|---|---|---|---|---|---|---|
| Mania | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 | ☐ 9 |
| Depression | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 | ☐ 9 |
| Overall bipolar illness | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 | ☐ 9 |

Rater's initials

AW03.07   N/A   AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749598

Page Ins: 314

## INSTRUCTIONS FOR THE INVESTIGATOR

**Young Mania Rating Scale**                                                    **YMRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

Enter the date when the YMRS assessment was performed.

Provide one rating for each item score. Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

AW03:07     N/A     AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749599

AstraZeneca

Page 314

Study code D1447C00126          Subj initials .................................          E code |E|_|_|_|_|_|_|_|

Visit No. V22

**Young Mania Rating Scale**                                        **YMRS**

Date of assessment          |2|0|_|_||_||_|_|
                                                year      mm    dd

1.   Elevated Mood                                    |__|

2.   Increased Motor Activity - Energy                |__|

3.   Sexual Interest                                  |__|

4.   Sleep                                            |__|

5.   Irritability                                     |__|

6.   Speech (Rate and Amount)                         |__|

7.   Language - Thought Disorder                      |__|

8.   Content                                          |__|

9.   Disruptive - Aggressive Behaviour               |__|

10.  Appearance                                       |__|

11.  Insight                                          |__|

Rater´s initials

2004-02-16

CONFIDENTIAL
AZSER12749600

Page Ins: 315

## INSTRUCTIONS FOR THE INVESTIGATOR

**Montgomery-Asberg Depression Rating Scale**                    **MADRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

**Date**
Enter the date when the assessment was performed.

Provide one rating for each item score.  Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749601

AstraZeneca                                                    Page 315

Study code D1447C00126          Subj initials ..........................    E code |E|_|_|_|_|_|_|_|

Visit No. V22

CN0107 / N/A / AW2003-07-31

## Montgomery-Asberg Depression Rating Scale                    **MADRS**

Date of assessment      |2|0|_|_|_|_|_|
                         year      mm   dd

1.  Apparent sadness          □

2.  Reported sadness          □

3.  Inner tension             □

4.  Reduced sleep             □

5.  Reduced appetite          □

6.  Concentration difficulties □

7.  Lassitude                 □

8.  Inability to feel         □

9.  Pessimistic thoughts      □

10. Suicidal thoughts         □

```
┌─────────────────┐
│ Rater´s initials │
│                 │
└─────────────────┘
```

2004-02-16

CONFIDENTIAL
AZSER12749602

Page Ins: 316

## INSTRUCTIONS FOR THE INVESTIGATOR

**Adverse Events, Reminder**                                                **AERDR**

See AEDEF for definitions of Adverse Event (AE) and
Serious Adverse Event (Serious AE) and for translation of the
standard question to local language.

**Guide to the AE assessment**
*Ongoing at previous visit:*
AEs that were present at the previous visit and which may have stopped before
this visit or are still present.
*Spontaneously reported:*
The AE can be reported by other than Subject, for example family or hospital
staff.
*Observed by Investigational team or other person:*
Examinations and assessments should also be considered.

2004-02-16

CONFIDENTIAL
AZSER12749603

AstraZeneca

Page 316

Study code D1447C00126        Subj initials ...........................        E code |E|  |  |  |  |  |  |  |

Visit No. V22

## Adverse Events, Reminder                                              **AERDR**

Any adverse events
 - ongoing at previous visit
 - spontaneously reported
 - observed by Investigational team or other person
 - reported in reply to the standard question: ***"Have you***       No      Yes
   ***had any health problems since the previous visit?"***           ○        ○        If Yes, go to AELOG

AZ01110   AZ2002-12-03   AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749604

AstraZeneca

Study code D1447C00126                    Visit No. V22

AZ01110   AZ2002-12-03   AW2003-07-31

## Check List                                                    CHECK

1   In case of a Mood Event check that a notification has been faxed to the assigned Monitor.   ◯

2   Adverse events have been reported on AELOG, and any change in concomitant medication on MED.   ◯

3   Remember to transcribe rating scores and Subject questionnaire answers from the Workbooks to the corresponding CRFs.   ◯

4   The investigational product has been handed out together with dosage instruction cards.   ◯

5   Check that DOSC and SAC have been filled in.   ◯

6   Remind the Subject to bring the e-diary for next visit.   ◯

7   The Subject has been given an appointment for the next visit.   ◯

2004-02-16

CONFIDENTIAL
AZSER12749605

# Signature

CONFIDENTIAL
AZSER12749606

Page Ins: 317

## INSTRUCTIONS FOR THE INVESTIGATOR

**Signature**                                                          **SIGN**

The Signature form is to be signed and dated by the Investigator **after** completion of all visits/assessments included in this binder.

Please note that supporting evaluations and test results (ECG printouts, lab reports, etc) are considered to be part of the CRF.

2004-02-16

CONFIDENTIAL
AZSER12749607

AstraZeneca 🜀          Page 317

Study code D1447C00126      Subj initials ............................     E code ⌊E⌋_⌊_⌊_⌊_⌊_⌊_⌋

## Signature                  **SIGN**

By signing and dating this page for the study and Subject identified above, I declare that the information on this and all other pages of this Case Report Form has been reviewed by me or my delegate, and is accurate and complete.

This CRF consists of pages 263 – 313

---

AstraZeneca use only

Added pages ......................................................................................................

Pages ............... to ............... were never completed for this Subject and have been removed   |2 ₀0 ₁_ ₁_ ₁_ ₁_ ₁_|   ......................
                                            year    mm    dd   Monitor's initials

---

AstraZeneca use only

Added pages ......................................................................................................

Pages ............... to ............... were never completed for this Subject and have been removed   |2 0 _ _ _ _ _|   ......................
                                            year    mm    dd   Monitor's initials

---

AstraZeneca use only

Added pages ......................................................................................................

Pages ............... to ............... were never completed for this Subject and have been removed   |2 0 _ _ _ _ _|   ......................
                                            year    mm    dd   Monitor's initials

---

|_ _ _ _ _ _|   ....................................................
year    mm    dd    Investigator's signature

                        ....................................................
                        Investigator's name (in block letters)

2004-02-16

CONFIDENTIAL
AZSER12749608

AZ/01110   NA   AW2003-07-31

# Visit V23

CONFIDENTIAL
AZSER12749609

Page Ins: 318

## INSTRUCTIONS FOR THE INVESTIGATOR

**Physical Examination, Follow-up**                                    **PHYSFAW2**

Enter the date the assessment was performed.

Make the examination in accordance with your normal clinic routines.

Please compare with the physical examination at Visit 1 (Randomization) before completing 'Abnormal'.

**Head and neck**
Please include head, ears, eyes, nose, and throat in this examination.

Only tick 'Not done' if the Subject refuses or if the examination of a part of the body is not possible.

**NB:** The eye examination includes a direct ophtalmoscopy.

2004-02-16

CONFIDENTIAL
AZSER12749610

AstraZeneca

Page 318

Study code D1447C00126     Subj initials .........................     E code |E|_|_|_|_|_|_|

Visit No. V23 (Final visit)

## Visit

**VISIT**

Visit date |2|_0|_|_|_|_|_|
year          mm        dd

## Physical Examination, Follow-up

**PHYSFAW2**

Assessment date |2|_0|_|_|_|_|_|
year          mm        dd

| | Normal | Abnormal | | Not done | Specification of new or aggravated abnormalities (compared with Randomization) |
|---|---|---|---|---|---|
| | | Same as Randomization | New or aggravated | | |
| General appearance | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | .......................................... |
| Skin | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | .......................................... |
| Head and neck | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | .......................................... |
| Lymph nodes | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | .......................................... |
| Thyroid | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | .......................................... |
| Musculoskeletal/ Extremities | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | .......................................... |
| Cardiovascular | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | .......................................... |
| Lungs | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | .......................................... |
| Abdomen | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | .......................................... |
| Neurological | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | .......................................... |
| Genital/Rectal | ☐ 0 | ☐ 1 | ☐ 2 | ☐ 95 | .......................................... |

☞ **If any new or aggravated abnormalities imply a deterioration compared with Randomization, fill in Adverse Event Log Form**

2004-02-16

CONFIDENTIAL
AZSER12749611

Page Ins: 319

## INSTRUCTIONS FOR THE INVESTIGATOR

**Vital Signs, Weight**                                                      **VIT**

**Pulse and blood pressure**
The method used at baseline must be used at each subsequent recording for PR and BP measurements.

Measure pulse before blood pressure.

The pulse and blood pressure should be measured supine and standing by using non-invasive equipment. The standing pulse and blood pressure should be measured after 2 minutes of standing.

**Weight**
Weight must be recorded using the same scale.

Subject should wear light clothing and no shoes during the weight assessment.

2004-02-16

CONFIDENTIAL
AZSER12749612

AstraZeneca

Page 319

Study code D1447C00126          Subj initials .........................          E code  E |   |   |   |   |   |   |

Visit No. V23 (Final visit)

AZ/01:10

NA

AW2003-07-31

## Vital Signs, Weight                                                                    **VIT**

*Assm
No.*

*Protocol
schedule*

1   Pulse  |   |   |   | beats/min     Supine
(0 min)     Blood pressure  |   |   |   | / |   |   |   | mmHg
                                                              systolic      diastolic

2   Pulse  |   |   |   | beats/min     Standing
(2 min)     Blood pressure  |   |   |   | / |   |   |   | mmHg
                                                              systolic      diastolic

Weight        |   |   |   | • |   | kg

CONFIDENTIAL
AZSER12749613

Page Ins: 320

## INSTRUCTIONS FOR THE INVESTIGATOR

AJ20110

**Electrocardiogram**                                                                    **ECG**

NA

AW2003-07-31

A 12-lead ECG should be recorded according to the ECG-lab instructions. The printout needs to be signed and dated by the Investigator (or his/her designate) and attached to corresponding CRF page.

Record the date and time of 12-lead ECG.

2004-02-16

CONFIDENTIAL
AZSER12749614



AstraZeneca

Page 320

Study code D1447C00126          Subj initials ........................          E code |E|_|_|_|_|_|_|_|

Visit No. V23 (Final visit)

AJ20110

## Electrocardiogram

**ECG**

NA

Date of ECG    |2|0|_|_|_|_|_|
                  year        mm        dd

AW2003-07-31

Time of ECG    |_|_| : |_|_|_|
                  24-hour clock

2004-02-16

CONFIDENTIAL
AZSER12749615

Page Ins: 321

## INSTRUCTIONS FOR THE INVESTIGATOR

**Meals**                                                                                    **MEAL**

Record date and time of last meal.

SO03.03

SO2003-03-20

AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749616



AstraZeneca                                                                 Page 321

Study code D1447C00126          Subj initials ........................          E code |E| | | | | | | |

Visit No. V23 (Final visit)

**Meals**                                                                      **MEAL**

Date of last meal    |2| 0| | | | | | |
                         year        mm     dd

Time of last meal    | | | : | | |
                         24-hour clock

2004-02-16

CONFIDENTIAL
AZSER12749617

Page Ins: 322

## INSTRUCTIONS FOR THE INVESTIGATOR

**Laboratory Assessments**                                                    **LAB1**

Label and fill sample tubes according to laboratory instructions.

Record the sampling date and time.

Please sign and attach printout from laboratory to the CRF.

If the Absolute Neutrophil Count is below 0,5 X 10$^9$/L a repeat lab within 24 hours is required. If the value of the repeated assessment is below 0,5 X 10$^9$/L this should be documented as an Adverse Event. The Adverse Event should be the signs and symptoms of the low Absolute Neutrophil Count if present. If no symptoms are present the Adverse Event should be 'Absolute Neutrophil Count Decreased'.

2004-02-16

CONFIDENTIAL
AZSER12749618

AstraZeneca

Study code D1447C00126          Subj initials .......................          E code |E| | | | | | |

Visit No. V23 (Final visit)

## Laboratory Assessments                                        LAB1

Visit V23 (Final visit)

Sampling date                | 2 | 0 | | | | | | | |
                               year      mm      dd

Sampling time                | | | : | | |
                               24-hour clock

| AstraZeneca use only | |
| --- | --- |
| Laboratory ID | | | | |

AZ01110

NA

AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749619

Page Ins: 323

## INSTRUCTIONS FOR THE INVESTIGATOR

**Laboratory Assessments**                                                       **LAB2**
**Mood stabilizer**

Label and fill sample tubes according to laboratory instructions.

Record the sampling date and time.

Please sign and attach printout from laboratory to the CRF.

Check that Mood stabilizer is within range.

**NB:** State range for Lithium and Valproate: Lithium serum concentration range 0,5 mEq/L to 1,2 mEq/L and Valproate serum concentration range 50 µg/ml to 125 µg/ml.

AZ0110

NA

AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749620

AstraZeneca                                                                      Page 323

Study code D1447C00126          Subj initials .......................          E code  |E|_|_|_|_|_|_|_|

Visit No. V23 (Final visit)

**Laboratory Assessments**                                                      **LAB2**
**Mood stabilizer**

Visit 23 (Final visit)

Sampling date          |2|0|_|_| |_|_| |_|_|
                              year      mm    dd

Sampling time          |_|_| : |_|_|
                       24-hour clock

| AstraZeneca use only | |
| Laboratory ID | |_|_| |

Mood stabilizer within range    No ◯    Yes ◯

2004-02-16

CONFIDENTIAL
AZSER12749621

Page Ins: 324

## INSTRUCTIONS FOR THE INVESTIGATOR

**Pregnancy Test**                                                          **PREG**

**Assessment applicable for Subject**
For males, tick 'No'.

**Positive test**
For a positive pregnancy test, fill in the 'Pregnancy Outcome Report
Form' and send part 1 to the AstraZeneca Monitor without delay.
Pregnancy itself is not regarded as an AE unless there is a suspicion
that the investigational product may have interfered with the
effectiveness of a contraceptive medication. If this is the case,
also fill in Adverse Event form/Serious Adverse Event form.

AW2003-07-31   AZ2002-12-03   AZ0110

2004-02-16

CONFIDENTIAL
AZSER12749622

AstraZeneca

Page 324

Study code D1447C00126          Subj initials ...................          E code |E| | | | | | |

Visit No. V23 (Final visit)

## Pregnancy Test

**PREG**

Assessment applicable for Subject

No ☐ 0   Yes ☐ 1   If Yes, fill in below

Sampling date        | 2 | 0 | | | | | |
                        year      mm      dd

Pregnancy test, serum

Neg ☐ 0   Pos ☐ 1   If Positive, withdraw Subject and fill in TERM

2004-02-16

CONFIDENTIAL
AZSER12749623

Page Ins: 325

## INSTRUCTIONS FOR THE INVESTIGATOR

**Sheehan Disability Scale**                                                    **SDS**

**Assessment Domains**

The Sheehan Disability Scale is a measurement of functional disability and impairment due to psychiatric symptoms. It consists of 3 functional impairment items and 2 items related to productivity losses due to the symptoms and impairment.

The Sheehan Disability Scale is a self rated questionnaire and should be administered to the Subject to be completed on his/her own without the presence or influence of study Investigator/ nurse or other individuals. You should instruct the Subject to report the disability and impairment experienced during the **past week** due to his/her **bipolar disorder symptoms.** Emphasize that you will not interfere with the completion or have any comments to the patient's responses.

When the patient has completed the questionnaire you should transfer the responses to the corresponding CRF page. Make sure that the visit numbers and dates are the same.

Please note that a questionnaire that has been completed by the patient is considered as source data and can not be amended by the Investigator or any other individual.

**NB:** The CRF page is for clinical personnel use only.

AW03:07

N/A

AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749624

AstraZeneca

Page 325

Study code D1447C00126          Subj initials .........................          E code  E |_|_|_|_|_|_|

Visit No. V23 (Final visit)

## Sheehan Disability Scale

**SDS**

**Disability Scale**
**Work/School**                                            |_|_|

I have not worked/studied at all during the past week for reasons unrelated to disorder     |_|₁

**Social Life**                                            |_|_|

**Family Life/Home Responsibilities**                      |_|_|

**DAYS LOST**              Days          |_|_|

**DAYS UNDER-PRODUCTIVE**   Days          |_|_|

2004-02-16

CONFIDENTIAL
AZSER12749625

Page Ins: 326

## INSTRUCTIONS FOR THE INVESTIGATOR

**Psychological General Well-Being Schedule (PGWB)**                    **PGWB**

**Assessment Scale**

The PGWB is a self rated questionnaire and should be administered to the Subject to be completed on his/her own without the presence or influence of study Investigator/nurse or other individuals.

Instruct the Subject to read the instructions for the questionnaire and report their responses of well-being or distress for the **past week**. Emphasize that you will not interfere with the completion or have any comments to the Subject's responses.

When the Subject has completed the questionnaire, you should transfer the responses to the corresponding CRF page. Make sure that the visit numbers and dates are the same.

Please note that a questionnaire that has been completed by the Subject is considered as source data and cannot be amended by the Investigator or any other individual.

2004-02-16

CONFIDENTIAL
AZSER12749626

AstraZeneca

Page 326.01

| Study code D1447C00126 | Subj initials .................... | E code |E| | | | | | | |

Visit No. V23 (Final visit)

## Psychological General Well-Being Schedule (PGWB)

**PGWB**

1.  How have you been feeling in general? (DURING THE PAST WEEK)

    In excellent spirits ☐ 6

    In very good spirits ☐ 5

    In good spirits mostly ☐ 4

    I have been up and down in spirits a lot ☐ 3

    In low spirits mostly ☐ 2

    In very low spirits ☐ 1

2.  How often were you bothered by any illness, bodily disorder, aches or pains? (DURING THE PAST WEEK)

    Every day ☐ 1

    Almost every day ☐ 2

    About half the time ☐ 3

    Now and then, but less than half the time ☐ 4

    Rarely ☐ 5

    None of the time ☐ 6

3.  Did you feel depressed? (DURING THE PAST WEEK)

    Yes - to the point that I felt like taking my life ☐ 1

    Yes - to the point that I did not care about anything ☐ 2

    Yes - very depressed almost every day ☐ 3

    Yes - quite depressed several times ☐ 4

    Yes - a little depressed now and then ☐ 5

    No - never felt depressed at all ☐ 6

continues

2004-02-16

CONFIDENTIAL
AZSER12749627

AstraZeneca

Page 326.02

| Study code D1447C00126 | Subj initials ........................ | E code |E|   I  I  I  I  I  I  I |

Visit No. V23 (Final visit)

## Psychological General Well-Being Schedule (PGWB), continued       PGWB

4.  Have you been in firm control of your behavior, thoughts, emotions, or feelings? (DURING THE PAST WEEK)

Yes, definitely so ☐ 6

Yes, for the most part ☐ 5

Generally so ☐ 4

Not too well ☐ 3

No, and I am somewhat disturbed ☐ 2

No, and I am very disturbed ☐ 1

5.  Have you been bothered by nervousness or your "nerves"? (DURING THE PAST WEEK)

Extremely so - to the point where I could not work or take care of things ☐ 1

Very much so ☐ 2

Quite a bit ☐ 3

Some - enough to bother me ☐ 4

A little ☐ 5

Not at all ☐ 6

6.  How much energy, pep, or vitality did you have or feel? (DURING THE PAST WEEK)

Very full of energy - lots of pep ☐ 6

Fairly energetic most of the time ☐ 5

My energy level varied quite a bit ☐ 4

Generally low in energy or pep ☐ 3

Very low in energy or pep most of the time ☐ 2

No energy of pep at all - I felt drained, sapped ☐ 1

continues

2004-02-16

CONFIDENTIAL
AZSER12749628

AstraZeneca

Page 326.03

Study code D1447C00126          Subj initials ...............................          E code ⌊E⌋_|_|_|_|_|_|_⌋

Visit No. V23 (Final visit)

AW03.07
N/A
AW2003-07-31

## Psychological General Well-Being Schedule (PGWB), continued          **PGWB**

7.   I felt downhearted and blue DURING THE PAST WEEK.

None of the time ☐ 6

A little of the time ☐ 5

Some of the time ☐ 4

A good bit of the time ☐ 3

Most of the time ☐ 2

All of the time ☐ 1

8.   Were you generally tense or did you feel any tension? (DURING THE PAST WEEK)

Yes - extremely tense, most or all of the time ☐ 1

Yes - very tense most of the time ☐ 2

Not generally tense, but did feel fairly tense several times ☐ 3

I felt a little tense a few times ☐ 4

My general tension level was quite low ☐ 5

I never felt tense or any tension at all ☐ 6

9.   How happy, satisfied, or pleased have you been with your personal life? (DURING THE PAST WEEK)

Extremely happy - could not have been more satisfied or pleased ☐ 6

Very happy most of the time ☐ 5

Generally satisfied - pleased ☐ 4

Sometime fairly happy, sometimes fairly unhappy ☐ 3

Generally dissatisfied, unhappy ☐ 2

Very dissatisfied or unhappy most or all of the time ☐ 1

continues

2004-02-16

CONFIDENTIAL
AZSER12749629

AstraZeneca

| Study code D1447C00126 | Subj initials .................................. | E code  E |              |
|---|---|---|

Visit No. V23 (Final visit)

## Psychological General Well-Being Schedule (PGWB), continued                    PGWB

10. Did you feel healthy enough to carry out the things you like to do or had to do? (DURING THE PAST WEEK)

Yes - definitely so ☐6

For the most part ☐5

Health problems limited me in some important ways ☐4

I was only healthy enough to take care of myself ☐3

I needed some help in taking care of myself ☐2

I needed someone to help me with most or all of the things I had to do ☐1

11. Have you felt so sad, discouraged, hopeless, or had so many problems that you wondered if anything was worthwhile? (DURING THE PAST WEEK)

Extremely so - to the point that I have just about given up ☐1

Very much so ☐2

Quite a bit ☐3

Some - enough to bother me ☐4

A little bit ☐5

Not at all ☐6

12. I woke up feeling fresh and rested DURING THE PAST WEEK.

None of the time ☐1

A little of the time ☐2

Some of the time ☐3

A good bit of the time ☐4

Most of the time ☐5

All of the time ☐6

continues

2004-02-16

CONFIDENTIAL
AZSER12749630

AstraZeneca

Page 326.05

Study code D1447C00126          Subj initials ...........................          E code | E | | | | | | |

Visit No. V23 (Final visit)

## Psychological General Well-Being Schedule (PGWB), continued          PGWB

13. Have you been concerned, worried, or had any fears about your health? (DURING THE PAST WEEK)

Extremely so ☐₁

Very much so ☐₂

Quite a bit ☐₃

Some, but not a lot ☐₄

Practically never ☐₅

Not at all ☐₆

14. Have you had any reason to wonder if you were losing your mind, or losing control over the way you act, talk, think, feel or of your memory? (DURING THE PAST WEEK)

Not at all ☐₆

Only a little ☐₅

Some - but not enough to be concerned or worried about ☐₄

Some and I have been a little concerned ☐₃

Some and I am quite concerned ☐₂

Yes, very much so and I am very concerned ☐₁

15. My daily life was full of things that were interesting to me DURING THE PAST WEEK.

None of the time ☐₁

A little of the time ☐₂

Some of the time ☐₃

A good bit of the time ☐₄

Most of the time ☐₅

All of the time ☐₆

continues

2004-02-16

CONFIDENTIAL
AZSER12749631

AstraZeneca

Page 326.06

Study code D1447C00126          Subj initials ........................          E code  E | | | | | | |

Visit No. V23 (Final visit)

## Psychological General Well-Being Schedule (PGWB), continued          **PGWB**

16. Did you feel active, vigorous, *or* dull, sluggish? (DURING THE PAST WEEK)

Very active, vigorous every day ☐6

Mostly active, vigorous - never really dull, sluggish ☐5

Fairly active, vigorous - seldom dull, sluggish ☐4

Fairly dull, sluggish - seldom active, vigorous ☐3

Mostly dull, sluggish - never really active, vigorous ☐2

Very dull, sluggish every day ☐1

17. Have you been anxious, worried, or upset? (DURING THE PAST WEEK)

Extremely so - to the point of being sick or almost sick ☐1

Very much so ☐2

Quite a bit ☐3

Some - enough to bother me ☐4

A little bit ☐5

Not at all ☐6

18. I was emotionally stable and sure of myself (DURING THE PAST WEEK)

None of the time ☐1

A little of the time ☐2

Some of the time ☐3

A good bit of the time ☐4

Most of the time ☐5

All of the time ☐6

19. Did you feel relaxed, at ease *or* high strung, tight or keyed-up? (DURING THE PAST WEEK)

Felt relaxed and at ease the whole week ☐6

Felt relaxed and at ease most of the time ☐5

Generally felt relaxed but at times felt fairly high strung ☐4

Generally felt high strung but at times felt fairly relaxed ☐3

Felt high strung, tight, or keyed-up most of the time ☐2

Felt high strung, tight, or keyed-up the whole week ☐1

continues

2004-02-16

CONFIDENTIAL
AZSER12749632

AstraZeneca

Page 326.07

Study code D1447C00126          Subj initials ....................          E code  E | | | | | | |

Visit No. V23 (Final visit)

## Psychological General Well-Being Schedule (PGWB), continued          **PGWB**

20.  I felt cheerful, lighthearted DURING THE PAST WEEK.

None of the time ☐1

A little of the time ☐2

Some of the time ☐3

A good bit of the time ☐4

Most of the time ☐5

All of the time ☐6

21.  I felt tired, worn out, used up, or exhausted (DURING THE PAST WEEK)

None of the time ☐6

A little of the time ☐5

Some of the time ☐4

A good bit of the time ☐3

Most of the time ☐2

All of the time ☐1

22.  Have you been under or felt you were under any strain, stress, or pressure? (DURING THE PAST WEEK)

Yes - almost more than I could bear or stand ☐1

Yes - quite a bit of pressure ☐2

Yes, some - more than usual ☐3

Yes, some – but about usual ☐4

Yes - a little ☐5

Not at all ☐6

2004-02-16

CONFIDENTIAL
AZSER12749633

Page Ins: 327

## INSTRUCTIONS FOR THE INVESTIGATOR

**Clinical Global Impression, Bipolar (Randomized Treatment Phase)**          CGI_BP

**Severity of illness**
Evaluate the severity of Subject's mental illness based on your total experience with this particular Subject population.  Assess based on the present or previous week's experience.  Rate on a seven-point spectrum (1= normal, 7= among the most severely ill Subjects).  Tick only one box.

**Change from Preceding Phase**
Assess Subject's total improvement since initiation of the current treatment (V1) whether or not, in your judgment, it is due entirely to drug treatment.  Rate on a seven-point spectrum (1= very much improved, 7= very much worse).  Tick only one box.

**Rater's initials**
Record Rater's initials.  The same rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749634

AstraZeneca                                                        Page 327

Study code D1447C00126         Subj initials ...................        E code  |E| | | | | | |

Visit No. V23 (Final visit)

## Clinical Global Impression, Bipolar (Randomized Treatment Phase)          CGI_BP

### I. Severity of Illness
Considering your total clinical experience with bipolar Subjects, how severely ill is the Subject at this time

|                        | Normal not ill | Minimally ill | Mildly ill | Moderately ill | Markedly ill | Severely ill | Very severely ill |
|------------------------|:---:|:---:|:---:|:---:|:---:|:---:|:---:|
| Mania                  | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Depression             | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |
| Overall bipolar illness| ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 |

### II. Change from Preceding Phase
Compared to the V1 how much has the Subject changed

|                        | Very much improved | Much improved | Minimally improved | No change | Minimally worse | Much worse | Very much worse | Not applicable |
|------------------------|:---:|:---:|:---:|:---:|:---:|:---:|:---:|:---:|
| Mania                  | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Depression             | ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |
| Overall bipolar illness| ☐1 | ☐2 | ☐3 | ☐4 | ☐5 | ☐6 | ☐7 | ☐9 |

Rater's initials

2004-02-16

CONFIDENTIAL
AZSER12749635

Page Ins: 328

## INSTRUCTIONS FOR THE INVESTIGATOR

**Young Mania Rating Scale**                                                    **YMRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

Enter the date when the YMRS assessment was performed.

Provide one rating for each item score. Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749636

AstraZeneca

Page 328

Study code D1447C00126          Subj initials .................................          E code  E |   |   |   |   |   |   |

Visit No. V23 (Final visit)

## Young Mania Rating Scale

**YMRS**

Date of assessment          | 2 | 0|   |   |   |   |   |
year      mm      dd

1.   Elevated Mood

2.   Increased Motor Activity - Energy

3.   Sexual Interest

4.   Sleep

5.   Irritability

6.   Speech (Rate and Amount)

7.   Language - Thought Disorder

8.   Content

9.   Disruptive - Aggressive Behaviour

10.  Appearance

11.  Insight

Rater´s initials

2004-02-16

CONFIDENTIAL
AZSER12749637

Page Ins: 329

## INSTRUCTIONS FOR THE INVESTIGATOR

**Montgomery-Asberg Depression Rating Scale**               **MADRS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

**Date**
Enter the date when the assessment was performed.

Provide one rating for each item score.  Specify one of the scores listed by putting the appropriate whole number (ie 0, 1, 2...) in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

CN01/07   N/A   AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749638

AstraZeneca

Page 329

Study code D1447C00126          Subj initials .............................          E code | E | | | | | | |

Visit No. V23 (Final visit)

CN0107   N/A   AW2003-07-31

## Montgomery-Asberg Depression Rating Scale

**MADRS**

Date of assessment   | 2 | 0 | | | | | | |
                         year        mm      dd

1.   Apparent sadness          ⊔

2.   Reported sadness          ⊔

3.   Inner tension             ⊔

4.   Reduced sleep             ⊔

5.   Reduced appetite          ⊔

6.   Concentration difficulties ⊔

7.   Lassitude                 ⊔

8.   Inability to feel         ⊔

9.   Pessimistic thoughts      ⊔

10.  Suicidal thoughts         ⊔

| Rater's initials |
|---|

2004-02-16

CONFIDENTIAL
AZSER12749639

Page Ins: 330

## INSTRUCTIONS FOR THE INVESTIGATOR

**Positive and Negative Syndrome Scale**                                    **PANSS**

Refer to the workbook for scale instructions and semi-scripted clinical interview.

Provide one rating for each item score.  Specify one of the scores listed by putting the appropriate whole number (ie 1, 2, 3...) in the adjacent box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749640

AstraZeneca

Page 330

Study code D1447C00126          Subj initials ...............................          E code  E | | | | | | |

Visit No. V23 (Final visit)

N/A   AW03:07
AW2003-07-31

## Positive and Negative Syndrome Scale

**PANSS**

**Positive Subscale**

**P1.**  Delusions                          ⌐ ⌐

**P2.**  Conceptual disorganization         ⌐ ⌐

**P3.**  Hallucinatory behaviour            ⌐ ⌐

**P4.**  Excitement                         ⌐ ⌐

**P5.**  Grandiosity                        ⌐ ⌐

**P6.**  Suspiciousness/persecution         ⌐ ⌐

**P7.**  Hostility                          ⌐ ⌐

| Rater´s initials |
| --- |
|  |

2004-02-16

CONFIDENTIAL
AZSER12749641

Page Ins: 331

## INSTRUCTIONS FOR THE INVESTIGATOR

**Abnormal Involuntary Movement Scale**                                    **AIMS**

Refer to workbook for scale instructions.

Provide one rating for each item score by putting the appropriate whole number  (ie, 0, 1, 2, 3, 4) for items 1-10 in the adjacent box.

Record the Rater's initials.  The same Rater should perform all assessments for a Subject.

AW03.07   N/A   AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749642

AstraZeneca

Page 331

Study code D1447C00126          Subj initials ...................................          E code E | | | | | | |

Visit No. V23 (Final visit)

## Abnormal Involuntary Movement Scale

**AIMS**

**Facial and oral movements**

1.  Muscles of facial expression          └─┘

2.  Lips and perioral area          └─┘

3.  Jaw          └─┘

4.  Tongue          └─┘

**Extremity movements**

5.  Upper (arms, wrists, hands, fingers)          └─┘

6.  Lower (legs, knees, ankles, toes)          └─┘

**Trunk movements**

7.  Neck, shoulders, hip          └─┘

**Global judgements**

8.  Severity of abnormal movements          └─┘

9.  Incapacitation due to abnormal movements          └─┘

10. Subject's awareness of abnormal movements          └─┘

| Rater's initials |
| --- |
|  |

AW03:07   N/A   AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749643

Page Ins: 332

## INSTRUCTIONS FOR THE INVESTIGATOR

**Barnes Akathisia Rating Scale**                                    **BARS**

Refer to the workbook for scale instructions.

Provide one rating for each item score.  Specify one of the scores listed by putting the appropriate whole number (ie, 0, 1, 2...) in the corresponding open box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

**Simpson-Angus Scale**                                              **SAS**

Refer to the workbook for scale instructions.

Provide one rating for each item score by putting the appropriate whole number in the corresponding box.

Record the Rater's initials. The same Rater should perform all assessments for a Subject.

2004-02-16

CONFIDENTIAL
AZSER12749644

AstraZeneca

Page 332

Study code D1447C00126          Subj initials ...............................          E code  E | | | | | | |

Visit No. V23 (Final visit)

AW03·07

N/A

AW2003-07-31

## Barnes Akathisia Rating Scale

**BARS**

1. Objective ☐

2.  Subjective awareness of restlessness ☐

3.  Subjective distress related to restlessness ☐

4.  Global clinical assessment of akathisia ☐

| Rater´s initials |
| --- |

AW03·07

N/A

AW2003-07-31

## Simpson-Angus Scale

**SAS**

1.   Gait ☐

2.   Arm dropping ☐

3.    Shoulder shaking ☐

4.   Elbow rigidity ☐

5.   Wrist rigidity ☐

6.   Head rotation ☐

7.   Glabella tap ☐

8.   Tremor ☐

9.   Salivation ☐

10.  Akathisia ☐

| Rater´s initials |
| --- |

2004-02-16

CONFIDENTIAL
AZSER12749645

Page Ins: 333

## INSTRUCTIONS FOR THE INVESTIGATOR

**Adverse Events, Reminder**                                          **AERDR**

See AEDEF for definitions of Adverse Event (AE) and
Serious Adverse Event (Serious AE) and for translation of the
standard question to local language.

**Guide to the AE assessment**
*Ongoing at previous visit:*
AEs that were present at the previous visit and which may have stopped before
this visit or are still present.
*Spontaneously reported:*
The AE can be reported by other than Subject, for example family or hospital
staff.
*Observed by Investigational team or other person:*
Examinations and assessments should also be considered.

2004-02-16

CONFIDENTIAL
AZSER12749646

AstraZeneca                                                                    Page 333

| Study code D1447C00126 | Subj initials ................. | E code |E| | | | | | | | |

Visit No. V23 (Final visit)

## Adverse Events, Reminder                                              **AERDR**

Any adverse events
- ongoing at previous visit
- spontaneously reported
- observed by Investigational team or other person
- reported in reply to the standard question: **"Have you had any health problems since the previous visit?"**

No        Yes
○          ○          If Yes, go to AELOG

AZ01110

AZ2002-12-03

AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749647