AstraZeneca

Study code D1447C00126                    Visit No. V23 (Final visit)

## Check List                                                                    CHECK

1   In case of a Mood Event check that a notification has
    been faxed to the assigned Monitor.                            ◯

2   Remember to transfer ratings and Subject questionnaire
    answers from the Workbooks to the corresponding CRFs.          ◯

3   Subject has returned all remaining study medication and
    SAC and DOSC have been filled in.                              ◯

4   The e-diary has been returned.                                 ◯

5   If there has been any change in concomitant medication,
    MED, has been filled in.                                       ◯

6   Termination page (TERM) has been filled in.                    ◯

7   AELOG has been filled in.                                      ◯

8   SIGN is to be filled in.                                       ◯

9   Spontaneously reported AEs occurring up to 30 days after
    the last dose of investigational drug should be recorded
    together with concomitant medications.                        ◯

10  SAE occurring within 30 days after Subject has completed
    should be reported.                                           ◯

2004-02-16

CONFIDENTIAL
AZSER12749648

# Medication

CONFIDENTIAL
AZSER12749649

MED

# INSTRUCTIONS FOR THE INVESTIGATOR

## Medication on Entry and During the Study

Record all medication including mood stabilizers, taken by Subject at entry as well as all new and changed concomitant medication during the study.

Hormonal contraceptives and additional study drugs, for example rescue medication, should also be recorded on MED.

Record also hormones, vitamins and herbal medications.

If known, the generic substance(s) should be entered within brackets.

### None

Tick the None-box at completion/discontinuation if no concomitant medication has been taken during the study nor during the preceding 26 weeks.

### Trade name

If trade name is unknown, enter generic name. Please check the spelling of the trade name/generic name and that no dosages, amounts etc. (eg. mL, mg, %) are entered together with the trade name/generic name.

### Route

Examples: IV, oral, rectal, inhaled, cutaneous.

### Total daily dose

Record total daily dose, including unit.

**NB:** Record each change in total daily dose on a new line.

### Treatment started

'Treatment' refers to the current dose.

For medications on entry, record the date of first dose, or, if appropriate, tick the box indicating that the medication was started more than 26 weeks ago. For new and changed medications during the study, record the date of first dose.

**NB:** Medication which is given/prescribed as Subject completes/ discontinues the study is not to be recorded.

### Treatment stopped/At completion/discontinuation: continues

If treatment has been stopped, enter date of last dose.

For medication which is ongoing at completion/discontinuation and is to be continued after the study, tick only the box, do not fill in the date field.

### Reason for therapy

Specify diagnoses or symptoms as well as any worsening of disease.

If reason is prophylactic, this should also be noted.

Enter appropriate code:

1 = Disease under investigation
99 = Other

AZ02-12   AZ2002-12-03   AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749650

Page 334.01

MED

AstraZeneca

Study code D1447C00126

Subj initials ........................

E code |E|_|_|_|_|_|_|_|

## Medication on Entry and During the Study

None |_|₀



| Trade name | Route | Total daily dose (circle unit) | Treatment started | | | Treatment stopped | | | Reason for therapy |
|---|---|---|---|---|---|---|---|---|---|
| | | | year | mm | dd | year | mm | dd | |
| 1 | | g mg µg | or > 26 weeks prior to enrolment □₁ | | | or at completion/dis-continuation: continues □₁ | | | (1,99) |
| 2 | | g mg µg | or > 26 weeks prior to enrolment □₁ | | | or at completion/dis-continuation: continues □₁ | | | (1,99) |
| 3 | | g mg µg | or > 26 weeks prior to enrolment □₁ | | | or at completion/dis-continuation: continues □₁ | | | (1,99) |
| 4 | | g mg µg | or > 26 weeks prior to enrolment □₁ | | | or at completion/dis-continuation: continues □₁ | | | (1,99) |
| 5 | | g mg µg | or > 26 weeks prior to enrolment □₁ | | | or at completion/dis-continuation: continues □₁ | | | (1,99) |

Is this the last completed MED page      No ◯    Yes ◯

☞ **If any changes in therapy were made because of an adverse event, make sure that AELOG has been filled in**

continues

A2Z-12    AW2003-07-31    AZ2002-12-03

2004-02-16

CONFIDENTIAL
AZSER12749651



AstraZeneca

Study code D1447C00126

Subj initials

E code [E]

Page 334.02

MED

## Medication on Entry and During the Study, continued

| Trade name | Route | Total daily dose (circle unit) | Treatment started | Treatment stopped | Reason for therapy |
|---|---|---|---|---|---|
| 6 | | g mg µg | year mm dd — or > 26 weeks prior to enrolment | year mm dd — or at completion/dis-continuation: continues | (1,99) |
| 7 | | g mg µg | — or > 26 weeks prior to enrolment | — or at completion/dis-continuation: continues | (1,99) |
| 8 | | g mg µg | — or > 26 weeks prior to enrolment | — or at completion/dis-continuation: continues | (1,99) |
| 9 | | g mg µg | — or > 26 weeks prior to enrolment | — or at completion/dis-continuation: continues | (1,99) |
| 10 | | g mg µg | — or > 26 weeks prior to enrolment | — or at completion/dis-continuation: continues | (1,99) |

Is this the last completed MED page    No ◯    Yes ◯

☞ **If any changes in therapy were made because of an adverse event, make sure that AELOG has been filled in**

continues

AZ02-12    AWZ002-12-03    AWZ003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749652



Page 334.03

MED

**AstraZeneca**

Study code D1447C00126

Subj initials ........................

E code |E|_|_|_|_|_|

## Medication on Entry and During the Study, continued

| Trade name | Route | Total daily dose (circle unit) | Treatment started | Treatment stopped | Reason for therapy |
|---|---|---|---|---|---|
| 11 | | g mg µg | year  mm  dd / or > 26 weeks prior to enrolment [ ] 1 | year  mm  dd / or at completion/dis-continuation: continues [ ] 1 | (1,99) |
| 12 | | g mg µg | or > 26 weeks prior to enrolment [ ] 1 | or at completion/dis-continuation: continues [ ] 1 | (1,99) |
| 13 | | g mg µg | or > 26 weeks prior to enrolment [ ] 1 | or at completion/dis-continuation: continues [ ] 1 | (1,99) |
| 14 | | g mg µg | or > 26 weeks prior to enrolment [ ] 1 | or at completion/dis-continuation: continues [ ] 1 | (1,99) |
| 15 | | g mg µg | or > 26 weeks prior to enrolment [ ] 1 | or at completion/dis-continuation: continues [ ] 1 | (1,99) |

Is this the last completed MED page    No ◯    Yes ◯

☞ **If any changes in therapy were made because of an adverse event, make sure that AELOG has been filled in**

continues

AZ02-12   AWZ003-07-31   AZ2002-12-03

2004-02-16

CONFIDENTIAL
AZSER12749653



CONFIDENTIAL
AZSER12749654



Page 334.05

MED

**Medication on Entry and During the Study, continued**

Study code D1447C00126

Subj initials

E code |E|

AstraZeneca

| Trade name | Route | Total daily dose | Treatment started | | | Treatment stopped | | | Reason for therapy |
|---|---|---|---|---|---|---|---|---|---|
| | | (circle unit) | year | mm | dd | year | mm | dd | |
| 21 | | g mg μg | or > 26 weeks prior to enrolment | | | or at completion/dis- continuation: continues | | | (1,99) |
| 22 | | g mg μg | or > 26 weeks prior to enrolment | | | or at completion/dis- continuation: continues | | | (1,99) |
| 23 | | g mg μg | or > 26 weeks prior to enrolment | | | or at completion/dis- continuation: continues | | | (1,99) |
| 24 | | g mg μg | or > 26 weeks prior to enrolment | | | or at completion/dis- continuation: continues | | | (1,99) |
| 25 | | g mg μg | or > 26 weeks prior to enrolment | | | or at completion/dis- continuation: continues | | | (1,99) |

Is this the last completed MED page    No ◯    Yes ◯

☞ If any changes in therapy were made because of an adverse event, make sure that AELOG has been filled in

AWZ003-07-31    AWZ002-12-03    AZ02-12

2004-02-16

CONFIDENTIAL
AZSER12749655

# Investigational Products

CONFIDENTIAL
AZSER12749656

Page Ins: 335

## INSTRUCTIONS FOR THE INVESTIGATOR

### Administration of Investigational Product                    **DOSC**
**Open-label treatment phase S1-S12**

**First dose**
Enter the first dose, for example 400 mg.

**New dose**
Register all dose changes on a new line.

**Stopped dose**
If the investigational product is temporarily stopped, enter New dose 000 and
enter the date when the dose was temporarily stopped.

**Main reason for dose change**
Enter the code for the main reason for any dose change.
1   = Fixed dose titration/tapering
2   = Response-related dose change
3   = Adverse event
99 = Other

**Last dose**
If Subject is lost to follow-up during a treatment period, please fill in date of last
study-related contact with Subject.

2004-02-16

CONFIDENTIAL
AZSER12749657

AstraZeneca

Page 335.01

Study code D1447C00126          Subj initials ........................          E code | E | | | | | | | |

AZ01110

NA

AW2003-07-31

## Administration of Investigational Product
**Open-label treatment phase S1-S12**                                                    **DOSC**

**Study Period - Open-label treatment phase (Visit S1-S12)**

| Protocol Schedule | Dose mg/day | ───── | Started | ───── | Main reason for dose change | If main reason = Other (99), please specify |
|---|---|---|---|---|---|---|
| | Open-label treatment | year | mm | dd | (1-3, 99) | |
| First dose in this period | \| \| \| \| | \| \| \| \| \| \| \| \| | | | | |
| New dose | \| \| \| \| | \| \| \| \| \| \| \| \| | | | \| \| \| | .................................... |
| New dose | \| \| \| \| | \| \| \| \| \| \| \| \| | | | \| \| \| | .................................... |
| New dose | \| \| \| \| | \| \| \| \| \| \| \| \| | | | \| \| \| | .................................... |
| New dose | \| \| \| \| | \| \| \| \| \| \| \| \| | | | \| \| \| | .................................... |
| New dose | \| \| \| \| | \| \| \| \| \| \| \| \| | | | \| \| \| | .................................... |
| New dose | \| \| \| \| | \| \| \| \| \| \| \| \| | | | \| \| \| | .................................... |
| New dose | \| \| \| \| | \| \| \| \| \| \| \| \| | | | \| \| \| | .................................... |
| New dose | \| \| \| \| | \| \| \| \| \| \| \| \| | | | \| \| \| | .................................... |
| New dose | \| \| \| \| | \| \| \| \| \| \| \| \| | | | \| \| \| | .................................... |
| New dose | \| \| \| \| | \| \| \| \| \| \| \| \| | | | \| \| \| | .................................... |
| New dose | \| \| \| \| | \| \| \| \| \| \| \| \| | | | \| \| \| | .................................... |
| New dose | \| \| \| \| | \| \| \| \| \| \| \| \| | | | \| \| \| | .................................... |
| New dose | \| \| \| \| | \| \| \| \| \| \| \| \| | | | \| \| \| | .................................... |
| New dose | \| \| \| \| | \| \| \| \| \| \| \| \| | | | \| \| \| | .................................... |

☞ **If investigational therapy was prematurely stopped because of an adverse event, make sure that AELOG has been filled in**          continues

2004-02-16

CONFIDENTIAL
AZSER12749658

AstraZeneca

Study code D1447C00126          Subj initials ..............................          E code  E |   |   |   |   |   |   |

## Administration of Investigational Product, continued          **DOSC**
**Open-label treatment phase S1-S12**

**Study Period - Open-label treatment phase (Visit S1-S12)**

| Protocol Schedule | Dose mg/day | ———— Started ———— | | | Main reason for dose change | If main reason = Other (99), please specify |
|---|---|---|---|---|---|---|
| | Open-label treatment | year | mm | dd | (1-3, 99) | |
| New dose | |   |   | |   |   |   |   |   |   | |   |   |   | |
| New dose | |   |   | |   |   |   |   |   |   | |   |   |   | ..................................... |
| New dose | |   |   | |   |   |   |   |   |   | |   |   |   | ..................................... |
| New dose | |   |   | |   |   |   |   |   |   | |   |   |   | ..................................... |
| New dose | |   |   | |   |   |   |   |   |   | |   |   |   | ..................................... |
| New dose | |   |   | |   |   |   |   |   |   | |   |   |   | ..................................... |
| New dose | |   |   | |   |   |   |   |   |   | |   |   |   | ..................................... |
| New dose | |   |   | |   |   |   |   |   |   | |   |   |   | ..................................... |
| New dose | |   |   | |   |   |   |   |   |   | |   |   |   | ..................................... |
| New dose | |   |   | |   |   |   |   |   |   | |   |   |   | ..................................... |
| New dose | |   |   | |   |   |   |   |   |   | |   |   |   | ..................................... |
| New dose | |   |   | |   |   |   |   |   |   | |   |   |   | ..................................... |
| New dose | |   |   | |   |   |   |   |   |   | |   |   |   | ..................................... |
| New dose | |   |   | |   |   |   |   |   |   | |   |   |   | ..................................... |
| New dose | |   |   | |   |   |   |   |   |   | |   |   |   | ..................................... |

☞ **If investigational therapy was prematurely stopped because of an adverse event, make sure that AELOG has been filled in**

2004-02-16

CONFIDENTIAL
AZSER12749659

Page Ins: 336

## INSTRUCTIONS FOR THE INVESTIGATOR

**Administration of Investigational Product**                                    DOSC
**Randomized treatment phase V1-V3**

**First dose**
Enter the first dose, for example 400 mg.

**New dose**
Register all dose changes on a new line.

**Prescribed Dose Open Label Treatment phase (OLT)/Randomized Treatment phase (RT)**
Please specify titration from Open Label Treatment to Randomized Treatment. Please note that, according to the protocol, replacement of open label Quetiapine with blinded investigational product must be completed within 14 days. If not, Monitor should be contacted.

**Stopped dose**
If the investigational product is temporarily stopped, enter New dose 000 and enter the date when the dose was temporarily stopped.

**Main reason for dose change**
Enter the code for the main reason for any dose change.
1   = Fixed dose titration/tapering
2   = Response-related dose change
3   = Adverse event
99 = Other

**Last dose**
If Subject is lost to follow-up during a treatment period, please fill in date of last study-related contact with Subject.

2004-02-16

CONFIDENTIAL
AZSER12749660

AstraZeneca                                                          Page 336

Study code D1447C00126        Subj initials ....................        E code [E | | | | | | | ]

AZ01110

NA

AW2003-07-31

## Administration of Investigational Product                         **DOSC**
**Randomized treatment phase V1-V3**

### Study Period - Randomized treatment phase (Visit V1-V3)

| Protocol Schedule | Dose mg/day | | —— Started —— | | | Main reason for dose change | If main reason = Other (99), please specify |
|---|---|---|---|---|---|---|---|
| | Open-label treatment | Randomized treatment | year | mm | dd | (1-3, 99) | |
| First dose in this period | \|  \|  \| | \|  \|  \| | \|  \|  \|  \|  \|  \| | | | | |
| New dose | \|  \|  \| | \|  \|  \| | \|  \|  \|  \|  \|  \| | | | \|  \| | .................... |
| New dose | \|  \|  \| | \|  \|  \| | \|  \|  \|  \|  \|  \| | | | \|  \| | .................... |
| New dose | \|  \|  \| | \|  \|  \| | \|  \|  \|  \|  \|  \| | | | \|  \| | .................... |
| New dose | \|  \|  \| | \|  \|  \| | \|  \|  \|  \|  \|  \| | | | \|  \| | .................... |
| New dose | \|  \|  \| | \|  \|  \| | \|  \|  \|  \|  \|  \| | | | \|  \| | .................... |
| New dose | \|  \|  \| | \|  \|  \| | \|  \|  \|  \|  \|  \| | | | \|  \| | .................... |
| New dose | \|  \|  \| | \|  \|  \| | \|  \|  \|  \|  \|  \| | | | \|  \| | .................... |
| New dose | \|  \|  \| | \|  \|  \| | \|  \|  \|  \|  \|  \| | | | \|  \| | .................... |
| New dose | \|  \|  \| | \|  \|  \| | \|  \|  \|  \|  \|  \| | | | \|  \| | .................... |
| New dose | \|  \|  \| | \|  \|  \| | \|  \|  \|  \|  \|  \| | | | \|  \| | .................... |
| New dose | \|  \|  \| | \|  \|  \| | \|  \|  \|  \|  \|  \| | | | \|  \| | .................... |
| New dose | \|  \|  \| | \|  \|  \| | \|  \|  \|  \|  \|  \| | | | \|  \| | .................... |
| New dose | | \|  \|  \| | \|  \|  \|  \|  \|  \| | | | \|  \| | .................... |
| New dose | | \|  \|  \| | \|  \|  \|  \|  \|  \| | | | \|  \| | .................... |

☞ **If investigational therapy was prematurely stopped because of an adverse event, make sure that AELOG has been filled in**

2004-02-16

CONFIDENTIAL
AZSER12749661

Page Ins: 337

## INSTRUCTIONS FOR THE INVESTIGATOR

### Administration of Investigational Product
**Randomized treatment phase V4-V23**

**DOSC**

**First dose**
Enter the first dose, for example 400 mg.

**New dose**
Register all dose changes on a new line.

**Stopped dose**
If the investigational product is temporarily stopped, enter New dose 000 and enter the date when the dose was temporarily stopped.

**Main reason for dose change**
Enter the code for the main reason for any dose change.
2   = Response-related dose change
3   = Adverse event
99 = Other

**Last dose**
If Subject is lost to follow-up during a treatment period, please fill in date of last study-related contact with Subject.

2004-02-16

CONFIDENTIAL
AZSER12749662

AstraZeneca                                                      Page 337.01

Study code D1447C00126          Subj initials  ..................     E code  E | | | | | | |

## Administration of Investigational Product                    **DOSC**
### Randomized treatment phase V4-V23

**Study Period - Randomized treatment phase (Visit V4-V23)**

| Protocol Schedule | Dose mg/day | Started | | | Main reason for dose change | If main reason = Other (99), please specify |
|---|---|---|---|---|---|---|
| | Randomized treatment | year | mm | dd | (2-3, 99) | |
| First dose in this period | \|\|\| | \|\|\|\|\|\| | \|\|\| | \|\|\| | | |
| New dose | \|\|\| | \|\|\|\|\|\| | \|\|\| | \|\|\| | \|\|\| | ............... |
| New dose | \|\|\| | \|\|\|\|\|\| | \|\|\| | \|\|\| | \|\|\| | ............... |
| New dose | \|\|\| | \|\|\|\|\|\| | \|\|\| | \|\|\| | \|\|\| | ............... |
| New dose | \|\|\| | \|\|\|\|\|\| | \|\|\| | \|\|\| | \|\|\| | ............... |
| New dose | \|\|\| | \|\|\|\|\|\| | \|\|\| | \|\|\| | \|\|\| | ............... |
| New dose | \|\|\| | \|\|\|\|\|\| | \|\|\| | \|\|\| | \|\|\| | ............... |
| New dose | \|\|\| | \|\|\|\|\|\| | \|\|\| | \|\|\| | \|\|\| | ............... |
| New dose | \|\|\| | \|\|\|\|\|\| | \|\|\| | \|\|\| | \|\|\| | ............... |
| New dose | \|\|\| | \|\|\|\|\|\| | \|\|\| | \|\|\| | \|\|\| | ............... |
| New dose | \|\|\| | \|\|\|\|\|\| | \|\|\| | \|\|\| | \|\|\| | ............... |
| New dose | \|\|\| | \|\|\|\|\|\| | \|\|\| | \|\|\| | \|\|\| | ............... |
| New dose | \|\|\| | \|\|\|\|\|\| | \|\|\| | \|\|\| | \|\|\| | ............... |
| New dose | \|\|\| | \|\|\|\|\|\| | \|\|\| | \|\|\| | \|\|\| | ............... |
| New dose | \|\|\| | \|\|\|\|\|\| | \|\|\| | \|\|\| | \|\|\| | ............... |

☞ **If investigational therapy was prematurely stopped because of an adverse event, make sure that AELOG has been filled in**

continues

2004-02-16

CONFIDENTIAL
AZSER12749663

AstraZeneca

Page 337.02

Study code D1447C00126          Subj initials ..................          E code | E | | | | | | |

## Administration of Investigational Product, continued          **DOSC**
**Randomized treatment phase V4-V23**

**Study Period - Randomized treatment phase (Visit V4-V23)**

| Protocol Schedule | Dose mg/day | ——— Started ——— | | | Main reason for dose change | If main reason = Other (99), please specify |
|---|---|---|---|---|---|---|
| | Randomized treatment | year | mm | dd | (2-3, 99) | |
| New dose | \|\|\|\| | \|\|\|\|\|\|\| | | | \|\|\| | |
| New dose | \|\|\|\| | \|\|\|\|\|\|\| | | | \|\|\| | ......................... |
| New dose | \|\|\|\| | \|\|\|\|\|\|\| | | | \|\|\| | ......................... |
| New dose | \|\|\|\| | \|\|\|\|\|\|\| | | | \|\|\| | ......................... |
| New dose | \|\|\|\| | \|\|\|\|\|\|\| | | | \|\|\| | ......................... |
| New dose | \|\|\|\| | \|\|\|\|\|\|\| | | | \|\|\| | ......................... |
| New dose | \|\|\|\| | \|\|\|\|\|\|\| | | | \|\|\| | ......................... |
| New dose | \|\|\|\| | \|\|\|\|\|\|\| | | | \|\|\| | ......................... |
| New dose | \|\|\|\| | \|\|\|\|\|\|\| | | | \|\|\| | ......................... |
| New dose | \|\|\|\| | \|\|\|\|\|\|\| | | | \|\|\| | ......................... |
| New dose | \|\|\|\| | \|\|\|\|\|\|\| | | | \|\|\| | ......................... |
| New dose | \|\|\|\| | \|\|\|\|\|\|\| | | | \|\|\| | ......................... |
| New dose | \|\|\|\| | \|\|\|\|\|\|\| | | | \|\|\| | ......................... |
| New dose | \|\|\|\| | \|\|\|\|\|\|\| | | | \|\|\| | ......................... |
| New dose | \|\|\|\| | \|\|\|\|\|\|\| | | | \|\|\| | ......................... |
| New dose | \|\|\|\| | \|\|\|\|\|\|\| | | | \|\|\| | ......................... |

*Stopped*

Last dose in this period    \|\|\|\|    \|\|\|\|\|\|\|

☞ **If investigational therapy was prematurely stopped because of an adverse event, make sure that AELOG has been filled in**

2004-02-16

CONFIDENTIAL
AZSER12749664

Page Ins: 338

## INSTRUCTIONS FOR THE INVESTIGATOR

**Subject Drug Accountability**                                              **SAC**
**Open-label treatment phase**

Make sure that the returned study drug is registered in the field with corresponding Package identification (ID).

If **part** of the medication is returned on a later occasion, record this under **Additional return**.

Significant discrepancies should be commented on.

If Subject fails to return both unused drug and container, strike out the amount field and give a comment.

2004-02-16

CONFIDENTIAL
AZSER12749665

AstraZeneca

Study code D1447C00126        Subj initials .........................        E code | E | | | | | | |

## Subject Drug Accountability
**Open-label treatment phase**

**SAC**

| Package ID | Dispensed | Returned | Additional return |
|---|---|---|---|
| **Visit S1**<br><br>Attach label here<br><br><br>D1447C00126 | \| 2 \| 0 \| \| \| \| \|<br>year    mm    dd<br>Blister wallet<br>No. of tablets \| \| \| \|<br><br>Comment ..................<br><br><br>Initials | \| 2 \| 0 \| \| \| \| \|<br>year    mm    dd<br><br>No. of tablets \| \| \| \|<br><br>Comment ..................<br><br><br>Initials | \| 2 \| 0 \| \| \| \| \|<br>year    mm    dd<br><br>No. of tablets \| \| \| \|<br><br>Comment ..................<br><br><br>Initials |
| **Visit S2**<br>Attach label here<br><br><br>D1447C00126 | \| 2 \| 0 \| \| \| \| \|<br>year    mm    dd<br>Blister wallet<br>No. of tablets \| \| \| \|<br><br>Comment ..................<br><br><br>Initials | \| 2 \| 0 \| \| \| \| \|<br>year    mm    dd<br><br>No. of tablets \| \| \| \|<br><br>Comment ..................<br><br><br>Initials | \| 2 \| 0 \| \| \| \| \|<br>year    mm    dd<br><br>No. of tablets \| \| \| \|<br><br>Comment ..................<br><br><br>Initials |
| **Visit S3**<br>Attach label here<br><br><br>D1447C00126 | \| 2 \| 0 \| \| \| \| \|<br>year    mm    dd<br>Blister wallet<br>No. of tablets \| \| \| \|<br><br>Comment ..................<br><br><br>Initials | \| 2 \| 0 \| \| \| \| \|<br>year    mm    dd<br><br>No. of tablets \| \| \| \|<br><br>Comment ..................<br><br><br>Initials | \| 2 \| 0 \| \| \| \| \|<br>year    mm    dd<br><br>No. of tablets \| \| \| \|<br><br>Comment ..................<br><br><br>Initials |

continues

2004-02-16

AW2003-07-31    AZ2002-12-03    AZ01110

CONFIDENTIAL
AZSER12749666

AstraZeneca

Study code D1447C00126          Subj initials ........................          E code | E |_|_|_|_|_|_|

AW2001110     AZ201110     AZ2002-12-03     AW2003-07-31

## Subject Drug Accountability, continued                              **SAC**
**Open-label treatment phase**

| Package ID | Dispensed | Returned | Additional return |
|---|---|---|---|
| **Visit S4**<br><br>Attach<br>label<br>here | |2 |0 |_|_|_|_|_|<br>year     mm     dd<br>Bottle<br>No. of<br>tablets |_|_|_|_|<br><br>Comment ................. | |2 |0 |_|_|_|_|_|<br>year     mm     dd<br><br>No. of<br>tablets |_|_|_|_|<br><br>Comment ................. | |2 |0 |_|_|_|_|_|<br>year     mm     dd<br><br>No. of<br>tablets |_|_|_|_|<br><br>Comment ................. |
| D1447C00126 | Initials | Initials | Initials |
| **Visit S5**<br>Attach<br>label<br>here | |2 |0 |_|_|_|_|_|<br>year     mm     dd<br>Bottle<br>No. of<br>tablets |_|_|_|_|<br><br>Comment ................. | |2 |0 |_|_|_|_|_|<br>year     mm     dd<br><br>No. of<br>tablets |_|_|_|_|<br><br>Comment ................. | |2 |0 |_|_|_|_|_|<br>year     mm     dd<br><br>No. of<br>tablets |_|_|_|_|<br><br>Comment ................. |
| D1447C00126 | Initials | Initials | Initials |
| **Visit S6**<br>Attach<br>label<br>here | |2 |0 |_|_|_|_|_|<br>year     mm     dd<br>Bottle<br>No. of<br>tablets |_|_|_|_|<br><br>Comment ................. | |2 |0 |_|_|_|_|_|<br>year     mm     dd<br><br>No. of<br>tablets |_|_|_|_|<br><br>Comment ................. | |2 |0 |_|_|_|_|_|<br>year     mm     dd<br><br>No. of<br>tablets |_|_|_|_|<br><br>Comment ................. |
| D1447C00126 | Initials | Initials | Initials |

continues

CONFIDENTIAL
AZSER12749667

AstraZeneca

Page 338.03

Study code D1447C00126          Subj initials .........................          E code | E | | | | | | |

AW2003-07-31    AZ2002-12-03    AZ01110

## Subject Drug Accountability, continued
**Open-label treatment phase**                                                SAC

| Package ID | Dispensed | Returned | Additional return |
|---|---|---|---|
| **Visit S7**<br><br>Attach<br>label<br>here<br><br><br>D1447C00126 | | 2 | 0 | | | | |<br>year    mm    dd<br>Bottle<br>No. of<br>tablets | | | | |<br><br>Comment ...................<br><br><br><br><br>Initials ............ | | 2 | 0 | | | | |<br>year    mm    dd<br><br>No. of<br>tablets | | | | |<br><br>Comment ...................<br><br><br><br><br>Initials ............ | | 2 | 0 | | | | |<br>year    mm    dd<br><br>No. of<br>tablets | | | | |<br><br>Comment ...................<br><br><br><br><br>Initials ............ |
| **Visit S8**<br>Attach<br>label<br>here<br><br><br>D1447C00126 | | 2 | 0 | | | | |<br>year    mm    dd<br>Bottle<br>No. of<br>tablets | | | | |<br><br>Comment ...................<br>...................<br><br><br>Initials ............ | | 2 | 0 | | | | |<br>year    mm    dd<br><br>No. of<br>tablets | | | | |<br><br>Comment ...................<br>...................<br><br><br>Initials ............ | | 2 | 0 | | | | |<br>year    mm    dd<br><br>No. of<br>tablets | | | | |<br><br>Comment ...................<br>...................<br><br><br>Initials ............ |
| **Visit S9**<br>Attach<br>label<br>here<br><br><br>D1447C00126 | | 2 | 0 | | | | |<br>year    mm    dd<br>Bottle<br>No. of<br>tablets | | | | |<br><br>Comment ...................<br>...................<br><br><br>Initials ............ | | 2 | 0 | | | | |<br>year    mm    dd<br><br>No. of<br>tablets | | | | |<br><br>Comment ...................<br>...................<br><br><br>Initials ............ | | 2 | 0 | | | | |<br>year    mm    dd<br><br>No. of<br>tablets | | | | |<br><br>Comment ...................<br>...................<br><br><br>Initials ............ |

continues

CONFIDENTIAL<br>AZSER12749668

AstraZeneca

Page 338.04

Study code D1447C00126          Subj initials .........................          E code $\boxed{E \mid \ \mid \ \mid \ \mid \ \mid \ \mid}$

## Subject Drug Accountability, continued
**Open-label treatment phase**

SAC

| Package ID | Dispensed | Returned | Additional return |
|---|---|---|---|
| **Visit S10**<br><br>Attach<br>label<br>here<br><br><br>D1447C00126<br>........ | $\boxed{2 \mid 0 \mid \ \mid \ \mid \ \mid}$<br>year    mm    dd<br>Bottle<br><br>No. of<br>tablets $\mid \ \mid \ \mid \ \mid$<br><br>Comment ................<br>...................................<br>...................................<br>...................................<br><br>Initials ............... | $\boxed{2 \mid 0 \mid \ \mid \ \mid \ \mid}$<br>year    mm    dd<br><br><br>No. of<br>tablets $\mid \ \mid \ \mid \ \mid$<br><br>Comment ................<br>...................................<br>...................................<br>...................................<br><br>Initials ............... | $\boxed{2 \mid 0 \mid \ \mid \ \mid \ \mid}$<br>year    mm    dd<br><br><br>No. of<br>tablets $\mid \ \mid \ \mid \ \mid$<br><br>Comment ................<br>...................................<br>...................................<br>...................................<br><br>Initials ............... |
| **Visit S11**<br><br>Attach<br>label<br>here<br><br><br>D1447C00126<br>........ | $\boxed{2 \mid 0 \mid \ \mid \ \mid \ \mid}$<br>year    mm    dd<br>Bottle<br>No. of<br>tablets $\mid \ \mid \ \mid \ \mid$<br><br>Comment ................<br>...................................<br>...................................<br>...................................<br><br>Initials ............... | $\boxed{2 \mid 0 \mid \ \mid \ \mid \ \mid}$<br>year    mm    dd<br><br>No. of<br>tablets $\mid \ \mid \ \mid \ \mid$<br><br>Comment ................<br>...................................<br>...................................<br>...................................<br><br>Initials ............... | $\boxed{2 \mid 0 \mid \ \mid \ \mid \ \mid}$<br>year    mm    dd<br><br>No. of<br>tablets $\mid \ \mid \ \mid \ \mid$<br><br>Comment ................<br>...................................<br>...................................<br>...................................<br><br>Initials ............... |

AW2003-07-31   AZ2002-12-03   AZ01110

CONFIDENTIAL
AZSER12749669

Page Ins: 339

## INSTRUCTIONS FOR THE INVESTIGATOR

**Subject Drug Accountability**                                          SAC
**Randomized treatment phase**
**(yellow labels for Lithium strata, blue labels for Valproate strata)**

Make sure that the returned study drug is registered in the field with
corresponding Package identification (ID).

**Stratified Mood stabilizer treatment**
Please make sure that Subject treated with Lithium is dispensed Investigational
Product  with yellow label and Subject treated with Valproate is dispensed
Investigational Product with blue label.

If **part** of the medication is returned on a later occasion, record this under
***Additional return.***

Significant discrepancies should be commented on.

If Subject fails to return both unused drug and container, strike out the amount
field and give a comment.

2004-02-16

CONFIDENTIAL
AZSER12749670

AstraZeneca

Study code D1447C00126          Subj initials ...................          E code | E | | | | | | |

AW20110

AZ2002-12-03

AW2003-07-31

## Subject Drug Accountability                                   **SAC**
### Randomized treatment phase
### (yellow labels for Lithium strata, blue labels for Valproate strata)

| Package ID | Dispensed | Returned | Additional return |
|---|---|---|---|
| **Visit V1**<br><br>Attach label here | |2|0| | | | | |<br>year   mm   dd<br><br>Blister wallet<br><br>No. of tablets \| \| \| \|<br><br>Comment .................<br>.................<br>.................<br>.................<br>Initials | |2|0| | | | | |<br>year   mm   dd<br><br><br>No. of tablets \| \| \| \|<br><br>Comment .................<br>.................<br>.................<br>.................<br>Initials | |2|0| | | | | |<br>year   mm   dd<br><br><br>No. of tablets \| \| \| \|<br><br>Comment .................<br>.................<br>.................<br>.................<br>Initials |
| D1447C00126<br>**Rand code:**<br>\| \| \| \| \| | | | |
| **Visit V2**<br><br>Attach label here | |2|0| | | | | |<br>year   mm   dd<br><br>Blister wallet<br><br>No. of tablets \| \| \| \|<br><br>Comment .................<br>.................<br>.................<br>.................<br>Initials | |2|0| | | | | |<br>year   mm   dd<br><br><br>No. of tablets \| \| \| \|<br><br>Comment .................<br>.................<br>.................<br>.................<br>Initials | |2|0| | | | | |<br>year   mm   dd<br><br><br>No. of tablets \| \| \| \|<br><br>Comment .................<br>.................<br>.................<br>.................<br>Initials |
| D1447C00126<br>**Rand code:**<br>\| \| \| \| \| | | | |
| **Visit V3**<br><br>Attach label here | |2|0| | | | | |<br>year   mm   dd<br><br>Bottle<br><br>No. of tablets \| \| \| \|<br><br>Comment .................<br>.................<br>.................<br>.................<br>Initials | |2|0| | | | | |<br>year   mm   dd<br><br><br>No. of tablets \| \| \| \|<br><br>Comment .................<br>.................<br>.................<br>.................<br>Initials | |2|0| | | | | |<br>year   mm   dd<br><br><br>No. of tablets \| \| \| \|<br><br>Comment .................<br>.................<br>.................<br>.................<br>Initials |
| D1447C00126<br>**Rand code:**<br>\| \| \| \| \| | | | |

continues

2004-02-16

CONFIDENTIAL<br>AZSER12749671

AstraZeneca

Page 339.02

Study code D1447C00126          Subj initials .........................          E code | E | | | | | | |

## Subject Drug Accountability, continued                    SAC
**Randomized treatment phase**
**(yellow labels for Lithium strata, blue labels for Valproate strata)**

| Package ID | Dispensed | Returned | Additional return |
|---|---|---|---|
| **Visit V4**<br><br>Attach label here<br><br>D1447C00126<br>**Rand code:**<br>\| \| \| \| \| | 2 0 \| \| \| \| \| \|<br>year mm dd<br>Bottle<br>No. of tablets \| \| \| \|<br>Comment ...........................<br>...........................<br>...........................<br>Initials | 2 0 \| \| \| \| \| \|<br>year mm dd<br>No. of tablets \| \| \| \|<br>Comment ...........................<br>...........................<br>...........................<br>Initials | 2 0 \| \| \| \| \| \|<br>year mm dd<br>No. of tablets \| \| \| \|<br>Comment ...........................<br>...........................<br>...........................<br>Initials |
| **Visit V5**<br><br>Attach label here<br><br>D1447C00126<br>**Rand code:**<br>\| \| \| \| \| | 2 0 \| \| \| \| \| \|<br>year mm dd<br>Bottle<br>No. of tablets \| \| \| \|<br>Comment ...........................<br>...........................<br>...........................<br>Initials | 2 0 \| \| \| \| \| \|<br>year mm dd<br>No. of tablets \| \| \| \|<br>Comment ...........................<br>...........................<br>...........................<br>Initials | 2 0 \| \| \| \| \| \|<br>year mm dd<br>No. of tablets \| \| \| \|<br>Comment ...........................<br>...........................<br>...........................<br>Initials |
| **Visit V6**<br><br>Attach label here<br><br>D1447C00126<br>**Rand code:**<br>\| \| \| \| \| | 2 0 \| \| \| \| \| \|<br>year mm dd<br>Bottle<br>No. of tablets \| \| \| \|<br>Comment ...........................<br>...........................<br>...........................<br>Initials | 2 0 \| \| \| \| \| \|<br>year mm dd<br>No. of tablets \| \| \| \|<br>Comment ...........................<br>...........................<br>...........................<br>Initials | 2 0 \| \| \| \| \| \|<br>year mm dd<br>No. of tablets \| \| \| \|<br>Comment ...........................<br>...........................<br>...........................<br>Initials |

continues

2004-02-16

AW201110   AZ2002-12-03   AW2003-07-31

CONFIDENTIAL
AZSER12749672

AstraZeneca

Study code D1447C00126          Subj initials ..................          E code  E | | | | | | |

AW2003-07-31    AZ2002-12-03    AZ01110

## Subject Drug Accountability, continued

**SAC**

**Randomized treatment phase**
**(yellow labels for Lithium strata, blue labels for Valproate strata)**

| Package ID | Dispensed | Returned | Additional return |
|---|---|---|---|
| **Visit V7**<br><br>Attach label here<br><br>D1447C00126<br>**Rand code:**<br>\| \| \| \| \| | 2 0 \| \| \| \| \|<br>year   mm   dd<br>Bottle<br>No. of tablets \| \| \| \|<br>Comment .................<br><br>Initials | 2 0 \| \| \| \| \|<br>year   mm   dd<br>No. of tablets \| \| \| \|<br>Comment .................<br><br>Initials | 2 0 \| \| \| \| \|<br>year   mm   dd<br>No. of tablets \| \| \| \|<br>Comment .................<br><br>Initials |
| **Visit V8**<br>Attach label here<br><br>D1447C00126<br>**Rand code:**<br>\| \| \| \| \| | 2 0 \| \| \| \| \|<br>year   mm   dd<br>Bottle<br>No. of tablets \| \| \| \|<br>Comment .................<br><br>Initials | 2 0 \| \| \| \| \|<br>year   mm   dd<br>No. of tablets \| \| \| \|<br>Comment .................<br><br>Initials | 2 0 \| \| \| \| \|<br>year   mm   dd<br>No. of tablets \| \| \| \|<br>Comment .................<br><br>Initials |
| **Visit V9**<br>Attach label here<br><br>D1447C00126<br>**Rand code:**<br>\| \| \| \| \| | 2 0 \| \| \| \| \|<br>year   mm   dd<br>Bottle<br>No. of tablets \| \| \| \|<br>Comment .................<br><br>Initials | 2 0 \| \| \| \| \|<br>year   mm   dd<br>No. of tablets \| \| \| \|<br>Comment .................<br><br>Initials | 2 0 \| \| \| \| \|<br>year   mm   dd<br>No. of tablets \| \| \| \|<br>Comment .................<br><br>Initials |

continues

2004-02-16

CONFIDENTIAL
AZSER12749673

AstraZeneca

Page 339.04

Study code D1447C00126          Subj initials ...................          E code │E│ │ │ │ │ │ │ │

**Subject Drug Accountability, continued**          **SAC**
Randomized treatment phase
(yellow labels for Lithium strata, blue labels for Valproate strata)

| Package ID | Dispensed | Returned | Additional return |
|---|---|---|---|
| Visit V10<br><br>Attach label here<br><br>D1447C00126<br>**Rand code:**<br>│ │ │ │ │ │ | │2│0│ │ │ │ │ │ │<br>year  mm  dd<br>Bottle<br>No. of tablets │ │ │ │ │<br>Comment ...........<br><br>Initials | │2│0│ │ │ │ │ │ │<br>year  mm  dd<br><br>No. of tablets │ │ │ │ │<br>Comment ...........<br><br>Initials | │2│0│ │ │ │ │ │ │<br>year  mm  dd<br><br>No. of tablets │ │ │ │ │<br>Comment ...........<br><br>Initials |
| Visit V11<br><br>Attach label here<br><br>D1447C00126<br>**Rand code:**<br>│ │ │ │ │ │ | │2│0│ │ │ │ │ │ │<br>year  mm  dd<br>Bottle<br>No. of tablets │ │ │ │ │<br>Comment ...........<br><br>Initials | │2│0│ │ │ │ │ │ │<br>year  mm  dd<br><br>No. of tablets │ │ │ │ │<br>Comment ...........<br><br>Initials | │2│0│ │ │ │ │ │ │<br>year  mm  dd<br><br>No. of tablets │ │ │ │ │<br>Comment ...........<br><br>Initials |
| Visit V12<br><br>Attach label here<br><br>D1447C00126<br>**Rand code:**<br>│ │ │ │ │ │ | │2│0│ │ │ │ │ │ │<br>year  mm  dd<br>Bottle<br>No. of tablets │ │ │ │ │<br>Comment ...........<br><br>Initials | │2│0│ │ │ │ │ │ │<br>year  mm  dd<br><br>No. of tablets │ │ │ │ │<br>Comment ...........<br><br>Initials | │2│0│ │ │ │ │ │ │<br>year  mm  dd<br><br>No. of tablets │ │ │ │ │<br>Comment ...........<br><br>Initials |

continues

2004-02-16

AW2003-07-31   AZ2002-12-03   AZ01110

CONFIDENTIAL
AZSER12749674

AstraZeneca

Page 339.05

Study code D1447C00126          Subj initials .............................          E code | E | | | | | | |

AW201110   AZ2002-12-03   AW2003-07-31

## Subject Drug Accountability, continued                    SAC
**Randomized treatment phase**
**(yellow labels for Lithium strata, blue labels for Valproate strata)**

| Package ID | Dispensed | Returned | Additional return |
|---|---|---|---|
| **Visit V13**<br><br>Attach label here<br><br>D1447C00126<br>**Rand code:**<br>\| \| \| \| \| | \|2\|0\| \| \| \| \| \| \|<br>year  mm  dd<br>Bottle<br>No. of tablets \| \| \| \|<br>Comment ..............<br>.........................<br>.........................<br>Initials | \|2\|0\| \| \| \| \| \| \|<br>year  mm  dd<br><br>No. of tablets \| \| \| \|<br>Comment ..............<br>.........................<br>.........................<br>Initials | \|2\|0\| \| \| \| \| \| \|<br>year  mm  dd<br><br>No. of tablets \| \| \| \|<br>Comment ..............<br>.........................<br>.........................<br>Initials |
| **Visit V14**<br><br>Attach label here<br><br>D1447C00126<br>**Rand code:**<br>\| \| \| \| \| | \|2\|0\| \| \| \| \| \| \|<br>year  mm  dd<br>Bottle<br>No. of tablets \| \| \| \|<br>Comment ..............<br>.........................<br>.........................<br>Initials | \|2\|0\| \| \| \| \| \| \|<br>year  mm  dd<br><br>No. of tablets \| \| \| \|<br>Comment ..............<br>.........................<br>.........................<br>Initials | \|2\|0\| \| \| \| \| \| \|<br>year  mm  dd<br><br>No. of tablets \| \| \| \|<br>Comment ..............<br>.........................<br>.........................<br>Initials |
| **Visit V15**<br><br>Attach label here<br><br>D1447C00126<br>**Rand code:**<br>\| \| \| \| \| | \|2\|0\| \| \| \| \| \| \|<br>year  mm  dd<br>Bottle<br>No. of tablets \| \| \| \|<br>Comment ..............<br>.........................<br>.........................<br>Initials | \|2\|0\| \| \| \| \| \| \|<br>year  mm  dd<br><br>No. of tablets \| \| \| \|<br>Comment ..............<br>.........................<br>.........................<br>Initials | \|2\|0\| \| \| \| \| \| \|<br>year  mm  dd<br><br>No. of tablets \| \| \| \|<br>Comment ..............<br>.........................<br>.........................<br>Initials |

continues

2004-02-16

CONFIDENTIAL
AZSER12749675

AstraZeneca

Study code D1447C00126          Subj initials ........................          E code | E | | | | | | |

AZ201110
AZ2002-12-03
AW2003-07-31

## Subject Drug Accountability, continued                    SAC
**Randomized treatment phase**
**(yellow labels for Lithium strata, blue labels for Valproate strata)**

| Package ID | Dispensed | Returned | Additional return |
|---|---|---|---|
| **Visit V16**<br><br>Attach label here<br><br>D1447C00126<br>**Rand code:** \| \| \| \| \| | \|2\|0\| \| \| \| \| \| \|<br>year   mm   dd<br>Bottle<br><br>No. of tablets \| \| \| \|<br><br>Comment ..........<br>..........<br>..........<br><br>Initials | \|2\|0\| \| \| \| \| \| \|<br>year   mm   dd<br><br><br>No. of tablets \| \| \| \|<br><br>Comment ..........<br>..........<br>..........<br><br>Initials | \|2\|0\| \| \| \| \| \| \|<br>year   mm   dd<br><br><br>No. of tablets \| \| \| \|<br><br>Comment ..........<br>..........<br>..........<br><br>Initials |
| **Visit V17**<br><br>Attach label here<br><br>D1447C00126<br>**Rand code:** \| \| \| \| \| | \|2\|0\| \| \| \| \| \| \|<br>year   mm   dd<br>Bottle<br><br>No. of tablets \| \| \| \|<br><br>Comment ..........<br>..........<br>..........<br><br>Initials | \|2\|0\| \| \| \| \| \| \|<br>year   mm   dd<br><br><br>No. of tablets \| \| \| \|<br><br>Comment ..........<br>..........<br>..........<br><br>Initials | \|2\|0\| \| \| \| \| \| \|<br>year   mm   dd<br><br><br>No. of tablets \| \| \| \|<br><br>Comment ..........<br>..........<br>..........<br><br>Initials |
| **Visit V18**<br><br>Attach label here<br><br>D1447C00126<br>**Rand code:** \| \| \| \| \| | \|2\|0\| \| \| \| \| \| \|<br>year   mm   dd<br>Bottle<br><br>No. of tablets \| \| \| \|<br><br>Comment ..........<br>..........<br>..........<br><br>Initials | \|2\|0\| \| \| \| \| \| \|<br>year   mm   dd<br><br><br>No. of tablets \| \| \| \|<br><br>Comment ..........<br>..........<br>..........<br><br>Initials | \|2\|0\| \| \| \| \| \| \|<br>year   mm   dd<br><br><br>No. of tablets \| \| \| \|<br><br>Comment ..........<br>..........<br>..........<br><br>Initials |

continues

2004-02-16

CONFIDENTIAL
AZSER12749676

AstraZeneca

Study code D1447C00126          Subj initials ............................          E code  E | | | | | | |

## Subject Drug Accountability, continued          SAC
### Randomized treatment phase
(yellow labels for Lithium strata, blue labels for Valproate strata)

| Package ID | Dispensed | Returned | Additional return |
|---|---|---|---|
| **Visit V19**<br><br>Attach label here<br><br><br>D1447C00126<br>**Rand code:**<br>\| \| \| \| \| | 2 0 \| \| \| \| \|<br>year  mm  dd<br>Bottle<br><br>No. of tablets \| \| \| \|<br><br>Comment ..................<br><br><br>Initials ......... | 2 0 \| \| \| \| \|<br>year  mm  dd<br><br>No. of tablets \| \| \| \|<br><br>Comment ..................<br><br><br>Initials ......... | 2 0 \| \| \| \| \|<br>year  mm  dd<br><br>No. of tablets \| \| \| \|<br><br>Comment ..................<br><br><br>Initials ......... |
| **Visit V20**<br>Attach label here<br><br><br>D1447C00126<br>**Rand code:**<br>\| \| \| \| \| | 2 0 \| \| \| \| \|<br>year  mm  dd<br>Bottle<br><br>No. of tablets \| \| \| \|<br><br>Comment ..................<br><br><br>Initials ......... | 2 0 \| \| \| \| \|<br>year  mm  dd<br><br>No. of tablets \| \| \| \|<br><br>Comment ..................<br><br><br>Initials ......... | 2 0 \| \| \| \| \|<br>year  mm  dd<br><br>No. of tablets \| \| \| \|<br><br>Comment ..................<br><br><br>Initials ......... |
| **Visit V21**<br>Attach label here<br><br><br>D1447C00126<br>**Rand code:**<br>\| \| \| \| \| | 2 0 \| \| \| \| \|<br>year  mm  dd<br>Bottle<br><br>No. of tablets \| \| \| \|<br><br>Comment ..................<br><br><br>Initials ......... | 2 0 \| \| \| \| \|<br>year  mm  dd<br><br>No. of tablets \| \| \| \|<br><br>Comment ..................<br><br><br>Initials ......... | 2 0 \| \| \| \| \|<br>year  mm  dd<br><br>No. of tablets \| \| \| \|<br><br>Comment ..................<br><br><br>Initials ......... |

continues

AW201110   AZ2002-12-03   AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749677

AstraZeneca

Study code D1447C00126          Subj initials ........................          E code | E | | | | | | |

AZ01110  AZ2002-12-03  AW2003-07-31

## Subject Drug Accountability, continued          SAC
**Randomized treatment phase**
**(yellow labels for Lithium strata, blue labels for Valproate strata)**

| Package ID | Dispensed | Returned | Additional return |
|---|---|---|---|
| Visit V22<br><br>Attach label here | | 2 | 0 | | | | | | |<br>year      mm      dd<br><br>Bottle<br><br>No. of tablets | | | |<br><br>Comment ........................<br>........................<br>........................ | | 2 | 0 | | | | | | |<br>year      mm      dd<br><br><br><br>No. of tablets | | | |<br><br>Comment ........................<br>........................<br>........................ | | 2 | 0 | | | | | | |<br>year      mm      dd<br><br><br><br>No. of tablets | | | |<br><br>Comment ........................<br>........................<br>........................ |
| D1447C00126<br>**Rand code:**<br>| | | | | | | Initials ........................ | Initials ........................ | Initials ........................ |

2004-02-16

CONFIDENTIAL
AZSER12749678

# Adverse Events

CONFIDENTIAL
AZSER12749679

AstraZeneca

## DEFINITIONS

A201-10

AZ2002-08-30

AW2003-07-31

### Adverse Events Definitions                                                    AEDEF

**Adverse Event (AE)**

An adverse event is the development of an undesirable medical condition or the deterioration of a preexisting medical condition following or during exposure to a pharmaceutical product, whether or not considered causally related to the product.

An undesirable medical condition can be symptoms (eg nausea, chest pain), signs (eg tachycardia, enlarged liver) or the abnormal results of an investigation (eg laboratory findings, electrocardiogram).

In clinical studies an AE can include an undesirable medical condition occurring at any time, including run-in or wash-out periods, even if no study treatment has been administered.

**Serious Adverse Event (SAE)**

A serious adverse event is an AE, occurring at any dose that fulfils one or more of the following:

- results in death
- is immediately life-threatening
- requires in-patient hospitalization or prolongation of existing hospitalization
- results in persistent or significant disability or incapacity
- is a congenital abnormality/birth defect
- is an important medical event that may jeopardise Subject or may require
  medical intervention to prevent one of the outcomes listed above

**Life-threatening**

'Life-threatening' means that the Subject was at immediate risk of death from the adverse event as it occurred or it is suspected that use or continued use of the product would result in Subject's death. 'Life-threatening' does not mean that had an adverse event occurred in a more severe form it might have caused death (eg hepatitis that resolved without hepatic failure).

**Hospitalization**

Out-patient treatment in an emergency room is not in itself a serious adverse event, although the reasons for it may be (eg bronchospasm, laryngeal oedema). Hospital admissions and/or surgical operations planned before or during a study are not considered adverse events if the illness or disease existed before Subject was enrolled in the study, provided that it did not deteriorate in an unexpected way during the study.

NB: Hospitalization (during randomized treatment) due to a manic, depressed or mixed event should not be recorded as an Adverse Event but as a mood event. See MOODEVT. However, if it is felt that the investigational product may have contributed to the deterioration, this should be reported as a SAE.

**Important Medical Event/Medical Intervention**

Medical and scientific judgement should be exercised in deciding whether a case is serious in situations where important medical events may not be immediately life-threatening or result in death, hospitalization, disability or incapacity but may jeopardise Subject or may require medical intervention to prevent one or more outcomes listed in the definition of serious. These should usually be considered as serious.

Examples of such events are:

- Angioedema not severe enough to require intubation but requiring i.v. hydrocortisone treatment
- Hepatotoxicity caused by paracetamol (acetaminophen) overdose requiring treatment
  with N-acetylcysteine
- Intensive treatment in an emergency room or at home for allergic bronchospasm
- Blood dyscrasias (eg neutropenia or anaemia requiring blood transfusion etc) or
  convulsions that do not result in hospitalization
- Development of drug dependency or drug abuse.

CONFIDENTIAL
AZSER12749680

AstraZeneca

# DEFINITIONS

## Guide to Interpreting the Causality Question

**AECAUS**

The following factors should be considered when deciding if there is a 'reasonable possibility' that an AE may have been caused by the drug.

**Time Course**
Exposure to suspect drug. Has Subject actually received the suspect drug?
Did the AE occur in a reasonable temporal relationship to the administration of the suspect drug?

**Consistency with known drug profile**
Was the AE consistent with the previous knowledge of the suspect drug (pharmacology and toxicology) or drugs of the same pharmacological class? OR could the AE be anticipated from its pharmacological properties?

**Dechallenge experience**
Did the AE resolve or improve on stopping or reducing the dose of the suspect drug?

**No alternative cause**
The AE cannot be reasonably explained by another aetiology such as the underlying disease, other drugs, other host or environmental factors.

**Rechallenge experience**
Did the AE reoccur if the suspected drug was reintroduced after having been stopped?
AstraZeneca would not normally recommend or support a rechallenge.

**Laboratory tests**
A specific laboratory investigation (if performed) has confirmed the relationship.

A 'reasonable possibility' could be considered to exist for an AE where one or more of these factors exist.

In contrast, there would not be a 'reasonable possibility' of causality if none of the above criteria apply or where there is evidence of exposure and a reasonable time course but any dechallenge (if performed) is negative or ambiguous or there is another more likely cause of the AE.

In difficult cases, other factors could be considered such as:

- is this a recognised feature of overdose of the drug?
- is there a known mechanism?

**Ambiguous cases**
Ambiguous cases should be considered as being a 'reasonable possibility' of a causal relationship unless further evidence becomes available to refute this. Causal relationship in cases where the disease under study has deteriorated due to lack of effect should be classified as no reasonable possibility.

CONFIDENTIAL
AZSER12749681

AstraZeneca

## TRANSLATION

### Adverse Events, Standard Question in Local Language

**AELOCAL**

**Standard question (to adults)**
*"Have you had any health problems since the previous visit?"*

**Translation to local languages**

| | |
|---|---|
| Bulgarian: | "Имахте ли някакви оплаквания или здравословни проблеми след предишното посещение?" |
| Czech: | "Měl jste nějaké zdravotní potíže od předchozí návštěvy?" |
| Finnish: | "Onko Teillä ollut terveyteen liittyviä ongelmia viime käynnin jälkeen?" |
| Flemish: | "Heeft u sedert uwlaatste bezoek gezondheidsproblemen gehad?" |
| French: | "Avez-vous eu des problèmes de santé depuis votre dernière visite?" |
| German: | "Hatten Sie seit der vergangenen Untersuchung gesundheitliche Probleme?" |
| Hungarian: | "Volt-e bármilyen egészségügyi problémája vagy tünete az elözö vizit óta?" |
| Italian: | "Ha avuto qualche problema di salute dalla scorsa visita?" |
| Norwegian: | "Har du hatt noen helseproblemer siden det forrige besøket?" |
| Polish: | "Czy od czasu poprzedniej wizyty doswiadczyl Pan/doswiadczyla Pani jakichkolwiek dolegliwosci zdrowotnych?" |
| Russian: | были ли у Вас какие либо проблемы со здоровьем с момента последнего визита ? |
| Spanish: | "¿Ha tenido algún problema de salud desde la última visita? |
| Swedish: | "Har du haft några hälsoproblem sedan föregående besök?" |
| Turkish: | "Bir önceki vizitten bugüne kadar herhangi bir sağlık probleminiz oldu mu?" |

2004-02-16

CONFIDENTIAL
AZSER12749682

AstraZeneca

## INSTRUCTIONS FOR THE INVESTIGATOR

AW2003-07-31  AZ2002-12-03  AZ02.12

### Adverse Events

**AELOG**

See Section Adverse Events for definitions of Adverse Event and Serious Adverse Event.
All information on any one line relates only to that adverse event.
Unsolicited (spontaneous) AE reports occuring up to 30 days after last dose of investigational product
should be recorded together with concomitant medications on the AELOG and MED modules.

### None
Tick the None-box at completion/discontinuation if no AE has occurred during the study.

### Adverse Event
Record only one diagnosis/sign/symptom on each line. If a diagnosis is known, record the diagnosis.
If a diagnosis is known and there are other signs/symptoms which are not generally part of the diagnosis,
record  the diagnosis and each sign/symptom on a separate line.
If a diagnosis is not known, record signs/symptoms (each sign/symptom on a separate line).

### AE started
Record start date for each AE, if exact start day is not known, estimated date should be as closely as
possible. For recurring AEs ('AE stopped' has been filled in previously), record date when AE recurred.

### Serious
Tick 'Yes' when AE meets criteria for Serious AE. See section AEDEF for definition of Serious Adverse
Event. A serious AE which occurs during the study including 30 days after final visit, whether or not
considered causally related to the investigational product, **must be reported to the AstraZeneca
Monitor within one day of when the Investigator became aware of the Serious AE.**
A completed SAE form, together with supporting documentation, should be faxed to the AstraZeneca
Monitor **for all fatal and life-threatening events by day one and for all other Serious AEs no later
than by day five.**

**NB:** Note the AE number on SAE form.

### Action taken, investigational product
0 = None (use this code also in case of Subject's death if the drug was not actively stopped before).
1 = Dose of investigational product changed or not increased/decreased as per protocol
     (fill in DOSC).
2 = Investigational product temporarily stopped (fill in DOSC).
3 = Investigational product permanently stopped (fill in DOSC, and TERM).

### AE caused Subject to discontinue the study
If Yes, fill in TERM. Any detrimental change in the Subject's condition after the Subject enters the study
will be discussed with the Investigator. Where the detrimental change is considered by the Investigator
to constitute a progression of recurrence of bipolar mania or depression due to lack of efficacy, this will
not be considered to be an Adverse Event even where this necessitates or prolongs hospitalization.
However, if it is felt that the medicine may have contributed to the deterioration, this should be treated
as an Adverse Event.

continues

2004-02-16

CONFIDENTIAL
AZSER12749683

Page Ins: 341.02

## INSTRUCTIONS FOR THE INVESTIGATOR

**Adverse Events, continued**                                      **AELOG**

**Maximum intensity**
Maximum intensity refers to the complete course of the AE. Fill in either when AE is resolved or when Subject discontinues/completes the study.
1 = Mild: Awareness of sign or symptom, but easily tolerated.
2 = Moderate: Discomfort sufficient to cause interference with normal activities.
3 = Severe: Incapacitating, with inability to perform normal activities.

**Causality**

Consider whether there is a reasonable possibility that the event may have been caused by the investigational product. See AECAUS for guidance on interpreting the question.

**AE stopped; AE ongoing at completion/discontinuation**
If an AE is present at the last AE assessment, tick the box.

**Final outcome**

All AEs and SAEs, including those that are ongoing at the end of the study or follow-up period, as required, will be followed until resolution or until such time in the Investigator's opinion that the AE or SAE has become stable and unlikely to change.

**NB:** Death must always be recorded under 'Final outcome' (Outcome = 2).

**Outcome**
0 = AE no longer present, no residual effects. Complete date AE stopped.
1 = AE still present and/or residual effects present. Leave date field blank.
2 = Death: Only used for AEs which led to Subject's death. Leave the date field blank and
    record date of death on SAE. For other AEs present at the time of death, record 1.

**Date of last contact**
The date should be completed for all AEs that were unresolved at the last visit.
In case all AEs cannot be followed up on the same date, give date of last contact.

2004-02-16

CONFIDENTIAL
AZSER12749684



CONFIDENTIAL
AZSER12749685

# Serious Adverse Events

CONFIDENTIAL
AZSER12749685

Page Ins: 342

## INSTRUCTIONS FOR THE INVESTIGATOR

**Serious Adverse Event Report**                                                  **SAE**

**NB:** Only AEs ticked 'Serious' should be recorded on SAE.

**Randomization code**
If Subject has been allocated a randomization code, this must be recorded in the header.

**AE No.**
Use the same AE number as on AELOG.

**Adverse Event (AE)**
Use the same wording as on AELOG.
**NB:** If more than one AE is listed, all the following information must pertain to all AEs.

**AE is serious due to**
More than one criterion can be ticked.

**Causality**
**NB:** Causality between the **investigational product** and the SAE should be filled in on the AELOG module. The causality available on the SAE-module (NO/YES) is **only** for the assessment of causality to other medications.

**Description of AE**
State

- Symptoms and course
- Diagnostic investigations and results (ECG, laboratory tests, X-ray, ultrasonography, etc)
- Treatment of AE (medication, surgical procedures, etc).
If the space on the SAE form is not sufficient, use a separate sheet of paper which must include E code, Study code, and Investigator's initials.

**Reporting procedures**
See AEDEF for the definition of Serious Adverse Event.
A serious AE which occurs during the study, whether or not considered causally related to the investigational product, **must be reported to the AstraZeneca Monitor within one day of when the Investigator became aware of the Serious AE.**

SAEs occuring within 30 days after the Subject has completed the study have to be reported to the AstraZeneca Drug Safety Department.
A completed SAE form, together with supporting documentation, should be faxed to the AstraZeneca Monitor **for all fatal and life-threatening events by day one and for all other Serious AEs no later than by day five.**

**Make sure that the attachments are fully up to date before faxing them to the AstraZeneca Monitor.**

**NB:** Use one SAE FAX Report Page for each initial report and each follow-up.
If unable to fax, please call the AstraZeneca Monitor.

Supportive documents

| *Always attach photocopy of* | *Attach, if relevant, photocopy of* |
|---|---|
| - DEM | - Laboratory reports (related to the serious AE) |
| - HISM/HISS | - Autopsy report |
| - AELOG | |
| - MED | |
| - DOSC | |

2004-02-16

AV2003-07-31    AZ2002-12-03    AZ02.12

CONFIDENTIAL
AZSER12749687

AstraZeneca ⬥                                                    Page 342

| | |
|---|---|
| Study code D1447C00126 | Subj initials .................. |

E code  |E|_|_|_|_|_|_|

Randomization code  |_|_|_|_|

## Serious Adverse Event Report                                  SAE

**AE No.** (from AELOG) |_|_|_|    Adverse Event ............................................

### The following information relates to all the AE(s) listed above

AE met criteria     |2|0|_|_|_|_|_|_|              Investigator aware     |2|0|_|_|_|_|_|_|
for serious AE        year      mm    dd           of serious AE            year      mm    dd

### AE is serious due to (Tick all criteria that apply)

| | | |
|---|---|---|
| Death * ☐₁ | In-patient hospitalization or prolongation of existing in-patient hospitalization ** ☐₁ | A congenital abnormality/birth defect ☐₁ |
| Life threatening ☐₁ | Persistent or significant disability/ incapacity ☐₁ | Important medical event ☐₁ |

**\*\* If hospitalized**

Date of hospitalization |2|0|_|_|_|_|_|_|          Date of discharge |2|0|_|_|_|_|_|_|
                          year      mm    dd                            year      mm    dd

**\* If death**

Probable cause of death ...........................................................

Date of death |2|0|_|_|_|_|_|_|                    Autopsy performed   No ☐₀   Yes ☐₁
                year      mm    dd

### Causality assessment

Do you consider that there is a reasonable possibility that the event may have been caused by medication other than the investigational product

Other medication  ☐₀   ☐₁
                          Specify trade name(s)

### Description of AE (print)

Symptoms, course ...........................................................

Diagnostic
investigations,
results

Treatment of AE ...........................................................

Other comments ...........................................................

Investigator's initials ...........................................................

2004-02-16

CONFIDENTIAL
AZSER12749688

AZ02/12   AZ2002-12-03   AW2003-07-31



# SAE FAX REPORT PAGE

## To be retained with SAE

From:                       Fax No.:

To:                           Fax No.:

Number of pages (incl this page):          Fax date:

Study code     D1447C00126              Centre No.   | | | |

Initial report ◯     Follow-up report ◯

E code     | E | | | | | | |        Randomization code   | | | |

Country     ...............................................

**Photocopies of supportive documents**
Always attach if initial report
If follow-up, tick those attached             Attach if relevant

DEM ◯       MED ◯          Lab report(s) ◯

HISM/HISS ◯       DOSC ◯      Autopsy report ◯

AELOG ◯

OTHER ATTACHMENT ...............................................

OTHER ATTACHMENT ...............................................

Investigator ...............................................
               Investigator's name (in block letters)

**Completed by AstraZeneca for internal purposes**

AZ first aware of serious AE, or AZ first aware of Follow-up   | 2 | 0 | | | | | |
                                                    year      mm     dd

2004-02-16

CONFIDENTIAL
AZSER12749689

# Mood Event

CONFIDENTIAL
AZSER12749690

Page Ins: 343

## INSTRUCTIONS FOR THE INVESTIGATOR

**Discontinuation due to a Mood Event,**                                      **MOODEVT**
**(During Randomized Treatment)**

**Start date of mood event**

Event definition 1 is ticked - enter date of initiation of medication

Event definition 2 is ticked - enter date of hospitalization

Event definition 3 is ticked - enter date of the first of the 2 consecutive YMRS of MADRS scores meeting criteria, or date of final visit if Subject discontinues.

Event definition 4 is ticked - enter date the Investigator determined the presence of a mood event.

If Subject meets more than one of the criteria, enter the earliest date Subject met one of the criteria.

Indicate the reason the Subject has discontinued by ticking all that apply for items 1-3.

Complete number 4, if in the Investigator's opinion, the Subject discontinued from the study due to a mood event. Describe the event and source in the space provided. Source of information examples are family/support/police informant, phone call, or clinical interview.

Indicate type of event as manic, depressed, or mixed. If mixed, please also indicate depressed symptoms.

**NB:** Please send a notification to the assigned AstraZeneca Monitor. Should be sent within 3 days.

2004-02-16

CONFIDENTIAL
AZSER12749691

AstraZeneca ⟡

Study code D1447C00126          Subj initials ...................          E code | E | | | | | | |

## Discontinuation due to a Mood Event (During Randomized Treatment)          **MOODEVT**

Start date of Mood Event    | | | | | | | |
                              year      mm    dd

Indicate type of mood event (Tick only one box) manic ☐₁  depressed ☐₂  mixed ☐₃

If mixed, please specify (Tick only one box)   Predominantly manic symptoms ☐₁   Predominantly depressive symptoms ☐₂

### Event Definition

1  Initiation of one or more of the following medication to treat a manic, depressed, or mixed event

|  | No | Yes | If Yes, specify |
|---|---|---|---|
| Antipsychotic | ☐₀ | ☐₁ | .................................................. |
| Antidepressant | ☐₀ | ☐₁ | .................................................. |
| Mood stabilizer other than the assigned mood stabilizer | ☐₀ | ☐₁ | .................................................. |
| Anxiolytic | ☐₀ | ☐₁ | .................................................. |
| Any other medication to treat a manic, depressed, or mixed event | ☐₀ | ☐₁ | .................................................. |

2  Hospitalization for a manic, depressed or mixed event    No ☐₀   Yes ☐₁

3  YMRS score ≥ 20 at two consecutive assessments or at the final assessment if the Subject discontinues, or MADRS ≥ 20 at two consecutive assessments or at the final assessment if the Subject discontinues.

|  | No | Yes |
|---|---|---|
| YMRS ≥ 20 | ☐₀ | ☐₁ |
| MADRS ≥ 20 | ☐₀ | ☐₁ |

4  Discontinuation by the Subject in the opinion of the Investigator, due to a manic, depressed, or mixed event    No ☐₀   Yes ☐₁    If ticked Yes, please provide a description of the event and the source of the information below

Description of event and source of the information ............................................

..............................................................................

☞ **If any of the above have been completed, withdraw Subject and fill in TERM**

2004-02-16

CONFIDENTIAL
AZSER12749692

# Termination

CONFIDENTIAL
AZSER12749693

Page Ins: 344

## INSTRUCTIONS FOR THE INVESTIGATOR

### Study Termination                                   **TERM**

Study Termination must be filled in for all enrolled Subjects.

**Premature discontinuation**
If a decision to discontinue takes place during a treatment period and between visits, Subject should return for a final clinic visit as soon as possible.

**Subject completed/prematurely discontinued study on**
The date of study completion or study discontinuation is the last day on which data, required according to protocol, was collected for this Subject.
**NB:** This does not include follow-up visits for unresolved adverse events.
Date of study completion/study discontinuation is not necessarily the same date as the date for last dose of investigational product.

**Lack of therapeutic response**
Please note if a Subject experiences a mood event according to definitions in the protocol this is not to be recorded as lack of therapeutic response.

**Study-specific discontinuation criteria**
Tick this box if, Subject experiences a mood event during Randomized Treatment Phase. If Subject meets criteria for a mood event, please complete the MOODEVT CRF page.

**Subject not willing to continue in study**
Tick this box if the subject does not want to return for the study and is not discontinuing for a mood event.

**Subject lost to follow-up**
Tick this box if all attempts to contact the subject have been unsuccessful.

**Other**
Tick this box if, for example, Subject is hospitalized due to a mood event. During Open Label Treatment Phase please don´t use MOODEVT CRF page.

A20110

rev: 2001-11-15

AW2003-07-31

2004-02-16

CONFIDENTIAL
AZSER12749694

AstraZeneca

Study code D1447C00126          Subj initials ........................          E code  |E| | | | | | |

AZ/01/10

NA

AW2003-07-31

## Study Termination

**TERM**

Subject completed/prematurely
discontinued the study on          |2|0| | | mm | dd |          | | | : | | |
                                    year                        24-hour clock

Was Subject's participation in the          No          Yes
study prematurely discontinued          |  |          |  |          If Yes, please specify below
                                         0            1

**Main reason (one only) for premature discontinuation**

Eligibility criteria not fulfilled          |  |1

Adverse event          |  |2          Please make sure that AELOG
                                        has been filled in

Lack of therapeutic response          |  |4

Development of study-specific          |  |6          Please specify ........................................
discontinuation criteria

Subject not willing to          |  |7
continue study

Subject lost to follow-up          |  |8

Other          |  |99          Please specify ........................................

☞          **If the reason for termination is development of study specific
          discontinuation criteria due to a Mood Event during Randomized
          treatment, please fill in MOODEVT.**

2004-02-16

CONFIDENTIAL
AZSER12749695

# Signature

CONFIDENTIAL
AZSER12749696

Page Ins: 345

## INSTRUCTIONS FOR THE INVESTIGATOR

**Signature**                                                      **SIGN**

The Signature form is to be signed and dated by the Investigator for each Subject **after** study completion/discontinuation, when **all** results have been recorded in the CRF.

Please note that supporting evaluations and test results (ECG printouts, lab reports, etc) are considered to be part of the CRF.

2004-02-16

CONFIDENTIAL
AZSER12749697

AstraZeneca                                                                    Page 345

Study code D1447C00126          Subj initials ........................    E code |E |  |  |  |  |  |  |

AZ01110

NA

AW2003-07-31

## Signature                                                                    SIGN

By signing and dating this page for the study and Subject identified above, I declare
that the information on this and all other pages of this Case Report Form has been
reviewed by me or my delegate, and is accurate and complete.

This CRF consists of pages 1 – 341

```
AstraZeneca use only


Added pages  ...........................................................................................................


Pages ............ to ............  were never completed for this Subject  |2 | 0 |  |  |  |  |  |  | ...........................
                                 and have been removed            year      mm     dd    Monitor's initials
```

```
AstraZeneca use only


Added pages  ...........................................................................................................


Pages ............ to ............  were never completed for this Subject  |2 | 0 |  |  |  |  |  |  | ...........................
                                 and have been removed            year      mm     dd    Monitor's initials
```

```
AstraZeneca use only


Added pages  ...........................................................................................................


Pages ............ to ............  were never completed for this Subject  |2 | 0 |  |  |  |  |  |  | ...........................
                                 and have been removed            year      mm     dd    Monitor's initials
```

|  |  |  |  |  |  |
year      mm     dd      Investigator's signature  ...................................................

                         Investigator's name (in block letters)  ...........................................

2004-02-16

CONFIDENTIAL
AZSER12749698

Study Code: D1447C00126       Subj Initials: …………… E code E __ __ __ __ __ __ __

Visit No.: …….

# ABNORMAL INVOLUNTARY MOVEMENT SCALE (AIMS)

# WORKSHEET

## Instructions:

- Complete examination procedure before making ratings.

- When making rating movements, rate the highest severity observed and rate movements that occur upon activation one level of severity less than those observed spontaneously.

- Circle appropriate rating score

- Enter your rater initials on page 5

- Transfer the individual item score to the corresponding page in the CRF. Make sure that the visit numbers and dates are the same.

Reference:
Guy W, ed. *ECDEU Assessment Manual for Psychopharmacology.* Rev. ed. Washington DC: Us Department of Health, Education and Welfare; 1976.
Lane RD, Glazer WM, Hansen TE, Berman WH, Kramer SI. Assessment of tardive dyskinesia using the Abnormal Involuntary Movements Scale. *J Nerv Ment Dis.* 1985;173:353-357
Munetz MR, Benjamin S. How to examine patients using the Abnormal Involuntary Movements Scale. *Hosp Community Psychiatry.* 1988;39:1172-1177.

---

**To be completed by site personnel**

**Subject Initials** __ __ __

**E code**  E_ __ __ __ __ __ __ __

**Study code**  D1447C00126

**Visit Number:** ___

**Date 2 0** __ _/ _ _ / _ _ /
      Year    m m  d d

---

CONFIDENTIAL
AZSER12749699

Study Code: D1447C00126      Subj Initials: …………… E code E __ __ __ __ __ __ __

Visit No.: …….

---

- Rate the highest severity observed
- Rate movements that occur upon activation one level of severity <u>less</u> than those observed spontaneously.

---

**Facial and Oral Movements**

| 1. Muscles of Facial Expression | |
|---|---|
| *For example, movements of forehead, eyebrows, periorbital area, cheeks; include frowning, blinking, smiling, grimacing.* | **0** – None<br><br>**1** – Minimal (may be extreme normal)<br><br>**2** – Mild<br><br>**3** – Moderate<br><br>**4** – Severe |

| 2. Lips and Perioral Area | |
|---|---|
| For example*, puckering, pouting, smacking.* | **0** – None<br><br>**1** – Minimal (may be extreme normal)<br><br>**2** – Mild<br><br>**3** – Moderate<br><br>**4** – Severe |

| 3. Jaw | |
|---|---|
| *For example, biting, clenching, chewing, mouth opening, lateral movements.* | **0** – None<br><br>**1** – Minimal (may be extreme normal)<br><br>**2** – Mild<br><br>**3** – Moderate<br><br>**4** – Severe |

CONFIDENTIAL
AZSER12749700

Study Code: D1447C00126       Subj Initials: …………… E code __ __ __ __ __ __ __

Visit No.: …….

- Rate the highest severity observed
- Rate movements that occur upon activation one level of severity less than those observed spontaneously.

| **4. Tongue** | |
|---|---|
| *Rate only increase in movement both in and out of mouth, NOT inability to sustain movement.* | **0** – None |
| | **1** – Minimal (may be extreme normal) |
| | **2** – Mild |
| | **3** – Moderate |
| | **4** – Severe |

## Extremity Movements

| **5. Upper (arms, wrists, hands, fingers)** | |
|---|---|
| *Include choreic movements (that is, rapid, objectively purposeless, irregular, spontaneous), athetoid movements (that is, slow, irregular, complex serpentine).* | **0** – None |
| | **1** – Minimal (may be extreme normal) |
| | **2** – Mild |
| *Do NOT include tremor (that is, repetitive, regular, rhythmic).* | **3** – Moderate |
| | **4** – Severe |

| **6. Lower (legs, knees, ankles, toes)** | |
|---|---|
| *For example, lateral knee movement, foot tapping, heel dropping, foot squirming, inversion and eversion of foot.* | **0** – None |
| | **1** – Minimal (may be extreme normal) |
| | **2** – Mild |
| | **3** – Moderate |
| | **4** – Severe |

CONFIDENTIAL
AZSER12749701

Study Code: D1447C00126     Subj Initials: …………….  E code E __ __ __ __ __ __ __

Visit No.: …….

- Rate the highest severity observed
- Rate movements that occur upon activation one level of severity less than those observed spontaneously.

## Trunk Movements

| 7. Neck, shoulders, hips | |
|---|---|
| *For example, rocking, twisting, squirming, pelvic gyrations.* | **0** – None<br><br>**1** – Minimal (may be extreme normal)<br><br>**2** – Mild<br><br>**3** – Moderate<br><br>**4** – Severe |

## Global Judgements

| 8. Severity of abnormal movements | |
|---|---|
| | **0** – None / normal<br><br>**1** – Minimal<br><br>**2** – Mild<br><br>**3** – Moderate<br><br>**4** – Severe |

| 9. Incapacitation due to abnormal movements | |
|---|---|
| | **0** – None / normal<br><br>**1** - Minimal<br><br>**2** – Mild<br><br>**3** – Moderate<br><br>**4** – Severe |

CONFIDENTIAL
AZSER12749702

Study Code: D1447C00126      Subj Initials: ……………. E code E __ __ __ __ __ __ __
Visit No.: ……..

| |
|---|
| • Rate the highest severity observed<br>• Rate movements that occur upon activation one level of severity less than those observed spontaneously. |

| 10. Patient's awareness of abnormal movements | |
|---|---|
| *Rate only patient's report.* | **0** – No awareness<br><br>**1** – Aware, no distress<br><br>**2** – Aware, mild distress<br><br>**3** – Aware, moderate distress<br><br>**4** – Aware, severe distress |

### Dental Status

| 11. Any Current problems with teeth and/or dentures | |
|---|---|
| | **0** – No<br><br>**1** – Yes |

| 12. Does patient usually wear dentures? | |
|---|---|
| | **0** – No<br><br>**1** – Yes |

| **Rater's Initials** | |
|---|---|

CONFIDENTIAL<br>AZSER12749703

Study Code: D1447C00126        Subj Initials: …………… E code E __ __ __ __ __ __ __

Visit No.: …….

# BARNES AKATHISIA RATING SCALE (BARS)

# WORKSHEET

## Instructions:

- Patient should be observed while seated and then standing while engaged in neutral conversation (for a minimum of two minutes in each position).

- Symptoms observed in other situations (for example, while engaged in activity on the ward) may also be rated.

- Subsequently, the **subjective** phenomena should be elicited by direct questioning.

- Circle Appropriate Numerical Score

- Enter your rater initials on Page 3

- Transfer the individual item score to the corresponding page in the CRF. Make sure that the visit numbers and dates are the same.

Reference:
Barnes TRE. A rating scale for drug-induced akathisia. *Br J Psychiatry.* 1989;154:672-676.
Barnes TRE. Clinical assessment of the extrapyrimidal side effects of antipsychotic drugs *J Psychopharmacol.* 1992;6:214-221

---

**To be completed by site personnel**

**Subject Initials** __ __ __

**E code**  E __ __ __ __ __ __ __ __

**Study code**  D1447C00126

**Visit Number:** ___

**Date** 2 0 __ __/ __ __ / __ __ /
    Year    m m   d d

---

1(3)
Final 1st Oct 2003

CONFIDENTIAL
AZSER12749704

Study Code: D1447C00126     Subj Initials: …………… E code E __ __ __ __ __ __

Visit No.: …….

| 1. Objective | **0** – Normal, occasional fidgety movements of limbs |
|---|---|
| | **1** – Presence of characteristic restless movements; shuffling, tramping, swinging of one leg while sitting, *and/or* rocking from foot to foot or "walking on the spot" when standing, *but* movements present for less than half the time observed |
| | **2** – Observed phenomena, which are present for at least half the observation period |
| | **3** – Patient is constantly engaged in characteristic restless movements, *and/or* has inability to remain seated or standing without walking or pacing, during the time observed |

| 2. Subjective<br>Awareness of restlessness | **0** – Absence of inner restlessness |
|---|---|
| | **1** – Nonspecific sense of inner restlessness |
| | **2** – The patient is aware of an inability to keep the legs still, *and/or* complains of inner restlessness aggravated specifically by being required to stand still |
| | **3** – Awareness of intense compulsion to move most of the time *and/or* reports strong desire to walk or pace most of the time |

| 3. Subjective<br>Distress related to restlessness | **0** – No distress |
|---|---|
| | **1** – Mild |
| | **2** – Moderate |
| | **3** – Severe |

CONFIDENTIAL
AZSER12749705

Study Code: D1447C00126     Subj Initials: …………… E code E __ __ __ __ __ __
Visit No.: …….

| 4  **Global clinical assessment of akathisia** | **0** – *Absent* – No evidence of awareness of restlessness. Observation of characteristic movements of akathisia in the absence of a subjective report of inner restlessness or compulsive desire to move the legs should be classified as pseudoakathisia |
|---|---|
| | **1** – *Questionable* – nonspecific inner tension and fidgety movements |
| | **2** – *Mild Akathisia* – awareness of restlessness in the legs *and/or* inner restlessness worse when required to stand still.  Fidgety movements present, but characteristic restless movements of akathisia not necessarily observed.  Condition causes little or no distress |
| | **3** – *Moderate Akathisia* – awareness of restlessness as described for mild akathisia above, combined with characteristic restless movements such as rocking from foot to foot when standing.  Patient finds the condition distressing |
| | **4** – *Market Akathisia* – subjective experience of restlessness includes a compulsive desire to walk or pace.  However, the patient is able to remain seated for at least 5 minutes.  The condition is obviously distressing |
| | **5** – *Severe Akathisia* – The patient reports a strong compulsion to pace up and down most of the time.  Unable to sit or lie down for more than a few minutes.  Constant restlessness which is associated with intense distress and insomnia |

**Rater's Initials**

BARS 3(3)
Final 1st Oct 2003

3

CONFIDENTIAL
AZSER12749706

Study Code: D1447C00126                                      Final 19th February 2004

# DSMIV DIAGNOSTIC CRITERIA FOR
# BIPOLAR I DISORDER, MOST RECENT EPISODE
# MANIC, DEPRESSED OR MIXED

# WORKSHEET

**Instructions:**

- Use all sources of information (interview, informants, observation) to determine the diagnosis
- If the diagnosis is Manic, Depressed or Mixed Episode make sure the DSMIV CRF module is completed.

Reference:
Reference: American Psychiatric Association: Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition, Text Revision. Washington, DC, American Psychiatric Association, 2000

| To be completed by site personnel |
|---|
| **Subject Initials** __ __ __ |
| **E code** <u>E</u> __ __ __ __ __ __ __ |
| **Study code D1447C00126 (preprinted)** |
| **Visit Number:** ___ |
| **Date** <u>**2 0**</u> __ __/ __ __ / __ __ /<br>Year    m m   d d |

1(6)

CONFIDENTIAL
AZSER12749707

Study Code: D1447C00126

Final 19th February 2004

# Flowchart for DSM-IV Diagnosis



**Step 1:**
**Define the Index Episode**

**Step 2:**
**Define the Diagnosis**

2(6)

CONFIDENTIAL
AZSER12749708

Study Code: D1447C00126                                    Final 19th February 2004

# A

## Criteria for Manic Episode

**A.** A distinct period of abnormally and persistently elevated, expansive, or irritable mood, lasting at least 1 week (or any duration if hospitalization is necessary).

**B.** During the period of mood disturbance, three (or more) of the following symptoms have persisted (four if the mood is only irritable) and have been present to a significant degree:
**(1)**. Inflated self-esteem or grandiosity
**(2)**. Decreased need for sleep (e.g., feels rested after only 3 hours of sleep)
**(3)**. More talkative than usual or pressure to keep talking
**(4)**. Flight of ideas or subjective experience that thoughts are racing
**(5)**. Distractibility (i.e., attention too easily drawn to unimportant or irrelevant external stimuli.)
**(6)**. Increase in goal-directed activity (either socially, at work or school, or sexually) or psychomotor agitation.
**(7)** Excessive involvement in pleasurable activities that have a high potential for painful consequences (e.g., engaging in unrestrained buying sprees, sexual indiscretions, or foolish business investments)

**C.** The symptoms do not meet criteria for a Mixed episode. (See page 5)

**D.** The mood disturbance is sufficiently severe to cause marked impairment in occupational functioning or in usual social activities or relationships with others, or to necessitate hospitalization to prevent harm to self or others, or there are psychotic features.

**E.** The symptoms are not due to the direct physiological effects of a substance (e.g., a drug of abuse, a medication, or other treatment) or a general medical condition (e.g., hyperthyroidism)

**Note:** Manic-like episodes that are clearly caused by somatic antidepressant treatment (e.g., medication, electroconvulsive therapy, light therapy) should not count toward a diagnosis of Bipolar I Disorder.

3(6)

CONFIDENTIAL
AZSER12749709

Study Code: D1447C00126

# B

## Criteria for Major Depressive Episode

**A.** Five (or more) of the following symptoms have been present during the same 2-week period and represent a change from previous functioning; at least one of the symptoms is either (1) depressed mood or (2) loss of interest or pleasure.

**Note:** Do not include symptoms that are clearly due to a general medical condition, or mood-incongruent delusions or hallucinations.

**(1)** Depressed mood most of the day, nearly every day, as indicated by either subjective report (e.g., feels sad or empty) or observation made by others (e.g., appears tearful)
**(2)** Markedly diminished interest or pleasure in all, or almost all, activities most of the day, nearly every day (as indicated by either subjective account or observation made by others.)
**(3)** Significant weight loss when not dieting or weight gain (e.g., a change of more than 5% of body weight in a month), or decrease or increase in appetite nearly every day.
**(4)** Insomnia or hypersomnia nearly every day
**(5)** Psychomotor agitation or retardation nearly every day (observable by others, not merely subjective feelings of restlessness or being slowed down)
**(6)** Fatigue or loss of energy nearly every day
**(7)** Feelings of worthlessness or excessive or inappropriate guilt (which may be delusional) nearly every day (not merely self-reproach or guilt about being sick)
**(8)** Diminished ability to think or concentrate, or indecisiveness, nearly every day (either by subjective account or as observed by others)
**(9)** Recurrent thought of death (not just fear of dying), recurrent suicidal ideation without a specific plan, or a suicide attempt or a specific plan for committing suicide.

**B.** The symptoms do not meet criteria for Mixed Episode (see page 4)

**C.** The symptoms cause clinically significant distress or impairment in social, occupational, or other important areas of functioning.

**D.** The symptoms are not due to the direct physiological effects of a substance (e.g., a drug of abuse, a medication) or a general medical condition (e.g., hypothyroidism).

**E.** The symptoms are not better accounted for by Bereavement, i.e., after the loss of a loved one, the symptoms persist for longer than 2 months or are characterized by marked functional impairment, morbid preoccupation with worthlessness, suicidal ideation, psychotic symptoms, or psychomotor retardation.

CONFIDENTIAL
AZSER12749710

Study Code: D1447C00126

# C.

## Criteria for Mixed Episode.

**A.** The criteria are met both for a Manic Episode (see page 3) and for a Major Depressive Episode (see page 4) (except for duration) nearly every day during at least a 1-week period.

**B.** The mood disturbance is sufficiently severe to cause marked impairment in occupational functioning or in usual social activities or relationships with others, or to necessitate hospitalization to prevent harm to self or others, or there are psychotic features.

**C.** The symptoms are not due to the direct physiological effects of a substance (e.g., a drug of abuse, a medication, or other treatment) or a general medical condition (e.g., hyperthyroidism)

**Note:** Mixed-like episodes that are clearly caused by somatic antidepressant treatment (e.g., medication, electroconvulsive therapy, light therapy) should not count toward a diagnosis of Bipolar I Disorder.

CONFIDENTIAL
AZSER12749711

Study Code: D1447C00126

# 1.

**Diagnostic criteria for**
**296.4x Bipolar I Disorder, Most Recent Episode Manic**

**A1.** Currently (or most recently) in a Manic Episode.

**B1.** There has previously been at least one Major Depressive Episode, Manic Episode or Mixed Episode

**C1.** The mood episodes in Criteria A1 and B1 are not better accounted for by Schizoaffective Disorder and are not superimposed on Schizophrenia, Schizophreniform Disorder, Delusional Disorder, or Psychotic Disorder Not Otherwise Specified.

# 2.

**Diagnostic criteria for**
**296.6x Bipolar I Disorder, Most Recent Episode Mixed**

**A2.** Currently (or most recently) in a Mixed Episode

**B2.** There has previously been at least one Major Depressive Episode, Manic Episode or Mixed Episode

**C2.** The mood episodes in Criteria A2 and B2 are not better accounted for by Schizoaffective Disorder and are not superimposed on Schizophrenia, Schizophreniform Disorder, Delusional Disorder, or Psychotic Disorder Not Otherwise Specified.

# 3.

**Diagnostic criteria for**
**296.5x Bipolar I Disorder, Most Recent Episode Depressed**

**A3.** Currently (or most recently) in a Major Depressive Episode

**B3.** There has previously been at least one Manic Episode or Mixed Episode

**C3.** The mood episodes in Criteria A3 and B3 are not better accounted for by Schizoaffective Disorder and are not superimposed on Schizophrenia, Schizophreniform Disorder, Delusional Disorder, or Psychotic Disorder Not Otherwise Specified

CONFIDENTIAL
AZSER12749712

Study Code: D1447C00126      Subj Initials: …………… E code E __ __ __ __ __ __ __
                             Visit No.: …….

# MONTGOMERY ASBERG DEPRESSION RATING SCALE (MADRS)

# WORKSHEET

## Instructions

- Base item ratings on the clinical interview moving from broadly phrased questions about symptoms to more detailed questions

- If severity on a particular item lies between the even-numbered anchor points, use the odd-numbered (1, 3, 5) scores.

- Use extreme scores whenever appropriate

- If definite answers cannot be elicited, use all relevant clues as well as information from other sources

- Circle appropriate numerical score

- Enter total score and your rater initials on page 6

- Transfer the individual item score to the corresponding page in the CRF. Make sure that the visit numbers and dates are the same.

Reference: Montgomery SA, Asberg M. A new depression scale designed to be sensitive to change *Br J Psychiatry*. 1979;134:382-389.

---

**To be completed by site personnel**

**Subject Initials** __ __ __

**E code**  E __ __ __ __ __ __ __

**Study code**  D1447C00126

**Visit Number:**  ___

**Date** **2 0** __ __/ __ __ / __ __ /
       Year     m m  d d

---

1(6)
Final 1st Oct  2003

CONFIDENTIAL
AZSER12749713

Study Code: D1447C00126     Subj Initials: …………… E code __ __ __ __ __ __ __

Visit No.: …….

- Use extreme scores whenever appropriate
- If definite answers cannot be elicited, use all relevant clues as well as information from other sources

## 1. Apparent Sadness

Representing despondency, gloom, and despair (more than just ordinary transient low spirits) reflected in speech, facial expression, and posture.  Rate by depth and inability to brighten up.

**0** –No sadness

**1** –

**2** –Looks dispirited but does brighten up without difficulty

**3** –

**4** –Appears sad and unhappy most of the time

**5** –

**6** –Looks miserable all the time.  Extremely despondent

## 2. Reported Sadness

Representing reports of depressed mood, regardless of whether it is reflected in appearance or not.  Includes low spirits, despondency, or the feeling of being beyond help and without hope.  Rate according to intensity, duration, and the extent to which the mood is reported to be influenced by events.

**0** –Occasional sadness in keeping with the circumstances

**1** –

**2** –Sad or low but brightens up without difficulty

**3** –

**4** –Pervasive feelings of sadness or gloominess.  The mood is still influenced by external circumstances

**5** –

**6** –Continuous or unvarying sadness, misery or despondency

MADRS 2(6)                    2

Final 1st Oct  2003

CONFIDENTIAL

AZSER12749714

Study Code: D1447C00126     Subj Initials: …………… E code __ __ __ __ __ __ __

Visit No.: …….

- Use extreme scores whenever appropriate
- If definite answers cannot be elicited, use all relevant clues as well as information from other sources

| 3. | Inner Tension |
| --- | --- |
| Representing feelings of ill-defined discomfort, edginess, inner turmoil, mental tension mounting to either panic, dread or anguish.<br><br>Rate according to intensity, frequency, duration and the extent of reassurance called for. | **0** –Placid.  Only fleeting inner tension<br><br>**1** –<br><br>**2** –Occasional feelings of edginess and ill-defined discomfort<br><br>**3** –<br><br>**4** –Continuous feelings of inner tension or intermittent panic, which patient can only master with some difficulty<br>**5** –<br><br>**6** –Unrelenting dread or anguish. Overwhelming panic |

| 4 | Reduced Sleep |
| --- | --- |
| Representing the experience of reduced duration or depth of sleep compared to patient's own normal pattern when well. | **0** –Sleeps as usual<br><br>**1** –<br><br>**2** –Slight difficulty dropping off to sleep or slightly reduced, light or fitful sleep<br>**3** –<br><br>**4** –Sleep reduced or broken by at least two (2) hours<br>**5** –<br><br>**6** –Less than two (2) or three (3) hours sleep |

MADRS 3(6)                                    3
Final 1st Oct  2003

CONFIDENTIAL
AZSER12749715

Study Code: D1447C00126     Subj Initials: …………… E code __ __ __ __ __ __
Visit No.: …….

---

- Use extreme scores whenever appropriate
- If definite answers cannot be elicited, use all relevant clues as well as information from other sources

---

| 5 | Reduced Appetite |
|---|---|
| Representing the feeling of a loss of appetite compared with when well.  Rate by loss of desire for food or the need to force oneself to eat. | **0** – Normal or increased appetite |
| | **1** – |
| | **2** – Slightly reduced appetite |
| | **3** – |
| | **4** – No appetite. Food is tasteless |
| | **5** – |
| | **6** – Needs persuasion to eat at all |

| 6. | Concentration Difficulties |
|---|---|
| Representing difficulties in collecting one's thoughts mounting to incapacitating lack of concentration.  Rate according to intensity, frequency, and degree of incapacity produced. | **0** – No difficulties in concentrating |
| | **1** – |
| | **2** – Occasional difficulties in collection of one's thoughts |
| | **3** – |
| | **4** – Difficulties in concentrating and sustaining thought which reduces the ability to read or hold a conversation |
| | **5** – |
| | **6** – Unable to read or converse without great difficulty |

MADRS 4(6)                                              4
Final 1st Oct  2003

CONFIDENTIAL
AZSER12749716

Study Code: D1447C00126    Subj Initials: …………….. E code E __ __ __ __ __ __ __

Visit No.: …….

| |
|---|
| • Use extreme scores whenever appropriate |
| • If definite questions cannot be elicited, use all relevant clues as well as information from other sources |

| 7    Lassitude | |
|---|---|
| Representing a difficulty getting started or slowness initiating and performing everyday activities. | **0** – Hardly any difficulty in getting started.  No sluggishness<br>**1** –<br><br>**2** – Difficulties in starting activities<br><br>**3** –<br><br>**4** – Difficulties in starting simple routine activities which are carried out with effort<br>**5** –<br><br>**6** – Complete lassitude.  Unable to do anything without help. |

| 8.    Inability to Feel | |
|---|---|
| Representing the subjective experience of reduced interest in the surroundings, or activities that normally give pleasure.  The ability to react with adequate emotion to circumstances or people is reduced. | **0** – Normal interest in surroundings and in other people<br>**1** –<br><br>**2** – Reduced ability to enjoy usual interests<br><br>**3** –<br><br>**4** – Loss of interest in surroundings.  Loss of feelings for friends and acquaintances<br>**5** –<br><br>**6** – The experience of being emotionally paralyzed, inability to feel anger, grief or pleasure and a complete or even painful failure to feel for close relatives and friends |

CONFIDENTIAL
AZSER12749717

Study Code: D1447C00126   Subj Initials: …………… E code: __ __ __ __ __ __ __

Visit No.: …….

- Use extreme scores whenever appropriate
- If definite questions cannot be elicited, use all relevant clues as well as information from other sources

| 9. | Pessimistic Thoughts |
|---|---|
| Representing thoughts of guilt, inferiority, self-reproach, sinfulness, remorse and ruin | **0** – No pessimistic thoughts<br><br>**1** –<br><br>**2** – Fluctuating ideas of failure, self-reproach or self-depreciation<br><br>**3** –<br><br>**4** – Persistent self-accusations, or definite but still rational ideas of guilt or sin, increasingly pessimistic about the future<br><br>**5** –<br><br>**6** – Delusions of ruin, remorse, or un-redeemable sin.  Self-accusations that are absurd or unshakable |

| 10. | Suicidal Thoughts |
|---|---|
| Representing the feeling that life is not worth living, that a natural death would be welcome, suicidal thoughts, and preparations for suicide.  Suicidal attempts should not in themselves influence the rating | **0** – Enjoys life or takes it as it comes<br><br>**1** –<br><br>**2** – Weary of life.  Only fleeting suicidal thoughts<br><br>**3** –<br><br>**4** – Probably better off dead.  Suicidal thoughts are common and suicide is considered as a possible solution, but without specific plans or intention<br><br>**5** –<br><br>**6** – Explicit plans for suicide when there is an opportunity.  Active preparations for suicide |

| Total Score items 1-10 | |
|---|---|
| Rater's Initials | |

☞ **During randomized treatment, if total score is 20 or more, this could constitute an event, if that is the case, please fill in the MOODEVT module in the CRF**

MADRS 6(6)                                             6
Final 1st Oct  2003

CONFIDENTIAL
AZSER12749718

Study Code: D1447C00126      Subj Initials: …………… E code E __ __ __ __ __ __

Visit No.: …….

# POSITIVE AND NEGATIVE SYNDROME SCALE (PANSS)
## POSITIVE SUBSCALE
# WORKSHEET

## Instructions:

- Carefully read each item definition and the basis for rating each item prior to completing scoring.  Note that some items are strictly from the interview and some from informant.

- Use all information available (from both the interview and informant information, as appropriate).

- Draw information from the **entire interview**, not just that section.

- Assign the highest severity rating, even if the patient meets criteria for a lower rating also.

- Not all elements are needed for a severity rating.

- For symptoms that are not directly probed verbally, use behavioral observations or reports by informant.

- Circle appropriate numerical score

- Enter your rater initials on Page 8

- Transfer the individual item score the corresponding page in the CRF. Make sure that the visit numbers and dates are the same.

Reference:
Kay SR, Fiszbein A, Opler LA. The Positive and Negative Syndrome Scale (PANSS) for schizophrenia. *Shizophr Bull.* 1987;13:261-276
Kay SR, Opler LA, The positive-negative dimension in schizophrenia: its validity and significance. *Psychiatr Dev.* 1987;5:79-103
Kay SR, Opler LA, Lindenmayer JP. Reliability and validity of the Positive and Negative Syndrome Scale for schizophrenics. *Psychiatry Res. 1988;23:99-100*

---

**To be completed by site personnel**

**Subject Initials** __ __ __

**E code**  E__ __ __ __ __ __ __

**Study code  D1447C00126**

**Visit Number: ___**

---

CONFIDENTIAL
AZSER12749719

Study Code: D1447C00126      Subj Initials: …………… E code E __ __ __ __ __ __
                             Visit No.: …….

- Use all information available (from both the interview and informant information, as appropriate).
- Draw information from the **entire interview**, not just that section.
- Assign the highest severity rating, even if the patient meets criteria for a lower rating also.

Date **2 0** __ __/__ __/__ __/
    Year      m m    d d

**P1. Delusions.**  Beliefs, which are unfounded, unrealistic, and idiosyncratic.
**Basis for rating:** thought content expressed in the interview and its influence on social relations and behavior.

| | |
|---|---|
| **1 - Absent** | Definition does not apply. |
| **2 – Minimal** | Questionable pathology; may be at the upper extreme of normal limits. |
| **3 – Mild** | Presence of one or two delusions which are vague, uncrystallized, and not tenaciously held.  Delusions do not interfere with thinking, social relations, or behavior. |
| **4 – Moderate** | Presence of either a kaleidoscopic array of poorly formed, unstable delusions or of a few well-formed delusions that occasionally interfere with thinking, social relations, or behavior. |
| **5 – Moderate Severe** | Presence of numerous well-formed delusions that are tenaciously held and occasionally interfere with thinking, social relations, or behavior. |
| **6 – Severe** | Presence of a stable set of delusions which are crystallized, possibly systematized, tenaciously held, and clearly interfere with thinking, social relations, and behavior. |
| **7 - Extreme** | Presence of a stable set of delusions which are either highly systematized or very numerous, and which dominate major facets of the patient's life.  This frequently results in inappropriate and irresponsible action, which may even jeopardize the safety of the patient or others. |

CONFIDENTIAL
AZSER12749720

Study Code: D1447C00126        Subj Initials: …………….. E code __ __ __ __ __ __
                                Visit No.: ……..

- Use all information available (from both the interview and informant information, as appropriate).
- Draw information from the **entire interview**, not just that section.
- Assign the highest severity rating, even if the patient meets criteria for a lower rating also.

**P2. Conceptual disorganization.** Disorganized process of thinking characterized by disruption of goal-directed sequencing, for example, circumstantiality, tangentiality, loose associations, non-sequiturs, gross illogicality, or thought block.
**Basis for rating**: cognitive-verbal processes observed during the course of interview.

| | |
|---|---|
| **1** – Absent | Definition does not apply. |
| **2** – Minimal | Questionable pathology; may be at the upper extreme of normal limits. |
| **3** – Mild | Thinking is circumstantial, tangential, or paralogical.  There is some difficulty in directing thoughts toward a goal, and some loosening of associations may be evidenced under pressure. |
| **4** – Moderate | Able to focus thoughts when communications are brief and structured, but becomes loose or irrelevant when dealing with more complex communications or when under minimal pressure. |
| **5** – Moderate Severe | Generally has difficulty in organizing thoughts, as evidenced by frequent irrelevancies, disconnectedness, or loosening of associations even when not under pressure. |
| **6** – Severe | Thinking is seriously derailed and internally inconsistent, resulting in gross irrelevancies and disruption of thought processes, which occur almost constantly. |
| **7** – Extreme | Thoughts are disrupted to the point where the patient is incoherent.  There is marked loosening of associations, which results in total failure of communication, for example, "word salad" or mutism. |

CONFIDENTIAL
AZSER12749721

Study Code: D1447C00126      Subj Initials: …………… E code __ __ __ __ __ __
Visit No.: …….

- Use all information available (from both the interview and informant information, as appropriate).
- Draw information from the **entire interview**, not just that section.
- Assign the highest severity rating, even if the patient meets criteria for a lower rating also.

**P3. Hallucinatory behaviour.** Verbal report or behavior indicating perceptions which are not generated by external stimuli.  These may occur in the auditory, visual, olfactory, or somatic realms**.**
**Basis for rating:** verbal report and physical manifestations during the course of interview as well as reports of behavior by primary care workers or family.

| | |
|---|---|
| **1** – Absent | Definition does not apply. |
| **2** – Minimal | Questionable pathology; may be at the upper extreme of normal limits. |
| **3** – Mild | One or two clearly formed but infrequent hallucinations, or else a number of vague abnormal perceptions which do not result in distortions of thinking or behavior. |
| **4** – Moderate | Hallucinations occur frequently but not continuously, and the patient's thinking and behavior are affected only to a minor extent. |
| **5** – Moderate Severe | Hallucinations are frequent, may involve more than one sensory modality, and tend to distort thinking and/or disrupt behavior.  Patient may have delusional interpretation of these experiences and respond to them emotionally and, on occasion, verbally as well. |
| **6** – Severe | Hallucinations are present almost continuously, causing major disruption of thinking and behavior.  Patient treats these as real perceptions, and functioning is impeded by frequent emotional and verbal responses to them. |
| **7** – Extreme | Patient is almost totally preoccupied with hallucinations, which virtually dominate thinking and behavior.  Hallucinations are provided a rigid delusional interpretation and provoke verbal and behavioral responses, including obedience to command hallucinations. |

CONFIDENTIAL
AZSER12749722

Study Code: D1447C00126      Subj Initials: …………….. E code ____ __ __ __ __ __ __
                    Visit No.: ……..

- Use all information available (from both the interview and informant information, as appropriate).
- Draw information from the **entire interview**, not just that section.
- Assign the highest severity rating, even if the patient meets criteria for a lower rating also.

**P4. Excitement.**  Hyperactivity as reflected in accelerated motor behavior, heightened responsivity to stimuli, hypervigilance, or excessive mood lability.
**Basis for rating**: behavioral manifestations during the course of interview as well as reports of behavior by primary care workers or family.

| | |
|---|---|
| **1** – Absent | Definition does not apply. |
| **2** – Minimal | Questionable pathology; may be at the upper extreme of normal limits. |
| **3** – Mild | Tends to be slightly agitated, hypervigilant, or mildly over aroused throughout the interview, but without distinct episodes of excitement or marked mood lability.  Speech may be slightly pressured. |
| **4** – Moderate | Agitation or over arousal is clearly evident throughout the interview, affecting speech and general mobility, or episodic outbursts occur sporadically. |
| **5** – Moderate Severe | Significant hyperactivity or frequent outbursts of motor activity are observed, making it difficult for the patient to sit still for longer than several minutes at any given time. |
| **6** – Severe | Marked excitement dominates the interview, delimits attention, and to some extent affects personal functions such as eating and sleeping. |
| **7** – Extreme | Marked excitement seriously interferes in eating and sleeping and makes interpersonal interactions virtually impossible.  Acceleration of speech and motor activity may result in incoherence and exhaustion. |

CONFIDENTIAL
AZSER12749723

Study Code: D1447C00126      Subj Initials: …………….. E code __ __ __ __ __ __ __
                                          Visit No.: …….

---

- Use all information available (from both the interview and informant information, as appropriate).
- Draw information from the **entire interview**, not just that section.
- Assign the highest severity rating, even if the patient meets criteria for a lower rating also.

---

**P5. Grandiosity.** Exaggerated self-opinion and unrealistic convictions of superiority, including delusions of extraordinary abilities, wealth, knowledge, fame, power, and moral righteousness. **Basis for rating:** thought content expressed in the interview and its influence on behavior.

| | |
|---|---|
| **1** – Absent | Definition does not apply. |
| **2** – Minimal | Questionable pathology; may be at the upper extreme of normal limits. |
| **3** – Mild | Some expansiveness or boastfulness is evident, but without clear-cut grandiose delusions. |
| **4** – Moderate | Feels distinctly and unrealistically superior to others.  Some poorly formed delusions about special status or abilities may be present but are not acted upon. |
| **5** – Moderate Severe | Clear-cut delusions concerning remarkable abilities, status, or power are expressed and influence attitude but not behavior. |
| **6** – Severe | Clear-cut delusions of remarkable superiority involving more than one parameter (wealth, knowledge, fame, etc.) are expressed, notably influence interactions, and may be acted upon. |
| **7** – Extreme | Thinking, interactions, and behavior are dominated by multiple delusions of amazing ability, wealth, knowledge, fame, power, and/or moral stature, which may take on a bizarre quality. |

CONFIDENTIAL
AZSER12749724

Study Code: D1447C00126     Subj Initials: …………… E code E __ __ __ __ __ __
                            Visit No.: …….

---

- Use all information available (from both the interview and informant information, as appropriate).
- Draw information from the **entire interview**, not just that section.
- Assign the highest severity rating, even if the patient meets criteria for a lower rating also.

---

**P6. Suspiciousness/persecution**.  Unrealistic or exaggerated ideas of persecution, as reflected in guardedness, a distrustful attitude, suspicious hypervigilance, or frank delusions that others mean one harm.
**Basis for rating**: thought content expressed in the interview and its influence on behavior.

| | |
|---|---|
| **1** – Absent | Definition does not apply. |
| **2** – Minimal | Questionable pathology; may be at the upper extreme of normal limits. |
| **3** – Mild | Presents a guarded or even openly distrustful attitude, but thoughts, interactions, and behavior are minimally affected. |
| **4** – Moderate | Distrustfulness is clearly evident and intrudes on the interview and/or behavior, but there is no evidence of persecutory delusions. Alternatively, there may be indication of loosely formed persecutory delusions, but these do not seem to affect the patient's attitude or interpersonal relations. |
| **5** – Moderate Severe | Patient shows marked distrustfulness, leading to major disruption of interpersonal relations, or else there are clear-cut persecutory delusions that have limited impact on interpersonal relations and behavior. |
| **6** – Severe | Clear-cut pervasive delusions of persecution which may be systematized and significantly interfere in interpersonal relations. |
| **7** – Extreme | A network of systematized persecutory delusions dominates the patient's thinking, social relations, and behavior. |

CONFIDENTIAL
AZSER12749725

Study Code: D1447C00126      Subj Initials: …………….  E code E __ __ __ __ __ __
                                          Visit No.: …….

---

- Use all information available (from both the interview and informant information, as appropriate).
- Draw information from the **entire interview**, not just that section.
- Assign the highest severity rating, even if the patient meets criteria for a lower rating also.

---

**P7. Hostility**.  Verbal and nonverbal expressions of anger and resentment, including sarcasm, passive-aggressive behavior, verbal abuse, and assaultiveness.
**Basis for rating**: interpersonal behavior observed during the interview and reports by primary care workers or family

| | |
|---|---|
| **1 – Absent** | Definition does not apply. |
| **2 – Minimal** | Questionable pathology; may be at the upper extreme of normal limits. |
| **3 – Mild** | Indirect or restrained communication of anger, such as sarcasm, disrespect, hostile expressions, and occasional irritability. |
| **4 – Moderate** | Presents an overtly hostile attitude, showing frequent irritability and direct expression of anger or resentment. |
| **5 – Moderate Severe** | Patient is highly irritable and occasionally verbally abusive or threatening. |
| **6 – Severe** | Uncooperativeness and verbal abuse or threats notably influence the interview and seriously impact upon social relations.  Patient may be violent and destructive but is not physically assaultive toward others. |
| **7 – Extreme** | Marked anger results in extreme uncooperativeness, precluding other interactions, or in episode(s) of physical assault toward others. |

---

**Rater's Initials**

| |
|---|
| |

---

CONFIDENTIAL
AZSER12749726

Study Code: D1447C00126    Subj Initials: …………… E code: **E** __ __ __ __ __ __

Visit No.: …….

Final 1 Oct 2003

# THE PSYCHOLOGICAL GENERAL WELL BEING

## (PGWB)

### index

### Instructions to the investigator:

The PGWB is a measurement of the patient's well-being or distress. It consists of 22 items on anxiety, depressed mood, positive well-being, self control, general health and vitality.

The PGWB is a self rated questionnaire and should be administered to the patient to be completed on his/her own without the presence or influence of study investigator/nurse or other individuals.

You should instruct the patient to read the instructions for the questionnaire and report their responses of well-being or distress for the **past week**. Emphasize that you will not interfere with the completion or have any comments to the patient's responses.

When the patient has completed the questionnaire, you should transfer the responses to the corresponding CRF page. Make sure that the visit numbers and dates are the same.

Please note that a questionnaire that has been completed by the patient is considered as source data and cannot be amended by the investigator or any other individual.

Reference:
Dupuy HJ, "The Psychological General Well-Being Index," Assessment of Quality of Life in Clinical Trials of Cardiovascular Therapies, Wenger NK, Mattson ME, Furberg CD, Elinson J, eds, New York NY: LeJacq Publishing Inc USA., 1984, 170-83.

---

**To be completed by site personnel**

**Subject Initials** __ __ __

**E code** <u>E</u> __ __ __ __ __ __ __

**Study code** D1447C00126

**Visit Number:** ___

**Date** <u>**2 0**</u> __ _/ __ __ / __ __ /
         Year      m m    d d

---

1 (7)

CONFIDENTIAL
AZSER12749727

This header should be completed by site personnel
Study Code: D1447C00126     Subj Initials: ............... E code: **E** __ __ __ __ __ __
                            Visit No.: .......

## THE GENERAL WELL-BEING SCHEDULE

NAME: _____     SEX: M: [ ]  F: [ ]  AGE: ___
        Last              First            Middle

*READ: This section of the examination contains questions about how you feel and how things have been going with you. For each question check the answer which best applies to you.*

1.   **How have you been feeling in general during the past week?**
     (Check one box)

     In excellent spirits ................................................................ ☐
     In very good spirits ............................................................... ☐
     In good spirits mostly ............................................................ ☐
     I have been up and down in spirits a lot .................................. ☐
     In low spirits mostly ............................................................. ☐
     In very low spirits ................................................................ ☐

2.   **How often were you bothered by any illness, bodily disorder, aches or pains during the past week?**
     (Check one box)

     Every day ............................................................................. ☐
     Almost every day .................................................................. ☐
     About half of the time .......................................................... ☐
     Now and then, but less than half the time ............................... ☐
     Rarely .................................................................................. ☐
     None of the time ................................................................... ☐

3.   **Did you feel depressed during the past week?**
     (Check one box)

     Yes - to the point that I felt like taking my life ...................... ☐
     Yes - to the point that I did not care about anything ............... ☐
     Yes - very depressed almost every day .................................. ☐
     Yes - quite depressed several times ....................................... ☐
     Yes - a little depressed now and then .................................... ☐
     No - never felt depressed at all ............................................. ☐

PGWB 2 (7)

CONFIDENTIAL
AZSER12749728

**This header should be completed by site personnel**

Study Code: D1447C00126     Subj Initials: …………… E code: **E** __ __ __ __ __ __ __

Visit No.: …….

**4.    Have you been in firm control of your behavior, thoughts, emotions or feelings during the past week?**
(Check one box)

Yes, definitely so ……………………………………………………………………… ☐

Yes, for the most part ………………………………………………………………… ☐

Generally so …………………………………………………………………………… ☐

Not too well …………………………………………………………………………… ☐

No, and I am somewhat disturbed …………………………………………………… ☐

No, and I am very disturbed ………………………………………………………… ☐

**5.    Have you been bothered by nervousness or your "nerves" during the past week?**
(Check one box)

Extremely so - to the point where I could not work or take care of things ….. ☐

Very much so ………………………………………………………………………… ☐

Quite a bit …………………………………………………………………………… ☐

Some - enough to bother me ………………………………………………………… ☐

A little ………………………………………………………………………………… ☐

Not at all ……………………………………………………………………………… ☐

**6.    How much energy, pep, or vitality did you have or feel during the past week?**
(Check one box)

Very full of energy - lots of pep …………………………………………………… ☐

Fairly energetic most of the time …………………………………………………… ☐

My energy level varied quite a bit …………………………………………………… ☐

Generally low in energy or pep ……………………………………………………… ☐

Very low in energy or pep most of the time ………………………………………… ☐

No energy or pep at all - I felt drained, sapped …………………………………… ☐

**7.    I felt downhearted and blue during the past week.**
(Check one box)

None of the time ……………………………………………………………………… ☐

A little of the time …………………………………………………………………… ☐

Some of the time ……………………………………………………………………… ☐

A good bit of the time ………………………………………………………………… ☐

Most of the time ……………………………………………………………………… ☐

All of the time ………………………………………………………………………… ☐

PGWB 3 (7)

CONFIDENTIAL
AZSER12749729

This header should be completed by site personnel
Study Code: D1447C00126      Subj Initials: ............... E code: **E** __ __ __ __ __ __
Visit No.: ........

**8.** **Were you generally tense or did you feel any tension during the past week?**
(Check one box)

Yes - extremely tense, most or all of the time ................................................. ☐
Yes - very tense most of the time ................................................................. ☐
Not generally tense, but did feel fairly tense several times ............................ ☐
I felt a little tense a few times ...................................................................... ☐
My general tension level was quite low .......................................................... ☐
I never felt tense or any tension at all ........................................................... ☐

**9.** **How happy, satisfied, or pleased have you been with your personal life during the past week?**
(Check one box)

Extremely happy - could not have been more satisfied or pleased ................. ☐
Very happy most of the time ......................................................................... ☐
Generally satisfied - pleased ........................................................................ ☐
Sometimes fairly happy, sometimes fairly unhappy ..................................... ☐
Generally dissatisfied or unhappy ................................................................ ☐
Very dissatisfied or unhappy most or all the time ........................................ ☐

**10.** **Did you feel healthy enough to carry out the things you like to do or had to do during the past week?**
(Check one box)

Yes - definitely so ........................................................................................ ☐
For the most part .......................................................................................... ☐
Health problems limited me in some important ways ................................... ☐
I was only healthy enough to take care of myself ......................................... ☐
I needed some help in taking care of myself ................................................ ☐
I needed someone to help me with most or all of the things I had to do ........ ☐

**11.** **Have you felt so sad, discouraged, hopeless, or had so many problems that you wondered if anything was worthwhile during the past week?**
(Check one box)

Extremely so - to the point that I have just about given up ............................ ☐
Very much so ............................................................................................... ☐
Quite a bit .................................................................................................... ☐
Some - enough to bother me ......................................................................... ☐
A little bit ..................................................................................................... ☐
Not at all ...................................................................................................... ☐

CONFIDENTIAL
AZSER12749730

**This header should be completed by site personnel**

Study Code: D1447C00126         Subj Initials: ……………. E code: **E** __ __ __ __ __ __ __

Visit No.: …….

**12.    I woke up feeling fresh and rested during the past week.**
(Check one box)

None of the time ............................................................................................ ☐

A little of the time ........................................................................................ ☐

Some of the time .......................................................................................... ☐

A good bit of the time .................................................................................. ☐

Most of the time ........................................................................................... ☐

All of the time .............................................................................................. ☐

**13.    Have you been concerned, worried, or had any fears about your health during the past week?**
(Check one box)

Extremely so ................................................................................................. ☐

Very much so ................................................................................................ ☐

Quite a bit .................................................................................................... ☐

Some, but not a lot ....................................................................................... ☐

Practically never .......................................................................................... ☐

Not at all ...................................................................................................... ☐

**14.    Have you had any reason to wonder if you were losing your mind, or losing control over the way you act, talk, think, feel or of your memory during the past week?**
(Check one box)

Not at all ...................................................................................................... ☐

Only a little .................................................................................................. ☐

Some - but not enough to be concerned or worried about ............................ ☐

Some and I have been a little concerned ...................................................... ☐

Some and I am quite concerned ................................................................... ☐

Yes, very much so and I am very concerned ................................................ ☐

**15.    My daily life was full of things that were interesting to me during the past week.**
(Check one box)

None of the time ............................................................................................ ☐

A little of the time ........................................................................................ ☐

Some of the time .......................................................................................... ☐

A good bit of the time .................................................................................. ☐

Most of the time ........................................................................................... ☐

All of the time .............................................................................................. ☐

PGWB 5 (7)

CONFIDENTIAL
AZSER12749731

**This header should be completed by site personnel**

Study Code: D1447C00126      Subj Initials: …………… E code: **E** __ __ __ __ __ __ __

Visit No.: …….

**16.**   **Did you feel active, vigorous, or dull, sluggish during the past week?**
(Check one box)

Very active, vigorous every day  ........................................................................ ☐

Mostly active, vigorous - never really dull, sluggish  .................................... ☐

Fairly active, vigorous - seldom dull, sluggish  ............................................. ☐

Fairly dull, sluggish - seldom active, vigorous  ............................................. ☐

Mostly dull, sluggish - never really active, vigorous  .................................... ☐

Very dull, sluggish every day  ....................................................................... ☐

**17.**   **Have you been anxious, worried, or upset during the past week?**
(Check one box)

Extremely so - to the point of being sick or almost sick  ................................ ☐

Very much so  ................................................................................................. ☐

Quite a bit  ..................................................................................................... ☐

Some - enough to bother me  .......................................................................... ☐

A little bit  ...................................................................................................... ☐

Not at all  ........................................................................................................ ☐

**18.**   **I was emotionally stable and sure of myself during the past week.**
(Check one box)

None of the time  ............................................................................................ ☐

A little of the time  ......................................................................................... ☐

Some of the time  ............................................................................................ ☐

A good bit of the time  .................................................................................... ☐

Most of the time  ............................................................................................. ☐

All of the time  ................................................................................................ ☐

**19.**   **Did you feel relaxed, at ease or high strung, tight, or keyed-up during the past week?**
(Check one box)

Felt relaxed and at ease the whole week  ........................................................ ☐

Felt relaxed and at ease most of the time  ....................................................... ☐

Generally felt relaxed but at times felt fairly high strung  .............................. ☐

Generally felt high strung but at times felt fairly relaxed  .............................. ☐

Felt high strung, tight, or keyed-up most of the time  ..................................... ☐

Felt high strung, tight, or keyed-up the whole week  ...................................... ☐

PGWB 6 (7)

CONFIDENTIAL
AZSER12749732

This header should be completed by site personnel
Study Code: D1447C00126     Subj Initials: …………… E code: **E** __ __ __ __ __ __ __
Visit No.: …….

**20.**    **I felt cheerful, lighthearted during the past week.**
(Check one box)

None of the time .................................................................................. ☐
A little of the time ............................................................................... ☐
Some of the time .................................................................................. ☐
A good bit of the time .......................................................................... ☐
Most of the time ................................................................................... ☐
All of the time ...................................................................................... ☐

**21.**    **I felt tired, worn out, used up, or exhausted during the past week.**
(Check one box)

None of the time .................................................................................. ☐
A little of the time ............................................................................... ☐
Some of the time .................................................................................. ☐
A good bit of the time .......................................................................... ☐
Most of the time ................................................................................... ☐
All of the time ...................................................................................... ☐

**22.**    **Have you been under or felt you were under any strain, stress, or pressure during the
past week?**
(Check one box)

Yes - almost more than I could bear or stand ................................................ ☐
Yes - quite a bit of pressure ......................................................................... ☐
Yes, some - more than usual ........................................................................ ☐
Yes, some - but about usual ......................................................................... ☐
Yes - a little .............................................................................................. ☐
Not at all ................................................................................................... ☐

PGWB 7 (7)

CONFIDENTIAL
AZSER12749733

Study Code: D1447C00126        Subj Initials: …………… E code E __ __ __ __ __ __ __
                              Visit No.: …….

# SIMPSON ANGUS RATING SCALE
# FOR EXTRAPYRAMIDAL SIDE EFFECTS
# (SAS)

# WORKSHEET

## Instructions:

- The examination should be conducted in a room where the patient can walk sufficient distance to allow him/her to get into a natural rhythm, for ex. 15 paces. Each side of the body should be examined; if one side shows more pronounced pathology than the other, record more severe pathology.
  Cogwheel rigidity may be palpated when the examination is carried out for items 3, 4, 5 and 6. It is not rated separately and is merely another way to detect rigidity. It would indicate that a minimum score of 2 would be mandatory.

- Follow the examination procedure described in each item.

- Circle appropriate numerical score

- Enter your rater initials on Page 6

- Transfer the individual item score to the corresponding page in the CRF. Make sure that the visit numbers and dates are the same.

Reference:
Simpson GM, Angus JWS. A rating scale for extrapyramidal side effects *Acta Psychiatr Scand.* 1970;212 (suppl 44):11-19.
Simpson GM, Lee JH, Zoubok B, Gardos G.  A rating scale for tradive dyskinesia. Psychopharmacology. 1979;64:171-179.

---

**To be completed by site personnel**


**Subject Initials** __ __ __

**E code**  E  __ __ __ __ __ __ __

**Study code**  D1447C00126

**Visit Number:**  ___

**Date 2 0** __ _/ __ __ / ___ __ /
         Year      m m   d d

---

1 (6)
SAS Final 1ˢᵗ Oct 2003

CONFIDENTIAL
AZSER12749734

Study Code: D1447C00126      Subj Initials: …………… E code E __ __ __ __ __ __

Visit No.: …….

| 1. | Gait | |
|---|---|---|
| The patient is examined as he walks into the examining room; his gait, the swing of his arms, his general posture; all form the basis for an overall score for this item. | **0** – Normal<br><br>**1** – Mild diminution in swing while the patient is walking<br><br>**2** – Obvious diminution in swing suggesting shoulder rigidity.<br><br>**3** – Stiff gait with little or no arm swing noticeable.<br><br>**4** – Rigid gait with arms slightly pronated; or stooped-shuffling gait with propulsion and repropulsion. | |

| 2. | Arm Dropping | |
|---|---|---|
| The patient and the examiner both raise their arms to shoulder height and let them fall to their sides. In a normal patient, a stout slap is heard as the arms hit the sides.  In the patient with extreme Parkinson's syndrome, the arms fall very slowly. | **0** – Normal, free fall with loud slap and rebound<br><br>**1** – Fall slowed slightly with less audible contact and little rebound<br><br>**2** – Fall slowed, no rebound<br><br>**3** – Marked slowing, no slap at all<br><br>**4** – Arms fall as though against resistance; as though through glue | |

CONFIDENTIAL

AZSER12749735

Study Code: D1447C00126     Subj Initials: …………… E code E __ __ __ __ __ __

Visit No.: …….

| **3.** | **Shoulder Shaking** |
|---|---|
| The patient's arms are bent at a right angle at the elbow and taken one at a time by the examiner who grasps one hand and also clasps the other around the patient's elbow. The patient's upper arm is pushed to and from and the humerus is externally rotated.  The degree of resistance from normal to extreme rigidity is scored as detailed. The procedure is repeated with one hand palpating the shoulder cuff while rotation takes place. | **0** – Normal<br><br>**1** – Slight stiffness and resistance<br><br>**2** – Moderate stiffness and resistance<br><br>**3** – Marked rigidity with difficulty in passive movement<br><br>**4** – Extreme stiffness and rigidity with almost a frozen joint |

| **4.** | **Elbow Rigidity** |
|---|---|
| The elbow joints are separately bent at right angles and passively extended and flexed, with patient's biceps observed and simultaneously palpated.  The resistance to the procedure is rated. | **0** – Normal<br><br>**1** – Slight stiffness and resistance<br><br>**2** – Moderate stiffness and resistance<br><br>**3** – Marked rigidity with difficulty in passive movement<br><br>**4** – Extreme stiffness and rigidity with almost a frozen joint |

SAS 3 (6)

SAS Final 1st Oct 2003

CONFIDENTIAL

AZSER12749736

Study Code: D1447C00126      Subj Initials: …………… E code __ __ __ __ __ __
Visit No.: …….

| 5. | Wrist Rigidity |
|---|---|
| The wrist is held in one hand and then the fingers held by the examiner's other hand with the wrist moved to extension, flexion and both ulnar and radial deviation, or the extended wrist is allowed to fall under its own weight, or the arm can be grasped above the wrist and shaken to and fro.  A score of "1" would be a hand that extends easily, falls loosely, or flaps easily upwards and downwards. | **0** – Normal<br><br>**1** – Slight stiffness and resistance<br><br>**2** – Moderate stiffness and resistance<br><br>**3** – Marked rigidity with difficulty in passive movement<br><br>**4** – Extreme stiffness and rigidity with almost a frozen joint |

| 6. | Head Rotation |
|---|---|
| The patient sits or stands and is told that you are going to move his head from side to side, that it will not hurt and that he should try and relax.  (Questions about pain in the cervical area or difficulty moving his head should be obtained to avoid causing any pain.)  Clasp the patient's head between the two hands with fingers on back of the neck.  Gently rotate the head in a circular motion 3 times and evaluate the muscular resistance to this movement. | **0** – Loose, no resistance<br><br>**1** – Slight resistance to movement although the time to rotate may be normal<br><br>**2**– Resistance is apparent and time of rotation is slowed<br><br>**3**– Resistance is obvious and rotation is slowed<br><br>**4**– Head appears stiff and rotation is difficult to carry out |

SAS 4 (6)
SAS Final 1st Oct 2003

CONFIDENTIAL
AZSER12749737

Study Code: D1447C00126       Subj Initials: …………… E code E __ __ __ __ __ __ __
                              Visit No.: …….

| 7.  Glabella Tap | |
|---|---|
| Patient is told to open his eyes wide and not to blink.  The glabella region is tapped at a steady, rapid speed.  Note number of times patient blinks in succession.  Take care to stand behind the patient so that he does not observe the movement of the tapping finger. A full blink need not to be observed; there may be contraction if the infraorbital muscle producing a twitch each time a stimulus is delivered.  Vary speed of tapping to assure that muscle contraction is related to the tap. | **0** – 0-5 blinks<br><br>**1** – 6-10 blinks<br><br>**2** – 11-15 blinks<br><br>**3** – 16-20 blinks<br><br>**4** – 21 and more blinks |

| 8   Tremor | |
|---|---|
| Patient is observed walking into examining room and then is re-examined for this item with arms extended at right angles to  the body and the fingers spread out as far as possible. | **0** – Normal<br><br>**1** – Mild finger tremor, obvious to sight and touch<br><br>**2** – Tremor of hand or arm occurring spasmodically<br><br>**3** – Persistent tremor of one or more limbs<br><br>**4** – Whole body tremor |

SAS 5 (6)
SAS Final 1st Oct 2003

CONFIDENTIAL
AZSER12749738

Study Code: D1447C00126     Subj Initials: …………… E code __ __ __ __ __ __ __

Visit No.: ……..

| 9. | Salivation |
|---|---|
| Patient is observed while talking and then asked to open his mouth and elevate his tongue. | **0** – Normal<br><br>**1** – Excess salivation so that pooling takes place if the mouth is open and the tongue raised<br><br>**2** – Excess salivation is present and might occasionally result in difficulty in speaking<br><br>**3** – Speaking with difficulty because of excess salivation<br><br>**4** – Frank drooling |

| 10. | Akathisia |
|---|---|
| Patient is observed for restlessness.  If restlessness if noted, ask: "Do you feel restless or jittery inside; is it difficult to sit still?" Subjective response is not necessary for scoring but patient report can help make the assessment. | **0** – No restlessness reported or observed<br><br>**1** – Mild restlessness observed<br><br>**2** – Moderate restlessness observed<br><br>**3** – Restlessness frequently observed<br><br>**4** – Restlessness persistently observed |

| **Rater's Initials** | |
|---|---|

SAS 6 (6)
SAS Final 1st Oct 2003

CONFIDENTIAL
AZSER12749739

Study Code: D1447C00126    Subj Initials: …………… E code: **E** __ __ __ __ __ __ __
Visit No.: …….

Final 1 Oct 2003

# SHEEHAN DISABILITY SCALE

# (SDS)

## Instructions to the investigator:

The Sheehan Disability Scale is a measurement of functional disability and impairment due to psychiatric symptoms. It consists of 3 functional impairment items and 2 items related to productivity losses due to the symptoms and impairment.

The Sheehan Disability Scale is a self rated questionnaire and should be administered to the patient to be completed on his/her own without the presence or influence of study investigator/nurse or other individuals.

You should instruct the patient to report the disability and impairment experienced during the **past week** due to his/her **bipolar disorder symptoms**. Emphasize that you will not interfere with the completion or have any comments to the patient's responses.

When the patient has completed the questionnaire you should transfer the responses to the corresponding CRF page. Make sure that the visit numbers and dates are the same.

Please note that a questionnaire that has been completed by the patient is considered as source data and cannot be amended by the investigator or any other individual.

Reference:
Sheehan DV. The Anxiety Disease. New York. Charles Scribner and Sons, 1983

---

**To be completed by site personnel**


**Subject Initials** __ __ __

**E code**  **E** __ __ __ __ __ __ __

**Study code**  D1447C00126

**Visit Number:** ___

**Date** **2 0** __ __/__ __/__ __/
         Year      m m   d d

---

1 (2)

CONFIDENTIAL
AZSER12749740

**This header should be completed by site personnel**

Study Code: D1447C00126     Subj Initials: …………… E code: **E** __ __ __ __ __ __ __

Visit No.: …….

# SHEEHAN DISABILITY SCALE

### A BRIEF, PATIENT RATED, MEASURE OF DISABILITY AND IMPAIRMENT

## Please mark ONE circle for each scale.



**WORK / SCHOOL**

**The symptoms have disrupted your work / school work:**

☐ I have not worked /studied at all during the past week for reasons unrelated to disorder.



**SOCIAL LIFE**

**The symptoms have disrupted your social life / leisure activities:**



**FAMILY LIFE / HOME RESPONSIBILITIES**

**The symptoms have disrupted your family life / home responsibilities:**

### DAYS LOST

On how many days in the last week did your symptoms cause you to miss school or work or leave you unable to do your normal daily responsibilities? _____

### DAYS UNDERPRODUCTIVE

On how many days in the last week did you feel so impaired by your symptoms, that even though you went to school or work, your productivity was reduced? _____

© Copyright 1983 David V. Sheehan. All rights reserved. Reproduced with permission of the author

SDS 2(2)

CONFIDENTIAL
AZSER12749741

Study Code: D1447C00126      Subj Initials: …………… E code E __ __ __ __ __ __ __

Visit No.: …….

# YOUNG MANIA RATING SCALE
# (YMRS)

# WORKSHEET

## Instructions:

- The purpose of each item is to rate the severity of that abnormality in the patient.  When several keys are given for a particular grade of severity, the presence of only one is required to qualify for that rating.

- The keys provided are guides.  One can ignore the keys if that is necessary to indicate severity, although this should be the exception rather than the rule.

- Scoring between the anchor points given is possible on some items and encouraged after experience with the scale is acquired.  This is particularly useful when severity of a particular item in a patient does not follow the progression indicated by the keys.

- Use all available information sources

- When in doubt between two ratings, give the higher score and use whole numbers

- Rate the worst of what is _observed_ and what is _reported_ rate the patient for the preceding 1-week period.

- Circle appropriate rating score.

- Enter total score and your rater initials on Page 6.

- Transfer the individual item score to the corresponding page in the CRF. Make sure that the visit numbers and dates are the same.

Reference:
Young RC, Biggs JT, Zeigler VE, Meyer DA. A rating scale for mania: reliability, validity, and sensitivity. *Br J Psychiatry.* 1978;133:429-435

---

*To be completed by site personnel*

**Subject Initials** __ __ __

**E code**  **E** __ __ __ __ __ __ __

**Study code**  D1447C00126

**Visit Number:**  ___

**Date**  **2 0** __ __/__ __/__ __/
  Year      m m   d d

---

CONFIDENTIAL
AZSER12749742

Study Code: D1447C00126      Subj Initials: …………… E code E __ __ __ __ __ __ __
Visit No.: …….

- Use all available information sources
- When in doubt between two ratings, give the higher score and use whole numbers
- Rate the worst of what is <u>observed</u> and what is <u>reported</u>

| 1. Elevated Mood | |
|---|---|
| | **0** – Absent |
| | **1** – Mildly or possibly increased on questioning |
| | **2** – Definite subjective elevation; optimistic, self-confident; cheerful; appropriate to content |
| | **3** – Elevated, inappropriate to content; humorous |
| | **4** – Euphoric; inappropriate laughter; singing |

| 2. Increased Motor Activity/Energy | |
|---|---|
| | **0** – Absent |
| | **1** – Subjectively increased |
| | **2** – Animated; gestures increased |
| | **3** – Excessive energy; hyperactive at times; restless (can be calmed) |
| | **4** – Motor excitement; continuous hyperactivity (cannot be calmed) |

| 3. Sexual Interest | |
|---|---|
| | **0** – Normal; not increased |
| | **1** – Mildly or possibly increased |
| | **2** – Definite subjective increase on questioning |
| | **3** – Spontaneous sexual content; elaborates on sexual matters; hypersexual by self-report |
| | **4** – Overt sexual acts (towards patients, staff, or interviewer) |

YMRS 2(6)
Final 1st Oct 2003

CONFIDENTIAL
AZSER12749743

Study Code: D1447C00126     Subj Initials: …………… E code E __ __ __ __ __ __ __
Visit No.: …….

- Use all available information sources
- When in doubt between two ratings, give the higher score and use whole numbers
- Rate the worst of what is <u>observed</u> and what is <u>reported</u>

| **4. Sleep** | |
|---|---|
| | **0** – Reports no decrease in sleep |
| | **1** – Sleeping less than normal amount by up to one hour |
| | **2** – Sleeping less than normal by more than one hour |
| | **3** – Reports decreased need for sleep |
| | **4** – Denies need for sleep |

| **5. Irritability** | |
|---|---|
| | **0** – Absent |
| | **1** – |
| | **2** – Subjectively increased |
| | **3** – |
| | **4** – Irritable at times during interview; recent episodes of anger or annoyance on ward or in usual environment |
| | **5** – |
| | **6** – Frequently irritable during interview; short, curt throughout |
| | **7** – |
| | **8** – Hostile, uncooperative; interview impossible |

YMRS 3(6)
Final 1st Oct 2003

CONFIDENTIAL
AZSER12749744

Study Code: D1447C00126        Subj Initials: …………… E code E __ __ __ __ __ __ __
                                        Visit No.: …….

- Use all available information sources
- When in doubt between two ratings, give the higher score and use whole numbers
- Rate the worst of what is underlined observed and what is reported

| **6. Speech (Rate and Amount)** | |
|---|---|
| | **0** – No increase |
| | **1** – |
| | **2** – Feel talkative |
| | **3** – |
| | **4** – Increased rate or amount at times, verbose at times |
| | **5** – |
| | **6** – Push; consistently increased rate and amount; difficult to interrupt |
| | **7** – |
| | **8** – Pressured; uninterruptible, continuous speech |

| **7. Language – Thought Disorder** | |
|---|---|
| | **0** – Absent |
| | **1** – Circumstantial; mild distractibility; quick thoughts |
| | **2** – Distractible, loses goal of thought; change topics frequently; racing thoughts |
| | **3** – Flight of ideas; tangentiality; difficult to follow; rhyming, echolalia |
| | **4** – Incoherent; communication impossible |

YMRS 4(6)
Final 1st Oct 2003

CONFIDENTIAL
AZSER12749745

Study Code: D1447C00126   Subj Initials: ……………. E code __ __ __ __ __ __
Visit No.: ……..

- Use all available information sources
- When in doubt between two ratings, give the higher score and use whole numbers
- Rate the worst of what is <u>observed</u> and what is <u>reported</u>

| 8. Content | |
|---|---|
| | **0** – Normal |
| | **1** – |
| | **2** – Questionable plans, new interests |
| | **3** |
| | **4** – Special project(s); hyper-religious |
| | **5** – |
| | **6** – Grandiose or paranoid ideas; ideas of reference |
| | **7** – |
| | **8** – Delusions; hallucinations |

| 9. Disruptive – Aggressive Behaviour | |
|---|---|
| | **0** – Absent, cooperative |
| | **1** – |
| | **2** - Sarcastic; loud at times, guarded |
| | **3** – |
| | **4** – Demanding; threats on ward |
| | **5** – |
| | **6** – Threatens interviewer; shouting; interview difficult |
| | **7** – |
| | **8** – Assaultive; destructive; interview impossible |

YMRS 5(6)
Final 1st Oct 2003

CONFIDENTIAL
AZSER12749746

Study Code: D1447C00126     Subj Initials: …………… E code __ __ __ __ __ __ __

Visit No.: …….

- Use all available information sources
- When in doubt between two ratings, give the higher score and use whole numbers
- Rate the worst of what is <u>observed</u> and what is <u>reported</u>

| 10. Appearance | |
|---|---|
| | **0** – Appropriate dress and grooming |
| | **1** – Minimally unkempt |
| | **2** – Poorly groomed; moderately dishevelled; overdressed |
| | **3** – Dishevelled; partly clothed; garish make-up |
| | **4** – Completely unkempt; decorated; bizarre garb |

| 11. Insight | |
|---|---|
| | **0** – Present; admits illness; agrees with need for treatment |
| | **1** – Possibly ill |
| | **2** – Admits behaviour change, but denies illness |
| | **3** – Admits possible change in behaviour, but denies illness |
| | **4** – Denies any behaviour change |

**Total score items 1- 11**

**Rater's Initials**

☞ **During randomized treatment, if total score is 20 or more, this could constitute an event, if that is the case, please fill in the MOODEVT module in the CRF**

YMRS 6(6)
Final 1st Oct 2003

CONFIDENTIAL
AZSER12749747