**This header should be completed by site personnel**
Study Code: D1447C00126      Subj Initials: ............... E code: **E** __ __ __ __ __ __
Visit No.: .......

# THE PSYCHOLOGICAL GENERAL WELL BEING

# (PGWB)

| To be completed by site personnel |
|---|
| **Subject Initials** __ __ __ |
| **E code**   <u>E</u>_ __ __ __ __ __ __ |
| **Study code**  D1447C00126 |
| **Visit Number:** ___ |
| **Date  2 0** __ _/ __ _/ __ _/ <br> Year      m m   d d |

1 (7)

CONFIDENTIAL
AZSER12749748

**This header should be completed by site personnel**
Study Code: D1447C00126     Subj Initials: …………… E code: **E** __ __ __ __ __ __ __
Visit No.: …….

ОПРОСНИК ПО ОЦЕНКЕ ОБЩЕГО СОСТОЯНИЯ

ФИО: _____     ПОЛ: М [ ] Ж: [ ]  ВОЗРАСТ: ____

*ВНИМАНИЕ: Эта анкета содержит вопросы о том, как Вы себя чувствуете и как у Вас обстоят дела. Для каждого вопроса выберите один вариант ответа, который лучше всего описывает Ваше состояние, и отметьте его крестиком [X] в соответствующей клетке.*

1.  **Как Вы себя чувствовали в целом в течение последней недели?**
    (Отметьте крестиком один вариант ответа)

    У меня было отличное настроение.............................................................. ☐
    У меня было очень хорошее настроение...................................................... ☐
    Как правило, у меня было хорошее настроение........................................... ☐
    Мое настроение часто колебалось............................................................. ☐
    Как правило, у меня было  плохое настроение ........................................... ☐
    У меня было очень плохое настроение........................................................ ☐

2.  **Как часто Вас беспокоили какая-либо болезнь, физическое недомогание, слабые или сильные боли в течение последней недели?**
    (Отметьте крестиком один вариант ответа)

    Каждый день ...................................................................................... ☐
    Почти каждый день.............................................................................. ☐
    Примерно половину всего времени ....................................................... ☐
    Иногда, но менее половины  всего времени ............................................ ☐
    Редко................................................................................................. ☐
    Ни разу .............................................................................................. ☐

3.  **Чувствовали ли Вы себя подавленно в течение последней недели?**
    (Отметьте крестиком один вариант ответа)

    Да – до такой степени, что я хотел (-а) покончить с собой...................... ☐
    Да – до такой степени, что мне было все безразлично ............................ ☐
    Да – очень подавленно почти каждый день............................................. ☐
    Да – несколько раз весьма подавленно.................................................. ☐
    Да – иногда немного подавленно .......................................................... ☐
    Нет – ни разу не чувствовал (-а) себя подавленно.................................. ☐

2 (7)

CONFIDENTIAL
AZSER12749749

**This header should be completed by site personnel**

Study Code: D1447C00126      Subj Initials: …………… E code: **E** __ __ __ __ __ __ __

Visit No.: …….

4.   **Полностью ли Вы контролировали свое поведение, мысли, эмоции или чувства в течение последней недели?**
(Отметьте крестиком один вариант ответа)

Да, безусловно ......................................................................................... ☐
Да, по большей части.............................................................................. ☐
В целом, да ............................................................................................... ☐
Не полностью............................................................................................ ☐
Нет, и меня это несколько тревожит...................................................... ☐
Нет, и меня это очень тревожит............................................................. ☐

5.   **Беспокоили ли Вас нервозность или Ваши «нервы» в течение последней недели?**
(Отметьте крестиком один вариант ответа)

В высшей степени – настолько, что я не мог (-ла) работать или
заниматься делами .................................................................................. ☐
Очень сильно............................................................................................ ☐
В значительной степени .......................................................................... ☐
Несколько – достаточно, чтобы это тревожило меня ........................... ☐
Немного..................................................................................................... ☐
Совсем нет ................................................................................................ ☐

6.   **Насколько энергичным (-ой), бодрым (-ой) или полным (-ой) жизненных сил Вы чувствовали себя в течение последней недели?**
(Отметьте крестиком один вариант ответа)

Я был (-а) полон (-на) энергии и очень бодр (-а).................................. ☐
Я был (-а) достаточно энергичным (-ой) большую часть времени........ ☐
Я испытывал (-а) то прилив, то недостаток энергии............................. ☐
В целом я испытывал (-а) недостаток энергии и бодрости .................. ☐
В целом я испытывал (-а) очень сильный недостаток энергии и
бодрости бо́льшую часть времени.......................................................... ☐
Ни энергии, ни бодрости не было вовсе, я чувствовал (-а) себя
опустошенным (-ой) и истощенным (-ой)............................................... ☐

7.   **Я чувствовал (-а) себя упавшим (-ей) духом и печальным (-ой) в течение последней недели.**
(Отметьте крестиком один вариант ответа)

Ни разу ...................................................................................................... ☐
Достаточно редко ..................................................................................... ☐
Иногда ....................................................................................................... ☐
Достаточно часто...................................................................................... ☐
Бо́льшую часть времени........................................................................... ☐
Все время .................................................................................................. ☐

CONFIDENTIAL
AZSER12749750

**This header should be completed by site personnel**
Study Code: D1447C00126      Subj Initials: …………… E code: **E** __ __ __ __ __ __
Visit No.: …….

**8.     Были ли Вы в целом напряжены или испытывали какую-либо напряженность в течение последней недели?**
(Отметьте крестиком один вариант ответа)

Да – чрезвычайно напряжен (-а) большую часть времени или все время................................................................................................ ☐

Да – очень напряжен (-а) большую часть времени.................................. ☐

В целом – нет, но временами чувствовал (-а) себя достаточно напряженно.................................................................................................. ☐

Несколько раз я испытывал (-а) незначительную напряженность ........ ☐

В целом ощущение напряженности было слабым................................... ☐

Я ни разу не был (-а) напряжен (-а) и не испытывал (-а) никакой напряженности........................................................................................... ☐

**9.     Насколько удовлетворены, довольны своей личной жизнью и счастливы Вы были в течение последней недели?**
(Отметьте крестиком один вариант ответа)

Чрезвычайно счастлив (-а) – я не мог (-ла) бы быть более удовлетворен (-а) или доволен (-льна)........................................... ☐

Очень счастлив (-а) большую часть времени ................................ ☐

В целом удовлетворен (-а) – доволен (-льна) жизнью.................... ☐

Иногда весьма счастлив (-а) – иногда весьма несчастен (-а).................. ☐

В целом неудовлетворен (-а) или несчастен (-а)............................. ☐

Очень неудовлетворен (-а) или несчастен (-а) большую часть времени или все время .................................................................. ☐

**10.     Чувствовали ли Вы себя достаточно здоровым (-ой), чтобы делать то, что Вы любите или должны были делать в течение последней недели?**
(Отметьте крестиком один вариант ответа)

Да, безусловно ............................................................................... ☐

По большей части............................................................................ ☐

Проблемы со здоровьем ограничивали меня в некоторых важных делах ................................................................................... ☐

У меня хватало здоровья лишь на то, чтобы позаботиться о себе.......... ☐

Я немного нуждался (-ась) в помощи, чтобы позаботиться о себе........ ☐

Мне требовалась посторонняя помощь при выполнении почти всех или всех дел, которые я должен (-на) был (-а) делать.............................. ☐

**11.     Задумывались ли вы над тем, существует ли что-нибудь стоящее, из-за чувства грусти, обескураженности, безнадежности или большого количества проблем в течение последней недели?**
(Отметьте крестиком один вариант ответа)

В высшей степени – настолько, что я готов (-а) был (-а) все бросить ... ☐

Очень сильно.................................................................................... ☐

В значительной степени .................................................................. ☐

Несколько – достаточно, чтобы это тревожило меня ........................... ☐

Немного ............................................................................................ ☐

Совсем нет........................................................................................ ☐

CONFIDENTIAL
AZSER12749751

This header should be completed by site personnel
Study Code: D1447C00126        Subj Initials: …………… E code: **E** __ __ __ __ __ __ __
Visit No.: …….

**12.    В течение последней недели я просыпался (-ась), чувствуя себя свежим (-ей) и отдохнувшим (-ей).**
(Отметьте крестиком один вариант ответа)

Ни разу ...................................................................................... ☐
Достаточно редко ..................................................................... ☐
Иногда ....................................................................................... ☐
Достаточно часто ...................................................................... ☐
Бо́льшую часть времени............................................................ ☐
Все время .................................................................................. ☐

**13.    Были ли Вы озабочены, испытывали какие-либо опасения или страх по поводу состояния Вашего здоровья в течение последней недели?**
(Отметьте крестиком один вариант ответа)

В высшей степени ..................................................................... ☐
Очень ......................................................................................... ☐
В значительной степени ........................................................... ☐
Несколько, но не очень ............................................................ ☐
Практически никогда ............................................................... ☐
Совсем нет ................................................................................ ☐

**14.    Были ли у Вас основания задуматься, не теряете ли вы рассудок, не теряете ли контроль над своими действиями, речью, мыслями, чувствами или памятью, в течение последней недели?**
(Отметьте крестиком один вариант ответа)

Не было ..................................................................................... ☐
Были, но совсем немного .......................................................... ☐
Некоторые, – но не в такой степени, чтобы это вызывало озабоченность или беспокойство ...................................... ☐
Некоторые, и я был (-а) этим слегка озабочен (-а) ................. ☐
Некоторые, и я этим весьма озабочен (-а)............................... ☐
Да, большие, и я этим очень озабочен (-а)............................... ☐

**15.    В течение последней недели моя повседневная жизнь была полна интересных для меня дел.**
(Отметьте крестиком один вариант ответа)

Ни разу ...................................................................................... ☐
Достаточно редко ..................................................................... ☐
Иногда ....................................................................................... ☐
Достаточно часто ...................................................................... ☐
Бо́льшую часть времени............................................................ ☐
Все время .................................................................................. ☐

CONFIDENTIAL
AZSER12749752

This header should be completed by site personnel
Study Code: D1447C00126      Subj Initials: …………… E code: **E** __ __ __ __ __ __ __

Visit No.: …….

16. **Чувствовали ли Вы себя активным (-ой) и энергичным (-ой) или вялым (-ой) и медлительным (-ой) в течение последней недели?**
(Отметьте крестиком один вариант ответа)

Очень активным (-ой) и энергичным (-ой) каждый день ........................ ☐

В основном активным (-ой) энергичным (-ой) – ни разу по-настоящему вялым (-ой) и медлительным (-ой)........................................ ☐

Достаточно активным (-ой) и энергичным (-ой) – редко вялым (-ой), медлительным (-ой) ...................................................................................... ☐

Достаточно вялым (-ой) медлительным (-ой) – редко активным (-ой) энергичным (-ой)........................................................................................... ☐

В основном вялым (-ой), медлительным (-ой) – ни разу по-настоящему активным (-ой) энергичным (-ой) ...................................... ☐

Очень вялым (-ой) медлительным (-ой) каждый день ............................. ☐


17. **Были ли Вы встревожены, обеспокоены или огорчены в течение последней недели?**
(Отметьте крестиком один вариант ответа)

В высшей степени – настолько, что чувствовал (-а) себя больным (-ой) или почти больным (-ой)............................................................... ☐

Очень сильно............................................................................................... ☐

Весьма ......................................................................................................... ☐

В некоторой степени – достаточно, чтобы это тревожило меня............ ☐

Немного ....................................................................................................... ☐

Совсем нет ................................................................................................... ☐


18. **Я был (-а) эмоционально устойчив (-а) и уверен (-а) в себе в течение последней недели.**
(Отметьте крестиком один вариант ответа)

Ни разу ........................................................................................................ ☐

Достаточно редко ....................................................................................... ☐

Иногда .......................................................................................................... ☐

Достаточно часто ........................................................................................ ☐

Бóльшую часть времени ............................................................................. ☐

Все время ..................................................................................................... ☐

CONFIDENTIAL
AZSER12749753

**This header should be completed by site personnel**

Study Code: D1447C00126      Subj Initials: …………… E code: **E** __ __ __ __ __ __ __

Visit No.: …….

19.   **Чувствовали ли Вы себя расслабленным (-ой) и спокойным (-ой), или напряженным (-ой), скованным (-ой), взвинченным (-ой) в течение последней недели?**
(Отметьте крестиком один вариант ответа)

Чувствовал (-а) себя расслабленным (-ой) и спокойным (-ой)
всю неделю................................................................................ ☐

Чувствовал (-а) себя расслабленным (-ой) и спокойным (-ой)
бо́льшую часть времени............................................................ ☐

В целом чувствовал (-а) себя расслабленным (-ой), но временами
бывал (-а) достаточно напряжен (-а).......................................... ☐

В целом чувствовал (-а) себя напряженным (-ой), но временами
бывал (-а) достаточно расслаблен (-а) ....................................... ☐

Чувствовал (-а) себя напряженным (-ой), скованным (-ой) или
взвинченным (-ой) бо́льшую часть времени................................. ☐

Чувствовал (-а) себя напряженным (-ой), скованным (-ой) или
взвинченным (-ой) всю неделю .................................................. ☐

20.   **Я чувствовал (-а) себя жизнерадостным (-ой) и веселым (-ой) в течение последней недели.**
(Отметьте крестиком один вариант ответа)

Ни разу ...................................................................................... ☐
Достаточно редко ...................................................................... ☐
Иногда ....................................................................................... ☐
Достаточно часто ...................................................................... ☐
Бо́льшую часть времени ............................................................ ☐
Все время .................................................................................. ☐

21.   **Я чувствовал (-а) себя усталым (-ой), измотанным (-ой), изнуренным (-ой) или истощенным (-ой) в течение последней недели.**
(Отметьте крестиком один вариант ответа)

Ни разу ...................................................................................... ☐
Достаточно редко ...................................................................... ☐
Иногда ....................................................................................... ☐
Достаточно часто ...................................................................... ☐
Бо́льшую часть времени ............................................................ ☐
Все время .................................................................................. ☐

22.   **Чувствовали ли Вы какое-либо напряжение, давление или испытывали стресс в течение последней недели?**
(Отметьте крестиком один вариант ответа)

Да – почти сверх того, что я мог (-ла) выдержать .................................... ☐
Да – достаточно большое напряжение или давление .............................. ☐
Да, в некоторой степени – больше, чем обычно ...................................... ☐
Да, в некоторой степени – но примерно как обычно ............................... ☐
Да, но немного .......................................................................................... ☐
Совсем нет. ............................................................................................... ☐

7 (7)

CONFIDENTIAL
AZSER12749754

1**This header should be completed by site personnel**
Study Code: D1447C00126          Subj Initials: ……………          E code: **E** __ __ __ __ __ __ __
                      Visit No.: …….

# SHEEHAN DISABILITY SCALE

A BRIEF, PATIENT RATED, MEASURE OF DISABILITY AND IMPAIRMENT

---

**To be completed by site personnel**

**Subject Initials** __ __ __

**E code**  **E** __ __ __ __ __ __ __

**Study code**  **D1447C00126**

**Visit Number:** ___

**Date** **2 0** __ __/ __ __/ __ __/
              Year     m m   d d

---

1(2)

CONFIDENTIAL
AZSER12749755

2 **This header should be completed by site personnel**
Study Code: D1447C00126          Subj Initials: ..............          E code: **E** _ _ _ _ _ _ _
Visit No.: .......

# ОПРОСНИК ПО ОЦЕНКЕ
# НЕТРУДОСПОСОБНОСТИ ДАВИДА ШИХАНА

### КРАТКИЙ ОПРОСНИК ДЛЯ САМОСТОЯТЕЛЬНОЙ ОЦЕНКИ НЕТРУДОСПОСОБНОСТИ

**Пожалуйста, отметьте ОДИН вариант ответа в каждом из разделов.**







### ПРОПУЩЕННЫЕ ДНИ

*Сколько дней в течение последней недели Вы пропустили учебном заведении или на работе, или были неспособны выполнять Ваши повседневные обязанности из-за проявлений заболевания? _____*

### ДНИ, КОГДА ВАША ТРУДОСПОСОБНОСТЬ БЫЛА ПОНИЖЕНА

*Сколько дней в течение последней недели проявления Вашего заболевания настолько Вас беспокоили, что даже когда Вы ходили в учебное заведение, на работу или работали дома, Ваша трудоспособность была понижена? _____*

2(2)

CONFIDENTIAL
AZSER12749756



|  | Clinical Study Report: Appendix 12.1.3 |
| --- | --- |
| Drug Substance | Quetiapine fumarate |
| Study Code | D1447C00126 |

**Appendix 12.1.3**
**Independent Ethics Committees/Institutional Review Boards consulted, and samples of written Subject Information and Consent Form**

Clinical Study Report: Appendix 12.1.3
Study Code: D1447C00126

### 12.1.3.1     Independent Ethics Committees/Institutional Review Boards consulted

| Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| **Australia** | | | |
| 0201 | Eastern Health Research & Ethics Committee Level 2, Clive Ward Centre 16 Arnold Street Victoria 3128 Australia | Dr Lee Hamley | 18 September 2003 |
| 0202 | The Melbourne Clinic Research Ethics Committee 130 Church Street Richmond Victoria 3121 Australia | Dr Harry Derham | 08 October 2003 |
| 0203 | Pinelodge Clinic Research and Ethichs Committee 1480 Heatherton Road Dandenong Victoria 3175 Australia | Dr John Rogers | 18 May 2004 |
| 0204 | Ramsay Sydney Psychitatric Hospitals Ethics Committee 2 Greenwich Road Greenwich NSW 2065 Australia | Prof Janice Russell | 11 September 2003 |
| 0205 | Human Research Ethics Committee Queensland Health Gold Coast Health Service District 108 Nerang Street Southport Qld. 4215 | Dr Brian Bell | 09 August 2004 |

2

CONFIDENTIAL
AZSER12749758

Clinical Study Report: Appendix 12.1.3
Study Code: D1447C00126

| Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| 0206 | Centre cancelled, not enrolled patients | | |
| 0207 | The Medical Research Ethics Committee The Univeristy of Queensland Cumbrae-Stuart Building Research Road Brisbane Qld 4072 Australia | Dr Bill Vicenzino | 11 November 2003 |
| 0208 | Human Research Ethics Committee The Prince Charles Hospital Health Service District Rode Road Chermside Qld 4032 Australia | MBA Philip Lee | 23 October 2003 |
| 0209 | The Redcliffe Caboolture Health Service District Ethics Committee Redcliffe Hospital Anzac Avenue Redcliffe Q 4020 Australia | Mark Zgrajewski | 13 October 2003 |
| 0210 | Royal Adelaide Hospital Research Ethics Committee Level 3, Hanson Institute, North Terrace, Adelaide, SA 5000 | Dr Michael James | 11 August 2004 |
| 0211 | Mental Health Research and Ethics Committee Charles Connibere Building The Royal Melbourne Hospital Flemington Road Parkville VIC 3052 | Prof B Singh | 15 November 2004 |

3

CONFIDENTIAL
AZSER12749759

Clinical Study Report: Appendix 12.1.3
Study Code: D1447C00126

| Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| **Belgium** | | | |
| 301 | Faculteit Geneeskunde K.U. Leuven, Commissie voor Medische Ethiek Klinisch Onderzoek, U.Z. Gasthuisberg E322, Herestraat 49, 3000 Leuven | Prof PJ De Schepper | 18 May 2004 |
| 302 | Ethics Committee Erasme Hospital 808 Route de Lennik B – 1070 Brussels Belgium | Prof A Herchuelz | 13 April 2004 |
| 303 | Sint Camillus Psychiatrisch Ziekenhuis Beukenlaan 20 9051 Sint-Denijs-Westrem Belgium | Dr F Demeulemeester | 25 May 2004 |
| 304 | Universitair Ziekenhuis Gent Ethisch Comité De Pintelaan 185 9000 Gent Belgium | Prof Dr R Rubens | 20 April 2004 |
| 305 | Centre Psychiatrique St-Bernard Rue J. Empain, 43 – 7170 Manage Hopital Neuro-Pschiatrique St-Martin Rue St-Hubert 84 – 5100 DAVE | Marc Werbrouck | 03 September 2004 |
| 306 | Centre cancelled but did receive study drug OPZ Geel Pas 200 2440 Geel Belgium | Dr L Weyns | 17 June 2004 |

4

CONFIDENTIAL
AZSER12749760

Clinical Study Report: Appendix 12.1.3
Study Code: D1447C00126

| Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| 307 | Centre Hospitalier Régional du Val de Sambre Comité Local D'Ethique Hospitalier 75 Rue Chère-Voie 5060 Sambreville Belgium | Dr JM Servais | 15 April 2004 |
| 308 | AZ St. Lucas ziekenhuis Sint Lucaslaan 29 8310 Assebroek | Dr R Crombez | 03 May 2005 |
| 309 | Kl. O.L.V. van Lourdes Vijfseweg 150 8790 Waregem | Mrs F Dewilde | 03 March 2005 |
| **Bulgaria** | | | |
| 401 | Ethics Committee at Psychiatric Hospital "St. Ivan Rilski" Novi Iskar 1282 Sofia | Dr Iris Ikonomova | 10 March 2004 |
| 402 | Ethics Committee at MHAT "St. Marina" – Varna 1 Hristo Smirnenski St. 9002 Varna | Prof Stefan Todorov | 05 April 2004 |
| 403 | Ethics Committee at Regional Dispensary for Psychiatric Disorders – Russe LTD 20 Tutrakan Blvd. 7002 Russe | Dr Rudenko Yordanov | 11 March 2004 |
| 404 | Ethics committee at State Psychiatric Hospital Kardjali 44 Dobrich St. 6600 Kardjali | Dr Georgi Velkovski | 07 July 2005 |

CONFIDENTIAL
AZSER12749761

Clinical Study Report: Appendix 12.1.3
Study Code: D1447C00126

| Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| **Czech Republic** | | | |
| Central | Ethics Committee Medical Faculty and Teaching Hospital I.P Pavlova 5, 775 20 OLOMOUC | Doc MUDr Vladko Horcicka | 10 May 2004 |
| 501 | Local Ethics Committee PCP, Ustavni 91 Praha 8, 181 03 | MUDr Martin Bares | 21 April 2004 |
| 502 | Ethics Committee Medical Faculty and Teaching Hospital OLOMOUC | Doc MUDr Vladko Horcicka | 10 May 2004 |
| 503 | Centre cancelled, not enrolled patiens | | |
| 504 | Ethics Committee Medical Faculty and Teaching Hospital I.P Pavlova 5, 775 20 OLOMOUC | Doc MUDr Vladko Horcicka | 10 May 2004 |
| 505 | Ethics Committee Medical Faculty and Teaching Hospital I.P Pavlova 5, 775 20 OLOMOUC | Doc MUDr Vladko Horcicka | 10 May 2004 |
| 506 | Local Ethics Committee Zitenicka 18 412 01 Litomerice | Dr Hana Kujalova | 29 April 2004 |
| 507 | Centre cancelled, not enrolled patients | | |
| 508 | Ethics Committee Medical Faculty and Teaching Hospital I.P Pavlova 5, 775 20 OLOMOUC | Doc MUDr Vladko Horcicka | 10 May 2004 |

CONFIDENTIAL
AZSER12749762

Clinical Study Report: Appendix 12.1.3
Study Code: D1447C00126

| Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| 509 | Local Ethics Committee Ustredni vojenska nemocnice 1200 169 02 Praha 6 | MUDr Jiri Janatka | 26 April 2004 |
| 510 | Ethics Committee Medical Faculty and Teaching Hospital I.P Pavlova 5, 775 20 OLOMOUC | Doc MUDr Vladko Horcicka | 13 December 2004 |
| 511 | Ethics Committee Medical Faculty and Teaching Hospital OLOMOUC | Doc MUDr Vladko Horcicka | 17 January 2005 |
| 512 | Ethics Committee Medical Faculty and Teaching Hospital OLOMOUC | Doc MUDr Vladko Horcicka | 21 March 2005 |
| **Finland** | | | |
| All centres 601-606 | ETENE/TUKIJA PL 33, FI-00023 Valtioneuvosto Finland | Raimo Pekkanen | 01 December 2003 |
| **France** | | | |
| All centres 1701-1709 | Comité de Protection des Personnes Sud Méditerranée I Hôpital Salvador Bâtiment du Centre Anti-poison 249 Bd Sainte-Marguerite 13009 MARSEILLE FRANCE | Jean-Pierre Gastaud | 06 July 2005 |

7

CONFIDENTIAL
AZSER12749763

Clinical Study Report: Appendix 12.1.3
Study Code: D1447C00126

| Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| **Germany** | | | |
| 701 | Ethikkommission der Medizinischen Fakultät am Campus Charite Mitte Charite, Psychiatrische Klinik, Schumannstrasse 20/21, 10093 Berlin | Prof Dr med R Uebelhack | 26 April 2004 |
| 702 | Ethikkommission der Ärztekammer Berlin, Friedrichstr. 16, 10969 Berlin | Prof Dr Ruth Mattheis | 07 June 2004 |
| 703 | Ethikkommission der Medizinischen Fakultät am Campus Charite Mitte Charite, Psychiatrische Klinik, Schumannstrasse 20/21, 10093 Berlin | Prof Dr med R Uebelhack | 26 April 2004 |
| 704 | Centre cancelled, not enrolled patients | | |
| 705 | Ethikkommission der Medizinizchen Fakultät Heidelberg, Voss str. 9, 69115 Heidelberg | Prof Dr Thomas Strowitzki | 28 April 2004 |
| 706 | Ethikkommission der Beyerischen Landesärztkammer, Mühlbaurstr. 16, 81677 Munich | Prof Dr med J Hasford | 03 August 2004 |
| 707 | Ethikkommission der Medizinischen Fakultät der Univesität zu Köln Melantengürtel 60-62 50823 Köln | Prof Dr med M Staak | 27 August 2004 |

CONFIDENTIAL
AZSER12749764

Clinical Study Report: Appendix 12.1.3
Study Code: D1447C00126

| Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| 708 | Ethikkommission der Medizinischen Fakultät der Univesität Regensburg 93042 Regensburg | Prof Dr med R Andreesen | 16 March 2005 |
| 709 | Ethikkommission der Ärztekammer des Saarlandes Faktoreistr. 4 66111 Saarbrücken | Prof Dr med H Schieffer | 03 December 2004 |
| **Hungary** | | | |
| 801 | Centre cancelled, not enrolled patients | | |
| 804 | Centre cancelled but received study drug, not enrolled patients | | |
| All centres 802 – 803 805 - 810 | Medical Research Council Ethics Committee for Clinical Pharmacology H-1051 Budapest Arany J.u. 6-8 Hungary | Dr Gyula Papp | 19 May 2004 |
| 811 | Centre cancelled, not enrolled patients | | |
| **Italy** | | | |
| 901 | Comitato Etico dell'Azienda Ospedaliera Pisana Via Zamenhof 1 56127 Pisa Italy | Dott Mario Del Tacca | 02 December 2003 |
| 902 | Comitato Etico Indipendente dell'A.S.S.n.1 Triestina Via del Farneto, 3 34142 Trieste | Dott Pietro Broussard | 29 June 2004 |
| 903 | Centre cancelled, not enrolled patients | | |

CONFIDENTIAL
AZSER12749765

Clinical Study Report: Appendix 12.1.3
Study Code: D1447C00126

| Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| 904 | Comitato Etico Independente Azienda U.S. L.n.8 Via Lo Frasso 11 09127 Cagliari Italy | Dott ssa M Rsaria Ruggiu | 03 November 2004 |
| 905 | Comitato Etico dell'Azienda Ospedaliera S. Andrea Via Grottarossa 1035/1039 00189 Roma Italy | Prof Carlo Patrono | 13 September 2004 |
| 906 | Comitato Etico Independente Ospedale Fatebenefratelli e Oftalmico Corso di Porta Nuova 23 20121 Milano Italy | Sig Serafino Nizza | 12 July 2004 |
| 907 | Comitato Etico Indipendente Locale Azienda Ospedaliera "Ospedale Policlinico Consorziale" di Bari P.za Giulio Cesare, 11 70124 Bari | Dott Elio Simonetti | 15 December 2004 |
| 908 | Comitato Etico per la Sperimentazione Clinica dei Farmaci Azienda Ospedaliera Universitaria Careggi Via Pieraccini, 17 50139 Firenze | Prof ssa Lucilla Zilletti | 13 September 2004 |
| 909 | Comitato Etico Azienda Ospedaliera San Paolo Via A.Rudini, 8 20142 Milano | Prof Paolo Mantegazza | 24 November 2004 |

CONFIDENTIAL
AZSER12749766

Clinical Study Report: Appendix 12.1.3
Study Code: D1447C00126

| Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| 910 | Comitato Etico Internazionale A.S.L.n.8 di Civitanova Piazza Garibaldi, 8 62013 Civitano Marche Alta (Macerata) | Prof Americo Sbriccoli | 14 October 2004 |
| 911 | Comitato Etico per la Sperimentazione Azienda Ospedaliera di Padova Via Giustiniani,2 34128 Padova | Dott Renzo Pegoraro | 13 December 2004 |
| 912 | Comitato Etico Indipendente Azienda Ospedaliera Unviersitaria "Policlinico Tor Vergata" Via Oxford, 81 00133 Roma | Prof Piero Fucci | 26 October 2004 |
| 913 | Centre cancelled, not enrolled patients | | |
| 914 | Comitato di Biotica dell'Azienda Ospedali Riuniti di Bergamo Largo Barozzi, 1 24128 Bergamo | Prof Sandro Spinsanti | 21 February 2005 |
| 915 | Comitato Etico dell'Azienda Ospedaliera Spedali Civili di Brescia Piazza Spedali Civili, 1 25123 Brescia | Prof Francesco De Ferrari | 03 August 2004 |
| 916 | Comitato di Biotica Azienda Ospedaliera Pisana Via Zamenhof, 1 56127 Pisa | Prof Roberto Barsotti | 09 September 2004 |

11

CONFIDENTIAL
AZSER12749767

Clinical Study Report: Appendix 12.1.3
Study Code: D1447C00126

| Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| 917 | Comitato Etico Locale per la Sperimentazione Clinica dei Farmaci Azienda Ospedaliera Unversitaria Sensese Via delle Scotte –c/o Presidenza Facolta Medicina e Chirurgia 53100 Siena | Prof Remo Martini | 07 March 2005 |
| 918 | Comitato Etico per le attivita Biomedicine Universita degli Studi di Napoli "Federico II"; Via Pansini 5 . Edificio 20 –1 Piano 80131 Napoli | Prof Claudio Bucceli | 29 March 2005 |
| 919 | Comitato Etico Indipendente USL 2 "Genovese" Via Bertani n.4 16125 – Genova (GE) | Dott Grasso Luciano | 07 April 2005 |
| 920 | Comitato Etico Servizio Sanitario Nazionale – Regione Liguria Azienda Unita Sanataria Locale n.5 "Spezzino"19124 La Spezia | Dott Antonio Coli | 12 May 2005 |

CONFIDENTIAL
AZSER12749768

Clinical Study Report: Appendix 12.1.3
Study Code: D1447C00126

| Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| **Norway** | | | |
| All centres 1001-1012 | Regional Committee of Medical Research Ethics, REK West, Univeristy of Bergen, Faculty of Medecine P.O Box 78000 N-5020 Bergen Norway | Grethe Seppola Tell | 16 February 2004 |
| 1002 1003 1007 1010 1013 | Centre cancelled, not enrolled patients | | |
| 1009 | Centre number not in use | | |
| **Poland** | | | |
| 1101 | Komisja Bioetyczna przy Akademii Medycznej im. K. Marcinkowskiego w Poznaniu ul. Fredry 10 61-701 Poznan | Prof dr hab med Zygmunt Przybylski | 09 September 2004 |
| 1102 | Centre cancelled, not enrolled patients | | |
| 1103 | Centre cancelled, not enrolled patients Komisja Bioetyczna przy Akademii Medycznej w Lublinie al. Raclawickie 1 20-950 Lublin | Prof dr hab med Jerzy Michalak | 30 October 2003 |

13

CONFIDENTIAL
AZSER12749769

Clinical Study Report: Appendix 12.1.3
Study Code: D1447C00126

| Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| 1104 | Komisja Bioetyczna Kujawsko – Pomorska Okregowa Isba Lekarska w Touniu ul. Chopina 20 87-100 Torun | Piotr Hubert | 13 November 2003 |
| 1105 | Centre closed Komisja Bioetyczna przy Akademii Medycznej w Lublinie al. Raclawickie 1 20-950 Lublin | Prof dr hab med.Jerzy Michalak | 30 October 2003 |
| 1106 | Komisja Bioetyki Uniwersytetu Medycznego w Lodzi al. Kosciuszki 4 90-419 Lodz | Prof dr hab med Przedzislaw Polakowski | 16 December 2003 |
| 1107 | Komisja Bioetyczna przy Akademii Medycznej w Warszawie ul. Zwirki i Wigury 61 02-091 Warszawa | Prof Aleksander Dubrzynski, MD, PhD | 02 December 2003 |
| 1108 | Komisja Bioetyczna przy Okregowej Izbie Lekarskiej w Warszawie ul. Grojecka 65 A 02-094 Warszawa | Dr n med Marek Czarkowski | 27 November 2003 |
| 1109 | Komisja Bioetyczna przy OIL w Bialymstoku Ul. Swietojanska 7 15-230 Bialystok | Prof Wojicech Pedich | 10 December 2003 |
| 1110 | Centre cancelled, not enrolled patients | | |
| 1111 | Okregowa Izba Lekarska w Karkowie Komija Etyczna ul. Krupnicza 11a 31-123 Krakow | Dr Jerzy Friediger | 08 October 2004 |

14

CONFIDENTIAL
AZSER12749770

Clinical Study Report: Appendix 12.1.3
Study Code: D1447C00126

| Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| 1112 | Komisja Bioetyczna przy Kujawsko – Pomorskiej Okregowej Izbie Lekarskiej ul. Chopina 20 87-100 Torun | Piotr Hubert | 09 November 2004 |
| 1113 | Centre number not in use | | |
| 1114 | Okregowa Izba Lekarska w Krakowie Komisja Etyczna ul. Krupnicza 11a 31-123 Krakow | Dr Jerzy Friediger | 08 October 2004 |
| 1115 | Komisja Bioetyczna przy Okregowej Izbie Lekarskiej w Gdansku ul. Sniadeckich 33 80-204 Gdansk | Dr farm Henryk Mionskowski | 21 December 2004 |
| 1116 | Centre number not in use | | |
| 1117 | Okregowa Izba Lekarska w Krakowie Komisja Etyczna ul. Krupnicza 11a 31-123 Krakow | Dr Mariusz Janikowski | 22 April 2005 |
| 1118 | Komisja Bioetyczna przy Okregowej Izbie Lekarskiej w Gdansku ul. Sniadeckich 33 80-204 Gdansk | Dr farm Henryk Mionskowski | 26 April 2005 |
| 1119 | Centre number not in use | | |
| 1120 | Pomorska Akademia Medyczna Komisja Bioetyczna Ul.Rybacka 1 70-204 Szczecin | Prof dr hab n med Tadeusz Brzeziński | 20 June 2005 |

15

CONFIDENTIAL
AZSER12749771

Clinical Study Report: Appendix 12.1.3
Study Code: D1447C00126

| Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| 1121 | Uniwersytet Mikołaja Kopernika w Toruniu Collegium Medicum im. L. Rydygiera w Bydgoszczy Komisja Bioetyczna Ul. M. Skłodowskiej-Curie 9 85-094 Bydgoszcz | Prof Dr hab med Karol Śliwka | 12 May 2005 |

**Russia**

| | | | |
|---|---|---|---|
| Central | National Ethics Committee 8-1, Petrovsky bvd, 127051, Moscow | Academician FI Komarov | 17 December 2003 |
| 1201 | Ethics Committee of MHRC, 34, Kashirskoe shosse, Moscow 115522, Russia | Prof Kontsevoy VA | 05 August 2004 |
| 1202 | Local Ethics Committee for Ethic control for Drug Studies of V.P. Serbskii Centre of Social and Foensic Psychiatry 3 Kropotkinskii Sie-Str, Moscow 113034, Russia | Prof VN Tikhonenko | 23 September 2004 |
| 1203 | Centre cancelled, not enrolled patients | | |
| 1204 | Ethics Committee of MHRC, 34, Kashirskoe shosse, Moscow 115522, Russia | Prof Kontsevoy VA | 05 August 2004 |
| 1205 | Ethics Committee of Moscow State University of Medecine and Dentistry 20/1, Delgatskaya str, 103473, Moscow, Russia | Prof Davydov AL | 18 October 2004 |

16

CONFIDENTIAL
AZSER12749772

Clinical Study Report: Appendix 12.1.3
Study Code: D1447C00126

| Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| 1206 | Independent Ethics Committee of V. M Bekhterev Psycho-Neurological Scientific and Research Institute Bektherev 3, Saint Petersburg, 193019, Russia | Prof OF Eryshev | 30 September 2004 |
| 1207 | Centre number not in use | | |
| 1208 | Independent Ethics Committee of State Saratov Medical University | Prof EI Kashkina | 30 March 2005 |
| **South Africa** | | | |
| 1801 | University of Pretoria Faculty of Health Sciences Research Ethics Committee Soutpansberg Road MRC-Building Pretoria 0001 | Dr R Sommers | 28 July 2005 |
| 1802 | Centre cancelled, not enrolled patients<br><br>University of the Witwatersrand Human Research Ethics Committee (Medical) Division of the Deputy Registrar (Research) Department of Research Senate House University of the Witwatersrand 1, Jan Smuts Avenue Braamfontein Johannesburg 2000 | Dr PE Cleaton Jones | 27 July 2005 |

17

CONFIDENTIAL
AZSER12749773

Clinical Study Report: Appendix 12.1.3
Study Code: D1447C00126

| Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| 1803 | Centre cancelled, not enrolled patients<br><br>Pharma-Ethics Independent Research Ethics Committee 123 Amcor Road Lyttelton Manor, 0157 | Dr E Hammann | 15 August 2005 |
| 1804 | Centre cancelled, not enrolled patients<br><br>University of Free State Director:Faculty Administration Faculty of Health Sciences | Dr E Hammann | 28 July 2005 |
| 1805 | Centre cancelled, not enrolled patients | | |
| 1806 | Pharma-Ethics Independent Research Ethics Committee 123 Amcor Road Lyttelton Manor, 0157 | Dr E Hammann | 15 August 2005 |
| **Spain** | | | |
| 1301 | Comite Etico de Investigacion Clinica Hospital Clínic i Provincial C/ Villaroel, 170 08036 Barcelona | Dr Ramón Gomis de Barbará | 07 October 2003 |
| 1302 | Comite Etico de Investigacion Clinica Institut Municipal d'Assistència Sanitària (IMAS) Edifici Hospital del Mar Passeig Marítim, 25-29 08003 - Barcelona | D Magí Farré Albaladejo | 22 October 2003 |

18

CONFIDENTIAL
AZSER12749774

Clinical Study Report: Appendix 12.1.3
Study Code: D1447C00126

| Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| 1303 | Comite Etico de Investigacion Clinica Hospital Virgen Macarena Avda. Dr Fedriani, 3 41009 - Sevilla | D Ángel Sendón | 10 December 2003 |
| 1304 | Comité Ético de Investigación Clínica Regional C/ Celestino Villamil, s/n. 5ª planta 33006 - Oviedo | Eduardo Arnáez Moral. | 11 October 2003 |
| 1305 | Centre cancelled, not enrolled patients | | |
| 1306 | Centre cancelled, not enrolled patients | | |
| 1307 | Centre cancelled, not enrolled patients | | |
| 1308 | Centre cancelled, not enrolled patients | | |
| 1309 | Comité Ético de Investigación Clínica de Galicia (SERGAS) División de Farmacia y Productos Sanitarios Conselleria de Sanidade Edificio Administrativo San Lázaro 15703 - Santiago de Compostela | Fernando Tato Herrero | 17 November 2003 |
| 1310 | Comité Ético de Investigación Clínica Regional C/ Celestino Villamil, s/n. 5ª planta 33006 - Oviedo | Eduardo Arnaez Moral | 09 October 2003 |

CONFIDENTIAL
AZSER12749775

Clinical Study Report: Appendix 12.1.3
Study Code: D1447C00126

| Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| 1311 | Comité Ético de Investigación Clínica Hospital Universitario Virgen de las Nieves Avda. Fuerzas Armadas,2 18014, Granada | Jesus Martinez Tapias | 12 May 2004 |
| 1312 | Comite Etico de Investgacion Clinica Hospital Clinico San Carlos C/ Profesor Martín Lagos, s/n 28040 Madrid | Dr A Moreno Gonzalez | 02 November 2004 |
| 1313 | Comité Ético de Investigación Clínica Hospital de Basurto Avda. Montevideo nº 18 48013 - Bilbao | Dr Antonio Escobar | 26 September 2005 |
| 1314 | Comité Ético de Investigación Clínica Hospital General Universitario de Guadalajara Avda. Donantes de Sangre s/n 19002 – Guadalajara | Dr José Luis Izquierdo Alonso | 20 December 2004 |

**Sweden**

| All centres 1401 1403 1404 1405 1407 1410 | Regionala etikprövningsnämnden i Stockholm Karolinska Institutet Nobels väg Stockholm Sweden | Docent Sigurd Vitols | 18 March 2003 |

20

CONFIDENTIAL
AZSER12749776

Clinical Study Report: Appendix 12.1.3
Study Code: D1447C00126

| Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| 1402 1406 1409 | Centre cancelled, not enrolled patients | | |
| 1408 | Centre number not in use | | |
| **Turkey** | | | |
| 1501 | Research Ethics Committee of Bakiröy Prof. Dr Mazhar Osman Ruh Sagligi ve Sinir Hastaliklari Egitim ve Arastirma Hospital Istanbul-TÜRKIYE | Prof Dr Musa Tosun | 10 June 2004 |
| 1502 | Research Ethics Committee of SSK Diskapi Egitim Hospital ANKARA-TÜRKIYE | Dr Sami Türkoglu | 21 April 2004 |
| 1503 | Research Ethics Committee of Medical Faculty Ankara University Ankara-TÜRKIYE | Prof Dr Ismail Hakki Ayhan | 19 April 2004 |
| 1504 | Centre cancelled but did receive study drug, not enrolled patients<br><br>Research Ethics Committee of Medical Faculty Gazi University Ankara-TÜRKIYE | Prof Dr M Ali Bumin | 30 March 2004 |
| 1505 | Research Ethics Committee of Medical Faculty Kocaeli University IZMIT-TÜRKIYE | Prof Dr M Nejat Gacar | 07 April 2004 |

21

CONFIDENTIAL
AZSER12749777

Clinical Study Report: Appendix 12.1.3
Study Code: D1447C00126

| Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| 1506 | Research Ethics Committee of Medical Faculty Dokuz Eylül University Inciralti-Izmir-TÜRKIYE | Prof Dr Hülya Güven | 09 April 2004 |
| 1507 | Research Ethics Committee of Medical Faculty Cukurova University Adana-TÜRKIYE | Prof Dr Ilter Uzel | 12 May 2004 |
| 1508 | Research Ethics Committee of Medical Faculty Ege University Bornova Izmir-TÜRKIYE | Prof Dr Kaan Kavakli | 12 April 2004 |
| 1509 | Centre cancelled but did receive study drug, not enrolled patients<br><br>Research Ethics Committee of Medical Faculty, Hacettepe Unviersity Ankara-TÜRKIYE | Prof Dr Meral Tuncer | 25 March 2004 |
| 1510 | Research Ethics Committee of Istanbul Medical Faculty Istanbul University Istanbul-TÜRKIYE | Prof Dr Deniz Sargin | 04 May 2005 |

22

CONFIDENTIAL
AZSER12749778

Clinical Study Report: Appendix 12.1.3
Study Code: D1447C00126

| Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| **UK** | | | |
| Central 1692 1693 | Northern and Yorkshire Multi-Centre Research Ethics Committee Northern and Yorkshire MREC John Snow House Durham University Science Park Durham DH1 3YG England | Dr Simon Thomas | 10 March 2004 |
| 1694 | Centre cancelled, not enrolled patients | | |
| 1695 | Northern and Yorkshire Multi-Centre Research Ethics Committee Northern and Yorkshire MREC John Snow House Durham University Science Park Durham DH1 3YG England | Dr Simon Thomas | 28 June 2004 |
| 1696 | Northern and Yorkshire Multi-Centre Research Ethics Committee Northern and Yorkshire MREC John Snow House Durham University Science Park Durham DH1 3YG England | Dr Simon Thomas | 30 June 2004 |

CONFIDENTIAL
AZSER12749779

Clinical Study Report: Appendix 12.1.3
Study Code: D1447C00126

| Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| 1697 | Northern and Yorkshire Multi-Centre Research Ethics Committee Northern and Yorkshire MREC John Snow House Durham University Science Park Durham DH1 3YG England | Dr Simon Thomas | 23 April 2004 |
| 1698 | Centre cancelled, not enrolled patients<br><br>Northern and Yorkshire Multi-Centre Research Ethics Committee Northern and Yorkshire MREC John Snow House Durham University Science Park Durham DH1 3YG England | Dr Simon Thomas | 22 April 2004 |
| 1699 | Northern and Yorkshire Multi-Centre Research Ethics Committee Northern and Yorkshire MREC John Snow House Durham University Science Park Durham DH1 3YG England | Dr Simon Thomas | 21 April 2004 |
| **US** | | | |
| 101 | COAST Independent Review Board, LLC 901 Calle Amanecer Ste 260, San Clemente CA 92673-6224 | Melissa Cortes M.Ed. | 14 April 2005 |

24

CONFIDENTIAL
AZSER12749780

Clinical Study Report: Appendix 12.1.3
Study Code: D1447C00126

| Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| 102 | Centre cancelled, not enrolled patients | | |
| 103 | COAST Independent Review Board, LLC 901 Calle Amanecer Ste 260, San Clemente CA 92673-6224 | Melissa Cortes M.Ed. | 19 May 2005 |
| 104 | COAST Independent Review Board 901 Calle Amanecer Ste 260, San Clemente CA 92673-6224 | Melissa Cortes M.Ed. | 14 April 2005 |
| 105 | Centre number not in use | | |
| 106 | COAST Independent Review Board, LLC 901 Calle Amanecer Ste 260, San Clemente CA 92673-6224 | Melissa Cortes M.Ed. | 05 May 2005 |
| 107 | COAST Independent Review Board, LLC 901 Calle Amanecer Ste 260, San Clemente CA 92673 | Melissa Cortes M.Ed. | 21 April 2005 |
| 108 | COAST Independent Review Board, LLC 901 Calle Amanecer Ste 260, San Clemente CA 92673 | Melissa Cortes M.Ed. | 05 May 2005 |
| 109 | COAST Independent Review Board, LLC 901 Calle Amanecer Ste 260, San Clemente CA 92673 | Melissa Cortes M.Ed. | 09 June 2005 |

CONFIDENTIAL
AZSER12749781

Clinical Study Report: Appendix 12.1.3
Study Code: D1447C00126

| Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| 110 | COAST Independent Review Board, LLC 901 Calle Amanecer Ste 260, San Clemente CA 92673 | Melissa Cortes M.Ed. | 14 April 2005 |
| 111 | COAST Independent Review Board, LLC 901 Calle Amanecer Ste 260, San Clemente CA 92673 | Melissa Cortes M.Ed. | 28 April 2005 |
| 112 | COAST Independent Review Board, LLC 931 Calle Negocio Ste K, San Clemente CA 92673-6224 | Melissa Cortes M.Ed. | 14 April 2005 |
| 113 | COAST Independent Review Board, LLC 901 Calle Amanecer Ste 260, San Clemente CA 92673 | Melissa Cortes M.Ed. | 08 April 2005 |
| 114 | WIRB Western Institutional Review Board Western International Review Board 3535 Seventh Avenue SW – Olympia Washington 98502-5010 P.O Box 12029 – Olympia, Washington 98508-2029 | Theodore D Schultz | 16 May 2005 |

26

CONFIDENTIAL
AZSER12749782

Clinical Study Report: Appendix 12.1.3
Study Code: D1447C00126

| Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| 115 | COAST Independent Review Board, LLC 901 Calle Amanecer Ste 260, San Clemente CA 92673-6224 | Melissa Cortes M.Ed. | 26 May 2005 |
| 116 | COAST Independent Review Board, LLC 901 Calle Amanecer Ste 260, San Clemente CA 92673-6224 | Melissa Cortes M.Ed. | 05 May 2005 |
| 117 | COAST Independent Review Board, LLC 901 Calle Amanecer Ste 260, San Clemente CA 92673-6224 | Melissa Cortes M. Ed. | 28 April 2005 |
| 118 | COAST Independent Review Board 901 Calle Amanecer Ste 260, San Clemente CA 92673-6224 | Melissa Cortes M. Ed. | 31 March 2005 |
| 119 | COAST Independent Review Board 2 South Pointe Drive Ste 220, Lake Forest CA 92630 | Melissa Cortes M. Ed. | 08 April 2005 |
| 120 | COAST Independent Review Board, LLC 901 Calle Amanecer Ste 260, San Clemente CA 92673-6224 | Melissa Cortes M. Ed. | 12 May 2005 |

27

CONFIDENTIAL
AZSER12749783

Clinical Study Report: Appendix 12.1.3
Study Code: D1447C00126

| Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| 121 | Centre cancelled but did receive study drug, not enrolled patients<br><br>COAST Independent Review Board, LLC 901 Calle Amanecer Ste 260, San Clemente CA 92673-6224 | Melissa Cortes M. Ed. | 08 April 2005 |
| 122 | COAST Independent Review Board,LLC 901 Calle Amanecer Ste 260, San Clemente CA 92673-6224 | Melissa Cortes M. Ed. | 05 May 2005 |
| 123 | Schulman Associates IRB, Inc. 4290 Glendale-Milford Rd. Cincinnati Ohio 45242 | Melissa Cortes M. Ed. | 28 April 2005 |
| 124 | COAST Independent Review Board 901 Calle Amanecer Ste 260, San Clemente CA 92673-6224 | Melissa Cortes M. Ed. | 31 March 2005 |
| 125 | COAST Independent Review Board 2 Pointe Drive Ste 220, Lake Fores CA 92630 | Melissa Cortes M. Ed. | 21 April 2005 |
| 126 | Centre cancelled, not enrolled patients | | |

28

CONFIDENTIAL
AZSER12749784

Clinical Study Report: Appendix 12.1.3
Study Code: D1447C00126

| Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| 127 | COAST Independent Review Board, LLC 901 Calle Amanecer Ste 260, San Clemente CA 92673-6224 | Melissa Cortes M. Ed. | 08 April 2005 |
| 128 | Centre cancelled, not enrolled patients | | |
| 129 | COAST Independent Review Board, LLC 901 Calle Amanecer Ste 260, San Clemente CA 92673-6224 | Melissa Cortes M. Ed. | 31 March 2005 |
| 130 | COAST Independent Review Board, LLC 901 Calle Amanecer Ste 260, San Clemente CA 92673-6224 | Melissa Cortes M. Ed. | 05 May 2005 |
| 131 | Centre cancelled, not enrolled patients | | |
| 132 | COAST Independent Review Board, LLC 901 Calle Amanecer Ste 260, San Clemente CA 92673-6224 | Melissa Cortes M. Ed. | 19 May 2005 |
| 133 | COAST Independent Review Board, LLC 901 Calle Amanecer Ste 260, San Clemente CA 92673-6224 | Melissa Cortes M. Ed. | 28 April 2005 |
| 134 | COAST Independent Review Board, LLC 901 Calle Amanecer Ste 260, San Clemente CA 92673-6224 | Melissa Cortes M. Ed. | 31 March 2005 |

29

CONFIDENTIAL
AZSER12749785

Clinical Study Report: Appendix 12.1.3
Study Code: D1447C00126

| Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| 135 | COAST Independent Review Board 901 Calle Amanecer Ste 260, San Clemente CA 92673-6224 | Melissa Cortes M. Ed. | 28 April 2005 |
| 136 | COAST Independent Review Board, LLC 2 South Pointe Drive Ste 220,Lake Forest CA 92630 | Melissa Cortes M. Ed. | 28 April 2005 |
| 137 | COAST Independent Review Board 901 Calle Amanecer Ste 260, San Clemente CA 92673-6224 | Melissa Cortes M. Ed. | 21 April 2005 |
| 138 | COAST Independent Review Board 901 Calle Amanecer Ste 260, San Clemente CA 92673-6224 | Melissa Cortes M. Ed. | 05 May 2005 |
| 139 | WIRB Western Institutional Review Board Western International Review Board 3535 Seventh Avenue SW – Olympia Washington 98502-5010 P.O Box 12029 – Olympia, Washington 98508-2029 | Theodore D Schultz | 06 June 2005 |
| 140 | Centre cancelled, not enrolled patients | | |

30

CONFIDENTIAL
AZSER12749786

Clinical Study Report: Appendix 12.1.3
Study Code: D1447C00126

| Centre no. | Name and address of IEC/IRB | Chairman of IEC/IRB | Date of Approval |
|---|---|---|---|
| 141 | COAST Independent Review Board 901 Calle Amanecer Ste 260, San Clemente CA 92673-6224 | Melissa Cortes M. Ed. | 28 July 2005 |
| 142 | Centre cancelled, not enrolled patients | | |
| 143 | COAST Independent Review Board 901 Calle Amanecer Ste 260, San Clemente CA 92673-6224 | Melissa Cortes M. Ed. | 04 October 2005 |
| 144 | Centre cancelled, not enrolled patients | | |
| 145 | COAST Independent Review Board 901 Calle Amanecer Ste 260, San Clemente CA 92673-6224 | Melissa Cortes M. Ed. | 06 December 2005 |
| 146 | COAST Independent Review Board 901 Calle Amanecer Ste 260, San Clemente CA 92673-6224 | Melissa Cortes M. Ed. | 22 November 2005 |

CONFIDENTIAL
AZSER12749787

Clinical Study Report: Appendix 12.1.3
Study Code: D1447C00126

### 12.1.3.2        Samples of written Subject Information and Consent Form

| Subject Information and Consent Form | Version No | Dated |
|---|---|---|
| Master Adult Study Subject Information and Consent Form for use Globally (except in the US) | 1.0 | 8 July 2003 |
| Master Adult Study Subject Information and Consent Form for use Globally (except in the US) | 2.0 | 3 February 2004 |
| Master Adult Study Subject Information and Consent Form for use Globally (except in the US) | 3.0 | 17 June 2004 |
| Master Adult Study Subject Information and Consent Form for use Globally (except in the US) | 4.0 | 21 April 2005 |
| Master Adult Study Subject Information and Consent Form for use Globally (except in the US) | 5.0 | 17 January 2006 |
| Master Adult Study Subject Information and Consent Form for use Globally (US only) | 1.0 | 10 March 2005 |
| Master Adult Study Subject Information and Consent Form for use Globally (US only) | 2.0 | 12 May 2005 |
| Master Adult Study Subject Information and Consent Form for use Globally (US only) | 3.0 | 17 January 2006 |
| Genetic Research Addendum to Informed Consent | 1.0 | 16 January 2004 |
| Adult Study Subject Information and Consent Form - Finland Backtranslated to English | 5.0 | 17 January 2006 |
| Adult Study Subject Information and Consent Form Finnish version | 5.0 | 17 January 2006 |
| Adult Study Subject Information and Consent Form Swedish version | 5.0 | 17 January 2006 |

32

CONFIDENTIAL
AZSER12749788

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1447C00126
Version No: 1 Version Date: 2003-07-08

# ADULT STUDY SUBJECT INFORMATION AND CONSENT FORM FOR USE GLOBALLY

Study Code: D1447C00126                                    Subject Initials: << >>

Centre No:              << >>        Enrolment code and/or randomisation code: << >>

You are being asked to take part in a research study.  Before you decide it is important for you to understand why the research is being done, how your information will be used, what the study will involve and the possible benefits, risks and discomforts.  Please take time to read the following information carefully and once you have been fully informed about the study and had any questions answered, you will be asked to sign this form if you wish to participate.

## WHAT IS THE BACKGROUND TO AND PURPOSE OF THE STUDY?

You are suffering from manic depression (bipolar I disorder) and have a current episode of acute mania/acute mania and depression or have had an episode of acute mania/acute mania and depression within the previous 6 months and have been treated with Seroquel™ and lithium or valproate.  This study is being carried out to see if Seroquel™ in addition to mood stabilizer (lithium or valproate) is effective in preventing bipolar episodes and if so, how it compares with placebo in addition to mood stabilizer (lithium or valproate).  Approximately 1440 other patients in Europe and Australia will take part.

## DO I HAVE TO TAKE PART?

It is up to you to decide whether or not to take part.  If you do decide to take part you will be given this Written Informed Consent Form to sign.  If you decide to take part you are still free to withdraw at any time and without giving a reason.  If you do not want to take part or if you discontinue, this will not affect the standard of care you receive.  If you decide to participate in this research study your family physician will be informed about your participation in the study if you agree to this.

Likewise, the doctor conducting the study (the "Study Doctor") may decide that continuing participation in the study is no longer in your best interest, e.g. because your disease is getting worse or you are experiencing side effects, and you will be withdrawn.  You can also be withdrawn from the study because the sponsoring company has terminated the study.

If you do not want to take part in the study there are a number of other medications that are available to treat your bipolar I disorder.  Your Study Doctor can explain the treatments that are available and the benefits and risks of these treatments to you if you choose not to take part.

1(6)

CONFIDENTIAL
AZSER12749789

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1447C00126
Version No: 1 Version Date: 2003-07-08

## WHAT WILL HAPPEN TO ME IF I TAKE PART?

The study involves up to 36 visits over a maximum of 141 weeks.  The study is divided into three parts.

### Part one (Enrollment)

Part one will last for up to 7 days.  At the first visit your Study Doctor will carry out some interviews to make sure you are suitable for the study and conduct a medical examination including a heart test. Your heart rate and blood pressure will be recorded, as well as your height and weight. You will be asked about all past and present diseases, allergies, medical conditions you have had and about all of the medicines you are taking. A blood sample and a urine sample will be taken for laboratory tests and, if you are female, for a pregnancy test.

### Part two (Open-label treatment Phase)

The purpose of part two is to ensure that you are not having an acute episode of mania or depression or both when you begin the third part of the study.  Part two involves up to 12 visits over 4 to 36 weeks.  During this time you will receive Seroquel™ tablets and your Study Doctor will also prescribe a mood stabilizer, either lithium or valproate.

At each visit during part two your study doctor will carry out some interviews.  You will also be asked about medicines you have been taking, medical conditions and anything that has been troubling you since the last visit.  A medical examination will be performed and your weight will be recorded.  A blood sample will be taken for laboratory tests.  Once your Study Doctor considers your disease to be stable, you will begin part three of the study.

### Part three (Randomized-treatment Phase)

After entering part three, you will either receive non-active (placebo) tablets or identical looking Seroquel™ tablets.  You have an equal chance of receiving either placebo or Seroquel™.  Which treatment you receive is decided at random by a computer (purely by chance, like the tossing of a coin).  Neither you nor the Study Site personnel will know which treatment you have received.  You will also continue taking the mood stabilizer (lithium or valproate) prescribed by your Study Doctor.  The study medications must be taken according to your Study Doctors instructions.

Part three will last for at least 28 weeks.  After that you will continue in the study until the study is ended by the Sponsor Company or until week 104.  Part three involves up to 23 visits. At the visits your Study Doctor will carry out the same interviews and some of the tests as at the first visit.  You will also be asked to fill in two forms giving information about your well-being.  At the first visit of part three, one year after you entered part three and at the final visit a heart test will be performed.  Your Study Doctor will also give you, for the time of the study, a small, handheld computer.  This computer will be used to answer a few questions daily all through the study.

2(6)

CONFIDENTIAL
AZSER12749790

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1447C00126
Version No: 1 Version Date: 2003-07-08

When you have finished taking part in this study, your Study Doctor will decide how to continue to manage your manic depression.

## WHAT DO I HAVE TO DO?

You must be willing to follow your Study Doctors instructions and attend the scheduled visits. You will also be asked to answer some questions daily using a handheld computer.  It is also important that you take the study medication as directed.  Any left over study medication that you do not take must be returned at each of your visits, even empty containers.  It is also important that you tell the medical staff about any other medication you are taking before and during the study.  If you are a female, you must not be pregnant or breast-feeding and you must not become pregnant during the study.  Your Study Doctor must be told immediately if pregnancy occurs.  A reliable birth control method, e.g. birth control pills, intrauterine devices or condom together with diaphragm, foam or sponge, must be used during the study.

## WHAT ARE THE POSSIBLE SIDE EFFECTS, RISKS AND DISCOMFORTS OF TAKING PART?

Seroquel™ has been used in thousands of study patients and is approved in <country> since <year> in the indication of schizophrenia. The study medication (Seroquel™) may cause some side effects.  You may experience none, some or all of the following:  Feeling sleepy, feeling weak, having a dry mouth, having a stuffy nose, indigestion, constipation, weight increase, dizziness, problems with sleeping, low blood pressure or a fast heart beat. In rare cases Seroquel may cause fever, faster breathing, sweating, muscle stiffness, fits, seizures or reduced consciousness.  It is not known how Seroquel may affect unborn children and if you are a woman of childbearing age you will be asked to use a reliable birth control method. There may be risks involved in taking this medication that have not been identified in the studies performed so far.  There is always a risk involved in taking a new medication but every precaution will be taken and you are encouraged to report anything that is troubling you. The taking of blood samples may cause some discomfort.  Blood samples will be taken at part one (enrollment), monthly during part two and the first year of part three and at each visit thereafter (bimonthly).

## WHAT ARE THE POSSIBLE BENEFITS OF TAKING PART?

It is hoped that this investigated study treatment will help you.  However, this cannot be guaranteed.  The information we get from this study may help us to treat future patients with bipolar I disorder better.

## WHAT IF NEW INFORMATION BECOMES AVAILABLE?

If any new information on the study medication(s) becomes available which may influence your decision to continue in the study you will be told.

## WHAT ARE THE COSTS OF TAKING PART?

If you are caused any injury directly by your participation in the study, the company will compensate you in accordance with the law of <<*country*>>.  The company has insurance to

3(6)

CONFIDENTIAL
AZSER12749791

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1447C00126
Version No: 1 Version Date: 2003-07-08

cover study related injuries.  Travel expenses and possible loss of income will be reimbursed by the sponsoring company.

**HOW WILL MY PERSONAL DATA BE USED?**

By signing this form you consent to the Study Doctor and his staff collecting and processing your personal data, including the following:

- Your date of birth

- Your sex

- Your ethnic origin

- Personal data on your physical or mental health or condition

- Any other personal data obtained during your participation in the study or as a result of any follow up assessments.

The Study Doctor will use your personal data for the purposes of administering and conducting the study, research and statistical analysis.

The Study Doctor will share personal data collected during the study ("Study Data") with the pharmaceutical company sponsoring the study ("the Sponsoring Company").  The Sponsoring Company of this study is AstraZeneca <<*insert full legal name of AstraZeneca company sponsoring study (eg, AstraZeneca AB, AstraZeneca LLP, AstraZeneca UK Ltd) – contact Legal department for advice.*>>  Any of your personal data, which is available to the Study Doctor, may be reviewed at the Study Doctor's site by the Sponsoring Company and/or its representatives, its contractors, regulatory authorities, the Independent Ethics Committee or other supervisory bodies.  The purpose of these reviews is to assure the proper conduct of the study and/or the quality of your Study Data.

The Sponsoring Company may use your Study Data for:

- Administration purposes

- Research and development of pharmaceutical products, diagnostics and/or medical aids

- Statistical analysis

- The approval, registration and marketing processes relating to its products/study medication

- Carrying out safety and efficacy evaluations.

4(6)

CONFIDENTIAL
AZSER12749792

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1447C00126
Version No: 1 Version Date: 2003-07-08

The Sponsoring Company may share your Study Data with other companies within its group, with its service providers and its contractors who will use your Study Data only for the purposes described above. *[For EEA countries only, ie, the fifteen Member States, plus Norway, Iceland and Liechtenstein the following text must be included:* The Sponsoring Company may transfer your Study Data to countries outside the European Union for these purposes and for providing data to regulatory authorities.]

You have the right to request information about any personal data that the Study Doctor or the Sponsoring Company may hold about you.  You also have the right to request that any inaccuracies in your personal data be corrected.  If you wish to make a request, then please contact the Study Doctor in the first instance, who can help you contact the Sponsoring Company if necessary.  The Study Doctor's contact information is set out at the end of this form.

Please note, the results of the study may be published in medical literature, but your identity will not be revealed.

The Sponsoring Company is responsible for its own processing of your Study Data.

### WHOM SHOULD I CONTACT IF I NEED MORE INFORMATION OR HELP?

In case of a study-related injury or whenever you have questions about the study or your study medication, please contact:

Dr <<*name*>>                                        Nurse <<*name*>>

Phone No. << >>                                      Phone No. << >>

<<Address>>

I have received verbal information on the above study and have read the attached written information.

I have been given the chance to discuss the study and ask questions.

I consent to take part in the study and I am aware my participation is entirely voluntary.

I understand that I may withdraw at any time without giving a reason and without this affecting my future care.

By signing this information and consent form I agree that my personal data, including data relating to my physical or mental health or condition, may be used as described in this consent form.

I understand I will receive a copy of this information and consent form.

5(6)

CONFIDENTIAL
AZSER12749793

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1447C00126
Version No: 1 Version Date: 2003-07-08

_____          _____
Signature of subject                                    Date of signature

**To be signed and dated by the subject**

_____
Printed name of patient (BLOCK CAPITALS)

_____          _____
Signature of legal representative or           Date of signature
impartial witness

_____
Printed name of legal representative
or impartial witness (BLOCK CAPITALS)

_____          _____
Signature of person administering consent      Date of signature

_____
Printed name of person administering consent (BLOCK CAPITALS)

6(6)

CONFIDENTIAL
AZSER12749794

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1447C00126
Version No: 2 Version Date: 2004-02-03

# ADULT STUDY SUBJECT INFORMATION AND CONSENT FORM FOR USE GLOBALLY

Study Code: D1447C00126                    Subject Initials: << >>

Centre No:           << >>     Enrolment code and/or randomisation code: << >>

You are being asked to take part in a research study.  Before you decide it is important for you to understand why the research is being done, how your information will be used, what the study will involve and the possible benefits, risks and discomforts.  Please take time to read the following information carefully and once you have been fully informed about the study and had any questions answered, you will be asked to sign this form if you wish to participate.

## WHAT IS THE BACKGROUND TO AND PURPOSE OF THE STUDY?

You are suffering from manic depression (bipolar I disorder) and have a current episode of acute mania and/or depression or have had an episode of acute mania and/or depression within the previous 6 months and have been treated with Seroquel™ and lithium or valproate.  This study is being carried out to see if Seroquel™ in addition to mood stabilizer (lithium or valproate) is effective in preventing bipolar episodes and if so, how it compares with placebo in addition to mood stabilizer (lithium or valproate).  Approximately 1420 other patients in Europe and Australia will take part.

## DO I HAVE TO TAKE PART?

It is up to you to decide whether or not to take part.  If you do decide to take part you will be given this Written Informed Consent Form to sign.  If you decide to take part you are still free to withdraw at any time and without giving a reason.  If you do not want to take part or if you discontinue, this will not affect the standard of care you receive.  If you decide to participate in this research study your family physician will be informed about your participation in the study if you agree to this.

Likewise, the doctor conducting the study (the "Study Doctor") may decide that continuing participation in the study is no longer in your best interest, e.g. because your disease is getting worse or you are experiencing side effects, and you will be withdrawn.  You can also be withdrawn from the study because the sponsoring company has terminated the study.

If you do not want to take part in the study there are a number of other medications that are available to treat your bipolar I disorder.  Your Study Doctor can explain the treatments that are available and the benefits and risks of these treatments to you if you choose not to take part.

1(6)

CONFIDENTIAL
AZSER12749795

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1447C00126
Version No: 2 Version Date: 2004-02-03

## WHAT WILL HAPPEN TO ME IF I TAKE PART?

The study involves up to 36 visits over a maximum of 141 weeks.  The study is divided into three parts.

### Part one (Enrollment)

Part one will last for up to 7 days.  At the first visit your Study Doctor will carry out some interviews to make sure you are suitable for the study and conduct a medical examination including a heart test. Your heart rate and blood pressure will be recorded, as well as your height and weight. You will be asked about all past and present diseases, allergies, medical conditions you have had and about all of the medicines you are taking. A blood sample and a urine sample will be taken for laboratory tests and, if you are female, for a pregnancy test.

### Part two (Open-label treatment Phase)

The purpose of part two is to ensure that you are not having an acute episode of mania or depression or both when you begin the third part of the study.  Part two involves up to 12 visits over 12 to 36 weeks.  During this time you will receive Seroquel™ tablets and your Study Doctor will also prescribe a mood stabilizer, either lithium or valproate.

At each visit during part two your study doctor will carry out some interviews.  You will also be asked about medicines you have been taking, medical conditions and anything that has been troubling you since the last visit.  A medical examination will be performed and your weight will be recorded.  A blood sample will be taken for laboratory tests.  Once your Study Doctor considers your disease to be stable, you will begin part three of the study.

### Part three (Randomized-treatment Phase)

After entering part three, you will either receive non-active (placebo) tablets or identical looking Seroquel™ tablets.  You have an equal chance of receiving either placebo or Seroquel™.  Which treatment you receive is decided at random by a computer (purely by chance, like the tossing of a coin).  Neither you nor the Study Site personnel will know which treatment you have received.  You will also continue taking the mood stabilizer (lithium or valproate) prescribed by your Study Doctor.  The study medications must be taken according to your Study Doctors instructions.

Part three will last for at least 28 weeks.  After that you will continue in the study until the study is ended by the Sponsor Company or until week 104.  Part three involves up to 23 visits. At the visits your Study Doctor will carry out the same interviews and some of the tests as at the first visit.  You will also be asked to fill in two forms giving information about your well-being.  At the first visit of part three, one year after you entered part three and at the final visit a heart test will be performed.  Your Study Doctor will also give you, for the time of the study, a small, handheld computer.  This computer will be used to answer a few questions daily all through the study.

2(6)

CONFIDENTIAL
AZSER12749796

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1447C00126
Version No: 2 Version Date: 2004-02-03

When you have finished taking part in this study, your Study Doctor will decide how to continue to manage your manic depression.

## WHAT DO I HAVE TO DO?

You must be willing to follow your Study Doctors instructions and attend the scheduled visits. You will also be asked to answer some questions daily using a handheld computer.  It is also important that you take the study medication as directed.  Any left over study medication that you do not take must be returned at each of your visits, even empty containers.  It is also important that you tell the medical staff about any other medication you are taking before and during the study.  If you are a female, you must not be pregnant or breast-feeding and you must not become pregnant during the study.  Your Study Doctor must be told immediately if pregnancy occurs.  A reliable birth control method, e.g. birth control pills, intrauterine devices or condom together with diaphragm, foam or sponge, must be used during the study.

## WHAT ARE THE POSSIBLE SIDE EFFECTS, RISKS AND DISCOMFORTS OF TAKING PART?

Seroquel™ has been used in thousands of study patients and is approved in <country> since <year> in the indication of schizophrenia. The study medication (Seroquel™) may cause some side effects.  You may experience none, some or all of the following:  Feeling sleepy, feeling weak, having a dry mouth, having a stuffy nose, indigestion, constipation, weight increase, dizziness, problems with sleeping, low blood pressure or a fast heart beat. In rare cases Seroquel may cause fever, faster breathing, sweating, muscle stiffness, fits, seizures or reduced consciousness.  It is not known how Seroquel may affect unborn children and if you are a woman of childbearing age you will be asked to use a reliable birth control method. There may be risks involved in taking this medication that have not been identified in the studies performed so far.  There is always a risk involved in taking a new medication but every precaution will be taken and you are encouraged to report anything that is troubling you. The taking of blood samples may cause some discomfort.  Blood samples will be taken at part one (enrollment), monthly during part two and the first year of part three and at each visit thereafter (bimonthly).

## WHAT ARE THE POSSIBLE BENEFITS OF TAKING PART?

It is hoped that this investigated study treatment will help you.  However, this cannot be guaranteed.  The information we get from this study may help us to treat future patients with bipolar I disorder better.

## WHAT IF NEW INFORMATION BECOMES AVAILABLE?

If any new information on the study medication(s) becomes available which may influence your decision to continue in the study you will be told.

## WHAT ARE THE COSTS OF TAKING PART?

If you are caused any injury directly by your participation in the study, the company will compensate you in accordance with the law of <<*country*>>.  The company has insurance to

3(6)

41

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1447C00126
Version No: 2 Version Date: 2004-02-03

cover study related injuries.  Travel expenses and possible loss of income will be reimbursed by the sponsoring company.

## HOW WILL MY PERSONAL DATA BE USED?

By signing this form you consent to the Study Doctor and his staff collecting and processing your personal data, including the following:

- Your date of birth

- Your sex

- Your ethnic origin

- Personal data on your physical or mental health or condition

- Any other personal data obtained during your participation in the study or as a result of any follow up assessments.

The Study Doctor will use your personal data for the purposes of administering and conducting the study, research and statistical analysis.

The Study Doctor will share personal data collected during the study ("Study Data") with the pharmaceutical company sponsoring the study ("the Sponsoring Company").  The Sponsoring Company of this study is AstraZeneca <<*insert full legal name of AstraZeneca company sponsoring study (eg, AstraZeneca AB, AstraZeneca LLP, AstraZeneca UK Ltd) – contact Legal department for advice.*>>  Any of your personal data, which is available to the Study Doctor, may be reviewed at the Study Doctor's site by the Sponsoring Company and/or its representatives, its contractors, regulatory authorities, the Independent Ethics Committee or other supervisory bodies.  The purpose of these reviews is to assure the proper conduct of the study and/or the quality of your Study Data.

The Sponsoring Company may use your Study Data for:

- Administration purposes

- Research and development of pharmaceutical products, diagnostics and/or medical aids

- Statistical analysis

- The approval, registration and marketing processes relating to its products/study medication

- Carrying out safety and efficacy evaluations.

4(6)

CONFIDENTIAL
AZSER12749798

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1447C00126
Version No: 2 Version Date: 2004-02-03

The Sponsoring Company may share your Study Data with other companies within its group, with its service providers and its contractors who will use your Study Data only for the purposes described above. *[For EEA countries only, ie, the fifteen Member States, plus Norway, Iceland and Liechtenstein the following text must be included:* The Sponsoring Company may transfer your Study Data to countries outside the European Union for these purposes and for providing data to regulatory authorities.*]*

You have the right to request information about any personal data that the Study Doctor or the Sponsoring Company may hold about you. You also have the right to request that any inaccuracies in your personal data be corrected. If you wish to make a request, then please contact the Study Doctor in the first instance, who can help you contact the Sponsoring Company if necessary. The Study Doctor's contact information is set out at the end of this form.

Please note, the results of the study may be published in medical literature, but your identity will not be revealed.

The Sponsoring Company is responsible for its own processing of your Study Data.

**WHOM SHOULD I CONTACT IF I NEED MORE INFORMATION OR HELP?**

In case of a study-related injury or whenever you have questions about the study or your study medication, please contact:

Dr <<*name*>>                                    Nurse <<*name*>>

Phone No. << >>                                  Phone No. << >>

<<Address>>

I have received verbal information on the above study and have read the attached written information.

I have been given the chance to discuss the study and ask questions.

I consent to take part in the study and I am aware my participation is entirely voluntary.

I understand that I may withdraw at any time without giving a reason and without this affecting my future care.

By signing this information and consent form I agree that my personal data, including data relating to my physical or mental health or condition, may be used as described in this consent form.

I understand I will receive a copy of this information and consent form.

5(6)

CONFIDENTIAL
AZSER12749799

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1447C00126
Version No: 2 Version Date: 2004-02-03

_____          _____
Signature of subject                                  Date of signature

**To be signed and dated by the subject**

_____
Printed name of patient (BLOCK CAPITALS)

_____          _____
Signature of legal representative or               Date of signature
impartial witness

_____
Printed name of legal representative
or impartial witness (BLOCK CAPITALS)

_____          _____
Signature of person administering consent        Date of signature

_____
Printed name of person administering consent (BLOCK CAPITALS)

6(6)

CONFIDENTIAL
AZSER12749800

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1447C00126
Version No: 3 Version Date: 17 June 2004

# ADULT STUDY SUBJECT INFORMATION AND CONSENT FORM FOR USE GLOBALLY

Study Code: D1447C00126                          Subject Initials: << >>

Centre No:              << >>      Enrolment code and/or randomisation code: << >>

You are being asked to take part in a research study. Before you decide it is important for you to understand why the research is being done, how your information will be used, what the study will involve and the possible benefits, risks and discomforts. Please take time to read the following information carefully and discuss it with your family doctor if you wish. Once you have been fully informed about the study and had any questions answered, you will be asked to sign this form if you wish to participate. If you are in any other study, you cannot take part in this study.

## WHAT IS THE BACKGROUND TO AND PURPOSE OF THE STUDY?

You are suffering from manic depression (bipolar I disorder) and have a current episode of acute mania and/or depression or have had an episode of acute mania and/or depression within the previous 6 months and have been treated with Seroquel™ and lithium or valproate. This study is being carried out to see if Seroquel™ in addition to mood stabilizer (lithium or valproate) is effective in preventing bipolar episodes and if so, how it compares with placebo in addition to mood stabilizer (lithium or valproate). Approximately 1420 other patients in Europe and Australia will take part.

## DO I HAVE TO TAKE PART?

It is up to you to decide whether or not to take part. Even if you refuse to participate in the clinical study, you will not be disadvantaged in any way, including medical treatment and care you are entitled to receive. If you do decide to take part you will be given this Written Informed Consent Form to sign. If you decide to take part you are still free to withdraw at any time and without giving a reason. If you decide to participate in this research study your family physician will be informed about your participation in the study if you agree to this.

Likewise, the doctor conducting the study (the "Study Doctor") may decide that continuing participation in the study is no longer in your best interest, e.g. because your disease is getting worse or you are experiencing side effects, and you will be withdrawn. You can also be withdrawn from the study because the sponsoring company has terminated the study. When you stop taking part in the study, you must go through study withdrawal procedures that the Study Doctor considers necessary for your safety.

If you do not want to take part in the study there are a number of other medications that are available to treat your bipolar I disorder. Your Study Doctor can explain the treatments that

1(8)

CONFIDENTIAL
AZSER12749801

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1447C00126
Version No: 3 Version Date: 17 June 2004

are available and the benefits and risks of these treatments to you if you choose not to take part.

## WHAT WILL HAPPEN TO ME IF I TAKE PART?

The study involves up to 36 visits over a maximum of 141 weeks.  The study is divided into three parts.

### Part one (Enrollment)

Part one will last for up to 7 days.  At the first visit your Study Doctor will carry out some interviews to make sure you are suitable for the study and conduct a medical examination including a heart test. Your heart rate and blood pressure will be recorded, as well as your height and weight. You will be asked about all past and present diseases, allergies, medical conditions you have had and about all of the medicines you are taking. A blood sample and a urine sample will be taken for laboratory tests and, if you are female, for a pregnancy test.

### Part two (Open-label treatment Phase)

The purpose of part two is to ensure that you are not having an acute episode of mania or depression or both when you begin the third part of the study.  Part two involves up to 12 visits over 12 to 36 weeks.  During this time you will receive Seroquel™ tablets and your Study Doctor will also prescribe a mood stabilizer, either lithium or valproate.

At each visit during part two your study doctor will carry out some interviews.  You will also be asked about medicines you have been taking, medical conditions and anything that has been troubling you since the last visit.  A medical examination will be performed and your weight will be recorded.  A blood sample will be taken for laboratory tests.  Once your Study Doctor considers your disease to be stable, you will begin part three of the study.

### Part three (Randomized-treatment Phase)

After entering part three, you will either receive non-active (placebo) tablets or identical looking Seroquel™ tablets.  You have an equal chance of receiving either placebo or Seroquel™.  Which treatment you receive is decided at random by a computer (purely by chance, like the tossing of a coin).  Neither you nor the Study Site personnel will know which treatment you have received.  You will also continue taking the mood stabilizer (lithium or valproate) prescribed by your Study Doctor.  The study medications must be taken according to your Study Doctors instructions.

Part three will last for at least 28 weeks.  After that you will continue in the study until the study is ended by the Sponsor Company or until week 104.  Part three involves up to 23 visits.  At the visits your Study Doctor will carry out the same interviews and some of the tests as at the first visit.  You will also be asked to fill in two forms giving information about your well-being.  At the first visit of part three, one year after you entered part three and at the final visit a heart test will be performed.  Your Study Doctor will also give you, for the time of the

2(8)

CONFIDENTIAL
AZSER12749802

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1447C00126
Version No: 3 Version Date: 17 June 2004

study, a small, handheld computer.  This computer will be used to answer a few questions daily all through the study.

When you have finished taking part in this study, your Study Doctor will decide how to continue to manage your manic depression.

## WHAT DO I HAVE TO DO?

You must be willing to follow your Study Doctors instructions and attend the scheduled visits. You will also be asked to answer some questions daily using a handheld computer.  It is also important that you take the study medication as directed.  Any left over study medication that you do not take must be returned at each of your visits, even empty containers.  It is also important that you tell the medical staff about any other medication you are taking before and during the study.  At the enrolment visit and at some other visits including blood sampling you will not be allowed to eat or drink any fluid other than water from midnight the night prior to the sampling that will be carried out between 8.00 and 10.00 the following morning.

If you are a female, you must not be pregnant or breast-feeding and you must not become pregnant during the study.  Your Study Doctor must be told immediately if pregnancy occurs. A reliable birth control method, e.g. birth control pills, intrauterine devices or condom together with diaphragm, foam or sponge, must be used during the study.

The treatment you receive during the study is not a replacement for the care you receive from your own doctor and you should continue to see your doctor according to your needs and the instructions you receive from your doctor.

## WHAT ARE THE POSSIBLE SIDE EFFECTS, RISKS AND DISCOMFORTS OF TAKING PART?

Seroquel™ has been used in thousands of study patients and is approved in <country> since <year> in the indication of schizophrenia.  There is a risk that the symptoms of your illness will not respond to the study medication. Your condition may worsen if the study drug has no effect on you.  The medication (Seroquel™) may cause some side effects.  However, not all patients experience side effects.  A common side effect for this type of anti-psychotics when beginning treatment is sleepiness; this may also affect mental and physical abilities required to operate an automobile or machinery. You may experience light-headedness, feeling faint or fainting, on standing up, which might be caused by a transient decrease in blood pressure. This is most common early in the treatment phase and will usually pass with time.

For Quetiapine the most common side effect apart from sleepiness is dizziness. Other symptoms could be rapid heart beat, dry mouth, constipation, indigestion, feeling weak, swelling of arms and legs, weight gain, fainting or stuffy nose. In some cases there may be a change in the amount of white blood cells. If you experience symptoms such as fever and/or sore throat and sores on the tongue or inside of the mouth you should seek medical care, as such symptoms may be due to a decrease in white blood cells.
Some patients have shown an increase in the amount of liver enzymes, other enzymes, or fatty

CONFIDENTIAL
AZSER12749803

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1447C00126
Version No: 3 Version Date: 17 June 2004

substances in the blood. More uncommon side effects are allergic reactions and fits (seizures). A rare side effect is priapism (long-lasting and painful erection).

A potentially serious condition with symptoms such as fever, tight muscles, changes in blood pressure and heart rate, reduced consciousness and confused thinking has in very rare cases been reported with Quetiapine as with other anti-psychotic drugs.  Anti-psychotics may also cause uncontrolled muscle movements. In most cases the symptoms stop when the medication is withdrawn, but in some cases they may be persistent.

Quetiapine and the non-active tablets (placebo) contain lactose, which may cause discomfort if you are lactose intolerant.

There have been reports of hyperglycaemia (high blood sugar) and diabetes in patients treated with quetiapine and other drugs like it.  You will be tested for changes in glucose and insulin during the study

With your cooperation regarding the instructions given by your Study Doctor, frequent examinations and laboratory tests, the risk of unwanted side effects can be minimized. We ask you to report any health problems during the study treatment to your Study Doctor.

 It is not known how Seroquel may affect unborn children and if you are a woman of childbearing age you will be asked to use a reliable birth control method.  There may be risks involved in taking this medication that have not been identified in the studies performed so far.  There is always a risk involved in taking a new medication but every precaution will be taken and you are encouraged to report anything that is troubling you.  The taking of blood samples may cause some discomfort.  Blood samples will be taken at part one (enrollment), monthly during part two and the first year of part three and at each visit thereafter (bimonthly).

## WHAT ARE THE POSSIBLE BENEFITS OF TAKING PART?

It is hoped that this investigated study treatment will help you.  However, this cannot be guaranteed.  The information we get from this study may help us to treat future patients with bipolar I disorder better.

## WHAT IF NEW INFORMATION BECOMES AVAILABLE?

If any new information on the study medication(s) becomes available which may influence your decision to continue in the study you will be told.

## WHAT ARE THE COSTS OF TAKING PART?

Travel expenses and possible loss of income will be reimbursed by the sponsoring company.

If you suffer any side effect or injury, notify your study doctor immediately so that you can receive appropriate medical treatment.

4(8)

CONFIDENTIAL
AZSER12749804

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1447C00126
Version No: 3 Version Date: 17 June 2004

If you suffer any side effect or other physical injury resulting directly from the study medication, the study sponsor will pay for the reasonable costs of medical treatment to the extent permitted by the law of <<*country*>> if:

- you took the study medication as directed by the study doctor;

- your injury was not deliberately caused;

- the study doctor was immediately notified about your injury; and

- the medical advice of the study doctor was followed.

The company has insurance to cover study-related injuries.  If you are caused any injury directly by your participation in the study, the company will compensate you in accordance with the law of <<*country*>>.


**HOW WILL MY PERSONAL DATA BE USED?**

By signing this form you consent to the Study Doctor and his staff collecting and processing your personal data, including the following:

- Your date of birth

- Your sex

- Your ethnic origin

- Personal data on your physical or mental health or condition

- Any other personal data obtained during your participation in the study or as a result of any follow up assessments.

The Study Doctor will use your personal data for the purposes of administering and conducting the study, research and statistical analysis.

The Study Doctor will share personal data collected during the study ("Study Data") with the pharmaceutical company sponsoring the study ("the Sponsoring Company").  The Sponsoring Company of this study is AstraZeneca <<*insert full legal name of AstraZeneca company sponsoring study (eg, AstraZeneca AB, AstraZeneca LLP, AstraZeneca UK Ltd) – contact Legal department for advice.*>>  Your Study Data shared with the Sponsoring Company does not include your name, address, or social security number. Instead the Study Doctor uses your initials and assigns a code number to the Study Data sent to the Sponsoring Company.  Only the Study Doctor and his staff have access to the code key with which it is possible to connect your Study Data to you.  Any of your personal data, which is available to the Study Doctor, may be reviewed at the Study Doctor's site by the Sponsoring Company and/or its

5(8)

CONFIDENTIAL
AZSER12749805

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1447C00126
Version No: 3 Version Date: 17 June 2004

representatives, its contractors, regulatory authorities, the Independent Ethics Committee or other supervisory bodies.  The purpose of these reviews is to assure the proper conduct of the study and/or the quality of your Study Data.

The Sponsoring Company may use your Study Data for:

- Administration purposes

- Research and development of pharmaceutical products, diagnostics and/or medical aids

- Statistical analysis

- The approval, registration and marketing processes relating to its products/study medication

- Carrying out safety and efficacy evaluations.

The Sponsoring Company may share your Study Data with other companies within its group, with its service providers and its contractors who will use your Study Data only for the purposes described above.  << **(For European Economic Area countries only)**  The Sponsoring Company may transfer your Study Data to countries outside the European Union for these purposes and for providing data to regulatory authorities.  Please be aware that the laws in such countries may not provide the same level of data protection as the laws in the European Union and may not stop persons who you have agreed may see your Study Data from sharing it with other persons.>>

<< **(For non-European Economic Area countries)**  The Sponsoring Company may transfer your Study Data to countries outside <<*country*>> for these purposes and for providing data to regulatory authorities.  Please be aware that the laws in such countries may not provide the same level of data protection as the laws in <<*country*>> and may not stop persons who you have agreed may see your Study Data from sharing it with other persons.>>

You have the right to request information about any personal data that the Study Doctor or the Sponsoring Company may hold about you.  You also have the right to request that any inaccuracies in your personal data be corrected.  If you wish to make a request, then please contact the Study Doctor in the first instance, who can help you contact the Sponsoring Company if necessary.  The Study Doctor's contact information is set out at the end of this form.

Your consent to the use of your Study Data does not have a specific expiration date but you may withdraw it at any time by writing to the Study Doctor at the address below.  If you withdraw your consent, the Study Doctor will no longer use your Study Data (including information from this study recorded in your medical records) or share it with others, unless the Study Doctor needs to do so to ensure the validity of the Study Data.  However, the Sponsor Company may still use information about you that was shared with it before you

6(8)

CONFIDENTIAL
AZSER12749806

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1447C00126
Version No: 3 Version Date: 17 June 2004

withdrew your consent.  Remember, any continued use of Study Data by the Study Doctor or the Sponsor Company will only be for the purposes described in this form.

If you withdraw your consent to the use of your Study Data, you cannot continue to take part in the Study.

Please note, the results of the study may be published in medical literature, but your identity will not be revealed.

The Sponsoring Company is responsible for its own processing of your Study Data.

## WHOM SHOULD I CONTACT IF I NEED MORE INFORMATION OR HELP?

In case of a study-related injury or whenever you have questions about the study or your study medication, please contact:

Dr <<*name*>>                                    Nurse <<*name*>>

Phone No. << >>                                 Phone No. << >>

<<Address>>

I have received verbal information on the above study and have read the attached written information.

I have been given the chance to discuss the study and ask questions.

I consent to take part in the study and I am aware my participation is entirely voluntary.

I understand that I may withdraw at any time without giving a reason and without this affecting my future care.

By signing this information and consent form I agree that my personal data, including data relating to my physical or mental health or condition, and ethnic origin may be used as described in this consent form.

I understand I will receive a copy of this information and consent form.


_____              _____
Signature of patient                                    Date of Signature

**To be signed and dated by the patient**


7(8)

CONFIDENTIAL
AZSER12749807

Adult Study Subject Information and Consent Form for use Globally (except in the US)
Study Code: D1447C00126
Version No: 3 Version Date: 17 June 2004

_____
Printed name of patient (BLOCK CAPITALS)


_____            _____
Signature of person conducting the                        Date of Signature
informed consent discussion


_____
Printed name of person conducting the informed consent discussion (BLOCK CAPITALS)


_____            _____
Signature of legally accepted representative              Date of Signature


_____
Printed name of legally accepted representative  (BLOCK CAPITALS)


_____
Relationship of legally accepted representative to patient  (BLOCK CAPITALS)


_____            _____
Signature of impartial witness                              Date of Signature


_____
Printed name of impartial witness  (BLOCK CAPITALS)

8(8)

CONFIDENTIAL
AZSER12749808

Adult Study Subject Information and Consent Form
Study Code: D1447C00126
Version No: 4 Version Date: 2005-04-21

---

# ADULT STUDY SUBJECT INFORMATION AND CONSENT FORM

---

Study Code: D1447C00126                    Subject Initials: << >>

Centre No:          << >>    Enrolment code and/or randomisation code: << >>

You are being asked to take part in a research study.  Before you decide it is important for you to understand why the research is being done, how your information will be used, what the study will involve and the possible benefits, risks and discomforts.  Please take time to read the following information carefully and discuss it with your family doctor if you wish. Once you have been fully informed about the study and had any questions answered, you will be asked to sign this form if you wish to participate. If you are in any other study, you cannot take part in this study.

## WHAT IS THE BACKGROUND TO AND PURPOSE OF THE STUDY?

You are suffering from manic depression (bipolar I disorder) and have a current episode of acute mania and/or depression or have had an episode of acute mania and/or depression within the previous 6 months and have been treated with Seroquel™ and lithium or valproate.  This study is being carried out to see if Seroquel™ in addition to mood stabilizer (lithium or valproate) is effective in preventing bipolar episodes and if so, how it compares with placebo in addition to mood stabilizer (lithium or valproate).  Approximately 1420 other patients in Europe, Australia, South Africa and US will take part.

## DO I HAVE TO TAKE PART?

It is up to you to decide whether or not to take part.  Even if you refuse to participate in the clinical study, you will not be disadvantaged in any way, including medical treatment and care you are entitled to receive. If you do decide to take part you will be given this Written Informed Consent Form to sign.  If you decide to take part you are still free to withdraw at any time and without giving a reason.  If you decide to participate in this research study your family physician will be informed about your participation in the study if you agree to this.

Likewise, the doctor conducting the study (the "Study Doctor") may decide that continuing participation in the study is no longer in your best interest, e.g. because your disease is getting worse or you are experiencing side effects, and you will be withdrawn.  You can also be withdrawn from the study because the sponsoring company has terminated the study.  When you stop taking part in the study, you must go through study withdrawal procedures that the Study Doctor considers necessary for your safety.

If you do not want to take part in the study there are a number of other medications that are available to treat your bipolar I disorder. Your Study Doctor can explain the treatments that are available and the benefits and risks of these treatments to you if you choose not to take part.

CONFIDENTIAL
AZSER12749809

Adult Study Subject Information and Consent Form
Study Code: D1447C00126
Version No: 4 Version Date: 2005-04-21

## WHAT WILL HAPPEN TO ME IF I TAKE PART?

The study involves up to 36 visits over a maximum of 141 weeks.  The study is divided into three parts.

### Part one (Enrollment)

Part one will last for up to 7 days.  At the first visit your Study Doctor will carry out some interviews to make sure you are suitable for the study and conduct a medical examination including a heart test. Your heart rate and blood pressure will be recorded, as well as your height and weight. You will be asked about all past and present diseases, allergies, medical conditions you have had and about all of the medicines you are taking. A blood sample and a urine sample will be taken for laboratory tests and, if you are female, for a pregnancy test.

### Part two (Open-label treatment Phase)

The purpose of part two is to ensure that you are not having an acute episode of mania or depression or both when you begin the third part of the study.  Part two involves up to 12 visits over 12 to 36 weeks.  During this time you will receive Seroquel™ tablets and your Study Doctor will also prescribe a mood stabilizer, either lithium or valproate.

At each visit during part two your study doctor will carry out some interviews.  You will also be asked about medicines you have been taking, medical conditions and anything that has been troubling you since the last visit.  A medical examination will be performed and your weight will be recorded.  A blood sample will be taken for laboratory tests.  Once your Study Doctor considers your disease to be stable, you will begin part three of the study.

### Part three (Randomized-treatment Phase)

After entering part three, you will either receive non-active (placebo) tablets or identical looking Seroquel™ tablets.  You have an equal chance of receiving either placebo or Seroquel™.  Which treatment you receive is decided at random by a computer (purely by chance, like the tossing of a coin).  Neither you nor the Study Site personnel will know which treatment you have received.  You will also continue taking the mood stabilizer (lithium or valproate) prescribed by your Study Doctor.  The study medications must be taken according to your Study Doctors instructions.

Part three will last for at least 28 weeks.  After that you will continue in the study until the study is ended by the Sponsor Company or until week 104.  Part three involves up to 23 visits.  At the visits your Study Doctor will carry out the same interviews and some of the tests as at the first visit.  You will also be asked to fill in two forms giving information about your well-being.  At the first visit of part three, one year after you entered part three and at the final visit a heart test will be performed.  When you have finished taking part in this study, your Study Doctor will decide how to continue to manage your manic depression.

CONFIDENTIAL
AZSER12749810

Adult Study Subject Information and Consent Form
Study Code: D1447C00126
Version No: 4 Version Date: 2005-04-21

## WHAT DO I HAVE TO DO?

You must be willing to follow your Study Doctors instructions and attend the scheduled visits. It is also important that you take the study medication as directed.  Any left over study medication that you do not take must be returned at each of your visits, even empty containers.  It is also important that you tell the medical staff about any other medication you are taking before and during the study.  At the enrolment visit and at some other visits including blood sampling you will not be allowed to eat or drink any fluid other than water from midnight the night prior to the sampling that will be carried out between 8.00 and 10.00 the following morning.

If you are a female, you must not be pregnant or breast-feeding and you must not become pregnant during the study.  Your Study Doctor must be told immediately if pregnancy occurs. A reliable birth control method, e.g. birth control pills, intrauterine devices or condom together with diaphragm, foam or sponge, must be used during the study.

The treatment you receive during the study is not a replacement for the care you receive from your own doctor and you should continue to see your doctor according to your needs and the instructions you receive from your doctor.

## WHAT ARE THE POSSIBLE SIDE EFFECTS, RISKS AND DISCOMFORTS OF TAKING PART?

Seroquel™ has been used in thousands of study patients and is approved in <country> since <year> in the indication of schizophrenia.  There is a risk that the symptoms of your illness will not respond to the study medication. Your condition may worsen if the study drug has no effect on you.  The medication (Seroquel™) may cause some side effects.  However, not all patients experience side effects.  A common side effect for this type of anti-psychotics when beginning treatment is sleepiness; this may also affect mental and physical abilities required to operate an automobile or machinery. You may experience light-headedness, feeling faint or fainting, on standing up, which might be caused by a transient decrease in blood pressure. This is most common early in the treatment phase and will usually pass with time.

For Quetiapine the most common side effect apart from sleepiness is dizziness. Other symptoms could be rapid heart beat, dry mouth, constipation, indigestion, feeling weak, swelling of arms and legs, weight gain, fainting or stuffy nose. In some cases there may be a change in the amount of white blood cells. If you experience symptoms such as fever and/or sore throat and sores on the tongue or inside of the mouth you should seek medical care, as such symptoms may be due to a decrease in white blood cells.
Some patients have shown an increase in the amount of liver enzymes, other enzymes, or fatty substances in the blood. More uncommon side effects are allergic reactions and fits (seizures). A rare side effect is priapism (long-lasting and painful erection).

A potentially serious condition with symptoms such as fever, tight muscles, changes in blood pressure and heart rate, reduced consciousness and confused thinking has in very rare cases been reported with Quetiapine as with other anti-psychotic drugs.

CONFIDENTIAL
AZSER12749811

Adult Study Subject Information and Consent Form
Study Code: D1447C00126
Version No: 4 Version Date: 2005-04-21

Anti-psychotics may also cause uncontrolled muscle movements. In most cases the symptoms stop when the medication is withdrawn, but in some cases they may be persistent.

Quetiapine and the non-active tablets (placebo) contain lactose, which may cause discomfort if you are lactose intolerant.

There have been reports of hyperglycaemia (high blood sugar) and diabetes in patients treated with quetiapine and other drugs like it.  You will be tested for changes in glucose and insulin during the study

With your cooperation regarding the instructions given by your Study Doctor, frequent examinations and laboratory tests, the risk of unwanted side effects can be minimized. We ask you to report any health problems during the study treatment to your Study Doctor.

  It is not known how Seroquel may affect unborn children and if you are a woman of childbearing age you will be asked to use a reliable birth control method.  There may be risks involved in taking this medication that have not been identified in the studies performed so far.  There is always a risk involved in taking a new medication but every precaution will be taken and you are encouraged to report anything that is troubling you.  The taking of blood samples may cause some discomfort.  Blood samples will be taken at part one (enrollment), monthly during part two and the first year of part three and at each visit thereafter (bimonthly).

## WHAT ARE THE POSSIBLE BENEFITS OF TAKING PART?

It is hoped that this investigated study treatment will help you.  However, this cannot be guaranteed.  The information we get from this study may help us to treat future patients with bipolar I disorder better.

## WHAT IF NEW INFORMATION BECOMES AVAILABLE?

If any new information on the study medication(s) becomes available which may influence your decision to continue in the study you will be told.

## WHAT ARE THE COSTS OF TAKING PART?

Travel expenses and possible loss of income will be reimbursed by the sponsoring company.

If you suffer any side effect or injury, notify your study doctor immediately so that you can receive appropriate medical treatment.

If you suffer any side effect or other physical injury resulting directly from the study medication, the study sponsor will pay for the reasonable costs of medical treatment to the extent permitted by the law of <<*country*>> if:

- you took the study medication as directed by the study doctor;

- your injury was not deliberately caused;

CONFIDENTIAL
AZSER12749812

Adult Study Subject Information and Consent Form
Study Code: D1447C00126
Version No: 4 Version Date: 2005-04-21

- the study doctor was immediately notified about your injury; and

- the medical advice of the study doctor was followed.

The company has insurance to cover study-related injuries.  If you are caused any injury directly by your participation in the study, the company will compensate you in accordance with the law of <<*country*>>.


## HOW WILL MY PERSONAL DATA BE USED?

By signing this form you consent to the Study Doctor and his staff collecting and processing your personal data, including the following:

- Your date of birth

- Your sex

- Your ethnic origin

- Personal data on your physical or mental health or condition

- Any other personal data obtained during your participation in the study or as a result of any follow up assessments.

The Study Doctor will use your personal data for the purposes of administering and conducting the study, research and statistical analysis.

The Study Doctor will share personal data collected during the study ("Study Data") with the pharmaceutical company sponsoring the study ("the Sponsoring Company").  The Sponsoring Company of this study is AstraZeneca <<*insert full legal name of AstraZeneca company sponsoring study (eg, AstraZeneca AB, AstraZeneca LLP, AstraZeneca UK Ltd) – contact Legal department for advice.*>>  Your Study Data shared with the Sponsoring Company does not include your name, address, or social security number.  Instead the Study Doctor uses your initials and assigns a code number to the Study Data sent to the Sponsoring Company.  Only the Study Doctor and his staff have access to the code key with which it is possible to connect your Study Data to you.  Any of your personal data, which is available to the Study Doctor, may be reviewed at the Study Doctor's site by the Sponsoring Company and/or its representatives, its contractors, regulatory authorities, the Independent Ethics Committee or other supervisory bodies.  The purpose of these reviews is to assure the proper conduct of the study and/or the quality of your Study Data.

The Sponsoring Company may use your Study Data for:

- Administration purposes

CONFIDENTIAL
AZSER12749813

Adult Study Subject Information and Consent Form
Study Code: D1447C00126
Version No: 4 Version Date: 2005-04-21

- Research and development of pharmaceutical products, diagnostics and/or medical aids

- Statistical analysis

- The approval, registration and marketing processes relating to its products/study medication

- Carrying out safety and efficacy evaluations.

The Sponsoring Company may share your Study Data with other companies within its group, with its service providers and its contractors who will use your Study Data only for the purposes described above.  << **(For European Economic Area countries only)**  The Sponsoring Company may transfer your Study Data to countries outside the European Union for these purposes and for providing data to regulatory authorities.  Please be aware that the laws in such countries may not provide the same level of data protection as the laws in the European Union and may not stop persons who you have agreed may see your Study Data from sharing it with other persons.>>

<< **(For non-European Economic Area countries)**  The Sponsoring Company may transfer your Study Data to countries outside <<*country*>> for these purposes and for providing data to regulatory authorities.  Please be aware that the laws in such countries may not provide the same level of data protection as the laws in <<*country*>> and may not stop persons who you have agreed may see your Study Data from sharing it with other persons.>>

You have the right to request information about any personal data that the Study Doctor or the Sponsoring Company may hold about you.  You also have the right to request that any inaccuracies in your personal data be corrected.  If you wish to make a request, then please contact the Study Doctor in the first instance, who can help you contact the Sponsoring Company if necessary.  The Study Doctor's contact information is set out at the end of this form.

Your consent to the use of your Study Data does not have a specific expiration date but you may withdraw it at any time by writing to the Study Doctor at the address below.  If you withdraw your consent, the Study Doctor will no longer use your Study Data (including information from this study recorded in your medical records) or share it with others, unless the Study Doctor needs to do so to ensure the validity of the Study Data.  However, the Sponsor Company may still use information about you that was shared with it before you withdrew your consent.  Remember, any continued use of Study Data by the Study Doctor or the Sponsor Company will only be for the purposes described in this form.

If you withdraw your consent to the use of your Study Data, you cannot continue to take part in the Study.

Please note, the results of the study may be published in medical literature, but your identity will not be revealed.

CONFIDENTIAL
AZSER12749814

Adult Study Subject Information and Consent Form
Study Code: D1447C00126
Version No: 4 Version Date: 2005-04-21

The Sponsoring Company is responsible for its own processing of your Study Data.

**WHOM SHOULD I CONTACT IF I NEED MORE INFORMATION OR HELP?**

In case of a study-related injury or whenever you have questions about the study or your study medication, please contact:

Dr <<*name*>>                             Nurse <<*name*>>

Phone No. << >>                          Phone No. << >>

<<Address>>

I have received verbal information on the above study and have read the attached written information.

I have been given the chance to discuss the study and ask questions.

I consent to take part in the study and I am aware my participation is entirely voluntary.

I understand that I may withdraw at any time without giving a reason and without this affecting my future care.

By signing this information and consent form I agree that my personal data, including data relating to my physical or mental health or condition, and ethnic origin may be used as described in this consent form.

I understand I will receive a copy of this information and consent form.


_____          _____
Signature of patient                       Date of Signature

**To be signed and dated by the patient**


_____
Printed name of patient (BLOCK CAPITALS)


_____          _____
Signature of person conducting the         Date of Signature
informed consent discussion

CONFIDENTIAL
AZSER12749815

Adult Study Subject Information and Consent Form
Study Code: D1447C00126
Version No: 4 Version Date: 2005-04-21

_____
Printed name of person conducting the informed consent discussion (BLOCK CAPITALS)


_____          _____
Signature of legally accepted representative          Date of Signature


_____
Printed name of legally accepted representative  (BLOCK CAPITALS)


_____
Relationship of legally accepted representative to patient  (BLOCK CAPITALS)


_____          _____
Signature of impartial witness          Date of Signature


_____
Printed name of impartial witness  (BLOCK CAPITALS)

CONFIDENTIAL
AZSER12749816

Adult Study Subject Information and Consent Form
Study Code D1447C00126
Master Version Number: 5
Master Version Date: 17 January 2006

# ADULT STUDY SUBJECT INFORMATION AND CONSENT FORM

Study Code: D1447C00126                          Subject Initials: << >>

Centre No: << >>                                 Enrolment Code: << >>

You are being asked to take part in a research study.  Before you decide it is important for you to understand why the research is being done, how your information will be used, what the study will involve and the possible benefits, risks and discomforts.  Please take time to read the following information carefully and discuss it with your family doctor if you wish. Once you have been fully informed about the study and had any questions answered, you will be asked to sign this form if you wish to participate. If you are in any other study, you cannot take part in this study.

## WHAT IS THE BACKGROUND TO AND PURPOSE OF THE STUDY?

You are suffering from manic depression (bipolar I disorder) and have a current episode of acute mania and/or depression or have had an episode of acute mania and/or depression within the previous 6 months and have been treated with Seroquel™ and lithium or valproate.  This study is being carried out to see if Seroquel™ in addition to mood stabilizer (lithium or valproate) is effective in preventing bipolar episodes and if so, how it compares with placebo in addition to mood stabilizer (lithium or valproate).  Approximately 1420 other patients in Europe, Australia, South Africa and US will take part.

## DO I HAVE TO TAKE PART?

It is up to you to decide whether or not to take part.  Even if you refuse to participate in the clinical study, you will not be disadvantaged in any way, including medical treatment and care you are entitled to receive. If you do decide to take part you will be given this Written Informed Consent Form to sign.  If you decide to take part you are still free to withdraw at any time and without giving a reason.  If you decide to participate in this research study your family physician will be informed about your participation in the study if you agree to this.

Likewise, the doctor conducting the study (the "Study Doctor") may decide that continuing participation in the study is no longer in your best interest, e.g. because your disease is getting worse or you are experiencing side effects, and you will be withdrawn.  You can also be withdrawn from the study because the sponsoring company has terminated the study.  When you stop taking part in the study, you must go through study withdrawal procedures that the Study Doctor considers necessary for your safety.

If you do not want to take part in the study there are a number of other medications that are available to treat your bipolar I disorder.

CONFIDENTIAL
AZSER12749817

Adult Study Subject Information and Consent Form
Study Code D1447C00126
Master Version Number: 5
Master Version Date: 17 January 2006

Your Study Doctor can explain the treatments that are available and the benefits and risks of these treatments to you if you choose not to take part.

## WHAT WILL HAPPEN TO ME IF I TAKE PART?

The study involves up to 36 visits over a maximum of 141 weeks.  The study is divided into three parts.

### Part one (Enrollment)

Part one will last for up to 7 days.  At the first visit your Study Doctor will carry out some interviews to make sure you are suitable for the study and conduct a medical examination including a heart test.  Your heart rate and blood pressure will be recorded, as well as your height and weight.  You will be asked about all past and present diseases, allergies, medical conditions you have had and about all of the medicines you are taking.  A blood sample and a urine sample will be taken for laboratory tests and, if you are female, for a pregnancy test.

### Part two (Open-label treatment Phase)

The purpose of part two is to ensure that you are not having an acute episode of mania or depression or both when you begin the third part of the study.  Part two involves up to 12 visits over 12 to 36 weeks.  During this time you will receive Seroquel™ tablets and your Study Doctor will also prescribe a mood stabilizer, either lithium or valproate.

At each visit during part two your study doctor will carry out some interviews.  You will also be asked about medicines you have been taking, medical conditions and anything that has been troubling you since the last visit.  A medical examination will be performed and your weight will be recorded.  A blood sample will be taken for laboratory tests.  Once your Study Doctor considers your disease to be stable, you will begin part three of the study.

### Part three (Randomized-treatment Phase)

After entering part three, you will either receive non-active (placebo) tablets or identical looking Seroquel™ tablets.  You have an equal chance of receiving either placebo or Seroquel™.  Which treatment you receive is decided at random by a computer (purely by chance, like the tossing of a coin).  Neither you nor the Study Site personnel will know which treatment you have received.  You will also continue taking the mood stabilizer (lithium or valproate) prescribed by your Study Doctor.  The study medications must be taken according to your Study Doctors instructions.

You will continue in the study until the study is ended by the Sponsor Company or until week 104.  Part three involves up to 23 visits.  At the visits your Study Doctor will carry out the same interviews and some of the tests as at the first visit.  You will also be asked to fill in two forms giving information about your well-being.  At the first visit of part three, one year after you entered part three and at the final visit a heart test will be performed.

When you have finished taking part in this study, your Study Doctor will decide how to continue to manage your manic depression.

CONFIDENTIAL
AZSER12749818

Adult Study Subject Information and Consent Form
Study Code D1447C00126
Master Version Number: 5
Master Version Date: 17 January 2006

## WHAT DO I HAVE TO DO?

You must be willing to follow your Study Doctors instructions and attend the scheduled visits. It is also important that you take the study medication as directed.  Any left over study medication that you do not take must be returned at each of your visits, even empty containers.  It is also important that you tell the medical staff about any other medication you are taking before and during the study.  At the enrolment visit and at some other visits including blood sampling you will not be allowed to eat or drink any fluid other than water from midnight the night prior to the sampling that will be carried out between 8.00 and 10.00 the following morning.

If you are a female, you must not be pregnant or breast-feeding and you must not become pregnant during the study.  Your Study Doctor must be told immediately if pregnancy occurs. A reliable birth control method, e.g. birth control pills, intrauterine devices or condom together with diaphragm, foam or sponge, must be used during the study.

The treatment you receive during the study is not a replacement for the care you receive from your own doctor and you should continue to see your doctor according to your needs and the instructions you receive from your doctor.

## WHAT ARE THE POSSIBLE SIDE EFFECTS, RISKS AND DISCOMFORTS OF TAKING PART?

Seroquel™ has been used in thousands of study patients and is approved in <country> since <year> in the indication of schizophrenia.  There is a risk that the symptoms of your illness will not respond to the study medication. Your condition may worsen if the study drug has no effect on you.  The medication (Seroquel™) may cause some side effects.  However, not all patients experience side effects.  A common side effect for this type of anti-psychotics when beginning treatment is sleepiness; this may also affect mental and physical abilities required to operate an automobile or machinery. You may experience light-headedness, feeling faint or fainting, on standing up, which might be caused by a transient decrease in blood pressure. This is most common early in the treatment phase and will usually pass with time.

For Quetiapine the most common side effect apart from sleepiness is dizziness. Other symptoms could be rapid heart beat, dry mouth, constipation, indigestion, feeling weak, swelling of arms and legs, weight gain, fainting or stuffy nose. In some cases there may be a change in the amount of white blood cells. If you experience symptoms such as fever and/or sore throat and sores on the tongue or inside of the mouth you should seek medical care, as such symptoms may be due to a decrease in white blood cells.
Some patients have shown an increase in the amount of liver enzymes, other enzymes, or fatty substances in the blood. More uncommon side effects are allergic reactions and fits (seizures). A rare side effect is priapism (long-lasting and painful erection).

A potentially serious condition with symptoms such as fever, tight muscles, changes in blood pressure and heart rate, reduced consciousness and confused thinking has in very rare cases been reported with Quetiapine as with other anti-psychotic drugs.

CONFIDENTIAL
AZSER12749819

Adult Study Subject Information and Consent Form
Study Code D1447C00126
Master Version Number: 5
Master Version Date: 17 January 2006

Anti-psychotics may also cause uncontrolled muscle movements. In most cases the symptoms stop when the medication is withdrawn, but in some cases they may be persistent.

In recent studies in bipolar depression, extrapyramidal symptoms which can be muscle tightness, restless feelings, tremor, stiff walking, or incoordination were more common in patients treated with quetiapine than in patients with no treatment.

Atypical anti-psychotics (including quetiapine)  have shown an increased risk of deaths in elderly patients with dementia and behavioural disturbances as compared to placebo.

Quetiapine and the non-active tablets (placebo) contain lactose, which may cause discomfort if you are lactose intolerant.

There have been reports of hyperglycaemia (high blood sugar) and diabetes in patients treated with quetiapine and other drugs like it.  You will be tested for changes in glucose and insulin during the study

With your cooperation regarding the instructions given by your Study Doctor, frequent examinations and laboratory tests, the risk of unwanted side effects can be minimized. We ask you to report any health problems during the study treatment to your Study Doctor.

  It is not known how Seroquel may affect unborn children and if you are a woman of childbearing age you will be asked to use a reliable birth control method.  There may be risks involved in taking this medication that have not been identified in the studies performed so far.  There is always a risk involved in taking a new medication but every precaution will be taken and you are encouraged to report anything that is troubling you.  The taking of blood samples may cause some discomfort.  Blood samples will be taken at part one (enrolment), monthly during part two and the first year of part three and at each visit thereafter (bimonthly).

## WHAT ARE THE POSSIBLE BENEFITS OF TAKING PART?

It is hoped that this investigated study treatment will help you.  However, this cannot be guaranteed.  The information we get from this study may help us to treat future patients with bipolar I disorder better.

## WHAT IF NEW INFORMATION BECOMES AVAILABLE?

If any new information on the study medication(s) becomes available which may influence your decision to continue in the study you will be told.

## WHAT ARE THE COSTS OF TAKING PART?

Travel expenses and possible loss of income will be reimbursed by the sponsoring company.

If you suffer any side effect or injury, notify your study doctor immediately so that you can receive appropriate medical treatment.

CONFIDENTIAL
AZSER12749820

Adult Study Subject Information and Consent Form
Study Code D1447C00126
Master Version Number: 5
Master Version Date: 17 January 2006

If you suffer any side effect or other physical injury resulting directly from the study medication, the study sponsor will pay for the reasonable costs of medical treatment to the extent permitted by the law of <<*country*>> if:

- you took the study medication as directed by the study doctor;

- your injury was not deliberately caused;

- the study doctor was immediately notified about your injury; and

- the medical advice of the study doctor was followed.

The company has insurance to cover study-related injuries.  If you are caused any injury directly by your participation in the study, the company will compensate you in accordance with the law of <<*country*>>.


**HOW WILL MY PERSONAL DATA BE USED?**

By signing this form you consent to the Study Doctor and his staff collecting and processing your personal data, including the following:

- Your date of birth

- Your sex

- Your ethnic origin

- Personal data on your physical or mental health or condition

- Any other personal data obtained during your participation in the study or as a result of any follow up assessments.

The Study Doctor will use your personal data for the purposes of administering and conducting the study, research and statistical analysis.

The Study Doctor will share personal data collected during the study ("Study Data") with the pharmaceutical company sponsoring the study ("the Sponsoring Company").  The Sponsoring Company of this study is AstraZeneca <<*insert full legal name of AstraZeneca company sponsoring study (eg, AstraZeneca AB, AstraZeneca LLP, AstraZeneca UK Ltd) – contact Legal department for advice.*>>  Your Study Data shared with the Sponsoring Company does not include your name, address, or social security number.  Instead the Study Doctor uses your initials and assigns a code number to the Study Data sent to the Sponsoring Company.  Only the Study Doctor and his staff have access to the code key with which it is possible to connect your Study Data to you.
Any of your personal data, which is available to the Study Doctor, may be reviewed at the

CONFIDENTIAL
AZSER12749821

Adult Study Subject Information and Consent Form
Study Code D1447C00126
Master Version Number: 5
Master Version Date: 17 January 2006

Study Doctor's site by the Sponsoring Company and/or its representatives, its contractors, regulatory authorities, the Independent Ethics Committee or other supervisory bodies.  The purpose of these reviews is to assure the proper conduct of the study and/or the quality of your Study Data.

The Sponsoring Company may use your Study Data for:

- Administration purposes

- Research and development of pharmaceutical products, diagnostics and/or medical aids

- Statistical analysis

- The approval, registration and marketing processes relating to its products/study medication

- Carrying out safety and efficacy evaluations.

The Sponsoring Company may share your Study Data with other companies within its group, with its service providers and its contractors who will use your Study Data only for the purposes described above.  << **(For European Economic Area countries only)**  The Sponsoring Company may transfer your Study Data to countries outside the European Union for these purposes and for providing data to regulatory authorities.  Please be aware that the laws in such countries may not provide the same level of data protection as the laws in the European Union and may not stop persons who you have agreed may see your Study Data from sharing it with other persons.>>

<< **(For non-European Economic Area countries)**  The Sponsoring Company may transfer your Study Data to countries outside <<*country*>> for these purposes and for providing data to regulatory authorities.  Please be aware that the laws in such countries may not provide the same level of data protection as the laws in <<*country*>> and may not stop persons who you have agreed may see your Study Data from sharing it with other persons.>>

You have the right to request information about any personal data that the Study Doctor or the Sponsoring Company may hold about you.  You also have the right to request that any inaccuracies in your personal data be corrected.  If you wish to make a request, then please contact the Study Doctor in the first instance, who can help you contact the Sponsoring Company if necessary.  The Study Doctor's contact information is set out at the end of this form.

Your consent to the use of your Study Data does not have a specific expiration date but you may withdraw it at any time by writing to the Study Doctor at the address below.  If you withdraw your consent, the Study Doctor will no longer use your Study Data (including information from this study recorded in your medical records) or share it with others, unless the Study Doctor needs to do so to ensure the validity of the Study Data.  However, the

CONFIDENTIAL
AZSER12749822

Adult Study Subject Information and Consent Form
Study Code D1447C00126
Master Version Number: 5
Master Version Date: 17 January 2006

Sponsor Company may still use information about you that was shared with it before you withdrew your consent.  Remember, any continued use of Study Data by the Study Doctor or the Sponsor Company will only be for the purposes described in this form.

If you withdraw your consent to the use of your Study Data, you cannot continue to take part in the Study.

Please note, the results of the study may be published in medical literature, but your identity will not be revealed.

The Sponsoring Company is responsible for its own processing of your Study Data.

## WHOM SHOULD I CONTACT IF I NEED MORE INFORMATION OR HELP?

In case of a study-related injury or whenever you have questions about the study or your study medication, please contact:

Dr <<*name*>>                              Nurse <<*name*>>

Phone No. << >>                          Phone No. << >>

<<Address>>

I have received verbal information on the above study and have read the attached written information.

I have been given the chance to discuss the study and ask questions.

I consent to take part in the study and I am aware my participation is entirely voluntary.

I understand that I may withdraw at any time without giving a reason and without this affecting my future care.

By signing this information and consent form I agree that my personal data, including data relating to my physical or mental health or condition, and ethnic origin may be used as described in this consent form.

I understand I will receive a copy of this information and consent form.


_____          _____
Signature of patient                                      Date of Signature

### To be signed and dated by the patient

CONFIDENTIAL
AZSER12749823

Adult Study Subject Information and Consent Form
Study Code D1447C00126
Master Version Number: 5
Master Version Date: 17 January 2006

_____
Printed name of patient (BLOCK CAPITALS)


_____          _____
Signature of person conducting the          Date of Signature
informed consent discussion


_____
Printed name of person conducting the informed consent discussion (BLOCK CAPITALS)


_____          _____
Signature of legally accepted representative          Date of Signature


_____
Printed name of legally accepted representative  (BLOCK CAPITALS)


_____
Relationship of legally accepted representative to patient  (BLOCK CAPITALS)


_____          _____
Signature of impartial witness          Date of Signature


_____
Printed name of impartial witness  (BLOCK CAPITALS)

CONFIDENTIAL
AZSER12749824

D1447C00126:GEN

# ADULT STUDY PATIENT INFORMATION AND CONSENT FORM

## AND

## AUTHORIZATION TO USE AND DISCLOSE MEDICAL INFORMATION

Title:   A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients

Study Code:        D1447C00126

Investigator:

Address:



Telephone Number:

After Hours Number:

Sponsor:             AstraZeneca Pharmaceuticals LP
                     Wilmington, DE 19850-5437

## Section 1  Introduction

You have been asked to take part in a clinical research study.  For you to be able to decide to be part of this study or not, you should understand enough about its risks and benefits to make an informed decision.  This process is known as informed consent.  This consent form describes the purpose, procedures, possible benefits and risks of the study.  This form will also explain how your medical information will be used and who may see it.  Once you have been fully informed about the study and had any questions answered, you will be asked to sign this form if you wish to take part and to allow your medical information to be collected, used and shared with certain persons involved in the study.  If you do not sign this form, you will not be able to take part in the study.  If you are in any other study, you cannot take part in this study.

Patient Initials

Approved by Coast IRB, LLC
*Template Only – Not for use with study subjects

CONFIDENTIAL
AZSER12749825

Adult Study Patient Information and Consent Form (US)
Study Code: D1447C00126
Version No: 1.0

E__ __ __-__ __

Page 2 of 12

Your study doctor is an investigator for this study, and as an investigator, is interested both in your health and in the conduct of this study. The study doctor is being paid by AstraZeneca (the study sponsor) to conduct this study. Before entering this study or at any time during the study, you may ask for a second opinion about your care from another doctor who is in no way connected with this study. You do not have to take part in any clinical study offered by any doctor. Your decision whether or not to take part in this study will not affect the medical care you receive from your doctor.

**Read this information carefully and please ask the study doctor or the study staff if you have any questions.**

### Section 2  Purpose of the Study

You are suffering from manic depression (bipolar I disorder) and have a current episode of mania/acute mania and/or depression/acute depression or have had an episode of mania/acute mania and/or depression/acute depression within the previous 6 months and have been treated with quetiapine (Seroquel™) and either lithium or Valproate. This study is being carried out to see if quetiapine (Seroquel™) in addition to mood stabilizer (lithium or Valproate) is effective and safe in preventing bipolar episodes, and if so, how it compares with placebo (a non-active tablet, like a sugar pill, that looks like quetiapine (Seroquel™) in addition to mood stabilizer (lithium or Valproate). Under the brand name of Seroquel™, quetiapine has been approved by the U.S. Food and Drug Administration (FDA) since 1997 to help people who suffer from schizophrenia. The administration of quetiapine (Seroquel™) for the purpose of treating manic depression over the course of 1 to 2 years is therefore investigational and has not yet been approved by the FDA. Approximately 1420 other patients like you in the United States, Europe, Australia will take part in this study.

### Section 3  Description of the Study and Procedures

The study involves up to 36 visits over a maximum of 141 weeks. The study is divided into three parts.

### Part one (Enrollment)

Part one will last for up to 7 days. At the first visit your study doctor will carry out some interviews to make sure you are suitable for the study and will conduct a medical examination including an electrocardiogram (ECG- an electrical tracing of the heart). Your heart rate and blood pressure will be recorded, as well as your height and weight. You will be asked about all past and present diseases, allergies, medical conditions you have had and about all of the medicines you are taking. A blood sample and a urine sample will be taken for laboratory tests and, if you are female, for a pregnancy test. Please note that some blood samples for the trial will require you to be fasting for 8 hours (which means you will not be able to eat or drink anything other than water.) Your study nurse or doctor will let you know if this is required before each study visit.

**Patient Initials**

Approved by Coast IRB, LLC
*Template Only – Not for use with study subjects

CONFIDENTIAL
AZSER12749826

Adult Study Patient Information and Consent Form (US)
Study Code: D1447C00126
Version No: 1.0

E__ __  __ __ -__ __ __

Page 3 of 12

**Part two (Open-label treatment Phase)**

The purpose of part two is to ensure that you are not having an acute episode of mania or depression or both when you begin the third part of the study. Part two involves up to 12 visits over 12 to 36 weeks. During this time, you will receive quetiapine (Seroquel™) tablets and your study doctor will also prescribe a mood stabilizer, either lithium or Valproate. These study drugs are yours and should not be taken by anyone else.

At each visit during part two, your study doctor will carry out some interviews. You will also be asked about medicines you have been taking, medical conditions and anything that has been troubling you since the last visit. A blood sample will also be taken for laboratory tests. About every 3 months during this part of the study, a medical examination will be performed and your weight will be recorded. Once your study doctor considers your disease to be stable, you will begin part three of the study.

**Part three (Randomized treatment Phase)**

After entering part three, you will either receive active quetiapine (Seroquel™) tablets or identical, non-active (placebo) tablets. You have an equal chance of receiving either placebo or quetiapine (Seroquel™). Which treatment you receive is decided at random by a computer (purely by chance, like the tossing of a coin). Neither you, the study doctor, nor the study site personnel will know which treatment you have received. You will also continue taking the mood stabilizer (lithium or Valproate) prescribed by your study doctor. These study drugs are yours and should not be taken by anyone else. The study medications must be taken according to your study doctor's instructions.

Part three will last for at least 28 weeks. After that you will continue in the study until the study is ended by the sponsor company or until week 104. Part three involves up to 23 visits. At the visits, your study doctor will carry out the same interviews and some of the tests as at the first visit. Approximately 8 blood samples will be taken throughout part three for laboratory tests. Additional blood samples may also be taken to check your blood serum levels of either lithium or Valproate. You will also be asked to fill in two forms giving information about your well-being. At the first visit of part three, one year after you entered part three and at the final visit, an ECG will be performed. Your study doctor will also give you, for the time of the study, a small, handheld computer. This computer will be used to answer a few questions daily all through the study.

When you have finished taking part in this study, your study doctor will decide how to continue to manage your manic depression.

**Section 4  Risks, Discomforts and Inconveniences**

Quetiapine (Seroquel™) has been used in thousands of study patients and has been approved in the United States since 1997 in the indication of schizophrenia. The study medication,

Patient Initials

Approved by Coast IRB, LLC
*Template Only – Not for use with study subjects

71

Adult Study Patient Information and Consent Form (US)
Study Code: D1447C00126
Version No: 1.0

E__ __ __ __-__ __ __

Page 4 of 12

quetiapine (Seroquel™) may cause some side effects.  You may experience none, some, or all of the following:  sleepiness, weakness, dry mouth, stuffy nose, indigestion, stomach discomfort, constipation, dizziness, problems with sleeping, low blood pressure or a fast heart beat.  Quetiapine (Seroquel™) has also been associated with weight gain, a decrease in white blood cells, and swelling in the arms, hands, legs, or feet.  There have been reports of neutropenia associated with taking quetiapine (Seroquel™) (which is a small number of neutrophil cells in the blood).  If you experience a fever, sore throat, or other signs or symptoms of infections, please speak with your doctor. There have also been reports of hyperglycemia (high blood sugar) and diabetes in patients treated with quetiapine (Seroquel™) and other drugs like it.  You may therefore be monitored for symptoms of hyperglycemia (e.g., excessive thirst, excessive eating, excessive urination and weakness). Some risk factors for diabetes include (but are not limited to) family history of diabetes, obesity or past diagnosis of diabetes (including gestational diabetes, which is diabetes while pregnant).  In rare cases, quetiapine  (Seroquel™) may cause fever, faster breathing, sweating, muscle stiffness, fits, seizures or reduced consciousness.  It is not known how quetiapine (Seroquel™) may affect unborn children, and if you are a woman of childbearing age, you will be asked to use a reliable birth control method (as listed on page 6 of this document).

There may be risks involved in taking this medication that have not been identified in the studies performed so far.  There is always a risk involved in taking a new medication, but every precaution will be taken and you are encouraged to report anything that is troubling you. There are very rare, but potentially serious side effects associated with use of this class of drugs.  This class of drugs rarely can cause neuroleptic malignant syndrome (NMS), a potentially life-threatening disorder that includes symptoms such as fever, tight muscles, changes in blood pressure and heart rate, as well as confused thinking.  If NMS occurs, your study medication will be stopped and you will be treated for this condition.  These medications can also cause a movement disorder called tardive dyskinesia (TD).  In tardive dyskinesia, certain muscle groups (such as the lip and tongue muscles) will move even when the person does not want them to move.  If these movements occur, your medication may be stopped.  Most often the movements stop when the medicine is stopped, but sometimes they are permanent.

Other side effects may occur, some of which are not known and cannot be predicted.  With your full cooperation regarding the instructions given by your study doctor, frequent examinations, and the performance of laboratory tests, the chance of these unwanted side effects happening can be minimized, or if they happen, they can be treated quickly.

It is possible that the study drug may not be effective and that your condition may worsen.  If, in the opinion of the study doctor, there are any problems caused by the study drug that make it unwise for you to continue taking it, you will be withdrawn from the study and appropriately treated by your study doctor.

Patient Initials

Approved by Coast IRB, LLC
*Template Only – Not for use with study subjects

CONFIDENTIAL
AZSER12749828

During enrollment and throughout the study, approximately 288 mL of blood (which is equivalent to approximately 58 teaspoonfuls) will be drawn from your vein in your arm using standard medical practices. The taking of blood samples may cause some discomfort. Risks of venipuncture (inserting a needle in your vein to take blood) may include discomfort and/or bruising at the site of puncture and, less commonly, fainting, the formation of a small blood clot or swelling of the vein or surrounding tissue, bleeding from the puncture site, or infection. Blood samples will be taken at enrollment, at Study Weeks 4, 8, 12, and 24 during part two, at Study Weeks 0, 12, 28, 40, 52, 68, and 84 during part three and the final visit. Blood samples will also be taken regularly, up to an additional 19 times, to manage the level of mood stabilizer (lithium or Valproate) in your blood during your participation in the study.

The study drug used in this study may involve other risks - including possible life threatening reactions - that are not known at present.

You have an equal chance of receiving either placebo or quetiapine (Seroquel™). Which treatment you receive is decided at random by a computer (purely by chance, like the tossing of a coin). Neither you, the study doctor, nor the study site personnel will know which treatment you have received. Your mood stabilizer (lithium or Valproate) will remain the same throughout your participation in the study and will be known to you, your study doctor, and the study site personnel.

You may also be currently taking other medications ("non-study medications"), which are not part of this study. Your study doctor will explain to you those non-study medications that you can continue to take during the study and those non-study medications that you will be either withdrawn from, restricted from taking or prohibited from taking during your participation in the study and the risks involved in doing so.

**New Information**

You will be given any new information about the study drug that becomes known during the course of this study that the study doctor or the study sponsor believes might reasonably affect your willingness to continue to take part in the study.

**WOMEN OF CHILD-BEARING POTENTIAL**

**There might be unknown risks to the unborn child if you are or if you become pregnant during the study. Due to these risks, you must not participate in this study if you are pregnant, or plan to become pregnant during the research study period, or are breast-feeding a child.**

**If you are a woman of child-bearing potential:**

- **by signing this consent form, you confirm to the best of your knowledge that you are not pregnant now and you do not intend to become pregnant during this study**

**Patient Initials**

Approved by Coast IRB, LLC
*Template Only – Not for use with study subjects

CONFIDENTIAL
AZSER12749829

- a pregnancy test will be done by using a blood sample to confirm that you are not pregnant before you take part in this study

- you must use the following forms of birth control during this study. (Reliable forms of birth control include hormonal contraceptives (for example, oral contraceptive or long-term injectable or implantable hormonal contraceptives), double-barrier methods (for example, condom and diaphragm, condom and foam, or condom and sponge), intrauterine devices, and tubal ligation.)

If at any time during this study you think you might be pregnant, or later learn that you were pregnant during the study, you must contact the study doctor immediately for further instructions about your participation in this study and follow-up.

## Section 5  Possible Benefits to Participants

The possible benefits to you from taking part in this study are an assurance of regular visits with the study doctor during your participation in the study and a contribution to the literature and the scientific knowledge of quetiapine.  You may not experience any direct health benefits during or after completing this study.  However, your participation will provide information about the study treatment(s) and manic depression that may benefit others.

## Section 6  Alternative Treatments

You do not have to take part in this study to be treated for manic depression.  There are other approved treatments available for manic depression.  Your doctor or the study doctor can explain the other treatments that are available to you and the risks of these treatments to you if you choose not to take part in this study.

## Section 7  Treatment and Compensation for Injury Resulting from this Study

If you suffer any side effect or injury, notify your study doctor immediately so that you can receive appropriate medical treatment.

If you suffer any side effect or other physical injury resulting directly from the study drug, the study sponsor will pay for the reasonable costs of medical treatment if:

- you took the study drug as directed by the study doctor;

- your injury was not deliberately caused;

- the study doctor was immediately notified about your injury; and

- you followed the medical advice of the study doctor.

Patient Initials

Approved by Coast IRB, LLC
*Template Only – Not for use with study subjects

74

CONFIDENTIAL
AZSER12749830

Adult Study Patient Information and Consent Form (US)
Study Code: D1447C00126
Version No: 1.0

E＿ ＿   ＿ ＿ -＿ ＿

Page 7 of 12

You will not be paid for lost wages or other damages or losses or for medical expenses that have been covered by medical or hospital insurance or by third party or governmental programs providing such coverage. No other form of compensation is available from the study sponsor except remedies available under the law. In signing this form, you do not give up any legal rights. Payment of medical expenses is not an admission of fault or liability by the study sponsor or anyone else.

## Section 8  Payment for Taking Part in the Study

You will not be paid by the study sponsor for taking part in this study.

You will not be paid for any additional costs such as food, childcare fees, time off of work, or compensation for lost wages, which may result from your participation in this research study by the study sponsor.

## Section 9 Expenses (Cost of Taking Part in the Study)

The study drug, including the mood stabilizer (either lithium or Valproate), study doctor's visits, and laboratory tests related to this study will be provided at no cost to you. Neither you nor your insurance company will be charged for the services provided in the normal course of the conduct of this study. Therefore, you should not claim these expenses from your insurer.

## Section 10  Taking Part is Voluntary

It is up to you whether to take part in this study or not. You may refuse to take part or stop taking part in this study at any time without penalty or loss of benefits to which you are otherwise entitled.

## Section 11  Confidentiality and Authorization to Collect, Use and Disclose Your Medical Information

This section ("the Authorization") explains how your medical information will be collected, used and shared with certain other persons involved in the study and describes your rights, including the right to see your medical information.

### Purpose of this Authorization

You are being asked to permit the collection, use and sharing of your medical information so that the safety and effectiveness of the study drug can be evaluated as described in section 2 above.

### What Does Medical Information Mean?

Your medical information is information about your physical or mental health or condition. It includes:

| Patient Initials |
|---|
| |

Approved by Coast IRB, LLC
*Template Only – Not for use with study subjects

75

CONFIDENTIAL
AZSER12749831

Adult Study Patient Information and Consent Form (US)
Study Code: D1447C00126
Version No: 1.0

E__ __ __-__ __ __

Page 8 of 12

- your previous medical records and information about you created or collected during the study (for example, the dates or results of various tests or examinations); and

- information about you that the study doctor may need in order to be able to monitor, and report to regulatory authorities on, the safety of the study drug and is created or collected by any physician, hospital or other healthcare provider that treats you outside of the study.

This information may identify you because it may contain, for example, your name, address, telephone number, photograph, date of birth, social security number, race or ethnic origin or other unique identifiers.

In this study, access may be needed to your medical records created other than at the study site (eg, if you were hospitalized or received medical treatment elsewhere for reasons that might be related to the study drug or the condition being studied).

**Use and Disclosure of Your Medical Information**

If you sign this form, you allow the study doctor to collect and use your medical information to carry out this study. You also allow the study doctor to share your medical information with:

- the study sponsor, including its affiliates, its representatives and its contractors who work on behalf of the study sponsor to conduct the study

- other doctors and health care professionals who are involved in the study

- the Coast Independent Review Board (IRB); and

- government agencies overseeing this study or the study drug, including the Food and Drug Administration (FDA), other Department of Health and Human Services agencies, and government agencies in the United States and other countries.

If you sign this form, you also authorize (give permission) any physician, hospital or other healthcare provider that treats you outside of the study to disclose (share) to the study doctor any medical information about you that the study doctor may need in order to be able to monitor, and report to regulatory authorities on, the safety of the study drug during the period required for this study. This authorization includes disclosure in the event of your death.

**Will Persons Looking At Your Medical Information Be Able to Identify You?**

That part of your medical information sent by the study doctor to the study sponsor ("study data") usually does not identify you personally (for example, by name, address, or social security number). Instead, the study doctor uses your initials and a code number on the study

Patient Initials

Approved by Coast IRB, LLC
*Template Only – Not for use with study subjects

CONFIDENTIAL
AZSER12749832

Adult Study Patient Information and Consent Form (US)
Study Code: D1447C00126
Version No: 1.0

E__ __  __ __ - __ __ __

Page 9 of 12

data sent to the study sponsor. The study data sent to the study sponsor may include your date of birth. However, the study sponsor, its representatives and contractors, regulatory authorities, Coast IRB, LLC and other supervising bodies may look at all your medical information at the study doctor's site. The reason these persons may look at your medical information is to make sure the study has been done properly and that study data has been collected correctly, or for other reasons allowed by law.

### Notice on Redisclosure of Your Medical Information and Confidentiality

Federal law provides that the study doctor can only share your medical information with those persons whom you have permitted to see it. However, if you sign this form, those persons may share your medical information with other persons. Federal law does not protect you against this. (The laws of your state may provide additional privacy protection.)

### Publication of Study Results

Except as explained in this section 11, your medical information will be kept confidential. The data and results from this study may also be presented at meetings or in publications, but in those presentations people taking part in the study will not be identified by name.

### Your Right to See and/or Copy Your Medical Information

You have the right to see and copy your medical information related to the study for as long as the study doctor holds this information. However, you may not be able to see some of your records related to the study until after the study has been completed, otherwise it could spoil the study.

### Withdrawing Your Authorization

You may withdraw your Authorization (permission) regarding your medical information at any time by writing to the study doctor at the address listed on page one of this form. If you withdraw this Authorization, the study doctor will no longer use your medical information or share it with others under the Authorization for this study, unless the study doctor needs to do so to protect the study data. However, the study sponsor may still use information about you that was shared with the study sponsor before you withdrew your Authorization.

If you withdraw your Authorization, you cannot continue to take part in the study.

### Expiration of Your Authorization

Your Authorization does not have an expiration date.

### Section 12  Whom to Ask If You Have Questions

You have the right to ask questions about this study at any time and are encouraged to do so.

If you have any questions about this research study, ask the research study doctor or the research staff at the telephone number(s) listed on page one of this form.

**Patient Initials**

Approved by Coast IRB, LLC
*Template Only – Not for use with study subjects

77

CONFIDENTIAL
AZSER12749833

Adult Study Patient Information and Consent Form (US)
Study Code: D1447C00126
Version No: 1.0

E\_ \_ \_ \_ -\_ \_ \_

Page 10 of 12

If you experience an injury you believe is related to this study, contact the study doctor at the
telephone number(s) listed on page one of this form.

If you have any questions about your rights as a research patient, you may contact Coast IRB,
LLC, at (949) 218-9969. You may call by collect call if necessary Monday through Friday
from 9am to 5pm PST.

## Section 13  Right to Withdraw and Termination Procedures

You may withdraw from this study at any time without penalty or loss of benefits to which
you are otherwise entitled.  Your participation may be ended without your consent if you
become ineligible to continue in the study, if you fail to follow the instructions of the study
doctor, if you experience a study-related injury, or for any other reason.  Your participation
will be ended if you experience a manic or depressed episode associated with your manic
depression.  Your study doctor will then decide how to manage your manic depression.

When you stop taking part in the study, you must go through the termination procedures the
study doctor considers necessary for your safety.

**You must return all unused study drugs and electronic patient diary device(s) to the
study doctor.**

**Patient Initials**

Approved by Coast IRB, LLC
*Template Only – Not for use with study subjects

CONFIDENTIAL
AZSER12749834

Adult Study Patient Information and Consent Form (US)
Study Code: D1447C00126
Version No: 1.0

E__ __ __ __-__ __ __

Page 11 of 12

**Section 14   INFORMED CONSENT STATEMENT AND AUTHORIZATION:**

**I, _____ (name of patient), HAVE READ ALL THE INFORMATION IN THIS INFORMATION AND CONSENT FORM.  I HAVE BEEN GIVEN THE CHANCE TO DISCUSS IT AND ASK QUESTIONS.  ALL MY QUESTIONS HAVE BEEN ANSWERED TO MY SATISFACTION.  I VOLUNTARILY CONSENT TO TAKE PART IN THIS STUDY.  I UNDERSTAND I WILL RECEIVE A COPY OF THIS INFORMATION AND CONSENT FORM.**

**BY SIGNING THIS INFORMATION AND CONSENT FORM, I HAVE NOT GIVEN UP ANY OF THE LEGAL RIGHTS, WHICH I OTHERWISE WOULD HAVE AS A PATIENT IN A RESEARCH STUDY.**

**I AUTHORIZE THE COLLECTION, USE AND DISCLOSURE OF MY MEDICAL INFORMATION IN ACCORDANCE WITH THIS FORM.**

_____          _____
**Signature of Patient**                      **Date of Signature**

_____
**Printed name of Patient**

┌─────────────┐
│             │
└─────────────┘
**Patient Initials**

Approved by Coast IRB, LLC
*Template Only – Not for use with study subjects

79

CONFIDENTIAL
AZSER12749835

Adult Study Patient Information and Consent Form (US)
Study Code: D1447C00126
Version No: 1.0

E__ __  __ __ - __ __

Page 12 of 12

**If patient is incapacitated (mentally or physically) and not capable of consenting or unable to read or write,**

_____        _____
**Signature of Legal**                      **Date of Signature**
**Representative or Impartial Witness**
**(if applicable)**

_____        _____
**Printed Name of Legal**                   **Authority of Representative To Act**
**Representative or Impartial Witness**      **For Patient (If Applicable)**

_____        _____
**Signature of Person**                     **Date of Signature**
**Administering this Consent**

_____
**Printed Name of Person**
**Administering this Consent**

_____

**Patient Initials**

Approved by Coast IRB, LLC
*Template Only – Not for use with study subjects

CONFIDENTIAL
AZSER12749836

# ADULT STUDY PATIENT INFORMATION AND CONSENT FORM

## AND

## AUTHORIZATION TO USE AND DISCLOSE MEDICAL INFORMATION

Title:   A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients

Study Code:        D1447C00126 ˂ GEN

Investigator:

Address:

Telephone Number:

After Hours Number:

Sponsor:        AstraZeneca Pharmaceuticals LP
                Wilmington, DE 19850-5437

## Section 1  Introduction

You have been asked to take part in a clinical research study.  For you to be able to decide to be part of this study or not, you should understand enough about its risks and benefits to make an informed decision.  This process is known as informed consent.  This consent form describes the purpose, procedures, possible benefits and risks of the study.  This form will also explain how your medical information will be used and who may see it.  Once you have been fully informed about the study and had any questions answered, you will be asked to sign this form if you wish to take part and to allow your medical information to be collected, used and shared with certain persons involved in the study.  If you do not sign this form, you will not be able to take part in the study.  If you are in any other study, you cannot take part in this study.

**Patient Initials**

Approved by Coast IRB, LLC
*Template Only – Not for use with study subjects

CONFIDENTIAL
AZSER12749837

Your study doctor is an investigator for this study, and as an investigator, is interested both in your health and in the conduct of this study. The study doctor is being paid by AstraZeneca (the study sponsor) to conduct this study. Before entering this study or at any time during the study, you may ask for a second opinion about your care from another doctor who is in no way connected with this study. You do not have to take part in any clinical study offered by any doctor. Your decision whether or not to take part in this study will not affect the medical care you receive from your doctor.

**Read this information carefully and please ask the study doctor or the study staff if you have any questions.**

## Section 2  Purpose of the Study

You are suffering from manic depression (bipolar I disorder) and have a current episode of mania/acute mania and/or depression/acute depression or have had an episode of mania/acute mania and/or depression/acute depression within the previous 6 months and have been treated with quetiapine (Seroquel™) and either lithium or Valproate. This study is being carried out to see if quetiapine (Seroquel™) in addition to mood stabilizer (lithium or Valproate) is effective and safe in preventing bipolar episodes, and if so, how it compares with placebo (a non-active tablet, like a sugar pill, that looks like quetiapine (Seroquel™) in addition to mood stabilizer (lithium or Valproate). Under the brand name of Seroquel™, quetiapine has been approved by the U.S. Food and Drug Administration (FDA) since 1997 to help people who suffer from schizophrenia. The administration of quetiapine (Seroquel™) for the purpose of treating manic depression over the course of 1 to 2 years is therefore investigational and has not yet been approved by the FDA. Approximately 1420 other patients like you in the United States, Europe, Australia will take part in this study.

## Section 3  Description of the Study and Procedures

The study involves up to 36 visits over a maximum of 141 weeks. The study is divided into three parts.

**Part one (Enrollment)**

Part one will last for up to 7 days. At the first visit your study doctor will carry out some interviews to make sure you are suitable for the study and will conduct a medical examination including an electrocardiogram (ECG- an electrical tracing of the heart). Your heart rate and blood pressure will be recorded, as well as your height and weight. You will be asked about all past and present diseases, allergies, medical conditions you have had and about all of the medicines you are taking. A blood sample and a urine sample will be taken for laboratory tests and, if you are female, for a pregnancy test. Please note that some blood samples for the trial will require you to be fasting for 8 hours (which means you will not be able to eat or drink anything other than water.) Your study nurse or doctor will let you know if this is required before each study visit.

**Patient Initials**

Approved by Coast IRB, LLC
*Template Only – Not for use with study subjects

CONFIDENTIAL
AZSER12749838

Adult Study Patient Information and Consent Form (US)
Study Code: D1447C00126
Version No: 2.0

E__ __  __ __ -__ __ __

Page 3 of 12

## Part two (Open-label treatment Phase)

The purpose of part two is to ensure that you are not having an acute episode of mania or depression or both when you begin the third part of the study. Part two involves up to 12 visits over 12 to 36 weeks. During this time, you will receive quetiapine (Seroquel™) tablets and your study doctor will also prescribe a mood stabilizer, either lithium or Valproate. These study drugs are yours and should not be taken by anyone else.

At each visit during part two, your study doctor will carry out some interviews. You will also be asked about medicines you have been taking, medical conditions and anything that has been troubling you since the last visit. A blood sample will also be taken for laboratory tests. About every 3 months during this part of the study, a medical examination will be performed and your weight will be recorded. Once your study doctor considers your disease to be stable, you will begin part three of the study.

## Part three (Randomized treatment Phase)

After entering part three, you will either receive active quetiapine (Seroquel™) tablets or identical, non-active (placebo) tablets. You have an equal chance of receiving either placebo or quetiapine (Seroquel™). Which treatment you receive is decided at random by a computer (purely by chance, like the tossing of a coin). Neither you, the study doctor, nor the study site personnel will know which treatment you have received. You will also continue taking the mood stabilizer (lithium or Valproate) prescribed by your study doctor. These study drugs are yours and should not be taken by anyone else. The study medications must be taken according to your study doctor's instructions.

Part three will last for at least 28 weeks. After that you will continue in the study until the study is ended by the sponsor company or until week 104. Part three involves up to 23 visits. At the visits, your study doctor will carry out the same interviews and some of the tests as at the first visit. Approximately 8 blood samples will be taken throughout part three for laboratory tests. Additional blood samples may also be taken to check your blood serum levels of either lithium or Valproate. You will also be asked to fill in two forms giving information about your well-being. At the first visit of part three, one year after you entered part three and at the final visit, an ECG will be performed.

When you have finished taking part in this study, your study doctor will decide how to continue to manage your manic depression.

## Section 4  Risks, Discomforts and Inconveniences

Quetiapine (Seroquel™) has been used in thousands of study patients and has been approved in the United States since 1997 in the indication of schizophrenia. The study medication, quetiapine (Seroquel™) may cause some side effects. You may experience none, some, or all of the following: sleepiness, weakness, dry mouth, stuffy nose, indigestion, stomach

Patient Initials

Approved by Coast IRB, LLC
*Template Only – Not for use with study subjects

CONFIDENTIAL
AZSER12749839

Adult Study Patient Information and Consent Form (US)
Study Code: D1447C00126
Version No: 2.0

E__ __ __-__ __

Page 4 of 12

discomfort, constipation, dizziness, problems with sleeping, low blood pressure or a fast heart beat.  Quetiapine (Seroquel™) has also been associated with weight gain, a decrease in white blood cells, and swelling in the arms, hands, legs, or feet.  There have been reports of neutropenia associated with taking quetiapine (Seroquel™) (which is a small number of neutrophil cells in the blood).  If you experience a fever, sore throat, or other signs or symptoms of infections, please speak with your doctor. There have also been reports of hyperglycemia (high blood sugar) and diabetes in patients treated with quetiapine (Seroquel™) and other drugs like it.  You may therefore be monitored for symptoms of hyperglycemia (e.g., excessive thirst, excessive eating, excessive urination and weakness). Some risk factors for diabetes include (but are not limited to) family history of diabetes, obesity or past diagnosis of diabetes (including gestational diabetes, which is diabetes while pregnant).  In rare cases, quetiapine (Seroquel™) may cause fever, faster breathing, sweating, muscle stiffness, fits, seizures or reduced consciousness.  It is not known how quetiapine (Seroquel™) may affect unborn children, and if you are a woman of childbearing age, you will be asked to use a reliable birth control method (as listed on page 6 of this document).

There may be risks involved in taking this medication that have not been identified in the studies performed so far.  There is always a risk involved in taking a new medication, but every precaution will be taken and you are encouraged to report anything that is troubling you. There are very rare, but potentially serious side effects associated with use of this class of drugs.  This class of drugs rarely can cause neuroleptic malignant syndrome (NMS), a potentially life-threatening disorder that includes symptoms such as fever, tight muscles, changes in blood pressure and heart rate, as well as confused thinking.  If NMS occurs, your study medication will be stopped and you will be treated for this condition.  These medications can also cause a movement disorder called tardive dyskinesia (TD).  In tardive dyskinesia, certain muscle groups (such as the lip and tongue muscles) will move even when the person does not want them to move.  If these movements occur, your medication may be stopped.  Most often the movements stop when the medicine is stopped, but sometimes they are permanent.

Other side effects may occur, some of which are not known and cannot be predicted.  With your full cooperation regarding the instructions given by your study doctor, frequent examinations, and the performance of laboratory tests, the chance of these unwanted side effects happening can be minimized, or if they happen, they can be treated quickly.

It is possible that the study drug may not be effective and that your condition may worsen.  If, in the opinion of the study doctor, there are any problems caused by the study drug that make it unwise for you to continue taking it, you will be withdrawn from the study and appropriately treated by your study doctor.

During enrollment and throughout the study, approximately 288 mL of blood (which is equivalent to approximately 58 teaspoonfuls) will be drawn from your vein in your arm using standard medical practices.  The taking of blood samples may cause some discomfort.  Risks

**Patient Initials**

CONFIDENTIAL
AZSER12749840

Adult Study Patient Information and Consent Form (US)
Study Code: D1447C00126
Version No: 2.0

E__ __  __ __ - __ __ __

Page 5 of 12

of venipuncture (inserting a needle in your vein to take blood) may include discomfort and/or bruising at the site of puncture and, less commonly, fainting, the formation of a small blood clot or swelling of the vein or surrounding tissue, bleeding from the puncture site, or infection. Blood samples will be taken at enrollment, at Study Weeks 4, 8, 12, and 24 during part two, at Study Weeks 0, 12, 28, 40, 52, 68, and 84 during part three and the final visit. Blood samples will also be taken regularly, up to an additional 19 times, to manage the level of mood stabilizer (lithium or Valproate) in your blood during your participation in the study.

The study drug used in this study may involve other risks - including possible life threatening reactions - that are not known at present.

You have an equal chance of receiving either placebo or quetiapine (Seroquel™). Which treatment you receive is decided at random by a computer (purely by chance, like the tossing of a coin). Neither you, the study doctor, nor the study site personnel will know which treatment you have received. Your mood stabilizer (lithium or Valproate) will remain the same throughout your participation in the study and will be known to you, your study doctor, and the study site personnel.

You may also be currently taking other medications ("non-study medications"), which are not part of this study. Your study doctor will explain to you those non-study medications that you can continue to take during the study and those non-study medications that you will be either withdrawn from, restricted from taking or prohibited from taking during your participation in the study and the risks involved in doing so.

**New Information**

You will be given any new information about the study drug that becomes known during the course of this study that the study doctor or the study sponsor believes might reasonably affect your willingness to continue to take part in the study.

**WOMEN OF CHILD-BEARING POTENTIAL**

**There might be unknown risks to the unborn child if you are or if you become pregnant during the study. Due to these risks, you must not participate in this study if you are pregnant, or plan to become pregnant during the research study period, or are breast-feeding a child.**

**If you are a woman of child-bearing potential:**

o      **by signing this consent form, you confirm to the best of your knowledge that you are not pregnant now and you do not intend to become pregnant during this study**

o      **a pregnancy test will be done by using a blood sample to confirm that you are not pregnant before you take part in this study**

**Patient Initials**

Approved by Coast IRB, LLC
*Template Only – Not for use with study subjects

CONFIDENTIAL
AZSER12749841

Adult Study Patient Information and Consent Form (US)
Study Code: D1447C00126
Version No: 2.0

E_ _ _ __ -_ _ _

Page 6 of 12

o      **you must use the following forms of birth control during this study. (Reliable forms of birth control include hormonal contraceptives (for example, oral contraceptive or long-term injectable or implantable hormonal contraceptives), double-barrier methods (for example, condom and diaphragm, condom and foam, or condom and sponge), intrauterine devices, and tubal ligation.)**

**If at any time during this study you think you might be pregnant, or later learn that you were pregnant during the study, you must contact the study doctor immediately for further instructions about your participation in this study and follow-up.**

### Section 5  Possible Benefits to Participants

The possible benefits to you from taking part in this study are an assurance of regular visits with the study doctor during your participation in the study and a contribution to the literature and the scientific knowledge of quetiapine.  You may not experience any direct health benefits during or after completing this study.  However, your participation will provide information about the study treatment(s) and manic depression that may benefit others.

### Section 6  Alternative Treatments

You do not have to take part in this study to be treated for manic depression.  There are other approved treatments available for manic depression.  Your doctor or the study doctor can explain the other treatments that are available to you and the risks of these treatments to you if you choose not to take part in this study.

### Section 7  Treatment and Compensation for Injury Resulting from this Study

If you suffer any side effect or injury, notify your study doctor immediately so that you can receive appropriate medical treatment.

If you suffer any side effect or other physical injury resulting directly from the study drug, the study sponsor will pay for the reasonable costs of medical treatment if:

o      you took the study drug as directed by the study doctor;

o      your injury was not deliberately caused;

o      the study doctor was immediately notified about your injury; and

o      you followed the medical advice of the study doctor.

You will not be paid for lost wages or other damages or losses or for medical expenses that have been covered by medical or hospital insurance or by third party or governmental programs providing such coverage.  No other form of compensation is available from the study sponsor except remedies available under the law.  In signing this form, you do not give

**Patient Initials**

CONFIDENTIAL
AZSER12749842

Adult Study Patient Information and Consent Form (US)
Study Code: D1447C00126
Version No: 2.0

E_ _ _ _-_ _ _

Page 7 of 12

up any legal rights. Payment of medical expenses is not an admission of fault or liability by the study sponsor or anyone else.

## Section 8  Payment for Taking Part in the Study

You will not be paid by the study sponsor for taking part in this study.

You will not be paid for any additional costs such as food, childcare fees, time off of work, or compensation for lost wages, which may result from your participation in this research study by the study sponsor.

## Section 9 Expenses (Cost of Taking Part in the Study)

The study drug, including the mood stabilizer (either lithium or Valproate), study doctor's visits, and laboratory tests related to this study will be provided at no cost to you. Neither you nor your insurance company will be charged for the services provided in the normal course of the conduct of this study. Therefore, you should not claim these expenses from your insurer.

## Section 10  Taking Part is Voluntary

It is up to you whether to take part in this study or not. You may refuse to take part or stop taking part in this study at any time without penalty or loss of benefits to which you are otherwise entitled.

## Section 11  Confidentiality and Authorization to Collect, Use and Disclose Your Medical Information

This section ("the Authorization") explains how your medical information will be collected, used and shared with certain other persons involved in the study and describes your rights, including the right to see your medical information.

### Purpose of this Authorization

You are being asked to permit the collection, use and sharing of your medical information so that the safety and effectiveness of the study drug can be evaluated as described in section 2 above.

### What Does Medical Information Mean?

Your medical information is information about your physical or mental health or condition. It includes:

- your previous medical records and information about you created or collected during the study (for example, the dates or results of various tests or examinations); and

**Patient Initials**

Approved by Coast IRB, LLC
*Template Only – Not for use with study subjects

87

CONFIDENTIAL
AZSER12749843

Adult Study Patient Information and Consent Form (US)
Study Code: D1447C00126
Version No: 2.0

E__ __ __ __ -__ __ __

Page 8 of 12

○   information about you that the study doctor may need in order to be able to monitor, and report to regulatory authorities on, the safety of the study drug and is created or collected by any physician, hospital or other healthcare provider that treats you outside of the study.

This information may identify you because it may contain, for example, your name, address, telephone number, photograph, date of birth, social security number, race or ethnic origin or other unique identifiers.

In this study, access may be needed to your medical records created other than at the study site (eg, if you were hospitalized or received medical treatment elsewhere for reasons that might be related to the study drug or the condition being studied).

**Use and Disclosure of Your Medical Information**

If you sign this form, you allow the study doctor to collect and use your medical information to carry out this study. You also allow the study doctor to share your medical information with:

- the study sponsor, including its affiliates, its representatives and its contractors who work on behalf of the study sponsor to conduct the study

- other doctors and health care professionals who are involved in the study

- the Coast Independent Review Board (IRB); and

- government agencies overseeing this study or the study drug, including the Food and Drug Administration (FDA), other Department of Health and Human Services agencies, and government agencies in the United States and other countries.

If you sign this form, you also authorize (give permission) any physician, hospital or other healthcare provider that treats you outside of the study to disclose (share) to the study doctor any medical information about you that the study doctor may need in order to be able to monitor, and report to regulatory authorities on, the safety of the study drug during the period required for this study. This authorization includes disclosure in the event of your death.

**Will Persons Looking At Your Medical Information Be Able to Identify You?**

That part of your medical information sent by the study doctor to the study sponsor ("study data") usually does not identify you personally (for example, by name, address, or social security number). Instead, the study doctor uses your initials and a code number on the study data sent to the study sponsor. The study data sent to the study sponsor may include your date of birth. However, the study sponsor, its representatives and contractors, regulatory authorities, Coast IRB, LLC and other supervising bodies may look at all your medical information at the study doctor's site.  The reason these persons may look at your medical

**Patient Initials**

Approved by Coast IRB, LLC
*Template Only – Not for use with study subjects

88

CONFIDENTIAL
AZSER12749844

Adult Study Patient Information and Consent Form (US)
Study Code: D1447C00126
Version No: 2.0

E__ __ __ __-__ __ __

Page 9 of 12

information is to make sure the study has been done properly and that study data has been collected correctly, or for other reasons allowed by law.

### Notice on Redisclosure of Your Medical Information and Confidentiality

Federal law provides that the study doctor can only share your medical information with those persons whom you have permitted to see it. However, if you sign this form, those persons may share your medical information with other persons. Federal law does not protect you against this. (The laws of your state may provide additional privacy protection.)

### Publication of Study Results

Except as explained in this section 11, your medical information will be kept confidential. The data and results from this study may also be presented at meetings or in publications, but in those presentations people taking part in the study will not be identified by name.

### Your Right to See and/or Copy Your Medical Information

You have the right to see and copy your medical information related to the study for as long as the study doctor holds this information. However, you may not be able to see some of your records related to the study until after the study has been completed, otherwise it could spoil the study.

### Withdrawing Your Authorization

You may withdraw your Authorization (permission) regarding your medical information at any time by writing to the study doctor at the address listed on page one of this form. If you withdraw this Authorization, the study doctor will no longer use your medical information or share it with others under the Authorization for this study, unless the study doctor needs to do so to protect the study data. However, the study sponsor may still use information about you that was shared with the study sponsor before you withdrew your Authorization.

If you withdraw your Authorization, you cannot continue to take part in the study.

### Expiration of Your Authorization

Your Authorization does not have an expiration date.

### Section 12   Whom to Ask If You Have Questions

You have the right to ask questions about this study at any time and are encouraged to do so.

If you have any questions about this research study, ask the research study doctor or the research staff at the telephone number(s) listed on page one of this form.

If you experience an injury you believe is related to this study, contact the study doctor at the telephone number(s) listed on page one of this form.



**Patient Initials**

Approved by Coast IRB, LLC
*Template Only – Not for use with study subjects

CONFIDENTIAL
AZSER12749845

Adult Study Patient Information and Consent Form (US)
Study Code: D1447C00126
Version No: 2.0

E__ __ __ __ -__ __ __

Page 10 of 12

If you have any questions about your rights as a research patient, you may contact Coast IRB, LLC, at (949) 218-9969. You may call by collect call if necessary Monday through Friday from 9am to 5pm PST.

### Section 13  Right to Withdraw and Termination Procedures

You may withdraw from this study at any time without penalty or loss of benefits to which you are otherwise entitled.  Your participation may be ended without your consent if you become ineligible to continue in the study, if you fail to follow the instructions of the study doctor, if you experience a study-related injury, or for any other reason.  Your participation will be ended if you experience a manic or depressed episode associated with your manic depression.  Your study doctor will then decide how to manage your manic depression.

When you stop taking part in the study, you must go through the termination procedures the study doctor considers necessary for your safety.

**You must return all unused study drugs to the study doctor.**

**Patient Initials**

Approved by Coast IRB, LLC
*Template Only – Not for use with study subjects

90

CONFIDENTIAL
AZSER12749846

Adult Study Patient Information and Consent Form (US)
Study Code: D1447C00126
Version No: 2.0

E__ __  __ __ - __ __ __

Page 11 of 12

## Section 14   INFORMED CONSENT STATEMENT AND AUTHORIZATION:

I, _____ (name of patient), HAVE READ ALL THE INFORMATION IN THIS INFORMATION AND CONSENT FORM.  I HAVE BEEN GIVEN THE CHANCE TO DISCUSS IT AND ASK QUESTIONS.  ALL MY QUESTIONS HAVE BEEN ANSWERED TO MY SATISFACTION.  I VOLUNTARILY CONSENT TO TAKE PART IN THIS STUDY.  I UNDERSTAND I WILL RECEIVE A COPY OF THIS INFORMATION AND CONSENT FORM.

BY SIGNING THIS INFORMATION AND CONSENT FORM, I HAVE NOT GIVEN UP ANY OF THE LEGAL RIGHTS, WHICH I OTHERWISE WOULD HAVE AS A PATIENT IN A RESEARCH STUDY.

I AUTHORIZE THE COLLECTION, USE AND DISCLOSURE OF MY MEDICAL INFORMATION IN ACCORDANCE WITH THIS FORM.

_____        _____
**Signature of Patient**                  **Date of Signature**


_____
**Printed name of Patient**

**Patient Initials**

Approved by Coast IRB, LLC
*Template Only – Not for use with study subjects

CONFIDENTIAL
AZSER12749847