Adult Study Patient Information and Consent Form (US)
Study Code: D1447C00126
Version No: 2.0

E＿＿ ＿＿ - ＿＿ ＿＿

Page 12 of 12

**If patient is incapacitated (mentally or physically) and not capable of consenting or unable to read or write,**

_____
**Signature of Legal Representative or Impartial Witness (if applicable)**

_____
**Date of Signature**

_____
**Printed Name of Legal Representative or Impartial Witness**

_____
**Authority of Representative To Act For Patient (If Applicable)**

_____
**Signature of Person Administering this Consent**

_____
**Date of Signature**

_____
**Printed Name of Person Administering this Consent**

**Patient Initials**

Approved by Coast IRB, LLC
*Template Only – Not for use with study subjects

92

CONFIDENTIAL
AZSER12749848

Adult Study Subject Information and Consent Form (US)
Study Code D1447C00126
Master Version Number 4 Master Version Date 17 January 2006
Local Version Number 3 Local Version Date January 17 2006

# ADULT STUDY SUBJECT INFORMATION AND CONSENT FORM
# AND
# AUTHORIZATION TO USE AND DISCLOSE MEDICAL
# INFORMATION- (FOR USE IN THE US)

Study Code: D1447C00126                     Subject Initials:

Centre No:                                   Enrolment Code: E___-___

Sponsor:                                     AstraZeneca Pharmaceuticals LP
                                             Wilmington, DE 19850-5437

## Section 1  Introduction

You have been asked to take part in a clinical research study.  For you to be able to decide to be part of this study or not, you should understand enough about its risks and benefits to make an informed decision.  This process is known as informed consent.  This consent form describes the purpose, procedures, possible benefits and risks of the study.  This form will also explain how your medical information will be used and who may see it.  Once you have been fully informed about the study and had any questions answered, you will be asked to sign this form if you wish to take part and to allow your medical information to be collected, used and shared with certain persons involved in the study.  If you do not sign this form, you will not be able to take part in the study.  If you are in any other study, you cannot take part in this study.

Your study doctor is an investigator for this study, and as an investigator, is interested both in your health and in the conduct of this study.  The study doctor is being paid by AstraZeneca (the study sponsor) to conduct this study.  Before entering this study or at any time during the study, you may ask for a second opinion about your care from another doctor who is in no way connected with this study.  You do not have to take part in any clinical study offered by any doctor.  Your decision whether or not to take part in this study will not affect the medical care you receive from your doctor.

**Read this information carefully and please ask the study doctor or the study staff if you have any questions.**

## Section 2  Purpose of the Study

You are suffering from manic depression (bipolar I disorder) and have a current episode of mania/acute mania and/or depression/acute depression or have had an episode of mania/acute mania and/or depression/acute depression within the previous 6 months and have been treated

CONFIDENTIAL
AZSER12749849

Adult Study Subject Information and Consent Form (US)
Study Code D1447C00126
Master Version Number 4 Master Version Date 17 January 2006
Local Version Number 3 Local Version Date January 17 2006

with quetiapine (Seroquel™) and either lithium or Valproate.  This study is being carried out to see if quetiapine (Seroquel™) in addition to mood stabilizer (lithium or Valproate) is effective and safe in preventing bipolar episodes, and if so, how it compares with placebo (a non-active tablet, like a sugar pill, that looks like quetiapine (Seroquel™) in addition to mood stabilizer (lithium or Valproate).  Under the brand name of Seroquel™, quetiapine has been approved by the U.S. Food and Drug Administration (FDA) since 1997 to help people who suffer from schizophrenia.  The administration of quetiapine (Seroquel™) for the purpose of treating manic depression over the course of 1 to 2 years is therefore investigational and has not yet been approved by the FDA.  Approximately 1700 other patients like you in the United States, Europe, Australia and South Africa will take part in this study.

## Section 3  Description of the Study and Procedures

The study involves up to 36 visits over a maximum of 141 weeks.  The study is divided into three parts.

### Part one (Enrollment)

Part one will last for up to 7 days.  At the first visit your study doctor will carry out some interviews to make sure you are suitable for the study and will conduct a medical examination including an electrocardiogram (ECG- an electrical tracing of the heart). Your heart rate and blood pressure will be recorded, as well as your height and weight. You will be asked about all past and present diseases, allergies, medical conditions you have had and about all of the medicines you are taking.  A blood sample and a urine sample will be taken for laboratory tests and, if you are female, for a pregnancy test.  Please note that some blood samples for the trial will require you to be fasting for 8 hours (which means you will not be able to eat or drink anything other than water.)  Your study nurse or doctor will let you know if this is required before each study visit.

### Part two (Open-label treatment Phase)

The purpose of part two is to ensure that you are not having an acute episode of mania or depression or both when you begin the third part of the study.  Part two involves up to 12 visits over 12 to 36 weeks.  During this time, you will receive quetiapine (Seroquel™) tablets and your study doctor will also prescribe a mood stabilizer, either lithium or Valproate.  These study drugs are yours and should not be taken by anyone else.

At each visit during part two, your study doctor will carry out some interviews.  You will also be asked about medicines you have been taking, medical conditions and anything that has been troubling you since the last visit. A blood sample will also be taken for laboratory tests.  About every 3 months during this part of the study, a medical examination will be performed and your weight will be recorded.  Once your study doctor considers your disease to be stable, you will begin part three of the study.

CONFIDENTIAL
AZSER12749850

Adult Study Subject Information and Consent Form (US)
Study Code D1447C00126
Master Version Number 4 Master Version Date 17 January 2006
Local Version Number 3 Local Version Date January 17 2006

**Part three (Randomized treatment Phase)**

After entering part three, you will either receive active quetiapine (Seroquel™) tablets or identical, non-active (placebo) tablets.  You have an equal chance of receiving either placebo or quetiapine (Seroquel™).  Which treatment you receive is decided at random by a computer (purely by chance, like the tossing of a coin).  Neither you, the study doctor, nor the study site personnel will know which treatment you have received.  You will also continue taking the mood stabilizer (lithium or Valproate) prescribed by your study doctor.  These study drugs are yours and should not be taken by anyone else.  The study medications must be taken according to your study doctor's instructions.

You will continue in the study until the study is ended by the sponsor company or until week 104.  Part three involves up to 23 visits.  At the visits, your study doctor will carry out the same interviews and some of the tests as at the first visit.  Approximately 8 blood samples will be taken throughout part three for laboratory tests.  Additional blood samples may also be taken to check your blood serum levels of either lithium or Valproate.  You will also be asked to fill in two forms giving information about your well-being.  At the first visit of part three, one year after you entered part three and at the final visit, an ECG will be performed.

When you have finished taking part in this study, your study doctor will decide how to continue to manage your manic depression.

**Section 4  Risks, Discomforts and Inconveniences**

The study medication used in this study may involve other risks - including possible life-threatening reactions - that are not known at present.

Quetiapine (Seroquel™) has been used in thousands of study patients and has been approved in the United States since 1997 in the indication of schizophrenia. The study medication, quetiapine (Seroquel™) may cause some side effects.  You may experience none, some, or all of the following:  sleepiness, weakness, dry mouth, stuffy nose, indigestion, stomach discomfort, constipation, dizziness, problems with sleeping, low blood pressure or a fast heart beat.  Quetiapine (Seroquel™) has also been associated with weight gain, a decrease in white blood cells, and swelling in the arms, hands, legs, or feet.  There have been reports of neutropenia associated with taking quetiapine (Seroquel™) (which is a small number of neutrophil cells in the blood).  If you experience a fever, sore throat, or other signs or symptoms of infections, please speak with your doctor. There have also been reports of hyperglycemia (high blood sugar) and diabetes in patients treated with quetiapine (Seroquel™) and other drugs like it.  You may therefore be monitored for symptoms of hyperglycemia (e.g., excessive thirst, excessive eating, excessive urination and weakness). Some risk factors for diabetes include (but are not limited to) family history of diabetes, obesity or past diagnosis of diabetes (including gestational diabetes, which is diabetes while pregnant).  In rare cases, quetiapine  (Seroquel™) may cause fever, faster breathing, sweating, muscle stiffness, fits, seizures or reduced consciousness.  It is not known how quetiapine (Seroquel™) may affect unborn children, and if you are a woman of childbearing age, you will be asked to use a reliable birth control method (as listed on page 5 of this document).

CONFIDENTIAL
AZSER12749851

Adult Study Subject Information and Consent Form (US)
Study Code D1447C00126
Master Version Number 4 Master Version Date 17 January 2006
Local Version Number 3 Local Version Date January 17 2006

There may be risks involved in taking this medication that have not been identified in the studies performed so far. There is always a risk involved in taking a new medication, but every precaution will be taken and you are encouraged to report anything that is troubling you. There are very rare, but potentially serious side effects associated with use of this class of drugs. This class of drugs rarely can cause neuroleptic malignant syndrome (NMS), a potentially life-threatening disorder that includes symptoms such as fever, tight muscles, changes in blood pressure and heart rate, as well as confused thinking. If NMS occurs, your study medication will be stopped and you will be treated for this condition. These medications can also cause a movement disorder called tardive dyskinesia (TD). In tardive dyskinesia, certain muscle groups (such as the lip and tongue muscles) will move even when the person does not want them to move. If these movements occur, your medication may be stopped. Most often the movements stop when the medicine is stopped, but sometimes they are permanent.

In recent studies in bipolar depression, extrapyramidal symptoms which can be muscle tightness, restless feelings, tremor, stiff walking, or incoordination were more common in patients treated with quetiapine than in patients with no treatment.

Atypical anti-psychotics (including quetiapine) have shown an increased risk of deaths in elderly patients with dementia and behavioural disturbances as compared to placebo.

Quetiapine and the non-active tablets (placebo) contain lactose, which may cause discomfort if you are lactose intolerant.

Other side effects may occur, some of which are not known and cannot be predicted. With your full cooperation regarding the instructions given by your study doctor, frequent examinations, and the performance of laboratory tests, the chance of these unwanted side effects happening can be minimized, or if they happen, they can be treated quickly.

It is possible that the study drug may not be effective and that your condition may worsen. If, in the opinion of the study doctor, there are any problems caused by the study drug that make it unwise for you to continue taking it, you will be withdrawn from the study and appropriately treated by your study doctor.

During enrollment and throughout the study, approximately 288 mL of blood (which is equivalent to approximately 58 teaspoonfuls) will be drawn from your vein in your arm using standard medical practices. The taking of blood samples may cause some discomfort. Risks of venipuncture (inserting a needle in your vein to take blood) may include discomfort and/or bruising at the site of puncture and, less commonly, fainting, the formation of a small blood clot or swelling of the vein or surrounding tissue, bleeding from the puncture site, or infection. Blood samples will be taken at enrollment, at Study Weeks 4, 8, 12, and 24 during part two, at Study Weeks 0, 12, 28, 40, 52, 68, and 84 during part three and the final visit. Blood samples will also be taken regularly, up to an additional 19 times, to manage the level of mood stabilizer (lithium or Valproate) in your blood during your participation in the study.

CONFIDENTIAL
AZSER12749852

Adult Study Subject Information and Consent Form (US)
Study Code D1447C00126
Master Version Number 4 Master Version Date 17 January 2006
Local Version Number 3 Local Version Date January 17 2006

You have an equal chance of receiving either placebo or quetiapine (Seroquel™).  Which treatment you receive is decided at random by a computer (purely by chance, like the tossing of a coin).  Neither you, the study doctor, nor the study site personnel will know which treatment you have received**.**  Your mood stabilizer (lithium or Valproate) will remain the same throughout your participation in the study and will be known to you, your study doctor, and the study site personnel.

You may also be currently taking other medications ("non-study medications"), which are not part of this study.  Your study doctor will explain to you those non-study medications that you can continue to take during the study and those non-study medications that you will be either withdrawn from, restricted from taking or prohibited from taking during your participation in the study and the risks involved in doing so.

**New Information**

You will be given any new information about the study drug that becomes known during the course of this study that the study doctor or the study sponsor believes might reasonably affect your willingness to continue to take part in the study.

**WOMEN OF CHILD-BEARING POTENTIAL**

**There might be unknown risks to the unborn child if you are or if you become pregnant during the study.  Due to these risks, you must not participate in this study if you are pregnant, or plan to become pregnant during the research study period, or are breast-feeding a child.**

**If you are a woman of child-bearing potential:**

- **by signing this consent form, you confirm to the best of your knowledge that you are not pregnant now and you do not intend to become pregnant during this study**

- **a pregnancy test will be done by using a blood sample to confirm that you are not pregnant before you take part in this study**

- **you must use the following forms of birth control during this study. (Reliable forms of birth control include hormonal contraceptives (for example, oral contraceptive or long-term injectable or implantable hormonal contraceptives), double-barrier methods (for example, condom and diaphragm, condom and foam, or condom and sponge), intrauterine devices, and tubal ligation.)**

**If at any time during this study you think you might be pregnant, or later learn that you were pregnant during the study, you must contact the study doctor immediately for further instructions about your participation in this study and follow-up.**

CONFIDENTIAL
AZSER12749853

Adult Study Subject Information and Consent Form (US)
Study Code D1447C00126
Master Version Number 4 Master Version Date 17 January 2006
Local Version Number 3 Local Version Date January 17 2006

**New Information**

You will be given any new information about the study medication that becomes known during the course of this study that the study doctor or the study sponsor believes might reasonably affect your willingness to continue to take part in the study.

**Section 5  Possible Benefits to Participants**

The possible benefits to you from taking part in this study are an assurance of regular visits with the study doctor during your participation in the study and a contribution to the literature and the scientific knowledge of quetiapine.  You may not experience any direct health benefits during or after completing this study.  However, your participation will provide information about the study treatment(s) and manic depression that may benefit others.

**Section 6  Alternative Treatments**

You do not have to take part in this study to be treated for manic depression.  There are other approved treatments available for manic depression.  Your doctor or the study doctor can explain the other treatments that are available to you and the risks of these treatments to you if you choose not to take part in this study.

**Section 7  Treatment and Compensation for Injury Resulting from this Study**

If you suffer any side effect or injury, notify your study doctor immediately so that you can receive appropriate medical treatment.

If you suffer any side effect or other physical injury resulting directly from the study medication, the study sponsor will pay for the reasonable costs of medical treatment if:

- you took the study medication as directed by the study doctor;

- your injury was not deliberately caused;

- the study doctor was immediately notified about your injury; and

- you followed the medical advice of the study doctor.

You will not be paid for lost wages or other damages or losses or for medical expenses that have been covered by medical or hospital insurance or by third party or governmental programs providing such coverage.  No other form of compensation is available from the study sponsor except remedies available under the law.  In signing this form, you do not give up any legal rights.  Payment of medical expenses is not an admission of fault or liability by the study sponsor or anyone else.

**Section 8  Payment for Taking Part in the Study**

You will not be paid by the study sponsor for taking part in this study.

CONFIDENTIAL
AZSER12749854

Adult Study Subject Information and Consent Form (US)
Study Code D1447C00126
Master Version Number 4 Master Version Date 17 January 2006
Local Version Number 3 Local Version Date January 17 2006

You will not be paid for any additional costs such as food, childcare fees, time off of work, or compensation for lost wages, which may result from your participation in this research study by the study sponsor.

## Section 9 Expenses (Cost of Taking Part in the Study)

The study drug, including the mood stabilizer (either lithium or Valproate), study doctor's visits, and laboratory tests related to this study will be provided at no cost to you.  Neither you nor your insurance company will be charged for the services provided in the normal course of the conduct of this study.  Therefore, you should not claim these expenses from your insurer.

## Section 10  Taking Part is Voluntary

It is up to you whether to take part in this study or not.  You may refuse to take part or stop taking part in this study at any time without penalty or loss of benefits to which you are otherwise entitled.

## Section 11  Confidentiality and Authorization to Collect, Use and Disclose Your Medical Information

This section ("the Authorization") explains how your medical information will be collected, used and shared with certain other persons involved in the study and describes your rights, including the right to see your medical information.

### Purpose of this Authorization

You are being asked to permit the collection, use and sharing of your medical information so that the safety and effectiveness of the study medication can be evaluated as described in section 2 above.

### What Does Medical Information Mean?

Your medical information is information about your physical or mental health or condition.  It includes:

- your previous medical records and information about you created or collected during the study (for example, the dates or results of various tests or examinations); and

- information about you that the study doctor may need in order to be able to monitor, and report to regulatory authorities on, the safety of the study medication and is created or collected by any physician, hospital or other healthcare provider that treats you outside of the study.

This information may identify you because it may contain, for example, your name, address, telephone number, photograph, date of birth, social security number, race or ethnic origin or other unique identifiers.

CONFIDENTIAL
AZSER12749855

Adult Study Subject Information and Consent Form (US)
Study Code D1447C00126
Master Version Number 4 Master Version Date 17 January 2006
Local Version Number 3 Local Version Date January 17 2006

In this study, access may be needed to your medical records created other than at the study site (eg, if you were hospitalized or received medical treatment elsewhere for reasons that might be related to the study drug or the condition being studied).

**Use and Disclosure of Your Medical Information**

If you sign this form, you allow the study doctor to collect and use your medical information to carry out this study. You also allow the study doctor to share your medical information with:

- the study sponsor, including its affiliates, its representatives and its contractors who work on behalf of the study sponsor to conduct the study

- other doctors and health care professionals who are involved in the study

- the Institutional Review Board (IRB) that watches over the study; and

- government agencies overseeing this study or the study medication, including the Food and Drug Administration (FDA), other Department of Health and Human Services agencies, and government agencies in the United States and other countries.

If you sign this form, you also authorize any physician, hospital or other healthcare provider that treats you outside of the study to disclose to the study doctor any medical information about you that the study doctor may need in order to be able to monitor, and report to regulatory authorities on, the safety of the study medication during the period required for this study.  [This authorization include disclosure in the event of your death.]

**Will Persons Looking At Your Medical Information Be Able to Identify You?**

That part of your medical information sent by the study doctor to the study sponsor ("study data") usually does not identify you personally (for example, by name, address, or social security number).  Instead, the study doctor uses your initials and a code number on the study data sent to the study sponsor. The study data sent to the study sponsor may include your date of birth. However, the study sponsor, its representatives and contractors, regulatory authorities, Coast IRB, LLC and other supervising bodies may look at all your medical information at the study doctor's site.  The reason these persons may look at your medical information is to make sure the study has been done properly and that study data has been collected correctly, or for other reasons allowed by law.

**Notice on Redisclosure of Your Medical Information and Confidentiality**

Federal law provides that the study doctor can only share your medical information with those persons whom you have permitted to see it.  However, if you sign this form, those persons may share your medical information with other persons. Federal law does not protect you against this.  (The laws of your state may provide additional privacy protection.)

CONFIDENTIAL
AZSER12749856

Adult Study Subject Information and Consent Form (US)
Study Code D1447C00126
Master Version Number 4 Master Version Date 17 January 2006
Local Version Number 3 Local Version Date January 17 2006

**Publication of Study Results**

Except as explained in this section 11, your medical information will be kept confidential. The data and results from this study may also be presented at meetings or in publications, but in those presentations people taking part in the study will not be identified by name.

**Your Right to See and/or Copy Your Medical Information**

You have the right to see and copy your medical information related to the study for as long as the study doctor holds this information.  However, you may not be able to see some of your records related to the study until after the study has been completed, otherwise it could spoil the study.

**Withdrawing Your Authorization**

You may withdraw your Authorization (permission) regarding your medical information at any time by writing to the study doctor at the following address: << >>.  If you withdraw this Authorization, the study doctor will no longer use your medical information or share it with others under the Authorization for this study, unless the study doctor needs to do so to protect the study data.  However, the study sponsor may still use information about you that was shared with the study sponsor before you withdrew your Authorization.

If you withdraw your Authorization, you cannot continue to take part in the study.

**Expiration of Your Authorization**

Your Authorization does not have an expiration date.

**Section 12  Whom to Ask If You Have Questions**

You have the right to ask questions about this study at any time and are encouraged to do so.

If you have any questions about this research study, ask the research study doctor or the research staff at the telephone number(s) listed on page one of this form.

If you experience an injury you believe is related to this study, contact the study doctor at the telephone number(s) listed on page one of this form.

If you have any questions about your rights as a research patient, you may contact Coast IRB, LLC, at (949) 218-9969. You may call by collect call if necessary Monday through Friday from 9am to 5pm PST.

CONFIDENTIAL
AZSER12749857

Adult Study Subject Information and Consent Form (US)
Study Code D1447C00126
Master Version Number 4 Master Version Date 17 January 2006
Local Version Number 3 Local Version Date January 17 2006

**Section 13  Right to Withdraw and Termination Procedures**

You may withdraw from this study at any time without penalty or loss of benefits to which you are otherwise entitled.  Your participation may be ended without your consent if you become ineligible to continue in the study, if you fail to follow the instructions of the study doctor, if you experience a study-related injury, or for any other reason.

When you stop taking part in the study, you must go through the termination procedures the study doctor considers necessary for your safety.

**You must return all unused study drugs to the study doctor.**

CONFIDENTIAL
AZSER12749858

Adult Study Subject Information and Consent Form (US)
Study Code D1447C00126
Master Version Number 4 Master Version Date 17 January 2006
Local Version Number 3 Local Version Date January 17 2006

**Section 14  INFORMED CONSENT STATEMENT AND AUTHORIZATION:**

**I, _____** (name of subject), **HAVE READ AND I UNDERSTAND ALL THE INFORMATION IN THIS INFORMATION AND CONSENT FORM.  I HAVE BEEN GIVEN THE CHANCE TO DISCUSS IT AND ASK QUESTIONS.  ALL MY QUESTIONS HAVE BEEN ANSWERED TO MY SATISFACTION.  I VOLUNTARILY CONSENT TO TAKE PART IN THIS STUDY.  I UNDERSTAND I WILL RECEIVE A COPY OF THIS INFORMATION AND CONSENT FORM.**

**BY SIGNING THIS INFORMATION AND CONSENT FORM, I HAVE NOT GIVEN UP ANY OF THE LEGAL RIGHTS, WHICH I OTHERWISE WOULD HAVE AS A SUBJECT IN A RESEARCH STUDY.**

**I AUTHORIZE THE COLLECTION, USE AND DISCLOSURE OF MY MEDICAL INFORMATION IN ACCORDANCE WITH THIS FORM.**

_____          _____
**Signature of Subject**                             **Date of Signature**

_____
**Printed name of Subject**

_____          _____
**Signature of Person**                             **Date of Signature**
**Administering this Consent**

_____
**Printed Name of Person**
**Administering this Consent**

CONFIDENTIAL
AZSER12749859

Adult Study Subject Information and Consent Form (US)
Study Code D1447C00126
Master Version Number 4 Master Version Date 17 January 2006
Local Version Number 3 Local Version Date January 17 2006

If patient is incapacitated (mentally or physically) and not capable of consenting or unable to read or write,

_____          _____
**Signature of Legal**                    **Date of Signature**
**Representative or Impartial Witness**
**(if applicable)**

_____          _____
**Printed Name of Legal**                 **Authority of Representative To Act**
**Representative or Impartial Witness**    **For Patient (If Applicable)**

_____          _____
**Signature of Person**                   **Date of Signature**
**Administering this Consent**

_____
**Printed Name of Person**
**Administering this Consent**

CONFIDENTIAL
AZSER12749860

Genetic Research Addendum to Informed Consent Form for use Globally (except in the US)
Study Code:  D1447C00126
Version No: 1 Version Date: 16 January 2004

# GENETIC RESEARCH ADDENDUM TO INFORMED CONSENT FORM

Study Code:          D1447C00126                          Subject Initials: _____

Centre No:           _____     Enrolment code and/or randomisation code: _____

Study Title:          A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients

**An optional part of this study involves the collection of a blood sample from you for genetic (DNA) research.**

## What is the Background to and Purpose of the Genetic Research?

Cells in your body contain a type of molecule called deoxyribonucleic acid, or DNA for short. DNA is what your genes are made of.  Genes are inherited and direct growth, development, and how the body functions.  For example, some genes control the colour of your hair or eyes. Scientists have learned a lot about how genes work.  There are many differences, or variations, in DNA from one person to another.  These variations may affect a person's chance of suffering from a particular disease or the way a person responds to a particular drug.  You are being asked to donate a blood sample for genetic research that will determine part of the structure of your DNA and to allow us to compare it with medical information about you. You are being asked to do this because you are already taking part in a study of quetiapine fumarate in the treatment of bipolar I disorder, which we will call "the main study" in the rest of this document.  We will use the words "this genetic study" for the genetic research we are now asking you to take part in.

We are asking you and other subjects participating in the main study to donate a blood sample because we want to study how genetic variations are involved in bipolar disorder.  We also want to study how genetic variations may influence the way people respond to drugs used in the treatment of this disease.  We will not use the blood sample you donate for other purposes.

You should be aware that the study sponsor has no obligation to conduct this research, or any additional research on your blood sample or DNA.

## What will Happen to me if I take Part?

If you decide to take part, we will draw about 2 teaspoons (9 ml) of blood from you at one of the evaluations that are already scheduled for the main study. DNA will be extracted from your blood sample.  In this process, most of the original blood sample will be used up but a small amount will be kept as a "backup" in case of problems in the testing of your DNA.

CONFIDENTIAL
AZSER12749861

Genetic Research Addendum to Informed Consent Form for use Globally (except in the US)
Study Code:  D1447C00126
Version No: 1 Version Date: 16 January 2004

The DNA sample and the remaining blood sample will be stored with similar samples from other people at a secure central laboratory owned by AstraZeneca and located within the European Union.  All DNA and blood samples from this genetic study will be destroyed 15 years   after the main study is completed.  Your DNA may be studied at any time before this. The pattern of variations in your DNA may be compared with medical information collected in the main study, but only as this information relates to the research goals described above.

The research results from this genetic study may be analysed along with results from other studies .

**What are the Possible Risks and Inconveniences of Taking Part?**

These are no different from those experienced by you in having blood taken in the main study.

**What are the Possible Benefits of Taking Part?**

There is no direct benefit to you in taking part in this research.  However, this research may contribute to our understanding of bipolar disease and its treatment, and may eventually lead to improvements in treatment.

**Do I have to Take Part?**

It is up to you whether to take part in this study or not.  You may refuse to take part or stop taking part in this genetic study at any time without penalty or loss of benefits to which you are otherwise entitled.  You will receive the same treatment and care in the main study whether or not you donate a blood sample for genetic research as described in this document. **If you decide not to donate a sample, you can still take part in the main study**.

**Do I Receive a Payment for Taking Part?**

You will not be paid for taking part in this genetic study.

**What Rights do I have to see the Results of the Genetic Research and Personal Data?**

The purpose of this genetic study is not to provide you with test results. The study sponsor (AstraZeneca) will not make any results available to you, any insurance company, your employer, your family, the study doctor, or any other physician who treats you now or in the future.

You have the right to request information about any personal data that the Study Doctor or the Sponsoring Company may hold about you.  You also have the right to request that any inaccuracies in your personal data be corrected.  If you wish to make a request, then please contact the Study Doctor in the first instance, who can help you contact the Sponsoring Company if necessary.  The Sponsoring Company may transfer your Study Data to countries outside the European Union for these purposes and for providing data to regulatory authorities.

CONFIDENTIAL
AZSER12749862

Genetic Research Addendum to Informed Consent Form for use Globally (except in the US)
Study Code:  D1447C00126
Version No: 1 Version Date: 16 January 2004

## What Rights Do I have to the Results of the Genetic Research?

Any information derived directly or indirectly from this genetic study, as well as any, patents, diagnostic tests, drugs, or biological products developed directly or indirectly as a result of this study, are the sole property of the study sponsor (and its successors, licensees, and assigns) and may be used for commercial purposes.  You have no right to this property or to any share of the profits that may be earned directly or indirectly as a result of this study.  However, in signing this form and donating a blood sample for genetic research, you do not give up any rights that you would otherwise have as a participant in a research study.

## What Steps are Taken to Ensure the Genetic Results are Kept Confidential?

Special precautions are taken to ensure that the research in this genetic study will be carried out with a very high degree of confidentiality. Your blood sample will be labelled with the same code that is given to you in the main study, but not with personal identifiers such as your name.  As an added level of security, your DNA when it is extracted from your blood sample, and the results of any research on your DNA will also receive a second code number.  A file linking the first and second codes will be kept in a secure place at AstraZeneca with restricted access.  If you change your mind about participating in this genetic research, this link will allow us to locate your sample and destroy it.  The link will be destroyed 15 years after the main study is completed, at the same time that your DNA sample and any remaining blood are destroyed.

The coding of samples and results is to ensure that genetic research results are kept confidential by keeping your identity and these results separate.  Very few people will be able to connect your identity and the results of research on your DNA, and only for special reasons.  If there should be a medical emergency, an AstraZeneca doctor whose job it is to find out what caused the problem might know your identity and might also have access to the results of research on your DNA.  AstraZeneca staff whose job it is to make sure the study has been done properly by checking the records at the study doctor's site, will also be able to identify you from your medical files but will not have access to the results of the genetic research in this study.  Apart from these persons, other research staff at AstraZeneca will not know your identity.  Regulatory authorities, which also may wish to check that the study has been done properly, will also have access to your files and know your identity.

The data and results of this genetic study may be reviewed with collaborators and published.  Neither your name nor any other personal identifiers will appear in any publications or reports.

## Can I Withdraw my Consent?

You may withdraw your consent at any time.  If you withdraw your consent **before** your blood sample is sent for genetic research, the study doctor will arrange to have it destroyed.  If you withdraw your consent **after** your blood sample has been sent for genetic research the study sponsor and the study doctor will ensure that your blood sample and any DNA that has been extracted from it are destroyed.  However, if genetic research has already been performed the study sponsor is not obliged to destroy results of this research.

CONFIDENTIAL
AZSER12749863

Genetic Research Addendum to Informed Consent Form for use Globally (except in the US)
Study Code:  D1447C00126
Version No: 1 Version Date: 16 January 2004

**Whom Should I Contact If I Need more Information or Help?**

If you have questions about donating a sample, any study-related injury, or your rights as a subject, you may contact the personnel identified in the main study form.

4(5)
108

CONFIDENTIAL
AZSER12749864

Genetic Research Addendum to Informed Consent Form for use Globally (except in the US)
Study Code:  D1447C00126
Version No: 1 Version Date: 16 January 2004

**Informed Consent Statement**

I, _____ (name of subject), have read and I understand all the information in this informed consent.  I have been given the chance to discuss it and ask questions.  All my questions have been answered to my satisfaction.  I voluntarily consent to take part in this genetic study.  I understand I will receive a copy of this informed consent.

By signing this informed consent, I have not given up any of the legal rights, which I otherwise would have as a subject in a research study.  I authorise the collection, use and disclosure of my medical information in accordance with this form.

_____          _____
Signature of Subject                                       Date of Signature

_____
Printed name of Subject

_____
Name of Patient's Legally Authorised Representative (If Applicable) (Please Print)

_____          _____
Authority of Representative                               Date of Signature
To Act For Patient (If Applicable)

_____          _____
Signature of Person                                        Date
Administering this Consent

_____
Printed Name of Person
Administering this Consent

CONFIDENTIAL
AZSER12749865

Study protocol, version: Amendment 004, 17.1.2006

Study code: D1447C00126
Centre no._____
Patient's E-code: E-_____
Active substance: quetiapine fumarate

## SUBJECT INFORMATION

### STUDY CODE
D1447C00126

### STUDY TITLE
A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients

You are being asked to take part in a research study. Before you decide it is important for you to understand why the research is being done, how your information will be used, what the study will involve and the possible benefits, risks and discomforts. Please take time to read the following information carefully and once you have been fully informed about the study and had any questions answered, you will be asked to sign this form if you wish to participate.

### What is the background to and purpose of the study?
You are suffering from manic depression (bipolar I disorder) and have a current episode of acute mania and/or depression or have had an episode of acute mania and/or depression within the previous 6 months and have been treated with Seroquel™ and lithium or valproate. This study is being carried out to see if Seroquel™ in addition to mood stabilizer (lithium or valproate) is effective in preventing bipolar episodes and if so, how it compares with placebo in addition to mood stabilizer (lithium or valproate). Approximately 1 420 1 700 other patients in Europe, Australia, the USA and South Africa will take part. In Finland about 100 patients will take part.

### Voluntary participation in the study

Your participation in this study is entirely voluntary. If You do not want to participate in this study or Your participation stops, your doctor determines what the best treatment for You is. You are free to withdraw at any time without giving any reasons, without prejudice to further treatment. However, if you decide to withdraw from this study, it is important that you inform your doctor about your decision.

The study doctor may stop your participation in this study if it is not in accordance with your interest. When you stop taking part in this study you must go through study withdrawal procedures that are necessary tor you safety.

Subject Information/D1447C00126
**Version No: 5**, Version date: 17.1.2006
Back to English translation 17.1.2006/RL/ttu

1(8)

CONFIDENTIAL
AZSER12749866

Study protocol, version: Amendment 004, 17.1.2006

Your doctor also may withdraw you from the study, if you fail to comply with the treatment instructions or in case the treatment has caused you a serious adverse effect. This study does not concern underage, handicapped, expectant or nursing mothers or prisoners.

**What will happen to me if I take part?**

The study involves up to 36 visits over a maximum of 141 weeks.  The study is divided into three parts.

**Part one (Enrollment)**

Part one will last for up to 7 days.  At the first visit your Study Doctor will carry out some interviews to make sure you are suitable for the study and conduct a medical examination including a heart test. Your heart rate and blood pressure will be recorded, as well as your height and weight. You will be asked about all past and present diseases, allergies, medical conditions you have had and about all of the medicines you are taking. A blood sample and a urine sample will be taken for laboratory tests and, if you are female, for a pregnancy test.

**Part two (Open-label treatment Phase)**

The purpose of part two is to ensure that you are not having an acute episode of mania or depression or both when you begin the third part of the study.  Part two involves up to 12 visits over 12 to 36 weeks.  During this time you will receive Seroquel™ tablets and your Study Doctor will also prescribe a mood stabilizer, either lithium or valproate.
At each visit during part two your study doctor will carry out some interviews.  You will also be asked about medicines you have been taking, medical conditions and anything that has been troubling you since the last visit.  A medical examination will be performed and your weight will be recorded.  A blood sample will be taken for laboratory tests.  Once your Study Doctor considers your disease to be stable, you will begin part three of the study.

**Part three (Randomized-treatment Phase)**

After entering part three, you will either receive non-active (placebo) tablets or identical looking Seroquel™ tablets.  You have an equal chance of receiving either placebo or Seroquel™.  Which treatment you receive is decided at random by a computer (purely by chance, like the tossing of a coin).  Neither you nor the Study Site personnel will know which treatment you have received.  You will also continue taking the mood stabilizer (lithium or valproate) prescribed by your Study Doctor.  The study medications must be taken according to your Study Doctors instructions.

Part three will last for at least 28 weeks.  After that randomization you will continue in the study until the study is ended by the Sponsor Company or until week 104.  Part three involves up to 23 visits.  At the visits your Study Doctor will carry out the same interviews and some of the tests as at the first visit.  You will also be asked to fill in two forms giving information about your well-being.  At the first visit of part three, one year after you entered part three and at the final visit a heart test will be performed.

Subject Information/D1447C00126
**Version No: 5, Version date: 17.1.2006**
Back to English translation 17.1.2006/RL/ttu

2(8)

CONFIDENTIAL
AZSER12749867

Study protocol, version: Amendment 004, 17.1.2006

When you have finished taking part in this study, your Study Doctor will decide how to continue to manage your manic depression.

**What do you have to do?**

You must be willing to follow your Study Doctors instructions and attend the scheduled visits.  It is also important that you take the study medication as directed.  Any left over study medication that you do not take must be returned at each of your visits, even empty containers.  It is also important that you tell the medical staff about any other medication you are taking before and during the study.  At the enrolment vistit and at some other visits including blood sampling you will not be allowed to eat or drink anything from midnight the night prior to next morning about 8.00 to 10.00, when the sampling will be carried out.

If you are a female, you must not be pregnant or breast-feeding and you must not become pregnant during the study.  Your Study Doctor must be told immediately if pregnancy occurs.  A reliable birth control method, e.g. birth control pills, intrauterine devices or condom together with diaphragm, foam or sponge, must be used during the study.  Despite your participation in the study it is important that you still continue to see your own doctor that is taking care of your other possible illnesses.

**What are the possible side effects, risks and discomforts of taking part?**

Seroquel™ has been used in thousands of study patients and is approved in Finland since 1999 in the indication of schizophrenia. There is a risk that the symptoms of your illness will not respond to the study medication. Your condition may worsen if the study drug has no effect on you.

The study medication may cause you no side effects.  A common side effect for this Seroquel™ type of medication when beginning treatment is sleepiness that may affect abilities that require vigilance, for example to operate cars or machinery. That is why these should be avoided until the individual sensitivity becomes clear.
You may also experience some or all following side effects: dizziness, slight weakness, dry mouth, having a stuffy nose, indigestion, constipation, weight increase, problems with sleeping, swelling of arms and legs, low blood pressure of fast heart beat. In rare cases Seroquel may cause symptoms like fever, great sleepiness, muscle stiffness, significant rise of blood pressure, of heart rate and reduced consciousness.

There may be changes  in the results of blood tests during the Seroquel™ medication like changes in liver enzymes or amount of white blood cells.

CONFIDENTIAL
AZSER12749868

Study protocol, version: Amendment 004, 17.1.2006

In recent studies in bipolar depression, extrapyramidal symptoms which can be muscle tightness, restless feelings, tremor, stiff walking, or incoordination were more common in patients treated with quetiapine (Seroquel™) than in patients with no treatment. Studies conducted with Seroquel™ and atypical anti-psychotics have shown an increased risk of deaths in elderly patients with dementia and behavioural disturbances as compared to placebo.

Both Seroquel™ tablets and placebo tablets contain lactose, which may cause discomfort if you are lactose intolerant.

There have been reports of hyperglycaemia (high blood sugar) and worsening of diabetes in patients treated with Seroquel™ or other drugs like it. You will be tested for changes in glucose and insulin during the study.

With frequent examinations and laboratory tests and with cooperation regarding the instructions given by your study doctor, the risk of unwanted side effects can be minimized. We ask you to report any health problems during the study treatment to your study doctor.

It is not known how Seroquel may affect unborn children and if you are a woman of childbearing age you will be asked to use a reliable birth control method. There may be risks involved in taking this medication that have not been identified in the studies performed so far. There is always a risk involved in taking a new medication but every precaution will be taken and you are encouraged to report anything that is troubling you. The taking of blood samples may cause some discomfort. Blood samples will be taken at part one (enrollment), monthly during part two and the first year of part three and at each visit thereafter (bimonthly).

### What are the possible benefits of taking part?

It is hoped that this investigated study treatment will help you. However, this cannot be guaranteed. The information we get from this study may help us to treat future patients with bipolar I disorder better.

### What if new information becomes available?

If any new information on the study medication(s) becomes available which may influence your decision to continue in the study you will be told.

### What are the costs of taking part?

Moderate travel expenses will be reimbursed by the sponsoring company.

CONFIDENTIAL
AZSER12749869

Study protocol, version: Amendment 004, 17.1.2006

**The Ethics Committee and The National Agency for Medicines**

The Subcommittee on Medical Research Ethics (or other authorised ethics committee of a hospital district) has advocated the study and it has been reported to the National Agency for Medicines.

**Possible compensation for injuries**

AstraZeneca Oy is by law liable for an injury, which a patient has been caused through the use of investigational drugs in connection with clinical trials.

If the injury is not caused by the investigational drug in itself, but else in connection with health care and medical treatment, the damage shall be covered according to the Finnish Patient Damages Act.

All patients involved in AstraZeneca Oy´s clinical trials are covered by an insurance in The Finnish Pharmaceutical Insurance Pool. In the event of any injury caused through use of the investigational products as medicinal drugs, compensation will be paid according to the general terms of insurance of the Drug Adverse Effect insurance.

The patient's right to full compensation is dependent on that the patient has acted according to given instructions and regulations regarding the use of the drug and the performance of the clinical trial.

AstraZeneca Oy´s liability is further covered by a group liability insurance with AstraZeneca Insurance Company Ltd.

**Confidentiality**

All data resulting from your participation will be stored and analysed by a computer confidentially by following local law. The study records will not be made available in any form for a third party with the exception of authorised representatives of local or foreign authorities (also non-EU countries) and/or company. They may wish to inspect those parts of your hospital records relevant to the study in order to verify information collected. Thus, your confidentiality will be maintained. Possible data verifications will be performed under the supervision of your doctor (National authorities can do this independently). With your approval we will inform your own doctor (if You have one) that You are participating in this study. The study results will be published in scientific publications.

**Data security**

AstraZeneca is the sponsor of the study and also holds the study register. All contacts regarding the register during the study will take place through the investigator:

You can ask your investigator for the account of the study register. During the study you have the right to inspect data, which are collected and written about you in the study register. During the study you will not be told if you get the investigational drug or not. You

CONFIDENTIAL
AZSER12749870

Study protocol, version: Amendment 004, 17.1.2006

may get this information after the end of collection of study data when the database has been locked and no changes are possible. Before this the study drug can be revealed by your investigator only if it's important for your disease management.

According to law the study register is on file for as long as the investigational drug is on the market in Finland or elsewhere. After this the register will be destroyed or properly archived if valid law does not state otherwise.

### What happens next?

Patients who have decided to participate the study will sign the consent form. With Your signature and date You will confirm that You have understood and approved the information You have got about this study and restrictions connected to it.

If you would like to discuss anything regarding this study, please contact the following persons:

Name:_____        Phone:_____

Name:_____        Phone:_____

CONFIDENTIAL
AZSER12749871

Study protocol, version: Amendment 004, 17.1.2006

| | |
|---|---|
| Study code: D1447C00126 |
| Centre no._____ |
| Patient's E-code: E-_____ |
| Active substance: quetiapine fumarate |

**CONSENT TO PARTICIPATE IN THE CLINICAL TRIAL**

I have been asked to participate in AstraZeneca's clinical trial in what
the efficacy and safety of Quetiapine Fumarate (Seroquel™) and placebo are compared
when used as adjunct to mood stabilizers (Lithium or Valproate) in the maintenance
treatment of bipolar I disorder in adult patients.

I have received, read and understood the information leaflet concerning the trial. From this
leaflet I have received an adequate clarification regarding the trial (D1447C00126) and the
collection, processing and disclosure of data in conjunction with the trial. The content of
the information leaflet has been explained to me also orally and I have received a
sufficient answer to all my questions relating to the trial. The information was given by
_____ on __/__/ 20__. I have had sufficient time to consider my participation
in the trial.

I will be told where the information concerning me will be acquired from. I give consent to
gathering information about me that is essential to the trial in the trial register of
AstraZeneca. When the trial necessitates, health care facilities, which have my patient
information, may be asked for it. For this purpose the doctor may collect my identity
number and use it to collect information.

All the information collected about me during the trial will be confidential. The information
shall be coded in such a manner that exploration of identity is not possible later on without
an identification code. The code is stored in the locked files of the doctor conducting the
trial or AstraZeneca.

The regulatory authorities responsible for pharmaceuticals and their safety (in Finland the
National Agency for Medicines), have the right to conduct source data verification and
ensure the appropriate conduct of the trial. This is done by comparing the trial information
to my original medical records and information regarding my state of health. I give consent
to conducting source data verification also to the regulatory authorities responsible for
pharmaceuticals and their safety in those other countries where the medicine will be used.
I also give this consent to the representatives of AstraZeneca. In this case the information
shall be verified under the supervision of the doctor conducting the trial. All of the above-
mentioned instances are required to keep this information confidential.

Data collected during this trial may be processed outside the premises and equipment of
the doctor conducting the trial or AstraZeneca. In this case the information shall be coded.
I consent to transferring the information within the European Union or to other countries
for research purposes. The information gathered during the trial may, if necessary, be
handed over to another company for similar use, e.g. in situations where all or part of the
development work is being done in another company.

The data collected in this trial may be useful also when discovering a new indication for
the study drug which is not known at the time of giving this consent. I accept that
information collected about me may on authorities' permission be used for such purposes.

Subject Information/D1447C00126
**Version No: 5, Version date: 17.1.2006**
Back to English translation 17.1.2006/RL/ttu

7(8)

116

CONFIDENTIAL
AZSER12749872

Study protocol, version: Amendment 004, 17.1.2006

I understand that my participation in this trial is completely voluntary. I have the right at any time to withdraw from the trial without having to give any reason. My refusal to participate or withdrawal from the trial does not affect my subsequent care. I am aware that information collected about me before my withdrawal from the trial will be used as part of the trial data and for the safety assessment of the drug.

With my signature I verify my participation in this trial and consent to being a voluntary trial subject.

_____     _____
Signature of subject                      Date of signature

_____     _____
Printed name (BLOCK CAPITALS)        Date of Birth

_____
Address


Consent received


_____     _____
Signature of the trial doctor             Date

_____
Printed name (BLOCK LETTERS)


The original signed consent and a copy of the information leaflet will remain in the files of the doctor conducting the trial. The information leaflet and a copy of the consent will be given to the trial subject.

CONFIDENTIAL
AZSER12749873

Tutkimussuunnitelma, versio: Amendment 004, 17.1.2006

| | |
|---|---|
| Tutkimuskoodi: D1447C00126 |
| Keskus nro:_____ |
| Potilaan E-koodi: E-_____ |
| Vaikuttava aine: ketiapiinifumaraatti |

## TIEDOTE TUTKITTAVALLE

### TUTKIMUKSEN KOODI
D1447C00126

### TUTKIMUKSEN NIMI
**Kaksoissokko, randomisoitu, samanaikaisin ryhmin tehtävä faasi III
monikeskustutkimus, jossa verrataan ketiapiinifumaraatin tehoa ja turvallisuutta
(tablettimuotoinen annostelu 400-800 mg / vrk jaettuna kahteen annokseen)
plaseboon, käytettynä yhdessä mielialan tasaajien kanssa (litium tai valproaatti)
aikuispotilailla kaksisuuntaisen mielialahäiriön (bipolaari-I-muoto) ylläpitohoidossa.**

Teitä on pyydetty osallistumaan kliineen lääketutkimukseen. Ennen kuin päätätte
osallistumisestanne on tärkeää, että ymmärrätte, miksi tutkimus tehdään, miten Teistä
kerättyjä tietoja käytetään ja mitä mahdollista hyötyä, haittaa ja hankaluutta
osallistumiseenne voi liittyä. Olkaa hyvä ja lukekaa tämä tiedote huolellisesti. Kun Teillä on
kaikki tarpeelliset tiedot ja kaikkiin kysymyksiinne on vastattu, Teitä pyydetään
allekirjoittamaan suostumuslomake, mikäli olette halukas osallistumaan tutkimukseen.

### Tutkimuksen tausta ja tarkoitus?

Teillä on todettu kaksisuuntainen mielialahäiriö (bipolaari-1-muoto). Tällä hetkellä
taudissanne on akuutin manian ja/tai masennuksen vaihe tai Teillä on ollut  akuutin
manian ja/tai masennuksen vaihe viimeisen kuuden kuukauden aikana, jonka jälkeen
Teitä on hoidettu Seroquel™lla yhdessä litiumin tai valproaatin kanssa.  Tämän
tutkimuksen tarkoituksena on selvittää, onko Seroquel™  tehokas ehkäisemään
kaksisuuntaisen mielialahäiriön eri vaiheita, kun sitä käytetään yhdessä mielialan tasaajien
(litium tai valproaatti) kanssa sekä sitä, miten se eroaa hoidosta, jossa käytetään plaseboa
mielialan tasaajien  (litium tai valproaatti) lisänä.  Teidän lisäksenne tähän tutkimukseen
osallistuu noin 1 700 potilasta Euroopasta, Australiasta, Yhdysvalloista ja Etelä-Afrikasta.
Suomessa tutkimukseen osallistuu noin 100 potilasta.

### Vapaaehtoinen tutkimukseen osallistuminen

Tähän tutkimukseen osallistuminen on täysin vapaaehtoista. Mikäli ette halua osallistua
tähän tutkimukseen tai osallistumisenne keskeytyy, lääkärinne päättää mikä on
terveydentilanne kannalta Teille paras hoitovaihtoehto. Teillä on oikeus keskeyttää
tutkimukseen osallistumisenne milloin tahansa syytä kertomatta, sen haittaamatta jatko-
hoitoanne. Kuitenkin, jos päätätte keskeyttää tutkimukseen osallistumisenne, on tärkeää,
että ilmoitatte asiasta lääkärillenne.

Lääkäri voi keskeyttää osallistumisenne tutkimukseen jos osallistuminen ei ole parhaan
etunne mukaista. Kun osallistumisenne tutkimukseen loppuu, teille tehdään
turvallisuutenne kannalta tärkeiksi katsotut tutkimuksen lopettamiseen liittyvät
toimenpiteet.

---

CONFIDENTIAL
AZSER12749874

Tutkimussuunnitelma, versio: Amendment 004, 17.1.2006

Lääkäri voi myös keskeyttää tutkimukseen osallistumisenne, mikäli ette ole voinut noudattaa hoito-ohjeita tai lääkityksenne on aiheuttanut vakavan haittavaikutuksen, mikä kuitenkin on hyvin epätodennäköistä. Tämä tutkimus ei koske vajaakykyisiä, alaikäisiä, raskaana olevia tai imettäviä naisia eikä vankeja.

**Mitä tapahtuu, jos osallistun tutkimukseen?**

Kaiken kaikkiaan tutkimukseen kuuluu 36 käyntiä yhteensä 141 viikon aikana. Rakenteellisesti tutkimus jakaantuu kolmeen osaan.

**Ensimmäinen jakso (sisäänottovaihe)**

Ensimmäinen vaihe kestää korkeintaan seitsemän päivää. Ensimmäisellä tutkimuskäynnillä hoitava lääkärinne haastattelee Teitä varmistuakseen siitä, että sovellutte tutkimukseen. Teille tehdään myös terveystarkastus, jonka yhteydessä verenpaineenne, pulssinne, painonne ja pituutenne mitataan ja teiltä otetaan sydänfilmi. Tiedot aikaisemmista ja nykyisistä sairauksistanne, mahdollisista allergioistanne ja käyttämästänne lääkityksestä kirjataan ylös. Laboratoriomäärityksiä varten Teiltä otetaan verikoe ja virtsanäyte ja mikäli olette nainen, Teille tehdään myös raskaustesti.

**Toinen jakso (avoimen hoidon tutkimusjakso)**

Toisen osan tarkoituksena on varmistaa, ettette ole akuutissa maanisessa tai masentuneessa vaiheessa tai ettei Teillä ole parhaillaan maanisen ja masennusvaiheen yhdistelmä, ennen kuin siirrytte tutkimuksen kolmanteen osaan. Tutkimuksen toisessa jaksossa on enimmillään 12 käyntiä ja se kestää 12-36 viikkoa. Tänä aikana saatte Seroquel™-tabletteja ja lääkärinne määrää Teille myös mielialaa tasaavana lääkityksenä joko litiumia tai valproaattia. Toisen jakson aikana lääkärinne haastattelee Teitä jokaisella käynnillänne. Myös käyttämänne muu lääkitys kirjataan käyntienne yhteydessä ylös, samoin kuin muut mahdolliset sairaudet ja se, onko mikään huolestuttanut Teitä edellisen tutkimuskäynnin jälkeen. Teille tehdään terveystarkastus ja Teidät punnitaan. Laboratoriomäärityksiä varten Teiltä otetaan verikoe. Heti kun lääkärinne arvioi terveydentilanne olevan vakaan, siirrytte tutkimuksen kolmanteen osaan.

**Kolmas jakso (satunnaistetun hoidon tutkimusjakso)**

Aloitettuanne tutkimuksen kolmannen jakson, saatte joko ei-vaikuttavaa ainetta sisältäviä tabletteja (plasebo) tai aivan samannäköisiä Seroquel™-tabletteja. Teillä on yhtä suuri todennäköisyys saada lumelääkettä tai Seroquel™ia. Tietokone on määritellyt sattumanvaraisesti (kuten kolikkoa heittämällä), kumpaan hoitoryhmään kuulutte. Ette Te, eikä Teitä hoitavan sairaalan henkilökunta tiedä, kumpaan hoitoryhmään kuulutte. Lääkitykseenne kuuluu edelleen myös mielialaa tasaava lääke (litium tai valproaatti). Tutkimuslääkkeet tulee ottaa hoitavan lääkärinne antamien ohjeiden mukaisesti.

Randomisaation jälkeen jatkatte tutkimuksessa, kunnes tutkimuksen toimeksiantaja lopettaa tutkimuksen joko viikolla 104 tai aiemmin. Kolmannessa jaksossa on maksimissaan 23 käyntiä. Käyntien aikana lääkärinne haastattelee Teitä ja Teille tehdään osa niistä tutkimuksista kuin ensimmäisellä käynnilläkin. Teitä pyydetään myös täyttämään

CONFIDENTIAL
AZSER12749875

Tutkimussuunnitelma, versio: Amendment 004, 17.1.2006

kaksi lomaketta, joiden avulla selvitetään hyvinvointianne. Teiltä otetaan sydänfilmi kaikkiaan kolme kertaa kolmannen jakson aikana. Tutkimuksen päätyttyä kohdaltanne lääkärinne päättää, kuinka hoitoanne siitä eteenpäin jatketaan.

**Mitä Teidän tulee tehdä?**

Teidän on oltava halukas noudattamaan lääkärinne antamia ohjeita ja saapua sovitusti tutkimuskäynneille. On myös tärkeää, että otatte tutkimuslääkkeenne annettujen ohjeiden mukaisesti. Teidän on palautettava jokaisella käynnillä edelliseltä kerralta yli jääneet tabletit, myös tyhjät pakkaukset on tuotava takaisin. On myös tärkeää, että kerrotte tutkimushenkilökunnalle kaikista ennen tutkimusta ja tutkimuksen aikana ottamistanne muista lääkkeistä. Ensimmäisellä tutkimuskäynnillä sekä muutamilla käynneillä sen jälkeen Teitä pyydetään olemaan syömättä tai juomatta mitään keskiyöstä seuraavaan aamuun noin kello kahdeksasta kymmeneen saakka, jolloin tutkimukseen liittyvä verinäyte otetaan.

Jos olette nainen, ette saa olla raskaana, ette saa imettää ja Teidän täytyy varmistua siitä, ettette tule raskaaksi tutkimuksen aikana. Teidän tulee kertoa lääkärillenne välittömästi mahdollisesta raskaudestanne. Teidän on käytettävä koko tutkimuksen ajan luotettavaa ehkäisykeinoa, kuten ehkäisypillereitä, kierukkaa tai kondomeja yhdessä pessaarin, ehkäisyvaahdon tai -sienen kanssa.

Tutkimukseen osallistumisestanne huolimatta on tärkeää, että pysytte edelleen mahdollisiin muihin sairauksiinne liittyen niitä hoitavan lääkärin potilaana.

**Mitä mahdollisia haittavaikutuksia, riskejä tai hankaluuksia voi esiintyä?**

Tuhannet tutkimuspotilaat ovat käyttäneet Seroquel™a ja se on saanut myyntiluvan Suomessa skitsofrenian hoitoon vuonna 1999. On mahdollista, että sairautenne oireet eivät helpotu tutkimuslääkkeestä huolimatta. Sairautenne oireet voivat pahentua, mikäli tutkimuslääkkeestä ei ole kohdallanne apua.

Voi olla, että tutkimuslääke ei aiheuta Teille mitään haittavaikutuksia. Tavallinen hoidon alussa Seroquelin™-tyyppisillä lääkkeillä esiintyvä haittavaikutus on uneliaisuuden tunne, mikä saattaa häiritä valppautta vaativaa toimintaa, jonka vuoksi moottoriajoneuvon kuljettamista tai koneiden käyttöä tulisi välttää, kunnes yksilöllinen herkkyys on käynyt selväksi. Teillä voi myös ilmetä joitakin tai kaikki seuraavista: huimaus, lievä voimattomuus, suun kuivuminen, nenän tukkoisuus, ruoansulatusvaivat, ummetus, painonnousu, unihäiriöt, käsien ja jalkojen turpoaminen, alhainen verenpaine tai nopea pulssi. Seroquel saattaa harvoissa tapauksissa aiheuttaa oireyhtymän, johon kuuluvat seuraavat oireet: kuume, huomattava unisuus, lihasjäykkyys, huomattava verenpaineen tai pulssin nousu ja alentunut tajunnantaso.

Verikokeiden tuloksiin voi tulla muutoksia Seroquel™-hoidon aikana, kuten muutoksia maksaentsyymiarvoihin tai veren valkosolujen määrään.

Uusimmissa kaksisuuntaisen mielialahäiriön depressiovaiheen potilailla tehdyissä tutkimuksissa ekstrapyramidaalioireet, kuten lihasten kireys, levottomuus, vapina, kävelyn

CONFIDENTIAL
AZSER12749876

Tutkimussuunnitelma, versio: Amendment 004, 17.1.2006

jäykkyys tai koordinaatiovaikeudet olivat yleisempiä ketiapiinia (Seroquel™) kuin lume-lääkettä saaneilla potilailla.

Seroquelilla™ ja vastaavantyyppisillä lääkkeillä tehdyissä tutkimuksissa on havaittu dementiasta ja erilaisista käytöshäiriöistä kärsivien vanhuspotilaiden kuolleisuuden lisääntymistä.

Sekä Seroquel™- että plasebotabletit sisältävät laktoosia, joka voi aiheuttaa oireita laktoosi-intoleranssista kärsivälle.

Seroquelin™ ja muiden samantyyppisten lääkkeiden käyttöön liittyen on raportoitu hyperglykemiaa (korkeita verensokeriarvoja) ja sokeritaudin pahenemista. Tutkimuksen aikana Teiltä seurataan muutoksia glukoosi- ja insuliinipitoisuudessa.

Säännöllisillä tutkimuksilla ja laboratoriokokeilla sekä noudattamalla tarkasti hoitavan lääkärin antamia ohjeita voidaan ei-toivottujen haittavaikutusten riskiä pienentää. Pyydämme Teitä ilmoittamaan tutkimuksen aikana lääkärillenne kaikista terveyteenne liittyvistä muutoksista.

Ei ole tietoa, kuinka Seroquel vaikuttaa syntymättömään lapseen, joten jos olette nainen, jonka on vielä mahdollista tulla raskaaksi, Teitä pyydetään käyttämään koko tutkimuksen ajan luotettavaa ehkäisymenetelmää. Lääkkeen käyttöön saattaa liittyä riskejä, joita ei ole havaittu aiemmissa tutkimuksissa. Uuden lääkkeen ottaminen ei ole koskaan riskitöntä. Riskit pyritään kuitenkin minimoimaan kaikin mahdollisin varotoimin. Pyydämmekin Teitä kertomaan lääkärillenne kaikki, mikä Teitä tutkimuksen kuluessa huolestuttaa.

Verinäytteiden ottaminen saattaa aiheuttaa Teille hieman epämukavaa oloa. Verinäytteitä otetaan ensimmäisen jakson aikana (sisäänottovaihe), toisen jakson ja kolmannen jakson ensimmäisen vuoden aikana kuukausittain sekä jokaisella käynnillä sen jälkeen (joka toinen kuukausi).

### Mitkä ovat tutkimukseen osallistumisen mahdolliset edut?

Oletuksena on, että tässä tutkimuksessa käytettävä hoito auttaa Teitä. Kuitenkaan sitä ei voi taata. Tästä tutkimuksesta saatavat tiedot voivat auttaa hoitamaan paremmin kaksisuuntaista mielialahäiriötä sairastavia potilaita tulevaisuudessa.

### Entä jos saadaan uutta tietoa?

Teille kerrotaan, jos tutkimuslääkkeestä tai –lääkkeistä saadaan sellaista uutta tietoa, joka vaikuttaisi Teidän päätökseenne jatkaa tutkimuksessa.

### Mitä tutkimuksessa mukana oleminen maksaa?

Tutkimuksen toimeksiantaja korvaa Teille kohtuulliset matkakustannukset.

CONFIDENTIAL
AZSER12749877

Tutkimussuunnitelma, versio: Amendment 004, 17.1.2006

**Eettinen toimikunta ja Lääkelaitos**

Valtakunnallinen lääketieteellinen tutkimuseettinen jaosto (tai muu heidän valtuuttamansa
sairaanhoitopiirin eettinen toimikunta) on antanut puoltavan lausunnon tutkimuksesta ja
tutkimus on ilmoitettu Lääkelaitokselle.

**Mahdolliset vahingonkorvaukset**

AstraZeneca Oy:llä on lakiin perustuva vastuu vahingosta, joka on aiheutunut potilaalle
tutkimuslääkkeen käyttämisestä kliinisten lääketutkimusten yhteydessä.

Mikäli henkilövahinko ei ole aiheutunut tutkimuslääkkeestä sellaisenaan, vaan muutoin
annetun terveyden- ja sairaanhoidon yhteydessä, vahinko korvataan potilasvahinkolain
mukaan.

Kaikki AstraZeneca Oy:n kliinisiin lääketutkimuksiin osallistuvat potilaat kuuluvat Suomen
lääkevahinkovakuutuspoolin piiriin. Mahdolliset lääkevahingot korvataan vakuutuksesta
yleisten vakuutusehtojen mukaisesti, silloin kun potilas on kärsinyt henkilövahinkoa, joka
johtuu tutkimuslääkkeen käytöstä lääkkeenä.

Potilaan oikeus täyteen korvaukseen edellyttää, että potilas on noudattanut
tutkimuslääkkeen käytöstä ja tutkimuksen suorittamisesta annettuja ohjeita ja määräyksiä.

AstraZeneca Oy:n vastuu katetaan myös AstraZeneca Insurance Company Ltd:ssä
olevalla konsernin vastuuvakuutuksella.

**Luottamuksellisuus**

Kaikki Teitä koskeva tutkimustieto tullaan säilyttämään ja käsittelemään tietokoneella
täysin luottamuksellisesti lain edellyttämällä tavalla. Tutkimusaineistoa ei luovuteta
missään muodossa kolmannelle osapuolelle, lukuun ottamatta valtuutettuja kotimaisten tai
mahdollisten ulkomaisten lääkevalvontaviranomaisten (myös EU:n ulkopuolelta) ja/tai lää-
keyrityksen edustajia. Lääkevalvonnasta ja –turvallisuudesta vastaavilla viranomaisilla on
oikeus itsenäisesti perehtyä sairauskertomuksenne tietoihin. Tämän lisäksi
tutkimuslääkkeen valmistajalla sekä sille työskentelevillä sopimuskumppaneilla on lupa
perehtyä tutkijalääkärin vastuulla ja valvonnassa luottamuksellisuuden säilyttäen suoraan
sairauskertomuksenne tietoihin sen varmistamiseksi, että tutkimus suoritetaan oikein ja
kerätty tieto on oikein merkitty tiedonkeruulomakkeisiin. Teidän suostumuksellanne
ilmoitamme omalääkärillenne (jos on), että osallistutte tutkimukseen. Tutkimustulokset
tullaan julkaisemaan alan tieteellisessä julkaisussa.

**Tietosuoja**

Tutkimuksen toimeksiantajana ja tutkimusrekisterin rekisterinpitäjänä toimii AstraZeneca
Oy. Rekisteriin liittyvät yhteydenotot tulee tutkimuksen aikana hoitaa tutkijalääkäri
_____:n kautta. Tutkimusrekisteriä koskevan rekisteriselosteen
voitte pyytää tutkijalääkäriltä.

CONFIDENTIAL
AZSER12749878

Tutkimussuunnitelma, versio: Amendment 004, 17.1.2006

Tutkimuksen aikana Teillä on oikeus saada tarkastaa tutkimuksessa kerätyt ja tutkimusrekisteriin Teistä merkityt tiedot. Ymmärrättehän kuitenkin sen, ettei Teille voida tutkimuksen aikana antaa tietoa siitä, oletteko saanut tutkittavaa lääkeainetta. Voitte saada asiaa koskevan tiedon vasta, kun varsinainen tietojen kerääminen on päättynyt ja kerätyistä tiedoista muodostuvaan tietokantaan ei voida enää tehdä muutoksia. Tätä ennen tieto on saatavissa tutkijalääkäriltä vain silloin, kun sillä on olennaista merkitystä hoitonne kannalta.

Lain mukaan tutkimusrekisteriä säilytetään niin kauan kun lääke on käytössä Suomessa tai muualla. Tämän jälkeen tutkimusrekisteri tuhotaan tai arkistoidaan asianmukaisesti, ellei voimassaoleva lainsäädäntö toisin määrää.

### Mitä seuraavaksi tapahtuu?

Tutkimukseen osallistuvat potilaat allekirjoittavat suostumuslomakkeen. Allekirjoituksellanne ja päiväyksellänne osoitatte, että olette ymmärtänyt ja hyväksynyt saamanne informaation ja tutkimuksessa tehtävät toimenpiteet ja niihin liittyvät rajoitukset. Säilyttäkää tämä tiedote ja siihen liittyvä suostumusasiakirja. Jos haluatte keskustella mistä tahansa tutkimukseen liittyvästä asiasta, voitte ottaa yhteyttä seuraaviin henkilöihin:

Nimi: _____ Puh. _____

Nimi: _____ Puh. _____

**Tulette saamaan oman kopionne tiedotteesta ja siihen liittyvästä suostumuslomakkeesta.**

CONFIDENTIAL
AZSER12749879

Tutkimussuunnitelma, versio: Amendment 004, 17.1.2006

| |
|---|
| Tutkimuskoodi: D1447C00126 |
| Keskus nro:_____ |
| Potilaan E-koodi: E-_____ |
| Vaikuttava aine: ketiapiinifumaraatti |

## SUOSTUMUS LÄÄKETUTKIMUKSEEN

Minua on pyydetty osallistumaan AstraZeneca Oy:n kliiniseen lääketutkimukseen, jossa verrataan ketiapiinifumaraatin (Seroquel™) tehoa ja turvallisuutta plaseboon, käytettynä yhdessä mielialan tasaajien kanssa (litium tai valproaatti) aikuispotilailla kaksisuuntaisen mielialahäiriön (bipolaari-I-muoto) ylläpitohoidossa.

Olen saanut, lukenut ja ymmärtänyt tutkimuksesta kertovan tiedotteen. Tiedotteesta olen saanut riittävän selvityksen tutkimuksesta (D1447C00126) ja sen yhteydessä suoritettavasta tietojen keräämisestä, käsittelystä ja luovuttamisesta. Tiedotteen sisältö on kerrottu minulle myös suullisesti ja olen saanut riittävän vastauksen kaikkiin tutkimusta koskeviin kysymyksiini. Tiedot antoi _____ , ___/___/ 20___ . Minulla on ollut riittävästi aikaa harkita osallistumistani tutkimukseen.

Minulle on kerrottu, mistä minua koskevia tietoja hankitaan. Annan luvan itseäni koskevien, tutkimuksen kannalta tarpeellisten tietojen keräämiseen AstraZenecan tutkimusrekisteriin. Tietoja voidaan, lääketutkimuksen sitä edellyttäessä, pyytää niistä terveydenhoitopaikoista, joissa on potilastietojani. Tätä tarkoitusta varten lääkäri saa kirjata henkilötunnukseni, sekä käyttää sitä tietojen saamiseksi.

Kaikki minusta tutkimuksen aikana kerättävät tiedot käsitellään luottamuksellisina. Tutkimuksessa kerätyt tiedot koodataan siten, ettei henkilöllisyyden selvittäminen ole myöhemmin mahdollista ilman purkukoodia. Purkukoodi säilytetään suljettuna tutkijalääkärin tai AstraZenecan arkistossa.

Lääkevalvonnasta ja –turvallisuudesta vastaavan viranomaisen, Suomessa Lääkelaitoksen edustajilla on oikeus varmistaa tutkimustietojen totuudenmukaisuus ja tutkimuksen asianmukainen suorittaminen. Tämä tapahtuu vertaamalla tutkimustietoja alkuperäisiin sairaskertomuksiini ja terveydentilaani koskeviin tietoihin. Annan varmistusoikeuden myös niiden muiden maiden lääkevalvonta- ja lääketurvallisuusviranomaisille, joissa lääkettä tullaan käyttämään. Annan vastaavan oikeuden myös AstraZenecan edustajille. Tällöin tietojen tarkastus tapahtuu tutkijalääkärin vastuulla ja valvonnassa. Kaikki edellä mainitut tahot ovat velvollisia pitämään tiedot salassa.

Tässä tutkimuksessa kerättäviä tietoja voidaan käsitellä muualla kuin tiedot keränneen tutkijalääkärin tai AstraZenecan tiloissa ja laitteissa. Tällöin tiedot ovat koodatussa muodossaan. Annan luvan siirtää tiedot tutkimuksen suorittamista varten Euroopan unionin alueella, tai sen ulkopuolisiin maihin. Tutkimuksessa kerätyt tiedot voidaan tarvittaessa luovuttaa myös toisen yrityksen alkuperäistä tarkoitusta vastaavaan käyttöön, esimerkiksi tilanteissa, joissa kaikki tai osa lääkkeen kehitystyöstä tehdään toisessa yrityksessä.

Tässä lääketutkimuksessa kerättävä tieto voi olla hyödyksi myös selvitettäessä lääkkeen uutta käyttötarkoitusta, josta tämän suostumuksen antamisen hetkellä ei ole tietoa. Hyväksyn, että minusta kerättäviä tietoja voidaan viranomaisen luvalla käyttää tällaiseen tarkoitukseen.

Tiedote tutkittavalle/D1447C00126                                    7(8)
**Version No: 5, Version date: 17.01.2006**
Translated in Finnish 17.1.2006/RL

CONFIDENTIAL
AZSER12749880

Tutkimussuunnitelma, versio: Amendment 004, 17.1.2006

Ymmärrän, että osallistumiseni tähän tutkimukseen on täysin vapaaehtoista. Minulla on oikeus milloin tahansa tutkimuksen aikana ja syytä ilmoittamatta keskeyttää tutkimukseen osallistuminen. Tutkimuksesta kieltäytyminen tai sen keskeyttäminen ei vaikuta jatkohoitooni. Olen tietoinen siitä, että minusta keskeyttämiseen mennessä kerättyjä tietoja käytetään osana tutkimusaineistoa ja lääkkeen turvallisuusarviointia.

Allekirjoituksellani vahvistan osallistumiseni tähän tutkimukseen ja suostun vapaaehtoisesti tutkimuspotilaaksi.

_____          _____
Potilaan allekirjoitus                    Päiväys


_____          _____
Nimen selvennys (SUURAAKKOSIN)            Syntymäaika


_____
Osoite



Suostumus vastaanotettu



_____          _____
Tutkijalääkärin allekirjoitus             Päiväys


_____
Nimen selvennys (SUURAAKKOSIN)


Alkuperäinen allekirjoitettu potilaan suostumus, sekä kopio tiedotteesta tutkittavalle jäävät tutkijalääkärin arkistoon. Tiedote tutkittavalle ja kopio allekirjoitetusta suostumuksesta annetaan tutkimuspotilaalle.

CONFIDENTIAL
AZSER12749881

Protokoll, version: Amendment 004, 17.1.2006

Studiekod: D1447C00126
Center nro:_____
Patientens E-kod: E-_____
Verksam substans: ketiapinfumarat

# INFORMATION FÖR PRÖVNINGSDELTAGARE

## STUDIEKOD
D1447C00126

## PRÖVNINGENS NAMN
**En dubbelblind, randomiserad fas III multicenterprövning som utförs med parallella grupper för värdering av effekten och säkerheten av ketiapinfumarat (tablettberedning, 400-800 mg/dygn fördelat på två doser) jämfört med placebo vid samtidig tillförsel av en substans (litium eller valproat) som dämpar psykiska störningar hos vuxna patienter som underhållsbehandling vid bipolärt affektivt syndrom (bipolär typ 1 störning).**

Vi ber er delta i en klinisk läkemedelsprövning. Innan ni bestämmer er för att medverka är det viktigt att ni känner till varför denna prövning utförs, hur uppgifter som insamlas om er kommer att användas samt vilka fördelar, risker och olägenheter som kan vara relaterade till ert deltagande. Var snäll och läs denna information noga När ni har all nödvändig information och alla era frågor har besvarats ber vi er underteckna en samtyckesblankett, förutsatt att ni är villig att delta i prövningen.

## Bakgrundsinformation och prövningens syfte

Ni har konstaterats lida av en bipolär affektiv sjukdom (bipolär typ 1 störning). För närvarande uppvisar er sjukdom en episod av akut mani och/eller depression, alternativt har ni  utvecklat en episod med akut mani och/eller depression under de senaste sex månaderna, varefter ni har behandlats med Seroquel™ i kombination med litium eller valproat. Syftet med denna prövning är att dels klarlägga om Seroquel™  är effektivt för att hämma episoder av bipolär affektiv störning när preparatet ges tillsammans med substanser som dämpar psykiska symtom (litium eller valproat) dels värdera hur detta skiljer sig från en behandling med placebo och substanser som dämpar psykiska symtom (litium, valproat). Tillsammans med er kommer cirka 1 700 patienter från Europa, Australien, Förenta Staterna och Sydafrika att delta i denna prövning. I Finland deltar cirka 100 patienter.

## Frivilligt prövningsdeltagande

Deltagandet i denna prövning är helt frivilligt. Om ni inte vill medverka i denna prövning eller ert deltagande avbryts, avgör er läkare vilket behandlingsalternativ som är bäst med hänsyn till er hälsa. Ni har rätt att lämna denna prövning när som helst utan att ange något skäl och utan negativa konsekvenser för er fortsatta behandling. Om ni bestämmer er för att avbryta ert deltagande i prövningen är det viktigt att ni informerar er läkare.

Läkaren kan avbryta ert deltagande i prövningen om ert deltagande inte är i enlighet med er bästa fördel. När ert deltagande upphör kommer man att med hänsyn till er säkerhet vidta åtgärder som bedöms vara viktiga och har samband med att prövningen avslutas.

CONFIDENTIAL
AZSER12749882

Protokoll, version: Amendment 004, 17.1.2006

Denna prövning omfattar inte handikappade eller minderåriga individer, gravida eller
ammande kvinnor och inte heller fångar.

## Vad innebär det för mig att delta i prövningen?

I denna prövning skall ni göra sammanlagt 36 besök under allt som allt 141 veckor.
Strukturellt fördelas prövningen på tre avsnitt.

### Prövningsperiod ett (run-in-period)

Den första behandlingsomgången varar maximalt sju dagar. Vid det första besöket i
prövningen kommer er behandlande läkare att ställa frågor till er för att försäkra sig om att
ni är lämpad som prövningsdeltagare. Ni får även genomgå en hälsokontroll och i samband
med den mäts blodtryck, puls, vikt och längd och hjärtfilm (EKG) registreras. Dessutom
registreras era tidigare och aktuella sjukdomar, eventuella allergier och läkemedel som ni
använder. Ni får lämna ett blodprov och ett urinprov för laboratorieanalys och om ni är
kvinna görs även ett graviditetstest.

### Prövningsperiod två (behandlingsomgång i öppen vård)

Syftet med behandlingsomgång nummer två är att säkra att ni inte har en akut manisk
eller depressiv episod eller en samtidig manisk och depressiv episod innan ni går
vidare till den tredje behandlingsomgången i denna prövning. Under denna andra
behandlingsomgång skall ni göra maximalt 12 mottagningsbesök och den varar i
12-36 veckor. Under denna tid får ni Seroquel™-tabletter och er läkare förskriver
dessutom, i syfte att dämpa psykiska symtom, antingen litium eller valproat. Under
den andra behandlingsperioden ställer er läkare frågor till er vid varje
mottagningsbesök. Även andra läkemedel som ni använder journalförs, samt andra
eventuella sjukdomar och oro som ni möjligen har upplevt sedan ert föregående
prövningsbesök. Ni genomgår en hälsoundersökning och er vikt kontrolleras. Ett
blodprov tas för laboratorieanalys. Så snart er läkare bedömer att ert hälsotillstånd är
stabilt, går ni in i prövningens tredje etapp.

### Prövningsperiod tre (randomiserad behandling)

Efter att ni inlett den tredje behandlingsomgången i denna prövning får ni antingen
tabletter som inte innehåller någon verksam substans (placebo) eller Seroquel™-
tabletter med snarlikt utseende. Sannolikheten är lika stor för att ni skall få placebo
som Seroquel™.  En dator har slumpmässigt (som när man kastar krona och klave)
avgjort vilken behandlingsgrupp ni skall ingå i. Varken ni eller personalen på sjukhuset
där ni vårdas är informerad om vilken behandlingsgrupp ni tillhör. Er medicinering
omfattar fortfarande även ett läkemedel som dämpar psykiska symtom (litium eller
valproat). Ni skall ta prövningsläkemedlen enligt behandlande läkares föreskrift.

Efter randomiseringen fortsätter ni ert deltagande i prövningen tills prövningens sponsor
avslutar prövningen under vecka 104 eller dessförinnan. Den tredje behandlingsomgången
omfattar maximalt 23 besök. Vid dessa besök kommer er läkare att ställa frågor till er och
delvis samma undersökningar som gjordes vid det första besöket görs. Ni får även fylla i två

CONFIDENTIAL
AZSER12749883

Protokoll, version: Amendment 004, 17.1.2006

blanketter som klarlägger ert hälsotillstånd. EKG registreras sammanlagt tre gånger under
den tredje behandlingsomgången. När prövningen avslutas för ert vidkommande, beslutar
er läkare hur er fortsatta behandling skall utformas.

### Vad förväntas av mig?

Ni måste vara villig att följa er läkares anvisningar och infinna er till avtalade besök på
mottagningen. Det är också viktigt att ni tar prövningsläkemedlen enligt ordination. Vid varje
mottagningsbesök skall ni lämna tillbaka tabletter som har blivit över sedan ert föregående
besök, samt även tomma läkemedelsförpackningar. Det är även viktigt att ni informerar
prövningspersonalen om andra mediciner som ni har tagit före prövningen och under
prövningens gång. Vid ert första prövningsbesök och ett antal senare besök anmodas ni att
varken äta eller dricka någonting räknat från midnatt till följande morgon, ungefär från
klockan åtta till klockan 10 då blodprovet som ingår i prövningen tas.

Om ni är en kvinna får ni inte vara gravid, ni får inte amma och ni måste säkra att ni inte blir
gravid under pågående prövning. Om ni blir gravid måste ni utan dröjsmål informera er
läkare om detta. Under hela den tid som prövningen varar måste ni använda tillförlitliga
preventivmedel, exempelvis p-piller, spiral eller kondomer tillsammans med pessar,
spermiedödande skum eller p-kuddar

Trots att ni deltar i prövningen är det viktigt att ni fortsätter att konsultera den läkare som
behandlar er för eventuella andra sjukdomar.

### Kan biverkningar, risker eller olägenheter förekomma?

Tusentals prövningspatienter har använt Seroquel™ och preparatet beviljades i Finland
försäljningstillstånd för behandling av schizofreni år 1999. Det är möjligt att era
sjukdomssymtom inte lindras av prövningsläkemedlet. Symtom på er sjukdom kan förvärras
om prövningsläkemedlet inte hjälper i ert fall.

Det är inte sagt att ni får några biverkningar av prövningsläkemedlet. Den vanligaste
bieffekten i början av behandlingen med läkemedel av samma typ som Seroquel™ är
sömnighet som kan verka störande under aktiviteter där skärpt uppmärksamhet krävs.
Därför bör man undvika att köra motorfordon och använda maskiner tills den individuella
känsligheten är klarlagd. Ni kan även uppleva någon eller samtliga av följande biverkningar:
yrsel, lindrig kraftnedsättning, muntorrhet, nästäppa, matsmältningsbesvär, förstoppning,
viktuppgång, sömnstörningar, svullnad av händer och fötter, lågt blodtryck eller snabb puls.
Seroquel kan i enstaka fall framkalla ett syndrom där följande symtom uppträder: feber,
omfattande sömnighet, muskelstelhet, kraftig stegring av blodtryck eller puls samt sänkt
medvetandenivå.

Avvikande blodprovsresultat kan förekomma under behandling med Seroquel™, såsom
förändringar av leverenzymvärden eller antalet vita blodkroppar.

Samstyckedokument/D1447C00126                    3(8)
**Version No: 5, Version date: 17.01.2006**
Translated in Swedish 17.1.2006/RL/ttu

CONFIDENTIAL
AZSER12749884

Protokoll, version: Amendment 004, 17.1.2006

I de senaste studierna med patienter som har bipolär stämningsstörning i depressiv fas, har extrapyramidala symptom såsom muskelstelhet, rastlöshet, darrningar, stel gång eller koordinationssvårigheter, varit vanligare hos patienter som fått quetiapin (Seroquel™) än hos de patienter som fått placebo.

I studier som utförts med Seroquel™ och läkemedel av motsvarande typ, har man konstaterat en ökad dödlighet hos äldre patienter med demens och olika beteenderubbningar.

Både Seroquel™ och placebotabletter innehåller laktos som kan ge symtom hos personer med laktosintolerans. Vid medicinering med Seroquel™ och andra läkemedel av samma typ har hyperglykemi (höga blodsockervärden) och försämring av diabetes rapporterats. Under studiens gång kontrolleras ni med hänsyn till förändringar i glukos- och insulinvärden. Risken för oönskade biverkningar kan minskas tack vare regelbundna undersökningar och laboratorieprov samt genom att ni strikt följer er behandlande läkares anvisningar. Vi ber er att under prövningens gång informera er läkare om alla slags hälsorelaterade förändringar.

Kunskap saknas tillsvidare om effekten av Seroquel på ofödda barn och om ni är en kvinna som fortfarande kan bli gravid bör ni under hela prövningen tillämpa en säker preventivmetod. Medicineringen kan vara relaterad till risker som ännu inte har observerats i tidigare prövningar. Det är aldrig riskfritt att använda ett nytt läkemedel. Emellertid försöker man minimera riskerna genom alla tänkbara försiktighetsåtgärder. Vi ber er därför informera er läkare om allt som kanske oroar er under prövningens gång. Blodprovstagning kan framkalla lite obehag. Blodprov tas under den första prövningsperioden (run-in-perioden), varje månad under det första året i den andra och den tredje behandlingsomgången, samt därefter vid varje mottagningsbesök (varannan månad).

### Finns det några fördelar med att delta i prövningen?

Det är att förmoda att behandlingen som ges i denna prövning kommer att gagna er. Det kan dock inte garanteras. Information från prövningen kan bidra till att patienter med bipolära affektiva störningar kan behandlas bättre i framtiden.

### Om ny kunskap erhålls?

Ni kommer att informeras om sådan ny kunskap erhålls om prövningsläkemedlet eller prövningsläkemedlen som kan tänkas påverka ert beslut att fortsätta prövningsdeltagandet.

### Vad kostar det att delta i prövningen?

Prövningens sponsor ersätter er för rimliga resekostnader.

CONFIDENTIAL
AZSER12749885

Protokoll, version: Amendment 004, 17.1.2006

### En etisk kommitté och läkemedelsverket

Den riksomfattande medicinska forskningsetiska sektionen (eller en etisk kommitté i ett annat sjukvårdsdistrikt som auktoriserats av sektionen) har i ett utlåtande förordat denna prövning och den har anmälts till Läkemedelsverket.

### Eventuella skadeersättningar

AstraZeneca Oy har ett lagstadgat ansvar för skada som åsamkas patienter genom användning av prövningsläkemedel i samband med kliniska prövningar.

För personskador som inte har orsakats av prövningsläkemedlet i sig utan har uppkommit i anslutning till annan hälso- och sjukvård, utgår skadeersättning jämlikt patientskadelagen.

Alla patienter som medverkar i kliniska prövningar vilka sponsras av AstraZeneca Oy omfattas av den finska läkemedelsskadeförsäkringspoolen. Eventuella läkemedelsskador ersätts genom denna försäkring enligt allmänna försäkringsvillkor vid personskador som beror på att ett prövningsläkemedel har använts som läkemedel.

Patientens rätt till full ersättning förutsätter att vederbörande har följt givna anvisningar och bestämmelser om användning av prövningsläkemedlet och prövningens genomförande.

AstraZeneca Oy:s ansvar täcks även av en ansvarsförsäkring som koncernen har hos AstraZeneca Insurance Company Ltd.

### Konfidentialitet

Alla prövningsrelaterade data om er sparas och behandlas datoriserat och strikt konfidentiellt och som lagen föreskriver. Prövningsmaterialet delges inte i någon form till en tredje part, med undantag av befullmäktigade representanter för inhemska eller i vissa fall utländska läkemedelsmyndigheter (även utanför EU) och/eller läkemedelsföretagets representanter. Dessa får, om de så önskar, informera sig om avsnitt av er sjukjournal som är väsentliga för att säkra att data som införts i prövningsblanketterna är korrekta. Detta garanterar informationens tillförlitlighet. All eventuell kontroll av data företas av läkemedelsföretagets representanter samt sker under överinseende av er behandlande läkare och i hans närvaro. Om ni samtycker informerar vi er husläkare (om ni har en sådan) om ert deltagande i prövningen. Prövningsresultaten kommer att publiceras i vetenskaplig litteratur som berör detta område.

### Datasekretess

AstraZeneca Oy är prövningens sponsor och ansvarar för prövningsregistret. Kontakter som gäller registret förmedlas under pågående prövning av prövaren: _____. En rapport från prövningsregistret kan rekvireras av prövaren.

CONFIDENTIAL
AZSER12749886

Protokoll, version: Amendment 004, 17.1.2006

Ni har under prövningens gång rätt att kontrollera uppgifter som har insamlats om er och lagts in i prövningsregistret. Svar på om ni har medicinerat med prövningsläkemedlet kan lämnas först när insamlingen av data har slutförts och informationen i databasen inte längre kan ändras. Dessförinnan kan denna information fås av prövaren endast om den är av väsentlig vikt för er behandling.

Enligt lag skall prövningsregistret sparas under hela den tid som läkemedlet används i Finland eller någon annanstans. Sedan förstörs registret eller arkiveras på vederbörligt sätt om inte gällande lag föreskriver annorlunda.

**Vad händer härnäst?**

Patienter som deltar i prövningen skall underteckna en samtyckesblankett. Med er underskrift och datering visar ni att ni har förstått och accepterat den information som lämnats jämte de åtgärder och därtill hörande begränsningar som gäller prövningen. Spara denna information! Om ni vill diskutera frågor som gäller prövningen skall ni inte tveka att kontakta någon av följande personer:

Namn: _____ Tel. _____

Namn: _____ Tel. _____

**Ni får en kopia av denna information och av samtycket.**

CONFIDENTIAL
AZSER12749887

Protokoll, version: Amendment 004, 17.1.2006

| |
|---|
| Studiekod: D1447C00126 |
| Center nro:_____ |
| Patientens E-kod: E-_____ |
| Verksam substans: ketiapinfumarat |

## SAMTYCKE TILL PRÖVNINGSDELTAGANDE

Jag har ombetts att delta i en klinisk prövning hos Astra Zeneca Oy för värdering av effekten och säkerheten av ketiapinfumarat (Seroquel™) jämfört med placebo vid samtidig tillförsel av en substans (litium eller valproat) som dämpar psykiska störningar vid affektiva syndrom  hos vuxna patienter som underhållsbehandling vid bipolär affektiv störning (bipolär typ 1 störning).

Jag har fått, läst och förstått informationen som redogör för prövningen. Genom denna information har jag fått en tillfredsställande redogörelse för prövningen (D1447C00126) och för den insamling, behandling och överlåtelse av data som görs i samband med prövningen. Jag har även fått en muntlig redogörelse för informationens innehåll och tillräckligt uttömmande svar på alla mina frågor gällande prövningen. Informationen lämnades av _____, ___/___/ 20__ . Jag har haft tillräckligt med tid för att överväga om jag vill delta i denna prövning.

Jag har informerats om hur information som gäller mig kommer att skaffas. Jag samtycker till att persondata om mig som är väsentliga för denna prövning införs i AstraZenecas prövningsregister. Om det är nödvändigt med hänsyn till prövningen får dessa data rekvireras från sjukvårdsinrättningar som har uppgifter om mig som patient. För att kunna hämta information får läkaren notera min personbeteckning.

All information som insamlas om mig under prövningens gång handläggs konfidentiellt. Data som insamlas i prövningen krypteras så att det i ett senare skede inte är möjligt att klarlägga min identitet utan tillgång till en dekrypteringsnyckel. Nyckeln för dekryptering förvaras på ett låst ställe hos prövaren eller förseglad i AstraZenecas arkiv.

Den myndighet som ansvarar för läkemedelskontroll och -säkerhet och i Finland representeras av Läkemedelsverket, har rätt att säkra att prövningsdata är sanningsenliga och att prövningen utförs på vederbörligt sätt. Detta görs genom att data från prövningen jämförs med mina ursprungliga patientjournaler och med information om mitt hälsotillstånd. Jag ger min tillåtelse till att även myndigheter för läkemedelskontroll och -säkerhet i andra länder där läkemedlet kommer att användas får säkra dessa data. Jag ger representanter för AstraZeneca samma rätt och i detta fall kontrolleras data på prövarens ansvar och under hans överinseende.  Samtliga ovan nämnda instanser är skyldiga att hemlighålla informationen.

Information som insamlas i denna prövning kan komma att behandlas på andra platser och med annan utrustning än hos prövaren eller AstraZeneca, som har samlat in uppgifterna. I dessa fall är uppgifterna krypterade. Jag ger min tillåtelse till att data som behövs för prövningens utförande överförs till länder inom Europeiska unionen eller utanför dem. Information som insamlas i prövningen får vid behov överlåtas till ett annat företag för att användas i ett syfte som motsvarar det ursprungliga, exempelvis om allt eller en del av utvecklingsarbetet med läkemedlet utförs av ett annat företag.

Information som insamlas i denna prövning kan vara användbar även när ett nytt användningsområde, som när detta samtycke lämnas ännu inte är känt, utforskas gällande läkemedlet. Jag samtycker till att data som insamlas om mig med myndighets tillstånd får användas i detta syfte.

CONFIDENTIAL
AZSER12749888

Protokoll, version: Amendment 004, 17.1.2006

Jag förstår att mitt deltagande i denna prövning är helt frivilligt. Jag har rätt att avbryta mitt deltagande när som helst under pågående prövning och utan att ange något skäl. Om jag avböjer deltagande eller lämnar prövningen påverkar detta inte min fortsatta behandling. Jag är medveten om att data som insamlas om mig tills jag avbryter prövningen kommer att användas som en del av prövningsmaterialet och för säkerhetsvärdering av läkemedlet.

Genom min underskrift bekräftar jag mitt deltagande i denna prövning och samtycker frivilligt till att medverka som prövningsdeltagare.

_____          _____
Patientens underskrift                    Datum


_____          _____
Namnförtydligande (MED STORA BOKSTÄVER)   Födelsedatum


_____
Adress


Samtycke mottaget


_____          _____
Prövarens underskrift                     Datum


_____
Namnförtydligande (MED STORA BOKSTÄVER)

Samtycket i original som har undertecknats av prövningsdeltagaren samt en kopia av informationen arkiveras hos prövaren. Informationen för prövningsdeltagare och en kopia av den undertecknade samtyckesblanketten lämnas till prövningsdeltagaren.

CONFIDENTIAL
AZSER12749889



| Clinical Study Report: Appendix 12.1.4. | |
| --- | --- |
| Drug Substance | Quetiapine fumarate |
| Study Code | D1447C00126 |

**Appendix 12.1.4**
**Participants in the study**

CONFIDENTIAL
AZSER12749890

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

## 12.1.4.1    List of staff at investigational site(s)

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Australia | 201 | Jennifer, Babbs | Mental Healt Research Instic of VIC Department of Psychiatry Upton House, Box Hill Hospital 131 Thames Street Box Hill, VIC 3128 | Dr | | Principal Investigator |
| | | Prabakar, Rajan Thomas | | Dr | | Principal Investigator/ Co-Investigator |
| | | Russell, D'Souza | Change from centre 201 to centre 211 | Dr | | Principal Investigator |
| | | Nicholas, Keks | | Professor | | Co-Investigator |
| | | Kieran, Bailey | | | | Study Site Co-ordinator |
| | | Michael, Tonso | | | | Study Site Co-ordinator |
| | | Kelly, Tabone | | | | Study Site Co-ordinator |
| | | Rachel, Mountjoy | | | | Study Site Co-ordinator |

2
2

CONFIDENTIAL
AZSER12749891

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Australia | 202 | Isaac, Schweitzer | The Melbourne Clinic Professorial Unit 130 Church Street Richmond VIC 3121 | Professor | | Principal Investigator |
| | | Choe, Ng Hui | | Assoc Professor | | Co-Investigator |
| | | David, Grounds | | Dr | | Co-Investigator |
| | | Barbara, Heady | | | | Study Site Co-ordinator |
| | | Bridget, Bassilios | | | | Study Site Co-ordinator |
| | | Jessica, Dyson | | | | Study Site Co-ordinator |
| | | Kathleen, Crowley | | | | Study Site Co-ordinator |
| | | Virginia, Tuckwell | | | | Study Site Co-ordinator |
| Australia | 203 | Nitin, Dharvadkar | Pine Lodge Clinic 1480 Heatherton Road Dandenong VIC 3175 | Dr | | Principal Investigator |
| | | Antony ,Raj Maria | | Dr | | Co-Investigator |
| | | Carolyn, Simms | | Dr | | Co-Investigator |
| | | Geoffrey, Hogan | | Dr | | Co-Investigator |
| | | Vinay, Kumar | | Dr | | Co-Investigator |
| | | Marie, Mcconchie | | | | Study Nurse |
| | | Teresa, Kudinoff | | | | Study Nurse |

3

3

CONFIDENTIAL
AZSER12749892

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| | | Colin, Lok | | | | Study Site Co-ordinator |
| | | Savleen, Bajaj | | | | Study Site Co-ordinator |
| | | Marissa, Ryan | | | | Primary Study Site Co-ordinator |
| | | Michelle, Gopold | | | | Study Site Co-ordinator |
| Australia | 204 | Gordon Johnson | Director Mood Disorder Unit Northside Clinic 2 Greenwich Rd Greenwich NSW 2065 | Professor | | Principal Investigator |
| | | Bill, Lyndon | | Dr | | Co-Investigator |
| | | Patrick, Sheehan | | | | Study Site Co-ordinator |
| | | Maggie, Pusok | | | | Study Site Co-ordinator |
| | | Sarah, Campbell | | | | Study Site Co-ordinator |
| Australia | 205 | Nevin, Taylor | Goldcoast Hospital Integrated Mental Healt Service 108 Nerang Street Southport QLD 4215 | Dr | | Principal Investigator |
| | | Liz, Moore | | | | Study Site Co-ordinator |

4

4

CONFIDENTIAL
AZSER12749893

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---|---|---|---|---|---|---|
| Australia | 206 Centre cancelled, not enrolled patients | James, Rodney | New Farm Clinic 22 Sargent Street New Farm QLD 4005 | Dr | | Principal Investigator |
| | | Betty, Cooper | | | | Study Site Co-ordinator |
| Australia | 207 | Michael, Theodoros | Consulting Suites Suite 92/8 Silverton Place 101 Wickham Terrace Brisbane QLD 4000 | Dr | | Principal Investigator |
| | | Axel, Estensen | | Dr | | Co-Investigator |
| | | James, Rodney | | Dr | | Co-Investigator |
| | | Allison, Withers | | | | Study Site Co-ordinator |
| Australia | 208 | Thomas, George | North West Specialist Centre Suite 6, 137A Flockton St, Everton Park QLD 4053 | Dr | | Principal Investigator |
| | | Jonathan, Reinders | | Dr | | |
| | | Cathy, Smith | | | | |

5

CONFIDENTIAL
AZSER12749894

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Australia | 209 | Kevin, Calder-Potts | Kippa Ring Peninsula Spec Centre Peninsula Clinical Research Centre Suite 11 George Street QLD 4020 | Dr | | Principal Investigator |
| | | Jeff, Karrasch | | Dr | | Co-Investigator |
| | | Kylie, Greenhalgh | | | | Study Site Co-ordinator |
| | | Rosslyn, Heathwood | | | | Study Site Co-ordinator |
| | | Tamara, Brinkley | | | | Study Site Co-ordinator |
| Australia | 210 | Harry, Hustig | Director of Extended Care Glenside Campus Royal Adelaide Hospital 226 Fullarton Rd Glenside SA 6065 | Dr | | Principal Investigator |
| | | Anandarum, Jothibabu | | Dr | | Co-Investigator |
| | | Tamarat, Tafari | | Dr | | Co-Investigator |
| | | Rod, Hurley | | | | Pharmacist |
| | | Christine, Poplawski | | | | Pharmacist |
| | | Alison, Monkhouse | | | | Study Site Co-ordinator |
| | | Cate, Rowlands | | | | Study Site Co-ordinator |

6

CONFIDENTIAL
AZSER12749895

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|-----------------|-------------------|
| | | Hitta, Goel | | | | Study Site Co-ordinator |
| | | Ellen, Frazer | | | | Technician |
| | | Loretta Ellis | | | | Technician |
| Australia | 211 | Russel, D'Souza | The Northern Hospital Northern Area Mental Healt Service 185 Cooper Street Epping VIC 3076 | Dr | | Principal Investigator |
| | | Antony, Maria | | Dr | | Co-Investigator |
| | | Patricia, Rutenfeld | | | | Pharmacist |
| | | Daniel, Martinelli | | | | Study Site Co-ordinator |
| | | Hamish, Molloy | | | | Study Site Co-ordinator |
| | | Cassie Milchman | | | | Study Site Co-ordinator |
| | | Fiona, Bole | | | | Study Site Co-ordinator |
| | | Paula, Perth | | | | Study Site Administrator |
| Belgium | 301 | Joseph, Peuskens | Universitair Cenrum St-Jozef Leuvensesteenweg 517 Kortenberg 3070 | Professor | | Principal Investigator |
| | | Sabine, Wyckaert | | Dr | | Co-Investigator |
| | | Isabelle, Fernandez | | Dr | | Co-Investigator |
| | | Malvina, Liekens | | | | Study Nurse |

7
7

CONFIDENTIAL
AZSER12749896

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Belgium | 302 | Dominique, Pardoen | Erasme Route de Lennik 808 Bruxelles 1070 | Dr | | Principal Investigator |
| | | Akila, Elmaouhab | | Dr | | Co-Investigator |
| | | Nicolas, Clumeck | | Dr | | Co-Investigator |
| | | Francoise, Moulart | | | | Study Nurse |
| Belgium | 303 | Claudine, Mertens | St-Camillus Beukenlaan 20 Sint-Denijs-Westrem 9051 | Dr | | Principal Investigator |
| | | Bénédicte, Monte | | Dr | | Co-Investigator |
| | | Frédérique, Vandeneynde | | Dr | | Co-Investigator |
| | | Gunther, De Graeve | | Dr | | Co-Investigator |
| | | Ann, Vandamme | | | | Study Nurse |
| | | Martine, Van Aute | | | | Study Nurse |
| | | Mia, Stickers | | | | Study Nurse |
| | | Katharina, De Meulemeester | | | | Pharmacist |

88

CONFIDENTIAL
AZSER12749897

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Belgium | 304 | Kurt, Audenaert | U.Z. Gent De pintelaan 185 Gent 9000 | Professor | | Principal Investigator |
| | | Frédérique, Van Den Eynde | | Dr | | Co-Investigator |
| | | Gunther, De Graeve | | Dr | | Co-Investigator |
| | | Lorentz, Verbeerst | | Dr | | Co-Investigator |
| | | Lieslot, Soenen | | | | Study Nurse |
| Belgium | 305 | Vincent, Ryckmans | Centre Psychiatrique St Bernard Rue Jules Empain 43 Manage 7170 | Dr | | Principal Investigator |
| | | Stéphane, Dujardin | | Dr | | Principal Investigator/ Co-Investigator |
| | | Yvette, Baulin | | | | Study Nurse |
| | | Rachel, Meurant | | | | Pharmacist |
| Belgium | 306 Centre cancelled but did receive study drug. | Sandra, Geys | Openbaar Psychiatrische Ziekenhuis Dr.- Sanodreef 4 Geel 2440 | Dr | | Principal Investigator |
| | | Tom, Geuens | | Dr | | Co-Investigator |

9

CONFIDENTIAL
AZSER12749898

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Belgium | 307 | Thierry, Lebrun | Centre Hospitalier Régional Val de Sambre Rue Chère Voie 75 Auvelais 5060 | Dr | | Principal Investigator |
| | | Martine, Loiselet | | Dr | | Co-Investigator |
| | | Onkos, Imbamba Gode | | Dr | | Co-Investigator |
| | | Zahi, Zaarour | | Dr | | Co-Investigator |
| | | Catherine, Remy | | | | Study Nurse |
| Belgium | 308 | Philippe, Snauwaert | AZ St Lucas –St Jozef St Lucaslaan 29 8310 Assebroek | Dr | | Principal Investigator |
| | | Stefaan, Geerts | | Dr | | Co-Investigator |
| Belgium | 309 | Denis, Volcke | Kliniek OLV van Lourdes Vijfseweg 150 8790 Waregem | Dr | | Principal Investigator |
| | | Caroline, Ducatele | | Dr | | Co-Investigator |
| | | Ann, Delrue | | | | Study Nurse |

10

CONFIDENTIAL
AZSER12749899

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Bulgaria | 401 | Ivan, Gerdjikov | State Pshychiatric Hospital "ST Ivan Rilski" Novi Iskar 1282 Sofia | Dr | | Principal Investigator |
| | | Tsveteslava, Ivanova | | Dr | | Co-Investigator |
| | | Irina, Lazarova | | Dr | | Co-Investigator |
| | | Eleonora, Minkova | | | | Study Nurse |
| | | Galina, Georgieva | | | | Study Nurse |
| | | Rumiana, Stancheva | | | | Study Nurse |
| Bulgaria | 402 | Stefan, Todorov | MHAT "St Marina", First Pshychiatric Clinic 1 Hristo Smirnenski str 9002 Varna | Professor | | Principal Investigator |
| | | Koralia, Todorova-Nenova | | Dr | | Co-Investigator |
| | | Mariana, Arnaoudova-Jekova | | Dr | | Co-Investigator |
| | | Alexander, Popov | | Dr | | Co-Investigator |
| | | Mimi, Madjarova | | | | LAB |
| | | Violeta, Stankova | | | | LAB |

11

CONFIDENTIAL
AZSER12749900

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Bulgaria | 403 | Temenuzhka, Mateva | Regional Dispensary for Pshychiatric Disorders Russe 20 Tutrakan Blvd 7003 Ruse | Dr | | Principal Investigator |
| | | Plamen, Panayotov | | Dr | | Co-Investigator |
| | | Biliana, Mechkunova | | Dr | | Co-Investigator |
| | | Rositsa, Vacheva | | Dr | | Co-Investigator |
| | | Boyko, Ivanov | | Dr | | Co-Investigator |
| | | Nikolinka, Nacheva | | | | Study Nurse |
| | | Mariana, Yordanova | | | | LAB |
| Bulgaria | 404 | Damian, Getev | State Psychiatric Hospital Kardjali 44 Dobrich str 6600 Kardjali | Dr | | Principal Investigator |
| | | Diana, Peeva | | Dr | | Co-Investigator |
| | | Nikolinka, Uzunova | | Dr | | Co-Investigator |
| | | Rozaliya, Rangelova | | Dr | | Co-Investigator |
| | | Krasimira, Angelova | | | | LAB |
| | | Ljubomira, Stamatova | | | | LAB |
| Czech Republic | 501 | Jiri, Horácek | PCP Psychiatrické Centrum Praha 8 Bohnice Ústavni 91 181 03 Praha | Dr | | Principal Investigator |
| | | Yvona, Hendrychová | | Dr | | Co-Investigator |
| | | Miloslav, Kopecek | | Dr | | Co-Investigator |

12

12

CONFIDENTIAL
AZSER12749901

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| | | Hana, Horynová | | | | Study Nurse |
| | | Hana, Kratochvilová | | | | Study Nurse |
| Czech Republic | 502 | Jaroslav, Boucek | Fakultní Nemocnice Olomouc Psychiatrická klinika LF UP I.P. Pavlova 12 775 20 Olomouc | Dr | | Principal Co-Investigator |
| | | Tomáš, Novák | | Dr | | Co-Investigator |
| | | Zdenek, Faldyna | | Dr | | Co-Investigator |
| | | Katerina, Konupcíková | | Dr | | Co-Investigator |
| | | Jaroslava, Novotná | | | | Study Nurse |
| | | Markíta, Tousová | | | | Study Nurse |
| Czech Republic | 503 Centre cancelled, not enrolled patients | Tatjana, Petránová | Fakultní Nemocnice (z½ ambulance) Psychiatrická klinika Plzen Alej Svobody 80 304 60 Plzen | Dr | | Principal Investigator |
| | | Lubos, Janu | | Dr | | Co-Investigator |
| | | Ivana, Stádlerová | | | | Study Nurse |
| Czech Republic | 504 | Erik, Herman | Privátní Psychiatrická Ambulance Na Markvartce 8 162 00 Praha 6 | Dr | | Principal Investigator |
| | | Jiri, Syrovátka | | Dr | | Co-Investigator |
| | | Irene, Denesová | | | | Study Nurse |

13

13

CONFIDENTIAL
AZSER12749902

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Czech Republic | 505 | Tibor, Miklos | Privátni Psychiatrická Ambulance Jablonová 8 100 00 Praha 10 | Dr | | Principal Investigator |
| | | Gabriela, Novotná | | Dr | | Co-Investigator |
| | | Zdenka, Dusková | | Dr | | Co-Investigator |
| | | Jana, Stejskalová | | Dr | | Study Nurse |
| Czech Republic | 506 | Jan, Drahozal | Nemocnice Litomerice Mestska Nemocnice Psychiatricke Oddeleni Zitenicka 18 411 87 Litomerice | Dr | | Principal Investigator |
| | | Jiri, Pisvejc | | Dr | | Co-Investigator |
| | | Marie, Fialová | | | | Study Nurse |
| | | Viera, Cendelinová | | | | Study Nurse |
| Czech Republic | 507 Centre cancelled, not enrolled patients | Jaroslav, Hronek | Privátni Psychiatrická Ambulance Jagellonská 7 301 00 Plzen | Dr | | Principal Investigator |
| | | Jaromira, Hrncirikova | | Dr | | Co-Investigator |
| Czech Republic | 508 | Helena, Fousková | Privátni Psychiatrická Ambulance Na dlouhém lánu 11 160 00 Praha 6 | Dr | | Principal Investigator |

14

14

CONFIDENTIAL
AZSER12749903

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Czech Republic | 509 | Vlastimil, Tichý | Psychiatrické Oddelení Ústrední Vojenská Nemocnice 1200 169 00 Praha 6 | Dr | | Principal Investigator |
| | | Martin, Holub | | Dr | | Co-Investigator |
| | | Ondrej, Pilc | | Dr | | Co-Investigator |
| | | Petr, Navrátil | | Dr | | Co-Investigator |
| | | Stanislav, Morávek | | Dr | | Co-Investigator |
| | | Ludmila, Simáková | | | | Study Nurse |
| | | Markéta Klosová | | | | Study Nurse |
| Czech Republic | 510 | Juraj, Rektor | Psychosociální Centrum Namesti Prerovského Povstání 1 750 02 Prerov | Dr | | Principal Investigator |
| | | Dusan, Mojzis | | Dr | | Co-Investigator |
| | | Iveta, Tanistráková | | Dr | | Co-Investigator |
| | | Martina, Wenglorzová | | Dr | | Co-Investigator |
| | | Peter, Bobovnik | | Dr | | Co-Investigator |
| | | Rastislav, Poliacik | | Dr | | Co-Investigator |
| | | Hana, Kosutová | | | | Study Nurse |
| | | Jana, Kociánová | | | | Study Nurse |
| | | Renata, Klimecká | | | | Study Nurse |

15

CONFIDENTIAL
AZSER12749904

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Czech Republic | 511 | Zdenek, Solle | Privátní Psychiatrická Ambulance Uruguyaská 6 120 00 Praha 2 | Dr | | Principal Investigator |
| | | Oldrich, Kumprecht | | | | Study Site Co-ordinator |
| | | Ilona, Grezdová | | | | Study Nurse |
| | | Šárka, Vokrouhlíková | | | | Study Nurse |
| Czech Republic | 512 | Miroslav, Novotný | Psychosociální centrum Dukelska 456, 790 01 Jesenek | Dr | | Principal Investigator |
| | | Marie, Antosová | | | | Study Nurse |
| Finland | 601 | Jukka, Vuorenmaa | SEINÄJOKI CENTRAL HOSPITAL Seinäjoen keskussairaala, Yleissairaalapsykiatrian pkl Hannekssenrinne7 FI-60220 Seinäjoki | Dr | | Principal Investigator |
| | | Riitta Riihikangas | | Dr | | Co-Investigator |
| | | Raija Sarvikas | | | | Study Nurse |
| Finland | 602 | Hanna, Valtonen | JORVI HOSPITAL Jorvin sairaala, Psykiatrian hallinto Turuntie 150 FI-02740 Espoo | Dr | | Principal Investigator |
| | | Kirsi, Suominen | | Dr | | Co-Investigator |
| | | Petri, Arvilommi | | Dr | | Co-Investigator |
| | | Outi, Mantere | | Dr | | Co-Investigator |
| | | Miikka, Häkkinen | | Dr | | Co-Investigator |
| | | Katja, Lumen | | | | Study Nurse |

16

16

CONFIDENTIAL
AZSER12749905

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| | | Katja, Sajanti | | | | Study Nurse |
| | | Maria, Elemo | | | | Study Nurse |
| | | Matti, Muukkonen | | | | Study Nurse |
| Finland | 603 | Ilkka, Larmo | AURORA HOSPITAL, Dept. 15-3A Auroran sairaala. Osasto 15-3A Nordenskjöldinkatu 20 FI-00250 Helsinki | Dr | | Principal Investigator |
| | | Maxin, Cheine | | Dr | | Co-Investigator |
| | | Roope, Raassina | | Dr | | Co-Investigator |
| | | Kristiina, Kajesalo | | Dr | | Co-Investigator |
| | | Heli, Pilvilampi | | | | Study Nurse |
| | | Paavo, Multala | | | | Study Nurse |
| | | Yesenia, Husu | | | | Study Nurse |
| | | Kari, Könönen | | | | Study Nurse |
| | | Tero, Laiho | | | | Study Nurse |
| | | Juha, Peippo | | | | Study Nurse |
| | | Kari, Hyvärinen | | | | Study Nurse |
| | | Marja, Piirainen | | | | Study Nurse |
| Finland | 604 | Juhani, Aer | KELLOKOSKI HOSPITAL Kellokosken sairaala FI-04500 Kellokoski | Dr | | Principal Investigator |
| | | Meelis, Papp | | Dr | | Co-Investigator |
| | | Evgueni, Tchoukhine | | Dr | | Co-Investigator |
| | | Juhani, Nieminen | | | | Study Nurse |

17
17

CONFIDENTIAL
AZSER12749906

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| | | Pia, Friman | | | | Laboratory Nurse |
| | | Susanna, Lakanen | | | | Laboratory Nurse |
| Finland | 605 | Marko, Sorvaniemi | HARJAVALTA HOSPITAL Harjavallan sairaala Sairaalantie 14 FI-29200 Harjavalta | Dr | | Principal Investigator |
| | | Mika, Hakala | | Dr | | Co-Investigator |
| Finland | 606 | Roope, Raassina | AURORA HOSPITAL, Dept 15-3B Auroran sairaala, Osasto 15-3B Nordenskjöldinkatu 20 FI-00250 Helsinki | Dr | | Principal Investigator |
| | | Maxim, Cheine | | Dr | | Co-Investigator |
| | | Arto, Lauerma | | Dr | | Co-Investigator |
| | | Ilkka, Larmo | | Dr | | Co-Investigator |
| | | Heli, Pivilampi | | | | Study Nurse |
| | | Paavo, Multala | | | | Study Nurse |
| | | Yesenia, Husu | | | | Study Nurse |
| | | Kari, Könönen | | | | Study Nurse |
| | | Tero, Laiho | | | | Study Nurse |
| | | Juha, Peippo | | | | Study Nurse |
| | | Kari, Hyvärinen | | | | Study Nurse |

18

CONFIDENTIAL
AZSER12749907

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| France | 1701 | Jean-Michel, Azorin | Hôpital Sainte Marguerite SHU Psychiatric Adultes Secteur 5 270 Bd Sainte Marguerite 13274 Marceille Cedex 9 | Professor | | National Coordinating Investigator/ Principal Investigtor |
| | | Boris, Corre | | Dr | | Co-Investigator |
| | | Eric, Fakra | | Dr | | Co-Investigator |
| | | Murièle, Maurel | | Dr | | Co-Investigator |
| | | Thierry, Sage | | Dr | | Co-Investigator |
| France | 1702 | Pierre, Vandel | Centre Hospitalier St Jacques Service du Pr Sechter Psychiatrie A Ledoux A B + Pasteur 2 place Saint Jacques 25030 Besancon Cedex | Dr | | Principal Investigator |
| | | Emmanuel, Haffen | | Dr | | Co-Investigator |
| | | Vincent, Rebiere | | Dr | | Co-Investigator |
| France | 1703 | Jean-Marie, Danion | Hôpital Civil Service de Psychiatrie I 1 place de l'Hôpital BP 426 67091 Strasbourg Cedex | Professor | | Principal Investigator |
| | | Alexandra, Herbay | | Dr | | Co-Investigator |
| | | Marie-Agathe, Zimmermann | | Dr | | Co-Investigator |

19

CONFIDENTIAL
AZSER12749908

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| France | 1704 | Jean-Albert, Meynard | Hôpital Marius Lacroix Service de Psychiatrie - Secteur II 208 rue Marius Lacroix 17022 La Rochelle Cedex 1 | Dr | | Principal Investigator |
| | | Pierre, Parry | | Dr | | Co-Investigator |
| France | 1705 | Didier, Castelnau | Hôpital Lapeyronie Service de Psychologie Médicale et Psychiatrie 371 avenue du Doyen Gaston Giraud 34295 Montpellier | Professor | | Principal Investigator |
| | | Guillaume, Collin | | Dr | | Co-Investigator |
| | | Stéphane, Torres | | Dr | | Co-Investigator |
| France | 1706 | Bernard, Jomard | Centre Médico-Psychologique 6 bis rue Gabriel Vicaire 01000 Bourg en Bresse | Dr | | Principal Investigator |
| | | Ali, Onal | | Dr | | Co-Investigator |
| France | 1707 | Joël, Pon | Cabinet Medical 146 rue des Minimes 31200 Toulouse | Dr | | Principal Investigator |
| | | David, Modavi | | Dr | | Co-Investigator |
| France | 1708 | Charles-Siegfried, Peretti | Hopital Saint Antoine Service de Psychiatrie 184 rue du Faubourg St Antoine 75571 Paris Cedex 12 | Professor | | Principal Investigator |
| | | Charlotte Soultanian | | Dr | | Co-Investigator |

20

CONFIDENTIAL
AZSER12749909

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| France | 1709 | Mocrane, Abbar | | Dr | | Principal Investigator |
| | | Yves, Caer | | Dr | | Co-Investigator |
| | | Chantal, Salmon | | | | Study Nurse |
| Germany | 701 | Michael, Bauer | Charité-Universitätsklinikum Berlin Campus Charité Mitte (CCM) Klinik für Psychiatrie und Psychotherapie Schumannstr. 20/21 10117 Berlin | Professor | | Principal Investigator |
| | | Johanna, Sasse | | Dr | | Co-Investigator |
| | | Thomas, Stamm | | Dr | | Co-Investigator |
| | | Kathrin, Neuhaus | | | | Study Nurse |
| | | Christa, Guzmann | | | | Study Nurse |
| | | Sylvia, Thiel | | | | Study Nurse |
| Germany | 702 | Albert, Diefenbacher | Evangelisches Krankenhaus Königin Elisabeth Herzberge GmbH Abteilung für Psychiatrie und Psychotherapie Herzbergstr. 79 10365 Berlin | Professor | | Principal Investigator |
| | | Samuel, Elstner | | Dr | | Co-Investigator |
| | | Christian, Widdel | | Dr | | Co-Investigator |
| | | Ute, Golombek | | Dr | | Co-Investigator |
| | | Bernd, Schmidt | | MD | | Co-Investigator |
| | | Petra, Rentz | | Psychologist | | Specialist |

21
21

CONFIDENTIAL
AZSER12749910

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| | | Eva, Weiß | | Psycholigist | | Specialist |
| | | Ines, Orsin | | | | Study Nurse |
| | | Kerstin, Hermann | | | | Study Site Administrator |
| Germany | 703 | Dieter, Kunz | Charité- Universitätsklinikum Berlin Psychiatrische Universitätsklinik der Charité im St. Hedwig Krankenhaus Turmstr. 21 10559 Berlin | Dr | | Principal Investigator |
| | | Jutta, Weikel | | Dr | | Co-Investigator |
| | | Florian, Standfest | | Dr | | Co-Investigator |
| | | Daniel, Müller | | Dr | | Co-Investigator |
| | | Peter, Löwy | | | | Study Nurse |
| Germany | 704 Centre cancelled, not enrolled patients | Ingrid Börner | Westfälische Klinik | Professor | | Principal Investigator |
| | | Marcus, Müntz | | Dr | | Co-Investigator |
| | | Silke, Jansel | | Dr | | Co-Investigator |

22

22

CONFIDENTIAL
AZSER12749911

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Germany | 705 | Niels, Bergemann | Universitätsklinikum Heidelberg Psychiatrische Universitätsklinik Voßstr. 4 69115 Heidelberg | Dr | | Principal Investigator |
| | | Manuel, Barreto-Miranda | | Dr | | Co-Investigator |
| | | Fatima, Rommel | | Dr | | Co-Investigator |
| | | Kai, Kress | | Dr | | Co-Investigator |
| | | Matthias, Volz | | Dr | | Co-Investigator |
| | | Birgit, Ehrle | | | | Study Nurse |
| | | Katja, Koch | | | | Study Nurse |
| | | Peter, Eichenlaub | | | | Study Nurse |
| Germany | 706 | Max, Schmauß | Bezirkskrankenhaus Augsburg Abteilung für Psychiatrie und Psychotherapie Dr. Marck-Str. 1 96156 Augsburg | Professor | | Principal Investigator |
| | | Andreas, Erfurth | | Dr | | Co-Investigator |
| | | Kathrin, Meyer zur Capellen | | Dr | | Co-Investigator |
| | | Thomas, Messer | | Dr | | Co-Investigator |
| | | Christo, Minov | | MD | | Co-Investigator |
| | | Gerlinde, Grimm | | | | Study Nurse |
| | | Rita, Lutz | | | | Study Nurse |

23
23

CONFIDENTIAL
AZSER12749912

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---|---|---|---|---|---|---|
| Germany | 707 | Franz, Marcus Leweke | Klinikum der Universität zu Köln Klinik und Poliklinik für Neurologie und Psychiatrie Kerpemer Str 62 50924 Köln | Dr | | Principal Investigator |
| | | Dagmar, Köthe | | Dr | | Co-Investigator |
| | | Beril, Canata | | Dr | | Co-Investigator |
| | | Britt-Meike, Nolden | | Dr | | Co-Investigator |
| | | Laura, Kranaster | | Dr | | Co-Investigator |
| | | Tobias, Buzello | | Dr | | Co-Investigator |
| | | Miriam, Aletta Neatby | | MD | | Co-Investigator |
| | | Christine, Willgrod | | | | Study Nurse |
| | | Martina, Illig | | | | Study Nurse |
| | | Petra, Wihler | | | | Study Nurse |
| Germany | 708 | Ekkehard, Haen | Med. Einrichtung des Bezirks Oberfalz GmbH Klinik für Psychiatrie und Psychotherapie Universitätsstrasse 84 93053 Regensburg | Professor | | Principal Investigator |
| | | Markus, Wittman | | Dr | | Co-Investigator |
| | | Helmut, Hausner | | Dr | | Co-Investigator |
| | | Matthias, Dobmeier | | Dr | | Co-Investigator |
| | | Albert, Putzhammer | | Dr | | Co-Investigator |

24

24

CONFIDENTIAL
AZSER12749913

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| | | Franz, Worek | | Dr | | Co-Investigator |
| | | Alexander, Hasmann | | Psychologist | | Specialist |
| | | Christine, Miethaner | | | | Study Nurse |
| | | Heidemarie, Kollmer-Liebl | | | | Study Nurse |
| | | Maria, Blab | | | | Study Nurse |
| | | Monika, Rupp | | | | Study Nurse |
| Germany | 709 | Peter, Falkai | Universitätsklinikum des Saarlandes Klinik für Psychiatrie und Psychotherapie Kirrberger Straße 66421 Homburg/Saar | Professor | | Principal Investigator |
| | | Harald, Scherk | | Dr | | Co-Investigator |
| | | Sandra, Schönhofen | | Dr | | Co-Investigator |
| | | Andrea, Schneider | | Dr | | Co-Investigator |
| | | Friedericke, Saalfrank | | Dr | | Co-Investigator |
| | | Pegah, Hamzei | | Dr | | Co-Investigator |
| | | Claudia, Kemmer | | Psychologist | | Specialist |

25

25

CONFIDENTIAL
AZSER12749914

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---|---|---|---|---|---|---|
| Hungary | 801 Centre cancelled, not enrolled patients | Bánki M, Csaba | Szabolcs-Szatmár-Bereg Megyei Önkormányzat Kórháza Pszichiátriai Szakkórház Szabadság tér 13 4320 Nagykálló | Professor | | Principal Investigator |
| | | Alexander, Kancsev | | Dr | | Co-Investigator |
| | | Oleg, Zicsenko | | Dr | | Co-Investigator |
| Hungary | 802 | István, Bitter | Semmelweis Egyetem Pszichiátriai és Pszichoterápiás Klinika Balass u. 6 1083 Budapest | Professor | | Principal Investigator |
| | | Csilla, Bolyós | | Dr | | Co-Investigator |
| | | Judit, Tolna | | Dr | | Co-Investigator |
| | | Mónika, Nagy | | | | Study Nurse |
| Hungary | 803 | Gábor, Feller | Petz Aladár Megyei Kórház Pszichiátriai Osztaly Zrínyi u. 13 9023 Györ | Dr | | Principal Investigator |
| | | László, Králik | | Dr | | Co-Investigator |
| | | György, Ostorharics | | Dr | | Co-Investigator |
| | | Mónika, Miklós | | | | Study Nurse |

26
26

CONFIDENTIAL
AZSER12749915

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---|---|---|---|---|---|---|
| Hungary | 804 Centre cancelled but did receive study drug, not enrolled patients | Zoltán, Janka | Szegedi Tudományegyetem Pszichiátriai Klinika Semmelweis u. 6 6720 Szeged | Professor | | Principal Investigator |
| | | György, Szekeres | | Dr | | Co-Investigator |
| | | Istvan, Szendi | | Dr | | Co-Investigator |
| | | Zoltán, Szabó | | Dr | | Co-Investigator |
| | | Erzsébet, Maglóczky | | | | Study Site Administrator |
| Hungary | 805 | Zoltán, Rihmer | Országos Pszichiátriai és Neurológiai Intézet III (OPNI) Pszichiatriai Osztály Hüvösvölgyi út 116 1021 Budapest | Dr | | Principal Investigator |
| | | Péter, Pestality | | Dr | | Co-Investigator |
| | | István, Kecskés | | Dr | | Co-Investigator |
| | | Gergely, Huba Kiss | | Dr | | Co-Investigator |
| | | Hajnalka, Berze | | | | Study Nurse |

27

CONFIDENTIAL
AZSER12749916

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Hungary | 806 | Attila, Szűcs | Bács-Kiskun Megyei Önkormányzat Kórháza Psichiátriai Osztály Izsáki út 5 6000 Kecskemét | Professor | | Principal Investigator |
| | | Sára, Sebők | | Dr | | Co-Investigator |
| | | Réka, Mlinarics | | Dr | | Co-Investigator |
| | | Zoltán, Kákonyi | | Dr | | Co-Investigator |
| | | László, Maróti | | Dr | | Co-Investigator |
| | | László, Tamási | | Dr | | Co-Investigator |
| | | Orsolya, Nagy | | Dr | | Co-Investigator |
| | | Rita, Erdélyi | | Dr | | Co-Investigator |
| | | Zsuzsanna, Sárközi | | | | Study Nurse |
| | | Szegvári Zsuzsanna | | | | LAB |
| Hungary | 807 | Mátyás, Trixler | Pécsi Tudományegyetem Pszichiátriai és Orvosi Oszichológiai Klinika, Rét u. 2 7623 Pécs | Dr | | Principal Investigator |
| | | Péter, Osváth | | Dr | | Co-Investigator |
| | | Sándor, Fekete | | Dr | | Co-Investigator |
| | | Anna, Krisztics | | | | Study Nurse |

28
28

CONFIDENTIAL
AZSER12749917

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Hungary | 808 | János, Vizi | Pharmaproject Kft. Pszichopraxis, Kecskeméti u. 11 1053 Budapest | Dr | | Principal Investigator |
| | | Éva, Ambrus | | Dr | | Co-Investigator |
| | | Sándor, Pallagi | | Dr | | Co-Investigator |
| | | Gyöngyi, Szilágyi | | Dr | | Co-Investigator |
| | | Andrea, Tomai | | | | Study Nurse |
| | | Andrea, Somogyi | | Dr | | Study Site Coordinator |
| Hungary | 809 | András, Csomós | Egészségügyi Központ Pszichiátriai Gondozó Rákóczi út 36–40 3390 Füzesabony | Dr | | Principal Investigator |
| | | Mária, Lakatosné | | | | Study Nurse |
| Hungary | 810 | László, Haraszti | Pest Megyei Flór Ferenc Kórház Pszichiátriai Osztály Semmelweis tér 1 2143 Kistarcsa | Dr | | Principal Investigator |
| | | Katalin, Lakatos | | Dr | | Co-Investigator |
| | | Imrea, Zabos | | Dr | | Co-Investigator |
| | | Mária, Pénzes | | | | Study Nurse |

29

CONFIDENTIAL
AZSER12749918

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|-----------------|-------------------|
| Hungary | 811 Centre cancelled, not enrolled patients | Róbert, Kárpáti | Fejér Megyei Szent György Kórház II Pszichiátria Seregélyesi út 3 8001 Székesfehérvár | Dr | | Principal Investigator |
| | | Péter, Pakozdi | | Dr | | Co-Investigator |
| | | Amália, Taba | | | | Study Nurse |
| Italy | 901 | Giovanni, Cassano Battista | Dipartimento di Pshichiatria Neuroiologia, Farmaologia e Biotecnologie. Sezione di Psichiatria Unversità degli Studi di Pisa Ospedale S. Chiara Via Roma n.67 56100 Pisa | Dr | | National Coordinating Investigator/ Principal Investgator |
| | | Stefano, Pini | | Dr | | Co-Investigator |
| | | Guiseppe, Ceraudo | | Dr | | Co-Investigator |
| | | Matteo, Muti | | Dr | | Co-Investigator |
| | | Laura, Musetti | | Dr | | Co-Investigator |

30

30

CONFIDENTIAL
AZSER12749919

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---|---|---|---|---|---|---|
| Italy | 902 | Eugenio, Aguglia | U.C.O Clinica Pshichiatrica Dip. Di Scienze Cliniche Morfologiche e Tecnologiche Università degli Studi di Trieste Via Paolo De Ralli 5 34127 Trieste | Professor | | Principal Investigator |
| | | Annachiara, Ogriseg | | Dr | | Co-Investigator |
| | | Daria, Tomasich | | Dr | | Co-Investigator |
| | | Valentina, Botter | | Dr | | Co-Investigator |
| Italy | 903 Centre cancelled, not enrolled patients | Filippo, Boggetto | Azienda Ospedaliera San giovanni Battista Molinette Dipartimento di Neuroscienze Università degli Studi di Torino Via Cherasco 11 10126 Torino | Dr | | Principal Investigator |
| | | Alberto, Umberto | | Dr | | Co-Investigator |
| | | Enrico, Pessina | | Dr | | Co-Investigator |
| | | Chiara, Bergesio | | Dr | | Co-Investigator |
| Italy | 904 | Bernardo, Carpiniello | Clinica Psichiatrica Università degli Studi di Cagliari Via Liguria 13 09127 Cagliari | Professor | | Principal Investigator |
| | | Priamo, Marras | | Dr | | Co-Investigator |
| | | Davide, Mura | | Dr | | Co-Investigator |

31

CONFIDENTIAL
AZSER12749920

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Italy | 905 | Paolo, Girardi | Day Hospital Psichiatrico Ospedale S. Andrea Via di Grottarossa 1035-1039 00189 Roma | Professor | | Principal Investigator |
| | | Isabella, Pacchiarotti | | Dr | | Co-Investigator |
| | | Amadeo, Ruberto | | Dr | | Co-Investigator |
| | | Andrea, Cittadini | | Dr | | Co-Investigator |
| | | Antonio, Samicola | | Dr | | Co-Investigator |
| | | Cinzia, Scarlatto | | Dr | | Co-Investigator |
| | | Eleonora, De Pisa | | Dr | | Co-Investigator |
| | | Francesca, Dassié | | Dr | | Co-Investigator |
| | | Giovanni, Manfredi | | Dr | | Co-Investigator |
| | | Iginia, Mancinelli | | Dr | | Co-Investigator |
| | | Simone, Lazanio | | Dr | | Co-Investigator |
| | | Vittorio, Digiacomantonio | | Dr | | Co-Investigator |
| Italy | 906 | Claudio, Mencacci | Dipartimento di Salute Mentale Ospedale Fatabenefratelli e Oftalmico Corso di Porta Nouva 23 20121 Milano | Professor | | Principal Investigator |
| | | Giancarlo, Cerveri | | Dr | | Co-Investigator |
| | | Eleonora, Gimosti | | Dr | | Co-Investigator |
| | | Francesca, Regispani | | Dr | | Co-Investigator |
| | | Iolanda, Sironi | | Dr | | Co-Investigator |

32

CONFIDENTIAL
AZSER12749921

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| | | Laura, Bellini | | Dr | | Co-Investigator |
| | | Luca, Madia | | Dr | | Co-Investigator |
| | | Marta, Scalvini | | Dr | | Co-Investigator |
| | | Roberta, Anniverno | | Dr | | Co-Investigator |
| Italy | 907 | Marcello, Nardini | Istituto di Clinica Psichiatrica Universita degli Studi di Bari A. O. Ospedale Policlinico Consorziale Piazza Guilio Cesare 11 70124 Bari | Professor | | Principal Investigator |
| | | Antonio, Rampino | | Dr | | Co-Investigator |
| | | Guido, Di Sciascio | | Dr | | Co-Investigator |
| | | Salvatore, Caló | | Dr | | Co-Investigator |
| Italy | 908 | Gian, Franco Placidi | Dipartimento di Scienze Neurologiche e Psichiatriche Università Degli Studi di Firenze Viale Morgagni 85 50134 Firenze | Professor | | Principal Investigator |
| | | Azzurra, Martini | | Dr | | Co-Investigator |
| | | Filippo, Turchi | | Dr | | Co-Investigator |
| | | Alessio, Menichetti | | Dr | | Co-Investigator |
| Italy | 909 | Lorenza, Pasquale | Servizio di Diagnosi e Cura Ovest A.O.S. Paolo Via a diRudini 8 20142 Milano | Dr | | Principal Investigator |
| | | Clara, Basi | | Dr | | Co-Investigator |

33

33

CONFIDENTIAL
AZSER12749922

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Italy | 910 | Marco, Scali | Dipartimento di Salute Mentale Ospedale Generale di Zona Locale N 8 Via Ginevri 1 62013 Civitanova Marche (Macerata) | Dr | | Principal Investigator |
| | | Alessandro, Valchera | | Dr | | Co-Investigator |
| | | Claudia, Cicarelli | | Dr | | Co-Investigator |
| | | Ubaldo, Sacripanti | | Dr | | Co-Investigator |
| Italy | 911 | Giulia, Perini | Azienda Ospedaliera di Padova Sezione di Psichiatria Dipartimento di Scienze Neurologiche e Psichiatriche Università degli Studi di Padova Via Guistiniani 2 35128 Padova | Professor | | Principal Investigator |
| | | Elena, Dinelli | | Dr | | Co-Investigator |
| | | Chiara, Pavan | | Dr | | Co-Investigator |
| | | Tommaso, Toffanin | | Dr | | Co-Investigator |
| | | Giovanni, Ferri | | Dr | | Co-Investigator |
| | | Lucia Claudia, Bergamo | | Dr | | Co-Investigator |
| | | Gianna, Magnolfi | | Dr | | Co-Investigator |
| | | Giorgio, Pigato | | Dr | | Co-Investigator |

34

CONFIDENTIAL
AZSER12749923

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---|---|---|---|---|---|---|
| Italy | 912 | Alberto, Siracusano | Casa di Cura S. Alessandro S.R.L. Dipartimento di Neuroscenze U.O di Psichiatria Policlinico Universitario Tor Vergata Via Nomentana 1362 00137 Roma | Professor | | Principal Investigator |
| | | Barbara, Centini | | Dr | | Co-Investigator |
| | | Fabrizio, Calisti | | Dr | | Co-Investigator |
| | | Giacomo, Salvadore | | Dr | | Co-Investigator |
| | | Leonardo, Monaco | | Dr | | Co-Investigator |
| | | Marco, Zanasi | | Dr | | Co-Investigator |
| | | Nicoletta, Sterbini | | Dr | | Co-Investigator |
| | | Valentina, D'Arconte | | Dr | | Co-Investigator |
| Italy | 913 Centre cancelled, not enrolled patients | Antonio, Vita | Ospedale S. Maria delle Stelle Dipartimento di Salute Mentale Via Maffia 1 20066 Melzo (Mi) | Professor | | Principal Investigator |
| | | Annasilvia, Rolla | | Dr | | Co-Investigator |
| Italy | 914 | Massimo, Rabboni | A.O. Ospedali Riuniti di Bergamo Dipartimento di Salute Mentale II U.O di Psichiatria Largo Barozzi 1 24100 Bergamo | Professor | | Principal Investigator |
| | | Eugenia, Chiesa | | Dr | | Co-Investigator |
| | | Maria Luisa, Ponzoni | | Dr | | Co-Investigator |

35

35

CONFIDENTIAL
AZSER12749924

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| | | Filippo, Tancredi | | Dr | | Co-Investigator |
| | | Anna, Morelli | | | | Study Nurse |
| | | Elisabetta, Rebussi | | | | Study Nurse |
| | | Camilla, Agazzi | | | | Study Nurse |
| | | Marialice, Opraldi | | | | Study Nurse |
| Italy | 915 | Emilio, Sacchetti | Azienda Ospedaliera Spedali Civili Istituto di Clinica Psichiatrica Universita degli Studi di Brescia Piazzale Spedali Civili 1 25123 Brescia | Professor | | Principal Investigator |
| | | Alessandro, Galuzzo | | Dr | | Principal Investigator |
| | | Cristina, Regini | | Dr | | Co-Investigator |
| | | Paolo, Cacciani | | Dr | | Co-Investigator |
| | | Adelaide, Panariello | | Dr | | Co-Investigator |
| | | Paolo, Valsecchi | | Dr | | Co-Investigator |

36

CONFIDENTIAL
AZSER12749925

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Italy | 916 | Liliana, Dell'Osso | Azienda Ospedaliera Universitaria Pisana Università degli studi di Pisa Ospedale S.Chiara Via Roma 67 56100 Pisa | Professor | | Principal Investigator |
| | | Alfredo, Sbrana | | Dr | | Co-Investigator |
| | | Elisa, Cerrai | | Dr | | Co-Investigator |
| | | Federica, Raimondi | | Dr | | Co-Investigator |
| | | Sabrina, Spagnolli | | Dr | | Co-Investigator |
| Italy | 917 | Paolo, Castrogiovanni | Policlinico Santa Maria alle Scotte Dipartimento di Neuroscenze Sezione di Psichiatria Azienda Ospedaliera Universitaria Senese Viale Bracci 1 53100 Siena | Professor | | Principal Investigator |
| | | Chiara, Sbaragli | | Dr | | Co-Investigator |
| | | Lorenzo, Padula | | Dr | | Co-Investigator |
| | | Mirko, Martinucci | | Dr | | Co-Investigator |

37

CONFIDENTIAL
AZSER12749926

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Italy | 918 | Giovanni, Miscettola | Università degli Studi di Napoli "Federico II" Dipartimento Assistenziale di Neuroscienze e Comportamento-Area funzionale di Psichiatria Azienda Ospedaliera Universitaria Via Pansini 5 80131 Napoli | Professor | | Principal Investigator |
| | | Andrea, De Bartolomeis | | Dr | | Co-Investigator |
| | | Chiara, Sarappa | | Dr | | Co-Investigator |
| | | Francesca, Cozzolino | | Dr | | Co-Investigator |
| | | Marcherita, Casiello | | Dr | | Co-Investigator |
| | | Salvatore, Magara | | Dr | | Co-Investigator |
| | | Felice, Iasevoli | | Dr | | Co-Investigator |
| Italy | 919 | Giuseppina, Boidi | SPDC Presidio Ospedaliero P.A. Micone ASL 3 Via Oliva 22 16153 Genova | Dr | | Principal Investigator |
| | | Auro, Capone | | Dr | | Co-Investigator |
| | | Mario, Tubelli | | Dr | | Co-Investigator |
| | | Maurizio, Ferro | | Dr | | Co-Investigator |
| | | Antonella, Reda | | | | Study Nurse |
| | | Maria Grazia, Reda | | | | Study Nurse |

38

CONFIDENTIAL
AZSER12749927

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Italy | 920 | Rosanna, Ceglie | SPDC Presidio Ospedaliero La Spezia Ospedale del Felettino Via del Forno 8 19100 La Spezia | Dr | | Principal Investigator |
| | | Elisa, Simonini | | Dr | | Co-Investigator |
| | | Sergio, Baldi | | Dr | | Co-Investigator |
| Norway | 1001 | Ketil, Ödegaard | Helse Bergen HF Haukeland psykiatriske universitets-sykehus Postboks 1 5021 Bergen | Dr | | Principal Investigator |
| | | Irene, Holsten | | | | Study Nurse |
| Norway | 1002 Centre cancelled, not enrolled patients | Ole, Windingstad V | Psyk. Klinikk, Akutt post G21 Sykehuset Buskerud HF 3400 Lier | Dr | | Principal Investigator |
| Norway | 1003 Centre cancelled, not enrolled patients | Kari, Ilner | Akutt psyk avd Aker Universitets-sykehus HF Trondheimsveien 235 0514 Oslo | Dr | | Principal Investigator |
| | | Trude, Fixdal | | | | Co-Investigator |
| Norway | 1004 | Shaheen, Ashgar | Depresjonsklinikk Eckersbergsgate 29 0260 Oslo | Dr | | Principal Investigator |

39

CONFIDENTIAL
AZSER12749928

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---|---|---|---|---|---|---|
| Norway | 1005 | Sverre, Tönseth | Sykehuset Innlandet HF, Sandenud Akutt avd A Postboks 38 2312 Ottestad | Dr | | Principal Investigator |
| | | Odd, Aulaend | | Dr | | Co-Investigator |
| Norway | 1006 | Magne, Hompland | DPS Porsgrunn Sykehuset Telemark HF Olavsgate 26 3901 Porsgrunn | Dr | | Principal Investigator |
| Norway | 1007 Centre cancelled, not enrolled patients | Ole, Höyberg J | Psyk. Klinikk Helse Summmöre HF Sykehuset Alesund Ase 6026 Alesund | Dr | | Principal Investigator |
| | | Tone, Lökken | | | | Study Nurse |
| Norway | 1008 | Arild, Pettersen | Nordlanssykehuset HF Bodö Psykiatrisk klinikk Klöverasveien 1 8092 Bodö | Dr | | Principal Investigator |
| Norway | 1009 Centre number not in use | Juwamer, Mavlud | | Dr | | Co-Investigator |

40

CONFIDENTIAL
AZSER12749929

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Norway | 1010 Centre cancelled, not enrolled patients | Tore, Faestö | Psykiatrisk poliklinikk Helse Nordmöre og Romsdal HF Molde sjukehus 6407 Molde | Dr | | Principal Investigator |
| | | Björn, Snilsberg | | | | Co-Investigator |
| Norway | 1011 | Helle, Schöyen | Jaeren DPS Austböveien 16, Postboks 163 4349 Bryne | Dr | | Principal Investigator |
| | | Kirsten, Westlye | | Dr | | Co-Investigator |
| Norway | 1012 | Eystein, Stordal | Psykiatrisk klinikk Helse Nord-Tröndelag HF Sykehuset Namsos Sykehusveien 1 7800 Namsos | Dr | | Principal Investigator |
| Norway | 1013 Centre cancelled, not enrolled patients | Yves, Tanyan | Oslo Hospital Gamlebyen Ekebergveien 1 0192 Oslo | Dr | | Principal Investigator |
| | | Resurrection, Koksvik | | Dr | | Co-Investigator |
| | | Tore, Heiberg | | Dr | | Co-Investigator |

CONFIDENTIAL
AZSER12749930

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Poland | 1101 | Janusz, Rybakowski | Klinika Psychiatrii Doroslych Akademii Medycznej, ul. Szpitalna 27/73 60-572 Poznan | Professor | | Principal Investigator |
| | | Dawid, Wiener | | Dr | | Co-Investigator |
| | | Jolanta, Rajewska | | Dr | | Co-Investigator |
| | | Katarzyna, Kaminska | | Dr | | Co-Investigator |
| | | Malgorzata, Wojtanowska-Bogacka | | Dr | | Co-Investigator |
| Poland | 1102 Centre cancelled, not enrolled patients | Marek, Jarema | Instytut Pshychiatrii i Neurologii III Klinika Psychiatryczna ul. Sobieskiego 1/9 02-957 Warsawa | Professor | | Principal Investigator |
| | | Justyna, Holka-Pokorska | | Dr | | Co-Investigator |
| | | Tomasz, Szafranski | | Dr | | Co-Investigator |
| Poland | 1103 Centre cancelled, not enrolled patients | Marek, Masiak | Klinika Psychiatrii, Akademii, Medycznej w Lublinie ul. Gluska 1 20-439 Lublin | Professor | | Principal Investigator |
| | | Anna, Mosiolek | | Dr | | Co-Investigator |
| | | Grzegorz, Opielak | | Dr | | Co-Investigator |

42
42

CONFIDENTIAL
AZSER12749931

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Poland | 1104 | Mieczyslaw, Janiszewski | Wojewodzki Osrodek, Lecznictwa Psychiatrycznego w Toruniu ul. Marii Sklodowkiej – Curie 27/29 87-100 Torun | Dr | | Principal Investigator |
| | | Gerard, Kowalkowski | | Dr | | Co-Investigator |
| | | Paulina, Pabin-Rykaczewska | | Dr | | Co-Investigator |
| | | Teresa, Wisniewska | | | | Study Nurse |
| Poland | 1105 Centre closed | Bartosz, Loza | Oddzial Psychiatryczny Samodzielny Publiczny Sespol Zakladow Opieki Zdrowotnej ul. Jana Zamoyskiego 149 23-300 Janow Lubelski | Dr | | Principal Investigator |
| | | Anna, Lecyk | | Dr | | Co-Investigator |
| | | Mariusz, Bartyzel | | Dr | | Co-Investigator |
| Poland | 1106 | Jolanta, Rabe-Jablonska | Klinika Zaburzen Afektywnych i Psyhicatrii Mlodziezowej Uniwersytetu Medycznego w Lodzi ul. Czechoslowacka 8/10 92-216 Lodz | Professor | | Principal Investigator |
| | | Dominik, Strzelecki | | Dr | | Co-Investigator |
| | | Irena, Poplawska | | Dr | | Co-Investigator |

43
43

CONFIDENTIAL
AZSER12749932

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Poland | 1107 | Andrzej, Kokoszka | Oddzial Psychiatryczny Wojewodzki Szpital Brodnowski, (II Klinika Psychiatryczna Akademii Medycznej w Warzawie) Samodzielny Publiczny Zaklad Opeki Zrowotnej ul. Kondratowicza 8 03-242 Warzawa | Professor | | Principal Investigator |
| | | Anna, Mosiolek | | Dr | | Co-Investigator |
| | | Iwona, Patejuk-Mazurek | | Dr | | Co-Investigator |
| | | Katarzyna, Hadhazine | | Dr | | Co-Investigator |
| | | Klaudiusz, Paperski | | Dr | | Co-Investigator |
| Poland | 1108 | Zbigniew, Skurczynski | Wojewodzki Szpital dla Nerwowo I Psychicznie Chorych Drewnica ul. Rychlinskiego 1 05-091 Zabki | Dr | | Principal Investigator |
| | | Alicja, Wilczynska-Malek | | Dr | | Co-Investigator |
| | | Ewa, Chmielewska | | Dr | | Co-Investigator |
| | | Slawomir, Czapiewski | | Dr | | Co-Investigator |
| | | Urszula, Lisinska | | Dr | | Co-Investigator |

44

44

CONFIDENTIAL
AZSER12749933

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Poland | 1109 | Wlodzimierz, Chrzanowski | Samodzielny Publiczny Pshychiatryczny Zaklad Opieki Zdrowotnej im. Stanislawa Dersza ul. Plac Z. Brodowicza 1 16-070 Choroszcz | Dr | | Principal Investigator |
| | | Anna, Agnieszka Tomczak | | Dr | | Co-Investigator |
| | | Iwona, Debowska | | Dr | | Co-Investigator |
| | | Mariusz, Mikulski | | Dr | | Co-Investigator |
| Poland | 1110 Centre cancelled, not enrolled patients | Andrzej, Zieba | Szpital Uniwersytecki w Karkowie Oddzial Kliniczny Kliniki Psychiatrii Doroslych ul. Kopernika 21 A 31-501 Kraków | Professor | | Principal Investigator |
| | | Andrzej, Wrobel | | Dr | | Co-Investigator |
| | | Dominika, Dudek | | Dr | | Co-Investigator |
| | | Marcin, Siwek | | Dr | | Co-Investigator |
| | | Szymon, Rduch | | Dr | | Co-Investigator |
| | | Wojciech, Datka | | Dr | | Co-Investigator |
| Poland | 1111 | Stanislaw, Wojcik | Wojewódzki Szpital Specjalistyczny im Ludwika Rydygiera Oddzial Psychiatrii I Psychosomatyki Os. Zlotej Jesieni 1 31-826 Kraków | Dr | | Principal Investigator |
| | | Drzysztof, Labuz | | Dr | | Co-Investigator |

45

45

CONFIDENTIAL
AZSER12749934

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---|---|---|---|---|---|---|
| Poland | 1112 | Andrzej, Michorzewski | Samodzielny Publiczny Zakład Opieki Zdrowotnej Oddział IV Psychiatryczny ul. 11 Listopada 9 87-600 Lipno | Dr | | Principal Investigator |
| | | Henryk, Kulinski | | Dr | | Co-Investigator |
| | | Kazimiera, Kwiatkowska | | | | Study Nurse |
| Poland | 1113 Centre number not in use | | | | | |
| Poland | 1114 | Janusz, Bukowski | Szpital Specjalistyczny im. Henryka Klimontowicza w Gorlicach Oddział Psychiatryczny ul. Węgierska 21 38-300 Gorlice | Dr | | Principal Investigator |
| | | Joanna, Polak | | Dr | | Co-Investigator |
| | | Tomasz, Mysliwiec | | Dr | | Co-Investigator |

46
46

CONFIDENTIAL
AZSER12749935

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---|---|---|---|---|---|---|
| Poland | 1115 | Kryzsztof, Kolcz | Szpital dla Nerwowo i Psychicznie Chorych im. St. Kryzana w Starogardzie Gdanskim ul. Skarszewska 7 83–200 Starogard Gdanski | Dr | | Principal Investigator |
| | | Anna, Masiewicz | | Dr | | Co-Investigator |
| | | Michal, Rudnik | | Dr | | Co-Investigator |
| | | Katarzyna, Mackiewicz | | | | Study Nurse |
| Poland | 1116 Centre number not in use | | | | | |
| Poland | 1117 | Maciej, Jachymiak | Samodzielny Publiczny Zaklad Opieki Zdrowotnej Szpital im. Jana Pawla II ul. Szpitalna 1434–400 Nowy Targ | Dr | | Principal Investigator |
| | | Ewa, Makiela | | Dr | | Co-Investigator |
| Poland | 1118 | Wojciech, Stankiewicz | Wojewódzki Szpital Psychiatryczny im. Prof. Tadeusza Bilikiewicza w Gdansku ul. Srebrniki 1 80–282 Gdansk | Dr | | Principal Investigator |
| | | Iwona, Slezak | | Dr | | Co-Investigator |
| | | Joanna, Lapin | | Dr | | Co-Investigator |
| | | Jolanta, Ferszka | | Dr | | Co-Investigator |
| | | Katarzyna, Murat | | Dr | | Co-Investigator |

47

CONFIDENTIAL
AZSER12749936

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Poland | 1119 Centre number not in use | Krzysztof, Soltys | | Dr | | Co-Investigator |
| | | Irena, Maczynska | | | | Study Nurse |
| Poland | 1120 | Jerzy, Samochowiec | Katedra i Klinika Psychiatrii Samodzielny Publiczny Szpital Kliniczny nr 1 Pomorskiej Akademii Medycznej ul. Broniewskiego 26 71-460 Szczecin | Professor | | Principal Investigator |
| | | Agata, Lisiecka | | Dr | | Co-Investigator |
| | | Karolina, Piotrowska | | Dr | | Co-Investigator |
| | | Malgorzata, Smiarowska | | Dr | | Co-Investigator |
| | | Piotr, Tybura | | Dr | | Co-Investigator |
| Poland | 1121 | Aleksander, Araszkiewicz | Katedra i Klinika Psychiatrii A M ul Kurpinskiego 19 85-096 Bydgoszcz | Professor | | Principal Investigator |
| | | Aleksandra, Kasperowicz-Dabrowieck | | Dr | | Co-Investigator |
| | | Ewa, Pilaczynska-Jodkiewicz | | Dr | | Co-Investigator |
| | | Malgorzata, Dabkowska | | Dr | | Co-Investigator |

48
48

CONFIDENTIAL
AZSER12749937

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Russia | 1201 | Anatoly, Smulevitch | Mental Health Research Center Dep of Boundary Conditions Russian Academy of Medical Sciences Kashirskoe shosse 34 115522 Moscow | Professor | | Principal Investigator |
| | | Beatrisa, Volel | | Dr | | Co-Investigator |
| | | Ekaterina, Gushanskaya | | Dr | | Co-Investigator |
| | | Eteri, Dubnitsckaya | | Dr | | Co-Investigator |
| | | Inessa, Goldovskaya | | Dr | | Co-Investigator |
| | | Valentina, Eremina | | | | Study Nurse |
| Russia | 1202 | Yuri, Alexandrovsky | Serbsky National Research Center for Social Forensic Psychitary Department of New Drugs and Therapy Methods Voloklamskoe shosse 47 123367 Moscow | Professor | | Principal Investigator |
| | | Alla, Avedisova | | Professor | | Co-Investigator |
| | | Konstantin, Chakhava | | Dr | | Co-Investigator |
| | | Liubov, Kanaeva | | Dr | | Co-Investigator |
| | | Oxana, Mikhaylova | | Dr | | Co-Investigator |

49

49

CONFIDENTIAL
AZSER12749938

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Russia | 1203 Centre cancelled, not enrolled patients | Sergey, Mosolov | Russian Research Center of Psychiatry Federal Research center of theraphy of psychiatric disease Poteshnaya ul. 3 107258 Moscow | Professor | | Principal Investiagor |
| | | Maria, Kouzavkova | | Dr | | Co-Investigator |
| | | Daria, Belenkaya | | Dr | | Co-Investigator |
| | | Guennadi, Granenov | | Dr | | Co-Investigator |
| Russia | 1204 | Galina, Panteleyeva | Russian Academy of Medical Scinences Endogenous Mental Disorders and Affective States Mental Health Research Center Kashirskoye shosse 34 115522 Moscow | Professor | | Principal Investigator |
| | | Alexander, Korenev | | Dr | | CoInvestigator |
| | | Lilia, Abramova | | Dr | | Co-Investigator |
| | | Victoria, Artyukh | | Dr | | Co-Investigator |
| | | Igor, Oleichik | | Dr | | Co-Investigator |
| Russia | 1205 | Boris, Tsygancov | Moscow Univ Medicine Dentistry Moscow Regional Psych. Hospital 1 8 Marta Str. 125083 Moscow | Dr | | Principal Investigator |
| | | Maria, Agapova | | Dr | | Co-Investigator |
| | | Tatiana, Sidorova | | Dr | | Co-Investigator |
| | | Vitaly, Chirkov | | Dr | | Co-Investigator |

50

50

CONFIDENTIAL
AZSER12749939

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Russia | 1206 | Nikolay, Tumanov | | Dr | | Co-Investigator |
| | | Mikhail, Ivanov | St Petersb Bekhterev Psychoneurol Res Inst. Dep Biol Method 3 Bekhterev Str. 192019 St Petersburg | Professor | | Principal Investigator |
| | | Felix, Banschikov | | Dr | | Co-Investigator |
| | | Galina, Mazo | | Dr | | Co-Investigator |
| | | Nana, Torchinava | | Dr | | Co-Investigator |
| Russia | 1207 Centre number not in use | | | | | |
| Russia | 1208 | Vladimir, Vilianov | Chair of psychiatry of Saratov Medical Univerity 141 Chernyshevskogo st. 410026 Saratov | Dr | | Principal Investigator |
| | | Natalia, Filippova | | Dr | | Co-Investigator |
| | | Yulia, Abrosimova | | Dr | | Co-Investigator |
| | | Lyudmila, Shepkina | | | | Study Nurse |
| South Africa | 1801 | C.W, van Staden | Weskoppies Hospital Out Patients Department Ketjen Street Pretoria West 0001 Pretoria | Professor | | Principal Investigator |
| | | Herman, Pretorius W | | Professor | | Co-investigator |
| | | Francois, Esterhuizen | | Dr | | Co-investigator |
| | | Ria van Wyk | | | | Study Nurse |

51
51

CONFIDENTIAL
AZSER12749940

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| South Africa | 1802 Centre cancelled, not enrolled patients | Sebolelo, Scape | Sterkfontein Hospital Research Unit Ward 8 Sterkfontein Road 1740 Krugersdorp | Dr | | Principal Investigator |
| | | Mary, Dzimwasha | | Dr | | Co-investigator |
| | | Eddie, Pak | | Dr | | Co-investigator |
| | | Sam, Zilesnick | | | | Study Site Co-ordinator |
| | | Felicia, Nel | | | | Study Nurse |
| South Africa | 1803 Centre cancelled, not enrolled patients | Salumu, Selemani | Boithuso Caregivers 110 Madelein Street Florida Roodepoort 1709 Johannesburg 1709 | Dr | | Principal Investigator |
| | | N, Kazadi | | Dr | | Co-Investigator |
| | | Catharina, Coetzee | | | | Study Nurse |
| | | Jennifer, Ackroyd | | | | Study Nurse |

52

CONFIDENTIAL
AZSER12749941

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| South Africa | 1804 Centre cancelled, not enrolled patients | P.J, Pretorius | Blm Willows Oranje Hosp Bloemfontein | Professor | | Principal Investigator |
| | | Frederick, Calitz | | Professor | | Co-Investigator |
| | | Richard, Nichol | | Dr | | Co-Investigator |
| | | L.M, van der Merwe | | Dr | | Co-Investigator |
| | | Ina, Calitz | | | | Study Nurse |
| South Africa | 1805 Centre cancelled, not enrolled patients | D.L, Mkize | Dbn Sydenham King George Hosp King George Hospital Gate 5 Stanley Coperly Road Sydenham 4000 Durban | Professor | | Principal Investigator |
| | | Kader | | Dr | | Co-Investigator |
| | | Karim | | Dr | | Co-Investigator |
| | | Suvira, Ramlall | | Dr | | Co-Investigator |
| | | Saeeda, Paruk | | Dr | | Co-Investigator |
| | | Kay, Maharaj | | | | Study Nurse |

53

CONFIDENTIAL
AZSER12749942

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|-----------------|-------------------|
| South Africa | 1806 Centre cancelled, not enrolled patients | Jadri, Turner | Flexivest Fourteen Research Centre 37 John Merriam Street Oakdale Bellville 7530 Cape Town | Dr | | Principal Investigator |
| | | Dana, Niehaus | | Professor | | Co-Investigator |
| | | Lizel, Koen | | Dr | | Co-Investigator |
| | | Piet, Oosthuizen | | Dr | | Co-Investigator |
| | | Jackie, Gnade | | | | Study Site Co-ordinator |
| | | Retha, Smit | | | | Study Nurse |
| | | Jennifer, Neath | | | | Study Nurse |
| Spain | 1301 | Eduard, Vieta | Hosptial Clinic i Provincial Servicio de Psiquiatria Villarroel 170 08036 Barcelona | Dr | | Principal Investigator |
| | | Carla, Torrent | | Phychologist | | Co-Investigator |
| | | Antoni, Benabarre | | Dr | | Co-Investigator |
| | | José Manuel, Goikolea Alberdi | | Dr | | Co-Investigator |
| | | Merce, Comes | | | | Study Nurse |
| Spain | 1302 | Alfonso, Rodriguez | Centre Forum del Hospital del Mar C/Llull 410 08017 Barcelona | Dr | | Principal Investigator |

54

CONFIDENTIAL
AZSER12749943

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---|---|---|---|---|---|---|
| Spain | 1303 | Manuel, Camacho | Hospital Virgen de la Macarena Servicio de Psiquiatria Avda. Dr. Fedriani s/n 41009 Sevilla | Dr | | Principal Investigator |
| | | Raúl Fernández-Villamor Ortiz | | Dr | | Co-Investigator |
| | | Maria, Merrera Usagre | | | | |
| Spain | 1304 | Julio, Bobes García | Centro de Salud Mental de Teatinos, Servicio de Psiquiatria, Ctra. De Rubin s/n 33011 Oviedo | Dr | | Principal Investigator |
| | | Pilar Alejandra, Sáiz Martínez | | Dr | | Co-Investigator |
| | | Paz, García-Portilla González | | Dr | | Co-Investigator |
| | | Ma Luisa, Prieto Cerdón | | | | Study Nurse |
| Spain | 1305 Centre cancelled, not enrolled patients | Josep, Gascón | Hospital Mutua de Terrassa Serivcio de Psiquiatria Plaza Dr. Robert 5 08221 Terrassa (Barcelona) | Dr | | Principal Investigator |

55
55

CONFIDENTIAL
AZSER12749944

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Spain | 1306 Centre cancelled, not enrolled patients | Alfonso, Chinchilla | Hospital Ramón y Cajal Servicio de Psiquiatría planta 8a control C Ctra. de Colmenar Viejo km 9,1 28034 Madrid | Dr | | Principal Investigator |
| Spain | 1307 Centre cancelled, not enrolled patients | Eulalio, Valmisa | Hospital U. De Puerto Real Servicio de Psiquiatría, Ctra. Nacional IV km 665 11510 Puerto Real (Cádiz) | Dr | | Principal Investigator |
| Spain | 1308 Centre cancelled, not enrolled patients | Luis, San | Benito Menni Complex Assistencial en salut Mental Servicio de Psiquiatría Dr. Antoni Pujades 38 08830 Sant Boi de Llobregat (Barcelona) | | | Principal Investigator |
| Spain | 1309 | José Manuel, Olivares | Hospital Xeral Cíes Servicio de Psiquiatría C/Pizarro 22 36203 Vigo (Pontevedra) | Dr | | Principal Investigator |
| | | Raúl, Vázquez-Noguerol | | Dr | | Principal Investigator/ Co-Investigator |
| | | Purificación, Alonso | | | | Study Nurse |
| | | Araceli, Rodrígues | | | | Study Nurse |
| | | Ma Dolores B, Pereiras | | | | Study Nurse |

56

CONFIDENTIAL
AZSER12749945

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| Spain | 1310 | Celso, Iglesias García | C.S.M Langreo fundacion Adaro Servicio de Psiquiatria C/José y Canella I 33900 Sama de Langreo | Dr | | Principal Investigator |
| | | Susana, Santamarina Montila | | Dr | | Co-Investigator |
| | | Aida, Tomil | | | | Study Nurse |
| | | Valentin J. Rodriguez | | | | Study Nurse |
| Spain | 1311 | Antonio, Higueras Aranda | Grandad, Ud Agudos Psiquiatria Hosp. Univ. Virgen de las Nieves Avda. Fuerzas Armadas, s/n 18014 Granada | Dr | | Principal Investigator |
| | | Inmaculada, Esteban Pinos | | Dr | | Co-Investigator |
| | | Ma Angustias, Ramosramos | | Dr | | Co-Investigator |
| | | Ma Dolores, López Segarra | | Dr | | Co-Investigator |
| | | Enrique, Padial Molina | | Dr | | Co-Investigator |
| | | Guillermo, Pardo Castillo | | Dr | | Co-Investigator |
| | | Jaime, Padilla Martinez | | Dr | | Co-Investigator |
| | | José Francisco, Guerrero Velázquez | | Dr | | Co-Investigator |

57

57

CONFIDENTIAL
AZSER12749946

Clinical Study Report: Appendix 12.1.4.
Study Code: D1447C00126

| Country | Centre No. | Name (First name, Last name) | Centre address | Qualifications | Present position | Role in the study |
|---------|-----------|------------------------------|----------------|----------------|------------------|-------------------|
| | | Pedro, Bustos de Abajo | | Dr | | Co-Investigator |
| | | Ricardo, Jiménez Linares | | Dr | | Co-Investigator |
| | | Yolanda, Mejias Martin | | | | Study Nurse |
| Spain | 1312 | José Luis, Carrasco | Psychiatry department Hospital Clinico San Carlos st Profesor Martin Lagos s/n 28040 Madrid | Dr | | Principal Investigator |
| | | Juan José, Lopez-Ibor | | Dr | | Principal Investigator |
| | | Francisco, Vicente Martin | | Dr | | Co-Investigator |
| | | Ma, Cruz Martin | | | | Study Nurse |
| | | Luis J, Rivera | | | | Study Nurse |
| Spain | 1313 | Miguel Angel, González Torres | H.Civil de Basurto Servicio de Psiquiatría Avda. de Montevideo 16-18 48013 Bilbao | Dr | | Principal Investigator |
| | | Lucia, Inchausti Lopez de Larrucea | | Dr | | Co-Investigator |
| | | Ma. Carmen Martinez | | | | Study Nurse |

58
58

CONFIDENTIAL
AZSER12749947