

AstraZeneca

| Study Code | D1447C00126 |
|---|---|
| Centre Number | 509 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Vlastimil Tichy |
| **Date of birth** (dd/mm/yyyy) | REDACTE |
| **Present appointment** (Job title/Department) | Consultant in psychiatry, Head of Psychiatric Department of Central Military Hospital Prague |
| **Address** (Full work address including post/zip code) | Psychiatric Department of Central Military Hospital |
| | U vojenské nemocnice 1200 |
| | 169 02 Prague 6 |
| | Czech republic |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

| | | Year | |
|---|---|---|---|
| MD, Year: | 1984-Medical Faculty of Charles University Hradec Kralove,Czech Republic | | |
| Specialist, Field | Board examination 1st degree in psychiatry | Year: | 1990 |
| | Consultant in Psychiatry | | 1994 |

PhD ☐    MSc ☐    BSc ☐

Other
(specify)

**Physician's reference/licence number**
(if applicable)

**Previous appointments/experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

Board examination 1st degree in psychiatry

Consultant in Psychiatry

**Publications** (✓ appropriate box)
(Number of articles published)

0 ☐   1-5 ☐   6-10 ☐   11-20 [X]   >20 ☐

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2

3 in psychiatric field, investigator meetings of these studies

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

159

CONFIDENTIAL
AZSER12750048

Curriculum Vitae
Study Code D1447C00126
Centre Number 509

in the respiratory field, GCP training at
investigators meetings for 3 of these
studies)

**Date of signature**                          10. 06 2004

**Signature**

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

160

CONFIDENTIAL
AZSER12750049


AstraZeneca

| Study Code | D1447C00126 |
|---|---|
| Centre Number | 510 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Juraj Rektor |
| **Date of birth** (dd/mm/yyyy) | REDACT |
| **Present appointment** (Job title/Department) | Director of  Psychosocial Center Přerov |
| **Address** (Full work address including post/zip code) | Náměstí  Přerovského povstání 1  Přerov 750 01, Czech republic |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

MD, Year:        1980

Specialist, Field    psychiatry           Year:    1983

PhD  ☐     MSc  ☐     BSc  ☐

Other
(specify)  _____

**Physician's reference/licence number**
(if applicable)

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

Board examination 1st Degree in psychiatry 1983

Board examination 2nd  Degree in psychiatry 1986

**Publications** (✓ appropriate box)
(Number of articles published)

0 ☐    1-5 ☐    6-10 ☐    11-20 [x]    >20 ☐

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

1 - Panic disorder, 1 GCP training

1 – Schizophrenia, 1 GCP training

**Date of signature**        25 - 11 - 2004

**Signature**

CONFIDENTIAL
AZSER12750050


AstraZeneca

| Study Code | D1447C00126 |
|---|---|
| Centre Number | |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Zdeněk Šolle |
| **Date of birth** (dd/mm/yyyy) | REDACT |
| **Present appointment** (Job title/Department) | Head Doctor |
| **Address** (Full work address including post/zip code) | Soukroma psychiatricka ambulance, Uruguayska 6, 120 00, Praha 2, Ceska republika |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MD, Year: | 1989 | | | | | | |
| Specialist, Field | | | | | Year: | | |
| PhD | ☐ | MSc | ☐ | BSc | ☐ | | |
| Other (specify) | | | | | | | |

**Physician's reference/licence number** (if applicable)

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

1992 The first qualifying certificate of Psychiatry

1995 The second qualifying certificate of Psychiatry

**Publications** (✓ appropriate box)
(Number of articles published)

| 0 | [x] | 1-5 | ☐ | 6-10 | ☐ | 11-20 | ☐ | >20 | ☐ |
|---|---|---|---|---|---|---|---|---|---|

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

Participations in clinical trials: with psychotic disorder 2000 IV.phase – Principal Investigator, with panic disorder 2001-2002 III.phase -Principal Investigator, with depressive disorder 2002 III. phase- P I , with dysthimia 2002 IV. Phase – P I , with depressive disorder 2003-2004 III. phase - P I , with psychotic disorder 2003 III. phase-P I , with psychotic disorder 2004 III. phase-P I.

**Date of signature**

9. 3 2005

**Signature**

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

CONFIDENTIAL
AZSER12750051

**AstraZeneca**

| | |
|---|---|
| Study Code | D1447C00126 |
| Centre Number | |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Miroslav Novotný M.D |
| **Date of birth** (dd/mm/yyyy) | REDAC |
| **Present appointment**<br>(Job title/Department) | Head Physician, Departement of Psychiatry, Jeseník, Czech Republic |
| **Address**<br>(Full work address including post/zip code) | Departement of Psychiatry, Dukelská 456, 790 01 Jeseník, Czech Republic |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

| | | |
|---|---|---|
| MD, Year: | M.D. 1967 | |
| Specialist, Field | Psychiatr rehabilitation 1990 | Year: |
| Psychiatr I st degree 1979 | Psychotherapy | |
| Psychiatr II nd degree 1983 | 1996 | |

PhD ☐   MSc ☐   BSc ☐

Other (specify)   Supervizion 2005

| | |
|---|---|
| **Physician's reference/licence number**<br>(if applicable) | Registration No Zdrav.24/R/1992/Dr.Gc |
| **Previous appointments/ experience**<br>(include only relevant therapeutic/ practical experience after gaining qualifications) | |
| **Publications** (✓ appropriate box)<br>(Number of articles published) | 0 ☐   1-5 ☒   6-10 ☐   11-20 ☐   >20 ☐ |
| **Previous experience in clinical trials and type of GCP training received**<br>(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies) | ---------- |

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

163

CONFIDENTIAL
AZSER12750052

Curriculum Vitae
Study Code D1447C00126
Centre Number

**Date of signature**    23. 2. 2005

**Signature**

SOP-C4A-G-T18 CV Template
Version 5, Date: 19 March 2004

164

CONFIDENTIAL
AZSER12750053



| | |
|---|---|
| Study Code | D1447C00126 |
| Centre Number | 601 |
| Country | FINLAND |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Jukka Jarmo Vuorenmaa |
| **Date of birth** (dd/mm/yyyy) | REDACT |
| **Present appointment**<br>(Job title/Department) | Assistant Chief Physician<br>Seinäjoki Central Hospital, Yleissairaala Psyk. pkl. |
| **Address**<br>(Full work address including post/zip code) | Hanneksenrinne 7<br>60220 Seinäjoki |

**Qualifications**
(Degree and other professional qualifications)

MD, Year: 1982

| Specialist, | Psychiatry | Year: | 1990 |
|---|---|---|---|
| Licenced physician | Medicine | | 1982 |

**Previous appointments/ experience**
(include all relevant therapeutic/ practical experience after gaining qualifications)

Junior Home Officer Assistant Physician 1980-1982.
Assistant Chief Physician Department Physician 1982-1990.

Assistant Physician 1989-1990.

Assistant Chief Physician 1991-1992, Psychiatric Medical District of Etelä-Pohjanmaa

Seinäjoki Central Hospital, Psychiatric Departments

Assistant Chief Physician in Acute Psychiatry 1992- ,Seinäjoki Central Hospital Medical District of Etelä-Pohjanmaa

**Publications**
(Number of articles published)

**Previous experience in clinical trials**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field)

About 16

**GCP training**
(number of days, year)

**Date of signature**

14042004

**Signature**



| Study Code | D1447C00126 |
|---|---|
| Centre Number | 602 |
| Country | FINLAND |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Hanna Maria Valtonen |
| **Date of birth** (dd/mm/yyyy) | REDACT |
| **Present appointment** (Job title/Department) | Senior Physician, Department of Psychiatry, Jorvi Hospital, HUCS |
| **Address** (Full work address including post/zip code) | Kamreerintie 7 <br> 02770 Espoo |
| **Qualifications** (Degree and other professional qualifications) | MD, Year: 1992 <br> Specialist   Psychiatry   Year: 1998 |
| **Previous appointments/ experience** (include all relevant therapeutic/ practical experience after gaining qualifications) | General practioner 1990-1992 <br> Assistant Physician 1991-1992 <br> Specialising Physician 1992-1998 <br> Senior Physician 1998- |
| **Publications** (Number of articles published) | 15 |
| **Previous experience in clinical trials** (eg, 3 trials in the cardiovascular field and 2 in the respiratory field) | NO |
| **GCP training** (number of days, year) | |
| **Date of signature** | 27032004 |
| **Signature** | H. - Valtonen |

SOP-04A-G-T18 CV Template
Version 3, Date: 25 February 2004

166

CONFIDENTIAL
AZSER12750055



Study Code: D1447C00126

Centre Number: 603

Country: FINLAND

## Curriculum Vitae

*Please fill in this form in English*

**First and Family Name**  Ilkka Olavi Larmo

**Date of birth** (dd/mm/yyyy)  REDACTED

**Present appointment**
(Job title/Department)  Senior Psychiatrist

Aurora Hospital

**Address**
(Full work address including post/zip code)  Nordenskiöldinkatu 20

00250 Helsinki

**Qualifications**
(Degree and other professional qualifications)  MD, Year: 1983

Specialist,  Psychiatry  Year: 1990

**Previous appointments/ experience**
(include all relevant therapeutic/ practical experience after gaining qualifications)  Resident in Psychiatry 1980-1990  Hesperia Hospital, Helsinki

Senior Psychiatrist 1990-  Hesperia and Aurora Hospitals, Helsinki

**Publications**
(Number of articles published)  5

**Previous experience in clinical trials**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field)  Since 1987 more than twenty

**GCP training**
(number of days, year)  2 / 2003

**Date of signature**  24 MAR 2004

**Signature**

SOP-04A-G-T18 CV Template
Version 3, Date: 25 February 2004

167

CONFIDENTIAL
AZSER12750056



| | |
|---|---|
| Study Code | D1447C00126 |
| Centre Number | 604 |
| Country | FINLAND |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Juhani Aer |
| **Date of birth** (dd/mm/yyyy) | REDACT |
| **Present appointment** (Job title/Department) | Assistant Chief of Psychiatry, Psychiatric Rehabilitation Unit Kellokoski Hospital |
| **Address** (Full work address including post/zip code) | 04500 Kellokoski |

**Qualifications**
(Degree and other professional qualifications)

MD, Year: 1968

Specialist    Psychiatrist    Year: 1999

PhD 1971

**Previous appointments/ experience**
(include all relevant therapeutic/ practical experience after gaining qualifications)

Chief Physician 1969-1973

General Practitioner 1973-1995

Physician specialising in psychiatry at the Clinical of Psychiatry 1995-1999

Chief Psychiatrist, Drug Rehabilitation unit 1999

Assistant Chief of Psychiatry, Psychiatric Rehabilitation unit, Uusimaa District for Mental services 1999-

**Publications**
(Number of articles published)

12

**Previous experience in clinical trials**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field)

3 Trials on the field of psychiatry

**GCP training**
(number of days, year)

**Date of signature**

**Signature**

040404

SOP-04A-G-T18 CV Template
Version 3, Date: 25 February 2004

168

CONFIDENTIAL
AZSER12750057


AstraZeneca

| | |
|---|---|
| Study Code | D 1447 C 00126 |
| Centre Number | 605 |
| Country | FINLAND |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Marko Petri Sorvaniemi |
| **Date of birth** (dd/mm/yyyy) | REDACTED |
| **Present appointment** (Job title/Department) | Senior Consultant<br>Satakunnan Psykiatriapalvelu Oy/Porin Lääkärikeskus Oy |
| **Address** (Full work address including post/zip code) | Itsenäisyydenkatu 33<br>28100 Pori |
| **Qualifications** (Degree and other professional qualifications) | MD, Year:   1988<br>Specialist     Psychiatry          Year:   1996<br>PhD 1998 |
| **Previous appointments/ experience** (include all relevant therapeutic/ practical experience after gaining qualifications) | Senior lecture/1997-  Turku<br>Medical director 1997-  Satakunta Hospital District<br>Qualification for administration 2000  Tampere<br>Senior Consultant 2001- |
| **Publications** (Number of articles published) | > 20 |
| **Previous experience in clinical trials** (eg, 3 trials in the cardiovascular field and 2 in the respiratory field) | Several studies (phase II-IV), around 15. Bibolar 2. |
| **GCP training** (number of days, year) | |
| **Date of signature** | 14 - APR - 04 |
| **Signature** | MARKO SORVANIEMI |

SOP-04A-G-T18 CV Template<br>Version 3, Date: 25 February 2004

CONFIDENTIAL
AZSER12750058


AstraZeneca

| Study Code | D1447C00126 |
|---|---|
| Centre Number | 606 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Roope Raassina |
| **Date of birth** (dd/mm/yyyy) | REDACT |
| **Present appointment** (Job title/Department) | Department of Psychiatry, Helsinki City Hospital Senior Physician |
| **Address** (Full work address including post/zip code) | Auroran sairaala, osasto 15-3B PL 6851, FIN-00099 Helsingin kaupunki, Finland |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

| MD, Year: | 1998 | | |
|---|---|---|---|
| Specialist, Field | Psychiatry, training | Year: | from 2000 |
| PhD ☐ | MSc ☐ | BSc ☐ | |
| Other (specify) | | | |

**Physician's reference/licence number** (if applicable)

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

Dept. of Psychiatry; Helsinki City Hospital, Ass.physician 1997 - 1999, Dept. of Psychiatry; University of Helsinki, Ass.physician 2000 – 2002, Dept. of Psychiatry, Helsinki City Hospital, Senior Physician 2002 -

**Publications** (✓ appropriate box)
(Number of articles published)

0 ☐   1-5 ☐   6-10 ☐   11-20 ☐   >20 ☐

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

5 years, since year 1998

Several studies (Depression, GAD, SAD, Panic, Bipolar, Schizophrenia)

**Date of signature**   26 05 04

**Signature**

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

170

CONFIDENTIAL
AZSER12750059

**AstraZeneca**

| Study Code | D1447C00126 |
|---|---|
| Centre Number | 1701 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Jean-Michel AZORIN |
| **Date of birth** (dd/mm/yyyy) | REDACT |
| **Present appointment** (Job title/Department) | Head of Psychiatry Department |
| **Address** (Full work address including post/zip code) | Hôpital Sainte Marguerite – SHU Psychiatrie Adultes 270 Bd Sainte Marguerite – 13274 MARSEILLE cedex 9 |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

MD, Year: *1980*

Specialist, Field   Psychiatry     Year: *1981*

PhD [X]   MSc [ ]   BSc [ ]

Other (specify) _____

**Physician's reference/licence number**
(if applicable)

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

PH Senior Registrar (Hospital Practitioner)

**Publications** (✓ appropriate box)
(Number of articles published)

0 [ ]   1-5 [ ]   6-10 [ ]   11-20 [ ]   >20 [X]

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

**Date of signature**   *29/7/05*

**Signature**

CONFIDENTIAL
AZSER12750060

 AstraZeneca

| Study Code | **D1447C00126** |
|---|---|
| Centre Number | **1702** |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Pierre VANDEL |
| **Date of birth** (dd/mm/yyyy) | REDACTE |
| **Present appointment**<br>(Job title/Department) | Hospital Practitioner |
| **Address**<br>(Full work address including post/zip code) | CHU Saint Jacques<br>Service de Psychiatrie de l'Adulte<br>2 place Saint Jacques<br>25030 BESANCON Cedex |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

MD, Year: 1995

Specialist, Field  Psychiatry   Year:  2000

PhD [X]   MSc [ ]   BSc [ ]

Other (specify) _____

**Physician's reference/licence number**
(if applicable)    25/03254

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

Hospital Practitioner

**Publications** (✓ appropriate box)
(Number of articles published)

0 [ ]   1-5 [ ]   6-10 [ ]   11-20 [X]   >20 [ ]

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

**Date of signature**     3.02.05

**Signature**

CONFIDENTIAL
AZSER12750061


AstraZeneca

| Study Code | D1447C00126 |
| Centre Number | 1703 |

## Curriculum Vitae

*Please fill in this form in English*

**First and Family Name** — Jean-Marie DANION

**Date of birth** (dd/mm/yyyy) — REDACTED

**Present appointment**
(Job title/Department) — Head of Department- Psychiatry

**Address**
(Full work address including post/zip code) — Service de Psychiatrie - Hôpital Civil - 1 place de l'Hôpital -67091 STRASBOURG Cedex- FRANCE

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

MD, Year: _1979_

Specialist, Field _Psychiatry_ Year: _1980_

PhD ☐  MSc ☐  BSc ☐

Other
(specify) _____

**Physician's reference/licence number**
(if applicable)

**Previous appointments/experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

**Publications** (✓ appropriate box)
(Number of articles published)

0 ☐  1-5 ☐  6-10 ☐  11-20 ☐  >20 ☒

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

More than 20 studies of antidepressants, antipsychotics and anxiolytics

**Date of signature** — _12.10.2005_

**Signature** — _[signature]_

SOP-210-G T64 Curriculum Vitae template
Version 1, Date: 14 April 2005

173

CONFIDENTIAL
AZSER12750062



| Study Code | **D1447C00126** |
|---|---|
| Centre Number | **1704** |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Jean-Albert MEYNARD |
| **Date of birth** (dd/mm/yyyy) | REDACT |
| **Present appointment** (Job title/Department) | Head of Psychiatry Department |
| **Address** (Full work address including post/zip code) | Hôpital Marius Lacroix<br>Service de Psychiatrie – Secteur II<br>208 rue Marius Lacroix<br>17022 LA ROCHELLE cedex |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

MD, Year:  1977

Specialist, Field  Psychiatry  Year:  1979

PhD  [X]  MSc [ ]  BSc [ ]

Other (specify)  _____

**Physician's reference/licence number** (if applicable)   17 1402

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

Hospital Practitioner

**Publications** (✓ appropriate box)
(Number of articles published)

0 [ ]  1-5 [ ]  6-10 [ ]  11-20 [ ]  >20 [X]

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

**Date of signature**   28/09/05

**Signature**

CONFIDENTIAL
AZSER12750063



| Study Code | **D1447C00126** |
|---|---|
| Centre Number | **1705** |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Didier CASTELNAU |
| **Date of birth** (dd/mm/yyyy) | REDACT |
| **Present appointment**<br>(Job title/Department) | Head of Psychiatry Department |
| **Address**<br>(Full work address including post/zip code) | Hôpital Lapeyronie<br><br>Service de Psychologie Médicale et Psychiatrie<br><br>371 avenue du Doyen Gaston Giraud<br><br>34295 MONTPELLIER |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

| MD, Year: | 1968 | | |
|---|---|---|---|
| Specialist, Field | Psychiatry | Year: | 1973 |

PhD [X]   MSc [ ]   BSc [ ]

Other (specify) _____

**Physician's reference/licence number**
(if applicable)

34 3462

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

Hospital Practitioner

**Publications** (✓ appropriate box)
(Number of articles published)

0 [ ]   1-5 [ ]   6-10 [ ]   11-20 [ ]   >20 [X]

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

**Date of signature**   27 - 09 - 05

**Signature**

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

175

CONFIDENTIAL
AZSER12750064


AstraZeneca

| Study Code | **D1447C00126** |
|---|---|
| Centre Number | **1706** |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Bernard JOMARD |
| **Date of birth** (dd/mm/yyyy) | REDACTE |
| **Present appointment** (Job title/Department) | Hospital Psychiatrist |
| **Address** (Full work address including post/zip code) | Centre Médico Psychologique |
| | Secteur 01G01 |
| | 6 bis rue Gabriel Vicaire |
| | 01000 BOURG EN BRESSE |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

MD, Year:   1985

Specialist, Field   Psychiatry   Year:   1985

PhD  [X]   MSc  [ ]   BSc  [ ]

Other (specify)   _____

**Physician's reference/licence number** (if applicable)   01 2477

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

Hospital Practitioner

**Publications** (✓ appropriate box)
(Number of articles published)

0 [ ]  1-5 [ ]  6-10 [X]  11-20 [ ]  >20 [ ]

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

*40 essais thérapeutiques sur 15 ans*

**Date of signature**

*25/02/2005*

**Signature**

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

176

CONFIDENTIAL
AZSER12750065



| Study Code | **D1447C00126** |
|---|---|
| Centre Number | **1707** |

---

## Curriculum Vitae

---

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Joël PON |
| **Date of birth** (dd/mm/yyyy) | REDACTED |
| **Present appointment**<br>(Job title/Department) | Psychiatrist |
| **Address**<br>(Full work address including post/zip code) | 146 avenue des Minimes<br>31200 TOULOUSE |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

| | | | | | |
|---|---|---|---|---|---|
| MD, Year: | 1978 | | | | |
| Specialist, Field | Psychiatry | | Year: | 1981 | |
| PhD | [X] | MSc | [ ] | BSc | [ ] |
| Other<br>(specify) | | | | | |

| | |
|---|---|
| **Physician's reference/licence number**<br>(if applicable) | 31 104362 4 |
| **Previous appointments/<br>experience**<br>(include only relevant therapeutic/ practical experience after gaining qualifications) | |

**Publications** (✓ appropriate box)
(Number of articles published)

| 0 [ ] | 1-5 [ ] | 6-10 [ ] | 11-20 [ ] | >20 [ ] |
|---|---|---|---|---|

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

MANY TRIAL PHASE II, III, IV

**Date of signature**

1 SEP 05

**Signature**

CONFIDENTIAL
AZSER12750066



| Study Code | **D1447C00126** |
|---|---|
| Centre Number | **1708** |

---

## Curriculum Vitae

---

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Charles-Siegfried PERETTI |
| **Date of birth** (dd/mm/yyyy) | REDACT |
| **Present appointment**<br>(Job title/Department) | Psychiatrist |
| **Address**<br>(Full work address including post/zip code) | Hôpital St Antoine<br><br>184 rue du Faubourg St Antoine<br><br>75012 PARIS |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

MD, Year:    1987

Specialist, Field    Psychiatry    Year:    1989

PhD [X]    MSc [ ]    BSc [ ]

Other
(specify)    _____

**Physician's reference/licence number**
(if applicable)

31 1705674

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

*Cognitive Science, Psychopharmacology*
*M-Science*

**Publications** (✓ appropriate box)
(Number of articles published)

0 [ ]    1-5 [ ]    6-10 [ ]    11-20 [ ]    >20 [X]

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

*More than 20 trials (phase II and III)*

**Date of signature**    *14 SEP 05*

**Signature**

CONFIDENTIAL
AZSER12750067


AstraZeneca

| | |
|---|---|
| Study Code | D1447C00126 |
| Centre Number | 1709 |

## Curriculum Vitae

*Please fill in this form in English*

**First and Family Name**  Mocrane ABBAR

**Date of birth** (dd/mm/yyyy)  REDACTED

**Present appointment**  Psychiatrist
(Job title/Department)

**Address**  Hôpital Caremeau, Service de Psychiatrie A,
(Full work address including post/zip code)  Rue du Pr . Debré, BP 26, 30029 NIMES, FRANCE

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

MD, Year:  1987
Specialist, Field  Psychiatry  Year:  1990
PhD ☐   MSc ☐   BSc ☐
Other  Post Graduate Degree :
(specify)  Reproduction and Development

**Physician's reference/licence number**  CDOM : 2943
(if applicable)  31

**Previous appointments/ experience**  Current teaching activity, research activities
(include only relevant therapeutic/ practical experience after gaining qualifications)

**Publications** (✓ appropriate box)  0 ☐  1-5 ☐  6-10 ☐  11-20 ☐  >20 ☒
(Number of articles published)

**Previous experience in clinical trials and type of GCP training received**  Several clinical trials including a clinical trial on 5 families of bipolar people
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

**Date of signature**  13 / 6 / 6

**Signature**

SOP-210-G T64 Curriculum Vitae template
Version 1, Date: 14 April 2005

179

CONFIDENTIAL
AZSER12750068



| Study Code | D1447C00126 |
|---|---|
| Centre Number | 701 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | M.D. Ph.D. Michael Bauer |
| **Date of birth** (dd/mm/yyyy) | REDACTED |
| **Present appointment** (Job title/Department) | Associate Professor of Psychiatry / Department of Psychiatry |
| **Address** (Full work address including post/zip code) | Klinik für Psychiatrie und Psychotherapie <br> Charité-Hochschulmedizin Berlin <br> Campus Charité Mitte (CCM) <br> Schumannstr. 20/21 <br> 10117 Berlin |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

| MD, Year: | 1989 | | |
|---|---|---|---|
| Specialist, Field | Associate Research Professor of Psychiatry | Year: | 2001 |

| PhD | x | MSc | | BSc | |
|---|---|---|---|---|---|

Other (specify)
1982 Diploma Biology
1987 Dr. rer. nat. Molecular Biology & Biochemistry
1993 Dr. med.
2001 Private lecturer Psychiatry

**Physician's reference/licence number** (if applicable)

not applicable

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

Since May 1, 2002, Department Head; Director, Mood Disorders Clinics and Research Program, Department of Psychiatry and Psychotherapy, Charité Medical Center, Humoldt University at Berlin, Germany

2001-2002, Associate Research Professor of Psychiatry, University of California Los Angeles (UCLA), Neuropsychiatric Research Institute & Hospital,

CV Template Dr. M. Bauer, Berlin

180

CONFIDENTIAL
AZSER12750069

Curriculum Vitae
Study Code D1447C00126
Centre Number 701

Department of Psychiatry & Biobehavioral Sciences, Mood Disorders Research Program, USA

1998 – 2001, Visiting Professor, University of California Los Angeles, Neuropsychiatric Research Institute &

Hospital, Department of Psychiatry & Biobehavioral,

Sciences, Mood Disorders Research Program, USA

1998 Specialist in Psychiatry / 2000 Specialist in Psychiatry and Psychotherapy

1997 – 1998, Assistant Clinical Professor, senior registrar (Supervising Psychiatrist), Department of Psychiatry, Benjamin Franklin Medical Center, Free University Berlin, Germany

1994 – 1998, Associate Director, Berlin Lithium Clinic and Research Group of Clinical Psychopharmacology, Department of Psychiatry, Free University Berlin, Germany

**Publications** (✓ appropriate box)
(Number of articles published)

| 0 | 1-5 | 6-10 | 11-20 | >20 |
|---|-----|------|-------|-----|
|   |     |      |       | x |

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

*3 trials in the psychiatry field (Principal Investigator)*
*5 trials in the psychiatry field (Investigator)*

**Date of signature**   *26-05-2004*

**Signature**   *[signature]*

CV Template Dr. M. Bauer, Berlin

181

CONFIDENTIAL
AZSER12750070



| Study Code | D1447C00126 |
|---|---|
| Centre Number | 702 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Prof. Dr. Albert Diefenbacher |
| **Date of birth** (dd/mm/yyyy) | REDACT |
| **Present appointment** (Job title/Department) | Head of Department of Psychiatry and Psychotherapy, Evangelisches Krankenhaus Königin Elisabeth, Berlin |
| **Address** (Full work address including post/zip code) | Evangelisches Krankenhaus Königin Elisabeth Herzberge gGmbH<br><br>Abt. für Psychiatrie und Psychotherapie<br><br>Herzbergestr. 79<br><br>10365 Berlin |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

| | | | | |
|---|---|---|---|---|
| MD, Year: | 1980 | | | |
| Specialist, Field | Neurology and Psychiatry | Year: | 1991 | |
| | Medical Specialist in Psychotherapy and Group Psychotherapy | | 1991 | |

PhD ☒    MSc ☐    BSc ☐

Other (specify) _____

**Physician's reference/licence number**
(if applicable)

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

1983 – 1984: Resident physician at the Department of Neurosurgery at the University Hospital of Freiburg

1984 – 1988: Resident physician at the Neurological Department of the Schlosspark-Klinik, a private hospital in Berlin where worked for more than one year with outpatients an received an additional qualification in electroencephalography, electromyography, evoked potentials an ultrasound doppler sonography. In addition held classes in neurology and psychiatry at a private school for physiotherapists and deputised in some private

CV Template Dr. Elstner, Berlin

182

CONFIDENTIAL
AZSER12750071

Curriculum Vitae
Study Code D1447C00126
Centre Number 702

practices of neurology and psychiatry in Berlin.

1988 – 1992: Worked as a resident at the Psychiatric Department of the Free University of Berlin, where did an additional curricular education in psychotherapy and group psychotherapy and worked in a specialised outpatient unit for patients with affective psychoses treated with lithium an carbamazepine, and at the outpatient unit of the Psychiatric Department.

1991: State Certificate as a Specialist in Neurology an Psychiatry, State Certificate as a Medical Specialist in Psychotherapy and Group Psychotherapy

1991 – 1992: Consultant psychiatrist at the University Hospital of the Free University of Berlin with al liaison emphasis at the outpatient pain center.

1992 – 1993: Pollin International Fellow at the Division of Behavioral Medicine and Consultation Psychiatry (Prof. James J. Strain, Director), Mount Sinai School of Medicine, New York, New York

1992 – 1993: Educational Grant by the Deutsche Forschungsgemeinschaft (DFG) (Bonn, Germany) to investigate "Diagnostic an therapy of deliria and dementia in consultation-liaison psychiatry."

1994 – 1998: Vice head of Department, I. Allgemeinpsychiatrische Abteilung, Evangelisches Krankenhaus Königin Elisabeth, Berlin

1999 – present: Head of Department of Psychiatry and Psychotherapy, Evangelisches Krankenhaus Königin Elisabeth, Berlin

2000: Member of the Psychiatric Council to the Senate of Berlin

2001: Associate Editor "General Hospital Psychiatry"

2002: Privatdozent at the Humboldt University Berlin, Charité and Professor at the Universität der Künste Berlin

**Publications** (✓ appropriate box)
(Number of articles published)

| 0 | 1-5 | 6-20 | 11-20 | >20 |
|---|-----|------|-------|-----|
|   |     |      |       | X   |

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

CV Template Prof. Dr. Diefenbacher, Berlin

183

CONFIDENTIAL
AZSER12750072

Curriculum Vitae
Study Code D1447C00126
Centre Number 702

**Date of signature**

05/07/2004

**Signature**

CV Template Prof. Dr. Diefenbacher, Berlin

184

CONFIDENTIAL
AZSER12750073



| Study Code | D1447C00126 |
|---|---|
| Centre Number | 703 |

---

# Curriculum Vitae

---

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Dieter Kunz M.D. |
| **Date of birth** (dd/mm/yyyy) | REDACT |
| **Present appointment** (Job title/Department) | Clinical psychiatrist, sleep researcher, clinical chronobiologist |
| **Address** (Full work address including post/zip code) | Psychiatrische Universitätsklinik der Charité im St. Hedwig Krankenhaus |
| | Turmstr. 21 |
| | 10559 Berlin |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

MD, Year:     1991

Specialist, Field    Board certificate as    Year:   1999
                     Psychiatrist

PhD ☐    MSc ☐    BSc ☐

Other        1999, Board certificate as
(specify)    Somnologist

**Physician's reference/licence number**
(if applicable)

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

1997-1999, Supervising physician Interdisciplinary Sleep Clinic, Dept. Psychiatry, Free University Berlin

1999-07/2002, Supervising psychiatrist, Dept. Psychiatry and Psychotherapy – University of medicine Lübeck

11/2002, Head Psychiatric University Clinic Charité in the St. Hedwig Hospital and director research group *Sleep Research & Clinical Chronobiology* Charitè – University Medicine, Campus Charitè Mitte

**Publications** (✓ appropriate box)
(Number of articles published)

0 ☐    1-5 ☐    6-10 ☐    11-20 ☐    >20 ☒

CV Template Dr. Kunz, Berlin

CONFIDENTIAL
AZSER12750074

Curriculum Vitae
Study Code D1447C00126
Centre Number 703

| | |
|---|---|
| **Previous experience in clinical trials and type of GCP training received** (eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies) | 2 trials insomnia (1 principal investigator) |
| | 2 trials affective disorders |
| | 6 schizophrenia (3 principal investigator) |
| | GCP training for 2 of these |
| **Date of signature** | 11.05.04 |
| **Signature** | |

CV Template, Dr. Kunz, Berlin

186

CONFIDENTIAL
AZSER12750075



| Study Code | D1447C00126 |
| Centre Number | Germany  705 |

## Curriculum Vitae

*Please fill in this form in English*

| First and Family Name | Dr. Dr. Niels Bergemann |
|---|---|
| Date of birth (dd/mm/yyyy) | REDACT |
| Present appointment (Job title/Department) | since 09/1998: Assistant Medical Director/Consultant, Psychiatrische Universitätsklinik Heidelberg |
| Address (Full work address including post/zip code) | Psychiatrische Universitätsklinik Heidelberg Voss-Str. 4 69115 Heidelberg |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

| MD, Year: | 1993 | | |
|---|---|---|---|
| Specialist, Field | Dr. rer. nat. | Year: | 2001 |
| PhD [x] | MSc [x] | BSc [ ] | |
| Other (specify) | Diploma in Psychology, 1983 | | |

**Physician's reference/licence number** (if applicable)

| Previous appointments/ experience (include only relevant therapeutic/ practical experience after gaining qualifications) | 1994-1998: Senior Resident/Research Fellow, Psychiatrische Universitätsklinik Heidelberg 1993-1994: Resident/Research Fellow, Psychiatrische Universitätsklinik Bonn 1991-1993: Resident/Research Fellow, Neurologische Universitätsklinik Frankfurt/Main |
|---|---|
| **Publications** (✓ appropriate box) (Number of articles published) | 0 [ ]  1-5 [ ]  6-10 [ ]  11-20 [ ]  >20 [x] |
| **Previous experience in clinical trials and type of GCP training received** (eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies) | 3 trials in neurology, 17 trials in psychiatry, GCP training at investigators meetings for approximately 9 of these studies, several rating scale trainings |
| **Date of signature** | 11.7.04 |
| **Signature** | |

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

187

CONFIDENTIAL
AZSER12750076



| Study Code | D1447C00126 |
|---|---|
| Centre Number | 706 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Prof. Dr. med. Max Schmauß |
| **Date of birth** (dd/mm/yyyy) | REDACT |
| **Present appointment** (Job title/Department) | since 1989 medical director , Bezirkskrankenhaus Augsburg |
| **Address** (Full work address including post/zip code) | Prof. Dr. med. Max Scmauß |
| | Bezirkskrankenhaus Augsburg |
| | Dr.-Mack-Str. 1 |
| | 86156 Augsburg |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

| MD, Year: | 1977 | | |
|---|---|---|---|
| Specialist, Field | Specialist in Psychiatry and Neurology | Year: | 1984 |
| | Specialist in Psychotherapie | | 1986 |

| PhD | [x] | MSc | [ ] | BSc | [ ] |
|---|---|---|---|---|---|

| Other (specify) | 1990 private lecturer at the LMU Munich |
|---|---|
| | 1997 Professor at the LMU Munich |

**Physician's reference/licence number**
(if applicable)

| **Previous appointments/ experience** (include only relevant therapeutic/ practical experience after gaining qualifications) | 1984-1989: senior registrar at the Clinic of Psychiatry of the university of Munich (Prof. Dr. H. Hippius) |
|---|---|

**Publications** (✓ appropriate box)
(Number of articles published)

| 0 | [ ] | 1-5 | [ ] | 6-10 | [ ] | 11-20 | [ ] | >20 | [x] |
|---|---|---|---|---|---|---|---|---|---|

| **Previous experience in clinical trials and type of GCP training received** (eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at | Since 1984 several research projects in schizophrenia in biological psychiatry and neuro-psychopharmacology. |
|---|---|
| | GCP experience from conduction of various studies and |

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

188

CONFIDENTIAL
AZSER12750077

Curriculum Vitae
Study Code D1447C00126
Centre Number 706

investigators meetings for 3 of these          by several investigator-meetings
studies)

**Date of signature**                          $O^4$. 10 2004

**Signature**                                  Mux

SOP-04A-G-T18 CV Template
Version 5, Date  19 March 2004

189

CONFIDENTIAL
AZSER12750078



| Study Code | D1447C00126 |
|---|---|
| Centre Number | 707 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Dr. med. Franz Markus Leweke |
| **Date of birth** (dd/mm/yyyy) | REDACT |
| **Present appointment**<br>(Job title/Department) | Senior Lecturer in Psychiatry and Psychotherapy<br>Senior Consultant – Dept. of Psychiatry and<br>Psychotherapy, University of Cologne<br><br>Head of the Section of Experimental and Clinical<br>Neuropsychopharmacology – Dept. of Psychiatry and<br>Psychotherapy, University of Cologne |
| **Address**<br>(Full work address including post/zip code) | Klinikum der Universität zu Köln<br>Klinik und Poliklinik für Psychiatrie und Psychotherapie<br>Kerpener Str. 62<br>50924 Köln |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

| | | | |
|---|---|---|---|
| MD, Year: | 1993 | | |
| Specialist, Field | Specialist in Psychiatry | Year: | 1996 |
| | Specialist Neurology | | 2000 |
| | Specialist in Psychiatry and Psychotherapy | | 2003 |
| PhD ☐ | MSc ☐ | BSc ☐ | |
| Other (specify) | | | |

**Physician's reference/licence number**
(if applicable)

| | |
|---|---|
| **Previous appointments/ experience**<br>(include only relevant therapeutic/ practical experience after gaining qualifications) | 12/1991 – 01/1992: Neurological Resident and Research Fellow, Institute of Neurophysiology, University of Cologne (Prof. Dr. U. Heinemann) |

02/1992 – 06/1993: Neurological Resident and Clinical Research Fellow, Clinic of Neurology, Alfried-Krupp-Hospital, Essen (Prof. Dr. J. Noth and Prof. Dr. P. Berlit)

02/1992 – 04/1993: Medical doctor in civilian service

06-09/1993: Neurological Registrar and Postdoctoral Research Fellow, Institute of Neurophysiology, University of Cologne (Prof. Dr. U. Heinemann)

10/1993 – 04/1996: Psychiatric Registrar and Postdoctoral Research Fellow, Dept. of Clinical Psychiatry and Psychotherapy", Medizinische Hochschule Hannover (Prof. Dr. Dr. H. M. Emrich)

05/1996 – 08/1997: Neurological Registrar and Postdoctoral Research Fellow, Dept. of Epileptology, University of Bonn (Prof. Dr. C. E. Elger, FRCP)

09/1997 – 09/1999: Senior Consultant and Deputy Head, Dept. of Psychiatry – Unit for Addiction and Drug Dependence (CA Dr. W. Burscheidt), Dept. of Psychiatry and Psychotherapy, Heinrich-Heine-University, Rheinische Kliniken, Düsseldorf (Prof. Dr. W. Gaebel)

07-08/1998: Visiting Research Fellow, Institute of Neuroscience, San Diego, California (Prof. D. Piomelli, Ph.D.)

| **Publications** (✓ appropriate box) (Number of articles published) | 0 ☐ | 1-5 ☐ | 6-10 ☐ | 11-20 ☐ | >20 ☑ |

**Previous experience in clinical trials and type of GCP training received** (eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

3 trials in bipolar affective disorders, 3 trials in alcohol dependence, 2 trials in cannabinoid research, 3 trials in schizophrenia, GCP training at investigators meetings for 3 of these studies.

**Date of signature**     20 06 2005

**Signature**

CONFIDENTIAL
AZSER12750080

AstraZeneca

| Study Code | D1447C00126 |
|---|---|
| Centre Number | 708 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Ekkehard Haen |
| **Date of birth** (dd/mm/yyyy) | REDACT |
| **Present appointment**<br>(Job title/Department) | professor: psychiatric uiniversigy clinic regensburg<br>clinical pharmacology and psychopharmacology |
| **Address**<br>(Full work address including post/zip code) | Klinische Pharmakologie / Psychopharmakologie<br>Psychiatrische Universitätsklinik<br>Universitätsstr. 84<br>93053 Regensburg |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

MD, Year:   1982 Dr. med.
            1993 Dr. med. habil
            1998 Dr. rer. nat.

            2000: Professor

Specialist, Field   Pharmacology,   Year:   1988
                    Toxicology

                    clinical                1993
                    pharmacology

PhD [x]   MSc [ ]   BSc [ ]

Other
(specify)

**Physician's reference/licence number**
(if applicable)

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

192

CONFIDENTIAL
AZSER12750081

Curriculum Vitae
Study Code D1447C00126
Centre Number 708

| | |
|---|---|
| **Previous appointments/ experience**<br>(include only relevant therapeutic/ practical experience after gaining qualifications) | since 01.06.1986:<br><br>- further specialisation as physician for clinical pharmacology (TU Munich)<br>- Practical and scientific activities in the...<br>* department of pneumology (TU Munich)<br>* dept. of. allergology (TU Munich)<br>* dept. of light (TU Munich)<br>* Clinic of dermatology (LMU Munich)<br>- cooperation at the IPHAR-Institut for clinical pharmacology GmbH (Munich)<br>- ward round in the intensive care and the cardiolgogical station (LMU Munich)<br><br>since 15.06.1997:<br><br>- senior registrar at the psychiatric university clinic Regensburg |

**Publications** (✓ appropriate box)
(Number of articles published)

| 0 ☐ | 1-5 ☐ | 6-10 ☐ | 11-20 ☐ | >20 ☒ |
|---|---|---|---|---|

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

- involved in several other studies
- GCP booklet was handed out by AstraZeneca

**Date of signature**          *22. 01. 2006*

**Signature**          *Eberhard Haen*

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

193

CONFIDENTIAL
AZSER12750082

**AstraZeneca**

| Study Code | D1447C00126 |
|---|---|
| Centre Number | 709 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Prof. Dr. med. Peter Gaston Falkai |
| **Date of birth** (dd/mm/yyyy) | REDAC |
| **Present appointment**<br>(Job title/Department) | since 01.08.2002:<br>Professor and Chairman, Department of Psychiatry and Psychotherapy, University of Saarland, Homburg/Saar (Germany) |
| **Address**<br>(Full work address including post/zip code) | Universitätsklinikum des Saarlandes<br>Klinik f. Psychiatrie u. Psychotherapie<br>Kirrberger Straße<br>66421 Homburg/Saar |
| **Qualifications**<br>(Degree and other professional qualifications)<br>(✓ relevant qualifications, or specify) | MD, Year:<br>Specialist, Field   Specialist in psychiatry   Year:   1992<br>PhD ☐   MSc ☐   BSc ☐<br>Other (specify) |
| **Physician's reference/licence number**<br>(if applicable) | |
| **Previous appointments/ experience**<br>(include only relevant therapeutic/ practical experience after gaining qualifications) | - 01.12.1987-14.05.1993:<br>Senior house officer at the Rheinische Landes- und Hochschulklinik Düsseldorf, Department of Psychiatry of the Heinrich-Heine-University, Düsseldorf<br>- 15.05.1993 – 15.04.1995:<br>Registrar same place<br>- 16.04.1995 – 31.10.1996:<br>Deputy clinical director, same place<br>- 01.11.1996 – 31.07.2002:<br>Professor of Medical Psychology and Director of the Division of Medical Psychology, Deputy Chairman of the Department of Psychiatry of the Rheinische-Friedrich-Wilhelms-University Bonn |

CV Template Prof. Dr. Falkai, Homburg/Saar

194

CONFIDENTIAL
AZSER12750083

*Curriculum Vitae*
Study Code DI447C001266
Centre Number 709

| | |
|---|---|
| **Publications** (✓ appropriate box) (Number of articles published) | 0 ☐   1-5 ☐   6-10 ☐   11-20 ☐   >20 ☑ |
| **Previous experience in clinical trials and type of GCP training received** (eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies) | **GCP trained by self training and in several investigator's meetings.** |

**Date of signature**                          08/05/05

**Signature**

CV Template Dr. Trendelenburg, Berlin

195

CONFIDENTIAL
AZSER12750084

| Study Code | D1447C00126 |
|---|---|
| Country | Hungary |
| Centre No. | 802 |

# Curriculum Vitae

Please complete this form in English

| **First and family name** | István Bitter MD, Phd |
|---|---|

| **Present position** | Professor of Psychiatry |
|---|---|

**Address**
(Full office address incl. postal/zip code)    Semmelweis Egyetem, Pszichiátriai és Pszichiterápiás Klinika 1083 Budapest Balassa u. 6. Hungary

**Medical education**

| Name of school | Semmelweis University of Medicine |
|---|---|
| City, Country | Budapest, Hungary |
| Duration of education | 6 years |
| Degree attained | M.D. |
| Education completed in year | 1974 |

**Physician's reference/license number (if applicable)**    29 271

*Postgraduate training*

| Type of training | Phd |
|---|---|
| Name of institution | Hungarian Academy of Science |
| City, Country | Budapest, Hungary |
| Duration of training | 3 years |
| Degree attained | |
| Training completed in year | 1992 |

| Type of training | Psychotherapy |
|---|---|
| Name of institution | |
| City, Country | Budapest, Hungary |
| Duration of training | 6 years |
| Degree attained | Specialist in Psychoterpy |
| Training completed in year | 1986 |

| Type of training | Psychiatrist |
|---|---|
| Name of institution | Semmelweis University of Medicine |
| City, Country | Budapest, Hungary |
| Duration of training | 4 years |
| Degree attained | Specialist in Psychiatrist |
| Training completed in year | 1982 |

196

CONFIDENTIAL
AZSER12750085

Curriculum Vitae
Study Code D1447C00126

| | |
|---|---|
| Type of training | Neurology |
| Name of institution | Semmelweis University of Medicine |
| City, Country | Budapest, Hungary |
| Duration of training | 5 years |
| Degree attained | Specialist in Neurology |
| Training completed in year | 1979 |

**Publications**
(number of written publications in
relevant area(s) of research)          107

**Experience of clinical research**     50
(number of clinical studies sponsored
by the pharmaceutical industry to
which the individual has contributed)

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in the European Economic Area.

Signature _____          Date of signature _11/03/2004_

CONFIDENTIAL
AZSER12750086



| Study Code | D1447C00126 |
|---|---|
| Centre Number | 803 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Gábor Feller, MD |
| **Date of birth** (dd/mm/yyyy) | REDACT |
| **Present appointment** (Job title/Department) | Psychologist/Department of Psychiatry II. |
| **Address** (Full work address including post/zip code) | 9024 Győr, Zrínyi u. 13. |
| **Qualifications** (Degree and other professional qualifications) (✓ relevant qualifications, or specify) | MD, Year: 1988 |

Specialist, Field   Psychiatry   Year:  1994

PhD ☐   MSc ☐   BSc ☐

Other (specify)   Neurology - 1999

| | |
|---|---|
| **Physician's reference/licence number** (if applicable) | 45 458 |
| **Previous appointments/ experience** (include only relevant therapeutic/ practical experience after gaining qualifications) | Petz Aladár County Hospital, II. Department of Psychiatry<br>GCP training |
| **Publications** (✓ appropriate box) (Number of articles published) | 0 ☐   1-5 ☐   6-10 ☒   11-20 ☐   >20 ☐ |
| **Previous experience in clinical trials and type of GCP training received** (eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies) | Clinical trials in the specialist care field – indications schizophrenia, psychotic disorders and depression<br>International psychopharmacological studies |
| **Date of signature** | 21 / 03 / 2004 |
| **Signature** | |

CONFIDENTIAL
AZSER12750087

| | | |
|---|---|---|
| Study Code | | D1447C00126 |
| Country | | Hungary |
| Centre No. | | 8o4 |

**Curriculum Vitae**

**First and family name**          **ZOLTAN JANKA M.D., Ph.D.**

**Present position**               Professor, Chairman

**Address**                       Department of Psychiatry,
                                  Albert Szent-Györgyi Center
(Full office address incl.        Faculty of Medicine, University of Szeged
postal/zip code)                  6 Semmelweis St., Szeged, H-6725 Hungary

**Medical education**
  Name of school            Medical Faculty of University Medical School
  City,Country              Szeged, Hungary
  Duration of education     6    year(s),    -    month(s)
  Degree attained           physician
  Education completed in year  1974

**Physician's reference/license
number (if applicable)**          29750

**Postgraduate training**
  Type of training          Specialization in Neurology
  Name of institution
  City,Country              Budapest, Hungary
  Duration of training      5    year(s)    -    month(s)
  Degree attained           neurology
  Training completed in year  1978

  Type of training          Specialization in Psychiatry
  Name of institution
  City, Country             Budapest, Hungary
  Duration of training      4    year(s)    -    month(s)
  Degree attained           psychiatrist
  Training completed in year  1983

  Type of training          Ph.D.
  Name of institution       Hungarian Academy of Sciences, University of Szeged
  City, Country             Szeged, Hungary
  Duration of training      4    year(s)    -    month(s)
  Degree attained
  Training completed in year  1985

199

CONFIDENTIAL
AZSER12750088

**Publications**                                   231
(number of written publications in
relevant area(s) of research)

**Experience of clinical research**                 21
(number of clinical studies sponsored
by the pharmaceutical industry to
which the individual has contributed)

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or
subsequently) to one or more of the AstraZeneca group of companies and to the Food and
Drug Administration in the USA, where the data protection laws may not exist or be as
developed as in the European Economic Area.

**Signature**        _Zoltan Janka_          **Date of signature** _16 Sept 2003_

CONFIDENTIAL
AZSER12750089

| Study Code | D1447C00126 |
|---|---|
| Country | Hungary |
| Centre No. | 805 |

# Curriculum Vitae

Please complete this form in English

| | |
|---|---|
| **First and family name** | Zoltán Rihmer MD, Phd |
| **Present position** | Director and head , In- and Outpatient Department of Psychiatry No. XIII, National Institute for Psychiatry and Neurology |
| **Address**<br>(Full office address incl. postal/zip code) | National Institute for Psychiatry and Neurology<br>1021 Budapest Hűvösvölgyi út 116. Hungary |

**Medical education**

| | |
|---|---|
| Name of school | Medical University of Pécs |
| City, Country | Pécs, Hungary |
| Duration of education | 6 years |
| Degree attained | M.D. |
| Education completed in year | 1971 |

| | |
|---|---|
| **Physician's reference/license number (if applicable)** | 26 787 |

**Postgraduate training**

| | |
|---|---|
| Type of training | Phd |
| Name of institution | Hungarian Academy of Science |
| City, Country | Budapest, Hungary |
| Duration of training | |
| Degree attained | |
| Training completed in year | 1995 |

| | |
|---|---|
| Type of training | Pharmacology |
| Name of institution | Postgraduate Medical University |
| City, Country | Budapest, Hungary |
| Duration of training | 2 years |
| Degree attained | Speciality examination in pharmacology |
| Training completed in year | 1990 |

CONFIDENTIAL
AZSER12750090

Curriculum Vitae
Study Code D1447C00126

| | |
|---|---|
| Type of training | Neurology |
| Name of institution | Postgraduate Medical University |
| City, Country | Budapest, Hungary |
| Duration of training | 3 years |
| Degree attained | Speciality examination in neurology |
| Training completed in year | 1979 |

| | |
|---|---|
| Type of training | psychiatry |
| Name of institution | Postgraduate Medical University |
| City, Country | Budapest, Hungary |
| Duration of training | 5 years |
| Degree attained | Speciality examination in psychiatry |
| Training completed in year | 1976 |

**Publications**
(number of written publications in
relevant area(s) of research)                233

**Experience of clinical research**
(number of clinical studies sponsored
by the pharmaceutical industry to
which the individual has contributed)

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in the European Economic Area.

**Signature** _____        **Date of signature** _17 Sept - 2003._

CONFIDENTIAL
AZSER12750091

| Study Code | D1447C00126 |
|---|---|
| Country | Hungary |
| Centre No. | 806 |

## Curriculum Vitae

Please complete this form in English

| First and family name | Attila Szűcs |
|---|---|

| Present position | Head of Department |
|---|---|

| Address<br>(Full office address incl. postal/zip code) | Bács-Kiskun Megyei Önkormányzat Kórháza |
|---|---|
| | 6000 Kecskemét, Izsáki út 5. |

**Medical education**

| Name of school | Medical University of Szeged |
|---|---|
| City, Country | Szeged, Hungary |
| Duration of education | 6 years |
| Degree attained | M.D, Ph.D. |
| Education completed in year | 1965 |

| Physician's reference/license<br>number (if applicable) | 20 099 |
|---|---|

**Postgraduate training**

| Type of training | Neurologist |
|---|---|
| Name of institution | Med. Univ. Dept. Neurology |
| City, Country | Szeged, Hungary |
| Duration of training | 4 years |
| Degree attained | Neurologist |
| Training completed in year | 1969 |

| Type of training | Psychiatrist |
|---|---|
| Name of institution | Med. Univ. Dept. Psychiatry |
| City, Country | Szeged, Hungary |
| Duration of training | 3 years |
| Degree attained | 1971 |
| Training completed in year | Psychiatrist |

| Type of training | Psychotherapy |
|---|---|
| Name of institution | Med. Univ. of Pécs |
| City, Country | Pécs, Hungayr |
| Duration of training | 3 years |
| Degree attained | Psychoterapist |
| Training completed in year | 1993 |

CONFIDENTIAL
AZSER12750092

Curriculum Vitae
Study Code: D1447C00126

| **Publications**<br>(number of written publications in<br>relevant area(s) of research) | 50 written publications and chapters<br><br>200 Lectures |
|---|---|
| **Experience of clinical research**<br>(number of clinical studies sponsored<br>by the pharmaccutical industry to<br>which the individual has contributed) | Over 20 Phase III and Phase IV drug examination Studies with<br>antipsychotic, antidepressiv and dementia drugs. |

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in the European Economic Area.

Signature _____     Date of signature _____

CONFIDENTIAL
AZSER12750093

| Study Code | D1447C00126 |
|---|---|
| Country | Hungary |
| Centre No. | 807 |

# Curriculum Vitae

Please complete this form in English

| | |
|---|---|
| **First and family name** | Dr. Mátyás Trixler |
| **Present position** | Professor and chairman |
| **Address**<br>(Full office address incl. postal/zip code) | Department of Psychiatry University Medical School of Pécs, Rét u.2.<br>Pécs,7634, Hungary |

**Medical education**

| | |
|---|---|
| Name of school | University Medical School of Pécs |
| City, Country | Pécs, Hungary |
| Duration of education | 6      year(s),        month(s) |
| Degree attained | Medical doctor |
| Education completed in year | 1965 |

| | |
|---|---|
| **Physician's reference/license number (if applicable)** | 19577 |

**Postgraduate training**

| | |
|---|---|
| Type of training | Neurology |
| Name of institution | Department of Neurology and Psychiatry Univ. Med. School of Pécs |
| City, Country | Pécs, Hungary |
| Duration of training | 4      year(s),        month(s) |
| Degree attained | Neurologist |
| Training completed in year | 1969 |

| | |
|---|---|
| Type of training | Psychiatry |
| Name of institution | Department of Neurology and Psychiatry Univ.Med.School of Pécs |
| City, Country | Pécs, Hungary |
| Duration of training | 3      year(s),        month(s) |
| Degree attained | Psychiatrist |
| Training completed in year | 1972 |

| | |
|---|---|
| Type of training | |
| Name of institution | |
| City, Country | |
| Duration of training |       year(s),        month(s) |
| Degree attained | |
| Training completed in year | |

205

CONFIDENTIAL
AZSER12750094

Curriculum Vitae
Study Code D1447C00126

| | |
|---|---|
| **Publications** | 112 |
| (number of written publications in | |
| relevant area(s) of research) | |

| | |
|---|---|
| **Experience of clinical research** | 15 |
| (number of clinical studies sponsored | |
| by the pharmaceutical industry to | |
| which the individual has contributed) | |

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in the European Economic Area.

Signature _____   **Date of signature** 12/09/03

CONFIDENTIAL
AZSER12750095

| Study Code | D1447C00126 |
|---|---|
| Country | Hungary |
| Centre No. | 8 08 |

## Curriculum Vitae

Please complete this form in English

| **First and family name** | János Vizi |
|---|---|
| **Present position** | medical director |
| **Address**<br>(Full office address incl. postal/zip code) | PharmaProject Kft.<br>H-1053 Budapest<br>Kecskeméti u. 11. 2. emelet<br>Hungary |

**Medical education**

| Name of school | Semmelweis University of Medicine |
|---|---|
| City, Country | Budapest,Hungary |
| Duration of education | 6      year(s),      month(s) |
| Degree attained | MD |
| Education completed in year | 1985 |

| **Physician's reference/license number (if applicable)** | M/41765 |
|---|---|

**Postgraduate training**

| Type of training | Residency training |
|---|---|
| Name of institution | Haynal Imre Postgraduate University of Health Sciences |
| City, Country | Budapest,Hungary |
| Duration of training | 4      year(s),      month(s) |
| Degree attained | Specialist in Psychiatry |
| Training completed in year | 1989 |

| Type of training | Residency training |
|---|---|
| Name of institution | Haynal Imre Postgraduate University of Health Sciences |
| City, Country | Budapest,Hungary |
| Duration of training | 2      year(s),      month(s) |
| Degree attained | Specialist in Clinical Pharmacology |
| Training completed in year | 1997 |

| Type of training | |
|---|---|
| Name of institution | "Eötvös Lóránd" Univ. of Sciences, Faculty of Law |
| City, Country | Budapest,Hungary |
| Duration of training | 5      year(s),      month(s) |
| Degree attained | LD |
| Training completed in year | 2003 |

CONFIDENTIAL
AZSER12750096

Curriculum Vitae
Study Code: SD-039-0735

**Publications**                                    20
(number of written publications in
relevant area(s) of research)

**Experience of clinical research**                 12
(number of clinical studies sponsored
by the pharmaceutical industry to
which the individual has contributed)

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of
the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data
protection laws may not exist or be as developed as in the European Economic Area.

Signature                                           Date of signature   17/SEP/2005

CONFIDENTIAL
AZSER12750097



| Study Code | D1447C00126 |
|---|---|
| Centre Number | 209 |

---

## Curriculum Vitae

---

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Andras, Csomos |
| **Date of birth** (dd/mm/yyyy) | 02.12.1958. |
| **Present appointment**<br>(Job title/Department) | Ambulatory Leader, Psychiatry (Municipal Health Center, Füzesabony) since 1999. |
| **Address**<br>(Full work address including post/zip code) | H-3390. Füzesabony, Rákóczi u. 36-40. |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

MD, Year:     1983.

Specialist, Field   psychiatry        Year:   1987.

PhD ☐    MSc ☐    BSc ☐

Other
(specify)   Psychotherapy, 1995.

Psych.Medic.Rehab. 2003.

| | |
|---|---|
| **Physician's reference/licence number**<br>(if applicable) | 40487 |
| **Previous appointments/ experience**<br>(include only relevant therapeutic/ practical experience after gaining qualifications) | 1983-98. "Markhot Ferenc" Hospital, Eger (Hungary), Depr. Psychiatry 2, psychiatrist |

**Publications** (✓ appropriate box)
(Number of articles published)

0 ☒   1-5 ☐   6-10 ☐   11-20 ☐   >20 ☐

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

1 trial in the psychiatry field

GCP training at investigatiors meetings of it

**Date of signature**     12. APR. 2005.

**Signature**     *[signature]*

CONFIDENTIAL
AZSER12750098

**AstraZeneca**

| Study Code | D1447C00126 |
|---|---|
| Centre Number | 810 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Dr. László Haraszti |
| **Date of birth** (dd/mm/yyyy) | REDACTED |
| **Present appointment**<br>*(Job title/Department)* | Head of Psychiatry Department |
| **Address**<br>(Full work address including post/zip code) | 2143 Kistarcsa, Semmelweis tér 1. |

**Qualifications**
(Degree and other professional
qualifications)

(✓ relevant qualifications, or specify)

MD, Year:     1975

Specialist, Field    psychiatry        Year:    1979

PhD [ ]    MSc [ ]    BSc [ ]

Other
(specify)

| | |
|---|---|
| **Physician's reference/licence number**<br>(if applicable) | 30696 |
| **Previous appointments/**<br>**experience**<br>(include only relevant therapeutic/ practical<br>experience after gaining qualifications) | OPNI, OSEI |

**Publications** (✓ appropriate box)
(Number of articles published)

0 [ ]    1-5 [ ]    6-10 [ ]    11-20 [ ]    >20 [X]

**Previous experience in clinical trials**
**and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2
in the respiratory field, GCP training at
investigators meetings for 3 of these
studies)

4 trials in the psychiatric field

GCP - 2003

**Date of signature**        29 March 2005

**Signature**

CONFIDENTIAL
AZSER12750099

| Study Code | D1447C00126 |
|---|---|
| Country | ITALY |
| Centre No. | E0901 |

## Curriculum Vitae

| | |
|---|---|
| Please complete this form in English<br>**First and family name** | GIOVANNI BATTISTA CASSANO    DATE OF BIRTH   19/09/36 |
| **Present position** | |
| **Address**<br>(Full office address incl. postal/zip code) | DIP DI PSICHIATRIA,FARMACOLOGIA,NEUROBIOLOGIA E BIOTECNOLOGIE,SEZ DI PSICHIATRIA- UNIVERSITA' DEGLI STUDI DI PISA -VIA ROMA 67 56100 PISA |
| **Medical education** | |
| Name of school | UNIVERSITY OF ROME |
| City, Country | ROME, ITALY |
| Duration of education | 6 years |
| Degree attained | MD |
| Education completed in year | 1961 |
| **Physician's reference/license number (if applicable)** | |
| **Postgraduate training** | |
| Type of training | SPECIALITY SCHOOL OF NERVOUS AND MENTAL DESEASE |
| Name of institution | UNIVERSITY OF PISA |
| City, Country | PISA, ITALY |
| Duration of training | 4 years, |
| Degree attained | NEUROPSYCHIATRIST |
| Training completed in year | 1965 |
| | |
| Type of training | |
| Name of institution | |
| City, Country | |
| Duration of training | |
| Degree attained | |
| Training completed in year | |
| **Publications**<br>(number of written publications in relevant area(s) of research) | 400 |
| **Experience of clinical research**<br>(number of clinical studies sponsored by the pharmaceutical industry to which the individual has contributed) | 50 |

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in the European Economic Area.

| Signature | | Date of signature | 28.5.03 |
|---|---|---|---|

211

CONFIDENTIAL
AZSER12750100

| Study Code | D1447C00126 |
|---|---|
| Country | **ITALY** |
| Centre No. | 902 |

## Curriculum Vitae

Please complete this form in English

| First and family name | Prof. EUGENIO AGUGLIA      DATE OF BIRTH 22/08/52 |
|---|---|
| **Present position** | HEAD OF PSYCHIATRIC CLINIC –UNIVERSITY OF TRIESTE |
| **Address**<br>(Full office address incl. postal/zip code) | CLINICA PSICHIATRICA, UNIVERSITA' DEGLI STUDI DI TRIESTE, VIA P. DE RALLI, 5-34127 TRIESTE |

**Medical education**

| Name of school | Faculty of Medicine and Surgery |
|---|---|
| City, Country | CATANIA, Italy |
| Duration of education | 6 years |
| Degree attained | MD |
| Education completed in year | 1976 |

**Physician's reference/license number (if applicable)**

**Postgraduate training**

| Type of training | Specialization School in NEUROLOGY |
|---|---|
| Name of institution | University of CATANIA |
| City, Country | CATANIA, ITALY |
| Duration of training | 4 |
| Degree attained | NEUROLOGIST |
| Training completed in year | 1981 |

| Type of training | Specialization School in CLINICAL PHARMACOLOGY |
|---|---|
| Name of institution | University of CATANIA |
| City, Country | CATANIA, ITALY |
| Duration of training | 4 |
| Degree attained | CLINICAL PHARMACOLOGIST |
| Training completed in year | 1985 |

| **Publications**<br>(number of written publications in relevant area(s) of research) | 350 |
|---|---|
| **Experience of clinical research**<br>(number of clinical studies sponsored by the pharmaceutical industry to which the individual has contributed) | 50 |

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in the European Economic Area.

| Signature | _[signature]_ | Date of signature | 10/04/03 |
|---|---|---|---|

CONFIDENTIAL
AZSER12750101

| Study Code | D1447C00126 |
|---|---|
| Country | ITALY |
| Centre No. | 904 |

# Curriculum Vitae

Please complete this form in English

**First and family name**  Prof. BERNARDO CARPINIELLO   DATE OF BIRTH 30/06/53

**Present position**  Full Professor of Psychiatry

**Address**
(Full office address incl. postal/zip code)  CLINICA PSICHIATRICA - UNIVERSITA' DEGLI STUDI DI CAGLIARI – CAGLIARI

**Medical education**
Name of school  Faculty of Medicine and Surgery- University of Naples
City, Country  Naples, Italy
Duration of education  6 years
Degree attained  MD
Education completed in year  1977

**Physician's reference/license number (if applicable)**

**Postgraduate training**
Type of training  School Specialization in Psychiatry
Name of institution  University of Cagliari
City, Country  Cagliari
Duration of training  4
Degree attained  Psychiatrist
Training completed in year  1981

Type of training
Name of institution
City, Country
Duration of training
Degree attained
Training completed in year

**Publications**
(number of written publications in relevant area(s) of research)  15

**Experience of clinical research**
(number of clinical studies sponsored by the pharmaceutical industry to which the individual has contributed)  10

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in the European Economic Area.

**Signature**  _[signature]_   **Date of signature**  19 · 6 · 93

213

CONFIDENTIAL
AZSER12750102

| Study Code | D1447C00126 |
| --- | --- |
| Country | ITALY |
| Centre No. | 905 |

# Curriculum Vitae

Please complete this form in English

| | |
| --- | --- |
| First and family name | Paolo Girardi   *DATE OF BIRTH 16/05/48* |
| Present position | II level Medical Executive |
| Address<br>(Full office address incl. postal/zip code) | Unità Operativa Complessa di Psichiatria<br>Ospedale Sant' Andrea<br>Via di Grottarossa, 1035-1039, 00189 Rome-ITALY |

**Medical education**

| | |
| --- | --- |
| Name of school | Univeristy of Rome |
| City, Country | Rome-Italy |
| Duration of education | 6 year(s) |
| Degree attained | Medicine and Surgery |
| Education completed in year | 1972 |

**Physician's reference/license number (if applicable)**

**Postgraduate training**

| | |
| --- | --- |
| Type of training | Specialization in Psychiatry |
| Name of institution | University of Rome |
| City, Country | Rome-Italy |
| Duration of training | 4 year(s), |
| Degree attained | Specialist in Psychiatry |
| Training completed in year | 1982 |

| | |
| --- | --- |
| Type of training | |
| Name of institution | |
| City, Country | |
| Duration of training | year(s),      month(s) |
| Degree attained | |
| Training completed in year | |

**Publications**
(number of written publications in relevant area(s) of research)        > 100

**Experience of clinical research**
(number of clinical studies sponsored by the pharmaceutical industry to which the individual has contributed)        20

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in the European Economic Area.

| Signature | Date of signature   03/08/2003 |
| --- | --- |

214

CONFIDENTIAL
AZSER12750103

| Study Code | D1447C00126 |
|---|---|
| Country | ITALY |
| Centre No. | 906 |

# Curriculum Vitae

Please complete this form in English

| First and family name | Claudio Mencacci |
|---|---|
| DATE OF BIRTH: | 15/12/1953 |
| Present position | Head of Psychiatric Department |
| Address (Full office address incl. postal/zip code) | Dipartimento di Salute Mentale Ospedale Fatebenefratelli e Oftalmico Corso di Porta Nuova, 23  20121 Milan-ITALY |

**Medical education**

| Name of school | University of Milan |
|---|---|
| City, Country | Milan-Italy |
| Duration of education | 6 year(s) |
| Degree attained | Medicine and Surgery |
| Education completed in year | 1978 |

| Physician's reference/license number (if applicable) | NOT APPLICABLE |
|---|---|

**Postgraduate training**

| Type of training | Specialization in Psychiatry |
|---|---|
| Name of institution | Univerisity of Milan |
| City, Country | Mian -Italy |
| Duration of training | 4 year(s), |
| Degree attained | Specialist in Psychiatry |
| Training completed in year | 1982 |

| Type of training | |
|---|---|
| Name of institution | |
| City, Country | |
| Duration of training | year(s)        month(s) |
| Degree attained | |
| Training completed in year | |

| Publications (number of written publications in relevant area(s) of research) | > 240 |
|---|---|

| Experience of clinical research (number of clinical studies sponsored by the pharmaceutical industry to which the individual has contributed) | 10 |
|---|---|

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in the European Economic Area.

Signature _Claudio Penn_      Date of signature _28/8/03_

215

CONFIDENTIAL AZSER12750104

| Study Code | D1447C00126 |
|---|---|
| Country | ITALY |
| Centre No. | 907 |

# Curriculum Vitae

Please complete this form in English

**First and family name**

Prof. MARCELLO NARDINI    DATE OF BIRTH  18/03/41

**Present position**

Full Professor of Psychiatry

**Address**
(Full office address incl. postal/zip code)    ISTITUTO DI CLINICA PSICHIATRICA- UNIVERSITA' DEGLI STUDI DI BARI-

**Medical education**
    Name of school    Faculty of Medicine and Surgery, University of Genoa
    City, Country    Genoa, Italy
    Duration of education    6 years
    Degree attained    MD
    Education completed in year    1966

**Physician's reference/license number (if applicable)**

**Postgraduate training**
    Type of training    Specialization School of Neuropsychiatry
    Name of institution    Medical School of Genoa
    City, Country    Genoa, Italy
    Duration of training    3 years
    Degree attained    Neuropsychiatrist
    Training completed in year    1969

    Type of training
    Name of institution
    City, Country
    Duration of training
    Degree attained
    Training completed in year

**Publications**
(number of written publications in relevant area(s) of research)    280

**Experience of clinical research**
(number of clinical studies sponsored by the pharmaceutical industry to which the individual has contributed)    80

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in the European Economic Area.

**Signature** _[signature]_    **Date of signature** 20.06.03

216

CONFIDENTIAL
AZSER12750105

| Study Code | D1447C00126 |
|---|---|
| Country | ITALY |
| Centre No. | 908 |

# Curriculum Vitae

Please complete this form in English

**First and family name**       Prof. GIAN FRANCO PLACIDI   DATE OF BIRTH  23/11/39

**Present position**       FULL PROFESSOR OF PSYCHIATRY

**Address**       DIPARTIMENTO DI SCIENZE NEUROLOGICHE E PSICHIATRICHE
(Full office address incl. postal/zip code)       – UNIVERSITA' DEGLI STUDI DI FIRENZE, VIALE MORGAGNI,85-
50139 FIRENZE

**Medical education**
  Name of school       FACULTY OF MEDICINE AND SURGERY-UNIVERSITY OF PISA
  City, Country       PISA
  Duration of education       7 years
  Degree attained       MD
  Education completed in year       1966

**Physician's reference/license
number (if applicable)**

**Postgraduate training**
  Type of training
  Name of institution       SPECIALITY SCHOOL OF NEROUS AND MENTAL DESEASE
  City, Country       UNIVERSITY OF PISA
  Duration of training       PISA
  Degree attained       4 years
  Training completed in year       NEUROPSYCHIATRIST
1970

  Type of training
  Name of institution       SPECIALITY SCHOOL OF PSYCHIATRY
  City, Country       UNIVERISTY OF PISA
  Duration of training       PISA
  Degree attained       2 years
  Training completed in year       PSICHIATRIST
1972

**Publications**
(number of written publications in       250
relevant area(s) of research)

**Experience of clinical research**
(number of clinical studies sponsored       10
by the pharmaceutical industry to
which the individual has contributed)

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of
the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data
protection laws may not exist or be as developed as in the European Economic Area.

**Signature**   26.05.03       **Date of signature**

CONFIDENTIAL
AZSER12750106

| Study Code | D1447C00126 |
|------------|-------------|
| Country | ITALY |
| Centre No. | 909 |

# Curriculum Vitae

Please complete this form in English

**First and family name**

Dr.ssa LORENZA PASQUALE   DATE OF BIRTH   06/04/66

**Present position**

First level Medical Executive

**Address**
(Full office address incl. postal/zip code)

SERVIZIO PSICHIATRICO DI DIAGNOSI E CURA OVEST- A. O. S. PAOLO -VIA RUDINI, 20142 MILANO

**Medical education**

    Name of school

Faculty of Medicine and Surgery university of Milan

    City, Country

Milan, Italy

    Duration of education

      6 years

    Degree attained

MD

    Education completed in year

1992

**Physician's reference/license number (if applicable)**

**Postgraduate training**

    Type of training

    Name of institution

  Specialization School in Psychiatry

    City, Country

University of Milan

    Duration of training

Milan, Italy

    Degree attained

      4 years

    Training completed in year

Psychiatrist

    1996

    Type of training

    Name of institution

    City, Country

    Duration of training

    Degree attained

      year(s),  month(s)

    Training completed in year

**Publications**
(number of written publications in relevant area(s) of research)

6

**Experience of clinical research**
(number of clinical studies sponsored by the pharmaceutical industry to which the individual has contributed)

3

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in the European Economic Area.

**Signature**   _[signature]_   **Date of signature**   24/6/03

218

CONFIDENTIAL
AZSER12750107

| Study Code | D1447C00126 |
|---|---|
| Country | ITALY |
| Centre No. | 710 |

# Curriculum Vitae

Please complete this form in English

**First and family name**   MARCO SCALI     DATE OF BIRTH   [REDACTED]

**Present position**   DIRECTOR OF : DIPARTIMENTO DI SALUTE MENTALE dell' ASL 8 di CIVITANOVA MARCHE =

**Address**   DIPARTIMENTO DI SALUTE MENTALE - OSPEDALE DI CIVITANOVA MARCHE ,ZONA TERRITORIALE N.8
(Full office address incl. postal/zip code)   CONTRADA SAN DOMENICO 132 - VIA GINEVRI A - 62012 - CIVITANOVA MARCHE ALTA
( MACERATA )

**Medical education**

Name of school   UNIVERSITA' degli STUDI DI PISA

City, Country   PISA

Duration of education   6     year(s),     month(s)

Degree attained   MEDICINE AND SURGERY

Education completed in year   1476

**Physician's reference/license number**   NOT APPLICABLE
(if applicable)

**Postgraduate training**

Type of training   SPECIALIZATION IN PSYCHIATRY

Name of institution   UNIVERSITA' degli STUDI di PISA

City, Country   PISA

Duration of training   4     year(s),     month(s)

Degree attained   XXXX SPECIALIST IN PSYCHIATRY

Training completed in year   1982

Type of training

Name of institution

City, Country

Duration of training     year(s),     month(s)

Degree attained

Training completed in year

**Publications**
(number of written publications in
relevant area(s) of research)

**Experience of clinical research**
(number of clinical studies sponsored by
the pharmaceutical industry to which the
individual has contributed)

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the
AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws
may not exist or be as developed as in the European Economic Area.

**Signature**   _[signature]_     **Date of signature**   27.01.04

CONFIDENTIAL
AZSER12750108

| Study Code | D1447C00126 |
|---|---|
| Country | ITALY |
| Centre No. | 911 |

# Curriculum Vitae

Please complete this form in English

| First and family name | Giulia Ida Perini    DATE OF BIRTH  **REDACTED** |
|---|---|
| **Present position** | II level Medical Executive |
| **Address**<br>(Full office address incl. postal/zip code) | Istituto di Clinica Psichiatrica<br>Dipartimento di Scienze Neurologiche e Psichiatriche<br>Azienda Ospedaliera di Padova<br>Via Giustiniani,2 35128 Padova ITALY |

**Medical education**

| Name of school | University of Padova |
|---|---|
| City, Country | Padova-Italy |
| Duration of education | 6 year(s) |
| Degree attained | Medicine and Surgery |
| Education completed in year | 1978 |

| **Physician's reference/license number (if applicable)** | NOT APPLICABLE |
|---|---|

**Postgraduate training**

| Type of training | Specialization in Psychiatry |
|---|---|
| Name of institution | University of Padova |
| City, Country | Padova -Italy |
| Duration of training | 4 year(s), |
| Degree attained | Specialist in Psychiatry |
| Training completed in year | 1983 |

| Type of training | |
|---|---|
| Name of institution | |
| City, Country | |
| Duration of training | year(s),          month(s) |
| Degree attained | |
| Training completed in year | |

| **Publications**<br>(number of written publications in relevant area(s) of research) | >50 |
|---|---|
| **Experience of clinical research**<br>(number of clinical studies sponsored by the pharmaceutical industry to which the individual has contributed) | 10 |

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in the European Economic Area.

| Signature | _[signature]_ | Date of signature | 17.09.03 |
|---|---|---|---|

CONFIDENTIAL
AZSER12750109

AstraZeneca

| Study Code | D1447C00126 |
|---|---|
| Centre Number | 912 |

## Curriculum Vitae

*Please fill in this form in English*

**First and Family Name** — ALBERTO SIRACUSANO

**Date of birth** (dd/mm/yyyy) — REDACTED

**Present appointment**
(Job title/Department) — Chief of Psychiatry

**Address**
(Full work address including post/zip code) — casa di cura S. Alessandro. A.O. PTV Via Nomentana, 1362. 00137 Roma

**Qualifications**
(Degree and other professional qualifications)
(✓ relevant qualifications, or specify)

MD, Year: 1977

Specialist, Field Psychiatry   Year: 1981

PhD ☐   MSc ☐   BSc ☐

Other (specify) _____

**Physician's reference/licence number** (if applicable) _____

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications) _____

**Publications** (✓ appropriate box)
(Number of articles published)
0 ☐   1-5 ☐   6-10 ☐   11-20 ☐   >20 ☒ >100

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies) _____

**Date of signature** — 23/09/03

**Signature**

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

221

CONFIDENTIAL
AZSER12750110

AstraZeneca

| Study Code | D1447C00126 |
| --- | --- |
| Centre Number | E0914 |

## Curriculum Vitae

*Please fill in this form in English*

**First and Family Name**

*MASSIMO RABBONI*

**Date of birth** (dd/mm/yyyy)

REDACTED

**Present appointment**
(Job title/Department)

*Diretto II VOP Ospedali Riuniti*

**Address**
(Full work address including post/zip code)

*Lgr Barozzi 1  24128 BERGAMO*

**Qualifications**
(Degree and other professional qualifications)
(✓ relevant qualifications, or specify)

MD, Year: *1982*

Specialist, Field *Psichiatry*   Year: *1986*

PhD ☐   MSc ☐   BSc ☐

Other (specify) _____

**Physician's reference/licence number**
(if applicable)

NA

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

**Publications** (✓ appropriate box)
(Number of articles published)

0 ☐   1-5 ☐   6-10 ☐   11-20 ☐   >20 ☒

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

*Multiple trials in psychiatric field*

**Date of signature**

*06 OCT 2004*

**Signature**

CONFIDENTIAL
AZSER12750111

| Study Code | D1447C00126 |
|---|---|
| Country | **ITALY** |
| Centre No. | 0915 |

## Curriculum Vitae

BIRTH **REDACTED**

Please complete this form in English

**First and family name** EMILIO SACCHETTI

**Present position** PROFESSOR OF PSYCHIATRIA - FACOLTA DI MEDICINA E CHIRURGIA - UNIVERSITA DEGLI STUDI DI BRESCIA - SPEDALO CIVILI

**Address**
(Full office address incl. postal/zip code) P. LE SPEDALI CIVILI 1 - 25123 BRESCIA ITALY

**Medical education**

Name of school UNIVERSITY OF MILAN

City, Country MILANO - ITALY

Duration of education 6 year(s), month(s)

Degree attained MEDICINE AND SURGERY

Education completed in year 1971

**Physician's reference/license number** NOT APPLICABLE
(if applicable)

**Postgraduate training**

Type of training SPECIALIZATION IN PSYCHIATRY

Name of institution UNIVERSITY OF MILAN

City, Country MILAN - ITALY

Duration of training 2 year(s), month(s)

Degree attained SPECIALIST IN PSYCHIATRY

Training completed in year 1973

Type of training

Name of institution

City, Country

Duration of training year(s), month(s)

Degree attained

Training completed in year

**Publications**
(number of written publications in 300
relevant area(s) of research)

**Experience of clinical research**
(number of clinical studies sponsored by
the pharmaceutical industry to which the
individual has contributed)

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in the European Economic Area.

**Signature** _____ **Date of signature** 23. 01. 05

223

CONFIDENTIAL
AZSER12750112

| Study Code | **D1447C00126** |
|---|---|
| Country | **ITALY** |
| Centre No. | **E0916** |

## Curriculum Vitae

| | |
|---|---|
| Please complete this form in English | DATE OF BIRTH [REDACTED] |
| **First and family name** | Liliana Dell'Osso |
| **Present position** | Full Professor  Departmentof Psychgiatry, Neurobiology, Phamacology, Biotechnology- University of Pisa, Italy |
| **Address** (Full office address incl. postal/zip code) | Unità Operativa Psichiatrica Universitaria II Azienda Ospedaliera Universitaria Pisana Ospedale S. Chiara Via Roma,67-56100 Pisa-Italy |

**Medical education**

| | |
|---|---|
| Name of school | University of Pisa |
| City, Country | Pisa-Italy |
| Duration of education | 6 year(s) |
| Degree attained | Medicine and Surgery |
| Education completed in year | 1979 |

**Physician's reference/license number (if applicable)**  NOT APPLICABLE

**Postgraduate training**

| | |
|---|---|
| Type of training | Specialization in Psychiatry |
| Name of institution | Univerisity of  Pisa |
| City, Country | Pisa-Italy |
| Duration of training | 2 year(s), |
| Degree attained | Specialist in Psychiatry |
| Training completed in year | 1980 |
| | 60 |

**Publications** (number of written publications in relevant area(s) of research)

**Experience of clinical research**    11 (number of clinical studies sponsored by the pharmaceutical industry to which the individual has contributed)

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in the European Economic Area.

| Signature | _[signature]_ | Date of signature | 20.4.04 |
|---|---|---|---|

224

CONFIDENTIAL AZSER12750113

AstraZeneca

| | |
|---|---|
| Study Code | D1447C00126 |
| Centre Number | 912 |

## Curriculum Vitae

*Please fill in this form in English*

**First and Family Name**  *PAOLO CASTROGIOVANNI*

**Date of birth** (dd/mm/yyyy)  REDACTED

**Present appointment**
(Job title/Department)  *DIPARTIMENTO di NEUROSCIENZE*

**Address**
(Full work address including post/zip code)  *POLICLINICO LE SCOTTE . V. Bracci 1 - 53100 SIENA*

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

MD, Year:  *1964*

Specialist, Field  *Nervous and Mental Diseases*  Year:  *1966*

PhD ☐    MSc ☐    BSc ☐

Other (specify) _____

**Physician's reference/licence number**
(if applicable)  **NA**

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

**Publications** (✓ appropriate box)
(Number of articles published)

0 ☐   1-5 ☐   6-10 ☐   11-20 ☐   >20 ☒

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

*30 about clinical trials in Psychiatry.*

**Date of signature**  *26.4.2005*

**Signature**

CONFIDENTIAL
AZSER12750114

| Study Code | D1447C00126 |
| --- | --- |
| Country | ITALY |
| Centre No. | 918 |

## Curriculum Vitae   DATE OF BIRTH   REDACTED

Please complete this form in English

**First and family name**  GIOVANNI MUSCETTOLA

**Present position**  PROFESSOR AND CHAIRMAN DPTH OF PSYCHIATRY MEDICAL SCHOOL UNIVERSITY "FEDERICO II" NAPOLI ITALY

**Address**
(Full office address incl. postal/zip code)

**Medical education**
Name of school  UNIVERSITY MEDICAL SCHOOL NAPOLI ITALY
City, Country  NAPOLI ITALY
Duration of education       year(s), 6  month(s) 0
Degree attained  MD 1967
Education completed in year  54 6 months

**Physician's reference/license number**  NOT APPLICABLE
(if applicable)

**Postgraduate training**
Type of training  PSYCHIATRY
Name of institution  UNIVERSITY MEDICAL SCHOOL NAPOLI ITALY
City, Country  NAPOLI - ITALY
Duration of training       year(s), 3  month(s) 0
Degree attained  SPECIALTY IN NERVOUS AND MENTAL DISEASE
Training completed in year  34

Type of training
Name of institution
City, Country
Duration of training       year(s),       month(s)
Degree attained
Training completed in year

**Publications**
(number of written publications in relevant area(s) of research)  ≈ 150 more than 70 in psychopharmacology

**Experience of clinical research**
(number of clinical studies sponsored by the pharmaceutical industry to which the individual has contributed)  4 in the past 3 years

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in the European Economic Area.

**Signature**                    **Date of signature**  19.11.04

226

CONFIDENTIAL
AZSER12750115

| Study Code | D1447C00126 |
|---|---|
| Country | ITALY |
| Centre No. | 919 |

## Curriculum Vitae

Please complete this form in English                    DATE OF BIRTH REDACTED

**First and family name**        GIUSEPPINA BOIDI

**Present position**             CHIEF OF PSYCHIATRIC WARD

                                 P.A. MICONE HOSPITAL

**Address**                      VIA OLIVA, 22
(Full office address incl. postal/zip code)
                                 16153 GENOA - ITALY

**Medical education**
   Name of school          UNIVERSITY OF GENOA
   City, Country           GENOA – ITALY
   Duration of education      6 year(s),   0  month(s)
   Degree attained         M.D.
   Education completed in year   1973

**Physician's reference/license number**   NOT APPLICABLE
**(if applicable)**

**Postgraduate training**
   Type of training        PSYCHIATRY
   Name of institution     UNIVERSITY OF GENOA
   City, Country           GENOA - ITALY
   Duration of training       4  year(s),  0  month(s)
   Degree attained         PSYCHIATRIST
   Training completed in year   1977

   Type of training
   Name of institution
   City, Country
   Duration of training          year(s),        month(s)
   Degree attained
   Training completed in year

**Publications**                 52
(number of written publications in
relevant area(s) of research)

**Experience of clinical research**   6
(number of clinical studies sponsored by
the pharmaceutical industry to which the
individual has contributed)

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in the European Economic Area.

**Signature** _____          **Date of signature**   2 3/11/04

227

CONFIDENTIAL
AZSER12750116

| Study Code | **D1447C00126** |
| Country | **ITALY** |
| Centre No. | 920 |

# Curriculum Vitae

Please complete this form in English                    DATE OF BIRTH   **REDACTED**

| First and family name | ROSANNA CEGLIE |
| --- | --- |
| **Present position** | CHIEF OF PSYCHIATRIC WARD |
| | FELETTINO HOSPITAL |
| **Address** (Full office address incl. postal/zip code) | VIA DEL FORNO |
| | 19100 LA SPEZIA - ITALY |

**Medical education**

| Name of school | UNIVERSITY OF PISA |
| --- | --- |
| City, Country | PISA – ITALY |
| Duration of education | 6 year(s),  0 month(s) |
| Degree attained | M.D. |
| Education completed in year | 1979 |

**Physician's reference/license number (if applicable)**   NOT APPLICABLE

**Postgraduate training**

| Type of training | PSYCHIATRY |
| --- | --- |
| Name of institution | UNIVERSITY OF PISA |
| City, Country | PISA - ITALY |
| Duration of training | 4 year(s), 0 month(s) |
| Degree attained | PSYCHIATRIST |
| Training completed in year | 1983 |

| Type of training | |
| --- | --- |
| Name of institution | |
| City, Country | |
| Duration of training | year(s),    month(s) |
| Degree attained | |
| Training completed in year | |

| **Publications** (number of written publications in relevant area(s) of research) | 25 |
| --- | --- |
| **Experience of clinical research** (number of clinical studies sponsored by the pharmaceutical industry to which the individual has contributed) | 6 |

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in the European Economic Area.

| Signature | *[signature]* | Date of signature | 26·11·106 |
| --- | --- | --- | --- |

228

CONFIDENTIAL
AZSER12750117

| Study Code | D1447C00126 |
|---|---|
| Country | Norway |
| Centre No. | 1001 |

## Curriculum Vitae

Please complete this form in English

| | |
|---|---|
| First and family name | Ketil J. Ødegaard |

*Date of birth by e-mail*

REDACTED

*Ørem Bull*
*070212*

| | |
|---|---|
| Present position | Ass. Senior Consultant |
| Address<br>(Full office address incl. postal/zip code) | Bergen Psykiatriske Universitetsykehus |
| | Psykiatrisk klinikk |
| | Haukeland Sykehus |
| | 5021 Bergen<br>Norway |

**Medical education**

| | |
|---|---|
| Name of school | University of Bergen |
| City, Country | Bergen Norway |
| Duration of education | 6   year(s),        month(s) |
| Degree attained | 1994 |
| Education completed in year | 1995 |

| | |
|---|---|
| Physician's reference/license<br>number (if applicable) | 702 6366 |

**Postgraduate training**

| | |
|---|---|
| Type of training | Psychiatry |
| Name of institution | University of Bergen, Haukeland Hospital |
| City, Country | Bergen, Norway |
| Duration of training | 1997 - 2003 |
| Degree attained | Psychiatrist ( Ass.Senior Consultant) |
| Training completed in year | 2004 |

| | |
|---|---|
| Type of training | General Medicine |
| Name of institution | County of Fusa |
| City, Country | Fusa |
| Duration of training | year(s), 24 month(s) |
| Degree attained | Chief of Medical Department ( still) |
| Training completed in year | <<>> |

229

CONFIDENTIAL
AZSER12750118

Curriculum Vitae
Study Code D1447C00126

| | |
|---|---|
| Type of training | <<>> |
| Name of institution | <<>> |
| City, Country | <<>> |
| Duration of training | <<>> year(s), <<>> month(s) |
| Degree attained | <<>> |
| Training completed in year | <<>> |

**Publications**
(number of written publications in
relevant area(s) of research)                              8

**Experience of clinical research**
(number of clinical studies sponsored
by the pharmaceutical industry to                          6
which the individual has contributed)

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in the European Economic Area.

Signature _____         Date of signature _2/9-03_

2(2)

230

CONFIDENTIAL
AZSER12750119

| Study Code | D1447C00126 |
|---|---|
| Country | Norway |
| Centre No: | 1004 |

## Curriculum Vitae

Please complete this form in English

| | |
|---|---|
| **First and family name** | Shaheen Asghar Akhtar |
| **Present position** | Unit Consultant Psychiatrist |
| **Address**<br>(Full office address incl. postal/zip code) | Akutt psykiatrisk avdeling<br>Ullevål Universitetsykehus<br>0679 Oslo<br>Norway |

*Date of birth by e-mail*

REDACTED

*(Quin Bela 070212*

| | |
|---|---|
| **Medical education** | |
| Name of school | Dhaka Medical College Hospital<br>University of Dhaka<br>Bangladesh |
| City, Country | Dhaka, Bangladesh |
| Duration of education | 7  year(s),   month(s) |
| Degree attained | Bachelor of Medicine & Bachelor of Surgery ( MBBS) |
| Education completed in year | 1982 |
| **Physician's reference/license number (if applicable)** | |

| | |
|---|---|
| **Postgraduate training** | |
| Type of training | Psychiatry |
| Name of institution | Norwegian Medical Association |
| City, Country | Oslo, Norway |
| Duration of training | 6  year(s),  5  month(s) |
| Degree attained | Specialist in Psychiatry (Recognised in EU countries) |
| Training completed in year | 1996 |

| | |
|---|---|
| **Publications**<br>(number of written publications in relevant area(s) of research) | 2 |
| **Experience of clinical research**<br>(number of clinical studies sponsored by the pharmaceutical industry to which the individual has contributed) | Principal Investigator, Norway<br>6 studies |

231

CONFIDENTIAL
AZSER12750120

*Curriculum Vitae*
Study Code D1447C00126

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in the European Economic Area.

Signature _____     Date of signature _____18 Sept 03_____

2(2)

232

CONFIDENTIAL
AZSER12750121

| Study Code | D1447C00126 |
| Country | Norway |
| Centre No. | 1005 |

## Curriculum Vitae

Please complete this form in English

**First and family name**  Sverre Tønseth

*Date of birth by e-mail*

**Present position**  Head Doctor

REDACTED

**Address** (Full office address incl. postal/zip code)
Akutt avd A

Sykehuset Innlandet HF Sanderud

Petter Skreddersvei 24

2312 Ottestad

Norway

*Tønis Sidu 070212*

**Medical education**
Name of school  University of Oslo
City, Country  Oslo, Norway
Duration of education  6  year(s),  month(s)
Degree attained  MD
Education completed in year  1980

**Physician's reference/license number (if applicable)**

**Postgraduate training**
Type of training  Psychiatry, mental retardation
Name of institution  Sanderud Hospital, Dikemark Hospital, Akershagan Institution
City, Country  Ottestad, Oslo, Norway
Duration of training  10  year(s),  month(s)
Degree attained  Specialist in psychiatry
Training completed in year  1990

**Publications** (number of written publications in relevant area(s) of research)
1 ( co-anthor)

**Experience of clinical research** (number of clinical studies sponsored by the pharmaceutical industry to which the individual has contributed)
About 10

Fields of : Affective disorders, Schizofrenia, Mental Retardation, OCD

233

CONFIDENTIAL
AZSER12750122

Curriculum Vitae
Study Code D1447C00126

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in the European Economic Area.

**Signature** _Pierre Jouanton_    **Date of signature** _Sept. 16th 2003_

2(2)

234

CONFIDENTIAL
AZSER12750123

| Study Code | D1447C00126 |
| --- | --- |
| Country | Norway |
| Centre No. | 1006 |

# Curriculum Vitae

Please complete this form in English

| | | |
| --- | --- | --- |
| **First and family name** | Magne Hornpland | *Date of birth by e-mail* |
| **Present position** | Psychiatrist | |
| **Address**<br>(Full office address incl. postal/zip code) | Psykiatrisk poliklinikk | REDACTED |
| | Sykehuset Telemark | |
| | 3710 Skien | |
| | Norway | *070212* |
| **Medical education** | | |
| Name of school | University of Oslo | |
| City, Country | Oslo, Norway | |
| Duration of education | 7 year(s),     month(s) | |
| Degree attained | MD | |
| Education completed in year | 1971 | |
| **Physician's reference/license number (if applicable)** | 2079496 | |
| **Postgraduate training** | | |
| Type of training | Training to become a psychiatrist | |
| Name of institution | Dikemark Hospital, Oslo and Molde Hospital, Molde | |
| City, Country | Oslo and Molde, Norway | |
| Duration of training | 5  year(s),   month(s) | |
| Degree attained | Psychiatrist | |
| Training completed in year | 1978 | |
| **Publications**<br>(number of written publications in relevant area(s) of research) | 0 | |
| **Experience of clinical research**<br>(number of clinical studies sponsored by the pharmaceutical industry to which the individual has contributed) | 13 | |

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in the European Economic Area.

CONFIDENTIAL
AZSER12750124

Curriculum Vitae
Study Code D1447C00126

Signature _____   Date of signature _____16.09.2003_____

2(2)

236

CONFIDENTIAL
AZSER12750125

| Study Code | D1447C00126 |
| --- | --- |
| Country | Norway |
| Centre No. | 1008 |

# Curriculum Vitae

Please complete this form in English

**First and family name**  Arild Pettersen

**Present position**  Head Senior Consultant

**Address**
(Full office address incl. postal/zip code)

Psykiatrisk avdeling

Nordlandssykehuset, Bodø

8092 Bodø

Norway

*Date of birth by e-mail*

REDACTED

070212

**Medical education**
    Name of school — University in Bergen
    City, Country — Bergen, Norway
    Duration of education — 6 year(s), 5 month(s)
    Degree attained — Cand. med /MD
    Education completed in year — 1984

**Physician's reference/license number (if applicable)**

**Postgraduate training**
    Type of training — Psyciatric registrar
    Name of institution — Nordland psychiatric hospital
    City, Country — Bodø, Norway
    Duration of training — 5 year(s)
    Degree attained — Consultant psychiatrist
    Training completed in year — 1993

**Publications**
(number of written publications in relevant area(s) of research)

**Experience of clinical research**
(number of clinical studies sponsored by the pharmaceutical industry to which the individual has contributed)

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in the European Economic Area.

237

CONFIDENTIAL
AZSER12750126

Curriculum Vitae
Study Code D1447C00126

Signature _Arild Pettersen_____   Date of signature _17/9-03_____

2(2)

238

CONFIDENTIAL
AZSER12750127

| Study Code | D1447C00126 |
| Country | Norway |
| Centre No. | 1011 |

# Curriculum Vitae

Please complete this form in English

| First and family name | Helle Schøyen |
| **Present position** | Chief physician |

*Date of birth by e-mail*

REDACTED

*[signature]*
*070212*

| **Address**<br>(Full office address incl. postal/zip code) | Jæren DPS |
| | Austbøveien 16 |
| | Postboks 163 |
| | 4394 Bryne |
| | Norway |

**Medical education**

| Name of school | University of Oslo |
| City, Country | Oslo, Norway |
| Duration of education | 6    year |
| Degree attained | Cand. Med. |
| Education completed in year | 1990 |

**Physician's reference/license number (if applicable)**

**Postgraduate training**

| Type of training | Psychiatry |
| Name of institution | Community Hospital in Haugesund and Rogaland Psychiatric Hospital |
| City, Country | |
| Duration of training | 5    year(s),  3   month(s) |
| Degree attained | |
| Training completed in year | 2001 |

| **Publications**<br>(number of written publications in relevant area(s) of research) | None in relevant areas |

| **Experience of clinical research**<br>(number of clinical studies sponsored by the pharmaceutical industry to which the individual has contributed) | 1 |

239

CONFIDENTIAL<br>AZSER12750128

Curriculum Vitae
Study Code D1447C00126

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in the European Economic Area.

Signature _____     Date of signature ___15/9-03_____

2(2)

240

CONFIDENTIAL
AZSER12750129

| Study Code | D1447C00126 |
|---|---|
| Country | Norway |
| Centre No. | 1012 |

## Curriculum Vitae

*Please complete this form in English*

| | |
|---|---|
| **First and family name** | Eystein Stordal |
| **Present position** | Head of the Research Unit of Hospital Namsos |
| **Address**<br>(Full office address incl. postal/zip code) | Psychiatric clinic<br>Sykehuset Namsos<br>Havikveien 8<br>7800 Namsos<br><br>Norway |

Date of birth by e-mail

REDACTED

*[signature]*

070212

| **Medical education** | |
|---|---|
| Name of school | University of Göttingen |
| City, Country | Göttingen, Germany |
| Duration of education | year(s),       month(s) |
| Degree attained | Cand. med (MD) |
| Education completed in year | 1974 |

**Physician's reference/license number (if applicable)**

| **Postgraduate training** | |
|---|---|
| Type of training | |
| Name of institution | |
| City, Country | |
| Duration of training | year(s),       month(s) |
| Degree attained | Specialist in Psychiatry |
| Training completed in year | 1984 |

| **Publications**<br>(number of written publications in relevant area(s) of research) | Several |
|---|---|
| **Experience of clinical research**<br>(number of clinical studies sponsored by the pharmaceutical industry to which the individual has contributed) | Several |

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in the European Economic Area.

241

Curriculum Vitae
Study Code D1447C00126

Signature _____   Date of signature _10.10.03_

2(2)

242

CONFIDENTIAL
AZSER12750131



| Study Code | D1447C00126 |
|---|---|
| Centre Number | 1101 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Janusz Rybakowski |
| **Date of birth** (dd/mm/yyyy) | REDACTE |
| **Present appointment** (Job title/Department) | Professor and Head, Department of Adult Psychiatry University of Medical Sciences, Poznan, Poland |
| **Address** (Full work address including post/zip code) | Szpitalna 27/33, 60-572 Poznan, Poland |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

MD, Year:  1969

Specialist, Field  psychiatry       Year:  1975

PhD ☐   MSc ☐   BSc ☐

Other (specify)  _____

| | |
|---|---|
| **Physician's reference/licence number** (if applicable) | 4042789 |
| **Previous appointments/ experience** (include only relevant therapeutic/ practical experience after gaining qualifications) | Chairman, Department of Psychiatry, University School of Medicine, Bydgoszcz, Poland, 1985-1995 NIH Fogarty Research Fellow, Department of Psychiatry, University of Pennsylvania, Philadelphia, USA, 1976-77 |

**Publications** (✓ appropriate box)
(Number of articles published)

0 ☐   1-5 ☐   6-10 ☐   11-20 ☐   >20 ☒

| | |
|---|---|
| **Previous experience in clinical trials and type of GCP training received** (eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies) | Participation in about 20 clinical trials of antipsychotic, antidepressant, mood-normalizing and anxiolytic drugs with appropriate GCP training |
| **Date of signature** | 10 May 2004 |
| **Signature** | |

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

243

CONFIDENTIAL
AZSER12750132

| | Study Code | DAH47C00126 |
|---|---|---|
| | Country | Poland |
| | Centre No. | 1104 |

## Curriculum Vitae

Please complete this form in English

| First and family name | MIECZYSLAW JANISZEWSKI |
|---|---|
| Present position | HEAD OF REGIONAL PSYCHIATRIC CENTRE |
| Address<br>(Full office address incl. postal/zip code) | W. SKLODOWSKIEJ-CURIE 27/29<br>87-100 TORUN , POLAND |
| **Medical education** | |
| Name of school | MEDICAL ACADEMY IN GDANSK |
| City, Country | GDANSK, POLAND |
| Duration of education | 6 year(s), month(s) |
| Degree attained | M.D. |
| Education completed in year | 1973 |
| **Physician's reference/license number (if applicable)** | |
| **Postgraduate training** | |
| Type of training | SPECIALISATION IN PSYCHIATRY I° |
| Name of institution | MEDICAL ACADEMY |
| City, Country | BYDGOSZCZ , POLAND |
| Duration of training | 3 year(s), month(s) |
| Degree attained | PSYCHIATRIST |
| Training completed in year | 1976 |
| Type of training | SPECIALISATION IN PSYCHIATRY II° |
| Name of institution | INSTITUTE OF PSYCHIATRY AND NEUROLOGY |
| City, Country | WARSAW, POLAND |
| Duration of training | 4 year(s), month(s) |
| Degree attained | PSYCHIATRIST |
| Training completed in year | 1980 |
| Type of training | |
| Name of institution | |
| City, Country | |
| Duration of training | year(s), month(s) |
| Degree attained | |
| Training completed in year | |

244

CONFIDENTIAL
AZSER12750133

Curriculum Vitae
Study Code

| Publications (number of written publications in relevant area(s) of research) | *14.* |
|---|---|
| **Experience of clinical research** (number of clinical studies sponsored by the pharmaceutical industry to which the individual has contributed) | *20* |

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data protection laws may not exist or be as developed as in the European Economic Area.

| Signature | *[signature]* | Date of signature | *24. 10. 2003* |
|---|---|---|---|

2(2)

245

CONFIDENTIAL
AZSER12750134



| Study Code | D1447C00126 |
| Centre Number | 1105 |

# Curriculum Vitae

*Please fill in this form in English*

**First and Family Name** — Bartosz Loza

**Date of birth** (dd/mm/yyyy) — REDACT

**Present appointment**
(Job title/Department) — Head of Psychiatric Department

**Address**
(Full work address including post/zip code) — SPZOZ, Oddział Psychiatryczny, ul. Jana Zamoyskiego 149, 23-300 Janów Lubelski

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

MD, Year: 1989

Specialist, Field   Psychiatrist   Year: 1995

PhD [✓]   MSc [ ]   BSc [ ]

Other (specify)

**Physician's reference/licence number** (if applicable) — 8476124

**Previous appointments/experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

**Publications** (✓ appropriate box)
(Number of articles published)

0 [ ]   1-5 [ ]   6-10 [ ]   11-20 [ ]   >20 [✓]

**Previous experience in clinical trials and type of GCP training received**
(eg. 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

More than 10 clinical trials

More than 10 GCP training meetings

**Date of signature** — 02/04/2004

**Signature** — *Bartosz Loza*

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

CONFIDENTIAL
AZSER12750135



| Study Code | D1447C00126 |
|---|---|
| Centre Number | 1106 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Jolanta Rabe - Jablonska |
| **Date of birth** (dd/mm/yyyy) | REDACT |
| **Present appointment**<br>(Job title/Department) | Chief of II Psychiatric Department Of Medical University Of Lodz |
| **Address**<br>(Full work address including post/zip code) | II Psychiatric Department<br>Medical University<br>92-213 Lodz<br>Czechoslowacka 8/10<br>Poland |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

| | | | | |
|---|---|---|---|---|
| MD, Year: | 1975 | | | |
| Specialist, Field | II, psychiatry | | Year: | 1980 |
| PhD ☐ | MSc ☐ | | BSc ☐ | |
| Other (specify) | Prof - 2000 | | | |

| | |
|---|---|
| **Physician's reference/licence number**<br>(if applicable) | 3769745, s AC 052176 |
| **Previous appointments/ experience**<br>(include only relevant therapeutic/ practical experience after gaining qualifications) | Medical University, private practice<br>Certificate of family psychotherapy |

**Publications** (✓ appropriate box)
(Number of articles published)

| 0 ☐ | 1-5 ☐ | 6-10 ☐ | 11-20 ☐ | >20 ☒ |
|---|---|---|---|---|

| | |
|---|---|
| **Previous experience in clinical trials and type of GCP training received**<br>(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies) | 13 trials in the psychiatri field ( antypsychotics –8, antydepressants - 5 ( II and III phase ), GCP training at investigators meetings for 10 of these studies, several times training in assessment with many psychiatric scales |

**Date of signature**

17.05.04, Łódź

**Signature**

*J. Rabe - Jablonska*

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

247

CONFIDENTIAL
AZSER12750136



| Study Code | D1447C00126 |
|---|---|
| Centre Number | 1107 |

## Curriculum Vitae

*Please fill in this form in English*

**First and Family Name** — Andrzej Kokoszka

**Date of birth** (dd/mm/yyyy) — REDACT

**Present appointment**
(Job title/Department) — University Professor, Head of the II Department of Psychiatry, University of Warsaw

**Address**
(Full work address including post/zip code) — Ul. Kondratowicza 8
05-092 Warszawa

**Qualifications**
(Degree and other professional qualifications)
(✓ relevant qualifications, or specify)

MD, Year: 1981
Specialist, Field psychiatry   Year: 1989
PhD [x]   MSc [ ]   BSc [ ]
Other (specify)

**Physician's reference/licence number** (if applicable) — 9735109

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications) —
Department of Psychiatry, Collegium Medicum, Jagiellonian Univesity in Kraków 1982-1995
II Department of Psychiatry, University of Warsaw since 1995; head since 1998

**Publications** (✓ appropriate box)
(Number of articles published) —
0 [ ]   1-5 [ ]   6-10 [ ]   11-20 [ ]   >20 [x]

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies) —
Principal coordinator in GCP studies of III phase in schizophrenia (3), generalized anxiety disorder (1) and in several studies of IV phase

**Date of signature** — 2004-05-18   18.05.04

**Signature** — *A. Kokosh*

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

248

CONFIDENTIAL
AZSER12750137



| Study Code | D1447C00126 |
|---|---|
| Centre Number | 1108 |

---

## Curriculum Vitae

---

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Zbigniew Skurczyński |
| **Date of birth** (dd/mm/yyyy) | REDACT |
| **Present appointment** (Job title/Department) | Head of Department<br>Admission Ward |
| **Address** (Full work address including post/zip code) | Ul. Rychlińskiego 1, 05-091 Ząbki |
| **Qualifications** (Degree and other professional qualifications)<br><br>(✓ relevant qualifications, or specify) | MD, Year:   1964<br>Specialist, Field   psychiatry   Year:   2nd degree in 1970<br>PhD ☐   MSc ☐   BSc ☐<br>Other (specify) |
| **Physician's reference/licence number** (if applicable) | 1062937 |
| **Previous appointments/ experience** (include only relevant therapeutic/ practical experience after gaining qualifications) | expert in forensic psychiatry |
| **Publications** (✓ appropriate box)<br>(Number of articles published) | 0 ☐   1-5 ☐   6-10 ✔   11-20 ☐   >20 ☐ |
| **Previous experience in clinical trials and type of GCP training received** (eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies) | Participation in 4 schizophrenia clinical studies in a position of Principal Investigator |
| **Date of signature** | 11 June 2004 |
| **Signature** | |

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

CONFIDENTIAL
AZSER12750138

## 2.10 Curriculum Vitae

--

CV for PI – Dr Wlodzimierz Chrzanowski
from Polish study site No 1109 is still missing.
CV will be obtained and filed in SMF
as soon as possible.

Date: 12/02/2007          Signature:...............................

ANNA LUCZAK, SA

"SOP 10: SMF Index -- File Note" CRR CEE (PL); 2004-03-30

250

CONFIDENTIAL
AZSER12750139

| | |
|---|---|
| Imię i nazwisko | Włodzimierz Chrzanowski |
| Adres ośrodka: | Prywatne Gabinety Lekarskie „PROMEDICUS" |
| | REDACTED |
| | REDACTED |
| Telefon No.: | +48 602 691223 |
| | +48 85 744 60 36 |
| Fax No.: | +48 85 744 60 36 |
| E-mail : | Promedica@onet.pl |
| Data urodzenia: | 01-12-1943 |
| Narodowość: | Polska |

## Kwalifikacje:

| | |
|---|---|
| Data uzyskania dyplomu lekarza medycyny: | 20-11-1967 |
| Nazwa uczelni/ miejscowość nadająca tytułu lekarza medycyny: | Akademia Medyczna w Gdańsku |
| Data I opis innych tytułów: | Specjalizacja I stopnia z psychiatrii  1971 |
| | Specjalizacja II stopnia z psychiatrii  1973 |
| Nazwa uczelni/ miejscowość nadająca tytuł: | Klinika Psychiatrii AM w Białymstoku |
| Data I opis innych tytułów: | Ordynator oddziału  1973 - 2002 |
| Nazwa uczelni/ miejscowość nadająca tytuł: | Klinika Psychiatrii AM w Białymstoku |
| Inne akredytacje lub kwalifikacje: | St. wykładowca |
| Nazwa uczelni/ miejscowość nadająca inne akredytacje lub kwalifikacje: | Akademia Medyczna w Białymstoku |
| Inne akredytacje lub kwalifikacje: | Dyrektor Medyczny |
| Nazwa uczelni/ miejscowość nadająca inne akredytacje lub kwalifikacje: | Spółdzielnia Lekarska ARS MEDICA |

251

CONFIDENTIAL
AZSER12750140

| Inne akredytacje lub kwalifikacje: | Specjalista psychiatra/Główny Badacz |
|---|---|
| Nazwa uczelni/ miejscowość nadająca inne akredytacje lub kwalifikacje: | Prywatne Gabinety Lekarskie „PROMEDICUS" |

**Doświadczenie Zawodowe (Poprzednie I obecne pozycje)**

| Miesiąc/rok - Miesiąc/rok: | **Lekarz stażysta/Wojewódzki Szpital Zespolony w Białymstoku 1968 - 1969** |
|---|---|
| Miesiąc/rok - Miesiąc/rok: | **Asystent/Klinika Psychiatrii AMB 1970-1972** |
| Miesiąc/rok - Miesiąc/rok: | **Wykładowca/Klinika Psychiatrii AMB 1973-1975** |
| Miesiąc/rok - Miesiąc/rok: | **Starszy wykładowca/Klinika Psychiatrii AMB  od 1976 i nadal** |
| Miesiąc/rok - Miesiąc/rok: | **Dyrektor medyczny/Spółdzielnia Lekarska ARS MEDICA od 1992 i nadal** |
| Miesiąc/rok - Miesiąc/rok: | **Specjalista psychiatra/Prywatne Gabinety Lekarskie „Promedicus" od 28.02.2005 i nadal** |

**Poprzednie doświadczenia w badaniach klinicznych – TAK**

**(data, wskazanie)**

| Rok  - 1997, 1998, 1999, 2000, 2001, 2003, 2004, 2005, 2006 | Indykacja badania   SCHIZOFRENIA  I,II,III i IV faza |
|---|---|
| Rok - 2002, 2003 | Indykacja badania   DEPRESJA II,III,IV faza |
| Rok  - 1997 | Indykacja badania   ZABURZENIE OBSESYJNO KOMPULSYJNE II faza |
| Rok  - 2002, 2005 | Indykacja badania   ZABURZENIA AFEKTYWNE DWUBIEGUNOWE III faza |
| Rok  - 2003, 2004 | Indykacja badania   ZAB. LĘKOWE Z NAPADAMI LĘKU II faza |
| Rok  - 2004 | Indykacja badania   ZAB. LĘKOWE UOGÓLNIONE III faza |

**Doświadczenie w GCP: Dyplom ACRP, trening GCP lipiec 2 – 4  2001 Edynburg, Szkocja**
**Ostatni – 2005 rok**

Podpis: _____     Data: 20 10 2006

CONFIDENTIAL
AZSER12750141

AstraZeneca

| Study Code | D1447C00126 |
|---|---|
| Centre Number | 1111 |

## Curriculum Vitae

*Please fill in this form in English*

**First and Family Name** — Stanisław Wójcik

**Date of birth** (dd/mm/yyyy) — REDACT

**Present appointment**
(Job title/Department) — Chef of Psychosomatic and Psychiatry Department of L. Rydygier's Hospital

**Address**
(Full work address including post/zip code) — 31-826 Krakow, Poland
Os. Zlotej Jesieni 1

**Qualifications**
(Degree and other professional qualifications)
(✓ relevant qualifications, or specify) — MD, Year: 1978
Specialist, Field   psychiatry        Year:  1985
PhD [x]   MSc [ ]   BSc [ ]
Other (specify)   Internal medicine;

**Physician's reference/licence number** (if applicable) — 8478292

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications) — Psychiatry Department of University Hospital in Krakow,

**Publications** (✓ appropriate box)
(Number of articles published) — 0 [ ]   1-5 [ ]   6-10 [ ]   11-20 [ ]   >20 [x]

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies) — 6 in psychopharmacotherapy

**Date of signature** — 30.03.2005

**Signature**

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

253

CONFIDENTIAL
AZSER12750142



| Study Code | D1447C00126 |
| Centre Number | 1112 |

## Curriculum Vitae

*Please fill in this form in English*

**First and Family Name** — ANDRZEJ MICHORZEWSKI

**Date of birth** (dd/mm/yyyy) — REDACTED

**Present appointment** (Job title/Department) — THE HEAD PHYSICIAN OF PSYCHIATRIC WARD

**Address** (Full work address including post/zip code) — 87-600 LIPNO
Ul. 11 LISTPADA 9

**Qualifications** (Degree and other professional qualifications) (✓ relevant qualifications, or specify)

MD, Year: 1978
Specialist, Field PSYCHIATRY   Year: 1981
PhD ☐   MSc ☐   BSc ☐
Other (specify) _____

**Physician's reference/licence number** (if applicable) — 5766918

**Previous appointments/ experience** (include only relevant therapeutic/ practical experience after gaining qualifications)

**Publications** (✓ appropriate box) (Number of articles published)
0 ☐  1-5 ☐  6-10 ☐  11-20 [x]  >20 ☐

**Previous experience in clinical trials and type of GCP training received** (eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

A DOZEN TRIALS IN THE PSYCHIATRIC FIELD, IN EACH CASE INVESTIGATOR MITING WITH GCP TRAINING

**Date of signature** — 27/01/2005

**Signature**

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

254

CONFIDENTIAL
AZSER12750143


AstraZeneca

| Study Code | D1447C00126 |
|---|---|
| Centre Number | 1114 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | JANUSZ BUKOWSKI |
| **Date of birth** (dd/mm/yyyy) | REDACTE |
| **Present appointment** (Job title/Department) | CHIEF OF PSYCHIATRIC DEPARTMENT SPECIALISTIC HOSPITAL  GORLICE,PL |
| **Address** (Full work address including post/zip code) | 38-300 GORLICE , WĘGIERSKA 21 |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

MD, Year:  1972

Specialist, Field   PSYCHIATRY      Year:  1980

PhD ☐    MSc ☐    BSc ☐

Other (specify) _____

| | |
|---|---|
| **Physician's reference/licence number** (if applicable) | 4366280 |
| **Previous appointments/ experience** (include only relevant therapeutic/ practical experience after gaining qualifications) | PSYCHIATRY I –DEGREE 1976 , II-DEGREE 1980 FROM 1982 CHIEF OF PSYCHIATRIC DEPARTMENT |

**Publications** (✓ appropriate box)
(Number of articles published)

0 ☐   1-5 ☐   6-10 [X]   11-20 ☐   >20 ☐

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

III PHASE  TRIALS WITH NEUROLEPTICS ( MERZ , BSM)

**Date of signature**     08. 02. 2005

**Signature**     *Janusz Bukowski*

CONFIDENTIAL
AZSER12750144



| | |
|---|---|
| Study Code | D1447C00126 |
| Centre Number | 1115 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Krzysztof Kołcz |
| **Date of birth** (dd/mm/yyyy) | REDACT |
| **Present appointment** (Job title/Department) | Szpital dla Nerwowo i Psychicznie Chorych |
| **Address** (Full work address including post/zip code) | 83-200 Starogard Gdanski  ul Skarszewska 7 POLAND |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

MD, Year: 1993

Specialist, Field  Psychiatry      Year: 1997

PhD ☐   MSc ☐   BSc ☐

Other (specify) _____

| | |
|---|---|
| **Physician's reference/licence number** (if applicable) | 1772025 |
| **Previous appointments/ experience** (include only relevant therapeutic/ practical experience after gaining qualifications) | Psychotherapy, Management |

**Publications** (✓ appropriate box)
(Number of articles published)

0 ☐   1-5 ☒   6-10 ☐   11-20 ☐   >20 ☐

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

1 clinical trial in psychiatry (PI)

GCP Training at investigators meeting

**Date of signature**

21 04 2005

21 04 2005

Kołcz

**Signature**

Kołcz

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

256

CONFIDENTIAL
AZSER12750145



AstraZeneca

| Study Code | D1447C00126 |
|---|---|
| Centre Number | 1117 |

**Curriculum Vitae**

*Please fill in this form in English*

| **First and Family Name** | Maciej Jachymiak |
|---|---|
| **Date of birth** (dd/mm/yyyy) | REDACTE |
| **Present appointment** (Job title/Department) | Psychiatric Ward – Senior Assistent<br>Detoxication Ward – Head |
| **Address** (Full work address including post/zip code) | SPZOZ Nowy Targ, Szpital im. Jana Pawła II, Oddział Psychiatrii, 34-400 Nowy Targ, ul. Szpitalna 14 |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

MD, Year:   1991

Specialist, Field   psychiatry        Year:   1997

PhD ☐   MSc ☐   BSc ☐

Other (specify) _____

**Physician's reference/licence number** (if applicable)

Licence number 8179340

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

Psychiatric Hospital Kraków 1991 – 1994

Psychiatric Ward Hospital N.Targ since 1994

Detoxical Ward Hospital N.Targ since 2005

**Publications** (✓ appropriate box)
(Number of articles published)

0 ☒   1-5 ☐   6-10 ☐   11-20 ☐   >20 ☐

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

2 trials in psychiatric field

1 trial in alcohol dependence field

3 GCP trainings

**Date of signature**

16.06.2005.

*16.06.2005*

**Signature**

*Maciej Jachymiak*

SOP-210-G T64 Curriculum Vitae template
Version 1, Date: 14 April 2005

257

CONFIDENTIAL
AZSER12750146



| Study Code | D1447C00126 |
|---|---|
| Centre Number | 1118 |

## Curriculum Vitae

*Please fill in this form in English*

| **First and Family Name** | Wojciech Stankiewicz |
|---|---|
| **Date of birth** (dd/mm/yyyy) | REDACTE |
| **Present appointment** (Job title/Department) | Consultant |
| **Address** (Full work address including post/zip code) | Wojewódzki Szpital Psychiatryczny im. prof. T. Bilikiewicza w Gdańsku ul. Srebrniki 1, 80-282 Gdańsk |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

MD, Year:   MD 1960

Specialist, Field   Psychiatry   Year:   1976

PhD ☐   MSc ☐   BSc ☐

Other (specify) _____

**Physician's reference/licence number** (if applicable)   5739485

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

**Publications** (✓ appropriate box)
(Number of articles published)

0 [x]   1-5 ☐   6-10 ☐   11-20 ☐   >20 ☐

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

Ten trials psychiatry field.

**Date of signature**   14.06.2005

**Signature**   *W. Stankiewicz*

SOP-210-G T64 Curriculum Vitae template
Version 1, Date: 14 April 2005

258

CONFIDENTIAL
AZSER12750147