
AstraZeneca

| Study Code | D1447C00126 |
|---|---|
| Centre Number | 1120 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Jerzy Samochowiec |
| **Date of birth** (dd/mm/yyyy) | REDACT |
| **Present appointment** (Job title/Department) | Head the Department of Psychiatry, Pomeranian Medical University |
| **Address** (Full work address including post/zip code) | Broniewskiego 26; 71-460 Szczecin Poland |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

MD, Year:  1991

Specialist, Field  Psychiatry  Year:  1997

PhD ☐  MSc ☐  BSc ☐

Other (specify)  Professor

**Physician's reference/licence number** (if applicable)  6567572

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

Department of Psychiatry, Free University of Berlin 1997 – 1999 (Humboldt Fellowship-research fellow)

**Publications** (✓ appropriate box)
(Number of articles published)

0 ☐  1-5 ☐  6-10 ☐  11-20 ☐  >20 ☒

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

2 trials in alcoholism (anticraving drugs), 3 trials in schizophrenia research, GCP training at 4 investigators meeting.

**Date of signature**

07.06.2005

**Signature**

*Jerzy Samochowiec* (signature)

SOP-210-G T64 Curriculum Vitae template
Version 1, Date: 14 April 2005

259

CONFIDENTIAL
AZSER12750148

**AstraZeneca**

| | |
|---|---|
| Study Code | D1447C00126 |
| Centre Number | 1121 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Aleksander Araszkiewicz |
| **Date of birth** (dd/mm/yyyy) | REDACT |
| **Present appointment** (Job title/Department) | Head of Psychiatry Department and Clinic |
| **Address** (Full work address including post/zip code) | Kurpińskiego 19 str., 85-096, Bydgoszcz |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

MD, Year:   1970

Specialist, Field   Psychiatry        Year:  1975

PhD [X]    MSc [ ]    BSc [ ]

Other (specify)        Psychoterapist

| | |
|---|---|
| **Physician's reference/licence number** (if applicable) | 7008694 |
| **Previous appointments/ experience** (include only relevant therapeutic/ practical experience after gaining qualifications) | Head of Psychiatry Department of Military Medical Academy in Łódź |

**Publications** (✓ appropriate box)
(Number of articles published)

0 [ ]   1-5 [ ]   6-10 [ ]   11-20 [ ]   >20 [X]

**Previous experience in clinical trials and type of GCP training received**
(eg. 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

20 clinical trials: schizophrenia , MDD, bipolar disease, anxiety disorder

**Date of signature**

08.08.2006

**Signature**

260

CONFIDENTIAL
AZSER12750149


AstraZeneca

| Study Code | «» *D1447C00126* |
| Centre Number | «» *1201* |

## Curriculum Vitae

*Please fill in this form in English*

**First and Family Name** — *Anatoly Smulevich*

**Date of birth** (dd/mm/yyyy) — REDACTED

**Present appointment**
(Job title/Department) — *Head of Department, Mental Health Research Center, RAMS*

**Address**
(Full work address including post/zip code) — *34, Kashirskoye shosse, 115522, Moscow, Russia*

**Qualifications**
(Degree and other professional qualifications)
(✓ relevant qualifications, or specify)

MD, Year: *49*

Specialist, Field *psychiatry* Year: *48*

PhD [X]   MSc [ ]   BSc [ ]

Other (specify) *professor, member of RAMS*

**Physician's reference/licence number** (if applicable) — _____

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications) — _____

**Publications** (✓ appropriate box)
(Number of articles published) — 0 [ ]  1-5 [ ]  6-10 [ ]  11-20 [ ]  >20 [X]

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies) — *GCP (17 days 1994) neuroleptics in schizophrenia - 4 trials neuroleptics in bipolar affective disorder - 3 trials antidepressants in depression - 5 trials*

**Date of signature** — *27.05.04*

**Signature** — *(signature)*

CONFIDENTIAL
AZSER12750150

**AstraZeneca**

| Study Code | D1447C00126 |
|---|---|
| Centre Number | 1202 |

## Curriculum Vitae

**First and Family Name**  *Yuri Alexandrovsky*

**Date of birth (dd/mm/yyyy)**  REDACTED

**Present appointment**
(Job title/Department)  *Research Center n.b. Serbsky professor*

**Address**
(Full work address including post/zip code)  *119034 Moscow, Kropottkinsky per, 23*

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

MD, Year: *1959 ('45)*

Specialist, Field *1961 ('43) psychiatry* Year: *43*

PhD ☑  MSc ☐  BSc ☐

Other (specify) _____

**Physician's reference/licence number**
(if applicable)  *HN° 86 9962*

**Previous appointments/
experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)  *psychiatrist at Research Center since 1975*

**Publications** (✓ appropriate box)
(Number of articles published)  0 ☐  1-5 ☐  6-10 ☐  11-20 ☐  >20 ☑

**Previous experience in clinical trials
and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)  *GCP training at i.m. for 3 of these studies*

*15 (psychiatry)*

**Date of signature**  *10.12.04*

**Signature**

SOP-04A-G-T18 CV Template
Version 5. Date: 19 March 2004

262

CONFIDENTIAL
AZSER12750151



Study Code  *D1447C00126*

Centre Number  *1204*

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Galina Panteleyeva |
| **Date of birth** (dd/mm/yyyy) | REDACT |
| **Present appointment**<br>(Job title/Department) | Head of Clinical Department, National Center of Mental Health |
| **Address**<br>(Full work address including post/zip code) | 115522, Kashirskoye sh.34, Moscow, Russia |

**Qualifications**
(Degree and other professional qualifications)
(✓ relevant qualifications, or specify)

MD, Year:  50

Specialist, Field  Psychiatry  Year:  50

PhD  [•]   MSc  [ ]   BSc  [ ]

Other
(specify)  Professor

**Physician's reference/licence number**
(if applicable)

N 319778

**Previous appointments/experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

1954-1958-Psychiatrist
1960-1973-Junior research worker
1973-1985- Senior research worker
1985-p.t.- Head of clinical department

**Publications** (✓ appropriate box)
(Number of articles published)

0 [ ]   1-5 [ ]   6-10 [ ]   11-20 [ ]   >20 [•]

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

15 trials in the psychiatric field, GCP training at investigators meetings in 2001 year

**Date of signature**

*27. 10. 2004*

**Signature**

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

263

CONFIDENTIAL
AZSER12750152

| Study Code | D1447C00126 |
|---|---|
| Centre Number | 1205 |

# Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Boris Tsygancov |
| **Date of birth** (dd/mm/yyyy) | REDACTE |
| **Present appointment**<br>(Job title/Department) | Leader of psychiatric department |
| **Address**<br>(Full work address including post/zip code) | Moscow State Medical Stomatological University, Delegatskaya ul. 20/1, 127473, Moscow, Russia |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

MD, Year:   31   *(1973)*

Specialist, Field   psychiatrist        Year:   31

PhD [X]   MSc [ ]   BSc [ ]

Other
(specify)   _____

**Physician's reference/licence number**
(if applicable)   N/A

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

1991-present leader of psychiatric department Moscow State Medical Stomatological University

**Publications** (✓ appropriate box)
(Number of articles published)

0 [ ]   1-5 [ ]   6-10 [ ]   11-20 [ ]   >20 [X]

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

Neuroleptic –2 phase,

Antidepressant- 3 phase,

Tranquilizer – 3 phase

Antidepressant- 4 phase,

**Date of signature**   10/nov/2004

**Signature**   *[signature]*

264

CONFIDENTIAL
AZSER12750153



| Study Code | << >> D1447C00126 |
|---|---|
| Centre Number | << >> 1206 |

## Curriculum Vitae

| **First and Family Name** | Mikhail Ivanov |
|---|---|
| **Date of birth** (dd/mm/yyyy) | REDACT |
| **Present appointment**<br>(Job title/Department) | Department of Biological Therapy Bekhterev Research Institute |
| **Address**<br>(Full work address including post/zip code) | St.Petersburg, Bekhterev str., 3 |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

| MD, Year: | 1976 | | |
|---|---|---|---|
| Specialist, Field | Psychiatry | Year: | 1976 |
| PhD ☑ | MSc ☐ | BSc ☐ | |
| Other<br>(specify) | | | |

| **Physician's reference/licence number** (if applicable) | #90, 21 Jun 1996 |
|---|---|

**Previous appointments/experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

Resident in Psychiatry St.Petersburg Medical Insitute Perfection of Doctor 1990 –1992

Junior Research Worker, Department of Biochemistry the I.V. Pavlov Medical School 1976 –1978

Successive Junior Researcher ,Senior Research Associate, Leading Research Associate in Department of Biological Therapy Bekhterev Psychoneurological Research Institute – 1978 – 2001

Chief of Department of Biological Therapy Bekhterev Psychoneurological Research Institute 2001-present

**Publications** (✓ appropriate box)
(Number of articles published)

| 0 ☐ | 1-5 ☐ | 6-10 ☐ | 11-20 ☐ | >20 ☑ |
|---|---|---|---|---|

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

Schizophrenia(Randomised, Multicentre, Double-Blind study.). III Phase 1999, 2000

Schizophrenia(Randomised, Multicentre, Double-Blind study.). II Phase  2001

Schizophrenia(Randomised, Multicentre, Double-Blind study.). II Phase  2002

Schizophrenia(Randomised, Multicentre, Double-Blind study.). II Phase  2003

Bipolar Disorder II Phase  2003

CONFIDENTIAL
AZSER12750154

Curriculum Vitae
Study Code << >>
Centre Number << >>

**Date of signature**

**Signature**

*14. 08. 2004*

CONFIDENTIAL
AZSER12750155



| Study Code | D1447C00126 |
|---|---|
| Centre Number | 1208 |

---

## Curriculum Vitae

---

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Vladimir B. Vilianov |
| **Date of birth** (dd/mm/yyyy) | REDACTE |
| **Present appointment**<br>(Job title/Department) | Docent. Chief of chair of psychiatry |
| **Address**<br>(Full work address including post/zip code) | Saratov State Medical University<br>112 B. Kazachja str., Saratov, Russia, 410026 |
| **Qualifications**<br>(Degree and other professional qualifications)<br>(✓ relevant qualifications, or specify) | MD, Year: 1976<br>Specialist, Field   Psychiatry   Year: 1978<br>PhD [V]   MSc [ ]   BSc [ ]<br>Other<br>(specify) |
| **Physician's reference/licence number**<br>(if applicable) | №610030 |
| **Previous appointments/experience**<br>(include only relevant therapeutic/ practical experience after gaining qualifications) | *Psychiatrist* |
| **Publications** (✓ appropriate box)<br>(Number of articles published) | 0 [ ]   1-5 [ ]   6-10 [ ]   11-20 [ ]   >20 [V] |
| **Previous experience in clinical trials and type of GCP training received**<br>(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies) | 6 trials in the psychiatry, GCP training at investigators meetings for 6 of these studies |
| **Date of signature** | *10. 03. 2005* |
| **Signature** | |

SOP-04A-G-T18 CV Template
Version 5. Date: 19 March 2004

CONFIDENTIAL
AZSER12750156



| Study Code | D1447C00126 |
|---|---|
| Centre Number | 1801 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Prof. Cornelius Werendly van Staden |
| **Date of birth** (dd/mm/yyyy) | REDACTED |
| **Present appointment** (Job title/Department) | Associate Professor & Senior Consultant Psychiatrist |
| **Address** (Full work address including post/zip code) | Weskoppies Hospital Ketjen Street Pretoria West 0002 Tel: (012) 319-9748     Fax: (012) 319-9617 |

**Qualifications**
(Degree and other professional qualifications)
(✓ relevant qualifications, or specify)

MD, Year:     1990

Specialist, Field    Psychiatry          Year:   1996

PhD ☐      MSc ☐      BSc ☐

Other (specify)
- LTCL (1988)
- UPLM (1989)
- FTCL (1990)
- MMed (Psych) (1996)
- MD (1999)

**Physician's reference/licence number** (if applicable)

MP 0366145

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

- Jan 2004 – Present: Associate Professor & senior consultant psychiatrist, University of Pretoria & Weskoppies Hospital
- Dec 2003 – Nov 2006: Visiting senior clinical lecturer, University of Warwick
- Jan 1999 – Dec 2003: Senior consultant psychiatrist & senior lecturer, University of Pretoria & Weskoppies Hospital
- Jan 1998 – 31 Jan 1998: Consultant psychiatrist &

SOP-210-G T64 Curriculum Vitae template
Version 1, Date: 14 April 2005

268

CONFIDENTIAL
AZSER12750157

Curriculum Vitae
Study Code D1447C00126
Centre Number 1801

- lecturer, University of Pretoria & Weskoppies Hospital
- 1 Feb 1995 – 30 Nov 1997: Consultant psychiatrist & registrar, North Warwickshire
- 1 Jan 1992 – 31 Jan 1995: Registrar, University of Pretoria & Weskoppies Hospital
- 13 Dec 1991 – 31 Dec 1991: Medical Officer, Pietersburg Hospital
- 13 Dec 1990 – 12 Dec 1991: Intern / house officer, Pietersburg Hospital

**Publications** (✓ appropriate box)
(Number of articles published)

| 0 | 1-5 | 6-10 | 11-20 | >20 |
|---|-----|------|-------|-----|
|   |     |      |       | X   |

**Previous experience in clinical trials and type of GCP training received** (eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

- 8 trials in the psychiatric field
- Received GCP training in September 2004

**Date of signature**     26/08/2005

**Signature**

SOP-2.0-G T64 Curriculum Vitae template
Version 1, Date: 14 April 2005

269

CONFIDENTIAL
AZSER12750158



| Study Code | D1447C00126 |
|---|---|
| Centre Number | 1806 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Dr Hendrika Jacoba Turner |
| **Date of birth** (dd/mm/yyyy) | REDACT |
| **Present appointment**<br>(Job title/Department) | Psychiatrist – Principal Investigator |
| **Address**<br>(Full work address including post/zip code) | 37 John X Merriman Street, Oakdale, Bellville 7530 |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

MD, Year:    1886

Specialist, Field   M.Med(Psych)   Year:   1994

PhD ☐    MSc ☐    BSc ☐

Other
(specify) _____

| | |
|---|---|
| **Physician's reference/licence number**<br>(if applicable) | MP0308897 |

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

Consultant Psychiatrist Groote Schuur Hospital, South Africa 1992-1993

Consu7ltant Psychiatrist, Acute Psychiatric Wards, Stikland Hospital, South Africa 1995-1999

Locum Psychiatrist, London, UK 1997-1998

Consultant Psychiatrist, Acute Psychiatric Wards, Stikland Hospital, South Africa Jan 1993-July 1993

Consultant Psychiatrist, Lentegeur Hospital, South Africa 1983

Contract Research, Stikland Hospital Research Unit, South Africa 1999 to current.

**Publications** (✓ appropriate box)
(Number of articles published)

0 ☑    1-5 ☐    6-10 ☐    11-20 ☐    >20 ☐

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these

6 x Psychiatry studies

28 November 2003 – Stellenbosch University Dept of Psychiatry

SOP-210-G T64 Curriculum Vitae template
Version 1, Date: 14 April 2005

270

CONFIDENTIAL
AZSER12750159

Curriculum Vitae
Study Code D1447C00126
Centre Number

studies)

**Date of signature**    30 - AUG - 2005

**Signature**

CONFIDENTIAL
AZSER12750160



| Study Code | D1447C00126 |
|---|---|
| Centre Number | 1301 |

---

## Curriculum Vitae

---

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Eduard Vieta |
| **Date of birth** (dd/mm/yyyy) | REDACTED |
| **Present appointment**<br>(Job title/Department) | Head of Research of the Bipolar Disorders Program.<br>Psychiatry Department, Hospital Clinic i Provincial. |
| **Address**<br>(Full work address including post/zip code) | C/ Roselló 140, 08036 Barcelona |

**Qualifications**
(Degree and other professional qualifications)
(✓ relevant qualifications, or specify)

MD, Year: _____

Specialist, Field    Psychiatry        Year:   1991

PhD ☐    MSc ☑    BSc ☐

Other (specify) _____

**Physician's reference/licence number** (if applicable)

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

Graduated by University of Barcelona (1988)

Specialist Fellow in Psychiatry Department in Hospital Clinic i Provincial (1991)

Postgraduated Fellow in Psychiatry Department in Hospital Clinic i Provincial (1992)

Associated Investigator, Faculty member, postgraduated professor in in Psychiatry Department in Hospital Clinic i Provincial (2002)

**Publications** (✓ appropriate box)
(Number of articles published)

0 ☐   1-5 ☐   6-10 ☐   11-20 ☐   >20 ☑

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

18 Clinical Trials

**Date of signature**    11 / may / 2004

**Signature**

CONFIDENTIAL
AZSER12750161



| | |
|---|---|
| Study Code | D1447C00126 |
| Centre Number | 1302 |

---

## Curriculum Vitae

---

*Please fill in this form in English*

**First and Family Name**  Dr. Alfonso Rodríguez

**Date of birth** (dd/mm/yyyy)  REDACTED

**Present appointment**  Psychiatrist co-ordinator of the Acute Unit at the Psychiatric centre
(Job title/Department)  of the IMAS (IMPU)

  Medical Consultant at the Instituto Municipal de Psiquiatria de Urgencia
  (IMPU), since 1990

**Address**  C/ Germans Desvalls, s/n
(Full work address including post/zip code)
  08035 Barcelona (Spain)

**Qualifications**  MD, Year: 1982
(Degree and other professional qualifications)
  Specialist, Field   Psychiatry   Year:  1987
(✓ relevant qualifications, or specify)
  PhD ☐   MSc ☒   BSc ☐

  Other
  (specify)  _____

**Physician's reference/licence number** (if applicable)

**Previous appointments/ experience**
(include only relevant therapeutic/ practical
experience after gaining qualifications)  15 years

**Publications** (✓ appropriate box)  0 ☐  1-5 ☐  6-10 ☒  11-20 ☐  >20 ☐
(Number of articles published)

**Previous experience in clinical trials
and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in
the respiratory field, GCP training at
investigators meetings for 3 of these studies)  Several Clinical Trials in Psychiatry

**Date of signature**  29/09/04

**Signature**

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

273

CONFIDENTIAL
AZSER12750162



| Study Code | D1447C00126 |
|---|---|
| Centre Number | 1303 |

## Curriculum Vitae

*Please fill in this form in English*

**First and Family Name**

Manuel Camacho Laraña

**Date of birth** (dd/mm/yyyy)

REDACT

**Present appointment**
(Job title/Department)

Head of Psychiatry Department/ Psychiatry lecturer

**Address**
(Full work address including post/zip code)

Psychiatry Department Hospital Universitario Virgen Macarena.
Av/ Dr.Fedriani , s/n 41071 Sevilla  (SPAIN)

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

| MD, Year: | 1972 | | | |
|---|---|---|---|---|
| Specialist, Field | Psychiatry | | Year: | 1974 |

PhD [X]   MSc [ ]   BSc [ ]

Other (specify) _____

**Physician's reference/licence number** (if applicable)

4.130

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

Head of Psychiatry Section (1976-1998)

Head of Psychiatry Service from 1998

**Publications** (✓ appropriate box)
(Number of articles published)

0 [ ]   1-5 [ ]   6-10 [ ]   11-20 [ ]   >20 [X]

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

5  Trials with antipsychotics

**Date of signature**

08/06/04

**Signature**

*M. Camacho*

CONFIDENTIAL
AZSER12750163



| Study Code | D1447C00126 |
|---|---|
| Centre Number | 1304 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Bobes Julio |
| **Date of birth** (dd/mm/yyyy) | REDACT |
| **Present appointment** (Job title/Department) | Head of Psychiatry Department |
| **Address** (Full work address including post/zip code) | Psychiatry department Centro de Salud Mental de Teatinos Ctra. De Rubín s/n 33011 Oviedo |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

MD, Year:       1977

Specialist, Field       Psychiatry       Year:       1980

PhD  [✓]   MSc  [✓]   BSc  [ ]

Other (specify)

**Physician's reference/licence number** (if applicable)

33/03095-5

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

25 years

**Publications** (✓ appropriate box)
(Number of articles published)

0 [ ]   1-5 [ ]   6-10 [ ]   11-20 [ ]   >20 [✓]

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

Several Clinical Trials in Psychiatry

**Date of signature**

02 JUNE-04

**Signature**

CONFIDENTIAL
AZSER12750164



| Study Code | D1447C00126 |
|---|---|
| Centre Number | 1309 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Olivares , José M. |
| **Date of birth** (dd/mm/yyyy) | REDACT |
| **Present appointment**<br>(Job title/Department) | Staff Spacialist/ Psychiatry |
| **Address**<br>(Full work address including post/zip code) | Psychiatry Department Hospital Xeral Cies C/ Pizarro , 22 36203 Vigo (Pontevedra) |
| **Qualifications**<br>(Degree and other professional qualifications)<br><br>(✓ relevant qualifications, or specify) | MD, Year:   1989<br><br>Specialist, Field   Psychiatry          Year:   1994<br><br>PhD  [✓]   MSc  [ ]   BSc  [ ]<br><br>Other (specify)  _____ |
| **Physician's reference/licence number** (if applicable) | 363604274 - 8 |
| **Previous appointments/ experience**<br>(include only relevant therapeutic/ practical experience after gaining qualifications) | 10 years |
| **Publications** (✓ appropriate box)<br>(Number of articles published) | 0 [ ]   1-5 [ ]   6-10 [ ]   11-20 [ ]   >20 [✓] |
| **Previous experience in clinical trials and type of GCP training received**<br>(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies) | 10 Clinical Trials |
| **Date of signature** | 15 - 6 - 04 |
| **Signature** | |

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

276

CONFIDENTIAL
AZSER12750165

AstraZeneca

| Study Code | D1447C00126 |
|---|---|
| Centre Number | 1309 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Dr. Raul Vazquez-Noguerol |
| **Date of birth** (dd/mm/yyyy) | REDAC |
| **Present appointment** (Job title/Department) | Staff Specialist |
| **Address** (Full work address including post/zip code) | Hospital Xeral i Cies – H. de Rebullón, Crta. De Rebullon s/n 36200 Vigo |
| **Qualifications** (Degree and other professional qualifications) (✓ relevant qualifications, or specify) | MD, Year: 1996 |
| | Specialist, Field  Psychiatry   Year: 2001 |
| | PhD ☐   MSc ☐   BSc ☐ |
| | Other (specify) |
| **Physician's reference/licence number** (if applicable) | 363604149 |
| **Previous appointments/ experience** (include only relevant therapeutic/ practical experience after gaining qualifications) | 15 years |
| **Publications** (✓ appropriate box) (Number of articles published) | 0 ☐  1-5 ☐  6-10 ✓  11-20 ☐  >20 ☐ |
| **Previous experience in clinical trials and type of GCP training received** (eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies) | 1 Clinical Trial |
| **Date of signature** | 14.09.04 |
| **Signature** | |

SOP-04A-G-T18 CV Template
Version 5. Date: 10 March 2004

277

CONFIDENTIAL
AZSER12750166



| Study Code | D1447C00126 |
|---|---|
| Centre Number | 1310 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Celso Iglesias |
| **Date of birth** (dd/mm/yyyy) | REDACTED |
| **Present appointment**<br>(Job title/Department) | Staff Specialist of Psychiatry |
| **Address**<br>(Full work address including post/zip code) | Hospital Valle del Nalón. Polígono Riaño s/n 33920 Riaño, Asturias, Spain |

**Qualifications**
(Degree and other professional qualifications)
(✓ relevant qualifications, or specify)

| | | | |
|---|---|---|---|
| MD, Year: | 1992 | | |
| Specialist, Field | 1991 | | Year: |
| PhD ☑ | MSc ☐ | BSc ☐ | |
| Other (specify) | | | |

**Physician's reference/licence number**
(if applicable)

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

**Publications** (✓ appropriate box)
(Number of articles published)

| 0 ☐ | 1-5 ☐ | 6-10 ☐ | 11-20 [x] | >20 ☐ |
|---|---|---|---|---|

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

3 Clinical Trials

**Date of signature**   9.6.2004

**Signature**

CONFIDENTIAL
AZSER12750167



| Study Code | D1447C00126 |
|---|---|
| Centre Number | 1311 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Antonio Higueras Aranda |
| **Date of birth** (dd/mm/yyyy) | REDACTE |
| **Present appointment** (Job title/Department) | Chief Psychiatry Service |
| **Address** (Full work address including post/zip code) | Avda. de las Fuerzas Armadas ,nº 2<br>18014 Granada (Spain) |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

MD, Year: 1973

Specialist, Field  Psychiatry  Year: 1977

PhD [x]   MSc [ ]   BSc [ ]

Other (specify)  Proffesor

**Physician's reference/licence number** (if applicable)    7.786

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

27 years

**Publications** (✓ appropriate box)
(Number of articles published)

0 [ ]   1-5 [ ]   6-10 [x]   11-20 [ ]   >20 [ ]

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

4 Clinical Trials in Psychopharmacology

**Date of signature**    28- 06-0 4

**Signature**

# AstraZeneca

| Study Code | D1447C00126 |
|---|---|
| Centre Number | 1312 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Dr. José Luis Carrasco |
| **Date of birth** (dd/mm/yyyy) | REDACTE |
| **Present appointment** (Job title/Department) | Professor Dpt. Psychiatry, University Complutense Madrid |
| **Address** (Full work address including post/zip code) | C/ Martin Lagos, s/n, 28040 Madrid |

**Qualifications**
(Degree and other professional qualifications)
(or relevant qualifications, or specify)

| | | | | | | |
|---|---|---|---|---|---|---|
| MD, Year: | 1985 | | | | | |
| Specialist, Field | Psyachitry | | | Year: | 1990 | |
| PhD ☐ | MSc ☐ | BSc ☐ | | | | |
| Other (specify) | | | | | | |

**Physician's reference/licence number** (if applicable): 37768

**Previous appointments/experience**
(Include only relevant therapeutic/ practical experience after gaining qualifications)

Professor Dpt. Psychiatry, University of Salamanca and University Autonoma Madrid

**Publications** (✓ appropriate box)
(Number of articles published)

| 0 ☐ | 1-5 ☐ | 6-10 ☐ | 11-20 ☐ | >20 ☒ |
|---|---|---|---|---|

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

10 clinical trials in Psychiatry

**Date of signature:** 20/1/05

**Signature**

OP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

280

CONFIDENTIAL
AZSER12750169

# AstraZeneca

| | |
|---|---|
| Study Code | D1447C00126 |
| Centre Number | 1312 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Juan José López-Ibor |
| **Date of birth** (dd/mm/yyyy) | REDACT |
| **Present appointment** (Job title/Department) | Chairman and Profesor, Institute of Psychiatry, Hospital San Carlos - University Complutense Madrid |
| **Address** (full work address including post/zip code) | C/ Martin Lagos, s/n, 28040 Madrid |
| **Qualifications** (degree and other professional qualifications) (or relevant qualifications, or specify) | MD, Year: 1965 <br> Specialist, Field  Psyachitry        Year: 1967 <br> PhD [X]   MSc [ ]   BSc [ ] <br> Other (specify) |
| **Physician's reference/licence number** (if applicable) | |
| **Previous appointments/ experience** (include only relevant therapeutic/ practical experience after gaining qualifications) | Chairman and Professor of Psychiatry, University of Oviedo, Salamanca and Alcala de Henares University |
| **Publications** (✓ appropriate box) (number of articles published) | 0 [ ]  1-5 [ ]  6-10 [ ]  11-20 [ ]  >20 [X] |
| **Previous experience in clinical trials and type of GCP training received** (eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies) | More than 20 clinical trials in Psychiatry |
| **Date of signature** | 20/1/05 |
| **Signature** | |

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

281

CONFIDENTIAL
AZSER12750170

**AstraZeneca**

| Study Code | D1447C00126 |
|---|---|
| Centre Number | |

## Curriculum Vitae

*Please fill in this form in English*

**First and Family Name**  Dr. Miguel Ángel González Torres

**Date of birth** (dd/mm/yyyy)  REDACTED

**Present appointment**  JEFE DE SERVICIO / S. PSIQUIATRIA
(Job title/Department)

**Address**  Hospital de Basurto
(Full work address including post/zip code)  Servicio de Psiquiatría

Avda. de Montevideo, 18

48013 Bilbao

España

**Qualifications**  MD, Year:  1980
(Degree and other professional qualifications)  Specialist, Field  PSYCHIATRY  Year:  1985

(✓ relevant qualifications, or specify)  PhD  [X]   MSc  [ ]   BSc  [ ]

Other (specify)

**Physician's reference/licence number (if applicable)**  BIZKAIA  4656

**Previous appointments/ experience**  MEDICO ADJUNTO 1986
(include only relevant therapeutic/ practical experience after gaining qualifications)  JEFE DE SECCION 1991
PROFESOR TITULAR UNIV PAIS VASCO 1995

**Publications** (✓ appropriate box)  0 [ ]  1-5 [ ]  6-10 [ ]  11-20 [ ]  >20 [X]
(Number of articles published)

**Previous experience in clinical trials and type of GCP training received**  >10 TRIALS IN PSYCHIATRY FIELD
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)  GCP TRAINING FOR 5 OR 6 OF THESE STUDIES

**Date of signature**  28/12/04

**Signature**

SOP-04A-G-T1B CV Template
Version 5, Date: 19 March 2004

282

CONFIDENTIAL
AZSER12750171



**AstraZeneca**

| Study Code | D1447C00126 |
|---|---|
| Centre Number | 1314 |

---

## Curriculum Vitae

---

*Please fill in this form in English*

**First and Family Name** — LORENZO CHAMORRO

**Date of birth** (dd/mm/yyyy) — REDACTED

**Present appointment**
(Job title/Department) — HEAD OF PSYCHIATRY

**Address**
(Full work address including post/zip code) — GENERAL HOSPITAL
c/ Derante Sample S/a

**Qualifications**
(Degree and other professional qualifications)
(✓ relevant qualifications, or specify)

MD, Year: *1978*                              Guadalajara

Specialist, Field *Psychiatry* Year: *1983* Spain

PhD ☐    MSc ☑    BSc ☐

Other
(specify) _____

**Physician's reference/licence number**
(if applicable) — 2455 – Guadalajara.

**Previous appointments/experience**
(include only relevant therapeutic/ practical experience after gaining qualifications) — 22 years.

**Publications** (✓ appropriate box)
(Number of articles published)

| 0 | 1-5 | 6-10 | 11-20 | >20 |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ |

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies) — ± 10 clinical trials

**Date of signature** — 22/8/05

**Signature**

SOP-210-G T64 Curriculum Vitae template
Version 1, Date: 14 April 2005

283

CONFIDENTIAL
AZSER12750172

*1401*

| | |
|---|---|
| Study Code | D1447C00126 |
| Country | Sweden |
| Centre No. | 1401 |

## Curriculum Vitae

*According to the Doctor register Dr Hans-Peter Mofors
is born on the* REDACTED

*2007-02-08*

Please complete this form in English

**First and family name**   Hans-Peter Mofors

**Present position**   Senior phycician, psychiatrist, Psykiatricentrum SSUV

**Address**   Sollentuna sjh, 191 35 Sollentuna
(Full office address incl. postal/zip code)

**Medical education**
    Name of school   Karolinska Institute
    City, Country   Stockholm, Sweden
    Duration of education   5    year(s),  6  month(s)
    Degree attained   M.D.
    Education completed in year   1992

**Physician's reference/license
number (if applicable)**

**Postgraduate training**
    Type of training   Specialising in psychiatry
    Name of institution   S.t Görans sjukhus
    City, Country   Stockholm
    Duration of training   5  year(s),  month(s))
    Degree attained   1994
    Training completed in year   1999

    Type of training
    Name of institution
    City, Country
    Duration of training   year(s),  month(s)
    Degree attained
    Training completed in year

    Type of training
    Name of institution
    City, Country
    Duration of training   year(s),  month(s)
    Degree attained
    Training completed in year

284

CONFIDENTIAL
AZSER12750173

Curriculum Vitae
Study Code D1447C00126

**Publications**
(number of written publications in
relevant area(s) of research)

**Experience of clinical research**          I have participated in three clinical trials
(number of clinical studies sponsored
by the pharmaceutical industry to
which the individual has contributed)

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of
the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data
protection laws may not exist or be as developed as in the European Economic Area.

**Signature**  _____   **Date of signature**  03-10-17

2(2)

285

CONFIDENTIAL
AZSER12750174

*1403*

**AstraZeneca**

| Study Code | D1147C00126 |
|---|---|
| Centre Number | |

---

## Curriculum Vitae

---

*Please fill in this form in English*

**First and Family Name**          *Ingemar Sjödin*

**Date of birth** (dd/mm/yyyy)     REDACTED

**Present appointment**
(Job title/Department)             *Assoc. prof. in general psychiatry*

**Address**
(Full work address including post/zip code)   *Dep. of Psychiatry Univ. Hospital, SP/85 Linköping*

**Qualifications**                 MD, Year: *1971*
(Degree and other professional
qualifications)                    Specialist, Field ____ Year: *1976*

(✓ relevant qualifications, or specify)   PhD [X]   MSc [ ]   BSc [ ]

Other
(specify)

**Physician's reference/licence number**
(if applicable)

**Previous appointments/
experience**
(include only relevant therapeutic/ practical
experience after gaining qualifications)

**Publications** (✓ appropriate box)   0 [ ]  1-5 [ ]  6-10 [ ]  11-20 [ ]  >20 [X]
(Number of articles published)

**Previous experience in clinical trials
and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2
in the respiratory field, GCP training at
investigators meetings for 3 of these
studies)                           *> 20 trials on psychopharmaca*

**Date of signature**              *11-05-2004*

**Signature**

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

286

CONFIDENTIAL
AZSER12750175

*1404*

| Study Code | D1447C00126 |
|---|---|
| Country | Sweden |
| Centre No. | 1401 |

# Curriculum Vitae

*Aecading to the Docbr register Dr Christer Engström is born on the* REDACTED

*2007-02-08*
*[signature]*

Please complete this form in English

**First and family name**          Christer Engström

**Present position**          Chief Physician

**Address**          Sundsvalls Hospital,
(Full office address incl. postal/zip code)          85186 Sundsvall

**Medical education**
    Name of school          Umeå
    City, Country          Umeå
    Duration of education          5          year(s),   6          month(s)
    Degree attained
    Education completed in year          1990-06-21

**Physician's reference/license number (if applicable)**

**Postgraduate training**
    Type of training          Specialist in Psychiatry
    Name of institution          Umeå
    Umeå          Umeå
    Duration of training          5          year(s),   0   month(s))

    Training completed in year          1997

    Type of training
    Name of institution
    City, Country
    Duration of training          year(s),          month(s)
    Degree attained
    Training completed in year

    Type of training
    Name of institution
    City, Country
    Duration of training          year(s),          month(s)
    Degree attained
    *Training completed in year*

287

CONFIDENTIAL
AZSER12750176

Curriculum Vitae
Study Code D1447C00126

**Publications**                              Morte than 5
(number of written publications in
*relevant area(s) of research*)

**Experience of clinical research**          10
(number of clinical studies sponsored
by the pharmaceutical industry to
which the individual has contributed)

I consent to the transfer of my personal data disclosed to AstraZeneca herein (or subsequently) to one or more of
the AstraZeneca group of companies and to the Food and Drug Administration in the USA, where the data
protection laws may not exist or be as developed as in the European Economic Area.

**Signature**   *[signature]*            **Date of signature**   *27/10·03*

2(2)

288

CONFIDENTIAL
AZSER12750177

AstraZeneca

| Study Code | D1147C00126 |
| Centre Number | 1405 |

## Curriculum Vitae

*Please fill in this form in English*

**First and Family Name** — Eija Maahr

**Date of birth** (dd/mm/yyyy) — REDACTED

**Present appointment**
(Job title/Department) — Chief psychiatrist adult & child psychiatry

**Address**
(Full work address including post/zip code)

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

MD, Year: 1989

Specialist, Field: Psychiatry   Year: 1995

PhD ☐   MSc ☐   BSc ☐

Other (specify) _____

**Physician's reference/licence number**
(if applicable)

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

**Publications** (✓ appropriate box)
(Number of articles published)

0 ☐   1-5 ☐   6-10 ☐   11-20 ☐   >20 ☐

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

Several GCP-courses
12 clinical trials in psychiatry
University course i clinical trials (1v)

**Date of signature** — 18 Aug 2004

**Signature**

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

CONFIDENTIAL
AZSER12750178

AstraZeneca

| Study Code | D1447C00126 |
|---|---|
| Centre Number | 1407 |

## Curriculum Vitae

*Please fill in this form in English*

**First and Family Name**

Lennart Gelius

**Date of birth** (dd/mm/yyyy)

REDACTED

**Present appointment**
(Job title/Department)

Doctor

**Address**
(Full work address including post/zip code)

Gaula vägen 3   77013   Grangärde

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

MD, Year: 1990

Specialist, Field Psychiatri    Year: 1997

PhD ☐    MSc ☐    BSc ☐

Other
(specify) _____

**Physician's reference/licence number**
(if applicable)

**Previous appointments/experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

**Publications** (✓ appropriate box)
(Number of articles published)

0 ☐    1-5 ☐    6-10 ☐    11-20 ☐    >20 ☐

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

1 trial in the schizophrenic field
2 -"-s -"- anxiety fields 1 trial in
depression GCP training in 3 times

**Date of signature**

22-4-2004

**Signature**

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

290

CONFIDENTIAL
AZSER12750179

# AstraZeneca

| Study Code | D1447C00126 |
|---|---|
| Centre Number | 1410 |

---

## Curriculum Vitae

---

*Please fill in this form in English*

**First and Family Name**  *Johan Jansson*

**Date of birth** (dd/mm/yyyy)  REDACTED

**Present appointment**  *senior dr*
(Job title/Department)

**Address**  *Tullportsgatan 12 C  761 29*
(Full work address including post/zip code)  *Norrtälje*

**Qualifications**  MD, Year: *1988*
(Degree and other professional
qualifications)  Specialist, Field *psych* Year: *96*

(✓ relevant qualifications, or specify)  PhD ☐  MSc ☐  BSc ☐

Other _____
(specify)

**Physician's reference/licence number** _____
(if applicable)

**Previous appointments/ experience**
(include only relevant therapeutic/ practical
experience after gaining qualifications)  *Clinical studies*

**Publications** (✓ appropriate box)  0 ☐  1-5 ☐  6-10 ☐  11-20 ☐  >20 ☐
(Number of articles published)

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2
in the respiratory field, GCP training at
investigators meetings for 3 of these
studies)  *1999*

**Date of signature**  *18/1/5*

**Signature**  *[signature]*

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

291

CONFIDENTIAL
AZSER12750180

AstraZeneca

| Study Code | D1447C00126 |
|---|---|
| Centre Number | 1501 |

## Curriculum Vitae

*Please fill in this form in English*

**First and Family Name**   ESAT TİMUÇİN ORAL

**Date of birth** (dd/mm/yyyy)   REDACTED

**Present appointment**
(Job title/Department)   ASSOC.PROF.DR
BAKIRKOY RUH VE SINIR HASTALIKLARI HOSPITAL

**Address**
(Full work address including post/zip code)   BAKIRKOY RUH VE SINIR HASTALIKLARI HOSPITAL
34747                    BAKIRKOY / ISTANBUL

**Qualifications**
(Degree and other professional qualifications)
(✓ relevant qualifications, or specify)

MD, Year:   1984

Specialist, Field   Psychiatrist      Year:   1991

PhD ☑   MSc ☐   BSc ☐

Other
(specify)

**Physician's reference/licence number**
(if applicable)   0508.84.000.0302

**Previous appointments/
experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

**Publications** (✓ appropriate box)
(Number of articles published)   0 ☐  1-5 ☐  6-10 ☐  11-20 ☐  >20 ☑

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

3 GCP Trainings
7 Phase III, 6 Phase IV on Bipolar Disorder, Schizophrenia, Depression

**Date of signature**   26.04.2005

**Signature**

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

292

CONFIDENTIAL
AZSER12750181



| Study Code | D1447C00126 |
|---|---|
| Centre Number | 1502 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | ASENA AKDEMİR |
| **Date of birth** (dd/mm/yyyy) | REDACTED |
| **Present appointment** (Job title/Department) | ASSOC.PROF.DR SSK DIŞKAPI EĞİTİM HASTANESİ PSİKİYATRİ KLİNİĞİ |
| **Address** (Full work address including post/zip code) | SSK DIŞKAPI EĞİTİM HASTANESİ PSİKİYATRİ KLİNİĞİ 06110 DIŞKAPI   ANKARA / TURKEY |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

MD, Year:   1988

Specialist, Field   Psychiatrist   Year:   1996

PhD  [√]   MSc  [ ]   BSc  [ ]

Other (specify) _____

**Physician's reference/licence number** (if applicable)

86 2

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

8 years

**Publications** (✓ appropriate box)
(Number of articles published)

0 [ ]   1-5 [ ]   6-10 [ ]   11-20 [ ]   >20 [√]

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

1  Bipolar  4  sch.  1 depression
1  social phobia

**Date of signature**

5.11.2004

**Signature**

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

293

CONFIDENTIAL
AZSER12750182

AstraZeneca

| Study Code | D1447C00126 |
|---|---|
| Centre Number | 1503 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | EŞREF CEM ATBAŞOĞLU |
| **Date of birth** (dd/mm/yyyy) | REDACT |
| **Present appointment** (Job title/Department) | PROF.DR |
| | ANKARA UNIVERSITY MEDICAL FACULTY DEPARTMENT |
| **Address** (Full work address including post/zip code) | ANKARA UNIVERSITY MEDICAL FACULTY DEPARTMENT 06100 CEBECİ ANKARA / TURKEY |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

MD, Year:  1988

Specialist, Field   Psychiatrist       Year:  1993

PhD  [√]    MSc  [ ]    BSc  [ ]

Other
(specify)

**Physician's reference/licence number**
(if applicable)

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

**Publications** (✓ appropriate box)
(Number of articles published)

0 [ ]    1-5 [ ]    6-10 [ ]    11-20 [ ]    >20 [√]

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

**Date of signature**    05/11/7004

**Signature**

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

294

CONFIDENTIAL
AZSER12750183

AstraZeneca

| Study Code | D1447C00126 |
|---|---|
| Centre Number | 1504 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | ERDAL IŞIK |
| **Date of birth** (dd/mm/yyyy) | **RED** |
| **Present appointment** (Job title/Department) | DR<br>GAZİ UNIVERSITY MEDICAL FACULTY DEPARTMENT OF PSYCHIATRY |
| **Address** (Full work address including post/zip code) | GAZİ UNIVERSITY MEDICAL FACULTY DEPARTMENT OF PSYCHIATRY 06500 BEŞEVLER ANKARA / TURKEY |

**Qualifications**
(Degrees and other professional qualifications)

(✓ relevant qualifications, or specify)

MD, Year: 1972

Specialist, Field  Psychiatrist     Year: 1977

PhD [✓]   MSc [ ]   BSc [ ]

Other (specify) _____

**Physician's reference/licence number** (if applicable)

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

**Publications** (✓ appropriate box)
(Number of articles published)

0 [ ]   1-5 [ ]   6-10 [ ]   11-20 [ ]   >20 [✓]

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

**Date of signature**     04/11/2004

**Signature**

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

295

**AstraZeneca**

| | |
|---|---|
| Study Code | D1447C00126 |
| Centre Number | 1505 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | M.EMİN ÖNDER |
| **Date of birth** (dd/mm/yyyy) | REDACTE |
| **Present appointment**<br>(Job title/Department) | PROF.DR<br>KOCAELİ UNIVERSITY MEDICAL FACULTY<br>DEPARTMENT OF PSYCHIATRY |
| **Address**<br>(Full work address including post/zip code) | KOCAELİ UNIVERSITY MEDICAL FACULTY<br>DEPARTMENT OF PSYCHIATRY  41900  SOPALI İZMİT /<br>TURKEY |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

| | | | | |
|---|---|---|---|---|
| MD, Year: | 1982 | | | |
| Specialist, Field | Psychiatrist | | Year: | 1999 |
| PhD [✓] | MSc [ ] | BSc [ ] | | |
| Other<br>(specify) | | | | |

**Physician's reference/licence number**
(if applicable)

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

**Publications** (✓ appropriate box)
(Number of articles published)

0 [ ]   1-5 [ ]   6-10 [ ]   11-20 [ ]   >20 [✓]

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

**Date of signature**   30.3 2005

**Signature**

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

296

CONFIDENTIAL
AZSER12750185

AstraZeneca

| Study Code | D1447C00126 |
|---|---|
| Centre Number | 1506 |

## Curriculum Vitae

*Please fill in this form in English*

**First and Family Name** — AYŞEGÜL ÖZERDEM

**Date of birth** (dd/mm/yyyy) — REDACT

**Present appointment**
(Job title/Department) — PROF.DR
9 EYLUL UNIVERSITY MEDICAL FACULTY
DEPARTMENT OF PSYCHIATRY

**Address**
(Full work address including post/zip code) — 9 EYLUL UNIVERSITY MEDICAL FACULTY
DEPARTMENT OF PSYCHIATRY 35340  BALÇOVA
IZMIR / TURKEY

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

| MD, Year: | 1985 | | |
|---|---|---|---|
| Specialist, Field | Psychiatrist | Year: | 1994 |

PhD [✓]    MSc [ ]    BSc [ ]

Other
(specify)

**Physician's reference/licence number**
(if applicable) — 7139

**Previous appointments/
experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

**Publications** (✓ appropriate box)
(Number of articles published)

0 [ ]    1-5 [ ]    6-10 [ ]    11-20 [ ]    >20 [✓]

**Previous experience in clinical trials
and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

*STAMP 9 antidepressant studies one more acute mania study one bps bipolar study covering all phases of illness*

**Date of signature** — *25.11.04*

**Signature** — *[signature]*

CONFIDENTIAL
AZSER12750186

AstraZeneca

| | |
|---|---|
| Study Code | D1447C00126 |
| Centre Number | 1507 |

## Curriculum Vitae

*Please fill in this form in English*

**First and Family Name** — NURGÜL ÖZPOYRAZ

**Date of birth** (dd/mm/yyyy) — REDACT

**Present appointment**
(Job title/Department) — PROF.DR
CUKUROVA UNIVERSITY MEDICAL FACULTY
DEPARTMENT OF PSYCHIATRY

**Address**
(Full work address including post/zip code) — CUKUROVA UNIVERSITY MEDICAL FACULTY
DEPARTMENT OF PSYCHIATRY  01330  BALCALI
ADANA / TURKEY

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

MD, Year:     1984

Specialist, Field    Psychiatrist       Year:    1992

PhD  [√]    MSc  [ ]    BSc  [ ]

Other
(specify)  _____

**Physician's reference/licence number**
(if applicable) — 84 AA 047

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

**Publications** (✓ appropriate box)
(Number of articles published) — 0 [ ]  1-5 [ ]  6-10 [ ]  11-20 [☒]  >20 [ ]

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies) — STORM

**Date of signature** — 19/11/2004

**Signature** —

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

CONFIDENTIAL
AZSER12750187


AstraZeneca

| Study Code | D1447C00126 |
|---|---|
| Centre Number | 1508 |

## Curriculum Vitae

*Please fill in this form in English*

**First and Family Name**                     SİMAVİ VAHİP

**Date of birth** (dd/mm/yyyy)                REDACT

**Present appointment**                       PROF.DR
(Job title/Department)
                                              EGE UNIVERSITY MEDICAL FACULTY DEPARTMENT
                                              OF PSYCHIATRY

**Address**                                   EGE UNIVERSITY MEDICAL FACULTY DEPARTMENT
(Full work address including post/zip code)   OF PSYCHIATRY

                                              35040  BORNOVA  IZMIR / TURKEY

**Qualifications**                            MD, Year:        1980
(Degree and other professional
qualifications)                               Specialist, Field   Psychiatrist       Year:   1986

(✓ relevant qualifications, or specify)       PhD  [✓]   MSc  [ ]      BSc  [ ]
                                                        *cancelled*
                                              Other
                                              (specify)        _____

**Physician's reference/licence number**
(if applicable)                               2726

**Previous appointments/**
**experience**                                Working at University Clinic
(include only relevant therapeutic/ practical   since 1981.
experience after gaining qualifications)

**Publications** (✓ appropriate box)          0 [ ]   1-5 [ ]   6-10 [ ]   11-20 [ ]   >20 [✓]
(Number of articles published)

**Previous experience in clinical trials**    More than 20 multicenter trials.
**and type of GCP training received**         (≥6 Phase III, others phase IV)
(eg, 3 trials in the cardiovascular field and 2   - See attached files for details
in the respiratory field, GCP training at
investigators meetings for 3 of these
studies)

**Date of signature**                         30.11.2004

**Signature**                                 _____

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

299

CONFIDENTIAL
AZSER12750188



AstraZeneca

| Study Code | D1447C00126 |
|---|---|
| Centre Number | 1509 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | KAZIM YAZICI |
| **Date of birth** (dd/mm/yyyy) | REDACT |
| **Present appointment**<br>(Job title/Department) | ASSOC.PROF.DR<br>HACETTEPE UNIVERSITY MEDICAL FACULTY<br>DEPARTMENT OF PSYCHIATRY |
| **Address**<br>(Full work address including post/zip code) | HACETTEPE UNIVERSITY MEDICAL FACULTY<br>DEPARTMENT OF PSYCHIATRY<br>06100 SIHHIYE ANKARA/ TURKEY |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

| MD, Year: | 1984 | | |
|---|---|---|---|
| Specialist, Field | Psychiatrist | Year: | 1992 |

PhD [√]   MSc [ ]   BSc [ ]

Other
(specify)

**Physician's reference/licence number**
(if applicable)

8404A029

**Previous appointments/
experience**
(include only relevant therapeutic/ practical
experience after gaining qualifications)

**Publications** (✓ appropriate box)
(Number of articles published)

0 [ ]   1-5 [ ]   6-10 [ ]   11-20 [ ]   >20 [√]

**Previous experience in clinical trials
and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2
in the respiratory field, GCP training at
investigators meetings for 3 of these
studies)

**Date of signature**          4/11/2004

**Signature**

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

300

CONFIDENTIAL
AZSER12750189

**AstraZeneca**

| Study Code | D1447C00126 |
|---|---|
| Centre Number | 1510 |

## Curriculum Vitae

*Please fill in this form in English*

**First and Family Name**  OLCAY YAZICI

**Date of birth (dd/mm/yyyy)**  REDACTE

**Present appointment**
(Job title/Department)
PROF.DR
*ISTANBUL UNIVERSITY ISTANBUL MEDICAL FACULTY DEPARTMENT OF PSYCHIATRY*

**Address**
(Full work address including post/zip code)
ISTANBUL UNIVERSITY ISTANBUL MEDICAL FACULTY DEPARTMENT OF PSYCHIATRY
34390  ÇAPA  ISTANBUL/ TURKEY

**Qualifications**
(Degree and other professional qualifications)
(✓ relevant qualifications, or specify)

MD, Year:  1972
Specialist, Field  Psychiatrist  Year:  1979
PhD [√]  MSc [ ]  BSc [ ]
Other (specify) _____

**Physician's reference/licence number** (if applicable)

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

**Publications** (✓ appropriate box)
(Number of articles published)
0 [ ]  1-5 [ ]  6-10 [ ]  11-20 [ ]  >20 [√]

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

**Date of signature**  22.10.2004

**Signature**

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

301

CONFIDENTIAL
AZSER12750190


AstraZeneca

| Study Code | D1447C00126 |
|---|---|
| Centre Number | 1692 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Najmeldeen Al-Falahe |
| **Date of birth** (dd/mm/yyyy) | REDACT |
| **Present appointment** (Job title/Dept) | *Consultant Adult Psychiatry / Surbiton CMHT* |
| **Address** (Full work address including post/zip code) | Surbiton CMHT, South Place Resource Centre, South Place, Surbiton, KT5 8RY (UK) |
| **Qualifications** (Degree and other professional qualifications) (✓ relevant qualifications, or specify) | MD, Year:    1978 (Iraqian Medical License) 1994 (Swedish Medical License) |

| Specialist, Field | | | Year: |
|---|---|---|---|
| PhD ✓ | MSc ☐ | BSc ☐ | |
| Other | | | |

| | |
|---|---|
| **Physician's reference/licence number** | GMC registration number: 6026821 |
| **Previous appointments/ experience** (include only relevant therapeutic/ practical experience after gaining qualifications) | Jan 2002 – Jan 2004 Consultant Adult Psych., Centre of Affective Disorder, Dept. of Psych., Karolinska University Hospital - Huddinge, Stockholm |
| | June 2003 – Honorary Consultant in Adult Psych., Dept. of Psych., University of Oxford, Warneford Hospital, Oxford. |
| | June 1999 – Jan 2002 – Consultant Adult Psychiatrist of an Inpatient Unit, Dept. of Psych., Karolinska University Hospital – Huddinge, Stockholm |
| **Publications** (✓ appropriate box) (Number of articles published) | 0 ☐  1-5 ☐  6-10 ☐  11-20 ✓  >20 ✓ |
| **Previous experience in clinical trials and type of GCP training received** (eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies) | 3 trials in Psychiatry |
| **Date of signature** | 30/7/5 |
| **Signature** | *Naj* |

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

CONFIDENTIAL
AZSER12750191


AstraZeneca

| Study Code | D1447C00126 |
|---|---|
| Centre Number | 1693 \| 2.100 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Peter Raven |
| **Date of birth** (dd/mm/yyyy) | REDACT |
| **Present appointment** (Job title/Department) | Senior Lecturer, Department of Psychiatry & Behavioural Sciences, Royal Free & University College School of Medicine, UCL |
| | Honorary Consultant Psychiatrist, Camden and Islington Mental Health Trust and Royal Free Hospital |
| **Address** (Full work address including post/zip code) | Department of Mental Health Sciences; The Royal Free and University College Medical School; Royal Free Hospital; Pond Street; London NW3 2DQ |
| **Qualifications** (Degree and other professional qualifications) | MD, Year:   MBBS 1985 |
| | Specialist, Field   Psychiatry   Year:   1997 |
| (✓ relevant qualifications, or specify) | PhD ☑   MSc ☐   BSc ☑ |
| | Other (specify) |
| **Physician's reference/licence number** (if applicable) | GMC registration: 3066984 |
| | MDU membership: 195147A |
| **Previous appointments/ experience** (include only relevant therapeutic/ practical experience after gaining qualifications) | Clinical lecturer in Psychiatry |
| | Department of psychiatry, Institute of Psychiatry |
| | DE Crespigny, London SE 5 |
| **Publications** (✓ appropriate box) (Number of articles published) | 0 ☐   1-5 ☐   6-10 ☐   11-20 ☐   >20 ☑ |
| **Previous experience in clinical trials and type of GCP training received** (eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies) | 2 depression, 4 schizophrenia, 1 dementia, 1 delirium |
| | GCP training *2 |

SOP-04A-G-T18 CV Template
Version 5, Date  19 March 2004

303

CONFIDENTIAL
AZSER12750192

Curriculum Vitae
Study Code D1447C00126
Centre Number 1693

Date of signature            9/6/05

Signature

304

CONFIDENTIAL
AZSER12750193

**AstraZeneca**

| Study Code | <<D1447C00126 >> |
|---|---|
| Centre Number | << 1695>> |

## Curriculum Vitae

*Please fill in this form in English*

**First and Family Name**  GUY GOODWIN

**Date of birth** (dd/mm/yyyy)  REDACTED

**Present appointment**
(Job title/Department)  Professor of Psychiatry

**Address**
(Full work address including post/zip code)  University Dept. Warneford Hospital OX3 7JX

**Qualifications**
(Degree and other professional qualifications)
(✓ relevant qualifications, or specify)

MD, Year: 1978
Specialist, Field  Psychiatry  Year: 1983
PhD [✓]  MSc [ ]  BSc [ ]
Other (specify)  FRCPsych

**Physician's reference/licence number** (if applicable)  2447793 (GMC)

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

**Publications** (✓ appropriate box)
(Number of articles published)

0 [ ]  1-5 [ ]  6-10 [ ]  11-20 [ ]  >20 [✓]

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

3 in psychiatry

**Date of signature**

**Signature**  4.03.2005

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

305

CONFIDENTIAL
AZSER12750194



| Study Code | D1447C00126 |
|---|---|
| Centre Number | 1696 / 2.10 |

# Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Dr Naomi Fineberg |
| **Date of birth** (dd/mm/yyyy) | REDAC |
| **Present appointment** (Job title/Department) | Consultant Psychiatrist, Department of Mental Health |
| **Address** (Full work address including post/zip code) | QE II Hospital, Howlands, Welwyn Garden City, Herts, AL7 4HQ |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

| MD, Year: | MBBS 1984 | MRCPsych 1988 |
|---|---|---|
| Specialist, Field | Adult Psychiatry | Year: 1996 |

PhD ☐   MSc ☐   BSc ☐

Other (specify)   BA Cantab 1981, MA Cantab 1984

**Physician's reference/licence number** (if applicable)
GMC 2953612

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

Consultant Psychiatrist, St. Mary's Hospital, 1994-1997.

Honorary Senior Clinical Lecturer, Imperial College School of Medicine, 1994-1997.

Honorary Visiting Fellow, University of Hertfordshire, 1997 to date

**Publications** (✓ appropriate box)
(Number of articles published)

0 ☐   1-5 ☐   6-10 ☐   11-20 ☐   >20 ✓

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

>5 trials in field of depression and anxiety. Principle Investigator worldwide relapse prevention study in OCD.

Received GCP training at investigators meetings.

GCP trainer for 3 trials.

**Date of signature**

*[signature]*

18 - 5 - 04

**Signature**

CONFIDENTIAL
AZSER12750195



| Study Code | D1447C00126 /2.10a |
|---|---|
| Centre Number | 1697 |

## Curriculum Vitae

*Please fill in this form in English*

| | |
|---|---|
| **First and Family Name** | Vinod Singh |
| **Date of birth** (dd/mm/yyyy) | REDACTED |
| **Present appointment** (Job title/Department) | Consultant Psychiatrist, Hnadsworth Home Treatment, Birmingham and Solihull Mental Health NHS Trust |
| **Address** (Full work address including post/zip code) | Birmingham and Solihull Mental Health NHS Trust<br>Soho House<br>362-364 Soho Rd<br>Handsworth<br>BIRMINGHAM B21 9QL |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

MD, Year: 1983

Specialist, Field  MRCPsych     Year: 1986

PhD ☐   MSc ☐   BSc ☒

Other (specify)   MBBS

**Physician's reference/licence number** (if applicable)

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

Clinical Research Fellow at St. Batholomew's in London (1987-1990)

**Publications** (✓ appropriate box)
(Number of articles published)

0 ☐   1-5 ☐   6-10 ☐   11-20 ☒   >20 ☐

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

Involved in many industry sponsored clinical trials. Recently, I have been the principal Investigator for 4 psychiatric studies in schizophrenia and depression and have received GCP training as part of the initiation procedures for these trials.

**Date of signature**

27.03.2004

**Signature**

CONFIDENTIAL
AZSER12750196



| | | |
|---|---|---|
| Study Code | <<>> | D1447C00126 |
| Centre Number | <<>> | 1699 / 2.10a. |
| | | 1699 |

## Curriculum Vitae

*Please fill in this form in English*

**First and Family Name** — *Bruce Moore*

**Date of birth** (dd/mm/yyyy) — REDACTED

**Present appointment**
(Job title/Department) — *Consultant Psychiatrist*

**Address**
(Full work address including post/zip code)

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

MD, Year: *MB ChB 1993*

Specialist, Field *Psychiatry*   Year: *1997*

PhD ☐   MSc ☐   BSc ☐

Other (specify) *MD Thesis pending*

**Physician's reference/licence number** (if applicable) — *GMC no. 4048897*

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications) — *Consultant since 2000 and active in biomagnetic + drug trial research*

**Publications** (✓ appropriate box)
(Number of articles published)

0 ☐   1-5 ☐   6-10 ☐   11-20 ☐   >20 ☑

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies) — *UK Principle Investigator for adjunct treatment trial 2001-2 in Bipolar (but Sponsor stopped trial)*

**Date of signature** — *30 Nov 2004*

**Signature**

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

308

CONFIDENTIAL
AZSER12750197

BEST COPY AVAILABLE

# D1447C00126

## Site # _0101_                                    Adler  1

### LAWRENCE W. ADLER, M.D., C.C.R.I.

Clinical Trials: 410-768-2629                          adler@clinicalinsights.com
Private Practice: 410-761-7042                         www.clinicalinsights.com
Answering Service: 410-760-8111                        Fax: 410-761-7984

## PRESENT CLINICAL POSITIONS

**Lawrence W. Adler, M.D., P.A., Private Practice**
7310 Ritchie Highway, Suite 512, Glen Burnie, MD 21061            1/2002 - present
1600 Crain Highway South, Suite 601, Glen Burnie, MD 21061        6/1980 - 12/2001

North Arundel Hospital, Attending
301 Hospital Drive, Glen Burnie, MD 21061                         2/1997 - present

Sheppard Pratt Hospital, Courtesy Privileges
6501 North Charles Street, Towson, MD 21204                       3/2002 - present

## PRESENT RESEARCH POSITION

**Clinical Insights, Director of Clinical Trials and Principal Investigator**
7310 Ritchie Highway, Suite 512, Glen Burnie, MD 21061            1/2002 - present
1600 Crain Highway South, Suite 601, Glen Burnie, MD 21061        2/1996 - 12/2001

## EDUCATION

M. D.    University of Maryland School of Medicine, Baltimore, MD    9/1971 - 12/1975
B.S.     Biochemistry, University of Maryland, College Park, MD      9/1967 - 6/1971

## LICENSE AND CERTIFICATIONS

Medicine, State of Maryland, D0019454, FLEX                       1976 – 9/2004

Psychiatry, American Board of Psychiatry and Neurology            since 1983

**Geriatric Psychiatry**                                          4/1991 - 12/2001
**Geriatric Psychiatry Recertification**                          12/2001 - 12/2011
American Board of Psychiatry and Neurology

**Clinical Psychopharmacology**                                   11/1998 - 11/2003
**Clinical Psychopharmacology Recertification**                   11/2003 – 5/2009
American Society of Clinical Psychopharmacology

**Certified Clinical Research Investigator**                      11/2002 – 11/2006
Association of Clinical Research Professionals

*Revised 01 DEC 2004*

309

CONFIDENTIAL
AZSER12750198

BEST COPY AVAILABLE

Adler  2

## POST GRADUATE TRAINING

Workshop on Clinical Trials in Psychopharmacology                              4/2003
American Association of Clinical Psychopharmacology, New York, NY

Good Clinical Practices for Clinical Investigators                             11/2002
Association of Clinical Research Professionals, New Orleans, LA

Workshop on Clinical Trials in Psychopharmacology                              4/2002
American Association of Clinical Psychopharmacology, New York, NY

Investigator Support Initiative                                                9/2001
Pharmacia, Philadelphia, PA

Good Clinical Practices for Clinical Investigators                             12/2000
Association of Clinical Research Professionals, Arlington, VA

The Protection of Human Research Subjects                                      11/2000
The NIH Office of Human Subjects Research, Internet

Graduate Summer Program in Epidemiology                            1986, 1987, 1988, 1996
The Johns Hopkins University
School of Hygiene and Public Health, Baltimore, MD

Resident Psychiatrist                                                     7/1976 - 6/1979
Sheppard-Pratt Hospital, Towson, MD

Post-Doctoral Research Associate                                         12/1975 - 7/1976
University of Maryland School of Medicine
Department of Biological Chemistry, Baltimore, MD

## MEMBERSHIPS

American Academy of Pharmaceutical Physicians
American Association for the Advancement of Science
American Association of Geriatric Psychiatrists
American Geriatric Society
Association of Clinical Research Professionals
American Psychiatric Association
American Society of Clinical Psychopharmacology
American Neuropsychiatric Association
Maryland Psychiatric Society

*Revised 01 DEC 2004*

310

CONFIDENTIAL
AZSER12750199

BEST COPY AVAILABLE

Adler  3

## PREVIOUS CLINICAL POSITIONS

Franklin Square Hospital, Attending Staff
9000 Franklin Square Drive, Baltimore, MD 21237                 8/1999 – 7/2001

Courtesy Privileges                                             4/1998 - 8/2001
Genesis Eldercare, Randallstown, MD

Courtesy Privileges                                             5/1998 - 8/2001
Levindale Hebrew Geriatric Center & Hospital, Baltimore, MD

Attending Staff                                                 5/1998 - 8/2001
Stella Maris, Towson, MD

Sub-Investigator                                                9/1999 - 4/2000
Centers for Behavioral Health, LLC, Rockville, MD

Attending Staff                                                 6/1997 - 9/1999
Taylor Manor Hospital, Ellicott City, MD

Acting Director, Partial Hospitalization Program                8/1996 - 2/1997
North Arundel Hospital, Glen Burnie, MD

Acting Director, Hospital Consultation-Liaison Service          8/1996 - 2/1997
North Arundel Hospital, Glen Burnie, MD

Subinvestigator, Clinical Research Center                       8/1993 - 8/1996
North Arundel Hospital, Glen Burnie, MD

Consulting Psychiatrist                                         7/1982 - 5/1986
Baltimore County Alcoholism Program, NORCOM, Towson, MD

Staff Psychiatrist                                              7/1983 - 7/1984
Walter P. Carter Center, Day Treatment Program, Baltimore, MD

Staff Psychiatrist                                              6/1980 - 6/1982
Springfield Hospital Center, Sykesville, MD

Attending Psychiatrist                                          8/1980 - 3/1982
Howard County General Hospital, Columbia, MD

Staff Psychiatrist                                              6/1979 - 6/1980
Sheppard-Pratt Hospital, Towson, MD

*Revised 01 DEC 2004*

CONFIDENTIAL
AZSER12750200

BEST COPY AVAILABLE

Adler  4

Director, Admission Division
Spring Grove Hospital Center, Catonsville, MD

Director of Clinical Research
Spring Grove Hospital Center, Catonsville, MD

### PREVIOUS ACADEMIC POSITIONS

Consulting Psychiatrist
Epidemiologic and Genetic Study of Heterogeneity in Schizophrenia
Maryland Psychiatric Research Center, Catonsville, MD          10/1983 – 12/1989
Johns Hopkins University School of Medicine, Baltimore, MD      12/1989 – 6/1994

Clinical Assistant to Professor of Psychiatry
University of Maryland School of Medicine, Baltimore, MD        7/1981 – 12/1989

### PUBLICATIONS

1. Adler, L.W., Rosen, B.P. Active Transport in an ATPase - Deficient Mutant of E. Coli. Abstracts of Annual Meeting American Society of Microbiology - 1974

2. Adler, L.W., Rosen, B.P. Active Transport in ATPase - Deficient Mutants of E. Coli., Texas Reports of Biology and Medicine, NSRF abstracts, 32:3-4, Fall-Winter, 1974

3. Rosen, B.P., Adler, L.W. The Maintenance of the Energized Membrane State and its Relation to Active Transport in E. Coli. Biophysicia Acta, 387 (1975) 23-26

4. Adler, L.W., Rosen, B.P. Properties of E. Coli Mutants with Alterations in Mg-Adenosine Triphosphatase., Journal of Bacteriology, 28 (1976) 248-256

5. Adler, L.W., Rosen, B.P. Functional Mosaicism of Membrane Proteins in Vesicles of E. Coli Journal of Bacteriology, 129 (1979) 15-27

6. Adler, L.W., Rosen, B.P., Hasan, S.M.,Tshikawa, T. Orientation of the Protonmotive Forces in Membrane Vesicles of E. Coli. Abstracts 11th FEBS meeting (1977)

7. Adler, L.W., Rosen, B.P., Hasan, S.M., Tchikawa, T. Orientation of the Protonmotive Force in Membrane Vesicles of E. Coli. Journal of Supramolecular Structure, 7 (1977) 15-27

8. Adler L.W, Rosen B.P., Winters S., Busch J. Relationships between Symptoms Clusters and Psychiatric Diagnosis Among Sheppard Pratt Inpatients. Scientific Day Symposium, June, 1979

9. Adler, L.W. Mixed Bipolar Disorder Responsive to Lithium and Clonazepan. Journal of Clinical Psychiatry, 47 (1986) 49-50

*Revised 01 DEC 2004*

312

CONFIDENTIAL
AZSER12750201

BEST COPY AVAILABLE

Adler  5

10.   Adler, L.W., Pulver, A.E., Carpenter, W.T., McGrath, J.  Classification of Psychosis in Maryland
      State Hospitals.  New Research Abstracts, Annual Meeting of American Psychiatric Association
      (poster) May, 1986

11.   Adler, L.W., Pulver, A.E.  Diagnosing Schizophrenia (letter) Hospital and Community
      Psychiatry, 37 (1986) 636.

12.   Adler, L.W., Pulver, A.E., McGrath, J., Carpenter, W.T.  Accuracy of Diagnoses in Maryland
      Public Hospitals.  Annual meeting of American Psychiatric Association (paper), May, 1987

13.   Pulver, A.E., Carpenter, W.T., Adler, L.W., McGrath, J.  Accuracy of the Diagnosis of Affective
      Disorders and Schizophrenia in Public Hospitals.  American Journal of Psychiatry 1988 Feb; 145
      (2) 218-220

14.   Adler, L.W., Zengotita, H.  Borderline Personality Disorder and Transitional Object Use (letter).
      American Journal of Psychiatry, 144 (1987)

15.   Adler, L.W., Cohen, L.J., Zengotita, H.E.  Pharmacotherapy of First Psychotic Episodes in
      Maryland Public Hospitals.  Presented to Institute of Hospital and Community Psychiatry,
      October, 1988.

16.   Pulver, A.E., Brown, C.H.; et al.  Schizophrenia: Age at Onset, Gender, and Familial Risk  Acta
      Psychiatrica Scand 1990, Nov.82 (5) 344-5.

17.   Pulver, A.E., Liang, K.Y.; et al.  Risk Factors in Schizophrenia:  Season of Birth, Gender, and
      Familial Risk  British J. Psychiatry 1992 Jan; 160: 65-71

18.   Pulver, A.E., Liang, K.Y.; et al.  Season of Birth of Siblings of Schizophrenic Patients  British J.
      Psychiatry 1992 Jan; 160: 71-75

19.   Pulver, A.E., Liang, K.Y.; et al.  Sequential Strategy to Identify a Susceptibility Gene for
      Schizophrenia:  Report of Potential Linkage on Chromosome 22q12-q13.1 Part 1  American
      Journal of Medical Genetics, 1994 March;  54: 36-43

20.   Adler, L.W.  Neuroleptic Dosages of First-Episode Schizophrenic Patients in Maryland Public
      Hospitals. Poster presented at the American Society of Clinical Psychopharmacology meeting in
      Montego Bay, Jamaica, February, 1996

21.   Adler, L.W., Bush, B., Hertzman, M.  Treatment of Psychosis in Elderly Patients with Seroquel
      (ICI 204,636).  Poster presented at the American Society of Clinical Psychopharmacology
      meeting in Montego Bay, Jamaica, February, 1996

22.   Klein, D.F., Thase, M.E., Endicott, J., Adler, L., Glick, I., Kalali, A., Leventer, S., Mattes, J.,
      Ross, P., Bystristsky, A.  Improving Clinical Trials: American Society of Clinical
      Psychopharmacology Recommendations.  Archives of General Psychiatry, 2002 March; 59(3):
      272-8.

*Revised 01 DEC 2004*

CONFIDENTIAL
AZSER12750202

BEST COPY AVAILABLE

Adler 6

## PERSONAL INFORMATION

SSN:                          REDACTED
Home Address:
Home Telephone:
Date & Place of Birth:        10/12/49 in Baltimore, MD

## ASSESSMENT EXPERIENCE

**Agitation**
Cohen-Mansfield Agitation Index

**Anxiety**
HAM-A (Hamilton Anxiety Inventory)
MSPS (Marks Sheehan Phobia Scale)
CAPS (Clinician Administered PTSD Scale)

**Dementia**
AD-VaD Diagnostic Rating
Cornell Scale for Depression in Dementia
DAD (Disability Assessment for Dementia)
GBS (Gottfries-Brane-Steen Scale)
GDS (Global Deterioration Scale)
Hachinski Ischemia Inventory
Modified Hachinski Scale
NINDS-AIREN
NINCDS-ADRDA
NPI (Neuropsychiatric Inventory)
PDS (Progressive Deterioration Scale)
SKT (Syndrome Short Test)
United Parkinsons Disorder Symptom Rating Scale

**Depression**
Calgary Depression Scale
HAM-D (Hamilton Depression Inventory)
MADRS (Montgomery and Asberg Depression Rating Scale)

**Diagnostic**
DIS (Diagnostic Interview Schedule)
MINI (Mini International Neuropsychiatric Interview)
SCID (Structured Clinical Interview for DSM)

*Revised 01 DEC 2004*

314

CONFIDENTIAL
AZSER12750203

BEST COPY AVAILABLE

Adler  7

**General Psychopathology**
BPRS (Brief Psychiatric Rating Scale)
CGI (Clinical Global Impression - Severity and Improvement)
GAS (Global Assessment of Functioning)

**Mania**
BRMS (Bech Raefelson Mania Scale)
MRS (Mania Rating Scale)
YMRS (Young Mania Rating Scale)

**Miscellaneous**
AMDP-5 (Adverse Event Rating)
UKU Side Effect Rating Scale

**Neurologic**
AIMS (Abnormal Involuntary Movement Scale)
Simpson-Angus Rating Scale
Barnes Akathisia Scale

**Obsessive-Compulsive Disorder**
Y-BOCS (Yale-Brown Obsessive Compulsive Scale)

**Psychosis**
PANSS (Positive and Negative Syndrome Scale)
SANS (Scale for the Assessment of Negative Symptoms)
SAPS (Scale for the Assessment of Positive Symptoms)

## CLINICAL TRIAL SPONSORS

| | |
|---|---|
| Abbott | Neurocrine Biosciences |
| AstraZeneca | Novartis |
| Berlex | Organon |
| Bristol-Myers Squibb | Otsuka |
| Dupont Merck | Parke Davis |
| Glaxo Pharmaceutical | Pfizer |
| GlaxoSmithKline | Pharmacia |
| GlaxoWellcome | Pharmacia & Upjohn |
| Hoechst-Roussel | RW Johnson Pharmaceutical Research Inst |
| Hoechst Marion Roussel | Sanofi-Sythelabo |
| Janssen | SmithKline Beecham |
| Lilly | Solvay |
| Merck | Somerset |
| Medtap International | Zeneca |
| National Institute of Mental Health | |

*Revised 01 DEC 2004*

CONFIDENTIAL
AZSER12750204

BEST COPY AVAILABLE

Adler  8

## CLINICAL TRIAL INVESTIGATOR

**1987**
A Multicenter, Double-Blind Study of *Study Drug* in **Schizophrenic Patients**

**1993**
A Multicenter, Double-Blind, Placebo-Controlled, Randomized Fixed Dose Comparison of *Study Drug* and Haloperidol in the Treatment of **Hospitalized Subjects with Acute Exacerbation of Chronic or Subchronic Schizophrenia**

**1994**
Safety Surveillance Study for *Study Drug* in the Treatment of Patients with **Depression**

A Multicenter Fixed Dose Study of *Study Drug* in **Depressed Patients**
A Double-Blind Placebo Controlled Fixed Dose Study of *Study Drug* in Outpatients with **Major Depressive Disorder**

*Study Drug* vs. Placebo in the Treatment of Patients with **Psychosis Associated with Dementia of the Alzheimer's Type**

A Phase III, Six Week, Double-Blind, Multicenter, Placebo-Controlled Study Evaluating the Efficacy and Safety of Three Fixed Doses of *Study Drug* and Haloperidol in the Acute Exacerbation of **Schizophrenia and Schizoaffective Disorder**

A Fifty-Two Week, Open-Label, Randomized Study Evaluating the Safety and Efficacy of *Study Drug* and Risperidone (3-5 mg, BID) in the Maintenance Treatment of Outpatients with **Schizophrenia and Schizoaffective Disorder**

A Fifty-Two Week Open Extension Study Evaluating the Safety and Outcome of *Study Drug* Daily in the Treatment of Subjects who have Participated in Previous *Study Drug* Clinical Trials **(Schizophrenia and Schizoaffective Disorder)**

A 156-Week (3-year) Open Extension Study Evaluating the Safety and Outcome of *Study Drug* or 1-8 mg BID of Oral Risperidone in the Treatment of Subjects who have Participated in Previous *Study Drug* Clinical Trials **(Schizophrenia and Schizoaffective Disorder)**

A 260-Week (5-year) Open Extension Study Evaluating the Safety and Outcome of *Study Drug* or 1-8 mg BID of Oral Risperidone in the Treatment of Subjects who have Participated in Previous *Study Drug* Clinical Trials **(Schizophrenia and Schizoaffective Disorder)**

Clinical Evaluation of Efficacy and Safety of *Study Drug* in the Treatment of **Alzheimer's Disease**

Safety of *Study Drug* in the Long-Term Treatment of Alzheimer's Disease:  An Open Label Extension Study

*Revised 01 DEC 2004*

CONFIDENTIAL
AZSER12750205

BEST COPY AVAILABLE

Adler  9

**1995**
A Forty-Eight Week Study of *Study Drug* in Patients with **Alzheimer's Disease**

A Twenty-Four Week Study of *Study Drug* in Patient with **Dementia Associated with Vascular Disease**

A Multicenter, Open Label Trial Evaluating the Safety and Tolerability of *Study Drug* in the Treatment of **Elderly Subjects with Selected Idiopathic and Organic Psychosis**

A Randomized, Triple-Blind, Double Dummy, Placebo-Controlled, Parallel Groups, Outpatient Study to Examine the Safety and Efficacy of *Study Drug* for the Treatment of **Acute Migraine and Migraine Recurrence**

*Study Drug* vs. Placebo in **OCD** Relapse Prevention

**1996**
A Ten-Week, Double-Blind, Placebo-Controlled Multicenter Study to Evaluate the Efficacy and Safety of Oral *Study Drug* in Outpatients with **Major Depressive Disorder**

An Observational Study on the Clinical Management of Patients Treated with *Study Drug* for **Alcohol Dependence**

A 52 week, Randomized, Double-Blind, Placebo Controlled, Parallel Group, Multicenter Study of *Study Drug* in Patients with **Probable Alzheimer's Disease** with Long-Term Open Label Extension

A Double-Blind Placebo Controlled Trial to Evaluate the Clinical Effects of Immediate Release *Study Drug* and Modified Release *Study Drug* in the Treatment of **Major Depression**

A Double-Blind Placebo Controlled Trial to Evaluate the Clinical Effects of Immediate Release *Study Drug* and Modified Release *Study Drug* in the Treatment of **Major Depression** in **Elderly Patients**

An Open Extension Study Evaluating the Safety and Outcome of *Study Drug* in the Treatment of Subjects Who Have Participated in Previous *Study Drug* Clinical Trials **(Schizophrenia)**

**1997**
A Double-Blind Placebo Controlled Trial to Evaluate the Efficacy of *Study Drug* in the Treatment of **Panic Disorder**

An Open-Label, Long-Term Safety Study of Transdermal *Study Drug* in the Treatment of **Anxious Outpatients**

*Revised 01 DEC 2004*

CONFIDENTIAL
AZSER12750206

BEST COPY AVAILABLE

Adler 10

A Phase III Randomized Study Comparing 2 Doses of Intramuscular *Study Drug* in Subjects with **Psychosis and Acute Agitation**

A Multicentre, Double-blind, Placebo-controlled, Randomised, Fixed-dose Evaluation of the Safety and Efficacy of *Study Drug* in the Long-term Prevention of Relapse and Recurrence of Depression and/or Mania in Patients with **Bipolar I Disorder**

A Multicentre, Double-blind, Double-dummy, Placebo and Lithium-controlled, Randomised, Flexible-dose Evaluation of the Safety and Efficacy of *Study Drug* in the Long-term Prevention of Relapse and Recurrence of Mania and/or Depression in Patients with **Bipolar I Disorder**

A Phase III Double-Blind Placebo-Controlled Study of *Study Drug* in the Treatment of **Psychosis** with Risperidone as Active Control

An Open-Label Follow-on Study of the Long-term Safety of *Study Drug* in Patients with **Psychosis**

*Study Drug* Experience with Safety and Tolerability (**Schizophrenia and Other Psychotic Disorders**)

A Randomized, Double-Blind, Double-Dummy, Active Placebo Controlled, Parallel Group Evaluation of *Study Drug* compared to *Study Drug* on Migraine-Related Quality of Life

A Flexible Dose Trial of *Study Drug* and Placebo in the Treatment of Subjects with **Panic Disorder**

Weekly Enteric-Coated *Study Drug* Versus Daily *Study Drug* or Placebo in the Continuation Treatment of Major **Depressive Disorder**

**1998**
*Study Drug* Augmentation in **Schizophrenic or Schizoaffective** Patients with Depressive or Negative Symptoms who are Partial or Nonresponders to *Study Drug*

A Double-Blind, Randomized Trial of Three Fixed Doses of Transdermal *Study Drug* Compared to Placebo in the Treatment of **Anxious Outpatients**

*Study Drug* in the Management of Behavioral Disturbances and/or Psychosis in **Demented Nursing Home Patients**

A Double-Blind, Placebo-Controlled Study of *Study Drug* in the Treatment of Signs and Symptoms of **Mania in Elderly Patients with Dementia**

An Open-Label Extension Study of *Study Drug* in the Treatment of Signs and Symptoms of **Mania in Elderly Patients with Dementia**

*Revised 01 DEC 2004*

318

CONFIDENTIAL
AZSER12750207

BEST COPY AVAILABLE

Adler  11

A Double-Blind, Five-Armed, Fixed-Dose, Active and Placebo Controlled Dose-Finding Study with Sublingual *Study Drug* in Subjects with Acute Phase Schizophrenia

*A Multicenter, Open-Label, Long-Term Safety and Efficacy Study of Study Drug* Tablets Once Daily in Subjects with Schizophrenia or Other Psychotic Disorders

A Double-Blind, Placebo-Controlled, Parallel Assessment of the Safety and Efficacy of the *Study Drug* Transdermal System in Subjects with Major Depression

An Open-Label Study to Assess the Safety and Effectiveness of the *Study Drug* Transdermal System in Patients with Major Depression

A Study of Low-Dose *Study Drug* in Patients with Generalized Anxiety Disorder; A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Multicenter Study to Assess Efficacy and Safety

**1999**
A 12 Week, Double-Blind, Fixed Dose Comparison of 20 and 40 mg daily of *Study Drug* and Placebo in Patients Suffering from Posttraumatic Stress Disorder (PTSD)

Placebo-Controlled Study of the Safety and Efficacy of *Study Drug* in the Treatment of Acute Manic or Mixed Episodes in Subjects with Bipolar I Disorder

Open-Label Extension Study of the Safety and Tolerability of *Study Drug* in Subjects with Bipolar Disorder who Completed Protocol *X*

*Study Drug* for the Treatment of Tardive Dyskinesia in Schizophrenic Patients

The Combination of *Study Drug* and *Study Drug* in Treatment Resistant Depression without Psychotic Features

A Randomized, Double-Blind, Placebo- and Risperidone-Controlled, Multicenter Study to Evaluate the Efficacy and Safety of Two Nonoverlapping Dose Ranges of *Study Drug* given BID for 42 days to Schizophrenic Patients with Acute or Subacute Exacerbation, Followed by a Risperidone-Controlled, Long-Term Treatment Phase with *Study Drug* given QD

The Comparative Efficacy of *Study Drug*, Risperidone, and Haloperidol for Cognition in Schizophrenia

**2000**
A Placebo-Controlled Study of *Study Drug* and Paroxetine in Patients with Panic Disorder

Open-Label Safety Study of *Study Drug* Patients with Anxiety Disorders

*Revised 01 DEC 2004*

319

CONFIDENTIAL
AZSER12750208

BEST COPY AVAILABLE

Adler  12

A Double-Blind, Placebo-Controlled, 3-Arm Fixed Dose Study of *Study Drug* Continuous Treatment for **Premenstrual Dysphoric Disorder**

A 3-Month, Double-Blind, Placebo-Controlled, Fixed-Dose Extension Study of *Study Drug* (12.5 mg and 25 mg/day) Continuous Treatment for **PMDD** Patients Completing Studies *X, Y and Z*

*Study Drug*, Placebo, and Paroxetine Comparison in Patients with **Major Depressive Disorder**

Open-label *Study Drug* Continuation Therapy (**Major Depressive Disorder**)

A Multicenter, Randomized, Double-Blind, Placebo-Controlled Study of *Study Drug* in the Maintenance Treatment of Patients with **Bipolar Disorder**

A Placebo-Controlled Study of *Study Drug* Dosed BID and TID in Patients with **Generalized Anxiety Disorder**

Placebo-Controlled *Study Drug* Monotherapy in the Treatment of **Bipolar I Depression**

Switching Subjects from Citalopram, Paroxetine or Sertaline to Once-Weekly Modified-Release *Study Drug* in the Maintenance of Response for **Depression**

Continuation Treatment with Once-Weekly Modified-Release *Study Drug* (**Depression**)

**2001**
Placebo-Controlled Evaluation of *Study Drug* in the Treatment of **Alzheimer's Disease**: Safety and Efficacy of a Controlled Release Formulation

NIMH/Clinical Antipsychotic Trials of Intervention Effectiveness (**Schizophrenia**)

NIMH/Clinical Antipsychotic Trials of Intervention Effectiveness (**Alzheimer's Disease**)

*Study Drug* plus *Study Drug* Combination Therapy in **Treatment-Resistant Depression**: A Dose Ranging Study

The Assessment of *Study Drug* for the Treatment of *Study Drug* Associated **Weight Gain** in Subjects with **Schizophrenia, Schizophreniform Disorder, Schizoaffective Disorder, and Bipolar I Disorder**

A Randomized Double-Blind Placebo-Controlled Trial to Evaluate the Efficacy and Safety of *Study Drug* in Subjects with **Mild Cognitive Impairment (MCI)** Clinically at Risk for Development of Clinically Probable Alzheimer's Disease

A Controlled Trial of *Study Drug* versus Ziprasidone in the Treatment of **Schizophrenic and Schizoaffective Subjects with Comorbid Depression**

*Revised 01 DEC 2004*

320

CONFIDENTIAL
AZSER12750209

BEST COPY AVAILABLE

Adler 13

An Open Label Extension Trial to Assess the Long Term Safety of a Controlled Release Formulation of *Study Drug* in the Treatment of **Alzheimer's Dementia**

A Randomized, Double-Blind, Parallel-Group, Placebo-Controlled Study Evaluating the Efficacy and Safety of *Study Drug* (10 mg/day and 20 mg/day) and Citalopram (20 mg/day) in Patients with **Major Depressive Disorder**

The Clinical Assessment of the Performance of the *Study Procedure* in the Differential Diagnosis of Patients with **Probable Alzheimer's Dementia** from those Patients with **Non-Alzheimer's Dementing Illnesses and Conditions**

**2002**
*Study Drug* Once Daily Dosing Versus Placebo in Patients with **Major Depression and Pain**

*Study Drug* Versus Placebo in **Generalized Anxiety Disorder**. A Randomized Double-Blind Placebo- and Buspirone-Controlled Fixed-Dose Parallel Group Multicenter Study of 10 Weeks (Including a 2-week Single-Blind Placebo Period)

A Multicenter, Double-Blind, Randomized, Placebo Controlled, Parallel Group Study to Evaluate the Efficacy of *Study Drug* in the Treatment of **Premenstrual Dysphoric Disorder (PMDD)**

*Study Drug plus Study Drug* in Combination for **Treatment-Resistant Depression without Psychotic Features**

A Prospective Multi-Center Open-Label Study of *Study Drug* in the Management of Patients with **Schizophrenia or Schizoaffective Disorder** in General Psychiatric Practice

A Phase III Randomized Double-Blind Placebo-Controlled Outpatient Study to Assess the Long-Term Safety and Efficacy of Two Dose Levels of a Modified Release Formulation of *Study Drug* in Adult Patients with **Primary Insomnia**

*Study Drug* in the Treatment of **Generalized Anxiety Disorder**. An Open Multicenter Safety Study of 5 Months, Including a 1-Month Drug Free Follow-Up Period. Follow Up to GAD Study

An 8-week Randomized, Double-Blind, Parallel Group, Placebo-Controlled, Multi Center, Fixed Dose Study Comparing the Efficacy and Safety of *Study Drug* or *Study Drug* to Placebo in Moderately to Severely Depressed Patients with **Major Depressive Disorder**

**2003**
A Phase III Open-Label, Outpatient Extension Study to Assess the Long-Term Safety and Efficacy of Two Dose Levels of a Modified Release Formulation of *Study Drug* in Adult **Primary Insomnia** Patients with Sleep Maintenance Difficulties

*Revised 01 DEC 2004*

CONFIDENTIAL
AZSER12750210

BEST COPY AVAILABLE

Adler  14

Multi-Center, Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Fixed-Dose Study Evaluating the Efficacy, Safety and Tolerability of Two Doses of a Once-Daily Oral Formulation of *Study Drug* in Subjects with **Major Depressive Disorder** for a Treatment Period of Eight Weeks

Analysis of Survey Data and Validation of the Original **Dementia** Progression Scale

An Open-Label Extension Study to Assess the Long-Term Safety and Tolerability of *Study Drug* in the Treatment of **Mild Cognitive Impairment**

*Study Drug* Versus *Study Drug* in the Treatment of **Major Depressive Disorder**

A Multi-Center, Double-Blind, Placebo-Controlled, Randomized Parallel Group Evaluation of the Efficacy of a Flexible Dose of *Study Drug* versus Placebo as Add-On Therapy in **Schizophrenia**

A Randomized, Open Label, Long Term, Multi Center Study of the Safety of *Study Drug* (for **Alcohol and/or Opiate Dependence**)

An Open-Label Study of Tolerability, Clinical Response, and Satisfaction in **Adult Bipolar I** Subjects Optimizing Initiation of Therapy Using Administration of *Study* Precautions and *Study Drug* Titration Packs

A Randomized Double-Blind Study of *Study Drug* Versus *Study Drug* in the Treatment of **Schizophrenia**

A Dose-Ranging Placebo-Controlled Study of *Study* Drug at the doses of 0.5 mg, 2 mg, and 8 mg for 12 Weeks in Patients with **Mild-to-Moderate Alzheimer's Disease**

## 2004
A Multicenter, Open-Label, Flexible-Dose, Parallel-Group Evaluation of the Cataractogenic Potential of *Study Drug* and *Study Drug* in the Long-Term Treatment of Patients with **Schizophrenia or Schizoaffective Disorder**

Efficacy and Safety of *Study Drug* in Patients with **Borderline Personality Disorder**: A Randomized Double Blind Comparison with Placebo

An Analysis of Mortality in Subjects who Participated in Three Studies of *Study Drug* in **Mild Cognitive Impairment**

A Comparison of *Study Drug* Dosing Strategies in the Treatment of Patients with **Major Depression**

An Assessment of Behavioral Changes Associated with *Study Drug* and *Study Drug* in Patients with **Epilepsy**

*Revised 01 DEC 2004*

322

CONFIDENTIAL
AZSER12750211

BEST COPY AVAILABLE

Adler  15

An International, Multicenter, Large Simple Trial to Compare the Cardiovascular Safety of *Study Drug* and *Study Drug* **(Schizophrenia)**

A Multicenter, Double-Blind, Flexible-Dose, 6-Month Trial Comparing the Efficacy and Safety of *Study Drug* with *Study Drug* in Stable Subjects with **Predominant, Persistent Negative Symptoms of**

*Revised 01 DEC 2004*

CONFIDENTIAL
AZSER12750212

BEST COPY AVAILABLE

D1447C00126
Site #  ___0103___

# CURRICULUM VITAE

Surendra Chaganti, M.D., J.D.
MedClin Research, Inc.
2639 Miami Street, Suite S-20
St. Louis, MO 63118
Tel: 314-772-1600 * Fax: 314-772-1606
E-mail: contact@medclinresearch.com

**Citizenship:**
USA

**Licensure:**
Missouri, 1995
License # 107921 Valid through January 31, 2006

**Professional Employments:**

1997 – Present-Director Clinical Services
Chaganti & Associates, P.C.
2639 Miami Street, Suite S-20
St. Louis, MO 63118

2003-Present: Principal Investigator
MedClin Research, Inc.
2639 Miami Street, Suite S-20
St. Louis, MO 63118

1999 – 2003: Medical Director Dual Diagnosis Program
SouthPointe Hospital, St. Louis MO

1999-2000:   Medical Director Department of Psychiatry
DesPeres Hospital, St. Louis MO

1999 - 1999:   Medical Director, Partial Hospital Program
St. Mary's Hospital, St. Louis MO

July 1995 - November 1998
Malcolm Bliss Mental Health Center, St. Louis MO
Psychiatrist II – Duties included overseeing residents, medical students
and nursing students. Provided care for acute psychiatric patients
including Electro Convulsive Therapy

1

CONFIDENTIAL
AZSER12750213

BEST COPY AVAILABLE

### Surendra Chaganti, M.D.

1991 – 1995:  Resident
University of Missouri at Kansas City
One year of residency in Neurology, Family Medicine and General
Psychiatry

Three years of psychiatric training in the provision of care and service for
acute and chronic in-patients of all spectrums including geriatric, child and
adolescents. Other areas encompassed by training include emergency,
forensic psychiatry, community support, outpatient medication and
psychotherapy, family therapy, alcohol and poly-substance abuse.

Performed consultation liaison psychiatry at Truman Medical Center,
Missouri. Performed assessments and provided treatment to clients in
medical, surgical and obstetrical units. Performed consultations for clients
from correctional facilities.

Performed court directed competency evaluations of accused criminals.
Participated as an expert witness in judicial process for involuntary
commitment of psychiatric patients. Acted as substitute team leader in an
in-patient psychiatric unit. Participated in retrospective drug research of
SSRI's.

Member of staff development council

June 1994-June 1995
Oswatomie State Hospital, Oswatomie, KS
Consultant for 200 beds State Hospital.
Attended all manners of psychiatric cases including emergency, clinical,
forensic, child, adolescent and geriatric cases.

November 1989 – April 1990
Dr. Stringer's Emergency Medical Center, Garland, TX
Physician's Assistant – Prescribed and performed diagnostic tests.
Assisted clinical director in the preparation of cases. Attended to
emergency walk-in patients. Performed pre-employment screenings
including physical examinations and documenting medical histories.

October 1989 – November 1989
Dr. Colemen's Clinic, Dallas, TX
Physician's Assistant – Assisted with clinical examinations of patients for
worker's compensation claims

May 1988 – November 1988: Senior House Officer

2

CONFIDENTIAL
AZSER12750214

BEST COPY AVAILABLE

Apollo Hospital Organization, India

October 1986 – March 1988
University Medical Hospital, India
Honorary House Officer, Department of Psychiatry

**Education:**

Graduate of Law, 1999
St. Louis University, School of Law, St. Louis MO

M.D., General Psychiatry, 1995
University of Missouri at Kansas City, School of Medicine, Kansas City, MO

M.B.B.S. 1986
SV Medical College Tirupati, India

**Memberships**

American Medical Association, Eastern Missouri
Psychiatric Society, American Psychiatric Association

**Hospital Affiliations**

St. Anthony's Medical Center
St. Alexius-Jefferson Campus
St. Alexius – Broadway Campus
St. Mary's Hospital
DesPeres Hospital
St. John's Medical Center
DePaul Hospital
St. Louis University Hospital
Doctor's Hospital and Jefferson Memorial Hospital

**Clinical Research**

2004-Present        Lilly's Emotional And Physical Symptoms of Depression Study

2004-Present        A multicenter, open-label, flexible dose, parallel-group, evaluation
                    of the cataractogenic potential of quetiapine fumarate (Seroquel
                    ™) and risperidone (Risperdal ™) in the long-term treatment of
                    patients with schizophrenia or schizoaffective disorder

3

CONFIDENTIAL
AZSER12750215

BEST COPY AVAILABLE

## Surendra Chaganti, M.D.

| | |
|---|---|
| 2003-Present | Schizophrenia Treatment Acceptance Response Trial – A 20-week, open label, multi-center, randomized study comparing the effect of GAIN acceptance approach with approach-as-usual in supporting patient acceptance of long-acting XXX in adults with schizophrenia or Schizoaffective disorder |
| 2003-Present | Bipolar Disorder Functional Status Questionnaire Study |
| 2002-2003 | An International Multicenter, Large Trial (LST) to Compare the Cardiovascular Safety of XXX and XXX in patients diagnosed with Schizophrenia |

4

CONFIDENTIAL
AZSER12750216

BEST COPY AVAILABLE

D1447C00126
Site # 0104

3/4/05                                    HIMASIRI DESILVA, M.D. FAPA          1

## CURRICULUM VITAE

### HIMASIRI DESILVA, M.D. FAPA

Clinical Office
801 North Tustin, Suite 600
Santa Ana, CA 92705
Office 714-547-4100
Fax 714-547-7752

Clinical Innovations Inc.
Corp Office
2 Calle Castillo
San Clemente, Ca 92673
Fax 949-369-6789

*Email Address:* clinicalinnovate@aol.com

HOSPITAL AFFILIATIONS

| | |
|---|---|
| 1979 to date | St. Joseph Hospital, Orange, CA |
| 2003 to date | Huntington Beach Hospital, Huntington Beach, CA |
| 1979 to 1990 | Western Medical Center, Santa Ana, CA |
| 1987 to 1989 | Royale T.R.C., Orange, CA |

POSITIONS HELD

Medical Director, Clinical Innovations, Inc. 2002- current
Medical Director, Affiliated Research Institute
1999 to 2002.
Chairman, Dept. of Psychiatry, St. Joseph Hospital
1982 to 1984 and 1989 to 1991
Medical Director, Royale TRC in 1989
Medical Director,  Out-patient Psychiatric Services, St. Joseph Hospital
from 1989
Chairman, Quality Enhancement Committee, Dept. of Psychiatry,
At. Joseph Hospital, from 1996
Chairman, Audit Committee, Dept. of Psychiatry, St. Joseph Hospital
in 1980

328

CONFIDENTIAL
AZSER12750217

BEST COPY AVAILABLE

3/4/05                                                  HIMASIRI DESILVA, M.D. FAPA          2

PROFESSIONAL ACTIVITIES

> Orange County Medical Association
> California Medical Association
> Orange County Psychiatric Association
> California Psychiatric Association
> American Psychiatric Association
> Academy of Psychosomatic Medicine

POSITIONS HELD

> Orange County Psychiatric Society 1994 to 1996
> Member, Executive Council, California Psychiatric Association 1994 to 1996
> Member, Scientific Advisory Committee for
> Psychiatry, CMA from 1994 to 1996
> Member, APA Consortium on funding for Psychiatric Services from 1996
> Council Member, Orange County Psychiatric Society since 1980
> Chairman, Membership Committee, Orange County Psych. Society 1986 to 1991

COMMUNITY ACTIVITIES

Co-founded the Depressive and Manic Depressive Association of Orange County in 1983.
Medical Advisor, DMDA of OC since its inception.
Co-Founded  the Psychiatric Day Treatment Center at St Joseph Hospital in 1985
Member, Scientific Advisory Committee, National Depressive and Manic
Depressive Association in 1986 and 1987
Public Education by giving lectures sponsored by St. Joseph Hospital,
Depressive and Manic Depressive Association, Alliance for the Mentally ill and
Orange County Psychiatric Society.

TEACHING ACTIVITIES

Instructor. Dept. of Psychiatry, University of Cincinnati from 1975 to 1978
Assistant Clinical Professor, Dept. of Psychiatry, Wright State University,
Dayton, Ohio from 1975 to 1978. Coordinator, Psychiatry Training Program,
Western Medical Center family Practice Residency Program from 1981 to 1984

EXAMINATIONS

American Board of Psychiatry, and Neurology in 1978
FLEX-California in 1979
FLEX-Virginia in 1973

FELLOWSHIPS

APA

CONFIDENTIAL
AZSER12750218

BEST COPY AVAILABLE

3/4/05                                    HIMASIRI DESILVA, M.D. FAPA         3

PUBLICATIONS

"Anxiety and Anger in Hypertension"
Journal of Psychosomatic Medicine

RESIDENCY

Rollman Psychiatric Institute and University of Cincinnati,
Cincinnati, Ohio from 1972 to 1975

MEDICAL EDUCATION

University of Ceylon, Peradeniya, Sri Lanka, June 1967

RESEARCH EXPERIENCE

Protocol ID A1281062, An International, Multicenter, Large Trial to Compare the Cardiovascular
Safety of Ziprasidone and Olanzapine.  Pfizer. Role: Investigator.

A Multicenter, Double-Blind, Placebo-Controlled Comparison of the Safety and Efficacy and
Effects on Sexual Functioning of Wellbutrin Sustained Release and Fluoxetine in Outpatient
with Moderate to Severe Recurrent Major Depression. Role: Investigator.

Protocol 31-98-213 An Open Label Comparison of the Neurocognitive effects of Aripiprazole to
Olanzapine Administered Orally in Patients with Stable Psychosis. Otsuka America Role:
Principal Investigator

Protocol 31-98-215 A Phase III Open Label Treatment Switching Study from Orally
Administered Antipsychotic Monotherapy to Orally Administered Aripiprazole Monotherapy in
The Treatment of Chronic Schizophrenia and Schizoaffective Patients. Otsuka America Role:
Principal Investigator

Protocol 29060/701 A Double Blind Placebo Controlled Study to investigate the Efficacy and
Tolerability of Paroxetine in the treatment of Children and Adolescents with Major Depression.
SmithKline Beecham Pharmaceuticals Role: Investigator.

Protocol 29060/716 An Open Label Study to investigate the Efficacy of Paroxetine in the
treatment of Children and Adolescents with Major Depression. SmithKline Beecham
Pharmaceuticals. Role: Investigator.

A Double Blind, Placebo Controlled study of LU 26-054 in the treatment of Generalized
Anxiety Disorder. Forest. Role: Investigator.

A Double-Blind Placebo Controlled Study to investigate the Efficacy of Paroxetine in the
treatment of Children and Adolescents with Generalized Anxiety Disorder. SmithKline Beecham
Pharmaceuticals: Role: Investigator.

R209130 SCH202 A Double-Blind Placebo Controlled Study in Schizophrenia. Johnson and
Johnson: Role: Investigator

CONFIDENTIAL
AZSER12750219

BEST COPY AVAILABLE

3/4/05                                    HIMASIRI DESILVA, M.D. FAPA          4

A Phase Three trial of Metiapine monitoring patients using BPRS scale. Done at Rollman Psychiatric Institute in Cincinnati, Ohio in 1974. Role: Investigator

An Evaluation of the efficacy of Diazepam in the control of Hypertension. Role: Investigator Evaluation of a physiological parameter, breath holding time, with Diazepam as a predictor of its anxiolytic effects. Role: Investigator

A Multi-Center evaluation trial of Sertraline. Role: Investigator

A prospective, randomized, double blind, placebo-and active-controlled, multi-center study to evaluate the efficacy and safety of three fixed doses of iloperidone given b.i.d. for 42 days to schizophrenic patients with acute or sub acute exacerbation, followed by a double-blind, active-controlled, flexible-dose, long-term, 6-month phase with iloperidone given q.d. Novartis Pharmaceuticals  Role: Investigator

Protocol M97-696. Evaluation of the Efficacy and Safety of Depakote CR in the Treatment of the Manic phase of Bipolar Disorder: A Placebo Controlled Study.  Abbott Laboratories.  Role: Investigator

Double blind inpatient placebo-controlled study of an orally administered medication in Patients with acute mania. Parke-Davis. Role: Investigator

Protocol CN138-001. A multicenter, randomized, double-blind, placebo controlled study of three fixed doses of Aripiprazole in the treatment of patients with acute schizophrenia. Role: Investigator

Protocol FID-MC-HGGN The Comparative Efficacy of Olanzapine, Risperdone and Haloperidol for Cognition in Schizophrenia and Schizoaffective Disorder. Eli Lilly. Role: Investigator

Protocol FID-MC-HGGL A Multi-Center Study, Triad Genetic Sampling of Patients and Their Biological Parents. Eli Lilly. Role: Investigator

Protocol CN138-009 A Multicenter, Randomized, Double Blind, Placebo Controlled Study of One Flexible Dose of Aripiprazole in the Treatment of Patients with Bipolar Disorder Acute Mania. Bristol-Myers Squibb Pharmaceuticals. Role: Investigator.

Protocol CN138-010 A Multicenter, Randomized, Double Blind, Placebo Controlled Study of Two Flexible Doses of Aripiprazole in the Treatment of Patients with Bipolar Disorder Depression. Bristol-Myers Squibb Pharmaceuticals. Role: Investigator.

Protocol FID-MC-HGHL Olanzapine Versus Placebo in the Prevention of Relapse in Bipolar Disorder. Eli Lilly Pharmaceuticals. Role: Investigator

Protocol SCAA2008. A Multi-Center, Double-Blind, Placebo-Controlled, Evaluation of the Safety and Efficacy of Lamictal Compared to Placebo and Lithium in the Treatment of an Acute Manic or Mixed Episode in Patients Who Have Bipolar Disorder. Glaxo Wellcome. Role: Investigator.

CONFIDENTIAL
AZSER12750220

BEST COPY AVAILABLE

Protocol M100907/3001.  A Multicenter, Placebo and Active Control, Double-Blind, Randomized Study of the Efficacy, Safety and Pharmacokinetics of M100907(10 and 20 mg/day) in Schizophrenic and Schizoaffective Patients.  Hoechst Marion Roussel. Role: Investigator.

Protocol SCA20022 A Randomized, Multi-Center, Double-Blind, Placebo-Controlled, Fixed-Dose, 7-week Evaluation of the Efficacy and Safety of Lamotrigine in Patients with Major Depression Glaxo Wellcome Pharmaceuticals: Role  Investigator

A Placebo Controlled 12 Week Study of the Safety and Efficacy of Two Doses of Topiramate Versus Placebo for the Treatment of Acute Manic or Mixed Episode in Subjects with Bipolar I Disorder with an Optional Open-Label Extension. R.W. Johnson.Role: Investigator.

Protocol 068-01 A Double-blind, Placebo-Controlled, Multicenter Study of the Long-Term Efficacy of MK-0869 in the Maintenance of Antidepressant Effect in Geriatric Outpatients With Major Depressive Disorder. Merck & Co., Inc. Role: Investigator.

Protocol 059-01 A Double-Blind, Multicenter, Placebo and Active-Controlled Acute and Extension Study of MK-0869 in the Treatment of Patients With Major Depressive Disorder With Melancholic Features. Merck & Co., Inc.  Role: Investigator.

Protocol LAM40117 A Multicenter, Open-Label, Pilot study of Lamotrigine as Adjunctive Therapy and Monotherapy in Patients with Epilepsy and Comorbid Depressive Symptoms. GSK. Role: Investigator.

Protocol CN138-007 A Multicenter, Randomized, Double Blind, Placebo Controlled Study of Two Fixed Doses of Aripiprazole in the Treatment of Patients with Bipolar Disorder Acute Mania. Bristol-Myers Squibb Pharmaceuticals.  Role: Investigator.

Protocol D1444C00133  A 6-Week, Multicenter, Double-blind, Double-dummy, Randomized Comparison of the Efficacy and Safety of Sustained-release Formulation Quetiapine Fumarate (SEROQUEL) and Placebo in the Treatment of Acutely Ill Patients with Schizophrenia.  Role: Principal Investigator

Protocol SCA100223  A Multicenter, Double-Blind, Placebo-Controlled, Fixed-Dose, 8-Week Evaluation of the Efficacy and Safety of Lamotrigine in the Treatment of Major Depression in Patients with Type II Bipolar Disorder.  Role:  Principal Investigator.

Protocol R209130-SCH-202  A Randomized Double-Blind, Placebo-Controlled, Dose-Response Study of R209130 in Subjects with Schizophrenia Who Have Predominantly Negative Symptoms.  Role:  Principal Investigator.

Protocol S1543003:  A Randomized, Double-Blind, Placebo-Controlled and Olanzapine-Referenced, Parallel-Group Efficacy and Safety Study of Two Fixed Doses of Bifeprunox in the Treatment of Schizophrenia.  Role Principal Investigator.

Protocol 4522US/0007  A 6-week, Randomized, Open-Label, Comparative Study to Evaluate the Efficacy and Safety of Rosuvastatin and Atorvastatin in the Treatment of Hypercholesterolemia in Hispanic Subjects.  Role:  Investigator.

CONFIDENTIAL
AZSER12750221

BEST COPY AVAILABLE

3/4/05                                      HIMASIRI DESILVA, M.D. FAPA        6

Protocol SP754  A Multi-Center, Double-Blind, Randomized, Placebo-Controlled, Parallel-Group Trial To Investigate the Efficacy and Safety Of SPM927 (400 And 600 mg/Day) As Adjunctive Therapy In Subjects With Partial Seizures With Or Without Secondary Generalization.  Role:  Investigator

Protocol CAPSS-276  A comparison of the Efficacy and Safety of Topiramate Versus Placebo for the Prophylaxis of Chronic Migraine.  Role:  Investigator.

Protocol CAPSS-295  An Open-Label Study of the Safety and Efficacy of Topiramate for the Prophylaxis of Chronic Migraine:  Extension Study to CAPSS-276.  Role:  Investigator.

Protocol LAM40112  Double-blind Randomized Trial of Cognitive Effects of LAMICTAL (lamotrigine) versus Topiramate in Epilepsy.  Role:  Investigator.

Protocol BRL-029060/874  A Randomized, Double-Blind, Parallel-Group, Placebo-Controlled Fixed Dose Study Evaluating the Efficacy and Safety of Paroxetine CR in Elderly Outpatients Diagnosed with Major Depressive Disorder.  Role:  Investigator.

Protocol SCA30924  A Multicenter, Double-Blind, Placebo-Controlled, Fixed-Dose, 8-Week Evaluation of the Efficacy and Safety of Lamotrigine in the Treatment of Bipolar Disorder Patients Currently Experiencing a Major Depressive Episode.  Role:  Principal Investigator.

Protocol CN138-131  A Double-Blind Placebo Controlled Pilot Tolerability Study Of Intramuscular Aripiprazole in the Treatment Of Acutely Agitated Patients With A Diagnosis Of Alzheimer's, Vascular Or Mixed Dementia.  Role:  Investigator

Protocol C6671a/302/PT/US  A 12-Month, Open-Label, Flexible-Dosage Study to Evaluate the Safety of GABITRIL at Dosages up to 16 mg/day in Adults With Chronic Post-Traumatic Stress Disorder.  Role:  Investigator.

Protocol R076477-SCH-304/704  A Randomized, Double-Blind, Placebo-and Active-Controlled, Parallel-Group, Dose-Response Study to Evaluate the Efficacy and Safety of 2 Fixed Dosages of Extended Release OROS Paliperidone (6 and 12 mg/day) and Olanzapine (10 mg/day), With Open-Label Extension, in the Treatment of Subjects With Schizophrenia.  Role: Principal Investigator.

CONFIDENTIAL
AZSER12750222

BEST COPY AVAILABLE

D1447C00126
Site #   0106

## Mark A. Novitsky, M.D.
### Quantum Clinical Services Group
111 North 49th Street
Philadelphia, PA 19139
215-471-2422 (office)  215-471-2897 (fax)

### Present Activities

Executive Vice President and Corporate Medical Director, CoreCare Systems, Inc.
Principal Investigator, Quantum Clinical Services Group
Psychiatrist-in-Chief – Kirkbride Center

### Education

| | |
|---|---|
| 1971-1975 | B.S. King's College (Biology) |
| 1976-1977 | Temple University |
| 1977-1982 | M.D. Wake Forest University School of Medicine |

### Summary of Post Graduate Training

| | |
|---|---|
| 1982-1986 | Four Year Residency in Psychiatry |
| | Temple University Hospital, Philadelphia, PA |

### Summary of Employment – Hospital and Administrative

| | |
|---|---|
| 1983-1988 | Contract Physician |
| | The Fairmount Institute, Philadelphia, PA |
| 1983-1989 | Contract Physician |
| | Misericordia Hospital, Philadelphia, PA |
| 1983-1990 | Contract Physician |
| | Fitzgerald Mercy Hospital, PA |
| 1986-1988 | Psychiatric Consultant, Addiction Services Unit |
| | Misericordia Hospital, Philadelphia, PA |
| 1988-1998 | Medical Director, Inpatient Psychiatric Unit |
| | University of Pennsylvania Health Systems |
| | Presbyterian Medical Center, Philadelphia, PA |

334

CONFIDENTIAL
AZSER12750223

BEST COPY AVAILABLE

## Summary of Employment – Hospital and Administrative – Cont.

1989-1992    Unit Psychiatrist, Addiction Services Unit
University of Pennsylvania Health Systems
Presbyterian Medical Center, Philadelphia, PA

1993-1997    Medical Director, Geropsychiatric Services
University of Pennsylvania Health Systems
Presbyterian Medical Center, Philadelphia, PA

1989-1995    Acting Chief, Department of Psychiatry
University of Pennsylvania Health Systems
Presbyterian Medical Center, Philadelphia, PA

1995-1998    Chief of Psychiatry, Department of Psychiatry
University of Pennsylvania Health Systems
Presbyterian Medical Center, Philadelphia, PA

1998-1999    Director of Performance Improvement
CoreCare Systems, Inc.
Philadelphia, PA

1998-Present    Executive Vice President and Corporate Medical Director
CoreCare Systems, Inc.
Philadelphia, PA

1998-Present    Psychiatrist-in-Chief
Kirkbride Center
Philadelphia, PA

1999-Present    Medical Director
Quantum Clinical Services Group
Philadelphia, PA

2002-Present    Delaware Valley Research Associates
Affiliation
922 Fayette Street
Conshohocken, PA

2003-Present    Psychiatric Attending
Albert Einstein Medical Center
Philadelphia, PA

2004-Present    Psychiatric Consultant
Mercy Hospital of Philadelphia
Philadelphia, PA

*Mark A. Novitsky Curriculum Vitae*                    *Page 2 of 6*

335

CONFIDENTIAL
AZSER12750224

BEST COPY AVAILABLE

## Summary of Employment – Nursing /Retirement Homes

| | |
|---|---|
| 1999 | Geropsychiatry Consultant<br>St. Ignatius Nursing Home<br>Philadelphia, PA |
| 1991-Present | Geropsychiatry Consultant<br>Park Pleasant Nursing Home<br>Philadelphia, PA |
| 1991-Present | Geropsychiatry Consultant<br>Presbyterian Home<br>Philadelphia, PA |
| 1991-Present | Geropsychiatry Consultant<br>Main Line Nursing Home<br>Malvern, PA |
| 2002-Present | Psychiatric Consultant<br>Cambridge Retirement Home<br>Philadelphia, PA |
| 2003-Present | Geropsychiatry Consultant<br>Kearsley Retirement Home<br>Philadelphia, PA |
| 2003-Present | Geropsychiatry Consultant<br>Bala Nursing Home<br>Philadelphia, PA |

## Principal Investigator Experience

A Multi-Center, Randomized, Double-blind, Placebo Controlled Study of Three Fixed Doses of Aripiprazole in the Treatment of Institutionalized Patients with Psychosis Associated with Dementia of the Alzheimer's Type

An International, Multi-Center Large Simple Trial (LST) to Compare the Cardiovascular safety of Ziprasidone and Olanzapine – Covance/Pfizer

A 6-week, Double-Blind, Randomized, Fixed-Dose, Parallel-Group of the Efficacy and Safety of Three Dose Levels of SM-13496 Compared to Placebo and Haloperidol in Patients with Schizophrenia Who are Experiencing an Acute Exacerbation of Symptoms – Ingenix/Sumitomo

*Mark A. Novitsky Curriculum Vitae*                                          *Page 3 of 6*

CONFIDENTIAL
AZSER12750225

BEST COPY AVAILABLE

**Principal Investigator Experience – Cont.**

An Open-Label, Dose-Blinded, Multi-Center, 6 Month Study of Safety and Tolerability of 3 Dose Levels of SM-13496 in Patients with Schizophrenia – Ingenix/Sumitomo

A Multi-Center, Double-Blind, Randomized Comparison of the Efficacy and Safety of Quetiapine Fumarate (Seroquel) and Placebo in the Treatment of Agitation Associated with Dementia-PPD/Astra Zeneca

An Assessment of the Efficacy and Safety of Two Sublingual Doses of Org 5222 (Asenapine) in Subjects with Schizophrenia (in an Acutely Exacerbated State) Compared to Placebo in a Multi-Center Randomized, Double-Blind, Fixed-Dose, 6-week Trial with a Risperidone Control Group – PPD/Organon

An Assessment of the Long-Term Safety and Efficacy of Org 5222 (Asenapine) in Subjects with Schizophrenia in a Multi-Center, Double-Blind Trial Using Risperidone as a Control – PPD/Organon

A Double-Blind Fixed Dose Study of SM-13496 and Placebo in the Treatment of Schizophrenia – Ingenix/Sumitomo

An Open-Label, Multicenter, Twelve-Month Study of Safety and Tolerability of SM-196 in the Treatment of Schizophrenia – Ingenix/Sumitomo

A Multicenter, Open-Label, Flexible-Dose, Parallel-Group Evaluation of the Cataractogenic Potential of Quetiapine Fumarate (Seroquel) and Risperidone (Risperdal) in the Long-Term Treatment of Patients with Schizophrenia or Schizoaffective Disorder – Quintiles/AstraZeneca

A Randomized Double-Blind Study of Olanzapine Versus Aripiprazole in the Treatment of Schizophrenia – Parexel/Lilly

**Subinvestigator Research Experience**

A Multi-Center, Open Label, Long-term Safety and Efficacy Study of M100907 Tablets Once Daily in Subjects with Schizophrenia or Other Psychotic Disorders

A Double-blind, Randomized, Multi-Center, Parallel Group Design Study to Evaluate the Efficacy and Safety of Two Dose Ranges of EMD 128 130 in Comparison with Placebo and Haloperidol in the Treatment of Schizophrenia

*Mark A. Novitsky Curriculum Vitae*                                                      *Page 4 of 6*

CONFIDENTIAL
AZSER12750226

BEST COPY AVAILABLE

### Subinvestigator Research Experience – Cont.

A Double-blind, Placebo and Haloperidol-controlled, Multi-Center Study Evaluating the Safety and Efficacy of SR 141716 in Schizophrenic Patients

A Double-blind, Five-armed, Fixed-dose, Active and Placebo-controlled Dose-finding Study with Sublingual ORG 5222 in Subjects with Acute Phase Schizophrenia

Open-label Combination of Olanzapine and Fluoxetine in Major Depressive Disorder

A Multi-Center, Randomized, Double-blind Safety and Tolerability Study of Flexible Doses of Aripiprazole and Olanzapine in the Treatment of Patients with Acute Schizophrenia

A Multi-Center, Double-blind, Randomized Comparison of the Efficacy and Safety of Sustained-release Formulation Quetiapine Fumarate (Seroquel) and Placebo in the Treatment of Patients with Schizophrenia

A Comparison of Fasting Triglyceride Levels in Cohorts with Schizophrenia and Related Disorders Treated Chronically with Olanzapine, Risperidone, and Typical Antipsychotics

Multi-center, Open Label Study of the Efficacy and Safety of REMERON SolTab (mirtazapine) Orally Disintegrating Tablets in Long-Term Care Subjects With Physician-Diagnosed Depression Who Are at Least 70 Years of Age

Efficacy and safety of a flexible dose of Risperidone versus placebo in the treatment of psychosis of Alzheimer's Disease

### Academic Appointments

| | |
|---|---|
| 1987-1989 | Clinical Associate<br>Department of Psychiatry<br>University of Pennsylvania School of Medicine |
| 1991-1996 | Clinical Assistant Professor of Psychiatry<br>Department of Medicine<br>University of Pennsylvania School of Medicine |
| 1996-1998 | Clinical Associate Professor of Psychiatry<br>Department of Psychiatry<br>University of Pennsylvania School of Medicine |
| 1994-1998 | Psychiatry Service Attending Rounds with Transitional Year Residents<br>Presbyterian Medical Center |

*Mark A. Novitsky Curriculum Vitae*                    *Page 5 of 6*

CONFIDENTIAL
AZSER12750227

BEST COPY AVAILABLE

**Academic Appointments – Cont.**

1996-1998     Psychiatry Service, Attending Rounds with Podiatry Residents
              Presbyterian Medical Center

**Society Memberships**

American Psychiatric Association
Pennsylvania Psychiatric Society
Philadelphia Psychiatric Society

**Medical Licenses and Board Certifications**

Medical License – Commonwealth of Pennsylvania MD-029856-E
Board Certified – The American Board of Psychiatry & Neurology Certificate #37796

November 15, 2004

*Mark A. Novitsky Curriculum Vitae*                              *Page 6 of 6*

CONFIDENTIAL
AZSER12750228

BEST COPY AVAILABLE

**CURRICULUM VITAE**   D1447C00126
Site # 0107   PAHLAVAN, KAMBIZ

January 2005

**CURRICULUM VITAE**
**KAMBIZ PAHLAVAN, M.D., FAPA, FAACAP**

**HOME ADDRESS:**   REDACTED

Email Address: kpahlavan@msn.com

**OFFICE ADDRESS:**   Rogers Center for Research and Training, Inc.
11101 W. Lincoln Ave.
Milwaukee, WI 53227
Email Address: rogerscenter@rogershospital.org
Telephone:   (414) 328-3706
Fax:   (414) 328-3721

**HOSPITAL**
**AFFILATIONS:**   Rogers Memorial Hospital-Milwaukee
11101 W. Lincoln Avenue
Milwaukee, WI 53227
Email Address: kpahlavan@rogershospital.org
Telephone:   (414) 327-3000
Fax:   (414) 327-6045

Rogers Memorial Hospital-Oconomowoc
34700 Valley Road
Oconomowoc, WI 53066
Telephone:   (262) 646-4411
(800) 767-4411
Fax:   (262) 646-3158

Children's Hospital of Wisconsin
9000 West Wisconsin Avenue
Milwaukee, WI 53266
Telephone:   (414) 765-9355

**SOCIAL SECURITY**
**NUMBER:**   REDACTED

**DATE OF BIRTH:**   REDACTED

**PLACE OF BIRTH:**   Tehran, Iran

**CITIZENSHIP:**   U.S.A.

- 1 -

340

CONFIDENTIAL
AZSER12750229

BEST COPY AVAILABLE

# CURRICULUM VITAE

PAHLAVAN, KAMBIZ

## EDUCATION:

| | |
|---|---|
| January 1971 | M.D., National University of Iran, School of Medicine |
| 1969 - 1970 | Rotating Internship, National University of Iran's Affiliated Hospitals |
| July 1973 | ECFMG (Certificate #1432293) |
| 1973-1974 | Casualty & Orthopedic Surgery –St. Margaret's Hospital, Epping, Essex, UK |
| 1974 - 1975 | General Psychiatry Residency, Norwich Hospital, Norwich, CT |
| 1975 - 1976 | General Psychiatry Residency, Medfield State Hospital (Major Affiliation with Boston University), Medfield, MA |
| 1976 - 1978 | General Psychiatry Residency, TUFTS - New England Medical Center, Boston, MA |
| 1978 - 1980 | Child Psychiatry Fellowship, McLean Hospital - Harvard Medical School, Belmont, MA |
| 1981 - 1987 | Candidate, Psychoanalytic Institute of New England, East, Cambridge, MA |

## MILITARY SERVICE:

| | |
|---|---|
| 1970 - 1972 | Iranian Royal Armed Forces; Gendarmary Central Clinic and Hospital, Department of Internal Medicine |

## FACULTY APPOINTMENTS:

| | |
|---|---|
| 1978 - 1980 | Fellow in Psychiatry - Harvard Medical School |
| 1980 - 1986 | Clinical Instructor of Psychiatry - Harvard Medical School |
| 1986 - 1992 | Instructor in Psychiatry - Harvard Medical School |
| 1993 - Present | Assistant Clinical Professor of Psychiatry - Medical College of Wisconsin, Milwaukee, WI |

## HOSPITAL AND ADMINISTRATIVE APPOINTMENTS:

| | |
|---|---|
| 1980 - 1982 | Assistant Child Psychiatrist, Developmental Evaluation Clinic, Children's Hospital Medical Center, Boston, MA |

- 2 -

341

CONFIDENTIAL
AZSER12750230

BEST COPY AVAILABLE

# CURRICULUM VITAE                                            **PAHLAVAN, KAMBIZ**

| | |
|---|---|
| 1982 - 1990 | Assistant Child Psychiatrist, McLean Hospital, Belmont, MA |
| 1990 - 1992 | Associate Child Psychiatrist, McLean Hospital, Belmont, MA |
| 1982 - 1992 | Psychiatrist In Charge, Orange Unit, Hall-Mercer Center for Children and Adolescents, McLean Hospital, Belmont, MA  02178 |
| 4/1990 - 7/1990 | Associate Director of Inpatient Services, Hall-Mercer Center for Children and Adolescents, McLean Hospital, Belmont, MA |
| 1990 - 1992 | Director of Inpatient Services, Hall-Mercer Center for Children and Adolescents, McLean Hospital, Belmont, MA |
| 1992 - 1999 | Medical Director, Charter Behavioral Health System of Wisconsin, West Allis, WI |
| 1993 - 1999 | President of Professional Staff, Charter Behavioral Health System of Wisconsin, West Allis, WI |
| 1999-Present | Medical Director, Rogers Memorial Hospital-Milwaukee Milwaukee, WI |
| 2004 – Present | Director, Rogers Center for Research & Training Inc. Milwaukee, WI |
| 1980 - Present | *Temporary, Courtesy, Consulting, or staff appointments:* |

St. Margaret's Hospital - Epping, Essex, U.K.
Massachusetts General Hospital - Boston, MA
Westwood Lodge Hospital - Westwood, MA
St. Elizabeth Hospital of Boston - Boston, MA
Newton-Wellesby Hospital - Newton, MA
Milford-Whitinsville Regional Hospital - Milford, MA
Dorchester Mental Health Clinic - Boston, MA
Mental Health Resources, Inc. - Leominster, MA
Counseling Center of Nashua - Nashua, NH
Wrentham State School - Wrentham, MA
League School of Boston - Newton, MA
Tehran Municipality Nursery Schools - Tehran, Iran
B.O.C. Clinic, SIRIP Oil Company – Iran
Midwest Clinical Services, Milwaukee, WI
Children's Hospital of Wisconsin, Milwaukee, WI

- 3 -

CONFIDENTIAL
AZSER12750231

BEST COPY AVAILABLE

# CURRICULUM VITAE                                    **PAHLAVAN, KAMBIZ**

**SPECIALTY CERTIFICATION:**

| 1981 | American Board of Psychiatry and Neurology (Certificate #22964) |
| 1987 | American board of Child Psychiatry (Certificate #2229) |

**LICENSURE:**

Massachusetts (MA# 44808)
New Hampshire (NH# 8655)
Wisconsin (WI# 33832)

- 4 -

343

CONFIDENTIAL
AZSER12750232

BEST COPY AVAILABLE

# CURRICULUM VITAE                                    PAHLAVAN, KAMBIZ

### CLINICAL DRUG TRIALS

Protocol A1281110, "A 4 Week Double Blind, Multicenter Study comparing the efficacy and safety of Ziprasidone to Aripiprazole in subjects with schizophrenia or schizo affective disorder needing inpatient care". Principal-Investigator, Kambiz Pahlavan, M.D. (November 2004 – Present)

Protocol S1543001,  "A Randomized, Double-Blind, Placebo-Controlled and Risperidone-Referenced, Parallel-Group Efficacy and Safety Study of Two Fixed Doses of Bifeprunox in the Treatment of Schizophrenia". Principal Investigator, Kambiz Pahlavan, M.D. (October 2004 – Present)

Protocol S1543002,  "An Open-Label, Flexible-Dose, Long-Term Safety and Efficacy Study of Bifeprunox in the Treatment of Schizophrenia, Extension of Protocol S1543001". Principal Investigator, Kambiz Pahlavan, M.D. (October 2004 – Present)

Protocol CLIC 477D 2303, "A Randomized, Double-Blind, Placebo-Controlled, Multicenter Study to Evaluate the Efficacy, Safety, and Tolerability of Licarbazepine 750-2500 mg/d Combined with Lithium or Valporate in the Treatment of Manic Episodes of Bipolar Disorder over 6 Weeks". Principal Investigator, Kambiz Pahlavan, M.D. (August 2004 – Present)

Protocol CLIC 477D 2303-E1, "A 52 Week, Open-Label Extension Study to Evaluate the Safety and Tolerability of Licarbazepine 750-2500 mg/d in the Treatment of Manic Episodes of Bipolar I Disorder". Principal Investigator, Kambiz Pahlavan, M.D. (August 2004 – Present)

Protocol H8R-MC-HJAG, "A Randomized, Double-Blind Comparison of LY686017 and Placebo in the Treatment of Social Anxiety Disorder". Principal Investigator, Kambiz Pahlavan, M.D. (August 2004 – Present)

Protocol SP829, "A Multi-Center, Open-Label, Randomized Crossover Trial to Assess Subject Preference of Alprazolam Orally Disintegrating Tablets, Compared to Conventional Alprazolam Tablets in Subjects with Anxiety". Principal Investigator, Kambiz Pahlavan, M.D. (August 2004 – Present)

Protocol 31-03-241, "A Multi-Center, Open-Label, Safety and Tolerability Study of Flexible-Dose Oral Ariprazole (2mg – 30mg) in the Treatment of Adolescent Patients with Schizophrenia, and Child Adolescent Patients with Bipolar I Disorder, Manic or Mixed Episode". Sub Investigator, Kambiz Pahlavan, M.D. (May 2004 – Present)

Protocol 31-03-239, "A Multicenter, Randomized, Double-Blind, Placebo-Controlled Study of Two Fixed Oral Doses of Aripiprazole (10 mg or 30 mg) in the Treatment of Adolescent Patients with Schizophrenia". Sub Investigator, Kambiz Pahlavan, M.D. (April 2004 – Present)

Protocol D1441C00150, "A 26-week, International, Multicenter, Open-label Phase IIIb Study of the Safety and Tolerability of Quetiapine Fumarate (Seroquel, TM) Immediate-release Tablets in Daily Doses of 400 mg to 800 mg in Children and Adolescents with Bipolar I Disorder and Adolescents with Schizophrenia". Sub Investigator, Kambiz Pahlavan, M.D. April 2004 – Present)

- 5 -

344

CONFIDENTIAL
AZSER12750233

BEST COPY AVAILABLE

# CURRICULUM VITAE

**PAHLAVAN, KAMBIZ**

Protocol D1441C00112, "A 6-week, International, Multicenter, Randomized, Double-blind, Parallel-group, Placebo-controlled, Phase IIIb Study of the Efficacy and Safety of Quetlapine Fumarate (Seroquel, TM) Immediate-release Tablets in Daily Doses of 400 mg and 800 mg Compared with Placebo in the Treatment of Adolescents with Schizophrenia". Sub Investigator, Kambiz Pahlavan, M.D. April 2004 – Present)

Protocol D1441C00149, "A 3-week, Multicenter, Randomized, Double-blind, Parallel-group, Placebo-controlled, Phase IIIb Study of the Efficacy and Safety of Quetlapine Fumarate (Seroquel, TM) Immediate-release Tablets in Daily Doses of 400 mg and 600 mgCompared with Placebo in the Treatment of Children and Adolescents with Bipolar I Mania". Sub Investigator, Kambiz Pahlavan, M.D. April 2004 – Present)

Protocol F1J-US-HMCR, "Duloxetine Versus Escitalopram and Placebo in the Treatment of Patients with Major Depression". Sub Investigator, Kambiz Pahlavan, M.D. (August 2003 – Present)

Protocol UCB-N01086, "A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel Group Study to Assess the Efficacy and Safety of Levetiracetam Versus Placebo for the Treatment of Social Anxiety Disorder (Generalized Type)". Sub Investigator, Kambiz Pahlavan, M.D. (July 2003 – September 2004)

Protocol F1J-MC-HMBV, "Duloxetine Versus Placebo in the Treatment of Elderly Patients with Major Depressive Disorder". Sub Investigator, Kambiz Pahlavan, M.D. (March, 2003 – August 2004)

Protocol F1J-MC-HMCN, "Open-Label Duloxetine Copassionate Use in Patients Who Have Completed a Previous Neuroscience Duloxetine Clinical Trials". Sub Investigator, Kambiz Pahlavan, M.D. (December 2002- October 2004)

Protocol CN138-050-082, "Randomized, Double Blind, Dose Ranging Study of Intramuscular Aripiprazole in the Treatment of Acute Agitation in patients with a Diagnosis of Schizophrenia, Schizoaffective, or Schizophreniform Disorder". Principal Investigator, Kambiz Pahlavan, M.D. (October 2002 – February 2003)

Protocol A1281052-1009, "A Phase III, Randomized, Placebo-Controlled, Double-Dummy Study Evaluating the safety and efficacy of Oral Ziprasidone vs. Haloperidol and Placebo in inpatients with an Acute Manic Episode". Principal Investigator, Kambiz Pahlavan, M.D. (Oct 2002- May 2003)

Obsessive Compulsive Disorder sponsored by NIMH grant: St. John's Wort versus placebo in OCD. Sub Investigator, Kambiz Pahlavan, M.D. (September 2002 – January 2004)

Protocol AK 13096, "A 6 ½ Month, Multicenter, Randomized Double-blind, Placebo-Controlled Comparison of 300mg/day of Extended –release Bupropion Hydrochloride and Placebo for the Prevention of Seasonal Affective Disorder in Subjects with a History of Seasonal Affective Disorder". Sub Investigator, Kambiz Pahlavan, M.D. (September 2002-March 2003)

Protocol CN138-050-082, "Randomized, Double Blind, Dose Ranging Study of Intramuscular Aripiprazole in the Treatment of Acute Agitation inpatients with a Diagnosis of Schizophrenia, Schizoaffective, or Schizophreniform Disorder". Principal Investigator, Kambiz Pahlavan, M.D. (October 2002 – February 2003)

- 6 -

CONFIDENTIAL
AZSER12750234

BEST COPY AVAILABLE

# CURRICULUM VITAE                                          **PAHLAVAN, KAMBIZ**

Protocol F1J-US-HMBZ, "Open-Label Treatment with Duloxetine Hydrochloride Once-Daily Dosing for Evaluation of Stabilization Dose in Patients with Major Depression", Sub Investigator, Kambiz Pahlavan, M.D. (June 2002-October 2004)

Protocol BN 16430, a Phase II Placebo and Paroxetine Controlled Study of Efficacy and Safety of Ro 67-5930 in Major Depressive Disorder (MDD). Sub Investigator, Kambiz Pahlavan, M.D. (May 2002 – June 2004)

Protocol DERA-5334-025:  Deramciclane 30 mg and 60 mg once daily versus placebo in generalized anxiety disorder.  A randomized double-blind placebo- and buspirone-controlled fixed-dose parallel-group multicenter study of 10 weeks (including a 2-week single-blind placebo period) Principal Investigator, Kambiz Pahlavan, M.D.( April 2002 – December 2003)

Protocol DERA-5334-038:  Deramciclane 60 mg (or 30 mg) once daily in the treatment of generalized anxiety disorder.  An open multicenter safety study of 5 months, including a 1-month drug-free follow-up period. Follow-up to studies 3013023 and 3013025. Principal Investigator, Kambiz Pahlavan ,M.D.( April 2002 – December 2003)

Protocol Number: A2721012, Pfizer Inc., " A Phase II, Twelve Week, Double Blind and Placebo Controlled Study to Evaluate the Safety and Efficacy of Two Doses of CP 448, 187 (1.5mg and 3.0mg) in Subjects with Obsessive Compulsive Disorder." Sub Investigator Kambiz Pahlavan,  M.D. (January 2002 – June 2003)

Protocol 5077US/10042, AstraZeneca, "A Multicenter, Double-Blind, Randomized Comparison of the Efficacy and Safety of Quetiapine Fumarate (Seroquel ™) and Risperidone (Risperdal ™) in the Treatment of Patients with Schizophrenia". Principal Investigator, Kambiz Pahlavan, M.D.  (January 2002 – July 2002)

Protocol 066-00 Merck & Co., Inc.,"A Worldwide, Multicenter, Double-Blind, Parallel, Active-Controlled Acute, Long Term Safety Study of MK-0869 in the Treatment of Patients With Major Depressive Disorder" .Sub Investigator: Kambiz Pahlavan, M.D. (November 2001- April 2004)

Protocol 059-00, Merck & Co., Inc., "A Double-Blind, Multicenter, Placebo- and Active-Controlled Acute and Extension Study of MK-0869 in the Treatment of Patients With Major Depressive Disorder With Melancholic Features". Sub Investigator, Kambiz Pahlavan, M.D.  (October 2001 - April 2004)

Protocol CD 00500, Celltech Pharmaceuticals, Inc., "METADATE® CD (Methylphenidate HCl, USP) Extended-Release Capsules (CII) in the Management of ADHD a Multi-Center Open Label, Post-Marketing Clinical Experience Study". Principal Investigator: Kambiz  Pahlavan, M.D. (September 2001-February 2002)

Protocol 0600B-100735, Wyeth-Ayerst Inc., "A Double-Blind, Randomized, Placebo-Controlled 3-Month Clinical Trial of Venlafaxine ER and Sertraline in the Treatment of Posttraumatic Stress Disorder.  Sub Investigator, Kambiz Pahlavan, M.D.  (August 2001  - February 2002)

- 7 -

CONFIDENTIAL
AZSER12750235

BEST COPY AVAILABLE

# CURRICULUM VITAE                                    PAHLAVAN, KAMBIZ

Protocol VPI-FL-0004.1 Vela Pharmaceuticals Inc., "A double-blind, randomized, parallel study of the safety, tolerability and preliminary efficacy of Flutamide compared to placebo in patients with Anorexia Nervosa". Sub Investigator, Kambiz Pahlavan, M.D. (July 2001 - April 2002)

Protocol SCT-MD-06, Forest Laboratories, "Flexible Dose Comparison of the Safety and Efficacy of Escitalopram and Placebo in the Treatment of Generalized Anxiety Disorder". Sub-Investigator, Kambiz Pahlavan, M.D. (June 2001 - February 2002)

Protocol SCT-MD-17, Forest Laboratories, "An Open-Label Extension Study of the Safety and Efficacy of Lu 26-054 in Patients with Generalized Anxiety Disorder". Sub Investigator, Kambiz Pahlavan, M.D. (June 2001 - August 2002)

Protocol 134-006(06), Organon, Inc., "A Double-Blind, Multicenter, Randomized, Placebo-Controlled, Parallel Group Study of Efficacy and Safety of ORG 33062 ER and Paroxetine in Subjects who Suffer from Major Depressive Disorder with Atypical Features." Sub Investigator, Kambiz Pahlavan, M.D. (November 2000 - September 2004)

Protocol 134-503(06), Organon, Inc., "A Double-Blind Multi-Center Extension Trial in Subjects who Suffer from Major Depressive Disorder with Atypical Features who Participated in the Placebo- and Paroxetine-Controlled Study of ORG 33062 ER (Protocol 134-006)." Sub Investigator, Kambiz Pahlavan, M.D. (November 2000 - May 2004)

Protocol 003048, Organon Inc., "A Multi-Center, Randomized, Double-Blind, Fluoxetine and Placebo-Controlled Study of the Efficacy and Safety of Remeron SolTab (mitrazapine) Orally Disintegrating Tablets in Subjects with Major Depressive Disorder." Sub Investigator, Kambiz Pahlavan, M.D. (October 2000 - December 2001)

Protocol RIS-USA-239, Janssen Research Foundation "The Efficacy and Safety of Single Dose Ranges of Risperidone Versus Placebo in the Treatment of Manic Episodes Associated with Bipolar I Disorder." Principal Investigator, Kambiz Pahlavan, M.D. (October 2000 - July 2002)

Protocol RIS-INT-81, Janssen Research Foundation, "A 9-Week, Open-Label, Multi-Center, Safety Trial of Flexible Dose Ranges of Risperdone in the Treatment of Manic Episodes Associated with Bipolar 1 Disorder." Principal Investigator, Kambiz Pahlavan, M.D. (October 2000 - July 2002)

Protocol CNKP608-0109, Novartis Pharmaceutical Corporation, "A Double-Blind, Randomized, Parallel-Group, Active and Placebo - Controlled Study to Evaluate Safety and Efficacy of NKP608 in Patients with Social Phobia Sub-Investigator, Kambiz Pahlavan, M.D. (September 2000 - September 2001)

Protocol FIJ-MC-HMAT/17, Eli Lilly and Company, "Duloxetine Versus Placebo and Paroxetine in the Acute Treatment of Major Depression.". Sub-Investigator, Kambiz Pahlavan, M.D. (July 2000 - January 2001)

- 8 -

CONFIDENTIAL
AZSER12750236

BEST COPY AVAILABLE

## CURRICULUM VITAE                                      PAHLAVAN, KAMBIZ

Protocol B99.CT3.005.BUS P02, Biovail Laboratories, Inc., "A Double-Blind, Randomized, Placebo-Controlled, Parallel-Group, Fixed-Dose Study of the Efficacy, Safety, and Tolerability of 60 mg Buspirone Hydrochloride Extended Release Compared to Placebo in Patients with Generalized Anxiety Disorder". Sub Investigator, Kambiz Pahlavan, M.D. (May 2000 - January 2001)

Protocol B99.CTOL.008.BUS P02-514, Biovail Laboratories, Inc., "An Open-Label Study of the Safety, Tolerability, and Efficacy of Up to 90 mg Buspirone Hydrochloride Extended Release in Patients with Generalized Anxiety Disorder. Sub-Investigator, Kambiz Pahlavan, M.D. (May 2000 - February 2002)

Protocol A2721002, Pfizer, Inc., "A Six-Week, Double-Blind, Placebo-Controlled Multicenter Study to Evaluate the Safety and Efficacy of 3 Doses of CP-448, 187 (0.5, 3, and 10 mg) and Fluoxetine in Subjects with Major Depressive Disorder", Sub-Investigator, Kambiz Pahlavan, M.D. (April 2000 - December 2000)

Protocol CIT-MD-23, Forest Laboratories, "A Double-Blind Comparison of Citalopram and Paroxetine in the Treatment of Patients with Anxiety and Depression. Sub-Investigator, Kambiz Pahlavan, M.D. (October 1999 - June 2000).

Protocol 1008-082, Pfizer, Inc., "A Sustained Efficacy Study of Pregabalin in Patients With Social Phobia". Sub-Investigator, Kambiz Pahlavan, M.D. (September 1999 - March 2001)

Protocol 1008-084, Pfizer Inc., "Open-Label Safety Study of Pregabalin (CI-1008) in Patients With Anxiety Disorders, Sub-Investigator, Kambiz Pahlavan, M.D. (September 1999 - June 2001)

Protocol S1143104, Solvay Pharmaceuticals, Inc., "A Multicenter, Open-Label Extension Study of the Safety of a Flexible Dose Regimen of Fluvoxamine CR in Outpatients with Obsessive Compulsive Disorder'. Sub-Investigator, Kambiz Pahlavan, M.D. (May 1999 - January 2001)

Protocol S1143107, Solvay Pharmaceuticals, Inc., "A Twelve-Week, Randomized, Double-Blind, Placebo-Controlled, Flexible Dose Study of Fluvoxamine CR in the Treatment of Generalized Social Anxiety Disorder. Sub-Investigator, Kambiz Pahlavan, M.D. (May 1999 - February 2000)

Protocol CIT-MD-22, Forest Laboratories, "Celexa Open-Label Treatment of Depression". Sub-Investigator, Kambiz Pahlavan, M.D. (April 1999 - December 1999)

Protocol S1143103, Solvay Pharmaceuticals, Inc., "A Multicenter, Double-Blind, Randomized, Parallel Group Study of the Efficacy and Safety of a Flexible Dose Regimen of Fluvoxamine CR Versus Placebo in Outpatients with Obsessive Compulsive Disorder". Sub-Investigator, Kambiz Pahlavan, M.D. (January 1999 - July 2000)

Protocol R0601, Pfizer Inc., "A Multi-Center, Randomized, Double-Blind, Placebo-Controlled Trial of Sertraline for Acute Treatment of DSM-IV Generalized Social Phobia in Outpatients'. Sub-Investigator, Kambiz Pahlavan, M.D. (January 1999 -August 2001)

- 9 -

CONFIDENTIAL
AZSER12750237

BEST COPY AVAILABLE

# CURRICULUM VITAE                                      **PAHLAVAN, KAMBIZ**

**AWARDS, HONORS:**

| | |
|---|---|
| October 1991 | Fellow, American Academy of Child and Adolescent Psychiatry |
| December 1991 | Fellow, American Psychiatric Association |
| May 1999 | American Psychiatric Association's Nancy C. A. Roeske Certificate of Excellence in Medical Student Teaching |
| January 2003 | Distinguished Fellow, American Psychiatric Association |

**EXAMINER:**

| | |
|---|---|
| November 2003 | American Board of Psychiatry and Neurology – Child & Adolescent Psychiatry. |
| May 2004 | American Board of Psychiatry and Neurology – Child & Adolescent Psychiatry. |

**MEMBERSHIP IN PROFESSIONAL AND HONORARY SOCIETIES:**

| | |
|---|---|
| 1983 - Present | American Psychiatric Association |
| 1983 - 1992 | Massachusetts Psychiatric Association |
| 1984 - Present | American Academy of Child and Adolescent Psychiatry |
| 1984 - 1992 | New England Council of Child and Adolescent Psychiatry |
| 1986 - Present | World Federation for Mental Health |
| 1988 - 1992 | New England Association for Child Care |
| 1992 - Present | Wisconsin Psychiatric Association |
| 1992 - Present | Wisconsin Council of Child and Adolescent Psychiatry |
| 1994 - Present | American Society for Adolescent Psychiatry |
| 1990 - Present | Physicians for Human Rights |
| 1982 - Present | Society of Iranian Psychiatrists in North America |
| 1986 - Present | Iranian Association of Boston |
| 1993 - Present | Wisconsin Hospital Association |
| 1994 - Present | Wisconsin Psychoanalytic Society - Affiliate Member |
| 1996 - Present | Iranian American Medical Association |
| 1998 - Present | Corporation for the Advancement of Psychiatry |
| 1999 - Present | Autism Society of America |
| 1999 - Present | Autism Society of Southeastern Wisconsin |
| 1999 - Present | National Association of the Mentally Ill |
| 2003 - Present | Milwaukee County Medical Association |
| 2003 - Present | American Society of Clinical Psychopharmacology |

- 10 -

CONFIDENTIAL
AZSER12750238

BEST COPY AVAILABLE

## CURRICULUM VITAE                                    PAHLAVAN, KAMBIZ

### NATIONAL COMMITTEES:

| | |
|---|---|
| 1986 - 1987 | Bylaws Committee of Society of Iranian Psychiatrists of North America |
| 1986 - 1991 | Nominating Committee of Society of Iranian Psychiatrists of North America |
| 1991 - 1995 | Ethnic and Cultural Issues Committee of A.A.C.A.P. |
| 1994 - 1997 | Work Group on Diversity and Culture of A.A.C.A.P. |
| 1994 - 1996 | Secretary - Wisconsin Council of Child and Adolescent Psychiatrists |
| 1996 - 1998 | President Elect - Society of Iranian Psychiatrists in North America - SIPNA |
| 1998 - Present | President - Society of Iranian Psychiatrists in North America – SIPNA |
| 2004 - Present | Member-Inpatient Continuum Care Committee, American Academy of Child and Adolescent Psychiatry |

### MEDICAL COLLEGE/SCHOOL COMMITTEES:

| | |
|---|---|
| 1982 - 1992 | Child Psychiatry Fellowship Selection Committee.  McLean Hospital, Harvard Medical School. |
| 1984 - 1992 | Child Psychiatry Fellows Training Committee.   McLean Hospital, Harvard Medical School. |
| 1980 - 1982 | Child psychiatry Fellows Supervisory Committee.  Children's Hospital of Boston, MA. |
| 1993 – Present | Medical Student Teaching Committee, Medical College of Wisconsin, Department of Psychiatry and Behavioral Medicine. |
| 2003 – Present | Residency Education Committee, Medical College of Wisconsin, Department of Psychiatry and Behavioral Medicine. |
| 2004 – Present | Child and Adolescent Fellowship Committee at Departments of Psychiatry and Behavioral Medicine – Medical College of Wisconsin |

- 11 -

CONFIDENTIAL
AZSER12750239

BEST COPY AVAILABLE

# CURRICULUM VITAE                                          PAHLAVAN, KAMBIZ

## HOSPITAL COMMITTEES:

| | |
|---|---|
| 1983 - 1990 | Medical Record Committees, McLean Hospital. |
| 1984 - 1990 | Executive Committee, Hall-Mercer Center for Children and Adolescents, McLean Hospital. |
| 1990 - 1992 | Rate Review Committee, McLean Hospital. |
| 1991 July | Organizational Consultation Work Group, McLean, Hospital. |
| 1991 October | Inpatient Reorganization Work Group, Chair, Hall-Mercer Center for Children and Adolescents, McLean Hospital. |
| 1991 November | Medical Staff Organization Task Force, McLean Hospital. |
| 1992 –1999 | Medical Executive Committee, Charter Behavioral Health System of Wisconsin/West Allis,WI |
| 1999 -Present | Medical Executive Committee, Rogers Memorial Hospital/West Allis, WI |
| 1992 -1999 | Quality Improvement Committee, Charter Behavioral Health System of Wisconsin/West Allis,WI |
| 1999 -Present | Quality Improvement Committee, Rogers Memorial Hospital/West Allis, WI |
| 1992 -1999 | Credential Committee, Charter Behavioral Health System of Wisconsin/ West Allis,WI |
| 1999 -Present | Credential Committee, Rogers Memorial Hospital-Milwaukee, WI |
| 1992 -1999 | Peer Review Committee, Charter Behavioral Health System of Wisconsin/ West Allis,WI |
| 1999 -Present | Peer Review Committee, Rogers Memorial Hospital/Milwaukee, WI |
| 1992- 1999 | Pharmacy and Therapeutic Committee, Charter Behavioral Health System of Wisconsin-West Allis,WI |
| 1999- Present | Pharmacy and Therapeutic Committee, Rogers Memorial Hospital-Milwaukee, WI |
| 1999-Present | Medical Executive Committee, Rogers Memorial Hospital/Oconomowoc, WI |

- 12 -

CONFIDENTIAL
AZSER12750240

BEST COPY AVAILABLE

# CURRICULUM VITAE                                   PAHLAVAN, KAMBIZ

**MEDICAL COLLEGE/SCHOOL TEACHING:**

| | |
|---|---|
| 1987 & 1988 | Psychopharmacological Treatment of P.D.D., Visiting Child Psychiatry Fellow. Tufts -N.E.M.C. |
| 1990 - 1992 | Orientation to Inpatient Child Psychiatry, Child Psychiatry Fellow.  McLean Hospital, Harvard Medical School, in July and August. |
| 1990 - 1992 | Principals of Inpatient Child Psychiatry.  Weekly seminars for Child Psychiatry Fellow and other trainees.  McLean Hospital, Harvard Medical School, from September to May. |
| 1980 - 1992 | Clinical Supervision and weekly individual clinical teaching / supervision to Child Psychiatry Fellows, Adult Psychiatry Residents at Children's Hospital of Boston and McLean Hospital, Harvard Medical School. |
| 1982 - 1992 | Clinical and individual supervision to Child Psychology Fellows and Interns. McLean Hospital, Harvard Medical School. |
| 1982 - 1989 | Clinical and individual supervision to Social Worker Interns and Social Worker Child Fellows placed at McLean Hospital, Harvard Medical School. |
| 1980 - 1992 | Clinical lectures, presentations, and supervision to junior and senior medical students of Harvard Medical School and other medical schools rotating at McLean Hospital. |
| 1993 - Present | Psychiatric Clerkship Preceptor, Medical College of Wisconsin, Milwaukee, WI |
| 1997 - Present | Supervising assigned General Psychiatry Residents Rotating at Charter Hospital and Rogers Memorial Hospital-Milwaukee, WI |
| 1997 - 2000 | Psychiatric Clerkship Preceptor, American University of Caribbean, Montserrat, West Indies |
| 2000 – Present | Psychiatric Clerkship Preceptor, College of Osteopathic Medicine & Surgery, Des Moines, Iowa. |
| 2004 – Present | Supervising assigned Child Psychiatry Fellows at Rogers Memorial Hospital-Milwaukee, WI |

- 13 -

352

CONFIDENTIAL
AZSER12750241

BEST COPY AVAILABLE

# CURRICULUM VITAE                                    PAHLAVAN, KAMBIZ

## INVITED LECTURES, WORKSHOPS, SITE VISITS:

1.  Depression and its Warning Symptoms, October 1988, Radio 1600, Boston, MA

2.  Types of Immigration and Their Effects on Immigrants. K. Pahlavan. Presented to Iranian Association of Boston, October 1989.

3.  Six Presentations for Clinicians at League School of Boston, 1990 - 1991 academic year:

    a.  Diagnostic Dilemmas in Pervasive Developmental Disability and Autism.

    b.  Major Mental Illness in the PDD population - Dual Diagnosis.

    c.  Medical/Legal Aspects of Psychopharmacological in the PDD population.

    d.  Treatment of Disruptive Behavior Disorders in PPD population.

    e.  Treatment of Affective Disorders in PDD population.

    f.  Treatment of Major Psychosis in PPD population.

4.  Psychiatric Assessment and Psychopharmacological Intervention in Pervasive Developmental Disorder. K. Pahlavan. Presentation to special education staff, League School of Boston. May 1991.

5.  Conduct Disorder. A presentation to the Massachusetts School Nurse Organization. November 1991.

6.  The Effects of Immigration on Couples. K.Pahlavan. WHSN-TV. February 1992.

7.  The Effects of Immigration on Families and Children. K. Pahlavan. WHSN-TV. February 1992.

8.  Aggression: Theoretical and Therapeutic Overview. Presentation to professional staff of the Community Hospitals of Indianapolis, Indiana. June 1992.

9.  Childhood Depression and its Treatment. Presentation, Community Education Program, Charter Behavioral Health System of Wisconsin, Milwaukee, WI December 1, 1992.

10. Childhood Depression. Compass. April 1993.

11. Developmental Delays. Presentation, Community Education Program, Charter Behavioral Health System of Wisconsin, Milwaukee, WI. March 1st and 8th, 1993.

12. Epidemiology of Domestic Violence and Child Abuse, Milwaukee, WI. March 31, 1993.

- 14 -

CONFIDENTIAL
AZSER12750242

BEST COPY AVAILABLE

## CURRICULUM VITAE                                    PAHLAVAN, KAMBIZ

13.    Adolescent Suicide. WTMJ, Milwaukee, Wisconsin. April 1993.

14.    ADHD, Diagnosis and Treatment. Presentation to School Social Workers Training Seminar. July 13, 1993 and November 05, 1993, 1994, 1995.

15.    P.D.D. / Seminar for Educators - March 17, 1994.

16.    ADHD - How They Don't Fit Easily - May 17, June 14, 1994 - Charter Clinics.

17.    When Your Student is on Medication - Seminar for Educators - September 20, 1994.

18.    Disruptive Behavior of Children. Presentation to Teachers and School Social Workers Training Seminars. May 1996.

19.    Role of Medications in Treatment of Children and Adolescents. Presentation to Clinicians, Fond du Lac, WI. January 21, 1997.

20.    ADHD, P.D.D. and Affective Disorder in Children and Adolescents. Presentation to McPherson College Graduating Class. June 1999.

**BOOK REVIEWS:**

*Sexually Aggressive Children - Coming to Understand Them* by Sharon Aragi, Sage Publication 1997; Journal of American Academy of Child and Adolescent Psychiatry, 37:7, July 1998.

### BIBLIOGRAPHY

**ORIGINAL PAPERS:**

1.    *Growth and Development of Preschool Children in Southern Part of Tehran*. K. Pahlavan. National University of Iran, 1971.

2.    *Self-Immolation*. K. Pahlavan. Paper presented at Psychiatric Grand Rounds of Massachusetts General Hospital, 1980 February.

3.    *Suicide by Self-Immolation*. F. Stoddard, K. Pahlavan, S. Cahners. Presented at 134th Annual Meeting of American Psychiatric Association, 1981.

4.    *A Profile of Psychiatric Diagnosis in Retarded Persons with Self-Injurious Behavior*. M. Doherty, K. Pahlavan, L. Szymanski. Presented at 106th Annual Meeting of American Association of Mental Deficiency, 1982.

- 15 -

CONFIDENTIAL
AZSER12750243

BEST COPY AVAILABLE

# CURRICULUM VITAE                           PAHLAVAN, KAMBIZ

5.   *Suicide Attempted by Self-Immolation During Adolescent I. Literature Review, Case Reports, and Personality Precursors.* F. Stoddard, K. Pahlavan, S. Cahners. Adolescent Psychiatry, Vol. 12, 1985, pp. 251 - 265.

6.   *Symposium on Self-Injurious Behavior in Developmentally Disabled Children and Adolescents.* C. Feinstein, M. Aman, M. Doherty, J.C. Harris, B. Herman, K. Pahlavan, L. Szymanski. Symposium No. 27, 35th Annual Meeting of AACAP, 1988 October.

7.   *Prominent Activity Rhythm Disturbances in Hospitalized Children with Affective Illness.* M. Teicher, C. Glod, D. Harper, E. Magnus, C. Brasher, K. Pahlavan, F. Wren. Poster presented at 36th Annual Meeting of AACAP, 1989 October.

8.   *Circadian Activity Dysregulation and Antidepressant Response in Children and Adolescents.* M.H.Teicher, C.A. Glod, K. Pahlavan, E. Magus, D. Harper. Poster presented at NCDEU Annual Meeting, 1990 June.

9.   *Quantitative Assessment of Locomotor Activity in Childhood; Relevance to the Diagnosis and Treatment of ADHD.* M.H. Teicher, C.A. Glod, D. Harper, E. Magnus, A.F. Frank, K. Pahlavan. Presented at International Society of Developmental Psychobiology, 1990 September.

10.  *Prominent Activity Rhythm Disturbances in Hospitalized Children with Affective Illness.* C.A. Glod, M.H. Teicher, D. Harper, C. Brasher, K. Pahlavan, F. Wren. Presented at International Society of Developmental Psychobiology, 1990 September.

11.  *Prominent Activity Rhythm Disturbances in Hospitalized Children with Affective Illness.* M.H. Teicher, C.A. Glod, D. Harper, C. Brasher, K. Pahlavan, F. Wren. Biological Psychiatry, 1990, 27, 101A.

12.  *Circadian Activity Dysregulation and Antidepressant Response in Children and Adolescents.* M.H. Teicher, C.A. Glod, K. Pahlavan, E. Magnus, D. Harper. Poster presented at 37th Annual Meeting of AACAP, 1990 October.

13.  *Activity and Antidepressant Response in Children.* C.A. Glod, M.H. Teicher, K. Pahlavan, D. Harper, E. Magnus, E. Dubo. Poster presented at the 144th Annual Meeting of the American Psychiatric Association, 1991.

14.  *Locomotor Activity and the Diagnosis of Attention Deficit Hyperactivity Disorder.* M.H. Teicher, C.A. Glod, K. Pahlavan, D. Harper, E. Magnus, F. Wren. Paper presented at New Research Session #3, American Psychiatric Association Annual Meeting, 1991.

15.  *Effects of Quiet Room Design on Children.* C.A. Glod, M.H. Teicher, M. Butler, E. Magnus, D. Harper, K. Pahlavan. Poster presented at the 145th Annual Meeting of the American Psychiatric Association, 1992.

- 16 -

CONFIDENTIAL
AZSER12750244

BEST COPY AVAILABLE

**CURRICULUM VITAE**                                        **PAHLAVAN, KAMBIZ**

16.   *Locomotor Activity in Depressed Children and Adolescents*.  M.H. Teicher, C. Glod, E. Magnus, C. Brasher, F. Wren, K. Pahlavan.  J. Am. Acad. Child Adolesc. Psych. 32:4, July 93, p 760-769.

17.   *Guidelines for Monitoring Psychotropic Medications in Children and Adolescents*.  J. Osterheld, J. Bass, K. Pahlavan, 1990-1992.

18.   *Modifying Quiet Room Design Enhances Calming of Children and Adolescents*.  C. Glod, M.H. Teicher, M. Buttler, M. Savino, D. Harper, B. Magnus, K. Pahlavan.  J. Am. Child Adolesc. Psychiatry, 33:4, May 1994.

19.   *Motor Activity and Severity of Depression in Hospitalized Prepubertal Children*.  E.Y. Aronen, M.H. Teicher, D. Geenens, S. Curtin, C. Glod, K. Pahlavan.  J. Am. Child Abuse Psychiatry 35:6, June 1996.

20.   *Children of Integrative Refugees*.  K. Pahlavan, A.A.C.A.P. News, Sept.-Oct. 1997.

21.   *Social Anxiety in Adolescence* – Work in progress

CONFIDENTIAL
AZSER12750245

BEST COPY AVAILABLE

*[signature]*
8th Aug 04

# CURRICULUM VITAE

D1447C00126
Site # 0108

| | |
|---|---|
| NAME: | Kurian C. Abraham, MD |
| CITIZENSHIP: | United States |
| HOME ADDRESS: | REDACTED |
| OFFICE ADDRESS: | MedARK Clinical Research |
| | 2203 South Sterling Street |
| | Suite 132 |
| | Morganton, NC 28655 |
| | (828) 437-8282 |
| | |
| | Grace Hospital |
| | 2201 South Sterling Street |
| | Morganton, NC 28655 |

MEDICAL TRAINING:

| | |
|---|---|
| 1972 - 1978 | MR Medical College, Gulbarga, India |
| 1978 - 1979 | Medical College Hospital, Kerala, India |
| | (Compulsory rotating internship) |
| 1979 - 1982 | KEM Hospital, Bombay, India |
| | (Pulmonary medicine residency) |
| 1995 | ECFMG Certification |
| 1997 - 2001 | Eastern Virginia Medical School (EVMS) |
| | (Psychiatry residency) |
| 2001 - 2003 | GlaxoSmithKline/Duke Psychopharmacology Program |
| | (Psychopharmacology fellowship) |

DEGREES, QUALIFICATIONS:

MD, (Gulbarga), 1978

AWARDS and HONORS:

Resident Research Award, EVMS, Norfolk, VA, 1999-2001
Most Outstanding Research Proposal Award, EVMS,
Norfolk, VA, 1998 - 1999

Updated 8/7/2004                                                                 Page 1 of 7

CONFIDENTIAL
AZSER12750246

BEST COPY AVAILABLE

**LICENSE:**

North Carolina # 200100821

**PRESENT APPOINTMENTS:**

| | |
|---|---|
| 2003 - present | Staff psychiatrist, Grace Hospital |
| 2004 - present | Executive medical director and Chairman MedARK Clinical Research |

**PREVIOUS APPOINTMENTS:**

| | |
|---|---|
| 1999 – 2000 | Delegate from Virginia to the American Medical Association of Residents/Fellows (San Diego, CA) |
| 1999 - 2000 | President, House Staff Committee EVMS, Norfolk, VA |
| 1987 - 1993 | Physician and Pulmonologist St. Andrews Mission Hospital, Kerala, India |
| 1982 - 1987 | Physician and Internist CAM Hospital, Kerala, India |

**PROFESSIONAL SOCIETIES:**

American Psychiatric Association

**PUBLICATIONS and PRESENTATIONS:**

1. Effectiveness of Chromium Picolinate in atypical depression: A Placebo controlled trial. <u>Biological</u> Psychiatry 53:261-264, 2003.

2. Explanatory Attributions in Generalized Anxiety Disorder. Accepted for publication in <u>Alternate therapies in Health and Medicine.</u>

3. Luvoxamine - Case studies on Impulse Control Disorder, (to be published)

4. Movement disorder on Depakote and Olanzapine combination. (to be published)

5. Pulmonary tuberculosis and malnutrition. <u>Indian Medical Council Journal 1985.</u>

6. Poster presentation of Chromium Picolinate in atypical depression at the ACNP in Puerto Rico, December 2002.

updated 8/7/2004                                                                 Page 2 of 7

CONFIDENTIAL
AZSER12750247