BEST COPY AVAILABLE

7. Poster presentation "Characteristics of ADAA website users" at ADAA annual meeting in Toronto, March 2003.

8. Poster presentation at the APA annual meeting in San Francisco, May 2003.

9. "A Study of Gabatril in patients with PTSD"

10. Poster presentation at the 16th ECNP Congress 2003 "Effects of paroxetine and venlafaxine-XR on heart rate variability in depression"; in Prague, Czech Republic,  September 20-24,2003.

RESEARCH ACTIVITIES:

Trained to administer rating scales for major depressive disorder, atypical depression, bipolar disorder, anxiety disorder , schizophrenia, and post traumatic stress disorder.

**Duke University / GlaxoSmithkline Psychopharmacology Fellowship**

1. NK1 antagonist in Major depressive disorder- phase II A. Involved with protocols, recruitment, rating scales, AEs and SAEs, site management, etc.

2. NK3 antagonist in  Schizophrenia  - phase II A.  Involved with protocols, recruitment, rating scales, AEs and SAEs, site management and regulatory issues.

3. Lamotrigine - prophylaxis in depressive Phase of Bipolar I disorder- Phase IV, NDA.  Involved with protocols, recruitment, rating scales, AEs  and SAEs, site management, regulatory issues.

4. Lamotrigine - Depressive symptoms in partial complex seizure - Phase IV.

5. Double blind randomized study of Paxil vs Effexor: effects on heart variability and autonomic cardiovascular control in subjects with symptoms of depression - Phase IV, sub-investigator.

6. Double blind multicenter randomized placebo controlled, parallel group study of efficacy and safety of Org 33062 ER and Paxil in subjects with major depressive disorder with atypical features- phase IV - sub-investigator.

7. Double blind, double-dummy 8 week acute efficacy comparison of Kava vs Effexor  vs  Placebo in Generalized Anxiety Disorder, sub-investigator.

CONFIDENTIAL
AZSER12750248

BEST COPY AVAILABLE

8. Double blind multicenter placebo controlled study of Kava in mild Anxiety, sub-investigator.

9. Open label study of St. John's Wort and plasma levels in anxiety, sub-investigator.

10. A study of Mirtazapine in the treatment of PTSD Phase IV, sub-investigator.

11. A study of Zoloft vs Zoloft + CBT (prolonged imaginal exposure) (PE) in patients with PTSD Phase IV, sub-investigator.

12. A study of Effexor vs Zoloft in the treatment of PTSD-Phase IV sub-investigator.

13. A Feasibility Study of Chromium Picolinate for Atypical Depression, sub-investigator.

14. A study of Paglacone vs placebo in GAD, Phase III, sub-investigator.

15. Developed protocol and informed consent for a new Self Rated Global PTSD scale (SPRINT-SR), PI.

16. Developed a protocol, informed consent and questionnaire for a web based collaborative study between Duke University Medical Center and Anxiety Disorder Association of America (ADAA), PI. [http://www.adaa.org/PTSDsurvey]

17. Deramciclane in GAD - Phase II B and III, sub-investigator.

18. Glutamate agonist(Mglu2) in GAD – Phase II A, B and III, sub-investigator.

19. Gabatril (Tiagabine) in PTSD - Phase IV, sub-investigator.

20. Longitudinal Brain Indices of PTSD and treatment course, sub-investigator.

21. Placebo controlled trial of Hypericum in GAD, sub-Investigator.

22. A study of Keppra ( Levitiracetam) in social Anxiety Disorder, sub-investigator.

23. A study of Respirdal for treatment resistant depression, sub-investigator.

CONFIDENTIAL
AZSER12750249

BEST COPY AVAILABLE

24. A pilot study Aripiprazole in obsessive compulsive disorder, sub-investigator.

25. Placebo-controlled pilot study of Escitalopram in the treatment of Specific phobia, sub-investigator.

26. Study of Modafinil for atypical depression, sub-investigator.

27. Randomized trial of Paroxetene-CR for the treatment of patients with PTSD remaining symptomatic after initial exposure therapy, sub-investigator.

28. Double blind randomized study of Adjunctive Botox in treating residual sweating in patients with excessive social anxiety, sub-investigator.

Eastern Virginia Medical School Psychiatry Residency, Norfolk, VA

29. Genetic Research Study Of Bipolar Disorder: A combined Clinical Research Study by EVMS and DUKE Medical Center. Jan 98- Apr 00

30. Substance Dependence & Craving - A clinical prospective study. May 97 – June 98

31. Violence in Nursing Home Population - A retrospective study in the nursing home population. Dec 97 – Nov 98

**Duke University Medical Center, Durham, NC.**                    Jan 95 – Dec 96
**Department of Psychiatry**

*Clinical Research Coordinator*
○ CAD and Depression (Post-myocardial depression)
A combined project of psychiatry and cardiology departments which involved screening and interviewing patients, conducting physicals, and collecting data on all procedures including Catheterization, PTCA, Stent, CABG; Medications, descriptions of other major illnesses, and ECG, Angiogram interpretations

*Clinical Illness Rater*
○ Donepezil Hydrochloride clinical trial (Aricept)
A cross-sectional study to evaluate health related quality of life, utilization of services, caregiver time and burden, and health status associated with the stages of Alzheimer's disease and site of care.

○ Fluoxetin and Pindolol clinical trial
Attended clinical investigators' Inter-Rater training at Indianapolis

updated 8/7/2004                                                      Page 5 of 7

CONFIDENTIAL
AZSER12750250

BEST COPY AVAILABLE

(HAMD$_{17}$, MADRS, CGI)

**Bowman Gray Baptist Hospital**
**Wake Forest School of Medicine, Winston-Salem, NC.**          Oct 94 – Jan 95

*Radiology Special Procedure Department under the supervision*
*of Dr. Vincent D'Souza*
o   Performed cardiovascular interventional procedures, aortograms,
    arteriograms, coronary angiograms, balloon angioplasties, percutaneous
    nephrograms.  Attended clinical conference of proven cases in the
    Radiology department.

**University of North Carolina at Chapel Hill, Chapel Hill, NC.**          Jun 1994

*Assisted Professor C.M. Suchindran of the Department of*
*Biostatistics School of Public Health*
o   Epidemiological studies of cardiovascular diseases, infant mortality,
    especially in sudden infant death syndrome and Epidermolysis Bullosa.

**Wake Medical Center, Raleigh, NC.**          Jan 1994
Internal Medicine Department

o   Attended conferences, symposium of proven medical cases, and grand
    rounds

**India**          Jul 83 - Mar 93

*Medicine*
Treated 150-200 patients daily.  Cases included cardiovascular,
pulmonary, infectious diseases, and A/C emergencies

*Surgical*
Appendectomies, herniorrhaphies, hemorrhoidectomies, minor surgical
procedures, assisted in almost all major surgical procedures like
abdominal surgeries including abdomino - perineal and other GI surgeries
such as pancreas, thyroid, etc.

*OB-GYN*
Conducted innumerable normal deliveries and cesarean sections, A/C
obstetrical and gynecological emergencies.

*Anesthesiology*
Well versed with Endotracheal intubation.  Assisted in GA, spinal epidural
anesthesias.

CONFIDENTIAL
AZSER12750251

BEST COPY AVAILABLE

***Preventive Medicine***
Mass immunization programs; health education.

CONFIDENTIAL
AZSER12750252

BEST COPY AVAILABLE

D1447C00126
Site # 0109

# **BENCHMARK**

R E S E A R C H

| | |
|---|---|
| **Kenneth I. Gottlieb, M.D.** | Benchmark Research<br>490 Post Street, Suite 1442<br>San Francisco, CA 94102<br>(415) 398-0173<br>(415) 398-0174 Fax |

| | | |
|---|---|---|
| **Licensure:** | 1968 – Present | California #G23013 |
| **Certification:** | 1996 | American Board of Psychiatry and Neurology<br>Added Qualifications in Forensic Psychiatry |
| | 1988 | American Psychoanalytic Association |
| | 1973 | American Board of Psychiatry and Neurology |
| **Medical Education** | 1973 – 1988 | San Francisco Psychoanalytic Institute<br>San Francisco, CA |
| | 1969 – 1971 | Yale Law School<br>Course work in criminal law, family law, law & psychiatry<br>New Haven, CT |
| | 1968 – 1971 | Albert Einstein College of Medicine<br>Residency in Psychiatry<br>Bronx, NY |
| | 1967 – 1968 | Kaiser Foundation Hospital Internship<br>San Francisco, CA |
| | 1967 | Hampstead Course & Clinic With Anna Freud |

27-6-05

364

CONFIDENTIAL
AZSER12750253

BEST COPY AVAILABLE

**BENCHMARK**

R E S E A R C H

| | Kenneth I. Gottlieb, M.D.<br>Page 2 of 7 |
|---|---|

| | 1967 | Albert Einstein College of<br>Medicine<br>M.D.<br>Bronx, NY |
|---|---|---|
| | 1963 | Amherst College<br>A.B. – Philosophy<br>Amherst, MA |
| | 1962 | City of Hope<br>Research Associate<br>Duarte, CA |
| **Professional**<br>**Experience** | 2005 - Present | Benchmark Research<br>Principal Investigator<br>San Francisco, CA |
| | 1995 – Present | Medical Board of California<br>Expert Consultant |
| | 1995 – Present | California Pacific Medical Center<br>Faculty<br>San Francisco, CA |
| | 1990 – Present | San Francisco Psychoanalytic<br>Institute<br>Faculty – Treasurer, Finance<br>Committee, By-Laws Committee,<br>Library Committee, Development<br>Committee<br>San Francisco, CA |
| | 1985 – 2005 | University of California School of<br>Medicine<br>Associate Clinical Professor<br>Psychiatry<br>San Francisco, CA |
| | 1990 | San Francisco Board of<br>Supervisors<br>Consultant on Electroconvulsive<br>Therapy<br>San Francisco, CA |

CONFIDENTIAL
AZSER12750254

BEST COPY AVAILABLE

**BENCHMARK**
R E S E A R C H

| Kenneth I. Gottlieb, M.D. |
|---|
| Page 3 of 7 |

| | |
|---|---|
| *1975 – 1985* | *Adolescent Day Treatment*<br>*Center of Children's Hospital*<br>*Medical Director*<br>*San Francisco, CA* |
| *1975 – 1977* | *University of California*<br>*School of Law*<br>*Faculty*<br>*Berkeley, CA* |
| *1975 – Present* | *Division of Industrial Relations*<br>*Independent Medical Examiner*<br>*Qualified Medical Examiner*<br>*South San Francisco, CA* |
| *1972 – 1973* | *US Public Health Service*<br>*Hospital*<br>*Deputy Director*<br>*San Francisco, CA* |
| *1971 – 1972* | *St. Elizabeth's Hospital*<br>*Female Forensic Division*<br>*Director*<br>*Washington, DC* |
| *1971* | *Gracie Square Hospital*<br>*Consulting Psychiatrist*<br>*New York City, NY* |

**Board & Committee**
**Memberships**

| | |
|---|---|
| *1990 – 1996* | *California Society of Industrial*<br>*Medicine & Surgery*<br>*Board of Trustees* |
| *1990 – 1996* | *Saint Francis Memorial Hospital*<br>*Board of Trustees*<br>*Vice – Chairman 1995*<br>*San Francisco, CA* |
| *1984 – 1995* | *Victor Calef M.D. Memorial Fund*<br>*President*<br>*Board of Trustees* |
| *1985 – 1988* | *San Francisco Medical Society*<br>*Board of Directors* |

CONFIDENTIAL
AZSER12750255

BEST COPY AVAILABLE

**BENCHMARK**
R E S E A R C H

| Kenneth I. Gottlieb, M.D. |
| Page 4 of 7 |

|  | 1982 – 1985 | *California Medical Association Delegate* |

**Professional
Affiliations**

*San Francisco Medical Society
California Medical Association
Northern California Psychiatric Society Committee on Psychiatry and Law
American Psychiatric Association (Distinguished Life Fellow)
American Psychoanalytic Association
San Francisco Psychoanalytic Institute
California Society of Industrial Medicine and Surgery
American Academy of Psychiatry and Law*

**Hospital
Affiliations**   1988 – 1991

*Saint Francis Memorial Hospital
Chief of Psychiatry
San Francisco, CA*

*Saint Francis Memorial Hospital
Active Staff
San Francisco, CA*

*California Pacific Medical Center
Courtesy Staff
San Francisco, CA*

*Mount Zion Medical Center of the University of California
Courtesy Staff*

**Programs & Conferences Presented**

*"Update: Medical – Legal Evaluations, Rating and Treatment in the Face of Changes in California Workers' Compensation Law," American College of Forensic Psychiatry, Newport Beach, CA – 4/9/05*

*"Psychiatric Disability and Apportionment in Workers Compensation," 2005 QME Recertification Course, St. Francis Memorial Hospital, San Francisco, CA – 2/5/05*

*"Psychiatric permanent disability and apportionment – new WCAB guidelines," Fresno Industrial Claims Association, Fresno, CA – 1/19/05*

CONFIDENTIAL
AZSER12750256

BEST COPY AVAILABLE

**_BENCHMARK_**

R E S E A R C H

Kenneth I. Gottlieb, M.D.
Page 5 of 7

*"Does truth serum always reveal the truth? A Videotaped Presentation,"* American College of Forensic Psychiatry, Rancho Mirage, CA – 4/6/03

*"Does truth serum result in telling the truth? A Videotaped Presentation,"* Grand Rounds, Saint Francis Memorial Hospital, San Francisco, CA – 10/8/02

*"Recent developments in Sexual Harassment and Employment Discrimination Claims,"* U.S. Department of Justice, Employment Discrimination Seminar, Columbia, South Carolina – 11/19/98

*"Confidentiality in California After Pettus,"* American Academy of Psychiatry and the Law, New Orleans, LA – 10/24/98

*"Psychological Damages in Employment Discrimination Claims – From A to Z,"* U.S. Department of Justice, Employment Discrimination Seminar, Tucson, AZ – 2/11/98

*"The treating psychiatrist as expert witness – Not!"* Grand rounds at California Pacific Medical Center, San-Francisco, CA – 10/21/97

*"Preparing Your Case in Employment Discrimination Claims – How to Use a Psychologist/Psychiatrist"* U.S. Department of Justice, Employment Discrimination Seminar, Los Angeles, CA – 8/26/97

Hastings Law School, Trial Advocacy Seminar Expert Witness – 6/21/97

*"Prejudice: Eliminating Bias in the Legal Workplace,"* The Bar Association of San Francisco, San Francisco, CA – 1/30/97

*"The Pharmacologic Management of Chronic Pain,"* Safeway Corporation, Walnut Creek, CA – 1/24/97

*"The Pharmacologic Management of Chronic Pain,"* San Francisco Industrial Claims Association – 11/8/96

*"Psychological Damages in Employment Discrimination Claims,"* U.S. Department of Justice, Employment Discrimination Seminar, Tulsa, OK – 7/19/96

*"The treateing psychiatrist as expert witness – not!"* American Academy of Forensic Psychiatry, Annual Meeting, New Orleans, LA – 3/24/96

*"Emotional impairment and the Americans with Disabilities Act,"* The Bar Association of San Francisco, San Francisco, CA – 1/9/96

CONFIDENTIAL
AZSER12750257

BEST COPY AVAILABLE

**BENCHMARK**
R E S E A R C H

*"Recovery of True and False Memories by Pentathal Interview," with Elizabeth Loftus, Ph.D., American Academy of Psychiatry and the Law, Annual Meeting, Seattle, WA – 10/22/95*

*"Violence in the Workplace," Fresno Industrial Claims Association, Fresno, CA - 6/21/95*

*"Job Stress and Professional Impairment:  Help for the Healthcare Attorney," California Society for Healthcare Attorneys, Annual Meeting, San Diego, CA – 3/26/95*

*"If I wanted to learn about feelings, I wouldn't have gone to law school," Chair, Panel Discussion, American Psychoanalytic Association, Fall Meetings, New York – 12/17/94*

*Trial Advocacy Seminar Expert Witness, University of Santa Clara School of Law, Santa Clara, CA – 6/18/94 & 6/12/93*

*"A case of psychogenic amnesia:  Recovery of 'True' and 'False' memories by pentathal interview," Grand Rounds presentation, Saint Francis Memorial Hospital, San Francisco, CA – 4/21/94*

*"A case of psychogenic amnesia:  Recovery of 'True' and 'False' memories by pentothal interview," Grand Rounds presentation, California Pacific Medical Center, San Francisco, CA – 9/13/94*

*"Psychological injuries in the workplace – overstimulation or oversimulation?" U.S. Dept. of Justice, Employment Discrimination Litigation Seminar, Albuquerque, NM – 4/5/94 – 4/7/94*

*"Recognizing job stress in the workplace – What to look for." The Bar Association of San Francisco, San Francisco, CA – 3/25/94*

*"Recognizing depression in yourself, your clients and your co-workers," The Bar Association of San Francisco, San Francisco, CA – 12/2/93*

*"Post-traumatic stress disorder – What to expect in the months that follow local disasters," The Bar Association of San Francisco, San Francisco, CA – 10/28/93*

*"Validation of Psychoanalytic Propositions," fourth year seminar, San Francisco Psychoanalytic Institute, San Francisco, CA – 1991 – 1998*

*"Psychiatry and the Law" UCSF Graduate Studies Lectures, San Francisco, CA 1989 – 1993*

CONFIDENTIAL
AZSER12750258

BEST COPY AVAILABLE

**BENCHMARK**
R E S E A R C H

| Kenneth I. Gottlieb, M.D. |
| Page 7 of 7 |

*"Cumulative Psychiatric Trauma," San Francisco Claims Association, San Francisco, CA – 3/5/92*

*"Psychological complications of hyperparathyroidism," Grand Rounds presentation, St. Francis Memorial Hospital, San Francisco, CA – 1/21/92*

*"Psychiatric Evaluation of Cardiac Claims," San Francisco Claims Association, San Francisco, CA – 9/11/91*

*Presentation on electroconvulsive therapy, St. Francis Memorial Hospital, San Francisco, CA – January 1991*

*Presentation on depression, St. Francis Memorial Hospital, various community organizations, San Francisco, CA – 1975 to present*

*"Management of Complex Treatment Cases," a workshop in cooperation with the 401 Diagnostic and Treatment Center, Mount Zion Medical Center of UCSF, San Franciso, CA – 2/3/89 & 6/2/89*

*"Early Stress Management Intervention," a symposium in cooperation with the 401 Diagnostic treatment Center, Davies Medical Center, San Francisco, CA – October 1987*

*"Depression: It's Treatment," House Calls, KQED, San Francisco, CA – April 1987*

*Intensive psychotherapy case conferences with psychiatric residents, Pacific Presbyterian Medical Center, San Francisco, CA – 1976 – 1981*

*"Introduction to Psychoanalytic Theory," lecture series, Children's Hospital, San Francisco, CA – 1978 – 1980*

*"Legal limits on confidentiality in psychotherapy," California Medical Association, Annual Scientific Assembly – 2/7/1976*

*Revised 6/7/05*

CONFIDENTIAL
AZSER12750259

BEST COPY AVAILABLE

D1447C00126
Site # 0110

January 2005

Curriculum Vitae

**Sarah D. Atkinson, M.D.**
2541 Monroe Avenue, Suite B 1
Rochester, New York 14618
585.241.9670
585.241.3242 (facsimile)
email: sdadl@frontiernet.net

## Professional Experience

Clinical Assoc Professor of Psychiatry, Department of Psychiatry, University of Rochester, Rochester, New York
Private Practice, 1997 - present
Addiction Treatment Center, John L. Norris, Rochester, New York. 2000-present.
Clinical Research 1987 – present.
Wayne Behavioral Health Network, Staff Psychiatrist, Lyons, New York. 1997 – 2000.
Conifer Park, Consultant, Rochester, New York. 1997-2002.
The Genesee Mental Health Center, The Genesee Hospital, Rochester, New York, Staff 1996 – 2001 (Hospital closed).
Department of Developmental Disabled Service Organization, Psychiatric Consultant. Finger Lakes Region, New York. 1999- present.
Conifer Park, Medical Director, Rochester, New York. 1997- 1999.
Conifer Park, Medical Director, Syracuse, New York. 1997-1999.
The Genesee Mental Health Center, The Genesee Hospital, Rochester, New York, Medical Director Adolescent Inpatient Unit and Crisis Intervention Services, Outpatient Child, Adolescent and Adult Services Staff Psychiatrist. 1996 - 1997.
Menninger Clinic, Topeka, Kansas. Child and Adolescent Acute Inpatient Unit. 1994 - 1995.
Menninger Clinic, Topeka, Kansas. Trauma Recovery Unit. 1995 -1996.
Menninger Clinic, Topeka, Kansas. Outpatient Child, Adolescent and Adult Services Staff Psychiatrist. 1994 - 1996.

## Education:

University of Oklahoma College of Medicine, M.D., 1987.
Tulane University/Princeton University, M.S. in Mathematics, 1982.
H. Sophie Newcomb Memorial College, Tulane University of Louisiana, B.S. in Mathematics (Magna Cum Laude), 1980.

## Residency:

Karl Menninger School of Psychiatry, Topeka, Kansas. Child Psychiatry Division, Child Fellow Representative (Chief Resident). 1993-1994.
Karl Menninger School of Psychiatry, Topeka, Kansas. Child Psychiatry Division, Child Fellow. 1992-1994.

CONFIDENTIAL
AZSER12750260

BEST COPY AVAILABLE

2

University of Oklahoma Health Sciences Center, Oklahoma City, Oklahoma.
Department of Psychiatry and Behavioral Sciences. Chief Resident. 1991-1992.
University of Oklahoma Health Sciences Center, Oklahoma City, Oklahoma.
Department of Psychiatry and Behavioral Sciences. 1989-1992.
University of Oklahoma Health Sciences Center, Oklahoma City, Oklahoma.
Department of Surgery. 1987-1989.

## Psychoanalytic Training:

Topeka Institute for Psychoanalysis. 1992-1995.

## Medical Licensure:

New York State License Registration 201376
Oklahoma License Serial Number 16669 (inactive due to changing state of residence)
Kansas Certificate Number 04-23856 (inactive due to changing state of residence)

## Board Certification:

General Psychiatry Registration 39512
Child and Adolescent Psychiatry Registration 3873

## Professional Memberships:

American Psychiatric Association. 1987- present
   Committee Chair: Liaison for Child Psychiatry, Residents Committee
American Psychoanalytic Association, Affiliate Member. 1994 - 1995
Topeka State Hospital Family Support Group. 1993- 1994
Oklahoma Psychiatric Association.1987- 1992
The Colorado Society for Psychology and Psychoanalysis. 1988 - 1992
The Oklahoma Society for Psychoanalytic Studies. 1988 - 1992
American Medical Association. 1987- 1995
Oklahoma Alliance for the Mentally Ill. Board Member. 1988-1992
Oklahoma Society for Autistic Children. Board Member. 1991-1992

## Honors and Awards:

1995   Topeka Institute for Psychoanalysis Publications Award.
1994   The Dr. Elmer Ernest Southard Award for Medical Writing.
1994   The Paul W. Pruyser Award for Professional Writing of the Menninger Alumni Association.
1993   Seeley Fellow, Karl Menninger School of Psychiatry, 1993-1994.
1992   Sandoz Pharmaceutical Award, Outstanding Resident in Psychiatry.
1992   American Psychoanalytic Association Resident Fellowship, American Psychoanalytic Association.
1992   Laughlin Fellowship, The American College of Psychiatrists.
1992   Best Paper, First Annual Psychiatry Resident's Section, Oklahoma Psychiatric Association.

CONFIDENTIAL
AZSER12750261

BEST COPY AVAILABLE

3

| | |
|---|---|
| 1991 | Best Paper, Tenth Annual Psychiatry Resident's Day Competition, University of Oklahoma. |
| 1991 | Best Paper in Psychiatry. University of Oklahoma Health Sciences Center Intern's and Resident's Day, (presented by Oklahoma Psychiatric Association). |
| 1991 | Sandoz Pharmaceutical Award, Outstanding Resident in Psychiatry. |
| 1991 | Lloyd and Ruth Radar Trust Scholarship, Outstanding Resident Physician, University of Oklahoma Health Sciences Center. |
| 1990 | Best Paper, Ninth Annual Psychiatry Resident's Day Competition, University of Oklahoma |
| 1989 | Prize, Resident's Research Paper Competition, American Association of Pediatrics, Surgical Section. |
| 1986 | University of Oklahoma Health Sciences Center. Alpha Omega Alpha. |
| 1981 | Teaching Assistantship, Department of Mathematics, Graduate School, Tulane University of Louisiana, 1981-1982. |
| 1980 | Kappa Kappa Gamma Prize in Mathematics, H. Sophie Newcomb Memorial College, Tulane University of Louisiana. |
| 1980 | Departmental Honors in Mathematics, H. Sophie Newcomb Memorial College, Tulane University of Louisiana. |
| 1979 | Phi Beta Kappa, H. Sophie Newcomb Memorial College, Tulane University of Louisiana. |
| 1978 | American Mathematical Society Competition, Third Place. |

**Research:**

University of Rochester, 2002 – Present.
        Project: Assessment of Suicide ideation and depressive symptoms in patients with substance dependence disorders, Norris Addiction Treatment center site.

GlaxoSmithKline, 2003-2004.
        Project: Prevention of Seasonal Affective Disorder. Phase 3 Clinical Trials.

GlaxoSmithKline, 2002-2003.
        Project: Prevention of Seasonal Affective Disorder. Phase 3 Clinical Trials.

Karl Menninger School of Psychiatry, 1993-1994.
        Project: Correlation of the clinical diagnosis of personality disorders in adolescents with the Structured Clinical Interview for DSM-III-R.

Department of Psychiatry and Behavioral Sciences, University of Oklahoma Health Sciences Center, 1990-1992.
        Project: Patterns of grief and characterologic structure in parents who have "lost" a child to mental illness, personality altering traumatic brain injury, or death.

Department of Psychiatry and Behavioral Sciences, University of Oklahoma Health Sciences Center, 1990-1992.
        Project: Depression in prepubertal children. Double blind and open trials of imipramine, fluoxetine, and placebo in clinically depressed children aged 5 to 12 years of age. Group therapy as an integral part of the treatment of depression in prepubertal children.

Department of Psychiatry and Behavioral Sciences, University of Oklahoma Health Sciences Center, 1989-1992.

CONFIDENTIAL
AZSER12750262

BEST COPY AVAILABLE

4

Project: Prevention and liaison psychiatry. Educational support groups in an alternative high school for pregnant and parenting adolescents.

Department of Psychiatry and Behavioral Sciences, University of Oklahoma Health Sciences Center, 1986.
Project: Retrospective analysis concerning correlation of clinical diagnosis of dysthymic disorder in childhood versus DSM-III criteria.

Department of Pharmacology, Tulane University of Louisiana, 1980-82.
Project: The effects of alcohol on dopamine, norepinephrine and epinephrine levels in spontaneously hypertensive rats.

Department of Mathematics, Tulane University of Louisiana, 1977-79.
Project: Statistician for Arnold Levine, Ph.D. The World Health Organization.

**Teaching Experience:**

University of Rochester. Department of Psychiatry. Department of Family Medicine. Department of Internal Medicine.
Supervision of residents in the PGY II, III, IV years in the area of Addiction Medicine. 2001 – Present.

Karl Menninger School of Psychiatry, Topeka, Kansas.
Supervision for child psychotherapy and psychopharmacology. General Psychiatric Residents and Child Fellows. 1994 – 1996.
Psychotherapy Supervision. General Psychiatric Residents. 1993 - 1996.
Child Interview Techniques. General Psychiatric Residents and Rotating Medical Students. 1993-1996.
General Psychiatry. Rotating Medical Students. 1993-1994.
DSM-III-R Based Psychopathology: Diagnosis and Treatment. Masters in Social Work Program. 1993-1994.

Department of Psychiatry and Behavioral Sciences, University of Oklahoma Health Sciences Center, Oklahoma City, Oklahoma.
General Psychiatry for second, third and fourth year medical students. 1990-1992.
Introduction to Psychopharmacology, first and second year general psychiatry Residents. 1990-1992.
Attending Psychiatrist Consult Liaison Service. 1992.

Department of Mathematics and Computer Science, Oklahoma City University, Oklahoma City, Oklahoma, Adjunct Assistant Professor. 1982-1985.

Department of Mathematics, Tulane University of Louisiana, New Orleans, Louisiana, Instructor. 1979-1982.

**Editorial Board Reviews:**

CONFIDENTIAL
AZSER12750263

BEST COPY AVAILABLE

5

American Psychiatric Press, Inc.
Merck Manual

## Publications:

### Books:

Gabbard GO, Atkinson SD (co-editors): *Synopsis of the Treatments of Psychiatric Disorders: The Second Edition.* Washington, DC, American Psychiatric Press, 1996.

Atkinson SD, Gabbard GO (co-editors): *Study Guide to the Treatments of Psychiatric Disorders: The Second Edition.* Washington, DC, American Psychiatric Press, 1996.

### Papers and Book Chapters:

Bleiberg E, Atkinson SD: Lying and stealing. *Handbook of Child and Adolescent Psychiatry*

Atkinson SD: Seasonal affective disorder or conquering the "Winter Blues" *To Your Health!* Kansas Foundation for Medical Care, Inc. Winter 1995.

Gabbard GO, Atkinson SD, Jorgenson LM: Can patients sexually harass their physicians? *Archives of Family Medicine.* 4: 261 -265, March 1995.

Atkinson SD: Chronic grief may affect parents of children with schizophrenia. *The Menninger Letter,* October 1994.

Atkinson SD, Gabbard GO: Erotic transference in the male adolescent-female analyst dyad. *Psychoanalytic Study of the Child.* 50: 171 - 186, 1995.

Atkinson SD: Grieving and loss in parents with a schizophrenic child. *American Journal of Psychiatry.* 151(8): 1137 - 1139, August 1994.

Atkinson SD, Dlugokinski E: Do educational support groups have an effect on selected behaviors? *Psychiatric Services.* 1994.

Atkinson SD: Treatment of ADHD. *The Menninger Letter,* June 1994.

Atkinson SD: Psychogenic Autism: A clinical study. *International Journal of Psycho-Analysis.* 1997.

Atkinson SD: A Team approach will make the on-call experience more valuable *Psychiatric Times,* April, 1994.

Atkinson SD: Caught in the system: The story of John. *Menninger Perspective* 24(3): 24, 1994. Also published in *Psychiatric Times* 10(6): 28, June 1993.

Atkinson SD: Impact of educational groups on emergency room use. *Southern Association of Psychiatric Research,* summer 1992.

Atkinson SD: Grief and loss among parents with a schizophrenic child. *Southern Association of Psychiatric Research.* Summer 1992.

Atkinson SD, Smith C, Smith EM, and Miller J: ECT revisited. *Journal of the Oklahoma State Medical Association* May, 1991.

Atkinson SD, Tuggle D: Hypoalbuminemia may predispose infants to necrotizing enterocolitis. *Journal Pediatric Surgery* 24:674-676, 1989.

Atkinson SD, Rennert O: A case report of a child with the Aasse syndrome. *Journal of Pediatrics* 738:223-224, 1988.

Truemper ET, Reyes de la Rocha S, Atkinson SD: Pulmonary functions after hydrocarbon ingestion. *Pediatric Pulmonology* 80:147-151, 1988.

Truemper ET, Reyes de la Rocha S, Atkinson SD. Hydrocarbon ingestion: A case report and review of the literature. *Pediatric Emergency Care* 3:187-193, 1987.

Atkinson SD: Robust estimation: The influence curve. *Journal of the American Mathematical Association.* 1982 (Spring): Student Contribution Section.

## Presentations:

CONFIDENTIAL
AZSER12750264

BEST COPY AVAILABLE

6

Academy of Family Practice, Austin, Texas. University of Texas School of Medicine. "Diagnosis and Treatment of Depression in the Primary Care Setting" April 2003.

University of Rochester, Rochester, New York. School of Medicine. Department of Pediatrics. "Diagnosis and Treatment of Obsessive Compulsive Disorder in the Pediatric Patient." March 2003.

Rochester General Hospital, Rochester, New York. Department of Pediatrics, Grand Rounds. "Diagnosis and Treatment of Obesessive Compulsive Disorder in the Pediatric Patient." March 2003.

Dartmouth University, New Hampshire. School of Medicine. Department of Psychiatry, Grand Rounds. "Updates in the Treatment of Depression" March 2003.

Parkridge Hospital, Rochester, New York. Symposium. "Substance Misuse in Women: Diagnosis and Treatment." February 2003.

Rockland Psychiatric Center, Rockland, New York. "Special Issues in the Treatment of Mood Symptoms in the Chronically Mentally Ill Patient" January 2003.

Parkridge Hospital, Rochester, New York. Symposium. "Treatment of Depression and Other Mood Disorders in Women Through the Life Cycle." January 2003.

Rockland Psychiatric Center, Rockland, New York. "Update in the Treatment of Depression" November 2002.

University of Oklahoma, Tulsa, Oklahoma. School of Medicine. Department of Psychiatry. Grand Rounds. "Mood Disorders in the Addicted Patient" February 2002.

University of Oklahoma, Oklahoma City, Oklahoma. School of Medicine. "Resilence: An update on our current understanding" February 2002.

University of Rochester, Rochester, New York. School of Medicine. Department of Pediatrics Grand Rounds. "Depression in the Pediatric Patient" February 2002.

Binghampton Department of Family Practice, Binghamptom, New York. "Treating Depression in Primary Care" January 2002.

Rockland Psychiatric Center, Rockland, New York. "The Complex Psychiatric Patient" January 2002.

Pittsford Public Schools. Pittsford, New York. Parent Teacher Student Association. "Post Traumatic Stress and Associated Symptoms in the School Age Child" October 2001.

GlaxoSmithKline. Poughkeepsie, New York. "Treating Depressive Symptoms in the Complex Psychiatric Patient." Grand Rounds Hudson River Psychiatric Center. October 2001.

Pittsford Public Schools, Pittsford, New York. Educational Association Continuing Education Credentialing. "Developmental Aspects of Post Traumatic and Related Sequlae: Pathogenesis and Treatment." September 2001.

Medical World Conference. Portland, Oregon. "The Physiology of Dopamine and Depression" September 2001.

Medical World Conference. Portland, Oregon. "Managing Depression: Matching the Drug to the Disorder" September 2001.

GlaxoSmithKline. Physician's Advisory Board. Toronto, Ontario, Canada. "Developmental Aspects of Depressive Disorders in Children and Adolescents" May 2001.

Medical World Conference. Rochester, New York. "The Physiology of Dopamine and Depression" May 2001.

Medical World Conference. Rochester, New York. "Managing Depression: Matching the Drug to the Disorder" May 2001.

GlaxoSmithKline. Physician's Advisory Board. Toronto, Ontario, Canada. "Treatment of Depression in Women: Special Considerations" May 2001.

Medical World Conference. Albany, New York. "The Physiology of Dopamine and Depression" April 2001.

CONFIDENTIAL
AZSER12750265

BEST COPY AVAILABLE

**Sarah D. Atkinson, MD**
**Diana Levinson, LPN**
**2541 Monroe Avenue**
**Suite B 1**
**Rochester, New York 14618**
**585.241.9670**
**585.241.3242 (facsimile)**
**sdadl@frontiernet.net**

This site is devoted to all aspects of clinical research.  Sarah D. Atkinson, Primary Investigator, has over 15 years creating, conducting, and developing clinical trails in psychiatry and general medicine. Dr. Atkinson has participated in designing clinical trails and research tools.  Trails have included double blinded placebo controlled trail for the treatment of depression in school aged children using imipramine, fluoxtine, and placebo; double blinded trail for the treatment of psychotic disorders (Schizophrenia, Psychotic Disorder, NOS) in 12 to 17 year olds using clozaril and respirdone, open label trail for the treatment of ADHD in children in foster care with weekend visitation to biologic parents using stimulants and buproprion SR, and for the past two years two separate double blind placebo controlled trails for the treatment of Seasonal Affective Disorder using bupropion XL and placebo.  During the 2003-2004 trail this site enrolled 10% of the study and was the highest enrolling site, the second highest site was less than half. The attrition rate from the site was 1%.

Diana Levinson, study coordinator, has 16 years of experience in the pharmaceutical industry as both a regional monitor, project manager and Study Coordinator.

Currently, as the study coordinator in this office she is responsible for
- Coordination and execution of Phase II-IV clinical trials.
- Obtaining subjects who meet all admission criteria.
- Maintaining proper documentation according to protocol and regulatory requirements of study protocol.
- Monitoring drug safety and efficacy within a variety of patient populations.
- Assessment of patient medical history.
- Assisting in patient education regarding the objectives of the study and known potential risks of the investigational medications.

Rochester as a city and this site's location are critical to conducting successful clinical trails.  The population draw for trails is over one million.  There are six universities in the area and the industry is largely technologic.  This provides a highly educated, articulate population base.  This research site is centrally located for efficient access for the entire population base.  This site has years of experience in the community. The site maintains a directory of potential study subjects.  The site utilizes a prescreening interview developed by the site to

CONFIDENTIAL
AZSER12750266

BEST COPY AVAILABLE

minimize the frequency of screen fails.  The interview is always conducted by the investigators or study coordinator or who speak directly to the study subjects or potential subjects.  During the most recent study this site had 1% screen fail rate. The site only uses a central IRB.  All examinations are conducted on site by the investigators.  Drug supplies are located in a locked cabinet in a separate locked room within the office space.  Temperature control is maintained by the site. There is an alarm system for the building.

CONFIDENTIAL
AZSER12750267

BEST COPY AVAILABLE

D1447C00126

Site # _OLLL_____

# Curriculum Vitae
## BRUCE J. BERG, M.D.

Global Medical Institutes, LLC
Southeastern Pennsylvania Medical Institute
525 West Chester Pike, Suite 201A
Havertown, PA 19083
(610) 446-0662

---

## CLINICAL RESEARCH EXPERIENCE

A Phase III, Eight Week, Double-Blind, Randomized Study of the Efficacy and Safety of XXXX Plus XXXX in Combination as Compared to XXXX and XXXX Monotherapies In Patients with Treatment-Resistant Recurrent Major Depressive Disorder, *Principal Investigator*, 2004

A Phase IIIb, Double-Blind Flexible Dose Comparison of XXXX, XXXX, and Placebo in the Treatment of Generalized Anxiety Disorder, *Co-Investigator*, 2003

A Phase III, Multi-center, Randomized, Double-Blind, Placebo Controlled, Parallel-Group, Efficacy and Safety Study of a flexible dose of XXXX in Adult Outpatients with Major Depressive Disorder, *Principal Investigator*, 2003

A Phase III, Randomized, Double-Blind, Placebo-Controlled, Outpatient Study to Assess the Long-term Safety and Efficacy of Two Dose Levels of a Modified Release Formulation of XXXX in Adult Patients with Insomnia, *Co-Investigator*, 2002

A Phase II, 6 ½ Month, Multi-center, Randomized, Double-Blind, Placebo-Controlled Comparison of XXXX of Extended Release XXXX and Placebo for the Prevention of Seasonal Affective Disorder in Subjects With A History Of Seasonal Affective Disorder, *Principal Investigator*, 2002

XXXX vs. XXXX in the Treatment of Schizophrenia, Phase IV Clinical Trial; *Principal Investigator*, 2001

XXXX vs. Placebo as Add-On Treatment of Subjects with Bipolar Disorder in the Outpatient Setting, Phase IIIb Clinical Trial; *Principal Investigator*, 2001

Phase III, Pharmacokinetic Study of XXXX in methadone-maintained subjects; Co-*Investigator*, *W. Ling Principal Investigator*, 1994

1

*[signature]* 12/1/2004

CONFIDENTIAL
AZSER12750268

BEST COPY AVAILABLE

XXXX in the Treatment of Alcohol Dependence, funded by the National Institute for Alcohol Abuse and Alcoholism (NIAAA); *Co-Investigator, J.R. Volpicelli, Principal Investigator*, 1992-97

XXXX Treatment of Alcohol Dependence, funded by the National Institute for Alcohol Abuse and Alcoholism, (NIAAA); *Co-Investigator, J.R. Volpicelli, Principal Investigator*, 1990-93

The Treatment Research Unit: IV Drug Abuse (Medical Director for Treatment Research Unit), funded by the National Institute for Drug Abuse (NIDA); *Co-Investigator, C.P. O'Brien Principal Investigator*, 1990-91

## ADMINISTRATIVE & CLINICAL EXPERIENCE

Investigator | 2002 – Present
Southeastern Pennsylvania Medical Institute
Havertown, PA

Chief, Addiction Psychiatry | 2002 - Present
Crozer Chester Medical Center
Chester

Peer Advisor | 2001 – Present
Value Options,
Falls Church, VA

Physician Advisor | 1994 – Present
Magellan Behavioral Health, Inc.
Columbia, MD

Private Practice of General Psychiatry, Addiction Psychiatry, and Forensic Psychiatry
Philadelphia, PA | 1987 – Present
Bryn Mawr, PA | 1999 – Present
Wayne/King of Prussia, PA | 1997 – 2000
Wilmington, DE | 1994 – Present
Marlton, NJ (Diversified PsychCare Associates, P.C.) | 1992 – 1994

Consultant | 2001
PsyberMetrics, Inc.
Langhorne, PA

Consultant | 2000
Integra, Inc.
King of Prussia, PA

Vice President, Medical Services | 1998 – 2000
Magellan Behavioral Health, Regional Service Center
King of Prussia, PA

2

CONFIDENTIAL
AZSER12750269

BEST COPY AVAILABLE

| | |
|---|---|
| Consulting Medical Director and Physician Advisor<br>Mid-Atlantic Area Service Center of Human Affairs International<br>Salt Lake City, UT | 1997 – 1998 |
| Psychiatric Consultant<br>Penn Diagnostic Center, Inc.<br>Philadelphia, PA | 1997 – 1999 |
| Physician Advisor<br>Green Spring Health Services, Inc.<br>Columbia, MD | 1994 – 1998 |
| General Psychiatrist<br>Allied Psychiatric Services, P.A.<br>Wilmington, DE | 1994 – 1998 |
| Psychiatric Consultant<br>Northeast Treatment Center<br>Philadelphia, PA | 1994 – 1996 |
| Director, Dual Diagnosis and Addiction Services<br>Rockford Center Private Psychiatric Services<br>Newark, DE | 1994 – 1995 |
| Psychiatric Consultant, Philadelphia Court of Common Pleas<br>Forensic Mental Health Associates<br>Philadelphia, PA | 1994 – 1995 |
| Director of Chemical Dependency Services<br>Eighth Street Division of the Department of Psychiatry<br>Pennsylvania Hospital<br>Philadelphia, PA | 1993 – 1994 |
| Consultant, Dual Diagnosis Program<br>Hall Mercer Community Mental Health Center<br>Philadelphia, PA | 1993 – 1994 |
| Attending Psychiatrist, Addiction Recovery Unit<br>Penn/VA Center for the Study of Addiction<br>Philadelphia Veteran Affairs Medical Center<br>Philadelphia, PA | 1992 – 1997 |
| Consultant, Maternal Substance Abuse Program<br>Pennsylvania Hospital<br>Philadelphia, PA | 1992 – 1994 |

3

CONFIDENTIAL
AZSER12750270

BEST COPY AVAILABLE

| | |
|---|---|
| Interim Medical Director<br>The Counseling Program of Pennsylvania Hospital<br>Marlton, NJ | 1992 – 1993 |
| Associate Director<br>Inpatient Substance Abuse Treatment Unit<br>Philadelphia Veterans Affairs Medical Center<br>Philadelphia, PA | 1991 – 1992 |
| Medical Director, Treatment Research Unit<br>University of Pennsylvania Treatment Research Center<br>Penn/VA Center for the Study of Addiction<br>Philadelphia, PA | 1990 – 1991 |
| Attending Psychiatrist, Treatment Research Center<br>University of Pennsylvania<br>Philadelphia, PA | 1990 – 1997 |
| Psychiatric Managed Care Specialist<br>Penn Recovery Systems, Inc.<br>Presbyterian Medical Center of Philadelphia<br>Philadelphia, PA | 1990 |
| Acting Unit Director<br>Psychiatric Acute Care Unit and General Psychiatric Unit<br>Albert Einstein Medical Center, Northern Division<br>Philadelphia, PA | 1990 |
| Consultant<br>Self-psychology, Violence Postvention Program, Department of Psychiatry<br>Albert Einstein Medical Center<br>Philadelphia, PA | 1990 |
| Psychiatric Consultant<br>Woodside Hall Outpatient Clinic for the Addictions<br>Philadelphia Psychiatric Center<br>Philadelphia, PA | 1989 – 1990 |
| Psychiatric Consultant, Employee Assistance Program<br>Lower Merion School District and the Lower Merion Education Association<br>Lower Merion Township, PA | 1988 – 1990 |
| Medical Director<br>*CAREER* SM Intensive Outpatient Program<br>Philadelphia Psychiatric Center<br>Philadelphia, PA | 1987 – 1990 |

4

CONFIDENTIAL
AZSER12750271

BEST COPY AVAILABLE

| | |
|---|---|
| Attending and Supervising Psychiatrist<br>Comprehensive Treatment Center<br>Philadelphia Psychiatric Center<br>Philadelphia, PA | 1987 – 1990 |
| Psychiatric Consultant<br>Northwest Mental Health Center<br>Chicago, IL | 1986 – 1987 |
| Psychiatric Consultant<br>Dwight Correctional Center<br>Dwight, IL | 1986 – 1987 |
| Psychiatrist (50 hours of supervised training)<br>Sexual Dysfunction Clinic, Loyola University Medical Center<br>Maywood, IL | 1986 |
| Supervisor for Outpatient Psychotherapy<br>Department of Psychiatry<br>Hospital of the University of Pennsylvania<br>Philadelphia, PA | 1991 – 1994 |
| Faculty<br>University of Pennsylvania / Veteran's Affairs Medical Center<br>Postgraduate Medical Fellowship in Alcoholism and Drug Abuse<br>Philadelphia, PA | 1990 – 1997 |
| Supervisor for Psychotherapy<br>Department of Adult Psychiatry<br>Albert Einstein Medical Center<br>Philadelphia, PA | 1989 – 1990 |
| Clinical Interviewing Seminar for Psychology Interns<br>Philadelphia Psychiatric Center<br>Philadelphia, PA | 1989 – 1990 |
| Supervising Physician and Site Director<br>Physician Assistant Program<br>Hahnemann University School of Health Sciences and Humanities<br>Philadelphia, PA | 1987 – 1990 |
| Alternative Models for Conducting Psychotherapy<br>Seminar for Psychiatric Residents (PGY-2), Dept of Psychiatry<br>Temple University Hospital<br>Philadelphia, PA | 1987 – 1988 |

5

CONFIDENTIAL
AZSER12750272

BEST COPY AVAILABLE

## HOSPITAL APPOINTMENTS

| | |
|---|---|
| Professional Staff<br>Crozer Chester Medical Center<br>Chester, PA | 2002 - Present |
| Medical Staff<br>Rockford Center Private Psychiatric Services<br>Newark, DE | 1992 – 2002 |
| Professional Staff, Department of Psychiatry<br>Pennsylvania Hospital<br>Philadelphia, PA | 1992 – 1999 |
| Active Medical Staff<br>Hospital of the University of Pennsylvania<br>Philadelphia, PA | 1991 – Present |
| Attending Psychiatrist<br>Philadelphia Veterans Affairs Medical Center<br>Philadelphia, PA | 1991 – 1997 |

Attending Psychiatrist
The Institute of Pennsylvania Hospital
Philadelphia, PA
> Member, Research & Publications Committee, 1992 – Present
> Member, Utilization Review Committee, 1990 – 1994
> Member, Drug & Infection / Mortality Committee, 1990 – 1992

| | |
|---|---|
| Attending Psychiatrist, Department of Psychiatry<br>Albert Einstein Medical Center, Northern Division<br>Philadelphia, PA<br>> Member, Education Committee, 1990 | 1990 – 1996 |
| Attending Psychiatrist<br>Belmont Center for Comprehensive Treatment (formerly Philadelphia Psychiatric Center)<br>Philadelphia, PA<br>> Member, Pharmacy and Therapeutics Committee, 1987 – 1990<br>> Member, Safety Committee, 1987 – 1990 | 1987 – 1996 |

## FACULTY APPOINTMENTS

| | |
|---|---|
| Clinical Assistant Professor of Psychiatry<br>University of Pennsylvania School of Medicine<br>Philadelphia, PA | 1991 – Present |
| Clinical Associate, Department of Psychiatry<br>University of Pennsylvania School of Medicine<br>Philadelphia, PA | 1990 – 1991 |

6

CONFIDENTIAL
AZSER12750273

BEST COPY AVAILABLE

Clinical Instructor, Department of Psychiatry                    1988 – 1991
University of Pennsylvania School of Medicine
Philadelphia, PA

## CERTIFICATIONS

Board Certified in Addiction Psychiatry, 1994

Board Certified in Psychiatry, 1990

Diplomate, National Board of Medical Examiners, 1984

Certified in Advanced Cardiac Life Support and Basic Life Support, 1988 – 1990

## LICENSES

Medical Physician and Surgeon – State of New Jersey #58915, 1992 - 2002

Medical Physician and Surgeon – State of Delaware #C1-0003974, 1992 - Present

Medical Physician and Surgeon – Commonwealth of Pennsylvania # MD-037544-E, 1986 - Present

Licensed Physician and Surgeon – State of Illinois #036-070679, 1985-1987

## EDUCATION & TRAINING

Center for Studies in Social Legal Psychiatry, University of Pennsylvania – Philadelphia, PA
        Clinical Fellowship in Forensic Psychiatry with Robert L. Sadoff, M.D., 1987 – 1988

Michael Reese Hospital and Medical Center – Chicago, IL
        Residency, General Psychiatry, 1984 – 1987

University of Illinois Hospital and Westside Veterans Administration Hospital – Chicago, IL
        Internship, 1983 – 1984

Emory University – Atlanta, GA
        M.D., 1983

Emory University – Atlanta, GA
        B.A., 1978

## PROFESSIONAL SOCIETIES AND ORGANIZATIONS

<u>National</u>

        American Medical Association

        American Psychiatric Association

        American College of Physician Executives

        American Academy of Psychiatry and the Law

        American Academy of Addiction Psychiatry

7

CONFIDENTIAL
AZSER12750274

BEST COPY AVAILABLE

American Society of Addiction Medicine

Research Society on Alcoholism

American Society of Psychoanalytic Physicians

American Society for Adolescent Psychiatry

<u>State</u>

Pennsylvania Psychiatric Society

Pennsylvania Medical Society

Delaware Coalition of Mental Health Professionals

<u>Local</u>

Philadelphia Psychiatric Society

Philadelphia Society for Adolescent Psychiatry

Montgomery County Medical Society

## AWARDS, HONORS & MEMBERSHIPS IN HONORARY SOCIETIES

Invited to serve as a field reviewer for buprenorphine clinical practice guidelines by the Center for Health Policy Studies, under contract with the Center for Substance Abuse Treatment (CSAT); 2000

Invited to serve on the Visiting Faculty Program, DuPont Merck Pharmaceutical Co.; 1995

American Medical Association Physician's Recognition Award with Special Commendation for Self-Directed Learning; 1994, 1997, 2000

Invited to attend a Technical Assistance Workshop sponsored by the Treatment Research Branch, Division of Clinical and Prevention Research of the National Institute on Alcohol Abuse and Alcoholism. (NIAAA) *Attendance was by invitation only and was extended to less than thirty alcohol treatment researchers from across the country;* 1993

Invited to serve on the Scientific Evaluation Committee of Anestec, Inc., a company that supported research on the efficacy of transcranial electrical stimulation (TCES) as an adjunct to chemical dependency treatment.  TCES has been approved by the FDA for the treatment of anxiety and clinical depression and is also marketed for pain relief in anesthesia; 1993

Included in <u>Who's Who in America,</u> 46th edition, <u>Who's Who in the East,</u> 23rd edition and <u>Who's Who of Emerging Leaders in America</u> 4th edition; Marquis Who's Who, Publisher; Wilmette, IL.; 1990

Invited to serve on the Advisory Committee to the National Association of Insurance Commissioners (NAIC) Recovering Alcoholics and Drug Abusers Working Group; 1989 – 1990

American Medical Association Physician's Recognition Award; 1988, 1991

8

CONFIDENTIAL
AZSER12750275

BEST COPY AVAILABLE

Honor's Program, Chemistry Department, Emory University, Atlanta, GA.; 1977 – 1978

## LECTURES BY INVITATION

Faculty Presenter, Magellan Behavioral Health of Eastern Pennsylvania, Philadelphia, PA, March 2001: "Use of ASAM Patient Placement Criteria in Patient Assessment and Level of Care Determinations"

Faculty Presenter, SmithKline Beecham Pharmaceuticals / Annenberg Center for Health Sciences, Pittsburgh, PA, January 2000: "The Hidden Diagnosis: Uncovering Anxiety and Depressive Disorders"

Faculty Presenter, SmithKline Beecham Pharmaceuticals / Annenberg Center for Health Sciences, Jeanette, PA, November 1999: "The Hidden Diagnosis: Uncovering Anxiety and Depressive Disorders"

Invited Faculty Presenter, New York City Health and Hospital Corporation, Methadone Treatment Program Rehabilitation & Motivational Training, New York, NY, June 1998: "ASAM Patient Placement Criteria- Its Use and Application"

Guest Lecturer, University of Delaware Academy of Lifelong Learning, Wilmington, DE, December 1997: "Alcohol and Drug Addiction in the Elderly"

Grand Rounds Presentation, University of Wisconsin-Madison Medical School, Department of Psychiatry- Milwaukee Clinical Campus, Milwaukee, WI, October 1997: "The Use of Adjunctive Pharmacotherapies in the Treatment of Alcohol Dependence"

Invited Speaker, Haverford State Hospital, Haverford PA, March 1996: "Pharmacotherapy of Addictive Disorders: Opioid, Cocaine and Alcohol Dependence"

Invited Faculty Presenter, Green Spring of Eastern Pennsylvania, Philadelphia PA, November 1995: "Initial Stabilization for the Substance Abuser: Detection, Intervention and Treatment"

Invited Speaker, The Pennsylvania Driving Under the Influence Association's 16th Annual Meeting, White Haven PA, October 1995: "Integrating Pharmacologic Therapy Into the Treatment of Alcoholism"

Invited Discussant, Peninsula Center for Behavioral Health, Hampton, Virginia, July 1995: "Current Treatment of Alcohol Abuse and Alcoholism"

Invited Speaker, Spring Training Institute, Pennsylvania Department of Health, Office of Drug and Alcohol Programs (ODAP), Lake Harmony, PA, June 1995: "Recent Advances in the Treatment of Alcoholism"

9

CONFIDENTIAL
AZSER12750276

Invited Speaker, Coatesville Veterans Affairs Medical Center, Coatesville PA, June 1995: "Treatment of Alcohol Dependence"

Scientific Presentation at the 147th Annual Meeting of the American Psychiatric Association, Philadelphia PA, May 1994: "Pharmacotherapy of Addictive Disorders"

Invited Lecturer, Wernersville State Hospital, Wernersville PA, May 1994: "The Mentally Ill Substance Abuser"

Invited Speaker, Fourth Annual Addiction Medicine Conference, sponsored by the Texas Research Society on Alcoholism and the Texas Commission on Alcohol and Drug Abuse, Austin, Texas, September 1993: "Contemporary Addiction Research: Use of Naltrexone in Alcoholics"

Invited Faculty Presenter, 36th Annual Institute of Alcohol and Drug Studies, sponsored by the Texas Commission on Alcohol and Drug Abuse in cooperation   with the University of Texas at Austin, Austin, Texas, July 1993: Workshop on "Innovations in Treatment: New Research on Brain Reward Systems and the Use of Opiate Antagonists in Alcoholism and Narcotic Addiction"

Invited Speaker, Department of Drug and Alcohol Services and Office of Mental Health / Mental Retardation, The County of Chester, West Chester, PA, June 1993: "The Mentally Ill Substance Abuser"

Invited Speaker, Third Annual Addiction Medicine Conference, sponsored by the Texas Research Society on Alcoholism and the American Society of Addiction Medicine, Austin, Texas, November 1992: "Addiction Treatment Innovations: Opioid System Involvement in Alcoholism"

Scientific Presentation at the Annual Meeting of the Research Society on Alcoholism, San Diego, CA, June 1992: "Alcohol Drinking and Opioid System Activity: Opioid Involvement in Alcohol Reinforcement and Craving"

Scientific Presentation at the Annual Meeting of the Research Society on Alcoholism, San Diego, CA, June 1992: "Naltrexone in the Treatment of Alcohol Dependence"

Invited Lecturer, Allentown State Hospital, Allentown PA, February 1992: "Update on the Treatment of Alcoholism and Substance Abuse"

Invited Lecturer, COMHAR, Inc. Mental Health/Mental Retardation Services, Philadelphia, PA, October 1990: "Working with the Dually Diagnosed Patient"

Invited Speaker, Satellite Symposium to the Fifth Congress of the International Society for Biomedical Research on Alcoholism (ISBRA '90) entitled "Novel Pharmacological Interventions for Alcoholism", Addiction Research Foundation Toronto, Ontario, Canada, June 1990: Paper Presentation and Panel Discussion: "The Role of Opioids on Alcohol Consumption"

10

CONFIDENTIAL
AZSER12750277

BEST COPY AVAILABLE

Invited Lecturer, Atlantic City Medical Center, Department of Psychiatry Inservice, Linnwood, NJ, April 1990: "Working with the Dually Diagnosed Patient"

Stress Management Workshop, Lower Merion School District Inservice Day, Lower Merion Township, PA, January, 1990

Guest Panelist, Hospital Satellite Network Mind and Body Series Special Presentation, Princeton, NJ, January 1989: "Intensive Outpatient Treatment for the Substance Abuser"

Scientific Presentation at the 55th Annual Pennsylvania Psychological Association Convention, Lancaster, PA, June 1988: "Intensive Outpatient Substance Abuse Treatment: An Idea Whose Time Has Come"

Invited Lecturer, Medical College of Pennsylvania Medical Staff Meeting, Philadelphia, PA, May 1988: "Current Approaches to Cocaine Addiction"

Grand Rounds, Michael Reese Hospital, Department of Psychiatry, Chicago, IL, May 1986: "A Case of Lupus Cerebritis"

Lecturer on Suicide, University of Chicago Pritzker School of Medicine, Chicago, IL, 1986-1987

## GRANT APPLICATIONS

"Naltrexone as an Adjunct in the Treatment of Alcohol Dependence", submitted to the Research Advisory Group of the Veterans Administration, Berg, B.J., Principal Investigator, University of Pennsylvania Center for the Study of Addiction; 1992

"Naltrexone in the Treatment of Alcohol Dependence", funded by the National Institute for Alcohol Abuse and Alcoholism, Volpicelli, J.R., Principal Investigator, University of Pennsylvania Center for the Study of Addiction; 1992

"Electrophysiological Studies of Cocaine Abstinence", submitted to the National Institute on Drug Abuse; Roemer, R.A., Principal Investigator, Temple University Laboratory of Psychiatric Neurophysiology, Temple University School of Medicine; 1990

## PUBLICATIONS

### Journals

- Berg, B.J.; Pettinati, H.M.; Volpicelli, J.R.: " A Risk-Benefit Assessment of Naltrexone in the Treatment of Alcohol Dependence", *Drug Safety: Evaluations of Adverse Drug Experience*, 15 (4): 274-282, 1996.

11

CONFIDENTIAL
AZSER12750278

BEST COPY AVAILABLE

- Berg, B.J.; Dhopesh, V.P.: "Unscheduled Admissions and AMA Discharges from a Substance Abuse Unit", *American Journal of Drug and Alcohol Abuse*, 22(4): 589-593, 1996.

- Berg, B.J.; Dubin, W.R.: "Why 28 Days? An Alternative Approach to Alcoholism Treatment", *Hospital and Community Psychiatry*, 41(11): 1175-1178, 1990.

- Abel, R.; Berg, B.J.: "Insulin - Friend or Foe?", *Annals of Ophthalmology*, 10(1): 87-88, 1978.

**Abstracts**

- Volpicelli, J.R.; Berg, B.J.; King, A.C.; Sherman, C.; Sisenwine, J.: "Naltrexone Attenuates the Subjective Response to Alcohol", *Alcoholism: Clinical and Experimental Research*, 17(2): 518, 1993 and poster presentation at the Annual Meeting of the Research Society of Alcoholism (RSA), San Antonio, Texas, June 1993.

- Volpicelli, J.R.; Berg, B.J.; Hackett, C.; Alterman, A.I.; Hayashida, M.; O'Brien C.P.: "Naltrexone in the Treatment of Alcohol Dependence" poster presentation at the Annual Meeting of the American Psychiatric Association (APA), Washington, D.C., May 1992.

- Volpicelli, J.R.; Berg, B.J.; Ulm, R.R.: "Alcohol Drinking in Rats During and Following Morphine Injections" poster presentation at the Satellite Symposium to the Fifth Congress of the International Society for Biomedical Research on Alcoholism (ISBRA '90) entitled *Novel Pharmacological Interventions for Alcoholism*, Toronto, Ontario, Canada June 1990.

- Volpicelli, J.R.; Alterman, A.I.; Berg, B.J.; O'Brien C.P.: "Naltrexone in the Treatment of Alcohol Dependence" poster presentation at the Satellite Symposium to the Fifth Congress of the International Society for Biomedical research on Alcoholism (ISBRA '90) entitled *Novel Pharmacological Interventions for Alcoholism*, Toronto, Ontario, Canada June 1990.

- Berg, B.J.: "Why 28 Days? An Alternative Approach to the Treatment of Addictions" poster presentation at the National Institute on Drug Abuse (NIDA) Conference *Drugs in the Workplace: Research and Evaluation Data*, Bethesda, MD, September 1989.

**Book Chapters**

- Volpicelli, J.R.; Berg, B.J.; Watson, N.T.: "Opioid Mediation of Alcohol Self-Administration: Pre-clinical Studies". In Handbook of Experimental Pharmacology: The Pharmacology of Alcohol Abuse, Kranzler, H.R., editor; Springer-Verlag, New York, 1994. Pp.169-184.

12

CONFIDENTIAL
AZSER12750279

BEST COPY AVAILABLE

D1447C00126
Site # 0112

# ARIF HABIB, M.D.

2120 Madison Avenue, Suite 402, Granite City, IL. 62040
and
6125 Clayton Ave. Suite 302, St. Louis, MO 63139

## Objective

To pursue a career in Psychopharmacology with a Focus in Clinical Drug Trials

## Professional Experience

**Member:** Mid-America Clinical Research, LLC. St. Louis, MO; 1/2003-present

**Member:** Mid-America Psychiatric Consultants, LLC. St. Louis, MO; 11/2000-Present

**Psychiatrist:** Chemical Dependency Unit, St. Alexius Hospital, St. Louis, Mo 63104; 4/00-10/00

**Psychiatrist:** Crisis Intervention Dept.; Chestnut Health Care Systems, 50 Northgate Industrial Dr., Granite City, IL. 62040; 8/1/00-Present

**Staff Psychiatrist:** Psychiatric Care Consultants, Inpatient & Outpatient Practice, #16 Hampton Village, Suite 239, St. Louis, Mo. 63109; 1/00-8/00

**Staff Psychiatrist:** Community Mental Health Clinic, Maysville, Kentucky, 41056; 9/96-12/99

**Medical College of Virginia (Richmond, VA):** Psychiatry Residency, 6/93-6/96

**St. Elizabeth Hospital (Washington, D.C.):** Psychiatry Internship, 6/92-6/93

## Education

**Dow Medical College (Karachi, Pakistan):** M.D. 1981-1988

**A Diplomat of the American Board of Psychiatry and Neurology, Inc.**

## Clinical Trials Experience

*"An International Multi-center, Large Simple Trial to Compare the Cardiovascular Safety of Ziprasidone and Olanzapine" 2003*

*"Review of Management Strategies in Dementia" 2003*

Revised 01 September 2004

391

CONFIDENTIAL
AZSER12750280

BEST COPY AVAILABLE

**CURRICULUM VITAE**

D1447C00126
Site # _0113_

## PART A: BIOGRAPHICAL INFORMATION

**1. PERSONAL:**

Date: June 2004

| Name | Pager | Phone - Office |
|---|---|---|
| Alan F. Jacobson, Ph.D. | 800-487-9290 | (305)545-6400<br>Fax (305) 545-7224 |

**Address (Business)**

Allied Clinical Trials, Inc.
1455 NW 14th Street
Miami, Florida 33125

**Affiliated Study Sites**

BMC Medical Center
6966 Taft Street
Hollywood, FL 33024

Bright Light Institute
1106 Normandy Drive
Miami Beach, FL 33141

River Parc Professional Center
20820 W. Dixie Highway
North Miami Beach, Fl 33180

Cardiology
1465 Alegriano Ave
Coral Gables, FL 33133

River Parc Professional Center
20824 W. Dixie Hwy
North Miami Beach, Fl 33180

Neuroscience Consultants
9090 SW 87 Court
Suite 200
Miami, FL 33176

New Generation Health Center, Inc
Mercy Professional Bldg
3661 South Miami Ave, Ste 610
Miami, FL 33133

Pulmonary Diseases
1321 NW 14th Street, Ste 602
Miami, FL 33125

Mercy Hospital
3663 South Miami Ave
Miami, FL 33133   1201 North 37th Ave

Hollywood Pavilion
Psychiatric Hospital

Hollywood, FL 33021

Psychiatric and Psychological Services
4700 Sheridan Street, Ste G
Hollywood, Fl 33021

Miami Sleep Disorders Center
7029 Southwest 61st Avenue
Miami, Florida 33143

*Alan F. Jacobson, Ph.D.*
*3-15-05*

392

CONFIDENTIAL
AZSER12750281

BEST COPY AVAILABLE

Alan F. Jacobson, Ph.D.
June 2004
Page 2

River Parc Professional Centre
20820 W. Dixie Highway
North Miami Beach, FL 33180

Hollywood Memorial Regional Hospital
3501 Johnson Street
Hollywood, FL 33021

The Neurology Group
8780 SW 92nd Street,
Miami, Fl 33476

The 7000 Building
7000 SW 62 Avenue, Ste 300
South Miami, FL 33143

South Shore Hospital
630 Alton Road
Miami Beach, FL 33139

Procare Health Center
100 NW 170th Street, Ste 405
North Miami Beach, FL 33162

Hollywood Hills Nursing Home
1200 NW 35th Ave
Hollywood, FL 33021

Claridge House
13900 N.E. 3rd Court
North Miami, Fl 33161

Hebrew Home for the Aged
320 Collins Ave
Miami Beach, FL 33139

Aventura Medical Center
20900 Biscayne Blvd
Aventura, Fl 33180

| **Current Position** | **Citizenship** | **Visa Type** |
|---|---|---|
| President | U.S.A. | N/A |
| Allied Clinical Trials, Inc. | | |

393

CONFIDENTIAL
AZSER12750282

BEST COPY AVAILABLE

Alan F. Jacobson, Ph.D.
June 2004
Page 3

2.  **HIGHER EDUCATION: (Year of award, degree awarded, major, & name of institution)**

    1969           B.A. (Psychology), University of Miami, Miami, FL

    1971           M.S. (Psychology), University of Miami, Miami, FL

    1973           Ph.D. (Psychology), University of Miami, Miami, FL

3.  **BOARD CERTIFICATIONS AND LICENSURES: (If applicable) (Give name of board or agency and date)**

    **Certifications:**    Council for the National Register of Health Service Providers in Psychology
                             Biofeedback Certification Institute of America
                             Florida Psychological Association

    **Licensures:**    State of Florida, 1975

4.  **PROFESSIONAL EXPERIENCES: (Include academic, industrial, military, etc.  List in chronological order, providing dates, title or rank held, name of institution)**

    1969-1970      Graduate Teaching Assistant, Department of Psychology, University of Miami School of Medicine, Miami, FL.

    1970-1971      Graduate Research Assistant, Department of Psychology, University of Miami School of Medicine, Miami, FL.

    1971-1973      Graduate Research Assistant, Department of Psychiatry, University of Miami, School of Medicine, Miami, FL.

    1973-1976      Instructor, Department of Psychiatry, University of Miami School of Medicine, Miami, FL.

CONFIDENTIAL
AZSER12750283

BEST COPY AVAILABLE

Alan F. Jacobson, Ph.D.
June 2004
Page 4

| 1976-1982 | Assistant Professor, Department of Psychiatry, University of Miami School of Medicine, Miami, FL. |
|---|---|
| 1982-1997 | Associate Professor, Department of Psychiatry, University of Miami School of Medicine, Miami, FL. |
| 1991-1997 | Associate Professor, Department of Medicine, University of Miami School of Medicine, Miami, FL. |
| 1997-present | President, Allied Clinical Trials, Inc., Miami, FL. |

**5.    GRANTS RECEIVED WITHIN PAST FIFTEEN YEARS (Principal Investigator):**

Principal Investigator:  A double-blind evaluation of the safety and efficacy of ZK 112-119 Alprazolam and Placebo in outpatients with generalized anxiety disorder.  Grant from Sandoz Research Institute. 1990-1991.

Principal investigator: A prospective randomized double-blind, placebo-controlled, multi center, parallel-groups comparison of the efficacy and safety of abecarnil low dose (3.0-9.0 mg), high dose (7.5-22.5 mg) and buspirone (15-45 mg) in outpatients with generalized anxiety disorder.  Grant from Sandoz Research Institute, 1991-1992.

Principal Investigator: A prospective, randomized, double-blind, multi center parallel-group comparison of the efficacy and safety of abecarnil low dose (3.0-7.0) mg), high dose (7.5-17.5 mg) and placebo in elderly outpatients with anxiety symptoms.  Grant from Sandoz Research Institute, 1992-1993.

Co-Principal Investigator: LY237733 in patients with generalized anxiety disorder, Grant from Eli Lilly and Co., 1992-1993.

Principal Investigator:  A flexible - dose placebo-controlled, study of Deracyn SR tablets and Xanax tablets in the treatment of generalized anxiety disorder.  Grant from the Upjohn Company, 1992-1993.

Principal Investigator:  Double-blind parallel comparison of sertraline and fluoxetine in outpatients with major depression.  Grant from the Roerig Division, Pharmaceuticals Groups, Pfizer, Inc., 1993-1994.

CONFIDENTIAL
AZSER12750284

BEST COPY AVAILABLE

Alan F. Jacobson, Ph.D.
June 2004
Page 5

Co-Investigator (in collaboration with Department of Neurology): Investigational new drug application: Treatment of cocaine dependences with end abuse (Ibogaine (IBOGAINE HCL) Phase I Clinical Trial. General Clinical Research Center University of Miami, 1994-1997. (NIDA)

Principal Investigator: A Double-Blind, Placebo-Controlled, Dose Study to Evaluate the Safety and Efficacy of Three Different Doses of Merifonae (Bay A 9826) in Patients with Probable Alzheimer's Disease, Miles, Inc., 1994-95.

Co-Principal Investigator: A Prospective, Multi center Open-Label Study of Serzone (Nefazodone) in the Management of Patients with Symptoms of Depression in Protocal Bristol-Myers Squibb, 1995.

Principal Investigator: A multi center, open-label study of the safety and tolerability of Metrifonate (Bay A9826) in patients with probable Alzheimer's disease. Extension to Protocol D93-029. Grant from Miles Pharmaceuticals, 1994-96.

Principal Investigator: Phase II, randomized, double-blind, placebo-controlled study of the safety and efficacy of three doses of CP-118,954 administered for 12 weeks to subjects with Alzheimer's disease. Grant from Prifzer, Inc. - ICRC, 1994-95.

Principal Investigator: Phase II, open-label, multi center extension study of the safety and efficacy of CP-118,954 administered for 26 weeks to subjects with Alzheimer's disease. Grant from Pfizer, Inc. - ICRC, 1994-95.

Principal Investigator: Double-blind, placebo-controlled, parallel group BID dose-finding study of Adatanserin hydrochloride capsules in outpatients with generalized anxiety disorder. Grant from Wyeth-Ayerst - ICRC , 1994-95.

Principal Investigator: Phase III, six-week, , double-blind, multi center, placebo-controlled study evaluating the efficacy and safety of three fixed doses of oral Ziprasidone (CP-88,059-1) (20 mg BID, 60 mg BID, 100 mg BID) and Haloperidol in the acute exacerbation of schizophrenia and schizoaffective disorder. Grant from Pfizer, 1994-95.

Principal Investigator: A fifty-two week, open extension study evaluating the safety and outcome of 40-80 mg BID of oral CP-88,059-1 daily in the treatment of subjects who have participated in previous CP88,059-1 clinical trials. Grant from Pfizer, Inc., 1994-95.

CONFIDENTIAL
AZSER12750285

BEST COPY AVAILABLE

Alan F. Jacobson, Ph.D.
June 2004
Page 6

Principal Investigator: A fifty-two week, open-label randomized study evaluating the safety and efficacy of oral Ziprasidone (CP-88m059-1) (40-80 mg, BID) and Risperidone (305 mg BID) in the maintenance treatment of outpatients with schizophrenia or schizoaffective disorder. Grant from Pfizer, Inc., 1994-95.

Principal Investigator: A Phase III, 14 Day, Multi Center, Randomized, Double-Blind, Comparative, Placebo-Controlled, Parallel Group, Safety, Tolerance, and Efficacy Study of 5 mg and 10 mg of CL 284,846 (Zaleplon), Compared with 5 mg of Zolpidem and Placebo in Elderly Outpatients with Inosmula, with a Six Month Open-Label Extension Phase (DPT: 79-22-15) (Grant from American Cyanamid, 1995-96.

Principal Investigator: A Multicenter, Double-Blind, Placebo Controlled, Parallel Group Study of the Safety, Tolerability and Efficacy of Three Fixed Doses of Ipsapirone CR (Bay Q 7821) and Fluoxetine in Outpatients with Moderate to Severe Major Depressive Disorder (MDD). Protocol D95-007. Grant from Bayer Corporation, 1995-96.

Principal Investigator: Flesinoxan in the Treatment of Generalized Anxiety Disorder: A Multi-Center, Double-Blind, Parallel, Placebo-Controlled Comparison with Diazepam in Outpatients. Grant from Solvay Pharmaceuticals, 1995-96.

Principal Investigator: Forty-eight week Efficacy and Safety Study of Propentofylline (HWA 285) in Patients with Alzheimer's Disease Study Number HWA 285/8/USA/301DZ. Grant from Hoechst-Roussel Pharmaceuticals, Inc., 1995-97.

Principal Investigator: Twenty-four Week Efficacy and Safety Study of Propentofylline (HWA 285) in Patients with Vascular Dementia Study Number HWA 285/USA/302/DZ. Grant from: Hoechst-Roussel Pharmaceuticals, Inc., 1995-97.

Principal Investigator: A Randomized, Double-Blind, Placebo Controlled Study of Risperidone for Treatment of Psychotic Disturbances in Subjects with Dementia Protocol No. RIS-USA-63, Sponsor: Janssen Research Foundation, 1995-96.

Principal Investigator: An Open-Label Long-Term Study of Risperidone for Treatment of Behavioral Disturbances in Subjects with Dementia. Protocol No: RIS-USA-70, Grant from: Janssen Research Foundation, 1995-96.

CONFIDENTIAL
AZSER12750286

BEST COPY AVAILABLE

Alan F. Jacobson, Ph.D.
June 2004
Page 7

Co- Principal Investigator: An open Multicenter Study to Evaluate the Tolerability and Safety of Resperdal Tablets in Elderly Subjects with Psychotic Disorder. Grant from: Janssen Research Foundation, 1995-96.

Principal Investigator: A Phase III, Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Safety, Tolerance and Efficacy Study of 10 and 20 mg of Zaleplon in Adult Outpatients with Insomnia. Protocol No. 0897A1-307-US, Grant from: Wyeth-Ayerst Research, 1996-97.

Principal Investigator: A Phase III, Multicenter, Long-term, Open-Label, Safety and Tolerance Study of 10 or 20 mg of Zaleplone Administered once daily for a maximum of 360 days, in adult outpatients with insomnia. Protocol No. 0897A1-312-US, Grant from: Wyeth Ayerst Research, 1996-97.

Principal Investigator: Mazapertine Dose-finding trial, Comparing Three Fixed Dosages of Mazapertine to Risperidone and Placebo: Multicenter, Double-blind, Parallel-group Study in the Treatment of Schizophrenia, Protocol No. MAZ-INT-01. Grant from: Janssen Research Foundation, 1996-97.

Principal Investigator: Double-blind, Placebo-Controlled, Parallel-Group Comparison of Venlafaxine Extended Release Capsules and Buspirone in Outpatients with Generalized Anxiety Disorder. Grant from: Wyett-Ayerst Research, ($83,560 for 12 months) 1996-97.

Principal Investigator: A Multicenter, Open-label Study of the Safety and Tolerability of Metrifonate (Bay A 9826) in Patients with Probable Alzheimer's Disease. The extension of X93-029. Y93029-09. Grant from: Bayer Corporation, 1996-97.

Principal Investigator: A Comparison of Risperidone and Haloperidol for prevention of Relapse in Patients with Schizophrenia and Schizoaffective Disorders. Protocol No: RIS-USA-79, Grant from: Janssen Research Foundation, 1996-97.

Principal Investigator: A Randomized, Double-Blind, Placebo-Controlled Evaluation of the Effects of Donepezil Hydrochloride (E2020) in the Management of Patients with Alzheimer's Disease in a Nursing Home Facility, E2020-A001-311, Eisai America, Inc., 1997-98.

Principal Investigator: An Open-Label, Multicenter Clinical Trial Evaluating The Safety and Efficacy of Donepezil Hydrochloride (E2020) In patients with Alzheimer's Disease. Eisai America, Inc., 1997-98.

398

CONFIDENTIAL
AZSER12750287

BEST COPY AVAILABLE

Alan F. Jacobson, Ph.D.
June 2004
Page 8

Principal Investigator: Tolerability and Safety of Galantamine in the Treatment of Alzheimer's Disease. Janssen Research Foundation, 1997-99

Principal Investigator: A Prospective, Multi-Center Open-Label Pilot Study of the Safety and Efficacy of Exelon in Patients with Moderate to Severe Alzheimer's Disease in a Long-Term Care Setting. Novartis Protocol #ENA B-452. Novartis, 1997-99.

Principal Investigator: An Open-Label Study to Evaluate the Safety and Efficacy of 1.5 mg b.i.d. (3mg/day) through 6 mg b.i.d. (12 mg/day) of Exelon in Patients with Mild to Severe Probable Alzheimer's Disease in the Community Setting. Novartis ENAB-356, 1997-98

Principal Investigator: A Randomized, Double-Blind, Placebo-Controlled Twelve-month Safety and Efficacy Trial of 120, 240, and 360 mg t.i.d. of Idebenone (Cv-2619) in Patients with Probable Alzheimer's Disease. University of California/Takeda America, Inc., 1-31-97 to 6-30-99

Principal Investigator: Olanzapine Versus Placebo in the Treatment of Psychosis and Behavioral Disturbances Associated with Alzheimer's Disease (Protocol F1-MC-HGEU) Lilly Research Laboratories; 1997-1999

Principal Investigator: Quetiapine (SEROQUELtm) Experience with Safety and Tolerability (QUEST) (Trial number: 5077US/0004) Zeneca Pharmaceuticals, 1997-1998

Principal Investigator: A Twenty-week, multicenter parallel-group, double-blind, placebo-controlled study of the efficacy, tolerability and safety of sertraline in the treatment of the behavioral manifestations of Alzheimers disease in outpatients treated qith Donepezil. (Pfizer Protocol R-0428) 1997-1999

Principal Investigator: A Double-Blind, Placebo-Controlled, Randomized Study of the Safety and Efficacy of a Combination of Insulin and Two Doses of Pioglitazone (15 or 30 mg) in the Treatment of Patients with Non-Insulin Dependent Diabetes Mellitus (NIDDM) protocol AD-4833/PNFP-014.2; Takeda America, Inc.; 1997-1998.

Principal Investigator: A Multicenter, Double-blind comparison of efficacy and safety of SEROQUELtm (quetiapine fumarate), Haloperidol, and Placebo in the treatment of Elderly subjects residing in nursing homes or assisted care facilities and presenting with Alzheimer's Dementia and Psychoses or other selected psychoses. (Trial no. 5077IL/0039) Zeneca Pharmaceuticals, 1998-2000

CONFIDENTIAL
AZSER12750288

BEST COPY AVAILABLE

Alan F. Jacobson, Ph.D.
June 2004
Page 9


Principal Investigator: A Double-Blind, Placebo-Controlled Study of Depakote in the Treatment of Signs
and Symptoms of Mania in Elderly Patients with Dementia.(Protocol No.M97-738) Abbott
Labortories;1998-1999

Principal Investigator: A Randomized Double-Blind, Placebo-Controlled, 12-Month Safety and Efficacy
Trial of Idebenone (CV-2619) 360 mg tid in Patients with Probable Alzheimer's Disease (Protocol
No. CV-2619/PNFP-005) Takeda America Research & Development Center Inc.; 1998-1999

Principal Investigator: A Randomized, Double-Blind, 12-Month Safety and Efficacy Study of Idebenone
(CV-2619) 360 mg tid or Placebo Added to Treatment with Donepezil HCl 10 mg qd in Patients with
Probable Alzheimer's Disease (Protocol No. CV-2619/PNFP-008) Takeda America Research &
Development Center, Inc. 1998-1999

Principal Investigator: An Open-Label Extension Study of Depakote in the Treatment of Signs and
Symptoms of Mania in Elderly Patients with Dementia (Protocol M98-817) Abbott
Laboratories;1998-1999

Principal Investigator: Efficacy and Long-term Tolerability with Moderately Severe to Severe Alzheimer's
Disease (AD) (Protocol No. MRZ 90001-9605) Merz & Co.;1998-2000.

Principal Investigator: A double- blind, randomized, placebo controlled study of Ro 64-0796 used in
elderly subjects for the prevention of clinical influenza during the influenza season.  (Protocol WV
15825) F. .Hoffmann La Roche; 1998-1999

Principal Investigator: A double-bind, stratified, randomized, placebo controlled study of Ro 64-0796 (also
known as GS4104) in the treatment of influenza infection in elderly adults.  (Protocol: WV 15819) F.
Hoffmann La Roche; 1998-1999

Principal Investigator: Protocol Ad-4833/PNFP-031.1: An Open-Label, Long-Term Extension Study of
Pioglitazone (AD-4833) in Type 2 Diabetes Mellitus Patients (Non-Insul Dependent Diabetes
Mellitus, NIDDM). Protocol No. PNFP-031. Takeda America Research & Development Center,
Inc.;1999-2000

CONFIDENTIAL
AZSER12750289

BEST COPY AVAILABLE

Alan F. Jacobson, Ph.D.
June 2004
Page 10

Principal Investigator: A Randomized Double-Blind Placebo- Controlled Trial of Citalopram in Depressed Patients at Least 75 Years of Age (Protocol # CIT-MD3-97-03-000) Forest Laboratories, 1999-2000

Principal Investigator: Open-label safety study of pregablin in patients with anxiety disorder Protocol 105.3103) Shire Laboratories., 1999-2000

Principal Investigator: A three-week, multicenter, randomized, double-blind, Placebo-controlled, parallel-group safety and efficacy study of extended-release carbamazepine in patients with bipolar (Protocol 105.301) Shire Laboratories., 1999-2000

Principal Investigator: A six-month, open-label, multicenter study of extended-release carbamazepine in patients with bipolar-an extension of protocols 105.301 and 105.302 (Protocol 105.3103) Shire Laboratories., 1999-2000

Principal Investigator: A double-blind, randomized, Active-Controlled Comparison Study of the Antihypertensive Effects of Eplerenone Versus Amlodipine in Patients with Elevated Systolic Blood Pressure, IND#51,780 (Protocol IE3-9902-022) G.D. Searle and Co., 1999-2000

Principal Investigator: Clinical protocol for double-blind, randomized, placebo-controlled comparison study of the antihypertensive effect and safety of eplerenone versus placebo and versus losartan in black and white hypertensive patients, IND#51,780 (Protocol IE3-9902-022) G.D. Searle and Co., 1999-2000

Principal Investigator: Otsuka Protocol 31-98-213: An Open-Label Comparison of the Neurocognitive Effects Aripiprazole to Olanzapin Administered Orally in Patients with Psychosis-Otsuka America Pharmaceuticals, Inc.,1999-2000

Principal Investigator: Otsuka Protocol 31-98-220: an Open-Label Follow-on Study of the Long-Term Safety of Aripiprazole Administered Orally in Patients with Psychosis-Otsuka America Pharmaceuticals, Inc., 1999-2000

Principal Investigator: A Placebo-Controlled Study of Pregablin in Patients with acute mania (Protocol 1008-022) Parke-Davis Pharmaceuticals Research, 1999-2000

Principal Investigator: Fixed-Dose Comparison of the Safety and Efficacy of Lu 26-0545, Citalopram, and Placebo in the Treatment of Major Depressive Disorder (Protocol # Sct-MD-01) Forest Laboratories, Inc., 1999-2000

CONFIDENTIAL
AZSER12750290

BEST COPY AVAILABLE

Alan F. Jacobson, Ph.D.
June 2004
Page 11

Principal Investigator: Placebo - Controlled Evaluation of the Safety and Efficacy of Lu 26-054, Citalopram, and Placebo in the Treatment of Major Depressive Relapse (Protocol # SCT-MD-03) Forest Laboratories, Inc., 1999-2000

Principal Investigator: A Double-Blinded, Randomized, Placebo Controlled Study of Ro 64 0796 (Also proven as GS 4104) in the treatment of Influenza in Elderly Adults (Protocol WV 15978) F. Hoffman La-Roche, 1999-2000

Principal Investigator: A Phase II, Randomized, Double-Blind Placebo Controlled, Fixed Dose Study of Oral OPC-14523 and Prozac in the treatment of Outpatients and Moderate Depression (Protocol 173-98-203). Otsuka America Pharmaceuticals, Inc., 2000-2001

Principal Investigator: Celexa open-label treatment of depression (PROTOCOL NO.CIT-MD-22) Forest Laboratories, 2000-2001

Principal Investigator: A multicenter, Randomized, Double-Blind, Fluoxetine and Placebo-Controlled Study of Efficacy and Safety of a New Formulation of Metformin/Glyburide Tablets (500/1.25mb) to Metformin Monotherapy as First Line Therapy in Patients with Type 2 Diabetes Mellitus who have Inadequate Glycemic Control with Diet and Exercise (Protocol CV 138-058) Bristol-Myers Squibb, 2000-2001

Principal Investigator: A Multicenter, Randomized Double-Blind-Controlled Trial to Evaluate the Efficacy and Safety of REMERON ® Sol Tab (Miratazapine) Orally Disintegrating Tables in Subjects with Major Depressive Disorder (Protocol 003048) Organon, Inc., 2000-2001

Principal Investigator: A Randomized, Double-Blind, Placebo-Controlled Trial of the effect of weekly Azithroycin on the Incidence on the Coronary Artery Disease in subjects with evidence of exposure to C. Pneumoniae (Study #066-192-5277) Pfizer, Inc. 2000-2001

Principal Investigator: A Placebo-Controlled Study of Pregablin in Patients with Panic Disorder (Protocol 1108-094) Parke-Davis Pharmaceuticals Research, 2000-2001

Principal Investigator: A Double-Blind, Randomized, Parallel-Group Comparison Study of the safety and Efficacy of Celecoxib, Rofecoxib, and naproxen in Stable, Treated Hypertensive Patients with Osteoarthritis  and Type 2 Diabetes Mellitus (Protocol 635-IFL-0508-002) Pharmacia Corp., 2001-2002

CONFIDENTIAL
AZSER12750291

BEST COPY AVAILABLE

Alan F. Jacobson, Ph.D.
June 2004
Page 12

Principal Investigator: A double-blind, placebo-controlled, parrel-group, flexible-dose of Venlafaxine extended release capsules in adult outpatients with panic disorder.  (Protocol #0600B5353-US) Wyeth-Ayerst Research, 2001-2002

Principal Investigator: Efficacy and safety of a flexible dose of Risperdone versus placebo in the treatment of psychosis of Alzheimer's Disease.  (Protocol # RIS-INT-83) Janssen Research Foundation. 2001-2002

Principal Investigator: A double-blind, randomized, parrallel-group, placebo controlled study to investigate the safety and efficacy of topiramate for the prevention of an affective episode in subjects with Bipolar I Disoreder.  (Protocol # TOPMAT-PDBM-002) Pharmaceutical Research Institute.  2001-2002.

Principal Investigator: A double-blind, multi-center, randomized, placebo-controlled, parallel group dosing study evaluating the effects of Nebivol on blood pressure in patients with mild to moderate hypertension (Protocol # NEB-302) Bertek Pharmaceuticals, Inc. 2001-2002

Principal Investigator: A study comparing safety and efficacy of three doses of recombinant glucagon-like peptide-1 (rGLP-1)(1.25 pmol/kg/min, 2.5 pmol/kg/min, and 5.0 pmol/kg/min) given by continuous subcutaneous infusion in combination with Metformin over 12 weeks in patients with type 2 diabetes Mellitus.  (Protocol # BN02-C007) Restoragen.  2001-2002

Principal Investigator: Double-blind, randomized, parallel group clinical trial to compare the efficacy, safety, and tolerability of Metformin ER (M-ER) tablets and Metformin immediate release (M-IR) tablets in the treatment of type 2 diabetes mellitus.  (Protocol #81-0003) Depomed, Inc., 2001-2002

Principal Investigator: A randomized, multicenter, double-blind, parallel group study to determine the efficacy and safety of Lotrel® versus Enalapril in the treatment of hypertension in and African-American population with type 2 diabetes.  (Protocol # CC1B002FUS06). Novartis Pharmaceuticals Corp. 2001-2003

Principal Investigator: A study comparing safety and efficacy of three doses of recombinant glucagon-like peptide-1 (rGLP-1) (1.25pmol/kg/min, 2.5pmol/kg/min, and 5.0 pmol/kg/min) to placebo given by continuous subcutaneous infusion in combination with Metformina and Sulfonylurea over 12 weeks in patients with type 2 diabetes Mellitus.  (Protocol # BN02-C007) Restoragen 2001-2002

CONFIDENTIAL
AZSER12750292

BEST COPY AVAILABLE

Alan F. Jacobson, Ph.D.
June 2004
Page 13

Principal Investigator: A double-blind, placebo-controlled, parallel-group, flexible-dose study of venlafaxine extended release capsules in adult outpatients with panic disorder. (Protocol #0600B5-353-US) Wyeth-Ayerst Research. 2002-2003

Principal Investigator: A double-blind placebo-controlled 4 week study of the safety and efficacy to topiramate in children and adolecents with acute manic or mixed episodes of bipolar 1 disorder, with an optional 6-month open-label extension (RWJ-17021)(Protocol Topmat-PDMD-009; Phase 3) Pharmaceutical Research Institute. 2002-2003

Principal Investigator: A phase III, randomized, placebo-controlled study evaluating the safety and outcome of treatment with oral Ziprasidone in subjects with mania. (Protocol # A1281083) Pfizer, Inc. 2002-2003

Principal Investigator: A Phase 2 trial of 4 week if ACH-126,443 in Comparison With Continued Lamivudine In Stable Triple Antiretroviral Combination Therapy in HIV Infected Subjects With Modestly Detectable Viral Load. (ACH 443-006) Achillion Pharmaceuticals, Inc., 2002-2003

Principal Investigator: An Open-Label Treatment Protocol to Provide Continued ACH-126,443 to Subjects of Previous Achillion-Sponsored Phase 2 Studies in HIV Infection (Achillion Pharmaceuticals, Inc. 2002-2003

Principal Investigator: A Phase III, Randomized, Double-Blind, Placebo-Controlled, Crossover Study to Determine the Safety and Efficacy of TAK-375 in Elderly Subjects with Chronic Insomnia. Protocol No.:01-02-TL-375-017. Takeda Pharmaceuticals North America, Inc. 2002-2003

Principal Investigator: A Phase III, Open-Label, Fixed-Dose Study to Determine the Safety of Long Term Administration of TAK-375 in subjects with Chronic Insomnia. Protocol No.:1-02-TL-375-022. Takeda Pharmaceuticals North America, Inc. 2003-2004

Principal Investigator: A 6 week, multicenter, double-blind, randomized, placebo-controlled trial to assess the efficacy and safety of qd and bid dose regimens of up to 10mg/day Org 5222 (Asenapine) versus placebo in subjects suffering from an acute exacerbatin of schizophrenia. (Protocol # 041008), Organon, 2003-2004.

CONFIDENTIAL
AZSER12750293

BEST COPY AVAILABLE

Alan F. Jacobson, Ph.D.
June 2004
Page 14

Principal Investigator: A double-blind, long-term extension trial to assess the efficacy and safety of qd and bid dose regimens of up to 10mb/day Org 5222 (Asenapine) in subjects with schizophrenia. (Protocol # 041504), Organon, 2003-2004

Principal Investigator: A pharmacogenetic assessment in subjects with schizophrenia or with schizoaffective disorders in Org 5222 (Asenapine) clinical trials. (Protocol # 041020), Organon. 2003-2004

Principal Investigator: A Three-Month, Randomized, Double-Blind, Placebo-Controlled, Efficacy, Safety and Tolerability Study of Three Doses of SRA-333 in Outsubjects with Mild to Moderate Alzheimer's Disease with Donepezil as Active Control. (Protocol # 3098A1-201-WW), Wyeth Phamaceuticals Inc., 2004-2005

Principal Investigator: A multicenter, double-blind, randomized, placebo-controlled, parallel study of the safety and efficacy of TAK-559 compared to placebo in the treatment of patients with type 2 diabetes Mellitus. (Protocol # 01-02-TL-559-014), Takeda Pharmaceuticals North America, Inc., 2004-2005

Principal Investigator: A randomized, double-blind, placebo-controlled trial comparing Clopidogrel plus Acetylsalicylic acid (ASA) versus ASA alone in subjects with acute st elevation Myocardial infarction (stemi) treated with fibrinolytic therapy. (Protocol # EFC5133), Sanofi-Synthelabo, and Bristol-Myers Squibb., 2004-2005

Principal Investigator: A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Phase II Study of Efficacy and Safety of SGS742 in Subjects with Mild to Moderate Alzheimer's Disease. (Protocol # SGS742-CL02), Saegis Pharmaceuticals, Inc., 2004-2005

Principal Investigator: A Multicenter, Double-Blind, Placebo-Controlled, Randomized Study of the Safety of TAK-559 in the Treatment of Patients with Type 2 Diabetes Mellitus. (Protocol # 01-03-TL-559-016), Takeda Pharmaceuticals North America, Inc., 2004-2005

Principal Investigator: The role of Ampligen in Strategic Therapeutic Intervention (STI) of HAART: A mulit-center, randomized, controlled study of Ampligen Potentiaiton of the HAART-Free Interval. (Protocol # AMP720) Hemispherx Biopharma, Inc., 2004-2006

Principal Investigator: A long-term, open-label, phase IIIA safety study of oral TAK-559 (32mg qd) in the treatment of patients with Type 2 Diabetes Mellitus. (Protocol # 01-03-Tl-559-017), Takeda Global Research and Development Center, Inc., 2004-2005

CONFIDENTIAL
AZSER12750294

BEST COPY AVAILABLE

Alan F. Jacobson, Ph.D.
June 2004
Page 15

Principal Investigator: A six month randomized, double-blind, placebo-controlled efficacy study/tolerability study of three doses of SRA-333 in outpatients with mild to moderate Alzheimer's Disease treated with a Cholinesterase inhibitor. (Protocol # 3098A1-203-WW), Wyeth Pharmaceuticals Inc., 2004-2005

## ADDITIONAL STUDIES CONDUCTED BY ALLIED CLINICAL TRIALS, INC

The GUARDIAN Trial (Guard during Ischemia Against Necrosis): A double-blind placebo-controlled, multinational trial to investigate the effect of the Na/H exchange inhibitor HOE 642 (cariporide) on all-cause mortality and myocardial infarction in patients at risk of myocardial necrosis due to acute coronary syndrome related to the disease process or to an interventional cardiac procedure (HOE 642A/3001) Hoechst Marion Roussel;1997-1999

A Multicenter, Double-Blind, Randomized, Parallel-Group Study to Compare the Efficacy, Tolerability and Safety of SDZ DJN 608 Monotherapy, Troglitazone Insulin Dependent Diabetes Mellitus Inadequately Controlled on Diet Alone. (Protocol No.DJN 608 B356-E-00) Novartis Pharmaceuticals Corp,;1998-2000

A Phase III Multicenter, Randomized, Double-Blind, Placebo-Controlled Study of Flocor (Purified Poloxamer 188) In the Patients with Sickle Cell Disease in Acute Vaso-Occlusive Crisis (Protocol No.; C97-1248) CytRx Corporation,1998-2000

Comparison of Amlodepine versus Enalipril to limit the occurrences of Thrombosis (CAMELOT) Protocol Pfizer, Inc. 2001-2003

A multi-centered randomized, controlled, double-blind trial to investigate the clinical efficacy and tolerability of early treatment with Simvastatin 40mb daily for 30 days, followed by Simivastatin 80mg daily thereafter IN Tirofiban-treatment acute coronary syndrome patients who have been randomized to receive Enoxaparin or unfractionated heparin in conjunction with aspirin (Protocol # 1809-00/ZOC467) Merck & Co., Inc. 2001-2003

A prospective randomized, double-blind, multi-centered study comparing the effects of aggressive lipid lowering with moderate lipid lowering on the reduction of the total duration of myocardial ischemia in the elderly as measured by holter monitoring by comparing the maximal doses of two statins: study assesing goals in the elderly (SAGE) Pfizer Global Research and Development. (Protocol # 981-400-421), 2001-2004

CONFIDENTIAL
AZSER12750295

BEST COPY AVAILABLE

Alan F. Jacobson, Ph.D.
June 2004
Page 16

Efficacy and safety study of the oral direct Thrombin inhibitor H 376/95 compared with dose-adjusted Warfarin (Coumadin ®) in the prevention of stoke and systemic embolic events in patients with atrial fibrillation (Sportif V) Astra Zeneca. (Protocol # 223-SH-TPA-0005), 2001-2003

The Effect of LDL-cholesterol lowering beyond currently recommended minimum targets on Coronary Heart Disease (CHD) recurrence in patients with preexisting CHD. (Protocol # 981-117/259-102) Pfizer, Inc. 2002-2004

Systolic and Pulse Pressure Hemodynamic Improvement by Restoring Elasticity: The study SAPPHIRE (Protocol # ALT-711-0107) Aleton, Inc. 2002-2004

A multi-national, prospective, randomized, double0blind, multi-center, placebo controlled study to evaluate the efficacy and safety of a fixed combination therapy of Amlodepine and Astrovastatin in the treatment of concurrent hypertension and hyperlipidemia. The RESPOND trial (Protocol 3841003) Pfizer, Inc. 2002-2004

The Impact of Medical Subspecialty of Patient Compliance to Treatment The IMPACT study (Protocol MA-01-010401) KOS Pharmaceuticals 2002-2004

A Randomized Evaluation in PCI Linking Angiomax to educed Clinical Events, Part 2. REPLACE-2 (Protocol TMC-BIV-01-03) The Medicines Company 2002-2004

A double-blind, randomized, multicenter, parallel group study to establish dose-response, safety, and efficacy of Zonegran® (Zonisamide) as monotherapy in patients with newly diagnosed Epilepsy (Protocol # AN-46046-304) Elan Pharmaceuticals 2002-2004.

A Four-Arm Study Comparing the Analgesic Efficacy and Safety of Tramadol HCI OAD Tablets at Doses of 100mg, 200mg, 300mg, and Placebo for the Treatment of Pain due to Osteoarthritis of the Knee. MDT3-002, Labopharm, Canada 2002-2003

A Four-Arm Study Comparing the Analgesic Efficacy and Safety of Tramadol HCI OAD Tablets at Doses of 100mg, 200mg, 300mg, and Placebo for the Treatment of Pain due to Osteoarthritis of the Knee. MDT3-003, Labopharm, Canada 2002-2003

A Randomized, Double-Blind, Multi-centered Study Comparing the Effects of Carveidolol and Metropol on Glycemic Control in Hypertensive Patients with Type II Diabetes Mellulitis. (Protocol # SB 105517/347) Glakosmithlkine, 2002-2005

407

CONFIDENTIAL
AZSER12750296

Alan F. Jacobson, Ph.D.
June 2004
Page 17

Clopidogrel for High Artherothromotic Risk and Ischemic Stabilization, Management and Avoidance
(CHARISMA) Sanofi-Synthelabo, Protocol EFC 4505, 2003-2005

A Multi-Centered, Double Blinded, Randomized, Placebo-Controlled, Parallel Group, 6 week Study to
Evaluate the Efficacy and Safety of Ezetimibe 10mg/day When Added to Ongoing Therapy with a
Statin Therapy Alone, in Patients with Hypercholesterolemia Who Have Not Reached National
Cholesterol Education Program (NCEP) Adult Treatment Panel (ATP) III Target LDL-Cholesterol
Level"/EZT533/Protocol 040-00/EASE Trial, Merck and Co., 2003-2004

A 6 week, Randomized, Open-Label, Comparative Study to Evaluate the Efficacy and Safety of
Rosuvastatin and Atrovastatin in the Treatment of Hypercholesterolmia in Hispanic Subjects: Astra
Zeneca Pharmaceuticals, LP, Protocol # 4522US/0007, 2003-2004

## 7   PHARMACEUTICAL INDUSTRY SUPPORT IN THE PAST TWENTY YEARS

1.   Bristol-Myers (buspirone) 1983-1986
2.   Mead-Johnson (buspirone) 1983-1986
3.   Upjohn (adinazolam) 1985
4.   Burroughs-Wellcome (bipenamol) 1985-1986
5.   Eli-Lilly (fluoxetine) 1985-1986
6.   Abbott (estazolam) 1986
7    Bristol-Myers (gepirone) 1986-1987
8.   Organon (meperzipine) 1986-1988
9.   McNeil (etoperidone) 1986-1987
10.  Organon (meperzipine) 1986-1989
11.  Ciba-Geigy (clomipramine) 1987-1990
12.  Eli-Lilly (fluoxetine) 1987-1988
13.  McNeil (etoperidone) 1987-1988
14.  Miles (ipsapirone) 1987
15.  Eli-Lilly (fluoxetine) 1987-1989
16.  Boots (dothiepin) 1988-1989
17.  Pfizer (SM-3997) 1988
18.  Kali-Duphar (fluvoxamine) 1988-1989
19.  Organon (meperzipine) 1988-1989
20.  Pfizer (SM-3997) 1988-1989
21.  Eli-Lilly (fluoxetine) 1988-1991

CONFIDENTIAL
AZSER12750297

BEST COPY AVAILABLE

Alan F. Jacobson, Ph.D.
June 2004
Page 18

22.   Pfizer (tandospirone) 1989-1990
23.   Bristol-Myers (nefazodone) 1989-1991
24.   Upjohn (adinazolam) 1989-1991
25.   Sandoz (ZK-112-119) 1989-1993
26.   Bristol-Myers (nefazodone) 1990-1992
27.   Boots (sibutramine) 1990-1992
28.   Bristol-Myers (nefazodone) 1990-1992
29.   Boots (sibutramine) 1990-1992
30.   Pfizer (tandospirone) 1991-1992
31.   Sandoz (abecarnil) 1991-1993
32.   Pfizer (sertraline) 1993-1994
33.   Briston Myers Squibb (nefazodone) 1994
34.   Miles, Inc. (metrifonate) 1994-1995
35.   Pfizer (CP-118,954 - Alzheimer's) 1994-95
36.   Wyeth-Ayerst (adatanserin) 1994-95
37.   Pfizer (ziprasidone) 1994-96
38.   American Cyanamid/Wyeth Ayerst (zaleplon) 1995-96
39.   Bayer Corporation (ipsapirone) 1995-96
40.   Solvay Pharmaceutical (flesinoxan) 1995-96
41.   Hoechst Roussel Pharmaceutical (propentofyline) 1995-97
42.   Janssen Research Foundation (risperidone) 1995-96
43.   Janssen Research Foundation (mazapertine) 1996-97
44.   Wyeth-Ayerst (venlafaxine) 1996-97
45.   Eisai America, Inc Donepezil (Aricept) 1996-98
46.   Janssen Research Foundation (Galantamine) 1996-98
47.   Novartis (Exelon) 1996-98
48.   Takeda (Idebenone) 1997-98
49.   Hoechst Marion Roussel (Cariporide) 1997-99
50.   Lilly Research Laboratories (Ocanzapine) 1997-99
51.   Pfizer (Donepezil) 1997-99
52.   Novartis ( Triglitazone) 1998-2000
53.   Takeda (Pioglitazone) 1997-2000
54.   Abbott (Depakote) 1998-2000
55.   Zeneca Pharmaceuticals (Seroquel) 1997-2000
56.   Merz and Co. (Memantine) 1998-2000
57.   F. Hoffman La Roche 1998-2000
58.   Forest Laboratories (Citalopram) 1999-2001

CONFIDENTIAL
AZSER12750298

BEST COPY AVAILABLE

Alan F. Jacobson, Ph.D.
June 2004
Page 19

59.   Parke-Davis (Pfizer) Pregablin 1999-2001
60.   Shire Laboratories (Carbamazepine) 1999-2001
61.   G.D. Searle and Co. (Eplerenine) 1999-2001
62.   Otsuka America Pharmaceuticals (Aripiprazole) 1999-2001
63.   Forest Laboratories (Lu 26-054) 1999-2001
64.   Otsuka American Pharmaceuticals (OPC-14523) 2000-2001
65.   Bristol-Myers Squibb (Metformin/Glyburide) 2000-2001
66.   Organon, Inc. (Mirtazapine) 2000-2001
67.   Bayer Corp. (Repinotan) 2000-2002
68.   Pfizer, Inc. (Azithromycin) 2000-2001
69.   Pharmacia Corp (Celecoxib) 2001-2002
70.   Janssen Research Foundation (Respiridone) 2001
71.   R.W. Johnson Pharmaceutical Research Institute (Tupiramate) 2001-2002
72.   Wyeth-Ayerst Research (Venlafizine E.R.) 2001-2001
73.   Bertek Pharmaceuticals, Inc. (Nebivolo) 2002-2004
74.   Restoragen, Inc. ® GLP-1) 2001-2002
75.   Depomed, Inc. (Metformin) 2001
76.   Novartis (Lotrel) 2001-2003
77.   Pfizer, Inc. (Ziprasidone) 2002-2003
78.   Merck & Co., Inc. (Simvastatin) 2001-2003
79.   Pfizer (Sage Study) 2001-2003
80.   Astra-Zeneca (H376195) (Sportif V) 2001-2003
81.   Pfizer (Camelot) 2001-2003
82.   Alteon, Inc. (Sapphire Study) 2002-2004
83.   Pfizer, Inc. (Respond Trial) 2002-2004
84.   KOS Pharmaceuticals (Impact Study) 2002-2004
85.   The Medicines Company (Replace-2 Study) 2002-2004
86.   Elan Pharmaceuticals (Zonegram) 2002-2004
87.   Takeda (TAK-375) 2002-2004
88.   Labopharm (Tramadol) 2002-2003
89.   Achillion (ACH-126,443) 2002-2003
90.   Glaxosmithkline (Carveidolol) 2002-2003
91.   Sanofi-Synthelabo (Charisma) 2002-2003
92.   Merck & Co. (Ease Trial) 2003-2004
93.   Astra-Zenela (Crestor) 2003-2004
94.   Organon (Asenapine) 2003-2004
95.   Wyeth Pharmaceuticals (SRA-333) 2004-2005

CONFIDENTIAL
AZSER12750299

BEST COPY AVAILABLE

Alan F. Jacobson, Ph.D.
June 2004
Page 20

96. Takeda Pharmaceuticals (TAK-559) 2004-2005
97. Sanofi-Synthelabo and Bristol-Myers-Squibb (Clopidogrel, Clarity-TIMI-28) 2004-2005
98. Saegis Pharmaceuticals, Inc. (SGS742) 2004-2005
99. Hemispherx Biopharma, Inc (Ampligen) 2004-2006

**8.   ADMINISTRATIVE AND COMMITTEE RESPONSIBILITIES:**

Vice Chairman, Medical Sciences Sub-Committee, Committees for the Protection of Human Subjects in Research, University of Miami, 1980-1997.

Comprehensive Cancer Center, State of Florida.

Comprehensive Drug Research Center

**9.   HONORS AND AWARDS:**

**A.   Scientific presentations at national & international meetings**

Goldstein BJ, Brauzer B, Steinbook RM, & Jacobson AF: Delivery of mental health care as a function of psychiatric research. A scientific exhibit at the APA convention in Hawaii, May, 1973.

Jacobson, AF, Brauzer B, Steinbook RM, & Goldstein BJ: Doctor-patient concordance: An initial approach to a frustrating problem. Paper presented at the early Clinical Drug Evaluation Unit of NIMH, Key Biscayne, FL, May, 1975.

Jacobson AF, Brauzer B, Goldstein BJ, Steinbook RM, & Weiss, BL: A comparison of doctor and patient rating scales. Paper presented at the annual meeting of the Early Clinical Drug Evaluation Unit (ECDEU) of NIMH, Key Biscayne, FL, May 20-22, 1976.

Goldstein BJ, Jacobson AF, Steinbook RM, & Weiss BL: Maintaining remission in the aftercare of schizophrenia. A scientific exhibit presented at the 130th annual meeting of the American Psychiatric Association, Toronto, CA, May 2-6, 1977.

Jacobson AF: Doctor and patient ratings in evaluating clinical change in outpatients. Sixteenth Annual Meeting of the American College of Neuropsychopharmacology, San Juan, PR, December 14, 1977.

CONFIDENTIAL
AZSER12750300

BEST COPY AVAILABLE

Alan F. Jacobson, Ph.D.
June 2004
Page 21

Jacobson AF:  Pharmacological Interactions and Biofeedback, Second Annual Meeting, Biofeedback Society of Florida, Inc., Tampa, FL, May 11-13, 1979.

Steinbook RM, Jacobson AF, Higginbotham J, & Reynolds L:  A comparison of buddy group vs. role training group in the treatment of newly admitted acute schizophrenic patients.  A scientific presentation at the 133rd Annual Meeting of the American Psychiatric Association, San Francisco, CA, May, 1980.

Jacobson AF:  Biofeedback and behavior therapy in the treatment of spasmodic torticollis.  Invited presentation to the Biofeedback Society of Florida, Inc., Tampa, FL, November, 1980.

Jacobson AF:  Clobazam - Evaluation of a new anxiolytic agent.  Eleventh Congress of the Collegium Internationale Neuropharmacologogium,  Jerusalem, Israel, June, 1982.

Dominguez RA, & Jacobson AF:  Brotizolam, a modified triazolodiazepine in the treatment of insomnia.  Annual NCDEU Meeting, Key Biscayne, FL.  May, 1984.

Dominguez RA, & Jacobson AF:  Comparative efficacy of estazolam, flurazepam and placebo in outpatients with insomnia.  Annual NCDEU Meeting, Key Biscayne, FL.  May, 1985.

Levine J., Jacobson A., Rabpkin B., Sommerfelt A.:  "The effect of method of ascertainment on frequency of reported side effects in clinical trials."  Paper presented at the annual meeting of the Society for Clinical Trials, Montreal, CA, May 12, 1986.

Jacobson AF:  Interrater agreement and reliability measures of SAFTEE:  General Inquiry versus systematic inquiry.  New Clinical Drug Evaluation Unit (NCDEU) Meeting Key  Biscayne, FL.  May, 1986.

Jacobson AF:  Interrater reliability of SAFTEE in psychopharmacological clinical trials."  Paper presented at the Seventh Annual Meeting of the Society for Clinical Trials, Montreal, Canada, May 12, 1986.

Jacobson AF: "Comparison of ORG-3770 and Amitriptyline in Depressed Outpatients."  Paper Presented at the Nineteenth Annual Meeting of the American College of Clinical Pharmacology, Los Vegas, NA, November 4-8, 1990,

CONFIDENTIAL
AZSER12750301

BEST COPY AVAILABLE

Alan F. Jacobson, Ph.D.
June 2004
Page 22

Jacobson AF:  A double-blind placebo-controlled comparison of ORG-3770 (Mirtazapine) and Amitriptyline in depressed outpatients.  Presented at the 31st Annual Meeting of NCDEU (New Clinical Drug Evaluation Unit) NIMH Key Biscayne, FL, May, 1991.

Jacobson AF: " The Role Of Behavior Therapy In OCD: Practical Considerations."  Paper Presented at Program Entitled "Obsessive-Compulsive Disorders:  Challenges and Novel Strategies." University Of Miami Division of Continuing Medical Education. Coral Gables, FL, December 5, 1992.

**B.     Invited outside lectureships**

"Behavioral therapy -- Can a leopard change its spots?"  Mental Health Community Day, The Mental Health Association of Dade County, April, 1979.

"Therapies up-date, 1980s."  The Mental Health Association of Dade County, Mental Health Community Fair Program, Miami Beach Convention Center, April, 1980.

"Managing and coping with stress:  The use of biofeedback in stress reduction."  Mercy Hospital, Miami, FL.  Department of Patient Education Series of Four Programs.  February, 1982.

"Biofeedback behavior therapy:  A general overview."  Family Practice Club, Department of Family Medicine, University of Miami School of Medicine, February, 1982.

"Psychopharmacology Update:  The Second Generation Antidepressants" presented at the Florida Alliance for the Mentally Ill Conference, Kissimmee, FL, October 25, 1986.

"Behavior Modification" a Scientific Session presented at the Continuing Medical Education Program at South Florida State Hospital, Hollywood, FL, December 18, 1986.

"Creative Behavior Management: presented at the Conference on Mental Illness/Mental Retardation: Treatment Issues for the Dually Diagnosed.  Sponsored jointly by the Association for Retarded Citizens, Charter Hospital of Miami, the Mental Health Association of Dade County, Inc., and Sunrise Center.  Miami, FL, February 5, 1988.

"Obsessive-Compulsive Disorder:  Behavioral Treatment."  Presented at the Fourteenth Annual Psychiatric Symposium", Department of Psychiatry, University of Miami, Miami, Florida November 1989.

413

CONFIDENTIAL
AZSER12750302

BEST COPY AVAILABLE

Alan F. Jacobson, Ph.D.
June 2004
Page 23


"A Double-Blind Placebo-controlled comparison of ORG-3770 and amitriptyline in depressed
outpatient".  American College of Clinical Pharmacology, Las Vegas, Nevada, Nov. 8, 1990.

"The Role of Behavior Therapy in OCD: Practical Considerations."  Presented at Program Entitled:
Obsessive-Compulsive Disorders: Challenges and Novel Strategies. University of Miami, Coral
Gables, FL,  December 5, 1992.

"All Work and No Play? Biofeedback and Stress Management."  The 1993 Wellness Seminar Series,
Miami-Dade Community College Wellness Center, March 8,1993.

**C.   Society memberships & offices**

American Psychopathological Association
American College of Clinical Pharmacology
American Psychological Association
Association for the Advancement of Behavior Therapy
Association for Applied Psychophysiology and Biofeedback
Biofeedback Society of Southeastern Florida
     Board Member, 1979-1980
     President, 1980-1981
Dade County Psychological Association
Psi Chi Psychology Honorary
South Florida Behaviorist Society
Florida Psychological Association
Biofeedback Society of Florida

**D.   Editorial responsibilities**

Board of Contributing Editors, <u>Stress/Pain Manager,</u> 1982-1983

**E.   Study Section & Council memberships**

Special Reviewer, Treatment Development and Assessment Research Review Committee,
Psychopharmacological, Biological, and Physical Treatments Subcommittee (TDAR), Alcohol,
Drug Abuse, and Mental Health Administration, National Institute of Mental Health, February,
15-16, 1990.

CONFIDENTIAL
AZSER12750303

BEST COPY AVAILABLE

Alan F. Jacobson, Ph.D.
June 2004
Page 24

F.    **Consultantships**

Consultant to Sunrise, A Community for the Retarded, Miami, FL

G.    **Other honors and awards**

Who's Who in the South and Southwest, 1978
Personalities of the South Award, 1978

Personalities of America, 1978
Family Practice Society, University of Miami School of Medicine, 1982

10.  **OTHER PROFESSIONAL ACTIVITIES:**

Director, Clinical Psychopharmacology Research, Department of Psychiatry and Behavioral Sciences, University of Miami.

Director, Clinical Psychopharmacology Research, Division of Clinical Pharmacology, Department of Medicine, University of Miami.

Director, Stress Management, Outpatient Specialty Programs, Department of Psychiatry, University of Miami, Specializing in the Physiological, Cognitive, and Behavioral Treatment of Stress - Related Syndromes and Disorders

Director, Clinical Biofeedback and Behavior Therapy Programs, Department of Psychiatry, University of Miami:
    Psychotherapeutic Biofeedback
    Behavioral Medicine
    Obsessive-Compulsive Disorder

CONFIDENTIAL
AZSER12750304

BEST COPY AVAILABLE

Alan F. Jacobson, Ph.D.
June 2004
Page 25

**11. COMMUNITY SERVICES:**

**Voluntary participant in programs sponsored by:**

The Mental Health Association of Dade County
Association for Retarded Citizens, Dade County
Florida Alliance for the Mentally Ill
Mercy Hospital, Miami, FL
Charter Hospital, Miami, FL

**12. SCIENTIFIC ARTICLES IN REFEREED JOURNALS:**

Powell PA, Schneiderman N, Elster AJ, & Jacobson AF:  Differential classical conditioning in rabbits (oryctoloaus cuniculus) to tone and changes in illumination.  Journal of Comparative and Physiological Psychology 76:267-274, 1971.

Brauzer B, Goldstein BJ, Jacobson AF, & Steinbook RM:  The re-evaluation of a central nervous system stimulant:  Pipradrol hydrochloride.  Current Therapeutic Research 14:780-784, 1972.

Steinbook RM, Goldstein BJ, Brauzer B, Moreno SS, & Jacobson AF:  Loxapine:  A double blind comparison with chlorpromazine in acute schizophrenic patients.  Current Therapeutic Research 15:1-7, 1973.

Goldstein BJ, Brauzer B, Steinbook RM, & Jacobson AF:  Psychotropic drug treatment of mixed anxiety and depression in non-psychiatric office patients:  Expected and unexpected findings.  Southern Medical Journal 66:892-897, 1973.

Brauzer B, Goldstein BJ, Steinbook RM, & Jacobson AF:  The treatment of mixed anxiety and depression with loxapine:  A controlled comparative study.  The Journal of Clinical Pharmacology 14:455-463, 1974.

Goldstein BJ, Brauzer B, Steinbook, RM, & Jacobson AF:  Psychotropic drug treatment of mixed anxiety and depression in non-psychiatric office patients.  Psychiatry Digest, pp. 22, May, 1974.

Steinbook RM, Goldstein BJ, Brauzer B, Jacobson AF, & Moreno SS:  Metiapine: A double-blind comparison with chlorpromazine in acute schizophrenic patients.  Journal of Clinical Pharmacology 15:700-704, 1975.

CONFIDENTIAL
AZSER12750305

BEST COPY AVAILABLE

Alan F. Jacobson, Ph.D.
June 2004
Page 26

Jacobson AF, Brauzer B, Steinbook RM, & Goldstein BJ:  Doctor-patient concordance on the relative severity of anxiety and depression in symptomatic volunteers.  Psychopharmacology Bulletin 12:18-20, 1976.

Jacobson AF, Brauzer B, Goldstein BJ, Steinbook RM, & Weiss BL:  A comparison of doctor and patient rating scales assessing psychopathology in three outpatient samples.  Psychopharmacology Bulletin 13:15-17, 1977.

Weiss BL, Jacobson AF, Steinbook RM, Brauzer B, & Goldstein BJ:  Controlled comparison of trifluoperazine and chlordiazepoxide in the treatment of anxiety.  Current Therapeutic Research 22(5):635-643, 1977.

Steinbook RM, Jacobson AF, Mosher JC, Davies DL:  The goal-attainment scale as instructional guide for the delivery of social reinforcement.  Archives of General Psychiatry 34:923-926, 1977.

Jacobson AF, Weiss BL, Steinbook RM, Brauzer B, & Goldstein BJ:  The measurement of psychological states using factors derived from a combination of items from mood and symptom checklists.  Journal of Clinical Psychology 34:677-685, 1978.

Jacobson AF:  Doctor-Patient concordance in a placebo-controlled trial of limbitrol versus its components.  Psychopharmacology Bulletin 14:61-63, 1978.

Steinbook RM, Jacobson AF, & Weiss BL:  Amoxapine, imipramine and placebo:  A double-blind study with pretherapy urinary 3-methoxy-4-hydroxyphenylglycol levels.  Current Therapeutic Research 26:490-496, 1979.

Good RS, Capone MA, Westie KS, & Jacobson AF:  Psychosocial rehabilitation of the gynecologic oncology patient.  Archives of Physical Medicine and Rehabilitation 61, 1980.

Dominguez RA, Jacobson AF, Goldstein BJ, & Steinbook RM:  A placebo-controlled comparison of amoxapine and imipramine in the treatment of depressed outpatients.  Current Therapeutic Research 29:714-727, 1981.

Goldstein BJ, & Jacobson AF:  Clobazam - Evaluation of a new anxiolytic agent.  Proceedings of the 11th Congress of the Collegium Internationale Neuropharmacologium Excerpta Medica Foundation, 1982.

CONFIDENTIAL
AZSER12750306

BEST COPY AVAILABLE

Alan F. Jacobson, Ph.D.
June 2004
Page 27

Jacobson AF, Goldstein BJ, Dominguez RA, & Steinbook RM:  A placebo-controlled, double blind comparison of clobazam and diazepam in the treatment of anxiety.  Journal of Clinical Psychiatry 44:296-300, 1983.

Dominguez RA, Jacobson AF, Goldstein BJ, & Steinbook RM:  A crossover comparison of brotizolam and temazepam in the treatment of insomnia.  Current Therapeutic Research 33:372-379, 1983.

Dominguez, RA Jacobson AF, Goldstein BJ, & Steinbook RM:  Comparison of triazolam and placebo in the treatment of insomnia in depressed patients.  Current Therapeutic Research 36:856-865, 1984.

Jacobson AF, Dominguez, RA, Goldstein BJ, & Steinbook RM:  Comparative efficacy of buspirone and diazepam in outpatients with generalized anxiety disorder.  Pharmacotherapy 5(5):290-296, 1985.

Dominguez RA, Jacobson AF, Goldstein, BJ, & Steinbook RM:  Hypnotic efficacy of brotizolam:  A modified triazolodiazepine.  Clinical Pharmacology and Therapeutics 37(6):674-682, 1985.

Dominguez, RA, Goldstein BJ, Jacobson AF, & Steinbook, RM:  A double blind placebo-controlled study of fluovoxamine and imipramine in depression. Journal of Clinical Psychiatry 46(3)84-87, 1985.

Dominguez, RA, Goldstein BJ, Jacobson AF, & Steinbook RM:  Brotizolam in the treatment of insomnia. Psychopharmacology Bulletin 21:97-100, 1985.

Jacobson AF, Goldstein BJ, Dominguez RA, & Steinbook RM:  Interrater agreement and interclass reliability measure of SAFTEE in psychopharmacologic clinical trials.  Psychopharmacology Bulletin 22(2): 382-388, 1986.

Dominguez RA, Jacobson AF, Goldstein BJ, Steinbook RM: Comparative efficacy of estazolam, flurazepam and placebo in outpatients with insomnia.  Journal of Clinical Psychiatry 47(7):362-365, 1986.

Dominguez RA, Goldstein BJ, Jacobson AF, & Steinbook RM: Estazolam in the treatment of insomnia. Psychopharmacology Bulletin 22(1): 278-280, 1986.

Jacobson AF, Dominguez R, Goldstein BJ, & Steinbook RM:  Efficacy of brotizolam in geriatric patients with insomnia.  Current Therapeutic Research 39(4):528-536, 1986.

Jacobson AF, Goldstein BJ, Dominguez RA, Steinbook RM:  Interrater agreement and reliability measures of SAFTEE:  General inquiry vs systematic inquiry.  Psychopharmacology Bulletin 23(1):97-101, 1987.

CONFIDENTIAL
AZSER12750307

BEST COPY AVAILABLE

Alan F. Jacobson, Ph.D.
June 2004
Page 28

Dominguez RA, Jacobson AF & Goldstein BJ:  Obsessive-compulsive disorder:  Pharmacologic alternatives.  Journal of Clinical Pharmacology, 28:951, 1988.

Dominguez RA, Jacobson AF, de la Gandara J, Goldstein BJ & Steinbook RM:  Drug response Assessed by the modified Maudsley Obsessive-compulsive inventory.  Psychopharmacology Bulletin. 25 (2): 215-218, 1989.

Reisberg, B., Doody, R., Jacobson, AF, et al: Memantine in moderate to severe Alzheimer's Disease.  The New England Journal of Medicine 348 (14):1333-1341, 2003

O'Connor, CM., Dunne, MW,  Jacobson, AF, et al: "Azithromycin for the secondary prevention of coronary heart disease events, the WIZARD study, a randomized controlled trial."  Journal of the American Medial Association. 290(11);1459-1466, 2003

Weisler, RH., Kalaki, AH, Jacobson, A.F.,et al: A multicenter, randomized, double-blind, placebo-controlled trial of extended-release Carbamazapine capsules as monotherapy for bipolar patients with manic or mixed episodes. The Journal of Clinical Psychiatry. (In press).

## 13.  **PUBLISHED ABSTRACTS:**

Dominguez RA, Jacobson AF, Goldstein BJ:  "Obsessive-Compulsive Disorder: Pharmacologic Alternatives." Journal of Clinical Pharmacology. 28: 951, 1988.

Jacobson AF, Dominguez RA, Goldstein BJ, de la Gandara J; "Comparison of ORG-3770 and Amitriptyline in Depressed Outpatients. "Journal of Clinical Pharmacology. 30(9):851, 1990.

Dominguez RA, Jacobson AF, Goldstein BJ, de la Gandara J:  "Fixed-dose Study of Fluoxetine in Obsessive-Compulsive Disorder." Journal of Clinical Pharmacology 31:843, 1991.

Dominguez RA, Jacobson AF, et al: "Fluoxetine Treatment for Obsessive Compulsive Disorder:  Pooled Results from Two Identical Double-Blind Trials. Archives of General Psychiatry. (in press).

Dominguez RA, Jacobson AF, et al: "A Double-Blind Placebo Controlled Study of Paroxetin and Fluoxetine in the Treatment of Major Depressive Disorder.

419

CONFIDENTIAL
AZSER12750308

BEST COPY AVAILABLE

Alan F. Jacobson, Ph.D.
June 2004
Page 29

14

**OTHER PROFESSIONAL ITEMS: (Articles in unrefereed journals, audiotapes, book reviews, computer programs, videotapes, etc.)**

Goldstein BJ, Dominguez RA, Jacobson AF:  "Dothiepin: A Review of a Tricyclic Antidepressant."
    Audiotape.  Marion Laboratories, 1982

CONFIDENTIAL
AZSER12750309

BEST COPY AVAILABLE

Xiaohua Li, MD, PhD

D1447C00126
Site # 0114

4/6/2005

*Xiaohua Li*
4/6/05

**CURRICULUM VITAE**

## PERSONAL INFORMATION
Name: Xiaohua Li
Citizenship: U.S.A
Social Security Number: REDACTED

## UNIVERSITY RANK/TITLE
Assistant Professor (Tenure-Track)

Department: Psychiatry and Behavioral Neurobiology
The University of Alabama at Birmingham
Business Address: SPC 213
1700 7th Avenue South
Birmingham, AL 35294
Phone #: (205)934-1169
Fax #: (205)934-2500
E-Mail: xili@uab.edu

## HOSPITAL APPOINTMENT
UAHSF Staff Physician – Adult Psychiatry

## EDUCATION

| Institution | Degree | Year |
|---|---|---|
| Beijing Second Medical College Beijing, P.R. China | M.D. in Medicine | 1983 |
| Department of Surgery Capital Institute of Medicine Beijing, P.R. China | M.S. in Exp. Surgery | 1986 |
| Department of Pharmacology University of Alabama at Birmingham Birmingham, AL | Ph.D. in Pharmacology | 1991 |

## POSTDOCTORAL TRAINING

| Year | Degree | Institution |
|---|---|---|
| 1991-1993 | Postdoc. Researcher | Pharmacology/Behavioral Neurobiology University of Alabama at Birmingham |
| 1997-2001 | Psychiatry Resident | Psychiatry and Behavioral Neurobiology University of Alabama at Birmingham |

## LICENSURE

| Name | Year |
|---|---|
| Educational Commission for Foreign Medical Graduates | 1994 |

1

CONFIDENTIAL
AZSER12750310

BEST COPY AVAILABLE

Xiaohua Li, MD, PhD                                                          4/11/2005

| | |
|---|---|
| United States Medical Licensing Exam | 1998 |
| Alabama Medical Licensure Commission | 1998-present |
| Alabama Controlled Substance Registration | 1998-present |
| US Drug Enforcement Administration | 1998-present |

**BOARD CERTIFICATION**

| Name | Specialty | Year |
|---|---|---|
| American Board of Psychiatry and Neurology | Psychiatry | 2002-present |

**ACADEMIC APPOINTMENTS**

| Year | Rank/Title | Institution |
|---|---|---|
| 2001-present | Assistant Professor (Tenure Track) | Psychiatry and Behavioral Neurobiology University of Alabama at Birmingham |
| 2001-present | Assistant Professor (2nd appointment) | Pharmacology and Toxicology University of Alabama at Birmingham |
| 2001-present | Assistant Professor (Teaching appointment) | Neuroscience Graduate Program |
| 2001-present | Staff Physician (Adult Psychiatry) | University of Alabama Health Service Foundation |
| 2000-2001 | Consult Psychiatrist | St. Vincent Hospital, Birmingham, AL |
| 2000-2001 | On-Duty Psychiatrist | Decatur General Hospital, Alabama |
| 1999-2001 | Consult Psychiatrist | Cooper Green Hospital Jefferson Clinic, P.C., Alabama |
| 1999-2001 | On-Duty Psychiatrist | Bryce Hospital Mental Health and Mental Retardation, Alabama |
| 1999-2000 | Psychiatry Chief Resident | Psychiatry and Behavioral Neurobiology University of Alabama at Birmingham |
| 1993-1997 | Research Associate | Psychiatry and Behavioral Neurobiology University of Alabama at Birmingham |

**AWARDS/HONORS**

| Award | Year |
|---|---|
| PhD Fellowship in Pharmacology | 1986-1991 |

2

CONFIDENTIAL
AZSER12750311

BEST COPY AVAILABLE

Xiaohua Li, MD, PhD                                                   4/11/2005

| | |
|---|---|
| APA/PMRTP ACNP Travel Fellow | 1997 |
| APA/LILLY Resident Research Award | 1998 |
| AADPRT/Wyeth-Ayerst IMG mentorship in Psychiatry | 1999 |
| APA Resident Reporter | 1999 |
| NIMH Outstanding Resident Award | 1999 |
| APA/Janssen Scholar in Research on Severe Mental Illness | 1999-2001 |
| The Society of Biological Psychiatry/Lilly Travel Fellowship Award | 2000 |
| Southern Psychiatric Association Annual Award<br>        for Psychiatrist in Training | 2000 |
| American College of Psychiatrists Laughlin Fellow | 2001 |
| Selected Junior Faculty Physician for the<br>        "Future Leaders in Psychiatry" Annual Meeting | 2001 |
| Travel Award for the APA Junior Investigator Research Colloquium | 2001 |
| Selected Participant of the 2005 Career Development Institute<br>        for Bipolar Disorder | 2005 |

**MEMBERSHIP**

| Membership | Year |
|---|---|
| Society for Neuroscience | 1988-present |
| International Brain Research Organization | 1988-present |
| American Psychiatric Association | 1997-present |
| Society of Biological Psychiatry | 2004-present |

**COMMITTEES**

| | |
|---|---|
| Department of Psychiatry Research Steering Committee | 1999-present |

**REVIWER FOR SCIENTIFIC JOURNALS**
Molecular Psychiatry
Journal of Affective Disorders
Bipolar Disorders
Psychosomatics
Expert Opinion on Investigational Drugs

3

CONFIDENTIAL
AZSER12750312

BEST COPY AVAILABLE

Xiaohua Li, MD, PhD                                                      4/11/2005

**CLINICAL SERVICE**

| Service Type | Role | Year |
|---|---|---|
| Psychiatry Out-Pt Clinic (New patients/yr: 150) (patient load/yr: 1,300) | Dx & Tx | 2001-present |
| CPM in-pt Service | Weekend/Holiday In-pt attending | 2001-present |
| On-call Psychiatrist | On-call attending | 2001-present |
| Consult Psychiatrist | Consult service | 2001-present |

**TEACHING**

| Course | Role | Year |
|---|---|---|
| Graduate Pharmacology | Lecturer | 1993-1997 2004-present |
| Psychiatry for Med/Surg Assistant Program | Lecturer | 1998-2001 |
| Medical Student Psychopharmacology | Course Master/Lecturer | 1999-2000 |
| UAB-Neuroscience, Dept. Pharmacology, and Dept. Psychiatry Graduate Student Laboratory Research | Research Adviser | 2001-present |
| Psychiatry Resident Supervision | Supervisor | 2001-present |
| PGYIII-IV Biological Psychiatry Course | Lecturer | 2002-2003 |
| Medical Student Supervision & Exam | Examiner | 2002-present |
| Psychiatry Resident Clinical/Lab Research | Lecturer Mentor | 2002-present 2003-present |
| PGYIII Psychopharmacology | Course Master | 2004-present |

4

CONFIDENTIAL
AZSER12750313

BEST COPY AVAILABLE

Xiaohua Li, MD, PhD                                                                        4/11/2005

## MAJOR RESEARCH INTERESTS
- Psychopharmacology and treatment of mood disorders
- Biological and behavioral pathophysiology of mood disorders
- Molecular biology of neuronal signal transduction and gene regulation

## GRANT SUPPORT
### Past Support
"Olanzapine Versus Divalproex in the Treatment of Acute Mania."   Eli Lilly, Investigator 1999

"A Double-Blind, Randomized Comparison of the Efficacy and Safety of Short-Acting Intramuscular Olanzapine, Short-Acting Intramuscular Lorazepam and Intramuscular Placebo in Acutely Agitated Patients Diagnosed with Mania Associated with Bipolar Disorder."   Eli Lilly, Investigator 1999-2000.

APA/Janssen Scholar in Research on Severe Mental Illness, 1999-2001

"A Placebo-Controlled Study of Pregabalin and Paroxetine in Patients with Panic Disorder," Parke-Davis Pharmaceuticals, Investigator 1999-2001.

"A Double-Blind, Randomized, Placebo-Controlled, Parallel Group, Fixed-Dose Study of the Efficacy, Safety, and Tolerability of 60 mg Buspirone Hydrochloride Extended Release Compared to Placebo in Patients with Generalized Anxiety Disorder," Biovail Laboratories, Inc., Investigator 2000-2001.

"An Open-Label Study of the Safety, Tolerability, and Efficacy of Up to 90 mg Buspirone Hydrochloride Extended Release in Patients with Generalized Anxiety Disorder," Biovail Laboratories, Inc., Investigator 2000-2001.

"A Placebo-Controlled, 21 Day Study of the Safety and Efficacy of Topiramate for the Treatment of Treatment-resistant Bipolar I Disorder with an Optional Open-Label Extension," R.W. Johnson Pharmaceutical Research Institute 2000-2001

"Effects of Depression Treatment on Platelet Activation."  NIH 5R01HL063011-04, Co-investigator 1999-2004.

"Risperidone vs. haloperidol augmentation in SRI refractory OCD: Clinical and neurocognitive effects" Janssen Research Foundation, Co-Investigator 1999-2004

"Regulation of GSK3$\beta$ and FOXO3a by BDNF in differentiated SH-SY5Y human neuroblastoma cells – Neuroprotective mechanisms of BDNF and its implication in Alzheimer's Disease" - ALZHEIMERS DISEASE RESEARCH CENTER Pilot Project (Li) NIH 5P50AG016582-05 (Harrell) 2003 – 2004

UAB-Psychiatry Departmental Research Initiation Fund to X. Li 2001-2004

5

CONFIDENTIAL
AZSER12750314

BEST COPY AVAILABLE

Xiaohua Li, MD, PhD                                                                                4/11/2005

**Ongoing Support**
"Glycogen synthase kinase 3β and bipolar disorder" NIH K08MH064555
Role:                    Principal Investigator
Funding period:          4/01/2003-3/30/2008

"Regulation of GSK3β by mood stabilizers" NIH R03MH067712
Role:                    Principal Investigator
Funding period:          1/05/2004-12/31/2005

"Efficacy of risperidone in the management of suicidality in major depressive disorder"
Investigator-initiated, supported by Janssen Pharmaceutica Inc.,
Role:                    Principal Investigator
Funding period:          2/17/2004-03/01/2005 or until complete

"A prospective randomized, double-blind, placebo-controlled study of the effectiveness
and safety of RISPERDAL® CONSTA™ augmentation in adult and geriatric patients
with frequently-relapsing bipolar disorder" Kendal International Inc.,
Role:                    UAB Principal Investigator
Funding period:          8/20/2004-12/30/2005 (Recruitment completed)

"Divalproex ER vs. risperidone for bipolar disorder with comorbid substance use
disorders" Investigator-initiated, supported by VA TREAC (funded by Abbott
Pharmaceutical Inc. to Lori Davis).
Role:                    UAB Principal Investigator
Funding period:          10/01/2004-9/30/2005 or until complete

"Regulation of GSK3β and Signaling Pathways by Olanzapine – New insight into the
Molecular Mechanisms of Action" Investigator-initiated, supported by Eli Lilly and
Company,
Role:                    Principal Investigator
Funding period:          12/02/2004-5/31/2006

"A multicenter, randomized, double-blind, placebo-controlled study of the safety and
efficacy of aripiprazole as adjunctive therapy in the treatment of patients with major
depressive disorder" Bristol Myers Squibb, UAB Principal Investigator
Role:                    UAB Principal Investigator
Funding period:          03/01/05-09/30/06

"Sequenced Treatment Alternatives to Relieve Depression (STAR*D)" - Multicenter
Depression Network platform, NIMH Contract No: N01 MH90003 – Encumbrance No:
GMO-500204 (Current obligation: funding for year 6 of the Network option)
Role:                    UAB Clinical Site Director
                         Subcontract through UTSWMC, (PI: John Rush, MD)
Funding period:          04/01/05-09/28/05

**Pending Support**

6

426

CONFIDENTIAL
AZSER12750315

BEST COPY AVAILABLE

Xiaohua Li, MD, PhD                                                              4/11/2005

"GSK3: neuromodulators and mood disorders" NIH R01MH073723-01,
Role:                   Principal Investigator
Current status:         1st revision due on March 1, 2005

"A multicenter, randomized, double-blind, placebo-controlled study of the efficacy and
safety of quetiapine as adjunctive therapy in the maintenance treatment of patients with
bipolar disorder type I " AstraZeneca, UAB Principal Investigator

## PUBLICATIONS
### Manuscripts Published

1. Li, X. and Chen, Y. Effect of Salvia Miltiorrhiza injection on liver regeneration of partially hepatectomized rats. J. Capital Institute of Medicine 8:286-290, 1987
2. Jope, R.S. and Li, X. Inhibition of inositol phospholipid synthesis and norepinephrine-stimulated hydrolysis by excitatory amino acids. Biochem. Pharmacol. 38:589-596, 1989
3. Johnson, G.V.W., Li, X. and Jope, R.S. Aluminum increases agonist-stimulated cyclic AMP production in rat cerebral cortical slices. J. Neurochem. 53:258-263, 1989
4. Li, X. and Jope, R.S. Inhibition of receptor-coupled phosphoinositide hydrolysis by sulfur-containing amino acids in rat brain slices. Biochem. Pharmacol. 38:2781-2787, 1989
5. Li, X., Song, L. and Jope, R.S. Modulation of phosphoinositide metabolism in rat brain slices by excitatory amino acids, arachidonic acid and GABA. Neurochem. Res. 15:725-738, 1990
6. Casebolt, T.L., Li, X. and Jope, R.S. Alpha-1 adrenergic receptor binding and adrenergic-stimulated cyclic AMP production in rat cerebral cortex after chronic lithium treatment. J. Neural Trans. 82:197-204, 1990
7. Ormandy, G.C., Li, X. and Jope, R.S. Dibenzocycloaldenimine (MK-801) stimulated phosphoinositide hydrolysis in rat cerebral cortical slices. Neuropharmacol. 8:779-782, 1990
8. Jope, R.S., Li, X., Ormandy, G.C., Song, L. and Williams, M. Reduction of Na$^+$ enhances phosphoinositide hydrolysis and differentiates the stimulatory and inhibitory responses to quisqualate in rat brain slices. Brain Res. 536:21-256, 1990
9. Williams, M.B., Li, X. and Jope, R.S. Modulation of endogenous ADP-ribosylation in rat brain. Brain Res. 592:49-56, 1992
10. Li, X., Song, L., Kolasa, K. and Jope, R.S. Adrenalectomy potentiates immediate early gene expression in rat brain. J. Neurochem. 58:2330-2333, 1992
11. Jope, R.S., Song, L., Li, X. and Powers, R. Impaired phosphoinositide hydrolysis in Alzheimer's disease brain. Neurobiol. Aging 15:221-226, 1994
12. Li, X., Mumby, S.M., Greenwood, A.F. and Jope, R.S. Pertussis toxin-sensitive G-protein □-subunits: Production of monoclonal antibodies and detection of differential increases upon differentiation of PC12 and LA-N-5 cells. J. Neurochem. 64:1107-1117, 1995
13. Li, X. and Jope, R.S. Selective inhibition of the expression of signal transduction proteins by lithium in nerve growth factor-differentiated PC12 cells. J. Neurochem. 65:2500-2508, 1995

7

CONFIDENTIAL
AZSER12750316

BEST COPY AVAILABLE

Xiaohua Li, MD, PhD                                                                    4/11/2005

14. Li., X., Greenwood, A.F., Powers, R. and Jope, R.S. Effects of postmortem interval, age, and Alzheimer's disease on G-proteins in human brain. Neurobiol. Aging 17:115-122, 1996

15. Li., X., Song, L. and Jope, R.S. Cholinergic stimulation of AP-1 and NFκB transcription factors is differentially sensitive to oxidative stress in SH-SY5Y neuroblastoma: relationship to phosphoinositide hydrolysis. J. Neuroscience 16:5914-5922, 1996

16. Li., X. and Jope, R.S. Glucocorticoids modulate G-protein α-subunit levels in PC12 cells. Brain Res. 759:213-20, 1997.

17. Jope, R.S., Li, X. and Pacheco, M.A. The phosphoinositide signal transduction system. In Vitro Neurochemical Techniques – Neuromethods 34:193-216, 1997.

18. Jope RS. Song L. Grimes CA. Pacheco MA. Dilley GE. Li X. Meltzer HY. Overholser JC. Stockmeier CA. Selective increases in phosphoinositide signaling activity and G protein levels in postmortem brain from subjects with schizophrenia or alcohol dependence. J. Neurochem. 70:763-71, 1998.

19. Li X. Song L. Jope RS. Glutathione depletion exacerbates impairment by oxidative stress of phosphoinositide hydrolysis, AP-1, and NF-kappaB activation by cholinergic stimulation. Molecular Brain Research 53:196-205, 1998.

20. Li., X., Sarno, P.D., Song, L., Beckman, J.S. and Jope, R.S. Peroxynitrite modulates tyrosine phosphorylation and phosphoinositide signalling in human neuroblastoma SH-SY5Y cells: attenuated effects in human 1321N1 astrocytoma cells. Biochem. J. 331:599-606, 1998.

21. Li., X., Bijur, G.N. and Jope, R.S. Mood stabilizers, glycogen synthase kinase-3β, and neuronal protection. Bipolar Disorders 4:137-144, 2002

22. Li., X., Ketter T.A. and Frye M.A. Potential intracellular, synaptic and neuroprotective mechanisms of anticonvulsants: treatment implications in bipolar disorder. J. Affective Disorders 69:1-14, 2002

23. Mai, L., Jope, R.S., Li, X. BDNF-mediated signal transduction is modulated by GSK3β and mood stabilizing agents. J. Neurochem 82:75-83, 2002

24. Sarno, P.D., Li, X. Jope, R.S. Regulation of Akt and glycogen synthase kinase-3β phosphorylation by sodium valproate and lithium. Neuropharmacology 43:1158-1164, 2002

25. Zhu, W., Bijur, G.N., Styles, N.A., and Li, X. Regulation of FOXO3a by brain-derived neurotrophic factor in differentiated human SH-SY5Y neuroblastoma cells. Molecular Brain Res. 126:45-56, 2004

26. Li, X. Zhu,W., Roh,M.S., Friedman, A.B., Rosborough,K., and Jope, R.S. Regulation of GSK3 in vivo by serotonergic activity in mouse brain. Neuropsychopharmacology 29:1426-1431, 2004

27. Li., X., Friedman, A.B., Roh, M.S., and Jope, R.S. Anesthesia and postmortem interval profoundly influence the regulatory serine-phosphorylation of GSK3 in mouse brain. J Neurochem, 92:701-704, 2005

Manuscripts in Press

1.  Li., X., May, R.S., Tolbert, L.C., Jackson, W.T., Flournoy, J. Baxter, Jr. L.R., Risperidone vs Haloperidol Augmentation in Selective Serotonin Reuptake

8

CONFIDENTIAL
AZSER12750317

BEST COPY AVAILABLE

Xiaohua Li, MD, PhD                                                        4/11/2005

Inhibitor-Refractory Obsessive-Compulsive Disorder. J Clinical Psychiatry, in press, 2005.
2.  De Sarno, P., Bijur, G.N., Zmijewska,A.A., Li,X., and Jope, R.S. Regulation of glycogen synthase kinase-3β phosphorylation in vivo by cholinergic stimulation and NMDA receptor blockade, two therapeutic strategies for Alzheimer's disease. Neurobiology of Aging, in press, 2005

Manuscripts in Preparation
1.  Styles, N.B., Zhu, W., and Li, X. Regulation of Bim by Muscarinic Receptor Activation via Protein Kinase C–mediated Phosphorylation. In preparation
2.  Rosborough, K., Friedman, A.B., Roth, K.A., Li, X. Atypical antipsychotics risperidone and clozapine increase serine-phosphorylation of GSK3 in mouse brain. In preparation

Book Chapters
1.  Jope, R.S., Williams, M.B., Li, X., Song, L., Unlap, M.T. and Pacheco, M.A. Lithium modulates neuronal signal transduction systems. In Mechanisms of Antibipolar Treatments (H.K. Manji, C.L. Bowden, R.J. Belmaker, eds) Raven Press, New York, 1996
2.  Li, X. and Jope, R.S. Production of G-protein □-subunit-specific monoclonal antibodies. In Methods in Neuroscience (P.C. Roche, eds) Academic Press, San Diego. pp. 187-206, 1996
3.  Jope, R.S., Williams, M.B., Li, X., Song, L., Grimes, C.A., Unlap, M.T., and Pacheco, M.A. Modulation of neuronal signal transduction systems by lithium. In Bipolar Medications Mechanisms of Action. Pp. 2000.
4.  Ketter, T.A., Wang, P.W., Li, X. Psychotropic medications in bipolar disorder: Pharmacodynamics, pharmacokinetics, drug interactions, adverse effects and their management. In Bipolar Disorder: A Clinician's Guide to Biological Treatments. 2003

**MAJOR PRESENTATIONS**
"Glutamate Neurotransmission and Schizophrenia". UAB-Department of Psychiatry Grand Round, 3/30/1999

"Mood stabilizers, glycogen synthase kinase-3β, and neuronal protection". APA Junior Investigator Research Colloquium, New Orleans, LA, 5/5/2001

"Clinical and Pathophysiological Aspects of Mood Disorders". UAB-Department of Psychiatry Grand Round, 4/8/2003

"Risperidone vs Haloperidol Augmentation in Selective Serotonin Reuptake Inhibitor-Refractory Obsessive-Compulsive Disorder". Anxiety Disorders Expert Review, Chicago, IL, 5/21/2004

"Atypical Antipsychotics in the Treatment of Mood Disorders - Clinical Implications & Molecular Mechanisms". UAB-Department of Psychiatry Grand Round, 12/7/2004

9

CONFIDENTIAL
AZSER12750318

BEST COPY AVAILABLE

Xiaohua Li, MD, PhD                                                                4/11/2005

## MEETING ABSTRACTS / POSTER PRESENTATION

1. Li, X. and Jope, R.S. Glutamate inhibits norepinephrine-stimulated phosphoinositide hydrolysis. Soc, Neurosci., 14:348, 1988

2. Jope, R.S. and Li, X. Sulfur-containing amino acids inhibit phosphoinositide hydrolysis in rat brain slices. Amer. Soc. Cell Biol., Abst. #2909, 1989

3. Li, X. and Jope, R.S. Excitatory and sulfur amino acids modulate brain PI hydrolysis. Soc. Neurosci., 15:1006, 1989

4. Li, X., Song, L. and Jope, R.S. Sodium modulates cyclic AMP production in rat brain slices. Soc. Neurosci., 16:1301, 1990

5. Ormandy, G.C., Li, X., Song L., Williams, M.B. and Jope, R.S. Alterations of $Na^+$ differentially affect agonist-induced phosphoinositide hydrolysis in rat brain slices. Soc. Neurosci., 16:1300, 1990

6. Williams, M.B., Li, X. and Jope, R.S. Modulation of endogenous ADP-ribosylation in brain. Soc. Neurosci., 17:96, 1991

7. Li, X., Song, L. and Jope, R.S. Phosphatidylinositol hydrolysis in brain membranes. Soc. Neurosci., 17:1605, 1991

8. Greenwood, A.G.F., Li, X. and Jope, R.S. Production and characterization of monoclonal antibodies for $\alpha o$ G-protein. Soc. Neurosci., 18:477, 1992

9. Li, X., Song, L., Kolasa, K. and Jope, R.S. Modulation of kainate-induced immediate early gene expression in rat brain. Soc. Neurosci., 18:85, 1992

10. Li, X., Song, L., Jope, R.S. and Powers, R. Impaired cholinergic muscarinic receptor-stimulated phosphoinositide hydrolysis in Alzheimer's Disease. Soc. Neurosci., 19:1039, 1993

11. Li, X., Greenwood, A.G.F. and Jope, R.S. Production and characterization of monoclonal antibodies for G-protein $\alpha$-subunits. Gordon Research Conference, Meriden, NH, 1993

12. Li, X. and Jope, R.S. Differential changes of PTX-sensitive G-protein $\alpha$-subunits upon differentiation of PC12 and LA-N-5 cells. Soc. Neurosci., 20:242, 1994

13. Li, X., Song, L. and Jope, R.S. Oxidative stress impairs cholinergic signaling. Soc. Neurosci., 22, 1996

14. Li X., Song L. Jope RS. Glutathione depletion exacerbates impairment by oxidative stress of phosphoinositide hydrolysis, AP-1, and NF-kappaB activation by cholinergic stimulation. Soc. Neurosci., 23, 1997

15. Li, X., Sarno, P.D., Song, L., Beckman, J.S. and Jope, R.S. Peroxynitrite modulates tyrosine phosphorylation and phosphoinositide signalling in human neuronal cells. ACNP, 37:230, 1998

16. Li, X., Jackson W.T., May, R.S., Tolbert, L.C., and Baxter, L.R.Jr. Risperidone vs. haloperidol augmentation in SRI refractory OCD: preliminary report. ACNP, 38, 1999

17. Li, X., Ketter T.A. and Frye M.A. Potential intracellular, synaptic and neuroprotective mechanisms of anticonvulsants: treatment implications in bipolar disorder. SPA, 2000

18. Li, X., and Jope, R.S. Mood stabilizers, glycogen synthase kinase-3$\beta$, and neuronal protection. ACNP, 39, 2000

10

CONFIDENTIAL
AZSER12750319

BEST COPY AVAILABLE

D1447C00126
Site # _0115_

# GREGORY WARREN MATTINGLY, M.D.
## CURRICULUM VITAE

### PERSONAL DATA

| | |
|---|---|
| Birth Date: | September 24, 1963 |
| | St. Louis, Missouri |
| Wife: | REDACTED |
| Children: | |

| | |
|---|---|
| Work Address: | 330 First Capitol Drive |
| | Suite 390 |
| | St. Charles, MO  63301-2847 |

| | |
|---|---|
| Work Phone: | (636) 949-3894 or (636) 949-5760 |
| Work Fax: | (636) 949-0729 |
| Email: | REDACTED |

### EDUCATION

| | |
|---|---|
| 1981-1985 | University of Missouri-Rolla; B.S. in Chemical Engineering |
| 1985-1989 | Washington University School of Medicine |
| | St. Louis, Missouri;M.D. |
| 1989-1993 | Resident, Department of Psychiatry |
| | Washington University School of Medicine |

### ACADEMIC DISTINCTIONS

| | |
|---|---|
| 1981-1985 | National Merit Scholarship |
| | President's Scholar, University of Missouri-Rolla |
| 1982-1985 | Alpha Chi Sigma Honorary Chemistry Society |
| | President, 1984-1985 |
| 1985 | Summa Cum Laude, B.S. Chemical Engineering |
| 1986-1989 | Fulbright Scholarship |

*Greg Mattingly MD*
*3/3/05*

431

CONFIDENTIAL
AZSER12750320

BEST COPY AVAILABLE

### ACADEMIC DISTINCTIONS *(continued)*

| | |
|---|---|
| 1991 | Academy of Child and Adolescent Psychiatry National Leadership Award, Charter Fellowship |
| 1992 | Upjohn Neuropsychiatry Research Award |
| 1993 | Southern Psychiatric Association Research Award |

### ACADEMIC APPOINTMENTS

| | |
|---|---|
| 1992-present | Journal of Neuropsychiatry and Clinical Neurosciences Reviewer |
| 1995-present | Psychopharmacology Instructor Washington University School of Medicine |
| 2002-present | Associate Clinical Professor, Department of Psychiatry Washington University School of Medicine |

### ADMINISTRATIVE APPOINTMENTS

| | |
|---|---|
| 1993-present | Principal Partner, St Charles Psychiatric Associates |
| 1998-2000 | Medical Director, Adolescent Services, St. Joseph Health Center |
| 1998-present | Medical Director Hobart and Associates EAP |
| 1998-present | Medical Review Board, Blue Cross Blue Shield of Missouri |
| 2000-present | Medical Review Board, Health Link Insurance Corporation |
| 2001-present | Medical Director Adult Behavioral Medicine St. Joseph Health Center |
| 2001-present | SSM Health Care Managed Care Contract Board |
| 2002-present | Medical Director, The Midwest Research Group |
| 2002-present | Chairman, Department of Psychiatry St. Joseph Health Center |

432

CONFIDENTIAL
AZSER12750321

BEST COPY AVAILABLE

## BOARD CERTIFICATIONS

| | |
|---|---|
| 1990 | Diplomate, National Board of Medical Examiners |
| 1996 | Board Certified<br>American Board of Psychiatry and Neurology |
| 1997 | Board Certified<br>American Academy of Adolescent Psychiatry |

## PROFESSIONAL LICENSURE

| | |
|---|---|
| 1989 | Missouri Medical License, #MD102964 |

## HOSPITAL AFFILIATIONS

Barnes Hospital; St. Louis, MO
St. John's Mercy Hospital; Creve Coeur, MO
St. Joseph Health Center; St. Charles, MO

## PUBLICATIONS

1.  Mattingly GW, Figiel GS, Jarvis MR, Zorumski CF.  Prospective uses of ECT in the presence of intracranial tumors.  J. Neuropsychiatry Clin Neurosciences, 3:459-463, 1991.

2.  Figiel GS, Mattingly GW, Zorumski CF.  Simultaneous major depression and panic disorder:  treatment with electroconvulsive therapy.  J. Clin Psychiatry, 53:12-15, 1992.

3.  Mattingly GW, Baker K, Figiel GS, Zorumski CF.  Multiple Sclerosis and ECT:  the potential predictive value of gadolinium enhanced magnetic resonance scans.  J. Neuropsychiatry Clin Neurosciences, 4:48-53, 1992.

4.  Figiel GS, Mattingly GW.  The safety and efficacy of cardiac modified ECT in depressed elderly patients. Convulsive Therapy, 8:72-73, 1992.

5.  Figiel GS, Mattingly GW, Zorumski CF.  ECT and delirium in Parkinson's disease.  J. Neuropsychiatry Clin Neurosciences, 4:231-232, 1992.

6.  Martin M, Figiel GS, Mattingly GW, Zorumski CF, Jarvis MR.  ECT-induced interictal delirium in patients with a history of CVA.  J. Geriatric Psychiatry and Neurology, 5:149-155, 1992.

CONFIDENTIAL
AZSER12750322

BEST COPY AVAILABLE

7.   Figiel GS, Zorumski CF, Mattingly GW.  Combined use of Labetalol
and Nifedipine in controlling cardiovascular response from ECT.  J.
Geriatric Psychiatry and Neurology, 6:20-24, 1993

## PRESENTATIONS

Cardiac Modified ECT for Geriatric Depression; Academy of Biological
Psychiatry.  Washington, D.C., 1992.

ECT and Neurological Illness:  A Comprehensive Review; Southern Psychiatric
Association, Hot Springs, VA, 1992.

Psychiatric Patients and Chronic Fatigue Syndrome.  Is There an Overlap?
American Psychiatric Association, San Francisco, CA, 1993.

The Interface between PTSD and Borderline Personality Disorder; American
Psychiatric Association, San Francisco, CA, 1993.

Neurophysiology of Sleep Disorders; Grand Rounds, Farmington Regional
Hospital, Farmington, MO, 1995.

Child and Adolescent Anxiety Disorders; Grand Rounds, St. Luke's Hospital,
Town and Country, MO, 1998.

Pediatric Depression; Grand Rounds, St. John's Mercy Health Center, Creve
Coeur, MO, 2000.

More than ADHD: New Options for Complex Kids; Washington University CME
Course (Course Master), St Louis, MO, 2003.

Bipolar Spectrum Disorders: Differentiating the Treatment Options; CME Course,
St Louis, MO, 2003.

Adolescent & Adult ADHD: When Does It GO Away?; CME Course, St Charles &
Lincoln County Medical Society, St Charles, MO, 2003.

Modern Treatment Options for Dementia; Grand Rounds, Kansas City Veterans
Hospital, Kansas City, MO, 2004.

Generalized Anxiety Disorder and the Primary Care Physician; CME Course,
St Louis, MO, 2004.

NMDA Antagonists and Other New Treatment Options for Dementia; Grand
Rounds, Barnes-Parkland Hospital, Farmington, MO, 2004.

CONFIDENTIAL
AZSER12750323

BEST COPY AVAILABLE

## CLINICAL TRIALS EXPERIENCE

Washington University, Malcolm Bliss Mental Health Center Research Ward-Clinical Rater for 4 Different Double Blind, Placebo Controlled Antipsychotic Trials (1992-1993).

X-Company-An Open-Label, Multi-Center Study to Assess Tolerability, Efficacy and Quality of Life Associated with the Use of Compound A in Children with Attention Deficit Hyperactivity Disorder (ADHD) in a Community Practice Setting, Principal Investigator (2001).

X-Company-A Phase 3 Double-Blind, Randomized, Parallel-Group, Placebo Controlled Study to Investigate the Safety and Efficacy of Compound A for the Prevention of Affective Episodes in Subjects with Bipolar 1 Disorder, Principal Investigator (2001).

X-Company-A Phase 2 Double Blind, Randomized, Parallel-Group, Placebo Controlled Study to Investigate the Safety and Efficacy of Compound A for the Treatment of Major Depressive Disorder, Sub-investigator (2001).

X-Company-A Randomized Open-Label, Parallel-Group, Multi-Center Study to Assess the Efficacy, Cardiac Safety and Side Effect Profile of Two Different Antipsychotics in the Treatment of Schizophrenia and Schizoaffective Disorder, Principal Investigator (2002).

X-Company-A Phase 1 Double Blind, Randomized, Placebo Controlled Inpatient Study of the Pharmacokinetics and Efficacy of a Slow-Release Formulation and a Medium-Release Formulation of Compound A in Patients with Schizophrenia or Schizoaffective Disorder, Principal Investigator (2002).

X-Company-A Phase 3 Double Blind, Randomized, Parallel-Group, Placebo Controlled Study to Investigate the Safety and Efficacy of Compound A in Children and Adolescents with Major Depressive Disorder, Principal Investigator(2003).

X-Company -A Phase 3 Double Blind, Randomized, Parallel-Group, Placebo Controlled Study to Investigate the Safety and Efficacy of Compound A in Patients with Bipolar Depression, Principal Investigator (2003).

CONFIDENTIAL
AZSER12750324

BEST COPY AVAILABLE

X-Company-An Open Label, Multi-Centered Study to Investigate the Efficacy and Tolerability of Compound A in Patients with Major Depression who were Intolerant of Prior Antidepressants, Principal Investigator (2003).

X-Company-A Phase 3 Double Blind, Randomized, Parallel-Group, Placebo Controlled Study to Investigate the Safety and Efficacy of Compound A for Treatment of Major Depressive Episodes in Adolescents with Attention Deficit Disorder and Co-morbid Major Depression, Principal Investigator (2003).

X- Company-A Double Blind, Randomized, Parallel-Group, Placebo Controlled Study to Compare the Efficacy and Tolerability of Compound A and Compound B in Patients with Major Depression, Principal Investigator (2003).

X-Company-A Phase 2 Double Blind, Randomized, Parallel Group, Placebo Controlled Study to Investigate the Safety and Efficacy of Compound A in Patients with Major Depression, Principal Investigator (2003)

X-Company-A Double Blind, Randomized, Parallel Group, Placebo Controlled Study to Investigate the Safety and Efficacy of Compound A for Augmentation of SSRIs in Patients who had Failed to Respond to SSRI Monotherapy, Principal Investigator (2003)

X-Company-An Open Label, Multi-Centered Study to Investigate the Safety, Efficacy and Tolerability of Compound A for Prevention of Bipolar Episodes in Adults, Principal Investigator (2003)

X-Company-A Phase 3 Double Blind Multi-Center Placebo Controlled Study to Investigate the Safety and Efficacy of Compound A for Prevention of Psychotic Episodes in Patients with Schizophrenia, Principal Investigator (2004)

X-company-An Open Label, Multi-Centered Study to Investigate the Safety, Efficacy and Tolerability of Compound A for Prevention of Bipolar Episodes in Adolescents, Principal Investigator (2004)

X-Company-A Phase 3 Open Label, Multi-Centered Study to Investigate the Safety and Efficacy of Compound A in Adults with ADHD, Principal Investigator (2004)

X-Company-A Phase 3 Double Blind Multi-Center Placebo Controlled Inpatient Study to Investigate the Safety and Efficacy of Compound A in Patients with Schizophrenia, Principal Investigator (2004)

X-Company-A Phase 3 Double Blind Multi-Center Placebo Controlled Study to Evaluate the Efficacy of Compound A for the Prevention of Psychotic Episodes in Patients with Schizophrenia, Principal Investigator (2004)

CONFIDENTIAL
AZSER12750325

BEST COPY AVAILABLE

X-Company-A Phase 3 Double Blind Multi-Center Placebo Controlled Study of a Triphasic Released Stimulant for Adults with ADHD, Principal Investigator (2004)

X-Company – A Phase 3 Double Blind Multi-Center Placebo Controlled Study to Investigate the Safety and Efficacy of Compound A for Patients with Dementia and Agitation, Principal Investigator (2004)

CONFIDENTIAL
AZSER12750326

BEST COPY AVAILABLE

D1447C00126
Site # __0116__

## CURRICULUM VITAE

**GARY KENNETH ARTHUR, M.D.**
2040 Whitfield Avenue
Sarasota, Florida 34243
Phone: 941- 256-8018
Fax: 941-758-7146

### Education:

| | |
|---|---|
| 1962-1966 | BS. Biology, St. Joseph University; Philadelphia, Pennsylvania |
| 1966-1970 | MD., Hahnemann Medical College; Philadelphia, Pennsylvania |
| 1972-1973 | PostGraduate -Sociology, University of Texas at El Paso |
| 1976 | Diplomate ~ American Board of Psychiatry & Neurology |
| 1991-1995 | Certification ~ American Board of Quality Assurance and Utilization Review Physicians |

### Professional Experience:

| | |
|---|---|
| 1970-1971 | Psychiatric Residency; St. Louis University; St. Louis, Missouri United |
| 1971-1973 | States Army Medical Corp. William Beaumont Army Medical Center, El Paso, Texas |
| 1975-1984 | Private Practice ~ Gonzalez, Walker, Webb & Arthur, M.D. P.A. |
| 1975-1978 | Director, Residency Training, Department of Psychiatry University of South Florida College of Medicine |
| 1976-1979 | Treasure/Vice President / President Tampa Psychiatric Association |
| 1977-1978 | Board of Trustees, Episcopal Counseling Center of Florida |
| 1978-1979 | Director; Psychiatric Resident Training ,Tampa General Hospital, Tampa. Florida |
| 1978-1980 | Hillsborough/ Manatee Mental Health Board |
| 1978-1981 | Task Force for Mental Health, Florida Gulf Health System |
| 1979-1981 | Board of Directors, Gulf Coast Epilepsy Foundation |
| 1984-1987 | Medical Director, Tampa Heights Charter Hospital, Tampa. Florida. |
| 1984-Present | Private Practice (Solo)Tampa. Florida |
| 1986-1991 | Medical Director AMC Psychiatric Care Center of Tampa Substance Abuse Program, Tampa, Florida |
| 1986-1992 | Vice President / Medical Director ~ American Montal Health Care Inc. Tampa, Florida |
| 1987-1988 | President Tampa Psychiatric Association, Tampa. Florida |
| 1992-Present | Psychiatric Consulting; Tampa Military Entrance Program Tampa, Florida |
| 2005-present | Investigator, Roskamp Institute, Clinical Trials Division |

### Consultations:

| | |
|---|---|
| 1973-1974 | Department of Community Medicine, St. Louis, Missouri |
| 1975-1995 | Gulf Coast Epilepsy Foundation, Tampa. Florida |
| 1979-Present | James A Haley Veterans Hospital, Tampa. Florida |
| 1984-1989 | St. Joseph Hospital Psychiatric Care Center Group Therapy; Tampa, Florida |
| 1986-1991 | Social Security Hearing & Appeals; Tampa. Florida |
| 1986-Present | J. Clifford MacDonald Center, Inc.; Tampa, Florida |
| 1988-1989 | American Psychiatric Association Task Force of Treatment of Psychiatric Disorders |

CONFIDENTIAL
AZSER12750327

BEST COPY AVAILABLE

Page 2 of 3, Curriculum Vitae, Gary K. Arthur, M.D.

**Consultations:**
**(Cont'd)**
1996-2000            St. Joseph Hospital Managed Care Consultant; Tampa, Florida

**Teaching**
**Appointments :**

1973-1974            Department of Community Medicine, St. Louis University, St. Louis, MO
1975-Present         Clinical Assistant Professor University of South Florida College of
                     Medicine Department of Psychiatry and Behavioral Medicine, Tampa,
                     Florida Resident Supervisor; Instructor in Adult Psychiatric Diagnosis; The
                     Phases of Adult Life,
                     Managed Care

**Continuing Education:**
1988

1990                 Florida Mental Health Institution Course in Forensic Evaluation 20
                     hours, Tampa, Florida

1998                 The Severely Disturbed Adolescent Harvard Medical School
                     Department of Continuing Education 22 hrs
                     Mental Health Litigation and the Workplace - University of
                     California Davis Medical College 12 hours, Davis, California

**Ongoing:**           State of Florida Requirements — two years - 44 hours CMB
                     credits including AIDS; Risk Management, Spouse- Child Abuse.

**Professional**
**Memberships:**

Fellow-American Psychiatric Association
Florida Psychiatric Association
Tampa Psychiatric Association
American Board of Quality Assurance and Utilization Review Physicians

**Staff**
**Privileges:**

AMI Memorial Hospital-Tampa, Florida
St. Joseph Hospital Tampa, Florida
Palms of Pasadena Hospital- Pasadena, Florida

**Professional Licensure:**

Florida State Board of Medical Examiners #OO21440 = December 1974

**Publications:**

Arthur, Gary K.: - "The Middle Class American Family" , The Forum Journal of Hahnemann Medical
College, Department of Psychiatry 1970.

Arthur, Gary K.: - "Inpatients admitted to a Military Drug and Alcohol Program" -1972.

Arthur, Gary K., and Crenshaw, David; "Come One, Come All and Other Techniques of Family
Therapy", Videotape, Video Department-St. Louis, University Department of Psychiatry.

CONFIDENTIAL
AZSER12750328

BEST COPY AVAILABLE

## Publications:
(cont'd)

Arthur, Gary K., Gershon, Samuel, Mendels, Joseph and Worthington, John: A Roundtable Discussion on Effective Use of Lithium" Audio Cassette -1975.

Arthur, Gary K., Brooks, Robert. & Long, Mercy: "A Language /Cultural Course for Foreign Medical Graduates in Psychiatric Residencies", American Journal of Psychiatry, -1979.

Arthur, Gary K., Mconell, Kim: "Body Dysmorphic Disorder" E Medicine.Com - 2001.

Arthur, Gary, K., Sandra et.al: Chapter on Hististrionic Personality Not So Perfect, Sandra Fealer, 2000.

Arthur, Gary K., Don't Get Lost, a Survival Guide For Your Journey Through Life - 2001.

Updated 04/2005

Signed: _____

CONFIDENTIAL
AZSER12750329

BEST COPY AVAILABLE

D1447C00126.0117

| Sarkis Clinical Trials | Sarkis Clinical Trials | Sarkis Family Psychiatry |
|---|---|---|
| 519B NW 60th Street | 611 NW 60th ST, Ste C | 529 NW 60th Street |
| Gainesville, FL 32607 | Gainesville, FL 32607 | Gainesville, FL 32607 |
| Office: (352) 333-0094 | Office: (352) 333-0094 | Office: (352) 331-5100 |
| Fax: (352) 331-5761 | Fax: (352) 331-5761 | Fax: (352) 331-5761 |

09 DEC 2004

### Elias H. Sarkis, M.D.

| EDUCATIONAL INSTITUTION: | DATE: | DEGREE: |
|---|---|---|
| UNDERGRADUATE | | |
| City College of New York | 1975 | BS: Biology and French |
| MEDICAL SCHOOL(S) | | |
| University of Montpellier | 1975-1979 | |
| Faculté de Medecine | | |
| Montpellier, France | | |
| University of Lille | 1979-1985 | MD |
| Faculté de Medecine | | |
| Lille, France | | |
| INTERNSHIP | University of Florida | 1986-1989 | |
| | Department of Psychiatry | | |
| | Gainesville, Florida | | |
| PSYCHIATRIC RESIDENCY | University of Florida | 1986-1989 | |
| | Department of Psychiatry | | |
| | Gainesville, Florida | | |
| FELLOWSHIP IN CHILD AND ADOLESCENT PSYCHIATRY | | |
| | University of Florida | 1989-1991 | |
| | Department of Psychiatry | | |
| | Division of Child and | | |
| | Adolescent Psychiatry | | |
| | Gainesville, Florida | | |

1

CONFIDENTIAL
AZSER12750330

BEST COPY AVAILABLE

| ADDITIONAL (INCLUDING PSYCHOANALYTIC) | CERTIFICATE/DEGREE |
|---|---|
| 1990 | Elective |
| | University of Montpellier Medical School |
| | Department of Child Psychiatry |
| | Montpellier, France |
| 1990-1991 | American Medical Association/ |
| | Burroughs/Wellcome Leadership Award |
| 1987 | FLEX |
| 1984 | ECFMG |
| 1984-1985 | Internship |
| | Hospital Center |
| | Bethune, France |
| 1980-1981 | Research Assistantship |
| | University of Washington |
| | Department of Anesthesiology |
| | Pain Clinic |
| | Seattle, Washington |

## BOARD CERTIFICATION(S)

| | |
|---|---|
| General | January   1992 |
| Child and Adolescent Psychiatry | September 1992 |
| American Society of Addiction Medicine | 1996 |

2

CONFIDENTIAL
AZSER12750331

BEST COPY AVAILABLE

MEDICAL AND PROFESSIONAL ASSOCIATIONS

American Psychiatric Association
| | |
|---|---|
| 1996 | Invitee, State Legislative and Public Affairs Joint Institute Ft. Lauderdale, Florida |
| 2003 | Distinguished Fellow of the American Psychiatric Society |

Florida Psychiatric Society
| | |
|---|---|
| 2002-Present | President |
| 2001-2002 | President-Elect |
| 1999-2001 | Vice President |
| 1998-1999 | Treasurer |
| 1994-1996 | Public Affairs Representative |
| 1993-Present | Member, Editorial Board |
| 1993-1995 | Councillor |
| 1992-1993 | Chairman, New Psychiatrist Committee |
| 1988-1990 | Member, Religion, Advocacy & Consumer Groups Committee |
| 1989-1993 | Member, AIDS Committee |
| 1989-1990 | Chairman, Residents Committee |
| 1989-Present | Member, Committee on Child and Adolescent Psychiatry |

North Central Florida Psychiatric Society
| | |
|---|---|
| 1996-1997 | President |
| 1995-1996 | Vice President |
| 1994-1995 | Secretary |

Alachua County Medical Society
President, Residents Section

American Academy of Child and Adolescent Psychiatry, Florida Council
1998-1999   President

American Medical Association
| | |
|---|---|
| 1990 | Delegate, AMA Interim Meeting Chicago, Illinois |
| 1989 | Delegate, AMA Interim Meeting Honolulu, Hawaii |

Florida Medical Association
| | |
|---|---|
| 1997 | Recipient, Certificate of Recognition "upon the recommendation of his county medical society, in appreciation for educational and professional services donated to children, teenagers, the homeless, the indigent elderly, and the medically indigent". |

| | |
|---|---|
| 1989-1995 | Member, Committee on Scientific Publications |
| 1988-1998 | Member, Physician Recovery Network Committee |
| 1989-1991 | Board of Directors |

North Florida Regional Hospital
| | |
|---|---|
| 1998 | Medical Quality Committee |

CONFIDENTIAL
AZSER12750332

BEST COPY AVAILABLE

University of Florida Department of Psychiatry
1988-1989    Chairman, Journal Club
             Treasurer, Residents Association

International Who's Who of Professionals
1999            Inductee

1996-Present  Member, We Care program

Alachua County Mental Health Association
1992-1993       President
1991-1992       President-Elect
1989-1991       Executive Committee Member-at-Large
1988-1989       Senior Vice Presdient
1987-1988       Chairman, Membership Committee
1987-1993       Board of Directors
1987-1993       Speakers Bureau
1987-1991       Committee Member:
                Long-Range Planning
                Advocacy
                Education


LECTURES

"Psychopharmacology for Counselors"
  University of Florida
                   Diagnosis and Treatment of Mental Disorders class
  Gainesville, Florida

1991-Present    Alachua County Schools
  "ADHD and the Student"
  Lectures at various schools

"ADHD in Adults"
Physicians Recovery Network Meeting
Amelia Island, Florida


"Mental Health and Substance Abuse"
  University of Florida
  Department of Counselor Education
  Substance Abuse Counseling class
  Gainesville, Florida

"Stress and Mental Health"
University of Florida
Department of Counselor Education
Stress and Anxiety Management class
Gainesville, Florida

4

CONFIDENTIAL
AZSER12750333

BEST COPY AVAILABLE

Vocational Rehabilitation
Gainesville, Florida

"ADHD and Your Child"
CHADD meeting
Gainesville, Florida

"Depression and Suicide in Youth"
Suwannee River Area Health Education Center, Inc.
Healthy Students, Healthy School Program
High Springs, Florida

"Depression Management"
Space Coast Clinicians
Fall Conference
Melbourne, Florida

"ADHD"
Psychiatric Journal Club Luncheon
Gainesville, Florida

ADHD Inservice
St. Patrick's School
Gainesville, Florida

"Children's Mental Health"
Jordan Glen Elementary School
Gainesville, Florida

"ADHD and Children"
Santa Fe High School
Alachua, Florida

"ADHD"
Taccachale Center
Gainesville, Florida
"ADHD"
Daytop Therapeutic Community
Citra, Florida

"ADHD and Children"
Terwilliger Elementary School
Gainesville, Florida
"Depression and Youth"
High Springs, Florida

5

CONFIDENTIAL
AZSER12750334

BEST COPY AVAILABLE

"Multiculturalism and Psychiatry"
University of Florida
Department of Counselor Education
Multicultural Counseling class
Gainesville, Florida

| | |
|---|---|
| 1997 | "La Communauté Thérapeutique: Prespective Américaine"<br>Toulon, France |
| 1997 | "The Family Role in Forming Strong Communities"<br>Presented to The Association of Black Psychologists<br>Jacksonville, Florida |
| 1992 | Bipolar Affective Disorder Conference<br>Gainesville, Florida |
| | "Question and Answer Session about Health"<br>Westwood Middle School Students |

## PRINT MEDIA

"The Anxious Child" WebMD Medical News, interviewee
Letter to the Editor, "Schools Starting at a Later Hour", Gainesville Sun
2001    Letter to the Editor, "Medical Student Training", Gainesville Sun

## TELEVISION/RADIO MEDIA

| | |
|---|---|
| 1988-Present | Numerous Radio and Television Interviews:<br>Gainesville, Jacksonville, and Orlando, Florida |
| 2001 | "A Question of Health: Stress and the Holidays"<br>WCJB-TV20, December |
| 2000 | "A Question of Health: Mental Health"<br>WCJB-TV20, November 16, 2000 |
| 1999 | "A Question of Health: Child and Adolescent Mental Health"<br>WCJB-TV20, September 23, 1999 |
| 1999 | "Weapons and Child/Adolescent Mental Health"<br>WRUF-AM Radio, April. |
| 1994 | "A Question of Health: Mental Health Checkup"<br>WCJB-TV20, September 22, 1994 |
| 1993 | "A Question of Health: Mental Health and the Holidays"<br>WCJB-TV20, December 16, 1993 |
| 1993 | "What's On Your Mind: ADHD"<br>WRUF-AM Radio, July 13, 1993 |

6

CONFIDENTIAL
AZSER12750335

BEST COPY AVAILABLE

| 1993 | "Health Update: ADHD"<br>WRUF-AM Radio, July 8, 1993 |
| 1993 | "ADHD"<br>WRUF-AM Radio, May 11, 1993 |
| 1993 | "What's On Your Mind"<br>WRUF-AM Radio, April 13, 1993 |
| 1991 | "Uses of Ritalin"<br>WRUF-AM Radio, April 23, 1991 |
| 1990 | "In Touch: Discrimination of the Mental Ill"<br>WMMZ-FM Radio, October 7, 1990 |
| 1989 | "North Florida Journal: Mental Health in Alachua County"<br>WUFT-TV, May 5, 1989 |
| 1988 | Eloise Henderson Show<br>WLUS-AM Radio, September 18, 1988 |

## CONFERENCES

Both conferences were coordinated and presented by Florida Psych Ed, a non-profit corporation specializing in providing continuing education credits to mental health clinicians. Dr. Sarkis is the President and Founder of this organization. Over 100 clinicians attended each conference.

| 1999 | "Psychopharmacology for Therapists"<br>September 24, 1999<br>Created, Organized and Lectured at Conference |
| 2000 | "Attention Deficit Disorder: A Primer for Clinicians"<br>January 28, 2000<br>Created, Organized, and Lectured at Conference |

## COMMUNITY ACTIVITIES

| 1998-2000 | Board of Directors<br>Chance Charter School<br>Gainesville, Florida |
| 1999-Present | Member, Westminster Presbyterian Church<br>Gainesville, Florida |
| 1996-Present | Member, Children and Adults with Attention Deficit Disorder (CHADD)<br>Gainesville, Florida |

7

447

CONFIDENTIAL
AZSER12750336

BEST COPY AVAILABLE

1996-Present  Member, National Alliance for the Mentally Ill (NAMI)

1995-Present   Member, St. Sarkis Armenian Church
                Belleview, Florida

1989           Staff Psychiatrist
               Camp for Hemophiliac Children
               University of Florida
               Department of Hemotology
               Gainesville, Florida

CLINICAL RESEARCH

Cephalon

2003-2004   Principal Investigator
"A 9-Week, Randomized, Double-Blind, Placebo-Controlled, Flexible-Dosage (up to 425 mg/day), Parallel-Group Study to Evaluate the Efficacy and Safety of the Modafinil Film-Coated Tablet in Children and Adolescents with Attention-Deficit/Hyperactivity Disorder."

2003-Present  Principal Investigator
"A 1-Year, Open-Label, Flexible-Dosage Study to Evaluate the Safety and Continued Efficacy of Modafinil (Film-Coated Tablet Formulation) in Children and Adolescents with Attention-Deficit/Hyperactivity Disorder."

Eli Lilly

2004-Present  Principal Investigator
Protocol B4Z-US-LYCW:  A Randomized, Double-Blind Comparison of Placebo and Atomoxetine Hydrochloride given once a day in Adults with Attention-Deficit/Hyperactivity Disorder with an Examination of Impact of Treatment on Family Functioning

2004  Principal Investigator
Protocol F1J-MC-HMCX:  Lilly's Emotional and Physical Symptoms Study (LEAPS)

2002-2003   Principal Investigator
Protocol B4Z-MC-LYBI: Phase III A Randomized, Double-Blind Comaprison of Atomoxetine Hydrochloride, Extended-Release Methylphenidate Hydrochloride (Concerta™), and Placebo in Pediatric Outpatients with DSM-IV Attention-Deficit Hyperactivity Disorder

2002-2003   Principal Investigator
Protocol B4Z-MC-LYAX:  A Randoomized, Double-Blind, Placebo-Controlled Study of Atomoxetine Hydrochloride in Adolescents with Attention-Deficit/Hyperactivity Disorder and Comorbid Depressive Disorder

2001-2003   Principal Investigator

8

448

CONFIDENTIAL
AZSER12750337

BEST COPY AVAILABLE

Protocol B4Z-US-LYBH: Phase III Placebo-Controlled Study of the Effects of Atomoxetine Hydrochloride on Bladder Control in Children with Nocturnal Enuresis

2001-Present   Principal Investigator
Protocol B4Z-MC-LYAI: Plase III Long-Term, Open-Label Safety Study of Atomoxetine Hydrochloride in Patients 6 Years and Older

2000-2003   Principal Investigator
Protocol B4Z-MC-LYAB: Phase III Open-Label Safety and Efficacy Study of Atomoxetine in Outpatients with ADHD, 6 to 18 Years

2001        Principal Investigator
Protocol B4Z-MC-LYAQ: Phase III Safety and Efficacy of Atomoxetine or Atomoxetine and Fluoxetine in the Treatment of Mixed Attentional and Affective Disorders

2000-2001    Principal Investigator
Protocol B4Z-MC-LYBB: Phase III Open-Label Safety and Efficacy of Atomoxetine in Pediatric Outpatients (6 to 18 Years) with ADHD

GlaxoSmithKline

2002-2003   Principal Investigator
Protocol SUM30045: A Double-Blind, Placebo-Controlled, Parallel Group Study to EvaluateTwo Dose Levels (5MG and 20 MG) of Sumatriptan Nasal Spray in the Acute Treatment of Single Migraine Attack in Adolescent Migraineurs (12-17 Years of Age)

2003-Present Principal Investigator
"An Open-Label Study of Tolerability, Clinical Response and Satisfaction in Adult Bipolar I Subjects Optimizing Initiation of Therapy Using Administration of Dermatological Precautions and Lamictal Titration Packs."

Principal Investigator
Protocol ADD2002: A Multicenter, Open-Label, Uncontrolled, Dose Titration Study of Five Oral Doses of 1555U88 (1.25, 2,5, 5, 7,5, 10, 12.5 and 15 mg per day) in the Treatment of Attention Deficit/Hyperactivity Disorder in Children

Prinicipal Investigator
Protocol ADD20003: A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Dose-Ranging Study of Five Oral Doses of 1555U88 (2.5, 5, 7.5, 10, and 15 mg per day) in the Treatment of Attention-Deficit/Hyperactivity Disorder in Children.

Janssen

2004-Present   Sub-Investigator
RIS-ANX 301 A double-blind, randomized, prospective, study to evaluate adjunctive risperidone versus adjunctive placebo in Generalized Anxiety Disorder sub-optimally responsive to standard psychotropic therapy.

9

CONFIDENTIAL
AZSER12750338

BEST COPY AVAILABLE

2004-Present  Sub-Investigator
RIS-DEP 401 A double-blind, randomized, prospective trial to evaluate augmentation of citalopram with risperidone versus placebo in patients with Major Depressive Disorder resistant to citalopram and prior antidepressant

Organon

2002-Present    Principal Investigator
Protocol 134-019: A Multi-Center, Randomized, Double-Blind, Placebo-Controlled, Fixed-Dose, Safety and Efficacy Trial of Org 33062 ER in Outpatient Children and Adolescents with Major Depressive Disorder

2003-Present    Principal Investigator
Protocol Protocol 134-507:  Open-Label Extension Trial in Children and Adolescents with Major Depressive Disorder Who Participated in One of the Short-Term ORG 33062 ER Safety and Efficacy Trials."

Ortho-McNeil

2002-2003    Principal Investigator
CAPSS-169:  The Effect of Ortho Tri-Cyclen on Bone Mineral Density in Pediatric Subjects with Anorexia Nervosa:  A Double-Blind, Placebo-Controlled Study.

Pharmacia

Principal Investigator
Protocol 950E-CNS-0005-087: Open-Label Reboxetine Continuation Therapy

Principal Investigator
Protocol M/2020/0047: Reboxetine, Placebo, and Paroxetine Comparison in Patients with Major Depressive Disorder

Principal Investigator
Protocol CTN:950ECNSO323-001: Pharmacogenomics Blood Sampling Protocol (Reboxetine)

Repligen

Principal Investigator
Protocol RG1068-04-02: A Phase III, Randomized, Double-Blind, Placebo-Controlled, Mutliple Dose Study to Assess the Efficacy, Safety, and Tolerability of RG1068 (Synthetic Human Secretin) in Children with Autism

10

CONFIDENTIAL
AZSER12750339

BEST COPY AVAILABLE

Shire

2004-Present  Principal Investigator
A Phase III, Randomized, Double-Blind, Multi-Center, Parallel-Group, Placebo-Controlled, Dose Optimization Study, Designed to Evaluate the Safety and Efficacy of Methylphenidate Transdermal System® (MTS) vs. Concerta® in Pediatric Patients aged 6-12 with Attention-Deficit/Hyperactivity Disorder (ADHD)

2004-Present  Principal Investigator
Protocol Number SPD485-303:  Protocol Title: A Phase III, Multi-Center, Open-label Study of Methylphenidate Transdermal System® (MTS) in Pediatric Patients aged 6-13 with Attention-Deficit/Hyperactivity Disorder(ADHD)

2003-2004  Principal Investigator
"A Phase IIIb Open-Label, Multi-Center Study to Assess Safety, Tolerability, and Effectiveness Associated with the use of ADDERALL XR in Adults with Attention Deficit Hyperactivity Disorder and Evaluate an ADHD-Specific Novel Quality of Life Measure."

Principal Investigator
Protocol SLI381.305: An Open-Label, Multi-Center Study to Assess Tolerability, Effectiveness, and Quality of Life Associated with the Use of SLI381 (Adderall XR™) in Children with Attention Deficit Hyperactivity Disorder (ADHD) in a Community Practice Setting

Targacept

2003 – Present  Principal Investigator
"A Multi-Center, Double-Blind, Randomized, Placebo Controlled, Six-Week, Flexible, Oral-Dose Clinical Study of Mecamylamine in the Treatment of Attention Deficit Hyperactivity Disorder (ADHD)."


ADMINISTRATIVE POSITIONS

1999-Present
President/Founder
Florida Psych Ed
A Non-Profit Continuing Education Credit Provider

1991-Present
Medical Director/Founder
Sarkis Family Psychiatry
Gainesville, Florida

1998-Present
Principal Investigator/ Medical Director
Sarkis Clinical Trials

11

CONFIDENTIAL
AZSER12750340

BEST COPY AVAILABLE

1997-1998
1993-1996
Medical Director
Daytop Therapeutic Community
Citra, Florida

1996-1999
Brown School
Medical Director/ Staff Psychiatrist
Gainesville, Florida
1993-1995
Medical Director
Child and Adolescent Unit
Ventures Partial Hospitalization Program
Gainesville, Florida

1993
Staff Psychiatrist
Vista Pavillion
Gainesville, Florida

1992
Medical Director
Crossings Partial Hospitalization Program
Ocala, Florida

1991-1992
Staff Psychiatrist
Grant Center Hospital
Citra, Florida

1990-1991
Chief Fellow
University of Florida
Division of Child and Adolescent Psychiatry
Gainesville, Florida
TEACHING POSITIONS

1998-Present
Conduct monthly Journal Club in Child Psychiatry for residents in Psychiatry and
Fellows in Child Psychiatry
Participated in Mock Oral Board Exams and other educational activities
University of Florida
Department of Psychiatry
Gainesville, Florida

1996-Present
Clinical Associate Professor
University of Florida
Department of Psychiatry
Gainesville, Florida

12

CONFIDENTIAL
AZSER12750341

BEST COPY AVAILABLE

1994-Present
Site Host and Supervisor, Practicums and Internships
University of Florida
Department of Counselor Education
Gainesville, Florida

1993-Present
Speakers Bureau
Alza, Eli Lilly, GlaxoSmithKline, Novartis, and Shire

2000-2001
Site host and Supervisor
University of Florida
College of Nursing
Nurse-Practitioner Program

1999-2001
Site host and Supervisor
University of South Florida
College of Nursing
Nurse-Pracitioner Program

1991-1996
Conducted weekly seminars in Child Psychiatry for residents in Psychiatry and
Fellows in Child Psychiatry
University of Florida
Department of Psychiatry
Gainesville, Florida

1991-1996
Clinical Assistant Professor
University of Florida
Department of Psychiatry
Gainesville, Florida

1990-1991
Chief Fellow
University of Florida
Department of Psychiatry
Division of Child and Adolescent Psychiatry
Gainesville, Florida

1990-1991
Elective
University of Florida
Student Mental Health Services
Gainesville, Florida

13

CONFIDENTIAL
AZSER12750342

BEST COPY AVAILABLE

1990
Acting Chief Resident
Univeristy of Florida
Department of Psychiatry
Gainesville, Florida

1989-1990
Grand Rounds Presenter
"Clonazepam"
University of Florida
Department of Psychiatry
Gainesville, Florida

1989-1990
Consultant
University of Florida
Department of Pediatrics, Hematology-Oncology
Gainesville, Florida

1989-1990
Consultant
Northeast Florida State Hospital
Adolescent Unit
Macclenny, Florida

1988-1990
Preceptor for third year medical students
University of Florida
Gainesville, Florida
Weekly instruction in interviewing techniques and basic psychiatric curriculum

1986-1990
Expert Witness
University of Florida; School of Law
National Institute for Trial Advocacy
Gainesville, Florida

SCIENTIFIC AND SCHOLARLY PUBLICATIONS

J. DeVaugh-Geiss, C.K. Conners, E.H. Sarkis, P.K. Winner, L.D. Ginsberg, et al.
GW320659 for the treatment of attention-deficit/hyperactivity disorder in children.
Journal of the American Academy of Child and Adolescent Psychiatry, 2002, 41(8): In
press.

E. Sarkis.  Is it ADHD or is it Not?  House Calls, Alachua County Medical Society
Journal, in press.

E. Sarkis.  Psychiatry today: Advances in psychiatry.  House Calls, Alachua County
Medical Society Journal, July-Aug. 2001.

14

CONFIDENTIAL
AZSER12750343

BEST COPY AVAILABLE

E. Sarkis. Choosing an antidepressant: A simple classification. House Calls, Alachua County Medical Society Journal, July-Aug. 2001.

E. Sarkis. "Model" Behavior. Letter to the Editor in response to "Role of serotonin in the paradoxical calming effect of psychostimulants on hyperactivity (15 Jan 1999, p. 397). Science, 24 March 2000, Volume 287.

E. Sarkis. La Communauté thérapeutique: perspective américaine. Nervure: Journal de Psychiatrie, 1997,

K. Burton, E. Sarkis, S. Hill, C. Bright, J. Kemph, & P. Mehta. AIDS and hemophilia. Journal of the Florida Medical Association, Sept. 1991, 78, 572-576.

B. Lyles, E. Sarkis, & J. Kemph. Fluoxetine and anorexia (Letter to the Editor). Journal of the American Academy of Child and Adolescent Psychiatry, 1990, 29, 984-985.

G. DuCloux, J. Manouvrier, J.L. Wemeau, J.L. Christiaens, M. Barbry, E.H. Sarkis. Orthostatic hypotension due to prolactin-secreting pituitary adenoma. American Heart Journal, 1984, Jan.; 107(1): 187-188.

P. Asseman, B. Berzin, D. Desry, D. Vilarem, P. Durand, C. Delmotte, E.H. Sarkis, J. Lekieffre, & C. Thery. Sinus region electrograms. Circulation, 1983, May; 67(5): 1159-1160.

P. Asseman, B. Berzin, D. Desry, D. Vilarem, P. Durand, C. Delmotte, E.H. Sarkis, J. Lekieffre, & C. Thery. Persistent sinus nodal electrograms during abnormally prolonged postpacing atrial pauses in sick sinus syndrome in humans: Sinoatrial block versus overdrive suppression. Circulation, 1983, 68 (1), 33-41.

P. Asseman, B. Berzin, D. Desry, D. Vilarem, P. Durand, C. Delmotte, E.H. Sarkis, J. Lekieffre, & C. Thery. Sinus node region activity during post pacing atrial pauses in human sick sinus syndrome. Pacing and Clinical Electrophysiology, 1983, 6(2): 321-321.

P. Asseman, B. Berzin, D. Desry, D. Vilarem, P. Durand, C. Delmotte, E.H. Sarkis, J. Lekieffre, & C. Thery. Persistent sinus nodal electrograms during abnormally prolonged postpacing atrial pauses in sick sinus syndrome in humans: Sinoatrial block versus overdrive suppression. European Heart Journal 1983, 33-41 (Supplement E).

L.B. Ready, E. Sarkis, & J.A. Turner. Self-reported versus actual use of medication in chronic pain patients. Pain, 1982, 12, 285-294.

LANGUAGES

French (Written and Spoken)

15

CONFIDENTIAL
AZSER12750344

BEST COPY AVAILABLE

## Curriculum Vitae

D1447C00126
Site # 0118

Name:                Veronique Sebastian, M.D.
Date of Birth:       March 5, 1965
Address:             REDACTED

Telephone:
FAX:
E-Mail:

Research Affiliate:  Sooner Clinical Research
                     5929 N. May Avenue, Suite 401
                     Oklahoma City, OK  73112

### PROFESSIONAL QUALIFICATIONS:

Diplomat-American Board of Psychiatry and Neurology, Board Certified – January 2000

Diploma in Mental Health, Queens University, Belfast Northern Ireland, UK – January 1991

M.R.C. Psych, Royal College of Psychiatrists, London, Primary passed April, 1992

M.B.B.S. St. John's Medical College, Bangalore, South India, April 1987

### POSITIONS HELD:

**Clinical Asst. Professor** – Department of Psychiatry and Behavioral Sciences, University of Oklahoma Health Sciences Center
**Attending Psychiatrist** – VA Hospital, Oklahoma City
**Consultant Psychiatrist** – Professional Corporation of Psychiatry, Private practice Staff Status, INTEGRIS Baptist/Deaconess Hospitals
**Consultant Psychiatrist** – Community Counseling Center, Oklahoma City

### PAST POSITIONS HELD:

**Chief Resident** – Department of Psychiatry & Behavioral Sciences, University of Oklahoma Health Sciences Center (97-98)
**Resident Representative** – Psychiatry Residency Training Committee
**Member-Executive Committee** – Oklahoma Psychiatric Association (97-98)

### PROFESSIONAL REGISTRATION:

U.S.A.              Medical License: Oklahoma, Indiana, and Alabama

United Kingdom      Professional & Linguistic Assessment Board exam, July 1989

### POST GRADUATE TRAINING IN PSYCHIATRY:

Resident in Psychiatry – University of Oklahoma Health Sciences Center, 1996-1998
Internship – Children's Hospital, Oklahoma City; VA Hospital, Internal Medicine

### RESEARCH:

13 trials as Principal Investigator in the following indications: Panic Disorder, Depression, Sexual Dysfunction, Bipolar Disorder, Alzheimer's, and Schizophrenia

### PROFESSIONAL MEMBERSHIPS:

American Medical Association, American Psychiatric Association, Oklahoma Psychiatric Association, Central Oklahoma Psychiatric Society, Oklahoma State Medical Association

456

CONFIDENTIAL
AZSER12750345

BEST COPY AVAILABLE

447C00126
# 0119

# CURRICULUM VITAE
## SANJAY GUPTA, M.D.
### *(October, 2004)*

| CURRENT ACADEMIC TITLE | Clinical Professor |
| --- | --- |
| | Dept. of Psychiatry, University of Buffalo |
| | School of Medicine and Biomedical Sciences |
| | Buffalo, NY |
| | |
| | Clinical Associate Professor |
| | Dept. of Psychiatry |
| | SUNY Upstate Medical University |
| | Syracuse, NY |

| WORK ADDRESS | Olean General Hospital | HOME ADDRESS | REDACTED |
| --- | --- | --- | --- |
| | 515 Main Street | | |
| | Olean, NY 14760 | | |
| | PH: (716) 373 1094 | | |
| | Fax: (716) 373-1153 | | |
| | Voice Mail (716) 661 6911 | | |
| | E-Mail sgupta1@adelphia.net | | |

President
Global Research and Consulting
515, Main Street, Olean, NY 14760

Vice-President
Psychiatric Network, P.C.
2200 Foote Avenue, suite 4
Jamestown, NY 14701
Or 515 Main Street
Olean, NY 14760

## EDUCATION

| | | |
| --- | --- | --- |
| Doctorate of Medicine | University of Delhi (India) | 1984 |
| Resident, Dept. of Psychiatry | SUNY Health Science Center Syracuse, New York | 1987-1991 |
| Postdoctoral Fellowship | Mental Health Clinical Research Center Schizophrenia Research The University of Iowa College of Medicine Director: Nancy C. Andreasen, M.D., Ph.D. | 1991-1994 |
| Psychiatry Research Elective | Karolinska Institute, Sweden Director: Professor Sedvall | 1993 |
| *PGY-4 Electives* | | |
| Research Elective | Clinical Brain Disorders Branch NIMH, Washington, DC Director: Daniel Weinberger, M.D. | 1991 |

CONFIDENTIAL
AZSER12750346

BEST COPY AVAILABLE

| | | |
|---|---|---|
| Behavioral Neurology Elective | Beth Israel Hospital<br>Boston, MA<br>Director: Marsel Mesulam, M.D. | 1991 |

***Advanced Clinical Clerkships***

| | | |
|---|---|---|
| | Massachusetts General Hospital<br>Boston, MA<br>Affiliate of Harvard Medical School<br>Psychiatric Consultation Service<br>Director: Edwin Cassem, M.D. | 1987 |
| | Massachusetts General Hospital<br>Boston, MA<br>Psychiatric Inpatient Unit<br>Director: Michael Jenike, M.D. | 1987 |
| | SUNY Health Science Center<br>Syracuse, NY | 1985 |
| | Psychiatric Inpatient Team<br>Consultation Service and Emergency Room | 1986 |

**BOARDS AND CERTIFICATIONS**

| | |
|---|---|
| American Board of Psychiatry and Neurology | 1993 |
| Certification in Geriatric Psychiatry | 1995 |
| American Board of Forensic Examiners | 1995 |
| American Board of Addiction Medicine | 1995 |
| American Board of Forensic Medicine | 1995 |
| American Board of Adolescent Psychiatry | 1997 |

**PROFESSIONAL APPOINTMENTS**

| | |
|---|---|
| ***Present*** | Chairman, Department of Psychiatry<br>Olean General Hospital<br>Olean, NY |
| **1998** | Clinical Associate Professor, Department of Psychiatry<br>University of Buffalo<br>School of Medicine and Biomedical Sciences<br>Buffalo, NY |
| | Clinical Assistant Professor, Department of Family Medicine<br>University of Buffalo<br>School of Medicine and Biomedical Sciences<br>Buffalo, NY |

**Page 2**

458

CONFIDENTIAL
AZSER12750347