BEST COPY AVAILABLE

| 1997 | Clinical Associate Professor, Department of Psychiatry |
| | SUNY Health Science Center |
| | Syracuse, NY |

Adjunct Faculty
Daemen College
Amherst, NY

1996 - 1997      Clinical Assistant Professor, Department of Psychiatry
                 SUNY Health Science Center
                 Syracuse, NY

1994 - 1995      Assistant Professor, Department of Psychiatry
                 University of Nebraska School of Medicine (Creighton)
                 Omaha, NE

1991 - 1994      Fellow Associate, Department of Psychiatry
                 The University of Iowa College of Medicine
                 Iowa City, IA

## AWARDS AND HONORS

2001             Preceptor of the Year Award
                 Daemen College, Physicians Assistant Program
                 Buffalo, NY

1995             Award - NIMH Sponsored Summer Research Institute
                 Geriatric Psychiatry
                 San Diego, CA

1995             Frank J. Menolascino Award for Excellence in Teaching
                 University of Nebraska School of Medicine (Creighton)
                 Omaha, NE

1992             American College of Neuropsychopharmacology (ACNP) Award

1981             Pharmacology Award – Medical School

## ACTUAL PUBLICATIONS

1.   Gupta S, Masand PS, Tanquary JF:  Thyroid hormone supplementation of fluoxetine in the treatment of major depression.  <u>Br J Psychiatry</u> 1991;159:866-867

2.   Masand PS, Gupta S, Dewan MJ:  Suicidal ideation related to fluoxetine treatment.  <u>New England Journal of Medicine</u> 1991; 324:420

3.   Gupta S, Major LF:  Hair loss associated with fluoxetine.  <u>Br J Psychiatry</u> Nov. 1991; 159

**Page 3**

459

CONFIDENTIAL
AZSER12750348

BEST COPY AVAILABLE

4.    Gupta S, Ghaly N, Dewan MJ:  Dexteroamphetamine augmentation of fluoxetine in treatment refractory depression.  Hosp Community Psychiatry 1992;43: 281-283

5.    Dewan MJ, Gupta S:  Toward a definite diagnosis of Alzheimer's disease.  Comprehensive Psychiatry 1992; 33: 282-290

6.    Dewan MJ, Gupta S:  Congruence between Hindu philosophy and writings of Otto Rank.  Psychol Rep 1992; 70 :127-130

7.    Gupta S, Egan MF, Hyde TM:  An unusual presentation of tardive dyskinesia with prominent involvement of the pectoral musculature.  Biological Psychiatry 1993;33 :291-292

8.    Popli A, Gupta S:  Poly-pharmacy akathisia and associated suicide attempts.  Depression 1993;1: 53-55

9.    Andreasen NC, Swayze II VW, O' Leary DS, Miller D, Flaum MA, Gupta S:  Structural brain abnormalities revisited: Measurement of volumes and surface structures based on three dimensional magnetic resonance.  Schizophrenia Research 1993; 9:191

10.   Flaum MA, Swayze II VW, Gupta S, O' Leary DS, Andreasen NC:  Symptom domains and neural substrates of schizophrenia:  A magnetic resonance imaging study.  Schizophrenia Research 1993, 9:198

11.   Gupta S:  Media or fluoxetine-induced akathisia?  Am J Psychiatry 1993;150:531-532

12.   Gupta S, Freimer M:  Trichotillomania treated with clomipramine and a topical steroid.  Am J Psychiatry 1993; 150:524

13.   Gupta S, Popli A, Freimer M:  Paradoxical sedation with sertraline.  Am J Psychiatry 1993; 150:1427-1428

14.   Roy MA, Flaum MA, Gupta S, Jaramillo L, Andreasen NC:   Epidemiological and clinical correlates of familial and sporadic schizophrenia.  Acta Psychiatrica Scandinavica. 1994;89: 324-328

15.   Gupta S, Baker P:  Effects of clozapine on polydipsia in chronic schizophrenia.  Annals of Clinical Psychiatry 1994; 6:135-137

16.   Gupta S, Black DW, Smith D:  Risperidone:  Review of its pharmacology, and therapeutic use in schizophrenia.  Annals of Clinical Psychiatry 1994; 6: 173-180

17.   Andreasen NC, Nopoulos P, Schulz S, Miller D, Gupta S, Swayze V, Flaum M:  Positive and negative symptoms of schizophrenia: Past, present, and future.  Acta Psychiatrica Scandinavica 1994;90: S51-S59

18.   Gupta S, Rajaprabhakaran R:  A case of paradoxical sedation with fluoxetine.  J Clin Psychiatry 1994 ; 55:118

19.   Gupta S, Rajaprabhakaran R:  Clozapine induced hypertension.  Am J Psychiatry 1994; 151:148

**Page 4**

CONFIDENTIAL
AZSER12750349

BEST COPY AVAILABLE

20.  Gupta S, Andreasen NC, Arndt S, Flaum MA, Schultz SK, Hubbard WC, Smith M: Neurological soft signs in neuroleptic naive schizophrenic patients vs normal controls.  American Journal of Psychiatry 1995;152:191-196

21.  Gupta S, Rajaprabhakaran R, Arndt S, Flaum MA, Andreasen NC:  Premorbid adjustment as a predictor of phenomenological and neurobiological indices in schizophrenia.  Schizophrenia Research 1995; 16: 189-197

22.  Rajaprabhakaran R, Gupta S, Andreasen NC:  Volume of Pineal Gland in Schizophrenia:  An MRI study.  Schizophrenia Research 1995; 14: 253-255

23.  Gupta S, Popli A:  Psychosis in Apert's Syndrome associated with partial agenesis of the corpus callosum.  Journal of Psychiatry and Neuroscience 1995;20:307-309

24.  Gupta S, Bonney W, Sethi P, Hunter, DR:  Bladder dysfunction in schizophrenia.  Neurology and Urodynamics 1995; 14:371-378

25.  Masand PS, Kaplan D, Gupta S, Bhandary A, Nasra G, Kline M:  Major depression and irritable bowel syndrome (IBS):  Is there a relationship?  Journal of Clinical Psychiatry 1995;56: 363-367

26.  Schultz SK, Miller D, Arndt S, Ziebell S, Gupta S, Andreasen NC:  Withdrawal emergent dyskinesia in patients with schizophrenia during antipsychotic discontinuation:  Biological Psychiatry 1995; 38 : 713-719

27.  Gupta S, Daniel D: Cautions in the clozapine to risperidone switch. Annals of Clinical Psychiatry 1995;7: 149

28.  Bhatara V, Gupta S, Freeman J:  Fluoxetine associated paresthesias and alopecia in a woman who tolerated sertraline.  J Clin Psychiatry 1995;57:227

29.  Flashman LA, Flaum MA, Gupta S, Andreasen NC:  Soft signs and neuropsychological performance in schizophrenia.  American Journal of Psychiatry 1996;153:526-532

30.  Rangwani SR, Gupta S, Burke W.J., Potter J:  Dramatic improvement of debilitating tardive dyskinesia with risperidone.  Annals of Clinical Psychiatry 1996; 8:27-29

31.  Masand PS, Kaplan D, Gupta S, Bhandary A:  The relationship between irritable bowel syndrome (IBS) and panic disorder.  Annals of Clinical Psychiatry 1996; 8:81-84

32.  Gupta S, Hendricks S, Kenkel A, Bhatia SC, Haffke EA:  Relapse in schizophrenia: Is there a relationship to substance abuse?  Schizophrenia Research 1996; 20:153-156

33.  Masand PS, Kaplan D, Gupta S, Bhandary A:  The relationship between double depression (dysthymia plus major depression) and irritable bowel syndrome (IBS).  Depression 1996; 3:303-308

34.  Gupta S, Gilroy Jr W.R:  Risperidone: Once daily dosage schedule. Annals of Clinical Psychiatry 1996; 7:211

**Page 5**

CONFIDENTIAL
AZSER12750350

BEST COPY AVAILABLE

35. Bhatia SC, Gupta S, Theesen, K:  Breast tenderness associated with venlafaxine. Journal of Clinical Psychiatry 1996; 57:423

36. Gupta S, Droney T:  Risperidone:  Once daily dosage.  Annals of Clinical Psychiatry 1996; 8:221

37. Masand PS, Kaplan D, Gupta S, Bhandary A:  Dysthymia and irritable bowel syndrome (IBS); Is there a relationship?  Psychosomatics 1997;38:63-69

38. Bhatara VS, Sharma JN, Gupta S, Gupta YK:  Rauwolfia Serpentina:  The first herbal antipsychotic. "Images in Psychiatry" section. American Journal of Psychiatry 1997;154:894

39. Gupta S, Hubbard WC, Arndt S, Flaum MA, Andreasen NC:  The Iowa prospective longitudinal study of recent onset psychoses:  One year follow-up of first episode subjects.  Schizophrenia Research 1997; 23:1-13

40. Gupta S, Masand PS:  Olanzapine:  Review of its pharmacology and indications in clinical practice.  Primary Psychiatry 1997; 4:73-82

41. Gupta S, Masand PS, Kaplan D, Bhandary A, Hendricks S:  The relationship between schizophrenia and irritable bowel syndrome (IBS).  Schizophrenia Research1997; 24:265-268

42. Bonney W, Gupta S, Arndt S, Hunter DR:  Neurobiological correlates of bladder dysfunction in schizophrenia.  Schizophrenia Research 1997; 25:243-249

43. Masand PS, Gupta S:  Dexfenfluramine for weight gain secondary to psychotropics.  Depression 1997; 6:119-123

44. Gupta S, Gilroy Jr W.R:  Hair loss associated with nefazadone.  The Journal of Family Practice 1997; 44: 20-21

45. Gupta S, Austin R, Black DW:  Ninety-three and washing. American Journal of Geriatric Psychiatry 1997; 5 : 354-355

46. Bhatara V, Gupta S: History of Rauwolfia Serpentina. Canadian Journal of Psychiatry 1997; 42:777-778

47. Masand PS, Gupta S, Kaplan D:  The prevalence of irritable bowel syndrome (IBS) in patients with alcohol abuse and dependence.  American Journal of Drug and Alcohol Abuse 1998; 24:513-521

48. Popli, A, Gupta S, Rangwani SR:  Risperidone-induced galactorrhea associated with prolactin elevation.  Annals of Clinical Psychiatry 1998; 10:31-33

49. Gupta S, Popli A, Bathurst E, Hennig L, Droney T, Keller P:  Efficacy of Cyproheptadine for nightmares associated with postraumatic stress disorder:  A case series.  Comprehensive Psychiatry 1998; 39:160-164

50. Bhatara V, Gupta S, Slugsrud-Breckenridge M:  Childhood-onset schizophrenia and clozapine dosage.  Archives of General Psychiatry 1998; 55:90-91

**Page 6**

CONFIDENTIAL
AZSER12750351

BEST COPY AVAILABLE

51. Gupta S, Masand PS, Black DW: Sertindole: Review of its pharmacology and indications in clinical practice. Indian Archives of Psychiatry 1999; 5:16-24

52. Gupta S, Austin R, Devanand DP: Lithium and maintenance electroconvulsive therapy. The Journal of ECT 1998; 14:241-244

53. Gupta S, Sonnenberg S, Frank B: Olanzapine augmentation of clozapine. Annals of Clinical Psychiatry 1998; 10:113-115

54. Bhatia SC, Bhatia S, Gupta S: Concurrent administration of clozapine and ECT: A successful therapeutic strategy for a patient with treatment-resistant schizophrenia. Journal of ECT 1998; 14:280-283

55. Gupta S: Antipsychotic-induced hyperprolactinemia causes serious adverse effects. The Journal of Psychotic Disorders 1998; 315-17

56. Gupta S, Black DW, Arndt S, Hubbard WA, Andreasen NC: Factors associated with suicide in schizophrenia. Psychiatric Services 1998; 49:1353-1355

57. Gupta S, Masand PS, Rangwani SR: Selective serotonin reuptake inhibitors in pregnancy and lactation. Obstetrical and Gynecological Survey 1998; 53:733-736

58. Gupta S, Droney T, Al-Samarrai S, Keller P, Frank B: Olanzapine-induced weight gain. Annals of Clinical Psychiatry 1998; 10:39

59. Gupta S, Austin R, Cali L, Bhatara V: Nightmares treated with cyproheptadine. Journal of American Academy of Child and Adolescent Psychiatry 1998; 7:570-571

60. Gupta S, Noor-Khan N, Frank B: Agranulocytosis with clozapine on the second trial. Psychiatric Services 1998; 49:1094

61. Bhatara V, Gupta S, McMillin, JM: Disruptive disorders, thyrotoxicosis, and DSM-IV. Journal of American Academy of Child and Adolescent Psychiatry 1998; 37:903

62. Gupta S, Rangwani SR: Selective serotonin reuptake Inhibitors in pregnancy. Journal of Family Practice 1998;47:72.

63. Masand PS and Gupta S: Selective serotonin reuptake inhibitors (SSRIs): An update. Harvard Review of Psychiatry 1999; 69-84

64. Gupta S, Droney T, Kyser A, Keller P: Selegiline augmentation of antipsychotics for the treatment of negative symptoms in schizophrenia. Comprehensive Psychiatry 1999; 40:148-150

65. Gupta S, Masand PS, Ashton A, Berry S: Phenelzine-induced sexual dysfunction treated with sildenafil. Journal of Sex and Marital Therapy 1999; 25:131-135

66. Bhatara V, Gupta S, BrokenLeg M: The Hiawatha Insane Asylum for Insane Indians: The first federal mental hospital for an ethnic group. American Journal of Psychiatry 1999; 156:767

67. Gupta S, Droney T, Masand PS, Ashton A: SSRI-induced sexual dysfunction treated with

CONFIDENTIAL
AZSER12750352

BEST COPY AVAILABLE

sildenafil. Depression 1999; 9:180-182

68.    Gupta S, O' Connell R, Parekh, AP, Krotz B, Stockwell D: Efficacy of valproate for agitation and aggression in dementia. International Journal of Geriatric Psychopharmacology 1999; 1:244-248

69.    Gupta S., Mosnik D, Black DW, Berry S, Masand P: Review of treatments of tardive dyskinesia. Annals of Clinical Psychiatry 1999; 11:257-266

70.    Gupta S, Goldstein MZ: Psychiatry consultation to nursing homes. Psychiatric Services 1999; 50:1547-1550

71.    Gupta S, Droney T, Al-Samarrai S, Keller P, Frank B: Olanzapine: weight gain and therapeutic efficacy. Journal of Clinical Psychopharmacology 1999; 19: 273-275

72.    Gupta S, Racaniello A: Neuroleptic malignant syndrome associated with amoxapine in an elderly patient. Annals of Clinical Psychiatry 2000; 12:107-109

73.    Gupta, S, Al-Samarrai S, Masand P, Lentz B, Keller P, Droney T. Risperidone: Real world outcomes of once daily dosage. Primary Care Companion to the Journal of Clinical Psychiatry 2000;55-57

74.    Schwartz TL, Massa, JL, Gupta, S, Al-Samarrai S, Devitt P, Masand P: Divalproex sodium versus valproic acid in hospital treatment of psychotic disorders. Primary Care Companion to the Journal of Clinical Psychiatry 2000; 2:45-48

75.    Masand PS, Gupta S: Long-term adverse effects of novel antipsychotics. Journal of Psychiatric Practice 2000; 6:299-309

76.    Schwartz TL, Boylan D, Gupta S, RoyChengappa KN, Ahmed S, Parepally H, Masand P, Ahmed S, Kuhles II DJ: Clinical effectiveness of divalproex sodium in lithium carbonate refractory bipolar spectrum patients. Pharmacy and Therapeutics 2000; 25:410-418

77.    Gupta S, Masand P, Frank B, Lockwood K, Keller P: Topiramate in bipolar disorder and schizoaffective disorder: Efficacy and weight loss. Primary Care Companion to the Journal of Clinical Psychiatry June 2000; 2, 3

78.    Ashton A.K, Ahrens K, Gupta S, Masand P: Antidepressant-induced sexual dysfunction and Ginko Biloba. American Journal of Psychiatry 2000; 157: 836-837

79.    Gupta S, Masand P: Effect of citalopram on blood desipramine level. Primary Care Companion to the Journal of Clinical Psychiatry 2000;2: 28

80.    Gupta S, Masand P: Citalopram and hair loss: Primary Care Companion to the Journal of Clinical Psychiatry 2000; 2: 61-62

81.    Gupta S, Frank BL, Masand P: Gabapentin in the treatment of aggression associated with conduct disorder. Primary Care Companion to the Journal of Clinical Psychiatry 2000; 2: 60-61

**Page 8**

CONFIDENTIAL
AZSER12750353

BEST COPY AVAILABLE

82.   Gupta S, Masand PS, Virk S:  Acetylcholine esterase inhibitors:  Treatment of dementia-related behavioral disturbances.  <u>Primary Care Companion to the Journal of Clinical Psychiatry</u> 2000; 2: 227-228

83.   Masand PS, Ashton A, Gupta S, Frank B:  Sustained-release buprorion for selective serotonin reuptake inhibitor-induced sexual dysfunction:  A randomized double-blind, placebo controlled parallel-group study. <u>American Journal of Psychiatry</u> 2001; 158:805-807

84.   Madhusoodanan S, Brenner, R, Gupta S, Bogunovic O:  Quetiapine for elderly patients with psychotic disorders.  <u>Clinical Geriatrics</u> 2001; 9:46-56

85.   Gupta S, Lentz B, Lockwood K, Frank B:  Atypical Antipsychotics:  Association of glucose dysregulation.  <u>Primary Care Companion to the Journal of Clinical Psychiatry</u> 2001; 3:61-65

86.   Gupta S, Frank BL, Madhusoodanan S:  Risperidone associated galactorrhea in a male teenager.  <u>Journal of the American Academy of Child and Adolescent Psychiatry</u> 2001; 40:504-505

87.   Gupta S, Bodkin JA, Keller P, Kyser A, Droney T:  Selegiline augmentation of antipsychotics for the treatment of negative symptoms in schizophrenia.  <u>Compendium Series Psychosis & Schizophrenia</u> 2002; 1:22-23

88.   Masand PS, Arora M, Schwartz TL, Sharma A, Wang X, Bhatia S, Hardoby W, Virk S, Gupta S:  Prescribing conventional antipsychotics at two Veterans Administration hospitals:  Are there geographical differences? <u>CNS Spectrums</u> 2001; 6:894-896

89.   Kubal TV, Pinto C, Masand PS, Virk S, Sharma S, Kaplan D, Yu-Siao B, Gupta S.  Relationship of irritable bowel syndrome (IBS) and panic disorder in Mumbai, India.  Primary Psychiatry 2001; 8: 33-35

90.   Gupta S, Masand PS, Kothari AK:  Cardiovascular side-effects of novel antipsychotics.  <u>CNS Spectrums</u> 2001; 6: 912-918

91.   Madhusoodanan S, Sinha S, Brenner, R, Gupta S, Bogunovic O:  Olanzapine for elderly patients with psychotic disorders.  <u>Annals of Clinical Psychiatry</u> 2002;13: 201-213

92.   Gupta S:  Anatomy and physiology of basal ganglia. <u>Psychiatric Annals</u> 2002;32: 230-232

93.   Gupta S, Frank BL, Madhusoodanan S:  Tardive dyskinesia: Legal issues and consent. <u>Psychiatric Annals</u> 2002;32:245-248

94.   Masand P, Schwartz TL, WangX, Gupta S, Manjooran J, Hameed A, Hardoby W, Ruetch SE, Virk S, Frank B:  Prescribing conventional antipsychotics in the era of novel antipsychotics:  Informed consent issues. <u>American Journal of Therapeutics</u> Am J Ther 2002; 9:6:484-487

95.   Madhusoodanan S, Brenner, R, Gupta S, Bogunovic O: Risperidone-associated priapism in an elderly male.  <u>American Journal of Geriatric Psychiatry</u> 2002;10:355

96.   Ashton A, Masand PS, Gupta S, Frank BL: Buproprion and sexual dysfunction. <u>American Journal of Psychiatry</u>  2002;159: 677-678

CONFIDENTIAL
AZSER12750354

BEST COPY AVAILABLE

97. Madhusoodanan S, Olivera B, Brenner R, Gupta S: Use of topiramate as an adjunctive medication in an elderly patient with treatment resistant bipolar disorder. American Journal of Geriatric Psychiatry 2002;10: 759

98. Gupta S, Lentz B, Frank BF: A case report of drug-induced dermatitis with weekly fluoxetine. Primary Care Companion to the Journal of Clinical Psychiatry 2002; 4:78-79

99. Masand PS, Wang X, Gupta S, Schwartz TL, Virk S, Hameed A. Comparison of risperidone and olanzapine in bipolar and schizoaffective disorders. Primary Care Companion to the Journal of Clinical Psychiatry 2002; 4:70-73

100. Gupta S, Steinmeyer C, Frank BL, Lockwood K, Lentz B, Schultz K, Keller P: Older patients with schizophrenia: Nature of dwelling status and symptom severity. American Journal of Psychiatry 2003; 160:383-384

101. Masand PS, Gupta S, Schwartz TL, Virk S, Lockwood K, Hameed A, King M, Kaplan DS. Paroxetine in patients with irritable bowel syndrome (IBS): A pilot open-label study. Primary Care Companion J Clin Psychiatry 2002;4:1:12-16

102. Garakani A, Win T, Virk S, Gupta S, Kaplan D, Masand PS. Comorbidity of irritable bowel syndrome in psychiatric patients: A review. American Journal of Therapeutics 2003 Jan-Feb;10:61-67

103. Masand PS, Gupta S, Schwartz TL, Kaplan DS, Virk S, Hameed A, Lockwood K. Does a preexisting anxiety disorder predict response to Paroxetine in irritable bowel syndrome (IBS)? Psychosomatics 2002; 43:6:451-455

104. Madhusoodanan S, Olivera B, Gupta S, Brenner R, Jeste DV: Use of atypical antipsychotics in elderly patients with schizophrenia and schizoaffective disorder-A review. Journal of advances in Schizophrenia and Brain Research 2002;4: 110-122

105. Gupta S, Nienhaus K, Shah SA: Quetiapine and QTc prolongation? Is it likely ?. Journal of Clinical Psychiatry 2003;64:5:612-613

106. Prakash S. Masand; Thomas L. Schwartz; Xiaohong Wang; Daniel J.'Kuhles; Sanjay Gupta; Bhushan Agharkar; Jacob Manjooran; M. Ahmad Hameed; William Hardoby; Subhdeep Virk; Bradford Frank. Prescribing Conventional Antipsychotics in the Era of Novel Antipsychotics: Informed Consent Issues. Am J Ther 2002; 9: 484-7

107. Gupta S. Comparitive effectiveness of antipsychotic drugs. American Journal of Psychiatry 2003;160:591

108. Madhusoodanan S, Olivera B, Brenner R, Gupta S. Hyponatremia secondary to antipsychotics, mood stabilizers, and anxiolytics. Psychiatric Annals 2003; 33:310-315

109. Al-Samarrai S, Gupta S: Quetiapine treatment of delirium in patients unresponsive to other antipsychotic agents. Psychosomatics 2003; 44:350-351

110. Masand PS, Gupta S. Long-term effects of newer generation antidepressants: SSRIs, venlafaxine,

CONFIDENTIAL
AZSER12750355

BEST COPY AVAILABLE

nefazodone, bupropion and mirtazapine.  Annals of Clinical Psychiatry 2002;14:175-182

111.   Masand PS, Gupta S. Depot antipsychotics in the older patient: Guidelines for effective use. Drugs and Aging  2003; 20:1099-1110

112.   Gupta S:  Olanzapine is associated with the greatest incidence of diabetes among the first line atypicals. Pro/Con debate.  The Journal of Psychotic Disorders 2003;7: 3

113.   Masand P and Gupta S:  The safety of SSRIs in Generalized Anxiety Disorder. Is there any reason to be anxious? Expert Opin Drug Saf 2003;5: 485-493

114.   Sharma S, Pinto C, Masand PS Virk S, Kaplan D, Yu-Siao B, Gupta S:  Relationship of irritable bowel syndrome (IBS) and major depression in Mumbai, India.   International Journal of Psychiatry in Clinical Practice 2003;7: 2:127-130

115.   Gupta S, Steinmeyer C, Frank BL, Madhusoodanan S, Lockwood K, Lentz B, Keller P: Hyperglycemia and hypertriglyceridemia in real world patients on antipsychotic therapy. American Journal of Therapeutics 2003; 10:348-355

116.   Masand PS, Gupta S. Quality of Life Issues Associated With Antipsychotic-Induced Weight Gain. Expert Rev Pharmacoeconomics Outcomes Res 2003; 3:5:651-659

117.   Masand P, Gupta S. Long-Acting Injectable Antipsychotics in the Elderly: Guidelines for Effective Use. Drugs and Aging 2003; 20:15:1099-1110

118.   Gupta S, Masand P, Virk S, Schwartz T, Hameed A, Frank BL, Lockwood K:  Weight change in patients switching from olanzapine to quetiapine.  Schizophrenia Research 2004; 70: 57-62

119.   Gupta S, Chohan M, Madhusoodanan S:  Treatment of Acute Mania with aripiprazole in an older adult with noted improvement in coexisting Parkinson's Disease. Primary Care Companion J Clin Psychiatry 2004 (in press)

120.   Gupta S, Masand P:  Aripiprazole: Review of its pharmacology and therapeutic use in psychiatric disorders.  Annals of Clinical Psychiatry 2004 (in press)

121.   Madhusoodanan S, Gupta S, Calleja G, Bogunovic O, Brenner R: Rhabdomyolysis after intravenous heroin abuse. Primary Care Companion J Clin Psychiatry 2004 (in press)

122.   Gupta S, Frank BL:  Consensus development conference on antipsychotic drugs and obesity and diabetes.  Journal of Clinial Psychiatry 2004 ;65:1149

### *Media Presentations Offering Professional Expertise for a Non-Professional Audience*

1.   Radio Broadcast, Network to Better Health, WJTN, Jamestown (on various psychiatric diseases)
2.   Psychiatric services in the Olean community.  Boces TV Channel (November 1996)

**Page 11**

CONFIDENTIAL
AZSER12750356

BEST COPY AVAILABLE

**SUBMITTED PUBLICATIONS**

1.   Pinto C, Gupta S, Dhavale H, Kaplan D, Berry S, Masand P:  Schizophrenia and irritable bowel syndrome: A cross-cultural study. (Submitted for publication)

2.   Masand PS, Gupta S, Schwartz T, Virk S, Hameed A, King M, Kaplan DS:  Open-Label treatment with citalopram in patients with irritable bowel syndrome: A pilot study. (submitted)

3.   Kubal TV, Sharma S, Pinto C, Masand PS Virk S, Kaplan D, Yu-Siao B, Gupta S:  Relationship of irritable bowel syndrome (IBS) and panic disorder in Mumbai, India.  (Submitted)

4.   Keuthen N, Gupta S, Virk S, Yu-Siao B, Kaplan D, Masand PS:  Prevalence of irritable bowel syndrome in obsessive compulsive disorder. (Submitted)

**GUEST EDITOR**

Drug-induced movement disorders in the elderly. Psychiatric Annals. 2002; 32

**BOOK CHAPTERS**

1.   Gupta S, Masand PS:  Patient Vignette, Case#8.  In Clinical Simulations in the management of psychotic disorders. (1998)

2.   Masand PS, Gupta S, Dewan MJ:   Selective Serotonin Reuptake Inhibitors:  In Psychopharmacology: Treatment of Psychiatric Disorders 1st Edition.  Editor Ananth J, Jaypee Brothers, Mumbai, India. (1999)

3.   Geriatric Psychiatry Self-Assessment Program:  Critique Book.  Editors: Kennedy GJ, Argonin, M, Scheinthal, SM, Tueth, MJ:  American Association of Geriatric Psychiatry.  Kendall/Hunt Publishing Company, Dubuque, IA. (1999)

4.   Gupta S:  New Approaches to the treatment of dopamine blocking agent induced movement disorders:  Drug-Induced Movement Disorders Editor Sethi KD, Marcel Dekker, Inc. New York (2004)

5.   Gupta S:  Psychiatric emergencies and crises management in neurological practice. Editors Jeste D V and Friedman JH 2004 (in press)

**CONFERENCE PROCEEDINGS**

1.   Gupta S, Hubbard WC, Arndt S, Flaum MA, Andreasen NC:   Neurological soft signs in neuroleptic naive schizophrenic patients vs normal controls.   American College of Neuropsychopharmacology, San Juan, Puerto Rico (December 1992)

2.   Hurtig R, Hichwa R, O'Leary DS, Ponto L, Watkins L, Gupta S, Andreasen NC:  Cognitive activation in rCBF studies using $O^{15}H_2O$ PET:  Timing of injections and tracer delivery.

**Page 12**

CONFIDENTIAL
AZSER12750357

BEST COPY AVAILABLE

American College of Neuropsychopharmacology, San Juan, Puerto Rico (December 1992)

3.  Swayze II VW, Andreasen NC, Cizadlo T, Harris G, Gupta S, Rajaprabhakaran R, Flaum MA: Frontal and cerebral size in schizophrenia revisited: Definition based on sulcal landmarks. American College of Neuropsychopharmacology, San Juan, Puerto Rico (December 1992)

4.  Flaum MA, Swayze II VW, Gupta S, O' Leary DS, Andreasen NC: Symptom domains and neural substrates of schizophrenia: A magnetic resonance imaging study. American College of Neuropsychopharmacology, San Juan, Puerto Rico (December 1992)

5.  Andreasen NC, Flaum MA, Swayze II VW, Harris G, Cizaldo T, Gupta S: Gender differences in the brain in schizophrenia. American Psychiatric Association, San Francisco, California (May 1993)

6.  Roy MA, Flaum MA, Gupta S, Jaramillo L, Andreasen NC: Epidemiological and clinical correlates of familial and sporadic schizophrenia. International Congress on Schizophrenia Research, Colorado Springs, Colorado (April 1993)

7.  Andreasen NC, Swayze II VW, O' Leary DS, Miller D, Flaum MA, Gupta S: Structural brain abnormalities revisited: Measurement of volumes and surface structures based on three dimensional magnetic resonance. International Congress on Schizophrenia Research, Colorado Springs, Colorado (April 1993)

8.  Gupta S, Hubbard WC, Arndt S, Flaum MA, Andreasen NC: The Iowa prospective longitudinal study of recent onset psychoses: One year follow-up of first episode subjects. American Psychiatric Association, San Francisco, California (1993)

9.  Andreasen NC, Flaum MA, Miller D, Gupta S, Arndt S, Nopoulos P: Positive and negative symptoms: Assessment and pathophysiology. 9th World Congress of Psychiatry, Rio De Janero, Brazil (1993)

10. Gupta S, Rajaprabhakaran R, Arndt S, Flaum MA, Andreasen NC: Premorbid adjustment as a predictor of phenomenological and neurobiological indices in schizophrenia. International Congress on Schizophrenia Research, Colorado Springs, Colorado (April 1993)

11. Bonney W, Gupta S, Arndt S, Hunter DR, Anderson K: Neurobiological correlates of bladder dysfunction in schizophrenia. International Continence Society - Rome, Italy (September 1993)

12. Gupta S, Bonney W, Arndt S, Hunter DR, Anderson K, Andreasen NC: Incontinence and detrusor instability in schizophrenia. Possible neurological link? American College of Neuropsychopharmacology, Honolulu, Hawaii (December 1993)

13. Gupta S, Hubbard WC, Arndt S, Flaum MA, Andreasen NC: Neurological soft signs in neuroleptic naïve schizophrenic patients vs normal controls. Winter Workshop On Schizophrenia, Les Diablerets, Switzerland (January 1994)

14. Gupta S, Hubbard WC, Arndt S, Flaum MA, Andreasen NC: The Iowa prospective longitudinal study of recent onset psychoses: One year follow-up of first episode subjects. Winter Workshop On Schizophrenia, Les Diablerets, Switzerland (January 1994)

**Page 13**

CONFIDENTIAL
AZSER12750358

BEST COPY AVAILABLE

15.  Masand PS, Kaplan D, Gupta S, Bhandary A, Nasra G, Kline M:  Major depression and irritable bowel syndrome (IBS):  Is there a relationship?  American Psychiatric Association, Philadelphia, Pennsylvania, May, 1994

16.  Masand PS, Kaplan D, Gupta S, Bhandary A:  The relationship between double depression (dysthymia plus major depression) and irritable bowel syndrome (IBS). Annual Meeting of the American Psychosomatic Society, New Orleans, Louisiana (March 1994)

17.  Gupta S, Hendricks S, Kenkel A, Bhatia SC, Haffke EA:  Relapse in schizophrenia: Is there a relationship to substance abuse?  American College of Neuropsychopharmacology, San Juan, Puerto Rico (December 1994)

18.  Bhatia SC, Greenhill WM, Gupta S, Bollinger MF:  Strengthening systems for the care of veterans with psychiatric disorders. Veterans Health Administration National Training Program, St. Louis, Missouri (March 1995)

19.  Rajaprabhakaran R, Gupta S, Andreasen NC:  Volume of pineal gland in schizophrenia; An MRI study.  International Congress on Schizophrenia Research, Warm Springs, Virginia (April 1995)

20.  Gupta S, Masand PS, Kaplan D, Bhandary A:  The relationship between schizophrenia and irritable bowel syndrome (IBS). International Congress on Schizophrenia Research, Warm Springs, Virginia (April 1995)

21.  Gupta S, Flashman LA, Flaum MA, Nopoulos P, O' Leary DS, Andreasen NC:  Is the neuropsychological dysfunction in schizophrenia progressive? International Congress on Schizophrenia Research, Warm Springs, Virginia (April 1995)

22.  Masand PS, Kaplan D, Gupta S, Bhandary A:  The relationship between panic disorder and IBS. Annual Meeting of the American College of Gastroenterology, New York, New York (October 1995)

23.  Masand PS, Kaplan D, Gupta S, Bhandary A:  Dysthymia and irritable bowel syndrome (IBS): Is there a relationship?  American Society of Psychosomatic Medicine, Palm Springs, California (November 1995)

24.  Gupta S, Flashman LA, Flaum MA, Nopoulos P, O' Leary DS, Andreasen NC: Is the neuropsychological dysfunction in schizophrenia progressive? American College of Neuropsychopharmacology, San Juan, Puerto Rico (December 1995)

25.  Gupta S, Black DW, Arndt S, Hubbard WA, Andreasen NC:  Factors associated with suicide in schizophrenia. American College of Neuropsychopharmacology, San Juan, Puerto Rico (December 1996)

26.  Andersen A, Gupta S, Van Engelenhaven J, Jaiman R:  Body image satisfaction in U.S. vs India school kids. American Psychiatric Association, Toronto, Canada (June 1998)

27.  Masand P, Pinto C, Gupta S, Kaplan D:  Schizophrenia and irritable bowel syndrome: A cross-cultural study. American Psychiatric Association, Toronto, Canada (June 1998)

28.  Schwartz TL, Massa, JL, Gupta, S, Al-Samarrai S, Masand P:  Divalproex sodium versus valproic

**Page 14**

470

CONFIDENTIAL
AZSER12750359

BEST COPY AVAILABLE

acid: Is there a difference? American Psychiatric Association, Toronto, Canada (June 1998)

29.   Schwartz TL, Boylan DP, Roy Chengappa KN, Gupta, S, Masand P: Divalproex sodium versus lithium carbonate: Is there a difference for in-hospital treatment of bipolar disorders? American Psychiatric Association, Washington DC (May 1999)

30.   Masand PS, Pinto S, Gupta S, Dhavale H, Kaplan D, Berry S: Schizophrenia and irritable bowel syndrome: A cross cultural study. Presented at the biennial meeting of International Congress on Schizophrenia Research, Sante Fe, NM (April 1999)

31.   Masand P, Wang X, Manjooran J, Schwartz TL, Hardoby W, Reutsch SE, Gupta, S, Schultz K, Devitt P, Berry S: Comparison of risperidone and olanzapine in bipolar and schizoaffective disorders: Annual meeting of the World Psychiatric Association, Hamburg, Germany (August 9th, 1999)

32.   Masand PS, Ashton A, Gupta S, Frank B: A double-blind placebo controlled trial of buproprion sr for SSRI-induced sexual dysfunction. Annual Meeting of the American College of Neuropsychopharmacology, Acapulco, Mexico (December 1999)

33.   Masand P, Wang X, Manjooran J, Schwartz TL, Hardoby W, Reutsch SE, Gupta, S, Schultz K, Devitt P, Berry S: Comparison of risperidone and olanzapine in bipolar and schizoaffective disorders: Annual Meeting of the American College of Neuropsychopharmacology, Acapulco, Mexico (December 1999)

34.   Masand PS, Ashton A, Gupta S, Frank B: A double-blind placebo controlled trial of buproprion sr for SSRI-induced sexual dysfunction. Annual Meeting of the American Psychiatric Association, Chicago IL (May 2000)

35.   Masand PS, Wang X, Kuhles D, Schwartz TL, Gupta S, Agharkar B: Prescribing conventional antipsychotics in an era of novel antipsychotics: Informed consent issues. Annual Meeting of the American Psychiatric Association, Chicago IL (May 2000)

36.   Masand PS, Arora S, Wang X, Schwartz TL, Bhatia S, Kuhles D, Agharkar B, Manjooran J, Hardoby W, Gupta S: Prescribing conventional antipsychotics at two Veterans Administration Hospitals: Are there geographic differences? Annual Meeting of the American Psychiatric Association, Chicago IL (May 2000)

37.   Masand PS, Kubal, Virk S, Gupta S: The relationship between irritable bowel syndrome and panic disorder in Mumbai, India. Annual Meeting of the American Psychiatric Association, Chicago IL (May 2000)

38.   Masand PS, Vidyaranya A, Khanna, Virk S, Gupta S: The relationship between irritable bowel syndrome and obsessive-compulsive disorder in India. Annual Meeting of the American Psychiatric Association, Chicago IL (May 2000)

39.   Masand P, Wang X, Manjooran J, Schwartz TL, Saba M, Hardoby W, Reutsch SE, Gupta, S, Schultz K, Devitt P, Berry S: Comparison of risperidone and olanzapine in bipolar and schizoaffective disorders: Annual Meeting of the Society for Biological Psychiatry, Chicago IL (May 2000)

**Page 15**

CONFIDENTIAL
AZSER12750360

BEST COPY AVAILABLE

40.    Gupta S, Masand P, Frank B, Lockwood K, Keller P:  Topiramate in bipolar disorder and schizoaffective disorder:  Mood stabilizing properties in treatment- refractory patients:  CINP, Brussels, Belgium (July 2000)

41.    Masand P, Wang X, Schwartz TL, Virk S, Gupta S, Frank BF: Prescribing conventional antipsychotics in the novel antipsychotics: Informed consent. International Congress on Schizophrenia Research, Whistler, BC, Canada (April 2001)

42.    Schwartz TL, Arora M, Sharma A, Bhatia S, Hardoby W, Gupta S, Masand P: Prescribing conventional antipsychotics at two Veterans Hospitals: Are there geographical differences? International Congress on Schizophrenia Research, Whistler, BC, Canada (April 2001)

43.    Masand P, Gupta S, Virk S:  Paroxetine in Patients with Irritable Bowel Syndrome (IBS) with and without Comorbid Anxiety Disorder. Annual Meeting of the American Psychiatric Association, New Orleans, LA (May 2001)

44.    Sharma S, Pinto C, Virk S, Nihalani N, Gupta S, Kaplan D.  "Relationship of Irritable Bowel Syndrome (IBS) and Major Depression in Mumbai, India."  Co-authored with Presented at the annual meeting of the APA, New Orleans, LA, (May 2001).

45.    "Does a Pre-existing Anxiety Disorder Predict Response to Paroxetine in IBS?"  Co-authored with Gupta S, Schwartz T, Kaplan D, Virk S, Hameed A, Lockwood K, Garakani A, Wade M. Presented at the annual meeting of the APA, New Orleans, LA, (May 2001).

46.    "Prevalence of Irritable Bowel Syndrome (IBS) in Obsessive Compulsive Disorder."  Co-authored with Keuthen N, Gupta S, Virk S, Yu-Siao B, Bhatt N, Kaplan D.  Presented at the annual meeting of the APA, New Orleans, LA, (May 2001).

47.    "Assessing Clinical Trial Outcomes with Computer-Assisted Patient Diaries."  Co-authored with Schwartz T, Gupta S, Kaplan D, Virk S, Kobak K, Jefferson J.  Presented at the annual meeting of the APA, New Orleans, LA, (May 2001)

48.    Masand P, Gupta S, Virk S:  Comparison of risperidone and olanzapine in bipolar disorder and schizoaffective disorders.  NCDEU Annual Meeting, Phoenix, AZ (May 2001)

49     Masand P, Gupta S, Virk S, Schwartz T, Hameed A, Frank BL, Lockwood K:  Weight change in patients switching from olanzapine to quetiapine. NCDEU Annual Meeting, Boca Raton, FL (June 2002)

50.    Gupta S, Steinmeyer C, Frank BL, Lockwood K, Keller P. Comparison of older patients with bipolar disorder and schizophrenia.  2nd Annual Meeting of International College of Geriatric Neuropsychopharmacology, Barcelona Spain (October 2002)

***Educational Videos and Audio Tapes***

Psychiatric Rating Scale Training Tapes (1991-1994)

ECT Educational Tape (1995)

Tardive Dyskinesia Training Tape (1998)

Older Schizophrenic Patients: Nature of Dwelling Status and Symptom Severity (2000)

**Page 16**

CONFIDENTIAL
AZSER12750361

BEST COPY AVAILABLE

Older Schizophrenic Patients: Role of Continuing Day Treatment Program as an Intervention Strategy for Treatment (2001)

## INVITED PRESENTATIONS

### National

1. Violence in relation to temporal lobe epilepsy. Behavioral Neurology Unit, Beth Israel Hospital, Harvard Medical School, Boston, MA (1991)

2. Premorbid adjustment as a predictor of phenomenological and neurobiological indices in schizophrenia. Research Seminar, The University of Iowa Hospitals and Clinics, Iowa City, IA. (September 1992)

3. Neuroimaging at Iowa. Grand Rounds, Medical College of Georgia, Augusta, GA (October 1993)

4. Bladder dysfunction in schizophrenia: possible neurological link? Grand Rounds, The University of Iowa Hospitals and Clinics, Iowa City, IA (November 1993)

5. Neuroimaging techniques in Psychiatry. Grand Rounds, University of South Dakota, Sioux Falls, South Dakota (November 1994)

6. Neurological Soft Signs in Schizophrenia. Geriatric Case Conference, University of Nebraska Medical Center, Omaha, Nebraska (April 1995)

7. Neuroimaging in Psychiatry. Grand Rounds, University of Buffalo, Buffalo, NY (April 1996)

8. Diagnosis and treatment of geriatric depression: Grand Rounds, Warren General Hospital, Warren, Pennsylvania (May 1996)

9. New developments in the pharmacological treatment of psychosis: Mental Health Center, Buffalo, NY (October 1996)

10. Schizophrenia Update: Grand Rounds, Niagara Falls Memorial Hospital, Niagara Falls, NY (October 1996)

11. Exploring Schizophrenia: Grand Rounds, Department of Psychiatry, SUNY Health Sciences Center at Syracuse, Syracuse, NY (October 1996)

12. Treatment of depression in the elderly: Chataqua County Medical Society, Moonbrook Country Club, Jamestown, NY (November 1996)

13. Contemporary issues in the diagnosis and treatment of depression: Grand Rounds, Brooks Hospital, Dunkirk, NY (December 1996)

14. Depression in the elderly: Grand Rounds, Jones Hospital, Wellsville, NY (January 1997)

**Page 17**

CONFIDENTIAL
AZSER12750362

BEST COPY AVAILABLE

15.    Risperidone:  Once daily dosage:  Horizon Health Services, Inc., Buffalo, NY (February 1997)

16.    Treatment of depression in the elderly:  Cattaraugus County Medical Society, Bartlett Country Club, Olean, NY (March 1997)

17.    Anticonvulsants in Psychiatry:  St James Mental Health Center, Almond, NY (April 1998)

18.    Depression in the elderly: Grand Rounds, St James Hospital, Hornell, NY (June 5 1997)

19.    Psychiatric pearls for the medical staff:  Grand Rounds, Olean General Hospital, Olean, NY (April 1998)

20.    Psychiatric Update:  Fall Teaching Day, Wyoming County Community Hospital, Warsaw, NY (September 1998)

21.    Management of Depression: Grand Rounds, Warren State Hospital, Warren, NY (September 1998)

22.    Late-life depression: Western New York Psychiatric Society, Buffalo, NY (September 1998)

23.    Management of Depression:  Current Concepts.  Grand Rounds, St John's Episcopal Hospital, Smithtown, NY (November 1998)

24.    Management of Depression:  Current Concepts.  Grand Rounds, Department of Psychiatry, SUNY Health Sciences Center at Syracuse, NY (November 1998)

25.    Older Schizophrenic Patients:  Nature of Dwelling Status and Symptom Severity.  XIII Annual Meeting of the American Association of Geriatric Psychiatry, Miami, FL (March 2000)

26.    Post-traumatic stress disorder:  Grand Rounds at Olean General Hospital, Olean, NY (June 2000)

27.    Advances in the management of depression:  Olean General Hospital, Olean, NY (January 2001)

28.    Smoking cessation:  McKean County Medical Society, Bradford PA (January 2001)

29.    Older schizophrenic patients:  Role of continuing day treatment program as an intervention strategy for treatment.  (February 2001)

30.    Review of the diagnosis and management of schizophrenia:  Grand Rounds, Olean General Hospital, Olean, NY (April 2001)

31.    Current controversies in antipsychotic therapy.  Grand Rounds Binghamton General Hospital, Binghampton, NY (October 2001)

32.    Evaluation of suicide risk. Olean General Hospital staff education program, Olean, NY (January 2002)

33.    Refractory depression: New approaches. Grand Rounds, Olean General Hospital, Olean, NY (January 2002)

**Page 18**

CONFIDENTIAL
AZSER12750363

BEST COPY AVAILABLE

34.    Atypical antipsychotics: Side-effects and selection process. Duchess county mental health clinic, Poughkeepsie, NY (January 2002)

35.    Geriatric depression: Key issues in diagnosis and treatment. Temple University. Philadelphia, PA (April 2002)

36.    Depression in older adults: suicide risk and treatment issues. Duke University. Durham, NC (May 2002)

37.    Current concepts in antipsychotic therapy. Bath VA Medical Center, Bath, NY (July 2002)

38.    Current controversies in antipsychotic therapies. Hennepin County Medical Center. Minneapolis, MN (August 2002)

39.    Late life schizophrenia. SUNY Upstate Medical University, Syracuse, NY (January 2003)

40.    Metabolic issues in Antipsychotic therapies: Unity Health, Rochester, NY (January 2003)

41.    Geriatric depression: diagnostic complexities, suicide risk, and management. Elmira Psychiatric Center, Elmira, NY (March 2003)

42.    Bipolar disorder: diagnostic complexities and management. St James Hospital, Hornell, NY (April 2003)

43.    The management of schizophrenia. An Update. State Hospital, Texas (August 2003)

44.    Factors associated with suicide in schizophrenia. Westside VAMC Chicago, IL (September 4th 2003)

45.    Hyperglycemia and hyperlipidemia in psychiatic patients. Bellevue hospital. Psychopharmacology rounds. New York, NY (October 3rd 2003)

46.    Atypical antipsychotics: Glucose and lipids. Manhattan VAMC. (October 2nd 2003)

47.    Factors associated with suicide in schizophrenia. University of Nebraska Medical Center grand rounds. (Octobe 22nd 2003)

48.    Advances in the management of dementia. Tips for caregivers. Alzheimer's Association of Western New York. (October 29th 2003)

49.    Atypical Antipsychotics. The metabolic issues. Elmhurst Hospital, Queens, NY (November 2003)

50.    Treating Aggression: An evidence-based approach. Duke University Medical Center, Psych CME. Durham, NC (January 2004)

51.    "Ups and Downs" of the newer atypical antipsychotic medications. Cuba Memorial Hospital, Cuba, NY (March 2004)

52.    Research in Non-Traditional settings. University of Rochester, Summer Research Institute,

**Page 19**

CONFIDENTIAL
AZSER12750364

BEST COPY AVAILABLE

Strong Memorial Hospital, Rochester, NY (July 2004)

### *International*

1. Techniques for measuring sulcal/gyral patterns in the brain as visualized through MRI scanning: Brainplot and Brainmap.  Winter Workshop On Schizophrenia, Les Diablerets, Switzerland (January 1994)

2. Psychiatry in the U S A  (Iowa) and India.  Grand Rounds, Department of Psychiatry and Psychology, Karolinska Institute, Stockholm, Sweden (May 1994)

3. MR Imaging in Psychiatric Research.  Department of Psychiatry and Psychology, Karolinska Institute, Stockholm, Sweden (May 1994)

4. Role of paramedical personnel in Psychiatric Research. Department of Psychiatry and Psychology, Karolinska Institute, Stockholm, Sweden (May 1994)

5. Incontinence and detrusor instability in schizophrenia.  Possible neurological link? Schizophrenia 1994:  Exploring the spectrum of psychosis.  Vancouver, Canada (August)

6. Nursing Home Psychiatry:  Nuts and Bolts of Practice. International Psychogeriatric Association, Vancouver, Canada (August 1999)

## SERVICE TO THE PROFESSION

| | |
|---|---|
| *Professional Memberships* | American College of Psychiatrists |
| | American Psychiatric Association |
| | American Association of Geriatric Psychiatrists |
| | American Association for the Advancement of Science |
| | American Board of Forensic Examiners |
| | American Association of Physicians from India |
| | University of Iowa Alumni Association |
| | Indian American Psychiatric Association |
| | Society of Biological Psychiatry |

### *Consulting Positions*

| | |
|---|---|
| **1991 - 1994** | Psychiatrist, Mental Health Center<br>Oskaloosa and Muscatine, IA |
| **1995 - 1999** | Psychiatric Consultant - Randolph Children's Home<br>Randolph, NY |
| **1995-1998** | Chataqua County Mental Health Center (and Jail) |
| **1995 - present** | Cattaraugus County Mental Health Clinic |

**Page 20**

CONFIDENTIAL
AZSER12750365

BEST COPY AVAILABLE

| | |
|---|---|
| | and Continuing Day Treatment Program |
| **1995-2004** | Cuba Memorial Hospital, Cuba, NY |
| **1995-present** | Gowanda Nursing Home – Gowanda, NY |
| | Woodland Park Health Care Center - Salamanca, NY |
| | Cattaraugus County Nursing Home - Olean, NY |
| | St Joseph's Manor - Olean, NY |
| **2001-2003** | Tanglewood Manor, Jamestown, NY |
| **2002** | Randolph Manor, Randolph, NY |
| **2002** | Waters at Houghton, Houghton, NY |
| **1996** | River Park Health Care Center - Alleghany NY |
| | St. Elizabeth Mother House - Alleghany, NY |
| **1996-1999** | Brooks Memorial Hospital - Dunkirk, NY |
| **1996-1998** | Changing Seasons Drug and Alcohol Rehabilitation Program |
| **1997** | Consultant - Neuroleptic Malignant Syndrome Hotline |
| **1997-1999** | Lakeshore Hospital - Irving, NY |
| **1998-2000** | Immigration and Naturalization Service Detention Center - Batavia, NY |
| **2002-** | Memory disorders clinic started in Olean and Jamestown, NY |

### *Book Reviews*

1.  Handbook of Psychiatric Drug Therapy, Second Edition.  Authors George W. Arana, M.D. and Steven E. Hyman, M.D.  Publisher:  Little, Brown and Company.  Boston, MA.  American Journal of Psychiatry 149(6) June 1992, pps. 834-835

2.  Drug-Induced Movement Disorders.  Edited by Anthony E. Lang, M.D. and William J. Weiner, M.D.  Publisher:  Futura Publishing Company, Inc., Mt. Kisco, NY.  American Journal of Psychiatry 150:11 Nov. 1993, p. 1749

3.  The Psychiatric Clinics of North America Electroconvulsive Therapy.  Guest Editor Charles H. Kellner, M.D.  Publisher:  W.B. Saunders Company.  American Journal of Psychiatry 150 (2) Feb., 1993, pp. 345-345

**Page 21**

CONFIDENTIAL
AZSER12750366

BEST COPY AVAILABLE

4.      The Clinical Interview Using DSM-III-R.  Authors Ekkehard Othmer, M.D., Ph.D. and Sieglinde C. Othmer, Ph.D.  Publisher:  American Psychiatric Press, Inc, Washington, D.C.  American Journal of Psychiatry 150(1) Jan., 1993, p. 163

5.      Psychiatry, Second Edition.   Editorial board chaired by Robert Michels.   Publisher J. B. Lippincott Company, Philadelphia, PA.  American Journal of Psychiatry 151(11) Oct., 1994, p. 1706-7

6.      Essential Psychopharmacology:  Neuroscientific basis and practical applications.  Authors Stephen M.Stahl.  Cambridge University Press, New York, New York.  American Journal of Psychiatry 155:(1) Jan 1998, p. 146

7.      The Handbook of Psychopharmacology Trials.  Editors Marc Hertzman, M.D. and Douglas E. Feltner, M.D.  Publisher New York University Press, New York. American Journal of Psychiatry 155: (10) Oct, 1998, p.6-7

8.      From Placebo to Panacea:  Putting Psychiatric Drugs to the Test.  Editors Seymour Fisher, PH.D. Roger P. Greenberg, PH.D.   John Wiley and Sons, Inc., New York.   American Journal of Psychiatry 156:(11) Nov.1999, p.7

9.      Before Their Time:  Adult Children's Experiences of Parental Suicide".  Editors Mary Stimming and Maureen Stimming.   Temple University Press, Philadelphia.   Community Mental Health Journal 37(6) 2001, p 543-544

10.     Smoke and Mirrors:  Terence W. Campbell Ph.D.  Plenum Press, New York, NY.  American Journal of Psychiatry (In press)

11.     Cognitive Neurorehabilitation.   Editors Donald T Struss, Gordon Winocur, Ian H. Robertson. American Journal of Psychiatry 158:(4) April, 2001, p. 670-671

12.     Ethnicity and Psychopharmacology.   Editor Pedro Ruiz.   American Journal of Psychiatry (In Press)

13.     Treating Suicidal behavior.  M. David Rudd, Thomas Joiner, M. Hassan Rajab.  American Journal of Psychiatry (in press)

14.     Affect Regulation and the Development of Psychopathology.  Susan J. Bradley. American Journal of Psychiatry (in press)

***Editorial Ad Hoc Reviewer***          American Journal of Psychiatry
                                          Archives of General Psychiatry
                                          Schizophrenia Research
                                          Journal of Affective Disorders
                                          American Journal of Geriatric Psychiatry
                                          The Journal of Neuropsychiatry and Clinical Neurosciences
                                          The Forensic Examiner
                                          Acta Psychiatrica Scandinavica
                                          Annals of Clinical Psychiatry
                                          Psychosomatics

**Page 22**

478

CONFIDENTIAL
AZSER12750367

BEST COPY AVAILABLE

|  |  |
|---|---|
|  | Drugs and Aging<br>Journal of Clinical Psychiatry<br>European Archives of Psychiatry<br>Journal of Clinical Psychopharmacology<br>Neurology |
| *Editorial Boards* | The Forensic Examiner<br>Annals of Clinical Psychiatry |
| *Examiner* | American Board of Psychiatry and Neurology (Orals) |
| *Chairperson* | Symposium on Schizophrenia in Late-Life<br>Annual Meeting – American Association of Geriatric Psychiatry<br>San Diego, CA (March 1998) |
|  | Symposium on Drug-Induced Movement Disorders in Older Adults<br>Annual Meeting – American Psychiatric Association<br>Washington, DC (May 1999) |
|  | Program Committee, Annual meeting of the American Association<br>of Clinical Psychiatrists, October 9th –11 Chicago IL 2003 |
| January 2003 | Director of CME, OGH |
| August 2003 | Deputy Editor, Annals of Clinical Psychiatry |

## SERVICE TO THE PUBLIC

1. Radio Broadcast, Network to Better Health, WJTN, Jamestown (on various psychiatric diseases) (1996-1998 Periodic Broadcasts)

2. Geriatric depression - diagnosis and treatment issues.  Alleghany County Nurses Association, Cuba, NY (March 1996)

3. Depression in the elderly - the foster grandparent program. Olean General Hospital, Olean, NY (March 1996)

4. Advances in brain research in schizophrenia. Cattaraugus County Mental Health Department, Olean, NY (April 1996)

5. Treatment issues in schizophrenia - nursing meeting.  Salamanca, NY (May 1996)

6. Delirium vs. dementia in elderly patients – nursing rounds.  Olean General Hospital (May 1996)

7. Diagnostic issues in geriatric depression – regional nurse managers meeting. St. Elizabeth Mother House (June 1996)

8. Depression in the residential care setting.  St Joseph's Manor, Olean, NY (July 1996)

9. New treatments and research findings in schizophrenia.  Alliance for the Mentally Ill, Buffalo, NY

**Page 23**

CONFIDENTIAL
AZSER12750368

BEST COPY AVAILABLE

(November 1996)

10.    Psychiatric services in the Olean community.  Boces TV Channel (November 1996)

11.    The elderly and depression.  Linwood Center Olean, NY (December 1996)

12.    Medical case management in mental health.  Olean, NY (March 1997)

13.    Mental health issues in aging.  Radio Program, WGGO, Salamanca, NY (March 1997)

14.    Alzheimer's Disease.  Eden Heights, Olean, NY (May 1997)

15.    Obsessive Compulsive Disorder.  Olean General Hospital, Olean, NY (June 1997)

16.    Radio Program - Wyoming County (WCJW) on Anxiety Disorders.  Warsaw, NY (May 1998)

17.    Depression in the nursing home setting. River Park Health Care Center, Allegany, NY (April, 1999)

18.    Agitation/Aggression/ dementia:  Evaluation and treatment. The Pines, Olean, NY (September 2001)

19.    Memory: what is known about it?  AARP chapter, Salamanca, NY (September 2002)

20.    Dementia: An update. Alzheimer's Association, First Baptist Church, Olean, NY (October 2003)

21.    The role of religion in democracy and healthcare. St Bonaventure University. (September 9 2004)


**UNIVERSITY AND MEDICAL SCHOOL SERVICE**

*Clinical Instruction*

**1994-1995**                    Residents and Medical Students - Inpatient Service
                                 University of Nebraska and Creighton University
                                 Medical School

**1996-Present**                 Residents - Rural Family Medicine Program
                                 University of Buffalo
                                 School of Medicine and Biomedical Sciences

                                 Physician Assistant – Students
                                 Daemen College
                                 Buffalo, NY

                                 Physician Assistant – Students
                                 D' Youville College
                                 Buffalo, NY

**Page 24**

CONFIDENTIAL
AZSER12750369

BEST COPY AVAILABLE

*Clinical Duties*

| | |
|---|---|
| **1995** | Director of Psychiatry |
| | Olean General Hospital |
| | Olean, NY |
| | |
| | Nursing Home Consultation Service |
| | Continuing Day Treatment, ECT Service |
| | Outpatient Practice, Forensic Psychiatry |
| **1997** | Director, Research and Education Division, Psychiatric Network |
| | Director, Psychiatric Network, P.C. |
| | Site Manager, Psychiatric Network (Olean, NY) |
| | Chairman, Department of Psychiatry, Olean General Hospital |
| **1998-2001** | Chairman, Department of Psychiatry |
| | Wyoming County Community Hospital |
| | Warsaw, NY |
| | Vice-President, Psychiatric Network, P.C. |
| | Secretary, Psychiatric Network, P.C. |
| **1999-2002** | Chairman, Department of Psychiatry |
| | WCA Hospital |
| | Jamestown, NY |

*Attending Physician Duties*

| | |
|---|---|
| **1991-1994** | Staff Psychiatrist |
| | The University of Iowa Hospitals and Clinics |
| | Iowa City, IA |
| **1993-1994** | Private Psychiatric Practice (Part-Time) |
| | Iowa City, IA |
| 1994-1995 | Staff Psychiatrist |
| | VA Medical Center |
| | Omaha, Nebraska |
| **1995** | Olean General Hospital, Olean, NY |
| | WCA Hospital, Jamestown, NY |
| | Wyoming County Community Hospital, Warsaw, NY |
| **1997-1999** | Lakeshore Hospital |
| | Irwing, NY |

## DEPARTMENTAL SERVICE

**Page 25**

481

CONFIDENTIAL
AZSER12750370

BEST COPY AVAILABLE

| | |
|---|---|
| **1988-1991** | Graduate Education Committee<br>SUNY Health Sciences Center<br>Syracuse, NY |
| **1989-1991** | Treasurer for Residents Fund<br>SUNY Health Sciences Center<br>Syracuse, NY |
| **1993-1994** | Psychiatry Residency Education Committee<br>The University of Iowa<br>Iowa City, IA |
| **1994-1995** | Medical Records Committee<br>VA Medical Center<br>Omaha, NE |
| **1996** | Utilization Review Committee<br>Pharmacy and Therapeutics Committee<br>Olean General Hospital<br>Olean, NY |
| **1997** | Medical Executive Committee<br>Olean General Hospital<br>Olean, NY |
| **1998** | Membership Committee and Research Committee<br>American Association of Geriatric Psychiatry<br>Pharmacy and Therapeutics Committee<br>Wyoming County Community Hospital<br>Warsaw, NY |
| **1999-2001** | Vice-Chair, Membership Committee<br>American Association of Geriatric Psychiatry<br>ERF Education Program Committee |
| **2000** | Chairman, Membership Committee<br>American Association of Geriatric Psychiatry |

*Advisory Boards*

| | |
|---|---|
| **1996-1998** | Board of Advisors for Professional Standards<br>American Board of Forensic Medicine |
| **1997-1998** | St. Bonaventure Social Work Program, Allegany, NY |
| **2002-Present** | American Academy of Clinical Psychiatry |

**Page 26**

CONFIDENTIAL
AZSER12750371

BEST COPY AVAILABLE

## COURSES TAUGHT & OTHER EDUCATIONAL ACTIVITIES

| | |
|---|---|
| 1994-1995 | (1) Research Course<br>(2) Schizophrenia Course<br>Residents in Psychiatry<br>University of Nebraska Medical Center |
| 1997 - Present | Geriatric Psychiatry Seminar<br>Residents in Psychiatry<br>University of Buffalo |
| 1997 - Present | (1) Psychiatry Seminar<br>Family Practice Residents<br>(2) Inpatient Psychiatry<br>Family Practice Residents – Rural Program<br>University of Buffalo |
| 1997 – Present | Inpatient Psychiatry<br>Physician Assistant Program<br>Daemen College |
| 2000-Present | Inpatient Psychiatry<br>Physician Assistant Program<br>D'Youville College |

## RESEARCH ACTIVITIES
*Investigator sponsored*

- Elderly schizophrenics in residential care
- Elderly bipolar patients in residential care
- Continuing day treatment project using rating scales
- Atypical antipsychotic-induced weight gain
- Relapse rates in patients on depot neuroleptics and substance abuse
- Antipsychotic associated glucose dysregulation
- YMCA weight management study
- Metabolic syndrome

*Industry Sponsored Clinical Trials*

- Atypical antipsychotics in elderly patients.
- Sexual Dysfunction Study.
- SSRI.
- Bipolar Mania: Atypical antipsychotic vs. mood stabilizer.

**Page 27**

483

CONFIDENTIAL
AZSER12750372

BEST COPY AVAILABLE

- New compound and depression.
- New compound for generalized anxiety disorder.
- SSRI in the treatment of depression in nursing home residents.
- Evaluation of Intramuscular atypical antipsychotic.
- Study of social anxiety disorder in outpatients.
- Use of mood stabilizer in controlling aggression in the nursing home setting.
- Atypical antipsychotic in the treatment of agitation in dementia patients, 2000.
- Atypical antipsychotic in the treatment of agitation in dementia patients.
- Prospective study of glucose and lipid abnormalities in patients on antipsychotics.
- Atypical antipsychotic in schizophrenia.
- Atypical antipsychotic in bipolar disorder
- Atypical antipsychotic in bipolar disorder in adolescents
- Depression and chronic pain
- Refractory major depression.
- NIMH CATIE-AD trial
- (2) trials: divalproex in agitated nursing home patients
- (3) trials: Alzheimer's dementia associated psychosis in the nursing home and assisted living facility
- (4) trials in Alzheimer's disease associated dementia
- Treatment of seasonal affective disorder with medication
- New compound for geriatric depression
- New compound for schizophrenia with prominent negative symptoms (Phase II)
- High dose antipsychotic outpatient study
- New compound for bipolar disorder depressed type (Phase II)
- New compound for Alzheimer's Disease (Phase II)
- New compound for Alzheimer's Disease (Phase II)
- Double-blind trial for bipolar depressed patients (2 Active drugs)
- (2) trials: Placebo-controlled Adolescent Mania
- IM atypical antipsychotic in patients with schizophrenia
- (2) IM atypical antipsychotic in patients with acute mania
- (2) trials: Adolescent schizophrenia trial
- New antidepressant compound Phase IV trial
- New compound for Alzheimer's disease
- New compound for generalized anxiety disorder
- New compound for major depression

**Page 28**

484

CONFIDENTIAL
AZSER12750373

BEST COPY AVAILABLE

## GRANT SUPPORT

### *Previous*

| | |
|---|---|
| 1994 | UNMC Faculty Seed Grant (PI)<br>Bladder dysfunction in schizophrenia. |
| 1995 | Faculty Seed Grant (PI)<br>Effects of risperidone on cerebral blood flow. |
| 1999 | UCSD Geriatric Psychiatry<br>Research Center Grant<br>Grant to study older adults with schizophrenia<br>spectrum disorders. |

**Page 29**

485

CONFIDENTIAL
AZSER12750374

BEST COPY AVAILABLE

D1447C00126
Site # _0120_

CURRICULUM VITAE

**WARD T. SMITH, MD**
Medical Director

Summit Research Network (Oregon), Inc.
New Address Effective February 28, 2005
2701 NW Vaughn Street, Suite 350
Portland, OR 97210
Tel: 503.279.8252 or 503.293.5039
Fax: 503.279.8926

_9 Feb 2005_

| | |
|---|---|
| Education: | B.A. (Biology) Princeton University, 1961 |
| | University of Pennsylvania Medical School, 1965 |
| License: | State of Oregon Board of Medical Examiners License # MDO 7589 |

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 1965-66 | Rotating Internship, Providence Medical Center, Portland, Oregon |
| 1966-68 | U.S. Army Medical Corps, Saigon, Vietnam |
| 1969-72 | Internal Medicine Residency, Providence Medical Center, Portland, Oregon |
| 1971 | Assistant Director of Medical Education, Providence Medical Center, Portland, Oregon |
| 1972-75 | Psychiatry Residency, University of Oregon Health Sciences Center, Portland, Oregon |
| 1975-2004 | Staff Member, Woodland Park Hospital, Portland, Oregon (closed January 2004) |
| 1975-2004 | Numerous Committee Assignments, Woodland Park Hospital, Portland, Oregon |
| 1975-current | Staff Member, Providence Medical Center, Portland, Oregon |
| 1975-77 | Clinical Consultant for Residents and Medical Students in Psychosomatic Medicine, VA Hospital, Portland, Oregon |
| 1975-85 | Staff Member, Riverside Psychiatric Hospital, Portland, Oregon |
| 1975-85 | Numerous Committee Assignments, Riverside Psychiatric Hospital, Portland, Oregon |
| 1975-76 | Staff Member, VA Hospital, Portland, Oregon |
| 1976-99 | Principal Investigator and Medical Director, Pacific Northwest Clinical Research Center, Portland, Oregon |
| 1978-81 | Chairman, Credentials Committee, Riverside Psychiatric Hospital, Portland, Oregon |
| 1981-82 | Chief of Staff, Riverside Psychiatric Hospital, Portland, Oregon |
| 1982-90 | Research Committee, Providence Medical Center, Portland, Oregon |
| 1982- | Psychiatry Committee, Providence Medical Center, Portland, Oregon |
| 1985-99 | Board Member, Clinical Trials Systems, Inc., Portland, Oregon |
| 1988-99 | Director of Medical Affairs, Clinical Trials Systems, Inc. Portland, Oregon |
| 1990-97 | Medical Consultant, Bio-Behavioral Consultants, Inc. (BBC) |
| 1999-current | Principal Investigator and Medical Director, Summit Research Network (Oregon), Inc., Portland, Oregon |

1    Dist

update 7/7/04
W.T. Smith, M.D.

CONFIDENTIAL
AZSER12750375

BEST COPY AVAILABLE

**PROFESSIONAL ASSOCIATIONS/AFFILIATIONS:**

American Psychiatric Association                    Providence Medical Center - Courtesy Staff
Oregon Psychiatric Association
Oregon Medical Association
The Medical Society of Metropolitan Portland
American Mental Health Alliance

**CLINICAL TRIALS RESEARCH**

Clinical Trial of Ketazolam vs. Placebo for Treatment of Anxiety, 1973-76

Multi-Clinic Cross-Over Comparison of  Triazolan (Halcion) and Placebo in the Treatment of Co-Existing
Insomnia and Anxiety in Anxious Out-Patients, 1973-76

Clinical Trial of Alprazolam vs. Imipramine and Placebo in Depressed Outpatients, 1976-77

Clinical Trial of Alprazolam vs. Amitriptyline vs. Doxepin vs. Placebo in Treatment of Depressed
Outpatients, 1978-81

Clinical Trial of Buspirone vs. Diazepam vs. Placebo in Treatment of Anxious Outpatients, 1980-1981

Comparison of Fluoxetine Administered Once a Day vs. Twice a Day in Outpatients with Major Depressive
Disorder, 1981-82

Adinazolam, Pilot Study in Depression, Open Label, Inpatient, 1981-82

Double-Blind Study Comparing Antidepressant Effects of Indalpine, Imipramine and Placebo in Depressed
Outpatients, 1983-84

Fluoxetine vs. Placebo:  Fixed Dosage in Mild to Moderately Depressed Outpatients, 1984-85

Buspirone in the Long-Term Treatment of Chronic Anxiety Outpatients, 1985-86

A Placebo-Controlled Double-Blind Study of Paroxetine in Depressed Outpatients, 1985-86

A Double-Blind Comparison of Paroxetine, Amitriptyline, and Placebo in Inpatients with Major Depressive
Disorder with Melancholia, 1986

A Placebo-Controlled Double-Blind Study of Rolipram in Outpatients with Major Depressive Disorder,
1986-87

Fluvoxamine in the Treatment of Depression.   Placebo-Controlled Comparison with Desipramine in
Outpatients, 1986-87

Open-Label Long-Term Evaluation of Paroxetine in Depressed Outpatients, 1986-89

A Controlled Study of ORG 3770 (Azamianserin) in Outpatients with Major Depression.  Placebo- Controlled
Comparison with Amitriptyline in Outpatients, 1986-89

2    Dist                                                               update 7/7/04
                                                                        W.T. Smith, M.D.

CONFIDENTIAL
AZSER12750376

BEST COPY AVAILABLE

Safety and Efficacy Study of Ipsapirone. Placebo-Controlled Comparison with Diazepam in Outpatients with Generalized Anxiety Disorder, 1987

Long-Term Open-Label Safety and Efficacy Evaluation of Adinazolam in Depressed Outpatients, 1987-88

Evaluation of the Effects of SQ 29,852-3 in Patients with Generalized Anxiety Disorder, 1988

Pilot Study For Evaluation of Milacemide in the Treatment of Alzheimer's Disease, 1988-1989

Tramadol Hydrochloride: Long-Term Safety in Patients with Chronic Non-Malignant Pain, 1989

A Placebo-Controlled, Double-Blind, Safety and Efficacy Study of Randomized Doses of Nimodipine to Prevent Deterioration of Patients with Primary Degenerative Dementia, 60 Patients, 1989-1992

An Open-Label Extension Study of Milacemide in the Treatment of Cognitive Disorders, Memory Impairment of Dementia, 28 patients, 1989-90

A Multicenter, Double-Blind, Placebo-Controlled, Parallel-Group Study of the Efficacy and Safety of Ipsapirone HCL (Bay Q 7821) Versus Buspirone HCL in Outpatients with Generalized Anxiety Disorder, 1989-90

A Pilot Study of SQ 29,852-8 in Patients with Generalized Anxiety Disorder, 1989-90

Evaluation of the Effects of SQ 29,852 in Patients with Alzheimer's Disease (Protocol # 31438-7), 9 patients, 1989-90

Evaluation of the Effects of SQ 29,852 in Patients with Age-Associated Memory Impairment (Protocol # 31438-6), 28 patients, 1989-90

A Multicenter Evaluation of GR50360A and Placebo in Patients with Major Depressive Disorder (Protocol #ADA-201), 1989-90

A Multicenter, Double-Blind, Placebo Controlled, Parallel-Group Study of the Efficacy and Safety of Ipsapirone HCL (Bay Q 7821) versus Buspirone HCL in Outpatients with Generalized Anxiety Disorder, 1989-1990

A Double-Blind, Parallel-Group, Multicenter Study of the Efficacy, Safety and Tolerability of Dothiepin, Doxepin and Placebo in Outpatients with Major Depression, 1989-1990

A Double-Blind, Parallel-Group, Multicenter Study to Evaluate Antidepressant Efficacy, Safety and Tolerability of Sibutramine Hydrochloride (5,10 and 20 mg. daily) vs. Desipramine HCL (150 mg. daily) in Outpatients with Major Depression (BPI 806), 1989-91

An Open-Label, 24-Week Extension Study of Sibutramine Hydrochloride 5,10 or 20mg Daily for Patients who have Completed BPI 806, 1990-1991

A Double-Blind, Placebo-Controlled Study of the Efficacy and Safety of Deracyn CT (15mg, 30mg or 60mg) for Major Depressive Disorder (Protocol # M2300-0051), 1990

A Dose-Ranging Study of Deracyn CT for Depression, 28 Patients (Protocol #M 2300-0051x), 1990-1991

3    Dist

update 7/7/04
W.T. Smith, M.D.

CONFIDENTIAL
AZSER12750377

BEST COPY AVAILABLE

A Multi-Center, Double-Blind, Evaluation of the Efficacy and Safety of Orally Administered Fluparoxan (GR50360A) In the Treatment of Patients with Major Depressive Disorder ( Protocol # ADA 202), 1990

A Double-Blind, Placebo-Controlled Study of the Efficacy and Safety of SC-48274 at 5mg or 100mg bid in Generalized Anxiety Disorder, 1990-1991

A Compassionate Use Study of Milacemide in the Treatment of Cognitive Disorders, Memory Impairment, or Dementia, 1990-1995

A Compassionate Use Phase III Study of the Efficacy and Safety of Nimodipine in Patients with Primary Degenerative Dementia, 1990-1991

Efficacy and Safety of SC 48274 at 5 mg bid in Generalized Anxiety Disorder (NG 1-90-02-007), 1991

Placebo-Controlled Efficacy and Safety Study of SC 48274 0.25mg and 5mg twice daily in the treatment of patients with Generalized Anxiety Disorder (NGI-90-02-005), 1991

A Double-Blind, Placebo-Controlled, Randomized Parallel Study of the Comparative Efficacy and Toleration of Sertraline and Desipramine in the Treatment of Bipolar Patients on Maintenance Lithium Therapy with Depressive Relapse, 1990-1991

A Prospective Randomized Double-Blind, Placebo-Controlled, Multicenter, Parallel-Groups Comparison of the Efficacy and Safety of Abecarnil Low Dose (3.0-9.0 mg), High Dose (6.5-22.5 mg) and Buspirone (14-45 mg) in Outpatients with Generalized Anxiety Disorder (Protocol # B353), 1991-1992

LY237733 in Patients with Generalized Anxiety Disorder (Protocol #F2P-MC-HLAA), 1991 - 1992

A Prospective Randomized Double-Blind, Placebo-Controlled, Multicenter, Parallel-Groups Comparison of the Efficacy and Safety of Abecarnil Low Dose (3.0 - 7.0 mg), High Dose (7.5 mg - 17.5 mg) and Placebo in Elderly Outpatients with Anxiety Symptoms (Protocol # B372) , 1991 - 1992

A Double-Blind, Placebo-Controlled, Parallel-Group, Multicenter Study of Tacrine (CI-970) with Doses up to 160 mg/Day in Patients with Alzheimer's Disease (Protocol # 970-61), 12 patients, 1991-1992

Double-Blind Parallel Comparison of Three Doses of Sertraline and Placebo in Outpatients with Panic Disorder (90CE21-0529), 1991-1993

A Two-Year, Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study of Cycloserine in the Treatment of Alzheimer's Disease with Six Months Placebo Control (Protocol # NC6-92-02-023), 1991-1993

A Prospective Randomized Double-Blind, Placebo-Controlled, Multicenter, Parallel-Groups Comparison of the Efficacy and Safety of Abecarnil for Generalized Anxiety Disorder, (Protocol # 358), 1992

Abecarnil in Elderly Anxiety Patients (Protocol # B372x), 1992-1993

A Prospective Randomized Double-Blind, Placebo-Controlled, Multicenter, Parallel-Groups Comparison of the Efficacy and Safety of Abecarnil Low Dose (7.5 mg), Abecarnil High Dose (15.0 mg) and Placebo in Outpatients with Generalized Anxiety Disorder (B358), 1992-1993

4     Dist

update 7/7/04
W.T. Smith, M.D.

CONFIDENTIAL
AZSER12750378

BEST COPY AVAILABLE

LY237733 in Patients with Generalized Anxiety Disorder, 1992 - 1993

A Double-Blind, Placebo-Controlled, Multicenter Trial Comparing 30 mg of BuSpar Given Two Times Daily Versus Three Times Daily in Patients with Generalized Anxiety Disorder (Protocol # CN101-043), 1992 - 1993

A Double-Blind, Placebo-Controlled, Fixed Dose Range Study of Org 4428 in Outpatients with Major Depression (Protocol # 057-001), 1992 - 1994

An Open Label Extension Study of Tacrine (CI-970) in Patients with Alzheimer's Disease (Protocol # 970-62), 1992-1994

Six-Month, Open-Label Evaluation of the Safety and Efficacy of Venlafaxine, Followed by a Randomized, Double-Blind, Placebo-Controlled One-Year Evaluation of Venlafaxine in the Prophylactic Treatment of Recurrent Major Depression (Protocol # 600A-335-US), 1992 –1994

A Placebo-Controlled, Randomized, Double-Blind, Multicenter Study of the Efficacy and - Safety of Nimodipine (BAY e 9736) in Patients with Probable Alzheimer's Disease of Moderate Severity,  36 patients (Protocol #D92-026), 1992-1995

Double-Blind Comparison of Tandospirone GITS and Placebo in Outpatients with Major Depression (Protocol # 93CE30-0608), 1993

Double-Blind Comparison of Tandospirone GITS and Placebo in Outpatients with Major Depression,  (Study #93-N-0033), 1993-1994

Double-Blind, Fixed-Dose Study Comparing DN-2327 to Buspirone and Placebo in Patients with Generalized Anxiety Disorder (Protocol # M92-865), 1993

Double-Blind, Fixed-Dose Study Comparing DN-2327 to Buspirone and Placebo in Patients with Generalized Anxiety Disorder (Protocol # EXT DN-2327), 1993-1994

HP 749 in Treatment of Patients with Alzheimer's (Protocol # HP 749-203), 20 patients, 1993-1994

Double-Blind, Fixed-Dose, Multicenter Study Comparing DN-2327 (2, 4, and 8 mg / Day) with Placebo in Generalized Anxiety Disorder, 1993 - 1994

A Phase II, Eight-Week, Double-Blind, Placebo-Controlled, Multicenter Study to Evaluate the Efficacy and Safety of Three Fixed Doses of Oral CP-93,393-1 in Outpatients with Generalized Anxiety Disorder (Protocol # 129-104-524), 1993-1994

A Phase II, Six-Week, Double-Blind, Placebo-Controlled, Multicenter Study to Evaluate the Efficacy and Safety of Three Fixed Doses of Oral CP-93,393-1 in Outpatients with Generalized Anxiety Disorder, 1993-1994

A Double-Blind, Fixed-Dose, Multicenter Study Comparing DN-2327 (2, 4 and 8mg/day) with Placebo in Generalized Anxiety Disorder, 1993-1994

An Open-Label, Long-Term,. Safety Study of DN-2327 in the Treatment of Patients with Generalized Anxiety Disorder, 1993-1994

5    Dist

update 7/7/04
W.T. Smith, M.D.

CONFIDENTIAL
AZSER12750379

BEST COPY AVAILABLE

Efficacy and Safety Study of Besipirdine Hydrochloride (HP749) in Patients with Alzheimer's Disease, 1993-1995

Klonopin Dose Titration Study in Outpatients with Panic Disorder (Protocol # 14275), 1993-1995

Long-Term, Open-Label Nimodipine Treatment for Patients with Primary Degenerative Dementia or Probable Alzheimer's Disease (Protocol # U93-001), 51 patients, 1993-1996

A Compassionate Use Study of Nimodipine (Bay e 9736) in Patients with Probable Alzheimer's Disease of Moderate Severity, 1993- 7/1999

Fixed Dose, Placebo Controlled, Dose Response Study of U-98079A (DAU 6215CL) Capsules in the Treatment of Mixed Anxiety and Depressive Disorder, 1994

Zatosetron Maleate in the Treatment of Anxiety, (Protocol # F2V-MC-HKAH), 1994

Sertraline Treatment Followed by a Double-Blind Comparison of Sertraline and Placebo in the Prevention of Relapse in Outpatients with Obsessive Compulsive Disorder (Protocol # 93CE21-0615), 1994-1995

Two Sertraline Dose Regimens in Non-Responder Outpatients with Obsessive Compulsive Disorder (Protocol # 93CE21-0643), 1994-1995

Sertraline and Placebo in Prevention of Relapse in Outpatients with Obsessive Compulsive Disorder (Protocol #93CE21-0643), 1994-1996

An Open-Label Assessment of the Long-Term Safety of Sertindole in the Treatment of Patients with Schizophrenia and Other Psychotic Disorders, (M94-222), 1994-current.

A Double-Blind Comparison of Sertindole and Haldol®: An Assessment of the Chronic Safety, Efficacy, Quality of Life and Relapse in Stable Schizophrenic Patients (Protocol # M93-132), 1994 -1995

A 16-Week Open-Label Safety Study of Tacrine with Monitoring of Serum Alanine Aminotransferase (ALT) at Week 4, 6, 8, 12, and 16, 1994-1995

An Open-Label Evaluation of the Long-Term Safety and Clinical Acceptability of Venlafaxine Extended-Release Capsules in Depressed Outpatients (Protocol # 600-B-369-US), 1994 - 1996.

Double-Blind, Placebo-Controlled, Parallel-Group, Comparative Study of Venlafaxine and Fluoxetine in Depressed Outpatients to Measure Onset of Clinical Activity (Protocol 600-A-372-US), 1996

A Double-Blind, Placebo-Controlled, Parallel-Group, T.I.D. Dose-Finding Study of Adatanserin Hydrochloride Capsules in Outpatients with Generalized Anxiety Disorder (Protocol #790-A-206-US), 1994 -1995

An Eight-Week, Multicenter, Active and Placebo-Controlled Fixed-Dose Efficacy and Safety Study of ORG 4428 in Outpatients with Major Depression (Protocol #057-005 (08)), 1995

A Long-Term, Multicenter, Active and Placebo-Controlled Fixed-Dose Efficacy and Safety Study of ORG 4428 in Outpatients with Major Depression (Protocol #057-011), 1995

Tacrine in the Treatment of Alzheimer's (Protocol # 970-77-020), 1995

6    Dist

update 7/7/04
W.T. Smith, M.D.

CONFIDENTIAL
AZSER12750380

BEST COPY AVAILABLE

A Randomized Double-Blind, Placebo-Controlled Dose-Ranging Study of the Efficacy and Tolerability of SB202026 in Patients Suffering From Dementia of the Probable Alzheimer's Type (Protocol # 202026/005), 1995

An Open-Label Administration of SB202026 in Patients Suffering from Probable Dementia of the Alzheimer's Type (Protocol #202026/007, ext of 005), 1995

A Phase II, Eight-Week, Double-Blind, Placebo-Controlled Multicenter Study to Evaluate Efficacy and Safety of Three Fixed Doses of Oral 93,393 In Outpatients with Major Depressive Syndrome (Protocol # 129-106), 1995

A 16-Week, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Dose-Response, Multicenter Study of Tacrine (C1-970) One a Day Formulation (Tacrine GITS) With a 16-Month Open-Label Extension in Patients with Dementia of the Alzheimer's type, (Protocol # 970-68), 1996

A Double-Blind, Flexible-Dose Study Comparing the Efficacy and Safety of Sertraline and Placebo in Outpatients with Post-Traumatic Stress Disorder (Protocol #95CE21-0671), 1996

A Double-Blind, Flexible-Dose Study Comparing Sertraline and Placebo in Outpatients with Post Traumatic Stress Disorder, (Protocol # 95CE21-0672 ext), 1996-1997

Flesinoxan in the Treatment of Generalized Anxiety Disorder:  A Multicenter, Double-Blind, Parallel, Placebo-Controlled Dose Range Study in Outpatients (Protocol #128-2-09), 1995 - 1996

A Multicenter, Double-Blind, Placebo-Controlled, Parallel-Group Study of the Safety, Tolerability and Efficacy of Three Fixed Doses of Ipsapirone CR (BAY q 7821) and Fluoxetine in Outpatients with Moderate to Severe Major Depressive Disorder (Protocol #D95-007), 1995-1996

Clonazepam Augmentation of Fluoxetine in the Treatment of Outpatients with Major Depression:  A Double-Blind, Placebo-Controlled, Multicenter Study (Protocol # SRN 0101), 1995 - 1996

Double-Blind, Placebo-Controlled, Parallel-Group, Comparative Study of Venlafaxine and Fluoxetine in Depressed Outpatients to Measure Onset of Clinical Activity (Protocol # 600A-372-US), 1995 - 1997

A Double-Blind, Placebo-Controlled Trial to Evaluate the Safety and Efficacy of Metrifonate (BAY a 9826) In Patients With Probable Alzheimer's Disease (Protocol # D95-016), 1995-1997

An Open-Label Long-Term Trial, Evaluating the Safety of BMS-180048 150mg in the Treatment of Patients with Migraine Headache With or Without Aura, (Protocol # CN-115-038), 1996

A 24-Week, Double-Blind, Placebo-Controlled, Parallel-Group, Fixed Dose Study of the Efficacy and Tolerability of SB 202026 25 ug BID and SB 202026 50 ug OD in Patients Suffering from Dementia of the Probable Alzheimer's Type, (Protocol # 202026-045), 1996

A Phase III, Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Safety, Tolerance, and Efficacy Study of 10 and 20 mg of Zaleplon in Adult Outpatients with Insomnia,  (Protocol # 897A1-307-US), 1996

7    Dist

update 7/7/04
W.T. Smith, M.D.

CONFIDENTIAL
AZSER12750381

BEST COPY AVAILABLE

A Phase III, Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Safety, Tolerance, and Efficacy Study of 10 and 20mg of Zaleplon in Adult Outpatients with Insomnia (Protocol # 897A1-312-US), 1996

A Phase III, Multicenter, Long-Term, Open Label, Safety and Tolerance Study of 10 and 20mg of Zaleplon Administered Once Daily, For a Maximum of 360 Days, in Adult Outpatients with Insomnia (Protocol # 897A1-312-US ext), 1996

Double-Blind, Placebo-Controlled, Parallel-Group, Dose-Finding Study of Venlafaxine Extended-Release Capsules in Outpatients with Generalized Anxiety Disorder, 1996

Six-Month Double-Blind, Placebo-Controlled, Parallel-Group Comparison of Venlafaxine Extended-Release Capsules and Placebo in Outpatients with Generalized Anxiety Disorder, (Protocol # 600B2-218-US ) , 1996 - 1997, (Protocol #600B2-206-US), 1996, (Protocol #600B2-210-US), 1995-1996,  (Protocol #600B2-307-US), 1996, (Protocol #600B2-335-US), 1996, (Protocol #600B2-372-US), 1996

A Multicenter, Open-Label Study of the Safety and Tolerability of Metrifonate (BAY a 9826) in Patients with Probable Alzheimer's Disease. The Extension of Protocol D95-018, 1996-1997

A Multicenter, Randomized, Double-Blind, Placebo-controlled and Parallel Group Study of the Safety and Efficacy of Three Fixed Doses of Nefazodone in Depressed Patients (Protocol #CN104-135), 1996-1997

A Multicenter, Placebo-Controlled Trial of Three Fixed Doses of Nefazodone in Depressed Patients (Protocol # CN104-138), 1996-1997

Fluoxetine Plus Pindolol Versus Fluoxetine Plus Placebo in the Treatment of Major Depression, (Protocol B1Y-MC-HZAA), 1996-1997

A Double-Blind, Placebo-Controlled, Flexible Dosing Trial to Evaluate the Efficacy of Modified Release Paroxetine in the Treatment of Panic Disorder (Prot. PAR-494), 1996-97

A Double-blind, Placebo-Controlled Trial to Evaluate the Clinical Effects of Immediate Release Paroxetine and Modified Release Paroxetine in the Treatment of Major Depression (Protocol # 29060/449) 1996-1997

A Double-Blind, Placebo-Controlled Trial to Evaluate the Clinical Effects of Immediate Release Paroxetine and Modified Release Paroxetine in the Treatment of Major Depression in Elderly Patients (Protocol PAR-487) 1996-1997

A Double-Blind, Placebo-Controlled Trial to Evaluate the Safety and Efficacy of a Fixed Dose of Metrifonate (BAY a 9826) With a Loading Dose Phase and Without a Loading Dose Phase Versus Placebo in Patients with Probable Alzheimer's Disease, 1996-1997

A 24-Week, Double-Blind, Placebo-Controlled, Parallel-Group, Fixed Dose Study of the Efficacy and Tolerability of SB 202026 25 ug BID and SB 202026 50 ug OD in Patients Suffering from Dementia of the Probable Alzheimer's Type (Protocol #202026-050, the Extension of 045), 1996-1997

An Open-Extension Study of the Long Term Safety and Efficacy of SB202026 (25 ug BID or 50 ug BID) in Patients Suffering from Dementia of the Probable Alzheimer's Type, 1996-1998

8    Dist

update 7/7/04
W.T. Smith, M.D.

CONFIDENTIAL
AZSER12750382

BEST COPY AVAILABLE

A 16-Week, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Dose-Response, Multicenter Study of Tacrine (C1-970) Once a Day Formulation (Tacrine GITS) With a 16-Month Open-Label Extension in Patients With Dementia of the Alzheimer's Type (Protocol 970-68), 1996-1999

Management of Persistent Insomnia in Outpatients on Serotonin-Specific Reuptake Inhibitor Therapy: Hypnotic Efficacy and Safety of Zolpidem (Ambien). A Double-Blind, Randomized, Placebo-Controlled, Parallel-Group, Multicenter Study (Protocol #LSH56), 1996 - 1997

A Multicenter, Double-Blind, Randomized, Placebo-controlled, Parallel Group Study of the Efficacy and Safety of Oral Eletriptan in Subjects with Acute Migraine, (Protocol #160-102-5047), 1996-1997

A Multicenter, Double-Blind, Randomized, Placebo-controlled, Paralled Group Study of the Efficacy and Safety of Oral Eletriptan in Subjects with Acute Migraine, (Protocol #160-108), 1996-1997

A Double-Blind, Placebo-Controlled Parallel Assessment of the Safety and Efficacy of the Selegiline Transdermal System in Patients with Major Depression (Protocol #S9303-E106-96B), 1996-1997

A Double-Blind, Placebo-Controlled Parallel Assessment of the Safety and Efficacy of the Selegiline Transdermal System in Patients with Major Depression (Protocol #S9303-E106-96B Extension), 1997

A Randomized, Double-Blind Fixed Dose Comparison of 20, 40, and 60mg daily of Paroxetine and Placebo in the Treatment of Generalized Social Phobia, (Protocol # 29060/454), 1997

A Multicenter, Double-Blind, Placebo-Controlled, Dose-Ranging Study to Evaluate the Efficacy and Safety of Single Doses of SB-220453 in the Treatment of Acute Migraine (Protocol # 220453/006), 1997

An Open-Label, Long-Term, Safety Study of Transdermal Buspirone in the Treatment of Anxious Outpatients (Protocol #:  CN101-095-018), 1997

A Double-Blind Continuation Study Comparing Sertraline and Placebo in Outpatients with Post Traumatic Stress Disorder (Protocol #96CE21-0703, Study # 96-N-0198), 1997

Extended Clonazepam Augmentation of Fluoxetine in the Treatment of Outpatients with Major Depression: A Double-blind, Placebo-controlled, Multicenter  Study (Protocol # 0101&02), 1997

A Flexible Dose Study of Nefazodone in the Treatment of Post Traumatic Stress Disorder, (Protocol CN104-138-015), 1997 – 1998

A Multicenter, Placebo-controlled Study of Relapse/Recurrence Prevention by Long-Term Treatment with the Recommended Dose Range of Remeron™ (mirtazepine) in Outpatients with Recurrent Major Depressive Episode (Protocol # 003-041), 1997-1998

A Multicenter, Open-Label Study of the Safety and Tolerability of Metrifonate (BAY a 9826) in Patients with Probable Alzheimer's Disease, 1997-1998

Pfizer - A Double-Blind Comparison of Fixed Dose Sertraline and Placebo in the Treatment of Premenstrual Syndrome (Protocol # 96CE21-0680) 1997-1998

Long Term Treatment with Metrifonate (BAY a 9826) for Patients with Probable Alzheimer's Disease, 1997-1999

9     Dist

update 7/7/04
W.T. Smith, M.D.

CONFIDENTIAL
AZSER12750383

BEST COPY AVAILABLE

A Double-Blind, Randomized, Placebo Controlled, Flexible Dose Trial of 30 $CM^2$ Transdermal Buspirone Patches in the Treatment of Anxious Outpatients, (Protocol #CN101-093-005 and Extension), 1997 - 1998

A Double-Blind, Randomized, Placebo Controlled, Flexible Dose Trial of 30 $CM^2$ Transdermal Buspirone Patches in the Treatment of Anxious Outpatients (Protocol #CN101-095-010 and 018), 1997 - 1998

A Double-Blind Trial of Three Fixed Doses of Nefazodone and Placebo in the Treatment of Patients with Panic Disorder (Protocol CN 104-149-024), 1997-1998

A Randomized Double-Blind Placebo Substitution Trial Efficacy of Nefazodone in the Long Term Treatment of Patients with Panic Disorder (Protocol # CN104-150 EXT), 1997 - 1998

A Multicenter, Double-Blind, Placebo-Controlled, Parallel Group Study of the Safety, Tolerability, and Efficacy of Three Fixed Doses of Fluvoxamine Versus Placebo in Outpatients with Major Depressive Disorder (Protocol #S1143102/14), 1997-1998

A Double-Blind, Placebo-Controlled, Multicenter Study Evaluating the Efficacy and Safety of SR46349B in Outpatients with Major Depression (Phase II), (Protocol #DR1 2623), 1997-1998

Weekly Enteric Coated Fluoxetine HCL versus Daily Fluoxetine or Placebo in the Continuation Treatment of Major Depressive Disorder (Protocol #B1Y-MC-HCIZ(a), 1997-1998

Fluoxetine Plus Pindolol Versus Fluoxetine Plus Placebo in the Treatment of Major Depression (Protocol # B1Y-MC-HZAH), 1997-1998

Extended Clonazepam Augmentation of Fluoxetine in the Treatment of Outpatients with Major Depression: A Double-Blind, Placebo-controlled, Multicenter Study (Protocol #0101) 1997

A Double-Blind, Multicenter, Dose-Finding Acute and Extensions Study of MK-0869 (L-754,030) vs. Fluoxetine Hydrochloride and Placebo in the Treatment of Outpatients With Major Depressive Disorder (Protocol #020-00, 11/12/97), 1997-1998

Double-Blind, Placebo-Controlled Study of the Safety and Efficacy of LY354740 and Lorazepam in Outpatients with Generalized Anxiety Disorder (Protocol # B3L-MC-LWAA), 1997-1998

Long-Term Treatment for Patients With Primary Degenerative Dementia or Probable Alzheimer's Disease (Protocol # U93-001), 1997-1999      ( Nimodipine)

A Double-Blind, Multicenter, Dose-Finding Acute and Extension Study of MK-0869 vs. Fluoxetine Hydrochloride and Placebo in the Treatment of Outpatients with Major Depressive Disorder (Protocol # 020-017 and 017x), 1998

A Single-Dose, Randomized, Double-Blind, Placebo-Controlled Study Evaluation of the Safety & Efficacy of Ibuprofen 200mg and 400mg for the Treatment of Migraine Headache Pain (Protocol # 1526-027), 1998

A Double-Blind Randomized Trial Comparing Four Doses of an Intramuscular Formulation of PT1000 and Placebo in the Treatment of Outpatients with Migraine Headache (Protocol # TP 97-001), 1998

A Double-Blind, Parallel, Placebo Controlled, Single Dose Out-Patient Study of the Activity of Ganaxolone for the Treatment of Migraine with or without Aura (Protocol # 1042-0117), 1998

10    Dist                                                     update 7/7/04
                                                              W.T. Smith, M.D.

CONFIDENTIAL
AZSER12750384

BEST COPY AVAILABLE

Placebo Controlled Evaluation of Galantamine in the Treatment of Alzheimer's Disease: Safety and Efficacy Under a Slow Titration Regimen. (Protocol GAL-USA-10), 1998-1999

A Six-Week, Double-Blind, Placebo- and Fluoxetine- Controlled Multicenter Study to Evaluate the Safety and Efficacy of Oral CP-112,721 in Outpatients with Major Depressive Disorder (Protocol # 165-112-5025), 1998-1999

A Long-Term Open Label Safety Study of Almotriptan 12.5 mg Orally in Migraine Patients (Protocol #M/3275/0008), 1998-1999

Oral Almotriptan (LAS31416) vs. Oral Sumatriptan in a Double-Blind, Randomized, Parallel Group Study of Cost-Effectiveness and Quality of Life in Migraine, 1999

A Six-Week, Double-Blind, Placebo-and Fluoxetine-Controlled Multicenter Study to Evaluate the Safety and Efficacy of Oral CP-122, 721 in Outpatients with Major Depressive Disorder  (Protocol #165-112-5054), 1998-1999

A Randomized Double-Blind, Placebo-Controlled, Parallel Group Study of Igmesine (CI-1019) and Fluoxetine in Patients with Major Depressive Disorder (Protocol # 1019-05), 1998-1999

Randomized Double-Blind Placebo Substitution Trial of the Efficacy of Nefazodone in the Long Term Continuation Treatment of Patients With Panic Disorder (CN104-150-Ext), 1998-1999

A Randomized, Double-Blind, Dose-Range Finding, Multicenter, Parallel-Group, Active- and Placebo-Controlled Trial of the Safety and Efficacy of NKP608A in Patients with Moderate to Severe Major Depressive Disorder (Protocol #NKP608A-141), 1999

A Multicenter, Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Dose-Range Finding Trial to Evaluate the Safety and Efficacy of 4 Doses of NKP608A in Patients with Social Phobia (Protocol #NKP608A-107), 1999

A Double-Blind Randomized, Parallel Study Comparing the Safety, Efficacy and Tolerability of NS 2389 to Placebo in Outpatients with Major Depression (Protocol #DE2389-002), 1999

A Double-Blind, Multicenter, Randomized, Placebo-controlled, Efficacy and Safety Study of Org 33062 ER in Subjects with Major Depressive Disorder (Protocol #134-001), 1999

A Study of Low-Dose Flesinoxan, In Patients with Generalized Anxiety Disorder (GAD;DSM-IV); A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Multicenter Study to Assess Efficacy and Safety (Protocol H.128.5055/16), terminated by sponsor, 1999

A Double-Blind, Multicenter, Dose-Finding Acute and Extension Study of L-759,274 Versus Paroxetine Hydrochloride and Placebo in the Treatment of Outpatients with Major Depressive Disorder (Protocol 011-02), 1999-2000

An Open-Label Safety Study of Pregabalin (CI-1008) in Patients with Anxiety Disorders (Protocol #1008-084), 1999-2000

11   Dist

update 7/7/04
W.T. Smith, M.D.

CONFIDENTIAL
AZSER12750385

BEST COPY AVAILABLE

A phase II, randomized, placebo-controlled study to assess the safety and efficacy of galantamine hydrobromide 2.5mg t.i.d., 5mg t.i.d., 7.5mg t.i.d. and 10mg t.i.d. taken for a period of 16 weeks in patients with a diagnosis of chronic fatigue syndrome (Protocol # GAL-IV-201), 1999

A Placebo-Controlled Study of Pregabalin and Lorazepam in Patients With Generalized Anxiety Disorder (Protocol #s 1008-021/-025/-026), 1998-1999

An open-extension of GAL-IV-201, to study the safety and efficacy of galantamine hydrobromide titrated to a maximum dose of 15mg bd for a period of 6 months in patients with chronic fatigue syndrome (Protocol # GAL-IV-201X), Start date:  6/16/99, terminated by sponsor for lack of efficacy on 11/30/99.

A Double-Blind, Placebo-Controlled, Multicenter Study of Patient-Reported Sleep Effects of L-759274 in Older Patients With Chronic Primary Insomnia (Protocol # 028-00), 1999

A Dougle-Blind, Placebo-Controlled, Parallel-Group Assessment of the Safety and Efficacy of Two Doses of the Selegiline Transdermal System (10mg and 20mg) in Patients with Major Depression (Protocol #S9303-E114), 1999

A Twelve-Week, Randomized, Double-Blind Placebo Controlled, Flexible Dose Study of Fluvoxamine CR in the Treatment of Generalized Social Anxiety Disorder (Protocol #S1143107), 1999-2000

A Multicenter, Double-Blind, Randomized, Parallel Group Study of the Efficacy and Safety of a Flexible Dose Regiment of Fluvoxamine CR versus Placebo in Outpatients with Obsessive Compulsive Disorder (Protocol #S1143103), 1999 - 2000

Flexible Dose Comparison of the Safety and Efficacy of Lu 26-054, Citalopram (Celexa), and Placebo in the Treatment of Major Depressive Disorder  (Protocol SCT-MD-02), 1999-2000

A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study of SL1381 in Children with Attention Deficit Hyperactivity Disorder (Protocol # 381.01), 1999-2000

A Randomized, Double-Blind, Placebo-Controlled Study to Determine the Safety and Efficacy of FK960 in Patients with Mild to Moderate Probable Alzheimer's Disease (Protocol #FA-960-0002) 1999-2000

A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Efficacy and Safety Study of Remeron in Outpatient Children and Adolescents with Major Depressive Disorder (Protocol # 003-045), 1999-2000

A Double-Blind, Multicenter, Dose-Finding Acute and Extension Study of MK-0869 (L-759,274)  Versus Paroxetine Hydrochloride and Placebo in the Treatment of Outpatients With Major Depressive Disorder (Protocol #011-01), 1998-2000

An Open-Label Study to Assess the Safety of the Selegiline Transdermal System in Patients with Major Depression (Protocol S9303-9918), 1999-2000

Flexible Dose Comparison of the Safety and Efficacy of Lu 26-054, Citalopram (Celexa), and Placebo in the Treatment of Panic Disorder, (Protocol #SCT-MD-04), 1999-2000

Long-Term Safety of Galantamine in the Treatment of Alzheimer's Disease (Protocol # GAL-USA-17&17x), 1999-2000

12    Dist

update 7/7/04
W.T. Smith, M.D.

CONFIDENTIAL
AZSER12750386

BEST COPY AVAILABLE

Reboxetine, Placebo, and Paroxetine Comparison in Patients with Major Depressive Disorder (Protocol # M/2020/0047 & ext), 2000

A Double-Blind, Placebo-Controlled, 3-Arm Fixed Dose Study of Paroxetine CR (12.5 mg and 25 mg) for Premenstrual Dysphoric Disorder (Protocol # 29060/689), 2000

A Double-Blind, Placebo-Controlled Dose-Finding Study Evaluating the Safety and Efficacy of MKC-242 1.5, 6 and 24mg/day (0.5, 2, 8mg tid) in the Treatment of Major Depressive Disorder (Protocol # MKC-242/A0-1), 2000

A Multicenter, Open-Label Extension Study of the Safety of a Flexible Dose Regimen of Fluvoxamine CR in Outpatients with Obsessive Compulsive Disorder (Protocol # S1143104), 1999-2000

A Multicenter, Double-Blind, Placebo and Sertraline Controlled, Randomized, Parallel Group Design, Flexible Dose Trial of Nefazodone ER in the Treatment of Depressed Patients (Protocol #CN104-175), 2000 terminated by sponsor

A Multicenter, Double-Blind, Placebo and Paroxetine Controlled, Randomized, Flexible Dose Trial of Nefazodone ER in the Treatment of Depressed Patients (Protocol #CN104-166&166x), 2000, study terminated by sponsor

Double-Blind Multicenter Dose-Finding Acute and Extension Study of L-759, 274 vs. Paroxetine Hydrochloride and Placebo in the Treatment of Outpatients with Major Depressive Disorder (Protocol #011-00 &ext), 1998-2000

A Phase II, Randomized, Double-Blind, Placebo-Controlled, Fixed-Dose Study of Oral OPC-14523 and Prozac in the Treatment of Outpatients with Moderate Depression (Protocol # 173-98-203), 1999-2000

A Multicenter, Double-Blind, Placebo Controlled, Randomized Fixed Study of Nefazodone ER in the Treatment of Depressed Patients (Protocol CN104-176-011), 1999-2000

A Single-Dose, Double-Blind, Safety and Efficacy Study of MT100, Metoclopramide Hydrochloride and Naproxen Sodium in Subjects with Acute Migraine Attacks (Protocol #MT100-304), 2000

R-Fluoxetine Versus Placebo in the Treatment of Major Depression (Protocol # H5Z-MC-LUAB(c), 2000 terminated by sponsor

The Safety and Efficacy of MK-0966 in Slowing the Progression of Symptoms of Alzheimer's Disease (Protocol #091-00), 1999-2000

An International Multicenter Trial of Two Dose Ranges of Nefazodone and Placebo in the Treatment of Outpatients With Posttraumatic Stress Disorder, (Protocol #CN104-159), 1998-2000

A Placebo-Controlled Study of Pregabalin in Patients With Social Phobia (Protocol #1008-080), 1999-2000

Placebo Controlled Evaluation of the Safety and Efficacy of Lu 26-054 in the Prevention of Depression Relapse (Protocol #SCT-MD-03 Extension), 1999-2001

An Open-Label Safety Study of Pregabalin (CI-1008) in Patients with Anxiety Disorders (Protocol #1008-088), 1999-2001, terminated by sponsor

13    Dist

update 7/7/04
W.T. Smith, M.D.

CONFIDENTIAL
AZSER12750387

BEST COPY AVAILABLE

Duloxetine Once-Daily Dosing Versus Placebo in the Acute Treatment of Major Depression (Protocol #F1J-MC-HMBH), 2000-2001

Double-Blind, Placebo-Controlled Study of Venlafaxine ER in Children and Adolescents with Generalized Anxiety Disorder (Protocol #0600B2-397-US), 2000-2001

A 6-Week, Double-Blind, BID, Flexible-Dose Study of Pregabalin in Patients With Generalized Anxiety Disorder (Protocol #1008-181) 2001, terminated by FDA

A Randomized, 24-Week, Double-Blind, Placebo-Controlled, Flexible Dose Trial to Compare the Efficacy and Safety of Galantamine Hydrobromide to Placebo in Patients with Dementia with Lewy Bodies (Protocol #GAL-INT-5),  2001 terminated by sponsor

A 30-Week, Open Label Evaluation of Donepezil Hydrocholoride (E2020) in Patients with Dementia Associated with Cerebrovascular Disease (Protocol #E2020-A001-307), 1997-2001

Safety and Efficacy of Long-Term Administration of MKC-242 in the Treatment of Major Depressive Disorder:  A 4-Month Double-Blind Extension to Study MKC-242 (Protocol # MKC-242/A02&A03) 2000-2001 (A01 terminated by sponsor 2001)

Phase II Multicenter Randomized Comparison of TAK-637 Versus Placebo in the Treatment of Subjects with Major Depressive Disorder (Protocol # TAK-637-99-301), 1999-2001

A Double-Blind, Placebo-Controlled Comparative Efficacy Study of Venlafaxine ER and Sertraline in Producing Remission in Outpatients with Major Depressive Disorder (Protocol # 600B1-414-US), 2000-2001

A Multicenter, Randomized, Double-Blind, Placebo-Controlled Trial of Sertraline for Acute Treatment of DSM-IV Generalized Social Phobia in Outpatients (Protocol # R-0601), 2000-2001

A Well-Controlled Safety and Efficacy Study of FK960 in Subjects with Mild to Moderate Alzheimer's Disease (Protocol #FA-960-0005) Terminated by sponsor 2001

A Multi-center, Randomized, Double-blind, Parallel Group, Multiple Dose-Comparison Study of Valdecoxib 20 mg, Valdecoxib 40 mg, Sumatriptan 50 mg and Placebo in Patients with Moderate or Severe Acute Migraine Headache (Protocol # 157-01-01-001), 2001

Open-label Reboxetine Continuation Therapy (Protocol #950E-CNS-0005-087, ext of M2020/0047), 2000-2001

Flexible Dose Comparison of the Safety and Efficacy of Escitalopram and Fluoxetine in the Treatment of Major Depressive Disorder (Protocol #SCT-MD-16),  2001

A Twenty-Four Week, Multicenter, Parallel-Group, Double-Blind, Placebo-Controlled Study of the Efficacy, Tolerability and Safety of Estrogen in the Treatment of Alzheimer's Disease in Outpatient Women Treated with Donepezil (Protocol #E-0401-female only), 1999-2001

A double-blind, placebo-controlled, fixed-dosage study comparing the efficacy and tolerability of paroxetine CR and citalopram to placebo in the treatment of MDD with anxiety (Protocol #  BRL-29060/785), 2001

14    Dist

update 7/7/04
W.T. Smith, M.D.

CONFIDENTIAL
AZSER12750388

BEST COPY AVAILABLE

A Six-Month Double-Blind, Placebo-Controlled Parallel-Group Comparison of Venlafaxine Extended
Release Capsules and Placebo in Outpatients with Generalized Social Anxiety Disorder  (Protocol # 0600B4-
390-US), 2000-2001

A Double-Blind, Placebo-Controlled, Parallel-Group, Multicenter, Fixed-Dose Study to Evaluate the Safety
and Efficacy of INN 00835 in Subjects Diagnosed with Major Depressive Disorder (Protocol # PPIN9453
6205) - (Phase 2e) - 2000-2001, terminated by sponsor

A 30-Week, Open-Label Evaluation of Donepezil Hydrochloride (E2020) in Patients with Dementia
Associated with Cerebrovascular Disease (Protocol #E2020-A001-309 Ext), 1998- 2001

Flexible Dose Comparison of the Safety and Efficacy of Escitalopram and Placebo in the Treatment of
Generalized Anxiety Disorder (Protocol #SCT-MD-06), 2001

Flexible Dose Comparison of the Safety and Efficacy of Escitalopram and Placebo in the Treatment of
Generalized Anxiety Disorder (Protocol #SCT-MD-07), 2001-2002

A Placebo-Controlled Dose-Titration Efficacy and Tolerability Study of Neotrofin in Patients With Probable
Alzheimer's Disease (Protocol # 082-2001-001), 2001-2002

A Multicenter, Double-Blind, Placebo-Controlled Trial of Two Dose Ranges of Nefazodone in the Treatment
of Children and Adolescents With a Major Depressive Episode (Protocol # CN104-187), 2001-2002

A Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Study Evaluating Efficacy and Safety of
SB-29060 Controlled Release (12.5 and 25mg/day) versus Placebo in Patients with Major Depressive
Disorder (Protocol # 29060/810), 2001-2002

A Six-Week, Double-Blind, Randomized, Multicenter, Fixed-Dose, Placebo-Controlled Study of Pagoclone
Dosed Once a Day in Patients with Generalized Anxiety Disorder (Protocol # 1043-033-017), 2001-2002

A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study of SL1381 in Children with
Attention Deficit Hyperactivity Disorder (Protocol # 381.01), 2001-2002

A Phase II, Randomized, Double-Blind, Placebo-Controlled, Dose-Ranging Study of Fixed-Doses of Oral
OPC-14523 and Prozac in the Treatment of Outpatients with Moderate Depression (Protocol # 173-00-221),
2001-2002

A Double-Blind, Placebo-and Paroxetine-Controlled, Multicenter, Dose-Ranging Study Evaluating the
Efficacy and Safety of SR142801 in Outpatients with Major Depressive Disorder (Phase II-Protocol
#DRI3650), 2000-2002

A Double-Blind, Placebo-Controlled, Parallel-Group, Flexible Dose Study of Venlafaxine ER in Children and
Adolescents with Social Anxiety Disorder (Generalized) (Protocol # 0600B4-389-US), 2001-2002

Double-Blind Comparison of the Safety and Efficacy of Escitalopram and Fluoxetine in the Treatment of
Fluoxetine Nonresponders (Protocol # SCT-MD-21), 2001-2002

A Phase IIB, Seven-Week, Double-Blind, Placebo and Paroxetine-Controlled Multicenter Study to Evaluate
the Safety and Efficacy of Oral CP-122,721 in Outpatients with Major Depressive Disorder and Associated
Somatic Symptoms (Protocol #A1651008), 2002

15    Dist

update 7/7/04
W.T. Smith, M.D.

CONFIDENTIAL
AZSER12750389

BEST COPY AVAILABLE

Evaluation of the Safety and Efficacy of Lu 26-054 in the Prevention of Depression Recurrence (Protocol #SCT-MD-011) 2000-2002

A Double-Blind, Randomized, Placebo-Controlled, 3-Month Clinical Trial of Venlafaxine ER and Sertraline in the Treatment of Posttraumatic Stress Disorder (Protocol #0600B-100735), 2001-2002

Flexible Dose Comparison of the Safety and Efficacy of Escitalopram and Placebo in the Treatment of Generalized Anxiety Disorder (Protocol #SCT-MD-17), 2001-2002

Two-Week Double-Blind Placebo-Controlled Study of Escitalopram in the Treatment of Severe Major Depression. Phase A: Double Blind Comparison of the Safety and Efficacy of Escitalopram and Placebo After Two Weeks of Treatment of Patients with Severe Major Depression. Phase B: Double-Blind Comparison of the Safety and Efficacy of Escitalopram and Placebo After Eight Weeks of Treatment of Patients with Severe Major Depression. (Protocol #SCT-MD-26), 2001-2002

A Double-Blind Comparison of Escitalopram and Paroxetine in the Treatment of Generalized Anxiety Disorder (Protocol # SCT-MD-20), 2002

Deramciclane 30 mg and 60 mg once daily versus placebo in generalized anxiety disorder. A randomized, double-blind, placebo and buspirone controlled, fixed dose, parallel-group, multicenter study of 10 weeks (including a 2-week single-blind, placebo period) (Protocol #3013025/DERA-5334-025), 2002-2003

An Open-Label Extension Study of the Safety and Efficacy of Escitalopram in Patients with Major Depressive Disorder (Protocol # SCT-MD-19), 2001-2003

A Multicenter, Randomized, Double-Blind, Parallel-Group Study of Sertraline Versus Venlafaxine XR in the Acute Treatment of Outpatients with Major Depressive Disorder (Protocol # VUM9045), 2002 Efficacy of a Controlled Release Formulation (Protocol #GAL-INT-10), 1998-2003

Placebo-controlled Evaluation of Galantamine in the Treatment of Alzheimers Disease: Safety and Efficacy of a Controlled Release Formulation (Protocol #GAL-INT-10), 1998-2003

A Twenty-Four Week, Multicenter, Parallel-Group, Double-Blind, Placebo-Controlled Study of the Efficacy, Tolerability and Safety of Estrogen in the Treatment of Alzheimer's Disease in Outpatient Women Treated with Donepezil (Protocol # E-0401-female only), 1999-2003

A Randomized, Double-Blind, Placebo-Controlled Evaluation of the Safety and Efficacy of Memantine in Patients with Moderate to Severe Dementia of the Alzheimer's Type (Protocol # MEM-MD-01), 2001-2003

Randomized, Double-Blind Comparison of a Fixed Dose of Escitalopram (10mg/day) and an Optimal Dosing Regimen of Sertraline (50-200mg/day) in the Treatment of MDD (Protocol # SCT-MD-18), 2002-2003

A Multicenter, Randomized, Double-Blind, Placebo-Controlled Study of 2 Fixed Doses of DVS-233 SR in Adult Outpatients with Major Depressive Disorder (Protocol # 0600D3-223-US), 2002-2003

A Study to Evaluate the Efficacy, Safety, and Maintenance Effect of Risperidone Augmentation of SSRI Monotherapy in Young and Older Adults with Unipolar Treatment Resistant Depression (Protocol # RIS-INT-93), 2002-2003

update 7/7/04
W.T. Smith, M.D.

CONFIDENTIAL
AZSER12750390

BEST COPY AVAILABLE

A 4-Week, Double-Blind, Randomized, Placebo-Controlled, Parallel Study to Evaluate the Efficacy and Safety of PROVIGIL (Modafinil) in Children and Adolescents with ADHD, Followed by an 8-Week Open-Label Extension (Protocol # C1538a/213/AD/US), 2002-2003

The Study of Olanzapine and Fluoxetine in Combination for Treatment-Resistant Depression Without Psychotic Features (Protocol # H6P-MC-HDAO) 2002-2003

A Twenty-Four Week, Multicenter, Parallel-Group, Double-Blind, Placebo-Controlled Study of the Efficacy, Tolerability and Safety of Estrogen in the Treatment of Alzheimer's Disease in Outpatient Women Treated with Donepezil (Protocol # E-0401-female only) 1999-2003

A Six-Week, Double-Blind, Randomized, Multicenter, Fixed-Dose, Placebo-Controlled Study of Pagoclone Dosed Once a Day in Patients with Generalized Anxiety Disorder. (Protocol # 1043-033-017) 2001-2003

An Open-Label Extension Trial to Assess the Long-term Safety of a Controlled Release Formulation of Galantamine HBr in the Treatment of Alzheimer's Dementia (Protocol #GAL-INT-21), 2001-2003

A 6-1/2 Month, Multicenter, Randomized, Double-blind, Placebo-Controlled Comparison of 150-300 mg/day of Extended-release Bupropion Hydrochloride and Placebo for the Prevention of Seasonal Affective Disorder in Subjects with a History of Seasonal Affective Disorder (Protocol # AK130936) 2002-2003

A Double-Blind, Multicenter, Placebo-Controlled Study of MK-0869 in the Treatment of Patients with Major Depressive Disorder (Protocol # 073-00) 2002-2003

A Four-Week Double-Blind, Placebo and Active Controlled, Dose-Ranging Study of SL 65.1498-003 doses (5, 15, 50mg per day) and Lorazepam (3mg/day in Out-Patients with Generalized Anxiety Disorder (GAD) (Protocol #DRI 4390) 2002-2003

RO 67-5930 in Major Depressive Disorder.  A Placebo-and Paroxetine-Controlled Study of Efficacy and Safety (Protocol #BN16430) 2002-2003

A Multicenter, Double-Blind, Randomized, Placebo Controlled Study of Eletriptan (20 and 40 mg) versus Placebo in Early Treatment of Migraine (Protocol # A1601080) 2002-2003

A Phase III, Randomized, Multi-Center, Double-Blind, Parallel-Group, Placebo-Controlled Safety and Efficacy Study of SPD503 in Children and Adolescents Aged 6-17 with Attention Deficit Hyperactivity Disorder (ADHD), (Protocol # SPD503-301), 2003

A Phase III, Randomized, Multi-Center, Double-Blind, Parallel-Group, Placebo-Controlled Safety and Efficacy Study of ADDERALL XR in Adolescents Aged 13-17 with Attention Deficit Hyperactivity Disorder (ADHD) (Protocol # SLI381-314) 2003

A Double-Blind, Randomized, Placebo-Controlled, 3-month Clinical Trial of Venlafaxine ER and Sertraline in the Treatment of Posttraumatic Stress Disorder (Protocol #0600B-100735) 2001-2003

A Phase III Multi-Center, Randomized, Double-Blind, Parallel Group Study of Valdecoxib 40 mg and Placebo in Patients with Multiple Moderate or Severe Acute Migraine Headaches (Protocol #VALA-0513-138/140x) 2002-2003

17    Dist

CONFIDENTIAL
AZSER12750391

BEST COPY AVAILABLE

A Study to Evaluate the Efficacy, Safety, and Maintenance Effect of Risperidone Augmentation of SSRI Monotherapy in Young and Older Adults with Unipolar Treatment Resistant Depression (Protocol # RIS-INT-93) 2002-2003

An 8-Week, Open-Label Study to Evaluate the Safety and Efficacy of GABITRIL as Augmentation Therapy in Patients with Generalized Anxiety Disorder who are Partial Responder to Selective Serotonin Reuptake Inhibitors (Protocol # C6671a/404/AX/US) 2003

An 8-Week, Randomized, Double-blind, Parallel-Group, Placebo-Controlled, Fixed-Dose Study Evaluating the Efficacy and Safety of Two Doses (20mg and 60mg) of a Once-Daily Oral Formulation of GW353162 in Subjects with Major Depressive Disorder for a Treatment Period of Eight Weeks (Protocol # C1548a/413/DP/US)  2003

A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study to Evaluate the Efficacy and Safety of 8 Weeks of Oral PROVIGIL (Modafinil) Tablets [C-IV] (200mg Once Daily) as Adjunctive Treatment for Excessive Sleepiness in Adults with MDD, Sleepiness, and Fatigue, Followed by a 12-Week Open Label Period, (Protocol#C1538a/413/DP/US) 2003

A Randomized, Double-Blind, Placebo-Controlled Study to Determine the Safety and Efficacy of FK960 in Patients with Mild to Moderate Probable Alzheimer's Disease (Protocol # FA-960-0002) 1999-2003

A Multi-Center, Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Fixed-Dose Study Evaluating the Efficacy and Safety of Two Doses (20mg and 60mg) of a Once-Daily Oral Formulation of GW353162 in Subjects with Major Depressive Disorder for a Treatment Period of Eight Weeks (Protocol # OHB20001), 2003

Placebo-controlled Evaluation of Galantamine in the Treatment of Alzheimers Disease:  Safety and Efficacy of a Controlled Release Formulation (Protocol #GAL-INT-10)  1998-2004

Dose Escalation, Double-Blind Treatment with Duloxetine Hydrochloride Once Daily Dosing for Evaluation of Safety in Major Depression (Protocol #F1J-US-HMBY) 2002-2004

A 12-week, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Flexible-Dosage Study to Evaluate the Efficacy and Safety of GABITRIL at Dosages up to 16 mg/day, in the Treatment of Chronic Post-Traumatic Stress Disorder in Adults (Protocol # C6671a/205/PT/US) 2003-2004

A Double-blind Flexible Dose Comparison of Escitalopram Sertraline and Placebo in the Treatment of Major Depressive Disorder (Protocol # SCT MD-27), 2003-2004

Duloxetine vs. Venlafaxine Extended Release in the Treatment of Major Depressive Disorder (Protocol # F1J-MC-HMCQ), 2003 -2004

Duloxetine vs. Venlafaxine ER in Recurrent Depression (Protocol #F1J-MC-HMCQ) 2003-2004

A Double-Blind, Placebo-Controlled, Dose-Finding Study Evaluating the Safety and Efficacy of MKC-231, 80mg, bid, and 20 and 80mg qd in the Treatment of Mild to Moderate Alzheimer's Disease (Protocol # MKC-231) 2003-2004

A Randomized, Double-Blind, Placebo-Controlled Evaluation of the Safety and Efficacy of Neramexane in Patients with Moderate to Severe Dementia of the Alzheimer's type (Protocol # NER-MD-01) 2003-2004

18    Dist                                                                update 7/7/04
                                                                         W.T. Smith, M.D.

CONFIDENTIAL
AZSER12750392

BEST COPY AVAILABLE

A 6-Week, Randomized, Double-Blind, Parallel-Group, Active and Placebo-Controlled Trial to Assess the Efficacy of R228060 in Adult Subjects With Major Depressive Disorder (MDD), (Protocol # R228060-MDD-201), 2003-2004

PUBLICATIONS

Fabre LF, Smith, WT.   Multi-clinic crossover comparison of triazolam and placebo in the treatment of co-existing insomnia in anxious outpatients. *Diseases of the Nervous System* 1977; 38(6):487-491.

Feighner JP, Aden GC, Fabre LF, Rickels K, Smith WT.   Comparison of alprazolam, imipramine and placebo in the treatment of depression. *JAMA*, 1983.

Rickels K, Feighner JP, Smith WT.   Alprazolam, amitriptyline, doxepin and placebo in the treatment of depression. *Archives of General Psychiatry* 1985; 42(2):134-141.

Rickels K, Smith WT, Glaudin V, Amsterdam JB, Weise C, Settle GP.   Comparison of two dosage regimens of fluoxetine in major depression. *Journal of Clinical Psychiatry* 1985;46(3-2):38-41.

Smith WT, Glaudin V.  Double-blind efficacy and safety study comparing adinazolam mesylate and placebo in depressed inpatients. *Acta Psychiatrica Scandinavica 1986;* 74:238-245.

Smith WT, Glaudin V.  Microcomputers in managing psychopharmacology clinical trials. *Psychopharmacology Bulletin* 1987; 23(2):269-271.

Smith WT,  Glaudin V.  Microcomputers in managing psychopharmacology clinical trials. *Psychopharmacology Bulletin* 1987; 23(2):269-271.

Smith WT, Glaudin V, Panagides J, Gilvary E.  Mirtazapine vs. amitriptyline vs. placebo in the treatment of major depressive disorder. *Psychopharmacology Bulletin* 1990; 26(2):191-196.

Claghorn JL, Kiev A, Rickels K, Smith WT, Dunbar, G.   Paroxetine versus placebo: A double-blind comparison in depressed patients. *Journal of Clinical Psychiatry* 1992;53:434-438.

Smith WT,  Glaudin V.  A placebo-controlled trial of paroxetine in the treatment of major depression. *Journal of Clinical Psychiatry* 1992; 53 (2) (suppl):36-39.

Glaudin V, Smith WT, Ferguson JM, Du Boff E, Rosenthal MH,  Mee-Lee D, (acknowledgment of consultation: Painter JR).  Discriminating placebo and drug in generalized anxiety disorder (GAD) trials: single versus multiple clinical raters. *Psychopharmacology Bulletin* 1994; 30(2): 175-178.

Londborg PD, Wolkow R, Smith WT, Du Boff E, England, D, Ferguson J, Rosenthal M, Wiese, C, (acknowledgment of consultation:  Glaudin V, Painter JR).  Sertraline in the treatment of panic disorder:  A multi-site, double-blind, placebo-controlled, fixed-dose investigation. *British Journal of Psychiatry* 1998; 173:54-60.

19    Dist

update 7/7/04
W.T. Smith, M.D.

CONFIDENTIAL
AZSER12750393

BEST COPY AVAILABLE

Smith WT, Londborg PD, Glaudin V, Painter JR.  Short-term augmentation of fluoxetine with clonazepam in the treatment of depression:  A double-blind study.  *American Journal of Psychiatry* 1998 Oct; 155(10):1339-1345.

Smith WT, Londborg PD, Blomgren SL, Tollefson GD, Sayler ME, (acknowledgment of consultation: Glaudin V, Painter JR).  A pilot study of zatosetron (LY277359) maleate, a 5-hydroxytryptamine-3 antagonist, in the treatment of anxiety.  *Journal of Clinical Psychopharmacology* 1999 Apr; 19(2):125-131.

Londborg PD, Glaudin,V, Painter JR,  Smith WT. Pramipexole in the treatment of markedly depressed outpatients. *Journal of Clinical Psychopharmacology*.  Accepted for publication,  April 2000.

Londborg PD, Smith WT, Glaudin V, Painter JR.  Short-term cotherapy with clonazepam and fluoxetine: anxiety, sleep disturbance and core symptoms of depression.  *Journal of Affective Disorders* 2000 Dec 1;61(1-2):73-79.

Smith WT, Londborg PD,  Glaudin V, Painter JR.   Is extended clonazepam cotherapy of fluoxetine effective for outpatients with major depression? *Journal of Affective Disorders* 70 (2002 Oct) 251-259

NATIONAL AND INTERNATIONAL PRESENTATIONS

Smith WT. Treatment of depression in internal medicine. Management of chronic illness as an outpatient.  Oregon Society of Internal Medicine, Salishan, Oregon, 1979.

Smith WT. Treatment of anxiety in general practice. Oregon Academy of Family Practice. Portland, Oregon, 1981.

Smith WT, Glaudin V. A double-blind efficacy and safety study comparing adinazolam and placebo in depressed inpatients. *International Journal of Clinical Neuropsychopharmacology,* Abstracts of the XIVth CINP Congress (Florence). 1984;1(P-79):395.

Smith WT. Regional moderator of 50 city teleconference on treatment of anxiety, 1985.

Smith WT. Alprazolam in the treatment of depression;  Oregon Psychological Association Annual Meeting, Otter Crest, Oregon, 1985.

Glaudin V, Smith WT.  The use of microcomputers in clinical trials research:  A preliminary report on patient-entered data. *International Journal of Clinical Neuropsychopharmacology*, Abstracts of the XIVth CINP Congress (San Juan, Puerto Rico) 1986;1:221.

Smith WT,  Glaudin V, Panagides J,  Gilvary E.  Mirtazapine (ORG 3770) vs. amitriptyline vs. placebo in the treatment of major depressive disorder.  NCDEU, Key Biscayne, Florida,  1989.

Smith WT, Farley JA, Marambe LK, Glaudin V, Rozek LF.  A pilot study of the treatment of senile dementia of the Alzheimer's disease type. *International Journal of Clinical Neuro psychopharmacology*, Abstracts of the XVIIth CINP Congress (Kyoto). 1990; Suppl. 2:  356.

20    Dist

update 7/7/04
W.T. Smith, M.D.

CONFIDENTIAL
AZSER12750394

BEST COPY AVAILABLE

Smith WT, Glaudin V, Cohen J, Sudilovsky A.  A pilot study of SQ 29,852 in patients with generalized anxiety disorder. *International Journal of Clinical Neuropsychopharmacology*, Abstracts of the XVIIth CINP Congress (Kyoto).  1990; Suppl.1: 164.

Smith WT, Glaudin V, Sheridan A.  Long-term open-label study of adinazolam in depressed outpatients. XVIIth CINP Congress, Kyoto, Japan.  Abstract publ. *International Journal of Clinical Neuropsychopharmacology* 1990; Suppl.1:84.

Smith WT,  Glaudin V. A placebo-controlled trial of paroxetine in the treatment of major depressive disorder. *SmithKline Beecham Conference on Paroxetine*, IV[th] ENCP Congress, Monte Carlo, 1991.

Shrivastava RK,  Smith WT,  Boyer WF, Claghorn JL.  Treatment of depressed outpatients:  A comparison of paroxetine, imipramine, and placebo. APA, New Orleans, Louisiana, 1991.

Glaudin V,  Smith WT,  Ferguson JM,  Du Boff EA, Rosenthal, MH,  Mee-Lee D.  Discriminating placebo and drug in GAD trials:  single versus multiple clinical raters. NCDEU, Boca Raton, Florida, 1993.  Abstract publ. *Psychopharmacology Bulletin* 1994, 30(1):101.

Smith WT,  Londborg PD,  Glaudin V,  Painter JR. Clonazepam augmentation of fluoxetine in the treatment of outpatients with major depression:  a double-blind, placebo-controlled, multi-center study. NCDEU, Boca Raton, Florida, 1996.  Abstract publ. *Psychopharmacology Bulletin* 32(3):519.

Londborg PD, Wolkow R, Smith WT,  Du Boff, E, England D, Ferguson J, Rosenthal M, Weise C.  Sertraline in the treatment of panic disorder:  A multi-site, double-blind, placebo-controlled, fixed-dose investigation. NCDEU,  Boca Raton,  Florida,  1998. Abstract publ. *Psychopharmacology Bulletin.*

Smith WT,  Londborg PD,  Glaudin V, Painter JR.  Treating anxiety and sleep disturbance as symptoms of depression and as side effects of specific serotonin reuptake inhibitors: Low-dose clonazepam augmentation of fluoxetine. *International Journal of Neuropsychopharmacology*, Abstracts from the XXIst CINP Congress (Glasgow), 1998.

Smith WT, Londborg PD, Glaudin V, Painter JR. Extended low-dose clonazepam cotherapy of fluoxetine in the treatment of depressed outpatients. *International Journal of Neuropsychopharmacology*.  Abstracts from the XXIInd CINP Congress (Brussels), 2000; 61 (3 – Suppl. 1): 231-232.

Smith, WT, Feltner, D, Kavoussi, R., Pregabalin in generalized anxiety disorder: Long term efficacy and relapse prevention.  Supplement of *European Neuropsychopharmacology (ENP)*. Abstracts from the 15th ECNP Congress (Barcelona),  2002; P.3.047.

Smith, WT, Londborg, PD., Bielski, RJ, Bourg, WJ,  Painter, JR, Glaudin, V,  Multiple raters in clinical research  trials:  A better research design? NCDEU, Phoenix, Arizona, 2004.  *Abstracts: Oral & Poster Presentations: 44th Annual Meeting*;  publ. Dept HHS, NIH, P 260, p. 314; Abstract publ. pending in *Psychopharmacology Bulletin.*

REFERENCES

Robert Bielski, M.D., Medical Director, Institute for Health Studies, 4084 Okemos Road, Suite A, Okemos, MI  48864.

21    Dist

update 7/7/04
W.T. Smith, M.D.

CONFIDENTIAL
AZSER12750395

BEST COPY AVAILABLE

Vincent Glaudin, Ph.D., Director of Clinical Operations, (Ret.), Summit Research Network, 1849 NW
Kearney St., Suite 200,  Portland, Oregon 97209.

Peter D. Londborg, M.D., Medical Director, Seattle Clinical Research Center, 901 Boren Avenue, Suite 1800,
Seattle, WA  80212.

R. Bruce Lydiard,  Ph.D.,M.D., Director, Southeast Health Consultants, LLC,  Parkshore Centre, 1 Poston
Road, Suite 150, Charleston, SC 29407.

John R. Painter, Ph.D., 1133 NW 21st Street, Suite 202, Portland, OR  97209-1315.

Stephen M. Stahl, M.D., Ph.D., Director, Clinical Neuroscience Research Center, 8899 University Center
Lane, #130, San Diego, CA  92122.

Richard  H.  Weisler, M.D., President, Weisler & Associates, 700 Springforest Road, Suite 125,
Raleigh, NC 27609

22    Dist

update 7/7/04
W.T. Smith, M.D.

CONFIDENTIAL
AZSER12750396

BEST COPY AVAILABLE

D1447C00126
Site # ____0121____

Curriculum Vitae
of
Jay D. Tarnow, M.D.

*[signature] M.D.  3/11/05*

| Address: | 1001 West Loop South, Suite 215<br>Houston, Texas 77027<br>(713) 621-9515 |
|---|---|
| Date of Birth: | September 22, 1947 |

## EDUCATION AND TRAINING

| 1976-77 | Chief Child Psychiatry Fellow, University of Colorado Psychiatric Hospital, Denver, Colorado |
|---|---|
| 1975-76 | Child Psychiatry Fellow, University of Colorado Psychiatric Hospital, Denver, Colorado |
| 1973-75 | General Psychiatry Resident, University of Colorado, Denver, Colorado |
| 1972-73 | Internship, Lincoln Hospital, Bronx, New York |
| 1969-72 | M.D. -- Albert Einstein College of Medicine, New York |
| 1965-69 | B.A. -- New York University College of Arts and Sciences Major:  Psychology |

## HONORS

| 1969 | Philip Price Memorial Award |
|---|---|
| 1968-69 | Psi Chi National Honor Society in Psychology |

## EXPERIENCE

| 1995-Present | Owner, Tarnow and Associates, P.A., Houston, Texas<br>DBA Tarnow Center for Self-Management |
|---|---|
| 1987-95 | Partner in private practice, Tarnow, Gutstein & Associates, Houston, Texas |
| 1987-90 | Chairman & Founder, Systemic Mental Health Technologies, Inc., Houston, Texas |
| 1982-Present | Clinical Associate Professor of Psychiatry, University of Texas Health Science Center, Houston, Texas |
| 1982-Present | Clinical Associate Professor of Psychiatry and Pediatrics, Baylor College of Medicine, Houston, Texas |
| 1982-87 | Director, Houston Child Guidance Center, Houston, Texas<br>Director of Training in Child Psychiatry, University of Texas Health Science Center, Houston, Texas<br>Adjunct Clinical Assistant Professor, Department of Psychology, University of Houston, Houston, Texas<br>Clinical Assistant Professor, School for Social Work, Smith College, Houston, Texas |

CONFIDENTIAL
AZSER12750397

BEST COPY AVAILABLE

Curriculum Vitae
of
Jay D. Tarnow, M.D.

| | |
|---|---|
| 1979-82 | Director, Pediatric Psychiatry Consultation Liaison Service, Texas Children's Hospital, Houston, Texas<br>Assistant Professor of Psychiatry and Pediatrics, Baylor College of Medicine, Houston, Texas |
| 1977-79 | Assistant Professor of Psychiatry and Pediatrics, Rutgers Medical School<br>Director of Pediatric Consultation Liaison, Rutgers Medical School<br>Policy & Advisory Board of Protective Services Resource Institute<br>Adjunct Professor, Rutgers University School of Nursing |

## BOARDS

| | |
|---|---|
| April 1978 | Diplomate of the American Board of Psychiatry and Neurology |
| March 1980 | Diplomate of the American Board of Psychiatry and Neurology Child and Adolescent Psychiatry |
| August 1996 | Diplomate of the American Board of Forensic Examiners<br>Examiner - American Board of Psychiatry and Neurology – General Psychiatry<br>American Board of Neurology – Child Psychiatry |

## PROFESSIONAL MEMBERSHIPS

**American Academy of Child & Adolescent Psychiatry**

| | |
|---|---|
| 1999-Present | Member, Private Practice Committee |
| 1996-Present | Task Force on Managed Care |
| 1995-Present | Director of Membership Education on Managed Care-Work Group on Managed Care |
| 1988-90 | Member, Committee on Insurance |
| 1984-85 | Member, Committee on Diagnostic Categories |
| 1983-Present | Fellow |
| 1980-83 | Member, Committee on Liaison with Primary Care Physician |

**American Association of Psychiatric Administrators**

| | |
|---|---|
| 1987-90 | Member |

**American Association of Psychiatric Services for Children**

| | |
|---|---|
| 1987-88 | Trustee |
| 1987-90 | Board of Director |
| 1983-90 | Member |

**American College of Forensic Examiners**

| | |
|---|---|
| 1996-Present | Member |

**American Family Therapy Association**

| | |
|---|---|
| 1980-Present | Member |

Page 2

509

CONFIDENTIAL
AZSER12750398

BEST COPY AVAILABLE

Curriculum Vitae
of
Jay D. Tarnow, M.D.

**American Group Psychotherapy Association**
1984-Present    Member

**American Psychiatric Association**
1980-Present    Fellow
1994-95         Committee on Quality Assurance

**American Psychosomatic Society**
1978-80         Member

**American Society of Clinical Hypnosis**
1983-Present    Member

**Attention Deficit Disorder Association-Southern Region**
1991-Present    Professional Advisory Board Member

**Houston Psychiatric Society**
1986-90         Member, Community Affairs and Public Education Committee
1985-86         Member, Child Advocacy Committee
1981-83         Chairman, Child Advocacy Committee
2001-present    Member, Mental Illness Awareness

**Houston Society for Adolescent Psychiatry**
1985-87         President
1983-85         President-Elect
1981-83         Secretary
1981            Member-at-Large

**Mental Health Association**
1989-91         Member, Insurance Task Force
1986            Greater Houston Metropolitan Crisis Task Force (GHMCTF)
1986            First GHMCTF Crisis Coordinator
1986            Member, Planning Committee
1986            Member, Implementation Subcommittee
1984            Member, Children's Committee
1983            Member, Public Affairs Committee

**Mental Health/Educational Interfaith Consortium**
1986-87         Chair

**Mental Health/Mental Retardation Authority**
1982-85         Children's Mental Health Services Advisory Council
1983-84         Private Providers Subcommittee-Developed free bed program

**Texas Medical Association**
1980-Present    Member

CONFIDENTIAL
AZSER12750399

BEST COPY AVAILABLE

Curriculum Vitae
of
Jay D. Tarnow, M.D.

**Texas Medical Foundation**
1989-92        Member, Peer Review Program

**Texas Society of Child Psychiatry**
1980-Present    Member

**Texas Society of Psychiatric Physicians**
1996-97        Member, TSSP Committee
1992-Present    Member, Public Affairs Committee
1992-Present    Member, TSSP Socioeconomic Committee
1990-92        Member, Private Practice Committee

**Texas State Board of Examiners of Professional Counselors**
1998-Present    Supervisor for LPC interns

**AFFILIATIONS**

The R.M. Bayer Clinic for Preventive Medicine
Houston, Texas

**COMMUNITY SERVICESHIPS**

**City of Houston Human Services Advisory Council**
1986-91        Commissioner

**Mayor's Drug Abuse Task Force-Houston, Texas**
1986-90        Member

**Mayor's Youth Task Force-Houston, Texas**
1986-87        Member, Steering Committee
1986-87        Member, Subcommittee on Financing the Operation
1985-86        Member, Planning Committee
1985-86        Member, Implementation Subcommittee

**Texas Youth Commission**
1984           Houston Area parole Volunteer Service Council

**MEDICAL SCHOOL COMMITTEES**

Baylor College of Medicine:  1. Research Committee
                             2. Continuing Education
                             3. TCH Child Protection Committee
                             4. BCM Subcommittee on Evaluation

Rutgers Medical School:      1. Director, Clinical Correlations for First year Students

Page 4

CONFIDENTIAL
AZSER12750400

BEST COPY AVAILABLE

Curriculum Vitae
of
Jay D. Tarnow, M.D.

2. Department of Pediatrics, Graduate Curriculum Committee
3. Department of Psychiatry, Curriculum Committee, Child Psychiatry Training

University of Texas            1. Residency Training Committee
Medical School at Houston      2. Child Psychiatry Training Committee

## PUBLICATIONS

Tarnow, Jay D. and Gelb, Betsy D., "Managing Employee Mental health Costs More Effectively," University of Pittsburgh Business Journal, July 1991.

Tarnow, Jay D., "Preventing Managed Care "De-Selection,'" September/October 1995 issue of AACAP News, American Academy of Child and Adolescent Psychiatry.

Tarnow, Jay D. and Silverman, Seth W., "Psychophysiological Correlates in Juvenile Diabetes," Therapies for Selected Problems for Children, (eds.) Mostofsky, D.I. and Piedmont, Ralph L., Publisher: Jossey-Bass Publishers, San Francisco, 1985.

Gutstein, S. and Tarnow, J., "Systemic Analysis in the General Hospital:  A Trail Guide for the Mental Health Consultant," submitted to International Journal of Psychiatry in Medicine, April 1985.

Tarnow, J., "Pediatric and Adolescent Patients in Rehabilitation," ed., Kreuger, D., Emotional Rehabilitation of the Physical Rehabilitation Patient, Spectrum Publications, Inc., 1984, pp. 63-76.

Tarnow, J. and Gutstein, S., "A Method for Systemic Consultation within a General Hospital: The Ecosystemic Perspective," submitted to International Journal of Psychiatry in Medicine, September, 1983.

Rosen, C., Frost, J., Bricker, T., Tarnow, J., Gillette, P. and Dunlavy, S., "Two Siblings with Recurrent Cardiorespiratory Arrest:  Munchausen Syndrome by Proxy, or Child Abuse?" Pediatrics, Vol. 71, No. 5, pp. 715-720, May 1983.

Gutstein, S. and Tarnow, Jr., "Parental Facilitation of Children's Play Behavior in a Stressful Situation," Journal of Abnormal Child Psychology, Vol. II, 2:81-192, 1983.

Tarnow, J., "Family Realignments After the Diagnosis of a Life Threatening Disease," The Mind of the Child Who is Said to be Sick, (Eds.) Copeland, D., Pfefferbaum, B., Stoval, A., Publisher:  Charles C. Thomas, 1983.

Tarnow, J., "Child Psychiatric Emergencies:  An Overview," Phenomenology and Treatment of Psychiatric Emergencies, (Eds.) Comstock, B., Williams, R., Fann, Wm., Pokorny, A., Publisher: Spectrum, 1983.

CONFIDENTIAL
AZSER12750401

BEST COPY AVAILABLE

Curriculum Vitae
of
Jay D. Tarnow, M.D.

Tarnow, J. and Gutstein, S., "Children's Preparatory Behavior for Elective Surgery," Journal of American Academy of Child Psychiatry, 22, 4:365-369, 1983.

Tarnow, J. and Gutstein, S., "A Systemic Model of Consultation Liaison in a General Hospital," International Journal of Psychiatry in Medicine, Vol. 12(3), pp. 161-186, 1982-83.

Tarnow, J., Cordua, G., Czyzewski, D. and Gutstein, S., "Cognitive Factors and Depression in Obese and Non-Obese Adolescent Female," submitted to Journal of Abnormal Child Psychology, 1982.
Tarnow, J. and Silverman, S., "The Psychophysiologic Aspects in Juvenile Diabetes Mellitus," International Journal of Psychiatry in Medicine, Vol. 11(1), 1981-2.

Tarnow, J. and Gardner, G., "Adjunctive Hypnotherapy with An Autistic Boy," The American Journal of Clinical Hypnosis, Vol. 22(3), January 1980.

Tarnow, J., "The Psychological Implications of the Diagnosis of Juvenile Diabetes on the Patient and His Family," Psychosomatics, August 1978.

Tarnow, J. and Tomlinson, J., "Juvenile Diabetes:   Impact on the Child and Family," Psychosomatics, Vol. 19, No. 8, 1978.

Seidman, F., Swift, D. and Tarnow, J., "Psychological Aspects of Diabetes," Management of Juvenile Diabetes Mellitus, Traisman, Edition III, C.V. Mosby, 1978.

Tarnow, J., "The Use of Encounter Groups in the Medical Profession," Current, 1972.

Feiner, J. and Tarnow, J., "Expanding the Base for the Child Mental Health Service and Training," Journal of Special Education, Vol. 11(1), Spring 1972.


## BOOK REVIEW

Tarnow, J., "Developmental Psychopathology and Family Process: Theory, Research, and Clinical Implications" E. Mark Cummings, Patrick T. Davies, and Susan B. Campbell, New York: Guilford Press, 2000, Journal of the American Academy of Child & Adolescent Psychiatry 2002; 41: 886-889.


## FILMS

Gutstein, S. and Tarnow, J., "Preparing Parents for The Pediatric I.C.U.," March 1982.
Tarnow, J. and Gutstein, S., "Surgical Preparation Film for Children," January 1978.


## CLINICAL TRIALS

Page 6

CONFIDENTIAL
AZSER12750402

BEST COPY AVAILABLE

Curriculum Vitae
of
Jay D. Tarnow, M.D.

Certified Clinical Research Investigator – Over 20 hours of specialized training in clinical trials with specialization in children and adolescents - Physician Research Network (PRN) Inc., October 2001.

Phase IV, an open-label initiation study of Concerta in children and adolescents with Attention Deficit Hyperactivity Disorder, March 2000.

Phase IIIb, study of Adderall XR treatment in children and adolescents diagnosed with Attention Deficit Hyperactivity Disorder, June 2001.

The University of Texas-Houston Medical School Study on ADHD Hypertension – The Effect of Stimulant Medication on Blood Pressure in Children and Adolescents with ADHD, April 2002.

Phase IIIb, multi-center, double-blind, placebo-controlled trial to evaluate the efficacy, safety, and tolerability of Trileptal® (oxcarbazepine) in the treatment of children and adolescents with Bipolar Disorder Type I, November 2002.

Phase III, a double-blind study of functional outcomes with Atomoxetine-Hydrochloride and placebo in adult outpatients with DSM-IV Attention Deficit Hyperactivity Disorder, January 2003.

Phase IV, observational study of Strattera™ treatment in children and adolescents diagnosed with Attention Deficit Hyperactivity Disorder, March 2003.

Phase IV, an open-label study of tolerability, clinical response, and satisfaction in Adult Bipolar I subjects optimizing initiation of therapy using administration of dermatological precautions and Lamictal titration packs, November 2003.

Phase IIIb, open-label multi-center study to assess safety, tolerability, and effectiveness associated with the use of Adderall XR in adults with Attention Deficit Hyperactivity Disorder and evaluate an ADHD-specific novel quality of life measure, February 2004.

Phase IV, an international, multi-center, large simple trial to compare the cardiovascular safety of Ziprazidone and Olanzapine, July 2004.

Phase IV, Emotional and Physical Symptoms of Depression Study, September 2004.

**EXAMINER**

The American Board of Psychiatry & Neurology.
The American Board of Psychiatry & Neurology - Child Psychiatry

**LICENSURE**

| New Jersey (Inactive) | MA | 33009 | California | G | 37600 |
|---|---|---|---|---|---|
| New York (Inactive) | | 11683 | Texas | F | 5389 |

Page 7

514

CONFIDENTIAL
AZSER12750403

BEST COPY AVAILABLE

Curriculum Vitae
of
Jay D. Tarnow, M.D.

Colorado                        18450

CONFIDENTIAL
AZSER12750404

BEST COPY AVAILABLE

Curriculum Vitae
of
Jay D. Tarnow, M.D.

## CONSULTATIONS

Consultant in multiple legal cases for Plaintiff and Defendant issues, such as Psychiatric Hospitalization, Child Custody, Sexual Abuse, and Psychological Trauma from accidents.

Consultant to Memorial Healthcare System, Houston, Texas - Development of a mental healthcare delivery system for three hospitals, 1987.
Consultant to Travelers, Aetna, Partners, and Healthnet Mutual of Omaha Insurance Companies regarding Managed Mental Healthcare and Utilization Review. Designed managed mental healthcare programs, utilizing review programs, capitations, provider networks.

Consultant to Houston Day Hospital, Houston, Texas - Program Development and managed care, 1988-1990.

Consultant to Houston Community College System, Houston, Texas - Chairman of Houston Community College Advisory Committee in planning a human services educational program, January 1986-1990.

Consultant to National Association of Community Mental Health Centers, 1990.

Consultant to National Institute for Mental Health in planning the '86 National Mental Health Association Meeting, which focused on child and adolescent mental health, December 1985.

Consultant to NIMH, Child and Adolescent Special Services Program, 1984-1985.

Organizational Consultation to Houston Child Guidance Center, Houston, Texas, 1981.

Consultant to New Brunswick School Health Program, New Brunswick, New Jersey, 1979.

Consultant to Ben Franklin Elementary School, Lawrenceville, New Jersey - Developed a program to integrate physically handicapped children, 1978-79.

Consultant to St. Peter's Hospital, New Brunswick, New Jersey - On establishing a Pediatric Consultation Liaison Service and a Family Life Study Program, 1977-78.

Psychiatric Consultant to University of Colorado Medical Center, Juvenile Diabetes Clinic, Denver, Colorado - Ran groups for juvenile diabetics and their families, 1975-77.

Organizer and supervisor of the Child Crisis Team of University of Colorado Medical Center/Colorado Psychopathic Hospital, Denver, Colorado, 1975-77.

## MAJOR TELEVISION APPEARANCES

The Debra Duncan Show, ABC-Channel 13, on "Who is Andrea Yates?", February 11, 2002. 30 minutes.

CONFIDENTIAL
AZSER12750405

BEST COPY AVAILABLE

Curriculum Vitae
of
Jay D. Tarnow, M.D.

The Debra Duncan Show, ABC-Channel 13, on "Post-Partum Depression", July 18, 2001. 30 minutes.

Interviews on KRIV-TV26 and KHOU-TV11 regarding the Yates case; Post-Partum Depression, July 2001.

Interview with KHOU-TV11 regarding 'Preventing Youth Violence", May 2001.

"Act Against Violence and Parenting" a production of Public Broadcasting KUHT, April 26, 1995, 60 minutes.

"Adult ADD," Channel 13, KTRK, with Lisa Trapani, 1994.

Special on Prozac, Channel 13, 1993.

"The Difficult Child," Channel 11, KHOU, 1992, 30 minutes.

"The Role of Child Psychiatry in Care of Child and Adolescent Problems," a joint production of the Houston Psychiatric Society and Houston Public TV, Channel 8, 60 minutes.

"Divided Love," a production of KRIV-TV26, April 1987.

"Child Abuse: Breaking the Cycle," a joint production of the Junior League of Houston, KUHT-TV Houston Public Television, and KRIV-TV26, March 1987, 30 minutes.

Texas Society of Psychiatric Physicians Post-Disaster Press Conference, 1987.

Texas Society of Psychiatric Physicians "Disaster Aftermath Counseling" Press Conference, 1986.

Over 50 interviews by the three major TV stations in Houston from 1979 to the present.

## NATIONAL PRESENTATIONS

"Are Therapeutic Targets in ADHD Keeping Pace with Advancements in Treatment?" Moderator & Faculty for the National Alliance for the Advancement of ADHD Care (NAAAC), December 11, 2002.

"Diagnostic Dilemmas in Evaluation of Patients Who Present Looking Like ADHD," Attention Deficit Disorders Association Southern Region, February 3, 2001.

"Tourette's Syndrome and Related Neurobehavioral Disorders," Baylor College of Medicine Office of Continuing Medical Education and Baylor College of Medicine Department of Neurology, January 1999.

"Tourette's Syndrome as a Biopsychosocial Disorder," Tourette's Syndrome Association of Houston and Baylor College of Medicine, Department of Neurology, January 1999.

Page 10

CONFIDENTIAL
AZSER12750406

BEST COPY AVAILABLE

Curriculum Vitae
of
Jay D. Tarnow, M.D.

"Alternative Treatment for Attention Deficit Hyperactivity Disorder," Attention Deficit Disorder Association - Southern Region Annual Conference, February 1997.

Chairman and Presenter, "Physician Skills for Successful Managed Care," workshop sponsored by The American Academy of Child and Adolescent Psychiatry, October 1995, Annual Meeting.

Chairman and Presenter, "Essential Skills to Provide Managed Mental Health Care," 41st Annual Meeting of The American Academy of Child and Adolescent Psychiatry, October 1994.

Chairman and Presenter, "Training in an Era of Health Care Reform," 41st Annual Meeting of The American Academy of Child and Adolescent Psychiatry, October 1994.

Chairman and Presenter, "A Method of Responding to a Utilization Review," at The American Academy of Child and Adolescent Psychiatry, Annual Meeting, October 1993.

"The Child Psychiatrist Role as a Case Manager," at The American Academy of Child and Adolescent Psychiatry, Annual Meeting, October 1993.

Chairman and Presenter, "Training a Child and Adolescent Psychiatrist for the Managed Care Arena," workshop sponsored by The American Academy of Child and Adolescent Psychiatry Task Force on Managed Care, October 1993.

Chairman and Presenter, "The Essential Skills to Provide Managed Mental Health Care in the 90's:  Parts 1 and 2," workshops presented at the 40th Annual Meeting of The American Academy of Child and Adolescent Psychiatry, San Antonio, Texas, October 1993.

"Teaching and Learning Managed Care" workshop presented at the 40th Annual Meeting of The American Academy of Child and Adolescent Psychiatry, San Antonio, Texas, October 1993.

"Managed Mental Health Care:  Treatment Implications for Professionals," presented to the Annual Meeting of The American Academy of Child and Adolescent Psychiatry, New York City, New York, October 1989.

"Economic Survival in the New Health Care Environment," presented to National Education Program of The American Academy of Child and Adolescent Psychiatry, Houston, Texas, October 1986.

"A Method for Systemic Consultation within a General Hospital," presented at The American Academy of Child Psychiatry Annual Meeting, San Antonio, Texas, October 1985.

"An Ecosystemic Model of Consultation with Large Organizations," presented at the Annual Meeting of American Family Therapy Association, Los Angeles, California, June 1985.

Group Leader at the National Conference on Chronically Ill and Emotionally Handicapped Children, Dallas, Texas, April 1985.

CONFIDENTIAL
AZSER12750407

BEST COPY AVAILABLE

Curriculum Vitae
of
Jay D. Tarnow, M.D.

"Crisis Networking in the 'Boom Town': Issues in the Development of a Comprehensive Family Crisis Intervention Program in Houston," presented at the Annual Meeting Region VI - National Council of Community Mental Health Centers, Houston, Texas, September 1984.

"An Ecosystemic Model of Consultation with Large Organizations," presented at the Annual Meeting of American Family Therapy Association, New York, June 1984.

"Balancing Needs and Resources and the Nature of Hospital Systems," presented at the 19th Annual Conference of the Association for the Care of Children's Health, Houston, Texas, May 1984.

"Children's Preparatory Behavior in Stressful Situations:  Development of a Research Methodology," 28th Annual Meeting of American Academy of Child Psychiatry, 1981.

"Difficulties Encountered by Child Psychiatry Fellows Beginning Consultation Liaison Work and Their Proposed Solutions," 28th Annual Meeting of American Academy of Child Psychiatry, 1981.

"Integration of Family and Child Therapy Training," Panel Member at the 134th Annual Meeting of American Psychiatric Association, New Orleans, Louisiana, May 1981.

"The Older Adolescent," Central States Conference of the American Society for Adolescent Psychiatry, Galveston, Texas, September 1981.

"Applications of Family Therapy to Medical Problems," 38th Annual Conference of the American Association for Marriage and Family Therapy, Toronto, Canada, 1980.

"Research Study Group:  Evaluation of Families," Organizer and Moderator, 27th Annual Meeting of American Academy of Child Psychiatry, Washington, D.C., October 1980.

"Medical/Surgical Problems in Children," Chairperson, 27th Annual Meeting of American Academy of Child Psychiatry, Washington, D.C., 1980.

"Parents Helping Children Cope with Stress," Study Group Leader, National Conference on Psychosomatic Issues in Diabetes, Madison, Wisconsin, 1979.

"The Psychophysiologic Aspects of Juvenile Diabetes:  A Proposed Model," Academy of Psychosomatic Medicine, 26th Annual Meeting, San Francisco, California, October 1979.

"Intervention with Children, Adolescents, and Their Families in Situational and Development Crisis," Organizer and Co-Moderator, 56th Annual Meeting, American Orthopsychiatric Association, Washington, D.C., 1979.

"The Establishment of a Child Psychiatry Liaison Service," American Academy of Child Psychiatry, 25th Annual Meeting, San Diego, California, October 1978.

"Psychosocialogic Aspects of Hemophilia," Michael Kuhn Memorial Symposium on Hemophilia, Rutgers Medical School, New Brunswick, New Jersey, 1978.

CONFIDENTIAL
AZSER12750408

BEST COPY AVAILABLE

Curriculum Vitae
of
Jay D. Tarnow, M.D.

---

"Psychological Aspects of Juvenile Diabetes," Annual Fall Symposium of the American Diabetes Association, Morristown, New Jersey, 1977.

### COMMUNITY PRESENTATIONS

"Charting the Course: ADHD Through the Life Cycle," September 2003, Tarnow Center for Self-Management[SM] Nurses Conference (CNE's given by Amedco) Co-Sponsored by ADDA-SR and Shire, INC held at the St. Johns School, Houston.

"Overview of Mental Health Issues for Judges," May 2003, Texas Center for the Judiciary, INC Conference: "Judicial Excellence Through Education," at the Austin Marriott at the Capitol.

"ADHD Update: New Therapy Options," September 2002, Physician Relations-Community Outreach Program, in Varied held at the Redwood Grill in Houston, Texas.

"Preventing Youth Violence – the Self-Management Approach," May 2001, Tarnow Center for Self-Management[SM] Conference held at the Doubletree Hotel on Post Oak, Houston.

"Traits of a Healthy Family," August 1999, Corpus Christi School.

"Emotional Difficulties and Medical Conditions," October 1998, Tarnow Center for Self-Management[SM] Conference: "Promoting the Competent Child."

"Group Therapy as a Context for Teaching Self-Management to Children and Adolescents," January 1998. Houston Group Psychotherapy Association.

"Positive Prognostic Factors in ADD," October 1997, St. John's School.

"Overview of Childhood Psychiatric Disorders," July 1997, Belle Blackwell Nursing Conference.

"Attention Deficit Hyperactivity Disorder and Medications," October 1996, North Shore Middle School.

"AD/HD:  Finding Meaning Beyond the Hype," May 1996, Tarnow Center for Self-Management[SM] Conference: "Finding Meaning Beyond the Hype."

"Attention Deficit Hyperactivity Disorder," March 1996 meeting of Houston Pediatric Society at The Doctors' Club.

"ADHD-Diagnosis, Treatment, and Educational Implications," HISD Symposium, Nov. 27, 1995; 2200 teachers, guidance counselors, school nurses, and administrators.

"Adult ADHD-Not Just for Children," Houston, Texas, November 18, 1995, Co-Sponsored by Columbia Healthcare Bellaire Hospital.

"Current Issues in Mental Health: 1994" 4th Annual Symposium sponsored by University of Houston-Clear Lake Psychological Services, April 29, 1994.

---

CONFIDENTIAL
AZSER12750409

BEST COPY AVAILABLE

Curriculum Vitae
of
Jay D. Tarnow, M.D.

"Intimacy Between Adult Children and Aging Parents," Professional Education Associates, May 4, 1991.

"ADHD-Treatment Programs That Work," ADHD Workshop, Houston Association for Communication Disorders, October 28, 1989.

"Short Term Systemic Therapy," Houston Group Psychotherapy Association, October 20, 1989.

"Attention Deficit Disorder:  A Multidisciplinary Perspective," The Orton Dyslexia Society, Houston Branch, 1989 Spring Conference, Language Learning Disabilities in 1989, Houston, Texas, February 10, 1989.

"Attention Deficit Disorder," Houston Association for Communication Disorders, Houston, Texas, October 1988.

"Challenges in Pediatric Care," Pediatric Symposium at Texas Children's Hospital, Houston, Texas, September 24 & 25, 1987.

"Your Other Patient:  The Family," Pediatric Symposium at Texas Children's Hospital, Houston, Texas, September 25, 1987.

"Adolescent Emergencies," In-service to the Social Service Group at Texas Children's Hospital, Houston, Texas, February 1987.

"Developmental Stages of a Youth," HCGC Post Doc and Graduate Fellows Special Topics Seminar, Houston, Texas, January 1987.

"Youth in Crisis," presented at the Southwest Conference of Foundations, Dallas, Texas, May 1986.

"Child Psychiatric Emergencies," Disaster Aftermath Counseling Press Conference, sponsored by Texas Society of Psychiatric Physicians, June 1986.

"Children---Our Most Valuable Resource," presented to the Kiwanas Club, Houston, Texas, January 1986.

"Helping Children Overcome Stress," Episcopal High School, Houston, Texas, 1986.

"Alternatives to Institutionalization," presented to Sun Belt Regional Medical Staff, Houston, Texas, 1986.

"Stress in Children," Panel Member, West University Elementary School, Houston, Texas, March 1986.

"Agency to Agency Conflict Resolution," presented at Conflict: Creative Resolutions Seminar, sponsored by Crisis Intervention of Houston, Inc., Houston, Texas, 1986.

Page 14

521

CONFIDENTIAL
AZSER12750410

BEST COPY AVAILABLE

Curriculum Vitae
of
Jay D. Tarnow, M.D.

Media Briefing & Discussion of "Violence in the Home," Panel Member, sponsored by Houston Psychiatric Society, Houston, Texas, 1985.

"Alternatives to Hospitalization - A Cost Effective Solution," presented to Health Underwriters Society, Houston, Texas, 1984.

"An Overview of Parent-Child Relationships," to Congregation Emanuel, January 1984.

"Re-Alignments in the Family System," The Seventh Mental Health Conference, University of Texas Health Science Center at Houston, Texas, 1982.

"Psychological Aspects of Living with Heart Disease," Pediatric Cardiovascular Update, Texas Conference, Houston, Texas, 1982.

"Psychosomatic Problems and the Family," Texas Research Institute of Mental Sciences, Houston, Texas, 1982.

"Family Life Cycle," presented at A Program in Celebration of the Year of the Family, presented by Texas Children's Hospital, Houston, Texas, 1981.

"The Role of the Family in Patient Education," at Patient Education Exchange Group, Houston, Texas, 1981.

"Phenomenology & Treatment of Psychiatric Emergencies," Baylor College of Medicine, Houston, Texas, December 1981.

"Coping with the Unique Experience of Pediatric Nursing," sponsored by TCH Nursing and Pediatric Psychiatry Consultation Liaison Services, April 1981 and October 1981.

"Parents Helping Their Children Cope with Stress," American Association of the Care of Children in Hospitals, Houston, Texas, 1980.

"Parents Helping Their Children Cope with Stress," MacGregor Medical Clinic Association, Houston, Texas, 1980.

"Psychophysiologic Aspects of Stress in Juvenile Diabetes Mellitus," 113th Annual Session of the Texas Medical Association, Houston, Texas, 1980.

Pediatric Intern Retreat - Baylor College of Medicine/Texas Children's Hospital, Houston, Texas, Co-organizer & Presenter, 1980, 1981, and 1982.

"The Psychiatric Hospital as a Group Process," Carrier Clinic, Princeton, New Jersey, 1979.

"Psychiatric Emergencies of Children and Adolescents," Pediatric Emergency Care Lecture Series, Sponsored by Mead Johnson Nutritional Division at the Helene Fuld Medical Center, New Jersey, 1978.

CONFIDENTIAL
AZSER12750411

BEST COPY AVAILABLE

Curriculum Vitae
of
Jay D. Tarnow, M.D.

"Family Rap Session:  American Diabetes Association," New Jersey Affiliate, Burlington County College, New Jersey, 1978.

Numerous television and radio talk shows such as KHOU-TV, KPRC-Radio, and UTTV.

## GRAND ROUNDS

"The Role of the Pediatrician in the Diagnosis and Treatment of Postpartum Depression" presented at the Baylor College of Medicine's Pediatric Grand Rounds at Texas Children's Hospital, Houston, Texas, June - 2002.

"Contemporary Views & Management of ADHD" presented at Pediatric Grand Rounds at the University of Texas-Houston Medical School, Houston, Texas, 2001.

"Adult Attention Deficit Disorder" presented for Medical Grand Rounds, Internal Medicine Department, The Methodist Hospital, Houston, Texas, January 1993.

"Use of a Family Systemic Model in Consultation Liaison Psychiatry," Department of Psychiatry, University of Texas Health Science Center at Dallas, Texas, November 1983.

"School Phobia," presented at University of Texas Health Science Center at Houston Grand Rounds, Houston, Texas, 1982.

"An Approach to the Child with Hypochondriasis," Baylor College of Medicine, Houston, Texas, 1980.

Presented at Pediatric Grand Rounds at St. Peter's Hospital, Rutgers Medical School, New Brunswick, New Jersey, 1980.

"Fathering Defects and Deficits, and Adolescent Cult Formation," presented at Baylor College of Medicine, Houston, Texas, 1980.

"The Psychophysiological Aspects of Juvenile Diabetes," Clinical Grand Rounds, Baylor College of Medicine, Houston, Texas, 1979.

"How Children Cope with Stress," Research Grand Rounds, Baylor College of Medicine, Houston, Texas, 1979.

"Juvenile Diabetes: The Psychological Impact on Child and Family," Pediatric Grand Rounds, Baylor College of Medicine, Houston, Texas, 1979.

"Psychosocial Aspects of Juvenile Diabetes," Pediatric Grand Rounds, Morristown Memorial Hospital, Morristown, New Jersey, 1978.

"Maternal Infant Attachment Behavior & Its Variants," Department of Pediatrics, Muhlenberg Hospital, Plainfield, New Jersey, 1978.

CONFIDENTIAL
AZSER12750412

BEST COPY AVAILABLE

Curriculum Vitae
of
Jay D. Tarnow, M.D.

"Maternal Infant Bonding," Department of Pediatrics, Muhlenberg Hospital, Plainfield, New Jersey, 1978.

"Ego Psychology & Crisis Intervention:  An Attempted Synthesis," Department of Psychiatry, Rutgers College of Medicine, Piscataway, New Jersey, 1978.

"Psychosocial Aspects of Juvenile Diabetes," St. Peter's Medical Center, New Brunswick, New Jersey, 1977.

**REFERENCES**

Larry Silver, M.D.
6286 Montrose Road
Rockville, Maryland 20854
(301) 881-1205

Dell T. Lacefield, C.P.A., J.D.
P.O. Box 800276
Houston, Texas 77280-0276
(713) 961-3710

Glenn C. Cambor, M.D.
5300 San Jacinto, Suite 110
Houston, Texas 77004
(713) 522-3986

CONFIDENTIAL
AZSER12750413

BEST COPY AVAILABLE

D1447C00126
Site # 0122

## CURRICULUM VITAE

**NAME:** VIJAPURA, AMIT . K.        **DATE:** 1 March 2005

**POSITION TITLE:** PRINCIPAL INVESTIGATOR

| OFFICE ADDRESS: | CONTACT INFORMATION: |
|---|---|
| 9141 CYPRESS GREEN DR. STE #1 JACKSONVILLE, FL 32256 | Telephone: REDACTED<br>Fax:<br>e-Mail: |

**PROFESSIONAL LICENSURE:** MD- 59803 FLORIDA

**BOARD CERTIFICATIONS (if applicable):** Psychiatry -1990 No expiration

**EDUCATION/TRAINING:** (1) Transitional Residency: July/1985-1986, United Hospital, Newark, NJ
(2) Psychiatry Residency : July 1986-1989 Elmhurst Hospital, New York, NY

| INSTITUTION AND LOCATION | DEGREE *(if applicable)* | YEAR(s) | FIELD OF STUDY |
|---|---|---|---|
| M.P.Shah College, India | M.B.B.S. | 1983 | Medicine |
| Kotak Science College | B.S. | 1982 | Pre-Medicine |

Specialization: [e.g., "Child Psychiatrist" (for physician participating in a CNS pediatric trial)]

**POSITIONS AND EMPLOYMENT:**

| | |
|---|---|
| Jan 2004-Present | Principal Investigator -Amit Vijapura M.D. & Associates Hospital Privileges- Mental Health Resource Center and Mental Health Center of Jacksonville |
| 1991-Present | Private Practice : Adult and Child Psychiatry practice |
| 1991-1996 | Medical Director – St. Augustine Psychiatry Hospital, St. Augustine, Florida |

**OTHER EXPERIENCE AND PROFESSIONAL MEMBERSHIPS:**

1990-Present      American Psychiatric Association

**HONORS:**

1999-Present      AHCA- Independent Examiner for Board of Medicine, Tallahassee, Florida

**RESEARCH EXPERIENCE:**

2003-2004 Principal Investigator for Phase III b trial-Shire Pharmaceutical (Adult ADHD)
2003-2004 Principal Investigator for Phase III trial –Forest Pharmaceutical (Major Depression, GAD)
2001-2003 Principal Investigator for Phase II trial Pfizer Pharmaceutical (Major Depression)

**SIGNATURE & DATE:**

525

CONFIDENTIAL
AZSER12750414

BEST COPY AVAILABLE

D1447C00126
Site # 0123

## Curriculum Vitae

### Shivkumar S. Hatti, M.D., M.B.A.

**Home:**


REDACTED

**Office:**

Suburban Research Associates
107 Chesley Drive Unit 4
Media, PA 19063
(610) 891-9024, extension 104
(610) 891-9699 Fax
shiv@suburbanpsych.com

## Education:

| | |
|---|---|
| 1995-1997 | Executive MBA at St. Joseph's University in Philadelphia, PA. |
| 1982-1992 | Psychoanalytic Training at Philadelphia Association for Psychoanalysis, Philadelphia, PA. |
| 1977-1980 | General Psychiatric residency, Thomas Jefferson University, Philadelphia. |
| 1975-1976 | Residencies in General Internal Medicine and Dermatology, Bombay, India. |
| 1969-1975 | Bachelor of Medicine/Bachelor of Surgery (M.B.B.S.) Seth G.S. Medical College and K.E.M. Hospital, Bombay University, Bombay, India. Recipient of National Open Merit Scholarship. |

## Licenses & Certifications:

| | |
|---|---|
| 2003 | GCP Course Certification |
| 1981 | Board Certification in General Psychiatry |
| 1977 | Licensed to practice in State of Pennsylvania |

## Work Experience:

**2003-Present**     *Sequoia Behavioral Health Care LLC.*
- Provide direct patient care in Media, PA
- Manage MD contracts with various agencies in Delaware, Chester, Philadelphia and Montgomery Counties

**January, 2001-Present**     *Suburban Research Associates*
- Chief Executive Officer and Principal Investigator.
- Supervising two clinical coordinators, one rater, one administrator, and two sub investigators.
- Currently conducting studies in Schizophrenia, Attention Deficit Hyperactivity Disorder, Major Depression, Generalized Anxiety Disorder, Bipolar Disorder, and Panic Disorder

526

CONFIDENTIAL
AZSER12750415

BEST COPY AVAILABLE

1989-2003    ***Chairman and Chief Executive Officer,*** Suburban Psychiatric Associates, Media PA.

- o  Founder of behavioral health multispeciality group, the only physician-owned and managed behavioral medicine group in region.
- o  Managed HAI – RISK contract for 250,000 enrollees in Eastern PA and Delaware.
- o  Provided medical leadership at Help Counseling Inc., Chester County Mental Health Center.
- o  Developed contracts for 16 nursing homes.
- o  Supervised 60 employees and 400 contractors.
- o  Developed Mental retardation consults with Elywn, Deveraux, Rose Hill, Chester, and Delaware County mental retardation agencies.
- o  Increased revenue from $300,000 in 1989 to $4.2 Million in 1997 and remained at that level until July, 2001

1993-1997    Awarded professional management contract at Crozer Chester Medical Center (CCMC).

- o  Coordinated and co-managed all clinical programs in behavioral medicine at CCMC.
- o  Active on various committees:

*Chaired:*    Ethics Committee – Community Hospital
Physicians Health Committee – Community Hospital
Quality Assurance Committee – CCMC

*Community Hospital (Sacred Heart Medical Center)*
Pharmacy and Therapeutic Committee
Medical Executive Committee
Intern and House Staff Committee
Department of Psychiatry Quality Assurance Committee
Finance Committee

*Crozer Keystone Health Systems (CKHS)*
Board Director – Crozer Keystone Health Systems
Board Director -- Health Access Board
Managed Care Executive Committee
Quality of Care Committee
Behavioral Health Institute Planning Committee
Health Access Board Finance Committee

*Managed Care Enterprises*
Board Director

*U.S. Health Care*
National Quality Assurance Committee in Behavioral Health
Co-Chair – committees to develop outcome data in behavioral health

CONFIDENTIAL
AZSER12750416

BEST COPY AVAILABLE

1982-1993   ***Medical Director and Chairman of Department Psychiatry***, Psychiatric Unit at Sacred Heart Medical Center, Chester, PA. (Contract basis 1989-1993; part-time 1982-1989)

o   Oversaw expansion from 22-bed to 72 beds.
o   Increased percentage of managed care patients from 1% to 30% in 2 years.
o   Initiated and developed new creative programs to satisfy community needs and to position psychiatric department for future challenges: Established 23-hour observation unit; Psycho Geriatric unit; Dual diagnosis unit (Addiction and Psychiatry); and Psychiatric Unit for mentally retarded.
o   1980-1983 ***Staff Psychiatrist***, Coatesville, V.A. Medical Center at Coatesville, PA

## Research, Publications, Teaching & Presentations:

o   1981-Present ***Assistant Clinical Professor***, Thomas Jefferson University, Philadelphia, PA.
o   Consultations and presentations to professional groups (such as American Psychiatric Association's and Pennsylvania Psychiatric Society's Annual Meetings). Topics include:
  o   Managed Care
  o   Development of new behavior health systems
  o   Formulation of new professional groups
  o   Development of RISK contracts
  o   Administrative Psychiatry

o   On Speakers Bureau for Lilly, Forrest, and Smithkline & French Laboratories
o   Authored
  o   Hatti, S, Dubin WR, Weiss J: "A Study of Circumstances Surrounding Patient Assaults on Psychiatrists." Hospital and Community Psychiatry 33:660-661
  o   Dubin WR, Hatti S: "Developing a Continuum of Care: The Treatment Paradigm for the 21st Century," in Behavioral Health Services Delivery: Models and Methods, Boruch F (ed). The American College of Physician Executives, Tampa, Fl, 1998.

### Research

o   A Phase III Anti-Depressant: Open-Label, Investigational Drug for Adults with Major Depression, 1999.
o   A Phase II Anti-Depressant: Open Label, Investigational Drug for Adults with Major Depression, 2000.
o   A Phase III, Treatment Resistant Depression: Double Blind, Placebo-Controlled for Adults, 2000.
o   A Phase III, Depressed, Bipolar: Double-Blind, Placebo-Controlled for Adults with Major Depression and Past or Current Manic Episodes, 2000.

CONFIDENTIAL
AZSER12750417

BEST COPY AVAILABLE

**Amy DeWerth-Pallmeyer**
**E-mail: amy@suburbanpsych.com**
*(610) 891-9024 ext. 102*

### *Education*

Bachelor of Arts, Roanoke College, Salem, Virginia
Major: Political Science, Minor: Sociology.

Master of Education, Widener University, Chester, PA

### *Training:*

Participated in ACRP Good Clinical Practices Training (2002)
Completed Phlebotomy Training (2002)
Attended Eli Lilly Clinical Research Coordinator Training (2002)
Attended ACRP conference and daily sessions (2003)

### *Work Experience*

<u>Suburban Research Associates (3/2002-Present)</u>
**Clinical Research Coordinator**
- Review, Implementation and Conduct of Clinical Trials
- Prepare Regulatory Documents and Budgets
- Develop and Implement all Policies and Procedures

<u>Suburban Psychiatric Associates (8/1999-2/2002)</u>
**Director of Administrative Services**
- Manage all intake, clerical and accounting staff
- Develop and Maintain reporting as required by contractors
- Responsible for all Human Resources

<u>EOC Child Care Resource Connection, San Luis Obispo, California (1996-1999)</u>
**Assistant Director** (1999)
- Manage eligibility and supervisory staff
- Develop and monitor department budgets
- Mediate client and staff conflicts
- Implement eligibility requirements for welfare to work subsidized child care program

**Eligibility Supervisor** (1996-1999)
- Responsible for monthly, quarterly and annual County, State and Federal Reporting
- Oversaw development of new subsidized child care program.
- Supervised financial and clerical staff

<u>Resource Center for Independent Living, Utica, NY  (1993-1996)</u>

529

CONFIDENTIAL
AZSER12750418

BEST COPY AVAILABLE

**Financial Benefits Counselor/Client Assistance Program Advocate**
- o   Advised and trained individuals with disabilities regarding eligibility for
    available programs
- o   Educated service providers regarding state and county available programs.
- o   Mediated and negotiated conflicts between clients and State Vocational
    Rehabilitation office.

Campaign for Better Health Care (1991-1993)
**Community Organizer**
- o   Developed Speakers Bureau
- o   Drafted Grant Proposals
- o   Authored monthly newsletter
- •   Coordinated biannual advocacy events and fund-raiser


**Trial Experience**

Long Term open Label for Adolescents with ADHD, Phase III (2002)

Double Blind, Placebo Controlled for children with Nocturnal Enuresis, Phase III (2002)

Double Blind, Placebo Controlled study with adults in the Prevention in Relapse of Major
Depressive Disorder, Phase III. (2002)

Double Blind, Placebo Controlled study with Adults for Bipolar Disorder, Mania, Phase
III (20022-2003)

Long Term Open Label for adults with Schizophrenia, Phase III (2003)

Short Term Open Label for adults with Major Depressive Disorder, Phase IV (2003)

Short Term Open Label for Adolescents and Adults with Bipolar Disorder, Phase IV
(2003)

Double Blind, Placebo Controlled with adolescents and adults for Bipolar Disorder,
Depression, Phase III (2003-2004)

Double Blind, Placebo Controlled study with Adults for Schizophrenia, Phase III (2004)

530

CONFIDENTIAL
AZSER12750419

BEST COPY AVAILABLE

Curriculum Vitae
March 17, 2005
Page 1 of 38

**D1447C00126**
**Site #** 0124

| | |
|---|---|
| **Name** | **Dennis J. Munjack, M.D.** |
| **Address** | Southwestern Research, Inc.<br>435 North Bedford Drive, Suite 216<br>Beverly Hills, California 90210<br>310-858-7448 Telephone<br>310-858-7489 Facsimile |
| | 2211 West Magnolia Boulevard, Suite 270<br>Burbank, California 91506<br>818-260-9080 Telephone<br>818-260-9087 Facsimile |
| | 14591 Newport Avenue, Suite 208<br>Tustin, CA 92780<br>714-665-1277 Telephone<br>714-665-1279 Facsimile |
| **Education** | **Temple University Hospital**<br>Philadelphia, Pennsylvania<br>Residency, Psychiatry<br>1968 – 1971 |
| | **Long Island College Hospital**<br>Brooklyn, New York<br>Fellowship<br>1967 – 1968 |
| | **Albert Einstein College of Medicine**<br>Bronx, New York<br>M.D.<br>1967 |
| | **Brooklyn College**<br>Brooklyn, New York<br>B.A.<br>1963 |
| **Medical License** | Medical Board of California, Physician and Surgeon License,<br>Certificate Number G23190 |
| **Academic Appointments** | **Clinical Professor**<br>University of Southern California<br>Department of Psychiatry<br>Los Angeles, California<br>7/1/1998 – Present |
| | **Associate Professor**<br>University of Southern California<br>Department of Psychiatry<br>Los Angeles, California |

_____
Signature

3 / 18 / 05
Date

531

CONFIDENTIAL
AZSER12750420

BEST COPY AVAILABLE

Dennis J. Munjack, M.D.
Curriculum Vitae
March 17, 2005
Page 2 of 38

1980 – 1998

**Associate Clinical Professor**
University of Southern California
Department of Psychiatry
Los Angeles, California
1977 – 1980

**Assistant Professor**
University of Southern California
Department of Psychiatry
Los Angles, California
1973 – 1977

**Instructor**
Temple University Hospital
Department of Psychiatry
Philadelphia, Pennsylvania
1971 – 1975

**Teaching Appointments**          **University of Southern California**
Los Angeles, California
1973 – 1997

- First Year Medical Students:
  Lecturer and Supervisor
  Sex Education Course
  Sex Therapy Lecture Course
  Summer Fellowship

- Third Year Medical Students:
  Supervisor, Psychiatric  Outpatient Clinic

- Third Year Residents:
  Behavior Therapy Lecture Seminar
  Clinical Supervisor, Psychiatric Outpatient Clinic

- Resident Programs:
  Resident Follow-up Group Supervisor
  Resident Clinic Team Leader
  Resident Supervisor, Sex Therapy and Marital Counseling Clinic
  Resident Supervisor, Anxiety Disorders Clinic
  Research Supervisor, Clinical Case Conference and Demonstration

**Temple University School of Medicine**
Philadelphia, Pennsylvania
1971 – 1973

- Medical Students:
  Supervisor, Psychiatric Outpatient Department

- Third Year Medical Students:
  Behavior Therapy Lecture Seminar

- Second Year Residents:
  Supervisor, Outpatient Psychotherapy Section

532

CONFIDENTIAL
AZSER12750421

BEST COPY AVAILABLE

Dennis J. Munjack, M.D.
Curriculum Vitae
March 17, 2005
Page 3 of 38

- Lecturer:
  Summer Behavior Therapy Institute

**Administrative Appointments**

**University of Southern California School of Medicine**
Los Angeles, California
1973 – 1997

- Coordinator, Medical Student Psychiatric Outpatient Clinic Rotation
- Coordinator, Behavior Therapy Unit
- Coordinator, Sex Therapy and Marital Counseling Clinic
- Medical Care Evaluation Committee
- Acting Director, Psychiatric Outpatient Clinic
- Director, Anxiety Disorders Clinic
- Sex Education Committee
- Medical Care Evaluation Committee 1973 – 1978
- Third Year Psychiatry Clerkship Committee 1973 – 1977

**Temple University School of Medicine**
Philadelphia, Pennsylvania
1971 – 1973

- Coordinator, Third Year Psychiatric Clerkship
- Undergraduate Education Committee

**Additional Professional Activities**

**Member**
Harbor View Medical Center
Data Safety Monitoring Board:  Protocol Improving
Therapy for Panic Disorder in Primary Care.
Peter P. Roy-Byrne, M.D., Principal Investigator
Present

**Lecturer**
University of Southern California School of Medicine
Postgraduate Education Division
Los Angeles, California
Present

**Article Referee**
Journal of Anxiety Disorders
1989 – Present

**Article Referee**
Journal of Clinical Psychopharmacology
1989 – Present

**Article Referee**
Psychiatry Research
1989 – Present

**Lecturer**
University of Southern California School of Medicine
Anxiety Disorders Open Forum for the Public
Los Angeles, California
July 17, 1995

CONFIDENTIAL
AZSER12750422

BEST COPY AVAILABLE

Dennis J. Munjack, M.D.
Curriculum Vitae
March 17, 2005
Page 4 of 38

**Member**
Coordination Committee
14th Annual Conference on Anxiety
Los Angeles, California
July 7, 1993
March 1994

**Expert Panelist**
Human Psychopharmacology
International Study of Expert Judgment on Therapeutic of
Benzodiazepines
Vol 8, pp. 253 – 261
1993

**Editor**
Anxiety Disorders Newsletter
1989 – 1995

**Assistant Editor**
Anxiety Disorders Newsletter
1986 – 1989

**Reviewer**
National Institute on Mental Health Treatment Development and
Assessment Research Review Committee
1981 – 1982

**Director**
Southwestern Research, Inc.
Beverly Hills, California
Burbank, California
Los Angeles, California
Tustin, California
1980 – Present

**Member**
Union of American Physicians and Dentists
Union Negotiating Team
1987

**Book Reviewer**
Journal of Clinical Psychiatry

**Article Reviewer**
The Journal of Clinical Review

**Article Referee**
Journal Nervous and Mental Disease
1980 – Present

**Article Referee**
Journal of Behavior Therapy
1980 – Present

**Article Referee**
American Journal of Psychiatry
1980 – Present

534

CONFIDENTIAL
AZSER12750423

BEST COPY AVAILABLE

Dennis J. Munjack, M.D.
Curriculum Vitae
March 17, 2005
Page 5 of 38

**NIMH Summer Fellow**
Kinsey Institute for Sex Research
1972

**Supervisor**
Behavior therapy Training Institute

**Lieutenant J.G.**
United States Navy
Honorable Discharge
1969 – 1971

Consultantships                **Wyeth-Ayerst Pharmaceuticals**
Investigator's Meeting
San Diego, California
June 1996

**DSM-IV Anxiety Disorders Work Group Advisor**
1993

**Sex Hotline**
Los Angeles, California

**USC News Service**
Los Angeles, California

**TAP Pharmaceuticals Corporation**
Drug Development conference
Scottsdale, Arizona
December 3-6, 1992

**TAP Pharmaceuticals Corporation**
New Anxiolytic (DN-2327) Research Protocol Development
1991 – 1993

**Editorial Board**
Anxiety Disorders Practice Journal
Practice Press
Napa, California
1989 – Present

**Consulting Editor**
Journal of Sex Education and Therapy

**PRN Magazine**
Oradell, New Jersey
1982 – Present

**Consulting Editor**
Journal of Behavior Therapy and Experimental Psychiatry
1980 – 1982

Media                          **KFWB Radio**
Los Angeles, California
Interview, Oklahoma City Bomb Blast
April 19, 1995

535

CONFIDENTIAL
AZSER12750424

BEST COPY AVAILABLE

Dennis J. Munjack, M.D.
*Curriculum Vitae*
March 17, 2005
Page 6 of 38

**Health Connection**
KIEV Radio
Los Angeles, California
Interview, Social Phobia
July 1, 1994

**Health Connection**
KIEV Radio
Los Angeles, California
Interview, Obsessive Compulsive Disorder
May 4, 1994

**Health Connection**
KIEV Radio
Los Angeles, California
Interview, Recent Advances in Psychiatry
May 1994

**USC Transcript**
University of Southern California
Los Angeles, California
Interview, Panic Disorder
March 22, 1993

**KUNW Radio**
Albuquerque, New Mexico
Interview, Anxiety and Depression
September 24, 1992

**SELF Magazine**
Writer, John Sedgwick
Interview, Panic Attacks
December 1991

**Health Connection**
KIEV Radio
Los Angeles, California
Interview, Depression
October 2, 1991

**Los Angeles Times**
Los Angeles, California
Interview, Obsessions and Compulsions
May 1991

**Eye On LA**
KHJ
Interview, Fears and Phobias
July 7, 1990

**Los Angeles Times**
Los Angeles, California
Interview, Needle Phobias
June 19, 1990

**Los Angeles Magazine**
Writer, Tom Johnson

CONFIDENTIAL
AZSER12750425

Dennis J. Munjack, M.D.
Curriculum Vitae
March 17, 2005
Page 7 of 38

Los Angeles, California
Interview and Quotation, Fear in the City: How Real is the Fear?
September 1988

**About You**
KNBC Television
Los Angeles, California
Guest Appearance, Fears and Phobias
October 8, 1987

**Los Angeles Harold Examiner**
Los Angeles, California
Interview, Earthquakes
October 5, 1987

**Lifetime Medical Television**
Los Angeles, California
Discussant, Panic Attacks and Mitral Valve Prolapse:  Diagnostic and
Treatment Implications
August 6, 1987

**Dr. Ruehl Show**
Group W Cable
Los Angeles, California
Interview, Managing Anxiety Disorders
July 14, 1987

**Channel 4 News**
KNBC Television
Los Angeles, California
Guest Appearance, Phobias and Anxiety
May 25-29, 1987

**KFCO Radio**
Host, Ted Pane
San Diego, California
Interview, Superstitions and Phobias
February 13, 1987

**KVEN Radio**
Host, Barry Turnbull
Ventura, California
Interview, Superstition and Phobias
February 13, 1987

**KABC Radio**
Host, Michael Jackson
Los Angeles, California
Interview, Superstition and Phobias
February 13, 1987

**KXL Radio**
Host, Jim Bikell
Portland, Oregon
Interview, Superstition and Phobias

**Eye On LA**
Host, Chuck Henry

CONFIDENTIAL
AZSER12750426

BEST COPY AVAILABLE

Dennis J. Munjack, M.D.
Curriculum Vitae
March 17, 2005
Page 8 of 38

KABC Television
Interview, Phobias
February 27, 1986

**KGIL Radio**
Host, Danielle Sullivan
Los Angeles, California
Interview, Anxiety Disorders
November 1985

**KNXT Radio**
Host, Lisa Litwiller
Los Angeles, California
Interview, Freeway Phobias
August 14, 1995

**Playgirl Magazine**
Writer, Catherine Johnson
Los Angeles, California
Interview, Public Passions, Private Thrills
November 1984

**AM Los Angeles**
KABC
Los Angeles, California
Guest, Anxiety Disorders, Diagnosis and Treatment
November 8, 1984

**Lifeline, Educational Television for Physicians**
KCET Television
Los Angeles, California
Interview, the Implications of Lactate Induced Panic Attacks for
Understanding Panic Disorder
September 6, 1984

**Group W Cable Television**
Los Angeles, California
Interview, Diagnosis and Treatment of Anxiety Disorders
January 1984

**Cable Health Network**
Los Angeles, California
Interview, Anxiety Disorders
November 1983

**KCBS Radio**
San Francisco, California
Interview, Anxiety Disorders
October 1983

**Cable Health Network**
Los Angeles, California
Interview, Panic Disorders
October 1983

**KWBT Radio**
South Carolina
Interview, Anxiety and Panic Attacks

CONFIDENTIAL
AZSER12750427

BEST COPY AVAILABLE

Dennis J. Munjack, M.D.
Curriculum Vitae
March 17, 2005
Page 9 of 38

August 1983

**KRLA Radio**
Los Angeles, California
Interview, Anxiety and Panic Attacks
August 1983

**Health Connection**
KIEV Radio
Los Angeles, California
Interview, Anxiety and Panic Attacks
July 1983

**Los Angeles Times**
Los Angeles, California
Interview, The Treatment of Panic disorders
March 8, 1983

**Women's Day Magazine**
Writer, Catherine Houck
Interview, Panic Attacks and Anxiety
February 1983

**KZLA Radio**
Host, Robert Wilds
Los Angeles, California
Interview, Panic Attacks and Panic Disorder
February 1983

**Cable TV Network**
Los Angeles, California
Discussant, Phobias
1983

**Channel 2 News**
KCBS Television
Los Angeles, California
Guest, The Treatment of Phobias
1980

**Board Certification**
- American Board of Psychiatry and Neurology, October 1974

**Other Certification/ Training**
**SCID Interview Training**
Solvay Pharmaceuticals
Atlanta, Georgia
February 26, 1998

**HAM-D Anchor Points and Conventions Inter-Rater Training**
Solvay Pharmaceuticals
Atlanta, Georgia
February 26, 1998

**Professional Memberships**
- Southern California Psychiatric Society
- Chairman, Sex Therapy Committee 1977 – 1978
- American Psychiatric Association
- Association for the Advancement of Behavior Therapy
- Society for the Scientific Study of Sex
- American Association of Sex Educators, Counselors, and

CONFIDENTIAL
AZSER12750428

BEST COPY AVAILABLE

Dennis J. Munjack, M.D.
Curriculum Vitae
March 17, 2005
Page 10 of 38

Therapists
- Behavior therapy Research Society, Charter Clinical Fellow
- The American college of Sexologists
- Anxiety Disorders Association of America, Board of Directors 1980 – 1992, Program Committee 1980 – 1982
- Obsessive-Compulsive Disorders Foundation
- National Anxiety Foundation
- American Society of Clinical Psychopharmacology
- Behavior Therapy and Research Society, Charter Clinical Fellow, 1972

**Awards**

**Teacher of the Year Award**
University of Southern California + Los Angeles County Hospital
Los Angeles, California
Presented by:  Psychiatric Residency Program
1996

**Teacher of the Year Award**
University of Southern California + Los Angeles County Hospital
Los Angeles, California
Presented by:  Psychiatric Residency Program
1995

**Excellence in Teaching Award**
University of Southern California + Los Angeles County Hospital
Los Angeles, California
Presented by: The Third Year Class Psychiatric Residency Program
1994

**Teacher of the Year Award**
University of Southern California + Los Angeles County Hospital
Los Angeles, California
Presented by: The Senior Class Psychiatric Residency Program
1992

**Sherwyn M. Woods, M.D. Teaching Award**
University of Southern California + Los Angeles County Hospital
Los Angeles, California
Presented by: The Third Year Class Psychiatric Residency Program
1984

**Distinguished Teacher Award**
University of Southern California + Los Angeles County Hospital
Los Angeles, California
Issued by:  Department of Psychiatry, Education division
1983

**Outstanding Instructor Award**
University of Southern California + Los Angeles County Hospital
Los Angeles, California
Issued by:  Department of Psychiatry, Education Division
1981

CONFIDENTIAL
AZSER12750429

BEST COPY AVAILABLE

Dennis J. Munjack, M.D.
Curriculum Vitae
March 17, 2005
Page 11 of 38

**Contracts and Grants**

Inderal in the Treatment of General Anxiety Disorder, Ayerst Laboratories, Protocol No. 81-153-CR

Xanax Regular Tablets Versus Xanax Sustained Release (SR) in the Treatment of Panic Attacks with and without Phobias, The Upjohn Company, Protocol No. 4438

Immediate and Delayed Effects Following Discontinuation of Buspirone or Alprazolam Therapy in Generalized Anxiety Disorder Patients: A Multicenter Study, Bristol-Myers Squibb U.S. Pharmaceutical Group, Protocol No. 05149.

Fluvoxamine in the Treatment of Panic Disorder and Panic Disorder in Agoraphobia: A Multicenter Double-Blind, Placebo-Controlled Study in Outpatients, Kali-Duphar laboratories, Inc., Protocol No. H114.5535/3

A Double-Blind Comparison of the Efficacy of ZK112-119, Alprazolam, and Placebo in Outpatients with Generalized Anxiety Disorder, Sandoz Pharmaceuticals Corporation, Protocol No. B202

A Prospective, Randomized, Double-Blind, Placebo-Controlled, Multicenter, Parallel-Group Comparison of the Efficacy and Safety of Abecarnil and Alprazolam in Outpatients with Generalized Anxiety Disorder, Sandoz Pharmaceuticals, Protocol No. B351

A Double-Blind, Placebo-Controlled, Multicenter Trial Comparing 30 MG of Buspar Given Two Times Daily Versus Three Times Daily in Patients with Generalized Anxiety Disorder, Ciba-Geigy, Protocol No. 07

A Double-Blind, 12 Week, Parallel Comparison of Sertraline and Placebo in Outpatients with Obsessive Compulsive Disorder, Pfizer Pharmaceuticals, Protocol No. 91CE21-0546.

A Double-Blind, Placebo-Controlled Study to Determine the Efficacy and Safety of Fluparoxan (0.5, 2 & 8 MG BID) in the Treatment of Secondary (Acquired) Male Erectile Disorder, Glaxo, Inc., Protocol No. ADA-203.

A Randomized, Double-Blind, Placebo-Controlled Study of the Safety and Efficacy of Two Doses of Ondansetron Versus Placebo in the Treatment of Social Phobia, Glaxo, Inc., S3A-342.

A Placebo-Controlled, Double-Blind, Parallel Trial of Brofaromine Hydrochloride in Patients with Social Phobia, Ciba-Geigy, Protocol No. 04.

A Double-Blind, Comparison of Three Doses of Tandospirone GITS and Placebo in Outpatients with Major Depression, Pfizer Pharmaceuticals, Protocol No. 93CE30-0611.

Double-Blind, Placebo-Controlled, Parallel-Group, Dose-Finding Study of Venlafaxine Extended Release Capsules in Outpatients with Generalized Anxiety Disorder, Wyeth-Ayerst Research,

CONFIDENTIAL
AZSER12750430

BEST COPY AVAILABLE

Dennis J. Munjack, M.D.
Curriculum Vitae
March 17, 2005
Page 12 of 38

Protocol No. 0600B2-210-US.

A Double-Blind, Placebo-Controlled Dose Escalation Study of the Safety and Efficacy of Oral Ondansetron in the Treatment of Patients with Panic Disorder, Glaxo, Inc., Protocol No. S3A-323.

Sertraline Treatment Followed by a Double-Blind Comparison of Sertraline and Placebo in the Prevention of Relapse in Outpatients with Obsessive Compulsive Disorder, Pfizer, Inc., Protocol No. 93CE21-0615.

12-Week, Double-Blind, Comparison of Two Sertraline Dose Regimens in "Nonresponder" Outpatients with Obsessive Compulsive Disorder, Pfizer, Inc., Protocol No. 93CE21-0643.

A Phase III, Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Safety, Tolerance, and Efficacy Study of 10 and 20 mg Zaleplon, Wyeth-Ayerst Research, Protocol No. 0897A1-307-US.

A Phase III, Multicenter, Long-Term, Open-Label, Safety and Tolerance Study of 10 or 20 mg of Zaleplon Administered Once Daily for a Maximum of 360 Days in Adult Outpatients with Insomnia, Wyeth-Ayerst Research, Protocol No. 0897A1-312-US.

A Phase II, Eight Week, Double-Blind, Placebo-Controlled Multicenter Study to Evaluate the Efficacy and Safety of Three Fixed Doses of Oral CP-93, 393-1 in Outpatients with Major Depressive Disorder, Pfizer, Inc., Protocol No. 129-106.

Double-Blind, Placebo-Controlled Study of Venlafaxine-ER and Venlafaxine OROS[7] in Outpatients with Major Depression, Wyeth-Ayerst Research, Protocol No. 0600C1-217-US.

Six-Month Double-Blind, Placebo-Controlled, Parallel-Group Comparison of Venlafaxine Extended Release Capsules and Placebo in Outpatients with Generalized Anxiety Disorder, Wyeth-Ayerst Research, Protocol No. 0600B2-218-US.

A Double-Blind, Placebo-Controlled Trial to Evaluate the Clinical Effects of Immediate Release Paroxetine and Modified Release Paroxetine in the Treatment of Major Depression, SmithKline Beecham Pharmaceuticals, Protocol No. 29060/448.

A Double-Bind, Placebo-Controlled, Flexible Dosing Trial to Evaluate the Efficacy of Modified Release Paroxetine in the Treatment of Panic Disorder, SmithKline Beecham Pharmaceuticals, Protocol No. 29060/497.

Placebo-Controlled, Parallel Group Trial of Three Doses of Pagoclone in Patients with DSM-IV Panic Disorder, Interneuron Pharmaceuticals Inc., Protocol No. IP456/004.

A Randomized, Double-Blind, Fixed Dose Comparison of 20, 40, and 60 mg Daily of Paroxetine and Placebo in the Treatment of Generalized Social Phobia, SmithKline Beecham Pharmaceuticals, Protocol No. 29060/454.

CONFIDENTIAL
AZSER12750431

BEST COPY AVAILABLE

Dennis J. Munjack, M.D.
Curriculum Vitae
March 17, 2005
Page 13 of 38

A Multicenter, Double-Blind, Placebo-Controlled, Dose-Ranging Study to Evaluate the Efficacy and Safety of Single Doses of SB-220453 in the Treatment of Acute Migraine, SmithKline Beecham Pharmaceuticals, Protocol No. 220453/006.

An Eight-Week, Double-Blind, Placebo-Controlled Study of 2, 20, 50, and 100 mg Flibanserin BID and Paroxetine QD in Patients with Major Depressive Disorder, Boehringer Ingelheim, Protocol No. 511.12.

A Double-Blind, Placebo-Controlled, Trial to Evaluate the Clinical Effects of Immediate Release Paroxetine and Modified Release Paroxetine in the Treatment of Major Depression in Elderly Patients, SmithKline Beecham Pharmaceuticals, Protocol No. 29060/487.

Double-Blind Placebo-Controlled, Multicenter Study Evaluating the Efficacy and Safety of SR58611A in Outpatients with Major Depression, Sanofi Research, Protocol No. DRI2412.

A Double-Blind, Placebo-Controlled, Comparative Study of an Extended Release Formulation of Venlafaxine and Imipramine on the Time of Onset of Antidepressant Response in Patients with Severe Depression, Wyeth-Ayerst Research, Protocol No. 0600B1-384-US.

A Double-Blind, Randomized Trial of Three Fixed Doses of Transdermal Buspirone Compared to Placebo in the Treatment of Anxious Outpatients, Bristol-Myers Squibb, Protocol No. CN101-094.

Fluoxetine Versus Placebo in Posttraumatic Stress Disorder, Eli Lilly & Company, Protocol No. B1Y-MC-HCHG.

A Double-Blind, Randomized, Multicenter, Parallel Design Study to Evaluate the Efficacy and Safety of Individual Maximum Tolerated Doses of EMD 68 843 in Comparison with Placebo and Fluoxetine in Outpatients with Major Depressive Disorder, Merck, Protocol No. EMD 68 843 009.

A Double-Blind, Randomized, Multicenter, Parallel Design Study to Evaluate the Efficacy and Safety of Three Dose Ranges of EMD 68 843 in Comparison with Placebo and Fluoxetine in Outpatients with Major Depressive Disorder, Merck, Protocol No. EMD 68 843 010.

A Multicenter, Double-Blind, Randomized Parallel Group Study of the Efficacy, Safety, Tolerability of a Flexible Dose Regimen of Flesinoxan Versus Placebo in Outpatients with Major Depressive Disorder with Fluoxetine as an Active Control, Solvay Pharmaceuticals, Protocol No. S1283101.

A Six-Week, Double-Blind, Placebo and Fluoxetine Controlled Multicenter Study to Evaluate the Safety and Efficacy of Oral CP-122-721 in Outpatients with Major Depressive Disorder, Pfizer Inc., Central Research Division, Protocol No. 165-112.

A Multicenter, Randomized, Double-Blind, Parallel-Group, Placebo-

CONFIDENTIAL
AZSER12750432

BEST COPY AVAILABLE

Dennis J. Munjack, M.D.
Curriculum Vitae
March 17, 2005
Page 14 of 38

Controlled, Dose-Range Finding Trial to Evaluate the Safety
and Efficacy of 4 Doses of NKP608A in Patients with Social
Phobia, Novartis Pharmaceuticals Corporation, Protocol No.
107.

A Randomized, Double-Blind, Dose-Range Finding Multicenter Parallel-
Group, Active and Placebo-Controlled Trial to Evaluate the
Safety and Efficacy of NKP608A in Patients with Social
Phobia, Novartis Pharmaceuticals Corporation, Protocol No. 141.

Comparison of the Efficacy and Safety of Befloxatone 2.5 mg OD Versus
Placebo in Outpatients with Moderate to Severe Major
Depressive Disorders; A Randomized, Double-Blind, 8-Week
Multi-Center Phase II Trial, Synthelabo Research, Inc., Protocol
No. 2918.

A Double-Blind, Randomized, Flexible Dose Trial of Buspirone
Transdermal or Alprazolam Compared to Placebo in the
Treatment of Anxious Outpatients, Bristol-Myers Squibb
Pharmaceutical Research Institute, Protocol No. CN101-101.

A 12-Week, Double-Blind, Fixed Dose Comparison of 20 and 40 mg
Daily of Paroxetine and Placebo in Patients Suffering from
Posttraumatic Stress Disorder, SmithKline Beecham
Pharmaceuticals, Protocol No. 29060/648.

A Randomized, Double-Blind, Placebo-Controlled, Flexible Dosage Trial
to Evaluate the Efficacy and Tolerability of Paroxetine in
Patients with Generalized Anxiety Disorder, SmithKline
Beecham Pharmaceuticals, Protocol No. 29060/642.

A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Efficacy
and Safety Study of Remeron in Outpatient Children and
Adolescents with Major Depressive Disorder, Organon, Inc.,
Protocol No. 003-045.

A Multicenter, Double-Blind, Placebo and Sertraline Controlled,
Randomized Parallel Group, Flexible Dose Trial of Nefazodone
ER in the Treatment of Depressed Patients, Bristol-Myers
Squibb, Protocol No. CN104-175.

A Multi-Center, Randomized, Double-Blind, Parallel Group, Placebo-
Controlled Study Evaluating the Efficacy and Safety to Two
Fixed Dose Ranges of Buspirone Hydrochloride (15-30 mg and
45-60 mg) in Children and Adolescents (Aged 6-17) with
Generalized Anxiety Disorders, Bristol-Myers Squibb, Protocol
No. CN101-125.

A Multicenter, Double-Blind, Flexible Dose Safety Trial Comparing
Nefazodone ER to Nefazodone IR in the Treatment of
Depressed Patients, Bristol-Myers Squibb, Protocol No.
CN104-181.

Fluoxetine Versus Placebo in the Treatment of Posttraumatic Stress
Disorder, Eli Lilly & Company, Protocol No. B1Y-MC-HCJL.

The Combination of Olanzapine and Fluoxetine in Treatment Resistant
Depression Without Psychotic Features, Eli Lilly & Company,

544

CONFIDENTIAL
AZSER12750433

BEST COPY AVAILABLE

Dennis J. Munjack, M.D.
Curriculum Vitae
March 17, 2005
Page 15 of 38

Protocol No. F1D-MC-HGHZ.

A Double-Blind, Multicenter, Placebo-Controlled Study of L-759274 in the Treatment of Outpatients with Major Depression Melancholic Features, Merck & Company, Protocol No. 027-00.

A Double-Blind, Placebo-Controlled Study of Patient Reported Sleep Effects of L-759274 in Older Patients with Chronic Primary Insomnia, Merck & Company, Protocol No. 028-00.

A Multicenter Randomized Double-Blind, Placebo Controlled Trial of Sertraline for Acute Treatment of DSM-IV Generalized Social Phobia in Outpatients, Pfizer, Inc., Protocol No. R0601.

Reboxetine (PNU-15590E) Versus Placebo in the Treatment of Major Depressive Disorder Resistant to Fluoxetine, Pharmacia & Upjohn, Protocol No. M/2020/0034.

Pharmacogenomics Blood Sampling Protocol, Pharmacia & Upjohn, Protocol No. 950ECNS0323-001.

Open-Label Reboxetine Rescue and Continuation Therapy, Pharmacia & Upjohn, Protocol No. 950ECNS0005-071.

A Double-Blind Placebo and Fluoxetine Controlled, Multicenter Study Evaluating the Efficacy and Safety of SR48968C in Patients with Major Depressive Disorder, Sanofi-Synthelabo Research, Protocol No. ACT3620.

A Double-Blind, Placebo-Controlled Comparative Efficacy Study of Venlafaxine ER and Sertraline in Producing Remission in Outpatients with Major Depressive Disorder, Wyeth-Ayerst Research, Protocol No. 0600B1-414-US.

A Double-Blind, Placebo-Controlled Study of Flexible Dose of Venlafaxine ER in Adolescent Outpatients with Generalized Social Anxiety Disorder, Wyeth-Ayerst Research, Protocol No. 0600B4-389-US.

A Six-Month, Double-Blind, Placebo-Controlled Parallel-Group Comparison of Venlafaxine Extended Release Capsules and Placebo in Outpatients with Generalized Social Anxiety Disorder, Wyeth-Ayerst Research, Protocol No. 0600B4-390-US.

A Double-Blind, Placebo-Controlled Study of Quatipine in Outpatients with Alzheimer's Dementia, Astro-Xenica.

R-fluoxetine Versus Placebo in the Treatment of Generalized Anxiety Disorder, Eli Lilly & Company, Protocol No. H5Z-MC-LUAH.

A Double-Blind, Multicenter, Acute Study of Two Doses of L-830982 Versus Lorazepam and Placebo in the Treatment of Outpatients with Generalized Anxiety Disorder, Merck Research, Protocol No. 006-00.

A Double-Blind, Multi-Center, Randomized, Placebo-Controlled, Efficacy and Safety Study of ORG 33062 ER and Fluoxetine in Subjects

CONFIDENTIAL
AZSER12750434

BEST COPY AVAILABLE

Dennis J. Munjack, M.D.
Curriculum Vitae
March 17, 2005
Page 16 of 38

Who Suffer from Major Depressive Disorder with Atypical Features, Organon Inc., Protocol 134-004.

A Double-Blind, Multi-Center Extension Trial in Subjects Who Suffer from Major Depressive Disorder with Atypical Features who Participated in the Placebo and Fluoxetine Controlled Study of Org 33062 ER (Protocol 134-004), Organon Inc, Protocol No. 134-502.

A Double-Blind, Randomized, Placebo and Paroxetine Controlled, Multicenter, Dose-Finding Trial with ORG 34517 in Outpatients with Moderate to Severe Major Depressive Disorder, Organon Inc., Protocol No. 28105.

Reboxetine, Placebo and Paroxetine Comparison in Patients with Depressive Disorder, Pharmacia & Upjohn, Protocol No. M20200046.

Open-Label Reboxetine Continuation Therapy, Pharmacia & Upjohn, Protocol No. 950ECNS0005-087.

The Effect of Reboxetine, Placebo, and Paroxetine on Cognitive Functioning in Patients with Major Depressive Disorder, James Ferguson, M.D., Protocol No. M20200047ccg.

A Double-Blind, Placebo and Paroxetine Controlled Multicenter, Dose-Ranging Study Evaluating the Efficacy and Safety of SR142801 in Outpatients with Major Depressive Disorder, Sanofi-Synthelabo Research, Protocol No. DRI3650.

Double-Blind, Placebo-Controlled Study of Venlafaxine ER in Children and Adolescents with Major Depressive Disorder, Wyeth-Ayerst, Protocol No. 0600B1-394-US.

Double-Blind, Placebo-Controlled Study of Venlafaxine ER in Children and Adolescents with Generalized Anxiety Disorder, Protocol No. 0600B2-396-US.

A Double-Blind, Placebo-Controlled, Parallel-Group Comparison of Venlafaxine ER Capsules and Paroxetine in Outpatients with Generalized Social Anxiety Disorder, Wyeth-Ayerst Research, Protocol No. 0600B4-392-US.

A Single-Dose, Pharmacokinetic Trial of Remeron® (Mirtazapine) in Children and Adolescents with Major Depression, Organon Inc., Protocol No. 003-047.

A Double-Blind, Multicenter, Placebo and Active Controlled Acute and Extension Study of MK-0869 in the Treatment of Patients with Major Depressive Disorder with Melancholic Features, Merck & Co., Inc., Protocol No. 059-00.

A Worldwide, Multicenter, Double-Blind, Parallel, Active-Controlled, Long-Term Safety Study of MK-0869 in Outpatients with Major Depressive Disorder, Merck & Co., Inc., Protocol No. 066-00.

A Double-Blind, Randomized, Placebo-Controlled, 3-Month Clinical Trial of Venlafaxine ER and Sertraline in the Treatment of Post

CONFIDENTIAL
AZSER12750435

BEST COPY AVAILABLE

Dennis J. Munjack, M.D.
Curriculum Vitae
March 17, 2005
Page 17 of 38

Traumatic Stress Disorder, Wyeth-Ayerst Pharmaceuticals, Protocol No. 0600B-100735.

Open-Label, Multiple Oral Dose Study to Assess the Steady State Pharmacokinetics of Org 33062 ER in Children and Adolescents with Major Depressive Disorder, Organon Inc., Protocol No. 28721.

A Randomized, Double-Blind, Placebo-Controlled, Flexible Dosage Trial to Evaluate the Efficacy and Tolerability of Paroxetine CR in Patients with Generalized Anxiety Disorder (GAD). Protocol Issue Date: 22 June 2001, GlaxoSmithKline, Protocol No. 29060/791.

A Randomized, Double-Blind, Parallel-Group, Placebo-Controlled Study Evaluating Efficacy and Safety of SB-29060 Controlled Release (12.5 and 25 mg/day) versus Placebo in Patients with Major Depressive Disorder, GlaxoSmithKline, Protocol No. 29060/810.

A Double-Blind, Placebo-Controlled, Parallel-Group, Flexible-Dose Study of Venlafaxine Extended-Release Capsules in Adult Outpatients with Panic Disorder, Wyeth-Ayerst Research, Protocol No. 0600B5-353-US.

A Double-Blind, Placebo-Controlled Comparative Efficacy Study of Venlafaxine ER and Sertraline in Producing Remission in Outpatients with Major Depressive Disorder, Wyeth-Ayerst Research, 0600B1-402-US.

A Phase IIB, Seven-Week, Double-Blind, Placebo and Paroxetine Controlled Multicenter Study to Evaluate the Safety and Efficacy of Oral CP-122, 721 in Outpatients with Major Depressive Disorder and Associated Somatic Symptoms, Pfizer, Inc., Protocol No. A1651008.

A Seven-Week, Double Blind, Extension of Protocol A1651008: A Phase IIB, Seven-Week, Double-Blind, Placebo and Paroxetine-Controlled Multicenter Study to Evaluate the Safety and Efficacy of Oral CP-122, 721 in Outpatients with Major Depressive Disorder and Associated Somatic Symptoms, Pfizer, Inc., Protocol No. A1651009.

A Double-Blind, Placebo-Controlled, Parallel Group Design Dose-Ranging Study of Three Doses of Lasofoxifene vs. Placebo for the Treatment of Sexual Dysfunction (Arousal Disorder) in Postmenopausal Women, Pfizer Inc., Protocol A2181015.

A Double-Blind, Placebo-Controlled, Parallel Group Design Dose-Ranging Study of Three Doses of Lasofoxifene vs. Placebo for the Treatment of Sexual Dysfunction (Hypoactive Desire) in Postmenopausal Women, Pfizer Inc., Protocol No. A2181021.

An Eight-Week, Double-Blind, Placebo-Controlled Multicenter Study to Evaluate the Safety and Efficacy of 2 Doses of CP-448, 187 (1.5 and 3 mg) and Paroxetine in Subjects with Major Depressive Disorder, Pfizer Inc., Protocol No. A2721008.

CONFIDENTIAL
AZSER12750436

BEST COPY AVAILABLE

Dennis J. Munjack, M.D.
Curriculum Vitae
March 17, 2005
Page 18 of 38

A Randomized, Double-Blind, Alprazolam and Placebo-Controlled Study of the Efficacy and Safety of CP-615, 003 in Outpatients with Generalized Anxiety Disorder, Pfizer Inc., Protocol No. A3381003.

A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Fixed-Dose Study of the Efficacy, Safety, and Tolerability of 60 mg Buspirone Hydrochloride Extended Release Compared to Placebo in Patients with Generalized Anxiety Disorder Who Have Stable Disease Characteristics, Biovail Corporation, Protocol No. B01.CT3.016.BUS P02.

A Four-Week, Double-Blind, Placebo and Active Controlled, Dose-Ranging Study of SL 65.1498-00, 3 Doses (5,15,50 mg per day) and Lorazepam (3 mg/day) in Out-Patients with Generalized Anxiety Disorder, Sanofi-Synthelabo Research, Protocol No. DRI4390.

Double-Blind, Comparison of the Safety and Efficacy of Escitalopram and Fluoxetine in the Treatment of Fluoxetine Nonresponders, Forest Laboratories, Protocol No. SCT-MD-21.

Two-Week Double-Blind Placebo-Controlled Study of Escitalopram in the Treatment of Severe Major Depression. Phase A: Double-Blind Comparison of the Safety and Efficacy of Escitalopram and Placebo After Two Weeks of Treatment of Patients with Severe Major Depression. Phase B: Double-Blind Comparison of the Safety and Efficacy of Escitalopram and Placebo After Eight Weeks of Treatment of Patients with Severe Major Depression, Forest Laboratories, Protocol No. SCT-MD-26.

An Open-Label Extension Study of the Safety and Efficacy of Escitalopram in Patients with Major Depressive Disorder, Forest Laboratories, Protocol No. SCT-MD-19.

Flexible Dose Comparison of the Safety and Efficacy of Escitalopram and Placebo in the Treatment of Generalized Anxiety Disorder, Forest Laboratories, Protocol No. SCT-MD-06.

An Open-Label Extension Study of the Safety and Efficacy of Lu 26-054 in Patients with Generalized Anxiety Disorder, Forest Laboratories, Protocol No. SCT-MD-17.

Deramciclane 30 mg and 60 mg Once Daily Versus Placebo in Generalized Anxiety Disorder. A Randomized Double-Blind Placebo and Buspirone-Controlled Fixed-Dose Parallel-Group Multicenter Study of 10 Weeks (Including a 2-Week Single-Blind Placebo Period), Pharmacia Corporation, Protocol No. DERA-5334-025.

Deramciclane 60 mg (or 30 mg) once daily in the treatment of generalized anxiety disorder. An open multicenter safety study of 5 months, including a 1 month drug-free follow-up period. Follow-up to studies 3013023 and 3013025, Pharmacia Corporation, Protocol No. DERA-5334-038.

The Study of Olanzapine and Fluoxetine in Combination for Treatment Resistant Depression Without Psychotic Features, Eli Lilly &

CONFIDENTIAL
AZSER12750437

BEST COPY AVAILABLE

Dennis J. Munjack, M.D.
Curriculum Vitae
March 17, 2005
Page 19 of 38

Company, Protocol No. H6P-MC-HDAO.

The Study of Olanzapine and Fluoxetine in Combination for Treatment Resistant Depression Without Psychotic Features, Eli Lilly & Company, Protocol No. F1J-US-HMCB.

A Phase III, Randomized, Double-Blind, Placebo-Controlled, Outpatient Study to Assess the Long-Term Safety and Efficacy of Two Dose Levels of NBI-34060 in Adult Patients with Primary Insomnia, Neurocrine Bioscience, Protocol No. NBI-34060-IR-0114.

Multicenter, Randomized, Double-Blind, Placebo-Controlled Study of Two Fixed Doses of Des-Venlafaxine Succinate in Adult Outpatients with Major Depression, Wyeth, Protocol No. 0600D3-223-US

A Multicenter, Double-blind, Randomized, Placebo-controlled, Double-dummy, Trial of the Use of Quetiapine Fumarate (Seroquel™) in the Treatment of Patients with Bipolar Depression, AstraZeneca 5077US/0049

A Randomized, Double-Blind, Placebo-Controlled, Fixed Dose, Multi-Center Study to Evaluate the Efficacy, Safety and Toleration of Oral Sildenafil Administered for 12 Weeks to Post-Menopausal Women Who Have Been Diagnosed with Female Sexual Arousal, Pfizer Inc. A1481082

A Randomized, Double-Blind, Double-Dummy, Placebo-Controlled, Fixed Dose, Multi-Center Study to Evaluate the Efficacy, Safety and Toleration of Oral Sildenafil Administered for 12 Weeks to Premenopausal Women Who Have Been Diagnosed with Female Sexual Disorder, Pfizer Inc. A1481123.

A Phase II, Twelve Week, Double Blind and Placebo Controlled Study to Evaluate the Safety and Efficacy of Two Doses of CP-448, 187 (1.5 mg and 3.0 mg) in Subjects with Obsessive Compulsive Disorder, Pfizer Inc., A2721012.

A Multicenter, Double-Blind, Randomized, Placebo-Controlled Comparison of the Effects on Sexual Functioning of Extended-Release Bupropion Hydrochloride (300-450mg) and Escitalopram (10-20mg) in Outpatients with Moderate to Severe Major Depression over an Eight-Week Treatment Period, GlaxoSmithKline, Protocol AK130926.

Comparison of Efficacy and Safety of Zolpiden-MR 12.5 mg and Placebo in Patients with Primary Insomnia. A Double-Blind, Randomized, Placebo-Controlled, Parallel-Group Study, Sanofi-Synthelabo Research, Protocol EFC4529.

An 8-Week, Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Multicenter, Fixed Dose Study Comparing the Efficacy and Safety of GW597599B or Paroxetine to Placebo in Moderately to Severely Depressed Patients with Major Depressive Disorder, GlaxoSmithKline, Protocol NKD20006.

A Double-Blind, Placebo-Controlled Evaluation of the Safety and

549

CONFIDENTIAL
AZSER12750438

BEST COPY AVAILABLE

Dennis J. Munjack, M.D.
Curriculum Vitae
March 17, 2005
Page 20 of 38

Efficacy of Escitalopram in Pediatric Depression, Forest Laboratories, Protocol SCT-MD-15.

An Open-Label, Multi-Center Extension Study to Evaluate the Safety, Toleration and the Sustained Efficacy of Oral Sildenafil Administered to Women Who Have Been Diagnosed With Female Arousal Disorder, Pfizer Inc., Protocol A1481133.

The Effect of Ortho Tri-Cyclen® on Bone Mineral Density in Pediatric Subjects with Anorexia Nervosa: A Double-Blind, Placebo-Controlled Study, Ortho-McNeil, Protocol No. CAPSS-169.

A Double-Blind, Multicenter, Placebo-Controlled Study of MK-0869 in the Treatment of Patients with Major Depressive Disorder, Merck Research, Protocol 073-00.

Duloxetine Versus Venlafaxine Extended Release in the Treatment of Major Depressive Disorder, Eli Lilly & Co., Protocol No. F1J-MC-HMCQ.

A Multicenter, Double-Blind, Placebo-Controlled, Fixed-Dose, 8-Week Evaluation of the Efficacy and Safety of Lamotrigine in the Treatment of Bipolar Disorder Patients Currently Experiencing a Major Depressive Episode, GlaxoSmithKline SCA30924.

A Randomized, Double-Blind, Parallel-Group, Placebo-Controlled Fixed Dose Study Evaluating the Efficacy and Safety of Paroxetine CR in Elderly Outpatients Diagnosed with Major Depressive Disorder, GlaxoSmithKline, Protocol No. 29060-874.

An 8-Week, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Flexible-Dosage Study to Evaluate the Efficacy and Safety of GABITRIL®, at Dosages up to 16mg/day, in the Treatment of Generalized Anxiety Disorder in Adults, Cephalon, Inc., Protocol No. C6671a/204/AX/US

A 12-Week, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Flexible-Dosage Study to Evaluate the Efficacy and Safety of GABITRIL®, at Dosages up to 16 mg/day in the Treatment of Chronic Post-Traumatic Stress Disorder (PTSD) in Adults, Cephalon, Inc., Protocol No. C6671a/205/PT/US

A 12-Month, Open-Label, Flexible-Dosage Study to Evaluate the Safety of GABITRIL® at Dosages up to 16mg/day in Adults with Generalized Anxiety Disorder, Cephalon, Inc., Protocol No. C6671a/301/AX/US

A 12-Month, Open-Label, Flexible-Dosage Study to Evaluate the Safety of GABITRIL® at Dosages up to 16mg/day in Adults with Chronic Post-Traumatic Stress Disorder, Cephalon, Inc., Protocol No. C6671a/302/PT/US

A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study of the Efficacy and Safety of GABITRIL® (4, 6, 8, and 10 mg) Treatment in Adult Patients with Primary Insomnia, Cephalon, Inc., Protocol No.

CONFIDENTIAL
AZSER12750439

BEST COPY AVAILABLE

Dennis J. Munjack, M.D.
Curriculum Vitae
March 17, 2005
Page 21 of 38

C6671a/207/IN/US

A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study of the Efficacy and Safety of GABITRIL® (2, 4, 6, and 8 mg) Treatment in Elderly Patients with Primary Insomnia, Cephalon, Inc., Protocol No. C6671a/207/IN/US

A Multicenter, Double-Blind, Placebo-Controlled, Fixed-Dose, 8-Week Evaluation of the Efficacy and Safety of Lamotrigine in the Treatment of Major Depression in Patients with Type II Bipolar Disorder, GlaxoSmithKline, Protocol No. SCA100223

A Multicenter Randomized, Double-Blind, Placebo-Controlled, Parallel Group Study to Assess the Efficacy and Safety of Levetiracetam Versus Placebo for the Treatment of Social Anxiety Disorder (Generalized Type), UCB Pharma, Inc., Protocol No. N01086

A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study to Evaluate the Efficacy and Safety of DVS-233 SR for Prevention of Depressive Relapse in Adult Outpatients with Major Depressive Disorder, Wyeth Research, Protocol No. 3151A1-302-WW

A 10-Month Open-Label Evaluation of the Long-Term Safety of DVS-233 SR in Outpatients with Major Depressive Disorder, Wyeth Research, Protocol No. 3151A1-303-WW

A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel Group Study to Evaluate the Efficacy and Safety of Three Fixed Doses (50 mg, 100 mg, or 200 mg) of DVS-233 SR in Adult Outpatients with Major Depressive Disorder, Wyeth Research, Protocol No. 3151A1-306-US

A Double-Blind, Multicenter, Randomized, Placebo-Controlled Efficacy and Safety Study of Org 33062 ER in Subjects with Major Depressive Disorder, Fabre-Kramer, Protocol No. FKGBE007

A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Flexible-Dose Study to Assess the Safety and Efficacy of Topiramate in the Treatment of Moderate to Severe Binge-Eating Disorder Associated with Obesity, Ortho-McNeil, Protocol No. CAPSS-220

Evaluation of the Hypnotic Properties of Zolpidem-MR 12.5 mg and Zolpidem 10 mg Marketed Product Compared to Placebo in Patients with Primary Insomnia. A Double-Blind, Randomized, Placebo-Controlled, Three Way Cross-Over Study, Sanofi-Synthelabo, Protocol No. EFC5202

A Double-Blind, Multicenter Study Evaluating the Efficacy and Safety of One Fixed Dose of SR58611A (700 mg/day) Versus Placebo and Paroxetine (20 mg/day) in Patients with a Recurrent Major Depressive Episode, Sanofi-Synthelabo, Protocol No. EFC5379

CONFIDENTIAL
AZSER12750440

BEST COPY AVAILABLE

Dennis J. Munjack, M.D.
Curriculum Vitae
March 17, 2005
Page 22 of 38

A 6-Week, Randomized, Double-Blind, Parallel-Group, Active and Placebo-Controlled Trial to Assess the Efficacy of R228060 in Adult Subjects with Major Depressive Disorder (MDD, Johnson & Johnson, Protocol No. R228060-MDD-201

Olanzapine/Fluoxetine Combination Versus Lamotrigine in the Treatment of Bipolar I Depression, Eli Lilly & Co., Protocol No. H6P-US-HDAQ

The Study of Olanzapine and Fluoxetine in Combination for Treatment Resistant Depression Without Psychotic Features, Eli Lilly & Co., Protocol H6P-MC-HDAO

Validation of Daily Telephone Self-Assessment in the Study of Antidepressant Treatment Outcome, Eli Lilly & Co., Protocol No. H8I-MC-HQAC

A 12-Month, Open-Label Study to Evaluate Safety and Efficacy of GABITRIL® at Dosages up to 10 mg/day in Adult Patients with Primary Insomnia, Cephalon, Inc., Protocol No. C6671/2020/IN/US

A 12-Month, Open-Label Study to Evaluate Safety and Efficacy of GABITRIL® at Dosages up to 8 mg/day in Adult Patietns with Primary Insomnia, Cephalon, Inc., Protocol No. C6671/2021/IN/US

A Multicenter, Double-Blind, Placebo-Controlled Comparison of the Efficacy and Safety of Extended-Release Buprotion Hydrochloride (HCl) 300 mg/day and Placebo Administered for Eight Weeks for the Treatment of Adult Outpatients with Major Depressive Disorder and Symptoms of Decreased Energy, Pleasure, and Interest, GlaxoSmithKline, Protocol AK130931

**Bibliography**

**I. Peer Review Publications**

Munjack, D.J.: "Impotence", Journal of Continuing Education for the Family Physician, pp. 25-28, 1974.

Munjack, D.J., and Razani, J.: "Side Effects of Brevital-Aided Desensitization: Some Clinical Impressions", Behavior Therapy, 5:423-427, 1974

Munjack, D.J.: "Overcoming Obstacles to Desensitization Using In-Vitro Stimuli and Brevital", Behavior Therapy, 6:543-546, 1975.

Munjack, D.J., Cristol, A., Goldstein, A., Phillips, D., Goldberg, A., Whipple, K. Staples, F., and Kanno, P.: "Behavioral Treatment of Orgasmic Dysfunction: A Controlled Study", British Journal of Psychiatry, 129:497-502, 1976.

Munjack, D.J., and Kanno, P.: "Prognosis in Treatment of Female Sexual Inhibition", Comprehensive Psychiatry, 18:481-488, 1977.

Munjack, D.J.: "The Behavioral Treatment of Sysmorphophobia, Journal of Behavior Therapy and Experimental Psychiatry, 9:53-56,

CONFIDENTIAL
AZSER12750441

BEST COPY AVAILABLE

Dennis J. Munjack, M.D.
Curriculum Vitae
March 17, 2005
Page 23 of 38

1978.

Munjack, D.J., and Oziel, L.J.: "Resistance in the Behavioral Treatment of Sex Dysfunctions", Journal of Sex and Marital Therapy, 4:122-138, 1978.

Munjack, D.J., Oziel, L.J., and Kanno, P.: "Ejaculatory Disorders: Some Psychometric Data", psychological Reports, 43:783-787, 1978.

Munjack, D.J., and Kanno, P.: "Retarded Ejaculation: A Review", Archives of Sexual Behavior, 8:139-150, 1979.

Munjack, D.J., and Oziel, L.J.: "Sex and Pregnancy I", British Journal of Sexual Medicine, 6:19-20 & 32, 1979.

Munjack, D.J., and Oziel, L.J.: "Sex and Pregnancy II", British Journal of Sexual Medicine, 6:21-22, 1979.

Munjack, D.J., and Oziel, L.J.: "Sex and Drugs", Clinical Toxicology, 15:75-89, 1979.

Munjack, D.J., and Oziel, L.J.: "Sex and Psychiatric Illness I", British Journal of Sexual Medicine, 7:12-16, 1980.

Munjack, D.J., and Oziel, L.J.: "Sex and Psychiatric Illness II", British Journal of Sexual Medicine, 7:32-34, 1980.

Munjack, D.J., and Oziel, L.J., Kanno, P., and Leonard, M.: "Ejaculatory Disorders, Some Psychometric Data. A further Note", Psychological Reports, 46:1047-1050, 1980.

Munjack, D.J., Oziel, L.J., Kanno, P. Whipple, K., and Leonard, M.: "Psychological Characteristics of Males with Secondary Erectile Failure", Archives of Sexual Behavior, 10:123-131, 1981.

Munjack, D.J., Moss, H.B, and Leonard, M.: "Affective Disorder and Alcoholism in Families of Agoraphobics", Archives of General psychiatry, 83:869-871, 1981.

Munjack, D.J.: "The Treatment of Phenelzine-Induced Hypotension with Salt Tablets: Case Report", journal of Clinical Psychiatry, 45:89-90, 1984.

Munjack, D.J., Schlaks, A., Sanchez, V., Usigili, R., Zulueta, A., and Leonard, M.: "Rational-Emotive Therapy in the Treatment of Erectile Failure: An Initial Study", Journal of Sex and Marital Therapy, 10-170-175, 1984.

Munjack, D.J., Rebal, R., Braun, R., Shaner, R., Staples, F., and Leonard, m.: "Imipramine Versus Propranolol for the Treatment of Panic Attacks: A Pilot Study", Comprehensive Psychiatry, 26:80-89, 1985.

Munjack, D.J., and Crocker, B.: "Alprazolam Induced Ejaculatory Inhibition", Journal of Clinical Psychopharmacology, 6(1):57-58, 1986.

Munjack, D.J., Croker, B., Cabe, D., Usigli, R., Zulueta, A., McManus,

CONFIDENTIAL
AZSER12750442

BEST COPY AVAILABLE

Dennis J. Munjack, M.D.
Curriculum Vitae
March 17, 2005
Page 24 of 38

M., Leonard, M., Palmer, R., and McDowell, D.: "Inderal Versus Xanax in the Treatment of Panic Disorder and Agoraphobia with Panic Attacks", Abstracts of Biological Psychiatry Meetings, 512-514, 1986.

Brown, R., and Munjack, D.J.: "Fear of Relaxation and WAIS Picture Completion Scores", Psychological Reports, 60:1082, 1987.

Munjack, D.J., Brown, R., and McDowell, D.: "comparison of Social Anxiety in Patients with Social Phobia and Panic Disorder", Journal of Nervous and Mental Disease, 75:49-51, 1987.

Munjack, D.J., Usigli, R., Zulueta, A., Crocker, B., Adatia, N., Buckwalter, J.G., Baltazar, P., Kurvink, W., Inglove, H., Kelly R., and Leonard, M.: "Nortrptyline in the Treatment of panic Disorder and Agoraphobia with Panic Attacks", journal of Clinical Psychopharmacology, 8:3, 204-207, 1988.

Munjack, D.J., and Palmer, R.: "thyroid Hormone in Panic disorder, Agoraphobia with Panic Attacks, and Generalized Anxiety disorder", journal of Clinical Psychiatry, 49:6, 229-231, 1988.

Munjack, D.J., et al: "Alprazolam, Propranolol and Placebo in the Treatment of Panic Disorder and Agoraphobia with Panic Attacks", Journal of Clinical Psychopharmacology, 9:1, 22-27, 1989.

Munjack, D.J., Brown, R., McDowell, D., and Palmer, R.: "Actual Medication Vs. Therapist Guesses: In a Blind Study, How Blind is Blind?", Journal of Clinical Psychopharmacology, 9:2, 148-149, 1989.

Brown, R., Munjack, D.J., and McDowell, D.: "Agoraphobia With and Without current Panic Attacks", Psychological Reports, pp 64, 503-506, 1989.

Brooks, R.R., Baltazar, P.L., and Munjack, D.J.: "Co-occurrence of Personality disorders with Panic Disorder, Social Phobia, and Generalized Anxiety Disorder: A Review of the Literature", Journal of Anxiety disorders, pp. 3, 259-285, 1989.

Bruns, J.R., Munjack, D.J., Baltazar, P.L., et al: "Buspirone for the Treatment of Social Phobia", family Practice Recertification, 11:46-52, 1989.

Munjack, D.J., Baltazar, P., DeQuattro, V., Sobi, P., Palmer, R., Zulueta, A., Crocker, B., Usigli, R., Buckwalter, J.G., and Leonard, M.: "Generalized Anxiety Disorder: Some Biochemical Aspects", Psychiatry Research, 32:35-43, 1990.

Munjack, D.J., Baltazar, P.L., Bohn, P.B., Cabe, D.D., and Appleton, A.A.: "Clonazepam in the Treatment of Social Phobia: A Pilot Study: Journal of Clinical Psychiatry, 51(5):35-40, 1990.

Munjack, D.J., Bruns, J.R., Baltazar, P.L., Brown, R.A., Leonard, M., Nagy, R., Koek, R., Crocker, B., And Schafer, S.: " A Pilot Study of Buspirone in the Treatment of Social Phobia", Journal of Anxiety Disorders, pp 1, 87-98, 1991.

CONFIDENTIAL
AZSER12750443

## BEST COPY AVAILABLE

Dennis J. Munjack, M.D.
Curriculum Vitae
March 17, 2005
Page 25 of 38

Wincor, M.Z., Munjack, D.J., and Palmer, R.: "Alprazolam levels and Response in Panic Disorder: Preliminary Results", Journal of Clinical Psychopharmacology, 11(1):48-51, 1991.

Brooks, R.B., Baltazar, P.L., McDowell D.E., Munjack, D.J., and Burns, J.R.: "Personality Disorders Co-occurring with Panic Disorder with Agoraphobia", Journal of Personality disorders, 5(4):328-336, 1991.

Munjack, D.J., Brown, R.A., and McDowell, D.E.: "Existence of Hyperventilation in Panic Disorder With and Without Agoraphobia, GAD, and Normals: Implications for the Cognitive Theory of Panic", Journal of Anxiety disorders, 7:37-48, 1993.

Munjack, D.J., brown, R.A., Cabe, D.D., McDowell, D.E., and Baltazar, P.L.: "A Naturalistic Follow-Up of Panic Patients After Short-Term Pharmacologic Treatment", Journal of Clinical Psychopharmacology, 13(2):156-158, 1993.

Pecknold, J.C., Luthe, L., Munjack, D.J.: panic factor: Outcome Variable in Panic disorder", Journal of Psychiatric Research, 27:369-377, 1993.

Munjack, D.J., Brooks, R.B., and Baltazar, P.L.: "Clonazepam Versus Buspirone in the Treatment of Social Phobia", anxiety Disorders Practice Journal, 1(1):17-27, 1993.

Pecknold, J., Alexander, P., Munjack, D.J.: "Alprazolam-XR in the Management of Anxiety: discontinuation", Psychiatric Annals, Supplement, pp. 38-46, October 1993.

Hoffman, D.L., O'Leary, D.P., and Munjack, D.J.: "Autorotation Test Abnormalities of the Horizontal and Vertical Vestibulo-Ocular Reflexes in Panic Disorder", Otolaryngology – head and neck Surgery, March 1994.

Pecknold, J., Luthe, L., Munjack, D.J., Alexander, P.: "A Double-Blind, Placebo-Controlled, Multicenter Study Using Alprazolam and Alprazolam XR in the Treatment of Panic Disorder", The Journal of Clinical Psychopharmacology, V14, No5, pp. 314-321, 1994.

Munjack, D.J., and flowers, C.: "Sertraline in the Treatment of Social Phobia", anxiety, 1:196-198, 1994/1995.

Munjack, D.J., and Adler, M.: "Thrombocytopenia and Delirium with Tranycypromine Overdose: A Reply to Chatterje (Letter to the Editor)", The Journal of Clinical Psychopharmacology, June 1996.

Brooks, R.B., Baltazar, P.L., and Munjack, D.J., "Study of the Descriptive Validity, diagnostic Overlap and Internal consistency of DSM-III-R Axis Criteria Among Panic Disorder Subjects", anxiety disorders Practice Journal, V 2, No. 1, summer 1995.

Kronig, M.H., Apter, J., Asnis, G., Bystritsky, A., Curtis, G., Ferguson, J.,

CONFIDENTIAL
AZSER12750444

BEST COPY AVAILABLE

Dennis J. Munjack, M.D.
Curriculum Vitae
March 17, 2005
Page 26 of 38

Landbloom, R., Munjack, D.J., Riesenberg, R., Robinson, D., Roy-Byrne, P., Phillips, K., Du Pont, I.J.: "A Placebo-Controlled Multicenter Study of Sertraline Treatment for Obsessive Compulsive Disorder", December 30, 1997.

Kronig, M.H., Apter, J., Asnis, G., Bystritsky, A., Curtis, G., Ferguson, J, Landbloom, R., Munjack, D., Riesenberg, R., Robinson, D., Roy-Byrne, P., Phillips, K., and DuPont, IJ: "Placebo-Controlled, Multicenter Study of Sertraline Treatment for Obsessive-Compulsive Disorder", J Clin Psychopharmacology, 19(2):172-6, April 1999.

Kramer, M.K., Winokur, A., Kelsey, J., Preskorn, S.H., Rothschild, A.J., Snavely, D., Ghosh, K., Ball, W.A., Reines, S.A., Munjack, D.J., Apter, J.T., Cunningham, L., Kling, M., Bari, M., Getson, A., and Lee, Y.: "Demonstration of the Efficacy and Safety of a Novel Substance P ($NK_1$) Receptor Antagonist in Major Depression", Neuropsychopharmacology (2004) 29, 385-392, advance online publication, December 2003.

**II. Books**

Munjack, D.J., and Oziel, L.J.: "Sexual Medicine and Counseling Office Practice", Little, Brown and Company, 1980.

**III. Chapters**

Munjack, D.J.: "Short-Term Behavioral Treatment of Female Sex Dysfunction", In: Sloane, R.B., and Staples, F.R. (eds), Brief Psychotherapy, The Psychiatric Clinics of North America, Philadelphia, W.B. Saunders, 1979.

Munjack, D.J.: "The Recognition and Management of Desire Phase Dysfunction", In: Sciana, J.J., (ed), Gynecology and Obstetrics, Vol 6, Philadelphia, J.B. Lippincott Company, 1983.

Zuercher-White, E., and Munjack, D.J.: "The Role of Medications In and An End to Panic", In: Breakthrough Techniques for Overcoming Panic Disorder, Chapter 5, 1995.

**IV. Invited Article**

Munjack, D.J., "Reciprocity in Sexual Relations", Medical Aspects of Human Sexuality, 7:156-188, 1974.

Munjack, D.J.: "Evaluating Sexual Problems in Office Practice", Medical Aspects of Human Sexuality",.

Munjack, D.J.: "Inability to Ejaculate", Medical Aspects of Human Sexuality, 14:116, 1980.

Munjack, D.J.: "How Self-Assertion Can Improve Marital Sexuality", 14:116, 1983.

Munjack, D.J., Phillips, D.: "Letter to the Editor, Rejoinder to Article Entitled, "Cost-Offset Studies", (Psychiatric Times, August) in Psychiatric Times, pp. 6-7, November 1993.

**V. Minor Articles, Book Reviews, Etc.**

Munjack, D.J.: "the Effect of Psychotherapy by S. Rachman, A book Review", Journal of behavior Therapy and Experimental Psychiatry, 3:241-242, 1972.

Munjack, D.J.: "Behavior therapy and U.S.C.", Southern California Psychiatric Society News, 21:10-11, 1974.

CONFIDENTIAL
AZSER12750445

BEST COPY AVAILABLE

Dennis J. Munjack, M.D.
Curriculum Vitae
March 17, 2005
Page 27 of 38

Munjack, D.J.: "Staff conference Report: Behavioral Analysis", Frontiers of Psychiatry, Roche Reports, November 1974.

Munjack, D.J.: "Viewpoints: How do Men contribute to their Wives' Frigidity?", medical Aspects of Human Sexuality, 8:82, 1974.

Munjack, D.J.: "Retardant Effect of Fellatio", Consultant Answers to Questions Section, medical Aspects of Human Sexuality, 8:213, 1974.

Munjack, D.J.: "Use of Mirror During Coitus", Consultant, Answers to Questions Section, Medical Aspects of Human Sexuality, 8:110, 1974.

Munjack, D.J.: "Behavior Therapy Unit", Headliner, Los Angeles County + University of Southern California Medical Center, January 1975.

Munjack, D.J.: "Brief Guide to office Counseling: Male Inability to Climax", Medical Aspects of Human Sexuality, 8:125-126, 1975.

Munjack, D.J.: "Changes in Rapidity of Ejaculation with Age", consultant, Answers to Questions Section, Medical Aspects of Human Sexuality, 9:75, 1975.

Munjack, D.J.: "How Does One Find a Competent Sex Therapist to Make Referrals to?", consultant, Answers to Questions Section, medical Aspects of Human Sexuality, 10:89, 1976.

Munjack, D.J.: "Make Breast Eroticism", consultant, Answers to Question Section, Medical Aspects of Human Sexuality, 11:91, 1977.

Munjack, D.J., and Oziel, L.J.: "Difference Between Libido and Potency", consultant, Answers to Questions Section, Medical Aspects of Human Sexuality, march 1978.

Munjack, D.J.: "The New Sex Therapy, Volume II – Disorders of Sexual Desire and Other New Concepts and Techniques in Sex Therapy, by Helen Kaplan, A Book Review", Journal of Behavior Therapy and Experimental Psychiatry, 11:4, 74-78, Spring 1988.

Munjack, D.J.: "Human Sexuality: A health Practitioner's Text, Richard Green (ed), A Book Review", Journal of Clinical Psychiatry, 4:182, 1980.

Munjack, D.J.: "The Role of Drugs in the Treatment of Panic disorders", Fear Breaker: The Newsletter of the Phobia Society of America, Vol 1, 1982.

Munjack, D.J., "Care and cure of Neurosis, Isaac Marks (ed), A book Review", Journal of Clinical Psychiatry, 44:162, 1983.

Munjack, D.J.: "Rush From Judgment", USC Trojan Family, 18(2):11, 1985.

CONFIDENTIAL
AZSER12750446

BEST COPY AVAILABLE

Dennis J. Munjack, M.D.
Curriculum Vitae
March 17, 2005
Page 28 of 38

Munjack, D.J.: "A new Look at Panic Disorder and Agoraphobia with Panic Attacks", Anxiety Disorders, V 1, pp. 2-3, Spring/Summer, 1986.

Munjack, D.J., "Biological Theories of Panic Disorder", Anxiety Disorders, Vol 2, p. 3, Spring, 1987.

Munjack, D.J.: "Beyond Exposure Therapy", Anxiety Disorders, Vol 2, p. 3, Fall/Winter, 1987.

Munjack, D.J.: "Book Review: Sexual Aversion, Sexual Phobias, and Panic Disorder", Anxiety disorders, Vol 3, p 4, Spring, 1988.

Munjack, D.J.: "Newer Psychological Theories in the Treatment of Panic Anxiety", Anxiety Disorders, Vol 3, p. 3, Summer, 1988.

Munjack, D.J.: "What is social Phobia?" Anxiety disorders, Vol 3, p 3, Fall, 1988.

Munjack, D.J.: "Alprazolam (Xanax): What is All the Noise About?", Anxiety disorders, Vol 4, p. 4, winter/Spring, 1989.

Munjack, D.J.: "the Relationship between Panic Attacks, Panic Disorder, and Depression", anxiety Disorders, Vol 4, p. 2, Summer/Fall, 1989.

Munjack, D.J.: "Fluoxetine (Prozac) for Panic Disorder and Panic Disorder with Agoraphobia", Anxiety Disorders, Vol 5, No 1, p. 5, Winter/Spring, 1990.

Munjack, D.J.: "The Basics of Behavioral Desensitization for Anxiety and Guilt", anxiety Disorders, Vol 5, No 1, p 6, Winter/Spring, 1990.

Munjack, D.J.: "Panic Disorder and Coronary Artery Disease", Anxiety Disorders, Vol 5, No 2, p 5, Summer/Fall, 1990.

Munjack, D.J.: "Prozac (Fluoxetine): A Practical Note", Anxiety Disorders, Vol 5, No 2, p. 6, Summer/Fall, 1990.

Munjack, D.J.: "External Factors in Panic Disorder", Anxiety Disorders, Vol 6, No 1, p. 4, Winter, 1991.

Munjack, D.J.: "Posttraumatic Stress Disorder", Anxiety Disorders, Vol 6, No 1, p 6, Winter, 1991.

Munjack, D.J.: "Prozac and Panic Disorder", Anxiety Disorders, Vol 6, No 1, p 4, Winter, 1991,

Munjack, D.J.: "Exogenous Factors in Panic Disorder, Part II", Anxiety Disorders, Vol 6, No 2, p 3, summer 1991.

Munjack, D.J.: "Treatment of Posttraumatic Stress Disorder, Part II", Anxiety Disorders, Vol 6, no 2, p 4 , summer, 1991.

Munjack, D.J.: "AIDS Phobia", Anxiety Disorders, Vol 6, No 2, p 4, Summer, 1991.

Munjack, D.J.: "Anafranil", Anxiety Disorders, Vol 6, No 2, p 5, Summer,

CONFIDENTIAL
AZSER12750447