BEST COPY AVAILABLE

Dennis J. Munjack, M.D.
Curriculum Vitae
March 17, 2005
Page 29 of 38

1991.

Yent, J., and Munjack, D.J.: "Job Interview Anxiety:  Strategies for Successful Coping", Anxiety disorders, Vol 6, No 2, p 7, summer, 1991.

Munjack, D.J.: "Anxiety Disorders in Children", Anxiety Disorders, Vol 6, No 3, p 2, Winter, 1992.

Munjack, D.J.: "What is Placebo?", Anxiety Disorders, Vol 6, No 3, p 3, Winter, 1992.

Munjack, D.J.:  "Editor's Column", Anxiety Disorders, Vol 6, No 4, p 2, Spring/Summer, 1992.

Munjack, D.J.:  "Obsessive-Compulsive Disorder in Children", Anxiety Disorders, Vol 6, No 4,  pp 2-3, Spring/Summer, 1992.

Munjack, D.J.: "Issues in the Pharmacological Treatment of Obsessive-Compulsive Disorder", Anxiety Disorders, Vol 6, No 4, p 3, Spring/Summer, 1992.

Munjack, D.J.: "The Suffocation Alarm Theory of Panic Attacks", Anxiety Disorders, Vol 6, No 4,  p 4, Spring/Summer, 1992.

Munjack, D.J.: "Medication Discontinuation in Panic Disorder", Anxiety Disorders, Vol 6, No 4, p 5, Spring/summer, 1992.

Munjack, D.J.: " A Random Sampling of Interesting Facts for Individuals with Anxiety Disorders", Anxiety Disorders, Vol 6, No 4, p 6, Spring/Summer, 1992.

Munjack, D.J.:  "Avoidant Personality Disorder of Childhood and Adolescence", Anxiety Disorders, Vol 6, No 4, p 7, Spring/Summer, 1992.

Munjack, D.J.: "Can You Believe It?", Anxiety Disorders, Vol 6, No 4, p 7, Spring/Summer, 1992.

Kronig, M.H., Apter, J., Asnis, G., Bystritsky, A., Curtis, G., Ferguson, J., Landbloom, R., Munjack, D.J., Riesenberg, R., Robinson, D., Roy-Byrne, P., Phillips, K., and Du Pont, I.J.: "Placebo-Controlled, Multicenter Study of Sertraline Treatment for Obsessive-Compulsive Disorder", Journal of Clinical Psychopharmacology, 19:172-176, 1999.

Kramer, M.S., Winokur, A., Kelsey, J., Preskorn, S.H., Rothschild, A.J., Snavely, D., Ghosh, K., Ball, W.A., Reines, S.A., Munjack, D.J., Apter, J.T., Cunningham, L., Kling, M., Bari, M., Getson, A., and Lee, Y.: "Demonstraion of the Efficacy and Safety of a Novel Substance P (NK₁) Receptor Antagonist in Major Depression", Neuropsychology, 29:385-392, 2004.

**VI.  Papers Presented**

Munjack, D.J.: "The Limitations of Behavior Therapy:  Some Proposed Solutions", Eastern Pennsylvania Psychological Association Meeting, Philadelphia, Pennsylvania, July 1969.

Munjack, D.J.: "the Behavioral Treatment of Sex Dysfunctions:   Lecture

CONFIDENTIAL
AZSER12750448

BEST COPY AVAILABLE

Dennis J. Munjack, M.D.
Curriculum Vitae
March 17, 2005
Page 30 of 38

and Videotape Presentation", Temple University – Albert Einstein Hospital Annual Psychotherapy conference, Psychotherapy, Family Therapy, Behavior Therapy, Philadelphia, Pennsylvania, , April 1973.

Munjack, D.J.: "The Treatment of Sex Dysfunction by the Family Practitioner: A Lecture", American Academy of Family Practitioners Meeting, Los Angeles, California, October 1974.

Munjack, D.J.: "Sex Dysfunction: Newer Behavioral Approaches", University of Southern California Psychiatry Alumni Continuing Education Meeting, Los Angeles, California, October 1974.

Munjack, D.J.: "Psychological Characteristics of Frigidity in Sex Clinics", Society for the Scientific Study of Sex, San Diego, California, 1976.

Munjack, D.J.: "Human Sexuality in Medical Practice", Pomona Valley Community Hospital, Pomona, California, October 1976.

Munjack, D.J.: "Male Sexual Problems in Office Practice", Good Samaritan Hospital, Los Angeles, California, November 1976.

Munjack, D.J.: "The Behavioral Treatment of Sex Dysfunction", Harbor General Hospital, Carson, California, December 1976.

Munjack, D.J.: "Sex Dysfunction", USC Department of Psychiatry, Grand Rounds, Los Angeles, California, march 1977.

Munjack, D.J.: "Prognosis in the Treatment of Female Sexual Inhibition", Western Regional Meetings of the Society for the Scientific Study of Sex, Los Angeles, California, October 1977.

Munjack, D.J.: "Males Sexuality", Western Regional Meetings of the Society for the Scientific Study of Sex, Los Angeles, California, October 1977.

Munjack, D.J.: "Sexual complications of Psychiatric Illness", Alcoholism and Illicit Drugs, USC School of Medicine and the Department of Psychiatry, Palm Springs, California, November 1977.

Munjack, D.J.: "The Criteria for Selection for Treatment of Sexual Problems: an Audio-Visual Presentation", Third International Symposium and Workshops on Short-Term Dynamic Psychotherapy, Crisis Theory, and Crisis Intervention, and Short-Term Therapies of Sexual Dysfunctions, Los Angeles, California, November 1977.

Munjack, D.J.: "Principles and Practice of Behavior Therapy", Member of Faculty Panel, American Psychiatric Association Annual Meeting, Atlanta, Georgia, May 10, 1978.

Munjack, D.J.: "A Behavioral Approach to the Evaluation and Treatment of Depression: Comparative Psychiatric Therapies, Diagnosis, and Treatment", USC School of Medicine and the Department of Psychiatry, Maui, Hawaii, June 1979.

Munjack, D.J.: "Male Sexual Dysfunctions", USC School of Medicine and the Department of Psychiatry, USC Medical School

CONFIDENTIAL
AZSER12750449

BEST COPY AVAILABLE

Dennis J. Munjack, M.D.
Curriculum Vitae
March 17, 2005
Page 31 of 38

Campus, Los Angeles, California, February 1980.

Munjack, D.J.: "The Origins of Phobias", Good Samaritan Hospital, Los Angeles, California, June 1980.

Munjack, D.J.: "The Treatment of Phobias", Good Samaritan Hospital, Los Angeles, California, June 1980.

Munjack, D.J.: "Evaluating Sexual  Problems in Office Practice", Panorama City Hospital, Panorama, California, January 1981.

Munjack, D.J.: "The Sex History", family Practice Seminar, LAC+USC Medical Center, Los Angeles, California, June 1981.

Munjack, D.J.: "Evaluating Sexual Problems in Office Practice", Whittier Presbyterian Hospital, Whittier, California, April 1981.

Munjack, D.J.: "Pharmacological Treatment of Agoraphobia", third Annual Phobia Conference, San Francisco, California, October 1981.

Munjack, D.J.: "Panic Disorder", LAC+USC Medical Center, Grand Rounds, Los Angeles, California, September 1981.

Munjack, D.J.: "The Treatment of Panic Disorders", Department of Psychiatry, Postgraduate Education, LAC+USC Medical Center, Los Angeles, California, March 1982.

Munjack, D.J.: "The Treatment of Erectile Failure", Burbank Community Hospital, Burbank, California, March 1982.

Munjack, D.J.: "Panic Disorders: An Overview", Charter Oak Hospital, Covina, California, September 1982.

Munjack, D.J.: "Outcome Studies of Psychological Therapy (by Joseph Wolpe)", Association for the Advancement of Behavior Therapy, Los Angeles, California, November 1982.

Munjack, D.J.: "Panic Disorders and Phobias", La Habra Community Hospital, La Habra Community Hospital, La Habra, California, March 1983.

Munjack, D.J.: "Panic Disorders and Phobias", Guardians of Courage, Hebrew University, Los Angeles, California, May 1983.

Munjack, D.J.: "Anxiety Disorders Clinic", LAC-USC Medical Center, Grand Rounds, Los Angeles, California, July 1983.

Munjack, D.J.: "Clinical Assessment of Depression", USC Department of Psychology, Advanced Graduate Students' Seminars in Psychiatry under Dr. Marston and Dr. Wolpin, USC Department of Psychology, Los Angeles, California, October 1983.

Munjack, D.J.: "Recent Advances in the Treatment of Anxiety Disorders", USC's Salerni Collegium, San Diego, California, September 1983.

Munjack, D.J.: "Recent Advances in the Treatment of Anxiety

561

CONFIDENTIAL
AZSER12750450

BEST COPY AVAILABLE

Dennis J. Munjack, M.D.
Curriculum Vitae
March 17, 2005
Page 32 of 38

Disorders", Orange County Psychiatric Society Educational Meeting, Irvine, California, October 1983.

Munjack, D.J.: "Recent Advances in the Treatment of Anxiety Disorders", Del Amo Hospital, Torrance, California, October 1983.

Munjack, D.J.: "Recent Advances in the Treatment of Anxiety Disorders", Pacifica Hospital, Long Beach, California, October 1983.

Munjack, D.J.: "Recent Advances in the Treatment of Anxiety Disorders", Marin County Community Hospital, Marin County, California, October 1983.

Munjack, D.J.: "The Biology of Panic Related Anxiety Disorders", Participant, Conference Sponsored by Upjohn Pharmaceuticals, Boston, Massachusetts, November 1983.

Munjack, D.J.: "Anxiety Disorders – Here Today, Here Tomorrow", Charter Oak Hospital, Covina, California, October 1983.

Munjack, D.J.: "Obsessive-Compulsive Neurosis", LAC+USC Medical Center, Grand Rounds, Los Angeles, California, January 1984.

Munjack, D.J.: "Diagnosis and Treatment of Anxiety Disorders", Kaiser Hospital, Van Nuys, California, January 1984.

Munjack, D.J.: "Agoraphobia", Los Angeles County Department of Mental Health, Human Resources Development Section, Los Angeles, California, February 22 and 29, 1984.

Munjack, D.J.: "The Treatment of Anxiety Disorders:  The Present Status", Harbor-UCLA Medical Center, Grand Rounds, Torrance, California, March 5, 1984.

Munjack, D.J.: "Principles and Practices of Behavior therapy: Varieties of Psychotherapy", UCLA Medical Center, Department of Psychiatry, Los Angeles, California, 1984.

Munjack, D.J.: "The Pharmacological Treatment of Generalized Anxiety States", Santa Clara County Psychiatric Society, San Jose, California, March 29, 1984.

Munjack, D.J.: "The Pharmacological Treatment of Generalized States", El Camino Hospital, San Jose, California, March 30, 1984.

Munjack, D.J.: "Panic Disorders", El Centro Community Mental Health Center, Los Angeles, California, April 26, 1984.

Munjack, D.J.: "The Pharmacological Treatment of Panic Disorder", Metropolitan State Hospital, Norwalk, California, April 25, 1984.

Munjack, D.J.: "Panic Disorders", Glendale Adventist Hospital, Glendale, California, May 15, 1984.

Munjack, D.J.: "Anxiety: Symptom or Diagnosis? Rationale for Recognition and Management", Rio Hondo Memorial Hospital,

CONFIDENTIAL
AZSER12750451

BEST COPY AVAILABLE

Dennis J. Munjack, M.D.
Curriculum Vitae
March 17, 2005
Page 33 of 38

Downey, California, June 18, 1984.

Munjack, D.J.: "Panic Disorder and the Heart Patient", LAC+USC Medical Center, Grand Rounds, Los Angeles, California, July 17, 1984.

Munjack, D.J.: "Clinical Management of Anxiety States", Department of Social Work, LAC+USC Medical Center, Los Angeles, California, August 15, 1984.

Munjack, D.J.: "Psychological Vs. Pharmacological Treatment for Agoraphobia with Panic Attacks", Ingleside Hospital, Rosemead, California, November 1984.

Munjack, D.J.: "Principles and Practices of Behavior Therapy: Varieties of Psychotherapy", UCLA Medical Center, Department of Psychiatry, Los Angeles, California, April 8, 1985.

Munjack, D.J.: "Anxiety Disorders:  The Present Status", Hope Community Hospital, San Mateo, California, may 10, 1985.

Munjack, D.J.: "Panic Disorders, Mirtal Valve Prolapse, and Cardiorespiratory Symptoms", The Cypress foundation, Treating the Emotional Aspects of Cardiovascular Disease – Stress, Anxiety, and Depression in the Cardiac Patient, Monterey, California, May 11, 1985.

Munjack, D.J.: "Diagnosis and Treatment of Panic Attacks", Hollywood Mental Health Clinic, Los Angeles, California, June 1985.

Munjack, D.J.: "Panic Attacks:  Present Status", Arcadia Methodist Hospital, Arcadia, California, October 1985.

Munjack, D.J.: "Recent Research in the Treatment of Anxiety Disorders", Edgemont Hospital, Los Angeles, California, November 1985.

Munjack, D.J.: "The Current status of Anxiety Disorders", LAC+USC Medical Center, Grand Rounds, Los Angeles, California, November 19, 1985.

Munjack, D.J.: "Overview of Stress/Anxiety and its Effects", Los Angeles Unified School District, Region H, Los Angeles, California, March 19, 1986.

Munjack, D.J.: "Depression:  The Other Side of Anxiety", Los Angeles Unified School District, Region H, Los Angeles, California, March 20, 1986.

Munjack, D.J.: "Alprazolam, Propranolol and Placebo in the Treatment of Panic Disorder and Agoraphobia with Panic Attacks", Presented as Anxiety and Anxiety Disorders:  Biological Considerations, Sponsored by the Upjohn Company, Panic Disorder Biological Research Workshop, Washington D.C., April 14-16, 1986.

Schneider, L., Munjack, D.J., et al: "Imipramine binding in Panic Disorder and Generalized Anxiety", Presented as a Poster Session, American Psychiatric Association Meeting,

563

CONFIDENTIAL
AZSER12750452

BEST COPY AVAILABLE

Dennis J. Munjack, M.D.
Curriculum Vitae
March 17, 2005
Page 34 of 38

Washington, D.C., May 1986.

Munjack, D.J.: "Principles and Practices of Behavior Therapy: Varieties of Psychotherapy", UCLA Medical Center, Department of Psychiatry, Los Angeles, California, August 1986.

Munjack, D.J.: "the role of Medication in the Treatment of Panic and Phobic States", Phobia Society of America National Meeting, New York, New York, October 1986.

Munjack, D.J.: "Sexual Dysfunction", 16th Annual Review Course in Obstetrics and Gynecology, School of Medicine/Postgraduate Division and the Department of Obstetrics and Gynecology, University of Southern California, Pasadena, California, October 21, 1986.

Munjack, D.J.: "The Treatment of Panic Disorders and Agoraphobia with Panic Attacks", Northridge Hospital Medical Center, Northridge, California, October 23, 1986.

Munjack, D.J.: "Sexual Dysfunction", 17th Annual Review Course in Obstetrics and Gynecology, School of Medicine/Postgraduate Division and the Department of Obstetrics and Gynecology, University of Southern California, Pasadena, California, January 15, 1987.

Munjack, D.J.: "Anxiety and panic", Clinical Advances and disorders of Women", University of Southern California Hospital, Marriott Hotel, Los Angeles, California, January 17, 1987.

Munjack, D.J.: "The Role of Medication in the Treatment of Panic and Phobic States", Phobia Society of America National Meeting, San Francisco, California, October 1987.

Munjack, D.J.: "Anxiety Disorders", Los Angeles Unified School District, Region A, Principals and Administrators Stress Management Workshop, Los Angeles, California, April 1988.

Munjack, D.J.: "The Evaluation and Treatment of Anxiety", Arcadia Methodist Hospital, Arcadia, California, June 1988.

Munjack, D.J.: "The Evaluation of Anxiety, The Treatment of Anxiety, The Evaluation of Depression", and "The Treatment of Depression; Plenary Session – An Overview of Depression Disorders", 31st Anniversary Postgraduate Refresher Course, University of Southern California School of Medicine Postgraduate Division, Honolulu and Kauai, Hawaii, August 14-31, 1988.

Munjack, D.J.: "The Evaluation and Treatment of Anxiety", Los Angeles County Medical Women's Association, West Hollywood, California, September 14, 1988.

Munjack, D.J.: "Evaluation of Sexual Problems in Office Practice", Detroit-Macomb Hospital, Detroit, Michigan, October 1988.

Munjack, D.J.: "The Role of Medication in the Treatment of Anxiety Disorders, San Bernardino County Hospital Staff, San Bernardino, California, October 1988.

CONFIDENTIAL
AZSER12750453

BEST COPY AVAILABLE

Dennis J. Munjack, M.D.
Curriculum Vitae
March 17, 2005
Page 35 of 38

Munjack, D.J.: "The Present State of Pharmacological Therapy for Anxiety", Phobia Society of America National Meeting, Boston Massachusetts, October 1988.

Munjack, D.J.: "Panic Disorder and Agoraphobia: The Present Status", LAC+USC Medical Center, Grand Rounds, Los Angeles, California, April 25, 1989.

Munjack, D.J.: "The Treatment of Psychiatric Disorders with Behavior Therapy", Harbor-UCLA Medical Center, Psychiatry Residents, Torrance, California, May 4, 1989.

Munjack, D.J.: "Panic Disorders: Management and Treatment", Beyond Depression, Los Angeles Chapter of California Academy of Family Physicians, Marriott Hotel, Los Angeles International Airport, Los Angeles, California, May 6, 1989.

Munjack, D.J.: "Attacking Anxiety", Discussant on Film, American Psychiatric Association, Annual Meeting, San Francisco, California, may 10, 1989.

Munjack, D.J.: "Panic Disorders and Depression in the Latino community: Evaluation, Diagnosis, and Treatment", Depression and Anxiety Disorders Update on the Diagnosis and Treatment as Seen in the Latino Medical Community, Multi-cultural Area Health Education Center (MAHEC), Tamayo Restaurant, Los Angeles, California, June 7, 1989.

Munjack, D.J.: "Clonazepam in the Treatment of Social Phobia: A Pilot Study", Conference on High Potency Benzodiazepines: Emerging Use in Psychiatry, Sponsored by Roche Laboratories, Boston, Massachusetts, January 20, 1990.

Munjack, D.J.: "Panic Disorder and Agoraphobia", Desert Medic al Series, Family Crises in Family Medicine, Sponsored by the Upjohn Company, Annenberg Center for Health Sciences at Eisenhower, Rancho Mirage, California, February 10-11, 1990.

Munjack, D.J.: "Panic Disorder: Disease for the 90's-Psychiatry and Primary Care Interface, Charter Canyon Hospital, Orem, Utah, April 18, 1990.

Munjack, D.J.: "Panic Disorder: Disease for the 90's", Western Institute of Neuropsychiatry, Salt lake City, Utah, April 18, 1990.

Munjack, D.J.: "Panic Disorder: Also a Disorder for the Family Physician", Good Samaritan Hospital, Los Angeles, California, June 11, 1990.

Hoffman, D.L., O'Leary, D.P., Munjack, D.J., and Koek, R.: "Vestibular Autorotation Testing of Panic Disordered Patients", Presented as a Poster Session, Association for Research in Otolaryngology Meeting, St. Petersburg, Florida, February 3-7, 1991.

Munjack, D.J.: "Recent Developments in the Treatment of Panic Disorders", Cedars-Sinai Medical Center, Grand Rounds, Los

565

CONFIDENTIAL
AZSER12750454

BEST COPY AVAILABLE

Dennis J. Munjack, M.D.
Curriculum Vitae
March 17, 2005
Page 36 of 38

Angeles, California, October 22, 1990.

Munjack, D.J.: "Panic Disorder:  A Diagnosis for the Family Doctor, As Well as the Psychiatrist", Huntington Memorial Hospital, Grand Rounds, Pasadena, California, November 1990.

Munjack, D.J.: "Panic Disorder:  The Masquerader of Medical Illness", Torrance Memorial Hospital, Medical Education Conference, Torrance, California, December 5, 1990.

Munjack, D.J.: "Panic Disorder:  A Treatable Dilemma", Cigna Hospital (Temple Branch), Health Education Conference, Los Angeles, California, March 14, 1991.

Hoffman, D., O'Leary, D.P., and Munjack, D.J.:  "Vestibulo-Ocular Asymmetry and Gain-Phase Abnormalities in Patients with Panic Disorder", Presented as a Poster Session, American Academy of Otolaryngology-Head and Neck Surgery, Kansas City, Missouri, September 23, 1991.

Munjack, D.J.:  "Systematic Approach to the Depressed Patient in Primary Care Practice", Sponsored by Eli Lilly and Company, Ma Maison Sofitel Hotel, Los Angeles, California, August 1991.

Munjack, D.J.: "Panic Disorder:  Recognition and Treatment", California Medical Center, Family Health Department, Los Angeles, California, February 7, 1992.

Munjack, D.J.:  "Results of a Comparative Discontinuation Study of Buspirone Vs. Alprazolam", Visiting Faculty Program by Mead-Johnson Pharmaceuticals, Loews Ventura Canyon Resort, Tucson, Arizona, February 22, 1992.

Munjack, D.J.:  "Assessment and Treatment of Panic Attacks and Assessments and Treatment of Acute Depression", Twelfth Annual Mammoth Mountain Emergency Medicine Ski Conference, Mammoth Lakes, California, March 13, 1992.

Munjack, D.J.:  "Assessment and Treatment of Panic Attacks", Primary Care Physicians, University of Southern California, Continuing Education Course, Mayer Auditorium, Health Science Campus, Los Angeles, California, March 17, 1992.

Hoffman, D.L,, O'Leary, D.P., and Munjack, D.J.:  "Vestibulo-Ocular Asymmetry and Gain-Phase Abnormalities in Panic Disorder", Western Psychological Association, Portland, Oregon, May 2, 1992.

Munjack, D.J.: "Gain-Phase Abnormalities and Vestibular Abnormalities in Relation to Panic Disorder", Pacific Coast OTO-Opthalmological Society, Dona, Hawaii, June 23, 1992.

Hoffman, D.L., O'Leary, D.P., and Munjack, D.J.:  "New Possible biological markers for Panic Disorder", LAC+USC Medical Center, Los Angeles, California, June 30, 1992.

Munjack, D.J.:  "Recent Advances in the Treatment of Anxiety Disorders", Ingleside Hospital Medical Staff, Rosemead,

CONFIDENTIAL
AZSER12750455

BEST COPY AVAILABLE

Dennis J. Munjack, M.D.
Curriculum Vitae
March 17, 2005
Page 37 of 38

California, May 20, 1992.

Munjack, D.J.: "Principles and Practice of Behavior Therapy", Psychiatric Residents, Harbor-UCLA Medical Center, Torrance, California, October 28, 1992.

Munjack, D.J., and Hoffman, D.L.: "Vestibular Abnormalities in Panic Disorder and Generalized Anxiety Disorder: Why Are Panic Disorder Patients Dizzy?", Department of Psychiatry, Grand Rounds, LAC+USC Medical Center, Los Angeles, California, November 24, 1992.

Munjack, D.J.: "Vestibular Abnormalities in Panic disorder and Generalized Anxiety Disorder", Biomedical Simulations Resource Site Visit, Seaver Science Building, University of Southern California, Collaborative Project #10 (with Dr. Dennis O'Leary), March 22, 1993.

Munjack, D.J.: "The Evaluation and Treatment of Depression in General Medical Practice", Department of Family Medicine, Harbor-UCLA Medical Center, Sponsored by SmithKline Beecham Pharmaceuticals, April 1993.

Munjack, D.J.: "Obsessive Compulsive disorder", Discussant, Grand Rounds, LAC+USC Medical Center, Los Angeles, California, September 1993.

Munjack, D.J.: "High Frequency Vestibulo-Ocular Reflex (VOR) by Vestibular Autorotation Test in Panic Disorder and GAD", The Anxiety Disorders Association of America, 14th National Conference, Santa Monica, California, March 17-20, 1994.

Munjack, D.J.: "The Suffocation Alarm theory of Panic Disorder", Presenter, Psychiatry Grand Rounds, LAC+USC Medical Center, Department of Psychiatry, Los Angeles, California, March 1994.

Munjack, D.J.: "Panic Disorders", Presenter, Common Problems in Primary Care, 20th Annual Review Course, Post-Graduate Education Course for Primary Care Physicians, Mayer Auditorium, Los Angeles, California, March 22, 1994.

Munjack, D.J.: "Sertraline in Social Phobia", Poster Presentation, CINP Meeting, Washington, D.C., June 1994.

Munjack, D.J., Fertig, D., Flowers,C.: "Sharing of Benzodiazepines in an Outpatient Anxiety Population", Poster Presentation, CINP Meeting, Washington, D.C., June 1994.

Hoehn-Saric, R., Fawcet, J., Munjack, D.J., Roy-Byrne, P.P.: "A Multicenter, Double-Blind, Placebo-Controlled Study of Fluvoxamine in the Treatment of Panic disorder", Poster Presentation, CINP Meeting, Washington, D.C, June 1994.

Munjack, D.J.: "Space Phobia Implications and Treatment", Discussant, Psychiatry Grand Rounds, USC+LAC Medical Center, Los Angeles, California, March 28, 1995.

CONFIDENTIAL
AZSER12750456

BEST COPY AVAILABLE

Dennis J. Munjack, M.D.
Curriculum Vitae
March 17, 2005
Page 38 of 38

Munjack, D.J.:  "The Pharmacological Treatment of Obsessive Compulsive Disorder: An Update", 19th Annual Psychiatry Symposium – Psychiatric Treatments for the Mid-Nineties, Anaheim, California, September 8, 1995.

Munjack, D.J.: "Medical and Behavioral Aspects of Anxiety Disorders", Workshop, 19th Annual Psychiatry Symposium – Psychiatric Treatments of the Mid-Nineties, Anaheim, California, September 8, 1995.

Munjack, D.J.: "Depression", Family Medicine Comprehensive Review, University of Southern California School of Medicine, Los Angeles, California, June 28, 1996.

Munjack, D.J.: "The Spectrum of Social Anxiety Disorders", Orange County Psychiatric Society, Annual Meeting, Los Angeles, California, July 18, 1999.

CONFIDENTIAL
AZSER12750457

BEST COPY AVAILABLE

D1447C00126
Site # _0135_____

# IRVING BELZ, M.D.

Home:                                              Office:
**REDACTED**                          1020 Riverwood Court, Bldg. #5
                                                   Conroe, TX  77304
                                                   (936) 525-2600

**PROFESSIONAL**                    Texas Medical License - 1969
**LICENSURE:**                         D6370

**PRESENT POSITION:**

1991 – Present                         Currently employed full time as Medical Director by
                                                Tri-County MHMR Services.  Provide direct supervision to
                                                agency medical services.  Provide direct psychiatric services.
                                                Participate in agency-wide policy and program development

                                                Principal Investigator for C.A.T.I.E. Schizophrenia Trials
                                                Principal Investigator for Café Trials
                                                Principal Investigator for Human Genetics Study
                                                Principal Investigator for Zodiac Study
                                                Principal Investigator for Optimal Study
                                                Principal Investigator for Jas Study
                                                Principal Investigator for Leaps Study
                                                Principal Investigator for HGLR Study

                                                Psychiatric/Research Site:
                                                Tri-County MHMR Services
                                                1020 Riverwood Court, Bldg #5
                                                Conroe, Texas  77304

**EDUCATION:**

1955 – 1956                            Pre-Medical Courses
                                                Tulane University
                                                New Orleans, Louisiana

1956 – 1957                            Pre-Medical Courses
                                                Southwestern at Memphis
                                                Memphis, Tennessee

1958 – 1961                            Medical Degree
                                                University of Tennessee
                                                College of Medicine
                                                Memphis, Tennessee

**INTERNSHIP:**

1961 – 1962                            Michael Reese Hospital
                                                Chicago, Illinois

**RESIDENCY:**

1964 – 1967                            Teaching Fellow in Psychiatry
                                                Western Psychiatric Institute and Clinic
                                                University of Pittsburgh School of Medicine
                                                Pittsburgh, Pennsylvania

3/17/05

569

CONFIDENTIAL
AZSER12750458

BEST COPY AVAILABLE

Irving Belz, M.D.

## POSTGRADUATE TRAINING:

| | |
|---|---|
| 1967 – 1968 | Assistant Instructor of Psychiatry<br>Maurice Falk Fellow in Community and Social Psychiatry<br>Western Psychiatric Institute and Clinic<br>Pittsburgh, Pennsylvania |

## MILITARY EXPERIENCE:

| | |
|---|---|
| 1962 – 1964 | United States Army Dispensary<br>Fort Sam Houston<br>San Antonio, Texas |

## CLINICAL EXPERIENCE:

| | |
|---|---|
| 1990 – 1991 | Dallas County MHMR<br>Dallas, Texas<br>Clinical Director, Adult Mental Health |
| 1978-1989 | Baylor College of Medicine<br>Houston, Texas |
| 1986 – 1989 | Associate Professor of Psychiatry |
| 1978 – 1985 | Assistant Professor of Psychiatry |
| 1978 – 1988 | Mental Health and Mental Retardation Authority of<br>Harris County<br>Houston, Texas<br>Director of Adult Mental Health Services |
| 1969 – 1985 | Private Practice of Psychiatry<br>Houston, Texas |
| 1971 – 1976 | Vocational Guidance Service Drug Abuse Programs<br>Consultant to therapeutic community for heroin<br>Addicts and other drug abusers |
| 1970 – 1978 | Harris County Psychiatric Diagnostic Clinic<br>Houston, Texas<br>Consulting Psychiatrist and Medical Director |
| 1967 – 1969 | Western Psychiatric Institute and Clinic Community<br>Mental Health Center<br>Pittsburgh, Pennsylvania<br>Instructor of Psychiatry<br>Director of CMHC Inpatient Unit<br>Assistant Professor of Psychiatry |

CONFIDENTIAL
AZSER12750459

BEST COPY AVAILABLE

Irving Belz, M.D.

**CONTINUING MEDICAL EDUCATION:**

1975 – Present                          AMA Physicians Recognition Award

**PROFESSIONAL ORGANIZATIONS:**

|  |  |
|---|---|
|  | Houston Psychiatric Society |
| 1986 | Secretary-Treasurer |
| 1985 – 1989 | Ethics Committee |
|  |  |
|  | Texas Society of Psychiatric Physicians |
|  |  |
|  | American Psychiatric Association |
|  |  |
|  | Harris County Medical Society |
|  |  |
|  | Texas Medical Association |
|  |  |
| 1976 – 1988 | Harris County Mental Health Needs Council |

CONFIDENTIAL
AZSER12750460

BEST COPY AVAILABLE

D1447C00126
Site # _0127_

# CURRICULUM VITAE

## Blaise Joseph Wolfrum, M.D.

*BWolf 12-17-04*

**ADDRESS/TELEPHONE:**
Main Office
1375 East Schaumburg Road
Suite 260
Schaumburg, IL – 60194
Phone:  Bus.  (847)895-4540
    Fax  (847)895-4544
    Home REDACTED
Email: REDACTED

**PERSONAL DATA:**
Specialty: Psychiatry and Addictions

Born: REDACTED 1960
Birthplace:  Chicago, IL
RESIDENCE:  South Barrington, IL

**CERTIFICATION AND LICENSURE:**
General Psychiatry, June 1992
American Board of Psychiatry and Neurology
Added Qualification in Addictions Subspecialty, October 1994
American Board of Psychiatry and Neurology
AMA Physician's Recognition Award in CME with Commendation
Diplomate of the American Board of Forensic Medicine, January 1997
National Board of Medical Examiners, July 1987
Illinois Medical License, May 1990 - Active
DEA and Illinois Controlled Substance Certificate - Current
Oklahoma Medical License, August 1987 - Inactive

**PRACTICE EXPERIENCE:**
Private Psychiatric Practice - 1987 - present
Behavioral Health Care Associates - 1994 - present - President, Founder and Medical Director -
Responsible for Management of Staff of Twenty and Clinical Treatment of Psychiatric Patients.
Complete Outsourcing Solutions - 2001- present –President and owner- Receivables Management
Medical Director, Alexian Brothers Behavioral Health Hospital - Partial Hospitalization Program,
Intensive Outpatient Program -1999 - present
Section Chairman of Psychiatry and Psychology - Resurrection Med. Center - 1997 - 2000
Clinical Instructor - Resurrection Medical Center - 1992 - present
Medical Review Officer- CIMRO - 1999 - 2002- Utilization and Quality Review of Inpatient
Psychiatric admissions in Illinois
Medical Director - Family Guidance Center - 1995 - present
Responsible for Management of three Methadone Centers
National Speakers Bureau – Pfizer Pharmaceuticals - 1998 - present
Medical Director - Wendy Stebbins DUI Treatment Centers - 1995 - present
Executive Committee - Forest Hospital - 1996 - 1999
Medical Director - Addictions Treatment Service - Resurrection  Med. Center 1992 - 1998
Medical Review Officer - Private Health Care Systems 1994 - 1996 - Clinical Management of
Utilization Review Staff and Case Management of National Inpatient Psychiatric Cases
Behavioral Medicine Associates - 1990 - 1994 General Partner 1992 - 1994
Emergency Psychiatric Physician - Oklahoma County Crisis Intervention Center - 1988 - 1990
Medical and Psychiatric House Physician - Western State Hospital – Oklahoma - 1997 - 1990
Sexual Dysfunction Clinic – Loyola University - 1986
Research Assistant - Dept. of Cardiology - Loyola University - 1992 - 1994

CONFIDENTIAL
AZSER12750461

BEST COPY AVAILABLE

Blaise J. Wolfrum, M.D.

Page 2

### ACTIVE HOSPITAL STAFF MEMBERSHIP:

Alexian Brothers Medical Center - Elk Grove Village, IL - Attending - 1990 - present
St. Alexius Medical Center - Hoffman Estates, IL - Consultant - 1990 - present
Alexian Brothers Behavioral Health Hospital – Hoffman Estates, IL - Attending - 1995 - present
Resurrection Medical Center - Chicago, IL - Attending - 1991 - present

### EDUCATION AND TRAINING:

**Residency**
Hayden H. Donahue Mental Health Institute
University of Oklahoma – Affiliated Program
Norman/Oklahoma City, OK – 1986 – 1990
Chief Resident, 1989 – 1990

**Medical**
Loyola University – Stritch School of Medicine – 1982 – 1986
Degree:  Doctor of Medicine – June 1986

**Pre-Medical**
Northern Illinois University – 1980- 1982
    Major:  Biology
    Minor:  Psychology and Chemistry
    Degree:  Bachelor of Science – May 1982
College of DuPage – 1979 – 1980
    Degree:  Associates in Arts
Elmhurst College – 1980
U.S. Air Force Academy – 1978- 1979

### SOCIETY MEMBERSHIPS:

American Medical Association – 1982 – present
Illinois Medical Society – 1985 – present
Chicago Medical Society – 1982 – present
American Psychiatric Association – 1985 – present
Illinois Psychiatric Association – 1985 - present
Association for Psychological Type – 1989 – present

### SPECIAL INTERESTS:

Practice Management and Organization
Utilization Review and Funding Issues in Health Care
Motivational Psychology
Study and Use of Temperament in Clinical Practice, Personality Evaluation
Workplace Management and Family Dynamics
Neurolinguistic Programming and Cognitive Behavioral Therapy
Forensic Psychiatry and Legal Consultation
Public Speaking

573

CONFIDENTIAL
AZSER12750462

BEST COPY AVAILABLE

Blaise J. Wolfrum, M.D.

Page 3

**SEMINARS:**
> "Integrative learning Techniques"
> "Diagnosis and Treatment of Dementia"
> "Communication Issues in Intimate Relationships"
> "Belief Systems for Effective Management"
> "Substance Abuse – Detoxification"
> "Addictions in Everyday Life"
> "Neurolinguistic Programming and Cognitive Behavioral Therapy"
> "Antidepressants in Clinical Practice"
> "The Diagnosis and Treatment of Anxiety Disorders"
> "The Treatment of Delirium"
> "Types in Trouble – Treatment of Character Disorders"

**HOBBIES:**
> Flying, Boating, Computers, Internet, Ethnic Dining, Tennis, Golf, Skiing

**REFERENCES:**
> Professional References Will Be Furnished Upon Request

CONFIDENTIAL
AZSER12750463

BEST COPY AVAILABLE

## CNS CLINICAL RESEARCH TRIALS

### Blaise J. Wolfrum, M.D.

### PRIMARY INVESTIGATOR:

| | |
|---|---|
| 11/04 - present | An international, multicenter, large simple trial to compare the cardiovascular safety of XXX and XXX |
| 10/04 - present | A randomized, double-blind, placebo-controlled, parallel group study of the safety and Efficacy of three dose levels of XXX plus and antidepressant in the treatment of psychotic symptoms in patients with major depressive disorder with psychotic features (PMD) |
| 9/04 - present | A multicenter, randomized, double-blind, parallel group study to evaluate the efficacy and safety of a flexible dose of XXX compared to placebo as an adjunctive therapy to an atypical antipsychotic agent(s) in subjects with Schizophrenia |
| 4/04 - present | XXX emotional and physical symptoms of depression study |
| 3/04 | A randomized, double-blind, placebo-controlled study of XXX in the treatment of adolescents with a primary diagnosis of panic disorder |
| 3/04 | An open-label study to assess the safety and tolerance of XXX in the treatment of adolescents with panic disorder or anxiety with panic attacks |
| 5/04 | A randomized, double-blind, placebo controlled study of continuation treatment with XXX in the treatment of adolescents with a primary diagnosis of panic disorder |
| 1/04 – 11/04 | An open-label, multicenter study to assess safety, tolerability, effectiveness, and quality of life associated with the use of XXX in adults with attention deficit hyperactivity disorder |
| 10/03 – present | A multicenter, open-label, flexible-dose, parallel-group evaluation of the cataractogenic potential of XXX and XXX in the long-term treatment of subjects with schizophrenia or schizoaffective disorder |
| 9/03 – 9/04 | An open-label study of tolerability, clinical response, and satisfaction in adult bipolar I subjects optimizing initiation of therapy using administration of dermatological precautions and XXX titration packs |

CONFIDENTIAL
AZSER12750464

BEST COPY AVAILABLE

| | |
|---|---|
| 9/03- present | Review of management strategies in Dementia.  This study is a 2-year multi-center, prospective, longitudinal observational cohort study.  The objective of this study is to examine the current management of patients with mild and moderate Alzheimer's disease in real-world practice settings.  The effect of the different management strategies on cognition, activities of daily living, and behavior of the patients will be evaluated and informal caregiver burden will be assessed.  In addition, data on the utilization of health and social care services by the patient and the primary informal caregiver including admission of the patient to an assisted living facility or nursing home will be assessed.  The investigator's assessment of clinical global impression and adverse events will also be documented. |
| 8/03- 10/03 | A multicenter randomized parallel group study evaluating treatment outcomes of XXX and XXX in children with attention-deficit/hyperactivity disorder |
| 2/03 – 8/03 | An 8-week, open-label, uncontrolled trial using XXX to treat depressed patients |
| 9/02 – 5/03 | A 6 ½ month, multicenter, randomized double-blind, placebo-controlled comparison of XXX mg/day of extended-release XXX and placebo for the prevention of seasonal affective disorder in subjects with a history of seasonal affective disorder |
| 6/02 – 1/03 | A prospective, multicenter, open-label study of XXX in the management of patients with schizophrenia or schizoaffective disorder in general psychiatric practices |
| 3/02 – 3/04 | An international, multicenter, large simple trial (LST) to compare the cardiovascular safety of XXX and XXX |
| 05/01 – 11/02 | An open-label, multicenter study to assess tolerability, effectiveness and quality of life-associated with the use of XXX in children with attention deficit hyperactivity disorder in a community practice setting |
| 03/01- 10/01 | Multi-site, open-label, observational study of the effectiveness and safety of XXX orally disintegrating tablets in patients with physician-diagnosed depression who are at least 50 years of age |

CONFIDENTIAL
AZSER12750465

BEST COPY AVAILABLE

# OCCI Oregon Center for Clinical Investigations, Inc.
## Clinical Research Solutions

c.v. Beal G. Essink, MD
Revised 03/05



Signature: _____
Date: 3/16/05

### CURRICULUM VITAE

**Beal G. Essink, MD**
**Psychiatry**

D1447C00126
Site # 0129

| | |
|---|---|
| 04/03 - Present | Research Investigator<br>Oregon Center for Clinical Investigations, Inc.<br>2230 NW Pettygrove Street, Suite 120<br>Portland, OR 97210<br>Phone: (503) 276-6224<br>Fax: (503) 276-6225 |
| | Oregon Center for Clinical Investigations, Inc.<br>572 W. 11th Ave.<br>Eugene, OR 97401<br>Phone: (541) 341-6565<br>Fax: (541) 341-3370 |
| | Oregon Center for Clinical Investigations, Inc.<br>700 Bellevue Street, Suite 240<br>Salem, OR 97301<br>Phone: (503) 540-0100<br>Fax: (503) 540-0300 |
| 5/03-Present | Dakota Exams<br>Consulting Psychiatrist<br>601 E 22nd Street<br>Vancouver, WA 98663 |
| 10/04- Present | Oregon Health & Sciences University<br>Clinical Assistant Professor of Psychiatry<br>Portland, Oregon |
| 7/00-7/3 | Portland VA Medical Center<br>Attending Physician of Psychiatry<br>Portland, OR |
| 1/01-7/03 | Oregon Health and Sciences University<br>Director of the Intern Didactic Seminar<br>Portland, OR |

**2230 NW Pettygrove, Suite 120 ♦Portland, OR 97210**
**Phone: (503) 276-6224 ♦ Fax: (503) 276-6225**

577

CONFIDENTIAL
AZSER12750466

BEST COPY AVAILABLE

7/00-7/03          Portland VA Medical Center
                   Leader of Medical Student Teaching Seminar
                   Portland, OR

6/99-7/00          Oregon Health and Sciences University
                   Principles of Clinical Medicine
                   Portland, OR

3/01-7/03          Portland VA Medical Center
                   Preceptor for Nurse Practitioner Program
                   Portland, OR

**EDUCATION:**

| | |
|---|---|
| Chief Resident, Dept. of Psychiatry, OHSU, Portland, OR | 7/99-6/00 |
| Psychiatry Resident, OHSU, Portland, OR | 7/96-7/99 |
| Doctor of Medicine Degree, UNMC, Omaha, NE | 8/92-5/96 |
| B.S. in Premedical Sciences, UNMC, Omaha, NE | 8/92-5/94 |
| Undergraduate, University of Nebraska, Lincoln, NE | 8/88-5/92 |

**COMMITTEES:**

| | |
|---|---|
| Root Cause Analysis Committee | 2003 |
| Dialectical Behavioral Therapy Treatment Team | 2003 |
| Medical Student Education Committee | 2002-2003 |

**RESEARCH AND PUBLICATIONS:**

American Psychiatric Association Poster Presentation (2003). Hansen, T., Essink,
B., Hoffman, W. "Metabolic and Cardiac Changes with Ziprasidone Treatment."

Hoffman, W., Essink, B., Hansen, T. "Use of the Clinical Laboratory in the
Diagnosis and Treatment of Depression" Laboratory *Medicine. 2002; 7,33:2-5.*

Susman, J., Crabtree, B., Essink, B. "Depression in Rural Family Practice: Easy to
Recognize, Difficult to Diagnose." *Arch Fam Med. 1995; 4:427-431.*

**HONORS/AWARDS:**

Department of Psychiatry Distinguished service award (2003)
Board Certified in Psychiatry (2/02)
AOA member (1996-present)
Elected Year 2000 Psychiatry Resident of the Year by Residency Training Committee
Selected as OHSU's resident representative for Resident Reporter Program at the APA in
Toronto, Canada (1998)

Page 2 of 6

CONFIDENTIAL
AZSER12750467

BEST COPY AVAILABLE

c.v. Beal G. Essink, MD
Revised 11/04

## CLINICAL TRIALS EXPERIENCE:

A Double-blind, Multicenter, Placebo-and Active-Controlled, Acute and extension study of Two Doses of *Drug* in the Treatment of Patients with Major Depressive Disorder (Merck Research Protocol 061-00) 2001.

Open Label Study of *Drug* in Children with ADHD (Noven Protocol N17-021). 2001

A 6 ½ Month, Multicenter, Randomized, Double-Blind, Placebo-Controlled Comparison of 300 mg/date of Extended-Release *Drug* and Placebo for the Prevention of Seasonal Affective Disorder in Subjects with a History of Seasonal Affective Disorder (GlaxoSmithKline Protocol AK130930) 2002.

An 8 Week, Randomized, Double-Blind, Parallel- Group, Placebo-Controlled, Multicenter, Fixed Dose Study Comparing the Efficacy and Safety of *Drug* or *Drug* to Placebo in Moderately to Severely Depressed Patients with Major Depressive Disorder (GlaxoSmithKline Protocol NKD20006) 2002.

A Randomized, Double-Blind, Parallel-Group, Placebo-Controlled Safety and Efficacy Study of *Drug* to Placebo in Children and Adolescents Aged 6-17 with oppositional Defiant Disorder (ODD) (Shire Protocol SLI381-311) 2003.

A Phase III, Randomized, Multi-Center, Double-Blind, Parallel-Group, Placebo-Controlled Safety and Efficacy Study of *Drug* to Placebo in Children and Adolescents Aged 6-17 with Attention Deficit Hyperactivity Disorder (ADHD) (Shire Protocol SPD503-301) 2003.

A Phase III, Open-Label study of *Drug* in Children and Adolescents (aged 6-17) with Attention Deficit Hyperactivity Disorder (ADHD). (Shire Protocol SPD503-303) 2003.

A Multicenter, Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Fixed-Dose Study evaluating the efficacy, safety and tolerability of Two doses of *Drug* in Subjects with Major Depressive Disorder for a treatment period of eight weeks. (GlaxoSmithKline Protocol OHB20001) 2003.

A 5-Week, Multicenter, Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Fixed-Dose Study of the efficacy and safety of *Drug* administered once daily in adults with Attention Deficit/Hyperactivity Disorder (ADHD). (Novartis Protocol CRIT124E2302) 2003.

A 6-Month, Open-Label Extension to a 5-Week, Multicenter, Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Fixed-Dose Study of the efficacy and safety of *Drug* administered once daily in adults with Attention Deficit/Hyperactivity Disorder (ADHD). (Novartis Protocol CRIT124E2302/E1) 2003.

A Placebo-Controlled, Double-Blind, Randomized, Parallel Study of the Efficacy and Safety of *Drug* in the Treatment of Rapid Ejaculation (Alza Protocol C-2002-012-00) 2003.

An Open-Label Study of the Long-Term Safety of Dapoxetine HCL In the Treatment of Rapid Ejaculation. 2003.

A 7-Month, Multicenter, Parallel, Double-Blind, Placebo-Controlled comparison of two doses of Drug and placebo for the prevention of Seasonal Depressive Episodes in subjects with a history of Seasonal Affective Disorder followed by an 8-week Observational Follow-up Phase (GlaxoSmithKline Protocol 100006) 2003.

CONFIDENTIAL
AZSER12750468

BEST COPY AVAILABLE

c.v. Beal G. Essink, MD
Revised 11/04

A Multicenter, Double-Blind, Randomized, Placebo-Controlled, Parallel-Group, Study of the efficacy and safety of *Drug* at a flexible dose administered once daily in pediatric patients 6-17 years of age with Attention Deficit/Hyperactivity Disorder (ADHD). (Novartis Protocol CRIT124E2301) 2003.

A Multicenter, Double-Blind, Placebo-Controlled, Fixed-Dose, 8-Week evaluation of the Efficacy and Safety of Lamotrigine in the Treatment of Bipolar Disorder Patients Currently Experiencing a Major Depressive Episode. Protocol SCA30924. 2003.

A Multicenter, Double-Blind, Placebo-Controlled, Fixed-Dose, 8-Week Evaluation of the Efficacy and Safety of Lamotrigine in the Treatment of Major Depression in Patients with Type II Bipolar Disorder. Protocol SCA100223. 2003.

A Double-Blind, Placebo-Controlled Evaluation of the Safety and Efficacy of Escitalopram in Pediatric Depression. Protocol SCT-MD-15. 2003.

A Multi-Center, Randomized, Double-Blind, Placebo-Controlled, Fixed-Dose, Safety and Efficacy Trial of Org 33062 ER in Outpatient Children and Adolescent with Major Depressive Disorder. (Organon Protocol 134019) 2003

An Open-Label Extension Trial in Children and Adolescents with Major Depressive Disorder who participated in one of the Short-Term Org 33062 ER Safety and Efficacy Trials. (Organon Protocol 134507) 2003

A Multi-Center, Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Flexible-Dose Study Evaluating Efficacy, Safety and Tolerability of a Once-Daily Oral GW353162 (20-40-60 mg) Verses Placebo in Subjects with Major Depressive Disorder over an Eight-Week Treatment Period. (GlaxoSmithKline Protocol OHB20002) 2003

A Phase II, Randomized, Multi-Center, Double-Blind, Parallel-Group, Placebo-Controlled Safety and Efficacy Study of SPD473 in Adults Aged 18-55 with Attention Deficit Hyperactivity Disorder (ADHD). (Shire Protocol SPD473-203) 2003

A Phase III, Multi-Center, 18-Month, Open-Label Safety, Tolerability, and Efficacy Study of ADDERALL XR in the Treatment of Adolescents Aged 13-18 with Attention Deficit Hyperactivity Disorder (ADHD). (Shire Protocol SLI381-315) 2003

A Double-Blind Flexible Dose Comparison of Escitalopram, Sertraline, and Placebo in the Treatment of Major Depressive Disorder. (Forest Protocol SCT-MD-27) 2003

A 9-Week, Randomized, Double-Blind, Placebo-Controlled, Fixed-Dosage (340 or 425 mg/day), Parallel-Group Study to Evaluate the Efficacy and Safety of Modafinil (Film-Coated Tablet) in Children and Adolescents with Attention Deficit Hyperactivity Disorder (ADHD), Including a 2-week (Blinded) Withdrawal Period. (Cephalon Protocol C1538d/310/AD/US) 2003

A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, 8-Week, Safety and Efficacy Study of Eszopiclone 3 mg Compared to Placebo in Subjects with Insomnia Related to Major Depressive Disorder. (Sepracor Protocol 190-052) 2003

A Multi-Center, Randomized, Parallel-Group, Double-Blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. (AstraZeneca Protocol D1447C00127) 2003

Page 4 of 6

CONFIDENTIAL
AZSER12750469

BEST COPY AVAILABLE

c.v. Beal G. Essink, MD
Revised 11/04

A 12-Week, Multi-Center, Randomized, Double-Blind, Double-Dummy, Parallel-Group, Active Controlled, Escalating Dose Study to Compare the Effects on Sexual Functioning        of Bupropion Hydrochloride Extended-release (**WELLBUTRIN™ XL**, 150-450mg/day) and Extended-release Venlafaxine (EFFEXOR XR, 75-225 mg/day) in Subjects with Major Depressive Disorder. (GlaxoSmithKline Protocol 100368) 2004

A Phase III, 10-Week, Double-Blind, Randomized, Placebo-Controlled Study of Duloxetine Hydrochloride 60 to 120 mg Once Daily (QD) or Placebo in Patients     with      Generalized Anxiety Disorder (GAD). (Eli Lilly & Company Protocol F1J-MC-HMDT)2004.

A Phase III, 8-Week, Double-Blind, Randomized Study of the Efficacy and Safety of Olanzapine plus Fluoxetine in Combination as Compared to Olanzapine and Fluoxetine Monotherapies in Patients with Treatment Resistant Recurrent Major Depressive Disorder. (Eli Lilly & Company Protocol H6P-MC-HDAO) 2004

A Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Fixed-Dose Study        Evaluating the Efficacy and Safety of GW679769 in Subjects with Major Depressive Disorder. (GlaxoSmithKline Protocol NKF100092) 2004

A 10-Week, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Flexible-Dosage Study to Evaluate the Efficacy and Safety of GABITRIL® (up to 16 mg/day) in  the Treatment of Adults with Generalized Anxiety Disorder. (Cephalon Protocol C6671/3032/AX/US) 2004

A placebo-Controlled, Double-Blind, Randomized, Parallel Study of the Withdrawal Effects of Chronic Daily and As Needed Dosing with Dapoxetine in the Treatment of  Premature Ejaculation. Protocol R096769-PRE-3002, Phase 3. 2004.

A Phase 3, Randomized, Multi-center, Double-Blind, Parallel-Group, Placebo-Controlled Study of NRP104 in Children Aged 6-12 Years with Attention Deficit Hyperactivity Disorder (ADHD). 2004

A Long-term, Open-Label, and Single-arm Study of NRP104 30mg, 50mg, or 70mg per Day in Children Aged 6-12 Years with Attention Deficit Hyperactivity Disorder (ADHD). 2004.

A Phase II, Open-Label Co-administration Study of SPD503 and Psycho stimulants in Children and Adolescents Aged 6-17 with Attention-Deficit Hyperactivity Disorder. (ADHD) 2004.

A Phase III, Randomized, Double-Blind, Multi-Center, Parallel-Group, Placebo-Controlled, Dose Optimization Study, Designed to Evaluate the Safety and Efficacy of Methylphenidate Transdermal System (MTS) vs. CONCERTA in Pediatric Patients Aged 6-12 with Attention Deficit/Hyperactivity Disorder (ADHD). 2004.

A Phase III Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Safety and Efficacy Study of SPD465 with an /open-Label Extension in Adolescents with Attention-Deficit Hyperactivity Disorder (ADHD). 2004.

A Phase III, Randomized, Double-Blind, multi-Center, Placebo-Controlled, Parallel-Group, Safety and Efficacy Study of SPD465 with an Open-Label Extension in Adults with Attention-Deficit Hyperactivity Disorder (ADHD). 2004.

CONFIDENTIAL
AZSER12750470

BEST COPY AVAILABLE

A Phase III, Randomized, Double-Blind, Multi-Center, Parallel-Group, Placebo-Controlled Safety and Efficacy Study of SPD503 in Children and Adolescents Aged 6-17 with Attention Deficit Hyperactivity Disorder (ADHD). (Shire Protocol SPD 503.304) 2004

A Phase III, Open-Label Study of SPD503 in Children and Adolescents Aged 6-17 with Attention Deficit Hyperactivity Disorder (ADHD).  (Shire Protocol SPD503-305) 2004

A Phase IIIb, Open-Label, Multi-Center Study to Assess Safety, Tolerability, and Effectiveness Associated with the use of ADDERALL XR in Adults with Attention Deficit Hyperactivity Disorder and Evaluate an ADHD-specific Novel Quality of Life Measure. (Shire Protocol SLI381.312) 2004

Extension to A Phase IIIb, Open-Label, Multi-Center Study to Assess Safety, Tolerability, and Effectiveness Associated with the use of ADDERALL XR in Adults with Attention Deficit Hyperactivity disorder and Evaluate an ADHD-specific Novel Quality of Life Measure. (Shire Protocol SLI381.312) 2004.

A confirmatory, Multicenter;  double-blind, Randomized, Placebo-controlled, Study of the use of Quetiapine Fumarate (Seroquel™) in the Treatment of Patients with Bipolar Depression.  Protocol D1447C00135.  2004.

A placebo-Controlled, Double-Blind, Randomized, Parallel Study of the Withdrawal Effects of Chronic Daily and As Needed Dosing with Dapoxetine in the Treatment of Premature Ejaculation. Protocol R096769-PRE-3002, Phase 3.  2004.

CONFIDENTIAL
AZSER12750471

BEST COPY AVAILABLE

D1447C00126
Site # _____0130_____

# ACR

## Anderson Clinical Research

---

## CURRICULUM VITAE
## DONALD LEE ANDERSON, M.D.

*Don Anderson, MD*
*4-22-05*

### PERSONAL

Date of Birth:        REDA 1945

Wife:             REDACTED
Children:

### EDUCATION

| | |
|---|---|
| 1978-1980 | Loma Linda University Medical Center, Loma Linda, CA<br>Internal medicine resident |
| 1976 | Board Certification in Psychiatry |
| 1974-1975 | University of Rochester, Rochester, NY<br>Fellow and Instructor in medicine and psychiatry |
| 1972 – 1974 | Loma Linda University Medical Center, Loma Linda, CA<br>Resident in psychiatry |
| 1971-1972 | Loma Linda University Medical Center, Loma Linda, CA<br>Straight medicine internship |

1

CONFIDENTIAL
AZSER12750472

BEST COPY AVAILABLE

| 1967-1971 | Loma Linda University School of Medicine, Loma Linda, CA<br>Received M.D. degree 1971 |
|---|---|
| 1964-1967 | Loma Linda University, La Sierra Campus, Arlington, CA<br>Received B.A. degree 1967 with major in history |
| 1963-1964 | Walla Walla College, College Place, WA |
| 1959-1963 | Loma Linda Union Academy, Loma Linda, CA |

## LICENSURE:

California

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| Owner & Principal Investigator,  Anderson Clinical Research<br>2068 Orange Tree Lane, Suite 226<br>Redlands, California  92374 | 2002-Present |
| Inpatient Mental Health Services, Canyon Ridge Hospital | 2000-2002 |
| Principal Investigator, Affiliated Research Institute | 1999-2002 |
| Medical Director, Adventist Health Behavioral Care (AHBC) | 1998-2003 |
| Associate Director, Clinical Research Unit, Loma Linda University<br>Behavioral Medicine Center | 1996-1999 |
| Consultant, Medical Staff Office, Ingleside Hospital | 1996 |
| Psychiatric Consultant, Riverside/San Bernardino County<br>Indian Health Inc. | 1994-Present |
| President, Medical Staff, Loma Linda University Behavioral<br>Medicine Center | 1994-1996 |
| Medical Director, Loma Linda University Behavioral Medicine Center | 1992-1999 |
| President, Loma Linda University Behavioral Medicine Center | 1991-1993 |
| Associate Professor of Psychiatry, Loma Linda University | 1984-Present |

2

CONFIDENTIAL
AZSER12750473

BEST COPY AVAILABLE

| | |
|---|---|
| Chairman, Department of Psychiatry, Loma Linda University | 1984-2000 |
| Director, Residency Training Program<br>Department of Psychiatry, Loma Linda University | 1984-1987 |
| Medical Director of the Renaissance Unit for Alcohol and Substance Abuse<br>Loma Linda Community Hospital, Loma Linda | 1981-1982 |
| Consultation and Liaison at Loma Linda University Medical Center | 1980-1990 |
| Inpatient Mental Health Services, Loma Linda University Medical Center,<br>Unit 4300 | 1976-1978 |
| Assistant Professor of Psychiatry, Loma Linda University | 1975-1984 |
| Community Psychiatrist, Riverside County, CA<br>Crisis and Referral and Continuing Community Care | 1975-1978 |
| Director-Mental Health Unit, Student Health Service<br>University of California, Riverside | 1975-1977 |
| Fellow and Instructor in Medicine and Psychiatry,<br>University of Rochester, Rochester, NY | 1974-1975 |

## SOCIETY MEMBERSHIPS

American Psychiatric Association
California Psychiatric Association
Physicians for Social Responsibility
Southern California Psychiatric Society, Inland Chapter

## PRESENTATIONS

1. "Depression," "Generalized Anxiety Disorder," Long-term Sequelae of Trauma,"
   "Forgiveness – A Therapeutic Factor," A Physician Conference sponsored by Loma
   Linda University School of Medicine, Sun River, Oregon, July 1-4, 2002

2. "Major Mental Illness", Community Health Representatives, Riverside-San
   Bernardino County Indian Health, Inc., April 29, 2002

3. "Cultural Psychiatry", Department of Social Work, Loma Linda University,
   August 22, 2001.

3

CONFIDENTIAL
AZSER12750474

BEST COPY AVAILABLE

4. "Update in Psychopharmacology", Adventist Health Behavioral Care, Ontario, California, February 23, 2001

5. "Review of Major Mental Illnesses", Community Health Representatives, Riverside-San Bernardino County Indian Health, Inc., October 25, 2000

6. "Update on Depression", Marriage and Family Therapy Department, Loma Linda University, October 8, 2000.

7. "Forgiveness – A Therapeutic Factor", Grand Rounds, Department of Psychiatry, Loma Linda University, Fall 1998

8. "Modern Day Demons", University Church of Seventh-Day Adventists, Loma Linda, California, November 8, 1997.

9. "Bipolar Illness and Creativity", Grand Rounds, University of Southern California, February 13, 1996.

10. "Pain Management Ethics", panel member, Loma Linda University Clinical Conference on Pain Management, Loma Linda, California, May 17, 1995.

11. "Mental Health", University Church of Seventh-Day Adventists, Loma Linda, California, July 20, 1991.

12. "Developments at the Loma Linda University Department of Psychiatry", Christian Medical/Dental Association, American Psychiatric Association, New Orleans, LA, May 1991.

13. "Creativity - Michaelangelo", Grand Rounds, Department of Psychiatry, Loma Linda University, December 1990.

14. "Anxiety and its Treatment", "Depression", "Creativity", Continuing Medical Education Seminar for Psychiatrists, Yosemite National Park, November 1990.

15. "How Religion Can Hurt Your Patients", Loma Linda University School of Medicine, Alumni Postgraduate Convention, February 25, 1990.

16. "Truthtelling", Loma Linda University Center for Bioethics, Loma Linda, November 8, 1989.

17. "Anxiety Disorders", "Treatment of Anxiety", "Depression and It's Diagnosis", "Christianity and Psychiatry", Sunriver CME Course, Sunriver, Oregon, July 17-21, 1989.

18. "Anxiety Disorders-Overview", Loma Linda University School of Medicine CME Course, October 12, 1988.

4

CONFIDENTIAL
AZSER12750475

BEST COPY AVAILABLE

19. "Hypothalamic-Pituitary-Thyroid Axis in Psychotic Illness", Riverside General Hospital Medical Staff, Riverside, California, April 16, 1987.

20. "Medical Student Stress", Adventist Psychiatrists APA Meeting, Dallas, Texas, May 21, 1985.

21. "Psychogenic Pain", Portland Adventist Hospital, Portland, Oregon, October 30, 1984.

22. "Anxiety for Family Practice - Update", Loma Linda University Medical Center, October 18, 1984.

23. "Recent Advances in Psychiatry" Grand Rounds for Chino Community Hospital, June 26, 1984.

24. Participated on a panel discussing coping with internship for incoming interns.  Loma Linda University, May 31, 1984.

25. Co-organized and participated in a 12-day presentation on Psychiatry and Religion, Loma Linda University, May 4 - 5, 1984.

26. "Psychosomatic Medicine" presented to physicians and employees of Patton State Hospital, February 8, 1984.

27. "Psychological Aspects of Intensive Care Nursing" presented to three separate groups of ICU nurses at LLUMC, November 1981.

28. "Relationships with Patients" presented to six separate groups of Cardio thoracic nurses at LLUMC, November 1981.

29. Presentation on psychological aspects of coronary heart disease at Loma Linda University Church, sponsored seminar on heart disease, May 1981.

30. "Medical Aspects of Alcoholism" - presented to various specialists working in the field of alcoholism, Loma Linda Community Hospital, March 1981.

31. Biweekly talks on medical and psychological aspects of intensive care medicine to residents of various medical specialties on the medical-surgical intensive care unit of LLUMC, 1980-1983.

32. "Stress - Review of Literature, Psychological and Physical Aspects" presented at the Central California Conference of Seventh-Day Adventists at Soquel, CA, August 1980.

33. "Type A Personality" presented to the Medical Grand Rounds at Queen of the Valley Hospital, West Covina, CA, May 6, 1980.

34. "The Disordered Mind - A Forgotten Aspect of Civil War Medicine," presented at the American Association of Medical History in Pittsburgh, 1979.

5

CONFIDENTIAL
AZSER12750476

BEST COPY AVAILABLE

35. "The Disordered Mind - A Forgotten Aspect of Civil War Medicine," presented for the Friends of the Library, Loma Linda University, 1978.

36. Presentation to the Western Association of Adventist Historians on "Psychiatry and the American Civil War," 1978.

37. Yearly talk on anxiety in dental patients, to dental hygiene class at LLU School of Dentistry, 1977 to 1990.

38. Roundtable discussion leader at Loma Linda University School of Medicine, Alumni Postgraduate Convention, on psychological aspects of medical patients, 1976.

39. "Psychosomatic Medicine," presented to the Alumni Postgraduate Convention in 1976.

40. The use of biofeedback in medicine, presented before the Lawyers' Wives Association of San Bernardino, 1976.

41. Co-author of presentation on psycho-endocrine responses to visual stimuli, before the American Psychosomatic Society, March 1976.


## TEACHING ACTIVITIES

1. Supervision of Psychiatric Residents.

2. Informal teaching of medicine residents on clinical floors along with medical consultations on psychiatric unit.

3. Human Behavior Course for Freshman and Sophomore Medical Students.

4. Class lectures to 3rd year Medical Students on Interviewing Patients.

5. Presentations on Psychosomatic Disorders to Medical Classes.

6. Class lectures in Religion for Freshman Medical Students with School of Religion Faculty.


## COMMITTEE MEMBERSHIPS

| | | |
|---|---|---|
| 1. | Board Member, Loma Linda University Behavioral Medicine Center | 1991 - 1996 |
| 2. | Board Member, Loma Linda University Pediatric Medical Group | 1988 - 1990 |
| 3. | Curriculum Committee, Loma Linda University, School of Medicine | 1987 - 1990 |
| 4. | Multi-Disciplinary Geriatric Council, Co-chairman | 1986 - 1989 |
| 5. | Executive Committee, Loma Linda University, School of Medicine | 1985 – 2000 |

6

CONFIDENTIAL
AZSER12750477

BEST COPY AVAILABLE

| | |
|---|---|
| 6. Program Curriculum Committee, Department of Psychiatry, Loma Linda University School of Medicine | 1984 - 2002 |
| 7. Residency Evaluation Committee, Department of Psychiatry, Loma Linda University School of Medicine | 1984 - 2002 |
| 8. Board of Directors, Loma Linda University Medical Groups, Inc. | 1984 - 2000 |
| 9. Executive Committee, Loma Linda University Medical Center | 1984 - 2000 |
| 10. Ad Hoc Committee for Community Medicine | 1983 |
| 11. Advisory Committee for Grants Finance and Grants Resources, Loma Linda University | 1981-1983 |
| 12. IRB – Institutional Review Board, Loma Linda University | 1979 -1981 |

## PUBLICATIONS

1. "Thyroid-Stimulating Hormone and Prolactin Responses to Thyrotropin-Releasing Hormone in Non-Depressed Alcoholic Inpatients." D.L. Anderson, M.D., J.C. Nelson, M.D., M.G. Haviland, Ph.D., J.P. MacMurray, Ph.D., M.A. Cummings, M.D., W.H. McGhee, M.D., R.W. Hubbard, Ph.D. published in Psychiatry Research, Vol. 43, pp. 121-128, 1992.

2. "Shared Neuroendocrine Patterns of Post-Traumatic Stress Disorder and Alexithymia." J.P. Henry, M.D., M.G. Haviland, Ph.D., M.A. Cummings, M.D., D.L. Anderson, M.D., J.C. Nelson, M.D., J. P. MacMurray, Ph.D., W.H. McGhee, M.D., R.W. Hubbard, Ph.D., published in Psychosomatic Medicine, Vol. 54, pp. 407-415, 1992.

3. "Depressive Symptoms and Persistence in Treatment for Alcohol Dependence." J. P. MacMurray, Ph.D., D.G.Nessman, Ph.D., M.G. Haviland, Ph.D., D.L. Anderson, M.D., published in Journal of Studies on Alcohol, Vol. 48, pp. 227-280, May 1987.

4. "Disordered Minds: A neglected Aspect of Civil War Medicine," Loma Linda University SCOPE, July/August 1979. Revised version has been published in Perspectives in Biology and Medicine, Autumn 1984.

5. "Psycho-Endocrine Responses to Visual Stimuli," published in Psychosomatic Medicine, 1977.

7

CONFIDENTIAL
AZSER12750478

BEST COPY AVAILABLE

## CLINICAL TRIALS EXPERIENCE

Principal Investigator –An 8-week, Multicenter, Double-Blind, Placebo-Controlled Study evaluating the Efficacy, Safety, and Tolerability of a Fixed Dose of xxxxx in patients with Major Depressive Disorder.
April 2005

Principal Investigator –A 2-Month, Randomized, Double-Blind, Placebo-Controlled, Parallel Group Study of the efficacy, safety, and tolerability of xxxxx in Patients with Generalized Anxiety Disorder.
March 2005

Principal Investigator –A 12-Month, Randomized, Double-Blind, Placebo-Controlled, Parallel Groups, Multicenter Long-Term Safety Study of xxxxx in the Treatment of Elderly Outpatients with Primary Insomnia.
October 2004

Principal Investigator –A Double-Blind, Randomized, Multicenter, Placebo-Controlled, Parallel-Groups Efficacy and Safety Extension Study of xxxxx in the Treatment of Adult Outpatients With Primary Insomnia.
October 2004

Principal Investigator –A Randomized, Multicenter, Double-Blind, Placebo-Controlled, 18-Month Study of the Efficacy of xxxxx in Patients with Mild-to-Moderate Dementia of the Alzheimer's Type.
October 2004

Principal Investigator – A Single-Country, Double-Blind, Double-Dummy, Randomized, 2-Arm, Parallel-Group, Phase 3b Study,Evaluating the Efficacy and Safety of xxxxx , with and without an association of Nicotine Patch, as an Aid to Smoking Cessation during a 9-Week Active Treatment Period in a Population of Smokers Motivated to Quit.
September 2004

Principal Investigator – A Multicenter, Randomized, Double-Blind, Placebo-Controlled Study of xxxxx in the Treatment of Patients with Bipolar I Disorder with a Major Depressive Episode.
June, 2004

Principal Investigator – A 12-Month, Open-Label, Flexible-Dosage (100 to 250 mg/day) Study of the Safety and Efficacy of xxxxx in the Treatment of Patients With Excessive Sleepiness Associated With Narcolepsy, Obstructive Sleep Apnea/Hypopnea Syndrome, or Chronic Shift Work Sleep Disorder.
February, 2004

8

CONFIDENTIAL
AZSER12750479

BEST COPY AVAILABLE

D1447C00126
Site # 0132

## CURRICULUM VITAE

### KATHLEEN COYLE, MD
Psychiatrist
New Orleans Medical Institute
4621 W. Napoleon Avenue
Metairie, LA 70001

*Kathleen Coyle, M.D.*
*3-10-05*

**Education:**

|  | University of New Orleans, LA |
| --- | --- |
| 1990 – 1994 | Pre-Medicine Post-Bachelors Program |
| 1984 – 1985 | Master of Science, Accounting – Taxation Option |
| 1978 – 1982 | Bachelor of Science, Accounting |

**Medical Education:**

| 1996 – 1999 | Louisiana State University Medical Center School of Medicine, New Orleans, LA<br>Transferred from LSUMC Shreveport (1994 – 1996)<br>MD May 1999 |
| --- | --- |

**Licensure:**

Louisiana State Board of Medical Examiners # MD.025443

US Department of Justice DEA Registration # BC8680832

Louisiana Controlled Dangerous Substance License # 30670

CPA-Inactive status, State Board of LA Certified Public Accountants

**Board Certification:**

| June 2004 | Diplomat of the American Board of Psychiatry and Neurology |
| --- | --- |

**Clinical Research Experience:**

| 2005 – Present | New Orleans Medical Institute<br>Clinical Research Site<br>Principal Investigator/Sub-Investigator – CNS Studies |
| --- | --- |

591

CONFIDENTIAL
AZSER12750480

BEST COPY AVAILABLE

**Kathleen Coyle, MD**
<u>Page 2</u>

Protocols:

1.  "A Multicenter, Randomized, Double-Blind, Placebo-Controlled Study of Two Fixed Oral Doses of Aripiprazole in the Treatment of Adolescent Patients with Schizophrenia"

2.  "A Comparison of Initial Duloxetine Dosing Strategies in the Treatment of Patients with Major Depression."

3.  "A Randomized, Double-Blind, Placebo and Active Comparator Controlled, Parallel-Group Safety and Efficacy of OROS Alprazolam in Adults with Generalized Anxiety Disorder (GAD)"

**Other Professional Experience:**

|  | **Department of Veterans Affairs Medical Center**<br>**New Orleans, LA** |
|---|---|
| 2003 – Present | <u>Staff Physician</u> – Mental Health Service Line. Currently practicing outpatient psychiatry and emergency psychiatry. Other experience includes: Inpatient psychiatry, including serving as an expert witness for judicial commitment hearings. |
| <u>Committee:</u> | Drug Cost Subcommittee, Representative for Mental Health Service Line |
| 2002 | <u>Fee Basis Staff Physician</u> Mental Health Service Line. Psychiatry consultant to Medical Emergency Room, highly intense Psychiatric Unit and to Non-Psychiatric Services. |
|  | **Tulane University School of Medicine**<br>**Department of Psychiatry and Neurology, New Orleans, LA** |
| 2002 – 2003 | <u>Chief Resident</u> – Administrative and teaching duties: taught psychiatry intern and allied health psychiatry courses; planned, coordinated and scheduled weekly: grand rounds, resident didactics, resident meetings, and other lectures and functions; participated in educational committee and other administrative meetings; recruitment; and handled other residency issues. Participated in the annual Tarrytown Chief Resident's Leadership Conference. |

CONFIDENTIAL
AZSER12750481

BEST COPY AVAILABLE

**Kathleen Coyle, MD**
**Page 3**

1999 – 2003    General Psychiatry Resident

1988 – 1990    Freeport-McMoRan, Inc, New Orleans, LA
*Tax Accountant*
Partnership, Corporate, Royalty Trust Tax reporting, Year End Accruals,
Plans and Projections

1985 – 1988    Deloitte, Haskins & Sells, New Orleans, LA
*Senior Tax Consultant*

1984 – 1985    University of New Orleans, LA
*Graduate Assistant* for Accounting Faculty

1982 – 1983    Koltun, Buckman & Zazulak, Ltd., New Orleans, LA
*Staff Accountant*

1977 – 1982    *Jewelry Salesperson* (35 hours week) continuous employment while
attending high school and college full-time

**Presentations:**

October 2002        Conference presentation to East Jefferson General Hospital Family
Practice Residency Program, case presentation and discussion of a
patient with Delirium

September 2000        Grand Rounds presentation at Tulane University School of
Medicine, Department of Psychiatry and Neurology, case
presentation and discussion of a patient with Bipolar Disorder

October 1998        Presentation at University of New Orleans to athletic teams
throughout Louisiana State University School of Medicine Family
Practice Residency Program on the Female Athlete Triad

**Publications:**

Book Review of *Cocaine: From Medical Marvel to Modern Menace in the United States,
1994 – 1920,* by Joseph F. Spillane, Addictive Disorders and Their Treatment, Vol. 2,
No. 1, 2003, pgs. 29-31.

CONFIDENTIAL
AZSER12750482

BEST COPY AVAILABLE

**Kathleen Coyle, MD**
**Page 4**

**Publications cont.:**

*Final Regulations for FIRPTA Code Section 897.* (co-authored) Oil and Gas Tax Quarterly, September, 1986, pgs. 50-72

*Withholding Provisions of FIRPTA.* (Co-authored) The CPA Journal, February, 1986, pgs. 22-27

**Professional Memberships:**

American Medical Association
American Psychiatric Association
Louisiana Psychiatric Association

**Scholarships and Honors:**

American Psychiatric Association/Aventis 2003 Travel Fellowship for Women Resident Leaders in Psychiatry
Lettie Pate Whitehead Scholarship (LSUMC School of Medicine)
T.H.Harris Scholarship, University of New Orleans
LSU Board of Supervisors Scholarships, University of New Orleans
Alpha Epsilon Delta National Honor Society, Pre-Medicine
Phi Kappa Phi National Honor Society, Multi-Disciplinary
Beta Gamma Sigma National Honor Society, Business
Beta Alpha Psi National Honor Society, Accounting
Alpha Theta Epsilon Honor Society, Multi-Disciplinary
Dean's List, University of New Orleans

**Student Organizations:**

| | |
|---|---|
| 1992 – 1994 | President and Treasurer of Alpha Epsilon Delta Pre-Medicine Honor Society |
| | Representative at 1994 National Convention and Leadership Retreat (University of New Orleans) |
| 1980 – 1982 | Accounting Association, American Marketing Association University of New Orleans |

**REFERENCES AVAILABLE UPON REQUEST**

594

CONFIDENTIAL
AZSER12750483

BEST COPY AVAILABLE

D1447C00126
Site # 0133

## Curriculum Vitae

**Full Name:** Levy, Michael T., M.D.

**Position Title:** Chairman, Department of Behavioral Sciences

**Address:** Behavioral Medical Research of Staten Island, PC
Staten Island University Hospital
1361 Hylan Blvd
Staten Island, New York 10305

**Telephone number:** (718) 351-8100   e-mail: m.levy@bmrsi.com
**License Number:** NY State 106805-1 Expires 12/31/04
**Education:**

| Institution and Location | Degree | Year Conferred | Field of Study |
|---|---|---|---|
| Queens College | BA | 1965 | Biology |
| Washington University St. Louis | M.D. | 1969 | Medicine |
| The Hampstead Clinic, with Anna Freud London | Fellow | 1969 | |
| Albert Einstein College of Medicine | Medical Internship | 1969-1970 | |
| Albert Einstein College of Medicine | Resident in Psychiatry | 1970-1972 | Psychiatry |
| Albert Einstein College of Medicine | Chief Resident | 1972-1973 | Psychiatry |
| New York Psychoanalytic Institute | Graduate | 1973 - 1983 | Psychoanalysis |

**Research and Professional Experience:**

| Position | Institution/Employer and Location | Dates of Employment |
|---|---|---|
| Assistant Director Outpatient Clinic – Clinical Instructor | Albert Einstein College of Medicine | 1973 - 1974 |
| Clinical Instructor | Mt. Sinai | 1974 - 1976 |
| Director, Inpatient Unit | Gracie Square Hospital | 1975 - 1978 |
| Created first private comprehensive psychiatric group practice in New York | Geriatric Consultation Center | 1973 - date |
| General Psychiatry, Psychoanalysis, Psychopharmacology and Geriatric Psychiatry | Private Practice | 1973 – date |

Generic Name  XOX-XX-XXXX
Document Page 1

Curriculum Vitae: 18 March 2004

595

CONFIDENTIAL
AZSER12750484

BEST COPY AVAILABLE

## Research and Professional Experience:

| Position | Institution/Employer and Location | Dates of Employment |
|---|---|---|
| Director, Inpatient Psychiatry & Coordinator of Geriatric Psychiatry | Long Island College Hospital | 1985 – 1989 |
| Director of Psychiatry | Eger Health Care Center | 1989 - date |
| Director of Gerontology & Associate Director, Department of Psychiatry | Staten Island University Hospital | 1989 - 1996 |
| Chairman, Department of Behavioral Sciences | Staten Island University Hospital Behavioral Medical Research of SI | 1997 - date |

## Present Affiliations

| | |
|---|---|
| Staten Island University Hospital | 450 Seaview Ave., SI, NY 10305 |
| Staten Island University Hospital | 375 Seguine Ave., SI, NY. 10309 |
| Staten Island University Hospital | 392 Seguine Ave., SI, NY 10309 |
| Staten Island University Hospital | 777 Seaview Ave., SI, NY 10305 |
| University Behavioral Medicine Services, P.C. | 450 Seaview Ave., SI, NY 10305 |
| Behavioral Medical Research of Staten Island, P.C. | 450 Seaview Ave., SI, NY 10305 |
| Behavioral Medical Research of Staten Island, P.C. | 1361 Hylan Blvd., SI, NY 10305 |
| Thomas Jefferson HFA | 650 E. 104th St., Brooklyn, NY 11236 |
| Verrazano Nursing Home | 100 Castleton Ave., SI, NY 10310 |
| New Broadview Manor HFA | 70 Fr. Capadanno Blvd., SI, NY 10305 |
| Lakeside Manor HFA | 797 Brighton Ave., SI, NY 10301 |
| Hylan Manor HFA | 3565 Hylan Blvd., SI, NY 10308 |
| Golden Gate Health Care Center | 191 Bradley Ave. SI, NY 10314 |
| Staten Island Care | 200 Lafayette Avenue, SI, NY 10301 |
| Mermaid Manor | 3602 Mermaid Ave. Brooklyn, NY 11224 |
| Garden of Eden Home for Adults | 1620 Stillwell Ave. Brooklyn, NY 11223 |
| Kings Medical Care | 78-19 18th Ave. Brooklyn, NY 11214 |

CONFIDENTIAL
AZSER12750485

BEST COPY AVAILABLE

CURRICULUM VITAE

)1447C00126
site # 0134
0134

# KOLIN RESEARCH GROUP

## IRVING S. KOLIN, M.D.
1065 WEST MORSE BOULEVARD, Suite 202
WINTER PARK, FLORIDA 32789

| | |
|---|---|
| **EDUCATION** | UNIVERSITY OF BUFFALO SCHOOL OF ARTS AND SCIENCES<br>Buffalo, New York<br>1957-1961<br>Major: Psychology<br>Degree: B.A. cum laude, Phi Beta Kappa |
| | STATE UNIVERSITY Of NEW YORK SCHOOL OF MEDICINE<br>Buffalo, New York<br>1961-1965<br>Degree: M.D. |
| **INTERNSHIP** | STRAIGHT PEDIATRICS, CORNELL UNIVERSITY MEDICAL COLLEGE,<br>NEW YORK HOSPITAL<br>525 E. 68th Street, New York, New York 10021<br>July 1965 –July 1966 |
| **RESIDENCY** | PSYCHIATRY, CORNELL UNIVERSITY MEDICAL COLLEGE,<br>NEW YORK HOSPITAL, PAYNE WHITNEY CLINIC<br>525 E. 68th Street, New York, New York 10021<br>July 1966 – July 1969 |
| | CHILD PSYCHIATRY, CORNELL UNIVERSITY MEDICAL COLLEGE<br>NEW YORK HOSPITAL, PAYNE WHITNEY CLINIC<br>525 E. 68th Street, New York, New York 10021<br>July 1968 – July 1969 |
| **TEACHING POSITIONS** | TEACHING FELLOW, PSYCHIATRY<br>CORNELL UNIVERSITY MEDICAL COLLEGE<br>New York, New York 1967 - 1969 |
| | CLINICAL PROFESSOR, DEPARTMENT OF PSYCHOLOGY<br>VISITING FACULTY, UNIVERSITY OF CENTRAL, FLORIDA<br>Orlando, Florida 1973 - 1975 |

Irving S. Kolin, M.D., Revised 01/18/05

03/30/05

CONFIDENTIAL
AZSER12750486

BEST COPY AVAILABLE

| | |
|---|---|
| **TEACHING POSITIONS** (Continued) | TEACHING FACULTY, MEDICAL RESIDENT PROGRAM ORLANDO REGIONAL MEDICAL CENTER Orlando, Florida 1977 to 1995 |
| | TEACHING FACULTY, FAMILY PRACTICE RESIDENCY PROGRAM FLORIDA HOSPITAL Orlando, Florida 1984 to 1990 |
| | TEACHING FACULTY, THE OSLER INSTITUTE PSYCHIATRIC BOARD REVIEW COURSES, 1994 to 2000 |
| | CLINICAL INSTRUCTOR, PSYCHIATRY UNIVERSITY OF FLORIDA COLLEGE OF MEDICINE Gainesville, Florida 1971 - 1972 |
| | CLINICAL ASSISTANT PROFESSOR, DEPARTMENT OF PSYCHIATRY UNIVERSITY OF FLORIDA COLLEGE OF MEDICINE Gainesville, Florida 1972 - 1986 |
| | COURTESY CLINICAL ASSOCIATE PROFESSOR, DEPT. OF PSYCHIATRY UNIVERSITY OF FLORIDA COLLEGE OF MEDICINE Gainesville, Florida 1986 to present |
| | TEACHING FACULTY, EDUCATIONAL TESTING CONSULTANTS, INC., 2003 |
| **BOARD CERTIFIED** | Diplomate, American Board of Psychiatry and Neurology Adult Psychiatry, 1972 |
| | Diplomate, American Board of Psychiatry and Neurology with Added Qualifications in Addiction Psychiatry, 1993 |
| | Diplomate, American Board of Psychiatry and Neurology with Added Qualifications in Forensic Psychiatry, 1994 |
| | Diplomate, American Board of Psychiatry and Neurology with Added Qualifications in Geriatric Psychiatry, 1992, Recertified 2002 |
| **BOARD EXAMINATIONS COMMITTEE** | Part II Examiner, Oral Examination, American Board of Psychiatry and Neurology, 1979, 1980, 1983, 1984 and 1987 |
| **CERTIFICATION** | Certification by Examination American Society of Addiction Medicine, 1987 |
| | Certification by Examination American Board of Quality Assurance and Utilization Review, 1991 |

Irving S. Kolin, M.D.                                    2

CONFIDENTIAL
AZSER12750487

BEST COPY AVAILABLE

**CERTIFICATIONS
CONTINUED**

Diplomate, American Academy of Pain Management, 1991

Senior Disability Analyst and Diplomate, American Board of
Disability Analysts, 1997

Certification by Examination American Society of Clinical
Psychopharmacology, 1998

Certification by Examination American Society of Adolescent
Psychiatry, 1993, Recertified 2003

**PUBLICATIONS**    Kolin, I., NEMALINE MYOPATHY, American Journal
Diseases of Children, Vol. 114, No. 1, July 1967

Kolin, I., et al STUDIES OF SCHOOL AGE CHILDREN
WITH MENINGOMYELOCELE, The Journal of Pediatrics,
St. Louis, Vol. 78, No.6, June 1971

Kolin, I., Baker, J.L., Jr., Bartlett, E.S.,
PSYCHOSEXUAL ASPECTS OF MAMMARY AUGMENTATION,
Medical Aspects of Human Sexuality, Vol. 8,
No. 12, December 1974

Baker, J.L., Jr., Kolin, I., Bartlett, ES.,
Contribution, MEDICAL ASPECTS OF HUMAN SEXUALITY,
Vol. 10, No. 3, March 1976 and Vol. 10, No. 6,
June 1976

Kolin, I., Linet, 0., DOUBLE-BLIND COMPARISON OF
ALPRAZOLAM AND DIAZEPAM FOR SUBCHRONIC
WITHDRAWAL FROM ALCOHOL, The Journal of Clinical
Psychiatry, Vol. 42, No. 4, 1981

McGuire, I., Borowy, T., Kolin I., ATTITUDES TOWARD
MENTAL HEALTH PROFESSIONALS IN A HOSPITAL
BASED COMMUNITY MENTAL HEALTH CENTER, Community
Mental Health Journal, Vol. 22, No. 1, Spring 1986

Kolin, I., PRACTITIONER'S CORNER, "Practice Life
From Private Care to Managed Care", Journal of Practical
Psychiatry and Behavioral Health, Vol 1, No. 1, Spring, 1995

Kolin, I. ASK THE EXPERT, "What is the Role of
Naltrexone in the Treatment of Alcohol Dependency", Journal
Of Practical Psychiatry and Behavioral Health, Vol. II, No. 3,
Spring 1996

Irving S. Kolin, M.D.                                3

CONFIDENTIAL
AZSER12750488

BEST COPY AVAILABLE

**PUBLICATIONS CONTINUED**

Croop, R., Kolin, I., et al, For the Naltrexone Usage Study Group "THE SAFETY PROFILE OF NALTREXONE IN THE TREATMENT OF ALCOHOLISM, Results From a Multicenter Usage Study", Archives of General Psychiatry, Volume 54, December 1997

Apter, J., Kolin, I., et al, Poster, American College of Neuropsychopharmacology, 37th Annual Meeting, Lamotrigine:   Evidence of Antidepressant Activity in Bipolar Disorder.", December 17, 1998.

**BOOK CONSULTANT**

Peter Golenbock, WILD, HIGH AND TIGHT, The Life of Billy Martin, St. Martin's Press, New York, New York, 1994

Eddie Fisher, BEEN THERE DONE THAT, St. Martin's Press, New York, New York, 1999.

**SPEAKERS BUREAU**

Dupont-Merck, Roerig-Pfizer, Eli Lilly Co., Glaxo Wellcome, Organon, Medical World Conferences, Forest Laboratories, Parke-Davis, Wyeth-Ayerst, SmithKline Beacham

**TELEVISION RADIO NEWS APPEARANCES**

WFTV 9 (ABC), WMFE 24 (PBS), WOFL 35 (FOX), WESH 2 (NBC), WKIS 740 (AM), WDBO 580 (AM, WKMG 6 (CBS), CNBC (Cable), PUBLIC BROADCASTING - MEXICO,  CHANNEL 2 ISRAEL AMERICA'S HEALTH NETWORK, SALLY JESSE RAPHAEL, CENTRAL FLORIDA NEWS

**INTERNET CHAT ROOM HOST**

America's Health Network Attn.Com

**CONFERENCE**

University of Florida, College of Medicine, CHAIRMAN National C.M.E. Program in Psychiatry, PSYCHIATRIC PERSPECTIVES, 1982 to 1994

**PEER REVIEW EXAMINER**

American Psychiatric Association, 1981 to 1990

Irving S. Kolin, M.D.

4

CONFIDENTIAL
AZSER12750489

BEST COPY AVAILABLE

| **LICENSES** | National Board of Medical Examiners, | | |
|---|---|---|---|
| | Diplomate | July 1, 1966 | No. 82921 |
| | New York State | November 30, 1966 | No. 97938 |
| | California | October 7, 1968 | No. G15528 |
| | Florida | September 12, 1969 | No. 14534 |

**MEDICAL**
**SOCIETIES**

The American College of Psychiatrists, Fellow
American Psychiatric Association, Distinguished Lifetime Fellow
American Medical Association
American Academy of Child and Adolescent Psychiatry
American Academy of Psychiatrists
   in Alcoholism and Addiction, Founding Member
American Pain Society, Diplomate
Florida Psychiatric Society, President,
      Central Florida Chapter, 1980, 1981
Central Florida Adolescent Society, Secretary,
      1983 - 1984, President 1985

**MILITARY**

U.S. Navy Medical Corps, Lieutenant Commander,
Department of Neuropsychiatry, Naval Hospital
Orlando, Florida July 1969 – July 1971

**EMPLOYMENT**

Private Practice, 1065 West Morse Boulevard,
Winter Park, Florida 1971 to present

Psychiatric Consultant, Lucerne Spinal Injury
Center, Humana Hospital Lucerne
Orlando, Florida 1976 to 1995

Psychiatric Consultant, Burn Unit,
Orlando Regional Medical Center
Orlando, Florida 1978 to 1995

Psychiatric Consultant, Orange Memorial Hospital
Comprehensive Community Mental Health Center
Orlando, Florida 1971 - 1972

Chief of Psychiatry, Orange Memorial Hospital
Orlando, Florida 1977 - 1982

Medical Director, Orlando Regional Medical Center
Comprehensive Community Mental Health Center
Orlando. Florida 1977 - 1989

Irving S. Kolin, M.D.                                        5

CONFIDENTIAL
AZSER12750490

BEST COPY AVAILABLE

**EMPLOYMENT
CONTINUED**

Founding Medical Director, Florida Hospital Center for
Psychiatry, Medical Psychiatric Unit, 1984 - 1988

Founding Medical Director, Florida Hospital Center for
Psychiatry, Addictions Treatment Unit, 1984 - 1989

Medical Director, Glenbeigh Hospital - Orlando,
Glenbeigh Health Sources, 1989 - 1994

Administrative Director of Psychiatry, Princeton Hospital –
1996 to 1998

Medical Staff, Orlando Regional Heathcare Systems –
1971 to present

Medical Staff - Florida Hospital 1984 to Present

**REFERENCES**

Robert Michels, M.D.
Walsh McDermott University Professor of Medicine
University Professor of Psychiatry
Cornell University Medical College
New York, New York 10021

Dwight Evans, M.D.
Chairman of Psychiatry
University of Pennsylvania
Department of Psychiatry
3 Blockley Hall, 423 Guardian Drive
Philadelphia, Pennsylvania 19104-6021

Charles B. Nemeroff, M.D.
Chairman, Department of Psychiatry and Behavioral Sciences
Reunitte W. Harris Professor
Emory University School of Medicine
1639 Pierce Drive, Suite 4000
Atlanta, GA 30322-4990

Alan Schatzberg, M.D.
Kenneth T. Norris, Jr. Professor
Chairman of Psychiatry
Stanford University
School of Medicine
Stanford, California

Irving S. Kolin, M.D.                                        6

602

CONFIDENTIAL
AZSER12750491

BEST COPY AVAILABLE

| | |
|---|---|
| **HONORS & AWARDS** | American Medical Association Physician's Recognition Award in Continuing Education, 1974 to present |
| | Who's Who in Medicine and Healthcare (5th Edition 2004 – 2005) |
| | Who's Who in the World, Twenty Second Edition (Marquis Who's Who, New Providence, New Jersey) |
| | Dictionary of International Biography, Volume 14, (International Biographical Center, Cambridge, England) |
| | The Best Doctors in America, Southeast Edition, 1996-97 |
| | The Best Doctors in America, 1999, 2000, 2001, 2002, 2003, 2004 |
| | Top Doctors 1999, 2000, 2001, 2002, 2003 |
| | America's Top Psychiatrists 2002 - 2003 |
| **CIVIC** | Rotary International, 1971 to 1981 Mental Health Association, Orange County, 1973 to present, (President 1977-78) NARPA, National Association of Responsible Professional Athletes, Co-Founder & Medical Advisor, 1992 to 1998 Board Member Lakeside Alternatives, Mental Health Services Orange County, 2002 to present |

**PERSONAL**

Born:  Brooklyn, New York, February 15, 1940)

Married:  REDACTED

Children:

**ATTACHMENT A**   **Research Positions**

**ATTACHMENT B**   **Research Trials**

CONFIDENTIAL AZSER12750492

BEST COPY AVAILABLE

Irving S. Kolin, M.D.

# ATTACHMENT A

## RESEARCH POSITIONS

Resident Research Fellow, Cornell University Medical College, Department of Psychiatry, 1966-69

Principal Investigator, Wallace Laboratories, 1975-78

Principal Investigator, Upjohn Incorporated, 1980 to 1996

University of Central Florida Institutional Review Board (for the use of Human Subjects in Research), 1980 - 1981

Principal Investigator, Burroughs Wellcome Company, 1987 to 1990

Principal Investigator, G.H. Besselaar Associates, 1987 to 1990

Principal Investigator, Sandoz Pharmaceuticals Corp., 1991 - 1993

Principal Investigator, International Clinical Research Associates, 1991 to 1994

Principal Investigator, Imperial Chemical Industries Pharmaceuticals Group, 1992 - 1993

Principal Investigator, ClinTrials, Inc., 1992 - 1994

Principal Investigator, TAP Pharmaceuticals, Inc., 1993 - 1994

Principal Investigator, Dupont Merck Pharmaceutical Co., 1993, 1995-1996

Principal Investigator, Boehring Ingelheim, 1995

Principal Investigator, Janssen Research Foundation, 1995 - 1997

Principal Investigator, Hoechst Marion Roussel, Inc. Pharmaceuticals, 1996 - 1998

Principal Investigator, Worldwide Clinical Trials, Inc., 1996 - 1998

Principal Investigator, Pharmacia & Upjohn, 1996 - 1999

Principal Investigator, Eisai America, Inc., 1996 - 1997

Principal Investigator, Zeneca Pharmaceuticals, 1997

Principal Investigator, Bristol-Myers Squibb Company, 1997 - 1999

Irving S. Kolin, M.D.                                    Att. A-1

CONFIDENTIAL
AZSER12750493

BEST COPY AVAILABLE

**RESEARCH POSITIONS, CONTINUED**

Principal Investigator, Titan Pharmaceuticals, Inc., 1997

Principal Investigator, IBAH, Inc., 1997

Principal Investigator, Bayer Corporation, 1998

Principal Investigator, Novartis Pharmaceuticals Corporation, 1998 - 1999

Principal Investigator, Forest Laboratories, 1998

Principal Investigator, Somerset Pharmaceuticals, 1998

Principal Investigator, Solvay Pharmaceuticals, 1998

Principal Investigator Parke-Davis, 1999 - 2000

Principal Investigator, Eli Lilly/NIMH, 1995

Principal Investigator, Quintiles Pacific, Inc. 1996 to present

Principal Investigator, Pfizer, 1996 to present

Principal Investigator, Otsuka Maryland Research Institute, 1997 to present

Principal Investigator, Organon, 2000 – 2002

Principal Investigator, Wyeth-Ayerst Research, 2000 to present

Principal Investigator, GlaxoSmithKline, 1997 to present

Principal Investigator, Ortho McNeil, 2002 - 2003

Principal Investigator, Astra Zeneca, 2002 to present

Principal Investigator, Johnson & Johnson, 2005

Irving S. Kolin, M.D.                    Att. A-2

CONFIDENTIAL
AZSER12750394

BEST COPY AVAILABLE

Irving S. Kolin, M.D.

# ATTACHMENT B

## RESEARCH TRIALS

Fixed-Dose, Double-Blind Study Comparing Efficacy of Deanol Tablets vs. Placebo in the Treatment of Depressive Disorder - 1977

Double-Blind Comparison of Alprazolam and Diazepam for Subchronic Withdrawal From Alcohol - 1981

Fixed-Dose, Double-Blind Study Comparing Efficacy and Safety of Alprazolam Tablets vs. Imipramine - 1983

A Phase II, Parallel Group, Placebo Controlled Study to Evaluate the Efficacy and Safety of Antianxiety Medication in Outpatients with Generalized Anxiety Disorder - 1987

Prospective Open Evaluation of the Seizure Incidence with Bupropion Hydrochloride - 1987

Fixed-Dose, Double-Blind Study Comparing Efficacy of Antidepressant vs. Placebo in the Treatment of Geriatric Depression - 1987

Fixed-Dose, Double-Blind Study Comparing Efficacy and Safety of Antianxiety Tablets vs. Placebo in the Treatment of Panic Disorder, Using Once Daily Dosing - 1991

Randomized Double-Blind, Placebo-Controlled Study Comparing Efficacy and Safety of Antianxiety Medication in the Treatment of Generalized Anxiety Disorder – 1992

Double-Blind, Placebo-Controlled Comparison of Low and High Dosage Regimens of Seroquel in the Treatment of Hospitalized Patients With Subchronic or Chronic Schizophrenia - 1992

Open Label Study of the Safety of Antianxiety Medication in the Treatment of Generalized Anxiety Disorder – 1993

A Randomized Comparative Study of Paroxetine in the Treatment of Depression as used in a Clinical Practice Setting - 1993

Short and Long Term Study of Alprazolam in the Treatment of Panic Disorder with Agoraphobia - 1992 – 1994

Irving S. Kolin, M.D.                                          Att. B-1

CONFIDENTIAL
AZSER12750495

BEST COPY AVAILABLE

**RESEARCH TRIALS, CONTINUED**

Double-Blind, Fixed Dose, Comparing Antianxiety Medication (2, 4, and 8 mg/day), with Placebo in Generalized Anxiety Disorder - 1993

Safety Surveillance Study for Wellbutrin Sustained Release #28, 676 Study #208 - 1993 - 1994

An Open-Label, Long-Term Safety Study of Antianxiety Medication In the treatment of Generalized Anxiety Disorder- 1994

Dupont Merck Pharmaceutical Company DUP 393-101 "An Open Label Usage Study of Trexan*R* (ReVia) as Adjunctive Treatment with Psychosocial Therapy for Individuals with Alcoholism - 1993 to 1995

Fixed-Dose, Placebo-Controlled Study of Antidepressant Capsules in the Treatment of Mixed Anxiety and Depressive Disorder - 1994 to 1995

Eli Lilly/NIMH Open Label Olanzapine Trial - 1995 - 1996

Double-Blind, Placebo-Controlled Clinical Dose-Finding Trial Comparing Fixed Dosages of Antipsychotic Medication - 1995-1996

Multicenter, Randomized, Double-Blind, Placebo-Controlled Study of Opiate Antagonist 50 mg, Administered Once Daily with a Nicotine Patch as Adjunctive Treatment of Psychosocial Therapy for Prevention of Smoking Relapse - 1996

Placebo-Controlled Trial of Antidepressant and Fluoxetine in the Treatment of Patients with Major Depression - 1996

Phase II of Multicenter, Randomized, Double-Blind, Placebo and Active Controlled Study of Antipsychotic in Schizophrenic and Schizoaffective Patients - 1996

An Open-Label, Multicenter Clinical Trial Evaluating the Safety and Efficacy of Donepezil Hydrochloride (E2020) in Patients With Alzheimer's Disease - 1996 - 1997

A Multicenter, Double-Blind, Placebo-Controlled, Fixed-Dose Evaluation of the Safety and Efficacy of an Anticonvulsant in the Treatment of A Major Depressive Episode in Patients Suffering From Bipolar Disorder - 1997

An Open, Multicenter, Flexible Dose Continuation Study of An Anticonvulsant in Patients with Bipolar Disorder - 1997

A Multicenter, Double-Blind, Placebo-Controlled, Randomized, Fixed-Dose Evaluation of the Safety and Efficacy of an Anticonvulsant in the Long-Term Prevention of Relapse and Recurrence of Depression and/or Mania in Patients With Bipolar I Disorder - 1997

Irving S. Kolin, M.D.                                        Att. B-2

CONFIDENTIAL
AZSER12750496

BEST COPY AVAILABLE

## RESEARCH TRIALS, CONTINUED

A Multicenter, Double-Blind, Double-Dummy, Placebo and Lithium-Controlled, Randomized, Flexible-Dose Evaluation Of the Safety and Efficacy of an Anticonvulsant in the Long-Term Prevention of Relapse and Recurrence of Mania and/or Depression in Patients with Bipolar I Disorder - 1997

A Double-Blind, Randomized Trial of Three Fixed Doses of Transdermal 5HT1 Agonist Compared to Placebo in the Treatment of Anxious Outpatients - 1997

A Multicenter, Randomized, Double-Blind, Placebo and Active Controlled Study of Antipsychotic Medication in Schizophrenic and Schizoaffective Patients - 1997

A Multicenter, Open-Label, Long-Term Followup, Safety Study Of Antipsychotic Medication in Schizophrenic and Schizoaffective Patients Who Participated in the Study 100907PR0015 (9/24/96) – 1997

A Comparison of Risperidone and Haloperidol for Prevention of Relapse in Subjects with Schizophrenia and Schizoaffective Disorders - 1997

A Double-Blind Flexible Dose Study of Transdermal 5HTI Agonist in the Treatment of Children With Attention-Deficit Hyperactivity Disorder – 1997

An Open-Label, Long Term, Flexible Dose Safety Study of Transdermal 5HT1 Agonist in the Treatment of Childhood Attention-Deficit Hyperactivity Disorder - 1997

A Multicenter, Double-Blind, Randomized Comparison of Zolmitriptan and Sumatriptan in the Acute Treatment of Multiple Migraine Headaches - 1997

A Double-Blind Placebo Controlled, Parallel Group Study to Evaluate the Efficacy of a Second Sumatriptan Succinate Tablet (25 or 50 mg) in the Acute Treatment of Migraine - 1997

A Phase II Double-Blind Placebo-Controlled Study of Antipsychotic Medication in the Treatment of Psychosis - 1997

An Open-Label Follow-On Study of the Long Term Safety of Antipsychotic Medication in Patients with Psychosis-1997 to present

A Double-Blind Placebo-Controlled, Haloperidol-Referenced Study of the Safety and Efficacy of Three Doses of Antipsychotic Medication Administered to Schizophrenic Patients for 42 Days - 1997

An Open-Label Assessment of the Long-Term Safety of Antipsychotic Medication - 1997

Antidepressant versus placebo in the treatment of Major Depressive Disorder - 1997

ChE Inhibitor in Alzheimer's Disease - 1998

Irving S. Kolin, M.D.                                        Att. B-3

608

CONFIDENTIAL
AZSER12750497

BEST COPY AVAILABLE

**RESEARCH TRIALS, CONTINUED**

A Double-Blind, Placebo-Controlled, Parallel Group Assessment of the Safety and Efficacy of Antidepressant Transdermal System in Patients with Major Depression - 1998

A Multicenter, Placebo and Active Control, Double-Blind Randomized Study of the Efficacy and Safety of Antipsychotic Medication in Schizophrenic and Schizoaffective Patients - 1998

A Multicenter, Open-Label, Long-Term Follow-Up Safety Study Of Antipsychotic Tablets in Schizophrenic and Schizoaffective Subjects Who Participated in Double Blind Antipsychotic - 1998

CELEXA Clinical Experience Trial, Protocol CIT-MD4-98-15-000 Parke-Davis - 1998

A Prospective, Randomized, Double-Blind, Placebo-and-Active Controlled, Multicenter Study to Evaluate the Efficacy and Safety Of Three Fixed Doses of Antipsychotic Medication (4, 8, and 12 mg/d) Given b.i.d. for 42 days to Schizophrenic Patients With Acute or Subacute Exacerbation, Followed by a Double-Blind, Active-Controlled, Flexible-Dose, Long-Term, 6-Month Phase with Antipsychotic Medication (4, 8, 12, or 16 mg/d) given q.d. - 1998

A Phase III, Open-Label, Treatment-Switching Study from Orally Administered Antipsychotic Monotherapy to Orally Administered Antipsychotic Medication Monotherapy in the Treatment of Chronic Schizophrenic and Schizoaffective Patients. Otsuka America Pharmaceutical, Inc. - 1999

An Open-Label Follow-on Study of the Long-Term Safety of Antipsychotic Medication Administered Orally in Patients with Psychotic Disorders or Psychotic Behaviors of Dementia. Otsuka America Pharmaceutical, Inc. - 1999

A Double-Blind, Placebo-Controlled, Parallel Assessment of the Safety And Efficacy of an Antidepressant Transdermal System in Patients with Major Depression - 1999

An Open-Label Study to Assess the Safety of an Antidepressant Transdermal System in Patients with Major Depression - 1999

The Multiple-Dose Pharmacokinetics of an Antidepressant in Children and Adolescents - 1999

A Randomized, Multicenter, Double-Blind, Placebo-Controlled, Fixed-Dose 7-Week Evaluation of the Efficacy and Safety of an Anticonvulsive Agent in Treatment of a Major Depressive Episode in Unipolar Depressed Patients - 1999

A Multicenter, Randomized, Double-Blind, Parallel Group, Placebo-Controlled Study Evaluating the Efficacy and Safety Of Two Fixed Dose Ranges of an Anticonvulsive Agent (15-30 MG and 45-60 MG) in Children and Adolescents (AGED 6 to 17) With Generalized Anxiety Disorder – 1999

A Sustained Efficacy Study of an Antianxiety Agent in Patients With Generalized Anxiety Disorder- 1999 - 2001

Irving S. Kolin, M.D.                                     Att. B-4

609

CONFIDENTIAL
AZSER12750498

BEST COPY AVAILABLE

**RESEARCH TRIALS, CONTINUED**

A Placebo-Controlled Study of an Antianxiety Agent and Paroxetine In Patients with Panic Disorder - 1999 - 2001

Open-Label Safety Study of an Antianxiety Agent in Patients With Anxiety Disorders - 1999 - 2001

A Double-Blind, Placebo-Controlled Study of a Flexible Dose Of an Antidepressant in Adult Outpatients with Generalized Social Anxiety Disorder - 2000 - 2001

A Double-Blind, Placebo-Controlled Study of a Flexible Dose Of An Antidepressant in Adolescent Outpatients with Generalized Social Anxiety Disorder - 2000 - 2001

A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Efficacy and Safety Study of an Antidepressant in Outpatient Children and Adolescents with Major Depressive Disorder - 2000 - 2001

A Multicenter, Double-Blind, Placebo-Controlled Fixed Dose Evaluation of the Safety and Efficacy and Tolerability of an Anticonvulsive Agent in the treatment of a Major Depressive Episode in Patients with Type I Bipolar Disorder - 2001

A Multicenter, Randomized, Double-Blind Placebo-Controlled study of the Efficacy and Safety of antidepressant orally disintegrating tablets in subjects with Major Depressive Disorder - 2001

A Double-Blind, Placebo-Controlled, Parallel-groups, flexible dose study of an Antidepressant in Adolescents with Panic Disorder - 2001

A Multicenter, Randomized, Double-Blind, Placebo-Controlled, fixed dose, efficacy and safety study of an Antidepressant in outpatient children and adolescents with Major Depressive Disorder - 2001

A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Efficacy and Safety Study of an Antidepressant in Outpatient Children and Adolescents with Generalized Anxiety Disorder – 2001

A Multicenter, Double-Blind, Placebo-Controlled, Fixed-Dose Evaluation of the Safety, Efficacy, and Tolerability of an anticonvulsant in the treatment of Major Depressive episode in patients with Type I Bipolar Disorder - 2001

An acute and continuation phase study of the comparative efficacy of an antidepressant in achieving and sustaining remission in patients with recurrent unipolar Major Depression; followed by a Long-Term Randomized, Placebo-Controlled Maintenance Treatment Study in patients treated initially with an antidepressant medicine – 2001

A Randomized, Double-Blind, Parallel-Group, Placebo-Controlled Flexible-Dose Study Evaluating Efficacy and Safety of SB-659746-A in patients with Major Depressive Disorder – 2002

Alzheimer Banking Genetic Study for Early Onset Alzheimer Disease – 2002

Alzheimer Banking Genetic Study for Late Onset Alzheimer Disease – 2002

Irving S. Kolin, M.D.                                    Att. B-5

610

CONFIDENTIAL
AZSER12750499

BEST COPY AVAILABLE

**RESEARCH TRIALS, CONTINUED**

A Double-Blind, Placebo-Controlled Study for the effect of a birth control pill on bone mineral density in pediatric subjects with Anorexia Nervosa – 2002

A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Fixed-Dose, Safety and Efficacy Trial of an antidepressant in outpatient children and adolescents with Major Depressive Disorder - 2002

A Multicenter, Double-Blind, Randomized, Placebo-Controlled, Double-Dummy trial of the use of an antipsychotic in the treatment of patients with Bipolar Depression – 2002

An Open-Label Extension Trial in children and adolescents with Major Depressive Disorders – 2003

A Multicenter, Double-Blind, Randomized, placebo-controlled flexible dose study evaluating efficacy, safety and tolerability of once daily oral GW353162 in patients with Major Depressive Disorder – 2003

Fixed Dose, Double-Blind, Placebo-Controlled study comparing study drug to Risperidone for the assessment of negative symptoms in patients with Schizophrenia or Schizoaffective Disorder, Depressive Type – 2004.

A Randomized, Double-Blind, Placebo-Controlled, Flexible Dose Study comparing antidepressant and Venlafaxine ER in adult patients with Major Depressive Disorder, 2004.

A 10-month Open Label Evaluation of the long-term safety of antidepressant in outpatients with Major Depressive Disorder, 2004 – 2005.

A Confirmatory, Multicenter, Double-Blind, Randomized, Placebo Controlled trial in the use of Antipsychotic in treatment of patients with Bipolar Depression, 2004.

A Multicenter, Randomized, Double-Blind, Fluoxetine and Placebo-controlled Study of the Efficacy and Safety of Remeron SolTab (mirtazapine) Orally Disintegrating Tablets in Subjects with Major Depressive Disorder, 2001.

An Acute and Continuation Phase Study of the Comparative Efficacy of Venlafaxine ER (Effexor XR) and Fluoxetine (Prozac) in Achieving and Sustaining Remission (Wellness) in Patients with Recurrent Unipolar Major Depression; Followed by a Long-Term Randomized, Placebo-Controlled Maintenance Treatment Study in Patients Treated Initially with Venlafaxine ER", 2001-2005.

A Multicenter, Double-Blind, Placebo-Controlled, Fixed-Dose Evaluation of the Safety, Efficacy, and Tolerability of Lamictal (lamotrigine) in the Treatment of a Major Depressive Episode in Patients with Type I Bipolar Disorder, 2001-2002.

A Randomized, Double-Blind, Parallel-Group, Placebo-Controlled Flexible-Dose Study Evaluating Efficacy and Safety of study drug versus placebo in patients with Major Depressive Disorder, 2002.

A Double-Blind, Placebo-Controlled, Parallel-Group, Flexible-Dose Study of Venlafaxine ER in Adolescent Outpatients with Panic Disorder, 2002

A Multicenter, Double-Blind, Randomized, Placebo-controlled, Double-dummy Trial of the Use of Quetiapine Fumarate (Seroquel) in the Treatment of Patients with Bipolar Depression, 2002-2003.

Irving S. Kolin, M.D.                                    Att. B-6

CONFIDENTIAL
AZSER12750500

BEST COPY AVAILABLE

**RESEARCH TRIALS, CONTINUED**

Escitalopram Effects on Quality of Life, 2002-2003.

A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Fixed-Dose, Safety and Efficacy Trial of Org 33062 ER in Outpatient Children and Adolescents with Major Depressive Disorder, 2003.

Open-Label Extension Trial in Children and Adolescents with Major Depressive Disorder Who Participated in One of the Short-Term Org 33062 ER Safety and Efficacy Trials, 2003-2004.

The Effect of Ortho Tri-Cyclen on Bone Mineral Density in Pediatric Subjects with Anorexia Nervosa: A Double-Blind, Placebo-Controlled Study, 2003.

DNA/RNA/SERUM Banking in subjects with Late Onset Alzheimer's Disease, 2003.

A Multicenter, Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Flexible-Dose Study Evaluating Efficacy, Safety, and Tolerability of Once-Daily Oral GW353162 versus Placebo in Subjects with Major Depressive Disorder over an eight-week Treatment Period, 2003-2004.

F1J-MC-HMCX: Lilly's Emotional And Physical Symptoms of Depression Study, 2004.

A Confirmatory Multicenter, Double-Blind, Randomized, Placebo-controlled study of the Use of Quetiapine Fumarate (Seroquel) in the Treatment of Patients with Bipolar Depression, 2004-2005.

A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Flexible-Dose Study of DVS-233 SR and Venlafaxine ER in Adult Patients with Major Depressive Disorder, 2004-2005.

A 10-Month Open-Label Evaluation of the Long-Term Safety of DVS-233 SR in Outpatients with Major Depressive Disorder, 2004-2006.

A Placebo-Controlled, Double-Blind, Randomized, Parallel Study of the Withdrawal Effects of Chronic Daily and As Needed Dosing With study drug in the Treatment of Premature Ejaculation, 2005.

(NOTE: Some trade names of medication withheld pursuant to sponsor agreements)

Irving S. Kolin, M.D., Revised 1/18/05                    Att. B-7

CONFIDENTIAL
AZSER12750501

BEST COPY AVAILABLE

D1447C00126
Site # 0135

## PCSD~Feighner Research

*The Clinical Trials Division Of*
**PSYCHIATRIC CENTERS
AT SAN DIEGO**

CURRICULUM VITAE

GREGORY F. BISHOP, M.D.

| PCSD~Feighner Research | PCSD~Feighner Research |
|---|---|
| 765 Third Avenue | (Corporate Office) |
| Suite 301 | 6153 Fairmount Avenue, Suite 140 |
| Chula Vista, California | San Diego, CA   92120 |
| (619) 409-7474 | (619) 528-4621 |

---

**LICENSURE AND CERTIFICATION:**

California License   #G-061181

Board Certified, Adult Psychiatry, 1995

---

**EDUCATION:**

1981-1985  Medical College of Ohio
           Toledo, Ohio

1977-1981  Ashland College
           Ashland, Ohio

1973-1977  Seneca East High School
           Attica, Ohio

---

**INTERNSHIPS AND RESIDENCIES:**

1985-1986  Internship - Aultman Hospital
           Canton, Ohio

1986-1987  Psychiatry Resident
           PGY-2
           University Hospital
           Cleveland, Ohio

1987-1989  Psychiatry Resident
           PGY-3 and PGY-4
           University of California
           San Diego, California

---

**PROFESSIONAL EXPERIENCE:**

6/2003-Present   Principal Investigator
                 PCSD~Feighner Research
                 San Diego, CA

Revised 12/2003

613

CONFIDENTIAL
AZSER12750502

BEST COPY AVAILABLE

Gregory F. Bishop, M.D.
Curriculum Vitae
Page 2

| | |
|---|---|
| 2002-6/2003 | Principal Investigator<br>Feighner Research Institute<br>San Diego, CA |
| 1992-Present | Chairman, Department of Psychiatry<br>Paradise Valley Hospital<br>Paradise Valley and Bayview campus<br>National City, CA |
| 1992-1997 | Medical Director<br>RESTORE Program<br>Paradise Valley Hospital<br>National City, CA |
| 1992-1996 | Medical Director<br>Mental Health Unit<br>Sharp Cabrillo Hospital<br>San Diego, CA |
| 1989-Present | Practicing Psychiatrist<br>Psychiatric Centers at San Diego<br>San Diego, CA |
| 1989-Present | Clinical Investigator<br>Feighner Research Institute<br>San Diego, CA |
| 1989-1992 | Associate Medical Director<br>RESTORE Program<br>Paradise Valley Hospital<br>National City, CA |
| 1988-1989 | Psychiatric Disability Evaluation<br>Seagate Medical Group<br>San Diego, CA |
| 1986-1987 | Emergency Physician<br>Willard Area Hospital<br>Willard, Ohio |

-------------------------------------------------------------------------

**PROFESSIONAL SOCIETIES:**

American Psychiatric Association
California Psychiatric Association
San Diego Society of Psychiatric Physicians
American Association of Addiction Medicine

-------------------------------------------------------------------------

**CLINICAL TRIALS:** See Attached    **PUBLICATIONS:** See Attached

C:\DOCUMENTS AND SETTINGS\LIZ PAZ\LOCAL SETTINGS\TEMPORARY INTERNET
FILES\CONTENT.IE5\WT23WPU3\GFBCV-CORP[1].DOC

614

CONFIDENTIAL
AZSER12750503

BEST COPY AVAILABLE

1989-90      Sertraline Protocol 050-111-534
             Double-blind, placebo-controlled comparative trial of
             Sertraline and Fluoxetine in treatment of outpatients
             with major depressive disorder.
             Pfizer Central Research

1990         Wellbutrin protocol 88
             The safety and efficacy of Bupropion (Wellbutrin) and
             Fluoxetine (Prozac) in depressed outpatients.
             Burroughs Wellcome Co.

1990-92      Fluvoxamine, Protocol 114.01.06
             A single center, double-blind, placebo-controlled
             comparison with Imipramine in outpatients for the
             treatment of depression.
             Reid-Rowell, Inc.

1991-92      Wellbutrin protocol 203
             A multicenter evaluation of the safety and efficacy
             of 150 mg/day and 300 mg/day of Bupropion HC1
             sustained-release versus placebo in depressed
             outpatients.
             Burroughs Wellcome Co.

1991-92      Alpidem protocol LXT17
             Extension study of Alpidem in outpatients with non-
             psychotic anxiety.
             Lorex Pharmaceuticals

1991-92      Buspirone Protocol CN101-029
             A double-blind multicenter trial of two doses
             ofextended release Buspirone compared to immediate
             release Buspirone in the treatment of anxious
             outpatients.
             Bristol-Myers Squibb

1991-93      Venlafaxine 600A-341-US
             Double-blind, placebo controlled, parallel-group
             dosage comparison study of BID and TID dosing of
             Venlafaxine in outpatients with major depression.
             Wyeth-Ayerst Research

1992-93      Nefazodone/Protocol CN104-054
             Double-blind, multi-center trial of Nefazodone,
             Fluoxetine and placebo in the treatment of depressed
             outpatients.
             Bristol-Myers Squibb

CONFIDENTIAL
AZSER12750504

BEST COPY AVAILABLE

Gregory F. Bishop, M.D.
Clinical Trials
Page 2

1994-97     Sertraline, Protocol R-0283
            Double-blind study to assess the efficacy of
            maintenance Sertraline treatment in the prevention of
            recurrence in chronic depression.
            Pfizer Inc. Roerig Division

1994-96     Sertraline, Protocol R-0253
            Double-blind, parallel comparison of Sertraline and
            Imipramine in outpatients with concurrent DSM-III-R
            major depression and dysthymia.
            Pfizer Pharmaceutical

1994-96     Sertraline, Protocol R-0259
            Double-blind continuation study of Sertraline and
            Imipramine in patients with concurrent DSM-III-R
            chronic major depression and dysthymia.
            Pfizer Inc. Roerig Division

1994-96     Sertraline, Protocol R-0254
            Double-blind, parallel comparison of Sertraline and
            Imipramine in outpatients with chronic DSM-III-R
            major depression.
            Pfizer Inc. Roerig Divison

1994-96     Sertraline, Protocol R-0260
            Double-blind continuation study of Sertraline and
            Imipramine in patients with DSM-III-R chronic major
            depression.
            Pfizer Inc. Roerig Division

1994-95     Sertraline, Protocol R-0265
            Double-blind crossover study of Sertraline and
            Imipramine in patients with concurrent DSM-III-R
            major depression and dysthymia.
            Pfizer Inc, Roerig Division

1994-96     Sertraline, Protocol R-0262
            Double-blind crossover study of Sertraline and
            Imipramine in patients with DSM-III-R chronic major
            depression.
            Pfizer Inc. Roerig Division

CONFIDENTIAL
AZSER12750505

BEST COPY AVAILABLE

Gregory F. Bishop, M.D.
Clinical Trials
Page 3

1994-96    Flesinoxan, Protocol 128.1.03
Randomized, double-blind, parallel group, placebo and
imipramine controlled outpatient study to assess the
efficacy and safety of Flesinoxan relative to placebo
in the treatment of adult outpatients with major
depressive disorder.
Solvay Pharmaceuticals

1994    Wellbutrin SR - 209
Randomized, double-blind, parallel group, multicenter
outpatient study comparing the efficacy and safety of
Wellbutrin Sustained Release vs. Sertraline in
outpatients with major depressive disorder.
Burroughs Wellcome

1994-96    Xanax XR, Protocol M/2002/0039
Randomized, double-blind, parallel group without
placebo control to compare the efficacy and
tolerability of Xanax SR vs. Lorazepam in anxious
patients.
Upjohn

1994-95    E2020, Protocol E2020-A001-302
Randomized, double-blind, placebo-controlled
evaluation of the safety and efficacy of E2020 in
patients with Alzheimer's disease.
Eisai America, Inc.

1994-97    E2020, Protocol E2020-A001-303
An open-label, multicenter, extended evaluation of
the safety and efficacy of E2020 in patients with
Alzheimer's disease.
Eisai America, Inc.

1994-95    BMS 181101, Protocol CN113-014
Multi-center, double-blind, randomized, parallel
group, placebo controlled to investigate the
efficacy, tolerability, and safety of BMS-181101 in
depressed outpatients.
Bristol-Myers Squibb

1995-96    SDZ ENA 713, Protocol ENAB 352
Randomized, multi-center, double-blind, placebo
controlled, parallel-group comparison of the efficacy
and safety of 2 doses of ENA 713 vs placebo in the
treatment of outpatients with mild to moderate
probable Alzheimer's Disease.
Sandoz Pharmaceuticals Corporation

617

CONFIDENTIAL
AZSER12750506

BEST COPY AVAILABLE

Gregory F. Bishop, M.D.
Clinical Trials
Page 4

1995-2000    SDZ ENA 713, Protocol ENAB 353-E-00
             An open-label, six-month extension of SDZ ENA 713
             studies B351 and B352 to prospectively evaluate the
             long-term safety, tolerability and efficacy of 1
             through 6 mg b.i.d. (2 - 12 mg/day) SDZ ENA 713 in
             outpatients with probable alzheimer's disease
             Sandoz

1995-96      MK-462 025-00
             A randomized, triple-blind, placebo controlled,
             outpatient study to examine the safety and efficacy
             of MK-462 10 mg. p.o. in the treatment of multiple
             attacks of migraine headache
             Merck & Co., Inc.

1995-96      Metrifonate, Protocol D95-018
             A double-blind, placebo-controlled trial to evaluate
             the safety and efficacy of Metrifonate
             (Bay A 9826) in patients with probable Alzheimer's
             disease.
             Bayer Corporation

1996-97      Metrifonate, Protocol X95-018
             A multicenter, open-label study of the safety and
             tolerability of Metrifonate (BAY A 9826) in patients
             with probable Alzheimer=s disease.
             Bayer Corporation

1996-97      CP-93,393-1, Protocol #129-109-563
             A ten week, double-blind, placebo-controlled
             multicenter study to evaluate the efficacy and safety
             of oral CP-93,393-1 in outpatients with major
             depressive disorder
             Pfizer, Inc.

1996-98      CP-93,393-1, Protocol #129-110-563
             A ten week, double-blind, placebo-controlled
             multicenter study to evaluate the efficacy and safety
             of oral CP-93,393-1 in outpatients with generalized
             anxiety disorder
             Pfizer, Inc.

CONFIDENTIAL
AZSER12750507

BEST COPY AVAILABLE

Gregory F. Bishop, M.D.
Clinical Trials
Page 5


1996-97        E2020, Protocol E2020-A001-312
               A 54 week, randomized, double-blind, placebo-
               controlled evaluation of the effects of donepezil
               hydrochloride (E2020) on functional outcomes in
               patients with Alzheimer=s disease with a staged
               crossover to open-label donepezil hydrochloride
               E2020)treatment.
               Eisai America, Inc.


1996-97        E2020, Protocol E2020-A001-314
               An open-label, multicenter clinical trial evaluating
               the safety and efficacy of donepezil hydrochloride
               (E2020) in patients with Alzheimer=s disease.
               Eisai America, Inc.


1996-97        UK-116,044, Protocol 160-102-5019
               A multicenter, double-blind, randomized, placebo-
               controlled,parallel group, dose response study of the
               efficacy and safety of oral eletriptan in subjects
               with acute migraine.
               Pfizer, Inc.


1996-98        UK-116,044, Protocol 160-108
               A multicenter, randomized, open-label, comparative
               study of the safety, toleration and efficacy of oral
               eletriptan for long term treatment of subjects with
               acute migraine.
               Pfizer, Inc.


1996-98        Venlafaxine, Protocol 95-015-MA
               Double-blind, placebo-controlled study of venlafaxine
               and fluoxetine in geriatric outpatients with major
               depression.
               Wyeth-Ayerst Laboratories


1997-98        LY354740, Protocol #B3L-MC-LWAA
               Double-blind, Placebo-controlled Study of the Safety
               and Efficacy of Ly354740 and Lorazepam in Outpatients
               with Generalized Anxiety Disorder
               Eli Lilly and Company


1997-98        LY354740, Protocol #B3L-MC-LWAC
               LY354740 vs. Placebo: Reduction of Panic Symptoms
               Provoked by a $CO_2$ Challenge
               Lilly Research Laboratories, a Division of Eli Lilly & Co.


619

CONFIDENTIAL
AZSER12750508

BEST COPY AVAILABLE

Gregory F. Bishop, M.D.
Clinical Trials
Page 6

1997-98        INN00835, Protocol # PPIN-9453-6202
               A Randomized, Double-blind, Placebo-controlled,
               Efficacy, Safety, and Pharmacokinetic Study of 5 and 10
               Day Treatment with Inn00835 in Subjects Diagnosed with
               Major Depression
               Innapharma, Inc.

1997-98        Exelon, Protocol #ENAB-356
               An Open-Label Study to Evaluate the Safety and Efficacy
               of 1.5mg BID (3 mg/day) through 6 mg BID (12 mg/day) of
               ExelonJ in Patients with Mild to Severe Probable
               Alzheimer=s Disease in the Community Setting
               Novartis Pharmaceuticals Corporation

1997-1998      L754,030, Protocol #008-00
               A Double-Blind, Multicenter, Comparison Study of a
               Neurokinin Type 1 Receptor Antagonist (L-754,030)
               versus Paroxetine and Placebo in the Treatment of
               Outpatients with Major Depressive Disorder (With
               Anxiety)
               Merck and Company, Inc.

1997-98        L754,030, Protocol #020-00
               A Double-Blind, Multicenter, Dose-Finding Acute and
               Extension Study of MK-0869 (L754,030) vs. Fluoxetine
               Hydrochloride and Placebo in the Treatment of
               Outpatients with Major Depressive Disorder
               Merck and Company, Inc.

1997-98        Metrifonate, Protocol U96-001
               Long Term Treatment with Metrifonate (Bay a 9826)
               for Patients with Probable Alzheimer=s Disease
               Bayer Corporation

1997-98        Reboxetine, Protocol #97-CRBX-049
               Reboxetine (PNU-155950E) Versus Placebo in the
               Treatment of Major Depressive Disorder
               Pharmacia & Upjohn Incorporated

1997-98        Aripiprazole, Protocol #31-97-201
               A Phase III Double-Blind Placebo-Controlled Study
               of Aripiprazole in the Treatment of Psychosis
               Otsuka America Pharmaceuticals, Inc.

1997-98        Aripiprazole, Protocol #31-97-203

CONFIDENTIAL
AZSER12750509

BEST COPY AVAILABLE

An Open-label Follow-on Study of the Long-term Safety of Aripiprazole in Patients with Psychosis
Otsuka America Pharmaceuticals, Inc.

1997-98     SR 58611A, Protocol #DRI 2412
A Double-blind, Placebo-controlled, Multicenter Study Evaluating the Efficacy and Safety of SR 58611A In Outpatients with Major Depression
Sanofi Research Division

1997-98     E2020, Protocol #E2020-A001-207
A Preliminary, Multicenter, Randomized, Double-Blind, Placebo-Controlled Evaluation of the Safety and Efficacy of Donepezil Hcl in Adult Patients with Attention Deficit Hyperactivity Disorder (ADHD)
Eisai, Inc.

1997-99     E2020, Protocol #E2020-A001-208
An Open-label, Multicenter Extended Evaluation of the Safety and Efficacy of Donepezil HCl in Adult Patients with Attention Deficit Hyperactivity Disorder (ADHD)
Eisai, Inc.

1998-99     Reboxetine, Protocol #97-CRBX-050
Reboxetine (PNU-155950E) Versus Placebo and Fluoxetine in a Controlled, Randomized,Double-Blind, Multicentr Study of Treatment in Major Depressive Disorders
Pharmacia and Upjohn

1998-99     Citalopram, Protocol #CIT-MD3-97-07-000
Citalopram Treatment of Depressed Patients Discontinued from Paroxetine for Adverse Events
Forest Laboratories

1998-99     Citalopram, Protocol #CIT-MD3-97-11-000
Citalopram Treatment of Depressed Patients Discontinued from Fluoxetine for Adverse Events
Forest Laboratories

1998-99     Citalopram, Protocol #CIT-MD3-97-12-000
Citalopram Treatment of Major Depression in Fluoxetine Nonresponders
Forest Laboratories

1998-99     Citalopram, Protocol #CIT-MD3-97-13-000
An Open-label Extension of Citalopram Treatment in Depressed Patients Discontinued from Fluoxetine or Paroxetine

CONFIDENTIAL
AZSER12750510

BEST COPY AVAILABLE

Gregory F. Bishop, M.D.
Clinical Trials
Page 8

Forest Laboratories

| | |
|---|---|
| 1998-99 | Aripiprazole, Protocol #31-98-217<br>A Multi-Center, Randomized, Double-Blind, Active-Controlled Study to Compare the Long-Term Maintenance Effects and Safety of Aripiprazole and Haloperidol Following Acute Relapse in Schizophrenic Patients<br>Otsuka America |
| 1998-99 | Aripiprazole, Protocol #31-98-218<br>An Open-Label, Follow-On Study of the Long-Term Safety of Aripiprazole in Patients With Chronic Schizophrenia<br>Otsuka America |
| 1998-99 | Idebenone, Protocol #CV2619/PNFP-005<br>A Randomized, Double-Blind, Placebo-Controlled, 12-Month Safety and Efficacy Trial of Idebenone (CV-2619) 360 mg. tid in Patients With Probable Alheimer=s Disease.<br>Takeda America Research and Development Center |
| 1998-99 | Idebenone, Protocol #CV2619/PNFP-008<br>A Randomized, Double-Blind, 12-Month Safety and Efficacy Study of Idebenone (CV-2619) 360 mg tid or Placebo Added to Treatment With Donepezil Hcl 10 mg qd in Patients with Probable Alzheimer=s Disease.<br>Takeda America Research and Development Center |
| 1998-99 | Venlafaxine ER, Protocol #0600B1-384-US<br>A Double-Blind, Placebo-Controlled, Comparative Study of an Extended Release Formulation of Venlafaxine and Imipramine on the Time of Onset of Antidepressant Response in Patients with Severe Major Depression.<br>Wyeth Ayerst Research |
| 1998-2000 | Flesinoxan, Protocol #S128310<br>A Multicenter, Double-Blind, Randomized Parallel Group Study of the Efficacy and Tolerability of a Flexible Dose Regimen of Flesinoxan Versus Placebo in Outpatients With Fluoxetine as an Active Control<br>Solvay Pharmaceuticals |
| 1998-00 | Hypericum, Protocol #N01-MH-70007<br>A Placebo-Controlled Clinical Trial of a Standardized Extract of Hypericum Perforatum in |

CONFIDENTIAL
AZSER12750511

BEST COPY AVAILABLE

Major Depressive Disorder
National Institutes of Health

1998-99      Topiramate, Protocol #TOPMAT-PDMD-002
             Placebo-Controlled Study of the Safety and Efficacy of
             RWJ-17021-000 in the Treatment of Acute Manic or Mixed
             Episodes in Subjects With Bipolar I Disorder
             RW Johnson PRI

1998-99      Topiramate, Protocol #TOPMAT-PDMD-003
             Open-Label Extension Study of the Safety and
             Tolerability of RWJ-17021 in Subjects With Bipolar I
             Disorder Who Completed Protocol TOPMAT-PDMD-002
             RW Johnson PRI

1998-1999    NS 2389, Protocol DE2389-002
             A Double-Blind, Randomized, Parallel Study Comparing
             the Safety, Efficacy and Tolerability of NS 2389 to
             Placebo in Outpatients with Major Depression
             NeuroSearch

1999-2000    Paroxetine, Protocol #29060/651
             A 12-Week, Double-Blind, Fixed Dose Comparison of 20
             and 40 mg Daily of Paroxetine and Placebo in Patients
             Suffering from PostTraumatic Stress Disorder (PTSD)
             SmithKline Beecham Pharmaceuticals

1999-00      Venlafaxine ER, Protocol #0600B1-915-US
             An Open-label Randomized Assessment of the Efficacy and
             Tolerability of Venlafaxine Extended Release in
             Serotonin-Selective Reuptake Inhibitor (SSRI)-Failure
             Patients with Major Depression
             Wyeth-Ayerst Laboratories

1999-00      Nefazodone ER, Protocol #CN104-174
             A Multi-Center, Double-Blind, Placebo and Paroxetine
             Controlled, Randomized, Flexible Dose Trial of
             Nefazodone ER in the Treatment of Depressed Patients
             Bristol-Myers Squibb

1999-00      Pregabalin, Protocol #1008-082
             A Sustained Efficacy Study of Pregabalin in Patients
             With Social Phobia
             Parke-Davis

CONFIDENTIAL
AZSER12750512

BEST COPY AVAILABLE

1999-01      Pregabalin, Protocol #1008-084
             Open-Label Safety Study of Pregabalin (CI-1008) in
             Patients With Anxiety Disorders
             Parke-Davis

1999-00      Flibanserin, Protocol #511.41
             A Six-Week, Randomized, Double-Blind, Placebo-
             Controlled, Parallel Group Efficacy and Safety Trial of
             50 mg. Flibanserin b.i.d. and 20 mg. Fluoxetine q.d. in
             Outpatients with Major Depressive Disorder
             Boehringer-Ingelheim Pharmaceuticals

1999-01      Flibanserin, Protocol #511.44
             An Open-Label, One-Year Trial of Flibanserin in
             Depressed Patients, in North America and Australia.
             Boehringer-Ingelheim Pharmaceuticals

1999-00      R-Fluoxetine, Protocol #H5Z-MC-LUAG
             Long-Term Open-Label Treatment with R-Fluoxetine
             Hydrochloride for Evaluation of Safety
             Eli Lilly and Company

2000-00      Nefazodone ER, Protocol #CN104-175
             A Multicenter, Double-Blind, Placebo and Sertraline
             Controlled, Randomized, Parallel Group Design, Flexible
             Dose Trial of Nefazodone ER in the Treatment of
             Depressed Patients
             Bristol-Myers Squibb

2000-01      Venlafaxine ER, Protocol #0600B1-414-US
             A Double-Blind, Placebo-Controlled Comparative Efficacy
             Study of Venlafaxine ER and Sertraline in Producing
             Remission in Outpatients with Major Depressive Disorder
             Wyeth-Ayerst Research

2001-02      CP 122,721, Protocol #A1651002
             A Phase IIb, Six-week, Double-blind, Placebo- and
             Paroxetine-controlled Multicenter Study to Evaluate the
             Safety and Efficacy of Oral CP-122,721 in Outpatients
             with Major Depressive Disorder
             Pfizer

2001-02      CP 122,721, Protocol #A1651007
             A Seven-week, Double-blind, Extension of Protocol
             A1651002:  A Phase IIb, Six-week, Double-blind, Placebo-
             and Paroxetine-controlled Multicenter Study to Evaluate
             the Safety and Efficacy of Oral CP-122,721 in
             Outpatients with Major Depressive Disorder

CONFIDENTIAL
AZSER12750513

BEST COPY AVAILABLE

Pfizer

2001        CP 615,003, Protocol #A3381003
            A Randomized, Double-Blind, Alprazolam- and Placebo-
            Controlled Study of the Efficacy and Safety of CP-
            615,003 in Outpatients with Generalized Anxiety Disorder
            Pfizer

2001-       INN00835, PPIN9453-6204
            A Single-Center, Open-Label, Pilot Study to Evaluate the
            Safety and Efficacy of INN 00835 in Subjects Diagnosed
            with Major Depressive Disorder and Who Have Been
            Refractory to Prior Treatment
            Innapharma, Inc.

2001-02     INN00835, PPIN9453-6207
            A Double-Blind, Parallel-Group, Multicenter, Fixed-Dose
            Study to Evaluate the Safety and Efficacy of Three Doses
            of INN 00835 in Subjects Diagnosed with Major Depressive
            Disorder
            Innapharma, Inc.

2001-       SRI41716, Protocol #EFC4743
            A Randomized,  Double-Blind, Placebo-Controlled,
            Parallel-Group, Fixed-Dose, Multicenter Study of Weight-
            Reducing and Prevention of Weight Regain Effects and
            Safety of SR141716 in Obese Patients with or without
            Comorbidities (RIO North America)
            Sanofi-Synthelabo

2001-02     Frovatriptan, Protocol #VML 251/00/02
            A Double-blind, Placebo-controlled, Three-way Cross-over
            Clinical Study To Assess the Safety and Efficacy of Two
            Dose Regimens of Frovatriptan, Compared with Placebo, in
            Preventing Menstrually-Associated Migraine (MAM)
            Headaches
            Vernalis, Ltd.

2001-02     CP 448,187, Protocol #A2721008
            An Eight-Week, Double-Blind, Placebo-Controlled
            Multicenter Study to Evaluate the Safety and Efficacy of
            2 Doses of CP-448,187 (1.5 And 3 mg) and Paroxetine in
            Subjects With Major Depressive Disorder
            Pfizer, Inc.

CONFIDENTIAL
AZSER12750514

BEST COPY AVAILABLE

Gregory F. Bishop, M.D.
Clinical Trials
Page 12

AB Wop   4/28/05

2002-        INN00835, PPIN9453-6209
             An Open-Label, Single-Center Study to Evaluate the
             Efficacy of 30 mg, 45 mg, 60 mg or 75 mg Nemifitide in
             Subjects Diagnosed With Major Depressive Disorder
             Innapharma, Inc.

2002-        INN00835, PPIN9453-6211
             A Single-Center, Open-Label Study Of INN 00835
             (Nemifitide) In Subjects With Major Depressive Disorder
             Innapharma, Inc.

2002-        Gepirone, Protocol #134017
             A Double-Blind, Multi-Center, Randomized, Placebo-
             Controlled, Efficacy and Safety Study of Org 33062 ER and
             Fluoxetine in Subjects with Major Depressive Disorder
             Organon, Inc.

2002-        Gepirone, Protocol #134506
             A Double-blind, Multi-center, Extension Trial in Subjects
             with Major Depressive Disorder Who Participated in the
             Placebo-controlled, Efficacy and Safety Trial of Org
             33062 ER and Fluoxetine in Subjects with Major Depressive
             Disorder
             Organon, Inc.

2002-        Desvenlafaxine, Protocol #0600D3-223-US
             A Multicenter, Randomized, Double-blind, Placebo-
             controlled Study of 2 Fixed Doses of DVS-233 SR in Adult
             Outpatients with Major Depressive Disorder
             Wyeth Ayerst Research

2002         MT300, Protocol MT300-302
             A Randomized, Double-Blind, Placebo Controlled Evaluation
             of the Safety and Efficacy of MT300 in the Acute
             Treatment of Migraine
             Pozen, Inc.

2003         Protocol 5077IL/0089
             A multicenter, open-label, flexible-dose, parallel-group
             evaluation of the cataractogenic potential of quetiapine
             fumarate (SEROQUEL TM) and risperidone (RISPERDAL TM) in
             the long-term treatment of patients with schizophrenia or
             schizoaffective disorder.  AstraZeneca

2004         Protocol:  3151A1-306-WW
             A multicenter, randomized, double-blind, placebo-
             controlled, parallel group study to evaluate the efficacy

626

CONFIDENTIAL
AZSER12750515

BEST COPY AVAILABLE

Gregory F. Bishop, M.D.
Clinical Trials
Page 13

and safety of three fixed doses (100 mg, 200 mg, or 400 mg) of dvs-233 SR in adult outpatients with major depressive disorder, Protocol No. 3151A1-306-US IND 64,552

Protocol: 3151A1-303-WW
A 10-Month Open-label evaluation of the long-term safety of DVS-233SR in outpatients with major depressive disorder PROTOCOL NO. 3151A1-303-WW, IND # 64,552

2005        Protocol: D1447C00126
A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. AstraZeneca.

*Gregory P Bishop*
5/5/05

CONFIDENTIAL
AZSER12750516

BEST COPY AVAILABLE

Curriculum Vitae

**D1447C00126**
**Site #** 0136

Jerry C. Steiert, MD
Ph:    206-624-4587
Email:  jerrys@summitnetwork.com

Summit Research Network (Seattle) LLC
901 Boren  Suite 1800
Seattle, WA  98104

## LICENSURE/CERTIFICATION

Licensure:  National Board of Medical Examiners, 1969; Washington, 1969

Certification:  Board Certified, Psychiatry, American Board of Psychiatry and Neurology, 1984

## EDUCATION/TRAINING

1971-1974:   Psychiatry Residency, University of Washington School of Medicine, Seattle, Washington

1968-1969   Rotating Internship, Hennepin County Hospital, Minneapolis, Minnesota

1964-1968   M.D. University of Washington School of Medicine, Seattle, Washington

1960-1964   B.S. in Chemistry, Seattle University, Seattle, Washington

## PROFESSIONAL EXPERIENCE
04/04-Present
Principal Investigator/Subinvestigator
Summit Research Network (Seattle) LLC
901 Boren Avenue – Suite 1800
Seattle, WA  98104

Provide screening and consenting of new patients; medical monitoring; administration of physician rating scales; physical examinations; attended investigator meetings; and performed Principal Investigator duties as required.

6/01-9/03
Sub-Investigator
Northwest Clinical Research Center
1900 116th Avenue NE
Bellevue, WA 98004
Provided screening and consenting of new patients; medical monitoring; administration of physician rating scales; physical examinations; attended investigator meetings; and performed Principal Investigator duties when he was unavailable

8/74-12/01
Staff Psychiatrist
Group Health Cooperative
2700-152nd Ave NE
Redmond, WA 98052

628

CONFIDENTIAL
AZSER12750517

BEST COPY AVAILABLE

Provided individual, family, and group diagnostic and psychotherapeutic services including psychopharmacology, on an outpatient basis. Provided psychiatric consultation for patients in a general medical hospital; outpatient consultation to family physicians and specialists; pain management; hypnotherapy; and evaluation and treatment of dual disorders

8/69-8/71
General Medical Officer
U.S. Army Medical Corps.

## ADMINISTRATIVE EXPERIENCE

7/75-12/01
Group Health Cooperative
2700-152nd Ave NE
Redmond, WA 98052

Mental Health Service Clinic Chief: Federal Way Clinic 7/75-7/77; Eastside Clinic 1/78-1/80. Provided coordination of services; program development; supervision of nursing staff; scheduling of staff activities; and resolution of consumer complaints

Psychiatric Services Team Supervisor: Eastside Clinic 1/86-9/94. Responsible for hiring and supervising psychiatric and nursing staff; budgetary responsibility; quality assurance and utilization management; scheduling of activities and services including consultation to Master level psychotherapists and Phd Psychologists. Participated in clinic management quality improvement projects

Tri-Regional Chief of Psychiatric Inpatient Services: 1/92-12/01. Responsible for formation and administration of contracts with Psychiatric Hospitals that provided inpatient psychiatric care to Group Health members. Provided consultation to Provider Relations during the contracting process; consultation to Mental Health Liaison Nurses and Psychiatrists; utilization management; quality improvement projects for both inpatient and post hospital care; consultation to the Director of the Mental Health Service on budgetary and clinical issues

## STAFF PRIVILIGES

Group Health Hospitals, Seattle and Redmond, Washington, 1974-2001
University of Washington, Department of Psychiatry Auxiliary Staff, 1987-2001

## PROFESSIONAL ORGANIZATIONS

American Psychiatric Association, General Member, 1976-Present
Washington State Psychiatric Association, 1976-Present
King County Medical Association, 1980-Present
Washington State Medical Association, 1980-1983
The American Society of Clinical Hypnosis, 1976-1978

## PRESENTATIONS

CONFIDENTIAL
AZSER12750518

BEST COPY AVAILABLE

1993 Issue Workshop entitled "Effective Collaboration with Managed Care" at the Annual American Psychiatric Association Meeting
1995 Group Health Cooperative, Instructor for Course on Psychopharmacology
2002 Group Health Cooperative, Psychopharmacology Review and Update

**Studies Involved in at Summit Research Network (Seattle) LLC:**

| | |
|---|---|
| 2003 to present | A 12-month, Open-label, flexible-dosage study to evaluate the safety of Drug A at doses up to 16mg/day in adults with Generalized Anxiety Disorder |
| 2003 to present | An 8-week, randomized, double-blind, placebo-controlled, parallel-group, flexible-dosage study to evaluate the efficacy and safety of Drug A1, at doses up to 16mg/day, in the treatment of Generalized Anxiety Disorder in Adults. |
| 2003 to present | A 12-week, randomized, double-blind, placebo-controlled, parallel-group, flexible-dosage study to evaluate the Efficacy and Safety of Drug A, at doses up to 16mg/day, in the treatment of Chronic Post-Traumatic Stress Disorder in Adults. |
| 2004 to present | A 12-month, Open-label, Flexible-dosage study to Evaluate the Safety of Drug A at dosages up to 16mg/day in Adults with chronic Post-Traumatic Stress Disorder. |
| 2004 to present | A one year, multicenter, randomized, double-blind, placebo-controlled evaluation of the efficacy and safety of Drug A (E2020) in subjects with Mild Cognitive Impairment. |
| 2002 to present | A long-term extension study evaluating the Safety and Tolerability of BID and QD Administration of Drug A in Patients with mild to moderate dementia of the Alzheimer's type. |
| 2003 to present | A Double-Blind Flexible Dose Comparison of Drug A, Drug B and Placebo in the Treatment of Generalized Anxiety Disorder |
| 2003 to present | A double-blind, flexible dose comparison of Drug A and Drug B in the treatment of Major Depressive Disorder. |
| 2003 to present | Double-blind, placebo-controlled, no dementia, 8-week study of Drug A for depression in geriatric patients 60 years old and above. |
| 2003 to present | A Multi-Center, Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Fixed-Dose Study Evaluating the Efficacy, Safety and Tolerability of Two Doses (20mg and 60mg) of a Once-Daily Oral Formulation of GW353162 in Subjects with |

630

CONFIDENTIAL
AZSER12750519

BEST COPY AVAILABLE

Major Depressive Disorder for a Treatment period of Eight Weeks.

| | |
|---|---|
| 2003 to present | 6 Week, randomized, parallel-group, placebo controlled Trial to Assess Efficacy of R228060 in Depressed Adults with Major Depressive Disorder. |
| 2001 to present | Long-Term, Open-Label Safety Study of Drug A in Adult Outpatients with DSM-IV Attention-Deficit/Hyperactivity Disorder |
| 2004 to present | A double-blind study of outcomes with Drug A and placebo in adult outpatients with DSM-IV Attention Deficit/Hyperactivity Disorder |
| 2002 to present | The Study of Drug A and Drug B in combination for treatment-resistant depression without psychotic features. |
| 2003 to present | A multi-center, randomized, double-blind, parallel study of approximately 480 outpatients diagnosed with major depressive disorder. |
| 2003 to present | A multicenter, randomized, double-blind study comparing Drug A and Drug B/Drug A combination therapy in patients with persistent depressive symptoms. |
| 2003 to present | A multicenter, double-blind, randomized, placebo-controlled, parallel-group, study of the efficacy and safety of Drug A at 5-30mg/day administered once daily in children 6-17 years of age with Attention-Deficit/Hyperactivity Disorder. |
| 2003 to present | A double-blind, randomized, placebo-controlled, multicenter, efficacy and safety study of Org 33062 ER in subjects with major depressive disorder. |
| 2001 to present | A Double-Blind, Multicenter, Randomized, Placebo-Controlled, Parallel Group Study of Efficacy and Safety of ORG 33062 ER and Drug B in Subjects who Suffer from Major Depressive Disorder with Atypical Features |
| 2001 to present | A Double Blind Multicenter Extension Trial in Subjects who suffer from Major Depressive Disorder with Atypical Features who participated in the Placebo and Drug A-Controlled Study of Org 33062 ER. |
| 2003 to present | A 52-week multicenter study evaluating the safety and efficacy of Drug A for the maintenance of smoking cessation. |
| 2003 to | A double-blind, multicenter study evaluating the efficacy and safety of two doses of SR58611A versus placebo in patients with |

631

CONFIDENTIAL
AZSER12750520

BEST COPY AVAILABLE

| | |
|---|---|
| present | a recurrent major depressive episode. |
| 2002 to present | This is a multiple-country, multicenter, double-blind, randomized, placebo controlled, 3-arm parallel-group, phase III study, evaluating the efficacy and safety of Drug A 5 mg/day and 20 mg/day in the maintenance of abstinence to smoking |
| 2003 to present | A Phase II, Randomized Multi-center, Double-blind, parallel-group, placebo-controlled safety and efficacy study of SPD473 in adults aged 18-55 with attention deficit hyperactivity disorder. |
| 2004 to present | A 10-month Open-Label Evaluation of the Long-Term Safety of DVS-233 SR in Outpatients with Major Depressive Disorder. |
| 2003 to present | A Double-Blind, Randomized, Comparator Study to Evaluate Behavioral and Neuropsychological Parameters in Obese Subjects Receiving Study Drug or Drug B. |

**List of Studies involved in at Northwest Clinical Research Center (Bellevue):**

| | |
|---|---|
| 2002 to 2003 | Treatment Resistant Depression, Drug A (atypical antipsychotic) vs. placebo in addition to an SSRI |
| 2003 | Geriatric Depressive Disorder treated with Drug A (SSRI) vs. Placebo |
| 2002 to 2003 | Major Depressive Disorder treated with Drug A (SSRI) vs. Placebo |
| 2002 to 2003 | Major Depressive Disorder treated with Drug A (SSRI) vs. a comparator SSRI |
| 2001 to 2002 | Major Depressive Disorder treated with Drug A vs. a comparator SSRI |
| 2001 to 2002 | Major Depressive Disorder with Somatic Symptoms Drug A vs. placebo |
| 2002 to 2003 | Major Depressive Disorder with Psychotic Features without Concomitant Antidepressants Drug A vs. Placebo (Inpatient Study) |
| 2002 to 2003 | Major Depressive Disorder with Psychotic Features with Concomitant Antidepressants Drug A vs. Placebo (Inpatient Study) |
| 2002 to | Major Depressive Disorder Drug A vs. Placebo |

632

CONFIDENTIAL
AZSER12750521

BEST COPY AVAILABLE

| 2003 | |
| 2003 | Major Depressive Disorder Drug A vs. Comparator Antidepressant |
| 2002 to 2003 | Seasonal Affective Disorder Drug A vs. Placebo |
| 2003 | Major Depressive Disorder Drug A vs. Placebo |
| 2002 to 2003 | Major Depressive Disorder Drug A vs. Placebo (Inpatient Study) |
| 2001 to 2002 | Bipolar Mania treated with Drug A (atypical antipsychotic) vs. Placebo |
| 2002 to 2003 | Bipolar Mania Drug A (atypical antipsychotic) vs. Placebo (Inpatient Study) |
| 2002 to 2003 | Bipolar Mania in Adolescents Drug A vs. Placebo |
| 2002 to 2003 | Bipolar Mania Drug A (anticonvulsant) or Placebo Augmentation of Mood Stablizers Drug B and Drug C |
| 2003 | Bipolar Mania Drug A (anticonvulsant) vs. Drug B vs. Placebo |
| 2002 to 2003 | Bipolar Depression Drug A (atypical antipsychotic) vs. Placebo |
| 2002 to 2003 | Bipolar Depression Drug A (anticonvulsant) vs. Placebo |
| 2002 to 2003 | Panic Disorder Drug A vs. Comparator (SSRI) vs. Placebo |
| 2003 | Obsessive Compulsive Disorder Drug A vs. Placebo |
| 2003 | Schizophrenia Drug A vs. Placebo (Inpatient Study) |
| 2002 to 2003 | Schizophrenia Drug A vs. Drug B vs. Placebo (Inpatient Study) |
| 2003 | Social Phobia Drug A (anticonvulsant) vs. placebo |
| 2003 | ADHD in Adults Drug A vs. Placebo |
| 2002 to 2003 | Generalized Anxiety Disorder Drug A (SSRI) vs. Placebo |
| 2001 to 2003 | Generalized Anxiety Disorder Drug A (anticonvulsant) vs. Placebo |
| 2003 | Premenstrual Dysphoric Disorder Drug A (hormonal) vs. Placebo |
| 2002 | Primary Insomnia Drug A vs. Placebo |
| 2003 | Primary Insomnia Drug A vs. Placebo |

CONFIDENTIAL
AZSER12750522

BEST COPY AVAILABLE

D1447C00126
Site # _0137_

CURRICULUM VITAE – DANIEL CHUEH, MD

## ADDRESS

Neuropsychiatric Research Center of Orange County
8130 McFadden Ave. Suite 100
Westminster, CA 92683

## EDUCATION

| | | |
|---|---|---|
| 1990-1993 | Psychiatric Residency | University of California at Irvine School of Medicine |
| 1989-1990 | Internship | University of California at Irvine School of Medicine |
| 1985-1989 | M.D., State University of New York at Buffalo | School of Medicine |
| 1981-1985 | B.A., Political Science | Yale University |

## PROFESSIONAL CERTIFICATION AND LICENSURE

| | |
|---|---|
| 1999 | Board Certified, American Board of Psychiatry and Neurology |
| 1990 | State of Licensure: California |
| 1994 | New Zealand Medical License |

## PROFESSIONAL EXPEREINCE

| | |
|---|---|
| 2002- Present | Principal Investigator |
| 1994 – Present | Director of Psychiatric Services, Department of Psychiatry Coastal Communities Hospital, Santa Ana, CA |
| 1996 – Present | Medical Director Advantage Neuropsychiatric Associates |
| 2000 – Present | Research Consultant/Sub-Investigator, Department of Psychiatry University of California at Irvine Medical Center Orange, CA |

D. Chueh, MD CV
29/Mar/2005

634

CONFIDENTIAL
AZSER12750523

BEST COPY AVAILABLE

| 2002 – Present | Medical Director, Psychiatric Services |
| | Senior Care, Inc., Orange County, CA |
| 2002 – Present | Child Psychiatrist |
| | Child Guidance Center, Santa Ana, CA |
| 1999 – 2003 | Child Psychiatrist |
| | Aspen Community Services, Santa Ana, CA |
| 1996 – 1998 | Director of Psychiatric Services, Department of Psychiatry |
| | Pacifica Hospital, Huntington Beach, CA |
| 1997 – 1998 | Director of Partial Hospitalization, Department of Psychiatry |
| | College Hospital, Costa Mesa, CA |
| 1996 – 1997 | Medical Specialist Officer |
| | National Disaster Medical Services |
| 1994 – 1995 | Director of Adolescent Psychiatry, Department of Psychiatry |
| | CPC Hospital, Santa Ana, CA |
| 1993 – 1994 | Consultant Psychiatrist |
| | Takanui Hospital, Hamilton, New Zealand |
| 1993 – 1994 | Staff Psychiatrist |
| | Orange County Mental Health, Orange County, CA |

## RESEARCH EXPEREINCE

An International, Multicenter, Large Simple Trial (LST) To Compare the Cardiovascular Safety of ziprasidone and olanzapine. Sponsored by: Pfizer  Role: Principal Investigator

Examining Clinical Experience with escitalopram in Depression Trial. Sponsored by: Forest Pharmaceuticals.  Role: Principal Investigator

LEAPS study, Lilly's Emotional and Physical Symptoms of Depression Trial.  Sponsored by Eli Lilly.  Role: Principal Investigator

Clinical Antipsychotic Treatment Intervention Effectiveness (CATIE) program for schizophrenia.  Sponsored by National Institute of Mental Health.  Role: Sub-Investigator

Treatment of manic or mixed symptoms in Bipolar I Disorder with topiramate.  Sponsor: RW Johnson.  Role: Sub-Investigator

Treatment of hyperprolactinemia with olanzapine for schizophrenia and schizoaffective disorder.  Sponsored by Eli Lilly.  Role: Sub-Investigator

D. Chueh, MD CV
29/Mar/2005

CONFIDENTIAL
AZSER12750524

BEST COPY AVAILABLE

## PRESENTATIONS

6/23/04 *Treatment of Agitation/Aggression for Long-Term Care in the Elderly.* Costa Mesa, CA. Sponsored by: Abbott Laboratories

7/1/04 *Use of Antipsychotics in a Long-Term Setting.* Pomona, CA. Sponsored by: Bristol-Meyers Squibb.

8/7/04 *Latest Advances in Antidepressant Therapy.* Santa Ana, CA. Sponsored by: Glasko-Smith & Kline.

11/10/04 *The Use of Antipsychotics in the Elderly.* Santa Ana, CA. Sponsored by: Bristol-Meyers Squibb.

11/17/04 *Latest Advances in the Use of Abilify.* Costa Mesa, CA. Sponsored by: Bristol-Meyers Squibb.

11/23/04 *Mood Stabilizers in Long Term Care Setting.* San Diego, CA. Sponsored by: Abbott Laboratories.

12/7/04 *Latest Advances in Antipsychotic Therapy.* Santa Ana, CA. Sponsored by: Bristol-Meyers Squibb.

D. Chueh, MD CV
29/Mar/2005

CONFIDENTIAL
AZSER12750525

BEST COPY AVAILABLE

D1447C00126
Site #  0138

CURRICULUM VITAE

**Mary Louise Stedman, MD**
**3212 Cove Bend Dr**
**Tampa FL 33613**
**Phone:  813-971-8311**

**Education:**

| | |
|---|---|
| 1990 - 1992 | University of South Florida, Tampa, Florida<br>Child Psychiatry |
| 1987 - 1990 | University of South Florida, Tampa, Florida<br>Psychiatry Residency |
| 1983 - 1987 | University of South Florida, Tampa, Florida<br>M.D. |
| 1975 - 1979 | University of Florida, Gainesville, Florida<br>BA in Pharmacy |

**Professional Experience:**

| | |
|---|---|
| 2004-present | Investigator<br>Stedman Clinical Trials, LLC |
| 2/2002 – 2004 | Investigator<br>Comprehensive NeuroScience, Inc., St. Petersburg, Florida |
| 7/2002 – present | Investigator<br>Comprehensive NeuroScience, Inc., Sarasota, Florida |
| 1998 – 2/2002 | Investigator<br>ICSL - Clinical Studies, St. Petersburg, Florida |
| 1999 – 1/2002 | Investigator<br>ICSL – Clinical Studies, Tampa, Florida<br>(formerly Clinical Studies, Tampa) |
| 1997 - 2000 | Investigator<br>ICSL - Clinical Studies, Brandon, Florida<br>(formerly Clinical Studies, Brandon) |

CONFIDENTIAL
AZSER12750526

BEST COPY AVAILABLE

Mary Louise Stedman, MD
Curriculum Vitae
Page 2 of 11

**Professional Experience (continued):**

| | |
|---|---|
| 1992 - present | Psychiatrist / Private Practice<br>Tampa, Florida |
| 1982 - 1983 | Pharmacy<br>K-Mart, Brandon, Florida |
| 1979 - 1982 | Pharmacy<br>Pic-N-Save, Gainesville, Florida |

**Professional Membership / Organizations:**

America Psychiatry Association
Florida Psychiatry Society
America Medical Association
Hillsborough County Psychiatric Society

**Licenses / Certification:**

1989   Florida Medical License # ME0054031
1993   American Board of Psychiatry and Neurology # 036976

**Research Experience:**

An Eight-Week, Multicenter, Parallel-Group, Double-Blind, Placebo-Controlled Study of XXX in Elderly Outpatients with DSM-IV Major Depression.

A Multicenter, Randomized, Double-Blind, Parallel-Group, Placebo-Controlled Dose-Range Finding Trial to Evaluate the Safety and Efficacy of 4 Doses of XXX in Patients with Social Phobia.

A Six-week Double-blind Placebo and XXX Controlled, Multi-center Study to Evaluate the Safety and Efficacy of Oral XXX,XXX in Outpatients with Major Depressive Disorder.

CONFIDENTIAL
AZSER12750527

BEST COPY AVAILABLE

Mary Louise Stedman, MD
Curriculum Vitae
Page 3 of 11

**Research Experience (continued):**

A Double-Blind, Randomized, Multicenter, Parallel Design Study to Evaluate the Efficacy and Safety of Three Dose Ranges of XXX in Comparison with Placebo and XXX in Outpatients With Major Depressive Disorder.

A Double-Blind, Placebo-Controlled, Parallel Assessment of The Safety and Efficacy of the XXX XXX System in Subjects with Major Depression

An Open-Label Study to Assess the Safety of the XXX Transdermal System in Patients With Major Depression

A Double-Blind, Placebo-Controlled, Parallel-Group Assessment of the XXX Transdermal System in the Prevention of Relapse of Symptoms Associated With Major Depression

A Double-Blind, Randomized, Placebo-Controlled, Parallel-Group, Fixed-Dose Study of the Efficacy, Safety and Tolerability of XX mg and XX mg XXX XXX Extended Release Compared to Placebo in Patients with Generalized Anxiety Disorder.

A Placebo-Controlled Study of XXX in Elderly Patients with Generalized Anxiety Disorder

A Six-Week, Double-Blind, Placebo-Controlled, Multicenter Study to Evaluate the Safety and Efficacy of 3 Doses of XXX (XX MG) and XXX in Subjects With Major Depressive Disorder

Double-Blind, Randomized, Parallel-Group, Active- and Placebo-Controlled Study to Evaluate Safety and Efficacy of XXX in Patients with Social Phobia

Pharmacogenomics Blood Sampling Protocol

Open-label XXX Continuation Therapy

XXX, placebo, and XXX comparison in patients with Major Depressive Disorder

An Open-Label Study of the Safety, Tolerability, and Efficacy of Up to XX mg XXX XXX Extended Release in Patients with Generalized Anxiety Disorder.

CONFIDENTIAL
AZSER12750528

BEST COPY AVAILABLE

Mary Louise Stedman, MD
Curriculum Vitae
Page 4 of 11

**Research Experience (continued):**

XXX Once-Daily Dosing Versus Placebo in the Acute Treatment of Major Depression

A Dose-Ranging, Double-blind, Placebo-Controlled, Safety, Tolerability, and Efficacy Study of (R ) - XXX XXX in Patients with Major Depressive Disorder by DSM-IV Criteria

A Seven-Week, Double Blind, Extension of Protocol XXX: A Phase IIB, Six-Week, Double-Blind, Placebo- and XXX-Controlled Multicenter Study to Evaluate the Safety and Efficacy of Oral XXX in Outpatients With Major Depressive Disorder

A Phase IIB, Six-Week, Double-Blind, Placebo- and XXX-Controlled Multicenter Study to Evaluate the Safety and Efficacy of Oral XXX in Outpatients With Major Depressive Disorder

A Randomized, Double-Blind, Placebo-Controlled Parallel, Two-Week Efficacy and Safety Study of (X)-XXX in Elderly Subjects with Primary Insomnia

A Placebo-Controlled Dose-XXX Efficacy and Tolerability Study of XXX in Patients with Probable Alzheimer's Disease Study

Placebo controlled evaluation of XXX in the treatment of Alzheimer's Disease: Safety and Efficacy of a controlled release formulation

A Randomized, Open-Label, Parallel-Groups, Outpatient Study to Examine the Long-Term Safety and Tolerability of XXX 5 mg P.O. for the acute Treatment of Migraine in Adolescents.

Clinical Protocol for a Randomized, Double-blind, Placebo-controlled Study of XXX as XXX in Patients with Primary Hypercholesterolemia (XXX Assessment of Reducing Cholesterol [XXX]

Phase III contraception study of XXX XXX Acetate Subcutaneous Injection (XXX-X) in women of childbearing potential in the Americas (including a Bone Mineral Density [BMD] substudy comparing the effects of XXX-XX and XXXX-XX.)

Phase III Study of XXX XXX Acetate Subcutaneous Injection (XXX-XX) in Women with Endometriosis in U.S. and Canada.

CONFIDENTIAL
AZSER12750529

BEST COPY AVAILABLE

Mary Louise Stedman, MD
Curriculum Vitae
Page 5 of 11

**Research Experience (continued):**

A Double-blind Feasibility Study to Estimate and Compare the Effect of XXX in Parallel with XXX on Cognition in Patients with Type 2 Diabetes Mellitus

A Double-blind-Controlled, Parallel Group Comparison Study to Evaluate the Role of the addition of XXX to XXX Patients not responding to Maximum Dose XXX and XXX

A Randomized, Double-Blind, Placebo-Controlled and Open-Label Twelve Month Study of the safety of (X)-XXX in Adult Subjects with Insomnia.

Dose-response, efficacy, and safety: a 12-week randomized, multi-center, double-blind, double-dummy, parallel-group study of XXX and five doses of XXX in previously treated OHA monotherapy obese subjects with type 2 diabetes.

A 52-week Prospective, Randomized, Multicenter, Double-Blind, Placebo-Controlled, Parallel-Group Comparison of the Efficacy, Tolerability, and Safety of 3-12 mg/day of XXX (XXX) Capsules in Patients with Probable Vascular Dementia.

A multicenter, double-blind, randomized, placebo-controlled study to evaluate the effect of a continuous-combined HRT preparation containing 1 mg XXX and 3 mg XXX on blood pressure in mildly hypertensive postmenopausal women

A Phase IIB, Seven-Week, Double-Blind, Placebo- And XXX-Controlled Multicenter Study To Evaluate The Safety and Efficacy of Oral XX-XXX In Outpatients with Major Depressive Disorder And Associated Somatic Symptoms

A Seven-Week, Double Blind, Extension Of Protocol XXX: A Phase IIB, Seven-Week, Double-Blind, Placebo- And XXX-Controlled Multicenter Study To Evaluate The Safety And Efficacy Of XXX In Outpatients With Major Depressive Disorder And Associated Somatic Symptoms

XXX versus XXX in Combination with XXX, comparative efficacy and safety: an open-label, randomized, parallel group, multicenter study in the treatment of subjects with type 2 diabetes inadequately controlled with XXX or XXX or low-dose XXX™.

CONFIDENTIAL
AZSER12750530

BEST COPY AVAILABLE

Mary Louise Stedman, MD
Curriculum Vitae
Page 6 of 11

**Research Experience (continued):**

A multinational, multicenter, randomized, double-blind, parallel group, active controlled, comparative trial, to assess the endometrial histological profile following treatment with XXX (XXX) versus XXX (XXX) plus XXX (XXX in postmenopausal women.

A Multicenter, Double-Blind, Randomized, Placebo-Controlled Study to Evaluate the Effect of a Continuous-Combined HRT Preparation Containing X mg XXX and X mg XXX on Blood Pressure in Mildly Hypertensive Postmenopausal Women

An open-label extension trial to assess the long-term safety of a controlled release formulation of XXX in the treatment of Alzheimer's dementia

A 6-Week, Double-Blind, Randomized, Multicenter, Fixed-Dose, Placebo-Controlled Study of XXX Dosed Twice a Day in Patients With Generalized Anxiety Disorder

A Double-Blind, Placebo-Controlled, Randomized Study to Evaluate Safety, Tolerability, and Immunogenicity After 1 and 2 dose of XXX Vaccine

A randomized, double-blind, placebo-controlled evaluation of the safety and efficacy of XXX in subjects with acute migraine attack.

Double-Blind, Placebo Controlled, Parallel Group, Dose Ranging Comparison of the Efficacy and Safety of Extended Release XXX and Placebo in the Treatment of Osteoarthritis of the Knee and/or Hip.

A Randomized, Double-Blind, Dose Ranging, Dose Comparison-Controlled Trial to Determine The Safety and Efficacy of XXX in Patients With Type 2 Diabetes" IND # XXX

A Multinational, Randomized, Double-Blind, Placebo- and Active-Comparator-Controlled, Parallel-Groups Study to Examine the Safety, Tolerability, and Efficacy of XXX XX and XX mg for the Acute Treatment of Migraine

Phase 11, 12 Week, Randomized, Double-Blind, Placebo-Controlled, Multicenter, Study Evaluating the Safety and Efficacy of Three Fixed Doses of Oral XXX (XX mg QD, XX mg NID and XX mg BID) and Donepezil in Outpatients with Alzheimer's Disease

642

CONFIDENTIAL
AZSER12750531

BEST COPY AVAILABLE

Mary Louise Stedman, MD
Curriculum Vitae
Page 7 of 11

**Research Experience (continued):**

Clinical Protocol For A Randomized, Double-Blind, Placebo-Controlled, Multicenter, Parallel Group Study Of The Analgesic Effect of XXX XX MG QD And Placebo In Patients With Chronic Low Back Pain

A Multicenter, Double-Blind, Placebo-Controlled, Randomized Study to Determine Efficacy in the Relief of Hot Flushes in Women Receiving Oral XXX Tablets

Clinical Protocol For A Randomized, Double-Blind, Multicenter, Parallel Group Study To Compare The Efficacy And Safety Of XXX And XXX Versus Placebo In Patients With Acute Tendinitis And/Or Bursitis Of The Shoulder

A Randomized, Double-Blind, Placebo-Controlled Study to Evaluate the Safety and Efficacy of Three Doses of Synthetic 10-Component Conjugated XXX (XXX 0.X mg, 0.X mg, and 0.X mg Modified Release Tablets) Compared with Placebo in Hysterectomized Postmenopausal Women for the Prevention of Osteoporosis

A Double-Blind, Placebo-Controlled, Randomized, Multicenter Study to Investigate the Safety and Efficacy of X mg TID of XXX Over 12 Weeks in Diarrhea-Predominant Irritable Bowel Syndrome Subjects

A sixteen-week, double blind and observer blind to lipid values, randomized, parallel-group, multicenter, placebo-controlled study to assess the efficacy and safety of XXX administered at bedtime in dyslipidemic patients with elevated Lp(a)

A Double-Blind, Placebo-Controlled, Parallel-Group, Flexible-Dose Study Of XXX Extended-Release Capsules In Adult Outpatients With Panic Disorder

A Randomized, Double-Blind, Parallel-Group, Placebo-Controlled Study Evaluating Efficacy and Safety and Efficacy of XXX (XX mg/day and XX mg/day) and XXX (XX mg/day) in Patients with Major Depressive Disorder

An Exploratory, Double-Blind, Placebo-Controlled Study to Assess the Cognitive Benefits of XXX and XXX-Upgrade in Subjects with Age Related Cognitive Decline

Efficacy and Safety of XXX in Patients with Mild Cognitive Impairment.

CONFIDENTIAL
AZSER12750532

BEST COPY AVAILABLE

Mary Louise Stedman, MD
Curriculum Vitae
Page 8 of 11

**Research Experience (continued):**

Efficacy and Safety of XXX in Patients with Probable Alzheimer's.

A Double-Blind, Placebo Controlled, Multicenter Study of the Long-Term Efficacy of XXX in the Maintenance of Antidepressant Effect in Geriatric Outpatients With Major Depressive Disorder

An Open Label Comparison Study to Evaluate the Role of XXX (XXX) versus XXX (XXX) in Combination with XXX in Non-Insulin Dependent Diabetes Mellitis Subjects not Adequately Responding to XXX Monotherapy.

An Open-Label, Multicenter Study to Investigate the Long Term Safety of X mg TID of XXX in Diarrhea-Predominant Irritable Bowel Syndrome Subjects

Clinical Protocol for a 12 Week Randomized, Double-Blind, Placebo Controlled Multicenter Study of the Analgesic Efficacy of XXX XX mg QD and XX mg QD Compared to Placebo in Patients with Chronic Low Back Pain

An open-label 52-week extension to a 24-week Prospective, Randomized, Multicenter, Double-Blind, Placebo-Controlled, Parallel-Group Comparison of the Efficacy, Tolerability, and Safety of XXX mg/day of XXX (XXX) Capsules in Patients with Probable Vascular Dementia.

The Study of XXX and XXX in Combination for Treatment Resistant Without Psychotic Features.

XXX 30 mg and 60 mg once daily versus placebo in generalized anxiety disorder.  A randomized double-blind placebo- and XXX XXX fixed-dose parallel-group multicenter study of 10 weeks (including a 2-week single-blind placebo period)

XXX 60 mg (or 30 mg) once daily in the treatment of generalized anxiety disorder.  An open multicenter safety study of 5 months, including a 1-month drug-free follow-up period.

A Randomised, Multicenter, Double Blind, Double Dummy, Placebo Controlled, Parallel Group, Multiple-dose, Phase II b Study to Assess the Efficacy and Safety of XXX XX (25mg, 50mg, 100mg; twice daily) in Comparison to XXX CR 20mg twice daily in Patients with Chronic Hip or Knee-joint Osteoarthritis.

644

CONFIDENTIAL
AZSER12750533

BEST COPY AVAILABLE

Mary Louise Stedman, MD
Curriculum Vitae
Page 9 of 11

**Research Experience (continued):**

An Eight-Week, Parallel Group, Double-blind, Randomized, Placebo-
and Active-controlled, Multicenter Study to Evaluate the Efficacy,
Safety and Tolerability of Two Formulations of XXX, Each at two
Different Doses, in Obese Subjects.

XXX Versus Placebo in the Prevention of Relapse of Major
Depressive Disorder.

A phase III, multinational, randomized, double-blind, parallel group,
placebo-controlled 52-week study followed by a 52- week open-label
safety extension to evaluate the efficacy and safety of XXX XXX (300
μg/day) in naturally menopausal women with Hypoactive Sexual
Desire Disorder on concurrent oral hormone replacement therapy

A Phase III, Multicenter, Multinational, Randomized, Double-Blind,
Placebo-Controlled, 24-Week Study To Evaluate The Efficacy and
Safety of XXX XXX (300 μg/day) in Women With Hypoactive Sexual
Desire Disorder on Concurrent Estrogen Replacement Therapy who
have undergone Hysterectomy and Bilateral Oophorectomy

12-Week, Double-blind Study in Patients with Mild to Moderate
Alzheimer's Disease Who Either Continue Ongoing XXX Therapy or
Switch to XXX

Clinical Protocol for A 12 Week Randomized, Double-blind, Placebo
Controlled Multicenter Study of the Analgesic Efficacy of XXX
Compared to Placebo in Patients with Chronic Low Back Pain.

Protocol for obtaining Clinical Specimens to Support Validation of a
XXX Chain Reaction and a Direct Flourescent Antibody Assay for
Detection of Varicella-Zoster Virus

A Phase III, Open Label Study of the Safety, Tolerability, and
Efficacy of the XXX Transdermal System (XXmg/20cm2, 30cm2, or
XXmg/40cm2) in Elderly Subjects with Major Depression.

A Phase IIIb, Multicenter, Double-Blind Clinical Study to Evaluate
the Efficacy, Safety and Tolerability of XXX Following a Run-In of
XXX Extended Regimen Oral Contraceptive Therapy

A Double-Blind, Placebo-Controlled, Multicenter Study of the Long-
term Efficacy of XXX in the Maintenance of Antidepressant Effect in
the Patients with Major Depressive Disorder

CONFIDENTIAL
AZSER12750534

BEST COPY AVAILABLE

Mary Louise Stedman, MD
Curriculum Vitae
Page 10 of 11

**Research Experience (continued):**

"An 80-week, randomized, multi-center, parallel-group, double-blind study of the efficacy and safety of XXX XX mg plus an acetylcholinesterase inhibitor versus an acetylcholinesterase inhibitor alone in the treatment of mild to moderate Alzheimer's disease."

"A Randomized Double-Blind, Placebo Controlled, Parallel Group Study to Assess the Safety and Efficacy of Three Dose Levels of XXX in the Treatment of Chronic Plaque Psoriasis"

A Multicenter, Double-Blind, Randomized, Placebo-Controlled Study  to Evaluate the Safety and Efficacy of an Oral Contraceptive Preparation, Containing XXX Xmg/XXX XXMG ( as XXX) for 6 Treatment Cycles in Women with Mild to Moderate Acne Vulgaris"

A 24-Week, multi-Center, Randomized, Double-Blind, Placebo-Controlled Evaluation of the Efficacy, Safety and Tolerability of XXX (XXX) in Patients with Dementia Associated with Cerebrovascular Disease.

A Long-Term Open-Label Study of XXX in Subjects with Mild to Moderate Alzhemier's Disease

A Well-Controlled Safety and Efficacy Study of XXX in Subjects with Mild to Moderate Alzhemier's Disease

A randomized double blind placebo-controlled trial to evaluate teh efficacy and safety of XXX in subjects with mild cognitive impairment (MCI) clinically at risk for development of clinically probable Alzheimer's disease.

A Double Blind, Placebo Controlled Trial of XXX in Atypical Depression

Phase II Double Blind, Randomized, Dose Ranging, Placebo Controlled, Multicenter, Safety and Efficacy Evaluation of Three Doses of XXX in Patients with Mild to Moderate Dementia of the Alzheimer's Type

XXX Versus Placebo in the Treatment of Elderly Patients with Major Depressive Disorder

CONFIDENTIAL
AZSER12750535

BEST COPY AVAILABLE

Mary Louise Stedman, MD
Curriculum Vitae
Page 11 of 11

**Research Experience (continued):**

A Randomized, Double-Blind, Placebo-Controlled Trial to Evaluate the Safety and Efficacy of XXX xx mg in Slowing the Progression of Alzheimer's Disease.

A multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study to Evaluate the Efficacy and Safety of XXX For Prevention of Depressive Relapse in Adult Outpatients with Major Depressive Disorder.

An International, Multicenter, Large Simple Trial (LST) to Compare the Cardiovascular Safety of XXX and XXX in Schizophrenia Patients

A Phase III Study of the Efficacy and Safety of XXX in Patients with Mild to Moderate Alzheimer's Disease

Mary Louise Stedman, MD
*October 4, 2004*

September 1997
Last Updated October 1, 2004

647

CONFIDENTIAL
AZSER12750536

BEST COPY AVAILABLE

D1447C00126
Site #  0139

# CURRICULUM VITAE

**NAME:**  Teresa A. Pigott, M.D.                **DATE:**  Oct.27, 2004

4-26-05

*Position:*   Professor and Director,
Clinical Trials Division
Department of Psychiatry
University of Florida

*Address:*   UF Clinical Trials                    McKnight Brain Institute
2970 Hartley Road, Suite 202        University of Florida
Jacksonville, FL 32257              Department of Psychiatry
Phone: 904-292-2773                100 Newell Drive, Suite L4-100
Fax: 904-292-1747                  Gainesville, FL 32611
Phone: 352-392-3681
Fax: 352-392-9887

Shands At Vista                    Specialty Clinic
4101 NW 89th Boulevard             Shands Hospital, Suite 11-430
Gainesville, FL 32606              1600 SW Archer Road
Phone: 352-265-5497                Gainesville, FL 32608
Fax: 352-265-5420                  Phone: 352-265-0162
Fax: 352-265-0161

*EMAIL:*   tpigott@psych.med.ufl.edu

## BIOGRAPHICAL DATA:

*DOB; Place:*   REDACTE 1958; Canton, OH

*Citizenship:*   USA

*Home Address:*   REDACTED

## EDUCATION:

*Undergraduate:*   B.S. (Natural Sciences, 1981); The University of Akron, Akron, OH

*Medical School:*   M.D. (5/84), Northeastern Ohio Universities College of Medicine
(NEOUCOM), Rootstown, OH

*Residency:*   Psychiatry Internship and Residency (1984-1988), Dept. of Psychiatry,
Medical University of South Carolina (MUSC), Charleston, SC

*Fellowship:*   Psychopharmacology (1987-1989), Division of Intramural Research,
National Institute of Mental Health (NIMH), Bethesda, MD

## PROFESSIONAL EXPERIENCE:

*Academic Appointments:*

Clinical Professor 6/01-current        Dept. of Psychiatry
University of Florida

Professor (with Tenure)   9/98-11/99   Dept. of Psychiatry & Behavioral Sciences

648

CONFIDENTIAL
AZSER12750537

BEST COPY AVAILABLE

Teresa Pigott, M.D.                                                                            2 of 26

|  |  | UTMB at Galveston |
|---|---|---|
| Associate Professor | 1995-9/98 | Dept. of Psychiatry & Behavioral Sciences (Tenure Track) and Dept. of Pharmacology & Toxicology UTMB at Galveston |
| Associate Professor (Tenure Track) | 1992-1995 | Dept. of Psychiatry & Behavioral Sciences and Dept. of Pharmacology Georgetown University Medical School |
| Associate Professor (Clinical Track) | 1991-1992 | Dept. of Psychiatry and Behavioral Sciences Georgetown University Medical School Washington, DC |
| Assistant Professor (Clinical Track) | 1992-1995 | Dept. of Psychiatry and Behavioral Sciences Uniformed Services Univ. Health Sciences F. Edward Hebert School of Medicine Bethesda, MD |

**Academic Positions:**

| Time | Position | Affiliation |
|---|---|---|
| 2001-current | Director Clinical Trials Division | UFL |
| 1998-1999 | Director Psychopharmacology Fellowship Program | UTMB |
| 1998-1999 | Primary Psychiatric Consultant Dept. of Family Medicine | UTMB |
| 1995-1999 | Director Clinical Trials Program | UTMB |
| 1995-1999 | Director Clinical Therapeutics Research Program | UTMB |
| 1995-1999 | Director Psychopharmacology Service | UTMB |
| 1996-1998 | Team Leader Mood & Anxiety Clinical Services | UTMB |
| 1992-1995 | Chief Psychopharmacology Research Division Dept. of Psychiatry & Behavioral Sciences | Georgetown University Washington, DC |
| 1992-1995 | Director Anxiety Disorders and OCD Program Dept. of Psychiatry & Behavioral Sciences | Georgetown University Washington, DC |
| 1992-1993 | Medical Director Eating Disorders Program Dept. of Psychiatry & Behavioral Sciences | Georgetown University Washington, DC |
| 1992-1994 | Psychiatric Liaison Diet Management Program Dept. of Internal Medicine | Georgetown University Washington, DC |
| 1990-1992 | Senior Clinical Investigator Clinical Neuropharmacology/LCS | NIMH/NIH Bethesda, MD |

CONFIDENTIAL
AZSER12750538

BEST COPY AVAILABLE

Teresa Pigott, M.D.                                                                                                    3 of 26

Division of Intramural Research

*Academic Positions (Con't.):*

| Time | Position | Affiliation |
|------|----------|-------------|
| 1989-1992 | Chief<br>Adult OCD Research Studies Unit | NIMH<br>Bethesda, MD |
| 1988-1989 | Co-Director<br>OCD Research Program | NIMH<br>Bethesda, MD |

*Other Professional Positions and Consulting and/or Clinical Experience:*

| Time | Position | Affiliation |
|------|----------|-------------|
| 7/2001- | Attending Faculty Psychiatrist | University of Florida Shands<br>Psychiatric Physicians<br>Gainesville, FL 32610-0256 |
| 6/1/01-7/01 | Visiting Professor<br>Department of Psychiatry | University of Florida<br>Gainesville, FL 32610-0256 |
| 4/01-7/01 | Consultant, Clinical Trial Design<br>and Methodology; Protocol Development | Janssen Pharmaceuticals, Inc.<br>Titusville, NJ |
| 1/01-3/01 | Consultant (Salaried)<br>Clinical Trials Division | Comprehensive NeuroScience<br>White Plains, NY |
| 11/99-1/01 | Vice President, Medical Affairs and<br>Executive Director, Clinical Trials Division | Comprehensive NeuroScience<br>White Plains, NY |
| 2000-2001 | Attending Psychiatrist | Montgomery General Hospital<br>Olney, MD |
| 1999-2001 | Attending Psychiatrist | Psychiatric Inst. of Washington (PIW)<br>Washington, DC |
| 1991-1995 | Attending Physician<br>Psychiatry Consult/Liaison Service | NIH/NIMH<br>Bethesda, MD |
| 1988-1992 | Part-Time Private Practice<br>Adult and Adolescent Psychiatry | N/A |
| 1990-1992 | Medical Staff and Consultant | Psychiatric Inst. of Montgomery Co.<br>(PIMC), Gaithersburg, MD |
| 1990-1991 | Consulting Psychiatrist | Karma Academy for Boys<br>Karma Academy for Girls<br>Rockville & Frederick, MD |
| 1986-1987 | Admitting and Consulting Physician | Southern Pines Hospital<br>Charleston, SC |
| 1984-1987 | Designated Examiner<br>Therapeutic Determination Division | Charleston County Probate Court<br>Charleston, SC |

*Other Professional Experience:*

| | |
|--|--|
| 1990-1992 | Lieutenant Commander (LCDR), U.S. Public Health Service Commissioned Corps, NIMH, |

CONFIDENTIAL
AZSER12750539

BEST COPY AVAILABLE

Teresa Pigott, M.D.                                                                4 of 26

Bethesda, MD

1989-1990     Lieutenant (LT), U.S. Public Health Service Commissioned Corps, NIMH, Bethesda, MD

**RESEARCH ACTIVITIES:**
**Clinical Trials Experience:**

Protocols conducted at UFL as Principal Investigator (7/01-Ongoing):

1.  Protocol CN138-146 (Phase IIIB): An 8-Week, Randomized, Double-Blind, Placebo-Controlled Trial of Aripiprazole In The Treatment Of Patients With Bipolar I Disorder with a Major Depressive Episode without Psychotic Features (Sponsor: Bristol-Myers Squibb Pharmaceuticals; Enrollment to start: 11/04).

2.  Protocol CN138-139 (Phase III): A Randomized, Double-Blind, Placebo-Controlled Trial of Aripiprazole Augmentation In The Treatment Of Patients With Treatment-Refractory Depression (Sponsor: Bristol-Myers Squibb Pharmaceuticals; Enrollment Started 10/11/04; Target: 30; 02 screened; 02 active; 00 randomized; 00 dropouts).

3.  Protocol CN138-164: A 52-Week, Open-Label Trial of Aripiprazole In The Maintenance Treatment Of Patients With Treatment-Refractory Depression (Sponsor: Bristol-Myers Squibb Pharmaceuticals; Enrollment to start: 12/04).

4.  Protocol C-1073-07 (Phase III): A Randomized, Double-Blind, Placebo-Controlled Trial of Mefepristine In The Treatment Of Patients With Major Depressive Episode with Psychotic Features (Sponsor: Corcept; CRO: Scirex; Enrollment Started 10/05/04; Target: 18; 01 screened; 01 active; 00 randomized; 00 dropouts).

5.  Protocol H6P-MC-HDAO: The Study of Olanzapine plus Fluoxetine in Combination for Treatment-Resistant Depression (Sponsor: Lilly; Enrollment Started 10/1/04; Target: 16; 00 screened; 00 active; 00 randomized; 00 dropouts).

6.  Protocol H6P-MC-HDAU: Olanzapine Plus Fluoxetine in Combination (OFC) Versus Olanzapine Monotherapy for Treatment of Bipolar II Depression  (Sponsor: Lilly, Study cancelled per Sponsor Decision).

7.  Protocol F1J-US-HMDR: A Comparison of Duloxetine Dosing Strategies in the Treatment of Patients with Major Depression  (Sponsor: Lilly; Enrollment to start: 11/04).

8.  Protocol B4Z-US-LYCU: Efficacy and Safety of Once-Daily Atomoxetine Hydrochloride in Adults with ADHD Over an Extended Period of Time (6 months): With A Brief Evaluation of Executive Cognition. (Sponsor: Lilly; Enrollment Started 9/30/04; Target: 22; 02 screened; 02 active; 00 randomized; 00 dropouts).

9.  Protocol F1J-MC-HMDU: A Comparison of Duloxetine Hydrochloride Venlafaxine Extended Release, and Placebo in the Treatment of Generalized Anxiety Disorder (Sponsor: Lilly; CRO: I3; Enrollment Started 10/25/04; Target: 15; 00 screened; 00 active; 00 randomized; 00 dropouts).

10. Protocol  #C6771a/3032/AX/US:  A  10-Week,  Randomized,  Double-Blind,  Placebo-Controlled, Parallel-Group, Flexible-Dosage Study to Evaluate the Efficacy and Safety of GABITRIL® (up to 16 mg/day) in the Treatment of Adults With Generalized Anxiety Disorder (Sponsor: Cephalon, Inc.; CRO: PPD; Enrollment to start: 11/04).

11. Protocol  005-00:  A  12-Month,  Randomized,  Double-Blind,  Placebo-Controlled,  Parallel  Groups, Multicenter Long-Term Safety Study of MK-0928 in the Treatment of Elderly Outpatients With Primary Insomnia (Sponsor: Merck, Enrollment to start: 11/04).

12. Protocol F1J-US-HMCR: Duloxetine Versus Escitalopram and Placebo in the Treatment of Patients with

GABITRIL® is a registered trademark of Cephalon, Inc. registered in the U.S., Europe, and elsewhere.

CONFIDENTIAL
AZSER12750540

BEST COPY AVAILABLE

Major Depression. (Sponsor: Lilly; Enrollment period: 11/19/03-9/10/04; Target: 19; 39 screened; 30 randomized; 06 completed; 09 active; 15 dropouts).

13. Protocol NBI-34060-MR-0306: A Phase III, Randomized, Double-Blind, Placebo-Controlled, Outpatient Study to Assess the Efficacy and Safety of a Modified Release Formulation of NBI-34060 in Elderly Primary Insomnia Patients with Sleep Maintenance Difficulties. (Sponsor: Neurocrine Biosciences, Inc, Pfizer/Paraxel; Enrollment period: 2/2/04-5/11/04; Target: 6; 7 screened; 2 randomized; 2 completed; 0 dropouts).

14. Investigator-Initiated Protocol: A Six-Week, Open-Label Trial of Aripiprazole Augmentation in Schizophrenic/ Schizoaffective Disordered-Patients With Inadequate Response to Antipsychotic Therapy. (Sponsor: Bristol-Myers Squibb; 06 screened; 06 randomized; 06 completed; enrollment started 5/03).

15. Protocol C6671a/205/PT/US: A 12-week Randomized, Double-Blind, Placebo-Controlled, parallel-Group, Flexible-Dosage Study to Evaluate the Efficacy of Gabitril in the Treatment of Chronic PTSD in Adults. [Sponsor: Cephalon; Target: 9; 12 screened; 09 randomized; 08 completed; Enrollment period: 8/4/03-12/3/03; 7th out of 40 sites; In 52 week extension phase: 08 entered; 02 active; 05 drop-outs)].

16. Protocol H7C-MC-LMBJ: Compound XX Compared with Placebo in Patients with GAD. (Sponsor: Eli Lilly and Company; Enrollment period: 6/15/02-5/9/03; Target: 20; 19 screened; 12 randomized; 11 completers; 1 dropout; Enrollment period: 6/15/02-5/9/03).

17. Protocol 060: A Randomized, Double-Blind, Placebo-Controlled, Flexible Dosage Trial to Evaluate the Efficacy and Tolerability of MK0689 in Patients with Severe Depression [Sponsor: Merck; 33 screened; 17 randomized; 13 completers; 4 drop-outs; Target: 18; enrollment period: 11/21/01-3/31//03; (In 10-mo. extension phase: 9 entered; 3 completers; 3 relapsed; 3 dropouts)].

18. Protocol 068: A Randomized, Double-Blind, Placebo-Controlled, Flexible Dosage Trial to Evaluate the Efficacy and Tolerability of MK0689 in Geriatric Patients with Depression [Sponsor: Merck; 32 screened; 20 randomized; 11 completers; 9 drop-outs; Target: 18; enrollment period: 1/3/02-3/28/03; (In 10-mo. maintenance phase; 7 entered; 2 completers; 4 relapsed; 1 dropout)].

19. Protocol A2128171: A Randomized, Double-Blind, Placebo-Controlled, Fixed-Dose Trial to Evaluate the Efficacy and Tolerability of Compound XX in Patients with OCD (Sponsor: Pfizer, Inc.; 12 screened; 10 randomized; 5 completed; 5 dropouts; Target: 20; enrollment period: 1/2/02-5/1/03).

20. Multi-Center Trial of Ziprasidone (Geodon) Augmentation in Serotonin Reuptake Inhibitor-Resistant Obsessive-Compulsive Disorder (Sponsor: Pfizer; 8 screened; 8 randomized; 7 completers; 1 dropout; enrollment period: 08/02-03/04)

21. Protocol NER-MD-21: Double-Blind Flexible Dose Comparison of the Safety and Efficacy of Neramexane and Placebo in the Treatment of Major Depressive Disorder [(Sponsor: Forrest Labs; 9 screened; 4 randomized; 3 completed; 1 drop-out; Enrollment period: 10/20/02-3/7/03; In 52 week extension phase: 2 entered; 1 relapsed; 1 discontinued per Sponsor Study Termination)].

22. Protocol NKD20006: "An 8-Week, Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Multicenter, Fixed Dose Study Comparing the Efficacy and Safety of GW597599B or Paroxetine to Placebo in Moderately to Severely Depressed Patients with MDD" (Sponsor: GlaxoSmith-Kline, Add-On Site; 9 screened; 2 randomized; 0 completed; 2 drop-outs; Enrollment period: 4/20/03-7/7/03)

23. Protocol CR SB-29060/791: A Randomized, Double-Blind, Placebo-Controlled, Flexible Dosage Trial to Evaluate the Efficacy and Tolerability of Paroxetine CR in Patients with GAD (Sponsor: Glaxo-Smith-Kline; 9 screened; 9 randomized; 8 completed; 1 drop-out; Enrollment period: 9/15/01-1/01/02)

24. Protocol CR SB-29060/810: A Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Study Evaluating Efficacy and Safety of SB-29060 Controlled Release versus Placebo in Patients with Major Depressive Disorder (Sponsor: Glaxo-Smith-Kline; 10 screened; 10 randomized; 10 completed; Enrollment period: 9/26/01-11/28/01)

25. A Randomized, Open-Label, Rater-Blinded, Assessment of Optimal Treatment Change Strategy to

CONFIDENTIAL
AZSER12750541

BEST COPY AVAILABLE

Teresa Pigott, M.D.                                                                                      6 of 26

Risperidone for Patients Intolerant of Olanzapine (Risperidone Rescue Study) Janssen Pharmaceutica Protocol RIS-USA-250 (Sponsor: Janssen Pharmaceuticals; Add-On Site: 1 screened; 1 randomized; 1 completed; enrollment period: 10/20/01-12/26/01)

26. Protocol A21281083: A Phase III, Randomized, Placebo-Controlled Study Evaluating the Safety and Outcome of Treatment with Oral Ziprasidone in Subjects with Mania. (Sponsor: Pfizer, Inc.; 2 screened; 2 randomized; 2 drop-outs; Enrollment period: 05/02-12/02)

27. Protocol CN138-087: Broad Effectiveness Treatment with Aripiprazole (BETA) in Patients with Schizophrenia. (Sponsor: Bristol-Myers-Squibb; 5 screened; 5 randomized; 5 completed; Enrollment period: 09/02-12/02)

28. Protocol GAL-USA-29: A Double-Blind, Active-Regimen, Sustained Effectiveness Trial of Galantamine in a Multi-Ethnic Population of Patients with Dementia Due to Alzheimer's Disease With or Without Cerebrovascular Disease (Janssen, study cancelled)

29. Protocol 417.304: A Phase III, Three Week, Multicenter, Randomized, Double Blind, Placebo-Controlled, Parallel-Group Safety and Efficacy Study of Extended-Release Carbamazepine in the Treatment of Bipolar I Disorder. (Sponsor: Shire; 02 screened; 02 randomized; 1 completed; 1 drop-out; 1 completed; Enrollment period: 6/02-3/03)

<u>Protocols conducted at Psychiatric Institute of Washington (PIW) as Principal Investigator (11/99-12/00):</u>

1. Protocol CN138-007: A Multi-Center, Randomized, Double-Blind, Placebo Controlled Study Of Study Medication XX In The Treatment Of Patients With Acute Mania, Bristol-Myers Squibb Pharmaceuticals (Add on site; 2 patients screened, 2 patients randomized; enrollment period: 10/00-12/00).

2. Protocol CN138-032: A Multi-Center, Randomized, Double-Blind, Perphenazine and Placebo Controlled Study Of Study Medication XX In The Treatment Of Patients With Treatment-Refractory Schizophrenia, Bristol-Myers Squibb Pharmaceuticals (2 patients screened, 2 patients randomized; enrollment period: 10/00-12/00).

3. Protocol CN138-002: A Multi-Center, Randomized, Double-Blind, Controlled Comparison of Study Medication XX and Olanzapine In The Treatment Of Patients With Acute Schizophrenia, Bristol-Myers Squibb Pharmaceuticals (Add on site; 6 patients screened, 6 patients randomized; enrollment period: 11/00-12/00).

4. Protocol CN138-001/002: A Multi-Center, Randomized, Double-Blind, Placebo Controlled Study Of Three Fixed Doses Of Study Medication XX In The Treatment Of Patients With Acute Schizophrenia, Bristol-Myers Squibb Pharmaceuticals (16 patients screened, 12 patients randomized; 4th out of 20 sites; enrollment period: 12/99-11/00).

5. Protocol 387GCNS0069-011: A 7-Week, Double-Blind, Randomized, Placebo-and Olanzapine-Controlled, Dose-Finding Study of Study Medication XX in the Treatment of Psychotic Disorders, Pharmacia-Upjohn Pharmaceuticals (11 patients screened, 10 patients randomized; 3rd out of 20 sites; enrollment period: 7/00-11/00).

6. Protocol R-0548/R-0570: A Double-Blind Multi-Center Study Comparing the Safety and Efficacy of Study Medication XX to Olanzapine in Patients with Schizophrenia or Schizoaffective Disorder Needing Inpatient Care, Pfizer Pharmaceuticals (Add on Site; 11 patients screened, 10 patients randomized; enrollment period: 2/00-8/00).

7. Protocol ILP3004: A randomized, double-blind, placebo– and risperidone-controlled, multi-center study to evaluate the efficacy and safety of two non-overlapping dose ranges of Study Medication XX to schizophrenic patients with acute or sub-acute exacerbation, followed by a risperidone-controlled, long-term treatment phase with Study Medication XX, Novartis Pharmaceuticals (Add on Site; 8 patients screened, 7 patients randomized; enrollment period: 12/99-4/00).

8. Protocol 173-98-203: A Phase II, Randomized, Double-Blind, Placebo-Controlled, Fixed-Dose of Study Medication XX and Prozac in the Treatment of Outpatients with Moderate Depression, Otsuka

CONFIDENTIAL
AZSER12750542

BEST COPY AVAILABLE

Pharmaceuticals (17 patients screened, 11 patients randomized; enrollment period: 9/99-10/00).

9.  Protocol 31-98-217/218: A Multi-Center, Randomized, Double-blind, Active-Controlled Study to Compare the Long-term Maintenance Effects and Safety of Study Medication XX and Haloperidol Following Acute Relapse in Schizophrenic Patients, Otsuka Pharmaceuticals (8 patients screened, 8 patients randomized; enrollment period: 9/98-6/99).

10. Protocol 1008-083/084:  A Placebo-Controlled Study of Study Medication XX and Alprazolam in Patients with Generalized Anxiety Disorder, Parke-Davis Pharmaceuticals (Add on site; 5 patients screened, 3 patients randomized; 12th out of 15 sites; enrollment period: 6/00-12/00).

11. Protocol 1008-092: A Placebo-Controlled Study of Study Medication XX and Paroxetine in Patients with Panic Disorder, Parke-Davis Pharmaceuticals (3 patients screened, 3 patients randomized; 12th out of 26 sites; enrollment period: 12/99-12/00).

12. Protocol TAK-637-99-301: Phase II Multi-Center Randomized Comparison of Study Medication XX Versus Placebo in the Treatment of Subjects With Major Depressive Disorder, TAP Pharmaceuticals (11 patients screened, 5 patients randomized; 12th out of 22 sites; enrollment period: 11/99-12/00).

13. Protocol 105.301:  A Three-Week, Multi-Center Randomized, Double-Blind, Placebo-Controlled Safety and Efficacy Study of Extended-Release Study Medication XX in Patients with Bipolar Disorder, Shire Pharmaceuticals (8 patients screened, 6 patients randomized; 8th out of 33 sites; enrollment period: 2/00-12/00).

Protocols conducted as Principal Investigator, UTMB, (5/95-10/99)

1.  Protocol 51143103: A 6-Week, Randomized, Double-Blind, Placebo-Controlled, Flexible-Dose Study of Extended Release Study Medication XX in outpatients with OCD, Solvay Pharmaceuticals (6 patients screened, 5 patients randomized; 13th of 20 sites; enrollment: 3/99-10/99).
2.  Protocol 1008-22: Placebo-Controlled Study of Study Medication XX in Patients with Acute Mania, Parke-Davis Pharmaceuticals (7 patients screened, 7 patients randomized; 2nd of 13 sites; enrollment: 2/99-10/99).
3.  Protocol 29060-648: A Twelve-Week, Double-Blind, Placebo-Controlled, Parallel Group Study to Assess the Efficacy and Tolerability of Paroxetine in Patients Suffering from Posttraumatic Stress Disorder (PTSD), SmithKline Beechum Pharmaceuticals (9 patients screened, 8 patients randomized; 11th out of 36 sites; enrollment: 3/99-10/99).
4.  Protocol 29060-641: A Randomized, Double-Blind, Placebo-Controlled Fixed Dosage Trial to Evaluate the Efficacy and Tolerability of 20 & 40 mg/day Paroxetine in Patients with Generalized Anxiety Disorder, SmithKline Beechum Pharmaceuticals (14 patients screened, 11 patients enrolled; 25th out of 50 sites; enrollment: 12/98-8/99).
5.  Protocol DFI 13024 and DFI 3138: A Double-Blind, Placebo and Haloperidol-Controlled Multi-Center Study Evaluating the Efficacy of Study Medication XX and Study Medication YY in Schizophrenic Patients, Sanofi Pharmaceuticals (9 patients screened, 7 patients randomized; 3rd of 9 sites; enrollment: 9/98-10/99).
6.  Protocol NKP608A-107: A Double-Blind Placebo Controlled Trial to Evaluate the Safety and Efficacy of Study Medication XX versus Prozac in Patients with Major Depressive Disorder, Novartis Pharmaceuticals (5 patients screened, 4 patients randomized; 29th of 29 sites; enrollment: 3/99-10/99).
7.  Protocol NKP608A-107: A Double-Blind Placebo Controlled Trial to Evaluate the Safety and Efficacy of Study Medication XX in Patients with Social Anxiety Disorder, Novartis Pharmaceuticals (17 patients screened, 12 patients randomized; 19th out of 30 sites; enrollment: 3/99-10/99).
8.  Protocol B1Y-MC-HCJB: A Double-Blind, Placebo-Controlled Trial of Fluoxetine Versus Placebo in Panic Disorder, Eli Lilly Pharmaceuticals (15 patients screened, 11 patients randomized; 10th out of 18 sites; enrollment: 3/98-10/99).
9.  Protocol B1Y-MC-HCJL: A Double-Blind, Placebo-Controlled Trial of Fluoxetine Versus Placebo in Post-Traumatic Stress Disorder, Eli Lilly Pharmaceuticals (15 patients screened, 11 patients randomized; 2nd out of 37 sites; enrollment: 9/98-9/99).
10. Protocol 165-122-5038: A Six-Week, Double-Blind, Placebo and Fluoxetine-Controlled Multi-Center Study to Evaluate the Safety and Efficacy of Study Medication XX in Outpatients with Major Depressive Disorder, Pfizer, Inc. (7 patients screened, 5 patients randomized; 28th out of 29 sites; enrollment: 9/98-4/99).
11. Protocol CIT-MD3-98-17-000: Citalopram in the Treatment of Bipolar Depression, Forrest Laboratories (4

CONFIDENTIAL
AZSER12750543

BEST COPY AVAILABLE

Teresa Pigott, M.D.                                                                                           8 of 26

patients screened, 2 patients randomized; 4th out of 5 sites; enrollment: 6/99-10/99).

12. Protocol F1D-MC-HGGA: A Multi-Center, Double-Blind, Study of Olanzapine Alone and In Combination with Fluoxetine versus Placebo in Patients with Major Depressive Disorder with Psychotic Features, Eli Lilly Pharmaceuticals (16 patients screened, 16 patients randomized; 4th out of 27 sites; enrollment: 2/98-10/99).

13. A Pilot, Open-Label Safety and Tolerability Trial of Study Medication XX in Adults with Acute Mania, R.W. Johnson Pharmaceuticals (3 patients entered)

14. A Double-Blind, Placebo-Controlled, Multiple-Dose Study of Medication XX in Adults with Panic Disorder, Interneuron Pharmaceuticals (17 patients screened, 13 patients randomized; enrollment: 5/97-2/98).

15. Investigator-Initiated Protocol ($20,000 grant), An Open-Label Trial of Mirtazapine in Patients with Irritable Bowel Syndrome, Organon Pharmaceuticals (18 patients entered)

16. Protocol R-0502: A Computer-Assisted versus Clinician-Administered Behavior Therapy for OCD: A Multi-Center, Randomized, Controlled Trial, The Dean Foundation/ Pfizer, Inc. (30 patients screened, 20 patients randomized; 3rd of 8 sites; enrollment: 12/96-8/98).

17. Investigator-Initiated Protocol ($50,000 grant), An Open-Label Trial of Olanzapine in The Treatment of Patients with Multiple Tics and/or Tourette's Disorder with OCD Symptoms, Eli Lilly Pharmaceuticals (5 patients entered)

18. Protocol: A Multi-Center, Placebo-Controlled Comparison of Venlafaxine and Fluoxetine in Depressed Outpatients, Wyeth-Ayerst Pharmaceuticals (21 patients screened, 17 patients randomized; enrollment: 10/96-8/97).

19. Protocol 1008: A Multi-Center, Placebo-Controlled Study of Study Medication XX as an Adjunctive Treatment for Mania in Bipolar Patients, Parke-Davis Pharmaceuticals (11 patients screened, 8 patients randomized; enrollment: 3/96-1/97).

20. Investigator-Initiated Protocol ($10,000 grant), Fluvoxamine in the Treatment of OCD Patients Who Fail to Respond and/or Tolerate Fluoxetine, Solvay Pharmaceuticals (8 patients entered)

21. Investigator-Initiated Protocol ($11,000 grant), Cytokine Production in OCD, Obsessive-Compulsive Foundation (15 patients entered)

22. Protocol B1Y-MC-HCCH: A Multi-Center, Placebo-Controlled Study of Fluoxetine vs. Placebo in OCD Relapse Prevention, Eli Lilly Pharmaceuticals (17 patients screened, 15 patients randomized; enrollment: 8/95-6/97).

Protocols conducted as Principal Investigator at GUMC (7/92-3/95):

1) A Multi-Center, Placebo-Controlled Study of Sertraline in the Long-Term Treatment of Obsessive-Compulsive Disorder, Pfizer Pharmaceuticals (15 patients screened, 15 patients randomized; 1994-1995)

2) Clonazepam versus Placebo in the Treatment of Patients with OCD, Roche Laboratories (8 patients screened, 7 patients randomized; 1993-1995)

3) Investigator-Initiated Protocol ($10,000 grant), Paroxetine in the Treatment of Patients with Bulimia Nervosa, Smith-Kline Beecham Pharmaceuticals (10 patients screened, 10 patients randomized; 1993-1994)

4) A Multi-Center, Placebo-Controlled Study of Ondansetron in Patients with Social Phobia, Glaxo Pharmaceuticals (26 patients screened, 24 patients randomized; 1993-1994)

5) A Multi-Center Trial of Nefazodone in The Treatment of Geriatric Depression, Bristol-Myers-Squibb Pharmaceuticals (11 patients screened, 7 patients randomized; 1993-1994)

6) A Multi-Center, Placebo-Controlled Comparison of Paroxetine and Anafranil in the Treatment of Patients with OCD, SmithKline-Beecham Pharmaceuticals (8 patients screened, 6 patients randomized; 1992-94)

7) A Double-Blind, Placebo-Controlled Trial of Fluvoxamine in the Treatment of Children and Adolescents with OCD: Acute Treatment and a One Year Open-Label Extension Phase, Solvay Pharmaceuticals (10 patients screened, 10 patients randomized; 1992-1993)

8) A Multi-Center, Placebo-Controlled Comparison of Paroxetine and Alprazolam in the Treatment of Patients with Panic Disorder, SmithKline-Beecham Pharmaceuticals (3 patients screened, 3 patients randomized; 1992-1993)

**COMMITTEE/ADVISORY BOARD ACTVITIES:**

*International/National:*

2003-4   Conference Co-Chair, Anxiety Disorders Association of America (ADAA) 24th Annual Conference, Hyatt Regency, Miami, FL, March 11-14, 2004

CONFIDENTIAL
AZSER12750544

BEST COPY AVAILABLE

2003-4  Member, Conference Committee, Anxiety Disorders Association of America (ADAA) 24th Annual Conference, Hyatt Regency, Miami, FL, March 11-14, 2004

2003-4  Member, Clinical and Education/Self-Help Review Committee, Anxiety Disorders Association of America (ADAA) 24th Annual Conference, Hyatt Regency, Miami, FL, March 11-14, 2004

2003-4  Member, New Research Poster Committee, Anxiety Disorders Association of America (ADAA) 24th Annual Conference, Hyatt Regency, Miami, FL, March 11-14, 2004

2003-4  Conference Faculty, 2nd World Congress on Women's Mental Health, Washington, DC, March 17-20, 2004.

2003    Conference Faculty, Conference on Women and Anxiety Disorders: Setting A Research Direction, Sponsored by Anxiety Disorders Association of America (ADAA), Washington, DC, Nov. 19-21, 2003.

2003-04  Conference Faculty, "Beyond Bipolar Disorder: The Importance of Treating the Total Patient," Conference presented by CME, Inc. and supported by an unrestricted educational grant provided by Ortho-McNeil Pharmaceutical; Conference series is being presented on a nationwide basis from 2003-2004.

2003-04  Member, National Network of Psychiatric Educators Bureau, Sponsored by Bristol-Myers Squibb and Otsuka Pharmaceuticals, National Meeting held in Bonita Springs, FL, June 26-29, 2003

2003    Consultant, Janssen Advisory Meeting-Scottsdale, AZ, February 23-25, 2003.

2002    Consultant, Astra-Zeneca Advisory Meeting, Adventura, FL, November 8-10, 2002

2002    Member, Shire Medical Advisory Board Meeting, San Francisco, CA, October 20-22, 2002

2002    Member, Scientific Advisory Meeting, BMS Multicenter Beta Trial, July 23-24, 2002

2002    Consultant, 2nd Worldwide Pfizer Neuroscience Forum, Lisbon, Portugal, April 26-May 1, 2002

2002    Faculty Member and Consultant, VISION Aripiprazole Worldwide Schizophrenia Summit, Bal Harbour, FL, April 7-9, 2002

2002    Faculty Member and Consultant, VISION Aripiprazole Worldwide Bipolar Disorder Summit, Rio Grande, Puerto Rico, March 4-6, 2002

2001    Member, Scientific Advisory Board, Eli Lilly and Company, Corporate Headquarters, Indianapolis, IN, 12/6-12/7/01.

2001    Consultant, CNS Medical Affairs, Janssen Pharmaceuticals

2001    Consultant, VISIONS Aripiprazole Worldwide Schizophrenia Summit, Vancouver, B.C., April 23-26, 1999 Consultant and Medical Advisory Board, Solvay Pharmaceuticals.

1999    Member, Medical Advisory Board, Forrest Laboratories.

1998    Reviewer, American Psychiatric Association's New Research Subcommittee of the Scientific Program Committee, 151st and 152nd Annual APA Meeting.

1998    Member, Medical Speaker's Bureau, Wyeth-Ayerst Pharmaceuticals

1997    Faculty Member and Medical Speaker's Bureau, National Psychiatry Alliance, Pfizer Pharmaceuticals

1997    Medical Speaker's Bureau, Menninger Clinic Lecture Series

1996    Medical Speaker's Bureau, Upjohn Pharmaceuticals

1996    Medical Speaker's Bureau, Organon Pharmaceuticals

1996    Member, The Expert Consensus Panel for OCD Guidelines, The Duke, Cornell, and Columbia University Consortium Project

1996-   Member, Women's Health Scientific Advisory Board, Solvay Pharmaceuticals

1996-   Member, National Scientific Advisory Board, Obsessive-Compulsive Foundation

1995-   Medical Speaker's Bureau, Solvay Pharmaceuticals.

1995    Faculty, Depression in Primary Care, Wyeth-Ayerst Pharmaceuticals.

1994-95 Member, Medical Advisory Board, CoSensys Pharmaceuticals

1994-96 Member, OCD Advisory Board, Eli Lilly Pharmaceuticals

1994-   CNS Distinguished Faculty in Depressive Disorders, Bristol-Myers Squibb Co.

1994-   CNS Distinguished Faculty in Anxiety, Bristol-Myers Squibb Co., Princeton, NJ

1994-   Medical Speaker's Bureau, Eli Lilly Pharmaceuticals.

1993-   Medical Speaker's Bureau, Smith-Kline Beecham Pharmaceuticals

1992-   Medical Speaker's Bureau, Pfizer Pharmaceuticals

1993-95 Member, Medical Advisory Board, Smith-Kline Beecham Pharmaceuticals

1992-93 Member, OCD Advisory Committee, Pfizer Pharmaceuticals

1991    Ad Hoc Grant Reviewer, Alcohol Psychosocial Review Committee, Epidemiology and Prevention Subcommittee, NIAAA

1987    Member, Ginsburg Fellowship Steering Committee, GAP

2002    Member, Regional Medical Advisory Board, Pfizer Pharmaceuticals

*Regional/Statewide:*

2003-04     Consultant, Regional Medical Advisory Board, BMS Pharmaceuticals

2002        Chairman, BMS Regional Medical Advisory Counsel Meeting, Miami, FL, 8/23/02

CONFIDENTIAL
AZSER12750545

BEST COPY AVAILABLE

| 2002 | Member, Regional Medical Advisory Board, Pfizer Pharmaceuticals |
| 1997-99 | Assistant Director, Major Depressive Disorder Module, Texas Medication Algorithm Project (TMAP), Phase III |
| 1996-97 | Co-Director, Major Depressive Disorder Module, Texas Medication Algorithm Project (TMAP), Phase I-II |

*Academic Medical Center/Departmental:*

| 1999 | Member, UTMB for "Director of Clinical Trials" Search Committee Member, UTMB Clinical Trial Task Force |
| 1999 | Chairman, Departmental UM Review Committee (UTMB) |
| 1999 | Member, UTMB Psychiatry Residency Curriculum Review Committee |
| 1998-99 | Member, UTMB LCME Task Force for Medical School Admissions |
| 1998-99 | Member, Committee to Review Research Related Financial Disclosures |
| 1998-99 | Member, UTMB Behavioral Healthcare Utilization Review Committee |
| 1997-98 | Member, UTMB Medical School Neuroscience Curriculum Development Committee |
| 1996-99 | Member, Medical School Admissions Committee, UTMB |
| 1992-1994 | Member, M.D./PhD. Admissions Committee, Georgetown Univ. Medical School |
| 1998-99 | Member, Review for Readmission Committee (UTMB) |
| 1997-99 | Chairman, Research Review Committee (UTMB) |
| 1995-99 | Member, Residency Performance Evaluation Subcommittee (UTMB) |
| 1996 | Chairman, Mood and Anxiety Disorders Re-Organization Task Force (UTMB) |
| 1996-1998 | Member, Clinical Governance Committee (UTMB) |
| 1995-1996 | Member, Utilization Review Committee (UTMB) |
| 1995 | Member, Emergency Psychiatry Task Force (UTMB) |
| 1995-1996 | Member, Undergraduate Medical Education Committee (UTMB) |
| 1995-99 | Member, Residency Training Committee (UTMB) |
| 1995-1997 | Coordinator, 3rd Year Psychiatry Residency Training (UTMB) |
| 1993-1995 | Member, Research Training Committee, Georgetown University |
| 1992-1995 | Member, Residency Training Committee, Georgetown University |
| 7/92-10/93 | Member, Quality Assurance Committee, Georgetown University |

*Referee/Journal Reviewer:*

| 1997- | Journal of Neuropsychiatry and Clinical Neurosciences |
| 1997- | American Psychiatric Association Annual Review of Psychiatry |
| 1997- | Mental Health Netscape |
| 1996- | Biological Psychiatry |
| 1995- | American Journal of Psychiatry |
| 1996- | Psychopharmacology Bulletin |
| 1995- | Current Opinions |
| 1995- | Journal of Nervous and Mental Disorders |
| 1994- | Anxiety |
| 1993- | Psychosomatics |
| 1992- | The Journal of Clinical Psychiatry |
| 1993- | Archives of General Psychiatry |
| 1991- | Journal of Clinical Psychopharmacology |
| 1990- | Journal of Psychiatric Research |

**MEMBERSHIP IN SCIENTIFIC SOCIETIES:**

| 2001- | Florida Psychiatric Society |
| 1987-96, 99-01 | Washington Psychiatric Society |
| 1996-99 | Texas Society of Psychiatric Physicians |
| 1996-99 | Texas Medical Foundation |
| 1996- | Anxiety Disorders Association of America |
| 1996- | Association for the Advancement of Sciences |
| 1995- | Depression and Manic-Depression Association |
| 1993- | American Society of Clinical Psychopharmacologists |

CONFIDENTIAL
AZSER12750546

BEST COPY AVAILABLE

| 1991- | Society of Biological Psychiatry (Elected) |
| 1992- | Obsessive-Compulsive Foundation, Inc. |
| 1988-95 | The Washington Society for the Study of Eating Disorders and Obesity |
| 1984- | American Psychiatric Association (#57627) |
| 1980- | American Medical Association |

**BOARD CERTIFICATION:**

| 1989 | American Board of Psychiatry and Neurology  (Certification: #32000) |
| 1998 | Qualifications in Clinical Psychopharmacology by The American Society of Clinical Psychopharmacology (Expires: 11/15/03) |

**LICENSURE INFORMATION:**

| 2001- | Florida Board of Medical Examiners, ME#83688 (Expires 1/31/06) |
| 1995- | Texas Board of Medical Examiners, #J8087 (Expires 11/30/05) |
| 1992-95, 99- | District of Columbia Board of Medicine, #19469 |
| 1987-95, 99- | State Board of Medical Examiner of Maryland, #D35773 (Expires 9/30/05) |
| 1984-95 | State Board of Medical Examiners of South Carolina, #12292 (Inactive Status) |
| 1982 | National Board of Medical Examiners, #279166 |

**HONORS:**

| 2004-05 | Selected as one of "Best Doctors in Jacksonville," Jacksonville Magazine, Vol. 20, Number 5, 2004, White Publishing Company (Local Physicians rated tops by their peers per survey; 1 of the 4 psychiatrists selected out of the 104 physicians designated as "Best Doctors in Jacksonville") |
| 2003-04 | Selected as one of "The Best Doctors in America," Woodward and White Inc. (Peer-Selection Process-Database represents the top 5% of doctors in over 400 subspecialties of medicine). |
| 2001-02 | Recipient, Regional Teaching Award, Association of Academic Psychiatrists (AAP), AAP Annual Meeting, Santa Fe, NM, 10/3-10/6/01 |
| 1998-99 | Selected as one of "The Best Doctors in America," Woodward and White Inc. (Peer-Selection Process-Database represents the top 5% of doctors in over 400 subspecialties of medicine). |
| 1997-98 | Selected as one of , "The Best Doctors in America," Woodward and White Inc. (Peer-Selection Process-Database represents the top 5% of doctors in over 400 subspecialties of medicine). |
| 1996-97 | Selected as one of , "The Best Doctors in America," Woodward and White Inc. (Peer-Selection Process-Database represents the top 5% of doctors in over 400 subspecialties of medicine). |
| 1997- | Guest Editor, HealthNews |
| 1995 | Recipient, Obsessive-Compulsive Foundation (OCF) Research Award for "Cytokine Production in Patients with OCD." |
| 1992 | Recipient, American College of Neuropharmacology (ACNP), Travel Fellowship Award |
| 1992 | Recipient, New Investigator Travel Award, New Clinical Drug Evaluation Unit, Division of Clinical Research, NIMH |
| 1987-1989 | Recipient, National Research Service Award (NRSA), NIMH Postdoctoral Award |
| 1987-1988 | Recipient, Sol W. Ginsburg Fellowship, Group for the Advancement of Psychiatry |
| 1987-1988 | Recipient, Laughlin Fellowship, The American College of Psychiatrists |
| 1987 | Recipient, Del Amo Hospital Award for "Best Paper by a Psychiatry Resident in the U.S. and Canada," ($10,000 award). |
| 1987 | Recipient, Benjamin C. Riggs Award, for original paper: "A preliminary trial of trazodone in the treatment of bulimia." |
| 1986 | Recipient, Benjamin C. Riggs Award, for original paper: "Calcium metabolism in mania:  Implications for the antimanic efficacy of verapamil." |
| 1982-1984 | Recipient, U.S. Public Health Service Corps Scholarship, Department of Health and Human Services (Medical School) |
| 1979-1980 | Recipient, Intercollegiate Athletic Scholarship (University of Akron) |
| 1977-1978 | Recipient, Academic Scholarship (University of Akron) |

**PROFESSIONAL INVITED PRESENTATIONS:**

*International:*

CONFIDENTIAL
AZSER12750547