BEST COPY AVAILABLE

1.  "Co-Morbidity of Eating Disorders and OCD: A Systematic Assessment," Scientific Session, The Fourth International Conference on Eating Disorders, New York, NY, April 28, 1990.
2.  "Bulimia, OCD Symptoms, and Serotonin Dysregulation," Symposium on Serotonin and The Eating Disorders, International Conference on Eating Disorders, New York City, NY, April 24, 1992.
3.  "The Somatization Spectrum and Antidepressant Response," Symposium on Antidepressants in The Medically Ill, XVIIIth C.I.N.P. Congress, Nice, France, July 2, 1992.
4.  "Pharmacological approaches to OCD patients," First International Obsessive-Compulsive Disorder Conference, Isle of Capri, Italy, March 11-13, 1993.
5.  "The Interface between OCD and the Eating Disorders," 4th Annual International OCD Conference, Vail, CO, April 1, 1993.
6.  Faculty, "Anxiety and Depression Seminar," Healthcare Education Services LTD., Paris, France, May 4, 1993.
7.  "SSRIs in Anxiety and Depression," XIXth Venezuelan National Psychiatric Conference, Barquisimeto, Venezuela, Oct. 12, 1993.
8.  Co-Course Director and Faculty, "Therapeutic Series: Anxiety and Depression," Healthcare Education Services, LTD., Amsterdam, Holland, Nov. 5-10. 1993.
9.  "Depression and Anxiety-Related Disorders in Primary Care," University Hospitals Consortium CME, London, Ontario, Canada, February 8, 1995.
10. "OCD: Case Conference and New Research Update," London University Hospitals, London, Ontario, Canada, February 9, 1995.
11. "OCD: Treatment Update," Global International Meeting for Psychiatry, Lilly Pharmaceuticals Corporate Center, Indianapolis, IN, May 18, 1995.
12. "OCD: Comparative Efficacy of 5-HT Reuptake Inhibitors," NIMH-Sponsored OCD Conference, Durham, New Hampshire, Oct. 22, 1995.
13. "Treatment of Refractory OCD," American Society of Clinical Psychopharmacology (ASCP) Annual Meeting, Montego Bay, Jamaica, Feb. 17, 1996.
14. "Women and Depression and Identifying & Treating Anxiety Disorders in Primary Care," Medical Education Resource, Inc. Seminar "Women's Health Update, St. John's Island, Virgin Islands, November 19-22, 2000.
15. "Women and Depression and Identifying & Treating Anxiety Disorders in Primary Care," Medical Education Resource, Inc. Seminar "Women's Health Update, British Cayman Islands, June 14-16, 2001.
16. "Aripiprazole in Schizophrenia: Safety and Tolerability," VISION Aripiprazole Worldwide Bipolar Disorder Summit, Rio Grande, Puerto Rico, March 4-6, 2002.
17. "Aripiprazole in Schizophrenia: Long-Term Efficacy," VISION Aripiprazole Worldwide Schizophrenia Summit, Bal Harbour, FL, April 7-9, 2002.
18. "Women and Depression and Identifying & Treating Anxiety Disorders in Primary Care," Medical Education Resource, Inc. Seminar "Women's Health Update, The Atlantis, Bahamas, Dec. 11-13, 2002.
19. "Women and Depression and Identifying & Treating Anxiety Disorders in Primary Care," Medical Education Resource, Inc. Seminar "Women's Health Update, The Hyatt Regency, Aruba, April 4-6, 2003

*National:*

1.  "OCD: Pharmacological Management and Related Disorders," 14th Annual Neuroscience Update, Virginia Beach, VA, July 14, 1990.
2.  "Understanding OCD," Ask The Experts Workshop, Annual Meeting of The National Alliance For The Mentally Ill (NAMI), Chicago, IL, July 21, 1990.
3.  "Obsessive-Compulsive Disorders," Seventh Annual National Mental Health Association Conference, Houston, TX, September 14, 1990.
4.  "Psychopharmacological Treatment of Obsessive-Compulsive Disorder," Conference Faculty for "Psychopharmacology: A New Generation of Treatments," Medical Association of Georgia Scientific Assembly, Atlanta, GA, Nov. 16, 1990.
5.  "OCD: Types and Treatment," Keynote Address, Arizona Council of Centers for Children and Adolescents Annual Conference, Mesa, Arizona, March 1, 1991.
6.  "Through The Looking Glass: Treating Eating Disorders," Workshop, Arizona Council of Centers for Children and Adolescents Annual Conference, Mesa, Arizona, March 1, 1991.
7.  "The Pharmacological Treatment of OCD," Update on Anxiety Disorders Conference, Medical College of Virginia, Richmond, VA, April 12, 1991.
8.  "OCD Research at the NIMH," Symposium on Serotonergic Dysfunction in OCD, The American Psychiatric Association Annual Meeting, New Orleans, LA, May 13,1991.
9.  "New Research in OCD," National Alliance for the Mentally Ill Annual Meeting, San Francisco, CA, July 8, 1991.

CONFIDENTIAL
AZSER12750548

BEST COPY AVAILABLE

10. "New Research in OCD," North Carolina Psychiatric Association Annual Meeting, Atlantic Beach, NC, Oct. 18, 1991.

11. "Advances in the Use of Serotonergic Drugs in Neuropsychiatric Disorders," Psychopharmacology in Practice: Clinical and Research Update by NIMH, Bethesda, MD, Nov. 9, 1991.

12. "OCD and Eating Disorders: a Comparison of Symptom Overlap," Symposium on the "Overlap of the Eating Disorders and Anxiety Disorders," American Association for The Advancement of Behavioral Therapy, New York City, NY, Nov. 25, 1991.

13. Faculty, Symposium on Anxiety and Depression, Healthcare Educational Systems LTD, Philadelphia, PA, Jan 7, 1992:

14. "OCD Symptoms in Patients with Eating Disorders," Fifth Annual Conference, Washington Society for the Study of Eating Disorders and Obesity, February 28, 1992.

15. Faculty, "The New Psychopharmacology of Depression" Conference, Tampa, FL, March 29 - April 3, 1992.

16. Faculty, Pharmaceuticals Manufacturers Association Seminar, "Therapeutic Series: Anxiety and Depression," Washington, DC, April 29-May 1, 1992:

17. "The Use of Serotonin-Selective Antidepressants in Anxiety and Depression," D.C. Pharmaceutical Association's Annual Meeting, Washington, DC, June 6, 1992.

18. "Ask the Doctor about OCD," Annual Conference for The National Alliance for The Mentally Ill, Washington, DC, Sept. 12, 1992.

19. "Difficulties in Clinical Drug Trial Management," Therapeutic Series: Cognitive Impairment in the Elderly, Pharmaceutical Management Association Education and Research Institute, Georgetown University, Washington, DC, Sept. 25, 1992.

20. "Overview of OCD," Eastern Shore Hospital Annual Psychiatric Conference, Cambridge, MD, Oct. 21, 1992.

21. Course Co-Director and Faculty, Healthcare Services Conference, "OCD," Philadelphia, PA, Nov. 6, 1992.

22. "OCD: Pharmacological Treatment," Conference on Anxiety Disorders: Psychological and Pharmacological Treatments, Ohio State University, Columbus, OH, Nov. 14, 1992.

23. "Current Perspectives on the Treatment of OCD," Greenbrier Psychopharmacology Update, White Springs, VA, March 28, 1993.

24. Course Co-Director, Pharmaceuticals Manufacturers Association, "Therapeutic Series: Anxiety and Depression, Washington, DC, April 21-23, 1992.

25. "Identification and Treatment of Anxiety Disorders in Primary Care Settings," Maryland Academy of Family Physicians, Ocean City, MD, May 19, 1993.

26. "OCD: New Research Findings and New Treatment Options," TGH Conference on "Update on Depression and Related Disorders," Tampa, FL, August 30, 1993.

27. "Current Treatment Strategies: Children and Adolescents with OCD," Symposium, Anxiety, OCD, and Depression: Where do they meet? How do we treat? 4th Annual Psychiatric Conference, Dearborn, MI, Oct. 16, 1993.

28. "The Pharmacological Treatment of Anxiety Disorders," Seminar, "The Interface between Psychotherapy and Psychopharmacology." Maryland Psychological Association, Columbia, MD, Nov. 18, 1993.

29. "Identification and Treatment of OCD," Special Symposium for Psychiatry News, CME, Inc. Los Angeles, CA, March 5, 1994.

30. "The Economics of OCD," Closed Committee Meeting chaired by Dr. Robert DuPont, Rockville, MD, March 11, 1994.

31. "OCD and Comorbidity," Special Satellite Symposium for The Journal of Clinical Psychiatry, Tyson's Corner, VA, April 15, 1994.

32. "OCD: New Research and New Treatments," Ohio Psychiatric Association Annual Meeting, Toledo, OH, April 16, 1994.

33. "Paxil: Medical Advisory Update," Workshop Director, "Comorbid Disease in Psychiatric Patients," Palm Beach, FL, May 1, 1994.

34. "Paxil: Medical Advisory Update," Workshop Director, "Comorbid Disease in Psychiatric Patients," San Diego, CA, May 8, 1994.

35. "Medical Aspects of Trichotillomania, National Trichotillomania Conference, Washington, DC, May 15, 1994.

36. "OCD in Adolescents and Children," Psychopharmacology Update, Medical Society of Delaware, Mead wood Hospital, May 5, 1994.

37. "SSRIs in Non-Affective Disorders," Conference "Update on The Treatment of Depression," University of Maryland Medical School, Baltimore, MD, Oct. 29, 1994.

38. "Comprehensive Evaluation and Treatment of OCD," Conference, "Interface Between Psychiatry and Medicine," St. Joseph's Hospital, Towson, MD, Nov. 6, 1994.

39. "OCD: Diagnosis and Epidemiology," CoSensys Faculty Training Seminar, Westin Hotel, Chicago, IL, Nov. 12, 1994.

40. "Social Phobia and Affective-Spectrum Disorders," OCD: Diagnosis and Clinical Management Symposium,

CONFIDENTIAL
AZSER12750549

BEST COPY AVAILABLE

U.S. Psychiatric Congress, Washington, DC, Nov. 18, 1994.

41. "Treatment Refractory Disorders," Discussant, CME Audiotapes, American College of Psychiatrists, Washington, DC, Nov. 19, 1994.

42. "Social Phobia, Eating Disorders, and Dysthymia," CME Pharmacological Update Conference, Las Vegas, NV, January 13-15, 1995.

43. "OCD: Diagnosis and Epidemiology," CoSensys Faculty Training Seminar, Dallas, TX, March 4, 1995.

44. "Update on The Pharmacologic Treatment of Eating Disorders," Annual Meeting of the Society of Clinical Nutritionists, Sheraton Hotel, Baltimore, MD, March 23, 1995.

45. "OCD: Where The Serotonin Selectivity Story Starts," Serotonin and Anxiety Symposium, American Psychiatric Association Annual Meeting, Miami, FL, May 20, 1995.

46. "OCD: Ask the Expert," National Alliance for the Mentally Ill Annual Meeting, Washington, DC, July 22, 1995.

47. "Pharmacologic Update: OCD and Anxiety Disorders," Baylor University Annual Psychopharmacology Update, Hyatt Hotel, October 9, 1995.

48. "OCD: Diagnosis and Clinical Features," Focus on Anxiety Disorders: Special Satellite, American College of Obstetrics and Gynecology (ACOG) Annual Meeting, Denver, CO, April 29, 1996.

49. "Update on Anxiety Disorders in Women," Focus on Women's Health Issues Conference, Baylor University, Dallas, TX, May 18, 1996.

50. "Childhood Onset Anxiety Disorders," Serotonin and Anxiety Disorders CME Conference, Western Psychiatric Institute, Pittsburgh, PA, Nov. 8, 1996.

51. "Mood, Anxiety, Eating Disorders: Impact of Hormonal Factors," Women's Health Conference: Need for New Drug Development, Drug Information Association CME Conference, San Francisco, CA, Nov. 22, 1996.

52. "Treatment of Anxiety Disorders in Primary Care," Annual Meeting of Colorado Chapter of American College of Physicians, Broadmoor Hotel, Colorado Springs, CO, Jan. 31, 1997.

53. "Creative Polypharmacy," 2nd Annual UTMB Psychopharmacology Update, San Luis Hotel, Galveston, TX, March 7, 1997.

54. "Clinical Update: Serotonin and Anxiety," Symposium on Serotonin and Anxiety, Annual Meeting of Anxiety Disorders Association of America, New Orleans, LA, March 22, 1997.

55. "OCD: Differential Diagnosis and Treatment," Recognizing and Treating OCD: Special Issues for OB/GYNS, American College of Obstetrics and Gynecology (ACOG) Annual Meeting, Mirage Hotel, Las Vegas, NV, April 29, 1997.

56. "Pharmacological Update on OCD," National Alliance of Psychiatric Speakers Conference, Hyatt Regency Hotel, San Diego, CA, May 16, 1997.

57. "OCD: Current Treatment Issues," Symposium on SSRIs, American Psychiatric Association Annual Meeting, San Diego, CA, May 20, 1997.

58. "OCD: Ask the Expert," National Alliance for the Mentally Ill Annual Meeting, Albuquerque, NM, July 12, 1997.

59. "OCD Pharmacological Update," Pharmacotherapy of Anxiety Disorders Symposium, Institute of Psychiatric Services, Omni Shoreham Hotel, Washington, DC, Oct. 26, 1997.

60. "Update on OCD" Anxiety Disorders" The Hidden Diagnosis CD-ROM Program, SmithKline Beechum Speaker's Bureau, Charleston, SC, February 6-8, 1998.

61. "Update on OCD" Anxiety Disorders" The Hidden Diagnosis CD-ROM Program, SmithKline Beechum Speaker's Bureau, San Francisco, CA, April 17-19, 1998.

62. "Gender Differences in Anxiety Disorders," New Treatments for Anxiety Disorders Symposium, American Psychiatric Association Annual Meeting, Toronto, CA, June 1, 1998.

63. "Pharmacotherapy of Psychiatric Disorders in Women Across the Reproductive Life Cycle," Third Annual Psychopharmacology Conference, Psychopharmacology: An Update, SUNY Health Science Center, Syracuse, NY, October 1, 1998.

64. "Uncovering Anxiety and Depressive Disorders," The Hidden Diagnosis CD-ROM Program, Point Verde Beach, Florida, March 19-21, 1999.

65. "Gender Differences in Anxiety Disorders", Emerging Challenges in Anxiety Disorders Symposium, Anxiety Disorders Association of America, San Diego, California, March 25-28, 1999.

66. "Uncovering Anxiety and Depressive Disorders," The Hidden Diagnosis CD-ROM Program, San Francisco, California, April 16-18, 1999.

67. "Gender Differences in Anxiety Disorders", Gender Issues in Diagnosis and Response to Treatment, American Psychiatric Association Annual Meeting, Washington, D.C., May 18, 1999.

68. "Women and Depression and Identifying & Treating Anxiety Disorders in Primary Care, Medical Education Resource, Inc. Seminar "Women's Health Update, Tropicana Hotel, Las Vegas, NV, December 10-12, 1999.

69. "Gender Differences in Anxiety Disorders", The Hidden Diagnosis CD-ROM Program, Maui, Hawaii, March 21-22, 2000.

70. "Women and Depression and Identifying & Treating Anxiety Disorders in Primary Care, Medical Education

CONFIDENTIAL
AZSER12750550

BEST COPY AVAILABLE

Resource, Inc. Seminar "Women's Health Update, Snowbird Resort, Jackson Hole, WY, Aug. 8-12, 2000.

71. "Women and Depression and Identifying & Treating Anxiety Disorders in Primary Care, Medical Education Resource, Inc. Seminar "Women's Health Update, The Sagamore Resort, Lake George, NY, July 6-8, 2001.

72. "Women and Depression and Identifying & Treating Anxiety Disorders in Primary Care, Medical Education Resource, Inc. Seminar "Women's Health Update, MGM Grand Hotel, Las Vegas, NV, Oct.25-26, 2001.

73. "Women and Depression and Identifying & Treating Anxiety Disorders in Primary Care, Medical Education Resource, Inc. Seminar "Women's Health Update, Westin Resort, Key West, FL, April 5-7, 2002.

74. National Teleconference Faculty/Panelist for *Medical Crossfire*: "Long-Term Antipsychotic Effectiveness: A New Era in the Management of Psychosis," Sponsored by Liberty Communications Network, 3/21/03.

75. "OCD and SAD Clinical Presentation: Does Gender Matter?" Conference on Women and Anxiety Disorders: Setting A Research Direction, Sponsored by Anxiety Disorders Association of America (ADAA), Westpoint Marriott, Chantilly, VA, Nov. 19-21, 2003.

76. "OCD Pharmacological Update," Symposium "OCD: Update, Refractory Strategies, and Future Directions, Anxiety Disorders Association of America (ADAA) 24th Annual Conference, Hyatt Regency, Miami, FL, March 12, 2004

77. "Gender and the Presentation of OCD: Promise and Peril, Symposium "Women and Anxiety Disorders: Setting a Research Agenda," Anxiety Disorders Association of America (ADAA) 24th Annual Conference, Hyatt Regency, Miami, FL, March 13, 2004

78. Panelist for "Clinical Consultation Forum," (with David Barlow, Ph.D., Alec Pollard, Ph.D., and Sally Winston, Psy.D.) Anxiety Disorders Association of America (ADAA) 24th Annual Conference, Hyatt Regency, Miami, FL, March 12, 2004

79. "Gender Differences in OCD," Symposium "Women and Anxiety Disorders" 2nd World Congress on Women's Mental Health, Washington, DC, March 18, 2004

### Regional/Grand Rounds:

1. "Anorexia Nervosa and its Relationship to Affective Disorders:  Current Perspectives," Grand Rounds, Department of Psychiatry, MUSC, Charleston, SC, March 29, 1988.

2. "Obsessive-Compulsive Disorder:  New Help, New Hope," Medicine for the Layman Series, Clinical Center, National Institutes of Health, Bethesda, MD, October 24, 1989.

3. "OCD: Research and New Treatment Strategies," Grand Rounds, Spring Grove State Hospital, Baltimore, MD, January 18, 1990.

4. "OCD: New Research Findings," Grand Rounds, University of Maryland Mental Health Services, College Park, MD, February 9, 1990.

5. "OCD: Clinical Research Findings," Psychiatric Grand Rounds, Suburban Hospital, Bethesda, MD, February 16, 1990.

6. "The Treatment of OCD," Psychiatry Department Grand Rounds, Andrews Air Force Base, Washington, DC, March 26, 1990.

7. "OCD: Current Perspectives," Grand Rounds, Northern Virginia Mental Health Institute, Falls Church, VA, June 1, 1990.

8. "OCD and Related Disorders," Grand Rounds, Lackland Air Force Base, San Antonio, TX, June 5, 1990.

9. "Current Research in OCD," Grand Rounds, Dept. of Psychiatry, University of Texas Health Sciences Center, San Antonio, TX, June 5, 1990.

10. "Current Perspectives in OCD," Psychiatry Grand Rounds, University of Cincinnati Medical Center, Cincinnati, OH, June 27, 1990.

11. "OCD and Related Disorders," Psychiatry Grand Rounds, Northeastern Ohio Universities College of Medicine, Akron, OH, June 28, 1990.

12. "Current Perspectives in OCD," Psychiatry Grand Rounds, Cleveland Metro Health Center, Cleveland, OH, June 28, 1990.

13. "OCD: Diagnosis and Treatment," Psychiatry Grand Rounds, The Institute of Psychiatry, The Medical University of South Carolina, Charleston, SC, Sept. 25, 1990.

14. "Pharmacological Treatment of OCD," Richmond Psychiatric Society, Richmond, VA, Oct. 4, 1990.

15. "OCD in Adults: Treatment and Related Disorders," Grand Rounds, Hillcrest Hospital, Birmingham, AL, Oct. 15, 1990.

16. "OCD: New Research and Treatment," Psychiatry Grand Rounds, Walter Reed Army Medical Center, Washington, DC, Nov. 8, 1990.

17. "OCD and Related Disorders," Psychiatric Grand Rounds, The University of Louisville Medical School, Louisville, KY, Nov. 29, 1990.

18. "The Diagnosis and Treatment of OCD," Virginia Beach Psychiatric Center, Virginia Beach, VA, Dec. 4,

CONFIDENTIAL
AZSER12750551

BEST COPY AVAILABLE

1990.
19. "OCD: New Treatments," Psychiatric Grand Rounds, Georgetown University Hospital, Washington, DC, Jan. 31, 1991.
20. "The Psychopharmacological Treatment of Depression," Medicine Grand Rounds, D.C. General Hospital, Washington, DC, February 26, 1991.
21. "The Relationship Between OCD and the Eating Disorders," University of Maryland Health Services Center, College Park, MD, March 19, 1991.
22. "Defining the Role of Serotonin-Reuptake Inhibitors in Psychopharmacology," Medicine Grand Rounds, St. Elizabeth's Hospital, Washington, DC, April 9, 1992.
23. "The Identification of Anxiety and Depression in the Medical Setting," Internal Medicine Grand Rounds, Prince George's Hospital, Cheverly, MD, May 11, 1992.
24. "Update on Newer Antidepressants," Grand Rounds, Psychiatric Institute of Montgomery County," Gaithersburg, MD, August 12, 1992.
25. "5-HT Dysfunction and The Treatment of Patients with Anxiety Disorders, OCD, and Eating Disorders," Visiting Professor, Eastern Virginia Medical School, Norfolk, VA, August 25, 1992.
26. "Anxiety Disorders, Panic and Phobias," Medical Staff Grand Rounds, Laurel Hospital, Laurel, MD, Oct. 14, 1992
27. "Working With Eating Disorders in College-Age Students," Grand Rounds, Counseling and Psychiatric Service, Georgetown University, Washington, DC, Oct. 16, 1992.
28. "Current Perspectives Concerning the SSRIs," Psychiatric Society, Martinsburg, W.V., Nov. 4, 1992.
29. "The Neurobiology of OCD," Clinical Pharmacology Grand Rounds, Georgetown University Medical School, Nov. 5, 1992.
30. "OCD: Identification and Treatment," Internal Medicine Dept., Georgetown University Medical School, Nov. 10, 1992.
31. "OCD Workshop," Psychology Department, University of Maryland, College Park, MD, Dec. 2, 1992.
32. "Overview of Depression and the New Antidepressants," Medicine Grand Rounds, Washington County Hospital, Hagerstown, MD, Jan. 14, 1993
33. "The Neurobiology and Psychopharmacological Treatment of OCD," OCD: A Review and an Update, Georgetown University Medical Center, Washington, DC, Jan 16, 1993
34. "Use of the SSRI's," Psychiatry Grand Rounds, Fort Belvoir, VA, January 19, 1993.
35. "Introduction and Uses of the SSRIs," Virginia Medical Society, Roanoke, VA, Jan. 27, 1993
36. "Other Indications for the Use of SSRIs," Psychiatry Grand Rounds, Roanoke VAMC, Jan. 28, 1993
37. "OCD and OCD Spectrum Disorders," Baltimore Psychiatric Society, Baltimore, MD, Feb. 23, 1993.
38. "Comparing the SSRIs," Psychiatry Grand Rounds, Dominion Hospital, Fairfax, VA, April 7, 1993
39. "The Neurobiology of OCD," Psychiatry Grand Rounds, John Hopkins Hospital, Baltimore, MD, April 14, 1993
40. "Neurosurgical Techniques for Treatment-Refractory OCD," Psychiatry Grand Rounds, Georgetown University Medical Center, Washington, DC, April 22, 1993
41. "Use of the SSRIs," Psychiatry Grand Rounds, Fort Meade, MD, June 2, 1993.
42. "OCD and OCD-Variants," Psychiatry Grand Rounds, Univ. of Va., Charlottesville, VA, June 8, 1993
43. "Newer uses of the SSRIs," Southern Virginia Medical Society, Charlottesville, VA, June 8, 1993.
44. "Comparison of the SSRIs," Vietnamese Medical Society, Falls Church, VA, June 12, 1993.
45. "Comparison of the SSRIs," Tri-City Psychiatric Society, Johnson, TN, June 18, 1993.
46. "Eating Disorder: Identification and Treatment," Internal Medicine Staff, Georgetown University Medical Center, Washington, DC, Sept. 14, 1993.
47. "The Management of Depression," Charter Hospital Staff, Charlottesville, VA, Sept. 14, 1993.
48. "Treatment of the Difficult Depressed Patient," Falls Church, VA, Sept. 21, 1993.
49. "SSRIs: Role in Depression," Loudon County Psychiatrists, Leesburg, VA, Oct. 19, 1993.
50. "Current Treatment Strategies in Depression," Montgomery County Internal Medicine Attending, Old Town, Alexandria, VA, Nov. 2, 1993.
51. "OCD: New Research and Treatment, " Grand Rounds, Sheppard-Pratt Hospital, Baltimore, MD, Nov. 3, 1993
52. "Treatment of Anxiety in the Primary Care Setting," Internal Medicine Attendings, Rockville, MD, Nov. 18, 1993.
53. "Identification and Treatment of Anxiety and Depression," Primary Care Grand Rounds, The Pentagon, Arlington, VA, Dec. 2, 1993
54. "Identification and Management of Depression in Primary Care," Northern VA. Primary Care Practitioners, Alexandria, VA, Dec. 7, 1993.
55. "Identification and Treatment of Anxiety Disorders," Medicine Grand Rounds, Georgetown University Medical School, Washington, DC, Feb. 10, 1994.
56. "An Overview of the SSRIs," Psychiatry Grand Rounds, VAMC, Washington, DC, May 26, 1994.

CONFIDENTIAL
AZSER12750552

BEST COPY AVAILABLE

57. "SSRIs and Eating Disorders," Southern New Jersey Psychiatric Association, Voorhees, NJ, June 7, 1994.
58. "New Research Findings in OCD and OCD-Spectrum Disorders, University of Texas Medical Branch at Galveston, Galveston, TX, June 17, 1994.
59. "Impulse Control Disorders and OCD-Spectrum Disorders," Quarterly Psychiatric Society Meeting, Pace Hospital, Atlanta, GA, Sept. 12, 1994.
60. "Use of SSRIs in Non-Depressive Disorders, Grand Rounds, Psychiatry Dept., Eastern Virginia Medical School, Norfolk, VA, Oct. 13, 1994.
61. "Anxiety Disorders," WASH-FM Radio Show, Washington, DC, Oct. 26, 1994.
62. "SSRIs in Depression and Anxiety," Winchester Hospital Staff, Winchester, VA, Nov. 21, 1994.
63. "OCD: Overview and Management," Prince George's County Mental Health Center, Greenbelt, MD, Nov. 29, 1994.
64. "Update on Fluoxetine," Eli Lilly Regional Meeting, McLean, VA, Jan. 31, 1995.
65. "SSRIs in Anxiety and Depression, Washington County Psychiatric Meeting, Hagerstown, MD, Jan. 31, 1995.
66. "The Role of Fluvoxamine in the Treatment of OCD," Upjohn Pharmaceuticals Regional Meeting, Tyson's Corner, VA, Feb. 3, 1995.
67. "OCD: Treatment Issues," Teleconference Network of Texas Health Science Center, San Antonio, TX, July 5, 1995.
68. "Vision of Psychopharmacology Research," SmithKline Beecham Symposium, Dept. of Psychiatry, UTMB at Galveston Medical School, July 12, 1995.
69. "OCD: A Comprehensive Treatment Approach, " Washington Psychiatric Society, Bethesda, MD, July 20, 1995.
70. "Overview of Anorexia and Bulimia Nervosa," Grand Rounds, Dept. of Psychiatry, UTMB at Galveston Medical School, Aug. 15, 1995.
71. "OCD and Tourette's Disorder," Neurology Grand Rounds, UT Health Sciences Center at Houston, Dec. 8, 1995.
72. "Identification of Anxiety and Eating Disorders in Children and Adolescents," Beaumont Pediatric Society, Beaumont, TX, January 23, 1996.
73. "Strategies for Treatment-Refractory OCD," Beaumont Psychiatric Society, Beaumont, TX, April 16, 1996.
74. "Pharmacotherapy of Borderline Personality Disorder," Grand Rounds, Dept. of Psychiatry, UTMB at Galveston, Galveston, TX, April 23, 1996.
75. "Effective Management of Spectrum Disorders in Primary Care," Primary Care Physicians, Memorial Healthcare System, Houston, TX, May 14, 1996.
76. "Management of OCD," Titus-Harris Society Annual Meeting, Wyndham Hotel, Dallas, TX, Feb. 23, 1996.
77. "OCD: Identification and Management," Psychiatry Grand Rounds, Sohn Hospital, Dallas, TX, Feb. 23, 1996.
78. "Eating Disorders," Sunday Medical Rounds, NPR Radio Show, Baltimore, MD, Feb. 11, 1996
79. "OCD and Related Disorders," Texas Physician Assistants Annual Meeting, Dallas, TX, March 2, 1996.
80. "Treatment Refractory OCD," Austin Psychiatric Society, Austin, TX, March 20, 1996.
81. "OCD: Psychopharmacology Update," 1st Annual UTMB Psychopharmacology Update, San Luis Hotel, Galveston, TX, March 22, 1996.
82. "Eating Disorder Update," 1st Annual UTMB Psychopharmacology Update, San Luis Hotel, Galveston, TX, March 22, 1996.
83. "OCD: Identification and Management in the Primary Care Setting," California Teleconference, April 2, 1996.
84. "Treatment Refractory OCD," Richmond Psychiatric Society, Richmond, VA, April 4, 1996.
85. "OCD: Identification and Treatment," Psychiatry Grand Rounds, Medical College of Virginia, Richmond, VA, April 5, 1996.
86. "Strategies for Treatment-Refractory OCD," Beaumont Psychiatric Society, Beaumont, TX, April 16, 1996.
87. "Treatment Refractory OCD," Memphis Psychiatric Society, Memphis, TN, April 18, 1996.
88. "Pharmacotherapy of Borderline Personality Disorder," Grand Rounds, Dept. of Psychiatry, UTMB at Galveston, Galveston, TX, April 23, 1996.
89. "OCD and Social Phobia," Cleveland Clinic, Grand Rounds, Dept. of Psychiatry, Cleveland, OH, May 2, 1996.
90. "Effective Management of Spectrum Disorders in Primary Care," Primary Care Physicians, Memorial Healthcare System, Houston, TX, May 14, 1996.
91. "OCD: Overview and Update," Texas Tech. Dept. of Psychiatry Grand Rounds, Amarillo, TX, May 23, 1996.
92. "SSRIs and the Treatment of Mood and Anxiety Disorder," Fort Worth Psychiatric Society, Fort Worth, TX, May 30, 1996.
93. "OCD: Treatment-Refractory Strategies," Gulf Coast MHMR Annual Meeting, Galveston, TX, August 21, 1996.
94. "OCD: Treatment-Refractory Strategies," Spohn Hospital Grand Rounds, Corpus Christi, TX, August 27, 1996.
95. "OCD and Anxiety: Identification and Treatment," OB/GYN Grand Rounds, Memorial Hospital, Fort Worth,

CONFIDENTIAL
AZSER12750553

BEST COPY AVAILABLE

TX, Sept. 12, 1996.
96. "Treatment of Refractory OCD," Texas Health Sciences Center at San Antonio, Psychiatry Grand Rounds, San Antonio, TX, Sept. 17, 1996.
97. "Treatment of Refractory OCD," Bexar Psychiatric Society, San Antonio, TX, Sept. 17, 1996.
98. "OC Spectrum Disorders," Villa Rosa Hospital Conference, San Antonio, TX, Sept. 18, 1996.
99. "OCD: Ask The Expert," Houston OCD Awareness Conference, Houston, TX, Oct. 10, 1996.
100. "OCD and OC Spectrum Disorders," Arizona Neuropsychiatry Annual Meeting, Oct. 18, 1996.
101. "OC Spectrum Disorders," Texas Society of Psychiatric Physicians Annual Meeting, Galveston, TX, Nov. 2, 1996.
102. "MDD Algorithm," TMAP Participants, San Antonio State Hospital, San Antonio, TX, Dec. 7, 1996.
103. "OCD: Identification and Management in the Primary Care Setting," UT Health Sciences Center at San Antonio Teleconference, Jan. 2, 1997.
104. "OCD Spectrum Disorders," Grand Rounds, Dept. of Psychiatry, University of Utah, Salt Lake City, UT, March 24, 1997.
105. "OCD and Eating Disorders," Grand Rounds, Dept. of Psychiatry, Texas Tech University Medical School, Lubbock, TX, April 18, 1997.
106. "OCD-Spectrum Disorders," Dept. of Psychiatry, University of South Dakota, Sioux Falls, SD, May 2, 1997.
107. "Treatment of Eating Disorders," Houston Area Psychiatrists, Cafe Annie, Houston, TX, May 14, 1997.
108. "Identification and Treatment of OCD and Depression in Adolescents and Adults," Greater Peoria Area Psychiatric Society, Peoria, IL, July 8, 1997.
109. "Identification and Treatment of Panic Disorder," Pfizer Pharmaceuticals Divisional Meeting, Four Seasons Conference Center, Houston, TX, August 21, 1997.
110. "OCD: Ask the Experts," TEXAMI Annual Convention, South Shore Harbor Conference Center, League City, TX, Sept. 11, 1997.
111. "Treatment of OCD in Children and Adolescents," Dallas Psychiatric Society, Arlington, TX, Sept. 13, 1997.
112. "OCD and OCD-Related Spectrum Disorders," Corpus Christi Psychiatric Society, Corpus Christi, TX, Sept. 25, 1997.
113. "Anxiety Disorder Update," Clear Lake Area Mental Health Professionals, Houston, Texas, September 29, 1997.
114. "Fatal Obsession: Identification and Treatment of Anorexia Nervosa, " Grand Rounds, UTMB Dept. of Psychiatry & Behavioral Sciences, Galveston, TX, Oct. 7, 1997.
115. "Pharmacotherapy of Mood Disorders," Grand Rounds, UTMB Dept. of Family Medicine, Galveston, TX, Oct. 9, 1997.
116. "OCD Spectrum Disorders:  Recognition and Treatment," Gulf Coast MHMR Update, Texas City, Texas, February 20, 1998.
117. "OCD:  Update," Grand Rounds, Dept. of Psychiatry and Behavioral Sciences, Medical University of South Carolina, Charleston, SC, March 10, 1998.
118. "OCD:  Current Concepts," Menninger Update on Anxiety Disorders, Sheraton Hotel and Conference Center, St. Louis, MO, June 13, 1998.
119. "OCD:  Epidemiology and Clinical Features," Menninger Update on OCD, Hilton Hotel and Conference Center, Houston, Texas, June 27, 1998.
120. "OCD:  Epidemiology and Clinical Features," Menninger Update on OCD, Sheraton Hotel and Conference Center, Dallas, Texas, August 8, 1998.
121. "Algorithms in Depression:  Progress and Perils," Menninger Update on Depression, Valley River Inn, Eugene, Oregon, May 7, 1999.
122. "Advances in Use of Psychopharmaceuticals in Treating Anxiety and Depression", 33rd Annual Family Practice Review, Moody Gardens Hotel, Galveston, TX, May 13, 1999.
123. "Treatment of Anxiety Disorders", Grand Rounds, Dept. of Psychiatry, St. Louis University, April 20, 2000.
124. "Atypical Antipsychotic Agents: Impact on Glucose Metabolism," Grand Rounds, Dept. of Psychiatry, St. Louis University, St. Louis, MO, November 26, 2001.
125. "Social Anxiety Disorder," Anxiety & Depression Update 2003, Sawgrass Marriott, Ponte Vedra, Fl, Feb. 15, 2003.
126. "Bipolar Disorder Complicated by Comorbid Conditions," CME, Inc. Conference on Beyond Bipolar Disorder: The Importance of Treating the Total Patient," Hilton Westchase & Towers, Houston, TX, July 19, 2003.
127. "Bipolar Disorder Complicated by Comorbid Conditions," CME, Inc. Conference on Beyond Bipolar Disorder: The Importance of Treating the Total Patient," Adams Mark Hotel & Conference Center, Dallas, TX, Sept. 12, 2003.
128. "Update on Aripiprazole," Orange Park/Jacksonville-area Psychiatrists, 12/11/03
129. "Antipsychotics: Promise and Peril," Duvall/Clay County Nurse Practitioners Monthly Meeting, Jacksonville, FL, Jan. 29, 2004.

CONFIDENTIAL
AZSER12750554

BEST COPY AVAILABLE

130."Update on Aripiprazole," Orange Park/Jacksonville-area Psychiatrists, Orange Park, Fl, August 19, 2004.

**BIBLIOGRAPHY:**

*Peer-Reviewed Publications:*

1.  Pigott, T.A.; Kellner, C.H.  Depression and sexual dysfunction complicating neuro-sarcoidosis:  A case report. J. South Carolina Med. Assoc.  83:16-18; 1987.
2.  Pigott, T.A.  Verapamil in mania: A promising alternative to lithium therapy?  Interface Spring: 1-9; 1987.
3.  Demitrack, M.A.; Lesem, M.D.; Brandt, H.A.; Pigott, T.A.; Jimerson, D.C.; Altemus M.; Gold, P.W. Neurohypophyseal dysfunction: implications for the pathophysiology of eating disorders.  Psychopharm. Bull. 25 (3): 439-443; 1989.
4.  Murphy, D.L.; Zohar, J.; Benkelfat, C.; Pato, M.T.; Pigott, T.A.; Insel, T.R.  Obsessive-compulsive disorder as a serotonin subsystem-related behavioral disorder.  Br. J. Psychiatry 155 (8): 15-24; 1989.
5.  Pigott, T.A.; Pato, M.T.; Bernstein, S.E.; Grover, G.N.; Hill, J.L.; Tolliver, T.J.; Murphy, D.L.  Controlled comparisons of clomipramine and fluoxetine in the treatment of obsessive-compulsive disorder:  Behavioral and biological results.  Arch. Gen. Psychiatry. 47(10): 926-932; 1990.
6.  Pato, M.T.; Pigott, T.A.; Hill, J.L.; Grover, G.N.; Bernstein, S.; Murphy, D.L. Controlled comparison of buspirone and clomipramine in obsessive-compulsive disorder.  Am. J. Psychiatry. 148(1): 127-129; 1991.
7.  Pigott, T.A.; Zohar, J.; Hill, J.L.; Bernstein, S.E.; Grover, G.N.; Zohar-Kadouch, R.C.; Murphy, D.L. Metergoline blocks the behavioral and neuroendocrine effects of orally administered m-CPP in patients with obsessive-compulsive disorder. Biol. Psychiatry. 29: 418-426; 1991.
8.  Pigott, T.A.; Pato, M.T.; L'Heureux, F.; Hill, J.L.; Grover, G.N.; Bernstein, S.E.; Murphy, D.L.  A controlled comparison of adjuvant lithium carbonate or thyroid hormone in clomipramine-treated patients with obsessive-compulsive disorder. J. Clin. Psychopharmacol. 11(4): 242-248; 1991.
9.  Pigott, T.A.; Altemus, M.; Rubenstein, C.S.; Hill, J.L.; Bihari, K.; L'Heureux, F.; Bernstein, S.E.; Murphy D.L. Symptoms of eating disorders in patients with obsessive-compulsive disorder.  Am. J. Psychiatry. 148: 1552-1557; 1991.
10. Yoney, T.H.; Pigott, T.A.; L'Heureux, F.; Rosenthal, N.E. Seasonal variation in OCD: preliminary experience with light treatment.  Am. J. Psychiatry. 148: 1727-1729; 1991.
11. Bihari, K.; Pigott, T.A.; Hill, J.L.; Murphy, D.L. Blepharospasm and obsessive-compulsive disorder. J.  Nerv. Ment. Dis. 180: 130-132; 1992.
12. Altemus, M.; Pigott, T.A.; Kalogeras, K.; Demitrack, M.; Dubbert, B.; Murphy, D.L.; Gold, P. Abnormalities in the regulation of vasopressin and corticotropin releasing factor secretion in obsessive-compulsive disorder. Arch. Gen. Psychiatry. 49: 9-20; 1992.
13. Pigott, T.A.; L'Heureux, F.; Hill, J.L.; Bihari, K.; Bernstein, S.E.; Murphy, D.L. A double-blind study of adjuvant buspirone hydrochloride in clomipramine-treated OCD patients. J. Clin. Psychopharmacol. 12: 11-18; 1992.
14. Pigott, T.A.; L'Heureux, F.; Rubenstein, C.S.; Bernstein, S.E.; Hill, J.L.; Murphy, D.L. Double-blind, placebo controlled study of trazodone in patients with obsessive-compulsive disorder. J. Clin. Psychopharmacol. 12(3): 156-162; 1992.
15. Demitrack, M.A.; Kalogeras, K.T.; Altemus, M.; Pigott, T.A.; Listwak, S.J.; Gold, P.W. Plasma and cerebrospinal fluid measures of arginine vasopressin secretion in patients with bulimia nervosa and in healthy subjects. J. Clin. Endocrinol. Met. 74(6): 1277-83; 1992.
16. Rubenstein, C.S.; Pigott, T.A.; L'Heureux, F.; Murphy, D.L. A preliminary investigation of the lifetime prevalence of anorexia and bulimia nervosa in patients with obsessive-compulsive disorder. J. Clin. Psychiatry. 53(9): 309-314; 1992.
17. Grady, T.A.; Pigott, T.A.; L'Heureux, F.; Murphy, D.L. Seizure associated with fluoxetine and adjuvant buspirone therapy. J. Clin. Psychopharmacol. 12(1): 70-71; 1992.
18. Broocks, A.; Pigott, T.A.; Canter, S.; Grady, T.A.; L'Heureux, F.; Hill, J.L.; Murphy, D.L. Acute administration of ondansetron and m-CPP in patients with OCD and controls: behavioral and biological results. Biol. Psychiatry. 31: 174; 1992.
19. Pigott, T.A.; Hill, J.L.; Grady, T.A.; L'Heureux, F.; Bernstein, S.E.; Rubenstein, C.S.; Murphy, D.L. A comparison of the behavioral effects of oral versus intravenous m-CPP administration in OCD patients and the effect of metergoline prior to IV m-CPP. Biol. Psychiatry. 33: 3-14; 1993.
20. Altemus, M.; Pigott, T.A.; L'Heureux, F.; Davis, C.L.; Rubinow, D.R.; Murphy, D.L.; Gold, P.W. Cerebrospinal fluid somatostatin in obsessive-compulsive disorder. Am. J. Psychiatry. 150: 460-464; 1993.
21. Martin, A.; Pigott, T.A.; Lalonde, F.M.; Dalton, I.; Dubbert, B.; Murphy, D.L. Lack of evidence for Huntington's disease-like cognitive dysfunction in OCD. Biol. Psychiatry. 33: 345-353; 1993.
22. Grady, T.A.; Pigott, T.A.; L'Heureux, F.; Hill, J.L.; Bernstein, S.E.; Murphy, D.L. A double-blind study of

CONFIDENTIAL
AZSER12750555

BEST COPY AVAILABLE

adjuvant buspirone for fluoxetine-treated patients with obsessive-compulsive disorder. Am. J. Psychiatry. 150(5): 819-821; 1993.

23. Rubenstein, C.S.; Peynircioglu, Z.; Chambless, D.L.; Pigott, T.A. Memory in sub-clinical obsessive-compulsive checkers. Beh. Res. Ther. 31: 759-765; 1993.

24. Rubenstein, C.S.; Pigott, T. A.; Altemus, M.; L'Heureux, F.; Gray, J.J.; Murphy, D.L. High rates of comorbid OCD in patients with bulimia nervosa. Eat. Dis. J. Treat. Prev. 1(2): 147-155; 1993.

25. Demitrack, M.A.; Putnam, F.W.; Pigott, T.A.; Altemus, M.; Krahn, D.D.; Gold, P.W. Relation of dissociative phenomena to levels of cerebrospinal fluid monoamine metabolites and ß-endorphin in patients with eating disorders: a pilot study. Psychiatr. Res. 49:1-10; 1993.

26. Martins, E.A.; Pigott, T.A.; Bernstein, S.E.; Doyle, B.D.; Sunderland, B. Sertraline in the treatment of social phobia. Anxiety. 1(6): 291-7, 1995.

27. Demitrack, M.A.; Heyes, M.P.; Altemus, M.A.; Pigott, T.A.; Gold, P.W. Cerebrospinal fluid levels of kynurenine pathway metabolites in patients with eating disorders: relation to clinical and biochemical variables. Biol. Psychiatry. 37 (8): 512-520; 1995.

28. Rubenstein, C.S.; Altemus, M.; Pigott, T.A.; Hess, A.; Murphy, D.L. Symptom overlap between OCD and bulimia nervosa. J. Anx. Dis. 9(1): 1-9; 1995.

29. Jefferson, J.W.; Altemus, M.; Jenike, M.A.; Pigott, T.A.; Stein, D.J.; Greist, J.H. Algorithm for the treatment of OCD. Psychopharm. Bull. 31(3): 487-490; 1995.

30. Grady, T.A.; Broocks, A.; Canter, S.K.; Pigott, T.A.; Dubbert, B.; Hill, J.L.; Murphy, D.L. Biological and behavioral responses to d-amphetamine, alone and in combination with the serotonin3 receptor antagonist ondansetron, in healthy volunteers. Psychiatry Res. 64: 1-10, 1996.

31. Bastiani, A.M.; Altemus, M.; Pigott, T.A.; Rubenstein, C.; Weltzin, T.E.; Kaye, W.H. Comparison of obsessions and compulsions in patients with anorexia nervosa and obsessive compulsive disorder. Biol-Psychiatry. 39(11): 966-9, 1996.

32. Broocks, A.; Briggs, N.C.; Pigott, T.A.; Hill, J.L.; Canter, S.K.; Tolliver, T.J.; Baldemore, D.; Murphy, D.L.: Behavioral, physiological and neuroendocrine responses in healthy volunteers to m-CPP with and without ondansetron pretreatment. Psychopharmacol. 130: 91-103, 1997.

33. Pigott, T.: Obsessive-compulsive disorder: Symptom overview and epidemiology. Bulletin of the Menninger Clinic 62(4) A: A4-A32, 1998.

34. Broocks, A., Pigott, T.A., Hill, J.L., Canter, S., Grady, T.A., L'Heureux, F., Murphy, D.L.: Acute intravenous administration of ondansetron and m-CPP, alone and in combination, in patients with obsessive-compulsive disorder (OCD): behavioral and biological results. Psychiatry-Res. 79(1): 11-20, 1998.

35. Pigott, T.; Seay, S.: A Review of the Efficacy of Selective Serotonin Reuptake Inhibitors in Obsessive-Compulsive Disorder. J. Clin. Psychiatry 60(2): 101-106, 1999.

36. Crimson, M.L., Trivedi, M., Pigott, T.A., Rush, A.J., Hirschfeld, R.M.A., Kahn, D.A., Da Battista, C., Nelson, J.C., Nierenberg, A.A., Sackeim, H.A., Thase, M.E.: Texas Consensus Conference Panel: The Texas Medication Algorithm Project: Report of the Texas Consensus Conference Panel on Medication Treatment of Major Depressive Disorder. J Clin Psychiatry. 60(3): 142-156, 1999.

37. Rush, A.J., Rago, W.V., Crismon, M.L., Toprac, M.G., Shon, S.P., Suppes, T., Miller, A.L., Trivedi, M.H., Swann, A.C., Biggs, M.M., Shores-Wilson, K., Kashner, T.M., Pigott, T., Chiles, J.A., Gilbert, D.A., Altshuler, K.Z.: Medical Treatment for the Severely and Persistently Mentally Ill: The Texas Medication Algorithm Project. J Clin Psychiatry 60(5): 284-291, 1999.

38. Altemus, M., Jacobson, K.R., Debellis, M., Kling, M., Pigott, T., Murphy, D.L., Gold, P.W.: Normal CSF oxytocin and NPY levels in OCD. Biol-Psychiatry. 45(7): 931-3, 1999.

39. Riddle MA, Reeve EA, Yaryura-Tobias JA, Yang HM, Claghorn JL, Gaffney G, Greist JH, Holland D, McConville BJ, Pigott T, Walkup JT.: Fluvoxamine for children and adolescents with obsessive-compulsive disorder: a randomized, controlled, multicenter trial. J Am Acad Child Adolesc Psychiatry 40(2):222-9, 2001

40. Eisen JL, Rasmussen SA, Phillips KA, Price LH, Davidson J, Lydiard RB, Ninan P, Pigott T.: Insight and treatment outcome in obsessive-compulsive disorder. Compr Psychiatry 42(6):494-7, 2001.

41. Pigott, T.; Carson, W.H.; Saha, A.R.; Torbeyns, A.; Stock, E.; Ingenito, G.; The Aripiprazole Study Group: Aripiprazole for the prevention of relapse in stabilized patients with chronic schizophrenia: a placebo-controlled 26-week study. J Clin Psychiatry. 64(9): 1048-1056, 2003.

42. Kasper S, Lerman MN, McQuade RD, Saha A, Carson WH, Ali M, Archibald D, Ingenito G, Marcus R, Pigott T. Efficacy and safety of aripiprazole vs. baloperidol for long-term maintenance treatment following acute relapse of schizophrenia. Int J Neuropsychopharmacol. 2003 Nov 11

43. Simpson GM, Weiden P, Pigott TA, Murray A, Siu, CO, Romano SJ: Ziprasidone vs. Olanzapine in Schizophrenia: A 6-Month, Blinded, Multicenter Continuation Study. Am J Psychiatry 2004, In Press

*Invited Submissions and Review Articles:*

CONFIDENTIAL
AZSER12750556

BEST COPY AVAILABLE

1. Gold, P.W.; Pigott, T.A.; Kling, M.A.; Kalogeras, K.; Chrousos, G.P. Basic and clinical studies with corticotrophin-releasing hormone: Implications for a possible role in panic disorder. In Winokur, G.; Coryell, W. (Eds). Biologic Systems: Their Relationship to Anxiety Disorders. Psychiatr. Clin. N. A. 11:327-334, 1988.

2. Murphy, D.L.; Pigott, T.A. A comparative examination of a role for serotonin in obsessive-compulsive disorder, panic disorder, and anxiety. J. Clin. Psychiatry. 51 (4); 53-58; 1990.

3. Murphy, D.L.; Pato, M.T.; Pigott, T.A. Obsessive-compulsive disorder: Treatment with serotonin-selective uptake inhibitors, azapirones, and other agents. J. Clin. Psychopharmacol. 10(3); 91-100S; 1990.

4. Murphy, D.L.; Pigott, T.A. Brain serotonergic subsystems in obsessive-compulsive disorder. J Clin Neuropharmacol. 13(2): 37-38; 1990.

5. Murphy, D.L.; Pigott, T.A. Obsessive-compulsive disorder and its treatment with serotonin-selective agents. Prog. Clin. Biol. Res. 361:179-201; 1990.

6. Murphy, D.L.; Lesch, K.P.; Aulakh, C.S.; Pigott, T.A. Serotonin-selective arylpiperazines with neuroendocrine, behavioral, temperature, and cardiovascular effects in humans. Pharmacolog. Rev. 43(4): 527-552; 1991.

7. Pigott, T.A.; Murphy, D.L. The somatization spectrum and antidepressant response in the medically ill. Clin. Neuropharmacol. 15(1) S: 634-635; 1992.

8. Pigott, T.A. An Overview of SSRIs in the treatment of depression, panic disorder, and OCD. MEDIFORUM. 15(2): 7-10; 1994.

9. Jenike, M.A.; Pigott, T.A. Advances in the Diagnosis & Management of OCD. Eli Lilly and Co. Monograph. NCM Publishers, Inc.: New York; 1994.

10. Pigott, T.A.; L'Heureux, F.; Dubbert, B.; Bernstein, S.E.; Murphy, D.L. OCD: Comorbid Conditions. J. Clin. Psychiatry. 56(10): 28-32; 1994.

11. Pigott, T.A. OCD: Where the serotonin-selectivity story begins. J. Clin. Psychiatry. 57(7): 56-62; 1996.

12. Pigott, T.A. Board Review: Psychopharmacology. Hosp. Physician. 20: 4-15; 1996.

13. Pigott, T.A., Seay, S.: Pharmacotherapy of OCD. International Rev Psychiatry. 9: 133-147, 1997.

14. Pigott, T.A.; Szauter, K.: Identification and Management of OCD in Primary Care. Solvay and MPE Communications Monograph and CME Program.

15. Pigott, T.A.; Wagner, K.D.: Complicated and Treatment Refractory OCD. Solvay and MPE Communications Monograph and CME Program.

16. Pigott, T.A.: Gender Differences in the Epidemiology and Treatment of Anxiety Disorders. J-Clin-Psychiatry. 60 Suppl 18: 4-15, 1999.

17. Pigott, T.A., and Ferguson, C.F.: Pharmacotherapy of Eating Disorders. Behavioral Therapy. 31, 237-263, 2000.

18. Pigott, T.A.: Anxiety Disorders in Women: In Kornstein, S. and Clayton, A. (Eds). Women and Anxiety Disorders. Psychiatr. Clin. N. A., Sept. 2003.

19. Glazer, W.M., Csernansky, J.G., Pigott, T.A., Kane, J.M., Wirshing, D.A.: Long-Term Antipsychotic Effectiveness: A New Era in the Management of Psychosis. Medical Crossfire. 4(5): 1-18, 2003.

20. Pigott TA: Obsessive-Compulsive Disorder. In Women and Anxiety Disorders: Implications for Diagnosis and Treatment, CNS Spectrums. 9(9) Suppl: 14-16, 2004.

*Letters:*

1. Altemus, M.; Pigott, T.A.; Kalogeras, K.; Dubbert, B.; Demitrack, M.; Murphy, D.L.; Gold, P.W. AVP response to hypertonic saline infusion in OCD. Neuroendocrinol Lett. 12(4): 318; 1990.

2. Pigott, T.A.; Murphy, D.L. Are effective antiobsessional drugs interchangeable? Reply. Arch. Gen. Psychiatry. 48 (9): 858-859; 1991.

3. Pigott, T.A.; Murphy, D.L.; Hill, J.L.; Grady, T.A.; Bernstein, S.E. A comparison of the behavioral effects of oral versus intravenous m-CPP administration in OCD patients and the effect of metergoline prior to IV m-CPP; Reply. Biol. Psychiatry. 35: 426-427; 1994.

4. Pigott, T.A. The treatment of trichotillomania (letter). Menninger Lett. 2: 2; 1994.

5. Pigott, T.A. OCD and Eating Disorders (letter). Menninger Lett. 2: 3; 1994.

*Books/Chapters:*

1. Gold, P.W.; Pigott, T.A.; Kling, M.A.; Brandt, H.A.; Kalogeras, K.; Demitrack, M.A.; Geracioti, T. Hypothalamic-pituitary-adrenal axis in panic disorder. In Ballenger, J.C. (Ed.). Neurobiological Aspects of Panic Disorder. New York: Wiley-Liss: 313-320; 1990.

2. Murphy, D.L.; Pigott, T.A. The pharmacological treatment of obsessive-compulsive disorder. In Burrows, G.D.; Noyes, R.; Roth, M. (Eds.). Handbook of Anxiety. Vol. 4: The Treatment of Anxiety. Amsterdam: Elsevier Science Publishers, 255-269; 1990.

3. Murphy, D.L.; Pigott, T.A.; and Insel, T.R. Obsessive-compulsive disorder and anxiety. In Burrows, G.D.;

CONFIDENTIAL
AZSER12750557

BEST COPY AVAILABLE

Noyes, R.; Roth, M. (Eds.). Handbook of Anxiety. Vol. 3. Amsterdam: Elsevier Science Publishers, 269-287; 1990.

4. Geracioti, T.D.; Kalogeras, K.T.; Pigott, T.A.; Demitrack, M.A.; Altemus, M.A.; Chrousos, G.P.; Gold, P.W. Anxiety and the hypothalamic-pituitary axis. In Burrows, G.D.; Noyes, R.; Roth, M. (Eds.). Handbook of Anxiety. Vol 3. Amsterdam: Elsevier Science Publishers, 355-364; 1990.

5. Pigott, T.A. Fluoxetine in the treatment of obsessive-compulsive disorder. In Pato, M.T.; Zohar, J.; (Eds.): Current treatments of obsessive-compulsive disorder. Washington, DC: American Psychiatric Press, Inc.: 29-44; 1991.

6. Murphy, D.L.; Zohar, J.; Lawlor, B.A.; Sunderland, T.; Pigott, T.A.; Aulakh, C.S.; Bagdy, G.; Garrick, N.A. Hormonal responses to serotonergic drugs as a means to evaluate brain serotonergic function in humans. In Paoletti, R.; Vanhouten, P.M. (Eds.). Serotonin: From Cell Biology to Pharmacology and Therapeutics. The Netherlands: Kluwer Academic Publishers; 1992.

7. Murphy, D.L.; Broocks, A.; Aulakh, C.; Pigott, T.A. Anxiolytic Effects of Drugs Acting on 5-HT Receptor Subtypes. In Paoletti, R.; Vanhouten, P.M. (eds.). Serotonin from Cell Biology to Pharmacology and Therapeutics. The Netherlands: Kluwer Academic Publishers; 1992.

8. Pigott, T.A.; Grady, T.A.; Rubenstein, C.S. Obsessive-Compulsive Disorder and Trichotillomania. In Dunner, D.L. (ed). Current Psychiatric Therapy. Philadelphia: W.B. Saunders Co. 282-288; 1992.

9. Murphy, D.L.; Pigott, T.A.; Grady, T.A.; Broocks, A.; Altemus, M. Neuropharmacological investigations of brain serotonin subsystem functions in obsessive-compulsive disorder. In Bradley, P.B. (ed). Serotonin, CNS Receptors and Brain Function. Oxford UK: Pergammon Press, 85, 271-285; 1992.

10. Murphy, D.L.; Greenberg, B.; Altemus, M.; Benjamin, J.; Grady, T.A.; Pigott, T.A. The neuropharmacology and neurobiology of OCD: an update on the serotonin hypothesis. In Westenberg, H.G.M.; Murphy, D.L.; DenBoer, J.A. (eds.). Advances in the Neurobiology of Anxiety Disorders. Philadelphia: Wiley Publications. 226-232; 1995.

11. Pigott, T.A.; Dubbert, B.; L'Heureux, F.; Canter, S.; Murphy, D.L. The Pharmacological Treatment of OCD: The Longitudinal Perspective. In Mavissakalian, M.; Prien, R (eds.). Long-Term Treatment of Anxiety Disorders, Washington, D.C.: American Psychiatric Press, 311-342; 1996.

12. Pigott, T.A.; Myers, K.R.; Williams, D.W. OCD: A Neuropsychiatric Perspective. In Rapee, R (ed.). Current Controversies in the Anxiety Disorders. New York: Guilford Press. 134-160; 1996.

13. Pigott, T.A and Seay, Sheila: Biological Treatments for Obsessive-Compulsive Disorder: Clinical Applications. In Swinson, R.P.; Antony, M.M.; Rachman, S. and Richter, M.A. (eds.). Obsessive-Compulsive Disorder: Theory, Research, and Treatment. New York: Guilford Press. 298-326; 1998.

14. Steketee, G. and Pigott, T.A.: Obsessive-Compulsive Disorder: The Latest Assessment and Treatment Strategies. Kansas City, MO.: Compact Clinicals, 1999.

15. Pigott, T.A.: Sex Steroids and Anxiety Disorders. In Morrison, M.F. (ed). Hormones, Gender, and the Aging Brain: The Endocrine Basis of Geriatric Psychiatry. Cambridge, U.K.: Cambridge University Press, 241-266, 2000.

16. Pigott, T.A. and Seay, Sheila: Pharmacotherapy of OCD: Overview and Treatment-Refractory Strategies. In Goodman, W.K.; Rudorfer, M.V., and Maser, J.D. (Eds). Obsessive-Compulsive Disorder: Contemporary Issues in Treatment. Mahwah, N.J.: Lawrence Erlbaum Associates, Publishers. 272-302, 2000.

17. Pigott, T.A.: Gender Differences in Anxiety Disorders. In Kornstein, S. and Clayton, A. (Eds). Textbook of Women's Health. New York: Guilford Press. 2002.

18. Pigott, T.A. and Lac, T.: Gender Differences in Anxiety Disorders. In D'haenen, H., den Boer, J.A., and Willner, P. (Eds.). Biological Psychiatry. London, England: Wiley Publications. 1025-1038, 2002.

19. Pigott, T.A.: Anxiety Disorders in Women. Psychiatr Clin North Am. 2003 Sep;26(3):621-72, vi-vii.

*Abstracts:*

1. Brandt, H.A., Kassett, J.A., Hegg, A.P., Demitrack, M.A., Pigott, T.A., Obarzanek, E., Curtis, B., and Gold, P.W.: Issues at the interface of treatment and research in eating disorders. Third International Conference on Eating Disorders, New York, NY, April 1988.

2. Brandt, H.A., Kling, M.A., Demitrack, M.A., Pigott, T.A., Gwirtsman, H.E., Kaye, W.H., Kassett, J.A., and Gold, P.W. Do depression and anorexia nervosa represent a single disease entity: Biological perspectives. Third International Conference on Eating Disorders, New York, NY, April 1988.

3. Demitrack, M.A., Putnam, F.W., Brandt, H.A., Pigott, T.A., Hegg, A.P., and Gold, P.W.: Measurement of dissociative phenomena in eating disorders. Third International Conference on Eating Disorders, New York, NY, April 1988.

4. Brandt, H.A., Hegg, A., Demitrack, M.A., Pigott, T.A., Gold, P.W., Obarzanek, E., Jimerson, D.C. Effects of naloxone on hypothalamic function and food intake in eating disorders. Annual Meeting of the Federation of American Societies for Experimental Biology (FASEB), Las Vegas, NV, April 1988.

CONFIDENTIAL
AZSER12750558

BEST COPY AVAILABLE

5.  Gold, P.W., Brandt, H.A., Demitrack, M.A., Kling, M.A., Pigott, T.A., Hegg, A.  CRH and NE in eating and affective disorders.  Annual Meeting of the American Psychiatric Association, Montreal, Canada, May 1988.

6.  Murphy, D.L., Zohar, J., Benkelfat, C., Pato, M.T., Pigott, T.A., Grover, G., Hill, J.L., Insel, T.R. Serotonergic agonist and antagonist effects in obsessive-compulsive disorder.  XVIth Collegium International NeuroPsychopharmacologicum (CINP) Congress, Munich, August 15-19, 1988.

7.  Murphy, D.L., Zohar, J., Benkelfat, C., Pato, M.T., Pigott, T.A., Grover, G., Hill, J.L., Insel, T.R. Serotonergic responsivity in obsessive-compulsive disorder. XVIth Collegium International Neuropsychopharmacologicum (CINP), Munich, August 15-19, 1988.

8.  Murphy, D.L., Zohar, J., Lawlor, B.A., Sunderland, T., Pigott, T.A., Aulakh, C.S.,   Bagdy, G., Garrick, N.A. Hormonal responses to serotonergic drugs as a means to evaluate brain serotonergic function in humans. International Symposium on Serotonin From Cell Biology to Pharmacology and Therapeutics, Florence, Italy, March 29 - April 1, 1989.

9.  Obarzanek, E., Lesem, M., Brandt, H.A., Pigott, T.A., Jimerson, D. Reduced metabolic rate in bulimia: Dietary factors. Annual Meeting of the American Psychiatric Association, San Francisco, CA, May 6-11, 1989.

10. Demitrack, M.A., Lesem, M.D., Kalogeras, K., Brandt, H.A., Pigott, T., Hegg, A.P., Gold, P.W.  Vasopressin abnormalities in bulimia nervosa. 142nd Annual Meeting of the APA, San Francisco, CA, May 6-11, 1989.

11. Jimerson, D.C., Obarzanek, E., Lesem, M.D., Pigott, T.A., and Brandt, H.A.: Reduced metabolic rate in bulimia nervosa: Effect of dietary stabilization. Annual Meeting of the Society of Biological Psychiatry, San Francisco, CA, May 4-7, 1989.

12. Pato, M.T., Pigott, T.A., Hill, J.L., Grover, G., Bernstein, S.E., Murphy, D.L. Clomipramine vs. buspirone in OCD:  A controlled trial.  142nd Annual Meeting of the American Psychiatric Association, San Francisco, CA, May 6-11, 1989.

13. Pigott, T.A., Murphy, D.L., Pato, M.T., Hill, J.L., Grover, G., Benkelfat, C. Serotonin probes in obsessive-compulsive disorder.  142nd Annual Meeting of the American Psychiatric Association, San Francisco, CA, May 6-11, 1989.

14. Pigott, T.A., Murphy, D.L., Pato, M.T., Hill, J., Grover, G. Serotonergic subsystems in obsessive-compulsive disorder.  Conference on Neuropharmacology of Serotonin, The New York Academy of Sciences, New York, NY, July 10-13, 1989.

15. Garrick, N.A., Szele, F.G., Aulakh, C.S., Pigott, T.A., Hill, J.L, Bagdy, G., Gold, P.W., Mefford, I.N., and Murphy, D.L.: Corticotrophin-releasing hormone, catecholamine, and other neuroendocrine responses to serotonin agonists in non-human primates. Annual Meeting of the American College of Neuropsychopharmacology (ACNP), Maui, Hawaii, December 10-15, 1989.

16. Pigott, T.A., Pato, M.T., Bernstein, S.E., Grover, G., Hill, J.L., Tolliver, T.J., Murphy, D.L. A controlled comparison of clomipramine and fluoxetine in the treatment of obsessive-compulsive disorder. ACNP, Maui, Hawaii, December 10-15, 1989.

17. Pigott, T.A., Altemus, M., L'Heureux, F., Bihari, K., Bernstein, S.E., Dubbert, B., Hill, J.L., and Murphy, D.L.: Eating disorders and obsessive-compulsive disorder: A systematic assessment of co-morbidity.   Fourth International Conference on Eating Disorders, New York, NY, April 27-29, 1990.

18. Pigott, T.A., Yoney, T.H., L'Heureux, F., Hill, J.L., Grover, G.N., Bihari, K., Murphy, D.L. Serotonergic responsivity to m-CPP in OCD patients during clomipramine and fluoxetine treatment. Annual Meeting of the Society of Biological Psychiatry, New York, NY, May 9-13, 1990.

19. Murphy, D.L., Pigott, T.A., Lawlor, B.A., Jacobsen, F.M., Pato, M.T., and Sunderland, T.:  Serotonin and other neurotransmitters in anxiety.  143rd Annual Meeting of the American Psychiatric Association, New York, NY, May 12-17, 1990.

20. Pigott, T.A., Pato, M.T., Grover, G., Hill, J.L., Bernstein, S.E., and Murphy, D.L.: A controlled comparison of lithium vs. thyroid supplementation of clomipramine in obsessive-compulsive disorder. 143rd Annual Meeting of the American Psychiatric Association, New York, NY, May 12-17, 1990.

21. Pigott, T.A., Altemus, M., L'Heureux, F., Bihari, K., Gold, P.W., and Murphy, D.L.: OCD, AN, BN: A controlled comparison of symptoms. 143rd Annual Meeting of the American Psychiatric Association, New York, NY, May 12-17, 1990.

22. Altemus, M., Pigott, T.A., Demitrack, M.A., Listwak, S.J., Murphy, D.L., and Gold, P.W.: CSF AVP and oxytocin in OCD and eating disorders. 143rd Annual Meeting of the American Psychiatric Association, New York, NY, May 12-17, 1990.

23. L'Heureux, F., Pigott, T.A., Yoney, T.H., Grover, G.N., Hill, J.L., and Murphy, D.L.: Buspirone augmentation in OCD: a controlled trial.  143rd Annual Meeting of the American Psychiatric Association, New York, NY, May 12-17, 1990.

24. Pigott, T.A., L'Heureux, F., Bernstein, S.E., Grover, G.N., Bihari, K., Hill, J.L., and Murphy, D.L.: A controlled comparison of clomipramine vs. trazodone in OCD. NCDEU Annual Meeting, Key Biscayne, FL, May 29-June 1, 1990.

25. Altemus, M., Pigott, T.A., Dubbert, B., Murphy, D.L., and Gold, P.W.: Arginine vasopressin in OCD. ISPNE

CONFIDENTIAL
AZSER12750559

BEST COPY AVAILABLE

Congress, Buffalo, NY, August 18-26, 1990.

26. Murphy, D.L., Lesch, K.P., and Pigott, T.A.: Potential relevance of the partial agonist properties of different serotonergic agents studied in humans to their neuropharmacologic effects. ACNP, San Juan, Puerto Rico, December 11-15, 1990.

27. Pigott, T.A., Murphy, D.L., Altemus, M., and L'Heureux, F.: OCD Research at the NIMH. Symposium on Obsessive-Compulsive Disorder, American Psychiatric Association Annual Meeting, New Orleans, LA, May 9-12, 1991.

28. Pigott T.A., Grady, TA, Rubenstein CS, L' Heureux F, Altemus M, Bihari K, and Murphy DL: OCD and Eating Disorders: a Comparison of Symptom Overlap, American Association for The Advancement of Behavioral Therapy, New York City, NY, Nov. 1991.

29. Rubenstein, C.S., Peynircioglu, Z., Chambless, D., Pigott, T.A.: Memory and Confidence in Memory of Sub-clinical Obsessive Compulsive Checkers, American Association for The advancement of Behavioral Therapy, New York City, NY, Nov. 1991.

30. Pigott TA, Grady TA, L'Heureux F, Bernstein SE, Dubbert B, Rubenstein CS, Hill JL: Amphetamine and amphetamine/metergoline challenges in patients with obsessive-compulsive disorder, American College of Neuropharmacology, San Juan, Puerto Rico, Dec. 10-17, 1991

31. Grady TA, Pigott TA, L'Heureux F, Hill JL, Bernstein SE, Murphy DL: A double blind study of adjuvant buspirone in fluoxetine-treated OCD patients, American College of Neuropharmacology, San Juan, Puerto Rico, Dec. 10-17, 1991

32. Rubenstein CS, Pigott TA, L' Heureux F, Hill JL, Murphy DL: A preliminary investigation in the lifetime prevalence of anorexia and bulimia nervosa in patients with obsessive-compulsive disorder, Fifth International Conference on Eating Disorders, New York City, NY, April 24-26, 1992

33. Broocks A, Pigott TA, Canter S, Hill JL, Murphy DL: Acute administration of ondansetron and m-CPP in healthy volunteers: behavioral and biological results, XVIIIth Congress International Neuropharmacology (CINP) Nice, France, June 28-July 2, 1992

34. Pigott TA, Grady TA, Bernstein SE, Hill JL, L'Heureux F, Dubbert B, Murphy DL: Buspirone challenge in patients with OCD and controls, Society of Biological Psychiatry Annual Meeting, DC, April 29-May 3, 1992

35. Pigott TA, Grady TA, Bernstein SE, L'Heureux F, Hill JL, Rubenstein CS, Murphy DL: A Comparison of oral and iv m-CPP in patients with OCD, Society of Biological Psychiatry Annual Meeting, Washington, DC, April 29-May 3, 1992

36. Broocks A, Pigott TA, Canter S, Grady TA, L'Heureux F, Hill JL, Murphy DL: Acute administration of ondansetron and m-CPP in patients with OCD and controls, Society of Biological Psychiatry Annual Meeting, Washington, DC, April 29-May 3, 1992

37. Pigott TA, Canter S, Putnam F, L'Heureux F, Murphy DL: Dissociative Experiences Scale (DES) scores in patients with OCD, American Psychiatric Association Annual Meeting, Washington, DC, May 2-7, 1992

38. Pigott TA, L'Heureux F, Rubenstein CS, Hill JL, Murphy DL: A controlled trial of clonazepam augmentation in OCD patients treated with clomipramine or fluoxetine, American Psychiatric Association Annual Meeting, Washington, DC, May 2-7, 1992

39. Broocks A, Pigott TA, Canter S, Grady TA, L'Heureux F, Hill JL, Murphy DL: The effect of 5-HT3 receptor blockade on m-CPP-induced responses in patients with OCD and controls, American Psychiatric Association Annual Meeting, Washington, DC, May 2-7, 1992

40. Rubenstein CS, Pigott TA, L'Heureux F, Hill JL, Murphy DL: Anorexia and bulimia nervosa in male and female patients with OCD: a preliminary investigation of lifetime prevalence, American Psychiatric Association Annual Meeting, Washington, DC, May 2-7, 1992

41. Dubbert B, Pigott TA, Dalton I, Lalonde FM, Murphy DL, Martin A: Neuropsychological testing of basal ganglia functioning in patients with OCD or trichotillomania in comparison to normal volunteers, American Psychiatric Association Annual Meeting, Washington, DC, May 2-7, 1992

42. Pigott TA, L'Heureux F, Bernstein SE, Hill JL, Murphy DL: A controlled comparative therapeutic trial of clomipramine and m-CPP in patients with OCD, NCDEU Annual Meeting, May 26-29, 1992

43. Grady TA, Pigott TA, L'Heureux F, Hill JL, Bernstein SE, Murphy DL: A double blind study of adjuvant buspirone in fluoxetine-treated OCD patients, NCDEU Annual Meeting, May 26-29, 1992

44. Murphy DL, Broocks A, Aulakh CS, Pigott TA: Anxiolytic Effects of Drugs Acting on 5-HT Receptor Subtypes, 2nd International Symposium on Serotonin, Houston, TX, Sept. 15-18, 1992

45. Rubenstein CS, Altemus MA, Pigott TA, Hill JL, Hess A, Murphy DL: Obsessionality and depression in bulimia nervosa: response to behavioral treatment.

46. Pigott TA, L'Heureux F, Grady TA, Dubbert B, Hill JL, Bernstein SE, Rubenstein CS, Murphy DL: Double-blind comparison of fluoxetine and clomipramine in the treatment of trichotillomania, ACNP Travel Award Poster, San Juan, PR, Dec. 14-18, 1992

47. Grady TA, Broocks A, Canter SK, Pigott TA, Dubbert B, Hill JL, Murphy DL: Amphetamine and

CONFIDENTIAL
AZSER12750560

BEST COPY AVAILABLE

amphetamine/ondansetron challenges in healthy volunteers: behavioral and biological findings, ACNP, San Juan, PR, Dec. 14-18, 1992

48. Pigott TA, Broocks A, Murphy DL: Pharmacological probes in OCD: support for selective 5-HT dysregulation, First International Obsessive-Compulsive Disorder Conference, Isle of Capri, Italy, March 11-13, 1993

49. Pigott TA, L'Heureux F, Murphy DL: Pharmacological approaches to OCD patients, First International Obsessive-Compulsive Disorder Conference, Isle of Capri, Italy, March 11-13, 1993

50. Murphy DL, Grady TA, Pigott TA: New 5-HT compounds in OCD: ten week trials with the arylpiperazines, m-CPP, trazodone, and nefazodone, First International Obsessive-Compulsive Disorder Conference, Isle of Capri, Italy, March 11-13, 1993

51. Murphy DL, Altemus M, Benkelfat C, Gold PW, Pigott TA, Psychobiological dissections in OCD: neurotransmitter, neuropeptide, and neuroendocrine findings, First International Obsessive-Compulsive Disorder Conference, Isle of Capri, Italy, March 11-13, 1993

52. Murphy DL, Aulakh C, Pigott TA, Grady TA, Broocks A, Bagdy G, Garrick N: Parallel investigations of serotonergic modulation of neuroendocrine effects in humans, non-human primates, and rodents. ACNP, Maui, HW, Dec. 14-18, 1993

53. Martins EA, Pigott TA, Doyle B, Bernstein SE, Smolka VM: Sertraline in the treatment of social phobia, New Research Abstracts, APA Annual Meeting, Philadelphia, PA, May, 1994

54. Dubbert B, Pigott TA, Bernstein SE, Martins EA, Doyle B, Northup L, Leslie V, Smolka VM: Concomitant personality disorders in patients with social phobia, New Research Abstracts, APA Annual Meeting, Philadelphia, PA, May, 1994

55. Pigott TA: "OCD: Where the serotonin selectivity story begins," in Symposium: Anxiety Disorders: The Role of Serotonin, American Psychiatric Association Annual Meeting, Miami, FL, May 20-25, 1995

56. Eisen JL, Rasmussen SA, Phillips KA, Lydiard RB, Pigott TA: Does degree of insight in OCD predict improvement? New Research Abstracts 366, American Psychiatric Association Annual Meeting, Miami, FL, May 20-25, 1995

57. Pigott TA, Sunderland B, Horn L, Bernstein SE, Smolka VS, James LD: Paroxetine in Bulimia Nervosa. New Research Abstracts, American Psychiatric Association Annual Meeting, New York, NY, May 5-12, 1996

58. Seay S, Pigott TA, Dubbert B, Bernstein SE, Martins EA: Comparison of personality disorders in social phobia versus OCD. New Research Abstracts, American Psychiatric Association Annual Meeting, New York, NY, May 5-12, 1996

59. Pigott TA: Comparative efficacy of SSRIs in OCD. World Psychiatric Congress Annual Meeting, Madrid, Spain, Jan. 1996.

60. Pigott TA: Comparative efficacy of SSRIs in OCD. XXIst Congress International Neuropharmacology (CINP), Melbourne, Australia, June 28-July 2, 1996.

61. Khawaja M, Martinez J, Goodwin J, Seay S, Lizarralde C, Mellin J, Boyarsky B, Pigott TA: Dissociative symptoms in OCD and PTSD. New Research Abstracts, American Psychiatric Association Annual Meeting, San Diego, CA, May 19-22, 1997.

62. Pigott TA: Treatment Update: OCD. In Symposium: SSRI Treatment Update, Program Abstracts, American Psychiatric Association Annual Meeting, San Diego, CA, May 19-22, 1997.

63. Boyarsky, B.; Martinez, J.; Patterson, G.; Seay, S.; Pigott, T.A. Hormonal status and changes in symptom severity in females with OCD. Biol. Psychiatry. 41:(7S): 118; 1997.

64. Pigott TA: Treatment Update: OCD. In Symposium: SSRI Treatment Update, Program Abstracts, Institute of Psychiatric Services Annual Meeting, Washington, DC, Oct. 26, 1997.

65. Pigott, T: Gender Differences in The Epidemiology and Treatment of Anxiety Disorders, In Symposium: New Treatments for Anxiety Disorders, Program Abstracts, American Psychiatric Association Annual Meeting, Toronto, Ontario, Canada, June 1, 1998.

66. Seay, S.; Lizarralde, C.; Ferguson, C.; Pigott, T.: Mirtazapine Treatment for Irritable Bowel Syndrome, New Research Abstracts, American Psychiatric Association Annual Meeting, Toronto, Ontario, Canada, May 30-June 4, 1998.

67. Martinez, M.; Ferguson, C.; Lizarralde, C.; Seay, S.; Goodwin, J.; Pigott, T.: Suicidality, Substance Abuse, and Diagnosis, New Research Abstracts, American Psychiatric Association Annual Meeting, Toronto, Ontario, Canada, May 30-June 4, 1998.

68. Lizarralde, C.; Ferguson, C.; Martinez, M.; Goodwin, J.; McDaniel, J.; Wagner, K.D.; Pigott, T.: A Comparison of Recent Suicide Attempters Versus Ideators, New Research Abstracts, American Psychiatric Association Annual Meeting, Toronto, Ontario, Canada, May 30-June 4, 1998.

69. Hall, L.; Lizarralde, C.; Ferguson, C.; Goodwin, J.; Seay, S.; Pigott, T.: Impact of Abuse History on Suicidality, Submitted for New Research Poster Session, American Psychiatric Association Annual Meeting, Toronto, Ontario, Canada, May 30-June 4, 1998.

70. Trivedi, M.H.; Crimson, L.M.; Pigott, T.A.; Shon, S.; Rush, A.R.: Texas Medical Algorithm Project: Depression Module, New Clinical Drug Evaluation Unit Program 38th Annual Meeting, Boca Raton, Florida,

CONFIDENTIAL
AZSER12750561

BEST COPY AVAILABLE

Teresa Pigott, M.D.                                                                              26 of 26

June 10-13, 1998.

71. Pigott, TA: Gender Differences in Anxiety Disorders, Program Abstracts, Anxiety Disorders Association of America Annual Meeting, San Diego, CA, March 26-30, 1999.

72. Pigott, TA: Epidemiology of Anxiety Disorders, Program Abstracts. In Symposium: Gender and Anxiety Disorders, Program Abstracts. American Psychiatric Association Annual Meeting, Washington, D.C., May 16-20, 1999.

73. Simpson, G.; O'Sullivan, R.; Horne, R.; Weiden, P.; Bari, M.; Pigott, T.; Siu, C.: Ziprasidone Vs Olanzapine: Weight, Lipids, Insulin, New Research Poster Session, World Congress of Biological Psychiatry Annual Meeting, January 28-31, 2001.

74. Simpson, G.; O'Sullivan, R.; Horne, R.; Weiden, P.; Bari, M.; Pigott, T.; Siu, C.: Ziprasidone versus Olanzapine in Schizophrenia, New Research Poster Session, World Congress of Biological Psychiatry Annual Meeting, January 28-31, 2001.

75. Glick, I.; O'Sullivan, R.; Fryburg, D.; Simpson, G.; Horne, R.; Weiden, P.; Pigott, T.; Bari, M.; Siu, C.: Insulin Resistance in Olanzapine and Ziprasidone Treated Subjects: Interim Results of a Double-Blind Controlled Six-Week Trial, New Research Poster Session, International Congress on Schizophrenia Research, Whistler, B.C., April 28-May 1, 2001.

76. Simpson, G.; O'Sullivan, R.; Horne, R.; Weiden, P.; Bari, M.; Pigott, T.; Siu, C.: Ziprasidone versus Olanzapine in Schizophrenia: Results of A Double-Blind Trial, New Research Poster Session, American Psychiatric Association Annual Meeting, New Orleans, LA, May 10-14, 2001.

77. Glick, I.; O'Sullivan, R.; Fryburg, D.; Simpson, G.; Horne, R.; Weiden, P.; Pigott, T.; Bari, M.; Siu, C.: Ziprasidone's Benefits versus Olanzapine on Weight and Insulin Resistance, New Research Poster Session, American Psychiatric Association Annual Meeting, New Orleans, LA, May 10-14, 2001.

78. Pigott TA, Saha AR, Ali MW, McQuade RD, Torbeyns AF, Carson WH, Stock EG: Aripirazole vs. Placebo in the Treatment of Stable, Chronic Schizophrenia, New Research Poster Session, American Psychiatric Association Annual Meeting, Philadelphia, PA, May 20-24, 2002.

**In Press:**
Trivedi MH, Pigott TA, Perera P, Dillingham K, Carfagno M, Pitts CD: Effectiveness of Low Doses of Paroxetine Controlled Release (CR) in the Treatment of Major Depression, *Journal of Clinical Psychiatry*

CONFIDENTIAL
AZSER12750562

BEST COPY AVAILABLE

D1447C00126
Site # 0141

# MICHAEL S. GREENBAUM, MD

## CURRICULUM VITAE

**CONTACT FOR STUDIES**

Christopher J. Poppe, PhD
Director, Operations
Capstone Clinical Research
1117 S. Milwaukee Avenue, Suite B-7
Libertyville, IL 60048

| | |
|---|---|
| Telephone: | 847.549.7214 |
| Fax: | 847.549.7371 |
| Email | cjpoppe@yahoo.com |

**PERSONAL HISTORY**

Business Address:     Capstone Clinical Research
1117 S. Milwaukee Avenue, Suite B-7
Libertyville, IL 60048

Telephone:     847.549.7214

Social Security No.:     REDACTED

**EDUCATION**

| | | |
|---|---|---|
| BS | Psychology and Biology
University of Illinois
Champaign, IL | May 1984 |
| MD | University of Illinois
Chicago, IL | May 1988 |
| Residency | University of Illinois
Department of Psychiatry
Chicago, IL | July 1988 - June 1991 |
| Fellowship | Johns Hopkins University
Division of Child Psychiatry
Baltimore, MD | 1991 - 1993 |

**SPECIALTY BOARD CERTIFICATION**

| | |
|---|---|
| American Board of Psychiatry & Neurology #40041 | November 1994
Recertified August 2004 |
| American Board of Child and Adolescent Psychiatry #3923 | October 1995 |

674

CONFIDENTIAL
AZSER12750563

BEST COPY AVAILABLE

Capstone Clinical Research
Michael S. Greenbaum, MD
2 (05/2004)

**LICENSURE**

| Illinois | 036-080963 | 1993 |
| DEA Number | BG3394575 | |

**ACADEMIC AND PROFESSIONAL EXPERIENCE**

Medical Director                                                     January 2002 - Present
Capstone Clinical Research
(Formerly Ingenium Clinical Research)
1117 S. Milwaukee Avenue, Suite B-7
Libertyville, IL

Private Practice                                                    July 2001 - Present
Michael Greenbaum, MD, SC
Libertyville, IL
Practice in psychiatry, specializing in child and adolescent

Psychiatric Consultant                                              August 2001 – Present
Connections Therapeutic Day School
Libertyville, IL

Psychiatric Consultant                                              January 2002 – Present
South Campus Therapeutic Day School
Palatine, IL

Clinical Instructor                                                 1994 - Present
Finch University of Health Sciences/The Chicago Medical School
North Chicago, IL

Private Practice                                                    July 1993 – August 2002
Neuropsychiatric Associates of Illinois, SC
Vernon Hills, IL
Practice in psychiatry, specializing in child and adolescent

Medical Director, Child and Adolescent Psychiatry Unit              July 1993 – July 2002
St. Therese Medical Center
Waukegan, IL

Psychiatric Consultant                                              1997 - 1999
Interventions/Anderson Road Group Home
Wauconda, IL

Psychiatric Consultant                                              October 1993 – January 2003
Arden Shores - Child and Adolescent Residential Facility
Vernon Hills, IL

Part-time staff psychiatrist                                        October 1992 - June 1993
Baltimore County Department of Health
Southeast Mental Health Center

675

CONFIDENTIAL
AZSER12750564

BEST COPY AVAILABLE

Capstone Clinical Research
Michael S. Greenbaum, MD
3 (05/2004)

## PROFESSIONAL SOCIETIES

American Academy of Child and Adolescent Psychiatry
American Psychiatric Association
Phi Beta Kappa

## PROFESSIONAL ACTIVITIES

| | |
|---|---|
| Ongoing | Member, Speaker Bureau<br>Eli Lilly; McNeil; Pfizer; Shire; Wyeth |
| January 1998 –<br>December 1999 and<br>January 2001 –<br>December 2001 | Chairman, Psychiatry Committee<br>Provena - St. Therese Medical Center |
| January 1998 –<br>December 1999 | Member, Organizational Performance Improvement Committee<br>St. Therese Medical Center |
| January 1997 –<br>December 1998 | Member, Ethics Committee<br>St. Therese Medical Center |
| 1991 - 1993 | Johns Hopkins House Staff Council<br>Representative - Child Psychiatry |
| 1990 | Delegate - Illinois State Medical Society<br>American Medical Association Resident Physician Section<br>Annual Meeting |
| 1990 - 1991 | Resident Representative<br>Physician's Assistance Committee<br>Illinois State Medical Society |

## MANUSCRIPTS

Wagner KD, Ambrosini P, Rynn M, Wohlberg C, Yang R, **Greenbaum MS**, Childress A, Donnelly C, Deas D; Sertraline Pediatric Depression Study Group. Efficacy of sertraline in the treatment of children and adolescents with major depressive disorder: two randomized controlled trials. JAMA. 2003 Aug 27; 290(8):1033-41.

## RESEARCH ACTIVITY

| | |
|---|---|
| Principal Investigator | An open-label long-term study to evaluate the safety and effectiveness of *study drug* in the treatment of mania associated with bipolar disorder in children and adolescents.<br>December 2004 - Present |
| Principal Investigator | A long-term, open-label, and single arm study of *study drug* 30 mg, 50 mg, or 70 mg per day in children aged 6-12 years with Attention Deficit Hyperactivity Disorder (ADHD).<br>December 2004 - Present |
| Principal Investigator | A phase III, randomized, multicenter, double-blind, parallel-group, placebo-controlled study of *study drug* in children aged 6-12 years with Attention Deficit Hyperactivity Disorder (ADHD).<br>October 2004 - Present |

676

CONFIDENTIAL
AZSER12750565

BEST COPY AVAILABLE

Capstone Clinical Research
Michael S. Greenbaum, MD
4 (05/2004)

| | |
|---|---|
| Principal Investigator | A double-blind, placebo-controlled trial to evaluate the safety and efficacy of *study drug* for the treatment of mania associated with bipolar disorder in children and adolescents.<br>November 2004 - Present |
| Principal Investigator | A comparison of *study drug*, venlafaxine extended release, and placebo in the treatment of generalized anxiety disorder.<br>October 2004 - Present |
| Principal Investigator | A phase III, multi-center, open-label study of *study drug* in pediatric patients aged 6-13 with attention-deficit/hyperactivity disorder (ADHD).<br>September 2004 - Present |
| Principal Investigator | A phase II, open-label co-administration study of *study drug* and psychostimulants in children and adolescents aged 6-17 with attention-deficit hyperactivity disorder (ADHD)<br>September 2004 – December 2004 |
| Principal Investigator | A phase III, randomized, double-blind, multi-center, parallel-group, placebo-controlled, dose optimization study, designed to evaluate the safety and efficacy of *study drug* vs. concerta® in pediatric patients aged 6-12 with attention-deficit/hyperactivity disorder (ADHD).<br>August 2004 - Present |
| Principal Investigator | Maintenance of Benefit after 8-Week and 52-Week Treatment with *study drug* in Adolescents with Attention Deficit/Hyperactivity Disorder.<br>March 2004 - Present |
| Principal Investigator | A Phase III, Randomized, Double-Blind, Multi-Center, Parallel-Group, Placebo-Controlled Safety and Efficacy Study of *study drug* in Children and Adolescents Aged 6-17 with Attention Deficit Hyperactivity Disorder (ADHD).<br>March 2004 – October 2004 |
| Principal Investigator | A 10-month open-label evaluation of the long-term safety of *study drug* in outpatients with major depressive disorder.<br>January 2004 - Present |
| Principal Investigator | A 27 week open-label trial to characterize the safety and tolerability of orally administered *study drug* in children and adolescent subjects with bipolar I disorder (manic or mixed), schizophrenia or schizoaffective disorder.<br>December 2003 - Present |
| Principal Investigator | A multicenter, randomized, double-blind, placebo-controlled, parallel group study to evaluate the efficacy and safety of three fixed doses (100 mg, 200 mg, or 400 mg) of *study drug* in adult outpatients with major depressive disorder.<br>November 2003 – November 2004 |
| Principal Investigator | Open-label treatment with *study drug* in children and adolescents with attention-deficit/hyperactivity disorder and dyslexia.<br>October 2003 - Present |
| Principal Investigator | A phase III multicenter, 18-month, open-label safety, tolerability, and efficacy study of *study drug* in the treatment of adolescents aged 13-18 with attention deficit hyperactivity disorder (ADHD).<br>September 2003 - Present |

677

CONFIDENTIAL
AZSER12750566

BEST COPY AVAILABLE

Capstone Clinical Research
Michael S. Greenbaum, MD
5 (05/2004)

| | |
|---|---|
| Principal Investigator | A phase III, randomized, multi-center, double-blind, parallel-group, placebo-controlled safety and efficacy study of *study drug* with an open-label extension, in the treatment of adolescents aged 13-17 with attention deficit hyperactivity disorder (ADHD).<br>July 2003 – December 2003 |
| Principal Investigator | A double-blind, randomized, placebo-controlled, multicenter, efficacy and safety study of *study drug* in subjects with major depressive disorder.<br>May 2003 – April 2004 |
| Principal Investigator | A multicenter, randomized, double-blind, parallel-group, placebo-controlled, flexible-dose study evaluating efficacy, safety, and tolerability of once-daily oral *study drug* (40-60mg) versus placebo in subjects with major depressive disorder over an eight-week treatment period.<br>March 2003 – April 2004 |
| Principal Investigator | A phase III, open-label study of *study drug* in children and adolescents (aged 6-17) with attention deficit hyperactivity disorder.<br>April 2003 - Present |
| Principal Investigator | A phase III, randomized, multi-center, double-blind, parallel-group, placebo-controlled safety and efficacy study of *study drug* in children and adolescents aged 6-17 with attention deficit hyperactivity disorder (ADHD).<br>February 2003 – September 2003 |
| Principal Investigator | An 8-week, randomized, double-blind, parallel-group, placebo-controlled, multicenter, fixed dose study comparing the efficacy and safety of *study drug* or paroxetine to placebo in moderately to severely depressed patients with major depressive disorder.<br>September 2002 – July 2003 |
| Principal Investigator | A randomized, double-blind, placebo-controlled study of *study drug* in children and adolescents with attention-deficit/hyperactivity disorder and comorbid anxiety.<br>September 2002 – September 2004 |
| Principal Investigator | A 6½ month, multicenter, randomized, double-blind, placebo-controlled comparison of 150-300mg/day of *study drug* and placebo for the prevention of seasonal affective disorder in subjects with a history of seasonal affective disorder.<br>September 2002 – June 2003 |
| Principal Investigator | Open-label extension trial in children and adolescents with major depressive disorder who participated in one of the short-term *study drug* safety and efficacy trials.<br>November 2002 - Present |
| Principal Investigator | A multicenter, randomized, double-blind, placebo-controlled, fixed-dose, safety and efficacy trial of *Study Drug* in outpatient children and adolescents with major depressive disorder.<br>September 2002 - Present |
| Principal Investigator | *Study drug* 60 mg (or 30 mg) once daily in the treatment of generalized anxiety disorder.  An open multicenter safety study of 5 months, including a 1-month drug-free follow-up period.<br>July 2002 – April 2003 |

678

CONFIDENTIAL
AZSER12750567

BEST COPY AVAILABLE

Capstone Clinical Research
Michael S. Greenbaum, MD
6 (05/2004)

| Principal Investigator | *Study drug* 30 mg and 60 mg once daily versus placebo in generalized anxiety disorder.  A randomized double-blind placebo- and buspirone-controlled fixed-dose parallel-group multicenter study of 10 weeks (including a 2-week single-blind placebo period).<br>April 2002 – January 2003 |
|---|---|
| Principal Investigator | A randomized, double-blind, parallel-group, placebo-controlled study evaluating efficacy and safety of three doses of *study drug* (5mg, 10 mg and 20 mg) versus placebo in patients with major depressive disorder.<br>September 2001 – July 2002 |
| Principal Investigator | A randomized, double-blind, placebo-controlled, flexible dosage trial to evaluate the efficacy and tolerability of *study drug* in patients with generalized anxiety disorder (GAD).<br>August 2001 – April 2002 |
| Principal Investigator | An open-label, multi-center study to assess tolerability, effectiveness and quality of life associated with the use of *study drug* in children with attention deficit hyperactivity disorder (ADHD) in a community practice setting.<br>August 2001 – February 2002 |
| Principal Investigator | A double-blind, multicenter, randomized, placebo-controlled, parallel group study of efficacy and safety of *study drug* and paroxetine in subjects who suffer from major depressive disorder with atypical features.<br>November 2000 – December 2003 |
| Principal Investigator | A double-blind, multi-center, extension trial in subjects who suffer from major depressive disorder with atypical features who participated in the placebo- and paroxetine-controlled study of *study drug*.<br>November 2000 – May 2004 |
| Principal Investigator | A double-blind, placebo-controlled, parallel-group, flexible-dose study of *study drug* in adolescent outpatients with social anxiety disorder.<br>November 2000 – December 2002 |
| Principal Investigator | Double-blind, placebo-controlled study of *study drug* in children and adolescents with generalized anxiety disorder.<br>November 2000 – November 2001 |
| Principal Investigator | Double-blind, placebo-controlled study of *study drug* in children and adolescents with major depressive disorder.<br>November 2000 – November 2001 |
| Principal Investigator | *Study drug*, placebo, and paroxetine comparison in patients with major depressive disorder.<br>May 2000 – November 2000 |
| Principal Investigator | Open-label *study drug* continuation therapy.<br>September 2000 – September 2001 |
| Principal Investigator | Pharmacogenomics blood sampling protocol.<br>June 2000 – February 2001 |

CONFIDENTIAL
AZSER12750568

BEST COPY AVAILABLE

Capstone Clinical Research
Michael S. Greenbaum, MD
7 (05/2004)

Principal Investigator      A multicenter 10-week randomized double-blind placebo controlled flexible dose outpatient study of *study drug* in children and adolescents with major depressive disorder.
March 2000 – April 2001

Principal Investigator      A multicenter 24-week open-label extension study of *study drug* in children and adolescent outpatients previously diagnosed with major depressive disorder.
March 2000 – September 2001

Principal Investigator      A multicenter, randomized, double-blind, placebo-controlled, efficacy and safety study of *study drug* in outpatient children and adolescents with major depressive disorder.
April 1999 – July 2000

680

CONFIDENTIAL
AZSER12750569

BEST COPY AVAILABLE

D1447C00126/0143

# Mukesh Sanghadia, M.D., M.R.C.Psych.(U.K.)

Borgess Behavioral Medicine, Delano Clinic
1722 Shaffer Street.
Kalamazoo, MI 49048

Phone: (269) 226-5601/Fax: (269) 226-5606
email:  msanghad@borgess.com

DOB: REDA/1957
Citizenship:  USA

## QUALIFICATIONS

- MBBS, MD (Psychiatry)
- DPM (Diploma in Psychological Medicine)
- MRCPsych. (United Kingdom)
- (Board-equivalent degrees from UK and India)
- Board Eligible, ABPN

## CURRENT POSITIONS

- Medical Director, Borgess Behavioral Medicine, Kalamazoo, MI, January 2002 to present
- Director, Geriatric Psychiatry, Borgess Behavioral Medicine, Kalamazoo, MI since 1998
- Director, ECT Services, Borgess Behavioral Medicine, Kalamazoo, Michigan since 1998

## CURRENT WORK:

16-bed inpatient geriatric unit, outpatient practice, ECTs, Nursing Home practice, teaching residents and medical students, administrative.

## PREVIOUS POSITIONS HELD

- Psychiatrist, Harper Center for Geriaric Psychiatry, Tuscaloosa, Alabama.
- Acting Director, Harper Center for Geriatric Psychiatry, 1996-1998

## FACULTY APPOINTMENTS

- Clinical Assistant Professor of Psychiatry and Internal Medicine, Kalamazoo Center for Medical Studies, Michigan State University
- Clinical Assistant Professor of Psychiatry, University of Alabama at Tuscaloosa, Alabama
- Fellow and Instructor, University of Alabama at Birmingham, Department of Psychiatry, Geriatric Division (1993-1994).
- Assistant Professor of Psychiatry, Institute of Mental Health, Hyderabad, India (1987-1989).

10/7/04

CONFIDENTIAL
AZSER12750570

BEST COPY AVAILABLE

ii

## EDUCATION

Postgraduate & Residency:
- *Membership of The Royal College of Psychiatrists*, United Kingdom, 1989-1994
- *Fellowship in Geriatric Psychiatry, UAB School of Medicine, Birmingham, Alabama, 1993-1994*
- *Diploma in Psychological Medicine & MD in Psychiatry*, both from Osmania Medical College, Hyderabad, India, 1984-1987

Graduate Medical:
Gandhi Medical College, Hyderabad, India, 1976-1982

Premedical:
Osmania University, Hyderabad, India, 1973-1976

Internship:
(a) Gandhi Hospital, Secunderabad, India, 1982-1983
(b) Family Practice, UAB School of Medicine, Birmingham, Alabama, 1994-1995

## EXAMINATIONS (In Chronological Order):

- M.BBS (Bachelor of Medicine and Surgery) (India).  February, 1982
- VQE  September, 1983
- ECFMG (Permanently Validated).  September, 1983
- Diploma In Psychological Medicine (India).  April, 1986
- M.D. (Doctor of Medicine) (Psychiatry) (India).  April, 1987
- FLEX Part I and II  December, 1992
- MRCPsych. (Membership of The Royal College of Psychiatrists) (UK) April, 1994

## ADMINISTRATIVE EXPERIENCE

- Medical Director, Borgess Behavioral Medicine Services, since January 2002
- ECT Directorship, Borgess Medical Center, Kalamazoo, MI, since 1998
- Secretary, Department of Psychiatry, Borgess Medical Center
- Director of Geriatric Psychiatry at Borgess Medical Center, Kalamazoo, Michigan, since 1998.
- Involvement in the planning, development, and organization of the Harper Center at Tuscaloosa, Alabama--a new, state-of-the-art geriatric psychiatric hospital, both JCAHO and Medicare certified.
- Acting Vice President, Medical Staff, Harper Center.
- Acting Director, Harper Center.
- Committee Memberships of the hospital: Medical Staff Executive Committee, QA Committee, Medical Records Committee, Pharmacy and Therapeutics Committee, Performance Improvement Team
- Organization of the Regional WHO Conference on Alcohol and Drug Dependence at Hyderabad, India, in 1988.
- Organized a variety of academic activities, Conferences, Case-conferences, Lectures and Presentations by guest speakers over the course of the past 17 years.
- I have trained community mental health professionals such as nurses, social workers, and primary health care workers in all three countries I have worked in.

ii

CONFIDENTIAL
AZSER12750571

BEST COPY AVAILABLE

iii

## LICENSES (All Unrestricted, Full)

- Michigan (Active)
- Alabama (Inactive)
- Maryland (Inactive)
- Washington State  (Inactive)
- United Kingdom (Inactive)
- India (Active)

## RESEARCH EXPERIENCE

- Efficacy of Geodon in Agitated Elderly Patietns:  Study in progress at Borgess Medical Center.
- Olanzapine Vs Placebo in the Treatment of Patients with Psychosis Associated with Dementia. *(co-investigator)*
- Multicenter , 36-week, Double-blind, Tolerance and Efficacy Comparison of Placebo and Mentane In Outpatients with Alzheimer's Disease *(co-investigator)*. 1993-1994
- 30-week, Multicenter, Randomized, Double-blind, Placebo-controlled Evaluation of the Safety and Efficacy of E2020 in Patients with Alzheimer's Disease *(co-investigator)*. 1994
- An Open-label, Multicenter, Extended Evaluation of the Safety and Efficacy of E2020 in Patients with Alzheimer's Disease *(co-investigator)*. 1994
- First Rank Symptoms in the Functional Psychoses: MD Thesis Presented to the Osmania University, Hyderabad. 1986-1987

## PRESENTATIONS

- Delirium:  Diagnosis and Management; Borgess Annual Conference, 2001
- 'Parkinson's Disease':  PD Support Group, Kalamazoo, MI
- 'Elderly and Anxiety Disoders' , Kalamazoo, MI
- *Electroconvulsive Therapy*, to Department of Psychiatry, Borgess Medical Center
- 'Depression and Delirium in the Elderly', presented to the Alabama Society for Alcohol and Drug Studies.
- 'Alcohol and Drug Dependence: A Hospital Study of Prevalence and Patterns', presented to the WHO Regional Conference on Alcohol and Drug Dependence at Hyderabad.
- Alzheimer's Disease: Recent Advances, presented to the Hyderabad Psychiatric and Neurology Society, India.

## SOCIETY MEMBERSHIPS

- American Association of Geriatric Psychiatry
- International Psychogeriatric Association
- Association of Convulsive Therapy
- Member, The Royal College of Psychiatrists, England.
- Member, North American Group of the Royal College of Psychiatrists.

## REFERENCES

Provided upon request

iii

CONFIDENTIAL
AZSER12750572

BEST COPY AVAILABLE

D1447C00126  145

# CURRICULUM VITAE

## Dwight S. St. Clair, D.O.

RESEARCH ADDRESS:              Heartland Research Associates, LLC
                               1709 South Rock Road
                               Wichita, Kansas  67207
                               Phone (316) 689-6635

BUSINESS ADDRESS:              Affiliated Psychiatric, LLC
                               1148 South Hillside, #104
                               Wichita, Kansas  67211

PERSONAL DATA:

            Date of Birth:     REDACTED 1960
Kansas Medical License Number: 05-24105

EDUCATION:

      1989 -- 1991             University of Medicine & Dentistry of New Jersey
                               School of Osteopathic Medicine
                               Psychiatry, Chief Resident

      1988 -- 1989             Metropolitan Hospital Central Division
                               Philadelphia, Pennsylvania
                               Rotating Internship

          1988                 The University of Health Sciences
                               College of Osteopathic Medicine
                               Kansas City, Missouri

CERTIFICATION:

                               Certified Rater:  ADAS COG / AIMS / BARNS / CIBIC / MMSE
                               DSMIV / HAM-A / HAM-D / MADRS / PANNS / SAS / YMRS
                               SCID / CGI – Bipolar / CGI – Improvement / CGI – Severity / Peabody
                               MINI International Neuropsychiatric Interview – 1995
                               Osteopathic National Boards, Part I & III, successfully completed 1989
                               American Osteopathic Board of Neurology and Psychiatry, sucessfully
                               completed, psyciatric certification, June 1995

APPOINTMENTS:                  Preferred Health Systems
                               Behavorial Health Department
                               Medical Director – 2001 - Present

                                                        3/11/05

                                                Revised 3/9/05

684

CONFIDENTIAL
AZSER12750573

BEST COPY AVAILABLE

# CURRICULUM VITAE
## Dwight St. Clair, D.O.

**AFFILIATIONS:**

American College of Neuropsychiatrists
American Osteopathic Association

**TEACHING EXPERIENCES:**

Associate Proffessor – University of Medicine and Biosciences – Kansas City, Missouri
Associate Proffessor – Department of Psychiatry, University of Kansas School of Medicine
Teaching Staff – Via Christi Riverside Hospital – 12 Years

**RESEARCH**

Pilot Study at:  University of Medicine and Dentistry of New Jersey re:  Somatic
Dysfunction in Depression vs. Adjustment Disorders, 1992
Since 1992, Dr. St. Clair has been involved with data gathering for various pharmaceutical
companies and universities.
Dr. St. Clair is involved in the research project on Major Depression with Preferred Health
Systems, Inc., Wichita, Kansas
 Investigator for Heartland Research Associates, LLC, 1999 – present.

**PROFESSIONAL EXPERIENCE:**

| | |
|---|---|
| 1999 – present | Heartland Research Associates, LLC<br>1709 South Rock Road<br>Wichita, Kansas  67207 |
| 1995 – present | Affiliated Psychiatric, L.L.C.<br>1448 South Hillside, Suite 104<br>Wichita, Kansas 67211 |
| 1992 – 1995 | College Hill Psychiatric<br>1725 East Douglas<br>Wichita, Kansas 67211 |
| 1989 – 1992 | University of Medicine and Dentistry of New Jersey<br>School of Osteopathic Medicine<br>2250 Chapel Avenue<br>Cherry Hill, NJ |

Revised 3/9/05

CONFIDENTIAL
AZSER12750574

BEST COPY AVAILABLE

## AstraZeneca

| Study Code | D1447C00126 |
|---|---|
| Centre Number | 0146 |

## Curriculum Vitae

| | |
|---|---|
| **First and Family Name** | Richard Weisler, M.D. |
| **Date of birth** (dd/mm/yyyy) | REDA 1951 |
| **Present appointment** (Job title/Department) | President<br>Richard Weisler, M.D. PA |
| **Address** (Full work address including post/zip code) | 700 Spring Forest Road, Suite 125<br>Raleigh, NC 27609 |

**Qualifications**
(Degree and other professional qualifications)

(✓ relevant qualifications, or specify)

| MD, Year: | 1976 | | | |
|---|---|---|---|---|
| Specialist, Field | Psychiatry | | Year: | 1982 |
| PhD ☐ | MSc ☐ | | BSc ☐ | |
| Other<br>(specify) | | | | |

| | |
|---|---|
| **Physician's reference/licence number** (if applicable) | 21381 |

**Previous appointments/ experience**
(include only relevant therapeutic/ practical experience after gaining qualifications)

Adjunct Assistant Professor – Duke University

Chairman UNC Board of Visitors of Psychiatry 2002

Adjunct Professor UNC Chapel Hill 2002

**Publications** (✓ appropriate box)
(Number of articles published)

| 0 ☐ | 1-5 ☐ | 6-10 ☐ | 11-20 ☐ | >20 [x] |
|---|---|---|---|---|

**Previous experience in clinical trials and type of GCP training received**
(eg, 3 trials in the cardiovascular field and 2 in the respiratory field, GCP training at investigators meetings for 3 of these studies)

>150 clinical trials in various psychiatric disorders

GCP training at numerous Investigator Meetings in addition to NIH certification for "Human Participants Protection Education for Research Teams" 11/30/2003

**Date of signature**

11/17/05

**Signature**

SOP-04A-G-T18 CV Template
Version 5, Date: 19 March 2004

CONFIDENTIAL
AZSER12750575



| | |
|---|---|
| **Clinical Study Report: Appendix 12.1.5** | |
| Drug Substance | Quetiapine fumarate |
| Study Code | D1447C00126 |

**Appendix 12.1.5**
**Signatures**

Clinical Study Report: Appendix 12.1.5
Study Code: D1447C00126

| Title | Version ID |
|---|---|
| Main body of document | CNS.000-103-233.3.0 |
| Appendix 12.1 Study information | CNS.000-103-234.2.0 |
| Appendix 12.1.1 Protocol and protocol amendments | CNS.000-103-235.3.0 |
| Appendix 12.1.2 Sample Case Report Form | CNS.000-103-236.2.0 |
| Appendix 12.1.3 Independent Ethics Committees/Institutional Review Boards consulted and samples of written Subject Information and Consent Form | CNS.000-103-237.2.0 |
| Appendix 12.1.4 Participants in the study | CNS.000-103-238.2.0 |
| Appendix 12.1.5 Signatures | CNS.000-103-239.3.0 |
| Appendix 12.1.6 Listing of subjects receiving the various batches of investigational product(s) | CNS.000-103-240.3.0 |
| Appendix 12.1.7 Randomisation scheme and codes | CNS.000-103-241.2.0 |
| Appendix 12.1.8 Audit certificates | CNS.000-103-242.2.0 |
| Appendix 12.1.9 Documentation of statistical methods and supporting statistical analysis | CNS.000-103-243.6.0 |
| Appendix 12.1.10 Documentation of assay-methods, inter-laboratory standardisation methods and related quality assurance procedures | CNS.000-103-244.2.0 |
| Appendix 12.1.11 Publications based on the study | CNS.000-103-245.2.0 |
| Appendix 12.1.12 Important publications referenced in the report | CNS.000-103-246.2.0 |
| Appendix 12.2 Subject data listings | CNS.000-103-247.2.0 |
| Appendix 12.2.1 Disposition of each subject (completion/ discontinuation) | CNS.000-103-248.3.0 |
| Appendix 12.2.2 Protocol deviations | CNS.000-103-249.3.0 |
| Appendix 12.2.3 Subjects and data excluded from efficacy analysis | CNS.000-103-250.2.0 |
| Appendix 12.2.4 Demographic and baseline characteristics | CNS.000-103-251.3.0 |
| Appendix 12.2.5 Treatment compliance (and/or drug concentration data) | CNS.000-103-252.4.0 |
| Appendix 12.2.6 Individual efficacy and pharmacokinetics response data | CNS.000-103-253.3.0 |
| Appendix 12.2.7 Adverse event listing by subject | CNS.000-103-254.3.0 |
| Appendix 12.2.8 Listing of individual laboratory measurements by subject | CNS.000-103-255.4.0 |
| Appendix 12.2.9 Listing of vital signs | CNS.000-103-256.3.0 |
| Appendix 12.2.10 Listing of other safety data | CNS.000-103-257.3.0 |
| Appendix 12.3 Case Report Forms | CNS.000-103-258.2.0 |
| Appendix 12.4 Individual subject data (US archival listings) | CNS.000-103-259.2.0 |

CONFIDENTIAL
AZSER12750577

Clinical Study Report: Appendix 12.1.5
Study Code: D1447C00126

# SIGNATURE OF SPONSOR'S RESPONSIBLE MEDICAL OFFICER

**A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients**

I have read this report and confirm that to the best of my knowledge it accurately describes the conduct and results of the study

Signature:

Dr Martin Brecher
Project Medical Director

June 21, 2007

Date
(Day Month Year)

AstraZeneca Pharmaceuticals
Room OW3-328
1800 Concord Pike
P. O. Box 15437
Wilmington, DE
19850-5437

3

CNS.000-103-239.3.0 (Version Created 20 Jun 2007 12:56:58)

CONFIDENTIAL
AZSER12750578

Clinical Study Report: Appendix 12.1.5
Study Code: D1447C00126

## SIGNATURE OF SPONSOR'S GLOBAL PRODUCT STATISTICIAN

**A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients**

I have read this report and confirm that to the best of my knowledge it accurately describes the conduct and results of the study

Signature:

Henrik Andersson
Project Statistician

Date
(Day Month Year)

AstraZeneca R&D Södertälje
S-151 85 Södertälje
Sweden

4
CNS.000-103-239.3.0 (Version Created 20 Jun 2007 12:56:58)

CONFIDENTIAL
AZSER12750579

Clinical Study Report: Appendix 12.1.5
Study Code D1447C00126

# SIGNATURE OF
# INTERNATIONAL CO-ORDINATING INVESTIGATOR

**A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients**

I have read this report and confirm that to the best of my knowledge it accurately describes the conduct and results of the study

Signature:

Dr Eduard Vieta

27 JUNE 2007

Date
(Day Month Year)

Barcelona H.Clínic i Provincial
Servicio de Psiquiatría
Villarroel 170
Barcelona 08036, Cataluña
SPAIN

5

CNS.000-103-239.3.0 (Version Created 20 Jun 2007 12:56:59)

CONFIDENTIAL
AZSER12750580



| | |
|---|---|
| **Clinical Study Report: Appendix 12.1.6** | |
| Drug Substance | Quetiapine fumarate |
| Study Code | D1447C00126 |

## Appendix 12.1.6
## Listing of subjects receiving the various batches of investigational product(s)

For all open labelled and randomized study drug, the patient to batch information is not available to be submitted, but can be provided by IPS (A) if needed.

Investigational Products Alderley
PAR&D IPS Facility
AstraZeneca
Silk Road Business Park
Charter Way
Macclesfield Cheshire
SK10 2NA
UK

CONFIDENTIAL
AZSER12750581

Clinical Study Report: Appendix 12.1.6
Study Code: D1447C00126

| Investigational product or other treatment | Dosage form and strength | Manufacturer | Formulation number | Lot number |
|---|---|---|---|---|
| **Globally except US** | | | | |
| Seroquel | Tablet, 100 mg | AstraZeneca | F012689 | 12962A03 |
| Seroquel | Tablet, 100 mg | AstraZeneca | F012689 | 12964F03 |
| Seroquel | Tablet, 100 mg | AstraZeneca | F012689 | 12965C03 |
| Seroquel | Tablet, 100 mg | AstraZeneca | F012689 | 21035E04 |
| Seroquel | Tablet, 100 mg | AstraZeneca | F012689 | 30947E05 |
| Seroquel | Tablet, 100 mg | AstraZeneca | F012689 | 30131A05 |
| Seroquel | Tablet, 100 mg | AstraZeneca | F012689 | 30943F05 |
| Seroquel | Tablet, 100 mg | AstraZeneca | F012689 | 31747H05 |
| Seroquel | Tablet, 100 mg | AstraZeneca | F012689 | 31370K05 |
| Seroquel | Tablet, 100 mg | AstraZeneca | F012689 | LK4603 |
| Seroquel | Tablet, 100 mg | AstraZeneca | F012689 | 41277C06 |
| Placebo to match Seroquel | | AstraZeneca | F012637 | 12961D03 |
| Placebo to match Seroquel | | AstraZeneca | F012637 | 21038G04 |
| Placebo to match Seroquel | | AstraZeneca | F012637 | 30133F05 |
| Placebo to match Seroquel | | AstraZeneca | F012637 | 23826G04 |
| Placebo to match Seroquel | | AstraZeneca | F012637 | 30944C05 |
| Placebo to match Seroquel | | AstraZeneca | F012637 | 30945K05 |
| Placebo to match Seroquel | | AstraZeneca | F012637 | LC4634 |
| Placebo to match Seroquel | | AstraZeneca | F012637 | 31745C05 |
| **US only** | | | | |
| Seroquel | Tablet, 100 mg | AstraZeneca | F012689 | 30131A05 |
| Seroquel | Tablet, 100 mg | AstraZeneca | F012689 | 30947E05 |
| Seroquel | Tablet, 100 mg | AstraZeneca | F012689 | 30130D05 |
| Placebo to match Seroquel | | AstraZeneca | F012637 | 30133F05 |
| Placebo to match Seroquel | | AstraZeneca | F012637 | 31748E05 |

2

CONFIDENTIAL
AZSER12750582