

1411100400





*Figure 8. Normal Probability Plots of the D Statistics (defined in Sec. 5). The plots are based on 1,000 replicates from the model used for Figures 1 and 2. The top plot is obtained by fitting the correct model, and in the bottom plot the second covariate has been omitted. Both plots contain the simulated empirical cumulative distribution functions corresponding to the five covariate levels.*

As has been pointed out earlier, in practice the stratification will depend on what particular aspect in the model is being considered in the goodness-of-fit problem. (This could be paralleled with the selection of "weights" in defining a test statistic.) Starting from a specific question and the corresponding stratification, the calculation of $D_i$ statistics, in the way explained previously, can give a quantitative idea of the significance of the findings. On the other hand, if one were to explore through many stratifications, a (dependent) sequence of graphs would arise, some probably looking more striking than others. Although such a procedure can sometimes prove useful in

indicating possible weaknesses in the model, one should be very cautious in making statements about significance. For such a purpose an omnibus test seems preferable.

[Received August 1985. Revised June 1987.]

REFERENCES

Aalen, O. O., and Hoem, J. M. (1978), "Random Time Changes for Multivariate Counting Processes," *Scandinavian Actuarial Journal*, 81–101.
Andersen, P. K. (1982), "Testing Goodness-of-Fit of Cox's Regression and Life Model," *Biometrics*, 38, 67–77.
Andersen, P. K., and Gill, R. D. (1982), "Cox's Regression Model for

CONFIDENTIAL
AZSER12750853

Counting Processes: A Large Sample Study," *The Annals of Statistics*, 10, 1100–1120.

Arjas, E. (1985), Comment on "Counting Process Models for Life History Data: A Review," by P. K. Andersen and Ø. Borgan, *Scandinavian Journal of Statistics*, 12, 150–153.

Arjas, E., and Haara, P. (1987), "A Note on the Asymptotic Normality in the Cox Regression Model," unpublished manuscript.

―――― (in press), "A Note on the Exponentiality of Total Hazards Before Failure," *Journal of Multivariate Analysis*.

Barlow, R., and Campo, R. (1975), "Total Time on Test Processes and Applications to the Failure Data Analysis," in *Reliability and Fault Tree Analysis*, eds. S. H. Moolgavkar and R. L. Prentice, Philadelphia: Society for Industrial and Applied Mathematics, pp. 451–481.

Breslow, N. E., Edler, L., and Berger, J. (1984), "A Two-Sample Censored-Data Rank Test for Acceleration," *Biometrics*, 40, 1049–1062.

Cox, D. R. (1972), "Regression Models and Life Tables" (with discussion), *Journal of the Royal Statistical Society*, Ser. B, 34, 187–220.

―――― (1979), "A Note on the Graphical Analysis of Survival Data," *Biometrika*, 66, 188–190.

Crowley, J., and Hu, M. (1977), "Covariance Analysis of Heart Transplant Survival Data," *Journal of the American Statistical Association*, 72, 27–36.

Crowley, J., and Storer, B. E. (1983), Comment on "A Reanalysis of the Stanford Heart Transplant Data," by M. Aitkin, N. Laird, and B. Francis, *Journal of the American Statistical Association*, 78, 277–281.

Drzewiecki, K. T., and Andersen, P. K. (1982), "Survival With Malignant Melanoma. Regression Analysis of Prognostic Factors," *Cancer*, 49, 2414–2419.

Gill, R. D. (1984), "Understanding Cox's Regression Model: A Martingale Approach," *Journal of the American Statistical Association*, 79, 441–447.

Gill, R. D., and Schumacher, M. (1987), "A Simple Test for the Proportional Hazards Assumption," *Biometrika*, 74, 289–300.

Haara, P. (1987), "A Note on the Asymptotic Behaviour of the Empirical

Score in Cox's Regression Model for Counting Processes," in *Proceedings of the 1st World Congress of the Bernoulli Society*, Tashkent: VNU Science Press, pp. 139–142.

Hjort, N. L. (1984), "Weak Convergence of Cumulative Intensity Processes When Parameters Are Estimated, With Applications to Goodness-of-Fit Tests in Models With Censoring," research report, Norwegian Computing Center.

Kalbfleisch, J. D. (1974), "Some Extensions and Applications of Cox's Regression and Life Model," presented at the Joint Statistical Meeting in Tallahassee, Florida, March.

Kalbfleisch, J. D., and Prentice, R. L. (1980), *The Statistical Analysis of Failure Time Data*, New York: John Wiley.

Kay, R. (1977), "Proportional Hazard Regression Models and the Analysis of Censored Survival Data, *Applied Statistics*, 26, 227–237.

Lagakos, S. W. (1981), "The Graphical Evaluation of Explanatory Variables in Proportional Hazards Regression Models," *Biometrika*, 68, 93–98.

Lagakos, S. W., and Schoenfeld, D. (1984), "Properties of Proportional Hazards Score Tests Under Misspecified Regression Models, *Biometrics*, 40, 1037–1048.

Moreau, T., O'Quigley, J., and Mesbah, M. (1985), "A Global Goodness-of-Fit Statistic for the Proportional Hazards Model, *Applied Statistics*, 34, 212–218.

Schoenfeld, D. (1980), "Chi-Squared Goodness-of-Fit Tests for the Proportional Hazards Regression Model, *Biometrika*, 67, 145–153.

―――― (1982), "Partial Residuals for the Proportional Hazards Regression Model," *Biometrika*, 69, 239–241.

Thall, P. F., and Lachin, J. M. (1986), "Assessment of Stratum–Covariate Interactions in Cox's Proportional Hazards Regression Model," *Statistics in Medicine*, 5, 73–84.

Thomas, D. C. (1983), "Non-parametric Estimation and Tests of Fit for Dose–Response Relations," *Biometrics*, 39, 263–268.

Wei, L. J. (1984), "Testing Goodness of Fit for Proportional Hazards Model With Censored Observations," *Journal of the American Statistical Association*, 79, 649–652.

CONFIDENTIAL
AZSER12750854

■ EDITORIALS

Editorials represent the opinions of the authors and THE JOURNAL and not those of the American Medical Association.

# Suicide Risk and Treatments for Patients With Bipolar Disorder

Ross J. Baldessarini, MD

Leonardo Tondo, MD

BIPOLAR DISORDER, ONE OF THE MOST COMMON SEvere mental illnesses, includes type 1 (with mania and usually recurrent depression) and type 2 (recurrent major depression with hypomania).[1,2] Lifetime prevalence for type 1 bipolar disorder is approximately 1%, but inclusion of more broadly defined conditions increases this rate to 2% to 5%.[3] Bipolar disorder can begin in childhood or adolescence,[4] continues throughout life, and is extraordinarily costly—financially as well as clinically and socially.[5] The course of bipolar disorder is episodic but highly variable, with potential for high levels of severity and recurrence intensity, disproportionately high depressive morbidity, and comorbidity with substance abuse and anxiety disorders.[3] Bipolar depression can be present during 20% to 30% of patients' time, even during prophylactic treatment,[6-8] and is closely associated with disability and mortality.[3,9,10] Bipolar disorder proves fatal in a high proportion of patients from complications of risk-taking behavior, comorbid stress-sensitive medical illnesses, and especially suicide.[3,9,10] These characteristics mark bipolar disorder as a major unsolved public health challenge.

Treatment for bipolar disorder was revolutionized in the early 1970s by the introduction of US Food and Drug Administration (FDA)–approved long-term prophylactic treatment with lithium carbonate for preventing recurrences of mania and bipolar depression. Lithium remains the international standard of comparison for an increasing number of innovative treatments introduced in recent years, including several anticonvulsants and modern antipsychotics.[11,12] However, evidence for long-term prophylactic effectiveness of agents other than lithium remains limited, and comparisons of specific agents in particular phases of bipolar disorder are needed.[11] No currently available treatment provides full protection from recurrences of manic, mixed manic-depressive, major depressive, or highly prevalent milder depressive states.[11,12]

Among patients with type 1or 2 bipolar disorder, long-term lithium monotherapy can reduce mania or hypomania and depression similarly, by about two thirds.[11,12] Most other agents with proposed mood-stabilizing effects ap-

See also p 1467.

©2003 American Medical Association. All rights reserved.

pear to be more effective against mania and hypomania than against bipolar depression, with the possible exception of lamotrigine.[11,13] For example, in well-designed comparisons with other agents, divalproex has yielded considerably less long-term protective effects against bipolar depression or mixed dysphoric-agitated states than against mania,[14,15] although divalproex has been shown to limit depression by some measures.[16] Addition of an antidepressant is unlikely to resolve the problem of residual depression, owing to inconsistent responsiveness of bipolar depression to antidepressants and their risk of inducing mania or emotional instability in patients with bipolar disorder.[17,18]

As a cause of premature death in patients with bipolar disorder, suicide represents an extraordinarily high risk, with an estimated rate of 0.40% per year vs the international general population average of 0.017% per year, with a standardized mortality ratio of 22.[19,20] For comparison, the average standardized mortality ratio for suicide is about 20 among persons with unipolar major depression and 8.4 for those with schizophrenia.[19] Moreover, suicide attempts by patients with bipolar disorder have an increased lethal potential. Among patients with bipolar disorder, rates of suicide attempts are only 5 times the rates of completed suicides, whereas in the general population, rates of suicide attempts are 10 to 20 times the rates of completed suicides.[21] Suicide in patients with bipolar disorder is strongly associated with depressive and dysphoric-agitated (mixed) states.[21,22] Suicidal risk may be greater in type 2 bipolar disorder,[23,24] characterized by less severe episodes of elevated mood than type 1 but with severe recurrent depression, often misdiagnosed as nonbipolar major depression and not consistently treated with mood-stabilizing agents.[25]

Long-term use of lithium is the only treatment consistently associated with much lower rates of suicide and life-threatening suicide attempts in bipolar disorder. In a recent meta-analysis of 22 studies with data permitting

**Author Affiliations:** Department of Psychiatry and Neuroscience Program, Harvard Medical School, Boston, Mass (Drs Baldessarini and Tondo); Bipolar and Psychotic Disorders Program and International Consortium for Bipolar Disorder Research, McLean Division of Massachusetts General Hospital, Belmont (Drs Baldessarini and Tondo); Centro Bini–Stanley Medical Research Institute and Department of Psychology, University of Cagliari, Cagliari, Italy (Dr Tondo).
**Financial Disclosure:** Dr Baldessarini occasionally serves as a consultant to and receives research grants from corporations that have developed treatments for bipolar disorder.
**Corresponding Author:** Ross J. Baldessarini, MD, Mailman Research Center 306, McLean Hospital, 115 Mill St, Belmont, MA 02478 (e-mail: rjb@mclean.org).

14

CONFIDENTIAL
AZSER12750855

EDITORIALS

estimates of annual rates of suicide in patients with mainly bipolar disorder, the computed risk of completed suicide was 8.85 times less with long-term lithium treatment than without it.[26] Nevertheless, the rate of completed suicides among patients treated with lithium remained 10 times higher than that in the general population.[27] Similarly large proportional reductions in the risk of suicide attempts (to levels close to population base rates) also were associated with lithium treatment.[20,21,27] These benefits were sustained over many years, but discontinuation of lithium was associated with a sharp temporary increase in suicide risk for several months; this increase was half as large when lithium was discontinued gradually during a span of at least several weeks.[21] Since some earlier studies included patients with recurrent unipolar major depression along with those with bipolar disorder,[26,27] this beneficial effect of lithium may extend to suicidal risk in patients with nonbipolar depression, but this hypothesis requires study.[26,27]

Differential protective effects of specific mood-altering agents against bipolar depression are likely to be important for reducing suicide risk, but relevant direct comparisons are rare.[11,12,18] Such comparisons suggest less overall clinical benefit with long-term use of carbamazepine than with lithium[28] and greater suicide risk with this anticonvulsant than with lithium.[29] Valproic acid preparations have largely displaced lithium in the United States for treatment of mania and long-term prophylaxis for bipolar disorder despite limited research support for the prophylactic effectiveness of this anticonvulsant, particularly against recurrences of bipolar major depression.[11,13,14,16] Until now, there has been no specific studies of the effects of valproate on suicide risk among patients with bipolar disorder.

In this issue of THE JOURNAL, Goodwin and colleagues[10] report evidence that anticonvulsant treatment (almost entirely with divalproex) among patients with bipolar disorder was associated with higher rates of suicide and suicide attempts than among those treated with lithium for varying periods of time. Goodwin et al analyzed data involving large numbers of adult and adolescent bipolar disorder outpatients (N = 20 638) obtained from computerized databases from 2 large health plans in California and Washington State, with efforts to avoid likely confounding. Such records can vary in accuracy and completeness, and estimates of drug exposure times require assumptions about the relationship of pharmacy records to actual drug taking and about combining periods with and without putative drug exposures fragmented over time. Nevertheless, such limitations should apply similarly among the 3 main treatment conditions analyzed (lithium, anticonvulsants divalproex or carbamazepine, or neither), and should not produce systematic bias.

The adjusted risk ratios for completed suicides and attempts during treatment with divalproex vs lithium were 2.7 and 1.8, respectively.[10] The observed suicide rate during lithium treatment was 0.066% per year (9 suicides per 13 597 person-years) and during use of anticonvulsants (mainly di-

valproex, with some carbamazepine) was 0.155% per year (16 per 10 333 person-years).[10] Suicide risk without treatment was 0.116% per year (25 per 21 562 person-years),[10] or 9.3 times higher than the California and Washington State base rates of about 0.0120% per year.[31] The difference in risk with vs without lithium treatment was 8-fold (0.116/0.066)—very similar to previous experience (nearly 9-fold).[28] However, the rate was not decreased with anticonvulsant treatment (0.116/0.155 = 0.75). Also of interest, the observed ratio of suicide attempts to suicide deaths for all treatments was 6.4 to 1 (0.565/0.088),[30] again indicating high lethality of attempts among bipolar disorder patients, given comparable general population ratios of 10:1 to 20:1.[21]

The study by Goodwin et al not only has merits in its methods and findings but also represents a significant contribution to a newly emerging interest in suicide as the major unsolved medical problem that it is.[32] Not until this year has the FDA approved any treatment to prevent suicidal behavior, with the recent approval of clozapine for such purposes among patients with schizophrenia or schizoaffective disorder. This approval was supported by a prospective randomized study showing about 32% lower risk of nonlethal suicidal behaviors with clozapine than with olanzapine,[33] which may also reduce risk of suicide.[34] Hopefully, such renewed interest in the potentially treatment-modifiable lethality of major mental disorders will be sustained and increasingly successful.

**Funding/Support:** This work was supported in part by an award from the Bruce J. Anderson Foundation and the McLean Private Donors Neuropsychopharmacology Research Fund (Dr Baldessarini) and by the Stanley Institute for Medical Research (Dr Tondo).

**REFERENCES**

**1.** Goodwin FK, Jamison KR. *Manic Depressive Illness.* New York, NY: Oxford University Press; 1990.
**2.** American Psychiatric Association. *Diagnostic and Statistical Manual, of Mental Disorders, Fourth Edition, Text Revision.* Washington, DC: APA Press; 2000.
**3.** Tohen M, Angst J. Epidemiology of bipolar disorder. In: Tsuang MT, Tohen M, eds. *Psychiatric Epidemiology.* New York, NY: Wiley-Liss; 2002:427-444.
**4.** Faedda GL, Baldessarini RJ, Suppes T, Tondo L, Becker I, Lipschitz D. Pediatric-onset bipolar disorder: a neglected clinical and public health problem. *Harv Rev Psychiatry.* 1995;3:171-195.
**5.** Peele PB, Xu Y, Kupfer DJ. Insurance expenditures on bipolar disorder: clinical and parity implications. *Am J Psychiatry.* 2003;160:1286-1290.
**6.** Tondo L, Baldessarini RJ, Hennen J, Floris G. Lithium maintenance treatment of depression and mania in bipolar I and bipolar II disorders. *Am J Psychiatry.* 1998; 155:638-645.
**7.** Judd LL, Akiskal HS, Schettler PJ, et al. The long-term natural history of the weekly symptomatic status of bipolar I disorder. *Arch Gen Psychiatry.* 2002;59: 530-537.
**8.** Post RM, Denicoff KD, Leverich GS, et al. Morbidity of 258 bipolar outpatients followed for one year with daily prospective ratings on the NIMH Life Chart method. *J Clin Psychiatry.* 2003;64:680-690.
**9.** Sharma R, Markar HR. Mortality in affective disorder. *J Affect Disord.* 1994; 31:91-96.
**10.** Angst F, Stassen HH, Clayton PJ, Angst J. Mortality of patients with mood disorders: follow-up over 34-38 years. *J Affect Disord.* 2002;68:167-181.
**11.** Baldessarini RJ, Tarazi FI. Drugs and the treatment of psychiatric disorders: antipsychotic and antimanic agents. In: Hardman JG, Limbird LE, Gilman AG, eds. *Goodman and Gilman's Pharmacological Basis of Therapeutics.* 10th ed. New York, NY: McGraw-Hill; 2001:485-520.
**12.** Baldessarini RJ, Tondo L, Hennen J, Viguera AC. Is lithium still worth using? an update of selected recent research. *Harv Rev Psychiatry.* 2002;10:59-75.
**13.** Bowden C, Calabrese JR, Sachs G, et al. A placebo-controlled 18-month trial

©2003 American Medical Association. All rights reserved.

15

CONFIDENTIAL
AZSER12750856

of lamotrigine and lithium maintenance treatment in recently manic or hypo-manic patients with bipolar I disorder. *Arch Gen Psychiatry*. 2003;60:392-400.

14. Bowden CL, Calabrese JR, McElroy SL, et al. A randomized, placebo-controlled 12-month trial of divalproex and lithium in treatment of outpatients with bipolar I disorder. *Arch Gen Psychiatry*. 2000;57:481-489.

15. Tohen M, Ketter TA, Zarate CA, et al. Olanzapine vs divalproex sodium for the treatment of acute mania and maintenance of remission: a 46-week study. *Am J Psychiatry*. 2003;160:1263-1271.

16. Gyulai L, Bowden CL, McElroy SL, et al. Maintenance efficacy of divalproex in the prevention of bipolar depression. *Neuropsychopharmacology*. 2003;28:1374-1382.

17. Baldessarini RJ: Drugs and the treatment of psychiatric disorders: antidepressant and antianxiety agents. In: Hardman JG, Limbird LE, Gilman AG, eds. *Goodman and Gilman's the Pharmacological Basis of Therapeutics*. 10th ed. New York, NY: McGraw-Hill; 2001:447-483.

18. Ghaemi SN, Rosenquist KJ, Ko JY, Baldassano CF, Kontos NJ, Baldessarini RJ. Antidepressant treatment in bipolar vs unipolar depression. *Am J Psychiatry*. In press.

19. Harris EC, Barraclough B. Suicide as an outcome for mental disorders: a meta-analysis. *Br J Psychiatry*. 1997;170:205-208.

20. Tondo L, Isacsson G, Baldessarini RJ. Suicide in bipolar disorder: risk and prevention. *CNS Drugs*. 2003;17:491-511.

21. Baldessarini RJ, Tondo L, Hennen J. Lithium treatment and suicide risk in major affective disorders: update and new findings. *J Clin Psychiatry*. 2003;64(suppl 5):440-452.

22. Isometsä ET, Henriksson MM, Aro HM, Lonnqvist JK. Suicide in bipolar disorder in Finland. *Am J Psychiatry*. 1994;151:1020-1024.

23. Ahrens B, Müller-Oerlinghausen B, Schou M, et al. Excess cardiovascular and suicide mortality of affective disorders may be reduced by lithium prophylaxis. *J Affect Disord*. 1995;33:67-75.

24. Rihmer Z, Pestality P. Bipolar II disorder and suicidal behavior. *Psychiatr Clin North Am*. 1999;22:667-673.

25. Ghaemi SN, Boiman EE, Goodwin FK. Diagnosing bipolar disorder and the effect of antidepressants: a naturalistic study. *J Clin Psychiatry*. 2000;61:804-808.

26. Tondo L, Hennen J, Baldessarini RJ. Reduced suicide risk with long-term lithium treatment in major affective illness: a meta-analysis. *Acta Psychiatr Scand*. 2001;104:163-172.

27. Baldessarini RJ, Tondo L, Hennen J. Reduced suicide risk during long-term treatment with lithium. *Ann N Y Acad Sci*. 2001;932:24-43.

28. Greil W, Kleindienst N. Lithium versus carbamazepine in the maintenance treatment of bipolar II disorder and bipolar disorder not otherwise specified. *Int Clin Psychopharmacol*. 1999;14:283-285.

29. Thies-Flechtner K, Müller-Oerlinghausen B, Seibert W, Walther A, Greil W. Effect of prophylactic treatment on suicide risk in patients with major affective disorders: data from a randomized prospective trial. *Pharmacopsychiatry*. 1996;29:103-107.

30. Goodwin FK, Fireman B, Simon GE, Hunkeler EM, Lee J, Revicki D. Suicide risk in bipolar disorder during treatment with lithium and divalproex. *JAMA*. 2003;290:1467-1473.

31. Miniño AM, Arias E, Kochanek KD, Murphy SL, Smih BL. Deaths: final data for 2000. *Natl Vital Stat Rep*. 2002;50:99. Table 33.

32. Goldsmith SK, Pellmar TC, Kleinman AM, Bunney WE, eds. *Reducing Suicide: A National Imperative*. Washington, DC: Institute of Medicine–National Academies Press; 2002.

33. Meltzer HY, Alphs L, Green AI, et al. Clozapine treatment for suicidality in schizophrenia. *Arch Gen Psychiatry*. 2003;60:82-91.

34. Glazer WM. Formulary decisions and health economics. *J Clin Psychiatry*. 1998;59(suppl 19):23-29.

# Drugs Alias Dietary Supplements

Catherine D. DeAngelis, MD, MPH

Phil B. Fontanarosa, MD

DIETARY SUPPLEMENTS ENCOMPASS A WIDE SPECtrum of products, including vitamins and minerals, herbal products and botanical agents, and extracts from organs or glands.[1] Herbal products and other botanical agents are among the most popular dietary supplements. These diverse products are used by millions of people in the United States and account for billions of dollars in sales each year.[2] As with other dietary supplements, herbal products are readily available and widely promoted, usually with unsubstantiated claims of benefit and seldom with any mention of potential harms.[3] New findings reported in this issue of THE JOURNAL illustrate the inappropriate claims for some commonly used herbal products, provide new information on the mechanisms of herb-drug interactions, and underscore the need for more effective regulation of dietary supplements.

The study by Morris and Avorn[4] provides evidence for the easily accessible and widespread potentially misleading claims made by vendors of herbal products on the Internet. The authors used 5 frequently used search engines to search the Internet for the 8 most commonly used herbal supplements: ginkgo biloba, St John's wort, echinacea, ginseng, garlic, saw palmetto, kava kava, and valerian root. Among the 443 studied Web sites, 338 (76%) were retail, ie, either selling a product or directly linked to a vendor. Eighty-one percent of retail Web sites made 1 or more health claims, and of these 55% claimed to prevent, diagnose, treat, or cure diseases. Furthermore, only 48% of sites (139/292) with a health claim included the disclaimers specifically required by federal law.

Herbal products and other dietary supplements are regulated by the US Food and Drug Administration (FDA) but under different regulations than those governing prescription medications and over-the-counter drugs.[5] In 1994 the Dietary Supplement Health and Education Act established that dietary supplements are not drugs and substantially altered the role of the FDA in regulating these products.[5] Under the act's provisions, manufacturers of dietary supplements, unlike manufacturers of pharmaceuticals, are not required to provide evidence of safety or efficacy prior to marketing. Also, except for supplements that contain "a new dietary ingredient," dietary supplements are not required to have FDA approval or even be registered with the FDA before they are produced and marketed. Once a dietary supplement is marketed, the onus is on the FDA to demonstrate that the product is

See also pp 1500 and 1505.

**Author Affiliations:** Dr DeAngelis is Editor and Dr Fontanarosa is Executive Deputy Editor, *JAMA*.
**Corresponding Author:** Catherine D. DeAngelis, MD, *JAMA*, 515 N State St, Chicago, IL 60610 (e-mail: cathy_deangelis@jama-archives.org).

©2003 American Medical Association. All rights reserved.

(Reprinted) JAMA, September 17, 2003—Vol 290, No. 11   **1519**

CONFIDENTIAL
AZSER12750857

LETTERS

by the programs that we studied did use diagnosis data to identify drug-disease interactions, and those deciding which exceptions should result in alerts did have access to patient-specific factors such as those mentioned by Berringer et al. We agree that the low alert rate that we found could well explain a lack of effect, as we stated in our article, but this reflects how such programs were implemented. Furthermore, we did not find a dose-response relationship with numbers of alerts.

The articles cited by Berringer et al as evidence of the effectiveness of such programs deserve clarification. The study by Monane et al[1] examined a prospective rather than a retrospective drug utilization review program, and both studies cited[1,2] lacked control groups, seriously limiting their interpretability. There are a few controlled studies suggesting that mailed alert letters can affect prescribing in a modest subset of the patients who are identified in alerts.[3,4] However, the only study previous to ours that examined clinical impact of retrospective drug utilization review also failed to show an effect.[5]

Like Berringer et al, Dr Christensen and colleagues wonder whether an effect would have been detectable given the low alert rate. The low alert rate was a finding that we had not anticipated at the outset of our study, and we discussed it as a likely factor in our results. This is not a weakness of our study, but rather a weakness of the programs. Examining outcomes in patients identified in alerts would have been problematic because of the lack of an appropriate control group. We did examine cause-specific hospitalizations following specific alerts in addition to all-cause hospitalization, and found no evidence for effect on these outcomes. Although we did not look specifically for harmful effects, unintended consequences of programmatic efforts are not uncommon, and retrospective drug utilization review programs in particular might have unintended consequences.[4] Our study focused on measuring the effectiveness of the programs rather than evaluating process measures such as the content, quality, and response to alert letters.

We applaud recent efforts to improve retrospective drug utilization review programs, and hope that the improved programs will be evaluated rigorously. We believe, however, that widespread adoption of and legal requirements for such programs should await evidence that they are effective and are free of major unintended effects.

Sean Hennessy, PharmD, PhD
Warren B. Bilker, PhD
Anita L. Weber, PhD
Colleen Brensinger, MS
Brian L. Strom, MD, MPH
Department of Biostatistics & Epidemiology
University of Pennsylvania School of Medicine
Philadelphia

1. Monane M, Mathias DM, Nagle BA, Kelly MA. Improving prescribing patterns for the elderly through an online drug utilization review intervention: a system linking the physician, pharmacist, and computer. JAMA. 1998;280:1249-1252.
2. Seltzer JK, Kurt TL, Knodel LC, Dean B, Burch C, Texas Medicaid Vendor Drug Program Drug Utilization Review Board. Drug utilization review of sedative/hypnotic agents in Texas Medicaid patients. J Am Pharm Assoc (Wash). 2000;40:495-499.
3. Okano GJ, Rascati KL. Effects of Medicaid drug utilization review intervention letters. Clin Ther. 1995;17:525-533.
4. Smith DH, Christensen DB, Stergachis A, Holmes G. A randomized controlled trial of a drug use review intervention for sedative hypnotic medications. Med Care. 1998;36:1013-1021.
5. Jay DE, Eynon BP, Javitz HS. The Medi-Cal Therapeutic Drug Utilization Review Project. Menlo Park, Calif: SRI International; 1991.

## CORRECTIONS

**Incorrect Data:** In the Editorial entitled "Suicide Risk and Treatments for Patients With Bipolar Disorder" published in the September 17, 2003, issue of THE JOURNAL (2003;290:1517-1519), incorrect data were reported. On page 1518, the second full sentence in the second column should have read, "The difference in risk without vs with lithium treatment was 1.8-fold (0.116/0.066), positive but lower than in previous experience (nearly 9-fold).[8]"

**Patent Application:** In the Original Contribution entitled "Association Between Estrogen Receptor α Gene Variation and Cardiovascular Disease" published in the November 5, 2003, issue of THE JOURNAL (2003;290:2263-2270), a provisional patent application was filed after the article went to press. The patent application for medical uses related to the ESR1 c 454-397T>C polymorphism was filed through the Massachusetts Institute of Technology's Technology Licensing Office on behalf of Drs Housman, Levy, Mendelsohn, and Shearman.

**Incorrect Information:** In the Review entitled "Comparison of Mortality Between Private For-Profit and Private Not-For-Profit Hemodialysis Centers" published in the November 20, 2002, issue of THE JOURNAL (2002;288:2449-2457), incorrect information was published. In Table 2 on page 2454, the years shown in the first column for Irvin[19-20] should have been 1998. Additionally, for the dissertation in references 19 and 20 on page 2457, the name and location of the university should have been University of Washington, Seattle.

©2004 American Medical Association. All rights reserved.

17

CONFIDENTIAL
AZSER12750858

*British Journal of Psychiatry* (1989), **154**, 672–676

# A Rating Scale for Drug-Induced Akathisia

## THOMAS R. E. BARNES

A rating scale for drug-induced akathisia has been derived that incorporates diagnostic criteria for pseudoakathisia, and mild, moderate, and severe akathisia. It comprises items for rating the observable, restless movements which characterise the condition, the subjective awareness of restlessness, and any distress associated with the akathisia. In addition, there is an item for rating global severity. A standard examination procedure is recommended. The inter-rater reliability for the scale items (Cohen's κ) ranged from 0.738 to 0.955. Akathisia was found in eight of 42 schizophrenic in-patients, and nine had pseudoakathisia, where the typical sense of inner restlessness was not reported.

Akathisia is probably the commonest and one of the more distressing of the movement disorders associated with antipsychotic drugs (Lancet, 1986; Barnes, 1987). Following the original descriptions of drug-induced akathisia (Sigwald et al, 1947; Steck, 1954), there was little further work on the phenomenology of akathisia, and no consistent or clear operational definition emerged. The diagnosis of akathisia tended to rest upon systematic questioning regarding a patient's inner restlessness. However, reliance on a patient's subjective report alone does not allow for reliable diagnosis (Van Putten & Marder, 1986, 1987).

The lack of delineation of the associated motor behaviour created difficulty in separating akathisia from other movement disorders seen in drug-treated schizophrenic patients. These include Parkinsonian tremor, dystonia, tardive dyskinesia, tics, stereotypies and mannerisms. The distinction between tardive dyskinesia and akathisia is complicated by the common coexistence of the two conditions (Barnes et al, 1983). Descriptions of tardive dyskinesia have consistently mentioned motor restlessness, and subjective distress has been found to correlate rather better with trunk and limb movements than with orofacial movement (Rosen et al, 1982).

The lack of diagnostic criteria may partly account for the wide range of prevalence figures reported in the literature (Marsden et al, 1985): although a figure of around 20% is commonly accepted (Ayd, 1961; Braude et al, 1983), Freyhan (1958), for example, found a prevalence of only 12.5%, while Van Putten (1975) recorded a figure of 45%. Furthermore, in a sample of drug-free schizophrenic patients who received haloperidol (10 mg) at bedtime for seven days, Van Putten et al (1984) found that 75% experienced akathisia.

In addition, the absence of a precise clinical definition might be partly responsible for the failure of clinicians to recognise the condition consistently (Weiden et al, 1987). It may also contribute to the common misinterpretation of motor phenomena of akathisia as the signs and symptoms of psychiatric illness (Van Putten, 1975; Braude et al, 1983). If akathisia is misdiagnosed as an exacerbation of agitation or psychotic excitement, this error may prompt an increase in antipsychotic drug dose, which would almost certainly aggravate the problem.

### Validity of the scale

The validity of the rating scale (see Appendix) derives from its basis in signs and symptoms found to be characteristic of the condition in our previous studies of both acute psychiatric admissions receiving antipsychotic medication (Braude et al, 1983) and schizophrenic out-patients on maintenance medication (Barnes & Braude, 1985).

### Subjective item

These studies found that against the background of a relatively non-specific sense of inner restlessness or mental unease, sufferers were often particularly aware of tension and discomfort in their limbs, sometimes with paraesthesia and unpleasant pulling or drawing sensations in their legs. These complaints are akin to symptoms found in the 'restless legs', or Ekbom's, syndrome (Blom & Ekbom, 1961; Lancet, 1986).

In addition, the patients with akathisia would typically experience a desire to move, an awareness that they were unable to keep their legs still, or a compulsion to move which was often particularly referable to the legs. Many patients complained that the condition was least tolerable when they were required to stand still, for example when queueing for meals or medication on the ward, waiting at the supermarket checkout, or standing in the kitchen

CONFIDENTIAL
AZSER12750859

while cooking. These symptoms constitute the subjective diagnostic criteria for akathisia included in the item 'awareness of restlessness' of the scale.

The inner restlessness and emotional unease experienced by patients with akathisia is often distressing for patients, and may lead them to refuse further medication. The importance of akathisia as a cause of poor compliance with antipsychotic drugs has been emphasised by Van Putten (1974). The overwhelming and intense nature of the subjective experience in severe cases is illustrated by reports where akathisia has been thought to have contributed to violent, aggressive behaviour (Kekich, 1978; Kumar, 1979; Schulte, 1985) or impulsive suicidal behaviour (Shear et al, 1983; Schulte, 1985; Drake & Erlich, 1985; Shaw et al, 1986). An item for distress related to restlessness was included in the scale. Any distress associated with akathisia can usually be elicited without difficulty, and is commonly complained of spontaneously.

**Objective criterion**

The study by Braude et al (1983) and a similar investigation by Gibb & Lees (1986) also found that particular patterns of restless leg movements were observed in association with the subjective experience of akathisia. The most characteristic signs that emerged were rocking from foot to foot or walking on the spot when standing. Van Putten & Marder (1987) agree that these foot movements are easily recognisable, and are present in all patients with moderate or severe akathisia. Braude et al (1983) observed other patterns of restless movement in seated patients, which accompanied the typical subjective experience of akathisia. They described these as shuffling or tramping of the legs. With severe akathisia, patients appeared to be unable to stand without walking or pacing. Gibb & Lees (1986) generally confirmed these findings, and suggested further that fast walking and swinging of one leg when sitting should also be considered as part of the akathisia syndrome.

These motor phenomena were considered to be observable diagnostic criteria for akathisia, and are included in the 'objective' item of the rating scale.

**Global item**

The rating of 'absent' refers to the failure of the rater to elicit any subjective awareness or complaint of restlessness. However, in the absence of any report of a sense of inner restlessness or a compulsion to move, some patients may manifest obvious, complex, repetitive movements resembling those seen in

akathisia (Barnes & Braude, 1985). A common feature is rocking from foot to foot while standing. These movements seem to be of a volitional rather than choreic nature, and appear to represent motor restlessness. This syndrome has been called pseudo-akathisia (Munetz & Cornes, 1982; Barnes & Braude, 1985), and its relationship with akathisia and tardive dyskinesia is a matter for speculation (Barnes & Braude, 1985; Stahl, 1985; Munetz, 1986).

The signs of motor restlessness are not invariably present in mild cases of acute akathisia (Braude et al, 1983). The typical subjective experience of akathisia in the absence of restless movements has been referred to as 'subjective akathisia' (Van Putten & Marder, 1986). In practice, it may be difficult to differentiate between this condition and subtle manifestations of anxiety or emotional distress unrelated to akathisia. This difficulty is acknowledged by the 'questionable' rating in the global item of the scale, and the existence of subjective akathisia is reflected in the 'mild akathisia' rating, as it does not demand the presence of the characteristic restless phenomena.

The ratings for moderate, marked, and severe akathisia reflect increasing degrees of subjective distress and the desire or compulsion to move, an increasing inability to remain sitting comfortably, and an increasing amount of time spent exhibiting restless movements, such as rocking from foot to foot when standing, and pacing up and down.

**Reliability**

**Patients and method**

Forty-two chronic in-patients, all of whom fulfilled DSM-III criteria (American Psychiatric Association, 1980) for schizophrenia, and were receiving antipsychotic medication, were each assessed by two raters during the same examination period using the rating scale (Barnes & Halstead, 1988). The age range of the sample was 32–65 (median 52) years, and 13 were women.

*Examination procedure*

Each patient was observed seated for at least five minutes while consent to take part in the study was obtained and the patient completed a self-rating scale for anxiety, modified from the Leeds Anxiety Scale (Snaith et al, 1976). The patient was then asked to stand up, and was examined for evidence of Parkinsonism using the Extrapyramidal Rating Scale (Simpson & Angus, 1970). Still standing, patients were then engaged in conversation on neutral topics for several minutes while being observed, and finally were asked specific questions about inner restlessness, and awareness of the features of akathisia. For example, inquiry was made as to whether they experienced a sense of inner restlessness, and whether restless, fidgety feelings could

CONFIDENTIAL
AZSER12750860

674                                                 BARNES

TABLE I
*Inter-rater reliability*

| Rating scale item | Linearly weighted Cohen's $\kappa$ |
|---|---|
| Objective | 0.738 |
| Subjective | |
| Awareness of restlessness | 0.827 |
| Distress related to restlessness | 0.901 |
| Global clinical assessment | 0.955 |

be localised to any part of their body. Further, they were asked if they had any awareness of difficulty sitting comfortably for long periods, an increasing restlessness and tension when required to stand still, or a compulsive desire to move.

If akathisia was present, additional information was collected regarding any diurnal variation of symptoms, and whether the patient was aware of any particular situations which seemed to provoke or exacerbate the restlessness and any associated distress.

**Inter-rater reliability**

The agreement between the two raters on the akathisia scale was calculated. There was high inter-rater reliability on the scores for the four items, expressed in terms of Cohen's $\kappa$ (Table I).

There was complete agreement between the two raters on the presence of akathisia, that is a rating of two or more on the global clinical assessment item. There was disagreement between the raters on the scores for the severity of akathisia in only two patients. The scores differed by one in both cases.

According to the global rating, akathisia was found in eight (19%) of 42 patients. The condition was rated as being of mild or moderate severity in six patients, and marked or severe in only two. Five (12%) of the 42 patients received a rating of 'questionable' akathisia. They manifested non-specific restless movements and described a vague sense of inner tension, but these features were unconvincing for a diagnosis of akathisia.

Nine (21%) patients were rated as having pseudo-akathisia. These patients exhibited akathisic movements, that is, they scored one or more on the 'objective' item, but did not apparently experience any associated inner restlessness or desire to move their legs, that is, they scored 0 on the 'subjective' item.

**Discussion**

In this small reliability study, the rating scale was found to be viable and practical, and a high level of inter-rater reliability was achieved. The results confirm both the relatively high prevalence of akathisia in chronic schizophrenic patients receiving maintenance antipsychotic drugs, and the existence in a proportion of such patients of pseudoakathisia,

where the characteristic movements of akathisia are observed in the absence of the subjective symptoms.

It is envisaged that the rating on the global item alone should be sufficient for diagnostic purposes, and for measuring change in the overall severity of akathisia in response to treatment. Nevertheless, to rate the global item accurately the elements of the three other items need to be taken into account, and these items should be completed first.

The individual ratings on the two subjective items, 'awareness of restlessness' and 'distress related to restlessness', and the 'objective' item may be of value if an investigator wishes to detect whether the objective and subjective components of akathisia are differentially affected by particular drug treatments, or change independently over time. Also, when assessing a patient with pseudoakathisia, either over time or in the context of a treatment trial, the main measure of the condition is the rating on the 'objective' item. However, the emergence of a score for the 'awareness of restlessness' item might warrant a change in diagnosis to akathisia.

It is recommended that the scale is completed after observation of the patient in more than one setting. Preferably, the patient should be unobtrusively watched in a natural setting, for example while involved in activity on the ward, as well as during a formal interview. Experience with the assessment of patients with akathisia suggests that the situation in which the characteristic restless movements of rocking from foot to foot or treading on the spot are most likely to be observed is when the patient is standing with the rater, engaged in casual conversation on some neutral topic.

We are currently using this scale in a placebo-controlled study of $\beta$-adrenoceptor-blocking drugs in akathisia, and in a prevalence study in a population of chronic schizophrenic in-patients. The scale is also being employed in studies by other research groups in the UK and internationally. We plan to examine the reliability of the scale further in these studies, and also hope to test the validity of the scale by using an electronic movement meter to quantify the restless activity of patients, to provide an objective measure of the condition.

**Appendix: Rating scale for drug-induced akathisia**

Patient name:
Patient research no.:
Hospital no.:
Ward:
Rater:

Patients should be observed while they are seated, and then standing while engaged in neutral conversation (for a

20

minimum of two minutes in each position). Symptoms observed in other situations, for example, while engaged in activity on the ward, may also be rated. Subsequently, the subjective phenomena should be elicited by direct questioning.

**Objective**

0 Normal, occasional fidgety movements of the limbs
1 Presence of characteristic restless movements: shuffling or tramping movements of the legs/feet, or swinging of one leg, while sitting, *and/or* rocking from foot to foot or 'walking on the spot' when standing, *but* movements present for less than half the time observed
2 Observed phenomena, as described in (1) above, which are present for at least half the observation period
3 The patient is constantly engaged in characteristic restless movements, *and/or* has the inability to remain seated or standing without walking or pacing, during the time observed.

**Subjective**

*Awareness of restlessness*

0 Absence of inner restlessness
1 Non-specific sense of inner restlessness
2 The patient is aware of an inability to keep the legs still, or a desire to move the legs, *and/or* complains of inner restlessness aggravated specifically by being required to stand still
3 Awareness of an intense compulsion to move most of the time *and/or* reports a strong desire to walk or pace most of the time

*Distress related to restlessness*

0 No distress
1 Mild
2 Moderate
3 Severe

**Global clinical assessment of akathisia**

0 Absent
  No evidence of awareness of restlessness. Observation of characteristic movements of akathisia in the absence of a subjective report of inner restlessness or compulsive desire to move the legs should be classified as pseudoakathisia
1 Questionable
  Non-specific inner tension and fidgety movements
2 Mild akathisia
  Awareness of restlessness in the legs *and/or* inner restlessness worse when required to stand still. Fidgety movements present, but characteristic restless movements of akathisia not necessarily observed. Condition causes little or no distress
3 Moderate akathisia
  Awareness of restlessness as described for mild akathisia above, combined with characteristic restless movements

such as rocking from foot to foot when standing. Patient finds the condition distressing
4 Marked akathisia
  Subjective experience of restlessness includes a compulsive desire to walk or pace. However, the patient is able to remain seated for at least five minutes. The condition is obviously distressing
5 Severe akathisia
  The patient reports a strong compulsion to pace up and down most of the time. Unable to sit or lie down for more than a few minutes. Constant restlessness which is associated with intense distress and insomnia

**References**

AMERICAN PSYCHIATRIC ASSOCIATION (1980) *Diagnostic and Statistical Manual of Mental Disorders* (3rd edn) (DSM–III). Washington, DC: APA.
AYD, F. J. (1961) A survey of drug-induced extrapyramidal reactions. *Journal of the American Medical Association*, 175, 1054–1060.
BARNES, T. R. E. (1987) The present status of tardive dyskinesia and akathisia in the treatment of schizophrenia. *Psychiatric Developments*, 4, 301–319.
—— , KIDGER, T. & GORE, S. M. (1983) Tardive dyskinesia: a three-year follow-up study. *Psychological Medicine*, 13, 71–81.
—— & BRAUDE, W. M. (1985) Akathisia variants and tardive dyskinesia. *Archives of General Psychiatry*, 42, 874–878.
—— & HALSTEAD, S. M. (1988) A scale for rating drug-induced akathisia (abstract: Bi-Ennial Winter Workshop on Schizophrenia, Badgastein, Austria, January 1988). *Schizophrenia Research*, 1, 249.
BLOM, S. & EKBOM, K. A. (1961) Comparison between akathisia developing on treatment with phenothiazine derivatives and the restless legs syndrome. *Acta Medica Scandinavica*, 170, 689–694.
BRAUDE, W. M., BARNES, T. R. E. & GORE, S. M. (1983) Clinical characteristics of akathisia. A systematic investigation of acute psychiatric inpatient admissions. *British Journal of Psychiatry*, 143, 139–150.
DRAKE, R. E. & EHRLICH, J. (1985) Suicide attempts associated with akathisia. *American Journal of Psychiatry*, 142, 599–601.
FREYHAN, F. A. (1958) *Extrapyramidal Symptoms and Other Side Effects of Trifluoperazine. Clinical and Pharmacological Aspects.* Philadelphia: Lea and Febiger.
GIBB, W. R. G. & LEES, A. J. (1986) The clinical phenomenon of akathisia. *Journal of Neurology, Neurosurgery and Psychiatry*, 49, 861–866.
KEKICH, W. A. (1978) Violence as a manifestation of akathisia. *Journal of the American Medical Association*, 240, 2185.
KUMAR, B. B. (1979) An unusual' case of akathisia. *American Journal of Psychiatry*, 136, 1088.
LANCET (1986) Akathisia and antipsychotic drugs (editorial). *Lancet*, ii, 1131–1132.
MARSDEN, C. D., TARSY, D. & BALDESSARINI, R. J. (1985) Spontaneous and drug-induced movement disorders. In *Psychiatric Aspects of Neurological Disease* (eds D. F. Benson & D. Blumer). New York: Grune and Stratton.
MUNETZ, M. R. (1986) Akathisia variants and tardive dyskinesia (letter). *Archives of General Psychiatry*, 43, 1015.
—— & CORNES, C. L. (1982) Akathisia, pseudoakathisia and tardive dyskinesia. *Comprehensive Psychiatry*, 23, 345–352.
ROSEN, A. M., MUKHERJEE, S., OLARTE, S., *et al* (1982) Perception of tardive dyskinesia in outpatients receiving maintenance neuroleptics. *American Journal of Psychiatry*, 139, 372–373.
SCHULTE, J. R. (1985) Homicide and suicide associated with akathisia and haloperidol. *American Journal of Forensic Psychiatry*, 6, 3–7.

CONFIDENTIAL
AZSER12750862

676                                                                          BARNES

SHAW, E. D., MANN, J. J., WEIDEN, P. J., et al (1986) A case of
    suicidal and homicidal ideation and akathisia in a double-blind
    neuroleptic crossover study (letter). Journal of Clinical Psycho-
    pharmacology, 6, 196–197.
SHEAR, K., FRANCES, A. & WEIDEN, P. (1983) Suicide associated
    with akathisia and depot fluphenazine treatment. Journal of
    Clinical Psychopharmacology, 3, 235–236.
SIGWALD, J., GROISSIORD, A., DURIEL, P., et al (1947) Le traitement
    de la maladie de Parkinson et des manifestations extra-
    pyramidales par le diethylaminoethyl n-thiodiphenylamine (2987
    RP): resultats d'une anee d'application. Review Neurological
    (Paris), 79, 683–687.
SIMPSON, G. M. & ANGUS, J. W. S. (1970) A rating scale for
    extrapyramidal side-effects. Acta Psychiatrica Scandinavica, 212
    (suppl. 44), 11–19.
SNAITH, R. P., BRIDGE, G. W. K. & HAMILTON, M. (1976) The
    Leeds scales for the self-assessment of anxiety and depression.
    British Journal of Psychiatry, 128, 156–165.
STAHL, F. M. (1985) Akathisia and tardive dyskinesia. Archives of
    General Psychiatry, 42, 915–917.

STECK, H. (1954) Le syndrome extrapyramidal et diencephalique
    au cours des traitements au Largactil et au Serpasil. Annales
    Medico-Psychologiques (Paris), 112, 734–743.
VAN PUTTEN, T. (1974) Why do schizophrenic patients refuse
    to take their drugs? Archives of General Psychiatry, 31,
    67–72.
—— (1975) The many faces of akathisia. Comprehensive
    Psychiatry, 16, 43–47.
——, MAY, P. R. A. & MARDER, S. R. (1984) Akathisia with
    haloperidol and thiothixene. Archives of General Psychiatry, 41,
    1036–1039.
—— & MARDER, S. R. (1986) Toward a more reliable diagnosis
    of akathisia. Archives of General Psychiatry, 43, 1015–
    1016.
—— & —— (1987) Behavioral toxicity of antipsychotic drugs.
    Journal of Clinical Psychiatry, 48 (suppl.), 13–19.
WEIDEN, P., MANN, J. J., HAAS, G., et al (1987) Clinical
    non-recognition of neuroleptic-induced movement disorders:
    a cautionary study. American Journal of Psychiatry, 144,
    1148–1153.

Thomas R. E. Barnes, Charing Cross and Westminster Medical School, Academic Unit, Horton Hospital,
Epsom, Surrey KT19 8PZ

22

CONFIDENTIAL
AZSER12750863

# A Randomized, Double-Blind, Placebo-Controlled Efficacy and Safety Study of Quetiapine or Lithium as Monotherapy for Mania in Bipolar Disorder

Charles L. Bowden, M.D.; Heinz Grunze, M.D., Ph.D.; Jamie Mullen, M.D.; Martin Brecher, M.D.; Björn Paulsson, M.D.; Martin Jones, M.Sc.; Mårten Vågerö, Ph.L.; and K. Svensson, M.Sc.

Received June 24, 2004; accepted Nov. 15, 2004. From the Department of Psychiatry, University of Texas Health Science Center, San Antonio (Dr. Bowden); Department of Psychiatry, LMU Munich, Munich, Germany (Dr. Grunze); AstraZeneca Pharmaceuticals, Wilmington, Del. (Drs. Mullen and Brecher and Mr. Jones); and AstraZeneca Pharmaceuticals, Södertälje, Sweden (Dr. Paulsson, Mr. Vågerö, and Ms. Svensson).
This study was supported by AstraZeneca Pharmaceuticals, Wilmington, Del.
The study investigators are listed at the end of the article.
Corresponding author and reprints: Charles L. Bowden, M.D., University of Texas Health Science Center, 7703 Floyd Curl Dr., Mail Code 7792, San Antonio, TX 78229-3900 (e-mail: bowdenc@uthscsa.edu).

***Objective:*** To evaluate the efficacy and tolerability of quetiapine monotherapy versus placebo for the treatment of mania associated with bipolar disorder.

***Method:*** In an international, multicenter, double-blind, parallel-group, 12-week study, patients with a DSM-IV diagnosis of bipolar I disorder (manic episode) were randomly assigned to treatment with quetiapine (flexibly dosed up to 800 mg/day), placebo, or lithium. The primary efficacy measure was change from baseline in Young Mania Rating Scale (YMRS) score at day 21. Data were gathered from April 2001 to May 2002.

***Results:*** More patients in the quetiapine (72/107) and lithium (67/98) groups completed the study compared with the placebo group (35/97). Improvement (reduction) in YMRS score was significantly greater for quetiapine than placebo at day 7 (−8.03 vs. −4.89; p < .01), and the difference between groups continued to increase over time to day 21 (−14.6 vs. −6.7; p < .001) and to endpoint at day 84 (−20.3 vs. −9.0; p < .001). Significantly more quetiapine patients compared with placebo patients fulfilled YMRS response criteria at day 21 (53.3% vs. 27.4%; p < .001) and at day 84 (72.0% vs. 41.1%; p < .001). Quetiapine was also superior to placebo in efficacy at day 21 and day 84 by all secondary measures. Lithium-treated patients improved significantly compared with placebo patients and similarly to quetiapine-treated patients on the primary efficacy measure. The most common adverse events for quetiapine were dry mouth, somnolence, and weight gain, while lithium was associated with tremor and insomnia. The quetiapine and placebo groups had similar, low levels of extrapyramidal symptom–related adverse events.

***Conclusions:*** Quetiapine demonstrated superior efficacy to placebo in patients with bipolar mania and was well tolerated.

*(J Clin Psychiatry 2005;66:111–121)*

**B**ipolar disorder is a debilitating mental illness with a lifetime prevalence of approximately 3.7%.[1] The symptoms of bipolar I mania are, by definition, severe and significantly interfere with the ability to function normally.[2,3] The complexity and severity of symptoms in mania often necessitate hospitalization and call for rapid and efficacious control of symptoms. Agitation and aggression are key elements of mania and are associated with self-harm and hostility toward others. Many individuals with bipolar disorder also experience distressing psychotic symptoms.[4,5]

Pharmacologic treatment can substantially improve the symptoms of bipolar disorder. Currently recommended options include monotherapy with lithium, divalproex, carbamazepine, or an antipsychotic agent, preferably an atypical antipsychotic.[6–9] Combinations of these agents are also recommended, such as lithium or valproate plus an antipsychotic.[6–9]

Tolerability is a concern in the treatment of bipolar disorder, as many agents, particularly the conventional antipsychotics, but also traditional mood stabilizers, are associated with side effects that contribute to poor patient acceptance and adherence. Due to the favorable tolerability profile of the atypical antipsychotics, these agents are generally preferred over conventional antipsychotics.[6–9] Several atypical antipsychotics have been shown to be effective, both as combination therapy and monotherapy, in the treatment of mania in large, randomized, placebo-

© COPYRIGHT 2005 PHYSICIANS POSTGRADUATE PRESS, INC. © COPYRIGHT 2005 PHYSICIANS POSTGRADUATE PRESS, INC.

CONFIDENTIAL
AZSER12750864

Bowden et al.

controlled clinical studies.[10–18] Quetiapine fumarate is an atypical antipsychotic approved as monotherapy for the treatment of schizophrenia in most countries.[19–22] Preliminary studies[23–28] have suggested that quetiapine is effective and well tolerated in the treatment of mania associated with bipolar disorder. Quetiapine has also been shown to be effective and well tolerated in the treatment of mania when combined with lithium or divalproex in a large, randomized, placebo-controlled study in adults[29] and in combination with divalproex in a randomized, placebo-controlled study of adolescent mania and mixed mania.[30]

Here, we present the findings from a large, randomized, placebo-controlled study that was designed to evaluate the efficacy and safety of quetiapine when used as monotherapy in the treatment of mania associated with bipolar disorder.

## METHOD

This multicenter, randomized, double-blind, placebo-controlled, parallel-group study was designed to compare the effects of quetiapine with placebo over a 12-week treatment period in patients initially hospitalized for a manic episode. A third group of patients was treated with lithium as an internal standard to validate assay sensitivity. The study was conducted from April 2001 to May 2002 at centers in Europe and Asia.

The study protocol was reviewed and approved by the appropriate institutional review board in accordance with the standards and guidelines established in the current amendment of the Declaration of Helsinki and was consistent with good clinical practice and applicable regulatory requirements. Written informed consent was obtained from all patients prior to any study-related activities.

### Inclusion and Exclusion Criteria

Eligible subjects were adult inpatients (aged 18 years or older) hospitalized with a diagnosis of bipolar I disorder, current episode manic, according to the *Diagnostic and Statistical Manual of Mental Disorders*, Fourth Edition (DSM-IV).[31] All patients had experienced at least 1 prior reliably documented manic or mixed episode. At screening and at randomization (7 days after screening), patients were required to have a score of at least 20 on the Young Mania Rating Scale (YMRS),[32] including a score of at least 4 on 2 of the 4 double-weighted YMRS items (irritability, speech, content, and disruptive/aggressive behavior). A Clinical Global Impression-Bipolar Version (CGI-BP) Severity of Illness[33] score for overall bipolar illness of at least 4 was also required. If the time from screening to randomization exceeded 7 days, screening assessments were repeated.

Patients were excluded if they had received treatment with clozapine within 28 days of the start of the study, as this population may overrepresent treatment-refractory patients. Those in a manic episode judged to be the direct physiologic consequence of a medical condition or substance use were excluded, as were patients who had been hospitalized for 3 weeks or longer for the index manic episode. Patients meeting DSM-IV criteria for rapid cycling and mixed episodes were excluded. Patients were also excluded if intolerance to quetiapine or lithium or lack of response to clozapine, quetiapine, or lithium was known to the investigator.

Use of the following medications was a criterion for excluding patients: antihypertensive agents if a stable dose had not been administered for at least 1 month before randomization; antidepressants in the week (or a period of 5 half-lives of the drug) before randomization; continuous daily use of benzodiazepines in excess of 4 mg/day of lorazepam, or the equivalent, during the month preceding screening (approximately 5 weeks prior to randomization); potent cytochrome P450 inducers, potent cytochrome P450 3A4 inhibitors, or thioridazine in the 14 days prior to randomization; and depot antipsychotic medication within 1 dosing interval prior to randomization.

Other exclusion criteria were clinically significant electrocardiogram (ECG) or laboratory results (including thyroid-stimulating hormone [TSH] concentration more than 10% above the upper limit of the normal range, regardless of treatment for hypothyroidism or hyperthyroidism), women who were pregnant or lactating, history of seizure disorder (except febrile convulsions), substance or alcohol dependence within 1 month before randomization, electroconvulsive therapy within 30 days prior to randomization, and previous participation in another clinical study or compassionate use program within 4 weeks of randomization.

### Patient Population and Study Medication

On day 1, patients were randomly assigned to treatment with quetiapine or lithium or their matching placebos. All medication was administered twice daily in a double-blind fashion. Double-blinding was maintained throughout the study.

Quetiapine was flexibly dosed and initiated at target doses of 100 mg on day 1, 200 mg on day 2, 300 mg on day 3, and 400 mg on day 4. Quetiapine dose could be adjusted up to 600 mg/day on day 5 and up to 800 mg/day thereafter (days 6 to 84).

Lithium dosing was initiated on day 1 at a dose of 900 mg/day. Dose adjustment between days 5 and 84 was at the discretion of the investigator in order to optimize efficacy and tolerability. The target trough serum lithium concentration was between 0.6 and 1.4 mEq/L and was monitored throughout the study by an investigator independent of the dosing investigator. Study blinding was maintained by collecting blood samples from all patients

© COPYRIGHT 2005 PHYSICIANS POSTGRADUATE PRESS, INC. © COPYRIGHT 2005 PHYSICIANS POSTGRADUATE PRESS, INC.

24

CONFIDENTIAL
AZSER12750865

at least 12 hours after administration of the previous dose of study medication, and serum lithium concentrations were determined on days 4, 7, 14, 21, 28, 42, 56, 70, and 84 (or final visit). Additional tests were conducted as needed, at the discretion of the investigator, to assess lithium toxicity. In addition, all investigators and individuals who administered psychiatric rating scales remained blinded to treatment for the duration of the study.

Lithium was chosen as an active treatment standard to validate assay sensitivity. The study was prospectively powered to detect differences between quetiapine and placebo, not differences between lithium and quetiapine. However, the relative treatment effect of lithium versus quetiapine based on YMRS scores was analyzed.

After day 7, patients could be discharged to continue treatment as outpatients if the investigator believed that it was clinically appropriate.

**Prior and Concomitant Medication**

The exclusion criteria detail those medicines that were not allowed prior to the study. The use of any psychoactive drugs (including antidepressant, hypnotic, mood-stabilizing, anxiolytic, antipsychotic, and sedative medications other than those specifically mentioned) was not permitted from randomization to day 84. Medications were reviewed at screening and immediately prior to randomization to ensure that those not allowed by the protocol were withdrawn for a sufficient period prior to initiation of study treatment. The primary criteria were tapering any medications (over a period of approximately 1 week) known to be associated with withdrawal from treatment, e.g., antidepressants, and providing an interval of approximately 5 half-lives for the study treatments before initiation.

Medications permitted during the study included previously prescribed medications for stable medical, nonpsychiatric illnesses; oral contraceptives and contraceptive devices; and antihypertensive treatments, providing the dosage had remained stable for at least 1 month prior to randomization. The following sedatives/hypnotics were permitted during the study for insomnia, providing the maximum doses were not exceeded and only 1 was used on any study day: zolpidem tartrate (maximum dose = 10 mg/day), chloral hydrate (maximum dose = 2 g/day from days 1 to 7 and 1 g/day from days 8 to 84), zopiclone (maximum dose = 7.5 mg/day), and zaleplon (maximum dose = 20 mg/day). Use of concomitant anticholinergic medications was not allowed after randomization unless in relation to an adverse event of extrapyramidal symptoms (EPS).

Lorazepam treatment for agitation (but not insomnia) was allowed as follows: up to 6 mg/day from screening to day 4, up to 4 mg/day from days 5 to 7, up to 2 mg/day from days 8 to 10, and up to 1 mg/day from days 11 to 14. Lorazepam was withheld for 6 hours before psychiatric

assessments were conducted and was not permitted by the protocol after day 14. Within these guidelines, treatment was at the discretion of the physician, and if a patient experienced insomnia and agitation concurrently, lorazepam plus one of the permitted sedatives/hypnotics could be coadministered.

**Efficacy Evaluations**

Severity of illness and psychopathology were measured using the YMRS,[32] the Positive and Negative Syndrome Scale (PANSS),[34] and the Montgomery-Asberg Depression Rating Scale (MADRS).[35] The Clinical Global Impressions (CGI)[36] and CGI-BP[33] scales were used to confirm the clinical relevance of changes in the efficacy assessment scales. In addition, patient functioning was assessed with the Global Assessment Scale (GAS).[37]

Efficacy assessments, with the exception of GAS, were conducted on days 1 (baseline), 4, 7, 14, 21, 28, 42, 56, 70, and 84. GAS assessments were made on days 1, 21, and 84.

The primary efficacy endpoint was the change from baseline in YMRS score at day 21. Secondary endpoints (assessed at days 21 and 84, unless otherwise specified) were change from baseline in YMRS score at day 84, YMRS response rate (defined as a ≥ 50% decrease in YMRS score from baseline), and YMRS remission rate (defined as a YMRS score of ≤ 12). In addition, the proportion of patients who maintained their day 21 YMRS response or remission at day 84 was evaluated.

Other secondary endpoints at days 21 and 84 were Severity of Illness score change from baseline and Global Improvement scores for both the CGI-BP and CGI; change from baseline in PANSS total and PANSS positive, activation, and supplemental aggression risk subscale scores; change from baseline in MADRS score; percentage of patients using lorazepam; percentage of patients using sedatives/hypnotics; and change from baseline in GAS scores.

**Safety Evaluations**

Vital sign measurements were performed at baseline (day 1) and at days 4, 7, 14, 21, 28, 42, 56, 70, and 84 (final visit). Patients were examined and questioned on all study days regarding any adverse events. Safety evaluations were based on reports of adverse events, trough serum concentrations, concomitant medication records, vital signs, weight, and clinical laboratory parameters (including prolactin, nonfasting/random glucose, electrolyte, and thyroid levels and hematologic analysis). Adverse events included any treatment-emergent symptoms or worsening of existing symptoms, new illnesses, or clinically significant changes in laboratory tests, vital signs, weight, or ECG results. Treatment-emergent depression, defined a priori as a MADRS score ≥ 18 and an increase of ≥ 4 from baseline on any 2 consecutive postbaseline

© Copyright 2005 Physicians Postgraduate Press, Inc. © Copyright 2005 Physicians Postgraduate Press, Inc.

CONFIDENTIAL
AZSER12750866

Bowden et al.

Figure 1. Study Profile (ITT population)



Abbreviation: ITT = intent-to-treat.

Table 1. Summary of Baseline Demographic Data and Disease Characteristics (ITT population)

| Characteristic | Quetiapine (N = 107) | Placebo (N = 95) | Lithium (N = 98) |
|---|---|---|---|
| Gender, N (%) | | | |
| Male | 60 (56.1) | 55 (57.9) | 58 (59.2) |
| Female | 47 (43.9) | 40 (42.1) | 40 (40.8) |
| Age, y | | | |
| Mean | 38.0 | 41.3 | 38.8 |
| Range | 18–72 | 18–70 | 18–73 |
| Weight, kg | | | |
| Mean | 65.1 | 63.4 | 63.1 |
| Range | 37–119 | 36–100 | 33–102 |
| BMI, mean, kg/m$^2$ | 23.8 | 23.1 | 23.2 |
| YMRS score, mean | 32.7 | 34.0 | 33.3 |
| MADRS score, mean | 6.1 | 6.2 | 6.3 |
| PANSS score, mean | 58.2 | 58.7 | 58.0 |
| CGI-BP Severity of Illness score, mean | 4.9 | 5.0 | 4.9 |
| Bipolar I disorder, most recent episode, N (%) | | | |
| Manic moderate | 37 (34.6) | 26 (27.4) | 30 (30.6) |
| Manic severe without psychotic features | 42 (39.3) | 37 (38.9) | 45 (45.9) |
| Manic severe with psychotic features | 28 (26.2) | 32 (33.7) | 23 (23.5) |

Abbreviations: BMI = body mass index, CGI-BP = Clinical Global Impression-Bipolar Version, ITT = intent-to-treat, MADRS = Montgomery-Asberg Depression Rating Scale, PANSS = Positive and Negative Syndrome Scale, YMRS = Young Mania Rating Scale.

visits, or at the final study visit, was also monitored. EPS were assessed with adverse event reporting, the Simpson-Angus Scale (SAS),[38] and the Barnes Akathisia Rating Scale (BARS).[39]

**Statistical Analysis**

The primary and secondary efficacy analyses were performed on the intent-to-treat (ITT) population, which included all randomized patients who took at least 1 dose of study medication and who had baseline and at least 1 set of postbaseline YMRS assessments. A last-observation-carried-forward (LOCF) approach was used in the primary assessment of each of the efficacy endpoints.

The primary and secondary efficacy outcome variables measured by rating scales were analyzed using analysis of covariance models. Adjustments were made for the baseline value by including the baseline as a covariate in the primary model.

When comparing quetiapine with placebo for binary response variables, the Cochran-Mantel-Haenszel test was used.

All statistical tests were 2-tailed, with a significance level of .05.

**RESULTS**

**Patient Demographics and Disposition**

A total of 302 patients were randomly allocated to receive quetiapine (N = 107), placebo (N = 97), or lithium (N = 98) (Figure 1). The ITT population comprised 107 patients in the quetiapine group, 95 in the placebo group, and 98 in the lithium group.

The demographics of the treatment groups were generally similar at baseline (Table 1). Disease characteristics were similar in terms of YMRS scores for all patient groups (Table 1).

More patients treated with quetiapine (67.3%) or lithium (68.4%) completed the study at day 84 compared with those treated with placebo (36.1%). The main reasons for discontinuation in the placebo group were deterioration of disease and lack of efficacy (Table 2).

**Quetiapine and Lithium Dose**

At day 21, 90% of patients who responded to quetiapine were taking doses between 400 and 800 mg/day. At day 84, 91% of responders were taking doses in this range. The mean quetiapine dose for responders was 586 mg/day in the last week of treatment prior to day 21 and 618 mg/day prior to day 84 (mean doses calculated by averaging the median dose for responders in the last week of treatment). The mean serum lithium concentrations in lithium-treated patients were within the target range of 0.6 to 1.4 mEq/L at all assessments from day 4 onward. The median serum lithium concentration was 0.73 mEq/L at day 14, 0.80 mEq/L at day 21, and 0.80 mEq/L at day 84.

**Concomitant Medications**

Approximately 71% of patients had taken at least 1 antipsychotic medication (mainly typical antipsychotics) in the 28 days prior to randomization. The number of days of use of typical antipsychotics was similar in all treatment groups (a median of 7 to 8 days across all groups).

© COPYRIGHT 2005 PHYSICIANS POSTGRADUATE PRESS, INC. © COPYRIGHT 2005 PHYSICIANS POSTGRADUATE PRESS, INC.

CONFIDENTIAL
AZSER12750867

Quetiapine Versus Placebo for Bipolar Mania

| Table 2. Patient Disposition and Withdrawals, N (%) | | | |
|---|---|---|---|
| Disposition | Quetiapine (N = 107) | Placebo (N = 97) | Lithium (N = 98) |
| Withdrawals | 35 (32.7) | 62 (63.9) | 31 (31.6) |
| Lack of efficacy/disease deterioration | 16 (14.9) | 38 (39.2) | 12 (12.2) |
| Lost to follow-up | 2 (1.9) | 4 (4.1) | 1 (1.0) |
| Adverse events or concurrent illness | 7 (6.5) | 4 (4.1) | 6 (6.1) |
| Protocol nonadherence | 2 (1.9) | 1 (1.0) | 2 (2.0) |
| Informed consent withdrawn | 7 (6.5) | 13 (13.4) | 10 (10.2) |
| Other | 1 (0.9) | 2 (2.1) | 0 |
| Completers at day 21 | 97 (90.7) | 67 (69.1) | 84 (85.7) |
| Completers at day 84 | 72 (67.3) | 35 (36.1) | 67 (68.4) |

Figure 2. Change From Baseline in YMRS Scores Over Time (LOCF, ITT population)[a]



[a]Values are least squares mean.
*Quetiapine versus placebo, p < .001.
†Lithium versus placebo, p < .001.
Abbreviations: ITT = intent-to-treat, LOCF = last observation carried forward, YMRS = Young Mania Rating Scale.

The majority of patients had used no mood-stabilizing medication in the 28 days prior to randomization, and in general there were no differences between treatment groups. Of the patients who had received a mood-stabilizing drug, the majority had taken lithium. Overall, 15% of the patients in the ITT population used lithium in the 28 days preceding randomization: 17% of quetiapine-treated patients, 12% of placebo-treated patients, and 17% of lithium-treated patients. Five percent of patients in the ITT population had taken valproate (5% of quetiapine-treated patients, 4% of placebo-treated patients, and 5% of lithium-treated patients), and 6% had taken carbamazepine, lamotrigine, or topiramate (6% of quetiapine-treated patients, 8% of placebo-treated patients, and 5% of lithium-treated patients).

Lorazepam use in the first 14 days of the study was numerically higher in the placebo-treated group than in the quetiapine-treated or lithium-treated groups (46.3%, 36.1%, and 31.2%, respectively). In all groups, the proportion of patients who used lorazepam decreased over time. A small number of patients used lorazepam after day 14 (4 quetiapine-treated patients, 11 placebo-treated patients, and 9 lithium-treated patients), although this was prohibited by the protocol.

On days 15 to 21, the percentage of patients who used sleep medications at least once was 25.5% in the quetiapine group, 42.0% in the placebo group, and 30.0% in the lithium group. Sleep medication use declined over the course of the study in all groups. Over the course of the whole study, the percentage of patients who used sleep medications at least once was numerically lower in the quetiapine group (47.7%) compared with the placebo (58.8%) and lithium groups (56.1%). Use of anticholinergic medications was low in all groups (11.2% of quetiapine patients, 8.3% of placebo patients, and 12.2% of lithium patients) and consistent with the low incidence of EPS.

### Efficacy

*Primary endpoint.* There was a statistically significant difference in change from baseline in YMRS score between the quetiapine- and placebo-treated groups from day 7 onward (–8.03 versus –4.89; p < .01) (Figure 2). The advantage of quetiapine over placebo continued to increase with treatment duration. At the primary endpoint (day 21), the difference between the groups was larger (–14.62 versus –6.71; p < .001) than at day 7 and continued to increase until the end of the study (day 84), when the difference was still significant (–20.28 versus –9.00; p < .001).

YMRS scores for the lithium-treated patients were significantly improved compared with those for the placebo group at day 7 (–7.24 versus –4.89; p < .05), day 21 (–15.20 versus –6.71; p < .001), and day 84 (–20.76 versus –9.00; p < .001).

A comparison of the 2 active treatments relative to each other at days 21 and 84 showed similar improvements in YMRS scores with quetiapine and lithium monotherapy at both days. There was no statistically significant difference between the 2 treatments.

*Individual YMRS items.* Scores on all 11 items on the YMRS were significantly improved with quetiapine treatment compared with placebo at day 21 and onward (Figure 3).

### Secondary endpoints

Response rates. The YMRS response rate (a 50% or greater reduction in YMRS score from baseline) at day 21 was significantly greater for quetiapine-treated patients than for those receiving placebo (53.3% versus 27.4%; p < .001) (Figure 4). This significant difference between quetiapine and placebo was maintained at day 84 (72.0% versus 41.1%; p < .001) (Figure 4). Most patients who were responders to quetiapine at day 21 maintained their response at day 84 (88%). Of individuals nonresponsive at day 21 who had a further assessment, 68.4% of quetiapine-treated patients had responded by day 84,

© COPYRIGHT 2005 PHYSICIANS POSTGRADUATE PRESS, INC. © COPYRIGHT 2005 PHYSICIANS POSTGRADUATE PRESS, INC.

115

27

CONFIDENTIAL
AZSER12750868

Bowden et al.

Figure 3. Percent Change in YMRS Item Scores at Days 21 (A) and 84 (B) (LOCF, ITT population)



A. Day 21



B. Day 84

*p < .01.
**p < .001 versus placebo.
Abbreviations: ITT = intent-to-treat, LOCF = last observation carried forward, YMRS = Young Mania Rating Scale.

Figure 4. YMRS Response Rates at Days 21 and 84 (LOCF, ITT population)



*p < .001 versus placebo.
Abbreviations: ITT = intent-to-treat, LOCF = last observation carried forward, YMRS = Young Mania Rating Scale.

Figure 5. YMRS Remission Rates at Days 21 and 84 (LOCF, ITT population)



*p < .001 versus placebo.
Abbreviations: ITT = intent-to-treat, LOCF = last observation carried forward, YMRS = Young Mania Rating Scale.

compared with 41.0% of placebo-treated patients. For the lithium group, the YMRS response rates at days 21 (53.1%; p < .001) and 84 (75.5%; p < .001) were also significantly greater than for the placebo group (Figure 4).

Remission rates. The proportion of patients experiencing YMRS remission (YMRS score ≤ 12) at day 21 with quetiapine treatment was significantly greater than with placebo (46.7% versus 22.1%; p < .001) and increased by day 84 (69.2% versus 33.7%; p < .001) (Figure 5). Similarly, in the lithium-treated patients, the YMRS remission rates at day 21 (49.0%; p < .001) and day 84 (72.4%; p < .001) were significantly greater than in the placebo group (Figure 5).

Clinical Global Impression-Bipolar Version. At day 21, a statistically significant difference was seen in the change from baseline in CGI-BP Severity of Illness score

between the quetiapine and placebo treatment groups (−1.48 versus −0.66; p < .001) (Figure 6). At day 84, the difference between quetiapine and placebo was greater (−2.20 versus −0.89; p < .001).

In the lithium group, there was also a significant difference from placebo in change from baseline in CGI-BP Severity of Illness score at days 21 (−1.41 versus −0.66; p < .001) and 84 (−2.18 versus −0.89; p < .001) (Figure 6).

The percentage of patients who were rated as "much" or "very much" improved from baseline on the CGI-BP Global Improvement score was significantly greater in the quetiapine group compared with the placebo group at day 21 (63.6% versus 30.5%; p < .001). Similarly, a significant difference between the quetiapine and placebo groups was seen at day 84 (72.0% versus 36.8%; p < .001). The lithium-treated group also showed a statistically significant advantage over the placebo group at day 21 (64.3% versus 30.5%; p < .001) and day 84 (72.4% versus 36.8%; p < .001).

© COPYRIGHT 2005 PHYSICIANS POSTGRADUATE PRESS, INC. © COPYRIGHT 2005 PHYSICIANS POSTGRADUATE PRESS, INC.

CONFIDENTIAL
AZSER12750869

Quetiapine Versus Placebo for Bipolar Mania

Figure 6. Reduction in CGI-BP Severity of Illness Scores From Baseline at Days 21 and 84 (LOCF, ITT population)



*p < .001 versus placebo.
Abbreviations: CGI-BP = Clinical Global Impression-Bipolar Version, ITT = intent-to-treat, LOCF = last observation carried forward.

Figure 7. PANSS Activation (A) and Supplemental Aggression Risk (B) Subscale Scores at Days 21 and 84 (LOCF, ITT population)

A. Activation Subscale



B. Supplemental Aggression Risk Subscale



*p < .001 versus placebo.
Abbreviations: ITT = intent-to-treat, LOCF = last observation carried forward, PANSS = Positive and Negative Syndrome Scale.

For the CGI Global Improvement score and change from baseline in CGI Severity of Illness score at days 21 and 84, there were statistically significant differences between quetiapine and placebo and between lithium and placebo of similar magnitude (data not shown) to those reported for the CGI-BP endpoints.

Positive and Negative Syndrome Scale. The total scores on the PANSS were similar at baseline for quetiapine, placebo, and lithium (Table 1). At day 21, quetiapine treatment resulted in a statistically significant reduction compared with placebo in PANSS total score (−8.71 versus −2.12; p < .001) and PANSS positive subscale score (−4.93 versus −1.55; p < .001). At day 84, similar significant reductions were seen with quetiapine compared with placebo for total (−11.78 versus −1.04; p < .001) and positive subscale scores (−6.85 versus −1.48; p < .001). Similar statistically significant effects were seen with lithium treatment compared with placebo.

The reduction in the PANSS activation subscale score at day 21 was significantly greater in quetiapine-treated patients compared with placebo-treated patients (−3.69 versus −1.0; p < .001) (Figure 7). The difference in the treatment groups increased with time, with a significant reduction also observed with quetiapine treatment at day 84 (−4.97 versus −0.49; p < .001) (Figure 7). PANSS supplemental aggression risk subscale scores were similar at baseline in the quetiapine- and placebo-treated patients. At day 21, the quetiapine group had significantly reduced scores compared with the placebo group (−4.29 versus −1.50; p < .001). The difference in the aggression risk scores between the quetiapine and placebo groups increased at day 84 (−5.87 versus −1.07; p < .001). Treatment with lithium also resulted in a significantly greater reduction in the PANSS total score and the PANSS activation and supplemental aggression risk subscale scores compared with placebo (p < .001 in all cases).

Montgomery-Asberg Depression Rating Scale. Baseline MADRS scores were low and similar for the quetiapine, placebo, and lithium groups (Table 1). At day 21, the change from baseline with quetiapine treatment was significantly different from placebo (−1.55 versus −0.05; p = .015). Continued improvement in MADRS scores was noted with treatment duration, and at day 84 the change from baseline in MADRS scores for quetiapine compared with placebo remained significantly different (−1.49 versus +1.21; p = .002). Lithium treatment significantly reduced the MADRS score compared with placebo only at day 84 (−1.83 versus +1.21; p = .001).

Global Assessment Scale. Patients in the quetiapine group had a significant improvement from baseline in GAS score compared with placebo at day 21 (17.96 versus 5.59; p < .001) and day 84 (26.35 versus 9.26; p < .001). Similar improvements were seen with lithium treatment compared with placebo at days 21 and 84.

Safety

Most adverse events were mild or moderate. Withdrawal rates due to adverse events or concurrent illness were 6.5% in the quetiapine group, 4.1% in the placebo

© COPYRIGHT 2005 PHYSICIANS POSTGRADUATE PRESS, INC. © COPYRIGHT 2005 PHYSICIANS POSTGRADUATE PRESS, INC.

CONFIDENTIAL
AZSER12750870

Bowden et al.

**Table 3. Adverse Events Occurring at an Incidence of ≥ 5% in Quetiapine or Lithium Groups, N (%)**

| Adverse Event[a] | Quetiapine (N = 107) | Placebo (N = 97) | Lithium (N = 98) |
|---|---|---|---|
| Dry mouth | 26 (24.3) | 2 (2.1) | 6 (6.1) |
| Somnolence | 21 (19.6) | 3 (3.1) | 9 (9.2) |
| Weight gain | 16 (15.0) | 1 (1.0) | 6 (6.1) |
| Dizziness | 13 (12.1) | 2 (2.1) | 7 (7.1) |
| Insomnia | 10 (9.3) | 20 (20.6) | 16 (16.3) |
| Headache | 8 (7.5) | 4 (4.1) | 12 (12.2) |
| Asthenia | 7 (6.5) | 1 (1.0) | 4 (4.1) |
| Depression | 6 (5.6) | 1 (1.0) | 1 (1.0) |
| Tremor | 6 (5.6) | 4 (4.1) | 18 (18.4) |
| Diarrhea | 5 (4.7) | 4 (4.1) | 5 (5.1) |
| Weight loss | 2 (1.9) | 1 (1.0) | 6 (6.1) |
| Anorexia | 1 (0.9) | 4 (4.1) | 9 (9.2) |
| Nausea | 1 (0.9) | 2 (2.1) | 6 (6.1) |
| Vomiting | 1 (0.9) | 2 (2.1) | 6 (6.1) |

[a]Patients with multiple events falling under the same event term are counted only once in that term.

group, and 6.1% in the lithium group. Adverse events occurring in ≥ 10% of patients were dry mouth (24.3%), somnolence (19.6%), weight gain (15.0%), and dizziness (12.1%) in the quetiapine group; insomnia (20.6%) in the placebo group; and tremor (18.4%), insomnia (16.3%), and headache (12.2%) in the lithium group (Table 3).

There were no significant differences in change from baseline in total SAS and BARS scores between the quetiapine and placebo groups, consistent with the low rate of EPS-related adverse events (13.1% versus 9.3%) in these groups. A smaller proportion of patients in the quetiapine-treated group experienced akathisia (0.9%) compared with the placebo-treated (6.1%) and lithium-treated (3.1%) groups. Lithium was associated with a higher incidence of tremor than quetiapine or placebo (Table 3). Overall, the incidence of EPS (including akathisia) in the quetiapine group did not differ from that in the placebo group.

The mean weight gain in the quetiapine group was significantly ($p < .001$) higher than that in the placebo group: 2.6 versus –0.08 kg (LOCF) and 3.3 versus 0.3 kg (observed cases). Weight gain ≥ 7% from baseline at day 84, adjusted for baseline body mass index (BMI) category, was also significantly more frequent in the quetiapine group than in the placebo group ($p = .008$). Most patients who gained ≥ 7% of their weight belonged to the group with baseline BMI < 25 (underweight or normal weight) (placebo: 9.2%, quetiapine: 33.3%, and lithium: 16.9%), while a smaller proportion belonged to the group with baseline BMI ≥ 25 (overweight, obese, or severely obese) (placebo: 6.3%, quetiapine: 24.4%, and lithium: 12.1%). These data suggest that significant weight gain was mitigated by its relatively greater-incidence in patients with lower baseline weight. In the lithium group, the mean weight gain of 0.7 kg (LOCF) and 1.0 kg (observed cases) was not significantly different from placebo. There were no discontinuations due to weight gain in any group.

The placebo-treated group had the highest proportion of patients with protocol-defined emergent depression at day 84 (8.4%, 5.6%, and 3.1% for placebo, quetiapine, and lithium, respectively), but the difference between active treatments and placebo was not statistically significant.

While the mean prolactin concentration was high at baseline (32.7 to 35.6 μg/L) in all 3 groups, it had decreased substantially by day 84: –18.4 μg/L in the quetiapine group, –13.2 μg/L in the placebo group, and –17.3 μg/L in the lithium group. The proportion of patients with a shift to potentially significant high levels of prolactin (> 20 μg/L in men, > 30 μg/L in women) was 6/53 (11.3%) in the quetiapine group, 6/47 (12.8%) in the placebo group, and 7/55 (12.7%) in the lithium group.

The proportion of lithium-treated patients with clinically significant increases in TSH concentration was 15.7% (14/89), compared with 1.0% (1/97) in the quetiapine-treated group and 1.1% (1/87) in the placebo-treated group. None of these patients had a potentially clinically significant free or total thyroxine concentration, and there were no adverse events of clinical hypothyroidism.

There were no clinically important differences among the treatment groups with respect to vital signs (including orthostatic changes), ECGs, hematology, or clinical chemistry parameters (including changes in glucose concentrations).

## DISCUSSION

The results of this study indicate that quetiapine is effective and well tolerated for the short-term and continuation phase treatment of patients with bipolar mania.

Quetiapine was statistically superior to placebo at day 7 of treatment and at the primary endpoint (day 21), with continued significant improvement observed to day 84. Improvement in mania was distributed broadly across the individual items of the YMRS, and quetiapine significantly improved each of the 4 core double-weighted YMRS items[32] by day 21.

All secondary endpoints for quetiapine were statistically superior to placebo at days 21 and 84, including psychotic symptoms, agitation, and aggression, and these improvements were independent of the presence of psychotic symptoms at baseline (DSM-IV diagnosis).

Few studies have reported 12-week, double-blind, placebo-controlled data for the treatment of mania with which to compare these findings. This is the first such study of lithium for this duration and only the third trial of lithium in mania with a parallel-group, placebo-controlled design.[40,41] The magnitude of improvement over placebo with quetiapine by the 3-week endpoint in this study is similar to that reported for divalproex, lithium, and other atypical antipsychotics.[10–18,40]

A greater proportion of patients responded to quetiapine compared with placebo at all time points. Moreover,

118   © COPYRIGHT 2005 PHYSICIANS POSTGRADUATE PRESS, INC. © COPYRIGHT 2005 PHYSICIANS POSTGRADUATE PRESS, INC.

CONFIDENTIAL
AZSER12750871

87.7% of patients who achieved 50% or greater improvement in YMRS score compared with baseline in response to quetiapine maintained the response over the 3-month study period. Of the small proportion of patients who did not respond to quetiapine by day 21, more than half of these (68.4%) converted to responders by day 84.

A significantly higher proportion of patients treated with quetiapine in this study achieved clinical remission compared with placebo at day 21 and day 84. These clinical remission rates, defined as a YMRS score of 12 or less,[11] help to confirm the clinical relevance of the other improvements observed.

Further evidence of clinically relevant improvement with quetiapine treatment was observed in significant improvements on the CGI-BP Global Improvement scale. These findings indicate that the improvement in mania was not associated with important clinical adverse effects or a worsening of the other symptoms of bipolar disorder (e.g., depression).

These results add to the evidence from 2 other randomized, parallel-group studies of lithium indicating that the drug is efficacious in well-designed studies and comparable in efficacy to drugs such as quetiapine.[40,41] These studies also indicate the adverse effects of lithium that constrain both its acute and its long-term use, particularly given the growing number of alternative treatments for mania.[42]

In our study, quetiapine significantly improved mania-associated agitation and aggression compared with placebo, as measured by the PANSS activation and supplemental aggression risk subscales. This finding has clinical relevance, since agitation and aggression, in the form of violence toward self, family members, and health care personnel, contribute substantially to the morbidity and mortality that can occur in mania.

The change from baseline in MADRS scores and the proportion of patients meeting an a priori definition of emergent depression were determined to monitor any possible treatment-related worsening of depression. The rate of emergent depression was low and similar in the placebo and quetiapine groups. Despite low MADRS scores at baseline, quetiapine treatment resulted in improved MADRS scores at day 21 that were significantly different from placebo by the end of the study (day 84). The results suggest that quetiapine may improve depressive symptoms in patients with mania.

The design of this study included assessments up to 12 weeks to determine improvement in effect, maintenance of effect, and the safety profile over a longer time period. The 12-week study duration was important with regard to treatment-related depression, as symptoms may take longer than 3 weeks to emerge. It was encouraging, therefore, that quetiapine was not associated with treatment-emergent depression over the 12-week double-blind assessment period, indicating that quetiapine does not induce or worsen depression in patients with mania.

Taken together, the above findings indicate that quetiapine is effective in the treatment of a broad range of symptoms in patients with mania associated with bipolar disorder.

Since this study utilized a flexible dosing design, conventional dose-response analyses are not possible. However, the average dose in responders can provide an estimate of the therapeutic dose range of quetiapine. In the majority of patients, the effective dose of quetiapine was within the range of 400 to 800 mg/day, with a mean dose of approximately 600 mg/day in responders at days 21 and 84 (calculated by averaging the median dose for responders in the last week of treatment). The simple and rapid quetiapine dosing regimen used in this study was generally well tolerated across the entire dose range.

Some randomized, controlled studies of atypical antipsychotics in acute bipolar mania allowed the use of lorazepam but did not permit concurrent sleep medications.[10,11] The present study, as well as those by Keck et al.[14] and Sachs et al.,[18] did allow a medication for insomnia. However, the use of both lorazepam and sleep medication was lower in the quetiapine group than in the placebo or lithium groups in this study.

The overall rate of adverse events leading to withdrawal with quetiapine was low and similar to that observed with placebo. A greater proportion of patients in the placebo group withdrew from therapy, mainly due to deterioration in the course of the disease or a lack of efficacy. The most frequently reported adverse events for the quetiapine-treated group were dry mouth and somnolence. Somnolence was more common in quetiapine-treated patients, but was consistently mild and transient, occurred with greater frequency in the first few days, and was not a reason for discontinuation for any patient. The effects of somnolence may be beneficial during the acute treatment of patients with mania, who are often agitated and experience difficulty sleeping. However, the efficacy of quetiapine appeared to be independent of somnolence, as response rates were similar in patients who reported somnolence compared with those who did not. Insomnia, often seen in patients with mania, was more common in patients treated with placebo.

Since treatment for bipolar disorder is usually long-term, treatment-associated weight gain is an important issue. Most currently available agents, such as olanzapine,[10,11] lithium, and divalproex, are associated with some weight gain. In the current study, weight gain with quetiapine was principally observed among patients with initial BMIs below 25 and may, therefore, be less problematic among obese individuals.

Typical antipsychotics and several atypical antipsychotics are associated with a high risk of EPS, which generally lead to treatment discontinuation.[43] In this 12-week

© COPYRIGHT 2005 PHYSICIANS POSTGRADUATE PRESS, INC. © COPYRIGHT 2005 PHYSICIANS POSTGRADUATE PRESS, INC.

CONFIDENTIAL
AZSER12750872

Bowden et al.

study, EPS (including akathisia) in quetiapine-treated patients were no different than in the placebo group. Most adverse events of tremor occurred in the lithium-treated group, which is likely to be a reflection of the known effects of lithium in causing tremor.

All 3 treatment groups had elevated baseline prolactin levels in this study, probably related to the widespread use of typical antipsychotics prior to study entry. Prolactin levels decreased significantly in all groups by the end of the study, indicating that quetiapine had placebo-like effects on prolactin in this 12-week study. As changes in weight, EPS, or prolactin level can have long-term consequences, further information on the benefits of quetiapine with regard to these parameters in longer-term studies would be of interest.

Increase in TSH concentration, an index of reduced thyroid function, as a side effect of lithium treatment is consistent with observations in the present study, as the highest proportion of patients with a clinically significant increase in TSH concentration occurred in the lithium group. Mean decreases in free and total thyroxine were observed in the quetiapine group, without clinically significant increases in TSH concentration. These changes in thyroxine are consistent with the known safety profile of quetiapine.

Patients with mania associated with bipolar disorder have impaired functioning, as work, social, and/or other aspects of life are usually affected. It is therefore important that a treatment for mania improve both symptoms and overall functioning in these patients. As evidenced by the improvement in GAS scores over the 12-week treatment period, quetiapine monotherapy resulted in continued improvement in functioning, which correlated with symptomatic recovery.

In conclusion, this study provides evidence for the efficacy of quetiapine as monotherapy for the treatment of mania in patients with bipolar disorder. Quetiapine was well tolerated, with a safety profile similar to that seen in studies of schizophrenia, particularly the low, placebo-level incidence of both EPS (including akathisia) and serum prolactin elevation.[19–22] These findings are consistent with several other studies that have found quetiapine to be effective and well tolerated in the treatment of bipolar mania.[24–30,44] The efficacy and tolerability of quetiapine reported in this study support the conclusion that it is a clinically effective treatment for bipolar mania up to 3 months. Further long-term studies are warranted.

*Drug names:* carbamazepine (Carbatrol, Tegretol, and others), clozapine (Clozaril, Fazaclo, and others), divalproex (Depakote), lamotrigine (Lamictal), lithium (Lithobid, Eskalith, and others), lorazepam (Ativan and others), olanzapine (Zyprexa), quetiapine (Seroquel), topiramate (Topamax), zaleplon (Sonata), zolpidem (Ambien).

*Study investigators:* Vassilis Alevizos, M.D., Ph.D., Athens, Greece; S. Berati, M.D., Ph.D., Rio-Patra, Greece; M. K. Deshpande, M.D., Aurangabad, India; V. Dmitriev, M.D., Ph.D., Moscow, Russia; Ahmet Gögüs, M.D., Ph.D., Ankara, Turkey; Utpal Goswami, M.D., New Delhi, India; Niufan Gu, M.D., Ph.D., Shanghai, China; Ljubbomir Hotujac, M.D., Ph.D., Zagreb, Croatia; N. Ivanets, M.D., Ph.D., Moscow, Russia; George Kaprinis, M.D., Ph.D., Thessaloniki, Greece; Z. Kekelidze, M.D., Ph.D., Moscow, Russia; Sumant Khanna, M.D., Bangalore, India; Georgi Koychev, M.D., Ph.D., Sofia, Bulgaria; Dragos Marinescu, M.D., Craiova, Romania; Temenuzhka Mateva, M.D., Ruse, Bulgaria; Venetsanos Mavreas, M.D., Ph.D., Ioannina, Greece; Radu Mihailescu, M.D., Bucharest, Romania; Vihra Milanova, M.D., Ph.D., Sofia, Bulgaria; Ljiljana Moro, M.D., Rijeka, Croatia; K. Krishna Murthy, M.D., Hyderabad, India; J. Nagpal, M.D., New Delhi, India; Timuçin Oral, M.D., Ph.D., Istanbul, Turkey; Erkan Özcan, M.D., Maltya, Turkey; V. Pallaniappun, M.D., Chennai, India; G. Panteleyeva, M.D., Ph.D., Moscow, Russia; S. Parkar, M.D., Mumbai. India; Dan Prelipceanu, M.D., Bucharest, Romania; Roc Tavkar, M.D., Ph.D., Ljubljana, Slovenia; Ognian Tanchev, M.D., Ph.D., Sofia, Bulgaria; Radu Teodorescu, M.D., Bucharest, Romania; Stefan Todorov, M.D., Ph.D., Sofia, Bulgaria; J. K. Trivedi, M.D., Lucknow, India; Boris Tsygankov, M.D., Moscow, Russia; Catalina Tudose, M.D., Bucharest, Romania; Raina Tzvetkova, M.D., Plovdiv, Bulgaria; Simavi Vahip, M.D., Ph.D., Izmir, Turkey; Olcay Yazici, M.D., Ph.D., Istanbul, Turkey; Jinping Zhao, M.D., Beijing, China; Andrej Zmitek, M.D., Gorenjskem, Slovenia.

## REFERENCES

1. Hirschfeld RM, Calabrese JR, Weissman MM, et al. Screening for bipolar disorder in the community. J Clin Psychiatry 2003;64:53–59
2. American Psychiatric Association. Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition, Text Revision. Washington, DC: American Psychiatric Association; 2000
3. Tohen M, Hennen J, Zarate CM Jr, et al. Two-year syndromal and functional recovery in 219 cases of first-episode major affective disorder with psychotic features. Am J Psychiatry 2000;157:220–228
4. Raymont V, Bettany D, Frangou S. The Maudsley bipolar disorder project: clinical characteristics of bipolar disorder I in a catchment area treatment sample. Eur Psychiatry 2003;18:13–17
5. Dell'Osso L, Pini S, Tundo A, et al. Clinical characteristics of mania, mixed mania, and bipolar depression with psychotic features. Compr Psychiatry 2000;41:242–247
6. American Psychiatric Association. Practice Guideline for the Treatment of Patients With Bipolar Disorder [Revision]. Am J Psychiatry 2002;159 (suppl 4):1–50
7. Suppes T, Dennehy EB, Swann AC. Report of the Texas Consensus Conference Panel on medication treatment of bipolar disorder 2000. J Clin Psychiatry 2002;63:288–299
8. Grunze H, Kasper S, Goodwin G, et al. The World Federation of Societies of Biological Psychiatry (WFSBP) Guidelines for the biological treatment of bipolar disorders, pt 2: treatment of mania. World J Biol Psychiatry 2003;4:5–13
9. Goodwin GM. Evidence-based guidelines for treating bipolar disorder: recommendations from the British Association for Psychopharmacology. J Psychopharmacol 2003;17:149–173
10. Tohen M, Sanger TM, McElroy SL, et al, and the Olanzapine HGEH Study Group. Olanzapine versus placebo in the treatment of acute mania. Am J Psychiatry 1999;156:702–709
11. Tohen M, Jacobs TG, Grundy SL, et al, for the Olanzapine HGGW Study Group. Efficacy of olanzapine in acute bipolar mania: a double-blind, placebo-controlled study. Arch Gen Psychiatry 2000;57:841–849
12. Tohen M, Chengappa KN, Suppes T, et al. Efficacy of olanzapine in combination with valproate or lithium in the treatment of mania in patients partially nonresponsive to valproate or lithium monotherapy. Arch Gen Psychiatry 2002;59:62–69
13. Keck PE Jr, Marcus R, Tourkodimitris S, et al, and the Aripiprazole Study Group. A placebo-controlled, double-blind study of the efficacy and safety of aripiprazole in patients with acute bipolar mania. Am J Psychiatry 2003;160:1651–1658
14. Keck PE Jr, Versiani M, Potkin S, et al, and the Ziprasidone in Mania Study Group. Ziprasidone in the treatment of acute bipolar mania: a three-week, placebo-controlled, double-blind, randomized trial. Am J Psychiatry 2003;160:741–748
15. Segal J, Berk M, Brook S. Risperidone compared with both lithium and

© COPYRIGHT 2005 PHYSICIANS POSTGRADUATE PRESS, INC. © COPYRIGHT 2005 PHYSICIANS POSTGRADUATE PRESS, INC.

CONFIDENTIAL
AZSER12750873

Quetiapine Versus Placebo for Bipolar Mania

haloperidol in mania: a double-blind randomized controlled trial. Clin Neuropharmacol 1998;21:176–180

16. Hirschfeld RM, Keck PE Jr, Kramer M, et al. Rapid antimanic effect of risperidone monotherapy: a 3-week multicenter, double-blind, placebo-controlled trial. Am J Psychiatry 2004;161:1057–1065

17. Yatham LN, Grossman F, Augustyns I, et al. Mood stabilisers plus risperidone or placebo in the treatment of acute mania: international. double-blind, randomised controlled trial. Br J Psychiatry 2003;182: 141–147

18. Sachs GS, Grossman F, Ghaemi SN, et al. Combination of a mood stabilizer with risperidone or haloperidol for treatment of acute mania: a double-blind, placebo-controlled comparison of efficacy and safety. Am J Psychiatry 2002;159:1146–1154

19. Arvanitis LA, Miller BG. Multiple fixed doses of "Seroquel" (quetiapine) in patients with acute exacerbation of schizophrenia: a comparison with haloperidol and placebo. Seroquel Trial 13 Study Group. Biol Psychiatry 1997;42:233–246

20. Copolov DL, Link CG, Kowalcyk B. A multicentre, double-blind, randomized comparison of quetiapine (ICI 204,636, 'Seroquel') and haloperidol in schizophrenia. Psychol Med 2000;30:95–105

21. Small JG, Hirsch SR, Arvaritis LA, et al, and the Seroquel Study Group. Quetiapine in patients with schizophrenia: a high- and low-dose double-blind comparison with placebo. Arch Gen Psychiatry 1997;54:549–557

22. Emsley RA, Raniwalla J, Bailey PJ, et al. A comparison of the effects of quetiapine ('Seroquel') and haloperidol in schizophrenic patients with a history of and a demonstrated, partial response to conventional antipsychotic treatment. PRIZE Study Group. Int Clin Psychopharmacol 2000; 15:121–131

23. Ghaemi SN, Goldberg JF, Henry CA, et al. Quetiapine for rapid-cycling bipolar disorder: a long-term follow-up study [abstract]. Bipolar Disord 2003;5(suppl 1):50

24. Dunayevich E, Tugrul RN, Strakowski SM. Quetiapine in the treatment of mania [poster]. Presented at the 7th World Congress of Biological Psychiatry; July 1–6, 2001; Berlin, Germany

25. Zarate CA Jr, Rothschild A, Fletcher KE, et al. Clinical predictors of acute response with quetiapine in psychotic mood disorders. J Clin Psychiatry 2000;61:185–189

26. Chisholm K, Dennehy E, Suppes T. Clinical response to quetiapine add-on for treatment of refractory bipolar disorder. Presented at the 2nd International Forum on Mood and Anxiety Disorders; Nov 28–Dec 1, 2001; Monte Carlo, Monaco

27. Sajatovc M, Brescan DW, Perez DE, et al. Quetiapine alone and added to a mood stabilizer for serious mood disorders. J Clin Psychiatry 2001; 62:728–732

28. Vieta E, Parramon G, Padrell E, et al. Quetiapine in the treatment of rapid cycling bipolar disorder. Bipolar Disord 2002;4:335–340

29. Sachs G, Chengappa KNR, Suppes T, et al. Quetiapine with lithium or divalproex for the treatment of bipolar mania: a randomized, double-blind, placebo-controlled study. Bipolar Disord 2004;6:213–223

30. DelBello MP, Schwiers ML, Rosenberg HL, et al. A double-blind. randomized, placebo-controlled study of quetiapine as adjunctive treatment for adolescent mania. J Am Acad Child Adolesc Psychiatry 2002;41: 1216–1223

31. American Psychiatric Association. Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition. Washington, DC: American Psychiatric Press; 1994

32. Young RC, Biggs JT, Ziegler VE, et al. A rating scale for mania: reliability, validity and sensitivity. Br J Psychiatry 1978;133:429–435

33. Spearing MK, Post RM, Leverich GS, et al. Modification of the Clinical Global Impressions (CGI) Scale for use in bipolar illness (BP): the CGI-BP. Psychiatry Res 1997;73:159–171

34. Kay SR, Fiszbein A, Opler LA. The Positive and Negative Syndrome Scale (PANSS) for schizophrenia. Schizophr Bull 1987;13:261–276

35. Montgomery SA, Asberg M. A new depression scale designed to be sensitive to change. Br J Psychiatry 1979;134:382–389

36. Clinical Global Impressions. In: Guy W, Bonato R, eds. Manual for the ECDEU Assessment Battery. Chevy Chase, Md: National Institute of Mental Health; 1970:12-1–12-6

37. Endicott J, Spitzer RL, Fleiss JL, et al. The Global Assessment Scale: a procedure for measuring overall severity of psychiatric disturbance. Arch Gen Psychiatry 1976;33:766–771

38. Simpson GM, Angus JW. A rating scale for extrapyramidal side effects. Acta Psychiatr Scand Suppl 1970;212:11–19

39. Barnes TR. A rating scale for drug-induced akathisia. Br J Psychiatry 1989;154:672–676

40. Bowden CL, Brugger AM, Swann AC, et al, for the Depakote Mania Study Group. Efficacy of divalproex vs lithium and placebo in the treatment of mania. JAMA 1994;271:918–924

41. Pande AC, Crockatt JG, Janney CA, et al. Gabapentin in bipolar disorder: a placebo-controlled trial of adjunctive therapy. Gabapentin Bipolar Disorder Study Group. Bipolar Disord 2000;2(3 pt 2):249–255

42. Bowden CL. Efficacy of lithium in mania and maintenance therapy of bipolar disorder. J Clin Psychiatry 2000;61(suppl 9):35–40

43. Jibson MD, Tandon R. New atypical antipsychotic medications. J Psychiatr Res 1998;32:215–228

44. Ghaemi S, Goldberg J, Ko J, et al. Quetiapine treatment of rapid-cycling bipolar disorder: an open prospective study. Int J Neuropsychopharmacol 2002;5(suppl 1):S110

© COPYRIGHT 2005 PHYSICIANS POSTGRADUATE PRESS, INC. © COPYRIGHT 2005 PHYSICIANS POSTGRADUATE PRESS, INC.

CONFIDENTIAL
AZSER12750874

BEST COPY AVAILABLE

## Article

# A Randomized, Double-Blind, Placebo-Controlled Trial of Quetiapine in the Treatment of Bipolar I or II Depression

Joseph R. Calabrese, M.D.

Paul E. Keck, Jr., M.D.

Wayne Macfadden, M.D.

Margaret Minkwitz, Ph.D.

Terence A. Ketter, M.D.

Richard H. Weisler, M.D.

Andrew J. Cutler, M.D.

Robin McCoy, R.N.

Ellis Wilson, M.S.

Jamie Mullen, M.D.

The BOLDER Study Group

**Objective:** There is a major unmet need for effective options in the treatment of bipolar depression.

**Method:** Five hundred forty-two outpatients with bipolar I (N=360) or II (N=182) disorder experiencing a major depressive episode (DSM-IV) were randomly assigned to 8 weeks of quetiapine (600 or 300 mg/day) or placebo. The primary efficacy measure was mean change from baseline to week 8 in the Montgomery-Åsberg Depression Rating Scale total score. Additional efficacy assessments included the Hamilton Depression Rating Scale, Clinical Global Impression of severity and improvement, Hamilton Anxiety Rating Scale, Pittsburgh Sleep Quality Index, and Quality of Life Enjoyment and Satisfaction Questionnaire.

**Results:** Quetiapine at either dose demonstrated statistically significant improvement in Montgomery-Åsberg Depression Rating Scale total scores compared with placebo from week 1 onward. The pro-

portions of patients meeting response criteria (≥50% Montgomery-Åsberg Depression Rating Scale score improvement) at the final assessment in the groups taking 600 and 300 mg/day of quetiapine were 58.2% and 57.6%, respectively, versus 36.1% for placebo. The proportions of patients meeting remission criteria (Montgomery-Åsberg Depression Rating Scale ≤12) were 52.9% in the groups taking 600 and 300 mg/day of quetiapine versus 28.4% for placebo. Quetiapine at 600 and 300 mg/day significantly improved 9 of 10 and 8 of 10 Montgomery-Åsberg Depression Rating Scale items, respectively, compared to placebo, including the core symptoms of depression. Treatment-emergent mania rates were low and similar for the quetiapine and placebo groups (3.2% and 3.9%, respectively).

**Conclusions:** Quetiapine monotherapy is efficacious and well tolerated for the treatment of bipolar depression.

*(Am J Psychiatry 2005; 162:1351–1360)*

Depressive episodes in bipolar I and II disorder are an important source of morbidity and mortality. While symptomatic, patients with bipolar I disorder experience depressive symptoms for about threefold longer than manic symptoms, and the recovery time is considerably longer for depressive than manic episodes (1–4). Symptomatic patients with bipolar II disorder spend almost 40 times longer depressed than hypomanic patients (5). Bipolar depression is associated with high rates of disability (6) and an increased risk of suicide, which occurs in 10% to 20% of patients with bipolar disorder (7).

Although multiple agents, including several atypical antipsychotics, have demonstrated efficacy in the treatment of the manic phase of bipolar I disorder (8), the acute treatment of bipolar depression has not been as well studied (9). Lithium and lamotrigine are recommended as initial treatments for acute bipolar I depression (10, 11). However, the response of bipolar depression to lithium is often incomplete in a substantial proportion of patients (12), and the efficacy of lamotrigine in the treatment of acute bipolar I depression has only been demonstrated in one adequately powered placebo-controlled trial (13).

More recently, the atypical antipsychotic olanzapine was found to be superior to placebo in the treatment of acute bipolar I depression as monotherapy when data were pooled from two 8-week trials (14). Fixed doses of olanzapine in combination with the antidepressant fluoxetine were administered to small groups of patients in these studies and were found to be both superior to placebo and superior to olanzapine monotherapy.

Quetiapine is efficacious in the treatment of acute bipolar mania, both as monotherapy and in combination with other mood stabilizers (15, 16). Preliminary evidence for the efficacy of quetiapine in the treatment of depressive symptoms in a variety of psychotic and mood disorders (including bipolar disorder, rapid-cycling bipolar disorder, and adolescent mania) has been reported in several randomized or open-label studies (17–24).

Based on the need for new treatment options for bipolar depression, the effectiveness of atypical antipsychotics in acute mania, and the emerging evidence for their use in bipolar depression, we evaluated the efficacy and safety of quetiapine compared with placebo in the treatment of depressive episodes in patients with bipolar I or bipolar II disorder.

CONFIDENTIAL
AZSER12750875

QUETIAPINE FOR BIPOLAR DEPRESSION

## Method

This double-blind, randomized, fixed-dose, placebo-controlled, parallel-group monotherapy study of quetiapine versus placebo was conducted at 39 centers in the United States between September 2002 and October 2003. After a washout period of at least five half-lives of any prior psychotropic medications, subjects were treated for 8 weeks to evaluate the efficacy, safety, and tolerability of 600 and 300 mg/day of quetiapine and placebo in the treatment of depressive episodes in adult patients with bipolar I or II disorder.

The study was approved by institutional review boards for each site and performed in accordance with the current amendment of the Declaration of Helsinki and the International Conference on Harmonization/Good Clinical Practice guidelines. Written informed consent was obtained from all subjects before participation.

### Patient Population

Outpatients ages 18 to 65 years who met DSM-IV criteria for bipolar I or II disorder and were experiencing a major depressive episode were eligible for inclusion in the study. The diagnosis was confirmed with the Structured Clinical Interview for DSM-IV. The patients were required to have a Hamilton Depression Rating Scale 17-item score ≥20 (25), a Hamilton depression scale item 1 score ≥2, and a Young Mania Rating Scale (26) score ≤12 at both the screening and randomization visits. Inclusion criteria were based on the Hamilton depression scale rather than the primary efficacy measure (the Montgomery-Åsberg Depression Rating Scale [27]).

Patients were excluded from the study if they were diagnosed with an axis I disorder other than bipolar disorder that was the primary focus of treatment within 6 months before the screening, if the current episode of depression exceeded 12 months or was less than 4 weeks in duration, or if they had a history of nonresponse to an adequate (6-week) trial of more than two classes of antidepressants during the current episode. Additional exclusion criteria included a diagnosis of substance dependence (DSM-IV) or substance use (except for nicotine) within 12 months before the screening or a clinically significant medical illness. Patients who posed a current serious suicidal or homicidal risk were also excluded. Patients were not permitted to take benzodiazepines during the washout period, and only limited use was permitted during the first 3 weeks after random assignment.

Random assignment was achieved in a non-center-specific manner with an interactive voice-response central randomization service. Random assignment was stratified according to bipolar type (I or II) to ensure a relative balance in the total number of patients among groups (1:1:1). The patients were randomly assigned to one of three groups: quetiapine, 600 mg/day; quetiapine, 300 mg/day; or placebo.

### Study Medication

Quetiapine (600 mg/day or 300 mg/day) or placebo was administered orally, in a single dose, once a day at bedtime. Quetiapine was initiated at 50 mg/day and administered to achieve a target dose of 300 mg/day by day 4 or 600 mg/day by week 1. All packaging of treatments was identical, with placebo and active tablets identical in appearance and number.

### Prior and Concomitant Medication

Nonpsychotropic medication, including over-the-counter medications taken before entry into the study could be continued. Zolpidem tartrate (5–10 mg/day at bedtime for insomnia) and lorazepam (1–3 mg/day for severe anxiety) were permitted at the discretion of the investigator and only during the first 3 weeks of treatment but were withheld for 8 hours before psychiatric assessments were conducted. The use of all other psychotropic drugs was prohibited during the study.

### Efficacy Evaluations

Clinical assessments were conducted at baseline and weekly from weeks 1 to 8. The primary efficacy variable was the mean change in the Montgomery-Åsberg Depression Rating Scale total score from baseline to week 8 (27).

Additional efficacy evaluations included a change from baseline to each assessment on the Montgomery-Åsberg Depression Rating Scale, the proportion of patients who achieved a protocol-defined response (≥50% reduction from baseline score on the Montgomery-Åsberg Depression Rating Scale), the time to response, the proportion of patients who achieved remission (Montgomery-Åsberg Depression Rating Scale score ≤12), the time to remission, as well as a Montgomery-Åsberg Depression Rating Scale item analysis. The change from baseline to each assessment on the Hamilton Depression scale, the Clinical Global Impression (CGI) (28) severity of illness score, and the CGI improvement score were also assessed.

The effect of quetiapine on anxiety symptoms was assessed with the Hamilton Anxiety Rating Scale (29). Mean change from baseline to each assessment and at week 8 in the Hamilton anxiety scale total score was determined.

Quality of sleep was assessed with the Pittsburgh Sleep Quality Index, which measures several dimensions of sleep, including quality, latency, duration, efficiency, use of medication, and daytime dysfunction (30).

The 16-item short form of the Quality of Life Enjoyment and Satisfaction Questionnaire was used to measure satisfaction with various areas of daily functioning, such as social relationships, living/housing, physical health, medication, and global satisfaction (31). The Pittsburgh Sleep Quality Index and the Quality of Life Enjoyment and Satisfaction Questionnaire were administered at baseline and at weeks 4 and 8.

### Safety and Tolerability Evaluations

Safety and tolerability were evaluated by assessing the incidence and severity of adverse events, as well as withdrawals because of adverse events. Extrapyramidal symptoms were assessed with the Simpson-Angus Scale (32), and akathisia was assessed with the Barnes Rating Scale for Drug-Induced Akathisia (33) at random assignment and at week 8. Measurements of vital signs, including weight and fasting serum glucose levels, were obtained at each study visit. Twelve-lead ECGs, clinical chemistry, and hematology assessments were performed at the screening and at week 8.

The incidence of treatment-emergent mania was evaluated by comparing the percentage of patients in each group who had a total Young Mania Rating Scale score of ≥16 on any two consecutive visits or at the final assessment, or an adverse event of mania or hypomania.

### Statistical Analyses

Primary and secondary efficacy analyses were performed on the intent-to-treat population, which included all randomly assigned patients who took at least one dose of study medication and had at least one postbaseline efficacy assessment. A last-observation-carried-forward analysis was used to impute missing data for patients who withdrew during the study. All statistical tests were two-tailed. The primary analysis of change from baseline to final assessment in the Montgomery-Åsberg Depression Rating Scale total scores tested the superiority of each dose of quetiapine in the intent-to-treat group (patients with bipolar I or bipolar II disorder) with an analysis of covariance (ANCOVA) with the baseline Montgomery-Åsberg Depression Rating Scale as the covariate and included treatment and diagnosis strata as fixed ef-

CONFIDENTIAL
AZSER12750876

TABLE 1. Baseline Demographic Characteristics of Screened Outpatients With Bipolar I or II Disorder Who Experienced a Major Depressive Episode

| Characteristic | Patients Who Did Not Pass Screening (N=296) | | Patients Who Were Randomly Assigned to Treatment (N=539)[a] | |
|---|---|---|---|---|
| | N | % | N | % |
| Female sex | 168 | 56.8 | 308 | 57.1 |
| Caucasian race | 227 | 76.7 | 438 | 81.3 |
| Age (years) | | | | |
| 18–39 | 163 | 55.1 | 318 | 59.0 |
| 40–59 | 122 | 41.2 | 310 | 39.0 |
| ≥60 | 10 | 3.4 | 5 | 0.9 |

[a] Safety population that excluded three patients who did not receive any dose of study medication.

FIGURE 1. Disposition of Outpatients with Bipolar I or II Disorder Who Experienced a Major Depressive Episode



fects in the model, with adjustment for multiple comparisons. Effect size (improvement of quetiapine over placebo divided by pooled standard deviation) was determined with a mixed-model repeated-measures analysis.

Differences in response rates between treatment and placebo groups and in patients with and without rapid cycling were assessed with a Cochran-Mantel-Haenszel chi-square test across diagnostic strata. Hamilton depression scale, CGI severity and improvement, Young Mania Rating Scale, Hamilton anxiety scale, Pittsburgh Sleep Quality Index, and Quality of Life Enjoyment and Satisfaction Questionnaire scores were tested with ANCOVAs. All secondary analyses were conducted at the nominal significance level of 0.05, with no adjustment for multiple comparisons.

Sample sizes were determined to provide 85% power to detect a difference of 3.6 points on the Montgomery-Åsberg Depression Rating Scale with two-tailed pairwise comparisons between treatment groups and placebo at an alpha level of 0.025 in the intent-to-treat population (patients with bipolar I or bipolar II disorder).

Exploratory analyses were carried out on the bipolar I and II subgroups whose group size was not predetermined to provide power for significance testing. Exploratory analyses were limited to descriptions of the mean changes in primary outcome measure across the three treatment groups, and effect size determinations for the groups taking 600 and 300 mg/day of quetiapine. The repeated measures mixed-effects model included terms for treatment, bipolar diagnosis, treatment-by-bipolar diagnosis, baseline Montgomery-Åsberg Depression Rating Scale total score, visit (week), and treatment-by-visit effects. Several covariance structures were examined, including autoregressive, banded Toeplitz, compound symmetry, and unstructured. The best-fitting covariance structure, the banded Toeplitz, was determined with the Bayesian information criterion.

## Results

### Patients and Disposition

A total of 838 patients were screened, and 542 patients with bipolar I (N=360) or bipolar II (N=182) disorder were randomly assigned to receive quetiapine, 600 mg/day (N=180); quetiapine, 300 mg/day (N=181); or placebo (N=181). There were no significant differences between the baseline characteristics of patients who did not pass the screening compared with those who were randomly assigned (Table 1). The most common reason for the screening failure was failure to meet eligibility criteria. Figure 1 illustrates the disposition of patients during the study. Of the 542 randomly assigned patients, 539 received at least

one dose of study medication and were included in the safety population. Of these, 511 had at least one postbaseline assessment and were analyzed for efficacy in the intent-to-treat population.

There were no statistically significant differences between treatment groups with respect to any demographic and baseline disease characteristic (Table 2). The mean age was approximately 37 years, and 58.2% of the patients were women. Mean Montgomery-Åsberg Depression Rating Scale scores at baseline were consistent with moderate to severe depression (34).

There were no statistically significant differences between the quetiapine groups and placebo in the proportion of the patients who completed the study: 54% in the 600 mg/day quetiapine group, 67% in the 300 mg/day quetiapine group, and 59% in the placebo group. The most common reasons for withdrawal were related to adverse events in the quetiapine groups (26.1% and 16.0%) and lack of efficacy in the placebo group (13.3%).

The use of lorazepam and zolpidem (permitted during the first 3 weeks of the study) was generally low across groups. Lorazepam use during the study was 5.6% and 9.5% in the 600 and 300 mg/day quetiapine groups, respectively, compared with 8.3% in the placebo group.

CONFIDENTIAL
AZSER12750877

QUETIAPINE FOR BIPOLAR DEPRESSION

TABLE 2. Baseline Demographic and Clinical Characteristics of Outpatients With Bipolar I or II Disorder Who Experienced a Major Depressive Episode[a]

| Characteristic | Patients Taking Quetiapine | | | | Patients Taking Placebo (N=169) | |
|---|---|---|---|---|---|---|
| | 600 mg/day (N=170) | | 300 mg/day (N=172) | | | |
| | N | % | N | % | N | % |
| Sex | | | | | | |
| Male | 71 | 41.8 | 79 | 45.9 | 64 | 37.9 |
| Female | 99 | 58.2 | 93 | 54.1 | 105 | 62.1 |
| Race | | | | | | |
| Caucasian | 144 | 84.7 | 141 | 82.0 | 129 | 76.3 |
| Black | 18 | 10.6 | 23 | 13.4 | 26 | 15.4 |
| Hispanic | 5 | 2.9 | 7 | 4.1 | 9 | 5.3 |
| Other | 3 | 1.8 | 1 | 0.6 | 5 | 2.9 |
| DSM-IV diagnosis | | | | | | |
| Bipolar I disorder | 114 | 67.1 | 116 | 67.4 | 112 | 66.3 |
| Bipolar II disorder | 56 | 32.9 | 56 | 32.6 | 57 | 33.7 |
| DSM-IV rapid cycling | 31 | 18.2 | 42 | 24.4 | 35 | 20.7 |
| | Mean | SD | Mean | SD | Mean | SD |
| Age (years) | 37.3 | 11.4 | 36.6 | 11.2 | 38.3 | 11.1 |
| Baseline scores | | | | | | |
| Montgomery-Åsberg Depression Rating Scale | 30.3 | 5.3 | 30.4 | 5.0 | 30.6 | 5.3 |
| Hamilton Depression Rating Scale | 24.7 | 3.5 | 24.5 | 3.0 | 24.6 | 3.3 |
| Hamilton Anxiety Rating Scale | 18.7 | 7.3 | 18.6 | 7.3 | 18.9 | 7.3 |

[a] Intent-to-treat analysis.

FIGURE 2. Least-Squares Mean Change From Baseline in Montgomery-Åsberg Depression Rating Scale Total Score at Each Assessment of Outpatients With Bipolar I or II Disorder Who Experienced a Major Depressive Episode[a]



[a] Intent-to-treat, last-observation-carried-forward analyses. Improvement in Montgomery-Åsberg Depression Rating Scale total score with both doses of quetiapine (600 mg/day and 300 mg/day) was significantly greater than placebo at every assessment (p<0.001).

Zolpidem use during the study was 6.7% and 4.5% in the 600 and 300 mg/day quetiapine groups, respectively, compared with 8.3% in the placebo group.

## Efficacy

Montgomery-Åsberg Depression Rating Scale. Mean baseline Montgomery-Åsberg Depression Rating Scale scores were 30.3 (SD=5.3), 30.4 (SD=5.0), and 30.6 (SD=5.3) in the 600 mg/day, 300 mg/day, and placebo groups, respectively. Quetiapine at a dose of either 600 or 300 mg/day demonstrated significantly greater mean improvement in Montgomery-Åsberg Depression Rating Scale total scores compared with placebo as early as week 1 and at all time points that followed in the intent-to-treat group of patients with bipolar I or II depression (p<0.001 for both quetiapine doses versus placebo) (Figure 2). The mean change in Montgomery-Åsberg Depression Rating Scale total score from baseline to last assessment was –16.73 in the 600 mg/day group and –16.39 in the 300 mg/day group, compared with –10.26 in the placebo group (p<0.001 for both quetiapine doses versus placebo) (Table 3, Figure 2). The effect sizes were 0.81 for 600 mg/day and 0.67 for 300 mg/day of quetiapine.

Approximately 58% of the patients treated with either dose of quetiapine were responders at the final assessment, and both doses resulted in significantly higher response rates than placebo (36.1%) (p<0.001). Notably, the percentage of patients meeting response criteria with 600 mg/day of quetiapine was significantly higher as early as week 1 (24.3%) versus placebo (10.7%) (p<0.001). In the group taking 300 mg/day of quetiapine, a significantly higher response rate (37.2%) versus placebo (19.5%) was apparent by week 2 (p<0.001). The median time to response was significantly shorter for both 600 mg/day (22 days) and 300 mg/day (22 days) of quetiapine compared with placebo (36 days) (log-rank $\chi^2$=33.1, df=2, p<0.001).

The percentage of patients meeting remission criteria at the final assessment was 52.9% in both the groups taking 600 and 300 mg/day of quetiapine, significantly higher than the placebo rate of 28.4% in each group (p<0.001). The median time to remission was significantly shorter for

CONFIDENTIAL
AZSER12750878

TABLE 3. Baseline and Mean Change in Efficacy Measures at the Last Assessment of Outpatients With Bipolar I or II Disorder Who Experienced a Major Depressive Episode[a]

| Measure and Treatment | Baseline Score | | Change in Score at Last Assessment | Analysis (comparison with placebo) | |
|---|---|---|---|---|---|
| | Mean | SD | | ANCOVA (df=1)[b] | p |
| Montgomery-Åsberg Depression Rating Scale | | | | | |
| 600 mg/day of quetiapine | 30.3 | 5.3 | −16.73 | −6.47 (1.12) | <0.001 |
| 300 mg/day of quetiapine | 30.4 | 5.0 | −16.39 | −6.13 (1.12) | <0.001 |
| Placebo | 30.6 | 5.3 | −10.26 | | |
| Hamilton Depression Scale | | | | | |
| 600 mg/day of quetiapine | 24.7 | 3.5 | −13.84 | −5.29 (0.81) | <0.001 |
| 300 mg/day of quetiapine | 24.5 | 3.0 | −13.38 | −4.84 (0.80) | <0.001 |
| Placebo | 24.6 | 3.3 | −8.54 | | |
| Hamilton Depression Scale item 1 | | | | | |
| 600 mg/day of quetiapine | 2.9 | 0.5 | −1.68 | −0.57 (0.12) | <0.001 |
| 300 mg/day of quetiapine | 2.9 | 0.5 | −1.65 | −0.54 (0.12) | <0.001 |
| Placebo | 2.9 | 0.4 | −1.11 | | |
| Clinical Global Impression scale | | | | | |
| Improvement | | | | | |
| 600 mg/day of quetiapine | 4.5 | 0.6 | 2.37 | −0.60 (0.14) | <0.001 |
| 300 mg/day of quetiapine | 4.4 | 0.5 | 2.27 | −0.71 (0.14) | <0.001 |
| Placebo | 4.4 | 0.6 | 2.97 | | |
| Severity | | | | | |
| 600 mg/day of quetiapine | 4.5 | 0.6 | −1.66 | −0.72 (0.14) | <0.001 |
| 300 mg/day of quetiapine | 4.4 | 0.5 | −1.63 | −0.68 (0.14) | <0.001 |
| Placebo | 4.4 | 0.6 | −0.95 | | |
| Hamilton Anxiety Rating Scale | | | | | |
| 600 mg/day of quetiapine | 18.7 | 7.3 | −8.75 | −3.20 (0.76) | <0.001 |
| 300 mg/day of quetiapine | 18.6 | 7.3 | −8.64 | −3.10 (0.76) | <0.001 |
| Placebo | 18.9 | 7.3 | −5.54 | | |
| Pittsburgh Sleep Quality Index | | | | | |
| 600 mg/day of quetiapine | 11.6 | 4.2 | −5.46 | −2.52 (0.43) | <0.001 |
| 300 mg/day of quetiapine | 11.4 | 3.8 | −5.16 | −2.22 (0.44) | <0.001 |
| Placebo | 11.7 | 3.8 | −2.94 | | |
| Quality of Life Enjoyment and Satisfaction Questionnaire | | | | | |
| 600 mg/day of quetiapine | 34.1 | 8.2 | 11.71 | 5.27 (1.14) | <0.001 |
| 300 mg/day of quetiapine | 36.1 | 7.9 | 10.77 | 4.33 (1.15) | <0.001 |
| Placebo | 34.2 | 7.4 | 6.44 | | |

[a] Intent-to-treat, last-observation-carried-forward analyses.
[b] Test, treatment contrast within the framework of the ANCOVA, estimated difference (standard error).

both 600 mg/day (27 days) and 300 mg/day (29 days) of quetiapine compared with placebo (65 days) (log-rank $\chi^2$= 32.8, df=2, p<0.001).

Nine out of 10 Montgomery-Åsberg Depression Rating Scale items were significantly improved from baseline compared with placebo in the 600 mg/day quetiapine group, as were eight items in the 300 mg/day quetiapine group (p<0.05) (Figure 3). With both doses of quetiapine, these items included the core mood symptoms of apparent sadness, reported sadness, inability to feel, pessimistic thoughts, and suicidal thoughts. The core mood symptoms of apparent sadness, reported sadness, and pessimistic thoughts were significantly improved in both quetiapine groups as early as week 1 compared with placebo (p<0.05). An inability to feel and suicidal thoughts were also significantly improved by week 1 in the group taking 600 mg/day of quetiapine compared with placebo (p<0.05). Both doses of quetiapine were more effective than placebo in reducing suicidal thoughts at the final assessment (p≤0.001); the reductions with quetiapine were approximately twice that of placebo.

In the bipolar I subgroup of patients, the mean change in Montgomery-Åsberg Depression Rating Scale total score from baseline to last assessment was −18.05 in the

group taking 600 mg/day group of quetiapine and −16.91 in the 300 mg/day group, compared with −9.24 in the placebo group (p<0.001 for both quetiapine doses versus placebo). The effect size in the bipolar I subgroup was 1.09 for those assigned to 600 mg/day and 0.91 for those taking 300 mg/day of quetiapine. In the subgroup of patients with bipolar II disorder, the mean change in Montgomery-Åsberg Depression Rating Scale total score from baseline to last assessment was smaller than in bipolar I patients. Although the change in Montgomery-Åsberg Depression Rating Scale total score from baseline in the patients with bipolar II disorder was statistically superior to placebo at most assessments, it did not reach statistical significance at the final assessment: −14.06 in the group taking 600 mg/day of quetiapine and −14.78 in the group taking 300 mg/day compared with −12.35 in the placebo group. The effect size in the bipolar II subgroup was 0.39 in the 600 mg/day group and 0.28 in the 300 mg/day group.

Significant improvement in Montgomery-Åsberg Depression Rating Scale total scores compared with placebo at the final assessment occurred with quetiapine treatment regardless of the presence of rapid cycling in the intent-to-treat group (patients with bipolar I or II disorder). The mean change in Montgomery-Åsberg Depression Rat-

38

CONFIDENTIAL
AZSER12750879

QUETIAPINE FOR BIPOLAR DEPRESSION

FIGURE 3. Mean Percent Change From Baseline in Individual Montgomery-Åsberg Depression Rating Scale Items for Outpatients with Bipolar I or II Disorder Experiencing a Major Depressive Episode[a]



Mean Percent Change in Score on Montgomery-Åsberg Depression Scale Item

[a] Intent-to-treat, last-observation-carried-forward analyses. Nine of 10 and 8 of 10 Montgomery-Åsberg Depression Rating Scale items (including the core mood symptoms of depression [item 1: apparent sadness; item 2: reported sadness; item 8: inability to feel; item 9: pessimistic thoughts; item 10: suicidal thoughts]) were significantly improved from baseline compared to placebo in the groups taking 600 mg/day and 300 mg/day of quetiapine, respectively (p<0.05). Apparent sadness, reported sadness, and pessimistic thoughts were significantly improved in both quetiapine groups as early as week 1 compared with placebo (p<0.05). Both doses of quetiapine were approximately twice as effective as placebo in reducing suicidal thoughts at the final assessment (p≤0.01).
[b] p<0.001 versus placebo.
[c] p<0.01.
[d] p<0.05.

ing Scale total score at week 8 in the patients with rapid cycling was –17.7 in the 600 mg/day quetiapine group and –18.6 in the 300 mg/day quetiapine group versus –9.9 in the placebo group (p<0.01 for both quetiapine doses versus placebo). The mean change in Montgomery-Åsberg Depression Rating Scale total score at week 8 in the patients without rapid cycling was –16.6 in the 600 mg/day group and –15.7 in the 300 mg/day group versus –10.3 in the placebo group (p<0.001 for both quetiapine doses versus placebo). A more detailed analysis of patients with and without rapid cycling in this study will be described in a separate report.

In order to explore the role of somnolence or sedation on efficacy, the mean change from baseline in Montgomery-Åsberg Depression Rating Scale total scores in the patients with and without these adverse events were compared. The number of patients in the intent-to-treat group with reported somnolence/sedation was 195 (57%) for the quetiapine groups combined and 24 (14%) for the placebo group. The mean change in the Montgomery-Åsberg Depression Rating Scale total score at week 8 in the patients with somnolence/sedation (either bipolar I or II disorder) was –18.8 in the pooled quetiapine groups (600 or 300 mg/day) versus –18.9 in the placebo group. In the patients without somnolence/sedation, the mean change in the Montgomery-Åsberg Depression Rating Scale total score was –19.3 and –11.7 for the pooled quetiapine and placebo groups, respectively. The placebo group response was higher in the patients reporting somnolence/sedation, but the results with quetiapine were similar in the patients with or without somnolence/sedation.

**Hamilton depression scale.** Mean baseline Hamilton depression scale scores were 24.7 (SD=3.5), 24.5 (SD=3.0), and 24.6 (SD=3.3) in the 600 mg/day, 300 mg/day, and placebo groups, respectively (Table 2). Quetiapine at a dose of either 600 or 300 mg/day demonstrated significantly greater mean improvements in Hamilton depression scale total scores compared to placebo as early as week 1 and at all time points that followed in the patients with bipolar I or II depression (p<0.001). The mean change from baseline in Hamilton depression scale scores at week 8 was –13.84, –13.38, and –8.54 in the 600 mg/day, 300 mg/day, and placebo groups, respectively (p<0.001 for both quetiapine doses versus placebo). At the end of the study, the effect sizes for the group of patients with bipolar I or II disorder with the Hamilton depression scale was 0.93 for 600 mg/day and 0.74 for 300 mg/day of quetiapine.

Significant improvement in the Hamilton depression scale item 1 (depressed mood) was as early as week 1 (p= 0.003) for both quetiapine doses and continued to be statistically superior to placebo at all time points.

**Clinical Global Impression.** Quetiapine-treated patients experienced a statistically significant improvement (p<0.001) on the CGI severity scale as early as week 1 that was sustained to the end of the study for both quetiapine doses versus placebo. At the final assessment, a larger percentage of patients were rated as "normal, not at all ill," or

39

CONFIDENTIAL
AZSER12750880

TABLE 4. Incidence and Withdrawals Because of Adverse Events Occurring in at Least 10% of the Patients in Any Group of Outpatients with Bipolar I or II Disorder Who Experienced a Major Depressive Episode

| Adverse Event | Patients Taking 600 mg/day of Quetiapine (N=180) | | | | Patients Taking 300 mg/day of Quetiapine (N=179) | | | | Patients Taking Placebo (N=180) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Incidence | | Leading to Withdrawal | | Incidence | | Leading to Withdrawal | | Incidence | | Leading to Withdrawal | |
| | N | % | N | % | N | % | N | % | N | % | N | % |
| Dry mouth | 73 | 40.6[a] | 2 | 1.1[a] | 79 | 44.1[a] | 0 | 0.0 | 14 | 7.8 | 0 | 0.0 |
| Sedation | 58 | 32.2[a] | 17 | 9.4[a] | 53 | 29.6[a] | 10 | 5.6[a] | 11 | 6.1 | 0 | 0.0 |
| Somnolence | 44 | 24.4[a] | 5 | 2.8[a] | 49 | 27.4[a] | 7 | 3.9[a] | 15 | 8.3 | 0 | 0.0 |
| Dizziness | 41 | 22.8[a] | 6 | 3.3[a] | 30 | 16.8[a] | 1 | 0.6[a] | 15 | 8.3 | 0 | 0.0 |
| Fatigue | 21 | 11.7 | 1 | 0.6 | 16 | 8.9 | 0 | 0.0 | 13 | 7.2 | 0 | 0.0 |
| Constipation | 20 | 11.1[a] | 1 | 0.6[a] | 21 | 11.7[a] | 0 | 0.0 | 8 | 4.4 | 0 | 0.0 |
| Headache | 18 | 10.0 | 1 | 0.6[a] | 22 | 12.3 | 0 | 0.0 | 36 | 20.0 | 0 | 0.0 |
| Nausea | 6 | 8.9 | 0 | 0.0 | 14 | 7.8 | 3 | 1.7 | 23 | 12.8 | 0 | 0.0 |
| Upper respiratory tract infection not otherwise specified | 13 | 7.2 | 0 | 0.0 | 9 | 5.0 | 0 | 0.0 | 18 | 10.0 | 0 | 0.0 |

[a] Significantly higher than placebo (p<0.05).

"borderline ill" in the 600 mg/day (42.4%) and 300 mg/day quetiapine groups (38.1%) compared with the placebo group (23.7%).

A larger percentage of patients was also rated as "much" or "very much" improved on the CGI improvement scale in the 600 mg/day (55.9%) and 300 mg/day quetiapine groups (64.0%) compared with the placebo group (34.3%) at the final assessment.

Anxiety symptoms. Mean baseline Hamilton anxiety scale scores were 18.7 (SD=7.3), 18.7 (SD=7.3), and 18.9 (SD=7.3) in the 600 mg/day, 300 mg/day, and placebo groups, respectively (Table 2). By the study end, the mean Hamilton anxiety scale total score had decreased by –8.75 in the 600 mg/day group, –8.64 in the 300 mg/day group, and –5.54 in the placebo group (p<0.001 for both quetiapine doses versus placebo). A significant improvement in the Hamilton anxiety scale total scores as early as week 1 (p<0.05) was maintained to the last assessment (p<0.001 for both quetiapine doses versus placebo). Individual items of the Hamilton anxiety scale that most differentiated quetiapine-treated patients from those who received placebo included anxious mood, depressed mood, insomnia, genitourinary symptoms, and tension. A more detailed analysis of the results of the effect of quetiapine on anxiety measures in this study has been presented in a separate report (35).

Quality of sleep. The quality of sleep improved significantly among those treated with either dose of quetiapine compared with placebo. The mean improvement in Pittsburgh Sleep Quality Index scores from baseline in patients treated with 600 mg/day (–5.46) and 300 mg/day (–5.16) of quetiapine was significantly greater with both doses (p<0.001) than with placebo (–2.94).

Quality of life. Quetiapine-treated patients also experienced statistically significant improvements in quality of life during the study, as determined by the change from baseline in the Quality of Life Enjoyment and Satisfaction Questionnaire total scores. Mean Quality of Life Enjoy-

ment and Satisfaction Questionnaire total scores improved by 11.71 by the last assessment among patients treated with 600 mg/day of quetiapine and by 10.77 among those treated with 300 mg/day of quetiapine, compared with 6.44 in the placebo group (p<0.001 for both quetiapine doses versus placebo).

Safety and Tolerability

Adverse events. Common adverse events (whether or not considered treatment related) occurred in ≥10% of patients, and withdrawals due to common adverse events are shown in Table 4. The overall rate of study discontinuation due to adverse events was 26.1% (N=47) in the 600 mg/day group, 16.0% (N=29) in the 300 mg/day group, and 8.8% (N=16) in the placebo group (Figure 1). There were no significant differences in the rates of serious adverse events across treatment groups, and none was treatment related: 5.0% (N=9) in the 600 mg/day group and 3.4% (N=6) in the 300 mg/day group compared with 8.9% (N=16) in the placebo group. Two patients attempted suicide (one in each of the active treatment groups), but no suicides or deaths occurred during the study.

The rate of discontinuation due to adverse events in the subgroup of patients with bipolar I disorder was 23.3% (N=28) in the 600 mg/day group, 13.1% (N=16) in the 300 mg/day group, and 11.9% (N=14) in the placebo group. The incidence of serious adverse events in the subgroup of patients with bipolar I disorder was 5.0% (N=6) in the 600 mg/day group, 4.2% (N=5) in the 300 mg/day group, and 11.9% (N=14) in the placebo group.

In the subgroup of patients with bipolar II disorder, the rate of discontinuation due to adverse events was 31.7% (N=19) in the 600 mg/day group, 22.0% (N=13) in the 300 mg/day group, and 3.2% (N=2) in the placebo group. The incidence of serious adverse events in the subgroup of patients with bipolar II disorder was 5.0% (N=3) in the 600 mg/day group, 1.7% (N=1) in the 300 mg/day group, and 3.2% (N=2) in the placebo group.

CONFIDENTIAL
AZSER12750881

The incidence of treatment-emergent mania was low and not significantly different from placebo at either quetiapine dose: 2.2% with 600 mg/day of quetiapine (Cochran-Mantel-Haenszel, odds ratio=0.57, 95% confidence interval (CI)=0.17–1.91, p=0.35), 3.9% with 300 mg/day of quetiapine (Cochran-Mantel-Haenszel, odds ratio=0.97, 95% CI=0.35–2.68, p=0.95), and 3.9% with placebo.

The mean Simpson-Angus Rating Scale total score decreased in all three groups from baseline to the final assessment by –0.1, –0.2, and –0.3 in the 600 mg/day and 300 mg/day quetiapine groups and the placebo groups, respectively. There was no statistically significant difference in the number of patients with an increase from baseline in Simpson-Angus Rating Scale scores between either of the quetiapine groups and placebo: 15% (logistic regression=0.66, df=3, p<0.08), 9% (logistic regression=0.06, df=3, p=0.89), and 9% in the 600 mg/day and 300 mg/day quetiapine and placebo groups, respectively.

At the last assessment, mean Barnes Rating Scale for Drug-Induced Akathisia scores were low and similar in all groups: 0.3 in the 600 mg/day group, 0.2 in the 300 mg/day group, and 0.1 in the placebo group. There was no statistically significant difference in the number of patients with an increase from baseline in Barnes Rating Scale for Drug-Induced Akathisia score between either of the quetiapine groups and placebo: 12% (logistic regression=0.39, df=3, p=0.31), 9% (logistic regression=0.06, df=3, p=0.89), and 9% in the 600 mg/day and 300 mg/day quetiapine and placebo groups, respectively.

Adverse events considered extrapyramidal symptoms were present in 8.9% of the 600 mg/day group, 6.7% of the 300 mg/day group, and 2.2% of the placebo group; discontinuation rates for extrapyramidal symptoms were 2.8%, 1.1%, and 0.6%, respectively.

### Laboratory Results and Vital Signs

No clinically relevant differences between groups were seen in the mean change from baseline for any vital signs, ECGs, hematology, or clinical chemistry parameters.

Patients treated with 600 mg/day of quetiapine experienced a mean weight gain of 1.6 kg by the final assessment compared with 1.0 kg in the 300 mg/kg group and 0.2 kg in the placebo group. At the final assessment, 16 patients (9.0%) treated with 600 mg/day of quetiapine, 15 patients (8.5%) treated with 300 mg/day of quetiapine, and three patients (1.7%) who received placebo had a weight gain of ≥7% of their baseline measurement. No patients withdrew from the study because of weight gain.

Mean fasting serum glucose levels at baseline were 86 (SD=12), 87 (SD=13), and 87 (SD=15) mg/dl in the 600 mg/day and 300 mg/day of quetiapine and placebo groups, respectively. By the final assessment, the mean change in fasting serum glucose was 6 mg/dl (SD=17), 3 mg/dl (SD=13), and 4 mg/dl (SD=26) in the 600 mg/day and 300 mg/day of quetiapine and placebo groups, respectively.

## Discussion

To our knowledge, this is the first randomized, parallel-group, placebo-controlled trial to evaluate the efficacy of quetiapine in bipolar depression. It may also be the first published large-scale, controlled study to assess the efficacy of any pharmacological treatment in a group of patients with bipolar I or II depression, and one of few studies to examine an antidepressant effect in patients with rapid cycling.

Quetiapine monotherapy has significant antidepressant efficacy in a group of patients with bipolar I or II depression based on the primary efficacy analysis (mean change in Montgomery-Åsberg Depression Rating Scale total score from baseline to last assessment). The magnitude of the clinical improvement was substantial and evident from the first assessment (week 1) and at each visit thereafter. The rates of response and remission and the time to response and remission were significantly improved in the quetiapine groups compared with placebo. Compared with placebo, evidence of early and sustained efficacy was observed consistently with both doses of quetiapine and in all secondary efficacy analyses from week 1 onward.

In the Montgomery-Åsberg Depression Rating Scale item analysis, both doses of quetiapine produced a significant and early improvement in all of the core mood symptoms of depression, including objective and reported sadness, anhedonia, and pessimistic thoughts. Notably, both doses of quetiapine were approximately twice as effective as placebo in reducing suicidal ideation. These findings provide support for the conclusion that quetiapine has specific antidepressant properties.

In this study, significant antidepressant efficacy was demonstrated for quetiapine dosed once a day in the evening. This has important clinical relevance because once-daily dosing has been associated with enhanced medication adherence (36). Dosing at bedtime may also offer a means of improving tolerability, particularly regarding somnolence or sedation that are sometimes seen with quetiapine and may help treat the sleep disturbance that often accompanies bipolar depression.

Both doses of quetiapine were associated with improvements in quality of sleep and quality of life and were effective in patients with a recent history of rapid-cycling bipolar disorder. Exploratory analyses suggest that the clinical effect of both doses of quetiapine was greater in patients with bipolar I disorder than those with bipolar II disorder.

The most common side effects of quetiapine included dry mouth, sedation, somnolence, dizziness, and constipation. The most common side effects leading to withdrawal from the study were sedation and somnolence, with most discontinuations occurring within the first week. Of importance, changes in weight observed in all three groups were relatively small and did not result in withdrawal from the study. Quetiapine treatment was not associated with treatment-emergent mania. The long-term safety of quetiapine

CONFIDENTIAL
AZSER12750882

is being explored in ongoing bipolar disorder maintenance studies. However, data from patients with schizophrenia does not suggest that unexpected adverse effects during long-term treatment should be expected (37).

Several aspects of the design of this study were innovative. First, the inclusion of patients with bipolar II disorder into a large-scale study of acute bipolar depression was novel and enhanced the generalizability of the findings, particularly since there is a higher incidence of bipolar II disorder than bipolar I disorder. The inclusion of patients with rapid cycling was also innovative and enhanced the generalizability of the findings to this difficult-to-treat subgroup. Second, rather than focusing solely on depressive symptoms, this study included sleep quality and health-related quality-of-life measures. Sleep-quality assessments (both patient- and bed-partner-rated) indicated improvements in functioning in addition to symptom severity, including several dimensions of sleep quality and daytime dysfunction. The quality-of-life scale provided novel information regarding the effect of quetiapine on social relationships, living/housing arrangements, physical health, satisfaction with medication, and global satisfaction. Improvements in these measures provide evidence for improved function and overall quality of life in addition to reduction in the symptoms of the illness.

Moreover, the inclusion of analyses that quantify the magnitude of the clinical effect through effect size determinations gives clinicians useful information. Knowing if a significant difference is caused by a small clinical effect (<0.4), a moderately sized clinical effect (0.40–0.79), or a large clinical effect (>0.79) has the potential of helping the clinician make decisions on how to use a new medication (38). The effect sizes reported in the bipolar I depression study by Tohen et al. (14) were 0.32 with olanzapine monotherapy and 0.68 with olanzapine-fluoxetine combination therapy compared with 1.09 in the bipolar I subgroup with 600 mg/day of quetiapine in this study.

This study had several limitations. First, the number of enrolled patients with bipolar II disorder was not sufficient to draw firm conclusions regarding efficacy in this subgroup. For this reason, post hoc analyses conducted in the bipolar II subgroup included effect size determinations, which are less affected by sample size than significance testing. Second, moderate rates of sedation or somnolence were observed in both quetiapine groups, which might have compromised the integrity of the double-blind design. If this were a significant factor in the assessment of efficacy, the reduction in Montgomery-Åsberg Depression Rating Scale total score in patients experiencing sedation or somnolence would have been greater than those in patients not experiencing these adverse events. However, this was not the case, and the improvements observed on the Montgomery-Åsberg Depression Rating Scale were comparable in patients with or without sedation or somnolence. Third, although the study indicated that the two doses used—chosen because of their efficacy in bipolar

mania and other disorders—were effective, guidance on the best dosing for most patients or subgroups of patients should be assessed in future studies.

In conclusion, this large, randomized, double-blind, placebo-controlled study provides the first pivotal data demonstrating that quetiapine monotherapy is efficacious and well tolerated for the acute treatment of bipolar depression in a group of patients with bipolar I or II disorder.

## Acknowledgments

The BOLDER Study Group is as follows: Mohammed Alam, American Med Research, Oak Brook, Ill.; Valerie Arnold, Clinical Neuroscience Solutions, Memphis, Tenn.; Charles Bailey, Clinical Neuroscience Solutions, Orlando, Fla.; Guy Brannon, Brentwood Research Institute, Shreveport, La.; David Brown, Community Clinical Research, Austin, Tex.; Joseph Calabrese, University Hospitals of Cleveland/Case University School of Medicine, Cleveland, Ohio; John Carman, Carman Research, Smyrna, Ga.; Andrew Cutler, CORE Research, Winter Park, Fla.; Bernadette D'Souza, Midwest Clinical Research, Dayton, Ohio; Naresh Emmanuel, Carolina Clinical Research Services, Columbia, S.C.; Lawrence Ginsberg, Red Oak Psychiatry Associates, Houston, Tex.; Ram Gopalan, Comprehensive Neuroscience of Northern VA, Falls Church, Va.; William Granger, Research Strategies, Inc., Reno, Nev.; Laszlo Gyulai, University of Pennsylvania Bipolar Disorder, Philadelphia; Howard Hassman, Comprehensive Clinical Research, Clementon, N.J.; Saul Helfing, Oregon Center for Clinical Investigators, Inc., Lake Oswego, Ore.; George Joseph, Clinical Neuroscience Solutions, Jacksonville, Fla.; Paul Keck, University of Cincinnati, Cincinnati, Ohio; Terrence Ketter, Stanford University Bipolar Disorder Clinic, Stanford, Calif.; Arif Khan, Northwest Medical Research Center, Bellevue, Wash.; Ari Kiev, Social Psychiatry Research Institute, New York; Irving Kolin, Kolin Research Group, Winter Park, Fla.; James Knutson, BHC Fairfax Hospital, Kirkland, Wash.; Michael Levy, Behavioral Medical Research of Staten Island, New York; H.E. Logue, Birmingham Psychiatry Pharmaceutical Services, Inc., Birmingham, Ala.; David Marks, Optimum Health Services, La Mesa, Calif.; Greg Mattingly, St. Charles Psychiatric Association, St. Charles, Mo.; Charles Merideth, Affiliated Research Institute, San Diego, Calif.; Janice Miller, Clinical Neuroscience Solutions, West Palm Beach, Fla.; Dennis Munjack, Southwestern Research, Inc., Beverly Hills, Calif.; William Privitera, Future Search Trials, Austin, Tex.; Fred Reimherr, University of Utah Medical Center, Salt Lake City, Utah; Robert Riesenberg, Atlanta Center for Medical Research, Atlanta, Ga; Leon Rosenberg, Center for Emotional Fitness, Moorestown, N.J.; Leon Rubenfaer, Pioneer Pharmaceutical Research, New Baltimore, Mich.; David Sack, Comprehensive Neuroscience Inc., Cerritos, Calif.; Abbey Strauss, Comprehensive Neuroscience Inc., Boynton Beach, Fla.; David Walling, CNS Network, Garden Grove, Calif.; Richard Weisler, Richard H. Weisler M.D. and Associates, Raleigh, N.C.

Received Aug. 4, 2004; revision received Oct. 28, 2004; accepted Dec. 10, 2004. From the University Hospitals of Cleveland/Case University School of Medicine, Cleveland, Ohio; the Psychopharmacology Research Program, Department of Psychiatry, University of Cincinnati College of Medicine, Cincinnati, Ohio; the Mental Health Care Line and General Clinical Research Center of the Cincinnati Veterans Affairs Medical Center, Cincinnati, Ohio; AstraZeneca, Wilmington, Del.; the Department of Psychiatry and Behavioral Sciences, Stanford University, Stanford, Calif.; the Department of Psychiatry and Behavioral Sciences, Duke University, Raleigh, N.C.; and the Department of Psychiatry and Behavioral Medicine, University of South Florida, Tampa. Address correspondence and reprint requests to Dr. Calabrese, 11400 Euclid Ave., Suite 200, Cleveland, OH 44106; joseph.calabrese@uhhs.com (e-mail).

CONFIDENTIAL
AZSER12750883

QUETIAPINE FOR BIPOLAR DEPRESSION

Supported by AstraZeneca Pharmaceuticals (grant 5077US/0049). The authors thank Max Brady, D.Phil., and Aruna Seth, Ph.D., (PAREXEL MMS) for editorial assistance. Financial support for their assistance was provided by AstraZeneca.

## References

1. Hlastala SA, Frank E, Mallinger AG, Thase ME, Ritenour AM, Kupfer DJ: Bipolar depression: an underestimated treatment challenge. Depress Anxiety 1997; 5:73–83
2. Judd LL, Akiskal HS, Schettler PJ, Endicott J, Maser J, Solomon DA, Leon AC, Rice JA, Keller MB: The long-term natural history of the weekly symptomatic status of bipolar I disorder. Arch Gen Psychiatry 2002; 59:530–537
3. Keller MB, Lavori PW, Coryell W, Andreasen NC, Endicott J, Clayton PJ, Klerman GL, Hirschfeld RM: Differential outcome of pure manic, mixed/cycling, and pure depressive episodes in patients with bipolar illness. JAMA 1986; 255:3138–3142
4. Post RM, Denicoff KD, Leverich GS, Altshuler LL, Frye MA, Suppes TM, Rush AJ, Keck PE Jr, McElroy SL, Luckenbaugh DA, Pollio C, Kupka R, Nolen WA: Morbidity in 258 bipolar outpatients followed for 1 year with daily prospective ratings on the NIMH life chart method. J Clin Psychiatry 2003; 64:680–690
5. Judd LL, Akiskal HS, Schettler PJ, Coryell W, Endicott J, Maser JD, Solomon DA, Leon AC, Keller MB: A prospective investigation of the natural history of the long-term weekly symptomatic status of bipolar II disorder. Arch Gen Psychiatry 2003; 60:261–269
6. Altshuler LL, Gitlin MJ, Mintz J, Leight KL, Frye MA: Subsyndromal depression is associated with functional impairment in patients with bipolar disorder. J Clin Psychiatry 2002; 63:807–811
7. Goodwin F, Jamison K: Manic-Depressive Illness. New York, Oxford University Press, 1990
8. Keck PE Jr: The management of acute mania. BMJ 2003; 327:1002–1003
9. Keck PE Jr, Nelson EB, McElroy SL: Advances in the pharmacologic treatment of bipolar depression. Biol Psychiatry 2003; 53:671–679
10. American Psychiatric Association: Practice Guideline for the Treatment of Patients With Bipolar Disorder (Revision). Am J Psychiatry 2002; 159(April suppl)
11. Goodwin GM (Consensus Group of the British Association for Psychopharmacology): Evidence-based guidelines for treating bipolar disorder: recommendations from the British Association for Psychopharmacology. J Psychopharmacol 2003; 17:149–173
12. Zornberg GL, Pope HG Jr: Treatment of depression in bipolar disorder: new directions for research. J Clin Psychopharmacol 1993; 13:397–408
13. Calabrese JR, Bowden CL, Sachs GS, Ascher JA, Monaghan E, Rudd GD (Lamictal 602 Study Group): A double-blind placebo-controlled study of lamotrigine monotherapy in outpatients with bipolar I depression. J Clin Psychiatry 1999; 60:79–88
14. Tohen M, Vieta E, Calabrese J, Ketter TA, Sachs G, Bowden C, Mitchell PB, Centorrino F, Risser R, Baker RW, Evans AR, Beymer K, Dube S, Tollefson GD, Breier A: Efficacy of olanzapine and olanzapine-fluoxetine combination in the treatment of bipolar I depression. Arch Gen Psychiatry 2003; 60:1079–1088; correction, 60:176
15. Vieta E, Mullen J, Brecher M, Paulsson B, Jones M: Quetiapine monotherapy for mania associated with bipolar disorder: combined analysis of two international, double-blind, randomised, placebo-controlled studies. Curr Med Res Opin 2005; 21:923–934
16. Sachs G, Chengappa KN, Suppes T, Mullen JA, Brecher M, Devine NA, Sweitzer DE: Quetiapine with lithium or divalproex for the treatment of bipolar mania: a randomized, double-blind, placebo-controlled study. Bipolar Disord 2004; 6:213–223
17. DelBello MP, Schwiers ML, Rosenberg HL, Strakowski SM: A double-blind, randomized, placebo-controlled study of quetiapine as adjunctive treatment for adolescent mania. J Am Acad Child Adolesc Psychiatry 2002; 41:1216–1223
18. Ghaemi SN, Goldberg JF, Henry CA, Rosenquist KJ, Ko JY, Hsu DJ, Wenze SJ, Wankmuller MM: Quetiapine for rapid-cycling bipolar disorder: a long-term follow-up study (abstract). Bipolar Disord 2003; 5(suppl 1):50
19. Post RM, Leverich GS, Altshuler LL, Frye MA, Suppes TM, Keck PE Jr, McElroy SL, Kupka R, Nolen WA, Grunze H, Walden J: An overview of recent findings of the Stanley Foundation Bipolar Network (part I). Bipolar Disord 2003; 5:310–319
20. Sajatovic M, Mullen JA, Sweitzer DE: Efficacy of quetiapine and risperidone against depressive symptoms in patients with psychosis. J Clin Psychiatry 2002; 63:1156–1163
21. Sajatovic M, Brescan DW, Periz DE, DiGiovanni DE, Hattab H, Ray JB, Bingham CR: Quetiapine alone and added to a mood stabilizer for serious mood disorders. J Clin Psychiatry 2001; 62:728–732
22. Suppes T, McElroy SL, Keck PE, Altshuler L, Frye MA, Grunze H, Leverich GS, Nolen WA, Chisholm K, Dennehy EB, Post RM: Use of quetiapine in bipolar disorder: a case series with prospective evaluation. Int Clin Psychopharmacol 2004; 19:173–174
23. Vieta E, Parramon G, Padrell E, Nieto E, Martinez-Aran A, Corbella B, Colom F, Reinares M, Goikolea JM, Torrent C: Quetiapine in the treatment of rapid cycling bipolar disorder. Bipolar Disord 2002; 4:335–340
24. Zarate CA Jr, Rothschild A, Fletcher KE, Madrid A, Zapatel J: Clinical predictors of acute response with quetiapine in psychotic mood disorders. J Clin Psychiatry 2000; 61:185–189
25. Hamilton M: A rating scale for depression. J Neurol Neurosurg Psychiatry 1960; 23:56–62
26. Young RC, Biggs JT, Ziegler VE, Meyer DA: A rating scale for mania: reliability, validity and sensitivity. Br J Psychiatry 1978; 133:429–435
27. Montgomery SA, Åsberg M: A new depression scale designed to be sensitive to change. Br J Psychiatry 1979; 134:382–389
28. Guy W (ed): ECDEU Assessment Manual for Psychopharmacology: Publication ADM 76-338. Washington, DC, US Department of Health, Education, and Welfare, 1976, pp 218–222
29. Hamilton M: The assessment of anxiety states by rating. Br J Med Psychol 1959; 32:50–55
30. Buysse DJ, Reynolds CF III, Monk TH, Berman SR, Kupfer DJ: The Pittsburgh Sleep Quality Index: a new instrument for psychiatric practice and research. Psychiatry Res 1989; 28:193–213
31. Endicott J, Nee J, Harrison W, Blumenthal R: Quality of Life Enjoyment and Satisfaction Questionnaire: a new measure. Psychopharmacol Bull 1993; 29:321–326
32. Simpson GM, Angus JWS: A rating scale for extrapyramidal side effects. Acta Psychiatr Scand Suppl 1970; 212:11–19
33. Barnes TRE: A rating scale for drug-induced akathisia. Br J Psychiatry 1989; 154:672–676
34. Muller MJ, Himmerich H, Kienzle B, Szegedi A: Differentiating moderate and severe depression using the Montgomery-Åsberg Depression Rating Scale (MADRS). J Affect Disord 2003; 77:255–260
35. Macfadden W, Calabrese JR, McCoy R, Minkwitz M, Wilson E, Mullen J: Antianxiety effects analysis of quetiapine in bipolar depression, in 2004 Annual Meeting New Research Program and Abstracts. Washington, DC, American Psychiatric Association, 2004, number 743
36. Bloom BS: Daily regimen and compliance with treatment (editorial). BMJ 2001; 323:647
37. Kasper S, Brecher M, Fitton L, Jones AM: Maintenance of long-term efficacy and safety of quetiapine in the open-label treatment of schizophrenia. Int Clin Psychopharmacol 2004; 19:281–289
38. Bowden CL, Davis J, Morris D, Swann A, Calabrese J, Lambert M, Goodnick P: Effect size of efficacy measures comparing divalproex, lithium and placebo in acute mania. Depress Anxiety 1997; 6:26–30

43

CONFIDENTIAL
AZSER12750884

CHAPTER 9

# THE PSYCHOLOGICAL GENERAL WELL-BEING (PGWB) INDEX

*Harold J. Dupuy, PhD*

The Psychological General Well-Being (PGWB) schedule was developed for the purpose of providing an index that could be used to measure self-representations of intrapersonal affective or emotional states reflecting a sense of subjective well-being or distress. To this end, indicators of positive and negative affective states are included in the 22-item version of the PGWB index.

Although a test instrument for measuring PGWB ideally would be able to evaluate a large number of intrapersonal states, the PGWB index includes items for only six states. The subscales used to measure these six states have three to five items each (Table I). For each item there are six response options that are scored on a scale of 0 to 5, according to the intensity or frequency of the affective experience. A value of 0 is given for the most negative option, and 5 for the most positive option. The score range for the PGWB index is 0 to 110. The range for the subscales is from 0 to 15 or 20 or 25. Thus from the 22 items six subscale scores without overlapping items and one overall PGWB index score can be derived.

Descriptive statistics for several psychometric properties of the PGWB index are listed in Table II. These statistics are from the Rand study of 1,209 residents, of Dayton, Ohio, aged 14 to 75 years, with family incomes of $25,000 or less in 1972–1973.[1] The Rand data indicate that there is a wide range of individual differences

**170**

CONFIDENTIAL
AZSER12750885

| | | TABLE I | | |
|---|---|---|---|---|
| | | DESCRIPTIVE CHARACTERIZATION OF THE 22 ITEMS AND 6 SUBSCALES OF PGWB INDEX | | |
| GWB Subscales | Low Score | High Score | Item # | Abbreviated Item Content* |
| *Anxiety* | Extremely bothered by nervousness; very tense; anxious, worried, upset; often high-strung; felt under heavy pressure | Not bothered by nerves; low tension; not anxious; relaxed; little or no stress or strain | 5  8  17  19  22 | Bothered by nervousness  Generally tense  Anxious, worried, upset  Relaxed, at ease versus high-strung  Felt under strain, stress, or pressure |
| *Depressed Mood* | Intensely or often felt: depressed; downhearted and blue; hopeless | Never or rarely felt: depressed; downhearted and blue; or hopeless | 3  7  11 | Felt depressed  Felt downhearted and blue  Sad, discouraged, hopeless |
| *Positive well-being* | Low spirits; unhappy; never or seldom felt life interesting or cheerful | In excellent spirits; happy with life; daily life interesting; felt cheerful | 1  9  15  20 | General spirits  Happy, satisfied with personal life  Interesting daily life  Felt cheerful, lighthearted |
| *Self-control* | Very concerned or disturbed about losing self-control; seldom felt emotionally stable | In definite control of behavior, thoughts, emotions and feelings; emotionally stable | 4  14  18 | In firm control  Afraid losing control  Felt emotionally stable, sure of self |

The Psychological General Well-being (PGWB) Index **171**

45

CONFIDENTIAL
AZSER12750886

| GWB Subscales | Low Score | High Score | Item # | Abbreviated Item Content* |
|---|---|---|---|---|
| *General health* | Often bothered by illness, bodily disorders; needed help in caring for self; worried or fearful about health | Rarely if ever bothered by illness; healthy enough to do things; not fearful or worried about health | 2<br>10<br>13 | Bothered by illness, bodily disorders, or aches and pains<br>Healthy enough to do things<br>Concerned, worried about health |
| *Vitality* | Low in energy; seldom waking fresh, rested; dull, sluggish; tired, worn-out | Full of energy, pep; waking fresh, rested; felt active, vigorous; never felt tired, worn-out | 6<br>12<br>16<br>21 | Energy, pep, vitality<br>Waking feeling fresh, rested<br>Felt active, vigorous versus dull, sluggish<br>Felt tired, worn-out, used up |

TABLE I—*continued*

*Data refer to immediately preceding month.
PGWB = psychological general well-being.

on the PGWB index; that the items in the subscales are internally consistent, and the subscales can therefore validly be used, at least for group comparisons; and that the 22 items forming the PGWB index show a very high internal consistency reliability (.94) and can be used to construct an overall index score. The alternate-form correlation of .75 is probably a lower-bounds estimate of consistency, since its 16 items were not constructed as equivalent to the 22 items of the PGWB index; however, the size of the coefficient suggests that the PGWB index measures a fairly stable attribute over a two- to three-week period. It also suggests that the PGWB index is sensitive to changes in an individual's psychological general well-being.

## ADMINISTRATION

The 22-item PGWB index has been administered to persons aged 14 to 90 years. It is preferable that it be self-administered, but it

CONFIDENTIAL
AZSER12750887

| PGWB Subscales | Number of items | Mean† | Standard Deviation | Internal Consistency‡ | Homo-geneity§ | Alternate-Form Correlation‖ |
|---|---|---|---|---|---|---|
| | TABLE II | | | | | |
| | DESCRIPTIVE STATISTICS FROM RAND REPORT* (N = 1,209) | | | | | |
| Anxiety | 5 | 17.89 | 4.67 | .88 | .59 | .61 |
| Depressed mood | 3 | 12.36 | 2.54 | .84 | .63 | .66 |
| Positive well-being | 4 | 13.15 | 3.64 | .83 | .55 | .72 |
| Self-control | 3 | 13.00 | 2.26 | .72 | .47 | .64 |
| General health | 3 | 12.21 | 2.50 | .73 | .47 | .43# |
| Vitality | 4 | 13.57 | 3.51 | .81 | .52 | .61 |
| PGWB Index | 22 | 82.18 | 15.68 | .94 | .41 | .75 |

* Data from Ware JE et al.[1]
† Means rescaled with items scored 0 to 5 positive.
‡ Cronbach alpha coefficients.
§ Average interitem correlations within subscales and PGWB index.
‖ Correlations with a 16-item alternate mental health index (N = 823) with an average three-week interval after PGWB index administration.
# No items in alternate form related to health.

can be and has been given as an interview form; for example, to persons with mild mental retardation, psychotics, illiterates, and non–English-speaking persons using immediately available translators. Spanish and French versions have been developed. The time needed for completion ranges from 8 to 15 minutes. Administrators should be briefly trained on the form (about 30 minutes for someone with a high-school education or the equivalent). The main instruction point is that it is the examinee's actual state that should be determined, not what the examiner thinks the examinee should be reflecting.

## VALIDITY, RELIABILITY, AND GENERALIZABILITY

### Validity

The validity of the measure of PGWB has been tested mainly against presumably negative conditions. Of several hundred statistical tests of association (mostly concurrent), all findings have

47

CONFIDENTIAL
AZSER12750888

been either in the expected direction or not significantly contrary to expectations, as the following examples illustrate.

The first example is the National Health Examination, which studied 6,913 American adults (3,171 men and 3,742 women), aged 25 to 74 years, from April 1971 to October 1975.[2,3] The PGWB index items were in the first section of the General Well-Being (GWB) schedule. The second section of the GWB schedule contained 15 items that asked about felt needs and utilization of mental health services (including one item on social-emotional support). A copy of the GWB schedule is shown in Appendix I. The PGWB index scores were significantly (statistically) correlated with each of the 15 items for men and women separately. Three of these items (psychological problems, felt near a nervous breakdown, and social-emotional support), when combined into a summated index (PSI), had a correlation of .64 with the PGWB index. Of 12 sociodemographic variables, an index (SOCIO) with four variables (education, income, marital status, and number of persons in the household) had a correlation of .25 with the PGWB index.

Correlations were also computed between the PGWB index and a large number of medical history items (176 items for men; 188 items for women). Statistically significant ($P = .001$) correlations were found with 105 items (59.7%) for men and 141 items (75.0%) for women. An index (SOMA) with seven of these items (a self-rating of general health, taking medicine for nerves, taking medicine for headaches, having pains in the stomach, constipation or diarrhea, pains in the neck, and shortness of breath) had a correlation of .54 with the PGWB index. The PSI plus SOMA indices had a multiple correlation of .725 (52.6% of the variance) with the PGWB index. The SOCIO index plus sex and age only increased the multiple correlation to .730 (53.3% of variance) which is only a 0.7% gain.

The second example is provided by the correlations of the PGWB index with 14 mental health scales shown in Table III. The range of correlations, .52 to .80, indicates that the PGWB index is sensitive, at least in the lower range of its scores, to psychoneurotic subjective distress. The positive correlation (.24) of the PGWB index with the Minnesota Multiphasic Personality Inventory (MMPI) Lie scale indicates a slight tendency for those with higher PGWB index scores to give more socially acceptable responses on the Lie scale; however, the negative correlation (−.56) between the PGWB

**174** PART II: Assessment Methodologies and Applications

CONFIDENTIAL
AZSER12750889

## TABLE III

### CORRELATIONS OF PGWB INDEX WITH FOURTEEN MENTAL HEALTH SCALES

| Scales | Number of items | n | r |
|---|---|---|---|
| 1. CES (depression)* | 20 | 2,914 | −.72 |
| 2. BECK (depression) | 21 | 352 | −.68 |
| 3. ZUNG (depression) | 20 | 324 | −.75 |
| 4. LANGNER (psychiatric symptoms) | 22 | 471 | −.77 |
| 5. Health Opinion Survey | 20 | 1,084 | −.59 |
| 6. Weisman (social adjustment) | 10 | 89 | .61 |
| 7. Hopkins (SCL-90) | 90 | 76 | −.77 |
| 8. MMPI (depression) | 60 | 195 | −.55 |
| **Psychiatric Symptoms Scale** | | | |
| 9. depression | 7 | 195 | −.76 |
| 10. anxiety | 10 | 195 | −.70 |
| **College Health Questionnaire** | | | |
| 11. current depression | 19 | 127 | −.80 |
| 12. anxiety | 6 | 127 | −.52 |
| **Personal Feelings Inventory** | | | |
| 13. depression | 45 | 68 | −.78 |
| 14. anxiety | 21 | 68 | −.63 |
| **MMPI Validity Scales** | | | |
| L. Lie† | 15 | 195 | .24 |
| K. Validity‡ | 64 | 195 | −.56 |

*Center for Epidemiologic Studies, NIMH, Depression scale.
†A high Lie score indicates more socially acceptable responses.
‡A low Validity score indicates rational and relatively pertinent responses.
Data for scales 1 through 7 from Dupuy; for scales 8 through K from Fazio,* pp. 3,4,26.
PGWB = psychological general well-being; r = correlation coefficient.

index and the MMPI Validity scale indicates a much stronger tendency for those with higher PGWB index scores to give more rational and pertinent responses on the Validity scale.

The third example is the data obtained from the Rand Health Insurance Study conducted at Dayton, Ohio, on the correlations of the PGWB index with three mental health items, a social-

CONFIDENTIAL
AZSER12750890

emotional support item, and a three–time period assessment of one's life as a whole. These data indicate that the PGWB index has a strong correlation with direct queries on mental health, with social-emotional support, and with current assessment of one's life as a whole (Table IV).

The fourth example involves the work of Kammann and associates,[4] who developed a 96-item scale of general happiness or sense of well-being (the Affectometer). The scale has 48 sentences and 48 adjectives, with each set comprising 24 positive and 24 negative items. The subject is asked how often each feeling was present over the past few weeks; the response options are "not at all," "occasionally," "some of the time," "often," and "all of the time." Negative affect is subtracted from positive affect. In a study of 57 randomly selected adults carried out in Dunedin, New Zealand, the Affectometer had a .74 correlation with the PGWB index, indicating that the PGWB index is sensitive to an affect balance between subjective states of positive and negative affect.

In yet another example, Fazio[5] gave the PGWB index and other questionnaires to 195 college students. After all testing was completed, each student was interviewed for about 30 minutes by means of a structured interview form. The interviewers, who did not know the test results, rated each student after the interview on a structured depression scale. The correlation between the PGWB index and the depression rating was −.468, the second highest correlation. (The highest correlation, .50, was obtained on a subset of 68 students.) The PGWB index means for the 64 students rated not depressed and the 30 students rated most depressed were 78.4 and 56.2, respectively, and the standard deviations 13.22 and 17.55. The depressed students' PGWB index mean was 1.68 standard deviations (22.2) below the nondepressed students' mean.

Finally, data from two community samples and two samples of community mental health clients from the same catchment areas who were given the PGWB index provide some discriminant validity coefficients (Table V). The differences in the PGWB index means are statistically significant ($P = .01$), and the magnitude of the point-biserial coefficients indicates that the PGWB index clearly discriminates between mental health clients and community residents.

CONFIDENTIAL
AZSER12750891

| TABLE IV | | | | |
|---|---|---|---|---|
| **CORRELATIONS OF PGWB INDEX WITH SELECTED ITEMS FROM RAND STUDY*** | | | | |
| **Selected Items** | **Number of Response Options** | **N** | **r** | **Eta²†** |
| 1. Have you had severe enough personal, emotional, behavior, or mental problems that you felt you needed help during the past year? | 5 | 827 | .589 | .382 |
| 2. Have you ever felt that you were going to have, or were close to having, a nervous breakdown? | 3 | 830 | .439 | .193 |
| 3. Do you discuss your problems with any member of your family or friends? | 7 | 829 | (Eta = .431) | .186 |
| 4. Has anyone said or suggested that you should seek professional help for some personal, emotional, behavior, or mental problem during the past year? | 8 | 439 | (Eta = .317) | .101 |
| Considering your life as a whole, how are things going with you: *absolute tops— could not be better,* down to *absolute bottom—could not be worse.* | | | | |
| 5. This time a year ago | 11 | 439 | .387 | .167 |
| 6. Now | 11 | 439 | .599 | .385 |
| 7. A year from now | 11 | 439 | .352 | .171 |

* Data from Ware JE et al.[1]
† Eta² = proportion of variance accounted for in the PGWB index as the dependent variable in an analysis of variance.
PGWB = psychological general well-being; r = correlation coefficient.

The Psychological General Well-being (PGWB) Index **177**

51

CONFIDENTIAL
AZSER12750892

### TABLE V

### COMPARISON OF COMMUNITY SAMPLES WITH MENTAL HEALTH CLIENTS ON THE PGWB INDEX

| Study | N | Mean | Standard Deviation | r pbi* |
|---|---|---|---|---|
| *Nashville, TN* | | | | |
| Community sample | 103 | 76.45 | 18.00 | .565 |
| Mental health patients in treatment | 95 | 50.18 | 20.55 | |
| | | | | |
| *Sacramento, CA* | | | | |
| Community sample | 341† | 83.53 | 17.63 | .667 |
| Mental health clients at intake | 529 | 45.78 | 24.02 | |
| | | | | |
| National HANES sample | 6,913 | 80.31 | 17.67 | .634 |
| | | | | |
| Mental health clients at intake | 529† | 45.78 | 24.02 | |

\* *Point-biserial correlation coefficients.*
† *Samples weighted to equal numbers in comparison samples.*
*Data prepared by Dupuy.*
*PGWB = psychological general well-being.*

## Reliability

The reliability of the PGWB index will be described first in terms of internal consistency reliability (alpha coefficients) and then in terms of test-retest stability. The high alpha coefficients shown in Table VI indicate that the items in the PGWB index are interdependent and are homogeneous in terms of what they measure. They also show that individual responses to the items are highly consistent. The square root of alpha has been labeled in textbooks as the "index of reliability"[6]; however, Tryon[7] calls it the behavior domain validity of the total score, because it is the correlation between a sample and its perfect criterion measure of the operationally specified property to be measured. The behavior domain validity of the PGWB index is given as the square root of the average alpha of .918, which is .958. The average individual standard deviation for the total test is given as the standard deviation multiplied by the square root of $1 - r_{tt}$, which is about 5.43 raw scores. Thus a raw difference of three to four times 5.43 (16 to 22) would be indicative of a significant difference between two individuals or the same individual at two points in time.

**178** PART II: Assessment Methodologies and Applications

CONFIDENTIAL
AZSER12750893

**TABLE VI**

**INTERNAL CONSISTENCY OF PGWB INDEX**

| Sample | N | Mean | Standard Deviation | Alpha Coefficient | Individual Standard Deviation* |
|---|---|---|---|---|---|
| National HANES sample | 6,913 | 80.31 | 17.67 | .908 | 5.36 |
| Split halves | | | | .936 | 4.47 |
| Rand study, Dayton, Ohio | 830 | 81.86 | 16.21 | .940 | 3.97 |
| Mental health clients at intake | 529 | 45.78 | 24.02 | .919 | 6.84 |
| University students | 195 | 72.35 | 16.74 | .920 | 4.73 |
| Combined sample from 4 different studies (test-retest at 2–4 months) | | | | | |
| First test | 323 | 73.74 | 20.14 | .901 | 6.34 |
| Retest | 323 | 75.56 | 20.40 | .905 | 6.29 |
| | | | Mean = | .918 | 5.43 |

* Actually an average or mean deviation across individuals.
Data prepared by Dupuy.
PGWB = psychological general well-being.

   Test-retest stability coefficients of reliability are difficult to interpret unless they are very high, ie, .85 and above. Lower retest reliabilities can reflect instrument instability, changes in individuals, varying efficacy of administration, human errors or misunderstandings, length of time between testings, and the distribution of scores in the sample. For the studies listed in Table VII, test-retest reliability coefficients ranged from .502 to .861, with a median of .66. Another way of figuring stability is to take the time 1 and time 2 individual difference scores, square them, sum across all individuals, then divide by the numbers in the sample (N) and take the square root: $SD_d = \sqrt{\Sigma d^2/N}$, which Guilford[6] refers to as a standard error of measurement. This was done for the first sample shown in Table VII (N = 323), and the resulting value was 16.78 raw score standard deviation. The difference score had a − .48 correlation with the first test score, indicating that initially low scores tended to rise and very high scores to drop on retest. For three score ranges on the PGWB index, ie, 0 to 60, 61 to 90, and 91 to 110, the time 2 minus time 1 average difference scores were + 14.0, + 0.7 and − 7.0, respectively.

The Psychological General Well-being (PGWB) Index **179**

CONFIDENTIAL
AZSER12750894

## TABLE VII

### TEST-RETEST STABILITY COEFFICIENTS OF RELIABILITY FOR PGWB INDEX

| Sample | Time Interval | N | Mean $T_1$ | Mean $T_2$ | Standard Deviation $T_1$ | Standard Deviation $T_2$ | $T_{1,2}$ |
|---|---|---|---|---|---|---|---|
| Combined sample from 4 different studies | 2–4 months | 323 | 73.7 | 75.6 | 20.1 | 20.4 | .660 |
| College students | 1 week | 92 | NA | NA | NA | NA | .795 |
| Community college students | 2 weeks | 47 | 75.8 | 82.1 | NA | NA | .570 |
| Two samples of mental health clients | 2–3 months | 58 | 61.9 | 72.9 | 22.1 | 20.5 | .654 |
| Mental health clients[a] Outpatients | | | | | | | |
|     Intake to 2nd visit | 1 week | 68 | 46.0 | 56.4 | NA | NA | .714 |
|     Intake to last visit | up to 6 months | 77 | 46.5 | 63.5 | 23.0 | 23.0 | .517 |
|   Day treatment | | | | | | | |
|     Intake to 2nd visit | 1 week | 63 | 58.3 | 66.5 | NA | NA | .861 |
|     Intake to last visit | up to 6 months | 67 | 57.0 | 69.7 | 23.8 | 26.4 | .502 |

[a] Data from Edwards DW et al.[8]
PGWB = psychological general well-being; $T_1$ = time 1; $T_2$ = time 2; r = correlation coefficient; NA = not available.

## Generalizability

The generalizability of the PGWB index can be extended to population estimates of noninstitutionalized American adults aged 25 to 74 years, through information made available by the National Health and Nutrition Examination Survey (N HANES–I) (Division of Health Examination Statistics, National Center for Health Statistics, US Department of Health and Human Services). Data stores on magnetic tape make it possible to identify subpopulations of interest by sociodemographic variables (sex, age, ethnic group, marital status, etc) and subgroups by responses to over 150 health-history items. For example, one question asks if a doctor has ever

**180** PART II: Assessment Methodologies and Applications

CONFIDENTIAL
AZSER12750895

told you that you have (or had) high blood pressure; four responses are possible. Data are also available from Rand[1] for a community sample of persons aged 14 to 60 years and older.

## APPLICATIONS

The PGWB index has been used to compare differences in subjective well-being for different sociodemographic groups, such as those between rural and urban dwellers, between persons of different marital status, between patients treated in an emergency room and those treated by appointment, between women with varying incidence or severity of premenstrual cramps, and between mental health clients and community residents. It has been used in pretest and posttest designs to test effects of mental health treatment, to assess the value of vitamin supplementation versus placebo, and to track the affective impact of the sudden infant death syndrome on mothers. In general, it has been used to compare groups or to determine the effects of an intervention procedure on one's sense of subjective well-being.

## MAJOR STRENGTHS

The PGWB index is a general measure of intrapsychic well-being and hence is not condition-specific. It is easy to administer and score. The total range of possible scores (0 to 110) has been divided into 13 smaller ranges, to each of which has been assigned a phrase describing a specific PGWB state, from suicidal risk to euphoric mood. Test-retest data suggest that the PGWB index is sensitive to even small changes in intrapsychic well-being that intervention might induce.

## MAJOR LIMITATIONS

Although a new edition of the PGWB index comprising 58 items has been developed, not enough research has been done to identify the items that best indicate postulated substates of subjective well-being. The validity studies of the PGWB index have been mainly limited to its relationships with negative conditions. Behaviors and conditions that indicate more positive life events would be useful in evaluating the meaning of higher levels of PGWB.

The Psychological General Well-being (PGWB) Index **181**

CONFIDENTIAL
AZSER12750896

## DATA SOURCES

Much of the data presented in this report has been compiled by this author from a number of sources, some of which provided only summary data, and others only the individual PGWB records. The Rand report[1] provides more extensive data than wree reported on here. The Rand report and a recent review of subjective well-being[9] provide extensive reference lists on the subject of psychological general well-being. A detailed analysis of the PGWB index using the HANES–I sample has been reported.[10] The analyses, using the Automatic Interaction Detector (AID) procedure, cover the relationships of sociodemographic, health-history, and mental-health variables with the PGWB index.

## REFERENCES

**1.** *Ware JE, Johnston SA, Davies-Avery A, et al:* Conceptualization and Measurement of Health for Adults in the Health Insurance Study. *Santa Monica, CA, Rand Corporation, 1979, vol 3:* Mental Health, R-1987/3–HEW.

**2.** *Dupuy HJ: The psychological section of the current health and nutrition examination survey, in* The Proceedings of the Public Health Conference on Records and Statistics, Meeting Jointly with the National Conference on Mental Health Statistics, 14th National Meeting, June 12–15, 1972, *US Department of Health, Education, and Welfare publication No. (HRA) 74–1214. Government Printing Office, 1973.*

**3.** *Dupuy HJ: Utility of the National Center for Health Statistics' General Well-Being Schedule in the assessment of self-representations of subjective well-being and distress, in* The National Conference on Evaluation in Alcohol, Drug Abuse and Mental Health Programs. ADAMHA, *Washington, DC, 1974.*

**4.** *Kammann R, Flett R: Affectometer 2: A scale to measure current level of general happiness.* Aust J Psychol *1983;35:259–265.*

**5.** *Fazio AF:* A Concurrent Validational Study of the NCHS General Well-Being Schedule. *Vital and Health Statistics Series 2, Hyattsville, MD, National Center for Health Statistics, 1977, No. 73.*

**6.** *Guilford JP:* Fundamental Statistics in Psychology and Education. *New York, McGraw-Hill, 1965.*

**7.** *Tryon RC: Reliability and behavior domain validity.* Psychol Bull *1957;54:229–249.*

CONFIDENTIAL
AZSER12750897