Kay Redfield Jamison

BEST COPY AVAILABLE

| Table 1. Evaluation of Major Suicide Risk Factors[a] |
| --- |
| Acknowledged plans for suicide |
| Presence or absence of severe anxiety, agitation, or perturbation |
| Pervasiveness, type, and severity of psychopathology |
| Extent of hopelessness |
| Presence of severe sleep disturbances or mixed states |
| Current alcohol or drug abuse |
| Ease of access to a lethal means, especially firearms |
| Lack of access to medical and psychological treatment |
| Recent severe stress events, eg, divorce, job loss, or death in family |
| Family history of suicidal or violent behavior |
| Social isolation or lack of friends and family |
| Close proximity to a first episode of depression, mania, or schizophrenia |
| Recent release from a psychiatric hospital |
| History of previous suicide attempts |
| [a]Adapted from reference 1. |

| Table 2. Medical Interventions to Prevent Suicide[a] |
| --- |
| Improve public and professional awareness of risk factors for suicide |
| Limit access to firearms and alcohol |
| Enhance access to appropriate clinical assessment and safe, effective treatments for mood and psychotic disorders |
| Support additional research to clarify specific benefits and risks of medical and social interventions aimed at preventing suicide |
| [a]From refererence 17, with permission. |

whether they actually lessen the chances of suicidal individuals killing themselves is less clear. The very success of psychopharmacology in treating serious mental illness has had the unfortunate effect of minimizing the importance of psychotherapy in healing patients and keeping them alive. Psychotherapy can be extremely helpful, not only in sustaining patients through times of terrible psychological suffering and encouraging them to learn better ways of handling suicidal impulses, but also in helping patients to deal with the critical and gnarly problem of medication noncompliance.

## CLINICAL CONSIDERATIONS

In a clinical setting, an assessment of suicidal risk must precede any attempt to treat psychiatric illness, and asking a patient directly about suicidal thoughts or plans is an essential part of history taking. Many patients, especially women, are reluctant to acknowledge violent and impulsive behavior, either in themselves or in relationships with others. However, it is vitally important to obtain an accurate and comprehensive history of violence and impulsivity, because these two risk factors in conjunction with psychiatric illness can create a flash point for suicide.

In addition to an individual's suicidal thoughts or plans, other risk factors that should be evaluated include the presence or absence of severe anxiety, agitation, or perturbation; pervasiveness, type, and severity of psychopathology; extent of hopelessness; presence of a severe sleep disturbance or of mixed states; current alcohol or drug abuse; ease of access to a lethal means of suicide, especially firearms; lack of access to good medical and psychological treatment; recent severe stress events, such as a divorce, job loss, or death in the family; family history of suicidal or violent behavior; social isolation or a lack of friends and family; close proximity to a first episode of depression, mania, or schizophrenia; recent release from a psychiatric facility; and a history of previous suicide attempts (Table 1).[1]

Attitudes about suicide are changing.[1] Suicide is increasingly perceived as a manifestation of severe psychiatric distress that is often associated with a diagnosable and treatable form of depression or other mental illness. In 1997, Senator Harry Reid of Nevada—whose father committed suicide and whose home state has consistently had the highest suicide rate in the nation—introduced a resolution in the U.S. Senate that proposed a coherent and comprehensive national strategy to prevent suicide. The resolution acted as a catalyst for government health agencies, suicide prevention groups, mental health advocacy groups, and active grassroots organizations to begin to network with each other and to respond to and promote safe and effective treatment for people at risk for suicide. Leading the effort is David Satcher, M.D., Ph.D., Surgeon General of the United States and former director of the Centers for Disease Control and Prevention. His 1999 *Surgeon General's Report on Suicide* is the first official report published on the subject of suicide in the 200 years of his office.

At a recent symposium on suicide, the participants formulated a consensus statement on suggested medical interventions in preventing suicide (Table 2).[17] Proposed interventions included (1) improving public and professional awareness of risk factors for suicide, (2) limiting access to firearms and alcohol, (3) enhancing access to appropriate clinical assessment and promoting increasingly safe and effective treatments for mood and psychotic disorders, and (4) supporting additional research to clarify the specific benefits and risks of medical and social interventions aimed at preventing suicide.

*Disclosure of off-label usage:* The author has determined that, to the best of her knowledge, no investigational information about pharmaceutical agents has been presented in this article that is outside U.S. Food and Drug Administration–approved labeling.

## REFERENCES

1. Jamison KR. Night Falls Fast: Understanding Suicide. New York, NY: Knopf; 1999
2. Mann JJ, Waternaux C, Haas GL, et al. Toward a clinical model of suicidal behavior in psychiatric patients. Am J Psychiatry 1999;156:181–189
3. Mann JJ, Oquendo M, Underwood MD, et al. The neurobiology of suicide risk: a review for the clinician. J Clin Psychiatry 1999;60(suppl 2):7–11
4. Asberg M, Nordstrom P, Traskman-Bendz L. Cerebrospinal fluid in suicide: an overview. Ann N Y Acad Sci 1986;487:243–255
5. Arango V, Underwood MD, Gubbi AV, et al. Localized alterations in pre- and postsynaptic serotonin binding sites in the ventrolateral prefrontal cortex of suicide victims. Brain Res 1995;688:121–133

CONFIDENTIAL
AZSER12750943

BEST COPY AVAILABLE

6. Tondo L, Baldessarini RJ, Hennen J, et al. Suicide attempts in major affective disorder patients with comorbid substance use disorders. J Clin Psychiatry 1999;60(suppl 2):63–69

7. Shaffer D, Craft L. Methods of adolescent suicide prevention. J Clin Psychiatry 1999;60(suppl 2):70–74

8. Runeson B. Psychoactive substance use disorder in youth suicide. Alcohol 1990;25:561–568

9. Simpson SG, Jamison KR. The risk of suicide in patients with bipolar disorder. J Clin Psychiatry 1999;60(suppl 2):53–56

10. Inskip HM, Harris EC, Barraclough B. Lifetime risk of suicide for affective disorder, alcoholism, and schizophrenia. Br J Psychiatry 1998;172:35–37

11. Harris EC, Barraclough B. Suicide as an outcome for mental disorders: a meta-analysis. Br J Psychiatry 1997;170:205–208

12. Eaton WW, Kessler RG, eds. Epidemiologic Field Methods in Psychiatry: The NIMH Epidemiologic Catchment Area Program. Orlando, Fla: Academic Press; 1985

13. Angst J, Angst F, Stassen HH. Suicide risk in patients with major depressive disorder. J Clin Psychiatry 1999;60(suppl 2):57–62

14. Isometsä ET, Henriksson MM, Aro HM, et al. Suicide in bipolar disorder in Finland. Am J Psychiatry 1994;151:1020–1024

15. Baldessarini RJ, Tondo L, Hennen J. Effects of lithium treatment and its discontinuation on suicidal behavior in bipolar manic-depressive disorders. J Clin Psychiatry 1999;60(suppl 2):77–84

16. Thies-Flechtner K, Müller-Oerlinghausen B, Seibert W, et al. Effect of prophylactic treatment on suicide risk in patients with major affective disorders: data from a randomized prospective trial. Pharmacopsychiatry 1996;29:103–107

17. Baldessarini RJ, Jamison KR. Effects of medical interventions on suicidal behavior [Summary and Conclusions]. J Clin Psychiatry 1999;60(suppl 2):117–122

103

CONFIDENTIAL
AZSER12750944

BEST COPY AVAILABLE

VOL. 13, NO. 2, 1987

# The Positive and Negative Syndrome Scale (PANSS) for Schizophrenia

by Stanley R. Kay, Abraham Fiszbein, and Lewis A. Opler

## Abstract

The variable results of positive-negative research with schizophrenics underscore the importance of well-characterized, standardized measurement techniques. We report on the development and initial standardization of the Positive and Negative Syndrome Scale (PANSS) for typological and dimensional assessment. Based on two established psychiatric rating systems, the 30-item PANSS was conceived as an operationalized, drug-sensitive instrument that provides balanced representation of positive and negative symptoms and gauges their relationship to one another and to global psychopathology. It thus constitutes four scales measuring positive and negative syndromes, their differential, and general severity of illness. Study of 101 schizophrenics found the four scales to be normally distributed and supported their reliability and stability. Positive and negative scores were inversely correlated once their common association with general psychopathology was extracted, suggesting that they represent mutually exclusive constructs. Review of five studies involving the PANSS provided evidence of its criterion-related validity with antecedent, genealogical, and concurrent measures, its predictive validity, its drug sensitivity, and its utility for both typological and dimensional assessment.

Schizophrenia has long been regarded as a heterogeneous entity, and over the decades researchers have sought consistent subpatterns that might explain different aspects of this complex disorder. Most recently, Crow (1980a, 1980b) and Andreasen (1982; Andreasen and Olsen 1982) have proposed that two distinct syndromes in schizophrenia can be discerned from the phenomenological profiles. The Type I, or positive, syndrome is composed of florid symptoms, such as delusions, hallucinations, and disorganized thinking, which are superimposed on the mental status. The Type II, or negative, syndrome is characterized by deficits in cognitive, affective, and social functions, including blunting of affect and passive withdrawal.

It has been speculated that these syndromes in schizophrenia bear etiological, pharmacological, and prognostic import. Thus, Crow (1980a) conceived of the positive symptoms as an aspect of hyperdopaminergia (hence, a neuroleptic-responsive disorder) in contrast to a structural brain deficit that was thought to underlie the negative symptoms. The research to date has provided some indirect support for this model (e.g., Johnstone et al. 1976, 1978a, 1978b; Andreasen and Olsen 1982), but the diversity of results has defied clear-cut interpretations. For example, Angrist, Rotrosen, and Gershon (1980) noted that one of the three negative symptoms assessed *improved* with neuroleptics, and Andreasen et al. (1982) found none of five negative symptoms to be associated with ventricular size as assessed by computed tomography of schizophrenic patients. The distinctiveness of the syndromes and their stability over different phases of illness also have been questioned. Whereas Andreasen and Olsen (1982) contended that positive and negative syndromes are "at opposite ends of a continuum," Pogue-Geile and Har-

Reprint requests should be sent to Dr. Stanley R. Kay, Research and Assessment Unit, Bronx Psychiatric Center, 1500 Waters Pl., Bronx, NY 10461.

CONFIDENTIAL
AZSER12750945

BEST COPY AVAILABLE

row (1984) observed a significant interrelationship during the posthospitalization phase. Lindenmayer, Kay, and Friedman (1986) further demonstrated that the external correlates of positive and negative syndromes among acute schizophrenics change over the course of 2 years.

Research findings, of course, are at best only as reliable and valid as the measures on which they are based. Thus, a fundamental source of variability that can account for the disparate results is the instrument used for positive-negative assessment. Well-characterized and standardized techniques are a clear prerequisite for meaningful study of these syndromes, their relationship to other features of schizophrenia, and their response to medication. Although several carefully conceived scales have been devised recently (e.g., Andreasen and Olsen 1982; Lewine, Fogg, and Meltzer 1983; Heinrichs, Hanlon, and Carpenter 1984; Iager, Kirch, and Wyatt 1985), none have undergone the thorough process of psychometric standardization that is necessary to address fundamental, and as yet highly contested, issues of content and construct validity (Sommers 1985). It has also been a matter of concern that to achieve satisfactory reliability and validity, more rigor is needed in providing strict operational criteria for eliciting, defining, and measuring symptoms (Zubin 1985). Other limitations in some of the reported methods include the following: (1) evaluation of the presence but not severity of component symptoms, (2) imbalance in the number of items representing positive and negative facets, (3) inapplicability for both typological and dimensional assessment of syndromes, (4) no evidence of sensitivity for monitoring drug-related

changes, (5) no measurement of the relative preponderance of positive versus negative symptoms, and (6) no measure of general psychopathology and its possible influence on the severity of positive and negative syndromes.

The purpose of this study was to develop and standardize a well-defined instrument for positive-negative assessment that attends to these methodological and psychometric considerations. In addition, we recognized the need for a procedure that can be applied in relatively brief time (40–50 minutes), with minimal retraining and reorientation for the clinician, and that can be used repeatedly for longitudinal or psychopharmacological assessment. We report here on the development and initial standardization of the Positive and Negative Syndrome Scale (PANSS) involving 101 schizophrenics and review evidence of its validity from five separate studies.

## Methods

**Subjects and Design.** Patients with an unqualified diagnosis of schizophrenia were surveyed to assess the distribution, reliability, construct validity, and criterion-related validity of the PANSS. The medical charts of inpatients from long-term psychiatric units in a university-affiliated urban hospital were screened consecutively to select those having a formal *DSM–III* diagnosis of schizophrenia (American Psychiatric Association 1980). All cases with questionable diagnosis, known organic disorder, or mental retardation were excluded. The remainder were interviewed on their own wards by one of two research psychiatrists to ascertain independently whether patients met *DSM–III* criteria for schizophrenia. If diagnoses were thus confirmed, patients underwent the semiformalized PANSS

interview (*infra*) and were then assessed on the PANSS scales plus a series of measures deriving from clinical interview, cognitive testing, motor assessment, and careful review of medical and historical records. These measures are described in separate articles that chiefly address their relationship to positive and negative syndromes (Kay, Opler, and Fiszbein 1986; Opler, Kay, and Fiszbein 1986).

The assessments were conducted by two research psychiatrists, one of whom collected data on 47 patients and the other on 54. Both psychiatrists first underwent intensive training in the PANSS interview and rating methods until satisfactory team concordance was achieved, and subsequently they rated patients individually. The raters held no a priori assumptions about the outcome of data and were unaware of results on the PANSS, which was undertaken before other measures but scored only after the conclusion of study.

The final sample consisted of 101 subjects of ages 20–68 (mean = 36.81, SD = 11.16), including 70 males, 31 females, 33 whites, 43 blacks, and 25 Hispanics. Twelve patients were married, 10 divorced, and the remainder single. Mean education was 10.09 years (SD = 2.92), with the range extending to 4 years of college in four cases. Twenty-nine subjects had a first-degree relative who was previously hospitalized for psychiatric treatment; schizophrenia was specified in five cases and affective disorder (depressive, manic, or bipolar) in 10 cases; alcohol abuse was reported in the nuclear family of 16 patients; and among 13 subjects there was evidence of family sociopathy, as judged by record of criminal behavior and prosecution.

On the average, patients were

CONFIDENTIAL
AZSER12750946

Case 6:06-md-01769-ACC-DAB   Document 1355-19   Filed 03/11/09   Page 5 of 45 PageID 64850

BEST COPY AVAILABLE

first hospitalized at age 22.39 years (SD = 8.63) and had since been ill for 14.41 years (SD = 8.95), with a median of six separate admissions. Over the past year and a half, 67.4 percent of the sample experienced continuous hospitalization, while for the remainder the mean duration of inpatient stay was 195 days. All were receiving neuroleptic medication in standard dose ranges at the time of study.

**Assessment Procedure.** The PANSS ratings are based on all information pertaining to a specified period, usually the previous week. The information derives from both clinical interview and reports of primary care staff (if institutionalized) or family members. The latter is the essential source for assessing social impairment, including items of impulse control, hostility, passive withdrawal, and active social avoidance. All other ratings accrue from a 30- to 40-minute semiformalized psychiatric interview that permits direct observation of affective, motor, cognitive, perceptual, attentional, integrative, and interactive functions. The interview may be conceptualized as involving four phases.[1]

In the first 10–15 minutes, patients are encouraged to discuss their history, circumstances surrounding their hospitalization, their current life situation, and their symptoms. The object of this phase is to establish rapport and allow the patient to express areas of concern. Therefore, the interviewer at this point assumes a nondirective, unchallenging

posture to observe, as unobtrusively as possible, the nature of thought processes and content, judgment and insight, communication and rapport, and affective and motor responses.

Deviant material from the first segment of the interview is probed during the second phase, lasting another 10–15 minutes, through prototypic leading questions that progress from unprovocative, nonspecific inquiry (e.g., How do you compare to the average person? Are you special in some ways?) to more direct probe of pathological themes (e.g., Do you have special or unusual powers? Do you consider yourself famous? Are you on a special mission from God?). The object now is to assess productive symptoms that can be judged from the patient's report and elaborations thereof, such as hallucinations, delusional ideation, suspiciousness, and grandiosity. For this purpose, the interviewer attempts to establish first the presence of symptoms and next their severity, which is generally weighted according to the prominence of abnormal manifestations, their frequency of occurrence, and their disruptive impact on daily functioning.

The third and most focused phase of the interview, requiring another 5–10 minutes, involves a series of specific questions to secure information on mood state, anxiety, orientation to three spheres, and abstract reasoning ability. The evaluation of abstract reasoning, for example, consists of a range of questions on concept formulation (e.g., How are a train and bus alike?) and proverb interpretation, which are varied in content when using the PANSS for repeated assessment.

After all the essential rating information is obtained, the final 5–10 minutes of the interview are allo-

cated for more directive and forceful probing of areas where the patient appeared defensive, ambivalent, or uncooperative. For example, a patient who avoided forthright acknowledgment of having a psychiatric disorder may be challenged for a decisive statement. In this last phase, therefore, the patient is subjected to greater stress and testing of limits, which may be necessary to proceed beyond the social demand characteristics inherent in the interview situation and to explore susceptibility to disorganization.

The interview procedure thereby lends itself to observation of physical manifestations (e.g., tension, mannerisms and posturing, excitement, and blunting of affect), interpersonal behavior (e.g., poor rapport, uncooperativeness, hostility, and impaired attention), cognitive-verbal processes (e.g., conceptual disorganization, stereotyped thinking, and lack of spontaneity and flow of conversation), thought content (e.g., grandiosity, somatic concern, guilt feelings, and delusions), and response to structured questioning (e.g., disorientation, anxiety, depression, and difficulty in abstract thinking).

**Positive and Negative Syndrome Scale (PANSS).** Data elicited by this assessment procedure are applied to the PANSS, a 30-item, 7-point rating instrument that has adapted 18 items from the Brief Psychiatric Rating Scale (BPRS) (Overall and Gorham 1962) and 12 items from the Psychopathology Rating Schedule (PRS) (Singh and Kay 1975a). Each item on the PANSS is accompanied by a complete definition as well as detailed anchoring criteria for all seven rating points, which represent increasing levels of psychopathology: 1 = absent, 2 = minimal, 3 = mild, 4 = moderate, 5 = moderate-

---

[1] Full text of the PANSS Rating Manual, which includes the interview procedure, item definitions, anchoring point descriptions, and rating form, is available on request from the authors.

CONFIDENTIAL
AZSER12750947

BEST COPY AVAILABLE

severe, 6 = severe, and 7 = extreme. Four sample items from the PANSS appear in the Appendix, and scoring is performed on a separate rating form in consultation with the Rating Manual.

In assigning ratings, one first refers to the item definition to determine presence of a symptom. The severity of an item, if present, is then judged by using a holistic perspective in deciding which anchoring point best characterizes the patient's functioning, whether or not all elements of the description are observed. The highest applicable rating point is always assigned, even if the patient meets criteria for lower ratings as well.

Of the 30 psychiatric parameters assessed on the PANSS, seven were chosen a priori to constitute a Positive Scale, seven a Negative Scale, and the remaining 16 a General Psychopathology Scale (see table 3 for the listing of component items).

The selection of items was guided by five considerations, in the following order of importance: (1) Items must be consistent with the hypothetical construct, i.e., with the theoretical concept of positive and negative psychopathology as representing productive features superadded to the mental status vs. deficit features characterized by loss of functioning (cf. Andreasen and Olsen 1982). (2) As per Carpenter, Heinrichs, and Alphs (1985), items should comprise symptoms whose classification as positive or negative is unambiguous and which, by most accounts, are regarded as primary rather than derivative (as, for example, impaired attention, disorientation, and preoccupation may be secondary to arousal disorder or hallucinations). (3) They should be representative of different spheres of functioning (e.g., cognitive, affective, social, and communicative) to

optimize content validity. (4) To the extent possible, they should include symptoms consensually regarded as crucial to the definition of the positive syndrome (e.g., hallucinations, delusions, and disorganized thinking) and negative syndrome (e.g., blunted affect, emotional withdrawal, and apathetic social withdrawal). (5) For practical and psychometric reasons, such as facilitating cross-comparisons and equalizing reliability potential, the numbers of items included in the positive and negative scales should be the same.

Insofar as this approach was determined by theoretical and heuristic considerations, there was no certainty that all chosen items would be equally well suited or that all suitable items had been chosen; the internal validity of the scales' composition was to be determined empirically by the data herein assembled.

The General Psychopathology Scale was included as an important adjunct to the positive-negative assessment since it provides a separate but parallel measure of severity of schizophrenic illness that can serve as a point of reference, or control measure, for interpreting the syndromal scores. It was not assumed

that this scale is statistically or conceptually distinct from the positive-negative assessment (an issue which also was to be determined by this study), but only that it may be used as a yardstick of collective non-specific symptoms against which to judge severity of distinct positive and negative manifestations.

In addition to these three scales, a bipolar Composite Scale was conceived to express the direction and magnitude of difference between positive and negative syndromes. This score was considered to reflect the degree of predominance of one syndrome over the other, and its valence (positive or negative) may serve for typological characterization.

The PANSS is scored by summation of ratings across items, such that the potential ranges are 7–49 for the Positive and Negative Scales and 16–112 for the General Psychopathology Scale. The Composite Scale is arrived at by subtracting the negative from positive score, thus yielding a bipolar index that ranges from −42 to +42.

### Results

**Distribution of Scores.** Table 1 summarizes the distribution characteristics of the four scales from the

**Table 1. Distribution characteristics of the PANSS for 101 schizophrenics**

| Distribution characteristics | PANSS scale | | | |
|---|---|---|---|---|
| | Positive | Negative | Composite | General psychopathology |
| Mean | 18.20 | 21.01 | − 2.69 | 37.74 |
| Median | 18 | 20 | − 2 | 36 |
| SD | 6.08 | 6.17 | 7.45 | 9.49 |
| Range (potential) | 7 to 49 | 7 to 49 | −42 to +42 | 16 to 112 |
| | | | | 19 to 63 |
| Range (obtained) | 7 to 32 | 8 to 38 | −25 to +13 | |
| Skewness | .07 | .48 | − .45 | .23 |
| Kurtosis | − .97 | .06 | .13 | − .30 |

*Note.*—PANSS = Positive and Negative Syndrome Scale.

CONFIDENTIAL
AZSER12750948

BEST COPY AVAILABLE

VOL. 13, NO. 2, 1987

265

### Figure 1. Frequency polygraph of distributions on the 4 scales of the Positive and Negative Syndrome Scale (PANSS)



PANSS was examined using coefficient α to analyze its internal consistency and the contribution of the component items. As detailed in table 3, each of the items making up the Positive and Negative Scales correlated very strongly with the scale total ($p < .001$), and the mean item-total correlations of .62 and .70, respectively, far exceeded the cross-correlations of .17 (Positive items with Negative Scale) and .18 (Negative items with Positive Scale). The α coefficients with single items removed ranged from .64 to .84, and no perceptible gain on either scale

PANSS, and the full spectrum of scores is illustrated in figure 1. All four measures exhibited a roughly normal distribution pattern, without substantial skewness or kurtosis. This observation suggested that the constructs in question represent typical continua and that their measurement is amenable to parametric statistical treatment. The obtained range of scores in all cases was considerably less than the potential range, suggesting that the scales were of ample breadth to avoid ceiling restrictions. The medians of the Positive and Negative Scales were strikingly close (18 and 20, respectively), and therefore the Composite Scale, representing their differential, exhibited a median of -2, which indicated an almost equal contribution by positive and negative items.

On the basis of the normality of distribution, it was possible to convert raw scores for each of the PANSS scales to percentile ranks (table 2). This process enables provisional interpretation of individual scores with reference to a medicated chronic schizophrenic sample.

**Internal Consistency and Test-Retest Reliability.** The reliability of the

### Table 2. PANSS distribution based on sample of 101 schizophrenics: Conversion of raw scores to percentile ranks

| Percentile rank | Raw score on PANSS scale | | | |
|---|---|---|---|---|
| | Positive | Negative | Composite | General psychopathology |
| 99.9 | 37 | 40 | 21 | 67 |
| 99 | 33 | 36 | 15 | 60 |
| 98 | 31 | 34 | 13 | 58 |
| 95 | 29 | 32 | 10 | 54 |
| 90 | 26 | 29 | 7 | 50 |
| 85 | 25 | 28 | 5 | 48 |
| 80 | 24 | 27 | 4 | 46 |
| 75 | 23 | 26 | 3 | 44 |
| 70 | 22 | 25 | 2 | 43 |
| 65 | 21 | 24 | 1 | 42 |
| 60 | 20 | 23 | 0 | 40 |
| 55 | 19 | 22 | − 1 | 39 |
| 50 | 18 | 21 | − 2 | 38 |
| 45 | — | — | − 4 | 36 |
| 40 | 17 | 20 | − 5 | 35 |
| 35 | 16 | 19 | − 6 | 34 |
| 30 | 15 | 18 | − 7 | 33 |
| 25 | 14 | 17 | − 8 | 31 |
| 20 | 13 | 16 | − 9 | 30 |
| 15 | 12 | 15 | −11 | 28 |
| 10 | 11 | 14 | −13 | 26 |
| 5 | 8 | 11 | −15 | 22 |
| 2 | 7 | 8 | −18 | 18 |
| 1 | — | 7 | −20 | 16 |
| 0.1 | — | — | −25 | |

Note.—PANSS = Positive and Negative Syndrome Scale.

CONFIDENTIAL
AZSER12750949

BEST COPY AVAILABLE

**Table 3. Internal reliability analysis of the PANSS**

| Individual scale items | Mean | SD | Item-total correlation | p | α coefficient with item deleted |
|---|---|---|---|---|---|
| Positive Scale | | | | | |
| Delusions | 3.18 | 1.52 | .78 | <.001 | .64 |
| Conceptual disorganization | 3.03 | 1.42 | .48 | <.001 | .73 |
| Hallucinatory behavior | 2.50 | 1.70 | .66 | <.001 | .70 |
| Excitement | 2.35 | 1.24 | .55 | <.001 | .71 |
| Grandiosity | 2.36 | 1.56 | .64 | <.001 | .73 |
| Suspiciousness | 2.70 | 1.24 | .61 | <.001 | .69 |
| Hostility | 2.10 | 1.14 | .59 | <.001 | .70 |
| Scale total | 18.20 | 6.08 | (α = .73, p<.001) | | |
| Negative Scale | | | | | |
| Blunted affect | 2.94 | .93 | .63 | <.001 | .81 |
| Emotional withdrawal | 3.03 | 1.08 | .78 | .<.001 | .78 |
| Poor rapport | 2.58 | 1.44 | .76 | <.001 | .79 |
| Passive-apathetic social withdrawal | 2.78 | 1.19 | .79 | <.001 | .78 |
| Difficulty in abstract thinking | 3.95 | 1.34 | .61 | <.001 | .82 |
| Lack of spontaneity & flow of conversation | 2.87 | 1.45 | .86 | <.001 | .76 |
| Stereotyped thinking | 2.90 | 1.30 | .50 | <.001 | .84 |
| Scale total | 21.01 | 6.17 | (α = .83, p<.001) | | |
| General Psychopathology Scale | | | | | |
| Somatic concern | 2.39 | 1.21 | .48 | <.001 | .77 |
| Anxiety | 2.43 | 1.20 | .60 | <.001 | .77 |
| Guilt feelings | 1.72 | 1.06 | .23 | <.02 | .79 |
| Tension | 2.35 | 1.19 | .70 | <.001 | .76 |
| Mannerisms & posturing | 1.54 | 1.12 | .33 | <.001 | .79 |
| Depression | 1.90 | .97 | .24 | <.02 | .79 |
| Motor retardation | 2.09 | 1.10 | .27 | <.01 | .79 |
| Uncooperativeness | 2.11 | 1.21 | .51 | <.001 | .78 |
| Unusual thought content | 3.42 | 1.49 | .51 | <.001 | .78 |
| Disorientation | 2.09 | 1.14 | .42 | <.001 | .78 |
| Poor attention | 2.45 | 1.28 | .65 | <.001 | .76 |
| Lack of judgment & insight | 3.82 | 1.31 | .35 | <.001 | .79 |
| Disturbance of volition | 2.10 | 1.30 | .66 | <.001 | .76 |
| Poor impulse control | 2.17 | 1.31 | .66 | <.001 | .76 |
| Preoccupation | 2.71 | 1.18 | .60 | <.001 | .76 |
| Active social avoidance | 2.48 | 1.18 | .43 | <.001 | .78 |
| Scale total | 37.74 | 9.49 | (α = .79, p <.001) | | |

*Note.*—PANSS = Positive and Negative Syndrome Scale.

could be achieved by discarding any item. Overall, the α coefficients for the Positive and Negative Scales were .73 and .83, respectively (p < .001).

As expected, both scales correlated strongly with the Composite Scale, and they yielded coefficients of similar magnitude (r = .59 and −.61, respectively, p < .001). This again indicated that the two scales contributed equivalently to the com-

CONFIDENTIAL
AZSER12750950

BEST COPY AVAILABLE

posite score, which thus represented a reasonable balance between positive and negative features.

The General Psychopathology Scale similarly revealed high internal consistency, producing an α coefficient of .79 ($p < .001$). Each of the 16 component items contributed homogeneously to the scale (α ranged from .76 to .79 with single items removed) and correlated significantly with the total score (table 3).

The internal reliability of the General Psychopathology Scale could further be evaluated by the split-half method comparing odd and even items. When the Spearman-Brown prophesy formula was used, the reliability coefficient from the sample of 101 was .80 ($p < .001$). This scale correlated substantially also with the Positive and Negative Scales ($r = .68$ and .60, respectively, $p < .001$), whereas its correlation with the Composite Scale was nonsignificant ($r = .07$). Accordingly, both positive and negative symptoms seemed to be potentiated by severity of global illness, and in a nondifferentiating manner.

From within the full sample it was possible to study the test-retest stability and reliability of the PANSS 3–6 months later in a cohort of 15 unremitted patients who remained hospitalized on a research ward and, by inference, proved refractory to their ongoing neuroleptic treatment. Their initial assessment revealed somewhat higher than average scores on the Positive, Negative, and General Psychopathology Scales (mean = 21.07, 25.60, and 46.67, respectively). Despite measurable clinical gains during the intervening phase, as indicated by a small but significant drop of 4.74 points on the General Psychopathology Scale (correlated $t = 2.59$, $p < .05$), the positive and negative scores were not noticeably affected (mean = 21.13 and 26.27, respectively, $p > .40$). More importantly, the relative ordering of PANSS scores between baseline and followup held fairly constant over this extended period, despite the inevitable clinical variations and secular trends. For the Positive, Negative, Composite, and General Psychopathology Scales, respectively, the test-retest Pearson correlations were .80 ($p < .001$), .68 ($p < .01$), .66 ($p < .01$), and .60 ($p < .02$), which corresponded to reliability indexes ranging from .77 to .89 as estimates of their theoretically true values (Garrett 1964).

**Construct Validity.** A direct interrelationship of modest size was found between the Positive and Negative Scales ($r = .27$, $p < .01$), suggesting that the two syndromes are not independent. However, their common association with general schizophrenic pathology, as described above, raised the possibility that severity of the disorder mediated the covariation between two otherwise distinct scales. This proposition was supported by a partial correlation which, upon extracting the shared variance from the General Psychopathology Scale, revealed a significant *inverse* correlation between positive and negative scores ($r_{12.3} = -.23$, $t_{98} = 2.37$, $p < .02$). Thus, once the influence of severity of illness was removed statistically, the Positive and Negative Scales tended to be mutually exclusive. Because of the pervasive contribution of general severity of psychopathology, of course, the two syndromes clinically can be expected to overlap to some degree.

**Criterion-Related Validity.** The discriminant and convergent validity of the PANSS was supported by its correlations with a series of clinical, genealogical, psychometric, and historical assessments, as reported by Kay, Opler, and Fiszbein (1986). These data were analyzed using second-order partial correlations to adjust for age and extrapyramidal syndrome, as measured by the Abnormal Involuntary Movement Scale (National Institute of Mental Health 1974) and Extrapyramidal Rating Scale (Alpert et al. 1978), since these two parameters covaried significantly with the negative pole of the Composite Scale ($r = -.25$ and $-.26$, respectively, $p < .02$). The results indicated that the Positive, Negative, and Composite Scales of the PANSS were not influenced by extraneous variables such as race, cultural group, chronicity of illness, depressive symptoms (BPRS) or sad affective tone (Manifest Affect Rating Scale; Alpert and Ammons 1983), verbal intelligence (Quick Test; Ammons and Ammons 1962), temporal attention (Span of Attention Test; Kay and Singh 1974), and perceptual-motor development (Progressive Figure Drawing Test; Kay 1982).

On the other hand, as summarized in table 4, the Positive and Negative Scales produced distinctive profiles across the various spheres of assessment, and many of the differences were substantiated by significant correlations of dependent variables with the Composite Scale. Thus, the positive syndrome was distinguished by unusual thoughts, anxiety, anger, preoccupation, disorientation, labile affect, more frequent episodes of hospitalization, and greater likelihood of sociopathy in first-degree relatives. Conversely, the negative syndrome was characterized by slowed motorium, deficits on several affective measures, thought impoverishment, lesser education, and dysfunction on developmentally based cognitive tests.

CONFIDENTIAL
AZSER12750951

**Table 4. Relationship of the PANSS to external variables**

| Variable | Significant partial correlation ($p<.05$) | | | |
| --- | --- | --- | --- | --- |
| | Positive | Negative | Composite | General psychopathology |
| Demographic/historical | | | | |
| Number of hospital admissions | .20 | | | |
| Years of education | | −.29 | .33 | |
| Male gender | | .21 | | |
| Family history of illness | | | | |
| Sociopathy | .21 | | | |
| Unspecified psychosis | | .29 | | .28 |
| Major affective disorder | | −.21 | | |
| Total psychiatric illness | | | | .20 |
| Cognitive/psychometric | | | | |
| Egocentricity of Thought Test (CDB) | | −.34 | .24 | |
| Random number fluency | | −.33 | .39 | |
| Color Form Preference Test (CDB) | | | .27 | |
| Affective (MARS) | | | | |
| Angry affective tone | .46 | | .23 | .47 |
| Affective lability | .31 | | | |
| Total affective impairment | | .64 | −.41 | |
| Dull facial expression | | .54 | −.40 | .24 |
| Impoverished thought content | | .52 | −.49 | |
| Global unrelatedness | | .50 | −.42 | .27 |
| Lack of vocal emphasis | | .49 | −.40 | .30 |
| Slow response latency | | .47 | −.36 | .39 |
| Global immobility | | .43 | −.43 | |
| Lack of expressive gestures | | .41 | −.37 | |
| Soft voice level | | .32 | −.30 | |
| Poor eye contact | | | | .46 |
| Increased noncommunicative movements | | | | .41 |
| Clinical (BPRS) | | | | |
| Unusual thought content | .73 | | .50 | — |
| Anxiety | .38 | | .33 | — |
| Preoccupation | .28 | | | — |
| Disorientation | .26 | | | — |
| Motor retardation | | .22 | −.28 | — |
| Somatic concern | | .20 | | — |

*Note.*—Based on study of 101 chronic schizophrenics (Kay, Opler & Fiszbein 1986). Shown are the significant ($p<.05$) nonoverlapping covariates of the Positive and Negative Scales and the correlates of the Composite and General Psychopathology Scales, excluding those clinical items that enter into the latter scale. *Abbreviations.*—CDB = Cognitive Diagnostic Battery (Kay1982); MARS = Manifest Affect Rating Scale (Alpert and Rush 1983); BPRS = Brief Psychiatric Rating Scale (Overall and Gorham 1962); PANSS = Positive and Negative Syndrome Scale.

It prevailed especially among males from families with history of psychotic disorder but not affective illness. The positive-negative distinction on the PANSS, accordingly, was sustained along familial, antecedent, and concurrent assessments and suggested a more pernicious disease process for the negative syndrome, one devolving from genealogical and ontogenetic sources (Kay, Opler, and Fiszbein 1985; Opler and Kay 1985; Opler, Kay, and Fiszbein 1986). A comparison of results with simple vs. partial correlations suggested that these findings were not mitigated by neuroleptic-induced side effects (Kay, Opler, and Fiszbein 1986).

Because of the number of correlations performed, the reliability of individual coefficients must be interpreted with due caution. The finding of a statistically significant relationship in a large sample, moreover, does not presuppose substantial shared variance between measures, which may be judged by the magnitude of the squared coefficients of correlation. What stands out as important for the present purposes, however, is the general pattern of correlations rather than the individual values. The extensiveness of significant associations, the consistency across different spheres and methods of assessment, the conceptual cohesiveness, and the corresponding unrelatedness of PANSS scores to extraneous variables may be regarded as evidence toward convergent and discriminant validity.

The General Psychopathology Scale, by comparison, yielded fewer external correlations and a nonspecific profile that encompassed both positive and negative characteristics (table 4). As a measure of severity of illness, the scale was significantly associated with seven of the affective symptoms reflecting

CONFIDENTIAL
AZSER12750952

BEST COPY AVAILABLE

both a productive syndrome (i.e., anger and increased noncommunicative movements) and deficits (e.g., dull facial expression, poor eye contact, and emotional unrelatedness). In terms of family psychiatric disorder, it correlated with psychosis as well as prevalence of any major disturbance among first-degree relatives (i.e., history of schizophrenia, affective illness, alcoholism, sociopathy, or suicide). Alternatively, it bore no significant relationship with the various control measures such as age, sex, marital status, cultural group, chronicity of illness, verbal intelligence, or neurological soft signs.

In keeping with the impression from the correlational analyses, stepwise multiple regression revealed no overlap among the parameters that best accounted for the Positive and Negative Scales. The Positive Scale, with 74 percent of its variance explained, was contributed to primarily by unusual thought content (i.e., bizarre quality of ideation), family history of sociopathy, angry affective tone, and global psychopathology. The Negative Scale, with 81 percent of its variance explained, was accounted for chiefly by general affective impairment on the Manifest Affect Rating Scale, family history of psychosis, cognitive developmental deficit on the Egocentricity of Thought Test (Kay 1982), impoverished thought content, lack of insight, and active social withdrawal. For the Composite Scale, which denotes tendency toward the positive or negative pole, 69 percent of the variance was predicted by unusual thought content, emotional unrelatedness, impoverished thought content, years of education, and conceptual development on the Color Form Representation Test (Kay 1982). The multiple correlation values for the three scales were .86, .90, and .84, respectively, all highly significant ($p < .001$).

**Pharmacological Validation.** The validity and drug sensitivity of the PANSS were examined experimentally by assessing differential response of syndrome scores to drug treatment.

In a single-subject experimental study, we analyzed changes on the PANSS when the dopamine precursor, L-dopa, was used adjunctively with neuroleptics (Kay and Opler 1985–86). The investigation followed a 27-week double-blind, placebo-controlled, reversal design. After 2 weeks of treatment with neuroleptics alone, a haloperidol + placebo combination was instituted for 13 weeks, followed by a haloperidol + L-dopa combination for the next 8 weeks, and then a return to haloperidol + placebo in the remaining 5 weeks. When the intervening L-dopa phase was compared against the preceding and following 4-week phases, significant improvement was found on the Negative Scale of the PANSS ($p < .05$) as well as two of the individual negative items, difficulty in abstract thinking ($p < .025$) and passive-apathetic social withdrawal ($p < .05$). By contrast, neither the Positive Scale nor any of its individual items showed change during the L-dopa challenge ($p > .50$).

A second investigation considered the specificity of adverse clinical reaction to anticholinergic drugs when used with neuroleptics. This work was predicated on the findings of Singh and Kay (1975a, 1975b, 1979) that antiparkinsonian agents tend to worsen psychiatric symptoms of neuroleptic-treated schizophrenics, and the more recent qualification by Johnstone et al. (1983) that the phenomenon obtains mainly to positive features of the illness. Thus, Singh, Kay, and Opler (1987) reanalyzed their earlier data on 47 well-defined schizophrenics who had received, under double-blind conditions, antiparkinsonian medication (benztropine or trihexyphenidyl) for 2 to 4 weeks along the course of neuroleptic treatment (haloperidol or chlorpromazine). Clinical ratings during the antiparkinsonian phase were contrasted against the preceding and following 2-week periods of neuroleptic alone, thus controlling for the time-series factor via an ABA' design (Singh and Kay 1978). The PANSS clusters were used to inspect the data, which was possible since ratings on both the BPRS and PRS had been conducted originally. Our results indicated that only the Positive Scale was adversely influenced by the anticholinergic intervention ($t = 2.58$, $p < .02$). The correlation between positive and negative clusters in their direction and magnitude of change proved nonsignificant, suggesting that the two scales did not covary in their response to anticholinergics.

**Typological Validation.** The PANSS has been applied also as a method of characterizing schizophrenic patients with a predominantly positive vs. a predominantly negative syndrome. We considered patients who scored "moderate" or higher on at least three of the seven positive items as positive-type schizophrenics and those with the reverse pattern ("moderate" on at least three negative items) as negative-type schizophrenics; patients who qualified for both groups or neither were labeled as mixed type. This system was applied in separate studies involving 37 acute (< 2 years of illness) and 47 chronic schizophrenics, all with confirmed *DSM–III* diagnosis (Lindenmayer, Kay,

CONFIDENTIAL
AZSER12750953

BEST COPY AVAILABLE

and Opler 1984; Opler et al. 1984).

The results supported the validity of the PANSS for isolating groups that differ on both antecedent and concurrent variables. A significant inverse relationship between positive and negative symptoms was obtained in both studies ($r = -.62$, $p < .001$, and $r = -.55$, $p < .01$, respectively). In the acute sample (Lindenmayer, Kay, and Opler 1984), patients classified by the PANSS as negative differed from the positive group in premorbid functioning (lesser schooling, $p < .02$; poorer work adjustment, $p < .10$), likelihood of nonparanoid subdiagnosis ($p < .02$), and various deficit symptoms that encompassed the cognitive, social, affective, and motor spheres. On objective psychometric tests, this group was distinguished by a developmentally more primitive cognitive style ($p < .01$) and slower psychomotor pace ($p < .05$) on the Cognitive Diagnostic Battery (Kay 1982), despite similar scores on tests of intelligence and visual-motor deficits. In both studies, no group differences were obtained on control variables such as sex, race, ethnic background, chronicity of illness, and level of general psychopathology.

Typological comparisons were rendered also in the Singh, Kay, and Opler (1987) study of clinical response to antiparkinsonian agents. From the baseline drug-free assessment with the PANSS, schizophrenic patients were prospectively classified as predominantly positive ($n = 25$) or negative type ($n = 22$)

according to the valence of their Composite Scale score (i.e., positive minus negative value above zero being positive and below zero being negative). It was found that only those classified as positive type showed subsequent clinical worsening when antiparkinsonian drugs were introduced ($p < .02$), while the negative group was essentially unaffected. Thus, complementing the studies of Lindenmayer, Kay, and Opler (1984) and Opler et al. (1984), which supported the validity of the PANSS typology in relation to antecedent and concurrent measures, the Singh, Kay, and Opler (1987) finding introduced evidence of predictive validity.

## Discussion

We have described the development and initial standardization of the 30-item PANSS as an instrument for measuring the prevalence of positive and negative syndromes in schizophrenia. A major impetus of its development was the need for a psychometrically sound procedure to serve typological and dimensional assessment. Perhaps its most important contributions are the provision of specified interview guidelines and assessment criteria, and the inclusion of two additional scales that consider positive-negative syndromes relative to one another and relative to general severity of psychopathology.

The PANSS method derives from two established psychiatric rating scales for which interrater agreement and treatment sensitivity have been demonstrated. As such, it proceeds from reliable techniques that are familiar to clinicians and researchers, requiring relatively little additional training. For the purpose of the PANSS, however, precise op-

erational definitions were introduced for all items at every rating level. These guidelines, by enhancing the objectivity and replicability of observations, are expected to augment concordance among raters. Although this aspect of reliability could not be measured in the present study,[2] the various other indicators of reliability, stability, and validity from a sample of 101 schizophrenic patients suggested that the goal of developing objective and replicable scales was met.

The PANSS scales, as already discussed, were assembled mainly on the basis of theoretical and psychometric considerations (e.g., definition of construct, content sampling, and balancing of items). The present empirical analyses indicated that the items selected were appropriate to the constructs and were internally coherent, yet it also emerged that other clinical variables could well have been included. Specifically, according to correlational and multiple regression analyses, a positive syndrome was strongly associated with unusual thought content and anxiety, while a negative syndrome seemed to encompass motor retardation, lack of judgment and insight, and active social avoidance.

As based on the initial item selection, however, the validation process supported the use of this instrument for positive-negative assessment. All four scales from the PANSS produced normal Gaussian distribution curves, which suggested amenability to powerful parametric statistics—hence, reduced risk of Type II error in clinical re-

[2]Since this article went to press, we have reported interrater reliabilities in a range between .83 and .87 for the four PANSS scales on a sample of 31 acute schizophrenics (Kay, Opler, and Lindenmayer, in press).

CONFIDENTIAL
AZSER12750954

BEST COPY AVAILABLE

VOL. 13, NO. 2, 1987

search. The reliability of the PANSS was upheld by coefficient α, split-half analysis, and test-retest methods, which also provided some evidence of stability in a refractory chronic schizophrenic cohort. Its validity was considered on the basis of five separate studies in which it served typological and/or dimensional assessment of schizophrenics. The studies supported its construct and criterion-related validity with respect to both antecedent and concurrent variables that involved historical, genealogical, clinical, and psychometric assessments.

The reliance on individual rather than team ratings raises the question of whether the outcomes may have been influenced by an individual's preconceptions. Such a possibility was mitigated by several safeguards in the design: the participation of two independent psychiatrists, each gathering data on approximately half the sample; their lack of knowledge of PANSS scores when collecting other data; their perception of the research as exploratory rather than hypothesis testing; the use of multiple external criteria, including such measures as psychometric tests and historical records that are objective and derive from separate and independent sources; and, above all, the convergence of several different studies, involving different raters and designs, which supported various aspects of validation.

The pattern of findings also accorded with the results of other studies, employing different investigative tools, which have similarly implicated lesser education, premorbid impairments, poor cognitive performance, and genealogical predisposition in the characterization of a negative schizophrenic syndrome (Andreasen and Olsen 1982; Andreasen et al. 1982; Dworkin and Lenzenweger 1984; Pogue-Geile and Harrow 1984). In these respects, there is some evidence of cross-validation. In addition, predictive validity and sensitivity to change were indicated by the significance of the Positive and Negative Scales for anticipating and reflecting differential response to medication. The PANSS research, therefore, was undertaken as a sequential programmatic series of studies that included multi-method and experimental approaches and, as such, heeded the methodological requisites discussed by Sommers (1985) and Zubin (1985) for validation of relatively uncharted constructs.

The premise of our work was that some of the disparities in the research on positive-negative distinctions may reflect the application of imprecise instruments, which promotes Type II error by reducing the chance of observing true variance, and may be due also to the very diversity among studies in methods of assessment.

There has been considerable disagreement, for example, surrounding the issue of content validity, i.e., what symptoms, how many, and even which spheres of functioning best represent positive and negative syndromes (Sommers 1985). Thus, Angrist, Rotrosen, and Gershon (1980) have measured these two syndromes by using clusters of 10 and 3 symptoms, respectively, while Andreasen and Olsen (1982) described instead 4 and 5 symptoms and Lewine, Fogg, and Meltzer (1983) incorporated a compilation of 22 and 11 symptoms. Whereas Owens and Johnstone (1980) originally conceived of the negative syndrome as entailing flat affect and impoverished speech, Crow (1980a) expanded the concept to include avolition, and Andreasen (1982) modified it by excluding poverty of speech and introducing alogia, anhedonia-asociality, and attentional impairment. Elsewhere we have proposed that attentional dysfunction in schizophrenia is multi-determined and at least partly a function of arousal disorder (Kay 1981; Kay and Singh 1974), and studies by our group and others have since confuted its specificity to either the negative or positive syndrome (Opler et al. 1984; Bilder et al. 1985; Cornblatt et al. 1985; Kay, Opler, and Fiszbein 1986). By contrast to other descriptions of the negative syndrome, the PANSS excludes attentional impairment but embraces deficits along five major spheres of functioning: the cognitive, affective, social, interpersonal, and communicational.

Aside from variation in content of scales, there has been little study and much disagreement about the construct validity of positive and negative syndromes (Zubin 1985). Researchers have differed in their opinion of whether these syndromes are independent of one another—hence, distinct constructs—and generally have ignored their relationship to overall psychopathology. Andreasen and Olsen (1982), for example, have argued that the positive and negative aspects represent opposite poles of a continuum, whereas Pogue-Geile and Harrow (1984) have concluded that they are overlapping features of schizophrenia. Our analysis of the PANSS not only supported the cohesiveness of the separate positive and negative clusters via coefficient α, but provided evidence of their distinctiveness from one another by revealing low, nonsignificant item-total cross-correlations (means of .17 and .18) and nonoverlap of determinants identified through multiple regression analysis. However, the relationship between positive and negative dimensions was observed

CONFIDENTIAL
AZSER12750955

BEST COPY AVAILABLE

to be strongly mediated by their shared association with level of psychopathology. Thus, a significant direct correlation was initially found between the Positive and Negative Scales, but when their correlations with the General Psychopathology Scale were statistically extracted, they bore a significant inverse correlation. This disclosure of the mutually exclusive nature of the Positive and Negative Scales not only supports their conceptual separateness, i.e., construct validity, but provides a compelling rationale for pursuing typological study based on this distinction.

In view of the pattern of PANSS correlations with historical, cognitive developmental, and genealogical variables, we have proposed that the negative syndrome is distinguished by a familial predisposition for psychosis and early ontogenetic failures, particularly in the cognitive realm, which foreshadow premorbid adaptational difficulties and, eventually, enduring multimodal deficits (Kay, Opler, and Fiszbein 1985, 1986; Opler, Kay, and Fiszbein 1986). The results and interpretations are congruent with the pivotal role ascribed to developmental dysfunction in the pathogenesis of certain expressions of schizophrenia (cf. Walker and Emory 1983; Aylward, Walker, and Bettes 1984; Pogue-Geile and Harrow 1984) and with our dual-process model that posits separate developmental (neuroleptic-resistant) and arousal-related, disorganizational (neuroleptic-responsive) components to the schizophrenic cognitive abnormality (Kay and Singh 1979).

Clearly, a systematic program of study will be needed to pursue this emerging model. Further research on the PANSS also is necessary, including drug-free assessments and expansion of the data base for establishing norms. The latter objective entails comparisons of scores among schizophrenic subtypes, such as classified by subdiagnosis and chronicity of illness, as well as in relation to nonschizophrenic groups.

It should be cautioned that generalization of results depends on the representativeness of the sample, which in the present case was a chronic group in whom neuroleptic treatment could not be withdrawn. With regard to chronicity, however, our analyses indicated no significant correlation between years since initial hospitalization and positive syndrome ($r = -.03$), negative syndrome ($r = -.09$), or the composite index ($r = .04$) (Kay, Opler, and Fiszbein 1986). Evidence from our typological comparisons also revealed no covariation between length of illness and the positive-negative dimension as observed within an acute (Lindenmayer, Kay, and Opler 1984) or chronic schizophrenic population (Opler et al. 1984). In addition, we recently concluded two studies which further suggest that positive and negative syndromes prevail to a similar extent across various stages of schizophrenia. A 2-year followup of 19 acute schizophrenics (Lindenmayer, Kay, and Friedman 1986) revealed negligible change ($p > .20$) in positive score (17.26 to 18.37), negative score (22.05 to 21.16), composite index ($-4.29$ to $-2.79$), or general psychopathology (39.04 to 38.56). By contrast to the present report of stability among refractory patients during the chronic phase, the correlates were low and nonsignificant when scores were tracked from the acute into the subacute phase, i.e., before the more established course of illness (cf. Brown 1960). Thus, some patients evidently improved clinically, some worsened, and some were unchanged. In a cross-sectional investigation of 134 schizophrenics (Kay et al. 1986), which pooled data from an acute sample (Lindenmayer, Kay, and Opler 1984) with the present group, we compared PANSS scores in the acute (0–2 years), chronic (3–10 years), and long-term chronic stages of illness (> 10 years). Analysis of variance revealed nonsignificant differences ($F \leqslant 1$) of means among these respective groups on all scales: Positive (18.76, 19.71, 17.98), Negative (21.42, 21.21, 21.27), Composite ($-2.66$, $-1.50$, $-3.29$), and General Psychopathology (39.58, 37.40, 38.13).

The assessment of neuroleptic-treated patients poses an interpretational problem for this as for other published studies on the positive-negative dimension. Particularly in evaluating the negative syndrome, it has been proposed that neuroleptics may produce a seeming indifference to the environment, and their side effects can be misconstrued as motor, affective, verbal, or motivational deficits (Rifkin, Quitkin, and Klein 1975; Van Putten and May 1978). To guard against systematic rating errors attributable to extrapyramidal reaction, we separately assessed these symptoms on two side effects scales and statistically partialed out their influence on PANSS scores. It was seen that the criterion-related validity was not diminished as a result (Kay, Opler, and Fiszbein 1986). The general impact of medication and dose, however, could not be statistically adjusted due to incomplete and unreliable information in many cases. In our typological studies, where this information was available, neuroleptic dose was unrelated to the positive-negative distinction in acute schizophrenics (Lindenmayer, Kay, and Opler 1984) and, contrary to the proposed direction of confound, was only half as

CONFIDENTIAL
AZSER12750956

BEST COPY AVAILABLE

VOL: 13, NO. 2, 1987

high for those with a preponderance of negative features in a chronic sample (Opler et al. 1984).

We are presently examining the influence of neuroleptic treatment and withdrawal on positive and negative scores, their variations over the course of illness, their prognostic implications, and their relationship to neurological status. In proceeding with our study of the reliability and validity of the PANSS, we also have begun to collect simultaneous ratings from paired observers using this instrument as well as corresponding assessment with Andreasen's (1982) method, which will permit analysis of interjudge concordance and cross-comparison of scales (Kay, Opler, and Lindenmayer, in press). Should the validity of the PANSS be upheld by future studies and independent investigators, its use might be expected to promote uniformity and reliability in research findings.

## References

Alpert, M.; Diamond, F.; Weisenfreund, J.; Taleporos, E.; and Friedhoff, A.J. The neuroleptic hypothesis: Study of the covariation of the extrapyramidal and therapeutic drug effects. *British Journal of Psychiatry*, 133:169–175, 1978.

Alpert, M., and Rush, M. Comparison of affect in Parkinson's disease and schizophrenia. *Psychopharmacology Bulletin*, 19:118–120, 1983.

American Psychiatric Association. *DSM–III: Diagnostic and Statistical Manual of Mental Disorders*. 3rd ed. Washington, DC: American Psychiatric Association, 1980.

Ammons, R.B., and Ammons, C.H. The Quick Test (QT): Provisional Manual. *Psychological Reports*, 11:111–162, 1962.

Andreasen, N.C. Negative symptoms in schizophrenia: Definition and reliability. *Archives of General Psychiatry*, 39:784–788, 1982.

Andreasen, N.C., and Olsen, S. Negative v positive schizophrenia: Definition and validation. *Archives of General Psychiatry*, 39: 789–794, 1982.

Andreasen, N.C.; Olsen, S.A.; Dennert, J.W.; and Smith, M.R. Ventricular enlargement in schizophrenia: Relationship to positive and negative symptoms. *American Journal of Psychiatry*, 139:297–302, 1982.

Angrist, B.; Rotrosen, J.; and Gershon, S. Differential effects of amphetamine and neuroleptics on negative vs. positive symptoms in schizophrenia. *Psychopharmacology*, 72:17–19, 1980.

Aylward, E.; Walker, E.; and Bettes, B. Intelligence in schizophrenia: Meta-analysis of the research. *Schizophrenia Bulletin*, 10:430–459, 1984.

Bilder, R.M.; Mukherjee, S.; Rieder, R.O.; and Pandurangi, A.K. Symptomatic and neuropsychological components of defect states. *Schizophrenia Bulletin*, 11:409–419, 1985.

Brown, G.W. Length of hospital stay and schizophrenia: A review of the statistical studies. *Acta Psychiatrica et Neurologica Scandinavica*, 35:414–430, 1960.

Carpenter, W.T., Jr.; Heinrichs, D.W.; and Alphs, L.D. Treatment of negative symptoms. *Schizophrenia Bulletin*, 11:440–452, 1985.

Cornblatt, B.A.; Lenzenweger, M.F.; Dworkin, R.H.; and Erlenmeyer-Kimling, L. Positive and negative schizophrenic symptoms, attention, and information processing. *Schizophrenia Bulletin*, 11:397–408, 1985.

Crow, T.J. Molecular pathology of schizophrenia: More than one disease process? *British Medical Journal*, 280:66–68, 1980a.

Crow, T.J. Positive and negative schizophrenic symptoms and the role of dopamine. *British Journal of Psychiatry*, 137:383–386, 1980b.

Dworkin, R.H., and Lenzenweger, M.F. Symptoms and the genetics of schizophrenia: Implications for diagnosis. *American Journal of Psychiatry*, 141:1541–1546, 1984.

Garrett, H.E. *Statistics in Psychology and Education*. New York: David McKay, 1964. pp. 337–370.

Heinrichs, D.W.; Hanlon, T.E.; and Carpenter, W.T., Jr. The Quality of Life Scale: An instrument for rating the schizophrenic deficit syndrome. *Schizophrenia Bulletin*, 10:388–398, 1984.

Iager, A.-C.; Kirch, D.G.; and Wyatt, R.J. A negative symptom rating scale. *Psychiatry Research*, 16:27–36, 1985.

Johnstone, E.C.; Crow, T.J.; Ferrier, I.N.; Frith, C.D.; Owens, D.G.C.; Bourne, R.C.; and Gamble, S.J. Adverse effects of anticholinergic medication on positive schizophrenic symptoms. *Psychological Medicine*, 13:513–527, 1983.

Johnstone, E.C.; Crow, T.J.; Frith, C.D.; Carney, M.W.P.; and Price, J.S. Mechanism of the antipsychotic effect in the treatment of acute schizophrenia. *Lancet*, I:848–851, 1978a.

Johnstone, E.C.; Crow, T.J.; Frith, C.D.; Husband, J.; and Kreel, L. Cerebral ventricular size and cognitive impairment in chronic schizophrenia. *Lancet*, II:924–926, 1976.

Johnstone, E.C.; Crow, T.J.; Frith, C.D.; Stevens, M.; Kreel, L.; and Husband, J. The dementia of dementia praecox. *Acta Psychiatrica Scandinavica*, 57:305–324, 1978b.

Kay, S.R. Arousal and schizophrenia: Toward a dual-process

CONFIDENTIAL
AZSER12750957

BEST COPY AVAILABLE

model and framework for research. *JSAS Catalog of Selected Documents in Psychology*, 11 (Whole No. 2256):35–36, 1981.

Kay, S.R. *The Cognitive Diagnostic Battery: Evaluation of Intellectual Disorders.* Odessa, FL: Psychological Assessment Resources, Inc., 1982.

Kay, S.R.; Fiszbein, A.; Lindenmayer, J.P.; and Opler, L.A. Positive and negative syndromes in schizophrenia as a function of chronicity. *Acta Psychiatrica Scandinavica*, 74:507–518, 1986.

Kay, S.R., and Opler, L.A. L–DOPA in the treatment of negative schizophrenic symptoms: A single-subject experimental study. *International Journal of Psychiatry in Medicine*, 15:293–298, 1985–86.

Kay, S.R.; Opler, L.A.; and Fiszbein, A. Significance of positive and negative syndromes in chronic schizophrenia. *British Journal of Psychiatry*, 149:439–448, 1986.

Kay, S.R.; Opler, L.A.; and Lindenmayer, J.P. Reliability and validity of the Positive and Negative Syndrome Scale for schizophrenics. *Psychiatry Research*, in press.

Kay, S.R., and Singh, M.M. A temporal measure of attention in schizophrenia and its clinical significance. *British Journal of Psychiatry*, 125:146–151, 1974.

Kay, S.R., and Singh, M.M. Cognitive abnormality in schizophrenia: A dual-process model. *Biological Psychiatry*, 14:155–176, 1979.

Lewine, R.R.J.; Fogg, L.; and Meltzer, H.Y. Assessment of negative and positive symptoms in schizophrenia. *Schizophrenia Bulletin*, 9:368–376, 1983.

Lindenmayer, J.P.; Kay, S.R.; and Friedman, C. Negative and positive schizophrenic syndromes after the acute phase: A prospective follow-up. *Comprehensive Psychiatry*, 27:276–286, 1986.

Lindenmayer, J.P.; Kay, S.R.; and Opler, L.A. Positive and negative subtypes in acute schizophrenia. *Comprehensive Psychiatry*, 24:455–464, 1984.

National Institute of Mental Health. *Abnormal Involuntary Movement Scale (AIMS).* Washington, DC: Alcohol, Drug Abuse, and Mental Health Administration, U.S. Department of Health, Education, and Welfare, 1974.

Opler, L.A., and Kay, S.R. Birth seasonality and schizophrenia. *Archives of General Psychiatry*, 42:107, 1985.

Opler, L.A.; Kay, S.R.; and Fiszbein, A. Positive and negative syndromes in schizophrenia: Typological, dimensional, and pharmacological validation. In: Harvey, P.D., and Walker, E., eds. *Positive and Negative Symptoms in Psychosis: Description, Research, and Future Directions.* Hillsdale, NJ: Lawrence Erlbaum Associates, Inc., 1986.

Opler, L.A.; Kay, S.R.; Rosado, V.; and Lindenmayer, J.P. Positive and negative syndromes in chronic schizophrenic inpatients. *Journal of Nervous and Mental Disease*, 172:317–325, 1984.

Overall, J.E., and Gorham, D.R. Brief Psychiatric Rating Scale. *Psychological Reports*, 10:799–812, 1962.

Owens, D.G.C., and Johnstone, E.C. The disabilities of chronic schizophrenia: Their nature and the factors contributing to their development. *British Journal of Psychiatry*, 136:384–395, 1980.

Pogue-Geile, M.F., and Harrow, M. Negative and positive symptoms in schizophrenia and depression: A followup. *Schizophrenia Bulletin*, 10:371–387, 1984.

Rifkin, A.; Quitkin, F.; and Klein, D.F. Akinesia. *Archives of General Psychiatry*, 32:672–674, 1975.

Singh, M.M., and Kay, S.R. A comparative study of haloperidol and chlorpromazine in terms of clinical effects and therapeutic reversal with benztropine in schizophrenia: Theoretical implications for potency differences among neuroleptics. *Psychopharmacologia*, 43:103–113, 1975a.

Singh, M.M., and Kay, S.R. A longitudinal therapeutic comparison between two prototypic neuroleptics (haloperidol and chlorpromazine) in matched groups of schizophrenics. Nontherapeutic interactions with trihexyphenidyl. Theoretical implications for mode of action. *Psychopharmacologia*, 43:115–123, 1975b.

Singh, M.M., and Kay, S.R. Therapeutic antagonism between anticholinergics and neuroleptics: Possible involvement of cholinergic mechanisms in schizophrenia. *Schizophrenia Bulletin*, 4:3–6, 1978.

Singh, M.M., and Kay, S.R. Therapeutic antagonism between anticholinergic anti-Parkinsonism agents and neuroleptics in schizophrenia: Implications for a neuropharmacological model. *Neuropsychobiology*, 5:74–86, 1979.

Singh, M.M.; Kay, S.R.; and Opler, L.A. Anticholinergic-neuroleptic antagonism in terms of positive and negative symptoms of schizophrenia: Implications for psychobiological subtyping. *Psychological Medicine*, 17:39–48, 1987.

Sommers, A.A. "Negative symptoms": Conceptual and methodological problems. *Schizophrenia Bulletin*, 11:364–379, 1985.

Van Putten, T., and May, P.R.A. "Akinetic depression" in schizophrenia. *Archives of General Psychiatry*, 35:1101–1107, 1978.

CONFIDENTIAL
AZSER12750958

BEST COPY AVAILABLE

Walker, E., and Emory, E. Infants at risk for psychopathology: Offspring of schizophrenic parents. *Child Development*, 54:1269–1285, 1983.

Zubin, J. Negative symptoms: Are they indigenous to schizophrenia? *Schizophrenia Bulletin*, 11:461–470, 1985.

### Acknowledgment

We thank Dr. Jean Endicott, Dr. Joseph Zubin, and the editorial reviewers of *Schizophrenia Bulletin* for their constructive comments on an earlier draft of this article. A debt of gratitude is owed also to Dr. Man Mohan Singh, whose conceptualization of schizophrenic phenomena influenced the definitions of many scale items.

### The Authors

Stanley R. Kay, Ph.D., is Assistant Clinical Professor, Department of Psychiatry, Albert Einstein College of Medicine/Montefiore Medical Center, and Co-Director, Research Unit, Bronx Psychiatric Center, Bronx, NY. Abraham Fiszbein, M.D., is Resident in Psychiatry, Albert Einstein College of Medicine/Montefiore Medical Center and Bronx Psychiatric Center, Bronx, NY. Lewis A. Opler, M.D., Ph.D., is Associate Clinical Professor, Department of Psychiatry, Albert Einstein College of Medicine/Montefiore Medical Center, and Clinical Director, Bronx Psychiatric Center, Bronx, NY. Dr. Opler has recently accepted a position as Director of Schizophrenia Research, Department of Psychiatry, Presbyterian Hospital, and Associate Professor of Psychiatry, College of Physicians and Surgeons, Columbia University, New York, NY.

# Appendix

### Sample Items From the Positive and Negative Syndrome Scale

P1. **Delusions.** Beliefs which are unfounded, unrealistic, and idiosyncratic. Basis for rating: thought content expressed in the inteview and its influence on behavior.

1. *Absent*—Definition does not apply.

2. *Minimal*—Questionable pathology; may be at the upper extreme of normal limits.

3. *Mild*—Presence of one or two delusions that are vague, uncrystallized, and not tenaciously held. Delusions do not interfere with thinking, social relations, or behavior.

4. *Moderate*—Presence of either a kaleidoscopic array of poorly formed, unstable delusions or of a few well-formed delusions that occasionally interfere with thinking, social relations, or behavior.

5. *Moderate-severe*—Presence of numerous well-formed delusions that are tenaciously held and occasionally interfere with thinking, social relations, or behavior.

6. *Severe*—Presence of a stable set of delusions that are crystallized, possibly systematized, tenaciously held, and clearly interfere with thinking, social relations, and behavior. Patient at times acts inappropriately and irresponsibly on the basis of unrealistic beliefs.

7. *Extreme*—Presence of a stable set of delusions that are either highly systematized or very numerous, and dominate major facets of the patient's life. This frequently results in inappropriate and irresponsible action, which may even jeopardize the safety of the patient or others.

CONFIDENTIAL
AZSER12750959

BEST COPY AVAILABLE

**P2. Conceptual disorganization.** Disorganized process of thinking characterized by disruption of goal-directed sequencing, e.g., circumstantiality, tangentiality, loose associations, non sequiturs, gross illogicality, or thought blocking. Basis for rating: cognitive-verbal processes observed during the course of interview.

1. *Absent*—Definition does not apply.

2. *Minimal*—Questionable pathology; may be at the upper extreme of normal limits.

3. *Mild*—Thinking is circumstantial, tangential, or paralogical. There is some difficulty in directing thoughts toward a goal, and some loosening of associations may be evidenced under minimal pressure.

4. *Moderate*—Able to focus thoughts when communications are brief and structured, but becomes loose or irrelevant when dealing with more complex communications or when under minimal pressure.

5. *Moderate-severe*—Generally has difficulty organizing thoughts, as evidenced by frequent irrelevancies, disconnectedness, or loosening of associations even when not under pressure.

6. *Severe*—Thinking is seriously derailed and internally inconsistent, resulting in gross irrelevancies and disruptions of thought processes, which occur almost constantly.

7. *Extreme*—Thoughts are disrupted to the point where the patient is incoherent. There is marked loosening of associations, which results in total failure of communication, e.g., "word salad" or mutism.

**N1. Blunted affect.** Diminished emotional responsiveness as characterized by a reduction in facial expression, modulation of feelings, and communicative gestures. Basis for rating: observation of physical manifestations of affective tone and emotional responsiveness during the course of interview.

1. *Absent*—Definition does not apply.

2. *Minimal*—Questionable pathology; may be at the upper extreme of normal limits.

3. *Mild*—Changes in facial expression and communicative gestures seem stilted, forced, artificial, or lacking in modulation.

4. *Moderate*—Reduced range of facial expression and few expressive gestures.

5. *Moderate-severe*—Affect generally appears "flat," with few changes in facial expression and a paucity of communicative gestures.

6. *Severe*—Marked flatness and deficiency of emotions exhibited most of the time. There may be unmodulated extreme affective discharges, such as excitement, rage, or inappropriate uncontrolled laughter.

7. *Extreme*—Changes in facial expression and evidence of communicative gestures are virtually absent. Patient seems constantly to show a barren or "wooden" expression.

**N6. Lack of spontaneity and flow of conversation.** Decrease in the normal flow of communication associated with apathy, avolition, defensiveness, or cognitive impairment. This is manifested by diminished fluidity and productivity of the verbal-interactional process. Basis for rating: cognitive-verbal processes observed during the course of interview.

1. *Absent*—Definition does not apply.

2. *Minimal*—Questionable pathology; may be at the upper extreme of normal limits.

3. *Mild*—Conversation shows little initiative. Patient's answers tend to be brief and unembellished, requiring direct and leading questions by the interviewer.

4. *Moderate*—Conversation lacks free flow and appears uneven or halting. Leading questions are frequently needed to elicit adequate responses and proceed with conversation.

5. *Moderate-severe*—Patient shows a marked lack of spontaneity and openness, replying to the interviewer's questions with only one or two brief sentences.

6. *Severe*—Patient's responses are limited mainly to a few words or short phrases intended to avoid or curtail communication (e.g., "I don't know," "I'm not at liberty to say"). Conversation is seriously impaired as a result, and the interview is highly unproductive.

7. *Extreme*—Verbal output is restricted to, at most, an occasional utterance, making conversation not possible.

CONFIDENTIAL
AZSER12750960

# *The Expert Consensus Guideline Series*

# Treatment of Bipolar Disorder 2004

**Paul E. Keck, Jr., M.D.**
*University of Cincinnati College of Medicine*

**Roy H. Perlis, M.D.**
*Massachusetts General Hospital*

**Michael W. Otto, Ph.D.**
*Boston University*

**Daniel Carpenter, Ph.D.**
*Comprehensive NeuroScience, Inc.*

**Ruth Ross, M.A.**
*Ross Editorial*

**John P. Docherty, M.D.**
*Comprehensive NeuroScience, Inc.*

*Editing and Design.* David Ross, M.A., M.C.E., Ross Editorial

*Acknowledgments.* The authors thank all of the experts who completed the survey so carefully and acknowledge Paola Vega, of Expert Knowledge Systems, for managing the data collection.

*Reprints.* Reprints may be obtained by sending requests with a shipping/handling fee of $19.95 per copy to: Comprehensive NeuroScience, Inc., 21 Bloomingdale Road, White Plains, NY 10605. For pricing on bulk orders of 50 copies or more, please call Expert Knowledge Systems at (914) 997-4005. For more information on the Expert Consensus Guidelines, visit www.psychguides.com.

*Disclaimer.* Any set of guidelines can provide only general suggestions for clinical practice and practitioners must use their own clinical judgment in treating and addressing the needs of each individual patient, taking into account that patient's unique clinical situation. There is no representation of the appropriateness or validity of these guideline recommendations for any given patient. The developers of the guidelines disclaim all liability and cannot be held responsible for any problems that may arise from their use.

Copyright ©2004 by Expert Knowledge Systems, LLC, all rights reserved.

CONFIDENTIAL
AZSER12750961

*Expert Consensus Guideline Series*

# The Expert Consensus Panel for Bipolar Disorder

The following participants in the Expert Consensus Survey were identified from several sources: recent research publications and funded grants, participants in previous expert consensus surveys on the treatment of bipolar disorder, and individuals who have worked on other mood disorder guidelines. Of the 50 experts to whom we sent the bipolar disorder survey, 47 (94%) replied. The recommendations in the guidelines reflect the aggregate opinions of the experts and do not necessarily reflect the opinion of each individual on each question.

Michael Allen, M.D.
*University of Colorado School of Medicine*

Lori Altshuler, M.D.
*University of California, Los Angeles*

Claudia Baldassano, M.D.
*University of Pennsylvania*

Ross J. Baldessarini, M.D.
*Harvard Medical School*

Mark S. Bauer, M.D.
*Brown University*

Charles L. Bowden, M.D.
*University of Texas Health Sciences Center*

Kathleen Brady, M.D.
*Medical University of South Carolina*

Joseph R. Calabrese, M.D.
*Case Western Reserve University*

Gabrielle Carlson, M.D.
*Stony Brook University School of Medicine*

Kiki Chang, M.D.
*Stanford University*

Roy Chengappa, M.D.
*Western Psychiatric Institute & Clinic*

David Daniel, M.D.
*Bioniche Development, Inc.*

John M. Davis, M.D.
*University of Illinois*

Melissa Del Bello, M.D.
*University of Cincinnati*

Steven L. Dubovsky, M.D.
*University of Colorado*

David L. Dunner, M.D.
*University of Washington*

Rif S. El-Mallakh, M.D.
*University of Louisville School of Medicine*

Robert Findling, M.D.
*University Hospitals of Cleveland*

Marlene Freeman, M.D.
*University of Arizona College of Medicine*

Mark Frye, M.D.
*David Geffen School of Medicine at UCLA*

John Geddes, M.D.
*University of Oxford*

Joseph F. Goldberg, M.D.
*The Zucker Hillside Hospital*

Guy Goodwin, M.D.
*University of Oxford*

Robert M.A. Hirschfeld, M.D.
*University of Texas Medical Branch*

Philip G. Janicak, M.D.
*Rush University Medical Center*

James W. Jefferson, M.D.
*Madison Institute of Medicine*

David Kahn, M.D.
*Columbia University Medical Center*

Terence A. Ketter, M.D.
*Stanford University School of Medicine*

Robert Kowatch, M.D.
*Cincinnati Childrens Hospital Medical Center*

Dominic Lam, Ph.D
*Institute of Psychiatry*

Lauren Marangell, M.D.
*Baylor College of Medicine*

Susan McElroy, M.D.
*University of Cincinnati College of Medicine*

Roger McIntyre, M.D.
*University of Toronto*

David Miklowitz, Ph.D.
*University of Colorado, Boulder*

Philip Mitchell, M.D.
*University of New South Wales*

Charles B. Nemeroff, M.D.
*Emory University School of Medicine*

C. F. Newman, Ph.D.
*University of Pennsylvania*

Robert M. Post, M.D.
*National Institute of Mental Health*

David Printz, M.D.
*Columbia University*

David A. Solomon, M.D.
*Brown University School of Medicine*

Stephen Strakowski, M.D.
*University of Cincinnati*

Patricia Suppes, M.D.
*University of Texas Southwestern Medical Center*

Alan C. Swann, M.D.
*University of Texas Medical School at Houston*

Michael E. Thase, M.D.
*University of Pittsburgh Medical Center*

Eduard Vieta, M.D., Ph.D.
*Hospital Clinic, University of Barcelona*

John Zajecka, M.D.
*Rush University Medical Center*

Carlos Zarate, M.D.
*National Institute of Mental Health*

**• A POSTGRADUATE MEDICINE SPECIAL REPORT • DECEMBER 2004**

CONFIDENTIAL
AZSER12750962

# *Contents*

Expert Consensus Panel ............................................................2

Introduction: Methods, Summary, and Commentary ................................4

**GUIDELINES**

I. TREATMENT OF ACUTE MANIA

Guideline 1:  Initial Treatment for First Manic Episode ............................20

Guideline 2:  Inadequate Response to Initial Strategy for First Manic Episode ..............23

Guideline 3:  Adequate Dose of Mood Stabilizing Agents ...........................27

II. TREATMENT OF ACUTE BIPOLAR DEPRESSION

Guideline 4:  Initial Treatment for Bipolar Depression .............................28

Guideline 5:  Inadequate Response to Initial Strategy for Bipolar Depression ..............32

III. GENERAL CLINICAL MANAGEMENT AND MAINTENANCE TREATMENT

Guideline 6:  Essential Properties of a Mood Stabilizer .............................36

Guideline 7:  Maintenance Treatment After a Manic Episode .........................38

Guideline 8:  Maintenance Treatment After a Depressive Episode in Bipolar I Disorder .......40

Guideline 9:  Maintenance Treatment in Bipolar II Disorder .........................41

Guideline 10: Preferred Antipsychotics for Long-Term Maintenance ....................42

Guideline 11: Preferred Psychosocial Strategies for Long-Term Maintenance ..............42

Guideline 12: Strategies for Breakthrough Mania ..................................43

Guideline 13: Strategies for Breakthrough Depression ..............................44

Guideline 14: Psychosocial Treatment Issues .....................................46

Guideline 15: Key Psychosocial Treatment Elements ...............................47

IV. OTHER TREATMENT ISSUES

Guideline 16: Managing Special Problems .......................................48

**SURVEY RESULTS**

Expert Survey Results and Guideline References ...................................51

**GUIDE FOR PATIENTS AND FAMILIES** ....................................109

**CONTINUING MEDICAL EDUCATION** ....................................117

CONFIDENTIAL
AZSER12750963

*Expert Consensus Guideline Series*

# Introduction: Methods, Commentary, and Summary

*Paul E. Keck, Jr., M.D., Roy H. Perlis, M.D., Michael W. Otto, Ph.D., Daniel Carpenter, Ph.D., John P. Docherty, M.D., Ruth Ross, M.A.*

## ABSTRACT

*Objectives.* New treatments for bipolar disorder have become available *since* we published the previous survey-based expert consensus guidelines in 1996 and 2000. The evidence for these treatments varies widely; data are especially limited on comparisons between treatments and how to sequence them. We therefore undertook a new survey of expert opinion in order to bridge gaps between the research evidence and key clinical decisions.

*Method.* Based on an exhaustive literature review, a written survey was prepared with 60 questions asking about 1,369 options for psychopharmacologic and psychotherapeutic interventions. Most options were scored using a modified version of the RAND Corporation 9-point scale for rating appropriateness of medical decisions. We sent the survey to 50 national experts, 47 of whom (94%) completed it. Consensus on each option was defined as a nonrandom distribution of scores by chi-square test. We assigned a categorical rank (first-line/preferred, second-line/alternate, third-line/usually inappropriate) to each option based on the confidence interval of its mean rating. Guideline tables were then developed with treatment recommendations for key clinical situations.

*Results.* The expert panel reached consensus on 91% of the 1,282 options rated on the 9-point scale. To address questions about initial treatment strategies as well as more complex algorithms of treatment choices, the experts had to extrapolate beyond controlled data. Nonetheless, the survey revealed a high degree of consensus for treatment recommendations for periods of illness and recovery. In addition to consensus recommendations for initial treatments and next-step strategies for patients with treatment-resistant illness, the experts reached consensus on treatment strategies such as the time course of pharmacologic interventions and the use of psychosocial interventions. Furthermore, the experts provided consensus recommendations for managing special problems such as weight gain, medical illness, comorbidity, and poor adherence to treatment.

*Conclusions.* The experts gave strongest support to strategies and medications for which there are high-quality research data, or for which there are longstanding patterns of clinical usage. Within the limits of expert opinion and with the understanding that new research data may take precedence, these guidelines provide clear pathways for addressing common clinical questions in a manner that can be used to inform clinicians and educate patients regarding the relative merits of a variety of interventions. (Postgrad Med Special Report. 2004[December]:1–120)

## WHY A REVISION?

The first *Expert Consensus Guidelines for the Treatment of Bipolar Disorder*[1] were published in 1996. Four years later, new research and the introduction of new treatments indicated the need for another survey and an update to the Guidelines. The revised *Expert Consensus Guidelines* published in 2000[2] focused solely on medication treatment, partly because of the rapidly increasing complexity of medication choices we wanted to ask about in the new survey and partly because there did not appear to be sufficient new findings concerning psychosocial treatment at that time to make it necessary to resurvey the experts on that modality.

Over the past 4 years, there has been a further explosion in medication options for the treatment of bipolar disorder. At the same time, the research literature on psychosocial interventions for bipolar disorder has been rapidly expanding. In fact, the majority of studies on the use of psychotherapy in bipolar disorder have been published since the original survey in 1996. For this reason, in developing the 2004 survey, we felt it was essential to ask about both medication and psychosocial treatments.

## EXPERT CONSENSUS AND PRACTICE GUIDELINES

The sheer number of possible combinations and sequences of available treatments for many diseases makes it difficult to provide comparative recommendations based entirely on clinical trial data.[3,4] A method for describing expert opinion in a quantitative, reliable manner to help fill some of the gaps in evidence-based guidelines has been developed. This method has been applied to a variety of psychiatric disorders.[1,2,5–16]

## METHOD

### Creating the Surveys

Based on an exhaustive literature review, we identified key decision points in the treatment of bipolar disorder and lists of feasible treatment options, highlighting important

CONFIDENTIAL
AZSER12750964

clinical questions not yet adequately addressed or definitively answered in the literature.[17] A written questionnaire was then developed with 60 questions and 1,369 options. The survey asked about treatment of acute mania and bipolar depression, general clinical management and maintenance strategies, and treatment choices for patients with special problems (e.g., comorbid medical or psychiatric problems) and for the elderly, adolescents, children, and women who are pregnant or trying to conceive. The survey took 2 or more hours to complete, and we provided a $500 honorarium.

### The Rating Scale

For 1,282 of the options in the survey, we asked raters to evaluate appropriateness by means of a 9-point scale slightly modified from a format developed by the RAND Corporation for ascertaining expert consensus.[18] (For the other questions, we asked respondents to fill in a blank, such as dosage or duration of treatment, or check a box endorsing one of several alternatives.) We asked the experts to draw on both their knowledge of the research evidence (we did not provide a literature review) and their best clinical judgment in making their ratings, but not to consider financial cost. We presented the rating scale to the experts with the anchors shown in figure 1.

Figure 2 shows an excerpt from Survey Question 1 as an example of our question format.

### Composition of the Expert Panel

We identified 50 leading experts on bipolar disorder from the following sources: recent research publications and funded grants and participants in previous Expert Consensus surveys on bipolar disorder.[1,2] We received responses from 47 (94%) of the 50 experts, 28 of whom (60%) had also completed the 2000 survey. Of the respondents, 9 (19%) were female and 38 (81%) male. Their mean age was 49 years, with a mean of 21 years in practice; 74% reported spending at least half their work time seeing patients. The majority worked in an academic clinical or research setting, while 28% reported being in private practice and 6% practiced in the public sector. Of the 47 respondents, 91% had participated in a research project involving patients with bipolar disorder during the past 5 years, 70% had held a federal (NIMH or NIH) research grant as a principal investigator, and 83% had been principal investigator for an industry-sponsored grant.

### Data Analysis: Options Scored on the Rating Scale

For each option, we first defined the presence or absence of consensus as a distribution unlikely to occur by chance by performing a chi-square test ($P < 0.05$) of the distribution of scores across the 3 ranges of appropriateness (1–3,

---

**Figure 1. The Rating Scale**

Extremely Inappropriate    1 2 3    4 5 6    7 8 9    Extremely Appropriate

    9 = Extremely appropriate: this is your treatment of choice

7–8 = Usually appropriate: a first-line treatment you would often use

4–6 = Equivocal: a second-line treatment you would sometimes use (e.g., patient/family preference or if first-line treatment is ineffective, unavailable, or unsuitable)

2–3 = Usually inappropriate: a treatment you would rarely use

    1 = Extremely inappropriate: a treatment you would never use

---

**Figure 2. Sample Survey Question**

1. *Bipolar I disorder: Initial treatment strategy for first manic episode.* A physically healthy young person presents with a first manic episode severe enough to warrant hospitalization or likely to pose an eventual threat to functioning if unchecked. Based on the dominant symptom picture, please rate each of the following strategies as an initial intervention, assuming the patient is willing to take oral medication. We ask about choice of specific mood stabilizers and antipsychotics for use alone or in combination therapy in the next 2 questions.

| | | | |
|---|---|---|---|
| 1) Traditional MS alone | 1 2 3 | 4 5 6 | 7 8 9 |
| 2) AP alone | 1 2 3 | 4 5 6 | 7 8 9 |
| 3) Traditional MS + AP | 1 2 3 | 4 5 6 | 7 8 9 |
| 4) Combination of 2 traditional MSs | 1 2 3 | 4 5 6 | 7 8 9 |
| 5) Add a BZD to other agent(s) you would use | 1 2 3 | 4 5 6 | 7 8 9 |
| 6) Add psychotherapy to medication you would use | 1 2 3 | 4 5 6 | 7 8 9 |

---

4–6, 7–9). Next we calculated the mean and 95% confidence interval (CI). A categorical rating of first-, second-, or third-line was designated based on the lowest category in which the CI fell, with boundaries of 6.5 or greater for first-line options, and 3.5 up to 6.5 for second-line options. Within first line, we designated an item as "treatment of choice" if at least 50% of the experts rated it as 9 (extremely appropriate).

### Data Analysis: Write-In Options

For questions on dosing or duration of treatment, we asked respondents to write in answers. Dosing values in the guidelines are based on means adjusted to the nearest available formulation for each drug. Recommended dura-

CONFIDENTIAL AZSER12750965



**Figure 3. Results of Euphoric Mania Section of Survey Question 1**

| Euphoric (classic) mania | 95% CONFIDENCE INTERVALS | | | Avg(SD) | *Tr of Chc* | 1st Line | 2nd Line | 3rd Line |
|---|---|---|---|---|---|---|---|---|
| | Third Line | Second Line | First Line | | | | | |
| Traditional MS alone | | | ✳ | 8.4(0.9) | 62 | 94 | 6 | 0 |
| Traditional MS + AP | | | ▨ | 7.1(1.9) | 39 | 64 | 32 | 4 |
| Add a BZD to other agent(s) you would use | | | ▨ | 6.9(2.1) | 23 | 72 | 17 | 11 |
| AP alone | | ▨ | | 6.3(1.8) | 11 | 51 | 43 | 6 |
| Combination of 2 traditional MSs | | ▨ | | 5.5(1.9) | 4 | 30 | 52 | 17 |
| Add psychotherapy to medication you would use | ▢ | | | 4.8(2.3) | 9 | 28 | 38 | 34 |
| | 1 2 3 | 4 5 6 | 7 8 9 | | % | % | % | % |

tions of treatment are also based on mean responses. When we asked the experts to check boxes indicating which statements they agreed with most strongly, we summarize the percentages of experts who responded in each way.

**Displaying the Survey Results**

The results of Question 1 (figure 2) are presented graphically in figure 3. The confidence intervals (CIs) for each treatment option are shown as horizontal bars and the numerical values are given in the table on the right.

**The Ratings**

*First-line treatments* ▮ are those strategies that came out on top when the experts' responses were statistically analyzed. These are options the panel feels are usually appropriate as initial treatment for a given situation. *Treatment of choice,* ✳ when it appears, is an especially strong first-line recommendation (rated "9" by at least half the experts). In choosing between first-line recommendations, or deciding whether to use a first-line treatment at all, clinicians should consider the overall clinical situation, including the patient's prior response to treatment, side effects, general medical problems, and patient preferences.

*Second-line treatments* ▨ are reasonable choices for patients who cannot tolerate or do not respond to first-line choices. A second-line choice might also be used for initial treatment if the first-line options are deemed unsuitable for a particular patient (e.g., because of poor previous response, inconvenient dosing regimen, problematic side effects, general medical contraindication, potential drug-drug interaction, or if the experts don't agree on a first-line treatment). To differentiate among second-line options, we label items whose CIs overlap with the first-line category as "high second line."

*Third-line treatments* ▢ are usually inappropriate or used only when preferred alternatives have not been effective.

*No consensus.* ▢ For each item in the survey, we used a chi-square test to determine whether the experts' responses were randomly distributed across the 3 categories, which suggests a lack of consensus. These items are indicated by an unshaded bar in the survey results.

*Statistical differences between treatments.* While we did not perform tests of significance for most treatments, the reader can readily see whether the CIs overlap (roughly indicating no significant difference between options by *t*-test). The wider the gap between the CIs, the smaller the *P* value would be (i.e., the more significant the difference). In some questions there are striking and important differences within levels, which we occasionally point out. Often, however, the differences within levels are not significant from a statistical perspective. Also, there are sometimes no statistical differences between choices rated at the bottom of first line and those at the top of second line.

**From Survey Results to Guidelines**

After the survey results were analyzed and ratings assigned, the next step was to turn these recommendations into user-friendly guidelines. We generally present 2 levels of recommendations: "preferred" options (first line) and "alternate" options (high second line, options where the top of the confidence interval crossed the boundary with first-line ratings). High second-line options that received first-line ratings (7, 8, or 9) from more than two thirds of the experts are listed under the preferred heading in the guidelines with a footnote indicating that they were very high second line. Whenever the guideline gives more than 1 treatment in a rating level, we list them in the order of their mean scores.

As an example, the full results of the question presented above are shown on page 51 and are used in Guideline 1: Treatment of Acute Mania (page 20). As indicated by the black box with the asterisk, the treatment of choice for euphoric mania was monotherapy with a traditional mood stabilizer (i.e., one of the mood stabilizing agents that received the highest ratings in the last survey, lithium,

6

CONFIDENTIAL
AZSER12750966

divalproex, or carbamazepine). A traditional mood stabilizer plus an antipsychotic was another first-line option, as indicated by the black box. Second-line options are indicated by dark grey boxes. The confidence intervals for the first two second-line options (adding a benzodiazepine and using an antipsychotic alone) cross the boundary with first line, making these what we call high second-line choices. Combining 2 traditional mood stabilizers is another second-line option. Adding psychotherapy was a second-line option but there was no consensus, as indicated by the unshaded CI box.

### Degree of Consensus

Of the 1,282 options rated on the 9-point scale, consensus was reached on 1163 options (90.7%) as defined by the chi-square test.

### Presentation of Results and Commentary

The complete set of data from the survey is presented on pages 51–108. The guidelines derived from the data are presented on pages 20–50. In the following sections, which are organized by phase of illness, we summarize the key recommendations from the guidelines, discuss how the experts' recommendations have changed from previous surveys, and consider how they relate to the available research literature.

### TREATMENT OF ACUTE MANIA

#### Initial Treatment for First Manic Episode

*Initial treatment regimen.* For nonpsychotic mania of all types, first-line options were a combination of a traditional mood stabilizer plus an antipsychotic (AP) or monotherapy with a traditional mood stabilizer. (We are using the term "traditional mood stabilizer" to refer to those mood stabilizing agents that received the highest ratings in the 2000 survey: carbamazepine, divalproex, and lithium. In the rest of this article, the abbreviation MS is used to indicate a traditional mood stabilizer.) For dysphoric or mixed mania and mania with a history of rapid cycling, combination treatment and monotherapy received roughly equivalent ratings, whereas an MS alone received significantly higher ratings and was treatment of choice for euphoric mania. The experts would consider adding a benzodiazepine to the selected treatment, especially for euphoric mania. The combination of an MS plus an AP was treatment of choice for psychotic mania, with an AP alone another first-line option. The treatment of choice for hypomania in bipolar II disorder was an MS alone. Psychotherapy combined with medication was a preferred initial strategy (rated first line by over 70%) only for hypomania but not for full mania (only about one-quarter of

the experts gave first-line ratings to this option). This probably reflects the experts' belief that psychotherapy is likely to be of relatively little benefit in the midst of acute mania. The inclusion of an MS in most of the recommendations for acute mania likely reflects the desire to include a treatment in anticipation of the maintenance phase.

The use of combination treatment for mania is supported by research indicating that a combination of MS plus atypical AP (AAP) is more effective than monotherapy with an MS alone.[19–22] The experts' ratings indicated much more support for use of APs, both alone and in combination with an MS, than in the 1999 survey,[2] reflecting the positive treatment studies published since that time[23–50] and the new indications for mania for these agents.

*Choice of traditional mood stabilizers.* We asked the experts to rate the appropriateness of the 3 MSs that received top ratings in the last survey for use alone or in combination for different manic presentations. Divalproex and/or lithium were the preferred choices in every situation, with carbamazepine a second-line option. Divalproex was preferred for dysphoric or mixed mania and for mania or hypomania when there is a history of rapid cycling. For euphoric mania and hypomania in bipolar II disorder without a history of rapid cycling, lithium was the treatment of choice, with divalproex another first-line option. Divalproex and lithium received roughly equal first-line ratings for psychotic mania.

The preference for divalproex in dysphoric or mixed mania may reflect Swann et al.'s[51] findings that even a modest level of pretreatment depression is a robust predictor of lithium nonresponse and is associated with better response to divalproex. Although carbamazepine received high second-line ratings only for dysphoric or mixed mania and for mania or hypomania with a history of rapid cycling, positive findings concerning carbamazepine in the treatment of acute mania have been reported since the time of the survey.[52]

*Choice of antipsychotics.* Among the APs, the experts rated olanzapine, risperidone, and quetiapine as first-line choices for use alone or in combination with an MS for the treatment of mania. High second-line options were aripiprazole and ziprasidone. The experts' ratings probably reflect that olanzapine, risperidone, and quetiapine either had an indication, or were very close to an indication, for acute mania at the time of the survey. Aripiprazole and ziprasidone have now also received indications for acute mania. Although published studies[19,29,30] indicate that atypical and conventional APs probably have comparable efficacy in acute mania, the experts did not recommend the use of conventional APs, giving these agents third-line ratings in every case except for mania with psychosis, for which they received lower second-line ratings. This lack of support for conventional APs proba-

CONFIDENTIAL
AZSER12750967

bly reflects concern about extrapyramidal and other side effects.

## Inadequate Response to Initial Strategy for Manic Episode

Before making a change in treatment regimen, it is important to be sure you have optimized the dose of the medication and allowed for a trial of adequate duration.

*Adequate dose.* The experts' recommendations for doses and blood levels of mood stabilizing agents for the treatment of a medically healthy young adult with bipolar disorder during acute treatment of mania are presented in Guideline 3 (page 27). The raw data from the survey were adapted by rounding the mean doses to the closest available formulation and rounding blood level values to be consistent with standard laboratory reporting practices. The experts' dosing recommendations were generally consistent with those given in the package inserts for the different agents and were also very similar to those given in the 2000 guidelines for those agents that were asked about in that survey. However, some experts were willing to use higher than usual doses, especially of the AAPs, if patients fail to respond to usual doses.

*Duration of adequate trial.* As in the last survey,[2] the experts recommended waiting 1–2 weeks before making a change in medication regimen if the patient is having no response, but would wait somewhat longer, 2–3 weeks, if there is a partial response. If a patient is having no response, the experts' responses ranged from 0.5 to 3 weeks, with 72% recommending waiting only 1 week before making a change. If a patient is having a partial response, 70% of the experts would wait 2 or 3 weeks before making a change, while a smaller number would wait only 1 week and continue longer (4–8 weeks) to see if a better response is achieved. None of the experts recommended continuing longer than 3 weeks if there is no response or 8 weeks if there is only a partial response.

*General strategy if partial response in acute mania.* If a patient has had a *partial response to monotherapy with an MS*, the experts recommended adding an AAP (treatment of choice) or a different MS to try to achieve a better response. Combination treatment is supported by several studies showing that an MS plus an AAP is more efficacious than an MS alone in acute mania. In a double-blind, placebo-controlled study in 156 patients with bipolar disorder, Sachs et al.[19] found that risperidone plus an MS (lithium or divalproex) was more efficacious than the MS alone. In a double-blind, placebo-controlled study in 344 patients with bipolar disorder, Tohen et al.[21] found that the combination of olanzapine plus valproate or lithium was more effective than valproate or lithium alone.

If there is a *partial response to monotherapy with an AAP*, the experts recommended adding an MS as treatment of choice, but would also consider switching to monotherapy with an MS, probably to avoid additional adverse effects associated with combination treatment.

If there is a *partial response to combination treatment* with an MS plus an AAP, the experts would first try replacing the AAP with a different AAP. They would also consider adding or switching to a different MS. Interestingly, although clinicians sometimes add another AP to the first one, this option did not receive much support.

*General strategy if little or no response in acute mania.* Even if there is little or no response to the initial treatment, the experts still recommended trying a combination of agents to try to achieve a better response, likely reflecting the studies showing that combination treatment is more efficacious than monotherapy.[19,21] However, there was more support than in partial response for switching to monotherapy with a different agent, probably to reduce risks of additional side effects and drug interactions.

If a patient has had *little or no response to monotherapy with an MS*, the experts recommended adding an AAP or switching to or adding a different MS. They would also consider switching to monotherapy with an AAP.

If there is *little or no response to monotherapy with an AAP*, the experts recommended adding an MS as treatment of choice; switching to monotherapy with an MS was another first-line option. The experts would also consider continuing monotherapy with a different AAP.

If there is *little or no response to combination treatment* with an MS plus an AAP, the experts recommended changing one of the agents in the combination. They would also consider adding a different MS to the combination, but again did not support adding a second AAP when there is little or no response to the first one tried.

*Choice of next agents if inadequate response.* If it is decided to add or switch to an MS, the experts recommended using lithium or divalproex (if the patient is not already on this agent); they would also consider switching from lithium or divalproex to carbamazepine. If it is decided to add or switch to an AAP, the experts' recommendations were the same as for acute treatment, with olanzapine, risperidone, or quetiapine first-line choices and aripiprazole and ziprasidone high second-line options.

*Role of psychotherapy if inadequate response.* If the patient is having an inadequate response to initial medication treatment for mania, the majority of the experts did not recommend adding psychotherapy, probably reflecting lack of support for psychotherapy in acute treatment of mania. Nonetheless, approximately 20% did give first-line ratings to the addition of psychotherapy in this situation.

CONFIDENTIAL
AZSER12750968

*Novel strategies for treatment-resistant mania.* The experts had no strong recommendations for novel strategies, probably because there are no data from randomized trials supporting any of the options we asked about and negative findings concerning some agents. Of the survey options, the experts rated a calcium channel blocker, zonisamide, and levetiracetam second line. These ratings may reflect some limited findings from case reports and small open-label studies.[33-35]

## TREATMENT OF ACUTE BIPOLAR DEPRESSION

### Initial Treatment for Bipolar Depression

*Initial general strategy.* For bipolar depression, the experts consistently endorsed adding psychotherapy to pharmacotherapy, except when the patient was unlikely to be receptive to this strategy (e.g., during psychotic depression); even for psychotic depression, psychotherapy plus medication was identified as an alternative strategy. This strong endorsement of the efficacy of psychosocial treatment for bipolar depression may reflect consistent evidence for the efficacy of cognitive-behavioral therapy (CBT) and interpersonal therapy (IPT) in unipolar depression as well as studies indicating the success of a number of specialized treatments for the prevention or treatment of bipolar depression.[36-38] The use of psychotherapy alone was not generally recommended for bipolar depression (rated third line, except for lower second-line ratings for mild to moderate depression). The experts' responses to this question indicate a substantial increase in support for including psychotherapy in the treatment plan for bipolar depression since the first Expert Consensus survey in 1996,[1] doubtless reflecting the fact that the majority of studies on use of psychotherapy in bipolar disorder have been published since 1996. (For more detailed discussion of psychotherapy in bipolar disorder, see "Psychosocial Treatments in Bipolar Disorder," page 14.)

*Initial choice of medication for bipolar depression.* The experts' recommendations concerning initial choice of medication for bipolar depression yielded a number of interesting results, which may reflect the evolving state of the literature and the limited number of controlled trials.

- Lamotrigine was prominent in the recommendations for acute bipolar depression, with lamotrigine monotherapy rated first line for every presentation except psychotic depression. This is notable since only 1 placebo-controlled, parallel-group trial with lamotrigine in bipolar I depression has been published,[39] which was not positive on the primary outcome measure, although it was positive on most other measures.
- The combination of lamotrigine plus lithium received first-line ratings as initial medication strategy for severe

nonpsychotic depression and depression with a history of antidepressant(AD)-induced mania or rapid cycling, even though this combination has not been studied in a randomized controlled trial.
- ADs in combination with lithium received first-line ratings for severe nonpsychotic bipolar depression and very high second-line ratings for bipolar II depression, in spite of the ongoing controversy about their liability for inducing a mood switch and some controversy over whether they produce any additional benefit over lithium alone.[40-42]
- The combination of an AAP and an AD was rated first line for psychotic bipolar depression but received only high second-line ratings for severe nonpsychotic depression and only second-line ratings for mild-moderate depression. This lack of strong support for using an AAP plus an AD is interesting for several reasons: 1) published data showing that the combination of an AAP and an AD (olanzapine plus fluoxetine) was more effective than monotherapy with the AAP or placebo in bipolar depression regardless of psychosis;[43] 2) positive data on AAP monotherapy in nonpsychotic bipolar depression (published study with olanzapine[43] and recently presented data on quetiapine not available at the time of the survey[44]); and 3) the olanzapine-fluoxetine combination is the only drug formulation approved for the treatment of bipolar depression. The experts' relatively lower ratings of the AAPs in nonpsychotic bipolar depression may reflect concerns about tolerability and safety, especially with long-term use.

The limited support for divalproex in bipolar depression probably reflects the lack of published data from randomized controlled trials. However, in 1 randomized, double-blind study, the addition of divalproex to lithium was found effective in treating depressive symptoms,[45] and some studies have reported that divalproex has efficacy in preventing depressive episodes.[46,47]

*Antidepressants for bipolar depression.* We asked the experts which ADs they would recommend, if it is decided to include an AD in the treatment regimen. Lamotrigine was included in the list of options for this question because there is some disagreement as to how this agent should be categorized and we wanted to be as inclusive as possible. We therefore included lamotrigine in multiple categories to avoid biasing the survey results by classifying it solely as a mood stabilizer or an AD.

If an AD is included in the treatment regimen for a patient with bipolar depression *who does not have a history of rapid cycling or AD-induced mania,* the experts gave first-line ratings to lamotrigine, bupropion, citalopram, escitalopram, and sertraline, and high second-line ratings to paroxetine, fluoxetine, venlafaxine, duloxetine, and the olanzapine/fluoxetine combination formulation. These first-line recommendations reflect findings in the literature

CONFIDENTIAL
AZSER12750969

concerning these agents.[39,48-51] However, it is not clear if the experts were giving priority to drugs that have been studied in bipolar disorder or were just giving highest ratings to the ADs they prefer in general. If the former, we *would have expected paroxetine to be preferred*, given that it was studied in one of the largest trials to date and also in another smaller study[40,45] and venlafaxine has also been studied as much as the others.[49,50,52] It is again notable that the olanzapine/fluoxetine combination only received high second-line ratings, given its indication for bipolar depression. The only published data comparing newer antidepressants was a study by Vieta et al.,[52] who found that both paroxetine and venlafaxine were effective and safe in treating breakthrough depression, with a suggestion of slightly higher risk for switching to mania with venlafaxine.

For a patient *with a history of rapid cycling*, first-line choices were limited to lamotrigine as treatment of choice, with bupropion another first-line option. The experts' preference for lamotrigine for patients with a history of rapid cycling is not surprising since lamotrigine has been studied in this group in particular.[53,54] It is also not surprising that bupropion received first-line ratings in this patient group, even though there is really no comparative evidence that it is less likely to induce mania than other new-generation ADs (although it was found to be less likely to induce mania than desipramine in 1 very small study involving 19 patients[48]).

*Antipsychotics for nonpsychotic bipolar depression.* As discussed earlier, the experts generally did not give strong support to using an AAP in lieu of an MS either alone or in combination with an AD for nonpsychotic bipolar depression. For use in combination with an AD, olanzapine received very high second-line ratings (rated first line by 70% of the experts), probably reflecting that it is the only AAP for which a large controlled trial in bipolar depression had been reported at the time of the survey.[43] Quetiapine received high second-line ratings. The editors note that positive results from a trial of quetiapine monotherapy in bipolar depression were only recently presented after the survey was completed.[44]

*Antipsychotics for bipolar depression with psychosis.* The experts gave first-line ratings to olanzapine, quetiapine, and risperidone for the acute treatment of psychotic bipolar depression. Ziprasidone and aripiprazole received high second-line ratings, perhaps reflecting the more recent introduction of these 2 agents.

*Psychosocial strategies for bipolar depression.* CBT, family-focused therapy (FFT), and IPT received preferred ratings for the treatment of acute bipolar depression. Supportive and group psychotherapy received high second-line ratings as alternative strategies. In contrast, psychodynamic psychotherapy was rated third line. The experts' ratings probably reflect the fact that these 3 structured therapies have received the most study in controlled trials (for an overview of relevant research, see "Psychosocial Treatments in Bipolar Disorder," page 14).

## Inadequate Response to Initial Strategy for Bipolar Depression

Before making a change in treatment regimen, it is important to be sure that you have optimized the dose of the medication and allowed for a trial of adequate duration, although the benefit of optimization per se has never been studied. The experts in the 1996 Expert Consensus survey[1] indicated that an acute trial of an AD should be continued for as long in bipolar as in nonbipolar depression (e.g., 6–12 weeks). Although the duration of an adequate trial in bipolar depression has not been established in randomized, controlled trials, AD studies in unipolar depression suggest that 8 or even 12 weeks at a therapeutic dose may be required for an adequate trial.

*Partial response in nonpsychotic bipolar depression.* We asked the experts to recommend their next strategy for a patient with moderate to severe nonpsychotic bipolar depression who has had a partial response to the maximum tolerable dose of an initial medication, depending on which treatment was tried first. In nearly every case, the experts recommended adding another agent, rather than switching medications, presumably to maintain the partial response that had been achieved. If the initial treatment was monotherapy with an MS or an AAP, the experts recommended adding lamotrigine or an AD. Adding an AD in this situation is a common clinical practice, although there is controversy in the literature as to the benefit of this strategy.[41] For example, Nemeroff et al.[40] reported essentially negative results for this practice, except for patients who could not tolerate high lithium serum levels. It is interesting that, in spite of this controversy, the experts recommended adding an AD, as long as there is already an antimanic agent (MS or AAP) in the regimen (i.e., they are less likely to add an AD to lamotrigine). If the patient is having an inadequate response to combination treatment with an MS plus an AD, the experts recommended adding lamotrigine or changing the AD in the combination. If there is inadequate response to an AAP plus an AD, they recommended adding lamotrigine or an MS. If the patient is not responding adequately to lamotrigine monotherapy, they recommended adding an MS. Although a change in medications was the first-line strategy if there is a partial response to initial medication for bipolar depression, the experts gave high second-line ratings to adding psychotherapy in this situation, probably reflecting actual practice in the field.

*Little or no response in nonpsychotic bipolar depression.* If a patient with moderate to severe nonpsychotic bipolar

CONFIDENTIAL
AZSER12750970

depression has had little or no response to the maximum tolerable dose of an initial medication, the experts still generally recommended adding another agent, presumably because, if the first intervention doesn't succeed, they want to be sure patients are protected against a mood switch before starting a medication specifically for depression. Their choice of adjunctive agents was essentially the same as for a partial response, with lamotrigine again quite prominent among the recommended options. However, there was not as strong support for adding psychotherapy as for a partial response (second-line ratings with no consensus in several cases), probably reflecting actual practice in the field. It is interesting that the experts gave very high second-line ratings to switching to lamotrigine monotherapy if there is little or no response to an MS alone.

*Inadequate response in bipolar depression with psychosis.* If a patient with psychotic bipolar depression has had an inadequate response to an MS plus an AP, the experts recommended adding an AD, switching to an AAP if the patient is on a conventional agent, or adding or switching to electroconvulsive therapy (ECT). If the patient was already receiving a combination of the 3 types of agents (AD plus MS plus AP), the experts recommended adding or switching to ECT, trying a different AD, or switching to an AAP if the patients was first tried on a conventional agent. It is interesting to note how early in the treatment paradigm the experts would consider the use of ECT. This recommendation may not accurately reflect current clinical practice.[55]

*Choice of next antidepressant for bipolar depression.* If a patient with moderate to severe bipolar depression is having an inadequate response to a combination of medications that includes an AD and it it is decided to switch ADs, the experts recommended trying another agent that received first- or high second-line ratings as initial treatment (see above). For the most part, the experts' ratings of the different ADs are supported by positive studies in the literature.[40,45,48–52,56] However, the support for duloxetine is surprising, since no studies with this agent in bipolar depression have been published. This may reflect the drug's similar mechanism of action to venlafaxine. Again, it was surprising that the olanzapine/fluoxetine combination, despite being the only formulation with an indication for bipolar depression, received only high second-line ratings. This suggests the experts may have been concerned about long-term safety and tolerability rather than efficacy in rating this question.

*Choice of adjunctive nonantidepressant agents.* We asked the experts which nonantidepressant agents they would add or switch to for the purpose of achieving a better response if a patient with moderate to severe bipolar depression is having an inadequate response to a mood stabilizing agent (MS, AAP, lamotrigine), either alone or in combination with an AD. Adding or switching to lithium or lamotrigine was highly recommended; there was less support for divalproex, although one study suggested that it may be useful as an adjunctive agent.[45] The high second-line ratings given to AAPs as adjunctive agents probably reflect the absence of other nonantidepressant options and are supported by studies suggesting inherent antidepressant properties for at least some of these agents.[43,44]

*Novel strategies for treatment resistant bipolar depression.* The experts had no first-line recommendations for novel strategies but gave high second-line ratings to light therapy in seasonal depression (70% first line) and to stimulants (43% first line). They gave second-line ratings to many other options, including dopamine agonists (e.g., pramipexole), atomoxetine, and modafinil. Two recent studies suggested that pramipexole may be helpful when added to a mood stabilizer in patients with bipolar depression.[57,58]

## GENERAL CLINICAL MANAGEMENT AND MAINTENANCE TREATMENT

### Essential Properties of a Mood Stabilizer

The majority of the experts considered all of the following properties essential in defining a mood stabilizer:

- Effective in the acute treatment of both depressive and manic episodes
- Effective in preventing recurrence of both depressive and manic episodes
- Does not increase the risk of cycling or switching into another mood state
- Does not exacerbate any phase of illness

There was some difference of opinion about whether an agent needs to treat one or both mood poles or to be effective in acute treatment in order to be considered a mood stabilizer. Twenty-one percent of the experts indicated that they would consider an agent a mood stabilizer if it was effective in the treatment of *either* depressive *or* manic episodes, while another 21% did not think that it needed to be effective in the acute treatment of either. Likewise, 26% felt that an agent only needed to be effective in preventing one pole (depression or mania) to be considered a mood stabilizer.

We asked the experts to rate a number of agents commonly used to treat patients with bipolar disorder in terms of how well they meet each of the proposed criteria for a mood stabilizer, giving a rating of 7–9 to those agents they believe are very effective and 4–6 to those they consider somewhat effective. Guideline 6 presents a list of the agents that were rated first line (i.e., very effec-

CONFIDENTIAL
AZSER12750971

*Expert Consensus Guideline Series*

tive) and those agents that received high second-line ratings (CI crossing the boundary with first line and a mean rating ≥ 6.0), which we listed as somewhat effective. Based on the definition of a mood stabilizer endorsed by a majority of the experts, lithium is the agent that most closely meets the definition, followed by olanzapine. Lithium was rated as being somewhat effective for acute depression, and very effective for acute mania, for reducing recurrence of depression and mania, and for not increasing the risk of mood switch or cycling. These ratings reflect findings discussed in a review of the literature through June 2002 by Bauer and Mitchner.[59] Olanzapine was rated as very effective for acute mania, for reducing recurrence of mania, and for not increasing risk of mood switch or cycling, and somewhat effective at reducing recurrence of acute depression.

***Treating acute depression.*** Lamotrigine was rated very effective and lithium somewhat effective in treating acute depression. Findings concerning quetiapine in acute bipolar depression have been presented since the survey.[44]

***Treating acute mania.*** Nearly all of the agents we asked about were rated first line (very effective) for acute mania, except for chlorpromazine (high second line, somewhat effective), oxcarbazepine (second line), and lamotrigine and gabapentin (rated third line, not very effective). Although findings in the literature indicate that chlorpromazine is not less effective than lithium in the treatment of acute mania,[60] it may have received somewhat less support because it is less well tolerated.

***Reducing recurrence of subsequent episodes.*** Lamotrigine and lithium were rated as very effective and olanzapine as somewhat effective for reducing recurrence of depression (rated first line by 52%, second line by 34% and third line by 14%). The olanzapine ratings are interesting given that it was found to be similar to lithium in a bipolar maintenance study.[61] It is unclear whether the experts' ratings reflect concern about safety or just the need for more data. Lithium, olanzapine, divalproex, and clozapine were rated as very effective for reducing recurrence of mania; quetiapine, risperidone, carbamazepine, aripiprazole, and ziprasidone were rated as somewhat effective (high second-line ratings). Positive findings in a maintenance study with olanzapine were reported in 2003.[62] The positive ratings given to clozapine in reducing manic recurrence may primarily reflect clinical experience, since only 1 randomized study has examined the use of clozapine as an add-on in treatment-resistant mania.[63] The lower ratings given to the other AAPs in reducing manic recurrences probably reflect the lack of maintenance data for these agents. However, data have recently been presented at scientific meetings, some of which were not available at the time of the survey, concerning olanzapine[64] and aripiprazole[65] in

bipolar maintenance treatment. However, the aripiprazole trial was only a 26-week study and included only a placebo control.[65]

***Not increasing risk of mood switches or cycling.*** All the drugs we asked about were rated as very effective or somewhat effective in this area. The experts' ratings may reflect the fact that fewer published data about the antimanic effects of ziprasidone and aripiprazole were available at the time of the survey, and the experts may have been concerned about the perception that these drugs are more activating in some patients, although there is no evidence from randomized trials indicating an increased risk of switching or cycling with these agents.

We also asked the experts about the mood stabilizing properties of a number of alternative agents, but the experts did not consider any of them to be mood stabilizers.

## Maintenance Treatment After a Manic Episode

***Long-term maintenance strategies after a manic episode.*** We asked the experts about maintenance strategies for a patient who responded to a medication treatment regimen for acute mania, experienced a second episode when the treatment was discontinued, and has now responded to the same treatment again. The experts recommended continuing the same medication(s) at the same dose(s) as worked acutely. Interestingly, in contrast to other guidelines, such as those of the American Psychiatric Association,[55] the experts recommended continuing treatment with an AAP for maintenance if an AAP was used to achieve remission from the acute episode. This recommendation is supported by a recent study by Tohen et al.,[66] which found that patients taking olanzapine plus lithium or divalproex experienced longer sustained symptomatic, but not syndromic, remission than those receiving lithium or divalproex monotherapy. It should be noted, however, that this study may have selected for patients who required combination treatment, since the subjects selected for this study had all been stabilized on combination treatment acutely. The experts would also consider reducing the dose of the medication, or discontinuing the AAP if the patient is receiving combination treatment. Dosing strategies for long-term maintenance treatment in bipolar disorder are not well studied. Studies have shown that the "reduced dose" strategy does not work well for ADs in major depressive disorder.[67] However, the experts' willingness to consider reducing doses as a high second-line alternative may reflect their recognition that modal doses of both AAPs and MSs in maintenance studies were lower than in acute studies. Psychotherapy also received very high second-line ratings for continuation treatment after a manic episode.

12

CONFIDENTIAL
AZSER12750972

*Duration of treatment after response in mania.* If a patient has had at least 2 manic episodes, a majority of the experts (84%) recommended continuing treatment with an MS indefinitely; most of the experts (82%) would continue treatment with an AAP for an average of 20 weeks, while 18% would continue the AAP indefinitely. The experts' recommendations concerning duration of maintenance treatment may reflect the general understanding that patients with bipolar disorder probably need prophylaxis even after a single manic episode. The recommendation not to continue AAPs indefinitely may reflect reluctance to use these agents on a long-term basis, presumably because of concern about side effects such as weight gain, and also the fact that there are fewer long-term data available on AAPs than on MSs (e.g., lithium).

*Maintenance doses of mood stabilizing agents.* The experts' recommendations for doses and blood levels of mood stabilizing agents for the treatment of a medically healthy young adult with bipolar disorder during maintenance treatment are presented in Guideline 7C (page 39). The experts appeared to be willing to use slightly lower doses in maintenance treatment than have been used in acute mania studies.

### Maintenance Treatment After a Depressive Episode

*Long-term maintenance strategies after a depressive episode in bipolar I disorder.* If a patient with bipolar I depression has responded to treatment with a combination of medications that included an AD, the experts recommended discontinuing the AD, which is not surprising given concern about the potential risk of switching or cycling associated with ADs. However, some nonrandomized studies suggest that patients who respond to an AD acutely may be more likely to relapse into depression if the AD is discontinued.[68,69] If a patient has responded acutely to a combination of an MS plus an AAP, the experts recommended tapering and discontinuing the AAP, probably reflecting concern about weight gain and other side effects with long-term treatment. If a patient has responded acutely to an AAP plus lamotrigine, the experts are more willing to continue the AAP, probably because lamotrigine has been shown to have only a modest benefit for preventing mania.[70,71] There is a wealth of evidence for the efficacy of CBT and IPT in reducing relapse in unipolar depression, and growing evidence for the role of CBT and FFT in bipolar depression (see "Psychosocial Treatments in Bipolar Disorder," page 14). Reflecting this evidence, there was consistent support combining psychotherapy with medication as a long-term maintenance strategy following bipolar depression no matter what medication strategy is being used (with the addition of psychotherapy rated first line by 63%–69% of the experts).

*Long-term maintenance strategies after a depressive episode in bipolar II disorder.* Only 46% of the experts indicated that their maintenance medication strategies would be affected by the presence of bipolar II rather than bipolar I disorder. Generally, the experts appeared to be more willing to use lamotrigine monotherapy in bipolar II than in bipolar I disorder. For further discussion of maintenance treatment strategies for bipolar II disorder, readers are referred to Suppes and Dennehy[72] and Calabrese et al.[54]

*Duration of treatment after response.* In bipolar I disorder, the experts would continue AD treatment for a minimum of 14–18 weeks and a maximum of 28–31 weeks after a depressive episode if the patient *does not have a history of rapid cycling.* The only feature that affected the experts' recommendations concerning how long to continue AD treatment was a history of rapid cycling, in which case the experts would continue the AD for only approximately half as long (9–17 weeks). If a patient without a history of rapid cycling has severe depression with psychotic features, 30% of the experts would continue treatment with an AD indefinitely.

If an AP is being given for severe psychotic depression, the experts' recommended continuing it for 15–26 weeks, which agrees closely with their recommendation of 20 weeks after a manic episode.

The recommendations for AD continuation in bipolar II disorder were similar to those for bipolar I, although the experts were inclined to continue treatment for a somewhat shorter period. For severe depression, they recommended 11–24 weeks for a patient without a history of rapid cycling and 10–16 weeks for a patient with a history of rapid cycling. However, 40% of the experts said they would continue treatment with an AD indefinitely in a patient with severe bipolar II depression without a history of rapid cycling. This probably reflects the findings of Altshuler et al.[68,69] of higher rates of depressive relapse in patients who discontinue an AD to which they responded acutely.

*Antipsychotics for maintenance treatment.* The experts gave very high second-line ratings to olanzapine, followed by risperidone, quetiapine, aripiprazole, and ziprasidone as other high second-line options. Olanzapine probably received slightly higher ratings because this agent has been the most studied in bipolar maintenance treatment.[62] Some positive findings concerning aripiprazole have also recently been presented.[65]

*Psychosocial strategies for long-term maintenance.* Just as in acute depression, the experts gave first-line ratings to CBT, FFT, and IPT, which have been studied the most in controlled trials, with group psychotherapy and supportive individual psychotherapy high second line. (See "Psychosocial Treatments in Bipolar Disorder," page 14).

CONFIDENTIAL
AZSER12750973

*Expert Consensus Guideline Series*

## Breakthrough Mania

*General strategies for breakthrough mania.* For breakthrough mania with or without a history of rapid cycling, the experts' preferred to add another medication (i.e., use a combination of an MS plus an AAP), which is consistent with research showing that combination treatment is more effective than monotherapy.[19-22] It also reflects the desire to continue a medication that worked acutely, even though there has been a breakthrough episode. The experts recommended discontinuing any AD the patient may be receiving, which is also supported by findings in the research literature.[73]

*Traditional mood stabilizers to add or switch to in breakthrough mania.* The experts preferred lithium and divalproex over carbamazepine if it is decided to add or switch to another MS. A 1-year pilot study by Solomon et al.[74] found that patients with bipolar disorder treated with a combination of lithium and divalproex were less likely to suffer a relapse or recurrence than those treated with lithium alone. Tohen et al.[66] found that patients taking a combination of olanzapine and lithium or divalproex experienced longer sustained symptomatic remission than those taking lithium or divalproex monotherapy. The preference for lithium and divalproex over carbamazepine probably reflects the fact that carbamazepine has been less studied in the treatment of breakthrough episodes and there are findings suggesting it may be less effective than lithium.[75] It is interesting that the experts recommended lithium here even if the patient has a history of rapid cycling, although they did not give it first-line ratings as an initial choice for a patient with rapid cycling mania. This may reflect findings from studies by Swann et al.[76] and Tondo et al.[77] Despite a paucity of evidence, oxcarbazepine was identified as a possible add-on to lithium, probably reflecting the belief that it may have similar efficacy to carbamazepine.

## Breakthrough Depression

*General strategies for breakthrough depression.* Adding lamotrigine was the treatment of choice for breakthrough depression if the patient is not already receiving this agent. It is interesting that the experts strongly supported adding an AD to the treatment regimen as long as the patient does not have a history of rapid cycling, except in the case of lamotrigine monotherapy, where adding an AD is a high second-line option. Consistent with the research literature, the experts did not recommend adding an AD for a patient with a history of rapid cycling. It is interesting that the experts would almost always add another agent rather than switching medications. Presumably this again reflects the assumption that the primary treatment was at least partially effective and should therefore be continued.

*Traditional mood stabilizers to add or switch to in breakthrough depression.* Lamotrigine is the treatment of choice to add or switch to in breakthrough depression, whether or not the patient has a history of rapid cycling. For a patient without a history of rapid cycling who is receiving divalproex or carbamazepine, lithium is another first-line option to add or switch to. This may reflect the findings from Solomon et al. noted above, that patients treated with a combination of lithium and divalproex were less likely to suffer a relapse or recurrence than those treated with lithium alone.[74] Young et al.[45] also found that a combination of lithium and divalproex was effective in the treatment of bipolar depression. For a patient with a history of rapid cycling, the experts recommended adding or switching to lithium or divalproex and would also consider carbamazepine.

## PSYCHOSOCIAL TREATMENTS IN BIPOLAR DISORDER

*Expansion of psychotherapy for bipolar disorder.* The last decade has been marked by the emergence of a number of empirically supported psychosocial treatment options for bipolar disorder. Whereas these strategies once focused only on issues related to medication adherence,[78] they now include broader strategies to promote mood stability and reduce mania, hypomania, depression, and hospitalizations.[36-38] There is evidence that these effects do not rely on the promotion of medication adherence alone.[37] Also, over the last decade, the evidence for the efficacy of these approaches has advanced from relatively small, initial trials[79-81] to studies randomizing over 100 patients.[36,37]

*Preferred psychosocial treatments for bipolar disorder.* Attitudes about the efficacy of psychosocial treatments as an adjunct to pharmacotherapy for bipolar disorder have kept pace with these advances in research, with experts in the field now embracing a strong role for structured psychotherapy in the management of bipolar disorder. In recommending specific types of psychotherapy, the experts focused on treatments that have been studied in controlled treatment trials: CBT,[37] FFT,[82] and IPT with a social rhythm component (IPSRT).[83]

*When to use psychotherapy.* The experts consistently recommended including psychotherapy in the treatment regimen for bipolar disorder, except in manic and psychotic phases of the illness when patients are typically not receptive to verbal therapy and psychotherapy is likely to be of relatively little benefit. In contrast, the experts recommended psychotherapy for those phases of the illness when the patient is more capable of taking in and using new information: hypomanic and depressed states and during continuation and maintenance treatment.

Psychotherapy was also endorsed as a first-line strategy under conditions in which pharmacotherapy options are

14

CONFIDENTIAL
AZSER12750974

limited (e.g., by heart disease, liver disease, obesity, renal conditions, or pregnancy). Likewise, psychotherapy (CBT in particular) was recommended as a first-line strategy for addressing comorbid conditions such as anxiety, eating, or substance-use disorders (see section on "Other Treatment Issues" below).

When asked at what stage they would introduce psychotherapy into the treatment regimen, over two thirds of the experts indicated that psychotherapy in combination with medication should be considered a standard initial treatment strategy. A smaller number would reserve psychotherapy for use when the patient is stable (16%) or after an inadequate response to medication (17%).

A recent report from the Systematic Treatment Enhancement Program for Bipolar Disorder (STEP-BD) , a large multi-center study, indicated that, in the 3 months prior to enrollment in STEP-BD, 54% of the patients were engaged in at least 1 psychosocial service in addition to pharmacotherapy.[84]

*Selecting clinical specialists.* The experts perceived a clear need for more well trained providers who specialize in bipolar disorder. In keeping with their recommendations for preferred treatment strategies, the experts indicated that they considered psychopharmacologists (rated first line by 91%) and clinicians who specialize in empirically supported psychotherapies for bipolar disorder (rated first line by 83%) the 2 top priorities. Their ratings of the different specialities also reflected an awareness that multidisciplinary teams may be necessary for some patients with bipolar disorder.

*Availability of psychotherapy.* We asked the experts about the availability of the 3 empirically evaluated psychotherapies in their local area (often academic medical centers). Almost half of the experts (49%) indicated that there was good availability of CBT in their areas, whereas only about a quarter (26%) reported good availability of IPT and FFT practitioners.

*Key psychosocial treatment elements.* The experts identified a number of key psychosocial treatment elements, including monitoring and discussion of medication adherence, education about the nature of bipolar disorder, regulation of sleep and activity levels, and treatment of comorbid conditions. Many of these interventions can be integrated into standard pharmacological care as well as in more comprehensive psychosocial treatment. The experts also recommended as first-line strategies the structuring of step-by-step goals for a return to role functioning; addressing weekly stressors and patient concerns; and working on family, communication, and other interpersonal issues. In contrast, the experts did not consider it important to focus on early trauma or dynamic issues from childhood in the management of bipolar disorder.

## OTHER TREATMENT ISSUES

### Managing Special Problems

The experts emphasized the importance of psychosocial treatment in promoting adherence and managing weight and comorbid conditions.

*Weight gain.* If weight gain is a problem, the experts recommended switching to a medication with lower weight gain liability if possible, or else trying to manage the problem with diet and exercise while continuing the same medication. Although the experts gave high second-line ratings to decreasing the dose of the weight-inducing medication if possible, there is no evidence that such dose decreases have an impact on weight gain for most agents used to treat bipolar disorder. The experts gave high second-line ratings to adding topiramate to the treatment regimen, reflecting research showing that this agent has been associated with weight loss.[85,86] Although there are now some data on zonisamide,[87] there was no consensus among the experts on the utility of adding this agent.

*Genetic counseling.* When asked how they would handle questions from patients about the risk of their children having bipolar disorder, the experts said they felt comfortable reviewing family history and providing information themselves rather than referring to a genetic counselor. This may reflect the fact that many of the experts on bipolar disorder who completed the survey might be more familiar with current literature on the genetics of the disorder than the typical clinician. Interestingly, this recommendation runs counter to the general trend in other specialties to refer more patients for genetic counseling.

*Improving adherence to treatment.* Preferred interventions for improving medication adherence included strategies to simplify the task of adherence (i.e., using once daily dosing) as well as using aids and reminders (e.g., pill boxes, daily charts and cues, and family monitoring). Incorporating a depot antipsychotic in the treatment regimen was a high second-line option.

*Selecting treatments for patients in special situations.* Table 16D (page 49) presents recommendations for selecting medications for patients with different types of prominent symptomatology or comorbid medical or psychiatric conditions, and for children, adolescents, the elderly, and women who are pregnant or trying to become pregnant. The need for appropriate treatment of comorbidity in bipolar disorder was highlighted by another recent report from the STEP-BD program, the findings of which suggested that patients with bipolar disorders and comorbid disorders may be undertreated.[88]

CONFIDENTIAL
AZSER12750975

Just as there was less support for using psychotherapy in manic or psychotic episodes, psychotherapy received lower ratings for patients with prominent agitation or aggression. In contrast, psychotherapy was endorsed as a first-line strategy for boosting treatment response when pharmacological treatment options are limited by conditions such as heart disease, liver disease, obesity, renal conditions, or pregnancy. Consistent with a wealth of evidence for the efficacy of CBT alone in anxiety, eating, and substance use disorders,[89-91] psychotherapy, particularly CBT, was recommended as a first-line strategy for addressing these comorbid conditions in patients with bipolar disorder, although research is needed to confirm this assumption of efficacy. CBT or other psychotherapy may be particularly useful in this situation, given limitations on the use of ADs due to concerns over inducing a manic episode.

The experts' recommendations for cognitively impaired patients reflect a desire to avoid more sedating agents (e.g., topiramate). However, divalproex received high second-line ratings even though it can have cognitive effects. In contrast, for a patient with marked agitation/aggression, the experts favored more sedating agents. As would be expected, the experts recommended avoiding clozapine and olanzapine in patients with diabetes or for whom obesity or weight gain is a concern. The risk of diabetes or obesity with other AAPs remains the subject of much debate, with some studies also finding that quetiapine and risperidone are associated with a risk of these problems.[92,93]

## CONCLUSIONS

### Limitations and Advantages of Expert Consensus Guidelines

These guidelines can be viewed as an expert consultation, to be weighed in conjunction with other information and in the context of each individual patient-physician relationship. The recommendations do not replace clinical judgment, which must be tailored to the particular needs of each clinical situation. We describe groups of patients and make suggestions intended to apply to the average patient in each group. However, individual patients will differ greatly in their treatment preferences and capacities, history of response to previous treatments, family history of treatment response, and tolerance for different side effects. Therefore, the experts' first-line recommendations certainly will not be appropriate in all circumstances.

We remind readers of several other limitations of these guidelines:

1. The guidelines are based on a synthesis of the opinions of a large group of experts. From question to question, some of the individual experts would differ with the consensus view.
2. We have relied on expert opinion precisely because we are asking crucial questions that are not yet well answered by the literature. One thing that the history of medicine teaches us is that expert opinion at any given time can be very wrong. For some questions, accumulating research will ultimately reveal better and clearer answers. Clinicians should therefore stay abreast of the literature for developments that would make at least some of our recommendations obsolete. We hope to revise the guidelines periodically based on new research information and on reassessment of expert opinion to keep them up-to-date.
3. The guidelines are financially sponsored by the pharmaceutical industry, which could possibly introduce biases. Because of this, we have made every step in guideline development transparent, reported all results, and taken little or no editorial liberty.
4. These guidelines are comprehensive but not exhaustive; because of the nature of our method, we omit some interesting topics on which we did not query the expert panel.

Despite the limitations, these guidelines represent a significant advance because of their specificity, ease of use, and the credibility that comes from achieving a very high response rate from a large sample of the leading experts in the field.

### Guidelines Research

It is easy to get experts to agree on key steps, but how do we know they are right? Two major research projects illustrate the power of consensus guidelines and test their ability to improve care.

The first is the Texas Medication Algorithm Project (TMAP), a controlled study of whether patients treated according to guidelines have better outcomes than patients receiving "treatment as usual" care.[94]

The second major project is the Systematic Treatment Enhancement Program for Bipolar Disorder (STEP-BD) sponsored by the National Institute of Mental Health. This project is based on the recognition that, at most of the decision points in this survey, more than 1 option is rated first line, and that together these options represent a menu of reasonable options for clinical care. It is likely that this multiplicity of first-line options indicates a state of clinical uncertainty, which can be resolved only by high-quality empirical data. Over the next several years, STEP-BD will report outcomes for more than 4,000 patients with bipolar disorder in treatment centers across the United States which have agreed to implement a common intervention model based on various first-line expert recommendations.[95]

Advances in public health do not always require technological breakthroughs or long periods of waiting for new data. Immediate gains can be made by increasing the speed with which best practices are implemented. Guidelines

CONFIDENTIAL
AZSER12750976

offer a rapid means for communicating a distillate of expert opinion. When reaching a clinical decision point, practitioners and patients can use guidelines to generate a menu of reasonable choices and then select the option that is judged best for each individual. This process drives the next round of expert opinion and the next round of empirical studies.

## REFERENCES

1. Kahn DA, Carpenter D, Docherty JP, et al. The expert consensus guideline series: treatment of bipolar disorder. J Clin Psychiatry 1996;57(Suppl 12a):1–88

2. Sachs GS, Printz DJ, Kahn DA, et al. The expert consensus guideline series: medication treatment of bipolar disorder 2000. Postgrad Med Special Report 2000;April:1–104

3. Djulbegovic B. Hadley T. Evaluating the quality of clinical guidelines: linking decisions to medical evidence. Oncology 1998;12 (11A):310–4

4. Shekelle PG, Kahan JP, Bernstein SJ, et al. The reproducibility of a method to identify the overuse and underuse of medical procedures. N Engl J Med 1998;338(26):1888–95

5. McEvoy JP, Weiden PJ, Smith TE, et al. The expert consensus guideline series: treatment of schizophrenia. J Clin Psychiatry 1996; 57(Suppl 12b):1–58

6. March JS, Frances A, Carpenter D, et al. The expert consensus guideline series: treatment of obsessive-compulsive disorder. J Clin Psychiatry 1997;58(Suppl 4):1–72

7. Alexopoulos GS, Silver JM, Kahn DA, et al. The expert consensus guideline series: treatment of agitation in older persons with dementia. Postgrad Med Special Report 1998;April:1–88

8. McEvoy JP, Scheifler PL, Frances A. The expert consensus guideline series: treatment of schizophrenia 1999. J Clin Psychiatry 1999; 60(Suppl 11):1–80

9. Foa EB, Davidson JRT, Frances A. The expert consensus guideline series: treatment of posttraumatic stress disorder. J Clin Psychiatry 1999;60(Suppl 16):1–76

10. Rush AJ, Frances A. The expert consensus guideline series: treatment of psychiatric and behavioral problems in mental retardation. AJMR 2000;105(3):159–228

11. Altshuler LL, Cohen LS, Moline ML, et al. The expert consensus guideline series: treatment of depression in women 2001. Postgrad Med Special Report 2001;March:1–116

12. Conners CK, March JS, Frances A, et al. The expert consensus guideline series: treatment of attention-deficit/hyperactivity disorder. J Atten Disord 2001;4(suppl 1):S1–S128

13. Allen MH, Currier GW, Hughes DH, et al. The expert consensus guideline series: treatment of behavioral emergencies. Postgrad Med Special Report 2001;May:1–88

14. Alexopoulos GS, Katz IR, Reynolds CF, et al. The expert consensus guideline series: treatment of depressive disorders in older patients. Postgrad Med Special Report 2001;October:1–86

15. Kane JM, Leucht S, Carpenter D, et al. The expert consensus guideline series: optimizing pharmacologic treatment of psychotic disorders. J Clin Psychiatry 2003;64(suppl 12):1–100

16. Alexopoulos GS, Streim J, Carpenter D, et al. The expert consensus guideline series: using antipsychotic agents in older patients. J Clin Psychiatry 2004;65(suppl 2):1–105

17. Kahn DA, Docherty JP, Carpenter D, et al. Consensus methods in practice guideline development: a review and description of a new method. Psychopharmacol Bull 1997;33(4):631–9

18. Brook RH, Chassin MR, Fink A, et al. A method for the detailed assessment of the appropriateness of medical technologies. Int J Tech Assess Health Care 1986;2:53–63

19. Sachs GS, Grossman F, Ghaemi SN, et al. Combination of a mood stabilizer with risperidone or haloperidol for treatment of acute mania: a double-blind, placebo-controlled comparison of efficacy and safety. Am J Psychiatry. 2002;159(7):1146–54

20. Sachs G, Chengappa KN, Suppes T, et al. Quetiapine with lithium or divalproex for the treatment of bipolar mania: a randomized, double-blind, placebo-controlled study. Bipolar Disord 2004;6(3): 213–23

21. Tohen M, Chengappa KN, Suppes T, et al. Efficacy of olanzapine in combination with valproate or lithium in the treatment of mania in patients partially nonresponsive to valproate or lithium monotherapy. Arch Gen Psychiatry 2002;59(1):62–9

22. Yatham LN, Grossman F, Augustyns I, et al. Mood stabilisers plus risperidone or placebo in the treatment of acute mania: international, double-blind, randomised controlled trial. Br J Psychiatry 2003;182:141–7

23. Hirschfeld RM, Keck PE Jr, Kramer M, et al. Rapid antimanic effect of risperidone monotherapy: a 3-week multicenter, double-blind, placebo-controlled trial. Am J Psychiatry 2004;161(6): 1057–65

24. Keck PE, Jr, Marcus R, Tourkodimitris S, et al. A placebo-controlled, double-blind study of the efficacy and safety of aripiprazole in patients with acute bipolar mania. Am J Psychiatry 2003;160(9): 1651–8

25. Keck PE, Jr, Versiani M, Potkin S, et al. Ziprasidone in the treatment of acute bipolar mania: a three-week, placebo-controlled, double-blind, randomized trial. Am J Psychiatry 2003;160(4):741–8

26. Tohen M, Sanger TM, McElroy SL, et al. Olanzapine versus placebo in the treatment of acute mania. Olanzapine HGEH Study Group. Am J Psychiatry 1999;156(5):702–9

27. Tohen M, Jacobs TG, Grundy SL, et al. Efficacy of olanzapine in acute bipolar mania: a double-blind, placebo-controlled study. The Olanzipine HGGW Study Group. Arch Gen Psychiatry 2000:57(9): 841–9

28. Tohen M, Baker RW, Altshuler LL, et al. Olanzapine versus divalproex in the treatment of acute mania. Am J Psychiatry 2002; 159(6):1011–7

29. Tohen M, Goldberg JF, Gonzalez-Pinto Arrillaga AM, et al. A 12-week, double-blind comparison of olanzapine vs haloperidol in the treatment of acute mania. Arch Gen Psychiatry 2003;60(12): 1218–26

30. Segal J, Berk M, Brook S. Risperidone compared with both lithium and haloperidol in mania: a double-blind randomized controlled trial. Clin Neuropharmacol 1998;21(3):176–80

31. Swann AC, Bowden CL, Morris D, et al. Depression during mania: Treatment response to lithium or divalproex. Arch Gen Psychiatry 1997;54(1):37–42

32. Weisler RH, Kalali AH, Ketter TA, et al. A multicenter, randomized, double-blind, placebo-controlled trial of extended-release carbamazepine capsules as monotherapy for bipolar disorder patients with manic or mixed episodes. J Clin Psychiatry 2004;65(4):478–84

33. Garza-Trevino ES, Overall JE, Hollister LE. Verapamil versus lithium in acute mania. Am J Psychiatry 1992;149(1):121–2

34. Kanba S, Yagi G, Kamijima K, et al. The first open study of zonisamide, a novel anticonvulsant, shows efficacy in mania. Prog Neuropsychopharmacol Biol Psychiatry 1994;18(4):707–15

35. Grunze H, Langosch J, Born C, et al. Levetiracetam in the treatment of acute mania: an open add-on study with an on-off-on design. J Clin Psychiatry 2003;64(7):781–4

36. Colom F, Vieta E, Martinez-Aran A, et al. A randomized trial on the efficacy of group psychoeducation in the prophylaxis of recurrences in bipolar patients whose disease is in remission. Arch Gen Psychiatry 2003;60:402–7

37. Lam DH, Watkins ER, Hayward P, et al. A randomized controlled study of cognitive therapy for relapse prevention for bipolar affective disorder: outcome of the first year. Arch Gen Psychiatry 2003;60: 145–152

38. Mildowitz DJ, Richards JA, George EL, et al. Integrated family and

CONFIDENTIAL
AZSER12750977

*Expert Consensus Guideline Series*

individual therapy for bipolar disorder: Results of a treatment development study. J Clin Psychiatry 2003;64:182–191

39. Calabrese JR, Bowden CL, Sachs GS, et al. A double-blind placebo-controlled study of lamotrigine monotherapy in outpatients with bipolar I depression. Lamictal 602 Study Group. J Clin Psychiatry 1999;60(2):79–88

40. Nemeroff CB, Evans DL, Gyulai L, et al. Double-blind, placebo-controlled comparison of imipramine and paroxetine in the treatment of bipolar depression. Am J Psychiatry 2001;158(6):906–12

41. Ghaemi SN, Rosenquist KJ, Ko JY, et al. Antidepressant treatment in bipolar versus unipolar depression. Am J Psychiatry 2004;161(1):163–5

42. Gijsman HJ, Geddes JR, Rendell JM, et al. Antidepressants for bipolar depression: a systematic review of randomized, controlled trials. Am J Psychiatry 2004;161(9):1537–47

43. Tohen M, Vieta E, Calabrese J, et al. Efficacy of olanzapine and olanzapine-fluoxetine combination in the treatment of bipolar I depression. Arch Gen Psychiatry 2003;60(11):1079–88

44. Calabrese JR, Macfadden W, McCoy R, et al. Double-blind, placebo-controlled study of quetiapine in bipolar depression. Presented at the 2004 Annual Meeting of the American Psychiatric Association, New York, May 5, 2004 (New Research Abstract NR 756)

45. Young LT, Joffe RT, Robb JC, et al. Double-blind comparison of addition of a second mood stabilizer versus an antidepressant to an initial mood stabilizer for treatment of patients with bipolar depression. Am J Psychiatry 2000;157(1):124–6

46. Bowden CL, Lecrubier Y, Bauer M, et al. Maintenance therapies for classic and other forms of bipolar disorder. J Affect Disord 2000;59(Suppl 1):S57–S67

47. Gyulai L, Bowden CL, McElroy SL, et al. Maintenance efficacy of divalproex in the prevention of bipolar depression. Neuropsychopharmacology 2003;28(7):1374–82

48. Sachs GS, Lafer B, Stoll AL, et al. A double-blind trial of bupropion versus desipramine for bipolar depression. J Clin Psychiatry 1994;55(9):391–3

49. Post RM, Altshuler LL, Frye MA, et al. Rate of switch in bipolar patients prospectively treated with second-generation antidepressants as augmentation to mood stabilizers. Bipolar Disord 2001; 3(5):259–65

50. Post RM, Leverich GS, Nolen WA, et al. A re-evaluation of the role of antidepressants in the treatment of bipolar depression: data from the Stanley Foundation Bipolar Network. Bipolar Disord 2003;5(6):396–406

51. Kupfer DJ, Chengappa KN, Gelenberg AJ, et al. Citalopram as adjunctive therapy in bipolar depression. J Clin Psychiatry 2001;62(12):985–90

52. Vieta E, Martinez-Aran A, Goikolea JM, et al. A randomized trial comparing paroxetine and venlafaxine in the treatment of bipolar depressed patients taking mood stabilizers. J Clin Psychiatry 2002;63(6):508–12

53. Walden J, Schaerer L, Schloesser S, et al. An open longitudinal study of patients with bipolar rapid cycling treated with lithium or lamotrigine for mood stabilization. Bipolar Disord 2000;2(4):336–9

54. Calabrese JR, Suppes T, Bowden CL, et al. A double-blind, placebo-controlled, prophylaxis study of lamotrigine in rapid-cycling bipolar disorder. Lamictal 614 Study Group. J Clin Psychiatry 2000;61(11):841–50

55. American Psychiatric Association. Practice guideline for the treatment of patients with bipolar disorder (revision). Am J Psychiatry 2002;159(4 Suppl):1–50

56. McIntyre RS, Mancini DA, McCann S, et al. Topiramate versus bupropion SR when added to mood stabilizer therapy for the depressive phase of bipolar disorder: a preliminary single-blind study. Bipolar Disord 2002;4(3):207–13

57. Goldberg JF, Burdick KE, Endick CJ. Preliminary randomized, double-blind, placebo-controlled trial of pramipexole added to mood stabilizers for treatment-resistant bipolar depression. Am J Psychiatry 2004;161(3):564–6

58. Zarate CA Jr, Payne JL, Singh J, et al. Pramipexole for bipolar II depression: a placebo-controlled proof of concept study. Biol Psychiatry 2004;56(1):54–60

59. Bauer MS, Mitchner L. What is a "mood stabilizer"? An evidence-based response. Am J Psychiatry 2004;161(1):3–18

60. Prien RF, Caffey EM Jr, Klett CJ. Comparison of lithium carbonate and chlorpromazine in the treatment of mania. Report of the Veterans Administration and National Institute of Mental Health Collaborative Study Group. Arch Gen Psychiatry 1972;26(2):146–53

61. Tohen MF, Marneros A, Bowden CL, et al. Olanzapine versus lithium in relapse prevention in bipolar disorder. Presented at the 2003 meeting of the American Psychiatric Association, San Francisco, May 20, 2003 (New Research Abstract NR 509)

62. Tohen M, Ketter TA, Zarate CA, et al. Olanzapine versus divalproex sodium for the treatment of acute mania and maintenance of remission: a 47-week study. Am J Psychiatry 2003;160(7):1263–71

63. Suppes T, Webb A, Paul B, et al. Clinical outcome in a randomized 1-year trial of clozapine versus treatment as usual for patients with treatment-resistant illness and a history of mania. Am J Psychiatry 1999;156(8):1164–9

64. Tohen MF, Bowden CL, Risser R, et al. Relapse prevention for mixed versus manic index patients with olanzapine. Presented at the 2004 meeting of the American Psychiatric Association, New York, May 5, 2004 (New Research Abstract NR 802)

65. Marcus R, Carson WE, McQuade RD, et al. Long-term efficacy of aripiprazole in the maintenance treatment of bipolar disorder. Presented at the American College of Neuropsychopharmacology, San Juan, Puerto Rico, Dec. 8–11, 2003

66. Tohen M, Chengappa KN, Suppes T, et al. Relapse prevention in bipolar I disorder: 18-month comparison of olanzapine plus mood stabiliser v. mood stabiliser alone. Br J Psychiatry 2004;184:337–45

67. Boland RJ, Keller MB. Treatment of depression. In: Schatzberg AF, Nemeroff CB. eds. APA textbook of psychopharmacology, 3rd edition. Washington, DC: American Psychiatric Press; 2004:847–64

68. Altshuler L, Kiriakos L, Calcagno J, et al. The impact of antidepressant discontinuation versus antidepressant continuation on 1-year risk for relapse of bipolar depression: a retrospective chart review. J Clin Psychiatry 2001;62(8):612–6

69. Altshuler L, Suppes T, Black D, et al. Impact of antidepressant discontinuation after acute bipolar depression remission on rates of depressive relapse at 1-year follow-up. Am J Psychiatry 2003;160(7):1252–62

70. Calabrese JR, Bowden CL, Sachs G, et al. A placebo-controlled 18-month trial of lamotrigine and lithium maintenance treatment in recently depressed patients with bipolar I disorder. J Clin Psychiatry 2003;64(9):1013–24

71. Bowden CL, Calabrese JR, Sachs G, et al. A placebo-controlled 18-month trial of lamotrigine and lithium maintenance treatment in recently manic or hypomanic patients with bipolar I disorder. Arch Gen Psychiatry 2003;60(4):392–400

72. Suppes T, Dennehy EB. Evidence-based long-term treatment of bipolar II disorder. J Clin Psychiatry 2002;63(Suppl 10):29–33

73. Keck PE, Jr., McElroy S. Treatment of bipolar disorder. In: Schatzberg AF, Nemeroff CB. eds. APA textbook of psychopharmacology, 3rd edition. Washington, DC: American Psychiatric Press; 2004:865–84

74. Solomon DA, Ryan CE, Keitner GI, et al. A pilot study of lithium carbonate plus divalproex sodium for the continuation and maintenance treatment of patients with bipolar I disorder. J Clin Psychiatry 1997;58(3):95–9

75. Dardennes R, Even C, Bange F, et al. Comparison of carbamazepine and lithium in the prophylaxis of bipolar disorders: a meta-analysis. Br J Psychiatry 1995;166(3):378–81

76. Swann AC, Bowden CL, Calabrese JR, et al. Differential effect of number of previous episodes of affective disorder on response to

**• A POSTGRADUATE MEDICINE SPECIAL REPORT  •  DECEMBER 2004**

CONFIDENTIAL
AZSER12750978

TREATMENT OF BIPOLAR DISORDER 2004

lithium or divalproex in acute mania. Am J Psychiatry 1999;156(8): 1264–6

77. Tondo L, Hennen J, Baldessarini RJ. Rapid-cycling bipolar disorder: effects of long-term treatments. Acta Psychiatr Scand 2003; 108(1):4–14

78. Cochran S. Preventing medical noncompliance in the outpatient treatment of bipolar affective disorders. J Consult Clin Psychol 1984;52:873–8

79. Lam DH, Bright J, Jones S, et al. Cognitive therapy for bipolar disorder: a pilot study of relapse prevention. Cognit Ther Res 2000;24: 503–20

80. Scott J, Garland A, Moorhead S. A pilot study of cognitive therapy in bipolar disorders. Psychol Med 2001;31:459–67

81. Zaretsky AE, Segal ZV, Gemar M. Cognitive therapy for bipolar depression: A pilot study. Can J Psychiatry 1999;44:491–4

82. Miklowitz DJ, Simoneau TL, George EL, et al. Family-focused treatment of bipolar disorder: one-year effects of a psychoeducational program in conjunction with pharmacotherapy. Biol Psychiatry 2000;48:582–92

83. Frank E, Swartz HA, Mallinger AG, et al. Adjunctive psychotherapy for bipolar disorder: effects of changing treatment modality. J Abnorm Psychol 1999;108:579–87

84. Lembke A, Miklowitz DJ, Otto MW, et al. Psychosocial service utilization by patients with bipolar disorders: data from the first 500 participants in the Systematic Treatment Enhancement Program. J Psychiatr Pract 2004;10:81–87

85. Vieta E, Sanchez-Moreno J, Goikolea JM, et al. Adjunctive topiramate in bipolar II disorder. World J Biol Psychiatry 2003;4(4): 172–6

86. Vieta E, Sanchez-Moreno J, Goikolea JM, et al. Effects on weight and outcome of long-term olanzapine-topiramate combination treatment in bipolar disorder. J Clin Psychopharmacol 2004;24(4): 374–8

87. McElroy SL, Kotwal R, Hudson JI, et al. Zonisamide in the treatment of binge-eating disorder: an open-label, prospective trial. J Clin Psychiatry 2004;65(1):50–6

88. Simon NM, Otto MW, Weiss RD, et al. Pharmacotherapy for bipolar disorder and comorbid conditions: baseline data from STEP-BD. J Clin Psychopharmacol 2004;24:512–20

89. Morgenstern J, Longabaugh R. Cognitive-behavioral treatment for alcohol dependence: a review of evidence for its hypothesized mechanisms of action. Addiction 2000;95(10):1475–90

90. Otto MW, Smits JAJ, Reese HE. Cognitive-behavioral therapy for the treatment of anxiety disorders. J Clin Psychiatry 2004;65(suppl 5):34–41

91. Wilson GT. Cognitive behavior therapy for eating disorders: progress and problems. Behav Res Ther 1999;37(Suppl 1):S79–95

92. Koller EA, Cross JT, Doraiswamy PM, et al. Risperidone-associated diabetes mellitus: a pharmacovigilance study. Pharmacotherapy 2003;23:735–44

93. Koller EA, Weber J, Doraiswamy PM, et al. A survey of reports of quetiapine-associated hyperglycemia and diabetes mellitus. J Clin Psychiatry 2004;65:857–63

94. Texas Department of State Health Services. Texas Medication Algorithm Project. www.dshs.state.tx.us/mhprograms/TMAP.shtm

95. Sachs GS, Thase ME, Otto MW, et al. Rationale, design, and methods of the Systematic Treatment Enhancement Program for Bipolar Disorder (STEP-BD). Biol Psychiatry 2003;53:1028–42

CONFIDENTIAL
AZSER12750979

*Expert Consensus Guideline Series*

# I. TREATMENT OF ACUTE MANIA

## Guideline 1: Initial Treatment for First Manic Episode

### 1A. Initial Treatment Regimen [Questions 1 & 14]

For nonpsychotic mania of all types, first-line options were a combination of a traditional mood stabilizer (MS) plus an antipsychotic (AP) or monotherapy with an MS alone. *For dysphoric or mixed mania and mania with a history of rapid cycling,* combination treatment and monotherapy received roughly equivalent ratings, whereas an MS alone received significantly higher ratings and was treatment of choice for euphoric mania. The experts would consider adding a benzodiazepine to the selected treatment, especially for euphoric mania. The combination of an MS plus an AP was treatment of choice for psychotic mania, with an AP alone another first-line option. The treatment of choice for hypomania in bipolar II disorder was an MS alone. Psychotherapy combined with medication was a preferred initial strategy (rated first line by over 70%) only for hypomania, but not for full mania (only about one-quarter of the experts gave first-line ratings to this option). This probably reflects the experts' belief that psychotherapy is likely to be of relatively little benefit in the midst of acute mania. The inclusion of an MS in most of the recommendations for acute mania likely reflects the desire to include a treatment in anticipation of the maintenance phase.

**Bold italics** = treatment of choice

| Clinical presentation | Preferred initial strategies | Alternate strategies |
|---|---|---|
| **Bipolar I** | | |
| Euphoric (classic) mania* | ***MS alone*** <br> MS + AP <br> Add a BZD to other agent(s) you would use[§] | AP alone |
| Dysphoric mania[†] or true mixed mania[‡] | MS + AP <br> MS alone | Add a BZD to other agent(s) you would use <br> AP alone <br> Combination of 2 MSs |
| Mania with history of rapid cycling | MS + AP <br> MS alone | Combination of 2 MSs <br> Add a BZD to other agent(s) you would use <br> AP alone |
| Mania with psychosis | ***MS + AP*** <br> AP alone | Add a BZD to other agent(s) you would use <br> MS alone |
| **Bipolar II** | | |
| Hypomania WITHOUT a history of rapid cycling | ***MS alone*** <br> Psychotherapy plus medication[§] | |
| Hypomania WITH a history of rapid cycling | ***MS alone*** <br> Psychotherapy plus medication[§] | |

MS = traditional mood stabilizer, defined in the survey as those mood stabilizing agents that received the highest ratings in the 2000 survey: carbamazepine, divalproex, and lithium; AP = antipsychotic; BZD = benzodiazepine

*Euphoric mania: manic episode without any depressive features

[†]Dysphoric mania: manic episode with some depressive features

[‡]True mixed mania: patient meets criteria for both a manic episode and a major depressive episode for 1 week

[§]Very high second line (rated first line by more than two thirds of the experts)

20

CONFIDENTIAL
AZSER12750980

## 1B.  Traditional Mood Stabilizers for Use Alone or in Combination[Questions 2 & 15]

We asked the experts to rate the appropriateness of the 3 MSs that received top ratings in the last survey for use in different types of manic presentations. Divalproex and/or lithium were the preferred choices in every situation, with carbamazepine a second-line option. Divalproex was preferred for dysphoric or mixed mania and for mania or hypomania when there is a history of rapid cycling. For euphoric mania and hypomania in bipolar II disorder without a history of rapid cycling, lithium was the treatment of choice, with divalproex another first-line option. Divalproex and lithium received roughly equal first-line ratings for psychotic mania.

*Bold italics* = treatment of choice

| Clinical presentation | Preferred MS | Alternate MS |
|---|---|---|
| Euphoric (classic) mania | *Lithium* | |
| | Divalproex | |
| Mania with psychosis | Divalproex | |
| | Lithium | |
| Dysphoric mania or true mixed mania | *Divalproex* | Lithium |
| | | Carbamazepine |
| Mania with history of rapid cycling | Divalproex | Lithium |
| | | Carbamazepine |
| Hypomania in bipolar II disorder WITHOUT a history of rapid cycling | *Lithium* | |
| | Divalproex | |
| Hypomania in bipolar II disorder WITH a history of rapid cycling | *Divalproex* | Carbamazepine |
| | Lithium | |

CONFIDENTIAL
AZSER12750981

*Expert Consensus Guideline Series*

# 1C.  Antipsychotics for Use Alone or in Combination [Question 3]

Among APs, the experts rated olanzapine, risperidone, and quetiapine as first-line choices for the treatment of mania, either alone or in combination with an MS. High second-line options were aripiprazole and ziprasidone. The experts' ratings probably reflect that olanzapine, risperidone, and quetiapine either had an indication, or were very close to an indication, for acute mania at the time of the survey. Aripiprazole and ziprasidone have now also received indications for acute mania. Although published studies indicate that atypical and conventional APs probably have comparable efficacy in acute mania, the experts did not recommend the use of conventional APs, probably due to concerns about extrapyramidal and other side effects.

***Bold italics*** = treatment of choice

| Clinical presentation | Preferred AP | Alternate AP |
|---|---|---|
| Euphoric (classic) mania | Olanzapine | Aripiprazole |
|  | Risperidone | Ziprasidone |
|  | Quetiapine |  |
| Mania with psychosis | *Olanzapine* | Aripiprazole |
|  | Risperidone | Ziprasidone |
|  | Quetiapine |  |
| Dysphoric mania or true mixed mania | Olanzapine | Aripiprazole |
|  | Quetiapine | Ziprasidone |
|  | Risperidone |  |

CONFIDENTIAL
AZSER12750982

# *Guideline 2:* Inadequate Response to Initial Strategy for First Manic Episode

Before making a change in treatment regimen, it is important to be sure that you have optimized the dose of the medication and allowed for a trial of adequate duration (Guideline 2A). If the patient is having an inadequate response to the initial medication treatment, the majority of the experts did not recommend adding psychotherapy, probably reflecting the lack of support for psychotherapy in the acute treatment of mania (Guideline 1A). However, approximately 20% of the experts gave first-line ratings to the addition of psychotherapy if the patient is having an inadequate response to the initial medication treatment.

## 2A:  Duration of Adequate Trial [Question 4]

Just as in the last survey, the experts recommended waiting 1–2 weeks before making a change in treatment regimen if the patient is having *no response*, but waiting somewhat longer, 2–3 weeks, if there is a *partial response*. None of the experts recommended continuing longer than 3 weeks if there is no response or 8 weeks if there is only a partial response.

**No response**



| | |
|---|---|
| 0.5 weeks | 2 (4%) |
| 1 week | 33 (72%) |
| 2 weeks | 8 (17%) |
| 3 weeks | 3 (7%) |

**Partial response**



| | |
|---|---|
| 1 week | 4 (9%) |
| 2 weeks | 21 (46%) |
| 3 weeks | 11 (24%) |
| 4 weeks | 6 (13%) |
| 6 weeks | 2 (4%) |
| 8 weeks | 2 (4%) |

CONFIDENTIAL
AZSER12750983

## 2B:  General Strategy for Next Step If Partial Response to Initial Treatment for Acute Mania <sup>Questions 5–7</sup>

- If a patient has had a *partial response to monotherapy with an MS*, the experts recommended adding an atypical antipsychotic (AAP) as treatment of choice, a strategy supported by studies showing that an MS plus an AAP is more efficacious than an MS alone in acute mania. They also recommended adding a different MS to the first.

- If the patient has had a *partial response to monotherapy with an AAP*, the experts recommended adding an MS as treatment of choice, but would also consider switching to monotherapy with an MS, presumably to avoid the additional adverse effects associated with combination treatment.

- If the patient is having a *partial response to combination treatment* with an MS plus an AAP, the experts would first try replacing the AAP with a different AAP. They would also consider adding or switching to a different MS.

Recommendations concerning specific agents to choose in this situation are described in Guidelines 2D and E.

*Bold italics* = treatment of choice

| Initial treatment | Preferred strategies* | Alternate strategies |
|---|---|---|
| Monotherapy with MS | *Add  AAP* | |
| | Add a different MS | |
| Monotherapy with AAP | *Add MS* | Switch to MS |
| MS + AAP | Replace the current AAP with a different AAP | Add a different MS |
| | | Replace the MS with a different MS |

AAP = atypical antipsychotic

*Preferred atypical antipsychotics to add or switch to: olanzapine, risperidone, quetiapine; alternates: aripiprazole, ziprasidone
Preferred traditional mood stabilizers to add or switch to: *lithium*, divalproex; alternate if switching: carbamazepine

CONFIDENTIAL
AZSER12750984

## 2C: General Strategy for Next Step If Little or No Response to Initial Treatment for Acute Mania [Questions 5–7]

Even if there is little or no response to the initial treatment, the experts still recommended trying a combination of agents to try to achieve a better response, likely reflecting studies showing that combination treatment is more efficacious than monotherapy. However, there was more support than in partial response for switching to monotherapy with a different agent, probably to reduce the risks of additional side effects and drug interactions.

- If a patient has had *little or no response to monotherapy with an MS*, the experts recommended adding an AAP or switching to or adding a different MS. They would also consider switching to monotherapy with an AAP.

- If the patient has had *little or no response to monotherapy with an AAP*, the experts recommended adding an MS as treatment of choice; switching to monotherapy with an MS was another first-line option in this situation. The experts would also consider continuing monotherapy with a different AAP.

- If the patient has had *little or no response to combination treatment* with an MS plus an AAP, the experts recommended changing one of the agents in the combination. They would also consider adding a different MS to the combination.

Recommendations concerning specific agents to choose in this situation are described in Guidelines 2D and E.

*Bold italics* = treatment of choice

| Initial treatment | Preferred strategies* | Alternate strategies |
|---|---|---|
| Monotherapy with MS | Add AAP<br><br>Switch to a different MS<br><br>Add a different MS | Switch to AAP |
| Monotherapy with AAP | *Add MS*<br><br>Switch to MS | Switch to a different AAP |
| MS + AAP | Replace the current AAP with a different AAP<br><br>Replace the MS with a different MS | Add a different MS |

*Preferred AAPs to add or switch to: olanzapine, risperidone, quetiapine; alternates: aripiprazole, ziprasidone
Preferred MSs to add or switch to: *lithium*, divalproex; alternate if switching: carbamazepine

CONFIDENTIAL
AZSER12750985

*Expert Consensus Guideline Series*

## 2D: Traditional Mood Stabilizers to Add or Switch to If Inadequate Response
### Questions 8–10

If it is decided to add or switch to an MS, the experts recommended using lithium or divalproex (if the patient is not already on this agent); they would also consider switching from lithium or divalproex to carbamazepine.

*Bold italics* = treatment of choice

| Preferred MS to add or switch to | Alternate MS to switch to |
|---|---|
| *Lithium* | Carbamazepine |
| Divalproex | |

## 2E: Atypical Antipsychotics to Add or Switch to If Inadequate Response
### Questions 8, 9, & 11

If it is decided to add or switch to an AAP, the experts' recommendations were the same as for acute treatment (Guideline 1C) with olanzapine, risperidone, or quetiapine first-line choices and aripiprazole and ziprasidone high second-line options.

| Preferred AAP | Alternate AAP |
|---|---|
| Olanzapine | Aripiprazole |
| Risperidone | Ziprasidone |
| Quetiapine | |

## 2F:  Novel Strategies for Treatment-Resistant Mania [Question 12]

The experts had no strong recommendations for novel strategies, probably because there are no data from randomized trials supporting any of the options we asked about and negative findings concerning some agents. Of the survey options, the experts rated a calcium channel blocker, zonisamide, and levetiracetam second line.

• A POSTGRADUATE MEDICINE SPECIAL REPORT • DECEMBER 2004

CONFIDENTIAL
AZSER12750986

## *Guideline 3:* Adequate Dose of Mood Stabilizing Agents [Question 13]

The table below presents the experts' recommendations for doses of mood stabilizing agents and blood levels of lithium, divalproex, and carbamazepine for the treatment of a medically healthy young adult with bipolar disorder during *acute treatment of mania*. We have adapted the raw data from the survey in the following manner: Mean doses have been rounded to available formulations. For blood levels, we have rounded values to be consistent with standard laboratory reporting practices. For maintenance doses, see Guideline 7C.

| Medication | Treatment of acute mania | | | |
|---|---|---|---|---|
| (Doses in mg/day unless otherwise noted) | Average starting dose | Average target dose/level | | Usual highest final dose |
| | | Low | High | |
| Carbamazepine dose | 400 | | | |
| Carbamazepine level, µg/mL | | 7 | 12 | 11 |
| Divalproex dose | 1250 | | | |
| Valproic acid level, µg/mL | | 60 | 116 | 105 |
| Lithium dose | 900 | | | |
| Lithium level, mEq/L | | 0.7 | 1.2 | 1.1 |
| Oxcarbazepine | 600 | 900 | 2100 | 1800 |
| Aripiprazole | 15 | 15 | 30 | 30 |
| Clozapine | 75 | 200 | 600 | 500 |
| Olanzapine* | 15 | 10 | 30* | 25* |
| Quetiapine | 150 | 300 | 800 | 700 |
| Risperidone | 2.5 | 2.5 | 6 | 7 |
| Ziprasidone | 80 | 80 | 180 | 160 |

*Safety of doses of olanzapine > 20 mg/day have not been evaluated in published clinical trials.

*Note on drug combinations:*

Adding divalproex to full therapeutic doses of carbamazepine is often problematic because free carbamazepine levels are reported to increase by 100% to 300% in the presence of divalproex. Adding carbamazepine to full therapeutic doses of divalproex is often better tolerated as long as the carbamazepine is titrated slowly.

CONFIDENTIAL
AZSER12750987