DRAFT FOR SECOND CONSULTATION

1  8.6.2  Treatment of acute hypomania in bipolar II disorder ............................ 262
2  8.6.3  Treatment of acute depression in bipolar II disorder ............................ 262
3  8.6.4  Long-term maintenance in bipolar II disorder ...................................... 263
4  8.6.5  Clinical practice recommendations ....................................................... 264

5  *8.7  The pharmacological management of women having a baby: before, during, and after*
6  *pregnancy*............................................................................................................ 264
7  8.7.1  Introduction ......................................................................................... 264
8  8.7.2  Clinical practice recommendations ....................................................... 267

9  **9  Psychological therapies in the treatment of bipolar disorder ....................... 273**

10  *9.1  Introduction: history of treatment for bipolar disorder* ............................ 273

11  *9.2  Principles of psychological treatment*.......................................................... 273
12  9.2.1  Diathesis-stress model and combined treatment ................................... 273
13  9.2.2  Aims of Psychological Intervention ...................................................... 273
14  9.2.3  Time of Recruitment ............................................................................ 273
15  9.2.4  Therapists' variables............................................................................. 274
16  9.2.5  Variation in Delivery of Psychological Therapy ................................... 274
17  9.2.6  Shared Common Features ..................................................................... 274

18  *9.3  The early warning approach* ....................................................................... 275

19  *9.4  Overview of clinical review* ........................................................................ 275
20  9.4.1  Definitions of psychological therapies reviewed ................................... 275
21  9.4.2  Evidence search .................................................................................... 276
22  9.4.3  Presenting the evidence ........................................................................ 276
23  9.4.4  Search results ....................................................................................... 277
24  9.4.5  Review strategy .................................................................................... 277

25  *9.5  Overview of health economics review*.......................................................... 277

26  *9.6  Family interventions* .................................................................................. 278
27  9.6.1  Clinical studies considered for family interventions.............................. 278
28  9.6.2  Overview of clinical findings ............................................................... 278

29  *9.7  Psychoeducation* ........................................................................................ 279
30  9.7.1  Clinical studies considered for psychoeducation................................... 279
31  9.7.2  Overview of clinical findings ............................................................... 280

32  *9.8  Cognitive behavioural therapy (CBT)* ....................................................... 281
33  9.8.1  Clinical studies considered for CBT ..................................................... 281
34  9.8.2  Overview of clinical findings ............................................................... 282
35  9.8.3  Health economics evidence .................................................................. 283

36  *9.9  Psychological therapy for people with co-morbid substance use* ................ 284
37  9.9.1  Clinical studies considered ................................................................... 284
38  9.9.2  Overview of clinical findings ............................................................... 284

39  *9.10  Interpersonal and social rhythm therapy (IPSRT)* ............................... 285
40  9.10.1  Clinical studies considered ................................................................. 285
41  9.10.2  Overview of clinical findings ............................................................. 285

42  *9.11  Psychological therapy for medication adherence*.................................... 286
43  9.11.1  Clinical studies considered ................................................................. 286
44  9.11.2  Overview of clinical findings ............................................................. 286

CONFIDENTIAL
AZSER12751033

DRAFT FOR SECOND CONSULTATION

1     9.12     *Clinical summary* ............................................................................. 287
2         9.12.1  Psychological treatments aimed preventing relapses of bipolar disorder
3              287
4         9.12.2  Psychological approaches aimed at substance misuse ........................... 287
5         9.12.3  Psychological approaches aimed at improving adherence ................... 287

6     9.13     *Summary of economic evidence* ................................................... 287

7     9.14     *Psychological treatments for children and adolescents* ....................... 287

8     9.15     *Clinical recommendations* .............................................................. 288

9     **10    Living with bipolar disorder: interventions and lifestyle advice** ................... 291

10     10.1     *Introduction* ...................................................................................... 291
11         10.1.1  Environmental effects on the onset and course of bipolar disorder ...... 291
12         10.1.2  Lifestyle in relation to overall health and quality of life in bipolar
13              disorder ...................................................................................... 292
14         10.1.3  Topics covered ............................................................................. 294

15     10.2     *The prevention and management of weight gain* ............................ 294
16         10.2.1  Introduction ................................................................................. 294
17         10.2.2  Evidence search ........................................................................... 294
18         10.2.3  Weight-gain prevention ................................................................ 295
19         10.2.4  Weight-gain management ............................................................ 297
20         10.2.5  Clinical practice recommendations ............................................. 299

21     10.3     *Exercise in the treatment of depression in people with bipolar disorder* ............. 299
22         10.3.1  Introduction ................................................................................. 299
23         10.3.2  Definition .................................................................................... 300
24         10.3.3  Databases searched and inclusion/exclusion criteria ................... 300
25         10.3.4  Studies considered in treatment with exercise ........................... 301
26         10.3.5  Exercise versus no exercise ........................................................ 301
27         10.3.6  Exercise versus psychotherapy or antidepressants ................... 303
28         10.3.7  Exercise versus versus low intensity exercise and other treatments ..... 304
29         10.3.8  Clinical summary ........................................................................ 305
30         10.3.9  Clinical practice recommendations ............................................. 305

31     10.4     *Psychoeducation and information giving* ................................... 305
32         10.4.1  Introduction ................................................................................. 305

33     10.5     *Managing daily life* ...................................................................... 307
34         10.5.1  Sleep patterns ............................................................................. 307
35         10.5.2  Social rhythms ............................................................................. 308
36         10.5.3  Life events .................................................................................... 308
37         10.5.4  Family atmosphere ...................................................................... 308
38         10.5.5  Implications for the lifestyle and work of people with bipolar disorder
39              309
40         10.5.6  Clinical practice recommendation ............................................. 310

41     10.6     *Social support* ................................................................................ 310
42         10.6.1  Provision of social support .......................................................... 310
43         10.6.2  Befriending .................................................................................. 311
44         10.6.3  Clinical practice recommendation ............................................. 311

45     10.7     *Clinical practice recommendation* ................................................ 311

CONFIDENTIAL
AZSER12751034

DRAFT FOR SECOND CONSULTATION

1    11    References ................................................................................................ 313

2    12    Appendices.............................................................................................. 341

3    *[please note: appendices are in separate files]*

CONFIDENTIAL
AZSER12751035

DRAFT FOR SECOND CONSULTATION

1  # Acknowledgements

2
3  The Bipolar disorder Guideline Development Group and NCCMH review team
4  would like to thank the following people:

5

6

7  **Those who acted as advisers on specialist topics or have contributed to the process**
8  **by reviewing drafts of the guideline**

9  To be completed for final draft
10
11

CONFIDENTIAL
AZSER12751036

DRAFT FOR SECOND CONSULTATION

1 # Executive summary

2

3 [An executive summary will be included in the final draft]

4

5

CONFIDENTIAL
AZSER12751037

DRAFT FOR SECOND CONSULTATION

# 1   Introduction

This guideline has been developed to advise on the treatment and management of bipolar disorder. The guideline recommendations have been developed by a multidisciplinary team of healthcare professionals, patients, and guideline methodologists after careful consideration of the best available evidence. It is intended that the guidelines will be useful to clinicians and service commissioners in providing and planning high quality care for those with bipolar disorder while also emphasising the importance of the experience of care for patients and carers.

## 1.1   National guidelines

### 1.1.1        What are clinical practice guidelines?

Clinical practice guidelines are 'systematically developed statements that assist clinicians and patients in making decisions about appropriate treatment for specific conditions' (Department of Health, 1996). They are derived from the best available research evidence, using predetermined and systematic methods to identify and evaluate all the evidence relating to the specific condition in question. Where evidence is lacking, the guidelines will incorporate statements and recommendations based upon the consensus statements developed by the guideline development group (GDG).

Clinical guidelines are intended to improve the process and outcomes of healthcare in a number of different ways. Clinical guidelines can:

- provide up-to-date evidence-based recommendations for the management of conditions and disorders by healthcare professionals

- be used as the basis to set standards to assess the practice of healthcare professionals

- form the basis for education and training of healthcare professionals

- assist patients and carers in making informed decisions about their treatment and care

- improve communication between healthcare professionals, patients and carers

- help identify priority areas for further research.

### 1.1.2        Uses and limitations of clinical guidelines

Guidelines are not a substitute for professional knowledge and clinical judgment. Guidelines can be limited in their usefulness and applicability by a number of different factors: the availability of high quality research evidence, the quality of the

CONFIDENTIAL
AZSER12751038

DRAFT FOR SECOND CONSULTATION

1  methodology used in the development of the guideline, the generalisability of
2  research findings and the uniqueness of individual patients.

3  Although the quality of research in bipolar disorder is variable, the methodology
4  used here reflects current international understanding on the appropriate practice for
5  guideline development (AGREE: Appraisal of Guidelines for Research and
6  Evaluation Instrument; www.agreecollaboration.org), ensuring the collection and
7  selection of the best research evidence available, and the systematic generation of
8  treatment recommendations applicable to the majority of patients and situations.
9  However, there will always be some patients for whom clinical guideline
10  recommendations are not appropriate and situations in which the recommendations
11  are not readily applicable. This guideline does not, therefore, override the individual
12  responsibility of healthcare professionals to make appropriate decisions in the
13  circumstances of the individual patient, in consultation with the patient and/or
14  carer.

15  In addition to the clinical evidence, cost-effectiveness information, where available, is
16  taken into account in the generation of statements and recommendations of the
17  clinical guidelines. While national guidelines are concerned with clinical and cost
18  effectiveness, issues of affordability and implementation costs are to be determined
19  by the NHS.

20  In using guidelines, it is important to remember that the absence of empirical
21  evidence for the effectiveness of a particular intervention is not the same as evidence
22  for ineffectiveness. In addition, of particular relevance in mental health, evidence-
23  based treatments are often delivered within the context of an overall treatment
24  programme including a range of activities, the purpose of which may be to help
25  engage the patient, and provide an appropriate context for the delivery of specific
26  interventions. It is important to maintain and enhance the service context in which
27  these interventions are delivered, otherwise the specific benefits of effective
28  interventions will be lost. Indeed, the importance of organising care, so as to support
29  and encourage a good therapeutic relationship, is at times as important as the
30  specific treatments offered.

31  **1.1.3      Why develop national guidelines?**
32  The National Institute for Health and Clinical Excellence (NICE) was established as a
33  Special Health Authority for England and Wales in 1999, with a remit to provide a
34  single source of authoritative and reliable guidance for patients, professionals and
35  the public. NICE guidance aims to improve standards of care, to diminish
36  unacceptable variations in the provision and quality of care across the NHS and to
37  ensure that the health service is patient-centred. All guidance is developed in a
38  transparent and collaborative manner using the best available evidence and
39  involving all relevant stakeholders.

40  NICE generates guidance in a number of different ways, two of which are relevant
41  here. First, national guidance is produced by the Technology Appraisal Committee to
42  give robust advice about a particular treatment, intervention, procedure or other
43  health technology. Second, NICE commissions the production of national clinical
44  practice guidelines focused upon the overall treatment and management of a specific
45  condition. To enable this latter development, NICE established seven National

CONFIDENTIAL
AZSER12751039

DRAFT FOR SECOND CONSULTATION

1  Collaborating Centres in conjunction with a range of professional organisations
2  involved in healthcare.

3  **1.1.4        The National Collaborating Centre for Mental Health**
4  This guideline has been commissioned by NICE and developed with the National
5  Collaborating Centre for Mental Health (NCCMH). The NCCMH is led by a
6  partnership between the Royal College of Psychiatrists' training and research unit
7  (College Research and Training Unit – CRTU) and the British Psychological Society's
8  equivalent unit (Centre for Outcomes Research and Effectiveness – CORE).

9  **1.1.5        From national guidelines to local protocols**
10  Once a national guideline has been published and disseminated, local healthcare
11  groups will be expected to produce a plan and identify resources for implementation,
12  along with appropriate timetables. Subsequently, a multidisciplinary group
13  involving commissioners of health care, primary care and specialist mental health
14  professionals, patients and carers should undertake the translation of the
15  implementation plan into local protocols. The nature and pace of the local plan will
16  reflect local health care needs and the nature of existing services; full implementation
17  may take a considerable time, especially where substantial training needs are
18  identified.

19  **1.1.6        Auditing the implementation of guidelines**
20  This guideline identifies key areas of clinical practice and service delivery for local
21  and national audit. Although the generation of audit standards is an important and
22  necessary step in the implementation of this guidance, a more broadly based
23  implementation strategy should be developed. Nevertheless, it should be noted that
24  the Healthcare Commission will monitor the extent to which Primary Care Trusts
25  (PCTs), trusts responsible for mental health and social care and Health Authorities
26  have implemented these guidelines.

27  # 1.2    The national Bipolar Disorder guideline

28  **1.2.1        Who has developed this guideline?**
29  The Guideline Development Group (GDG) was convened by the NCCMH, and
30  supported by funding from NICE. The GDG consisted of people with bipolar
31  disorder and a carer and professionals from psychiatry, clinical psychology, nursing
32  and occupational therapy.

33  Staff from the NCCMH provided leadership and support throughout the process of
34  guideline development, undertaking systematic searches, information retrieval,
35  appraisal and systematic review of the evidence. Members of the GDG received
36  training in the process of guideline development. The National Guidelines Support
37  and Research Unit, also established by NICE, provided advice and assistance
38  regarding aspects of the guideline development process.

39  All members of the Group made formal declarations of interest at the outset, updated
40  at every GDG meeting. GDG members met a total of 17 times throughout the process

CONFIDENTIAL
AZSER12751040

DRAFT FOR SECOND CONSULTATION

1  of guideline development. For ease of evidence identification and analysis, some
2  members of the GDG became topic leads, covering identifiable treatment approaches.
3  The NCCMH technical team supported group members, with additional expert
4  advice from special advisers where necessary. All statements and recommendations
5  in this guideline have been generated and agreed by the whole GDG.

6  **1.2.2      For whom is this guideline intended?**
7  This guideline will be of relevance to adults and children of all ages who suffer from
8  bipolar disorder.

9  The guideline covers the care provided by primary, secondary and other healthcare
10  professionals who have direct contact with, and make decisions concerning the care
11  of, bipolar disorder sufferers.

12  Although this guideline will briefly address the issue of diagnosis, it will not make
13  evidence-based recommendations or refer to evidence regarding diagnosis, primary
14  prevention or assessment. In sum, this guideline is intended for use by:

15  •  Professional groups who share in the treatment and care for people
16    with a diagnosis of bipolar disorder, including psychiatrists, clinical
17    psychologists, mental health nurses, community psychiatric nurses,
18    other community nurses, social workers, counsellors, practice nurses,
19    occupational therapists, pharmacists, general practitioners and others

20  •  Professionals in other health and non-health sectors who may have
21    direct contact with or are involved in the provision of health and other
22    public services for those diagnosed with bipolar disorder. These may
23    include A&E staff, paramedical staff, prison doctors, the police and
24    professionals who work in the criminal justice and education sectors

25  •  Those with responsibility for planning services for people with a
26    diagnosis of bipolar disorder, and their carers, including directors of
27    public health, NHS trust managers and managers in PCTs.

28  **1.2.3      Specific aims of this guideline**
29  The guideline makes recommendations for pharmacological treatments and the use
30  of psychological and service-level interventions. Specifically it aims to:

31  •  Evaluate the role of specific pharmacological agents in the treatment
32    and management of bipolar disorder

33  •  Evaluate the role of specific psychological interventions in the
34    treatment and management of bipolar disorder

35  •  Evaluate the role of specific service delivery systems and service-level
36    interventions in the management of bipolar disorder

CONFIDENTIAL
AZSER12751041

DRAFT FOR SECOND CONSULTATION

1
2
3
4

- Integrate the above to provide best practice advice on the care of individuals with a diagnosis of bipolar disorder through the different phases of illness, including the initiation of treatment, the treatment of acute episodes and the promotion of recovery

5

- Consider economic aspects of various treatments for bipolar disorder.

6   The guideline does not cover treatments that are not normally available on the NHS.

7   **1.2.4      Other versions of this guideline**

8   There are other versions of *Bipolar Disorder: The management of Bipolar disorder in*
9   *adults, children and young people, in primary and secondary care,* including:
10

11
12

- the NICE guideline, which is a shorter version of this guideline, containing the key recommendations and all other recommendations

13
14

- the Quick Reference Guide, which is a summary of the main recommendations in the NICE guideline

15
16
17
18

- the Information for the Public, which describes the guidance using non-technical language. It is written chiefly for patients, but may also be useful for family members, advocates, or those who care for people with bipolar disorder.

CONFIDENTIAL
AZSER12751042

DRAFT FOR SECOND CONSULTATION

# 2 Methods used to develop this guideline

## 2.1   Overview

The development of this guideline drew upon methods outlined by NICE (*Guideline Development Methods: Information for National Collaborating Centres and Guideline Developers*[1]). A team of academic experts, healthcare practitioners, people with bipolar disorder, a carer, and technical experts known as the Guideline Development Group (GDG), with support from the NCCMH staff, undertook the development of a patient-centred, evidence-based guideline. There are six basic steps in the process of developing a guideline:

- Define the scope, which sets the parameters of the guideline and provides a focus and steer for the development work

- Define clinical questions considered important for practitioners and service users

- Develop criteria for evidence searching and search for evidence

- Design validated protocols for systematic review and apply to evidence recovered by search

- Synthesise and (meta-) analyse data retrieved, guided by the clinical questions, and produce evidence profiles

- Answer clinical questions with evidence-based recommendations for clinical practice.

The clinical practice recommendations made by the GDG are therefore derived from the most up-to-date and robust evidence base for the clinical and cost effectiveness of the treatments and services used in the treatment and management of bipolar disorder. In addition, to ensure a service user and carer focus, the concerns of service users and carers regarding clinical practice have been highlighted and addressed by good practice points and recommendations agreed by the whole GDG. The evidence-based recommendations and good practice points are the core of this guideline.

## 2.2   The Scope

Guideline topics are selected by the Department of Health and the Welsh Assembly Government, which identify the main areas to be covered by the guideline in a specific remit (see *The Guideline Development Process – An Overview for Stakeholders, the*

---

[1] Available from www.nice.org.uk

CONFIDENTIAL
AZSER12751043

DRAFT FOR SECOND CONSULTATION

1  *Public and the NHS*[2]). The remit for this guideline was translated into a scope
2  document by staff at the NCCMH.
3
4  The purpose of the scope is to:
5
6  • provide an overview of what the guideline will include and exclude

7  • identify the key aspects of care that must be included

8  • set the boundaries of the development work and provide a clear
9    framework to enable work to stay within the priorities agreed by
10   NICE and the NCCMH and the remit from the Department of
11   Health/Welsh Assembly Government

12  • inform the development of the clinical questions and search strategy

13  • inform professionals and the public about the expected content of the
14    guideline

15  • keep the guideline to a reasonable size to ensure that its development
16    can be carried out within an 18-month period.

17  The draft scope was subject to consultation with stakeholders over a 4-week period.
18  During the consultation period, the scope was posted on the NICE website
19  (www.nice.org.uk). Comments were invited from stakeholder organisations and
20  Guideline Review Panel (GRP). Further information about the GRP can also be found
21  on the NICE website. The NCCMH and NICE reviewed the scope in light of
22  comments received, and the revised scope was signed off by the GRP.

23  ## 2.3   The Guideline Development Group

24  The GDG consisted of professionals and academic experts in adult, child and
25  adolescent psychiatry and clinical psychology, nursing, occupational therapy,
26  general practice; service users, and a carer. The guideline development process was
27  supported by staff from the NCCMH, who undertook the clinical and health
28  economics literature searches, reviewed and presented the evidence to the GDG,
29  managed the process, and contributed to drafting the guideline.

30  ### 2.3.1   Guideline Development Group meetings

31  Seventeen GDG meetings were held between March 2004 and March 2006. During
32  each day-long GDG meeting, in a plenary session, clinical and key questions and
33  clinical and economic evidence were reviewed and assessed, and recommendations
34  formulated. At each meeting, all GDG members declared any potential conflict of
35  interests, and service user and carer concerns were routinely discussed as part of a
36  standing agenda.

---

[2] Available from: www.nice.org.

CONFIDENTIAL
AZSER12751044

DRAFT FOR SECOND CONSULTATION

1  **2.3.2        Topic groups**

2  The GDG divided its workload along clinically relevant lines to simplify the
3  guideline development process, and GDG members formed smaller topic groups to
4  undertake work in specific areas. Topic group 1 covered questions relating to service
5  delivery. Topic group 2 covered pharmacological and other physical treatments, and
6  Topic group 3 covered psychological therapies and early warning signs. These
7  groups were designed to manage the large volume of evidence appraisal efficiently
8  before presenting it to the GDG as a whole. Each topic group was chaired by a GDG
9  member with expert knowledge of the topic area. Topic groups refined the key
10 questions, drew up clinical definitions of treatment interventions, reviewed and
11 prepared the evidence with NCCMH staff before presenting it to the GDG as a
12 whole, and helped the GDG to identify further expertise in the topic. Topic group
13 leaders reported the status of the group's work as part of the standing agenda. They
14 also introduced and led the GDG discussion of the evidence review for that topic and
15 assisted the GDG Chair in drafting that section of the guideline relevant to the work
16 of each topic group.

17 **2.3.3        Consensus conferences**

18 Two consensus conferences were held during guideline development.  The first
19 addressed the diagnosis of bipolar disorder in children and adolescents, and the
20 second, held in collaboration with the guideline development group developing the
21 NICE guideline for ante- and postnatal mental health discussed the use of
22 psychotropic medication before, during and after pregnancy.  In each, experts from
23 outside of the guideline development group were invited to give presentations and
24 to comment on draft position statements (see chapters 3, 9, Appendix 18, 17). Invited
25 experts, additional attendees and external peer reviewers are listed in Appendix 2.
26

27 **2.3.4        Service users and carers**

28 The GDG included two service users and a carer. They contributed as full GDG
29 members to writing the clinical questions, helping to ensure that the evidence
30 addressed their views and preferences, highlighting sensitive issues and terminology
31 relevant to the guideline, and bringing service-user research to the attention of the
32 GDG. In drafting the guideline, they contributed significantly to the writing of
33 Chapter 5 on service user and carer experiences, and developed recommendations
34 from the service user and carer perspective.

35 **2.3.5        Special advisors**

36 Special advisors, who had specific expertise in one or more aspects of treatment and
37 management relevant to the guideline, assisted the GDG, commenting on specific
38 aspects of the developing guideline, and making presentations to the GDG.
39 Appendix 2 lists those who agreed to act as special advisors.

40 **2.3.6        National and international experts**

41 National and international experts in the area under review were identified through
42 the literature search and through the experience of the GDG members. These experts
43 were contacted to recommend unpublished or soon-to-be published studies in order
44 to ensure up-to-date evidence was included in the development of the guideline.
45 They informed the group about completed trials at the pre-publication stage,

CONFIDENTIAL
AZSER12751045

DRAFT FOR SECOND CONSULTATION

1    systematic reviews in the process of being published, studies relating to the cost-
2    effectiveness of treatment, and trial data if the GDG could be provided with full
3    access to the complete trial report. Appendix 2 lists researchers who were contacted.

## 2.4    Clinical questions

5    Clinical questions were used to guide the identification and interrogation of the
6    evidence-base. The questions were developed using a modified nominal group
7    technique. Before the first GDG meeting draft questions were prepared by NCCMH
8    staff based on the scope and an overview of existing guidelines, and modified during
9    a meeting with the guideline chair. They were then discussed by the GDG at their
10   first two meetings and amended to draw up a final list. The PICO (patient,
11   intervention, comparison and outcome) framework was used to help formulate
12   questions about interventions. This structured approach divides each question into
13   four components: the patients (the population under study); the interventions (what
14   is being done; or test/ risk factor); the comparisons (other main treatment options);
15   and the outcomes (the measures of how effective the interventions have been; or
16   what is being predicted/ prevented). Appendix 5 lists the clinical questions.
17
18   To help facilitate the literature review, a note was made of the best study design type
19   to answer each question. There are four main types of clinical questions of relevance
20   to NICE guidelines. These are listed in **Text Box 1**. For each type of question the best
21   primary study design varies, where "best" is interpreted as "least likely to give
22   misleading answers to the question". However, in all cases, a well conducted
23   systematic review of the appropriate type of study is always likely to yield a better
24   answer than a single study.
25
26   Deciding on the best design type to answer a specific clinical or public health
27   question does not mean that studies of different design types addressing the same
28   question were discarded.
29

| Text Box 1: Best study design to answer each type of question | |
| --- | --- |
| **Type of question** | **Best primary study design** |
| Effectiveness or other impact of an intervention | Randomised controlled trial; other studies that may be considered in the absence of an RCT are the following: internally / externally controlled before and after trial, interrupted time-series |
| Accuracy of information (for example, risk factor, test, prediction rule) | Comparing the information against a valid gold standard in a randomised trial or inception cohort study |
| Rates (of disease, patient experience, rare side effects) | Cohort, registry, cross-sectional study |
| Costs | Naturalistic prospective cost study |

30

CONFIDENTIAL
AZSER12751046

DRAFT FOR SECOND CONSULTATION

1   ## 2.5   Systematic clinical literature review

2   The aim of the clinical literature review was systematically to identify and synthesise
3   relevant evidence from the literature in order to answer the specific clinical questions
4   developed by the GDG. Thus, clinical practice recommendations are evidence-based,
5   where possible, and if evidence was not available, informal consensus methods were
6   used (see section on informal consensus) and the need for future research was
7   specified.

8   ### 2.5.1      Methodology

9   A stepwise, hierarchical approach was taken to locating and presenting evidence to
10  the GDG. The NCCMH developed this process based on methods set out in the
11  *Guideline Development Methods: Information for National Collaborating Centres and*
12  *Guideline Developers*[3] and after considering recommendations from a range of other
13  sources. These included:
14

15  •   Centre for Clinical Policy and Practice of the New South Wales Health
16      Department (Australia)

17  •   Clinical Evidence Online

18  •   Cochrane Collaboration

19  •   New Zealand Guideline Group

20  •   NHS Centre for Reviews and Dissemination

21  •   Oxford Centre for Evidence-Based Medicine

22  •   Scottish Intercollegiate Guidelines Network (SIGN)

23  •   United States Agency for Health Research and Quality

24  •   Oxford Systematic Review Development Programme

25  •   GRADE Working Group.

26  ### 2.5.2      The review process

27  After the scope was finalised, a more extensive search for systematic reviews and
28  published guidelines was undertaken. Existing reviews and relevant guidelines were
29  used for reference to aid the development process.
30

31  The GDG decided which questions were likely to have a good evidence base and
32  which questions were likely to have little or no directly relevant evidence. For
33  questions that were unlikely to have a good evidence base, a brief descriptive review
34  was initially undertaken by a member of the GDG (see section 2.5.6). For questions

---

[3] Available from www.nice.org.uk

CONFIDENTIAL
AZSER12751047

DRAFT FOR SECOND CONSULTATION

1  with a good evidence base, the review process depended on the type of clinical
2  question.
3
4  Outcomes were also discussed by the GDG and a list drawn up for reference,
5  together with lists of clinical assessment tools and rating scales (Appendix 11).
6
7  Searches for evidence were updated every 6 months with the final search 8 weeks
8  before the first consultation. After this last point, studies were included only if they
9  were judged by the GDG to be exceptional (for example, the evidence was likely to
10  change a recommendation).
11
12  For clinical questions related to interventions, the initial evidence-base was formed
13  from well-conducted randomised controlled trials (RCTs) that addressed at least one
14  of the clinical questions (the review process is illustrated in **Flowchart 1**). Although
15  there are a number of difficulties with the use of RCTs in the evaluation of
16  interventions in mental health, the RCT remains the most important method for
17  establishing treatment efficacy (this is discussed in more detail in appropriate clinical
18  evidence chapter). For other clinical questions, searches were for the appropriate
19  study design (see above).
20
21  All searches were based on the standard mental health related bibliographic
22  databases (EMBASE, MEDLINE, PsycINFO, Cinahl). At the beginning of the
23  development process a search for all RCTs relevant to the treatment and
24  management of bipolar disorder was undertaken (updated as above). Question-
25  specific searches for other clinical questions were undertaken during the
26  development process. In addition, where appropriate, systematic reviews
27  undertaken for other mental health guidelines were used updated with newly
28  published trials.
29
30  After the initial search results were scanned liberally to exclude obviously irrelevant
31  papers, the review team used a purpose-built 'study information' database to
32  manage all reviewed studies, regardless of whether they met inclusion criteria. For
33  questions relating to interventions without good quality evidence (after the initial
34  search), a decision was made by the GDG about whether to undertake question-
35  specific searches for non-RCT evidence in bipolar disorder or for RCTs in mixed
36  mental health populations, or whether to adopt a consensus process (see Section
37  2.5.6). Future updates of this guideline will be able to update and extend the usable
38  evidence base starting from the evidence collected, synthesised and analysed for this
39  guideline.

CONFIDENTIAL
AZSER12751048

DRAFT FOR SECOND CONSULTATION

1   **Flowchart 1**: Guideline Review Process



2
3
4   In addition, searches were made of the reference lists of relevant systematic reviews
5   and all included studies, as well as the evidence submitted by stakeholders. Known
6   experts in the field (see Appendix 2), based both on the references identified in early

CONFIDENTIAL
AZSER12751049

DRAFT FOR SECOND CONSULTATION

1   steps and on advice from GDG members, were contacted for trials in the process of
2   being published (the conditions for accepting unpublished evidence are described
3   later in this section). In addition, the tables of contents of appropriate journals were
4   checked monthly for relevant studies.

5   *Search filters*

6   Search filters developed by the review team consisted of a combination of subject
7   heading and free-text phrases. Specific filters were developed for the guideline topic,
8   and where necessary, for each clinical question. In addition, the review team used
9   filters developed for systematic reviews, RCTs and other appropriate research
10  designs (Appendix 6).

11  *Study selection*

12  All primary-level studies included after the first scan of citations were acquired in
13  full and re-evaluated for eligibility at the time they were being entered into the study
14  information database. Appendix 7 lists the standard inclusion and exclusion criteria.
15  More specific eligibility criteria were developed for each clinical question and are
16  described in the relevant clinical evidence chapters.   Eligible primary level studies
17  papers were critically appraised for methodological quality (see Appendix 7 and
18  Appendix 8). The eligibility of each study was confirmed by at least one member of
19  the appropriate topic group.
20
21  For some clinical questions, it was necessary to prioritise the evidence with respect to
22  the UK context (i.e. external validity). To make this process explicit, the GDG took
23  into account the following factors when assessing the evidence:
24
25  • Participant factors (for example, age, stage and severity of illness)

26  • Provider factors (for example, model fidelity, the conditions under
27    which the intervention was performed, the availability of experienced
28    staff to undertake the procedure)

29  • Cultural factors (for example, differences in standard care, differences
30    in the welfare system).

31  It was the responsibility of each topic group to decide which prioritisation factors
32  were relevant to each clinical question in light of the UK context, and then decide
33  how they should modify their recommendations.

34  *Unpublished evidence*

35  The GDG used a number of criteria when deciding whether or not to accept
36  unpublished data. First, the evidence must be accompanied by a trial report
37  containing sufficient detail to assess the quality of the data properly. Second, the
38  evidence must be submitted with the understanding that data from the study and a
39  summary of the study's characteristics will be published in the full guideline.
40  Therefore, the GDG did not accept evidence submitted as commercial in confidence.
41  However, the GDG recognised that unpublished evidence submitted by investigators
42  might later be retracted by those investigators if the inclusion of such data would
43  jeopardise publication of their research.

CONFIDENTIAL
AZSER12751050

DRAFT FOR SECOND CONSULTATION

1 **2.5.3        Synthesising the evidence**

2 Outcome data were extracted from all eligible studies, which met the quality criteria,
3 using a standardised form (see Appendix 9). Where possible, meta-analysis was used
4 to synthesise the evidence using Review Manager 4.2.7 (Cochrane Collaboration,
5 2004). If necessary, reanalyses of the data or sub-analyses were used to answer
6 clinical questions not addressed in the original studies or reviews.

7

8 For a given outcome (continuous and dichotomous), where more than 50% of the
9 number randomised to any group was not accounted for[4] by trial authors, the data
10 were excluded from the review because of the risk of bias. However, where possible,
11 dichotomous efficacy outcomes were calculated on an intention-to-treat basis (i.e. a
12 'once-randomised-always-analyse' basis). This assumes that those participants who
13 ceased to engage in the study – from whatever group – had an unfavourable
14 outcome. This meant that the 50% rule was not applied to dichotomous outcomes
15 where there was good evidence that those participants who ceased to engage in the
16 study were likely to have an unfavourable outcome (in this case, early withdrawals
17 were included in both the numerator and denominator). Adverse effects were
18 entered into Review Manager as reported by the study authors because it was
19 usually not possible to determine if early withdrawals had an unfavourable outcome.
20 For the outcome "leaving the study early for any reason," the denominator was the
21 number randomised.

22

23 The Number Needed to Treat - Benefit (NNTB) or the Number Needed to Treat -
24 Harm (NNTH) was reported for each outcome where the baseline risk (i.e. control
25 group event rate) was similar across studies. In addition, NNTs calculated at follow-
26 up were only reported where the length of follow-up was similar across studies.
27 When the length of follow-up or baseline risk varies (especially with low risk), the
28 NNT is a poor summary of the treatment effect (Deeks, 2002). Risk differences (RD)
29 were calculated for outcomes with low event rates, such as death.

30

31 The meta-analysis of survival data, such as time to any mood episode, was based on
32 log hazard ratios and standard errors. Since individual patient data were not
33 available in included studies, hazard ratios and standard errors calculated from a
34 Cox proportional hazard model were extracted. Where necessary, standard errors
35 were calculated from confidence intervals or p-value according to standard formulae
36 (for example, Cochrane Reviewers' Handbook 4.2.2.). Data were summarised using
37 the generic inverse variance method using Review Manager 4.2.7 (Cochrane
38 Collaboration, 2004).

39

40 Included/excluded studies tables, generated automatically from the study
41 information database, were used to summarise general information about each study
42 (see Appendix 21). Where meta-analysis was not appropriate and/or possible, the
43 reported results from each primary-level study were also presented in the study
44 characteristics table (and included, where appropriate, in a narrative review).

45

46 Consultation was used to overcome difficulties with coding. Data from studies
47 included in existing systematic reviews were extracted independently by one

---

[4] "Accounted for" in this context means using an appropriate method for dealing with missing data (e.g. LOCF or a regression technique).

CONFIDENTIAL
AZSER12751051

DRAFT FOR SECOND CONSULTATION

1 reviewer and cross-checked with the existing data set. Where possible, two
2 independent reviewers extracted data from new studies. Where double data
3 extraction was not possible, data extracted by one reviewer was checked by the
4 second reviewer. Disagreements were resolved with discussion. Where consensus
5 could not be reached, a third reviewer resolved the disagreement. Masked
6 assessment (i.e. blind to the journal from which the article comes, the authors, the
7 institution, and the magnitude of the effect) was not used since it is unclear that
8 doing so reduces bias (Jadad, Moore & Carroll, 1996; Berlin, 2001).

9 **2.5.4        Presenting the data to the GDG**

10 Summary characteristics tables and, where appropriate, forest plots generated with
11 Review Manager, were presented to the GDG, in order to prepare an evidence profile
12 for each review and to develop recommendations.

13 *Evidence profile tables*

14 An evidence profile table was used to summarise both the quality of the evidence
15 and the results of the evidence synthesis (see Table 1 for an example of an evidence
16 profile table). Each table included details about the quality assessment of each
17 outcome: number of studies, limitations to the quality of included studies,
18 information about the consistency of the evidence (see below for how consistency
19 was measured), directness of the evidence (i.e. how closely the outcome measures,
20 interventions and participants match those of interest), and other modifying factors
21 (for example, effect sizes with wide CIs would be described as imprecise data). Each
22 evidence profile also included a summary of the findings: number of patients
23 included in each group, an estimate of the magnitude of the effect, the clinical
24 significance of the effect (see section 2.5.5 for how this was determined), quality of
25 the evidence, and the importance of the evidence. The quality of the evidence was
26 based on the quality assessment components (study design, limitations to study
27 quality, consistency, directness, and any other modifying factors) and graded using
28 the following definitions:

29         • **High =** Further research is very unlikely to change our confidence in
30            the estimate of the effect

31         • **Moderate =** Further research is likely to have an important impact on
32            our confidence in the estimate of the effect and may change the
33            estimate

34         • **Low =** Further research is very likely to have an important impact on
35            our confidence in the estimate of the effect and is likely to change the
36            estimate

37         • **Very low =** Any estimate of effect is very uncertain.

38 For further information about the process and the rationale of producing an evidence
39 profile table, see GRADE (2004).

CONFIDENTIAL
AZSER12751052

DRAFT FOR SECOND CONSULTATION

## Table 1. Example evidence profile table

| No. of studies | Quality assessment | | | | No. of patients | | Summary of findings | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Quality of included studies | Consistency | Directness | Other modifying factors | CBT | Waitlist | Effect | | Overall quality | Importance |
| | | | | | | | Effect size | Likelihood of clinically important effect | | |
| **Carbamazepine vs placebo** | | | | | | | | | | |
| **Efficacy** | | | | | | | | | | |
| Mania: change score at endpoint (manic only) | | | | | | | | | | |
| Weisler 2004 Weisler 2005 | Randomisation not clear (-1) | None | Acute mania | Strong effect (+1) | 134 | 146 | WMD = -6.87 (-9.24, -4.49) | Very likely (favouring carbemazepine) | Moderate | Critical |
| **Acceptability/tolerability** | | | | | | | | | | |
| Leaving treatment early for any reason | | | | | | | | | | |
| Weisler 2004 Weisler 2005 | Randomisation not clear (-1) | Significant heterogeneity (-1): random effects model used | Acute mania | None | 134 | 146 | RR (random effects) = 0.79 (0.59, 1.06) | Likely (favouring carbamazepine) | Low | Critical |

RR = relative risk; WMD = weighted mean difference.

1
2

CONFIDENTIAL
AZSER12751053

DRAFT FOR SECOND CONSULTATION

1 *Forest plots*

2 Each forest plot displayed the effect size and confidence interval (CI) for each study
3 as well as the overall summary statistic. The graphs were organised so that the
4 display of data in the area to the left of the 'line of no effect' indicated a 'favourable'
5 outcome for the treatment in question. Dichotomous outcomes were presented as
6 relative risks (RR) with the associated 95% CI (for an example, see **Figure 1**). A
7 relative risk (or risk ratio) is the ratio of the treatment event rate to the control event
8 rate. A RR of 1 indicates no difference between treatment and control. In Figure 1, the
9 overall RR of 0.73 indicates that the event rate (i.e. non-remission rate) associated
10 with intervention A is about ¾ of that with the control intervention, or in other
11 words, the relative risk reduction is 27%.

12

13 The CI shows with 95% certainty the range within which the true treatment effect
14 should lie, and can be used to determine statistical significance. If the CI does not
15 cross the 'line of no effect', the effect is statistically significant.

16
17



18

19 **Figure 1. Example of a forest plot displaying dichotomous data**

20

21 Continuous outcomes were analysed as weighted mean differences (WMD), or as
22 standardised mean differences (SMD) when different measures were used in
23 different studies to estimate the same underlying effect (For an example, see **Figure
24 2**). If provided, intention-to-treat data, using a method such as 'last observation
25 carried forward', were preferred over data from completers.

26
27



28

29 **Figure 2. Example of a forest plot displaying continuous data**

30

31 To check for consistency between studies, both the $I^2$ test of heterogeneity and a
32 visual inspection of the forest plots were used. The $I^2$ statistic describes the
33 proportion of total variation in study estimates that is due to heterogeneity (Higgins

CONFIDENTIAL
AZSER12751054

DRAFT FOR SECOND CONSULTATION

1   & Thompson, 2002). An $I^2$ of less than 30% was taken to indicate mild heterogeneity
2   and a fixed effects model was used to synthesise the results. An $I^2$ of more than 50%
3   was taken as notable heterogeneity. In this case, an attempt was made to explain the
4   variation (for example, outliers were removed from the analysis or sub-analyses
5   were conducted to examine the possibility of moderators). If studies with
6   heterogeneous results were found to be comparable, a random effects model was
7   used to summarise the results (DerSimonian & Laird, 1986). In the random effects
8   analysis, heterogeneity is accounted for both in the width of CIs and in the estimate
9   of the treatment effect. With decreasing heterogeneity the random effects approach
10  moves asymptotically towards a fixed effects model. An $I^2$ of 30 to 50% was taken to
11  indicate moderate heterogeneity. In this case, both the chi-squared test of
12  heterogeneity and a visual inspection of the forest plot were used to decide between
13  a fixed and random effects model.
14
15  To explore the possibility that the results entered into each meta-analysis suffered
16  from publication bias, data from included studies were entered, where there was
17  sufficient data, into a funnel plot. Asymmetry of the plot was taken to indicate
18  possible publication bias and investigated further.
19
20  Forest plots included lines for studies that were believed to contain eligible data even
21  if the data were missing from the analysis in the published study. An estimate of the
22  proportion of eligible data that were missing (because some studies did not include
23  all relevant outcomes) was calculated for each analysis. All forest plots are in
24  Appendix 23.


25  **2.5.5        Forming the clinical summaries and recommendations**

26  Once the evidence profile table relating to a particular clinical question was
27  completed (together with a summary evidence table based on critical outcomes for
28  ease of reference) (in Appendix 22). Finally, the systematic reviewer in conjunction
29  with the topic group lead produced a clinical summary.
30
31  In order to facilitate consistency in generating and drafting the clinical summaries, a
32  decision tree was used to help determine, for each comparison, the likelihood of the
33  effect being clinically significant (see **Figure 3**). The decision tree was designed to be
34  used as one step in the interpretation of the evidence (primarily to separate clinically
35  important from clinical negligible effects), and was not designed to replace clinical
36  judgement. For each comparison, the GDG defined *a priori* a clinically significant
37  threshold, taking into account both the comparison group and the outcome.
38
39  As shown in **Figure 3**, the review team first classified the point estimate of the effect
40  as clinically significant or not. For example, if a RR of 0.75 was considered to be the
41  threshold, then a point estimate of 0.73 (as can be seen in **Figure 1**), would meet the
42  criteria for clinical significance.
43
44

CONFIDENTIAL
AZSER12751055

DRAFT FOR SECOND CONSULTATION



*Efficacy outcomes with large effect sizes and very wide confidence intervals should be interpreted with caution and should be described as inconclusive (CS4), especially if there is only one small study.

1
2
3    **Figure 3: Decision tree for helping to judge the likelihood of clinical significance.**

CONFIDENTIAL
AZSER12751056

DRAFT FOR SECOND CONSULTATION

1    Where the point estimate of the effect exceeded the threshold, a further consideration
2    was made about the precision of the evidence by examining the range of estimates
3    defined by the CI. Where the effect size was judged clinically significant for the full
4    range of plausible estimates, the result was described as *very likely to be clinically*
5    *significant* (i.e. CS1). In situations where the CI included clinically unimportant
6    values, but the point estimate was both clinically and statistically significant, the
7    result was described as *likely to be clinically significant* (i.e. CS2). However, if the CI
8    crossed the line of no effect (i.e. the result was not statistically significant), the result
9    was described as *inconclusive* (i.e. CS4).
10
11   Where the point estimate did not meet the criteria for clinical significance and the CI
12   completely excluded clinically significant values, the result was described as *unlikely*
13   *to be clinically significant* (i.e. CS3). Alternatively, if the CI included both clinically
14   significant and clinically unimportant values, the result was described as *inconclusive*
15   (i.e. CS4). In all cases described as inconclusive, the GDG used clinical judgement to
16   interpret the results.
17
18   Once the evidence profile tables and clinical summaries were finalised and agreed by
19   the GDG, the associated recommendations were produced, taking into account the
20   trade-off between the benefits and risks as well as other important factors. These
21   included economic considerations, values of the development group and society, and
22   the group's awareness of practical issues (Eccles, Freemantle & Mason, 1998).

23   **2.5.6       Method used to answer a clinical question in the absence of**
24   **            appropriately designed, high-quality research**

25   In the absence of level I evidence (or a level that is appropriate to the question), or
26   where the GDG were of the opinion (on the basis of previous searches or their
27   knowledge of the literature) that there were unlikely to be such evidence, either an
28   informal or formal consensus process was adopted. This process focused on those
29   questions that the GDG considered a priority.

CONFIDENTIAL
AZSER12751057

DRAFT FOR SECOND CONSULTATION

*Informal consensus*

The starting point for the process of informal consensus was that a member of the topic group identified, with help from the systematic reviewer, a narrative review that most directly addressed the clinical question. Where this was not possible, a brief review of the recent literature was initiated.

This existing narrative review or new review was used as a basis for beginning an iterative process to identify lower levels of evidence relevant to the clinical question and to lead to written statements for the guideline. The process involved a number of steps:

- A description of what is known about the issues concerning the clinical question was written by one of the topic group members

- Evidence from the existing review or new review was then presented in narrative form to the GDG and further comments were sought about the evidence and its perceived relevance to the clinical question

- Based on the feedback from the GDG, additional information was sought and added to the information collected. This may include studies that did not directly address the clinical question but were thought to contain relevant data

- If, during the course of preparing the report, a significant body of primary-level studies (of appropriate design to answer the question) were identified, a full systematic review was done

- At this time, subject possibly to further reviews of the evidence, a series of statements that directly addressed the clinical question were developed

- Following this, on occasions and as deemed appropriate by the development group, the report was then sent to appointed experts outside of the GDG for peer review and comment. The information from this process was then fed back to the GDG for further discussion of the statements

- Recommendations were then developed

- After this final stage of comment, the statements and recommendations were again reviewed and agreed upon by the GDG.

## 2.6   Health economics review strategies

The aim of the health economics review was to contribute to the guideline's development by providing evidence on the economic burden of bipolar disorder as well as on the relative cost-effectiveness of different treatment options covered in the

CONFIDENTIAL
AZSER12751058

DRAFT FOR SECOND CONSULTATION

1  guideline. Where available, relevant evidence was collected and assessed in order to
2  help the decision-making process.

3  This process was based on a preliminary analysis of the clinical evidence and had
4  two stages:
5
6  • Identification of the areas with likely major cost impacts within the scope of the
7    guideline

8  • Systematic review of existing data on the economic burden of bipolar disorder
9    and cost-effectiveness evidence of different treatment options for bipolar disorder

10  In addition, in areas with likely major resource implications where relevant data did
11  not already exist, a primary economic analysis based on decision-analytic economic
12  modelling was undertaken alongside the guideline development process, in order to
13  provide cost-effectiveness evidence and assist decision-making.

14  **2.6.1      Key economic issues**

15  The following economic issues relating to the epidemiology and the management of
16  bipolar disorder were identified by the GDG in collaboration with the health
17  economist as primary key issues that should be considered in the guideline:
18
19  • The global economic burden of bipolar disorder with specific reference to the
20    UK

21  • Comparative cost-effectiveness between pharmacological, psychological and
22    physical interventions for the treatment of patients with bipolar disorder
23    either stabilised or experiencing an acute episode.

24  • Comparative cost-effectiveness between different types of service provision
25    appropriate for the management of patients with bipolar disorder.

26  **2.6.2      Systematic literature review**

27  A systematic review of the health economic evidence was conducted. The aim of the
28  review was three-fold:
29
30  • To identify publications providing information on the economic burden of
31    bipolar disorder relevant to the UK context

32  • To identify existing economic evaluations of pharmacological, psychological
33    and physical treatment interventions, as well as of appropriate forms of
34    service configuration, for the management of patients with bipolar disorder,
35    that could be transferable to the UK patient population and healthcare
36    setting.

37  • To identify studies reporting health state utility data transferable to the UK
38    population to facilitate a possible cost-utility modelling process.

CONFIDENTIAL
AZSER12751059

DRAFT FOR SECOND CONSULTATION

1 Although no attempt was made to review systematically studies with only resource
2 use or cost data, relevant UK-based information was extracted for future modelling
3 exercises if it was considered appropriate.
4

5 **2.6.3        Search strategy**

6 For the systematic review of economic evidence on bipolar disorder, the standard
7 mental health related bibliographic databases (EMBASE, MEDLINE, CINAHL,
8 PsychINFO, HTA) were searched. For these databases, a health economics search
9 filter adapted from the Centre for Reviews and Dissemination (CRD) at the
10 University of York was used in combination with a general filter for bipolar disorder.
11 The subject filter employed a combination of free text terms and medical subject
12 headings, with subject headings having been exploded. Additional searches were
13 performed in specific health economic databases (NHS EED, OHE HEED). HTA and
14 NHS EED databases were accessed via the Cochrane Library, using the general filter
15 for bipolar disorder. OHE HEED was searched using a shorter, database-specific
16 strategy. Initial searches were performed between November 2004 and February
17 2005. The searches were updated regularly, with the final search between 6 and 8
18 weeks before the first consultation.
19
20 In order to identify economic evidence on different types of service configurations
21 appropriate for patients with bipolar disorder, further searches were carried out
22 between July and September 2005, in the same electronic databases. In this case a
23 similar methodology was applied, but a service configuration–focused filter was
24 used. Search strategies used for the health economics systematic review are included
25 in Appendix 6.
26
27 In parallel to searches of electronic databases, reference lists of eligible studies and
28 relevant reviews were searched by hand, and experts in the field of bipolar disorder
29 and mental health economics were contacted in order to identify additional relevant
30 published and unpublished studies. Studies included in the clinical evidence review
31 were also screened for economic evidence.

32 **2.6.4        Review process**

33 The database searches for general health economic evidence for bipolar disorder
34 resulted in 211 potentially eligible references. The service configuration-focused
35 searches resulted in 140 studies considered to be potentially relevant. A further 12
36 possibly eligible references were found by handsearching. Full texts of all potentially
37 eligible studies (including those for which relevance/eligibility was not clear from
38 the abstract) were obtained. These publications were then assessed against a set of
39 standard inclusion criteria by the health economist, and papers eligible for inclusion
40 as economic evaluations were subsequently assessed for internal validity. The
41 quality assessment was based on the 35-point checklist used by the *British Medical*
42 *Journal* to assist referees in appraising full economic analyses (Drummond &
43 Jefferson, 1996) (Appendix 12).
44

45 **2.6.5        Selection criteria**

46 The following inclusion criteria were applied to select studies identified by the
47 economic searches for further analysis:

CONFIDENTIAL
AZSER12751060

DRAFT FOR SECOND CONSULTATION

- No restriction was placed on language or publication status of the papers.

- Studies published between 1985 and 2005 were included. This date restriction was imposed in order to obtain data relevant to current healthcare settings and costs.

- Only studies from OECD countries were included, as the aim of the review was to identify economic information transferable to the UK context. For the systematic review on the cost-effectiveness of different types of service configuration, only studies conducted in the UK were considered, as it was believed that resource use associated with various types of service provision was likely to differ significantly between the UK and other OECD countries.

- Selection criteria based on types of clinical conditions and patients were identical to the clinical literature review (see Appendix 7).

- Studies were included provided that sufficient details regarding methods and results were available to enable the methodological quality of the study to be assessed, and provided that the study's data and results were extractable.

Additional selection criteria were applied in the case of economic evaluations:

- Only full economic evaluations that compared two or more options and considered both costs and consequences (i.e. cost-minimisation analysis, cost-consequences analysis, cost-effectiveness analysis, cost-utility analysis, or cost-benefit analysis) were included in the review.

- Economic studies were considered only if they utilised clinical evidence derived from a meta-analysis, a well-conducted literature review, a randomised controlled trial, a quasi-experimental trial or a cohort study.

### 2.6.6    Data extraction

Data were extracted by the health economist using an economic data extraction form (Appendix 13). Masked assessment, whereby data extractors are blind to the details of journal, authors, etc., was not undertaken.

### 2.6.7    Presentation of the results

The economic evidence identified by the health economics systematic review is summarised in the respective chapters of the guideline, following presentation of the clinical evidence. The characteristics and results of all economic studies included in the review are provided in the form of evidence tables in Appendix 14. Results of additional economic modelling undertaken alongside the guideline development process are also presented in the relevant chapters.

## 2.7    Stakeholder contributions

Professionals, service users, and companies have contributed to and commented on the guideline at key stages in its development. Stakeholders for this guideline include:

CONFIDENTIAL
AZSER12751061

DRAFT FOR SECOND CONSULTATION

- Service user/carer stakeholders: the national service user and carer organisations that represent people whose care is described in this guideline

- Professional stakeholders: the national organisations that represent health care professionals who are providing services to service users

- Commercial stakeholders: the companies that manufacture medicines used in the treatment of bipolar disorder

- Primary Care Trusts and Mental Health Trusts

- Department of Health and Welsh Assembly Government.

Stakeholders have been involved in the guideline's development at the following points:

- Commenting on the initial scope of the guideline and attended a briefing meeting held by NICE

- Contributing lists of evidence to the GDG

- Commenting on the first and second drafts of the guideline.

## 2.8    Validation of this guideline

Registered stakeholders had two opportunities to comment on the draft guideline, which was posted on the NICE website during the consultation periods. The GRP also reviewed the guideline and checked that stakeholders' comments had been addressed.

Following the final consultation period, the GDG finalised the recommendations and the NCCMH produced the final documents. These were then submitted to NICE. NICE then formally approved the guideline and issued its guidance to the NHS in England and Wales.

CONFIDENTIAL
AZSER12751062

DRAFT FOR SECOND CONSULTATION

# 3 Introduction: bipolar disorder and its diagnosis

## 3.1 The Disorder

### 3.1.1 Overview

The concept of bipolar disorder grew out of Emil Kraepelin's classification of manic depressive insanity, which was postulated around the end of the 19th century. However, descriptions of frenetic activity associated with the manic state can be found in the writings of Hippocrates and as far back as the Ancient Egyptians. In 1980 the name bipolar disorder was adopted to replace the older term manic depression, which was tightly associated with psychosis. It became recognised that not all patients who experience mania and depression become psychotic and therefore psychosis should not be required for a diagnosis. In this modern conceptualisation bipolar disorder is a cyclical mood disorder involving periods of profound disruption to mood and behaviour interspersed with periods of more or less full recovery. The key feature of bipolar disorder is the experience of hypomania or mania – grandiose and expansive affect associated with increased drive and decreased sleep, which ultimately can culminate in psychosis and exhaustion if left untreated. There is some heterogeneity between the major diagnostic classification systems in the criteria for bipolar disorder (see section 3.4 below). ICD-10 requires two discrete mood episodes, at least one of which must be manic. In DSM-IV a single episode of mania is sufficient for a diagnosis of bipolar disorder.

*The Bipolar spectrum*

Far from being a discrete diagnostic entity, there is increasing recognition of a spectrum of bipolar disorders which ranges from marked and severe mood disturbance into milder mood variations that become difficult to distinguish from normal mood fluctuation. In terms of classification, a distinction is drawn between bipolar I disorder, in which the patient suffers full-blown manic episodes (most commonly interspersed with episodes of major depression), and bipolar II disorder, in which the patient experiences depressive episodes and less severe manic symptoms, classed as hypomanic episodes. Cyclothymia is a condition in which the patient has recurrent subclinical episodes of depression and hypomania. The episodes in themselves do not reach sufficient severity or duration to merit a diagnosis of a major depressive episode, but mood disturbance is a continuing problem for the patient and interferes with everyday functioning. 'Softer' forms of bipolar disorder have been proposed including recurrent depressive episodes with a hyperthymic temperament and a family history of bipolar disorder (Akiskal *et al*, 2000), or recurrent depression with antidepressant-induced mania. However these are not currently part of official diagnostic classifications.

### 3.1.2 Symptoms and presentation

*Depression*

CONFIDENTIAL
AZSER12751063

DRAFT FOR SECOND CONSULTATION

1   Although mania or hypomania are the defining characteristics of bipolar disorder,
2   throughout the course of the illness depressive symptoms are more common than
3   manic symptoms. Patients with bipolar disorder spend a substantial proportion of
4   time suffering from syndromal or subsyndromal depressive symptoms. The outcome
5   of a 12-year prospective longitudinal study, in which 146 patients with bipolar I
6   disorder completed weekly mood ratings, reported that depressive symptoms were
7   three times more common than manic or hypomanic symptoms (Judd *et al*, 2002).
8   Patients spent 32% of weeks with symptoms of depression. In a separate study
9   including 86 patients with bipolar II disorder this proportion was much higher at
10  50% (Judd *et al*, 2003). A study of 258 bipolar patients (three quarters of whom had
11  BP1 disorder) monitored for a year by the Stanley Bipolar Network with a Life Chart
12  , also found that the patients spent 32% of the time depressed and had on average 4
13  depressive episodes compared with about 10% of their time spent in manic (Post *et*
14  *al*, 2003). However the proportions of time spent depressed or manic were not
15  different between Bipolar I and II patients. It is also not clear whether these
16  observations extend to children or adolescents with bipolar disorder.
17
18  Major depressive episodes in bipolar disorder are similar to those experienced in
19  unipolar major depression. Patients suffer depressed mood and experience profound
20  loss of interest in activities coupled with other symptoms such as fatigue, weight loss
21  or gain, difficultly sleeping or staying awake, psychomotor slowing, feelings of
22  worthlessness, excessive guilt, and suicidal thoughts or actions. For patients
23  presenting with a first episode of depression it may not be possible to distinguish
24  between those who will go on to suffer recurrent unipolar depression and those who
25  will develop bipolar disorder. However, evidence suggests there are subtle
26  differences between bipolar and unipolar depression. In particular depression in the
27  course of bipolar disorder is more likely to show signs of psychomotor retardation,
28  to have melancholic features (such as feelings of worthlessness and marked
29  anhedonia), and to show features of atypical depression (such as hypersomnia and
30  weight gain) (Mitchell & Mahli, 2004). Patients experiencing a first episode of
31  depression who display these features and have a family history of bipolar disorder
32  may be at increased risk of developing bipolar disorder.
33
34  Subsyndromal depressive symptoms are common in patients with bipolar disorder
35  (especially those with bipolar II disorder) and are often associated with significant
36  interpersonal or occupational disability. The management of these chronic, low-
37  grade depressive symptoms is therefore of major importance, but is also a substantial
38  treatment challenge.
39
40  The risk of suicide is greatly elevated during depressive episodes. Approximately
41  17% of patients with bipolar I disorder and 24% of patients with bipolar II disorder
42  attempt suicide during the course of their illness (Rihmer & Kiss, 2002). Most suicide
43  attempts and most completed suicides occur in the depressed phase of the illness and
44  patients with bipolar II disorder are at especially high risk (Baldessarini *et al*, 2003).
45  Annually around 0.4% of patients with bipolar disorder will die by suicide which is
46  vastly greater than the international population average of 0.017% (Baldessarini &
47  Tondo, 2003). The standardised mortality ratio for suicide in bipolar disorder is
48  estimated to be 15 for men and 22.4 for women (Osby *et al*, 2001).
49
50  *Mania and Hypomania*

CONFIDENTIAL
AZSER12751064

DRAFT FOR SECOND CONSULTATION

1    The longitudinal study of bipolar symptomatology mentioned above reported that
2    patients with bipolar I disorder suffered syndromal or subsyndromal manic or
3    hypomanic symptoms approximately 9% of the time in 12 years (Judd *et al*, 2002). For
4    patients with bipolar II disorder approximately 1% of weeks were spent hypomanic
5    (Judd *et al*, 2003). Although mania is much less common than depression in those
6    with bipolar disorder, the extreme behaviours associated with it can be devastating
7    and patients with mania often require hospitalisation to minimise harm to self or
8    others. Patients in the acute manic phase exhibit expansive, grandiose affect, which
9    may be predominately euphoric or irritable. Accompanying symptoms may include
10   inflated self-esteem, decreased need for sleep without feeling tired, an urge to talk
11   incessantly, racing thoughts or ideas that are difficult to piece together into a
12   coherent whole, distractibility or poor concentration, increased drive to accomplish
13   (or initiate) projects, psychomotor restlessness, and impulsive risk-taking behaviour
14   with a high potential for negative consequences. As a result of these symptoms
15   patients suffer significant impairment to functioning.
16
17   The clinical presentation of mania is marked by several features (see vignette below).
18   To the observer a patient with mania may appear inappropriately dressed.
19   Equivalently they may appear unkempt or dishevelled. The person may find it hard
20   to stay still or remain seated and other forms of psychomotor restlessness may be
21   apparent such as excessive use of gestures or fidgeting. The person may talk
22   excessively and seek out others to talk to, which can, for example, result in long
23   phone calls and costly telephone bills. Although speech is largely coherent, it may be
24   pressured, faster, or louder than usual and difficult to interrupt. In severe forms of
25   mania flight of ideas can render speech incoherent and impossible to understand.
26   The person's manner may be inappropriately disinhibited, for example, over-familiar
27   or fractious and outspoken. Patients often describe increased productivity and
28   creativity during the early stages of mania which may feel satisfying and rewarding.
29   However, as the episode worsens severe distractibility, restlessness, and difficulty
30   concentrating can render task completion impossible. Patients often experience a
31   decreased need for sleep and begin sleeping less without feeling tired. After
32   prolonged periods with little or no sleep the individual can become physically
33   exhausted with no desire to rest. Appetite may also increase, although food intake
34   does not always increase to compensate. Libido may rise with increased interest in
35   sexual activity. This may culminate in risky sexual practices that can have disastrous
36   consequences for pre-existing relationships through infidelity, unwanted pregnancy,
37   or contraction of a sexually transmitted disease. In severe cases individuals may
38   develop psychotic symptoms such as grandiose delusions and mood-congruent
39   hallucinations – for example, the voice of God sending messages of special purpose.
40   Alternatively persecutory delusions may develop, but are usually consistent with a
41   general grandiose theme such as the belief that others are actively trying to thwart
42   the person's plans or remove their power. Insight is lost in mania – the individual is
43   unaware that their behaviour is abnormal and does not consider him or herself to be
44   in need of treatment. Clinical interventions may be seen as attempts to undermine
45   the person's esteem and power.
46
47   All the features reported in mania – except psychotic symptoms – can also occur in
48   hypomania to a less severe extent. Generally insight is preserved, although the
49   person may not feel in need of help. Increased productivity and decreased need for
50   sleep can be experienced as a positive enhancement of everyday functioning.
51   Hypomania is accompanied by a change in functioning that is not characteristic of

CONFIDENTIAL
AZSER12751065

DRAFT FOR SECOND CONSULTATION

1 the person when non-depressed and the change is noticed by others, but it is not
2 associated with marked impairment in social or occupational function. According to
3 the DSM-IV diagnostic criteria, symptoms must last at least 4 days to merit the
4 diagnosis of a hypomanic episode. However, there is considerable debate about how
5 long hypomanic symptoms should be present to merit a diagnosis of bipolar II
6 disorder (see section 3.4.2 below).

---

### Vignette of a 32-year-old male with mania

I first fell ill with rapid cycling bipolar disorder at the age of 19. At first, when manic, I felt 'on top of the world', much more sociable than normal and very active and self-confident. I'd have an 'up' of about nine days, followed by a 'down' for the same period. The same pattern would repeat itself with my mood swings becoming more and more extreme each time. Within a few months I was experiencing full-blown psychosis. When manic, I was euphoric. Everything was in overdrive. I would only sleep for an hour or two a night. I craved stimulation whether it was smoking, even though I'm a non-smoker, driving fast or listening to more and much louder music than was normal for me.

As I entered a manic cycle my thoughts would start to race. I'd develop delusions of grandeur. Suddenly everything seemed to revolve around me. I was the most important thing in the world. The most extreme manifestation of this was the religious delusions I experienced when psychotic. Despite not having a Christian upbringing, I came to secretly believe I was some sort of manifestation of Jesus Christ on a God-given mission. Wherever I looked I saw 'the face of God' staring out at me. For a while I was haunted by light switches with a screw either side of the switch representing the eyes and nose of a face.

And then, as sure as night follows day, everything would come crashing down after about nine days and I would plunge into a deep depression, in bed 18 hours a day. My thoughts became painfully sluggish and grossly distorted in a negative way. I felt suicidal and haunted by irrational self-doubts like the belief I was certain to end up homeless or that people thought I was a paedophile because I was standing outside a school.

---

11 In a mixed state symptoms of mania and depression occur simultaneously. In a full-
12 blown mixed episode criteria are met for a depressive episode and a manic episode
13 simultaneously. However, a mixture of manic and depressed symptoms may occur
14 without reaching full diagnostic criteria. For example, a patient may have racing
15 thoughts, agitation, overactivity and flight of ideas, but feel worthless, guilty and
16 suicidal. The patients with bipolar I disorder who took part in the 12-year
17 longitudinal study mentioned previously spent an average 6% of weeks in a mixed
18 or cycling state (where polarity of episode was changing and symptoms of both were
19 present) (Judd et al, 2002). For patients with bipolar II disorder the proportion was
20 just over 2% (Judd et al, 2003). It is estimated that approximately two thirds of
21 patients will suffer a mixed episode at some point in their illness (Mackin & Young,
22 2004). A study of 441 patients with bipolar disorder reported that subclinical mixed
23 episodes are common – with 70% of those in a depressed episode showing clinically
24 significant signs of hypomania, and 94% of those with mania or hypomania showing
25 significant depressive symptoms (Bauer et al, 2005). Sub-threshold mixed episodes
26 were more than twice as prevalent as threshold mixed episodes. The combination of
27 morbid, depressed affect with overactivity and racing thoughts makes mixed states a
28 particularly dangerous time for people with bipolar disorder.

CONFIDENTIAL
AZSER12751066

DRAFT FOR SECOND CONSULTATION

1

2  *Cycle Frequency*

3  There is a large amount of variation in how often patients suffer mood episodes and
4  no criteria exist to define 'normal' cycle frequency. Some patients have discrete
5  episodes that occur rarely (for example, no more than one episode per year) with full
6  recovery in between, others experience episodes more often, and some may fail to
7  fully recover between episodes. A subset of patients suffers from rapid cycling
8  bipolar disorder, which is defined as the experience of at least four syndromal
9  depressive, manic, hypomanic, or mixed episodes within a twelve month period.
10 Ultra-rapid and ultra-ultra-rapid (or ultradian) cycling variants have also been
11 identified, in which mood fluctuates markedly from week to week or even within the
12 course of a single day (Kramlinger & Post, 1996). Whether the differentiation of
13 subtypes of rapid cycling is of clinical significance is currently not known. A review
14 of the last 30 years of research on rapid versus non-rapid cycling indicated
15 differences in illness course and prognosis (Mackin & Young, 2004) and reports
16 suggest the distinction is of value as a course modifier (Maj *et al*, 1994; Maj *et al*,
17 1999). Patients with a rapid cycling illness course tend to be more treatment resistant,
18 suffer a greater burden of depressive episodes, and have a higher incidence of
19 substance abuse. A recent study in a sample of 456 bipolar probands identified 91
20 (20%) patients with a rapid cycling illness, who, in comparison to those without
21 rapid cycling, suffered more severe mood symptoms and a greater degree of
22 functional impairment (Schneck *et al*, 2004). Further data from this cohort suggests
23 rapid cycling is not more common in females than males (Baldassano *et al* 2005) as
24 had been indicated by previous studies in smaller samples.

25

26 ## 3.2   Incidence and prevalence

27 Community-based epidemiological studies consistently report the lifetime
28 prevalence of bipolar I disorder to be approximately 1% (based on DSM-III-R, or
29 DSM-IV criteria). A review of epidemiological surveys in six non-European countries
30 reported that the lifetime rate of bipolar I disorder ranged from 0.3% to 1.5%
31 (Weissman *et al*, 1996). Rates reported in European studies have varied more widely
32 from 0.1% to 2.4% (Faravelli *et al*, 1990; Pini *et al*, 2005; Szadoczky *et al*, 1998; ten
33 Have *et al*, 2002; Regeer *et al*, 2004). A recent study in Australia reported a lifetime
34 prevalence 2.5% (Goldney *et al*, 2005). Estimates of the lifetime prevalence of bipolar
35 II disorder vary more widely due to differences in diagnostic practices both over
36 time and geography. One early American study estimated the lifetime risk of bipolar
37 II disorder to be approximately 0.6% (Weissman & Myers, 1978), whereas more
38 recent studies have suggested a lifetime prevalence of between 5.5%-10.9% for more
39 broadly-defined bipolar II disorder (Angst, 1998; Angst *et al*, 2003). European studies
40 have produced more conservative prevalence estimates of between 0.2%-2.0%
41 (Faravelli, *et al*, 1990; Szadoczky, *et al*, 1998).

42

43 *Age at onset*

44 Bipolar disorder has a fairly early age of onset, with the first episode usually
45 occurring before the age of 30. In the review of epidemiological surveys mentioned
46 previously, the mean age at onset reported by each of the six studies ranged from
47 17.1-29 years, with a peak in onset rate occurring between the ages of 15 and 19 years

CONFIDENTIAL
AZSER12751067

DRAFT FOR SECOND CONSULTATION

1   (Weissman *et al*, 1996). A large retrospective study of patients with bipolar disorder
2   reported that there was an average 8 years' delay from a patient's first recollected
3   mood episode to receiving a diagnosis of bipolar disorder (Mantere *et al*, 2004).
4   Affective or functional changes occurring prior to the development of bipolar
5   disorder have not been studied systematically. One study provided some evidence of
6   prodromal mood disturbance in patients who went on to develop bipolar disorder,
7   however could not distinguish between patients who went on to develop a different
8   psychiatric disorder (Thompson *et al*, 2003). While most episodes of bipolar disorder
9   first present by 30 years of age bipolar disorder can present later in life. Late onset
10   bipolar disorder is characterised by a reduced family history of psychiatric disorder,
11   greater medical comorbidities and a greater incidence of subsequent neurological
12   problems. Late onset bipolar disorder may also show a greater latency between the
13   initial depressive episode and subsequent manic episode.
14
15   *Gender*
16   Bipolar I disorder occurs approximately equally in both sexes (Lloyd *et al*, 2005). The
17   symptom profile may differ between men and women, particularly there is some
18   evidence that women tend to experience more episodes of mixed or dysphoric mania
19   than men (Arnold *et al*, 2000). There is disputed evidence that bipolar II disorder is
20   more common in females than males. Recent data from a large sample of patients
21   with bipolar disorder found a significantly higher incidence of bipolar II disorder in
22   women (29.0%) than men (15.3%) (Baldassano *et al*, 2005). In a general population
23   survey using DSM-III-R criteria (which require a minimum of 4-days hypomanic
24   symptoms for a hypomanic episode) there was no reported gender difference in the
25   prevalence of bipolar II disorder (Szadoczky *et al*, 1998). However, a population
26   study using broader criteria for bipolar II disorder not requiring this minimum
27   duration found a one-year prevalence rate for hypomania of 7.4% in females and
28   only 2.7% in males (Angst *et al*, 2003).
29
30   *Ethnic Minorities*
31   There is evidence of an increased incidence of bipolar disorder in people from black
32   and minority ethnic groups. The recent Aesop Study (Lloyd *et al*, 2005) which
33   reported on the incidence of bipolar affective disorder in 3 cities in the United
34   Kingdom reported a higher incidence amongst black and minority ethic groups than
35   in a comparable white population and this finding is consistent with other UK based
36   studies (Leffe *et al*l 1976 Van Oss *et al*l 1996). The evidence for the increased incidence
37   of bipolar disorder in minority ethnic groups is similar to that for Schizophrenia. In
38   addition to the increased prevalence of bipolar disorder in black and minority ethnic
39   group there is also evidence of differences in the manner of presentation. Kennedy *et*
40   *al*, (2004) in an epidemiological study of first presentations of bipolar disorder in the
41   UK which compared, African and Afro-Caribbean groups with white Europeans
42   suggested that African and Afro-Caribbeans were more likely to present with a first
43   episode of mania (13.5% versus 6%,). African and Afro-Caribbeans group were also
44   more likely to present with severe psychotic symptoms when first presenting with
45   mania. A study in the United States looking at the experience of African Americans
46   with bipolar disorder (Kupfer *et al* 2005) reported that Afro-Caribbeans were more
47   likely to be hospitalised than Caucasians (9.8% versus 4.4%) and have a higher rate of
48   attempted suicide (64% versus 49%). Another American study, from the Veterans'
49   Administration Health Care System (Kilbourne *et al* 2005), looked at the clinical

CONFIDENTIAL
AZSER12751068

DRAFT FOR SECOND CONSULTATION

1   presentations of people from minority ethnic groups with bipolar disorder.  Again
2   this confirmed a picture of increased number of psychotic episodes (37% versus 30%)
3   along with increased use of cocaine or alcohol abuse.  They also reported that people
4   form black and minority ethnic groups were more likely to be formally admitted to
5   hospital.
6
7    The mechanisms underlying this increased prevalence and increased rates of mania
8   and potential drug abuse amongst patients presenting with bipolar disorder services
9   are not well understood, although it has been suggested that social exclusion and
10  lack of social support may be important factors (Bentall, 2004; Leff, 2001).  However,
11  it is possible that many of the features described above may be associated with later
12  presentation of the disorder resulting, in part, from the difficulties that people from
13  black and minority ethnic groups have in accessing services.  Kennedy et al, 2004,
14  also raised the possibility that the nature of the problems on initial presentation may
15  contribute to greater diagnostic difficulties and the possibility that people from black
16  and minority ethnic groups may be seen as suffering from schizoaffective or other
17  schizophrenia spectrum disorders rather than bipolar disorder.
18
19  Although there is now reasonable evidence to show an increased incidence and
20  difference in the style of presentation of people from black and minority ethnic
21  groups to services there is little evidence on the outcomes of treatment interventions
22  for people from black and minority ethnic groups.  An important conclusion to be
23  drawn from the evidence so far is collected concerning the experience people from
24  black and minority ethnic groups with bipolar disorder is that services ought to be
25  more available and accessible. This may present a particular challenge for first
26  episode psychosis services currently being developed in the English healthcare
27  system (Department of Health 2002) More immediately the evidence suggested that
28  clinicians responsible for the assessment and provision of services with people with
29  serious mental illness should be aware of the increased incidence of bipolar disorder
30  in black and minority ethnic groups and also that the presentation is more likely to
31  be accompanied by mania, possible psychotic symptoms and associated suicidal
32  behaviour.
33
34  *Treatment of people with learning difficulties with bipolar*

35  Findings indicate that people with intellectual disability are at high risk of
36  developing comorbid serious mental illness, including bipolar disorder. Dual
37  diagnosis is however, often overlooked due to difficulties associated with
38  establishing a diagnosis of a mental disorder in people with an intellectual disability,
39  a problem which is heightened when the individual's capacity to participate in a
40  clinical assessment is limited. (White et al, 2005). For example, until relatively
41  recently, it was considered that Down's syndrome precluded a diagnosis of mania, or
42  gave rise to an atypical presentation (Cooper & Collacot, 1993). This has however,
43  been shown not to be the case and the clinical features of mania are noted to be
44  similar to those previously described in individuals with learning difficulties due to
45  other causes. However it has been suggested that rapid cycling bipolar affective in
46  people with learning difficulties may differ from non-learning difficulty populations
47  in terms of a relative preponderance of males, and a potentially different response to
48  medication (Vanstraelen & Tyrer, 1999). Given the uncertainty around treatment
49  options the most important point though is the disorder is appropriately recognised
50  in the learning difficulty population and treated effectively

CONFIDENTIAL
AZSER12751069

DRAFT FOR SECOND CONSULTATION

**Clinical Practice Recommendation**

3.2.1.1    For people with bipolar disorder who have learning difficulties, including those under 18 years of age, healthcare professionals should ensure that they receive the same care as others, in particular taking into account interactions with concomitant medication.

*Rapid Cycling*

Estimates of the prevalence of rapid cycling within bipolar I and II disorders have ranged from 13-56% depending on the definition of rapid cycling used, but most studies suggest approximately 20% (Mackin & Young, 2004). Although previous studies suggested a strong association between rapid cycling and female gender reporting that more than two-thirds of those with a rapid cycling illness were women (Bauer *et al*, 1994; Schneck *et al*, 2004), a more recent large study reported an equal prevalence in both sexes (Baldassano *et al*, 2005). The index episode tends to be depression in those with a rapid cycling course and the clinical picture is dominated by depressive symptoms and episodes (Calabrese *et al*, 2001). As such, several studies have documented that rapid cycling is more common in bipolar II disorder, however recent investigations in large samples followed longitudinally for several years have suggested it is equally prevalent in bipolar I and II disorders (Kupka *et al*, 2005; Schneck *et al*, 2004). In general, rapid cycling is associated with an earlier age of onset, greater severity of symptoms, and treatment resistance (Coryell *et al*, 2003).

# 3.3   Aetiology

Despite its long history, little is known about what causes bipolar disorder. Recent research efforts have concentrated on identifying possible biological underpinnings of the disorder including genetic components, neurohormonal abnormalities and structural brain differences. Explanations in terms of psychosocial factors were mainstream in the 19th century, but more recently have largely given way to biological theories. However, as of yet there is no overarching explanation and the heterogeneous clinical presentation of bipolar disorder suggests that a number of different mechanisms are involved.

## 3.3.1        Genetics

Affective disorders often cluster in families indicating that they may have a heritable basis. Evidence from a number of different sources has identified a high heritable component to bipolar disorder suggesting a potentially large genetic contribution to the illness. However, the inheritance pattern is not simple and is not consistent with a single gene model of bipolar disorder. Instead it is likely that many genes are involved which convey susceptibility to a spectrum of psychiatric illnesses. There may also be genes that reduce the risk of developing bipolar disorder. No specific genes have been identified, but several areas of the genome are being investigated.

*Familial inheritance studies*

Family studies report that first degree relatives of an individual with bipolar disorder face a lifetime risk of developing the illness 5-10 times greater than the general population (Craddock & Jones 2001). However, they also face approximately

CONFIDENTIAL
AZSER12751070

DRAFT FOR SECOND CONSULTATION

1  double the risk of developing unipolar major depression suggesting the two
2  disorders may share some degree of genetic susceptibility.
3
4  Studies in monozygotic and dizygotic twins where at least one twin is affected by
5  bipolar disorder provide further support for genetic transmission. Monozygotic co-
6  twins of bipolar probands face a 40-70% risk of developing bipolar disorder and the
7  concordance rate of approximately 60% is markedly higher than that for dizygotic
8  twins (Craddock & Jones, 1999). The difference in concordance rates between
9  monozygotic and dizygotic twins can be used to estimate the size of the genetic
10 contribution to the illness. The largest twin study investigating heritability to date
11 reported a heritability estimate of 85%, suggesting almost all of the variance in
12 diagnosis of bipolar disorder was accounted for by genetic factors (McGuffin *et al*,
13 2003). However, the concordance rate for monozygotic twins is not 100%, which
14 leaves room for environmental influences. McGuffin *et al* (2003) found that non-
15 shared environmental influences accounted for the remaining 15% of variance and
16 the influence of shared family environment was negligible.
17
18 *Linkage studies*

19 Attempts to identify candidate genes using families with multiple cases of bipolar
20 disorder have suggested several potential areas of interest including 4p16, 12q23-q24,
21 16p13, 21q22 and Xq24-q26 (Craddock & Jones, 2001). More recently McQueen *et al*
22 (2005) reported on the combined analysis of eleven linkage studies (comprising 5179
23 individuals from 1067 families) and established significant linkage on chromosomes
24 6q and 8q. Using a sibling pair genome-wide scan approach Lambert *et al* (2005) have
25 confirmed evidence of linkage between bipolar disorder and the chromosomal
26 region 6q16-q21 but also showed linkage at 4q12-q21 an area of interest on the
27 genome reported by Craddock & Jones (2001). As can be seen, studies to date have
28 identified broad areas of the genome rather than specific genes so much work
29 remains before this research can have clinical utility.
30
31 *Association studies*

32 Using groups of unrelated individuals with bipolar disorder and appropriately
33 matched control groups, association studies have attempted to identify genes that
34 occur more commonly in affected individuals than unaffected individuals. This
35 method has identified the gene for catechol-O-methyl transferase (COMT), an
36 enzyme involved in the breakdown of catecholamines, as a potential course-modifier
37 in bipolar disorder (Craddock & Jones, 2001). In patients with bipolar disorder, those
38 with the low-activity version of the gene are significantly more likely to have rapid
39 cycling bipolar disorder. However, the gene itself occurs equally often in people with
40 and without bipolar disorder, therefore it is not a candidate susceptibility gene.
41
42 Increasing evidence suggests an overlap in genetic susceptibility across the
43 classification systems that separated psychotic disorders into schizophrenia and
44 bipolar disorder with association findings at several loci (Craddock *et al*, 2005).
45 Identification of susceptibility genes may have a major impact on our understanding
46 of pathophysiology and lead to changes in classification and perhaps management.

CONFIDENTIAL
AZSER12751071

DRAFT FOR SECOND CONSULTATION

1 **3.3.2        Neurohormonal Abnormalities**

2  Much attention recently has focussed on the role of the endocrine system in mood
3  disorders. Interest has centred on two biological systems: the hypothalamic-
4  pituitary-adrenal (HPA) axis, one of the major hormonal systems activated during
5  stress, and the hypothalamic-pituitary-thyroid (HPT) axis.

6

7  *Hypothalamic-Pituitary-Adrenal (HPA) axis dysfunction*

8  In response to stress, neurons in the hypothalamus secrete the chemical messenger
9  corticotrophin releasing hormone (CRH) to the anterior pituitary gland to stimulate
10  the production of adrenocorticotropic hormone (ACTH) which in turn stimulates the
11  adrenal glands to produce coritsol. Cortisol influences immune system function, has
12  a potent anti-inflammatory action and is a major regulator of the physiological stress
13  response. Importantly, it provides negative feedback to the hypothalamus which
14  shuts down the stress response and eventually returns cortisol to normal, pre-stress
15  levels. One of the most consistent findings in depression (especially psychotic
16  depression) is a marked elevation in cortisol levels, which is suggestive of a
17  dysfunctional HPA axis. More sensitive tests of HPA axis function have been
18  developed in which the response of the system to a pharmacological challenge is
19  measured. If the negative feedback system is functioning normally, cortisol
20  production should be suppressed in response to a drug which blocks the
21  corticosteroid receptors in the hypothalamus. A number of studies have reported
22  abnormalities in this system in patients with bipolar disorder which are consistent
23  with reduced HPA axis feedback (Rybakowski& Twanrdowska, 1999; Schmider *et al*,
24  1995; Watson *et al*, 2004). Chronically elevated levels of cortisol can have deleterious
25  consequences, including effects on mood and memory. Interestingly, signs of HPA
26  axis dysfunction have been observed in all stages of bipolar illness, including during
27  remission. Such dysfunction could underlie susceptibility to future episodes and
28  account for the often chronic course of bipolar disorder.

29  *Hypothalamic-Pituitary-Thyroid (HPT) axis and rapid cycling*

30  The HPT axis is also of interest in bipolar disorder, particularly in the genesis of
31  rapid cycling. Abnormalities of thyroid function are noted in patients with
32  depression and mania. Subclinical hypothyroidism is seen in a significant proportion
33  of patients with treatment resistant depression. Along with evidence of mild
34  hypothyroidism, patients in the manic state may show reduced responsiveness of the
35  pituitary gland to the chemical messenger thyrotropin-releasing hormone which
36  stimulates activity of the thyroid gland. Approximately 25% of patients with rapid
37  cycling bipolar disorder have evidence of hypothyroidism, which contrasts with only
38  2-5% of depressed patients in general (Muller, 2002). Since thyroid hormones have
39  profound effects on mood and behaviour, dysfunction in the HPT axis could explain
40  some of the presenting symptoms of patients with bipolar disorder.

41  **3.3.3        Structural brain differences**

42  In comparison to work in schizophrenia, there have been relatively few studies
43  investigating structural brain differences in patients with bipolar disorder and
44  findings have been contradictory. A major review of neuroanatomical studies in
45  bipolar disorder reported some evidence of enlarged ventricles and abnormalities in
46  the frontal and temporal lobes in at least a subpopulation of patients (Bearden *et al*,
47  2005). An excess of white matter lesions has also been reported (Altshuler, 1995) and

CONFIDENTIAL
AZSER12751072

DRAFT FOR SECOND CONSULTATION

1    one study reported that the number of white matter lesions correlated negatively
2    with functional outcome (Moore *et al*, 2001). Although the hope in identifying a
3    neuroanatomical profile of bipolar disorder is to develop an understanding of
4    neurodevelopmental or genetic contributions to the illness, it is currently unknown
5    whether differences are the cause or consequence of affective disorder. Interestingly,
6    neuroimaging in the unaffected first degree relatives of bipolar probands has
7    identified grey matter deficits that correlated with the degree of genetic risk of
8    developing the disorder (McDonald *et al*, 2004). This suggests that structural brain
9    differences are present before illness onset. However, it is yet to be understood how
10   or whether these differences contribute to observed symptoms.

11   **3.3.4        Psychosocial influences**

12   Although the current mainstream view is that biological factors are of primary
13   importance in bipolar disorder, a number of psychosocial influences have been
14   identified that may be relevant to understanding illness course or a particular
15   individual's presentation. Antecedent factors, such as childhood maltreatment, may
16   act as predisposing factors for developing the disorder, whereas concurrent factors
17   such as social class, social support, and self-esteem may act as course modifiers or
18   precipitants for episodes.
19
20   A potential role for psychosocial stressors in both the aetiology and exacerbation of
21   acute episodes has been identified in bipolar disorder. Prolonged psychosocial
22   stressors during childhood, such as neglect or abuse, are associated with HPA axis
23   dysfunction in later life which may result in hypersensitivity to stress. In future years
24   such dysregulation may predispose an individual to affective disturbance, and those
25   who develop bipolar disorder may experience an earlier age at onset, increased rates
26   of self-harm and psychotic symptoms. Likewise acutely stressful life situations and
27   hostility or criticism in a family may trigger episodes in those with an established
28   illness. The degree of negative emotionality expressed by close family members
29   (termed expressed emotion, or EE) has been shown to predict future depressive
30   episodes in patients with bipolar disorder (Yan *et al*, 2004) and levels of depressive
31   and manic symptoms (Kim & Miklowitz, 2004; Miklowitz *et al*, 2005). The high
32   prevalence of bipolar disorder in ethnic minority groups, as demonstrated in recent
33   studies in the UK (Lloyd *et al*, 2005), may relate to the psychosocial stressors of social
34   isolation and lack of social support often experienced by these groups (Bentall, 2004;
35   Leff, 2001).
36
37   Traumatic experiences in childhood have been associated with the development of
38   comorbid post traumatic stress disorder (PTSD) in patients with bipolar disorder in
39   adult life (Goldberg & Garno, 2005). It is estimated that 16% of patients with bipolar
40   disorder also have PTSD, the development of which is associated with greater
41   exposure to trauma, higher levels of neuroticism, lower social support and lower
42   social class (Otto *et al*, 2004). A study of the impact of childhood abuse on the illness
43   course of adult male patients with bipolar disorder found that those who reported
44   both sexual and physical abuse had higher rates of current PTSD and lifetime alcohol
45   misuse disorders, a poorer level of social functioning, a greater number of lifetime
46   depressive episodes and an increased likelihood of at least one suicide attempt
47   (Brown *et al*, in press).
48

CONFIDENTIAL
AZSER12751073

DRAFT FOR SECOND CONSULTATION

1   Theories of the psychology of bipolar disorder have identified factors such as self-
2   esteem and explanatory style that may contribute to mood symptoms. The manic
3   defence hypothesis, explained the appearance of manic symptoms as a defence
4   against destroying thought patterns associated with depression and anxiety. The
5   ascent into feelings of omnipotence and triumph were thought to overcompensate
6   for feelings of worthlessness which were seen as the backdrop to the manic
7   syndrome. This formulation suggests there is a degree of fragility to the manic state
8   and evidence of negative self-concept or thinking styles should be evident in both
9   patients with mania and remitted patients. There is evidence that patients with
10  bipolar disorder have a negative self-concept, highly variable self-esteem and
11  increased drive even during the remitted state (Winters & Neale, 1985; Lyon *et al*,
12  1999; Bentall *et al*, in press). Studies using implicit or disguised measures of
13  explanatory style have found that remitted patients tend to attribute negative
14  outcomes to themselves, but positive outcomes to others – a thinking style typical of
15  patients with depression (Winters & Neale, 1985; Lyon *et al*, 1999). However, this
16  may be better understood as chronic low-grade depression due either to the
17  debilitating aspects of the illness or due to the physiological processes outlined above
18  rather than as the underlying fuel for mania. Nonetheless, psychological theories of
19  bipolar disorder may help observers understand some of the ideas and beliefs held
20  by those suffering from mania.

## 3.4   Diagnosis of adults

### 3.4.1   Criteria for diagnosis

23  Both the DSM-IV and ICD-10 outline diagnostic criteria for bipolar disorder,
24  however the two criteria sets are not identical. Crucial differences centre on the
25  number of episodes required for a diagnosis and the distinction between bipolar I
26  and II disorders.
27

*DSM-IV*

29  Full criteria for manic, hypomanic, depressed and mixed episodes are outlined in
30  Box 1.

Box 1 DSM-IV criteria for a manic episode


AWAITING PERMISSION TO REPRODUCE DSM-IV

CONFIDENTIAL
AZSER12751074

DRAFT FOR SECOND CONSULTATION

1
2
3
4
5   DSM-IV recognises a spectrum of bipolar disorders consisting of bipolar I disorder,
6   bipolar II disorder and cyclothymia. A diagnosis of bipolar I disorder requires the
7   experience of at least one manic or mixed episode. Frequently sufferers will have
8   experienced one or more depressed episodes, but this is not required for a diagnosis.
9   The type of current or most recent mood episode can be specified as hypomanic,
10  manic, depressed, or mixed. The severity of the episode should be classified as mild,
11  moderate, severe without psychotic features, severe with psychotic features, in
12  partial remission, in full remission, with catatonic features, or with postpartum onset.
13
14  A diagnosis of bipolar II disorder requires the experience of at least one major
15  depressive episode and at least one hypomanic episode. Any history of manic or
16  mixed episodes rules out a diagnosis of bipolar II disorder. Mood specifiers are the
17  same as for bipolar I disorder.
18
19  Cyclothymia describes a chronic disturbance of mood consisting of a number of
20  periods of depression and hypomania, none of which meets full criteria for a major
21  depressive or hypomanic episode. The fluctuating mood should have lasted at least
22  two years (one year in children and adolescents) and must be the source of
23  significant functional impairment.
24
25  *ICD-10*
26  Full criteria for manic, hypomanic, depressed and mixed episodes are outlined in
27  Box 2.
28
29
30
31        **Box 2 ICD-10 criteria for a manic episode**
32        AWAITING PERMISSION TO REPRODUCE ICD-10
33
34
35
36
37
38
39
40
41
42
43
44  A diagnosis of bipolar affective disorder requires the experience of at least two mood
45  episodes, one of which must be manic or hypomanic. Unlike DSM-IV, a single
46  episode of mania does not merit a diagnosis of bipolar disorder until another mood
47  episode (of any type) is experienced. Episodes can be specified as hypomanic, manic
48  without psychotic symptoms, manic with psychotic symptoms, mild or moderate
49  depression, severe depression without psychotic symptoms, severe depression with
50  psychotic symptoms, mixed, or in remission.

CONFIDENTIAL
AZSER12751075

DRAFT FOR SECOND CONSULTATION

1   **3.4.2        Diagnostic issues**

2   *Hypomania*

3   A matter of considerable and ongoing debate in bipolar disorder is the definition of
4   hypomania. In both DSM-IV and ICD-10 the diagnosis of a hypomanic episode
5   requires symptoms of hypomania to last for at least four days, which was reduced
6   from the seven days required by earlier versions. Those who have hypomanic
7   symptoms lasting between one to three days can be diagnosed with 'bipolar disorder
8   not otherwise specified'. However, short-lived periods of hypomania may go
9   unnoticed (especially if their absence from official diagnostic nomenclature means
10  they are not enquired about), yet still be an indicator of bipolar illness. A
11  longitudinal prospective study of a community cohort of individuals at high risk of
12  developing psychopathology identified no differences between those who
13  experienced hypomanic symptoms for less than four days versus those who had
14  episodes of four days or longer with respect to the number of hypomanic symptoms
15  experienced, previous diagnosis or treatment of depression and family history of
16  depression (Angst *et al*, 2003). In a similar vein, the same study concluded that the
17  core feature of hypomania should be overactivity rather than mood change, as
18  hypomanic episodes often occur without associated elation or grandiosity. Reducing
19  the length criterion for hypomanic episodes would increase lifetime prevalence
20  estimates of bipolar II disorder to approximately 11%, but arguably would identify
21  more unipolar depressed patients with subtle signs of bipolarity. There are problems
22  with establishing satisfactory inter-rater reliability in these assessments and the
23  clinical utility of such a diagnostic change in terms of treatment outcome has yet to
24  be established.

25

26  *Clinical Practice Recommendations*

27  *Assessment in primary care*

28  3.4.2.1 Primary care clinicians should normally refer patients with suspected bipolar
29          disorder for a specialist mental health assessment and development of a
30          care plan, if either of the following are present:

31      •   three or more recurrent depressive episodes in the context of a history of
32          overactive, disinhibited behaviour, or

33      •   periods of overactive, disinhibited behaviour lasting at least 4 days with
34          or without periods of depression.

35  3.4.2.2 Primary care clinicians should urgently refer patients with mania or severe
36          depression who are a danger to themselves or other people.

37  3.4.2.3 For all patients with existing bipolar disorder in primary care who are newly
38          registered with a practice consideration should be given to a referral for
39          assessment by specialist mental health services, including the development,
40          where appropriate, of a care plan.

41  3.4.2.4 When a patient with bipolar disorder is managed solely in primary care, an

CONFIDENTIAL
AZSER12751076

DRAFT FOR SECOND CONSULTATION

1  urgent referral to secondary care services should be made:

2      • where there is an acute exacerbation of symptoms in particular, the
3          development of mania or severe depression

4      • where there is an increase or change in the degree of risk to self or
5          others.

6  3.4.2.5  When a patient with bipolar disorder is managed solely in primary care
7          consideration for a review by secondary care services or increased contact in
8          primary care may be indicated:

9      •   where there is a significant decline in fucntioning or a poor
10         response to treatment

11     •   where treatment adherence is a problem

12     •   where co-morbid substance misuse is suspected

13     •   if the patient is considering stopping prophylactic medication
14         following a period of relatively stable mood.

15  *Assessment in secondary care*

16  3.4.2.6  In the assessment of suspected bipolar disorder healthcare professionals
17          should:

18     •   take a full history from the patient including family history, a review
19         of all previous episodes and any symptoms between episodes

20     •   assess the patient's symptom profile, triggers to previous episodes,
21         social and personal functioning, comorbidities including substance
22         use and abuse, anxiety, risk, physical health, and current psychosocial
23         stressors

24     •   obtain a corroborative history within the bounds of confidentiality

25     •   consider the use of formal criteria such as completion of self-rating
26         scales such as the Mood Disorder Questionnaire.

27  3.4.2.7  Before diagnosing rapid cycling bipolar disorder, healthcare professionals
28          should check alternative explanations for the symptoms including physical
29          health problems such as thyroid disease, antidepressant-induced switching,
30          sub-optimal medication regimes, the effects of lithium withdrawal, and
31          erratic compliance. They should also consider initiating a period of
32          longitudinal self and/or carers' assessment of mood for at least a year.

33  **Special considerations for older people in secondary care**

34  3.4.2.8  When determining the most appropriate care for an older adult with bipolar

CONFIDENTIAL
AZSER12751077