DRAFT FOR SECOND CONSULTATION

1  disorder (usually aged over 65 years) consideration should be given to the
2  involvement of specialist old-age psychiatry services when:

3  • An existing patient of adult mental health services develops
4  significant comorbid physical health and/or cognitive problems.

5  • A new referral who has not previously been in contact with
6  general adult psychiatry services or has had no contact with services
7  for a significant period of time (usually 2 or more years) presents to
8  services.

9  **3.4.3    Distinguishing bipolar disorder from other diagnoses**

10  The manic stage of bipolar disorder may resemble other conditions and care should
11  be taken during assessment to rule out other possible diagnoses.

12  *Cyclothymia*

13  Careful attention to illness history and duration of episodes is necessary to
14  differentiate bipolar II disorder from cyclothymia. Both disorders are associated with
15  mild manic symptoms, but in cyclothymia these do not meet full criteria for a
16  hypomanic episode. In practice, it may be very difficult to differentiate the two
17  disorders without monitoring the condition for a long period of time and gathering
18  information from other sources such as family members.

19  *Schizophrenia and schizoaffective disorder*

20  In the acute stages mania resembles schizophrenia. Between one tenth and one fifth
21  of manic patients exhibit classic signs of schizophrenia and both disorders can
22  involve severe psychotic symptoms such as thought disorder, delusions and
23  hallucinations. Typically however, the delusions and hallucinations in mania are less
24  stable than those in schizophrenia, the content of them is usually congruent or in
25  keeping with the mood of the patient, and auditory hallucinations may be in the
26  second rather than the third person. Sometimes the content of delusions and
27  hallucinations are mood incongruent and auditory hallucinations are in the third
28  person like schizophrenia. Bipolar disorder is more likely if the individual has
29  previously experienced episodes of depression, hypomania or mania, or has a family
30  history of bipolar disorder. Individuals with predominately psychotic symptoms
31  who also suffer affective disturbance may be more appropriately diagnosed with
32  schizoaffective disorder, although this may be difficult to distinguish from a severe
33  form of bipolar disorder. The diagnosis of bipolar disorder should be employed
34  when there are clear cut episodes of mania and depression, and there are no
35  psychotic symptoms lasting for more than two weeks before or after the symptoms
36  of a mood episode have resolved. Schizoaffective disorder should be used when
37  there is at least one episode when psychotic symptoms dominated the clinical picture
38  and mood symptoms were fleeting, or the psychotic symptoms persisted for more
39  than two weeks without the presence of any mod symptoms.

40  *Substance misuse*

41  Manic-like symptoms can be the result of using stimulant drugs such as cocaine,
42  khat, ecstasy or amphetamine. Typically symptoms dissipate within seven days after
43  the substance is withdrawn, whereas manic symptoms last much longer. Since
44  substance misuse is a common comorbidity in bipolar disorder (see section 3.4.5),

CONFIDENTIAL
AZSER12751078

DRAFT FOR SECOND CONSULTATION

1  differentiating mania from the effects of substance misuse can be problematic. There
2  must be a clear history of stimulant drug use preceding any manic symptoms with
3  no previous history of manic, hypomanic or mixed episodes not preceded by
4  stimulant drug use. Urine screening may be necessary to rule out the use of illicit
5  substances.

6  *Organic brain syndromes*

7  Certain types of organic pathology can present with disinhibited, manic-like
8  behaviour. Progressive frontal lobe dementia, cerebrovascular insult, encephalitis,
9  epilepsy, demyelinating white matter lesions such as those seen in multiple sclerosis
10  and HIV infection, and space-occupying lesions can all produce affective disturbance
11  that may be difficult to differentiate from a non-organic mood disorder. In patients
12  with a late-onset disorder who have shown no previous signs of affective illness, the
13  possibility of organic pathology should be fully investigated. Thorough cognitive
14  assessment may indicate cognitive disturbances consistent with an organic disorder.
15  Family history of affective disorder, dementia, cerebral tumour, or medical illnesses
16  that increase the risk of cerebrovascular events may jointly inform a diagnosis.
17  Organic pathology should be investigated in patients who have developed the illness
18  only after suffering a significant head injury.

19  *Metabolic disorders*

20  Occasionally hyperthyroidism, Cushing's disease, Addison's disease, vitamin B12
21  deficiency and dialysis can cause manic symptoms. In all these instances, the medical
22  problem must precede the onset of the manic symptoms which resolve within a week
23  or so of the effective treatment of the underlying medical disorder.

24  *Iatrogenic causes*

25  Medications such as corticosteroids (especially in high doses), L-Dopa, prescribed
26  stimulants such as methylphenidate, can cause manic-like symptoms. Close attention
27  to the time course of the development of affective symptoms could indicate whether
28  prescribed medications were a precipitant.
29
30  **Clinical Practice Recommendation**

31  3.4.3.1  When considering a diagnosis of bipolar disorder healthcare professionals
32          should take into account that:

33      •   more pronounced psychotic symptoms, increased suicidal ideation,
34          drug misuse, or more disturbed behaviour may be symptoms of a later
35          presentation of bipolar disorder and not of a schizophrenia spectrum
36          disorder. This may be particularly important when assessing patients
37          from black and minority ethnic groups who may have difficulty
38          accessing services

39      •   drug and/or alcohol abuse may induce manic-like symptoms (in
40          inpatient settings, if there is evidence of drug/alcohol abuse, wait 7
41          days before confirming a diagnosis of bipolar disorder)

42      •   symptoms may be due to underlying organic conditions, particularly
43          for those presenting with late-onset bipolar disorder (i.e., those aged

CONFIDENTIAL
AZSER12751079

DRAFT FOR SECOND CONSULTATION

1        over 40 years), such as hypothyroidism and cerebrovascular insults,
2        and other neurological disorders (such as dementia in older adults).

3    **3.4.4**        **Assessment methods**

4    *Screening*

5    The Mood Disorder Questionnaire (MOD) is a brief easy to use self-report form
6    which has been validated against the structured clinical interview for DSM-IV (SCID
7    – see below) (Hirschfeld *et al*, 2000). It has shown good sensitivity and specificity in a
8    clinical population but in a general population sample, while the specificity
9    remained high, the sensitivity was low (Hirschfeld *et al*, 2003).

10   *Diagnosis*

11   The most widely used and validated instrument for generating a DSM-IV Axis I
12   diagnosis is the SCID which also generates diagnoses on the other DSM-IV axes. The
13   structured interview includes six modules which cover a wide range of possible
14   different disorders and the SCID is thus comprehensive and its validity in clinical
15   samples is high. The reliability is lowest in patients whose symptoms are less well
16   defined (Baldassano, 2005). ICD diagnoses must be generated by a semi-structured
17   interview none of which has been validated, so clinical experience and judgement are
18   essential.

19   *Monitoring*

20   The Life Chart Method (LCM) is the most widely used and researched and has
21   recently been developed further by the creation of an electronic version. While it has
22   been developed for professionals it can be used by patients and can be useful as a
23   therapeutic tool (Denicoff *et al*, 2000). Another instrument suitable for bipolar
24   disorder is the Altman Self-Report Mania Scale (Altman *et al*, 1997). However, most
25   self-report scales are not very specific and are less sensitive to detecting problems
26   with cognition and functional impairment.

27   **3.4.5**        **Comorbidity**

28   *Anxiety and substance misuse disorders*

29   Comorbidity is the norm rather than the exception in bipolar disorder. A study of
30   288 patients with bipolar disorder found 65% had suffered from at least one other
31   (axis I) disorder at some point in their lifetime and one third had at least one current
32   comorbid (axis I) diagnosis (McElroy *et al*, 2001). The most common comorbid axis I
33   disorders are anxiety and substance misuse disorders, both of which occur in
34   approximately 30-50% of patients with bipolar disorder. Those who have
35   comorbidities tend to have had an earlier age at onset and are more likely to
36   experience cycle acceleration and suffer a more severe illness and self-harm than
37   those without. In those with concurrent substance abuse it may be difficult to
38   distinguish symptoms and effects of the illness from the effects of the abused
39   substance. Likewise, causality may be difficult to establish – substance abuse may
40   play a role in the aetiology of affective disturbance, be an attempt at self-medication,
41   or substances may simply be used for social and recreational reasons. In general,
42   substance abuse is approximately twice as common in men with bipolar disorder as
43   women. However, rates of substance misuse disorders are four to seven times higher

CONFIDENTIAL
AZSER12751080

DRAFT FOR SECOND CONSULTATION

1    in women with bipolar disorder than rates derived from community samples
2    (Krishnan, 2005).

3    *Personality Disorders*

4    Personality disorders are sometimes diagnosed alongside bipolar disorder, although
5    the comorbidity rate varies drastically depending on which measurement instrument
6    is used. Based on strict DSM-IV criteria for axis II disorders, one study reported a
7    comorbidity rate of 38% in euthymic patients with bipolar disorder (Kay *et al*, 1999).
8    However, previous studies have reported rates as high as 89% using other
9    assessment instruments and assessing patients while they are acutely affectively ill
10   (Turley *et al*, 1992). Diagnosis of personality disorder must never be made just on
11   current behaviour alone and requires a longitudinal history from an informant who
12   has known the patient when they have not had affective symptoms, preferably since
13   the patient was an adolescent or younger. Cluster B (dramatic and emotional) and C
14   (anxious and fearful) disorders are the most common personality disorder
15   comorbidities in patients with bipolar disorder. Borderline personality disorder, the
16   hallmark of which is affective instability due to markedly reactive mood, shares
17   some features in common with bipolar disorder, particularly with the ultra rapid
18   cycling variant. Some argue borderline personality disorder belongs on the bipolar
19   spectrum (Delito *et al*, 2001) and it is a relatively common comorbidity in those with
20   bipolar disorder.
21

22   Patients with bipolar disorder and comorbid substance misuse disorders tend to
23   have a higher rate of personality disorder comorbidity than those without substance
24   misuse difficulties. Comorbid personality disorder may also affect outcome in
25   patients with bipolar disorder, for example increasing the severity of residual mood
26   symptoms during remission periods.

27   *Clinical Practice Recommendation*

28   3.4.5.1  When considering the diagnosis of personality disorder in a person with
29          mood swings, healthcare professionals should be cautious about confirming
30          such a diagnosis without first considering a diagnosis of bipolar disorder.
31          Caution should also be exercised when considering a diagnosis of
32          personality disorder in unstable bipolar patients without adequate
33          treatment of bipolar disorder first.

34   **3.4.6**      **Risk assessment**

35   Self harm is more common in bipolar disorder than in most other psychiatric
36   disorders and is comparable to that found in other mood and psychotic disorders.
37   Psychological autopsy studies suggest that suicides occur when depression is
38   underdiagnosed and undertreated, especially in bipolar II disorder, and when there
39   is no long term maintenance treatment. Suicide may occur with little warning,
40   especially in patients with bipolar disorder comorbid with other impulse control
41   disorders such as substance abuse, borderline personality disorder and eating
42   disorder. The rapid switch from mania or hypomania to depression may also be a
43   particular risk for suicide. Risk assessments are carried out in the same way as in
44   other patient groups but health professionals should be aware that mental state and
45   suicide risk can change quickly. Immediate action is required if a patient with bipolar
46   disorder is assessed to be at high or immediate risk of suicide such as those with a

CONFIDENTIAL
AZSER12751081

DRAFT FOR SECOND CONSULTATION

1  definite plan or persistent suicidal ideation. Similarly, the disinhibited, changeable
2  and impulsive nature of patients with bipolar disorder, particularly in a manic or a
3  mixed state, means that staff should err on the side of caution when there is a risk of
4  harm to others through violent or reckless behaviour.
5

6  *Clinical practice recommendations*

7  *Assessment of risk in primary and secondary care*

8  3.4.6.1 Healthcare professionals should undertake a risk assessment in all people
9      when:

10  • bipolar disorder is first diagnosed

11  • in established diagnosis of bipolar disorder where there is significant
12     change in mental state or personal circumstances

13  • a patient with bipolar disorder is discharged from or is on leave from
14     inpatient care.

15  *Crisis and risk management plans*

16  3.4.6.2 For patients who are at risk of suicide, exploitation or severe self-neglect, who
17      are a significant risk to others (including neglect of dependents), or who
18      have a history of compulsory admission, healthcare professionals must
19      develop a crisis plan, in collaboration with the patient, which should
20      include the following:

21  • Identified or potential personal, social or environmental triggers,
22     including early warning symptoms of relapse, which increase the risk
23     of deterioration in the patient's mental state or circumstances.
24  • For patients at risk of rapid onset of mania and for whom clear early
25     warning signs can be identified, a protocol for increasing the dose of
26     existing medication or for taking additional medication (which may be
27     given to the patient in advance). Such protocols should be reviewed
28     regularly, and are not a substitute for an urgent review.
29  • The agreed response of primary and secondary healthcare services to
30     any identified increase in risk including increased contact.
31  • How the individual (and where appropriate their carer(s)) can access
32     help and identify the healthcare professionals in primary and secondary
33     care who are designated as having responsibilities in the crisis plan

34  **3.4.6.3** Healthcare professionals should prescribe a limited quantity of psychotropic
35     medication for patients during periods of high risk of suicide.

36  # 3.5   Diagnosis of children and adolescents

37  The diagnosis for bipolar disorder in children and adolescents is an area of
38  considerable difficulty and some controversy (Biederman *et al*, 2000).  In light of this
39  the guideline development group convened a consensus conference to draw on the
40  experience of national and international experts in the area.  A fuller account of the

CONFIDENTIAL
AZSER12751082

DRAFT FOR SECOND CONSULTATION

1   outcome of the consensus conference is provided in Appendix 18.  What follows is a
2   brief summary of the issues and the outcomes and recommendations of the
3   consensus conference.
4
5   The peak age for onset of bipolar disorder is in later adolescence and early adult life.
6   However, a significant number of adults, perhaps up to 20% with bipolar disorder
7   have experienced initial symptoms before the age of 19 (Harrington, 1994).
8   Lewinsohn *et al*, (1995) estimated a point prevalence figure for adolescence of around
9   1%.  However, the number of pre-pubertal children presenting with bipolar disorder
10  is very small.  In a large study in Oregon in the United States (Lewinson *et al*, 1993,
11  2003) were able identify only 3 case of pre-pubertal bipolar disorder.  The typical
12  presentation of bipolar disorder in children and adolescents, particularly those with
13  earlier onset, is that depressive disorder present first.  The overall impression of
14  children and adolescents with bipolar disorder is of a disorder with longer duration
15  of episode, increased mixed presentation, and a higher incidence of rapid cycling
16  than in late onset bipolar disorder.
17
18  One considerable problem that the consensus conference faced is with the different
19  presentations of symptoms in children adolescents and adults.  Features such as
20  grandiosity and involvement in pleasure and activities vary considerably as a
21  function of age and developmental level, therefore what is pathological in an adult
22  might not be appropriately described so in a child.  A further complication is that for
23  many children with serious mental disorder there is also considerable evidence of co-
24  morbidity and the co-presentation with symptoms such as ADHD and indeed their
25  subsequent management and medication can make the diagnostic challenge even
26  more difficult.
27
28  After a careful consideration of the current evidence for the diagnosis of bipolar I
29  and bipolar II disorder in children and adolescence the consensus conference
30  concluded that it was possible and appropriate to diagnose bipolar I disorder in both
31  childhood and adolescence although as accepted it was a very rare disorder in the
32  former group.  However, the consensus conference did not feel, given the present
33  level of evidence, that it was appropriate at this stage to reach a diagnosis of bipolar
34  II disorder in a child or adolescent.  A possible exception to this in older and
35  developmentally well advanced adolescents were the use of the standard adult
36  diagnostic criteria may be appropriate.
37
38  However, in accepting that the diagnosis of bipolar I disorder can be present in
39  children and adolescents the consensus conference made a number of suggestions for
40  the refinement of the diagnosis. Specifically, the conference took the view that for a
41  diagnosis of bipolar I disorder to be established in a pre-pubescent child that mania
42  must be present, that euphoria itself must be present for most days most of the time
43  for seven days and that, although irritability may be a symptom, it should not be a
44  core diagnostic criterion.  For adolescents the conference took the view that in order
45  to establish a diagnosis of bipolar I disorder mania must be present as must euphoria
46  over a seven-day period. Irritability should not be a core diagnostic criterion, but its
47  presentation if episodic in nature and if it results could be important in helping
48  establishing a diagnosis of bipolar I disorder.
49
50  The consensus conference also felt that the diagnosis of bipolar disorder in a young
51  person presenting solely with a depressive episode but in the context of a family

CONFIDENTIAL
AZSER12751083

DRAFT FOR SECOND CONSULTATION

1    history of bipolar should not itself warrant a diagnosis of bipolar I disorder.  The
2    consensus conference also commented on common co-morbidities and important
3    differential diagnosis appropriate assessment methods and the management of
4    special groups and the assessment of particular groups, again details of this are
5    contained in Appendix 18.

6    **3.5.1**            **Clinical practice recommendations**

7    *Diagnosing Bipolar disorder 1 in prepubescent children*

8    3.5.1.1  When diagnosing Bipolar I disorder in pre-pubescent children healthcare
9              professionals should use the same criteria as for the adult disorder but
10             modified so that :
11        •    Mania must be present
12        •    Euphoria must be present most days, most of the time (for at least 7
13             days)
14        •    Irritability is not a core diagnostic criterion.

15    3.5.1.2  Bipolar I disorder should not be diagnosed in pre-pubescent children based
16             solely on the diagnosis of a major depressive episode occurring in the
17             context of a family history of Bipolar disorder.  However, children with a
18             personal history of depression and family history of Bipolar disorder should
19             be carefully followed up.

20    *Diagnosing Bipolar I disorder in adolescents*

21    3.5.1.3  When diagnosing Bipolar I disorder in adolescents healthcare professionals
22             should use the same criteria as for the adult disorder but modified so that :
23        •    Mania must be present
24        •    Euphoria must be present most days, most of the time (for at least 7
25             days)
26        •    Irritability can be helpful in making a diagnosis if it is episodic,
27             severe, results in impaired function and is not in character or out of
28             keeping with the context. However, it should not be a core diagnostic
29             criterion.
30

31    3.5.1.4  Bipolar I disorder should not be diagnosed in adolescents based solely on the
32             diagnosis of a major depressive episode occurring in the context of a family
33             history of bipolar disorder.  However, young people with a personal history
34             of depression and family history of bipolar disorder should be carefully
35             followed up.

36    *Diagnosing Bipolar I disorder in older or developmentally advanced adolescents*

37    3.5.1.5  When considering a diagnosis of bipolar I disorder in older or
38             developmentally advanced adolescents, the same criteria as for establishing
39             a diagnosis of bipolar I disorder in adults should be used.

40    *Bipolar II disorder in both children and adolescents*

CONFIDENTIAL
AZSER12751084

DRAFT FOR SECOND CONSULTATION

1  3.5.1.6  Bipolar II disorder should not normally be diagnosed in children or
2       adolescents because the criteria for establishing such a diagnosis are not
3       well-enough established to support their use in routine clinical practice.

4  3.5.1.7  When considering a diagnosis of bipolar II disorder in older or
5       developmentally advanced adolescents, the same criteria as for establishing
6       a diagnosis of bipolar II disorder in adults should be used.

7  *Differential diagnoses for both children and adolescents*

8  3.5.1.8  When distinguishing bipolar I disorder from ADHD or conduct disorder the
9       presence of clear-cut episodes of unduly elated mood, inappropriate and
10      impairing grandiosity, and cycles of mood are normally indicative of
11      bipolar disorder and so clinicians should focus of the presence of such
12      symptoms before confirming a diagnosis of bipolar I disorder.

13  3.5.1.9  When distinguishing bipolar I disorder from schizophrenia the presence of
14      mood cycles is normally indicative of bipolar disorder and so clinicians
15      should establish the presence of such cycles before confirming a diagnosis of
16      bipolar I disorder.

17  3.5.1.10 When considering a diagnosis of bipolar I disorder in a child or adolescent
18      clinicians should consider other possible explanations for presenting
19      behaviour and symptoms including:

20      • sexual, emotional and physical abuse in a child or adolescent
21        presenting with behaviours such as disinhibition, hypervigilance or
22        hypersexuality before diagnosing mania

23      • the possibility of drug and/or alcohol misuse in children and
24        adolescents presenting with mania-like symptoms, in which case
25        consider a diagnosis of bipolar disorder only after a 7-day period of
26        abstinence

27      • previously undiagnosed learning difficulties

28      • organic causes such as excited confusional states in children with
29        epilepsy and akathisia resulting from neuroleptic medication.

30  *Children and adolescents with learning difficulties*

31  3.5.1.11 When diagnosing bipolar I disorder in a child or adolescent with learning
32      difficulties, the same criteria as are applied to children and adolescents
33      without learning difficulties should be used.

34  *Assessment methods for children and adolescents*

35  3.5.1.12 The diagnosis of bipolar disorder in children and adolescents should be made
36      by a clinician with specialist training in child and adolescent mental health.

CONFIDENTIAL
AZSER12751085

DRAFT FOR SECOND CONSULTATION

1   3.5.1.13 Assessment should include:

2   • a detailed mental state examination based on an individual interview
3     with the child

4   • a medical evaluation to exclude organic causes

5   • further neuropsychological and neurological evaluation as
6     appropriate

7   • a detailed account of the presenting problem from the perspective of
8     the child, parents/carers, and significant others such as teachers

9   • a personal and developmental history including a detailed
10    developmental and neurodevelopmental history, covering the child's
11    full lifespan and including birth history, speech and language
12    development, behaviour problems, attachment behaviour and history
13    of abuse.

14  3.5.1.14 When assessing a child or adolescent for possible bipolar disorder a specialist
15    diagnostic instrument such as the Wash-U-KSADS may be used; scales
16    completed by parents/carers such as the Child Behaviour Checklist,
17    Conners' Abbreviated Rating Scale, Parent Young Mania Rating Scale and
18    Parent General Behaviour Inventory may also be used. These should not
19    replace a full clinical interview.

20  3.5.1.15 In severely mentally ill children and adolescents with psychotic symptoms a
21    diagnosis should be attempted as early as practical, and should be subject to
22    regular specialist review.

23

## 3.6   Course and prognosis

25  For most patients bipolar disorder is chronic and recurrent. There is a large amount
26  of variation between individuals in the number of episodes experienced, but the
27  average is 10 (Mackin & Young, 2004). Episodes of mania and depression tend to
28  cluster together so typically patients may experience a number of illness episodes
29  together followed by a more quiescent period and then another cluster of episodes.
30  This pattern with hypomanic and depressive episodes is especially common in
31  bipolar II disorder. The risk of recurrence in the 12 months after a mood episode is
32  especially high (50 per cent in one year, 75 per cent at four years, and afterwards ten
33  per cent per year) compared to other psychiatric disorders. Furthermore, compared
34  to unipolar depression, bipolar disorder is much more changeable in severity of the
35  mood episode. In those with a recurrent illness pattern, the length of euthymia
36  between episodes may shorten over time suggesting increased frequency of episodes
37  (Kessing *et al*, 2004). The length of episodes remains fairly constant for an individual
38  over time, although later episodes may begin more abruptly.
39

CONFIDENTIAL
AZSER12751086

DRAFT FOR SECOND CONSULTATION

1   The all-cause standardised mortality ratio (SMR) is elevated in patients with bipolar
2   disorder relative to the general population. Bipolar disorder is associated with a
3   higher burden of physical illnesses such as diabetes and heart disease and the SMR
4   for premature deaths from natural causes is estimated at 1.9 for males and 2.1 for
5   females (Osby *et al*, 2001). The SMR for suicide is much higher at approximately 15
6   for males and 22.4 for females (Osby *et al*, 2001), with the greatest risk of suicide
7   attempts occurring during depressed or mixed episodes.

8   **3.6.1        Early warning signs**

9   Early detection in bipolar disorder is important for instigating an appropriate
10  management regime with the aim of improving ultimate outcome and minimising
11  harm caused by repeated episodes. Individuals are often able to identify
12  precipitating changes in mood and/or behaviour that indicate the early stages of an
13  episode because each episode starts with a similar pattern of symptoms that is
14  idiosyncratic and typical for that individual. There is greater consistency from
15  episode to episode of mania over time than episode to episode of depression. These
16  relapse signatures can be helpful indicators to individuals themselves, family
17  members, close friends, or clinicians that increased support may be necessary to
18  prevent escalation into a full episode. Identifying particular stressors that are
19  associated with relapse such as specific psychosocial stressors or events associated
20  with circadian rhythm disturbance can help individuals learn ways of reducing the
21  risk of triggering episodes. Although triggering events may be identified before
22  some episodes, others will have no obvious trigger. Great care must be taken over
23  history taking to establish whether triggering events such as sleep disruption or life
24  stress preceded the mood episode, or were the symptoms or consequences of it.

25  **3.6.2        Neuropsychological function**

26  A number of recent studies have demonstrated that many patients with bipolar
27  disorder have significant psychological impairments characterised by a combination
28  of declarative memory deficits as well as changes in executive functions such as
29  attention , planning and working memory. (Ferrier and Thompson 2003)  These
30  impairments can occur when the patient is depressed or manic but can also persist
31  into euthymia.( Thompson *et al*,2005)  This latter observation together with evidence
32  of similar defects in first degree relatives suggest that these deficits may be trait
33  markers of bipolar disorder.  These neuropsychological impairments may relate to
34  structural changes in the brain (see section 3.3.3)  or to some other unknown
35  psychological or biological process.  The impairments worsen as the illness
36  progresses and are particularly associated with the number of manic episodes.  The
37  impact of these impairments on rehabilitation, engagement in therapy, compliance
38  and quality of life is uncertain but likely to be significant.

39  **3.6.3        Drug/alcohol outcomes**

40  As mentioned above, substance misuse is common in patients with bipolar disorder
41  and impacts negatively on illness outcome. Mixed episodes and rapid cycling mania
42  are more common in patients with comorbid substance abuse, as are medical
43  disorders, suicide and suicide attempts (Krishnan, 2005; Potash *et al*, 2000). Generally
44  substance misuse destabilizes the illness, increases the time taken to recover and/or
45  triggers relapse.

CONFIDENTIAL
AZSER12751087

DRAFT FOR SECOND CONSULTATION

### 3.6.4 Switching

Longitudinal studies suggest somewhere between 0-46% of people presenting with major depressive disorder will experience a manic or hypomanic episode and merit rediagnosis with bipolar disorder. One study followed 74 patients prospectively for 15 years from their first episode of depression and documented subsequent episodes of mania or hypomania. It was found that 19% of patients went on to experience a full-blown manic episode and a further 27% had at least one hypomanic episode (Goldberg et al, 2001). Those who presented with psychotic depression were significantly more likely to go on to develop bipolar disorder.

### 3.6.5 Late-onset bipolar disorder

Mania or hypomania that first appears in later life (after 40 years of age) usually follows many years of repeated episodes of unipolar depression or is secondary to other factors such as steroid medication, infection, neuroendocrine disturbance or neurological problems.  However, only 15 per cent of cases of bipolar disorder presenting for the first time to mental health services are precipitated by a medical problem. It is less likely to be associated with a family history of the disorder than earlier-onset bipolar disorder. The prognosis for late-life depression is generally poor due to a high mortality rate. The majority of the increased mortality rate is accounted for by a greater burden of physical illness, especially cardiovascular and cerebrovascular disease, rather than suicide. The standardised mortality ratio for cardiovascular death may be twice that of the general population but appears to be reduced if patients adhere to long-term medication.

## 3.7 The treatment and management of bipolar disorder in the NHS

### 3.7.1 History of service provision for adults

Bipolar disorder has struggled to establish itself as a separate diagnostic entity from both unipolar depressive disorder (Angst, 1966; Perris, 1966) and schizophrenia. Traditionally provision of services for people with bipolar disorder has been through general outpatient and inpatient services of secondary mental health services. The only special service provision for service users with bipolar disorder has been the lithium clinic (Fieve, 1975), typically run by a psychiatrist and a nurse in hospital outpatient departments. Although lithium can be effective, it can also be toxic (Cookson et al, 2002) so lithium clinics were seen as a way of ensuring safe regular monitoring and review of people with bipolar disorder who take lithium as a maintenance treatment. In the 1980s and 1990s lithium clinics were almost universal in British mental health services but they became less popular as mental health services developed a more community rather than hospital focus and alternatives to lithium became available.

By the late 1990s the care of people with bipolar disorder in contact with secondary care services was largely provided by psychiatry outpatient and inpatient services. Only 50 per cent of people with bipolar disorder who had an acute episode of mania or depression were in contact with a community mental health team (Perry et al, 1999). The dominant model of care in England was the Care Programme Approach (CPA) from mental health services or Care Management from social services, models

CONFIDENTIAL
AZSER12751088

DRAFT FOR SECOND CONSULTATION

1   that addressed the needs of service users with more severe mental illness who were
2   unable to address their own needs without help. Sometimes people with bipolar
3   disorder who had been admitted involuntarily under the 1983 Mental Health Act
4   were soon discharged from the caseloads of community mental health teams and the
5   CPA because they seem to be less needy of continuing support than other patients.
6   The high risk of recurrence of bipolar episodes within 12 months of a manic episode
7   (Tohen *et al*, 1990) was not recognised. Once discharged from the CPA, people with
8   bipolar disorder would receive only outpatient appointments with a psychiatrist no
9   longer working in a lithium clinic. Apart from via the psychiatrist, general
10  practitioner or emergency department, there was limited access to crisis support and,
11  once a patient was discharged from a community mental health team, arrangements
12  to be seen again by the community mental health team might take weeks to arrange.
13  Few patients with bipolar disorder were treated in day hospitals or lived in
14  supported accommodation. There was little provision of psychoeducation. As a
15  result of the paucity of care from secondary mental health services, service users
16  accessed self-help, support and education about bipolar disorder from service user
17  groups, particularly MDF The BiPolar Organisation(Shepherd & Hill, 1996). Since the
18  publication of the National Service Framework for Mental Health, a raft of new
19  service developments have been introduced to mental health services in England
20  (Department of Health, 1999). None of these are specifically targeted at bipolar
21  disorder but may have had an impact on provision of services to service users with
22  bipolar disorder in England. The same service changes have not been implemented
23  in Wales where services are only now implementing the Care Programme Approach.

24  **Service needs of adults with bipolar disorder**

25  Recent community surveys reveal that around 25 per cent of people with bipolar
26  disorder have never sought help from health services (ten Have *et al*, 2002). Those
27  that have sought help may not receive a correct diagnosis of bipolar disorder for at
28  least 6 years from the first appearance of symptoms (Morselli *et al*, 2003). Service
29  users with bipolar disorder have identified a range of difficulties in accessing
30  services that meet their needs (Highet *et al*, 2004):
31  • Lack of awareness and understanding about bipolar disorder in the
32     community leading to delays in seeking medical assessment
33  • The burden of illness is exacerbated by difficulties obtaining an accurate
34     diagnosis and optimal treatment
35  • Inappropriate crisis management
36  • Difficulties accessing hospital care
37  • Inappropriate exclusion of carers and families from management decisions
38  • Frequent discontinuities of medical and psychological care.
39
40  In Britain, the needs of people with bipolar disorder have largely been regarded as
41  similar to the needs of other service users with serious mental illness (Department of
42  Health, 1999). Four features of bipolar disorder have been identified that distinguish
43  the service needs of service users with bipolar disorder from other service users
44  (Morriss *et al*, 2002):
45  • Most service users with bipolar disorder have the potential with optimal
46     treatment to return to normal function but with sub-optimal treatment have a
47     poor long-term outcome and become a burden to families and society (Simon
48     & Unutzer, 1999; Ogilvie *et al*, 2005);

CONFIDENTIAL
AZSER12751089

DRAFT FOR SECOND CONSULTATION

1     •   Optimal treatment of bipolar disorder is challenging and requires long-term
2        commitment from health services;
3     •   Bipolar disorder is characterised by high rates of episodic recurrence
4        (typically after a manic episode, 50 per cent recurrence within 12 months,
5        Tohen *et al*, 1990) with high rates of disabling mood symptoms between
6        recurrences (Judd *et al*, 2002) and suicide attempts (Jamison, 2000);
7     •   Relatives of service users with bipolar disorder are not only subject to the
8        usual stresses of caring but are also at a particularly high risk of developing
9        bipolar disorder or unipolar depressive disorder themselves (McGuffin &
10        Katz, 1989).
11

12 There have been few models of distinct service provision for bipolar disorder in the
13 United Kingdom or anywhere else in the world.  If such service provision were to be
14 developed, then it should reinforce the strategies that service users with bipolar
15 disorder already adopt to stay well.   These include acceptance of the diagnosis or the
16 problems presented by the disorder (if the patient does not accept the diagnosis of
17 bipolar disorder), education about bipolar disorder, identifying both triggers and
18 early warning signs of mania and depression, adequate amounts of sleep, managing
19 stress, medication, support networks and crisis resolution (Russell & Browne, 2005).

20 ### 3.7.2         Service needs of children and adolescents

21 The process of care and provision of treatment for children and adolescents should
22 take account of the four-tier model of Child and Adolescent Mental Health Service
23 (CAMHS) organisation and delivery (NHS Health Advisory Service, 1995). This is
24 consistent both with the current organisation of CAMHS in England and Wales and
25 with the National Service Framework (NSF) for Children and adolescents across both
26 jurisdictions.
27

28 Interventions for children and adolescents with bipolar disorder will usually be
29 provided by specialist child and adolescent mental health services (CAMHS tiers 2/3
30 and 4). But children and adolescents also require help from non-specialist health,
31 social work and education services, referred to as tier 1. Services may have tiers that
32 are structural, functional or both, i.e. some specialist CAMHS have a combined tier 2
33 and 3 service with single referral point, others may provide tier 2 as a stand-alone
34 service.
35

36 Tier 1 services include those that have direct contact with children and adolescents
37 for primary reasons other than mental health. These include general practitioners,
38 health visitors, paediatricians, social workers, teachers, youth workers and juvenile
39 justice workers. They are the first point of contact with the child/adolescent
40 presenting with mental health problems. At this level, an important role is to detect
41 those at high risk for bipolar disorder and those who are presenting with depression
42 or mania.
43

44 Tier 2 CAMHS is provided by specialist trained mental health professionals, working
45 primarily in a community based setting alongside Tier 1 workers. This facilitates
46 consultation to tier 1 workers, prompt assessment of children within the tier 1 setting
47 and the identification of young people requiring referral to more specialist services.
48 Tier 2 professionals are usually closely linked or embedded in Tier 3 services,
49 thereby facilitating timely access to the specialist CAMHS.

CONFIDENTIAL
AZSER12751090

DRAFT FOR SECOND CONSULTATION

Tier 3 services comprise multidisciplinary teams of specialist CAMHS professionals working in (secondary care) specialist CAMHS facilities. They should provide specialist co-ordinated assessments and treatments including a full range of appropriate psychological and pharmacological interventions. Children and adolescents presenting with mania, mixed affective states or moderate to severe depression should be assessed by Tier 3 specialist CAMHS. Outreach services should be available to those young people who as result of their presentation are unable to access the clinic base of the Tier 3 service and to young people who require outreach work as part of an outpatient treatment plan.

Tier 4 services are highly specialised tertiary CAMHS in inpatient, day patient or outpatient settings for children and adolescents with severe and/or complex problems requiring a combination or intensity of interventions that cannot be provided by Tier 3 CAMHS. In general, referral to Tier 4 comes only from Tier 3 CAMHS professionals.

A child or adolescent presenting with possible bipolar disorder will usually require assessment and treatment by Tier 4 services. Following Tier 4 intervention, young people are discharged back to Tier 3 CAMHS or outreach services.

### 3.7.3    Issues of consent for children and adolescents

When admitting a child or adolescent to inpatient care, it is desirable to do so with the informed consent of both the patient and his or her parents, not least because the success of any treatment approach significantly depends on the development of a positive therapeutic alliance between the child or adolescent, the family and the inpatient team. However, there will be times when the professionals consider admission to be necessary, but either the child or adolescent, or the family do not consent.

If a person under 18 years of age refuses treatment, but the parent (or guardian), believes strongly that treatment is desirable, then the child or adolescent's wishes may be overruled. However, an adolescent has the right to consent to treatment without involving the consent of parents after his or her 16th birthday, or younger, if deemed 'Gillick competent'. Whilst the use of parental consent is legal, it is now considered good practice to only use parental consent for admission for up to 2 weeks. In other contexts, the use of the Mental Health Act 1983 should be considered as it includes safeguards such as involvement of other professionals, a time limit and a straightforward procedure for appeals and regular reviews.

Alternative legislation includes using a Care Order (Section 31) under the Children Act 1989 or a Specific Issue Order (Section 8). Both of these options normally involve Social Services and take time to organise. Another more rapid alternative to these is to apply for a Wardship Order, which in an emergency can be organised over the phone.

Those professionals (tier 4 CAMHS staff) involved in assessing children or young people for possible inpatient admission should be specifically trained in issues of consent and capacity, the use of current mental health legislation and the use of child care legislation as it applies to this group of patients.

CONFIDENTIAL
AZSER12751091

DRAFT FOR SECOND CONSULTATION

## 3.8    The economic cost of bipolar disorder

Bipolar disorder is a relatively rare affective disorder when compared with unipolar depression, with a lifetime prevalence estimated at 1% approximately. Despite of its low lifetime risk, bipolar disorder was ranked by the World Health Organisation (WHO) as the 22nd leading cause of worldwide burden among all diseases in 1990, expressed in Disability Adjusted Life Years (DALYs), and the 6th leading cause of DALYs at ages 15-44 years. When separate estimates were made for years of life lost and years lived with disability among all diseases, bipolar disorder was ranked as the 6th leading cause of disability worldwide (Murray & Lopez, 1996).

A recent study estimated the annual cost of bipolar disorder in the UK (Das Gupta & Guest, 2002). The study adopted a societal perspective and evaluated direct health service (NHS) costs of managing bipolar disorder, non-healthcare costs borne by other statutory agencies such as social care authorities and the criminal justice system, and indirect costs to society, related to productivity losses due to unemployment, absenteeism from work, and premature mortality resulting from suicide. Cost estimates were based on national statistics data published by the Department of Health and a 0.5% annual prevalence of bipolar disorder in the UK, translating into 297,000 people with the condition.

The total annual societal cost was estimated at £2.055 billion in 1999/2000 prices, consisting of £199 million (10% of total costs) incurred by NHS resource use, £86 million (4%) associated with non-healthcare resource use, and £1.77 billion (86%) related to productivity losses. Regarding costs borne by healthcare resource use, £14.9 million (7% of health service costs) were associated with management of bipolar disorder in primary care including drug prescriptions, £69.4 million (35% of health service costs) resulted from inpatient episodes, £57.9 million (29% of health service costs) were borne by day hospital, outpatient and ward attendances, £53.2 million (27% of health service costs) were attributed to community heath service resource use, and the rest £3.4 million (2% of health service costs) were related to other services, such as high-security hospital authorities and ambulance transport.

Indirect costs represented by far the most important driver of total costs associated with bipolar disorder. The largest amount of these was attributed to unemployment: an excess of 76,500 people annually were considered to be unemployed as a result of having bipolar disorder, bearing a financial burden of productivity losses equal to approximately £1.51 billion per year (i.e. 85.3% of total indirect costs). Other indirect costs due to absenteeism from work and suicide were estimated at £152 million and £109 million per year respectively.

Similar studies, estimating total costs attributable to bipolar disorder from a societal perspective, have also been conducted in Germany (Runge & Grunze, 2004), the Netherlands (Hakkaart-van Roijen et al, 2004), and the US (Begley et al, 2001; Wyatt & Henter, 1995). Runge & Grunze estimated the total annual cost of bipolar disorder in Germany at €5.8 billion in 2002 prices, of which 98% was associated with productivity losses. In the Netherlands, the respective total annual cost was reported to reach approximately US$ 1.8 billion also in 2002 prices, based on an estimated prevalence of bipolar disorder equal to 5.2%. Indirect costs were found to be high in this study, too, reaching 75% of total costs.

CONFIDENTIAL
AZSER12751092

DRAFT FOR SECOND CONSULTATION

1    In the US, Wyatt & Henter calculated the total annual cost of bipolar disorder in year
2    1991, using a lifetime prevalence of bipolar disorder equal to 1.3%, i.e. 2,500,000
3    people diagnosed with the disease at some point during their lives.  The total annual
4    cost reached US$45.2 billion, consisting of US$7.6 billion direct costs (mainly health
5    service costs but also costs related with the criminal system, research on bipolar
6    disorder etc), and US$37.6 billion indirect costs, which amounted for 83% of total
7    costs.
8
9    Begley et al (2001) adopted a different methodology in order to calculate costs
10   attributable to bipolar disorder: based on the incidence rate of the condition, they
11   estimated the lifetime cost of bipolar disorder for all new cases affected by the
12   disease in 1998. The study took into account the fact that only a small number of
13   cases (assumed at 20% per year) would be diagnosed and treated for the disease,
14   whereas the remaining undiagnosed cases would still incur health service costs, but
15   their treatment would not be specific to bipolar disorder. Besides the above costs,
16   estimates included comorbidity costs from alcohol and substance abuse, as well as
17   indirect costs associated with excess unemployment, reduced earnings due to
18   disability, and suicide. The lifetime cost of new cases affected by the disease in the
19   US in 1998 was as high as US$24 billion, of which US$13.3 billion (55%) referred to
20   medical costs; indirect costs reached US$10.7 billion, equalling 45% of total costs, a
21   proportion significantly lower than that reported in other studies, a difference being
22   attributed by the authors to differences in the methodologies used, and in categories
23   of indirect costs included.
24
25   In addition to studies adopting a societal perspective, other studies aimed at
26   estimating direct healthcare costs only. An Australian study (Sanderson et al, 2003)
27   estimated the total annual cost of routine treatment for bipolar disorder in Australia
28   at AUS$60.9 million, in 1997/98 prices, based on the results of a national mental
29   health survey. By applying optimal treatment (as achieved by operationalising
30   detailed clinical practice guidelines and expert reviews), the total annual direct
31   medical cost was expected to rise up to AUS$108.4 million.
32
33   In France, de Zelicourt et al (2003) estimated the total annual inpatient cost of treating
34   manic episodes at 8.8 billion French francs converted to € 1.3 billion (1999 values),
35   reflecting an annual number of 265,000 manic episodes, 63% of which led to
36   hospitalisation. Estimation of cost was based on a prevalence-based top-down
37   approach, using a number of assumptions combined with data from various sources.
38   Using a different methodology, Olié & Lévy (2002) reported a three-month cost
39   following hospitalization for a manic episode at €22,297 per case admitted (1999
40   prices), of which 98.6% accounted for inpatient care. In this case, the analysis was
41   based on case record data derived from 137 patient files.
42
43   A significant number of studies undertaken in the US analysed the financial burden
44   of bipolar disorder from the perspective of a third-party payer, such as Medicaid (a
45   public insurance plan for the poor and disabled), or a private insurer, practically paid
46   by the employer. Bipolar disorder was found to be among the most costly mental
47   diseases from an employer's point of view (Goetzel et al, 2000 & 2003; Peele et al, 1998
48   & 2003). Employees with bipolar disorder were found to incur significantly higher
49   absence costs (related to sick leave, short- and long-term disabilities as well as
50   workers' compensation) compared to employees with other mental disorders, and
51   demonstrated an annual productivity level approximately 20% lower than that of the

252

CONFIDENTIAL
AZSER12751093

DRAFT FOR SECOND CONSULTATION

1    latter (Kleinman *et al*, 2005). Regarding direct treatment costs, these were mainly
2    driven by high hospitalisation rates, resulting in substantial inpatient resource use
3    (Bryant-Comstock *et al*, 2002; Hu & Rush, 1995; Peele *et al*, 2003; Simon & Unützer,
4    1999; Stender *et al*, 2002). Comorbidity of bipolar disorder with other mental
5    disorders and medical conditions was an additional factor contributing to high
6    treatment costs associated with the disease (Peele *et al*, 2003). Moreover, treating
7    unrecognised cases of bipolar disorder (treatment without use of prophylactic
8    medication), together with applying suboptimal use patterns for prophylactic
9    medication, were situations frequently observed in the US, which added to the total
10   cost of treatment (Birnbaum *et al*, 2003; Li *et al*, 2002; Shi *et al*, 2004).
11
12   Goetzel *et al* (2000 & 2003) found that bipolar disorder was associated with a lower
13   cost per case compared to schizophrenia; however, because a significantly higher
14   number of employees (dependents also included) were affected by bipolar disorder
15   rather than schizophrenia, the total costs to the insurance plans associated with
16   bipolar disorder were approximately 25 times higher compared to costs incurred by
17   employees with schizophrenia. In addition, the total cost to the employers associated
18   with management of patients with bipolar disorder was almost 4 times higher than
19   the total cost incurred by patients with unipolar depression, despite of the similar
20   numbers of employees affected by the two disorders, as the cost of a case with
21   bipolar disorder was higher than that of a case with depression. Conclusively, it can
22   be inferred that bipolar disorder, despite its rather low lifetime prevalence, can be a
23   relatively common condition within the population under employment, and a
24   significant financial burden to the payers of health services and
25   absenteeism/disability compensations (such as private insurance plans in the US and
26   the public sector in the UK).
27
28   The above review demonstrates the major economic burden that bipolar disorder
29   places to the healthcare system, and, more substantially, due to productivity losses,
30   to society as a whole. Apart from financial implications, bipolar disorder is
31   associated with a significant psychological burden not only to patients themselves,
32   but also to family and carers (Dore & Romans, 2001; Perlick *et al*, 1999). Efficient use
33   of available healthcare resources is required, so as to maximise the health benefit for
34   patients suffering from bipolar disorder, and, at the same time, reduce the financial
35   and psychological burden to society.
36

CONFIDENTIAL
AZSER12751094

DRAFT FOR SECOND CONSULTATION

# 4 Service user and carer experience of bipolar disorder

## 4.1   Introduction

This chapter is based around the first-hand experience of people with bipolar disorder, family members and carers. It aims to relate Chapter 3 and the chapters on treatment and process and provision of care to a service user and carer context. The experiences are presented in three ways: by testimonies (both full and excerpted), excerpts from interviews and from a survey conducted by the MDF The BiPolar Organisation, formerly the Manic Depression Fellowship (MDF) (2004). The views represented here are illustrative only and are not intended to be representative of the experience of all people with bipolar disorder and their carers.

The writers of the testimonies were contacted primarily through MDF The BiPolar Organisation and through other service user and carer organisations and asked to write about their experiences of diagnosis, experience of treatment, relationship with psychiatrists or other healthcare professionals, continuity of care, experience of crisis, and self-help and support groups. Some of the questions they were asked to consider within these categories emanate from themes outlined in the qualitative study of 49 people with bipolar disorder by Highet and colleagues (2004).

The service user representative on the GDG also conducted short interviews with people with bipolar disorder on the specific themes above. Short extracts from MDF The BiPolar Organisation survey (2004) have also been used with permission.

## 4.2   Testimonies from services users

### 4.2.1   Testimony 1: REDAC

As a schoolboy (I am now 32), I was very academically successful, popular and sporty, but I'd always been a bit of a worrier. Looking back I think I first experienced symptoms of bipolar disorder in the sixth-form at my grammar school, withdrawing socially and experiencing bouts of feeling low, sometimes bursting into tears for no apparent reason.

I first fell seriously ill while travelling in south-east Asia on a year off between school and university, aged 19. I'd been feeling lonely and low for some time. Although I feel sure I would have fallen ill sooner or later anyway, my first high appeared to have been triggered by me rather stupidly swallowing a lump of cannabis before boarding a flight from Goa to Delhi in India. I arrived a paranoid wreck. Over the next few days my mood improved. All of a sudden I was the life and soul of the party and was having a great time with the friends I was travelling with.

A pattern quickly established itself. I'd be up for 8 to 10 days and then down for 8 to 10 days, as regular as clockwork. With each cycle my mood swings became more and more extreme. When down, I was catatonic and barely able to string two words

CONFIDENTIAL
AZSER12751095

DRAFT FOR SECOND CONSULTATION

1  together; speaking to my travelling companions became an ordeal. When high I
2  would be charming, full of energy and enthusiasm, touring India in high spirits.
3
4  While in a depressed phase, miserable and bewildered as to what was happening, I
5  managed to gather the wherewithal to book a flight home after 6 months abroad. By
6  the time I arrived back at Heathrow to be met by my parents, I was as high as a kite.
7  My parents were dumbstruck. I was talking ten to the dozen and told them I only
8  needed two hours sleep a night.
9
10  As weeks went by without treatment, my mood swings became even more extreme.
11  When manic, I started spouting poetry spontaneously, talking gibberish, sleeping
12  around and charging about the country in a state of euphoria.
13
14  The thing about mania which I've always found hardest to deal with afterwards,
15  notwithstanding the shame and embarrassment, was the religious delusions. Despite
16  not having had a Christian upbringing, when seriously manic I read religious
17  significance into anything and everything. Where other people with mania might
18  think they're Tony Blair or a multi-millionaire, I was on a divine mission, seeing God
19  personified in a black dog and the eyes of a cat. At one point even just glancing at the
20  pavement God seemed to 'stare' back at me.
21
22  Eventually I was sectioned and forcibly sedated – the week I was due to start at
23  university. It was a very damaging experience. I felt betrayed by my family, who
24  were at their wits end and wanted me to have hospital treatment. As I saw it the only
25  advantage of being in hospital was that I was prescribed a mood stabilizer, Lithium. I
26  don't think I would have hurt myself or anyone else. I spent my time on the ward
27  dancing around thinking I was the Dalai Lama and painting wildly. I felt very angry
28  about detention. I think it really should be a course of last resort when all else has
29  failed.
30
31  After a week or so my mood had flattened out and I was released as if I'd make a full
32  recovery. Of course, I went straight into a severe depression and the cycling
33  continued for some months.
34
35  My start at university was deferred by a year. It wasn't until the end of my second
36  year that my mix of medication was eventually got right. The lithium and
37  carbamazepine stopped the cycling fairly early on. But it took my psychiatrist two
38  years to raise the dosage of the lithium to 800mg which alleviated my persistently
39  low mood. In retrospect that was 2 years too long.
40
41  I graduated from university and then trained and qualified as a journalist a year
42  later. At some point, in agreement with my psychiatrist, I cut back on my medication.
43  I now know that this resulted in a slow and imperceptible slide into depression. At
44  the time I just thought I was going through a difficult patch because I was stuck at
45  home convalescing with severe back pain.
46
47  It seems unbelievable now, but looking back it appears I remained in this mild to
48  moderate depressed state for about six years. My mood was stable. I wasn't cycling
49  because of the lithium and carbamazepine, so I didn't realise I was ill. I assumed I
50  was well because I was on what I thought was the optimum combination of
51  medication for me. I just came to think I was miserable by nature.

CONFIDENTIAL
AZSER12751096

DRAFT FOR SECOND CONSULTATION

Over this time, I developed lots of physical problems. My back pain got worse and I developed neck pain and mysterious tingles in the arms and legs. It later became apparent that these physical problems were cause by muscular trigger points all over my body caused by the depression. Somehow I managed to hold down two jobs working in journalism for five years despite being desperately unhappy. But then I took a pressured job as a Government press officer in London. I hated it and my mood worsened. I felt hopeless about the future. I decided that life was not worth living – a reasonable conclusion to draw after feeling so awful for years. After a year in the job I resolved to end my life before making the commitment of marrying my partner and having children.

I survived a massive lithium overdose. My suicide attempt finally prompted my psychiatrist into taking some action, and he prescribed mirtazapine. This was a revelation. It immediately sent me into psychotic rapid cycling again, but at the same time it dawned on me that I had in fact been unknowingly depressed for ages. I now could tell that my mood, even though it was still up and down like a yo-yo, was 'on average' much better than what it had been. As my mood improved, my physical symptoms of depression – the aches and pains – began to drop away as if by miracle.

Again it took more than a year to stabilize my mood at a 'normal' level for me. I first tried lamotrigine with lithium and then quetiapine with lithium instead. The quetiapine was very effective.

I was very angry with my psychiatrist who had failed to recognise that I was suffering from depressive symptoms over such a long period of time. He just told me, rather unhelpfully, that I needed to 'love myself more'. To be fair several previous psychiatrists I'd seen over the years had also missed the signs of depression – perhaps because I was coping, holding down a job and in a relationship. I hadn't even recognised I was depressed myself. But I do wish my psychiatrists had been more aggressive and pro-active in my treatment. It might have saved me from wasting six years of my life.

I am now married, with a 10-month-old baby boy and starting a new job, I feel a lot better. I'm still prone to the occasional drop in mood and I still get anxious easily. Another characteristic I attribute to the illness is my appalling memory. Lots of people complain of a bad memory, but mine is significantly worse than anyone else I know. It limits my ability to do my job properly. Much of what I read or hear is pretty much in one ear and out the other. I suspect this is part of illness for me, but I'm considering coming off lithium to see if that helps.

For me, the most important thing about my treatment is having a good relationship with a psychiatrist whom you have confidence in. Someone who will take a full history, listen to what you have to say, and then lay out all the options with all the pros and cons. Being available on the phone in a crisis is also much appreciated.

**4.2.2        Testimony 2:** RE

I first became depressed and suicidal in 1980, at the age of 17 (I am now 42). I had a bout of glandular fever and just done my A levels. I didn't feel that I could talk to my parents because my grandmother had a long-term mental illness. I had heard how

CONFIDENTIAL
AZSER12751097

DRAFT FOR SECOND CONSULTATION

1   miserable all this was and I very much felt that I was letting the side down by getting
2   ill too. However, my parents persuaded me to go to my GP who called my parents
3   anyway and suggested that I might have bipolar disorder (this idea fell by the
4   wayside). I was referred to a psychiatrist at the hospital who diagnosed depression.
5   He wanted to admit me but I refused, so I ended up in a day hospital that consisted
6   almost entirely of confused older patients.
7
8   Against everyone's advice I went to university that autumn. I was taking a tricyclic
9   antidepressant, lorazepam and some kind of sleeping pill and spent most of my first
10  year getting almost no sleep, drinking heavily, partying wildly, sleeping around and
11  for several weeks not eating because I'd convince myself that I didn't need any food.
12  I was seeing a consultant psychiatrist and a GP but just told them I was fine. At some
13  point I stopped taking the pills. As the year went on I became depressed again,
14  which as before I tried to conceal. I painted my face with green eye shadow and was
15  convinced I was invisible. I couldn't study anymore because the words swam around
16  on the page.  Finally, I took a handful of sleeping pills mixed with alcohol, and then
17  screamed because I'd forgotten to write a note. Then I threw up. The next time I saw
18  the psychiatrist I told him that I was depressed and he admitted me to hospital for
19  about a month and put me back on the medication. Conditions on the psychiatric
20  ward were terrible, but I was allowed to go to the university to take my exams.
21
22  Over the next 16 years I got depressed again a few times. On one occasion I went to a
23  place that offered free counselling for about 6 months, which I don't think helped me
24  get over the depression any quicker, but helped me survive it. On another occasion I
25  went to the doctor but she said that I wasn't depressed, just having a hard time
26  coping with two young children.
27
28  In the summer of 1997 I got depressed again quite quickly. One weekend after a row
29  with my husband I got really hyper in a very unpleasant sort of way, couldn't sit
30  still, was very angry, drove at 100mph, and was hallucinating. In October I was
31  suicidal to the point of making plans and went to see my GP. She was extremely
32  sympathetic and prescribed paroxetine, which made me feel a bit better, but things
33  never got back to normal. I did an online manic depression test, scored high, and
34  laughingly dismissed the result. In April 1998 things got steadily weirder. I couldn't
35  stop mentally singing songs, couldn't think straight, and was obsessively sending
36  emails. I read messages into everything: clouds, road signs and so on. At a social
37  event I was mesmerised by a flashing light, couldn't sit still, saw a mushroom cloud
38  which I thought foretold a death in the family, and thought the pavement was blue. I
39  didn't tell anyone. By now I was almost certain I had bipolar disorder, but I hoped it
40  would go away.
41
42  Things got scary. Crows were following me. There was a TV camera in my head.
43  Both of these were organised by a malevolent Celtic goddess who was trying to
44  compel me to kill myself. I couldn't think straight at all, couldn't concentrate. I was
45  turning into a bird, I was turning into the phoenix, the phoenix could save the world,
46  the phoenix could save the world by burning to death, the phoenix could save the
47  world through the internet, the phoenix was poisoning the world through the
48  internet and needed to cut her hands off so she couldn't type any more. At this point
49  I admitted that I really did have to seek help. The doctor I saw was very calm,
50  soothing, and practical, and told me I was hypomanic and should go to hospital. I
51  was told I would only be assessed, but I was admitted for a couple of weeks. I was

CONFIDENTIAL
AZSER12751098

DRAFT FOR SECOND CONSULTATION

1    given medication (without any discussion) and told that I had bipolar disorder. I was
2    confused a lot of the time, particularly about which doctor was in charge of me. They
3    put me on carbamazepine, haloperidol and for the first few days, zopiclone. I did lots
4    of painting, wrote pages of complete gobbledy-gook, and cooperated pretty well.
5
6    For the next couple of years I kept getting a few days of hypomania here or there,
7    and then bouts of sudden and severe depression for which I was hospitalised
8    (another six admissions varying from 2-6 weeks). I always resisted going into
9    hospital but never quite got sectioned. I didn't always get on well with the staff at the
10    hospital; some of them made me feel like a nuisance and some of them didn't do
11    their jobs properly (for example, nurses supposedly on observation asleep in front of
12    the TV at night). The student nurses were often the most helpful and sympathetic.
13    The ward was usually disorganised and I found it very stressful waiting for hours to
14    see a doctor, missing activities or even meals because I was worried I would miss
15    them. I was also angry that there were no occupational therapists on any of my
16    admissions from 1998 onwards.
17
18    By now I had a different psychiatrist, with whom I got on very well, and a CPN who
19    was fantastic and reliable. I stayed on the haloperidol, but after a while they tried
20    tapering off the carbamazepine and started me on several other drugs (lithium
21    andparoxetine) which made me worse. In the end I was given a high dose of
22    lamotrigine and since then I have been out of hospital for about 4 years. Eventually I
23    stopped taking the haloperidol because even at a very low dose it made me feel
24    dopey.
25
26    During this period I also attended a self-management course run by my GP, had CBT
27    for 6 months as part of a trial and, on the advice of my psychiatrist, started going to
28    the local self-help group (MDF The BiPolar Organisation). The course and CBT were
29    quite good at helping me to identify when I was getting ill, the CBT helped me
30    improve relationships with my family, and through MDF The BiPolar Organisation I
31    was able to meet other people who'd been through the same experience. Neither the
32    course nor the CBT helped me stay out of hospital at the time, but these days I am
33    much better at dealing with the odd up or down day, and I wonder if without them I
34    would still be spiralling out of control.
35
36    At the present time I am not seeing a psychiatrist or a CPN, which I am not very
37    happy about. They didn't even tell my GP they were discharging me. I feel that no
38    one is keeping an eye on me except for the physical check from the practise nurse
39    once a year. I was discharged on 1000mg carbamazepine and 500mg lamotrigine per
40    day, but I've had a lot of trouble with side effects, particularly double vision and
41    dizziness. My GP recently tried slow release carbamazepine which also helped and
42    I've cut down the dose by 200mg per day. Very occasionally if I get very anxious or
43    panicky I take a clonazepam or haloperidol tablet.
44
45    I had to give up work during the period of repeated admissions, partly because my
46    concentration was affected and partly because the pressure of having to be well
47    enough for work and not coping made me stressed and depressed. I think giving up
48    work and taking on an allotment with the exercise and fresh air has helped me a
49    great deal (although I still have real problems with concentration and memory that
50    considerably impair my daily life). I am also involved with MDF The BiPolar
51    Organisation as a treasurer and feel that that is a good safety net.

CONFIDENTIAL
AZSER12751099

DRAFT FOR SECOND CONSULTATION

1
2   Over the years, with so many admissions and illnesses, it has been a huge strain on
3   my husband who would become very anxious, but he no longer panics if I seem a bit
4   low. I have been quite open about my illness in recent years with my children and it
5   doesn't seem to worry them. These days I am mostly stable and free from physical
6   side effects.
7

8   **4.2.3          Testimony 3:** REDACTED

9   I first became aware that I possibly had a mental disorder in my last year at
10  university, aged 20/21 (I am now 32), when I had serious problems sleeping which
11  was the start of some strange behaviour, such as thinking that I could talk with birds
12  and that I was infested with fleas. I would have times of great enthusiasm, but would
13  also have awful times when I wouldn't know what to do with myself. After a few
14  nights of not sleeping at all, I saw a doctor and was given temazepam.
15

16  At university I visited a different doctor and was given another sleeping tablet and
17  encouraged to see a counsellor, which I did on one occasion. I felt quite embarrassed
18  to be going but it was good to talk. Coming to the end of university was a difficult
19  time. I was in a state of indecision about my future and my parents were moving
20  away. I felt rudderless and depressed, and was punching walls. Over the next few
21  years a stable, but rather boring, job got me back on a more regular path but my
22  depression and intermittent insomnia continued. When I was aged about 26/27, I
23  was sent to see a consultant psychiatrist, but she concluded that the depression was
24  not severe enough to need treatment. I wasn't receiving any treatment for my
25  insomnia at this time either. I have generally been able to present myself well to
26  doctors and put a brave face on my problems.
27

28  I got married and trained to become a teacher when I was aged 27, but I still coped
29  with regular insomnia and depression for another 3 years. My week would have a
30  regular pattern: on Monday I would have to leave work as soon as the school day
31  ended as I was tired and depressed. On Tuesday I would really get into things, work
32  late, and then not be able to sleep till about 3 or 4 in the morning sometimes. During
33  the rest of the week I was in a bit of a fog of tiredness, but I would generally leave on
34  Friday enthused by things. Saturday afternoon was the lowest point of the week.
35

36  After seeing a poster at the doctor's describing the signs of depression, and feeling
37  that I experienced nearly all of the signs.  I mentioned this to the doctor and he
38  prescribed an antidepressant ( escitalopram). Apart from completely losing my sex
39  drive, I was able to function well on this medication, and was successful at work. It
40  helped me sleep, and I felt that I was on a more even keel. I stayed on Cipralex for 3
41  to 4 months.
42

43  While going through a difficult period in my marriage I began to have mood swings.
44  It was at this time that I read a book about bipolar disorder and thought that
45  sounded like what I was experiencing, although I seemed to be rapid cycling. I saw a
46  locum who put me back on escitalopram. I asked for an appointment with a
47  psychiatrist, and had to wait 4 or 5 weeks for this. The appointment with the
48  psychiatrist was very thorough and we discussed the possibility of bipolar disorder;

CONFIDENTIAL
AZSER12751100

DRAFT FOR SECOND CONSULTATION

1    the consultant said that I possibly had bipolar 3 [understood to refer to
2    antidepressant-induced hypomania].
3
4    After this my sleep became a problem again so the doctor stopped the escitalopram
5    and put me on Lamotrigine and Zopiclone. (I stated my concern at stopping the
6    escitalopram suddenly as I had had to do it gradually last time, and it was only after
7    he had received a letter from the psychiatrist that I was advised to stop the
8    escitalopram gradually.) The first night on the change of medication was rather
9    disconcerting. After taking the Zopiclone I got ataxia and my wife had to help me
10   upstairs. I also thought that I was getting visual disturbances. I was told that I could
11   take Zopiclone every other night, but on the night that I didn't take it, I couldn't
12   sleep. I was concerned that I was getting a rash, and also I was having spotting on
13   my eyes. I called NHS Direct, who in the end suggested that I go into hospital. The
14   doctor checked my eyes, and couldn't see anything wrong so I went to see my GP the
15   next day. I was feeling in a bit of a state, exhausted from the night before and a bit at
16   sea with the drugs that I was taking. My GP suggested that I go back to the hospital.
17
18   At the hospital I was interviewed by the charge nurse but no discussion was had
19   with me about the effects of the medication I had taken. I was feeling very anxious
20   and angry with the GP who I felt had started all these problems off earlier in the
21   week with the bad advice about stopping the escitalopram. I was then given a
22   medical by a senior house officer, who asked me if I thought that I had any special
23   powers. I replied that I was a Christian, which seemed to be significant to the SHO. (I
24   feel much closer to God when I am feeling a bit elated.) I also told the SHO that the
25   previous night I had felt a conviction that this day might be my last. This was tied up
26   with my religious feelings.
27
28   In the end I was put on a section 5.4 under the mental health act because I had tried
29   to leave the hospital to stop my wife driving home. (I was worried that she might
30   have an accident.)I then had an interview with the nurse and another doctor, but I
31   was concerned because my rights were not discussed with me and I was not
32   informed what being under section meant until the next morning. I was trying to
33   write things down so that I had a record of the meetings, and of what was being said.
34   I asked to see my uncle, who is a doctor, but this was refused. At one point I said to
35   the charge nurse that I felt that he was trying to wind me up, and he said that he was.
36
37   I was eventually given 1 mg of Lorazepam which made me feel much calmer. I was
38   held over the weekend and met the consultant on the Monday. There was a large
39   group of people who I hadn't met before, consisting of at least one nurse, a student,
40   two consultants and a phlebotomist. The consultant told me about the various
41   possible treatments with medication, and I read about them. She was keen to get me
42   on an antipsychotic, which was hard for me to accept. I was feeling defensive and
43   hard done by, and was not convinced at the time that I was psychotic. She felt that I
44   was not cooperating with my medication so put me on a section 2 under the mental
45   health act. This was very distressing, so I contacted a mental health solicitor. At this
46   point I had my first panic attack. (I had several more of these over the next few
47   months.) The solicitor began to arrange for a mental health tribunal, but after a few
48   days I was taken off the section. I stayed in hospital for 2 weeks in all. The consultant
49   said that I was possibly suffering from bipolar II and I was put on lamotrigine for
50   several months and olanzapine. Looking back I realise that I was a bit psychotic, and

CONFIDENTIAL
AZSER12751101

DRAFT FOR SECOND CONSULTATION

1  that this was my second psychotic experience, with my first occurring at the end of
2  university.
3
4  After 3 weeks at home, I went back to work but was concerned about losing my job. I
5  stopped the mood stabiliser, which made me feel I was in a permanent fug, and
6  startedescitalopram again, which allowed me to perform a lot better. I also have
7  olanzapine when I am feeling high and Zoplicone. I still have bad days, but on the
8  whole I am functioning well, and feeling happy for the majority of the time. My
9  relationship with my consultant was not good to start with but is better now. I seem
10 to be able to influence decisions about my medication, but I would have more
11 confidence in her if she was more confident with her treatment. I get on very well
12 with the nurse that comes and visits me every few weeks. She has given me some
13 good advice, and has helped me have more confidence in myself. But while it is
14 helpful to have regular contact with someone, it is not a talking therapy, which I
15 think would have been beneficial. (I am on a waiting list to see a psychologist.)

16 **4.2.4        Testimony 4: REDA**

17 While living in France I had two 'breakdowns' while in my early thirties (I am now
18 43). I was told by a French psychiatrist that 'I would always be vulnerable, like a vase
19 which had cracked' but was offered no diagnosis or explanation of how this might
20 have happened or how I might try to make some sense of this experience, and
21 offered no hope outside medication. I was sectioned on three occasions and after an
22 unnecessarily protracted period in a French asylum, my father had to come to get me
23 out.
24
25 I returned to England and was diagnosed with bipolar disorder. With help from the
26 plain commonsense approach of a locum psychiatrist I felt that my hope of recovery
27 could begin and I attempted to come to terms with what I now understood to be two
28 manic episodes with psychotic features.  I was enabled in this by England's more
29 forward-looking, supportive, client-centred, recovery-based approach in the
30 community that offered hope, empowerment and support.
31
32 I would describe psychosis as like a waking dream and reality that merge, slowing
33 leaving reality behind as you enter an increasingly frightening new 'reality' of seeing
34 things and people that aren't there, hearing voices which don't exist telling you to do
35 increasingly irrational, dangerous and injurious things. All this is tinged with ever-
36 growing paranoia. As the psychosis takes hold, combined with a manic mood swing,
37 it is possible not to feel hunger, not to need sleep, not even to feel pain, as the body is
38 whipped up to maximum motor output. The mind is racing at top speed making
39 impossible connections between events and the heightened euphoric emotions all
40 combine together to direct some deluded 'mission' that you are convinced that you
41 are on. The ultimate height of mania is the adoption of a personae; mine tended
42 towards the good ones: Mother Earth and God's Daughter as the second coming of
43 Christ.
44
45 Having a diagnosis was supremely important. Despite the horrors of psychosis, it is
46 more frightening not being told what the illness was and to live with the fear of
47 something you know nothing about happening again, and for it to actually happen
48 again. My psychiatrist could offer little practical help other than to mention MDF The
49 BiPolar Organisation. I joined one of their local self-help groups and followed their

CONFIDENTIAL
AZSER12751102

DRAFT FOR SECOND CONSULTATION

1   self-management training course some years later. During this 6 week course, I
2   learned how to recognise and cope with 'episodes'. I learned there were others like
3   me with the same illness. I learned that people with bipolar disorder were actually
4   quite talented, intelligent, empathic individuals who had much to offer society.
5
6   My psychiatrist discussed drug maintenance with mood stabilisers with me at
7   length, although it was not until some 3 years after my second episode that I was
8   given a 6 week psychological therapy which helped me to become more assertive in
9   relationships.
10
11  I am sorry to say that the treatment I needed was not on offer. I felt that I needed a
12  therapy that would teach me the skills and encourage me to rebuild my life, my 'self'
13  which had been shattered by my experiences. Rather than go through years of
14  expensive private counselling, I took a degree in psychology, determined to improve
15  my understanding and I worked for MDF The BiPolar Organisation coordinating
16  their research into their self-management training programme. I realised that, like
17  me, people with bipolar disorder were much more than their illness and hence
18  needed a more holistic, comprehensive approach to training than simple mood
19  recognition and management. I started to develop my own lifestyle development
20  training programme for people with bipolar disorder based on my research. The
21  training offers insight into the condition and a hopeful recovery approach that is
22  attainable. But sadly such holistic therapies are still not available.
23
24  However, my relationship with my psychiatrist has been excellent. I could not have
25  wished for a more supportive, person-centred, empathic individual who has
26  encouraged me in my understanding and later research of this disorder. He did not
27  specify the exact type of bipolar disorder that I had but was happy to discuss it with
28  me when I asked if it was bipolar I (he confirmed that it was).
29
30  I did not, though, find the initial rare visits from the community psychiatric nurse
31  and social worker supportive; I thought that they limited me to more cautious
32  objectives which they were able to monitor. After a few visits of this nature, I told
33  them I would telephone them if they were ever needed. Now discharged from
34  secondary services, I am reluctant to rely on primary care which is not I feel
35  equipped to deal with mental health issues. My relationship with my GP is limited to
36  e-mailing requests for repeat prescriptions for carbamazepine (200mg/day).
37
38  Since being diagnosed, I consider I have come a long way. I believe that although
39  mood swings will come and go – I have experienced only minor short-lasting bouts
40  which have been successfully self-managed since my last episode over 8 years ago -
41  there is the real possibility of growth.  My recent work as chair of a charity enabling
42  mental health service users to put forward their views in order to shape services has
43  allowed me to encourage others to hope for a greater recovery and to take a greater
44  part in how they would wish to be treated.

45  **4.2.5      Testimony 5: REDA**
46  I was told that that I had bipolar disorder about 6 weeks after my life had fallen
47  apart. My marriage had ended abruptly and I believed that I had lost my wife, my
48  two sons and my home for good. My confidence and self-esteem had collapsed, I
49  couldn't stop crying and I could scarcely perform at work.

CONFIDENTIAL
AZSER12751103

DRAFT FOR SECOND CONSULTATION

1
2  Yet the diagnosis was in part a relief. It confirmed the conclusion I had myself
3  reached about 3 months earlier after looking at a Mind leaflet and thinking that the
4  symptoms of bipolar disorder matched my experience exactly. I was 43 years old and
5  realised that I had suffered what I came to recognise as recurrent, severe depression
6  from the age of 7. There was a social and family history to all this: my mother
7  suffered from recurrent depression all her life; my father was discharged from the
8  army having suffered battle shock (from which it took him years to partially get
9  over) and my brother has also been diagnosed with bipolar disorder. My early life
10 was an emotional cauldron, involving several hospital admissions (including a
11 period in isolation) before I was 5 years old.
12
13 I was compulsorily admitted to hospital with mania on two occasions during my late
14 twenties. Those were the peaks of episodes that occurred over 4 years, with
15 depression following each winter/early spring. Those great fluctuations of mood
16 started whilst I was still in the army. I was doing very well in my chosen career, but
17 the sudden onset of mood swings (which I could not have named then) left me
18 bewildered. I would feel alternately omnipotent or worthless, focused and achieving
19 or directionless and riddled with self-doubt. I bought myself out of the army when I
20 felt everyone had given up on me (which I know was not the case). No one
21 suggested I should consult a doctor and it never occurred to me—I had no idea that
22 what I was experiencing was an illness or had a name.
23
24 I joined the ambulance service and feel sure that the experiences I had in this
25 emotionally challenging field of work, coupled with the disturbed sleep pattern of
26 the shift worker and the other frustrations of my life (Including difficulty forming
27 relationships with women) ate away at my stability. I first saw a psychiatrist during
28 this time. He did not put a name to my condition, though he did prescribe
29 chlorpromazine hydrochloride and offered me inpatient treatment to examine me
30 more closely. Working for the ambulance service, I did not feel I could 'come out' in
31 this way and declined the offer. Nor did I connect myself with the occasional manic
32 patient on a section that I helped to transport to one of the psychiatric hospitals
33 around the capital.
34
35 I experienced full mania for the first time during my first summer as a student after
36 recovery from a deep depression, a lack of sleep and a real sense of social dislocation
37 and lack of direction. I came to believe I was at one with the universe, colours took
38 on a new vividness, I could see the meaning of life in a pond and I argued fiercely
39 and incoherently with anyone who contradicted me. Again no one suggested I
40 should see a doctor and I sought no help. Gradually the condition eased.
41
42 At the end of my student days, I was taken to a psychiatric hospital by police. I had
43 taken refuge in a police station because I was convinced the IRA wanted to kill me.
44 Once in a cell I stripped naked and dissolved into incoherence. This was the
45 culmination of several weeks of self-neglect, little sleep, hunger, and over-use of
46 alcohol following final exams. On the night I was taken into hospital I was terrified,
47 making connections between everything I saw (in particular wires which I found
48 everywhere), completely disinhibited and exhausted. Looking back I am grateful that
49 I was admitted as it put a stop to a steep decline in my life that could have ended in a
50 far worse place.
51

CONFIDENTIAL
AZSER12751104

DRAFT FOR SECOND CONSULTATION

1  Although my enforced hospitalisation served its purpose, providing safety and
2  stabilising my mood, it was an awful experience. I was completely disoriented at
3  first, received some physical and verbal abuse from one nurse, and had no sense of
4  having a defined problem to be treated nor of there being an end in sight. I was just
5  required to fit into an institutionalised regime and submit to someone else's idea of
6  what was good for me. I was discharged after a month suffering from the side effects
7  of haloperidol without any idea that the shuffling and drooling *were* side effects. The
8  delusions had gone; the psychiatrist told me that I was not mentally ill, but I was left
9  with physical symptoms that were embarrassing, frightening and incomprehensible.
10 Fortunately my brother was able to intervene on my behalf and the problems eased.
11
12 A year later I was back in hospital briefly. This time I thought I was in the 19th
13 century (I was studying history by then at another university). Medication-induced
14 sleep rapidly reoriented me and I was able to continue my studies. No one, least of
15 all me, connected the episodes. I was moving around from place to place and each
16 occurrence seemed to me to be because of 'stress' or self-neglect.
17 At the end of my studies I started a job as a social worker. At my medical I avoided
18 the truth about my condition because no one had given it a name; even after I had
19 the diagnosis I still did not disclose it. But I lived with the fear that , that people
20 could 'tell'.
21
22 Marrying and having children brought some stability to my life, although I
23 continued to experience periodic lows and quite often pressure of speech and flight
24 of ideas. I frequently flew into rages and resorted to alcohol to dampen down the
25 feeling of going high. However, I am sure regular sleep and hours after years of
26 chaotic student life, shift work and deprivation of sleep in the army, made a
27 difference in keeping mania at bay. But after a period of intense effort and
28 responsibility at work, I was overwhelmed with pressures and life at home was
29 unbearable for everybody. My marriage ended and I consulted my doctor, as I was
30 no longer able to cope at work.
31
32 My GP was excellent. She listened, amidst my tears, to my whole story. I
33 immediately felt the sense of someone professionally standing with me and she
34 arranged for an emergency psychiatric consultation. I was given the diagnosis but
35 only after directly asking the registrar who had just told me, without explaining
36 why, that I might have to take lithium for the rest of my life. Within weeks I started
37 the lithium treatment and began to learn about bipolar disorder.  MDF The BiPolar
38 Organisation has been for me the most important source of learning about the
39 condition and its management, helping me to develop a sense of control over my
40 symptoms. At local meetings I have met people with similar experiences who have
41 become real friends. We benefit from mutual support and contact. Sometimes when
42 people feel ashamed after a manic episode the group provides a non-judgemental
43 place to begin to pick up the pieces. I have benefited personally from a self-
44 management programme run by MDF The BiPolar Organisation, which teaches a
45 variety of proven self-help methods for coping with the condition.
46
47 Initially after diagnosis I was discharged from hospital care and felt that I had been
48 cast off with no NHS support. (Without MDF The BiPolar Organisation I would have
49 felt alone, as I had no one else to talk to about living with a major mental health
50 problem.) My GP, however, was very good in getting me re-connected with hospital
51 services. At first, I saw a different doctor every time I went, all of whom saw

CONFIDENTIAL
AZSER12751105

DRAFT FOR SECOND CONSULTATION

1  medication as the only treatment option (one of the drugs reduced me to a zombie-
2  like state), but my psychiatrists have been excellent in recent years.
3
4  My GP also helped by obscuring the real reasons for occasional absences from work
5  on certificates, whilst encouraging me to think about ill health retirement.
6  Eventually, I came under the care of a consultant. I was usually angry when I saw
7  him but gradually I came to appreciate him and to see retirement as a way of
8  escaping an intolerable work situation. My doctors proved to be right and life has
9  improved considerably since leaving full-time work. My consultant continues to be
10  the anchor in the management of my condition and being on my GP's practice
11  register also gives me a feeling of security.
12
13  During a particularly low time I was helped by a CPN using cognitive-behavioural
14  techniques. This helped at the time and also during other periods when I had
15  negative thoughts or setbacks. It is now a very long time since I have suffered from
16  full-blown mania. Occasionally, when facing severe stress I have 'heard' the odd
17  voice, noticed how certain lights appear unusually bright, or thought that a crow
18  landing near me has significance. So far I have been able to catch myself and dismiss
19  such thoughts.
20
21  It is my experience that services have changed for the better over the years and I feel
22  well supported by the NHS and MDF The BiPolar Organisation. I know this is not
23  always the case for others, particularly the undiagnosed sufferers of bipolar disorder
24  who are in the majority. I am concerned that my sons may inherit the disorder, but I
25  hope they will not have to wait 22 years for a diagnosis.

26  **4.2.6        Summary of themes and concerns**

27  **Diagnosis**
28  People with bipolar disorder have reported that it has taken them years, sometimes
29  decades to get a formal diagnosis of bipolar disorder and consequently to receive
30  appropriate care (Highet *et al*, 2004). This problem is one that occurs in both primary
31  care and specialist mental health services (Highet *et al*, 2004). For some people
32  getting a diagnosis and treatment can be made more difficult by the stigma
33  associated with mental illness. It took ██RED██ now aged 50 more than 20 years to get
34  a diagnosis of bipolar disorder:

36  *'I was 42 before I was diagnosed. I first became aware I was suffering severe mood swings as a*
37  *young child. I can only ever remember being either very happy or very sad. When low I*
38  *wished I'd never been born. My dad had also always suffered severe mood swings throughout*
39  *my childhood and spent long spells in hospital, but I was told it was for treatment for "heart*
40  *attack". My parents felt such shame about his mental illness they never told me about it, and*
41  *they never told me their suspicions about my illness. It was only when I broke the news about*
42  *my diagnosis more than 20 years later that they said they "had always known". I felt quite*
43  *angry really that they'd never said something earlier. If I had been diagnosed earlier I would*
44  *have got the right treatment earlier.'* (Interview)
45
46  Without an accurate diagnosis, people may receive treatment that can be insufficient
47  or harmful. It may be the case that symptoms of depression – which patients are
48  much more likely to seek treatment for - will be recognised, but symptoms of

CONFIDENTIAL
AZSER12751106

DRAFT FOR SECOND CONSULTATION

1   hypomania may be missed or not initially detected by healthcare professionals when
2   taking a patient's history. After making a suicide attempt at 15, Eileen saw a
3   succession of GPs:
4
5   *'Over the next 27 years, they all treated me for depression, prescribing me more than a dozen*
6   *different antidepressants. As far as I can tell they did nothing to stabilise my mood swings.*
7   *None of the GPs ever recognised that my high moods in between the lows were symptomatic*
8   *of bipolar disorder. It was only when my GP referred me to a CPN after a particularly bad*
9   *bout of feeling suicidal that the CPN immediately picked up on the highs and said she thought*
10  *I had bipolar disorder. She referred me onto a consultant psychiatrist who made the diagnosis.*
11  *He prescribed me mood stabilisers and my moods have been a lot more stable ever since. I only*
12  *wish I'd got the diagnosis 20 years earlier.'* (Interview)
13
14  The cyclical nature of the illness, whereby symptoms—and consequently the
15  patient's judgement—changes from day to day, week to week and month to month,
16  makes diagnosis much more difficult. For example, a patient who makes an
17  appointment to see a psychiatrist when depressed and desperate for treatment, may
18  feel very different when attending the appointment several weeks later. By then, he
19  might have switched into a hypomanic state. Suddenly, the patient is wildly
20  optimistic - life is seen through extremely rose-tinted glasses. The bouts of
21  depression are forgotten and the patient convinces himself he has made a full
22  recovery. In fact, he tells the psychiatrist, he wasn't really all that depressed at all, he
23  was just perhaps 'a bit down in the dumps'. Full of confidence, he sounds very
24  convincing to the doctor. Persuaded by the patient's account of his recovery, his
25  psychiatrist fails to probe sufficiently into the patient's current state of mind to
26  establish whether his mood is normal or high. He makes an appointment for 3
27  months' time. If the psychiatrist has not seen the patient on a previous occasion it
28  makes it much more difficult to judge what is their normal mood.
29
30  But even when a person sees a GP or a psychiatrist while in a depressed phase, the
31  testimonies reveal that professionals might not be able to recognise bipolar disorder.
32  First episodes of bipolar disorder can be very difficult for patients to recognise.
33  Moderate to mild symptoms can be easily misinterpreted as simply being in either a
34  'really good' or a 'really bad' mood. Sufferers can labour under this illusion that
35  they're 'just moody' for years. They may struggle to understand what is happening
36  to them, but are likely to try to interpret their moods in the same way that everyone
37  does—simply in terms of life events making them happy or sad—and struggle on.
38
39   Often it is only when the highs are sufficiently extreme (for example with symptoms
40  like delusions or extreme pressure of speech) that friends and family can be panicked
41  into seeking medical help and the symptoms become unmistakable to healthcare
42  professionals. The symptoms of depression, which are usually not as obviously
43  noticeable as mania, can more easily pass ignored by those around the sufferer. Too
44  often, it is only when a desperate act like a suicide attempt has been made that those
45  close to someone with bipolar disorder recognise the need for help.
46
47  In order to address some of these issues, there needs to be greater public and
48  professional awareness of and understanding about bipolar disorder. Because
49  healthcare practitioners, in particular GPs, sometimes fail to diagnose the condition
50  they should be aware that people who have symptoms of depression may have
51  experienced mania. The patient may need encouragement to talk about their

CONFIDENTIAL
AZSER12751107

DRAFT FOR SECOND CONSULTATION

1   symptoms, which can be achieved through sensitive questioning (family members
2   and carers may also need to be asked about symptoms and behaviour within the
3   bounds of confidentiality).

4   **Experience of treatment and care**
5   When contact is made with services, healthcare professionals should encourage
6   patients to keep their appointments and ensure that first contact is positive. To
7   promote more effective communication between doctor and patient, doctors should
8   have cultural competence so that they can work effectively within diverse
9   communities.
10
11   The testimonies and surveys (Morselli & Elgie, 2003) demonstrate that people with
12   bipolar disorder require healthcare professionals to provide full and clear
13   information about the condition and about the treatment options, ideally in written
14   form (for example, booklets or newsletters) or video (Kupfer at al, 2002). In
15   providing this information, the social, cultural and educational background of the
16   patient (and carer) need to be taken into consideration. The testimonies and surveys
17   (Morselli & Elgie, 2003) also emphasise the importance of a trusting, open and
18   respectful working relationship between themselves and the professional.  Although
19   one individual felt that '*my psychiatrist and other professionals tend to decide what is best
20   for me, rather than listening to my thoughts and feelings*' (MDF The BiPolar Organisation
21   survey), patients nowadays expect to be treated as an equal partner, no longer the
22   passive recipients of treatment, but as experts in their own condition (Morselli &
23   Elgie, 2003). This will necessitate that patients are fully involved in decisions about
24   their treatment and care, and that their preferences for a particular treatment, or their
25   decision not to have an intervention, is taken into consideration by the professional
26   when the treatment plan is prepared.
27
28   Highet and colleagues (2004) report that patients experience a restricted range of
29   treatment, both in primary and secondary care, mostly limited to medication. MDF
30   The BiPolar Organisation also report that '*a very high number of people still do not
31   have access to a psychologist*' (MDF The BiPolar Organisation survey, 2004). After a
32   psychotic episode, Linda (aged 34) '*pushed for some counselling but was made to feel like
33   I was asking for a pot of gold by the hospital psychiatrist*'. But counselling '*helped me come
34   to terms with what I'd been through and also my counsellor suggested I go on some courses
35   (anxiety management, relaxation and problem solving), which were held at the local
36   outpatients centre and were all really helpful*' (extract from testimony). Cynthia says that
37   she benefited from cognitive behavioural therapy and a self-management course
38   because she gained knowledge about her condition and learned about strategies to
39   help her to cope with both mania and depression:
40
41   '*During my last manic episode I did not, as before, develop psychosis and was able to
42   maintain more control over my treatment and avoid admission to hospital. I was able to put
43   some of what I had learnt from the self-management course into practice. I was also more
44   responsive to professionals and to agreeing to an increase in medication. Once I started to feel
45   better I began to understand what had triggered the high and how it had built up over several
46   months. I had not had this degree of insight before*' (extract from testimony).
47
48   Regarding medication, patients highlight the need for full discussion about dose and
49   side effects. **RED** (aged 51), a university lecturer, says that her psychiatrist '*listens to
50   me and takes my view into account. I told him how my last psychiatrist put me on 20mg

CONFIDENTIAL
AZSER12751108

DRAFT FOR SECOND CONSULTATION

1  *olanzapine and turned me into a zombie. One time I feel asleep while a lecture I was so tired,*
2  *and two of my students reported me to my head of department. My new psychiatrist listened*
3  *to what I told him about my experiences and he put me on just 5mg which has been fine'*
4  (extract from testimony).

5  **Continuity of care and crisis management**
6  It has been suggested that people with bipolar disorder and depression are more
7  likely than those with disorders such as schizophrenia to receive disorganised and
8  poorly coordinated care (Hickie, 2000). Due to the episodic nature of the condition,
9  however, people with bipolar disorder should be able to access care and treatment
10 when they need it, particularly during a crisis. REDA benefited by a supportive
11 CPN with whom she drew up a relapse prevention plan and who offered almost
12 daily support at home to avoid hospital admission.
13 Similarly RED agreed an action plan with her psychiatrist should she relapse:
14
15 *'This includes having a supply of medication at home (to start taking when I get ill), having*
16 *telephone numbers for people I can contact in an emergency, and making an appointment*
17 *with my psychiatrist. He also suggested getting into a regular sleep routine and advised me*
18 *about the best time of day to exercise'* (extract from testimony).
19
20 However, Highet and colleagues (2004) reported that 'current crisis management
21 practices were considered to contribute to negative perceptions and stigma' and they
22 identified a need for 'prompt and improved access to crisis care during the early
23 phases of acute relapse'. RE has a crisis team but on one occasion could not access
24 anybody to come out and assess her: *'the result was that I left home in my car in a manic*
25 *state and had a fortunately minor accident some hours later, 100 miles away'* (extract from
26 testimony). On another occasion she made four telephone calls to team but was
27 nevertheless sectioned the next day. She feels that *'everything should be done to avoid*
28 *hospital: the staff there are generally not interested and offer virtually no psychological*
29 *support. The experience is traumatic and one's stay tends to be prolonged. The crisis team*
30 *should play a role here in preventing this'* (extract from testimony).
31
32 **Self-help and support groups**
33 MDF The BiPolar Organisation reports that it has 142 self-help groups in England
34 and Wales and estimates that on average about 50 or 60 people a year attend each
35 group meeting Members report that they tend to find out about groups through
36 word-of-mouth or through their own research, rather than through their GP or
37 psychiatrist.
38
39 Some patients report that it is only in self-help groups that they can find people who
40 can really empathise. The simple fact of knowing that they are not alone, and that
41 others have the condition, is in itself comforting and helpful. They report that it is
42 very therapeutic to talk to other people who have had similar experiences, for
43 example, psychotic delusions.
44
45 The groups are also a very good way of pooling knowledge about drug treatment
46 and local services and form a good support network which many people rely on.
47 Some groups organise speakers and experts to come and talk to members about the
48 condition.

CONFIDENTIAL
AZSER12751109

DRAFT FOR SECOND CONSULTATION

## 4.3    Testimonies from family members/carers

**4.3.1**            Testimony 1: REDACTED

My wife's crisis occurred in 1996 when she began talking about suicide. In retrospect, I believe the trigger for the illness was a sequence of events. Within a relatively short period of time four of our friends were diagnosed with cancer, and within 6 to 8 months most of them had died. My wife's father and a number of her closer aunts and uncles all passed away, and then she took on a fairly stressful short-term job that demanded a lot of her time and increasing responsibility. It was during this time that we moved house and her sleep patterns and behaviour began to change. She seemed to become more dependent and needed constant attention. Sleep became non-existent and she was constantly on the go but achieving nothing; as a family we were worn out. At the time we were not really able to understand what was happening and it took us long time to realise what we were dealing with. The psychiatrist who came to the house to see her made what seemed to me to be a snap diagnosis of hypomania; the only treatment my wife was given at this time was a minimal dose of chloral hydrate (¼ of a ml. three times a day). At this time my wife had been running around all day and all night for almost a fortnight. We were all sleep deprived, and unable to deal with the situation, but there was no further help.

It was not until we moved to North Wales and my wife actually made an attempt on her life that we got help. May 2000 was a very difficult time; her GP thought initially that she was menopausal, and treated her for that. We had told him about her recent behaviour and problems, but she presented fairly well to him and he did not take mental illness into account. My wife then went to one of his satellite surgeries and by that time she was hypomanic so he gave her some mild tranquilisers.

Shortly after this my wife took a number of paracetamol tablets. She was then admitted to the local A&E department where she was transferred to the psychiatric unit. She was in the unit for about a month, during which time I went away for a holiday to get some rest. The week I returned the hospital discharged my wife and sent her home, although there was no one in the house; she was sitting in the dark as I walked through the door.

The major problem following the initial admission was that the psychiatrists insisted my wife was well when she was not. The initial diagnoses were anxiety state and depression, then a form of bipolar disorder, and eventually a schizoaffective disorder primarily because of her very odd thoughts such as body displacement. She thought that her head was in the next street, that her limbs were attached to places they shouldn't be, that she had to move her nerves out of the way before she could sit down, and that her mouth did not belong to her. The latter caused all sorts of problems and stops her eating sometimes.

In all it took over 4 years and a number of admissions before a diagnosis of schizoaffective disorder was made. By this time the family was totally exhausted. The effect of all this on the family was to make us all less tolerant of each other and of my wife. It is my experience that healthcare professionals do not think of involving the family in treatment plans or even in communicating basic information:

CONFIDENTIAL
AZSER12751110

DRAFT FOR SECOND CONSULTATION

1   we are usually told to sit outside, to wait, and then to go home. I have had to find
2   most of the information about my wife's illness on the internet. (It is also an excellent
3   research tool to help find out about side effects of medication.) I was not given any
4   information about self-help or support groups.

5   The lack of any help from the professionals and the inability of social services to do
6   anything, especially when it came to assessing carers, was annoying. It took 3 years
7   after we arrived in North Wales to find Hafal (who are contracted by local authorities
8   throughout Wales to look after carers for the severely mentally ill); it was only then
9   that I had a carer's assessment. This enabled me to be touch with others who had
10  similar problems, and made me realise that I had to take care of my needs if I was
11  going to stay the course with my wife.

12  There were continual admissions over the next few years, which meant that the
13  family did not have time to recover properly. The consequence of this is that we have
14  all become unable to cope when my wife is at home. My wife doesn't talk but shouts
15  and she settles only for short times. If we are out in a café or a restaurant she is liable
16  to do anything on the spur of the moment. If she wants something she will get up
17  and get it not waiting for staff to help her; when she's finished she gets up and walks
18  out.  She has not settled either in the residential home where she is recovering, and
19  the social worker is now looking for a new placement for her. By the time I take her
20  back to the residential home I am exhausted and the rest of the family are wound up.

21  Relationships between my son and daughter and their mother are strained most of
22  the time. It takes a long time for a family to recover, some never do, and I can
23  understand why divorce is seen as a way out. I sometimes wonder what I feel for her
24  as she is not the woman I married; this illness can devastate a person depending on
25  the form it takes and the treatment received, especially the speed and consistency of
26  care given.

27  Although at this point in time my wife has not been in hospital for a year, she has
28  had an increase in medication as she was showing signs of becoming ill again; she is
29  very difficult to manage when she's like this because she listens to no one, and just
30  does her own thing regardless of others. Her current package of medication is
31  olanzapine, valproate, and lorazepam, but she doesn't think they are doing any
32  good. No psychological treatment has been offered at all. I feel that it has been a very
33  long process to get to any real level of wellness.

34  **4.3.2**          **Testimony 2:** RED

35  I am a carer of my husband whom I married in June 1968 in an arranged marriage in
36  the South Asian tradition. My husband was in his late thirties when we first met. It
37  would not be wrong to say that I hardly knew him. As I got to know him better I
38  realised that while he was gentle, kind, generous and helpful, but that he had
39  difficulties in coping with work and was sometimes short-tempered.
40
41  My husband visited the UK in 1972 to do his law exams and it was here that we
42  realised that there was something seriously wrong with him. He was insecure,
43  irritable and lonely, his sleep was erratic and he would wander around London
44  aimlessly. When he came home he seemed back to normal. I followed my husband to

CONFIDENTIAL
AZSER12751111

DRAFT FOR SECOND CONSULTATION

1  the UK the following year, but our son died soon after. My husband could not cope
2  with this traumatic turn of events and drifted from one low level job to another. I
3  began to notice his restless and sleepless nights, his increased drinking and non-stop
4  smoking. He began to live in a world of fantasy, imagining being offered jobs in top-
5  ranking firms and also planning various business ventures beyond his ability. There
6  were long periods of normalcy and we coped, but when there was a crisis he would
7  'collapse'. Eventually, one collapse resulted in him resigning from his job.
8
9  Our GP prescribed my husband diazepam and some sleeping tablets, but he soon
10  became dependent on these and would throw tantrums when the doctor tried to
11  prescribe fewer tablets. By 1980, his condition was worsening: he was becoming
12  increasingly argumentative and I would hesitate to go anywhere with him. We
13  arranged to see a consultant psychiatrist privately who diagnosed bipolar disorder. I
14  also got a shock to learn from the consultant that my husband had told him that he
15  had had mental health problems since his early teens, a fact that had been concealed
16  from me by him and his family. Looking back, it is amazing that the GP did not
17  consider my husband ill enough to be referred to a specialist.
18
19  My husband was referred to our local hospital in 1980 and was treated there till 1994.
20  The consultant at the hospital, who was an authority in bipolar disorder, confirmed
21  the diagnosis and prescribed lithium and chlorpromazine. The chlorpromazine
22  caused problems, including Parkinsonian symptoms such as a tremor. My husband
23  was seen as an outpatient by the consultant only twice, which meant that there was
24  no chance of developing a good relationship with any one of the doctors, who were
25  of varying ability and seniority, or for any doctor to understand his problem fully
26  and monitor his progress (although his lithium levels were checked). Even though
27  my husband was hospitalised on two occasions (the first when he was under
28  observation and the second when his behaviour was becoming unpredictable), the
29  nature of my husband's condition was not explained to me, and the effects of
30  chlorpromazine not made clear to me. My husband often presented a façade of
31  normalcy but the turmoil was there beneath. I recall his doctor once saying he had to
32  'peel off layer by layer' to understand the problem.
33
34  At the age of 65 my husband was transferred to the older adult services at another
35  hospital. He was reluctant to attend until the consultant personally phoned him and
36  he agreed to see him. The consultant seemed very young to us, but the meeting was a
37  positive experience and my husband became co-operative and trusting. This was so
38  different from the experience at the previous hospital. We both felt at ease and
39  confident of being in his care, and almost every time we attended an outpatient
40  appointment, the same consultant saw us.
41
42  The entire culture in this hospital was different from that of the first hospital.
43  It felt more home-like and focused on the needs of a particular age group with every
44  attempt made to meet their needs. Most of the staff were accessible when there was a
45  crisis. For about 5 years my husband was relatively stable with episodes occurring
46  only a couple of times a year. A CPN was assigned to him who reported back to his
47  consultant weekly. Chlorpromazine was discontinued and other drugs tried and
48  discarded as side effects emerged. Any change was explained to us. My husband is
49  now on lithium, lamotrigine and quetiapine.
50

CONFIDENTIAL
AZSER12751112

DRAFT FOR SECOND CONSULTATION

1    My husband was stable until 1998/99, when his behaviour started becoming
2    increasingly unpredictable. In the end he was sectioned after a series of events
3    following his decision to return to his home country even though he was not fit to
4    travel; this included trying to jump out of a moving car.  He was first admitted to a
5    private hospital as there no NHS beds available. Here I was unable to speak to the
6    doctor for some days and when I did he said my husband was well and ready for
7    discharge. Fortunately my husband's consultant transferred him back to his own
8    hospital. Here the ward doctor was experienced, accessible and reassuring and
9    worked closely with the consultant. I felt a sense of relief that my husband was in
10   safe hands. On discharge, arrangements were made for attendance at the day
11   hospital, where the standard of patient care was also high.
12
13   The months that followed saw him in and out of this ward and followed up in the
14   day hospital. Until recently I could contact the duty doctor in the night or during
15   long weekends in times of crisis and obtain adequate advice. Sadly this is now
16   changed. We are now put through to a nurse manager who usually advises us to take
17   the patient to A&E (which is not appropriate for an agitated patient) or to wait till the
18   end of the holiday break.
19
20   During these many years, my husband had long spells of stability when we lived as a
21   normal family. But since 1999 he has been more ill than well. The severity appeared
22   to be less, but the frequency of the episodes increased. With advancing age, I myself
23   began to find it difficult to take care of him. I could not protect him from himself
24   especially in the nights when he used to walk around the house restlessly, sometimes
25   wandering out of the house leaving the door open. His incessant smoking and the
26   tremors were a fire hazard and he was also constantly falling down sometimes
27   unconscious. Taking care of him at home seemed no longer possible and we were
28   compelled to look at the option of a nursing home. It was a traumatic and emotional
29   decision to make but there seemed little alternative. The hospital supported me in
30   finding a suitable nursing home, where my husband has been for the last 6 months.
31   He has had several episodes, but to my relief he is still in the care of his own
32   consultant who visits this nursing home.
33
34   Bipolar disorder has stalked our lives for 33 years. During this time, my husband
35   found it impossible to find work at the level he was accustomed to or operate in his
36   own field effectively. This made him really frustrated, which in turn led to episodes
37   of varying levels of intensity. Sometimes I found life impossible and threw myself
38   into my own job which I loved. But I was saddened to see my husband's confidence
39   crumbling and that he was angry and sad that he was not the breadwinner and
40   resented my success in my own profession. The entire fabric of our marriage was
41   eroding till there was hardly any 'marriage' left at all. I was compelled to play down
42   any formal recognition of my work and concealed from friends and relatives the
43   nature of his illness because of the social stigma (I told them that he was a heavier
44   drinker than he really was). I was always, however, frank with his doctors.
45
46   I did not recognise that I, as a main carer, needed help, though I often felt helpless
47   and lonely in a new country with few friends or relatives to go for comfort and
48   advice. It was only when my husband was seriously ill at the second hospital that I
49   noticed medical staff showing concern for my own health, although at the time I
50   wondered why. I was referred to a consultant to whom I was able to relate, and a
51   CPN was assigned to me. I was sent to a psychologist for eight sessions of cognitive

CONFIDENTIAL
AZSER12751113

DRAFT FOR SECOND CONSULTATION

1  behavioural therapy, but the psychologist was still a student who seemed to be going
2  through textbook procedures. I found that short sessions with my doctor, in which I
3  was able to open up to a sympathetic professional, were much more useful, together
4  with the citalopram she prescribed. At the first hospital I felt I was an onlooker and I
5  sometimes even felt a touch of condescension in their manner: Would I understand
6  what all this was about? Did I even understand the English language? But at the
7  second hospital, I found myself being drawn into the process of my husband's
8  treatment. The consultant would explain to me why he was prescribing the
9  particular medication and the possible side effects. I felt more of an active participant
10 in my husband's treatment.
11
12 This encouraged me to read about bipolar disorder and I joined MDF The BiPolar
13 Organisation. My husband's consultant also invited me to be a consumer
14 representative on one of his research projects which led to an interest in Consumers
15 in NHS Research (now called INVOLVE). I was also directed to organisations where
16 I could volunteer in my retirement and encouraged to take on positions of
17 responsibility so that I would regain my diminishing confidence.
18
19 **4.3.3        Summary of themes and concerns**

20 **Impact on families and carers**
21 Bipolar disorder can take a terrible toll on those who care for people with the
22 condition and other family members. Most carers are partners, not parents (Hill *et al*.,
23 1998).The high rate of divorce among couples in which one spouse has bipolar
24 disorder is a reflection of the emotional damage the illness can have on long-term
25 relationships (MDF The BiPolar Organisation survey, 2004).
26
27 Both the highs and lows of the illness can be devastating for families and friends, as
28 can the transition from a depressive phase to a manic phase. Mania, and the
29 uncharacteristic behaviour it results in, can be particularly difficult for loved ones to
30 cope with. Excessive spending, infidelity, offensive, abusive or domineering
31 behaviour, and talking incoherently are just a few of the symptoms of mania that can
32 cause distress to carers. It can be particularly upsetting when a person becomes
33 manic for the first time because their behaviour can appear inexplicable to family
34 and friends. What can seem like the relentless patterns of the illness put relationships
35 under strain, especially if the normal course of life (including sleep patterns) is
36 disrupted.
37
38 Depression takes a toll in a different way. The patient can seem 'cut-off' from their
39 family and friends, isolated in their own misery. Their loss of interest and any
40 enthusiasm in life makes it hard to get on with life as normal. Interestingly, partners
41 who responded to a survey in 2004 conducted by MDF The BiPolar Organisation
42 reported that they found the depressive phase of the illness more difficult to cope
43 with than mania. Depressive episodes were felt to be more time-consuming,
44 upsetting and disruptive to family life and caused partners more feelings of guilt and
45 worry (MDF The BiPolar Organisation survey, 2004). Family members and carers
46 may also live with the fear that their relative or friend will attempt suicide. During
47 depressive episodes partners said they felt less able to talk to their partner about how
48 they were being affected by the illness. This difficulty in sharing their worries and

CONFIDENTIAL
AZSER12751114

DRAFT FOR SECOND CONSULTATION

1 concerns with their partners when they were depressed affected their ability to cope
2 with the situation.
3

4 **Involvement of families and carers in the patients' care and treatment**

5 Partners, parents and other carers can often feel excluded from the care and
6 treatment of the patient. Highet and colleagues (2004) report that families and carers
7 were 'ignored or not actively included in management decisions'. The effect of
8 leaving the family out at the early stage of the illness can create a barrier that takes a
9 lot of hard work to break down. A mother of a 28-year-old daughter who killed
10 herself in 2000 said that she was never included in her daughter's care by her NHS
11 psychiatrist: '*I only ever managed to speak to my daughter's psychiatrist in passing and was*
12 *never invited to attend one of her appointments*' (interview). Her daughter's suicide
13 followed an episode of severe depression that had lasted 4 months after treatment for
14 mania. Her diagnosis was never properly explained to the family and she was never
15 told that she was at risk of suicide:
16

17 '*Two months before she killed herself, my daughter told me that suicide was not an option for*
18 *her. I learned later that she spoke to her psychiatrist of suicide every week but she never*
19 *confided in me. I am totally convinced that if we had been kept informed about our daughter's*
20 *mental condition that we could have prevented her from killing herself. It was a terrible lapse*
21 *in communication between us, our daughter and the medical services. Carers need to be*
22 *informed what the patient's condition is, and they need to have the condition and the dangers*
23 *explained to them by psychiatrists*' (interview).
24

25 In situations such as this, questions of patient consent and confidentiality need to be
26 considered, but it may be necessary for healthcare professionals to encourage
27 patients, where appropriate, to involve their families and carers in assessments and
28 treatment plans. Young patients may have particular concerns about their parents
29 attending appointments, and healthcare professionals should be trained in issues of
30 consent and capacity in this age group.
31

32 In a survey (1998) conducted by MDF The BiPolar Organisation carers said that they
33 would like to have 'their role in helping to manage the illness recognised by
34 professionals' (Hill *et al*, 1998). Indeed families and carers of people with bipolar
35 disorder have a very significant role to play in the management of the patient's
36 condition because they can help the patient to recognise the onset of symptoms and
37 cope with crises. It is important that this is taken into account by healthcare
38 professionals because information that the carer can provide about symptoms and
39 behaviour might help to reduce hospital admission in the long term. Taking note of
40 carer experience also helps carers to come to terms with their relative's or friend's
41 illness, reduces the risk of the carer feeling alienated and also keeps the lines of
42 communication open between professionals and the family.
43

44 A survey (1998) conducted by MDF The BiPolar Organisation reported that
45 respondents ranked receiving information and education about the condition
46 amongst the greatest needs of carers and family members. In order for families and
47 carers to fully support the patient, it is essential that as well as the patient they are
48 also given comprehensive and clear information about the course of bipolar disorder
49 and the treatments available.
50

CONFIDENTIAL
AZSER12751115

DRAFT FOR SECOND CONSULTATION

**Support for families and carers**

If patients are to be cared for in the community effectively, then the role of the carers is paramount. This means good access to services and support, especially out of hours. Carers need to be alert to changes in the patient and be able to take practical steps immediately. For this the carer must be well informed of the nature of the illness, the medication and side effects (see above) and know what to do and whom to contact in case of emergency. It is also important that healthcare professionals are accessible in times of crisis because both patients and carers can be anxious when they seek help and advice. There should be a transparent management plan, which is shared with the patient and carer, and a healthcare professional should be accessible during long weekends and holidays to give advice on the phone.

Due to the episodic nature of the condition, family members and carers require ongoing support, but carers who responded to a survey conducted by MDF The BiPolar Organisation reported they felt their needs were largely overlooked (MDF The BiPolar Organisation survey, 2004). Because of the burden of care, family members and carers can suffer from stress, anxiety and depression (Hill *et al.*, 1998):

'Since my wife was diagnosed with MD 8 years ago the pressure of caring for her has led to me losing my job and becoming ill myself with reactive depression…if appropriate care services had been in place I would probably still be in work.' (MDF The BiPolar Organisation survey, 2004).

It is important therefore that the individual needs of family members and carers are recognised and met accordingly. Healthcare professionals should ensure that if the patient's condition is chronic or moderate to severe that they offer family members/carers an assessment of their social, occupational and mental health needs. They should also be informed of local self-help and support groups and encouraged to attend because partners attending local support groups report a number of benefits. They said they felt less negative about the illness, had fewer feelings of worry and guilt, and felt positive about their relationship with the patient. Partners who attend groups also report a greater understanding of bipolar disorder and are more proactive about seeking out this information. They report less disruption of family relationships as a result of their partner's illness and experience less worry about the future (MDF The BiPolar Organisation survey, 2004). As with patients, carers put a high value on meeting other people who had shared the same experience (Hill *et al*, 1998).

## 4.4   Recommendations

### 4.4.1   People with bipolar disorder

4.4.1.1 People with bipolar disorder, whether managed in primary or secondary care, should have continuity of care, including regular reviews of mental state, and personal and social functioning, and the content of their care programme, in particular, medication

4.4.1.2 When talking to people with bipolar disorder and their carers, healthcare professionals should use everyday, jargon-free language, and take into

CONFIDENTIAL
AZSER12751116

DRAFT FOR SECOND CONSULTATION

1  account the cultural needs, and the developmental, intellectual and sensory
2  capabilities of the individual person and their carer(s). Where access to
3  services for people may be limited by language comprehension, services
4  should ensure that:

5  • written material is provided in the preferred first language of the
6  patient

7  • independent interpreters are used where appropriate

8  • consideration is given to providing psychosocial interventions and
9  information about medications in the patient's preferred first
10 language.

11 4.4.1.3 When determining a treatment plan, healthcare professionals should, in
12 collaboration with the patient, carefully consider the experience and
13 outcome of previous treatment(s) together with patient preference

14 4.4.1.4 Advance statements (directives) (for both mental health and physical health
15 care) should be developed collaboratively by people with bipolar disorder
16 and healthcare professionals, especially for people who are subject to severe
17 manic or depressed episodes, and for those who have been treated under
18 the Mental Health Act. These should be documented in care plans, and
19 copies given to the person with bipolar disorder, and his or her
20 care coordinator and general practitioner.

21 **4.4.2       Families and carers**

22 4.4.2.1 When considering the needs of the family members/carers (including the
23 impact of the disorder on relationships) of a person with bipolar disorder,
24 the following should be considered:

25 • the welfare of dependent children and vulnerable adults

26 • the requirement for a regular assessment of the physical and mental
27 health needs of carers.

CONFIDENTIAL
AZSER12751117

DRAFT FOR SECOND CONSULTATION

# 5 The process of care and provision of services in the management of bipolar disorder - general care

## 5.1   Introduction

Currently there is no specialist comprehensive service for people with bipolar disorder in England and Wales. The needs of people with bipolar disorder are met by a variety of services because people with bipolar disorder require different types of service from primary and secondary care services depending on their phase of illness, age, function and recent history of illness.  On the one hand acutely ill people with bipolar disorder may require emergency care, inpatient, crisis resolution, assertive outreach, day hospital or community mental health team care from secondary care mental health services. On the other hand people who have largely recovered may be accessing vocational rehabilitation and case management services from secondary care or self-help and voluntary services complemented by primary care with no involvement of secondary care mental health services.  Overall people with bipolar disorder value services that provide an accurate diagnosis of the disorder and phase of illness, optimal treatment and crisis management, continuity of medical and psychological care, and involvement of patients, carers and families in decisions about the management of the patient's care / symptoms(Highet *et al*, 2004). These requirements are the most important principles of care and should be followed in each service setting.  This and the following chapter will therefore review the evidence base for service provision that is currently available to service users with all types of serious mental illness in England and Wales as well as those targeted specifically at people with bipolar disorder. Where it is possible to review data on outcome in service users with bipolar disorder or predominantly bipolar disorder, then the evidence will be presented. In each section, the particular service needs of patients with bipolar disorder and gaps in provision will be highlighted.

### 5.1.1      Interface between primary and secondary care

Primary care provides a necessary and valuable service for people with bipolar disorder because many of them never consult secondary care mental health services or have been discharged from secondary care services (ten Have, 2002). Also there is an important role for shared care in those who do access secondary mental health care.  It has been estimated that up to three-quarters of people with bipolar disorder do not receive optimal care for bipolar disorder and a quarter of people with bipolar disorder never consult primary or secondary care specifically for their mood–related problems (ten Have *et al*, 2002).

Improved knowledge concerning bipolar disorder is required in primary care if patients are going to be assessed and managed more quickly and effectively. Changes to the contract of general practitioners from April 2006 will provide an incentive to assess the presence of both unipolar and bipolar depression. The extent to which knowledge about bipolar disorder needs to be improved in primary care is arguable. Around a third of all attenders in primary care with depressive symptoms

CONFIDENTIAL
AZSER12751118

DRAFT FOR SECOND CONSULTATION

1  could be diagnosed with bipolar I disorder, bipolar II disorder or bipolar spectrum
2  disorder (Manning *et al*, 1997). Bipolar disorder is associated with a high attendance
3  rate in primary care providing ample opportunity for detection; overall 10 per cent of
4  patients had a lifetime diagnosis of bipolar disorder but only half received a
5  diagnosis of current depression and none received a diagnosis of bipolar disorder
6  from their general practitioner (Das *et al*, 2005).
7
8  There is no convincing evidence that the recognition and management of bipolar
9  spectrum disorder would confer any advantage to patients in terms of clinical
10  outcome over the recognition and management of unipolar depressive disorder.
11  However the recognition in primary care and secondary mental health care of
12  bipolar II disorder among patients who are traditionally diagnosed as having
13  recurrent unipolar depressive disorder may be important. For example, the suicide
14  rate among people with lifetime bipolar II disorder may be at least four times the rate
15  for unipolar depressive disorder (Rihmer *et al*, 1990).
16
17  In both primary care and secondary mental health care a high index of suspicion is
18  required to recognise the possibility that a person with depression may have bipolar
19  disorder. Many patients experience long delays in both the diagnosis of bipolar
20  disorder and the start of appropriate treatment for bipolar disorder, with an average
21  of eight years from initial presentation to secondary care mental health services
22  (Baldessarini *et al*, 2003; Mantere *et al*, 2004). In one national survey, 70 per cent of
23  people with bipolar disorder were initially misdiagnosed, usually with unipolar
24  depression, although inevitably half of all cases of bipolar disorder initially present
25  with depressive episodes and the diagnosis of bipolar disorder is not possible until a
26  further episode of hypomania, mania or a mixed affective episode. On average they
27  consulted four doctors before receiving a correct diagnosis of bipolar disorder, while
28  one third waited over 10 years for the correct diagnosis (Hirschfeld *et al*, 2003).
29  Predictors of a bipolar disorder diagnosis among patients presenting initially with
30  depression are antidepressant-induced hypomania, family history of bipolar disorder
31  (especially if there are multiple family members involved from multiple
32  generations), greater acuteness and severity of depression in bipolar I disorder, more
33  protracted course with shorter well periods in bipolar II disorder, depression with
34  hypersomnia and psychomotor retardation or psychotic features or mood lability,
35  postpartum onset or onset before the age of 25 years (Akiskal *et al*, 1983; Akiskal *et al*,
36  1995).  Hypomania can be difficult to differentiate from a period of normal improved
37  mood in patients with recurrent depression and from disturbed behaviour due to
38  other causes. Often manic episodes were misdiagnosed as psychotic disorders,
39  reactions to stress or adjustment disorders, or mental or behavioural disorders due to
40  psychoactive substance use, especially in young and female patients (Kessing, 2005).
41  If general practitioners have a high index of suspicion of bipolar disorder in patients
42  with recurrent depression, secondary care mental health services can play a useful
43  role in the diagnosis of bipolar disorder when such patients are referred.  Failure to
44  diagnose bipolar I or bipolar II disorder may lead to switches from depression to
45  mania, hypomania or rapid cycling mood states.
46
47  There are three particular roles for primary care in the assessment and management
48  of patients with bipolar disorders in secondary care. These are looking after carers,
49  managing physical health care and also the lifestyles of people with bipolar disorder.
50  Caregivers of people with bipolar disorder who suffer with depression and anxiety
51  are high users of primary care (Perlick *et al*, 2005). People with bipolar disorder have

CONFIDENTIAL
AZSER12751119

DRAFT FOR SECOND CONSULTATION

1   high rates of physical morbidity and a doubling of the mortality rate from
2   cardiovascular causes compared to the general population (Osby *et al*, 2001; Angst *et*
3   *al*, 2002). The mortality rate for both suicide and medical causes is especially high
4   among those not receiving medication beyond the acute episode for their bipolar
5   disorder (Angst *et al*, 2005).  Obesity, diabetes mellitus and other cardiovascular risk
6   factors require monitoring because of their high prevalence in bipolar disorder
7   (Kilbourne *et al*, 2004; Beyer *et al*, 2005) as do thyroid, renal and cardiac function in
8   patients with bipolar disorder taking lithium, or other health checks when they are
9   taking other psychotropic medication. Primary care could play a key role in
10  assessing and managing the physical health care needs of patients with bipolar
11  disorder, whether they are taking psychotropic medication such as lithium or not.
12  The recently negotiated contract for practices have set targets for lithium monitoring
13  and the creation of registers of people with serious mental illness (including bipolar
14  disorder) as well as targets for reducing risk factors for cardiovascular disease in the
15  population registered with the practice. Primary care could offer to people with
16  bipolar disorder a number of health promotion services that may particularly help
17  them and may be routinely available locally in primary care such as smoking
18  cessation, healthy eating, weight loss, sexual health, medication use, substance use
19  and sleep improvement programmes.
20
21
22  *Clinical practice recommendation*

23  *Physical care of people with bipolar disorder*

24  A schedule of physical monitoring tests covering the annual check is in Appendix 20.

25  5.1.1.1  An annual review of the physical health of a person with bipolar disorder
26        should ensure that over the course of a year the following are assessed:

27  •   lipid levels including cholesterol in patients over 40 even where there
28      is no other indication of risk

29  •   plasma glucose levels

30  •   weight

31  •   smoking status and alcohol use

32  •   blood pressure.

33  5.1.1.2  Results of the annual review of a person with bipolar disorder should be
34        made known to the person, and communicated to relevant healthcare
35        professionals in both primary and secondary care (including whether the
36        person refused any tests). Where a problem is detected clear agreement on
37        responsibility for appropriate treatment should be made.
38
39  In principle, there is no reason why the stepped care and the chronic care models for
40  recurrent depressive disorder developed for primary care (Katon *et al*, 1995;  Katon *et*

CONFIDENTIAL
AZSER12751120

DRAFT FOR SECOND CONSULTATION

1   *al*, 1996; Simon *et al*, 2000; Wells *et al*, 2000) could not be applied to the management
2   of bipolar disorder in primary care as well. Stepped care seeks to identify the least
3   restrictive and least costly intervention that will be effective for the problems with
4   which an individual presents (Davison *et al*, 2000). Another approach, the chronic
5   care model requires the systematic follow-up of all patients and is widely used for
6   the care of chronic medical conditions such as diabetes and asthma across the
7   primary care-secondary care interface. The high recurrence rate and use of long-term
8   medication, with the potential for adverse effects on both mental and physical health,
9   for bipolar disorder necessitates such a systematic approach to follow-up for bipolar
10  disorder in primary care. Approaches that have enhanced care for people with mood
11  disorders (primarily depression) in primary care have included additional staff who
12  facilitate medication uptake (Katon *et al*, 1995; Simon *et al*, 2000), provide or facilitate
13  referral to psychological therapies (Schulberg *et al*, 1996; Ward *et al*, 2000) or both
14  (Katon *et al*, 1996; Wells *et al*, 2000). More recently, a wider role as care co-ordinator,
15  liasing with the GP, providing educational materials to the patient, providing
16  informal support to the patient and promoting the take up and adherence to
17  medication has been advocated (Katon *et al*, 1995;  Katon *et al*, 1996; Simon *et al*, 2000;
18  Wells *et al*, 2000).
19
20  Some specific versions of the chronic care model have been developed for patients
21  with bipolar disorder (Bauer *et al*, 2001; Simon *et al*, 2002; Suppes *et al*, 2003). These
22  models of care can be employed in secondary care or across the primary care-
23  secondary care interface.  The models tend to share the following features:
24  • Development of a collaborative treatment plan
25  • Easy access to a single primary mental health care manager (usually a nurse)
26     to provide continuity of care
27  • Access to a structured patient or family psychoeducation programme
28  • Algorithm-based medication recommendations for the prescribing doctor
29
30  In addition there may be monthly telephone monitoring of patients with feedback to
31  doctors and outreach care in the patient's home (Simon *et al*, 2002).
32
33  There are issues concerning which additional health professional might provide
34  enhanced care to patients with mood disorders, and also the training requirements
35  for primary care. Traditionally practice education does not give much emphasis to
36  the assessment and management of people with bipolar disorder.  Primary care
37  nurses have multiple and increasing demands on their time while many are also
38  disinterested in working with patients on their mental disorders (Nolan *et al*, 1999).
39  The appointment of new graduate primary care mental health workers may facilitate
40  enhanced care to patients with mood disorders but their role within the primary care
41  team will need to be clarified and competencies developed (Department of Health
42  2000; Department of Health, 2003).  Some general practitioners are also setting up
43  specialist mood disorder clinics within primary care (Kendrick, 2000). There are also
44  gateway workers from the community mental health team linking with practices that
45  might provide a role in assessing and monitoring the care of people with bipolar
46  disorder as well as co-ordinate care across the primary-secondary care interface.

47  **5.1.2        Emergency care services for people with bipolar disorder.**
48  Sometimes people with bipolar disorder report inadequate or inappropriate crisis
49  management (Highet *et al*, 2004). To some extent the use of emergency care by people

CONFIDENTIAL
AZSER12751121

DRAFT FOR SECOND CONSULTATION

1    with bipolar disorder may reflect the lack of access to continuity of care that
2    addresses their needs (Bauer *et al*, 1997). The need for urgent emergency psychiatric
3    care in people with bipolar disorder who are at risk of harming themselves or others
4    is reflected in a high proportion of the use of emergency detentions from the
5    community under Section 4 of the Mental Health Act, employed when the clinical
6    situation cannot wait for the process by which Sections 2 or 3 of the Mental Health
7    Act are completed (Webber and Huxley, 2004). The use of these sections was
8    especially high in non-white patients with bipolar disorder and those lacking
9    community support. Black patients with bipolar disorder have higher rates of
10   emergency psychiatric inpatient admission and suicide rates than Caucasians
11   (Kupfer *et al*, 2005).  The use of emergency services by people with bipolar disorder is
12   much more common in young adults than older age groups (Depp *et al*, 2005).
13   Patients with mania, mixed affective episodes or severe depression will require
14   emergency care, sometimes accessed through ambulance, police, accident and
15   emergency, primary care or crisis team services.  In these clinical situations risks to
16   the patient include (Morriss, 2003):
17   •   Suicide (depression, irritability and agitation seen in mania as well as
18       depression)
19   •   Risks due to misjudgement and recklessness for example, driving recklessly
20       over the speed limit and not obeying traffic signals
21   •   Impulsive acts (Michaelis *et al*, 2004; Swann *et al*, 2004)
22   •   Other people reacting aggressively to the disinhibited behaviour of a patient
23       with mania
24   •   Self-neglect, dehydration and poor nutritional state
25   •   The medical effects of self-harm
26   •   Overspending or irresponsible spending of personal finances.
27
28   Risks to others include (Morriss, 2003):
29   •   Irritability leading to aggression and violence
30   •   Abandonment, neglect or mistreatment of dependent vulnerable people
31       usually cared for by the patient (for example, babies, children, disabled,
32       elderly)
33   •   Neglect or mistreatment of others at work
34   •   Reckless and disinhibited behaviour in high risk situations for example,
35       reckless driving, operating machinery
36   •   Reckless behaviour in those who pose medical risks to other people for
37       example, sexual indiscretion in person carrying hepatitis B, hepatitis C or
38       human immunodeficiency virus
39   •   Overspending or irresponsible spending of family or organisational finances.
40

41   **5.1.3        Self management**
42   Self-management is a term that gives the person with a long-term health problem the
43   information and skills to help them actively manage some or all of the key aspects of
44   their disorder (Palmer and Scott, 2003). Individuals gain confidence from their
45   capacity to make informed choices about the treatments and lifestyle they wish to
46   adopt to manage their health and well-being.  When people with severe mental
47   illness, including bipolar disorder, organise themselves to run services for
48   themselves, there can be improvements in social function partly mediated by the use
49   of more problem–centred coping strategies by people with serious mental illness to

CONFIDENTIAL
AZSER12751122