DRAFT FOR SECOND CONSULTATION

1   improve their social functioning (Yanos *et al*, 2001). However there are also potential
2   dangers in giving a person with bipolar disorder too much responsibility for their
3   state of health, at a time when they are not well enough , not mature enough or do
4   not know enough about their illness. A person with bipolar disorder may also
5   develop unrealistic expectations of what they can achieve through their own efforts
6   or underestimate the seriousness of their condition, leading to non-adherence to
7   medication for bipolar disorder or other risky behaviour (Weinstein, 1982). The
8   principles of self-management in bipolar disorder are embodied in the current NHS
9   expert patient programme for chronic disease, which calls for the NHS to recruit and
10   involve "expert patients" who have successfully managed their chronic disease
11   (Donaldson, 2001).
12
13   There is a tradition of self-management in bipolar disorder in United Kingdom and
14   in other countries such as United States, Netherlands and Australia. Typically self-
15   management would employ the use of mood monitoring such as the use of mood
16   diaries (chapter 3) , and identifying relapse signatures for the onset of manic or
17   depressive episodes couple with relapse prevention strategies (chapter 10).
18    MDF The BiPolar Organisation was formed in 1983 with the aim of promoting
19   self-help and to provide a network of support for people with bipolar disorder and
20   their carers in the United Kingdom. Their self-management training programme
21   was devised by consulting both people with experience of managing their bipolar
22   disorder and professional experts in bipolar disorder. The programme has been
23   widely used and is similar in content to psychoeducation programmes for bipolar
24   disorder with demonstrated efficacy (Perry *et al*, 1999; Colom *et al*, 2003a,b).
25   However, the "Inside Out" programme or similar self-management programmes for
26   bipolar disorder have not yet been evaluated in any published research. Extensions
27   of the MDF self-management programme for bipolar disorder have included a
28   greater use of information technology to promote self-management by the *Beyond*
29   *Blue* movement in Australia, and the concept of the person with bipolar disorder as a
30   co-manager or partner with the health professional in the collaborative practice
31   model in United States (Bauer, 2001).

32   **5.1.4        Collaborative care and joint crisis planning**
33   Collaborative care between the person with bipolar disorder and their care
34   coordinator or health professional organising the person's care should be the aim of
35   treatment (Bauer , 2001). However, a person with bipolar disorder has a high
36   likelihood of entering a mental state such as mania or severe depression when they
37   no longer have the capacity to make decisions about their care. The person with
38   bipolar disorder may issue an advance statement about the care that they would like
39   to receive. Advance statements by people with serious mental illness including
40   bipolar disorder were ineffective in reducing compulsory admissions to inpatient
41   care, probably because they were not agreed with the treatment team in advance
42   who may not have felt obliged to follow them (Papageorgiou *et al*, 2002). In contrast a
43   joint crisis plan agreed collaboratively by the person with serious mental illness,
44   including bipolar disorder, with their care co-ordinator and psychiatrist reduced the
45   number of compulsory admissions and time spent under compulsory admission
46   (Henderson *et al*, 2004).   The joint crisis plan should contain contact information in
47   an emergency, details of mental and physical illnesses, treatments, indicators for
48   relapse, and advance statements for preferences for care in the event of future
49   relapse. In many ways the results of this study confirms the findings of a trial

CONFIDENTIAL
AZSER12751123

DRAFT FOR SECOND CONSULTATION

1   teaching people with bipolar disorder to recognise early signs of mania and seek help
2   early from a provider of the person's choice (Perry *et al*, 1999). In the latter study the
3   number of episodes of mania were reduced rather than compulsory admission.
4   However, admissions for mania are often compulsory.
5

6   **5.1.5        Continuity of care**
7   Continuity of medical and psychological care for people with bipolar disorder is a
8   clearly expressed need by people with bipolar disorder and their carers (Morselli *et*
9   *al*, 2003; Highet *et al*, 2004). In the chronic care model for the optimal management of
10  any medical or psychiatric illness, five elements of care need to be integrated: 1. the
11  use of evidence-based planned care as outlined in the rest of this guideline; 2.
12  definition of provider roles within an overall monitored system of health care
13  (monitored and managed at either primary or secondary care level); 3. health
14  providers support and enhance patient and carer self-management; 4. clinical
15  information on the patient is systematically obtained; 5. decision support is provided
16  by more specialist care providers to less specialist care providers, including if
17  necessary assessment and management by more specialist care providers for a period
18  of time (Wagner *et al*, 1996; Wagner , 2000).  There are differences between the care of
19  a person with bipolar disorder and a person with some other chronic recurrent
20  physical and mental health conditions using the chronic care model: 1. Bipolar
21  disorder can be highly changeable in terms of mental state and the speed with which
22  care plans may need to be changed and specialist or emergency services are
23  provided;  2. The person's mental state, insight and maturity may mean that for a
24  period of time a person may not be able to practice self-management, and decisions
25  about care may have to be made on behalf of the person with bipolar disorder by a
26  health care provider in consultation with a carer (but still informing the person with
27  bipolar disorder of the decision and the reasons for the decision).
28

29  At times the provision of most of the care for a person with bipolar disorder who is
30  relatively well might be provided largely at a primary care level, as are most people
31  with recurrent unipolar depressive disorders. Under the chronic care model, the
32  person with bipolar disorder would need regular review in primary care and access
33  to maintenance treatment for bipolar disorder and if necessary decision support
34  should be available to primary care from secondary care mental health services
35  without the patient's care being taken over at a secondary care level. Such an
36  approach has been shown to be cost effective for unipolar depression (von Korff *et al*,
37  1998) and could be applied to well people with bipolar disorder, which is a more
38  recurrent disorder (Paykel *et al*, 2005). A person with a more unstable history of
39  bipolar disorder will probably have their care organised and monitored at a
40  secondary care level but it may still involve primary care in a specific defined role as
41  well a number of different agencies within mental health services or external
42  agencies such as those providing employment, housing and social care provision.

43  **5.1.6        Interfaces between the NHS and the voluntary sector**
44  In the England and Wales the voluntary sector has come to play a very significant
45  role in the life of many individuals with bipolar disorder and/or their carers.
46  Varying from locality to locality, voluntary sector organisations provide a wide-
47  range of services including bed-based services, through day care and drop-in centres
48  to employment services, peer-support and telephone help and crisis lines. It is clear

CONFIDENTIAL
AZSER12751124

DRAFT FOR SECOND CONSULTATION

1  from user and carer feedback that these services are valued by many people with
2  bipolar disorders and/or their carers although the effectiveness of these services is
3  seriously under-researched.
4
5  Voluntary sector provision is rather varied and patchy and its development has often
6  been hampered by problems in securing stable recurrent funding. The most
7  prominent voluntary sector organisations providing services to the bipolar
8  population are MDF The BiPolar Organisation and MIND (the National
9  Association for Mental Health ) in England or Hafal (formerly the Schizophrenia
10 Fellowship) in Wales. The MDF have been running a self-management programme
11 for people with bipolar disorder for some years and also run a self-management
12 programme specifically aimed at young people who have bipolar disorder or who
13 are experiencing extreme mood swings. MDF The BiPolar Organisation provides
14 an extensive network of self-help groups across England and Wales and the
15 MDF provides legal advice and can offer insurance services.
16
17 Nationally one of the directions of current mental health policy is to increase the
18 choice of service provision available to people experiencing mental health problems.
19 The voluntary sector clearly has a role to play in providing alternatives to statutory
20 sector provision, although organisations such as MIND have become increasingly
21 active as service providers, and in a number of areas receive health and/ or social
22 care funding to provide day care, residential and other services.
23
24 Close co-operation and liaison between health commissioners and both statutory and
25 voluntary service providers is essential to ensure that services develop in ways
26 which are sustainable while providing people with bipolar disorder and their carers
27 with genuine choice. Services provided by statutory and voluntary sector
28 organisations need to become genuinely complementary, comprehensive and non-
29 overlapping if the diverse needs of this population are to be met and duplication and
30 waste avoided.
31

32 **5.1.7       Interfaces between primary, secondary and tertiary care**
33 The care of people with bipolar disorder can produce many diagnostic, assessment
34 and management challenges (Morriss *et al*, 2002). Moreover, bipolar disorder has a
35 frequently changing course of illness (Judd *et al*, 2002) so problems such as
36 antidepressant or antipsychotic drug-induced mood switching can sometimes have
37 dramatic effects. The literature on bipolar disorder has expanded particularly quickly
38 over recent years (Clement *et al*, 2003), with many new developments in relation to
39 the diagnosis, assessment and management of bipolar disorder. As a result there is a
40 demand for seeking second opinions from psychiatrists or other mental health
41 professionals who have both specialist knowledge and practical experience in the
42 diagnosis, assessment and management of bipolar disorder. This form of decision
43 support is an important principle in the stepped care or the chronic disease
44 management model. The availability of such expertise can improve the confidence of
45 front-line secondary care mental health and primary care services in addressing the
46 needs of people with bipolar disorder.
47
48 The development of specialist expertise in the diagnosis, assessment and
49 management of bipolar disorder has been haphazard in England and Wales, largely

CONFIDENTIAL
AZSER12751125

DRAFT FOR SECOND CONSULTATION

1　reflecting the interests of academic departments of psychiatry, clinical psychology,
2　pharmacy and nursing. Some areas of England and Wales are provided for but other
3　areas have very little access to specialist expertise in bipolar disorder. Where such
4　expertise exists, it is usually in the form of outpatient consultation in NHS centres
5　rather than comprehensive multi-disciplinary services but there are exceptions.
6　There are a number of potential problems with tertiary care services when they are
7　the only providers of care to people with bipolar disorder living many miles from the
8　service. Bipolar disorder is a chronic mental disorder requiring continuity of both
9　mental and physical health care, often from a variety of health and other service
10　providers, and crisis services that can intervene quickly and provide outreach into
11　the continuity. Therefore people with bipolar disorder who access specialist tertiary
12　care services should retain their service provision from secondary care mental health
13　and primary care services at a level commensurate with their current needs.
14

15　*Clinical practice recommendation*

16　5.1.7.1　Trusts providing specialist mental health services should ensure that all
17　　　　　clinicians (in primary and secondary care) have access to specialist advice
18　　　　　on the management of bipolar disorder for adults, and separately for
19　　　　　children and adolescents.

20　**5.1.8　　　　　Inpatient environment**
21　Acute admission wards serve people experiencing a wide variety of mental health
22　problems as well as bipolar disorder and often have to manage high levels of
23　distress, need and disturbance. Admission should provide safety for actively
24　suicidal, behaviourally disturbed or vulnerable individuals.  Admission to hospital
25　can also offer a valuable opportunity for systematic and collaborative
26　multidisciplinary assessment and care-planning, as well as an opportunity for the
27　expert review of pharmacological and other treatments. All inpatient units should
28　seek to provide a safe, culturally competent and supportive environment. This
29　environment should offer patients a structured day incorporating groups and
30　activities which seek to reduce distress and enhance coping skills as well as also
31　providing appropriate opportunities for recreation and relaxation. Ward
32　programmes, or programmes accessible to inpatients should incorporate psycho-
33　education; techniques for enhancing coping strategies, managing anxiety, anger and
34　self-harm; techniques for coping with specific symptoms such as hearing voices and
35　managing medication as well as other opportunities to engage in other structured
36　activities. Additional to such programmes it is also essential that all inpatients
37　receive regular individual attention from staff. These one-to-one sessions should
38　incorporate a focus on techniques for managing distress, assisting the patient to
39　envisage and work towards achieving solutions to their current problems and to
40　enhancing their coping strategies as well as providing ongoing psychological
41　support. Effective inpatient care should also embrace the patient's family, carers and
42　friends and ensure that both the patient and the inpatient care team remain in close
43　contact with other professionals and agencies involved in his/her ongoing care.
44

45　Patients with bipolar depression may experience a wide-range of problems including
46　profound anergia, psychomotor retardation, marked social withdrawal and self-
47　neglect. These patients need regular skilled nursing input at a number of different
48　levels. At the most basic level, the fluid balance of patients with profound depression

CONFIDENTIAL
AZSER12751126

DRAFT FOR SECOND CONSULTATION

1    may need to be monitored and considerable nursing time and input may be
2    necessary to ensure that they maintain an adequate intake of food and fluids. While
3    depressed, these patients may need time, assistance and gentle support and
4    encouragement to maintain their basic hygiene and self-care.  These patients should
5    receive regular one-to-one attention from staff who should employ techniques such
6    as activity scheduling to help them structure their day and gradually increase their
7    activity levels. Staff should assist patients to set realistic and attainable goals which
8    will gradually increase in scope as the patient recovers. Staff should give praise and
9    encouragement for the attainment of goals and avoid dwelling on any temporary
10   failures or setbacks.
11
12   Many patients experiencing bipolar depression will have been admitted to hospital
13   because they have become actively suicidal. These patients require high levels of
14   support and monitoring to ensure their safety. It is common for suicide risk to rise in
15   the early stages of recovery from severe depression. Patients recovering from bipolar
16   depression may additionally experience symptoms of pressure of thought and
17   sudden bursts of energy while still feeling profoundly pessimistic. Patients
18   commencing treatment of any kind need to be warned of this risk and advised that
19   this temporary phase will pass and that they will experience relief from their distress
20   within a few days or weeks. Staff need to monitor patients closely for signs of
21   increasing activation so that they can provide patients in the early stages of recovery
22   with increased support and should also maintain increased surveillance of these
23   patients in order to detect and forestall any suicidal acts that they may plan.
24
25   Patients with mania are particularly sensitive to high levels of noise, activity and
26   disturbance on inpatients units. This sensitivity, coupled with their increased energy,
27   drive and disinhibition means that they are particularly likely to come into conflict
28   with staff and other patients. Skilled nursing is essential in managing these patients.
29   Their energies can often be diverted into harmless or productive activities. The
30   timely use of distraction, humour and de-escalation techniques will avoid many
31   incidents and reduce the risk of these patients becoming involved in conflict on the
32   ward and thus experiencing restraint, seclusion or rapid tranquillisation.
33
34   The administration of high doses of medication to control disturbed behaviour can
35   expose these patients to increased risks of side-effects and harm. Aversive
36   experiences with medication in acute phases of illness may reduce long-term
37   adherence to prescribed maintenance medication regimes. With bipolar disorder as
38   with all long-term disorders, it is particularly important to reduce these aversive
39   experiences to an absolute minimum by ensuring that all reasonable options have
40   been exhausted before administering medication against a patient's wishes.  Skilled
41   nursing care should ensure that patients with mania are managed in a calming,
42   emotionally warm and supportive environment.
43
44   The presence of several behaviourally disturbed patients on a ward at the same time
45   increases the risk of violent incidents occurring and may lead to an exacerbation of
46   symptoms in patients experiencing manic episodes.  If a patient with mania appears
47   to be failing to respond to treatment on an acute admission ward, consideration
48   should be given to transferring that patient to a supportive lower stimulus
49   environment such as that often provided by a psychiatric intensive care unit (PICU).
50

CONFIDENTIAL
AZSER12751127

DRAFT FOR SECOND CONSULTATION

1   It is common practice for patients recovering from major mental disorders to return
2   home in a staged manner, beginning with very brief periods of home leave, which
3   extend to overnight leave from the ward and then to weekend and longer periods of
4   leave as the patient's recovery progresses. A particular challenge with patients with
5   bipolar disorder is that a percentage of these patients will switch from appearing
6   euthymic or mildly depressed into mania or from appearing euthymic or mildly
7   elevated in mood into depression and this mood switching may take place over a
8   short period of time, perhaps over one or two days. This potential for switching with
9   its concomitant risks means that it is essential that patients with bipolar disorder are
10  closely monitored when they begin to extend their periods of leave from the ward.
11  Monitoring of leave can be accomplished in a number of ways, including by
12  telephone contact from the ward, by home visits by ward staff, or by home visits
13  from CMHT members or Home Treatment Team members. Alternatively, patients on
14  leave can be asked to make brief visits to the ward to meet their keyworker for
15  assessment and support. Whatever system of monitoring is put in place, a degree of
16  co-ordination of services will be required and systems need to be established to
17  identify and react to mood switching and provide patients with appropriate care and
18  support.

19  *Clinical practice recommendations*

20  5.1.8.1  Admission to an inpatient unit should be available to patients with bipolar
21          disorder who present with significant risk of harm. The hospital
22          environment should provide facilities for containment within a supportive,
23          low stimulation environment including where necessary access to a
24          psychiatric intensive care unit

25  # 5.2   Overview of clinical evidence review

26  **5.2.1        Evidence search**

27  Many of the reviews in this and the following chapter are based on systematic
28  literature reviews of RCTs and update those undertaken for other guidelines. Since
29  few RCTs in this topic area have been undertaken in patients with bipolar disorder,
30  the reviews assess service-level interventions for people with serious mental illness,
31  usually included a small percentage of patients with bipolar disorder. Table 2 lists
32  databases searched.
33

**Table 2. Databases searched and inclusion/ exclusion criteria for clinical
effectiveness of service-level interventions**

| | |
|---|---|
| Electronic databases | MEDLINE, EMBASE, PsycINFO, Cinahl searched from inception to between February 2005 to May 2005 |
| Update searches | September 2005 |
| Study design | RCT |
| Patient population | Serious mental illness |
| Interventions | Service-level interventions |
| Outcomes | See various reviews |
| Exclusion criteria | See appendices |

34  **5.2.2        Presenting the evidence**

35  Systematic reviews of the evidence are based on the searches described above,
36  supplemented with additional narrative as necessary. Relevant characteristics of all

CONFIDENTIAL
AZSER12751128

DRAFT FOR SECOND CONSULTATION

1   included studies are in Appendix 21, together with a list of excluded studies with
2   reasons for exclusion. These are presented for each topic covered in this chapter. To
3   aid readability, summaries of the study characteristics are included below, followed
4   by a summary of the evidence profile, which can be seen in full in Appendix 22. In all
5   of these, studies are referred to by a study ID (primary author in capital letters and
6   year of study publication, except where a study is *in press* or only submitted for
7   publication, then a date is not used).

9   Based on the GRADE methodology outlined in chapter 2, the quality of the evidence
10  is summarised in the evidence profiles and summary of the evidence profiles as
11  follows:

13  High = Further research is very unlikely to change our confidence in the estimate of
14  the effect;

16  Moderate = Further research is likely to have an important impact on our confidence
17  in the estimate of the effect and may change the estimate;

19  Low = Further research is very likely to have an important impact on our confidence
20  in the estimate of the effect and is likely to change the estimate;

22  Very low = Any estimate of effect is very uncertain.

## 5.3    Overview of health economics review

24  The systematic economic literature search focused on studies conducted in the UK,
25  so as to evaluate the cost-effectiveness of different forms of service provision
26  specifically in the UK healthcare system. Characteristics and results of all studies
27  included in the review are provided in the health economics evidence tables in
28  Appendix 14.

## 5.4    Community mental health teams

### 5.4.1        Introduction

31  One of the earliest service developments in community-based care was that of the
32  community mental health team (CMHT) (Merson *et al*, 1992). Community
33  mental health teams are multidisciplinary teams, comprising all the main
34  professions involved in mental health including nursing, occupational therapy,
35  psychiatry, psychology and social work. Having developed in a relatively pragmatic
36  way, CMHTs have become the mainstay of community-based mental health work
37  in developed countries (Bouras *et al*, 1986; Bennett *& Freeman*, 1991), as well as in
38  many developing nations (Pierides, 1994; Slade *et al*, 1995; Issac, 1996).

40  Surveys of people with bipolar disorder have sometimes found that they often do not
41  have access to community mental health teams, with ongoing care outside acute
42  bipolar episodes provided by psychiatrists and general practitioners (Perry *et al*,
43  1999; MDF The BiPolar Organisation, 2001). People with bipolar disorder can appear
44  to be quite capable compared to other people with serious mental illness so they may
45  be in contact with community mental health teams for relatively short periods after
46  inpatient admission. Unfortunately, patients with bipolar disorder with a history of

CONFIDENTIAL
AZSER12751129

DRAFT FOR SECOND CONSULTATION

1   admission in the last year have a 50 per cent chance of acute bipolar episodes in the
2   next 12 months (Tohen *et al*, 1990). After discharge from the community mental
3   health team and the need for re-referral to the community mental health team, they
4   may not be able to access the help of the community mental health team in time to
5   prevent a further deterioration in their mental state (Morriss, 2004).

6   **5.4.2        Definition**
7   The GDG used the definitions used in the Cochrane review of the effects of
8   CMHT management compared with non-team community management for
9   people with serious mental health problems (Tyrer *et al.*, 2002).

10  • CMHTs involved 'management of care from a multidisciplinary, community-
11  based team (that is, more than a single person designated to work within a team).'

12  • 'Standard' or 'usual care': must be stated to be the normal care in the
13  area concerned, non-team community care, outpatient care, admission to
14  hospital (where acutely ill people were diverted from admission and allocated
15  CMHT or inpatient care), or day hospital.

16  The review specifically focused upon CMHT management, and therefore excluded
17  studies which involved any additional method of management in the CMHT.

18  **5.4.3        Studies considered**
19  This review updates that undertaken for the NICE schizophrenia guideline (National
20  Collaborating Centre for Mental Health, 2002) which was based on the Cochrane
21  review by Tyrer *et al.* (2002). This review included five studies of CMHTs,
22  three undertaken in London (1992; 1993; 1998), one from Australia (1981) and one
23  from Canada (1979). One of these five studies was excluded on the grounds of
24  inadequate allocation concealment (BURNS1993), and two further studies were
25  excluded as they were primarily studies of crisis intervention teams rather
26  than CMHTs (FENTON1979; HOULT1981). The update search undertaken for the
27  schizophrenia guideline found one additional study (GATER1997) for which there
28  was no extractable data and that for the present guideline found another
29  (SELLWOOD1999).

30  Excluded studies with reasons for exclusion can be seen in Appendix 21.
31
32  Important characteristics of the included studies are in Table 3, with fuller details of
33  studies in Appendix 21.

34
35

CONFIDENTIAL
AZSER12751130

DRAFT FOR SECOND CONSULTATION

**Table 3 Summary of study characteristics for CMHTs in the management of bipolar disorder**

|  | Vs standard inpatient care | Vs Standard care | Vs CMHT and intensive case management | Vs hospital outpatient rehabilitation |
|---|---|---|---|---|
| No. participants | 100 | 155 | 84 | 65 |
| **Study ID** | MERSON1992 | TYRER1998 | MALM2001 | SELLWOOD1999 |
| **Diagnosis** | 38% schizophrenia; 32% mood disorders; 35% severe neurosis; 5% other | 56% schizophrenia; 13% bipolar; 16% depression; 16% other | 100% schizophrenia and related disorders | 100% schizophrenia and related disorders |
| **Intervention** | Usually outpatient deparatments, occasional home visits. | Care plans and reviews organised from hospital base. | Assertive case management, outreach and crisis services, social network resource group. | Outpatient follow up by consultant psychiatrist every 2-3 months, plus support from CPN, day hospital, OT and outpatient psychology. |
| **Mean age (years)** | 32 | Not given | 38 | 40 |
| **Setting** | UK | UK | Sweden | UK |
| **Follow-up** | 3 months | 12 months | 24 months | 9 months |

1

2    Notes: CPN = Community Psychiatric Nurse; OT = Occupational Therapist

3    *Clinical summary*

4    There is little evidence that community mental health teams have advantages or
5    disadvantages over other means of organising care for people with bipolar disorder.
6    However, they have become an acceptable and almost universally available way of
7    organising community care, and have the potential to co-ordinate and integrate care
8    effectively, including the provision of other community-based services for people
9    with bipolar disorder. They may be useful when there is a need for community based
10   monitoring of the mental state in people who relapse frequently, represent a
11   significant degree of risk, have complex needs or show residual impairment. An
12   overview of the results is provided in Table 4 with the full evidence profile in
13   Appendix 22.

14

**Table 4 Summary evidence profile for CMHTs in the management of bipolar disorder**

|  | Vs standard inpatient care | Vs Standard care | Vs CMHT and intensive case management (ICM) | Vs hospital outpatient rehabilitation |
|---|---|---|---|---|
| **% Bipolar** | Unclear | 13% bipolar | 0% | 0% |
| **Evidence for psychiatric outcomes (quality)** | Inconclusive (low) | Inconclusive (low) | Inconclusive (low) | CMHTs reduce hospital admission compared with ICM (low) |
| **Evidence for other outcomes (quality)** | Inconclusive (low) | Inconclusive (low | Inconclusive (low | No data available |

15

Management of bipolar disorder: Full Guideline – **DRAFT** (February 2006)        Page 108 of 341

CONFIDENTIAL
AZSER12751131

DRAFT FOR SECOND CONSULTATION

**5.4.4        Health economic evidence**

The Cochrane review by Tyrer *et al* (1998) concluded that CMHT management of patients with severe mental illness was likely to be less costly than standard care. The findings of the economic review in the NICE Schizophrenia Guideline (National Collaborating Centre for Mental Health, 2002) suggested that CMHTs were likely to be equally cost-effective to standard care. The economic review undertaken for this guideline identified four eligible studies conducted in the UK, all based on RCTs (BURNS 1991, GATER 1997, MERSON 1992, TYRER 1998). BURNS (1991) compared CMHT with standard community treatment, while the rest studies made comparisons between CMHT and standard hospital care. GATER (1997) adopted a societal perspective, whereas the rest of the studies estimated costs related to health and social services.

BURNS (1991) and TYRER (1998) failed to demonstrate any significant difference in costs or outcomes between CMHTs and standard care. GATER (1997) found CMHTs to be significantly more effective than standard hospital-based care in terms of patients' met needs and satisfaction. However, the two services did not significantly differ in costs incurred. MERSON (1992) demonstrated that CMHT and standard secondary care resulted in similar clinical outcomes, with CMHT being associated with greater patient satisfaction. Mean costs per patient treated by CMHT were lower compared to respective costs associated with hospital-based care; nevertheless, because the distribution of costs was highly skewed, median cost of treatment was 50% higher in the CMHT group.

The available evidence suggests that there is probably no difference in cost-effectiveness between CMHTs and standard care in the UK.

**5.4.5        Clinical practice recommendation**

5.4.5.1  Consideration should given to referral to co-ordinated care provided by a CMHT for people with bipolar disorder who:

- have problems in engaging with, and maintaining regular contact with, services such as outpatient care

- experience frequent relapses, poor symptom control, continuing functional impairment, or comorbid anxiety disorders

- are at risk of suicide, or harm to self or others, including self-neglect or exploitation

- have problems with medication adherence or chronic substance misuse.

# 5.5   Case management and effective care co-ordination

**5.5.1        Introduction**

Many people with serious mental illness such as bipolar disorder have a wide range of needs for health and social care. For most people this will involve family/carers,

CONFIDENTIAL
AZSER12751132

DRAFT FOR SECOND CONSULTATION

1   primary care health workers, secondary mental health services, social services, legal
2   and forensic services, and work and education organisations. Moreover, each service
3   user's health and social care needs will vary, often considerably, over time. For
4   the delivery of variable and often complex treatment and care arrangements in
5   a flexible and well-integrated way, especially when service users live in
6   the community outside psychiatric institutions, services need systematic methods
7   of co-ordinating care reliably. Case management was introduced as a means of
8   ensuring that people with serious mental health problems remained in contact with
9   services, and to more effectively co-ordinate the provision of treatment across
10  services and between agencies. The Care Programme Approach (CPA) was
11  introduced as a system for the co-ordination and transmission of information
12  between patients and health care professionals (DOH, 1990). Case management is
13  about the provision of a particular model of care.
14
15  Effective Care Co-ordination (ECC) and care co-ordinators were forms of case
16  management brought in to promote greater teamwork but delivered in a co-
17  ordinated way with a care co-ordinator as a first point of contact for the patient, a
18  person responsible for monitoring and co-ordinating care along the principles of the
19  Chronic Care Model and often practised in assertive outreach teams. Thus the care
20  co-ordinator may deliver less care personally than in some forms of case
21  management , would not necessarily have a small caseload, would identify health
22  care professionals or other organisations that are best positioned to provide a
23  particular aspect of care and promote greater decision-making and self-management
24  by the patient.
25
26  Although a key ingredient of case management involves the allocation of a named
27  and known professional to act as a case manager for each service user, whose role is
28  to maintain contact with the service user and to individually arrange and
29  coordinate care across all agencies, numerous models exist including
30  'Brokerage', intensive case management and the Care Programme Approach
31  (CPA). Also, studies of case management often use the same term for rather
32  different approaches, sometimes describing ACT or 'home-based' care as case
33  management. Nevertheless, case management, in the form of the CPA, has been
34  formally endorsed as the preferred method of co-ordinating care by the Department
35  of Health (DOH, 2002) and all service users with more than one service involved in
36  the delivery of their treatment and care, as is often the case for people with bipolar
37  disorder who have frequently relapsed or remain impaired, are subject to a more
38  intensive version known as 'enhanced CPA'. Intensive case management is used
39  infrequently in people with bipolar disorder under the age of 65 years but much
40  more frequently in people with bipolar disorder after the age of 65 years because of
41  multiple medical, cognitive and social infirmity (Depp *et al*, 2005).

42  **5.5.2      Definition**
43  Given the variation in models of case management evaluated in the literature, the
44  GDG followed the definition used in a Cochrane review in this area Marshall *et al.*,
45  2002): an intervention was considered to be 'case management' if it was described as
46  such in the trial report. In the original review no distinction, for eligibility
47  purposes, was made between 'Brokerage', 'Intensive', 'Clinical' or 'Strengths'
48  models. For the purposes of the current review, intensive case management was
49  defined as a caseload of less than or equal to 15. The UK terms 'care management'

CONFIDENTIAL
AZSER12751133

DRAFT FOR SECOND CONSULTATION

1   and 'care programme approach' were also treated as synonyms for case
2   management. However, the review excluded studies of two types of intervention
3   often loosely classed as 'case management', including Assertive Community
4   Treatment and 'Home-Based Care'. One study was of enhanced case management
5   (ODONNELL1999), which involved case managers endeavouring to work in equal
6   partnership with clients, including drawing up of customised recovery plans,and
7   focusing on individual strengths and capabilities. Another (RUTTER2004) compared
8   a brokerage model with standard case management.

9   5.5.3          **Review overview**
10  This review updates that undertaken for the NICE schizophrenia guideline
11  (NCCMH, 2002), which had been based on the review by Marshall *et al.*, 2002. This
12  review incorporated ten trials of case management published between 1966 and 1997
13  (CURTIS 1992, FORD 1995, FRANKLIN 1987, JERRELL 1995, MACIAS 1994,
14  MARSHALL1995, MUIJEN 1994, QUINLIVAN 1995, SOLOMON 1994, TYRER 1995).
15  A further search for trials published since the original review was undertaken for the
16  schizophrenia guideline finding 3 new trials (BURNS 1999, HOLLOWAY 1998,
17  ISSAKIDIS 1999). An additional update search for the present guideline using
18  updated search strings found three new trials (BJORKMAN2002, BRUCE2004,
19  RUTTER2005). An overview of the characteristics of included trials is in Table 5.
20

CONFIDENTIAL
AZSER12751134

DRAFT FOR SECOND CONSULTATION

**Table 5. Summary of study characteristics for case management**

| | Case management vs standard care | Intensive case management vs standard case management | Enhanced case management vs standard case management | Case management vs brokerage case management |
|---|---|---|---|---|
| *No. studies (no. participants)* | *13 RCTs ( )* | *2 RCTs ()* | *1 RCT (74**)* | *1 RCT (26)* |
| Study ID | (1) BJORKMAN2002 (2) BRUCE2004 * (3) CURTIS 1992 (4) FORD1995 (5) FRANKLIN1987 (6) HOLLOWAY1998 (7) JERRELL1995 (8) MACIAS (9) MARSHALL1995 (10) MUIJEN1994 (11) QUINLIVAN1995 (12) SOLOMON1994 (13) TYRER1995 | (1) BURNS1999(UK700) (2) ISSAKISIS1999A | ODONNELL1999 | RUTTER2004 |
| Diagnosis | (1) 52% schizophrenia; 20% psychotic illness; 28% other (2) 66% major depressive disorder; 44% minor depression (3) 45% schizophrenia; 55% other (4) 82% schizophrenia, 18% other (5) 55% schizophrenia; affective disorder; 10% substance use disorder, 13% other (6) 68% schizophrenia/schizoaffective disorder, 26% bipolar; 9% other (7) SMI; unknown (8) 46% schizophrenia, ?? (9) 74% schizophrenia; 11% mood disorder; 6% personality disorder; 9% other (10) 83% schizophrenia, 17% affective psychosis. (11) 68% schizophrenia; 23% bipolar (12) Schizophrenia, major affective disorder and other (% not given) (13) 54% schizophrenia; 22% mood disorder; 25% other. | (1) 86% schizophrenia or schizoaffective disorder; 5% bipolar; 8% other (2) 88% schizophrenia;10% bipolar; 2% other | 66% schizophrenia; 12% bipolar; 16% schizoaffective disorder; 6% schizophreniform disorder | Severe mental illness |
| Mean age | 36–49, except (2) 60-94 | 38-42 | 36 | Not given |
| Number of clients per case manager | (1) 9 (2) 8 (3) 35-40 (4) 10 (5) 30 (6) 8 (7) 15-18 | (1) 12-15 vs 35 (2) up to 10 vs up to 40 | Not given | ? |

Management of bipolar disorder: Full Guideline – **DRAFT** (February 2006)        Page 112 of 341

CONFIDENTIAL
AZSER12751135

DRAFT FOR SECOND CONSULTATION

| | | | | |
|---|---|---|---|---|
| | (8) 20 (9) 10 (10) 8-11 (11) up to 15 (12) 10 (13) not clear | | | |
| Setting | (1) Sweden (2) (3) (5) (7) (8) (11) (12) US (4) (6) (9) (10) UK | (1) UK (2) Australia | Australia | UK |
| Follow up | 12-52 months | 1-2 years | 1 year | 6 months |

1
2   * Cluster randomised - trial analysed separately
3   ** Total n = 119, but only 2 groups used in analyses
4   *Clinical summary*
5   The majority of patients in this review had schizophrenia and related disorders.
6   Therefore outcomes tend to be skewed towards those important in schizophrenia,
7   and do not include psychiatric symptoms other than overall mental state and
8   depression. Outcomes particularly relevant to case management, such as number
9   losing contact with case manager, are also infrequently reported.
10  The review found some evidence favouring case management over standard care,
11  but there was insufficient evidence to adequately compare the impact of intensive
12  case management to standard case management, with outcomes showing little
13  difference between the two intensive and standard case management, or being
14  inconclusive. In addition, there was only limited evidence favouring enhanced case
15  management over standard case management, and no evidence favouring case
16  management versus brokerage case management. There are no RCTs examining the
17  effectiveness of case management delivered using Effective Care Co-ordination
18  compared to other forms of case management. An overview of the results is
19  provided in Table 6 with the full evidence profile in Appendix 22.
20
21

CONFIDENTIAL
AZSER12751136

DRAFT FOR SECOND CONSULTATION

**Table 6 Summary evidence profile for case management in the management of bipolar disorder**

| | Case management vs standard care | Intensive case management vs standard case management | Enhanced case management vs standard case management (c | Case management vs brokerage case management |
|---|---|---|---|---|
| **% Bipolar** | C.8% bipolar | c. 10% bipolar | 12% bipolar | Not specified |
| **Mental state outcomes (quality)** | Inconclusive (low) | Inconclusive (low) | No relevant outcomes | No relevant outcomes |
| **Other outcomes (quality)** | Admitted to hospital favours standard care (moderate)<br><br>Number of days in hospital favours case management (moderate)<br><br>Death inconclusive (low)<br><br>Quality of life (unlikely)<br><br>Non-compliance - favours case management (moderate) | Lost contact with case manager Inconclusive (low)<br><br>Death (suicide or other causes) unlikely (moderate)<br><br>Admitted to hospital inconclusive (low)<br><br>Number of days in hospital unlikely (moderate)<br><br>Non-compliance inconclusive (low)<br><br>Quality of life unlikely (moderate) | 'General disability' favours standard case management (moderate) | Number of days in hospital inconclusive (low) |

1

2    **5.5.4        Health economic evidence**

3    According to the Cochrane Review by Marshall *et al* (1998) and the updated
4    economic review in the NICE schizophrenia Guideline (National Collaborating
5    Centre for Mental Health, 2002), no firm conclusions can be drawn on the cost-
6    effectiveness of case management relative to standard care. Compared to assertive
7    community treatment or community mental health teams, case management
8    appeared to be associated with similar costs. Intensive case management was likely
9    to have comparable cost-effectiveness to standard case management.

10

11   Six UK-based studies that met the inclusion criteria were identified by the systematic
12   search performed for this guideline (BURNS 1999(UK700), FORD 1995, FORD 2001,
13   MARSHALL 1995, MUIJEN 1994, RUTTER 2004). All studies adopted a public
14   service perspective. Apart from one study with prospective cohort design (FORD
15   2001), all other studies were RCTs.

16

17   Two studies compared case management to standard care (MARSHALL 1995,
18   MUIJEN1994). Both found no significant differences between interventions in terms
19   of either costs or clinical and social outcomes. However, the studies were
20   characterised by a small patient sample (n = 80 and 82 patients respectively), which
21   did not allow for potential differences in costs to be detected. Another small RCT (n
22   = 77) showed that intensive case management resulted in similar clinical and social
23   outcomes to those of standard care; however, costs associated with intensive case
24   management were significantly higher than standard care (FORD 1995). All three

CONFIDENTIAL
AZSER12751137

DRAFT FOR SECOND CONSULTATION

1    studies adopted a time horizon of 14-18 months. FORD (2001) compared 3 alternative
2    approaches for a period of 5 years: an intensive case management program; an
3    intensive case management program switched to standard case management
4    (reduced caseloads) at 18 months; and an intensive case management program
5    replaced by usual care after 18 months. The study demonstrated that although
6    clinical and social outcomes were similar among the 3 options over 5 years, costs
7    were significantly higher for the programmes that retained case management
8    services after the 18-month period.
9
10   The biggest UK study (n = 667) evaluating cost-effectiveness of case management
11   was BURNS (1999)(UK700), which compared intensive to standard case
12   management. The time horizon of the analysis was 2 years. The study did not find
13   any significant difference in terms of either costs or the primary outcome (number of
14   days in hospital for psychiatric problems) between the two interventions.
15
16   Finally, one study (RUTTER 2004) assessed the cost-effectiveness of an integrated
17   (internal) model of case management, in which the case manager was a member of
18   the multidisciplinary healthcare team, against a brokerage model, in which the case
19   manager operated externally to the healthcare team. The study, which was
20   conducted on a very small patient sample (n = 26) found no difference in costs and
21   outcomes between the two models of case management.
22
23   In conclusion, there is some evidence that, in the short term, case management is
24   equally cost-effective compared to standard care in the UK; however its cost-
25   effectiveness is likely to decrease in the long-term. There is stronger evidence
26   suggesting that no difference in cost-effectiveness exists between intensive and
27   standard case management.

28   **5.5.5        Clinical practice recommendation**
29   There are no specific recommendations for case management in the management of
30   patients with bipolar disorder.

31   # 5.6    Crisis resolution and home treatment teams

32   **5.6.1        Introduction**
33
34   There is a growing interest in attempting to manage acute episodes of serious mental
35   illness in the community, thereby avoiding the stigma and costs associated with
36   hospital admission and providing benefits to patients and service providers.
37   Moreover from a clinical perspective patients recover at home in the environment in
38   which they will have to function in the community rather than in an in patient
39   environment that bears little resemblance to normal living conditions. Crisis
40   resolution and home treatment teams (CRHTTs) are methods of organising services
41   that aim to avoid admitting acutely ill people to hospital by providing intensive
42   home-based support. However, it is important that staff in these services, patients
43   and carers are realistic about their ability to manage manic episodes, especially when
44   there is little need for sleep or rest, disinhibited, reckless or aggressive behaviour,
45   and there is a need to employ rapid tranquillisation. There are few alternatives to
46   admission to hospital in these circumstances. Many cases of severe bipolar
47   depression could be managed in the community through CRHTTs provided an

CONFIDENTIAL
AZSER12751138

DRAFT FOR SECOND CONSULTATION

1   adequate risk assessment and management plan are devised. CRHTTs need to have
2   access to care plans for bipolar disorder , including those employing early warning
3   interventions, because they may be able to prevent admission for manic or
4   depressive episodes by providing a short period of intense home treatment when the
5   first characteristic symptoms of a manic or depressive episode arise (Morriss, 2004).
6   Even when patients with bipolar disorder are admitted to in patient units discharge
7   and leave from the in patient unit may be achieved earlier and more safely through
8   liaison between the in patient and crisis resolution and home treatment teams.

9   **5.6.2**       **Definition**
10   The GDG adopted the inclusion criteria developed by the Cochrane review of crisis
11   intervention for people with serious mental health problems (Joy *et al.*, 2002) was
12   selected by the GDG for review and further analysis.
13   team for studies of CRHTTs in the management of people with schizophrenia.
14
15   Crisis intervention and the comparator treatment were defined as follows:
16   • **crisis resolution**: any type of crisis-orientated treatment of an acute psychiatric
17   episode by staff with a specific remit to deal with such situations, in and beyond
18   'office hours'
19   • **standard care**: the normal care given to those suffering from acute psychiatric
20   episodes in the area concerned. This involved hospital based treatment for all studies
21   included.
22
23   The focus of the review was to examine the effects of CRHTT models for anyone with
24   serious mental illness experiencing an acute episode when compared to the 'standard
25   care' they would normally receive.

26   **5.6.3**       **Studies considered for review**
27   The Cochrane review of CRHTTs (Joy *et al.*, 2002) included 5 RCTs. The update
28   search undertaken for the NICE schizophrenia guideline [ref] found one RCT
29   (Fenton *et al.*, 1998) not included in the Cochrane review and suitable for inclusion,
30   and the search undertaken for the present guideline did not find any new studies.
31   Excluded studies with reasons for exclusion can be seen in Appendix 21.
32
33   Important characteristics of the included studies are in Table 7, with fuller details of
34   studies in Appendix 21.
35

CONFIDENTIAL
AZSER12751139

DRAFT FOR SECOND CONSULTATION

**Table 7 Summary of study characteristics for CRHTTs**

| | Vs standard inpatient care |
|---|---|
| **No studies (no participants)** | *7 studies (1207)* |
| **Study ID** | (1) FENTON1979<br>(2) FENTON1998<br>(3) HOULT1981<br>(4) JOHNSON2005<br>(5) MUIJEN1992<br>(6) PASAMANICK1964<br>(7) STEIN1980 |
| **Diagnosis** | (1) 41% schizophrenia; 29% manic depressive psychosis; 30 depressive neurosis<br>(2) 55% schizophrenia; 20% bipolar; 3% other<br>(3) 70% schizophrenia or related disorders, 30% other<br>(4) 30% depression; 25% schizophrenia; 13% personality disorders; 10% bipolar; 22% other<br>(5) 53% schizophrenia; 17% mania; 19% depression; 19% other<br>(6) 100% schizophrenia<br>(7) 50% schizophrenia |
| **Mean age (years)** | 35 -  mostly not given |
| **Setting** | (1)(2) Canada<br>(3) Australia<br>(4) (5) UK<br>(6) (7) US |
| **Follow-up** | 6 – 24 months |
| **Intervention** | (1)  Home assessment and treatment by multidisciplinary team, 24hour cover, included pharmacotherapy, psychotherapy and instruction in living skills<br>(2)  Counsellors and social workers, formal treatment avoided<br>(3)  Multidisciplinary team, 24 hour cover, providing medication, counselling, instruction in living skills, family interventions, support and education<br>(4) Acute 24 hour care<br>(5) Multidisciplinary team, 24 hour cover, instruction in living skills, problem solving, relative support, assistance with finance and housing.<br>(6) Multidisciplinary team, 24 hour cover, patient and carer support, pharmacotherapy<br>(7) Multidisciplinary team, 24 hour cover, patient and carer support, pharmacotherapy, coping skills taught. |

1

2    **5.6.4          Outcomes**

3    The following outcomes were extracted following the initial crisis: scores on the GAS
4    and BPRS, plus the number of patient's who died, were admitted to hospital,
5    arrested, imprisoned, attempted suicide and employed.  Scores on the BPRS and the
6    number of patient admitted to hospital were considered critical outcomes. Also, the
7    number leaving the study early for any reason was extracted.

8

9    *Clinical summary*

10   For people with serious mental health problems in an acute crisis, crisis resolution
11   and home treatment teams are superior to standard hospital based care in reducing
12   admissions and shortening stay in hospital, and appear to be more acceptable than
13   hospital based care for acute crises, and are less likely to lose contact with service
14   users. Crisis resolution and home treatment teams may also have a marginally better
15   effect on some clinical outcomes.

16

CONFIDENTIAL
AZSER12751140

DRAFT FOR SECOND CONSULTATION

1   An overview of the results is provided in Table 8 with the full evidence profile in
2   Appendix 22.
3
4   **Table 8 Summary evidence profile for crisis resolution and home treatment**
5   **teams in the management of bipolar disorder**

| | Crisis resolution and home treatment teams |
|---|---|
| **Evidence for efficacy (quality)** | Crisis resolution and home treatment teams are more effective than standard hospital care on some service-use outcomes some as hospitalisation, but clinical outcomes are inconclusive (low) |
| **Evidence for acceptability/harm (quality)** | Crisis resolution and home treatment teams are more acceptable to patients and appear to reduce death rates (low) |

6

7   **5.6.5        Health economic evidence**

8   Results from the Cochrane review on crisis intervention for people with severe
9   mental illness (Joy *et al*, 2004) indicated that CRHTTs were likely to be more cost-
10  effective than hospital care.  The NICE Schizophrenia Guideline (National
11  Collaborating Centre for Mental Health, 2002) suggested that CRHTTs were cost-
12  saving for at least year compared with standard care, and for at least 6 months
13  compared with hospital-based acute psychiatric treatment, although the cost-
14  effectiveness of CHRTTs was significantly reduced in the long term.
15
16  Two studies carried out in the UK met the inclusion criteria and were included in
17  this review (JOHNSON 2005a, MUIJEN 1992). MUIJEN (1992), based on a
18  randomized trial design, demonstrated that CRHTTs were significantly more cost-
19  effective than standard care, as they were slightly more effective and resulted in cost-
20  savings compared to standard care, from the view point of health and social services.
21  However, this cost difference between the two forms of care constantly decreased
22  after 12 months. In effect, in the long-term (45 months), there was no difference
23  between CRHTTs and standard care in terms of cost-effectiveness. Regarding
24  indirect costs, preliminary analysis suggested that there were no differences between
25  interventions.
26
27  JOHNSON(2005A) used a quasi-experimental design to assess the introduction of a
28  crisis resolution team in an area with well-established community mental health
29  teams. CRHTs were found to reduce admission rate in the 6 months following crisis
30  and increase patient satisfaction. However, no significant differences emerged in
31  terms of other outcomes such as clinical symptoms, social functioning and quality of
32  life; in addition, although mean health and social service costs per patient were lower
33  after the introduction of the service, this finding did not reach statistical significance.
34
35  In conclusion, CRHTTs are likely to be a cost-effective intervention in the UK in the
36  short run. However, in the long term they appear to be similar to standard care in
37  terms of cost-effectiveness.

38  **5.6.6        Clinical practice recommendations**

39  5.6.6.1  Crisis resolution and home treatment teams should be considered for people
40            with bipolar disorder as a means to:

CONFIDENTIAL
AZSER12751141

1       • manage crises in a home or community setting

2       • support early discharge from hospital following a period of inpatient care.

3       In this context, teams must pay particular attention to existing care plans,
4       which should be immediately available to the crisis team.

5   5.6.6.2  When delivering crisis care at home for patients with bipolar disorder,
6            particular attention should be given to managing risk, and monitoring
7            behavioural disturbance particularly in the case of mania, and the burden
8            on family and carers.

## 9   5.7    Day hospitals

10   **5.7.1     Introduction**

11   The review of day hospitals is divided into day hospitals for acute and non-acute
12   care.

13

14   The review updates that undertaken for the NICE schizophrenia guideline (National
15   Collaborating Centre for Mental Health, 2002) which was a re-analysis of a Health
16   Technology Assessment (Marshall *et al.*, 2001). No new studies were found. Of the 8
17   trials of non-acute day hospitals included in the original review, 4 were excluded
18   from the review undertaken for the schizophrenia guideline because more than 80%
19   of the participants had diagnoses other than schizophrenia. Three of these were
20   excluded from the present review for other reasons (BATEMAN1999; DICK1991,
21   PIPER) (see Appendix 21).

22

23   Outcomes included scores on the BPRS, burden on relatives (IPD-SBAS) and the
24   GAS, plus the number hospitalised, in employment or died, and the number of days
25   spent in hospital. The number leaving the study early for any reason was also
26   extracted. The number of patients that were hospitalised was considered to be the
27   critical outcome.

28   **5.7.2     Acute day hospitals**

29   Given the substantial costs and high use of in patient care, the possibility of day
30   hospital treatment programmes acting as an alternative to acute admission gained
31   credence in the early 1960s in United States (Kris, 1965; Herz *et al*, 1971) and later in
32   Europe (Wiersma *et al*, 1989) and the UK (Dick *et al*, 1985; Creed *et al*, 1990).
33   However, there is no specific evidence that acute day hospitals act as an effective
34   alternative to in patient admission for either mania or severe depression. In fact RCTs
35   evaluating the effectiveness of acute day hospitals have either excluded patients with
36   mania altogether (Creed *et al*, 1997) or contain very few patients with a diagnosis of
37   bipolar disorder (Dick *et al*, 1985; Sledge *et al*, 1996). Patients with mania may be very
38   difficult to treat in an acute day hospital because of their overactivity, disinhibition
39   and lack of the need to sleep. Acute day hospitals do not provide the round the clock
40   support to carers when crisis resolution and home treatment services cannot manage
41   people who are acutely ill with bipolar disorder.  Similarly, acute day hospitals may
42   not be a safe alternative to acute inpatient care for patients who are aggressive or
43   disinhibited. Provided these caveats are observed, there may be a role for acute day

CONFIDENTIAL
AZSER12751142

DRAFT FOR SECOND CONSULTATION

1 hospitals as an alternative to admission for people with bipolar disorder, especially
2 in severe depression.

3 *Definition*

4 Acute psychiatric day hospitals were defined by the GDG as units that
5 provided 'diagnostic and treatment services for acutely ill individuals who
6 would otherwise be treated in traditional psychiatric inpatient units'. Thus, trials
7 would only be eligible for inclusion if they compared admission to an acute day
8 hospital with admission to an inpatient unit. Participants were people with
9 acute psychiatric disorders (all diagnoses) who would have been admitted to
10 inpatient care had the acute day hospital not been available. Studies were excluded if
11 they were largely restricted to people who were under 16, or over 65, years of age,
12 or to those with a primary diagnosis of substance misuse and/or organic
13 brain disorder.

14 *Studies reviewed*

15 Important characteristics of the included studies are in Table 9, with fuller details of
16 studies in Appendix 21, which also lists excluded studies with reasons for exclusion.
17

CONFIDENTIAL
AZSER12751143

DRAFT FOR SECOND CONSULTATION

1  **Table 9 Summery of study characteristics for acute day hospitals in the**
2  **management of bipolar disorder**

| | vs. inpatient care |
|---|---|
| *No. of trials (No. of participants)* | *6 RCTs* *(808)* |
| **Study ID** | (1) CREED1990 (2) CREED997 (3) DICK1985 (4) HERZ1971 (5) KRIS1965 (6) SLEDGE1996A |
| **Diagnosis** | (1) 24% schizophrenia 51% other; 25% mood disorder – excluded if too ill (2) 38% schizophrenia , 30% mood disorder%,32% other  - excluded if too ill (3)  58% depression, 42% other (4) 36% schizophrenia, 64% other (5) 100% psychotic illness (not specified) (6) 39% schizophrenia, 52% mood disorder, 9% other |
| **Mean age** | (1) 42 (2) 38 (3) 35 (4) 32 (5) No information (6) 33 |
| **Intervention** | (1) Staffed by 8 nurses and 3 occupational therapists (2) No details given (3)  2 trained staff + occupational therapist, individual counselling, groups, activities and medication (4) Group orientated, week days only (5) Group and milieu orientated, weekday afternoons only (6) Respite programme + "back up" bed if necessary. (Day hospital is a 20 patient facility with doctors, nurses, social workers, therapists; open 9-3pm Mondays to Fridays. Emphasis in group work, control of symptoms and improvement of daily skills). |
| **Comparison treatment** | Standard inpatient care (6) 36 bed unit staffed by doctors, nurses, psychologist and mental health workers, a very active programme. |
| **Setting** | (1) (2) (3)  UK (4) (5) (6)  US |
| **Follow up** | 2- 24 months |

3

4  *Clinical summary for acute day hospitals*

5  Although there is reasonable evidence that acute day hospital care is a viable
6  alternative to inpatient care for other patients with serious mental illness, there is
7  virtually no evidence to support the use of acute day hospital care for mania. The
8  reluctance to include patients with mania in evaluations of acute day hospital reflects
9  the fact that acute day care is an inadequate replacement for acute inpatient care
10 because of the needs of the patient with mania and their carer for round the clock
11 care.  Acute day hospital care is unsuitable for patients displaying aggressive or
12 disinhibited behaviour. Acute day hospital care may be an alternative to acute
13 inpatient care for severe bipolar depression or for the management of rapid cycling
14 bipolar disorder marked by severe depression and hypomania rather than mania. A
15 summary of the evidence profile is in Table 10 with the full evidence profile in
16 Appendix 22.
17

CONFIDENTIAL
AZSER12751144

DRAFT FOR SECOND CONSULTATION

1 **Table 10 Summary evidence profile for acute day hospitals in the management**
2 **of bipolar disorder**

| | vs. inpatient care |
|---|---|
| Evidence for efficacy (quality) | Some evidence that day hospitals more effective than inpatient care on mixed SMI populations (low), but inconclusive on most outcomes (low) |
| Evidence for harm (quality) | Inconclusive (low) |

3

4 *Health economic evidence*

5 The evidence provided in the Health Technology Assessment by Marshall *et al* (2001) and
6 the NICE Schizophrenia Guideline (National Collaborating Centre for Mental Health,
7 2002) suggested that day hospital care was probably more cost-effective than
8 inpatient care for the management of patients with acute psychiatric disorders. On
9 the other hand, there was insufficient evidence on the cost-effectiveness of day care
10 centres relative to outpatient care.

11

12 The economic review for this guideline identified one study that met the eligibility
13 criteria (CREED1997). The study compared day hospital care to routine inpatient care
14 for patients with acute psychiatric illness. The economic analysis was conducted
15 alongside a RCT. A broad societal perspective was adopted, including patient and
16 carer expenses as well as productivity losses. The two interventions assessed were
17 shown to result in similar clinical and social outcomes, except that the burden on
18 carers was significantly less in the day hospital group; nevertheless, acute day
19 hospital care was associated with significant cost savings compared to inpatient care
20 (one year median societal cost per patient £2,880 versus £5,931 respectively, p =
21 0.001; 1994/95 prices).

22

23 The existing evidence suggests that acute day hospital care is likely to be more cost-
24 effective than routine inpatient care in the UK.

25 **5.7.3          Non-acute day hospitals**

26 *Introduction*

27 There are some people with chronic residual or persistent bipolar depressive
28 episodes punctuated by brief periods of hypomania who may be helped by non-
29 acute day hospital care providing rehabilitative approaches to improve function,
30 psychotherapy for residual depression or comorbid non-bipolar psychiatric disorder,
31 or to shorten the length of an acute hospital admission for a bipolar depressive
32 episodes (Perugi *et al*, 2002; Kallert *et al*, 2004).   However surveys of people with
33 bipolar disorder (for example, Morselli *et al*, 2003) and service data examining
34 contacts of people with bipolar disorder reveal relatively little use of non-acute day
35 hospitals by people with bipolar disorder (Mbaya *et al*, 1998).

36

37 *Definition*

38 For this review, and following the Cochrane review by Marshall at al. (2001),
39 the GDG agreed the following definitions for non-acute day hospitals, in so far
40 as they apply to people with serious mental health problems, including people
41 with bipolar disorder:

42

CONFIDENTIAL
AZSER12751145

DRAFT FOR SECOND CONSULTATION

1 • day care centres were defined as "psychiatric day hospitals offering continuing care
2 to people with severe mental disorders"
3 • standard outpatient care.

4 *Studies considered*

5 Important characteristics of the included studies are in Table 11, with fuller details of
6 studies in Appendix 21, which also lists excluded studies with reasons for exclusion.

7

8

| Table 11 Summary of study characteristics for non-acute day hospitals | | |
|---|---|---|
| | **Day care centres vs outpatient care** | **Transitional day hospital vs outpatient care** |
| *No. studies (No. of participants)* | *3 RCTs (272)* | *1 RCT (79)* |
| **Study IDs** | (1) LINN1979<br>(2) MELTZOFF1966<br>(3) WELDON1979<br>(4) TYRER1979 | (1) GLICK1986 |
| **Diagnosis** | (1) 100% schizophrenia.<br>(2) 91% schizophrenia, 4% affective, 6% neurotic.<br>(3) 100% schizophrenia.<br>(4) 73% Depression, 10% Anxiety, 17% other | 47% schizophrenia , 53% major affective disorder |
| **Mean age** | 37-41<br>(4) 16-60 | 35 |
| **Intervention** | (1) Employed social workers and physicians<br>and offered: recreational activities, group therapy, counselling, occupational therapy, and medication follow up.<br>(2) Individual & group psychotherapy & medication.<br>(3) Group & goal-directed therapy<br>(4) Two different types of day hospital: one specialiasing in neurotic disirders (well staffed with psychotherapeutic orientation) and the other a standard day hospital (psychiatrists, nurses, occupationanal and art therapists | Milieu, family, supportive & group therapy,) medication; care management; recreation & dance therapy; discharge planning. |
| **Comparator treatment** | (1) OP drug management from same physicians offering medication follow up in<br>(2) Standard OP care<br>(3) Psychotherapy oriented OP care.<br>(4) Standard OP care | OP follow-up involving: group therapy, medication management; 24 hr crisis intervention. |
| **Setting** | US<br>(4) UK | US |
| **Follow up** | 3-24 months | 12 months |

9

10 *Clinical summary*

11 Apart from a relatively small group of people with bipolar disorder with chronic or
12 residual depression with or without other psychiatric disorder such as anxiety
13 disorders, obsessive compulsive disorder or substance abuse, there appears to be
14 little role for non-acute day hospitals in bipolar disorder. When there is a role it is
15 usually for one of three reasons; to provide rehabilitation in people with impaired
16 function, to deliver structured psychotherapy or to maintain contact and monitor

CONFIDENTIAL
AZSER12751146

DRAFT FOR SECOND CONSULTATION

1  patients to shorten the length of an acute admission for bipolar depression. Overall
2  there is little evidence to support the delivery of these treatment approaches in a day
3  hospital as opposed to other forms of community care delivering rehabilitation,
4  psychotherapy or monitoring the patient's mental state. A summary of the evidence
5  profile is in Table 12 with the full profile available in Appendix 22.

6

7  **Table 12 Summary evidence profile for non-acute day hospitals**

|  | Day care centres vs outpatient care | Transitional day hospital vs outpatient care |
|---|---|---|
| Evidence for efficacy (quality) | Inconclusive (low) | Inconclusive (low) |
| Evidence for harm (quality)* | Inconclusive (low) | Inconclusive (low) |

8

9  *Health economic evidence*

10  No evidence on the cost-effectiveness of non-acute day hospitals was identified by
11  the systematic search of the literature.

12  **5.7.4        Clinical practice recommendations**

13  5.7.4.1 Acute day hospitals should be considered for the provision of acute care, both
14          as an alternative to acute admission to inpatient care and particularly
15          to facilitate early discharge from inpatient care. The degree of risk to the
16          patient or others, level of behavioural disturbance, and the burden to family
17          and/or carer(s) should be considered.

18  # 5.8    Services for children and adolescents

19  **5.8.1        The process and provision of care**
20  The process of care and provision of treatment for children and adolescents should
21  take account of the four-tier model of Child and Adolescent Mental Health Service
22  (CAMHS) organisation and delivery (NHS Health Advisory Service, 1995). This is
23  consistent both with the current organisation of CAMHS in England and Wales and
24  with the 'National Service Framework (NSF) for Children, Young People and
25  Maternity Services' across both jurisdictions.
26
27  Interventions for children and adolescents with bipolar disorder will usually be
28  provided by child and adolescent mental health services with expertise in managing
29  psychiatric disorder (CAMHS tiers 2/3 and 4). However, children and adolescents
30  also require help from non-specialist health, social work and education services,
31  referred to as tier 1 CAMHS. Services may have tiers that are structural, functional or
32  both, i.e. some CAMHS have a combined tier 2 and 3 service with single referral
33  point, others may provide tier 2 as a stand alone service.
34
35  Tier 1 services include those that have direct contact with children and adolescents
36  for primary reasons other than mental health. These include general practitioners,
37  health visitors, school nurses, paediatricians, social workers, teachers, youth workers,
38  and juvenile justice workers. They are the first point of contact with the
39  child/adolescent presenting with mental health problems. At this level, an important
40  role is to detect those at high risk for bipolar disorder and those who are presenting

CONFIDENTIAL
AZSER12751147

DRAFT FOR SECOND CONSULTATION

1   with depression or mania so that these children and adolescents can be referred to
2   specialist CAMHS at tiers 3 or 4.
3
4   Tier 2 CAMHS is provided by specialist trained mental health professionals, working
5   primarily in a community based setting alongside tier 1 workers. This facilitates
6   consultation to tier 1 workers, prompt assessment of children within the tier 1 setting
7   and the identification of young people requiring referral to more specialist services.
8   Tier 2 professionals are usually closely linked or embedded in tier 3 services, thereby
9   facilitating timely access to the specialist CAMHS.
10
11  Tier 3 services are multidisciplinary teams of specialist CAMHS professionals
12  working in (secondary care) specialist CAMHS facilities. They should provide
13  specialist co-ordinated assessments and treatments including a full range of
14  appropriate psychological and pharmacological interventions. Children and
15  adolescents presenting with mania, mixed affective states or moderate to severe
16  depression should be assessed by tier 3 specialist CAMHS. Outreach services should
17  be available to those young people who as a result of their presentation are unable to
18  access the clinic base of the tier 3 service and to young people who require outreach
19  work as part of an outpatient treatment plan.
20
21  Tier 4 services are highly specialised tertiary CAMHS in inpatient, day patient or
22  outpatient settings for children and adolescents with severe and/or complex
23  problems requiring a combination or intensity of interventions that cannot be
24  provided by tier 3 CAMHS. In general, referral to tier 4 usually comes from tier 3
25  CAMHS professionals.
26
27  A child or adolescent presenting with possible bipolar disorder will usually require
28  assessment and treatment by tier 3 or 4 services. If young people require admission
29  to hospital because they cannot safely be managed in the community, they should
30  usually be discharged back to tier 3 CAMHS or outreach services following tier 4
31  intervention.

32  **5.8.2        Emergency care services for children and adolescents with bipolar**
33  **disorder**
34  Young people presenting with mania, mixed affective episodes or severe depression
35  may require emergency care. Children and adolescents under 16 years of age who
36  present to emergency services should be triaged, assessed and treated by
37  appropriately trained children's nurses and doctors in a separate children's area of
38  the emergency department. Triage nurses should be trained in the assessment and
39  early management of mental health problems in young people. The consent of the
40  parent (or other legally responsible adult) should be obtained prior to mental health
41  assessment. In addition, special attention should be paid to issues of confidentiality,
42  the young person's consent (including Gillick competence), child protection, the
43  Children Acts (1989 and 2004) and the use of the Mental Health Act (1983). For this
44  reason, it is important that staff who have contact with children presenting in an
45  emergency, have been adequately trained to assess mental capacity in children of
46  different ages and to understand how issues of mental capacity and consent apply to
47  this group. In addition emergency department staff should have access at all times to
48  specialist CAMHS advice about the clinical management of the young person, and
49  access to legal advice in relation to assessment and treatment decisions.
50

CONFIDENTIAL
AZSER12751148

DRAFT FOR SECOND CONSULTATION

1    *Models of Care*

2    Variants of the 'Stepped Care' and 'Chronic Care' models may be applied to the
3    assessment and treatment bipolar disorder in children and adolescents. The current
4    organisation of CAMHS function into 4 tiers is effectively a 'stepped care ' approach.
5    The higher steps (tiers 3 and 4) involve increasing specialisation and will be required
6    for the assessment and treatment of bipolar disorder in children and adolescents. The
7    'chronic care' model requiring systematic follow-up of all patients will be required
8    for all children and adolescents diagnosed with bipolar disorder. This will share
9    many of the features outlined in the care of adults with bipolar disorder. However,
10   the child and adolescent with bipolar disorder will usually be living with and
11   dependant on parents/carers, and treatment plans must involve parents/carers as
12   well the young person. Regular appointments should be offered to parents/carers
13   with responsibility for the child or adolescent, and consideration given to the
14   involvement of siblings and other family members in structured psychoeducation
15   programmes. In addition to this, children and adolescents with bipolar disorder
16   should be offered individual appointments with a healthcare professional separate to
17   those with their family members or carers. Liaison with the school, college or other
18   education setting is integral to the successful management of bipolar disorder in
19   children and adolescents. Consent to contact school/college must be obtained from
20   the young person and the parent/carer with parental responsibility.

21

22   In some parts of England the Early Intervention Service (EIS) for first episode
23   psychosis will have a role in the assessment and treatment of a young person over 14
24   years old with bipolar disorder. In some cases the EIS will take over the clinical care
25   early in the diagnostic process. In other cases the EIS may work jointly with specialist
26   CAMHS in co-ordinating and providing care and treatment to the young person and
27   his/her family or carers. However in many areas of England and across Wales, the
28   ongoing care will be carried out by specialist CAMHS (tiers 3 and 4).

29   **5.8.3          Interface between CAMHS and adult Services**
30   In the case of children and adolescents with a diagnosis of bipolar disorder, case
31   management should usually remain with specialist CAMHS until the 18th birthday,
32   after which care will usually be transferred to adult mental health services.
33   Increasingly however, some adolescents may be in the care of specialist early
34   intervention services (with both CAMHS and adult clinicians( where the
35   management of the bipolar disorder may continue beyond the 18th birthday.
36
37   Where early intervention services are not in place joint protocols need to be in place
38   and agreed by CAMHS and Adult Mental Health Services in order to ensure smooth
39   transition of care of adolescents with a diagnosis of bipolar disorder, from CAMHS
40   to adult services at age 18 years. Handover of care should be discussed with and
41   agreed by the adolescent and family in advance of the 18th birthday. If necessary,
42   case notes from the CAMHS team should be made available to the Adult Mental
43   Health Services and with the agreement of the adolescent and his/her family, a
44   handover meeting should be arranged using the Care Programme Approach (CPA).
45   The General Practitioner should be involved and kept informed of the handover
46   process. Consent should be sought from the adolescent to liaise with any other
47   statutory and non-statutory agencies involved in providing care and support. Some
48   of these agencies continue support across the age range into early adulthood and can
49   provide some continuity in the process of transition.

CONFIDENTIAL
AZSER12751149

DRAFT FOR SECOND CONSULTATION

| 1 | **5.8.4        Inpatient treatment** |
|---|---|
| 2 | Inpatient treatment will need to be considered in cases of severe depression, mania |
| 3 | and mixed affective states when the adolescent presents a significant risk to self or |
| 4 | others through suicidal behaviour or reckless acts and/or needs intensive |
| 5 | assessment, treatment or supervision not available elsewhere. As in the case of |
| 6 | adults, young people with mania or mixed affective episodes have lots of energy and |
| 7 | can behave in reckless, disinhibited, aggressive and unpredictable ways. The risk of |
| 8 | suicide is high. Alternatives to inpatient treatment include treatment as a day patient |
| 9 | or the provision of more intensive community treatment such as assertive outreach |
| 10 | or home based treatment services. The treatment setting will need to take into |
| 11 | account the issues of risk as well as the individual and family needs and |
| 12 | circumstances in each case. |
| 13 | |
| 14 | When inpatient treatment is required for children and adolescents with bipolar |
| 15 | disorder, admission should be to age-appropriate facilities which have the capacity |
| 16 | to provide education and related activities. The provision of psychiatric inpatient |
| 17 | units for children and adolescents within England and Wales is variable (O'Herlihy |
| 18 | *et al* 2003). There is evidence that in the absence of appropriate provision, some |
| 19 | young people are admitted to adult mental health wards or paediatric wards |
| 20 | (Gowers *et al* ,2001). Both the English and Welsh NSF for Mental Health of adults of |
| 21 | working age state the need for clear protocols of care when an adolescent is admitted |
| 22 | to an adult ward. The NSF in Wales states that nobody under 18 years should be |
| 23 | admitted to an adult ward, but states the need for clear protocols of care if admission |
| 24 | is unavoidable. If initial admission to an adult mental health ward is unavoidable, |
| 25 | the young person should be transferred to an adolescent inpatient unit at the earliest |
| 26 | opportunity. Sometimes admission to a adult ward may be the safest alternative, in |
| 27 | which case, in order to ensure child protection, one-to-one nursing care and |
| 28 | supervision should be provided. |
| 29 | |
| 30 | When inpatient treatment is indicated, professionals need to involve the child or |
| 31 | adolescent and their family in the admission and treatment process whenever |
| 32 | possible. Commissioners should ensure that inpatient treatment is available within |
| 33 | reasonable travelling distance to enable the involvement of families and maintain |
| 34 | social and community links. Inpatient services need to have range of treatments |
| 35 | available including medication, individual and group psychological interventions |
| 36 | and family support. |
| 37 | |
| 38 | Planning for after care arrangements should take place prior to admission or as early |
| 39 | as possible during an admission and should be based on the Care Programme |
| 40 | Approach. |
| 41 | |
| 42 | It is desirable to admit young people with the informed consent of both the patient |
| 43 | and those with parental responsibility, not least because the success of any treatment |
| 44 | approach significantly depends on the development of a positive therapeutic alliance |
| 45 | between the child, the family and the inpatient team. However, there will be times |
| 46 | when the professionals consider admission to be necessary, but either the young |
| 47 | person or family do not consent.  A child has the right to consent to treatment |
| 48 | without involving the consent of parents after the 16th birthday, or younger, if |
| 49 | deemed 'Gillick competent.' If a young person below 18 years of age refuses |
| 50 | treatment, but the parent (or guardian), believes strongly that treatment is desirable, |

CONFIDENTIAL
AZSER12751150

DRAFT FOR SECOND CONSULTATION

1  then the young person's wishes may be overruled. Whilst the use of parental consent
2  to admission and treatment is legal, it is now considered good practice to consider,
3  the use of the Mental Health Act 1983 as it includes safeguards such as involvement
4  of other professionals, a time limit and a straightforward procedure for appeals and
5  regular reviews. Alternative legislation under the Children Act 1989 includes using a
6  Care Order (Section 31), a Specific Issue Order (Section 8) or a Wardship Order.
7
8  The professionals involved in assessing children or young people for possible
9  inpatient admission should be specifically trained in issues of consent and capacity,
10 the use of current mental health legislation and the use of child care legislation as it
11 applies to this group of patients.

## 5.9   Clinical practice recommendations

13 5.9.1.1  For children and adolescents who are at risk of suicide or other serious harm
14         as a consequence of bipolar disorder, admission as an inpatient or day
15         patient, or the provision of more intensive community treatment, should be
16         considered.

17 5.9.1.2  For children and adolescents with bipolar disorder who require inpatient care
18         this should be provided in specialist units, designed specifically for young
19         people, that are able to provide an age-appropriate setting and support the
20         educational, social and personal needs of the child or adolescent.

21 5.9.1.3  Healthcare professionals working in specialist services with children and
22         adolescents with bipolar disorder should:

23

24         o   be familiar with local and national guidelines on confidentiality and
25             the rights of the child

26         o   ensure appropriate consent is obtained considering the adolescent's
27             position (including Gillick competence), parental consent and
28             responsibilities, child protection matters, and the use of the Mental
29             Health Act and of the Children Act (1989)

30

CONFIDENTIAL
AZSER12751151

# 6 The process of care and provision of services in the management of bipolar disorder – specialist services

## 6.1 Introduction

The National Strategic Framework for Mental Health (Department of Health, 1999) and subsequent NHS plan created a range of new services for people with severe mental illness, namely assertive community treatment/ outreach teams, early intervention services, gateway primary care workers and graduate primary care mental health workers. These services are now found in most parts of England but less frequently in Wales. In addition, NHS Mental Health Trusts have traditionally run lithium clinics and along with other providers, such as the voluntary sector, also run supported employment or pre-vocational employment schemes. With the exception of lithium clinics, these services are not targeted at the specific needs of people with bipolar disorder. However, there are many people with bipolar disorder who might benefit and receive such services. Therefore, this chapter includes reviews of:

Assertive community treatment/assertive outreach teams
Vocational rehabilitation
Early intervention services
Organisational developments
Lithium clinics.

### 6.1.1 Presenting the evidence

Systematic reviews of the evidence are based on the searches described in chapter 6, supplemented with additional narrative as necessary. Relevant characteristics of all included studies are in Appendix 21, together with a list of excluded studies with reasons for exclusion. These are presented for each topic covered in this chapter. To aid readability, summaries of the study characteristics are included below, followed by a summary of the evidence profile, which can be seen in full in Appendix 22. In all of these, studies are referred to by a study ID (primary author in capital letters and year of study publication, except where a study is *in press* or only submitted for publication, then a date is not used).

Based on the GRADE methodology outlined in chapter 2, the quality of the evidence is summarised in the evidence profiles and summary of the evidence profiles as follows:

High = Further research is very unlikely to change our confidence in the estimate of the effect;

CONFIDENTIAL
AZSER12751152

DRAFT FOR SECOND CONSULTATION

1  Moderate = Further research is likely to have an important impact on our confidence
2  in the estimate of the effect and may change the estimate;
3
4  Low = Further research is very likely to have an important impact on our confidence
5  in the estimate of the effect and is likely to change the estimate;
6
7  Very low = Any estimate of effect is very uncertain.

## 8  6.2    Assertive community treatment/assertive outreach
## 9         teams

10  **6.2.1        Introduction**
11  Assertive Community Treatment (ACT), usually known as assertive outreach teams
12  (AOT) in the UK, is a method of delivering treatment and care for people with
13  serious mental health problems in the community (Thompson, 1990). First developed
14  in the 1970s as a means of preventing or reducing admission to hospital, the model of
15  care has since been defined and validated, based upon the consensus of an
16  international panel of experts (McGrew, 1994; McGrew, 1995). Assertive Community
17  Treatment is now a well-defined model of service delivery with relatively clearly
18  defined aims:

19  • to keep people with serious mental health problems in contact with services

20  • to reduce the extent of hospital admissions (and cost)

21  • to improve outcomes (particularly quality of life and social functioning).

22  **6.2.2        Definition**
23  To evaluate the effects of AOT/ACT, a recent systematic review of ACT (Marshall &
24  Lockwood, 2002) was selected, which identified key elements of ACT, including:

25  • a multidisciplinary team-based approach to care (usually involving a psychiatrist
26  with dedicated sessions)

27  • care is exclusively provided for a defined group of people (those with
28  serious mental illness)

29  • team members share responsibility for clients, so that several members may work
30  with the same client, and members do not have individual caseloads (unlike case
31  management)

32  • ACT teams attempt to provide all the psychiatric and social care for each client
33  rather than referring on to other agencies

34  • care is provided at home or in the work place, as far as this is possible

35  • treatment and care is offered assertively to uncooperative or reluctant service users
36  ('assertive outreach')

37  • medication concordance is emphasised by ACT teams.

CONFIDENTIAL
AZSER12751153

DRAFT FOR SECOND CONSULTATION

1   The GDG adopted the definition of ACT used by Marshall & Lockwood
2   (1998), which followed a pragmatic approach based upon the description given in
3   the trial report. For a study to be accepted as ACT, Marshall and Lockwood
4   required that the trial report had to describe the experimental intervention as
5   'Assertive Community Treatment, Assertive Case Management or PACT; or as being
6   based on the Madison, Treatment in Community Living, Assertive
7   Community Treatment or Stein and Test models.'

8   Assertive Community Treatment and similar models of care are forms of long-term
9   interventions for those with severe and enduring mental illnesses. Thus, the review
10   did not consider the use of ACT as an alternative to acute hospital admission. The
11   review also excluded studies of 'home-based care', as these were regarded as forms
12   of crisis intervention, and are reviewed with crisis resolution and home treatment
13   teams below.

14   **6.2.3        Studies considered for review**
15   This review updates that undertaken for the NICE schizophrenia guideline
16   (NCMMH, 2002) which was based on the review by Marshall and Lockwood (1998).
17   The update search undertaken for the schizophrenia guideline located 2 additional
18   studies (CHANDLER 1997; FEKETE1998) and the update search undertaken for the
19   present guideline found a further 2 (DEKKER2002, DRAKE 1998). Studies included
20   had to conform to the definition of ACT given above, and comparator treatments
21   were: standard community care, hospital-based rehabilitation or case management.
22   Inclusion criteria were widened to include populations with serious mental illness
23   since no study included all patients with a diagnosis of bipolar disorder.

24   Altogether 69 trials were identified from searches of electronic databases, with 23
25   meeting the eligibility criteria set by the GDG. Excluded studies with reasons for
26   exclusion can be seen in Appendix 21.
27
28   Important characteristics of the included studies are in Table 3, with fuller details of
29   studies in Appendix 21.

30

CONFIDENTIAL
AZSER12751154

DRAFT FOR SECOND CONSULTATION

### Table 13 Summary of study characteristics for ACT/AOT

| | Vs standard care | Vs hospital-based rehabilitation | Vs case management |
|---|---|---|---|
| *No. studies (No. participants)* | *13 RCTs (2188)* | *4 RCTs (286)* | *6 RCTs (841)* |
| **Study ID** | (1) ABERG1995<br>(2) AUDINI1994<br>(3) BOND1988<br>(4) BOND1990<br>(5) DEKKER2002<br>(6) FEKETE1998<br>(7) HAMPTON1992<br>(8) HERINCKX1997<br>(9) LEHMAN1997<br>(10) MORSE1992<br>(11) QUINLIVAN<br>(12) ROSENHECK1993<br>(13) TEST1991 | (1) CHANDLER1997<br>(2) DECANGAS1994<br>(3) LAFAVE1996<br>(4) MARX1973 | (1) BUSH1990<br>(2) DRAKE1998<br>(3) ESSOCK1995<br>(4) JERRELL1995<br>(5) MORSE1997<br>(6) QUINLIVAN1995 |
| **Diagnosis** | (1) 88% schizophrenia; 12% psychotic illness<br>(2) 30% schizophrenia; 70% other<br>(3) 61% Schizophrenia, 39% other<br>(4) 37%schizophrenia; 29% schizoaffective 22% affective disorder; 12% other<br>(5) 100% schizophrenia<br>(6) 48% schizophrenia; 32% affective disorders; 20% other<br>(7) 42% schizophrenia. 58% other<br>(8) 60% psychotic illness; 40% affective disorders<br>(9) 58% schizophrenia; 27% bipolar; 11% depressive disorder; 18% schizoaffective disorder,16% other<br>(10) 66% schizophrenia; 13% bipolar disorder, 15% major depressive disorder, 12% psychotic<br>(11) 23% bipolar, 68% schizophrenia<br>(12) 50% schizophrenia; 16% bipolar; 34% other<br>(13) 74% schizophrenia; 26% schizoaffective disorder. | (1) 61% schizophrenia; 34% schizoaffective disorder; 5% other<br>(2) SMI<br>(3) 57% schizophrenia, 17% personality disorder<br>(4) 80% schizophrenia; 20% other | (1) 86% schizophrenia; 7% bipolar disorder; 7% personality disorder<br>(2) 54% schizophrenia; 22% schizoaffective disorder; 24% bipolar (all SUD)<br>(3) 67% schizophrenia; other 23%<br>(4) Psychotic illness or affective disorder (n's not given)<br>(5) 68% schizophrenia; 15% depression; 13% bipolar; 12% psychosis.<br>(6) 68% schizophrenia; 23% bipolar |
| **Intervention** | Case management based | Case management based | Case management based |
| **Comparison** | Standard community care (4) provided by a drop in centre | (2) Standard inpatient care followed by standard community care<br>(3) Standard inpatient or community care | (1) Low intensity case management<br>(3) High intensity case management |
| **Mean age (years)** | 23-40 | 29-36 or not given | 34-41 |
| **Setting** | Sweden, UK, US, Holland, | US, Canada | US |

Management of bipolar disorder: Full Guideline – **DRAFT** (February 2006)          Page 132 of 341

314

CONFIDENTIAL<br>AZSER12751155

DRAFT FOR SECOND CONSULTATION

| Follow-up | 12-36 months | 6-24 months | 18-36 |
|---|---|---|---|
| Problems with trial affecting efficacy assessments | (2) Sample recruited from a previous study of ACT (10) problems with randomisation | | |

1

2  *Clinical summary*

3  Caution is necessary in the interpretation and translation of these findings for
4  application in a UK context since most of the evidence is based on studies
5  undertaken in the US. Also, only 9% of the patients in these studies had a diagnosis
6  of bipolar disorder, and there is no specific evidence that ACT or AOT is more or less
7  effective in bipolar disorder than other types of serious mental illness. When
8  AOT/ACT is targeted on people who tend not to receive services and have little
9  social support or help, such as the homeless, improvements in areas such as quality
10 of life will be from a very low baseline. Generalising such findings to people with
11 much better access to services and/or better social support is problematic.
12 AOT/ACT teams may need to consult with experts in the assessment and
13 management of bipolar disorder for some patients who are not responsive to first or
14 second-line treatments.With these caveats in mind, this review found evidence that,
15 for people with severe mental disorders, ACT, when compared with standard care, is
16 more likely to improve contact with services and decrease the use of hospital
17 services. A summary of the evidence profile is in Table 14 with the full profile
18 available in Appendix 22.

19

20 **Table 14 Summary of evidence profile for AOT/ACT**

| Comparator | Vs standard care | Vs hospital-based rehabilitation | Vs case management |
|---|---|---|---|
| % Bipolar | 9% bipolar disorder | 0% bipolar disorder | 11% bipolar disorder |
| Evidence for psychiatric outcomes (quality) | AOT/ACT is more effective than standard care on some outcomes (reduced admission, living independently) otherwise evidence is inconclusive or there is unlikely to be a difference (all low) | AOT/ACT is more effective than hospital-based rehabilitation on most outcomes (low) | Other than on mean number of days in stable accommodation, there was no difference between AOT/ACT and case management (low) |
| Evidence for other outcomes (quality) | Fewer people receiving AOT/ACT were lost to follow-up; other outcomes unlikely to be a difference (all low) | Inconclusive (very low) | Fewer people receiving case management lost contact with services (low) |

21 **6.2.4        Health economic evidence**

22 The Cochrane review by Marshall & Lockwood (1998) and the NICE Schizophrenia
23 Guideline (National Collaborating Centre for Mental Health, 2002) reported evidence
24 suggesting that, from a health service perspective, ACT was likely to be cost-
25 effective, if correctly targeted on high users of inpatient care. Nevertheless, none of
26 the studies included in the above reviews were conducted in the UK. The economic
27 review undertaken for this guideline identified one study meeting the eligibility
28 criteria that was conducted in the UK (HARRISON-READ 2002). The study
29 compared ACT with standard community care. The economic analysis was
30 conducted alongside a RCT and adopted the NHS perspective. No difference was
31 found between the two interventions in terms of costs and outcomes.

CONFIDENTIAL
AZSER12751156

1
2  There is limited evidence that ACT is likely to be similar to standard community care
3  in terms of cost-effectiveness in the UK.

4  **6.2.5**      **Clinical practice recommendation**

5  6.2.5.1  Assertive community treatment should be considered for people with bipolar
6           disorder, particularly those who make high use of inpatient services
7           and who have a history of poor engagement with services leading to
8           frequent relapse and/or social breakdown (as manifest by homelessness or
9           seriously inadequate accommodation).

10  # 6.3   Vocational rehabilitation

11  **6.3.1**      **Introduction**
12  Surveys from patient organisations show both a great discrepancy between the
13  educational achievements of people with bipolar disorder and their employment
14  status (MDF The BiPolar Organisation, 2001; Morselli *et al*, 2003). Furthermore work
15  is seen by people with bipolar disorder as an important way of staying well (Russell
16  and Browne, 2005), providing regular structure to the day, normalising everyday life
17  to combat stigma, providing social contact and increasing income.  In contrast the
18  persistence of mood symptoms, comorbid personality disorder and poor level of
19  interpersonal social functioning may limit employment opportunities in bipolar
20  disorder (Gitlin *et al*, 1995; Hammen *et al*, 2000).  A specific issue for people with
21  bipolar disorder is the degree to which they feel able to recognise and prevent or
22  manage acute bipolar episodes because interventions which teach people with
23  bipolar disorder to recognise and manage early symptoms of bipolar disorder have
24  shown improved work performance (Perry *et al*, 1999; Lam *et al*, 2003).

25  **6.3.2**      **Definitions**
26  For this review, the GDG used the following definitions for Pre-vocational Training,
27  Supported Employment, modifications of vocational rehabilitation and standard
28  care:

29  **Pre-vocational Training**: any approach to vocational rehabilitation in which
30  participants were expected to undergo a period of preparation before being
31  encouraged to seek competitive employment. This preparation phase could involve
32  either work in a sheltered environment (such as a workshop or work unit), or some
33  form of pre-employment training or transitional employment. This included both
34  traditional (sheltered workshop) and Clubhouse approaches.

35  **Supported Employment**: any approach to vocational rehabilitation that attempted to
36  place clients immediately in competitive employment. It was acceptable for
37  Supported Employment to begin with a short period of preparation, but this had to
38  be of less than one month duration and not involve work placement in a
39  sheltered setting, or training, or transitional employment.

40  **Modifications of vocational rehabilitation programs**: defined as either
41  Prevocational Training or Supported Employment that had been enhanced by
42  some technique to increase participants' motivation. Typically, such

CONFIDENTIAL
AZSER12751157

DRAFT FOR SECOND CONSULTATION

1  techniques consisted of payment for participation in the programme, or some form
2  of psychological intervention.

3  **Standard care:** defined as the usual psychiatric care for participants in the
4  trial, without any specific vocational component. In all trials where an intervention
5  is compared against standard care, unless otherwise stated, clients will have received
6  the intervention in addition to standard care. Thus, for example, in a trial comparing
7  Pre-vocational Training against standard community care, participants in the Pre-
8  vocational Training group will also be in receipt of standard community services,
9  such as outpatient appointments.

10  **6.3.3        Review overview**
11  The review was based on that undertaken for the NICE schizophrenia guideline
12  (National Collaborating Centre for Mental Health, 2002) which updated an existing
13  Cochrane review (Crowther *et al.*, 2001). There were 18 RCTs in the original review,
14  with 2 added during this update (Mueser *et al.*, 2001; Lehman *et al.*, 2002), with
15  update searches undertaken for the present guideline adding a further 3 studies
16  (BEUTLE 2005; BRIEN 2003; VAUTH 2005). All included trials fulfilled the
17  GDG definitions for the different types of vocational rehabilitation. Trials primarily
18  evaluating case management or ACT were excluded. Specific inclusion criteria were
19  age between 16 and 65 years, and a diagnosis of severe mental disorder. Trials
20  were excluded if the majority of participants had a learning disability, or if the
21  clients had substance misuse as the primary/sole diagnosis. Trials involving
22  people with substance misuse as a secondary diagnosis to a mental disorder
23  were included.  Characteristics of included trials are in Appendix 21, together with
24  excluded trials with reasons for exclusion.

25  Extracted outcomes include number not in employment, number not in competitive
26  employment, number not participating in the programme, and number admitted to
27  hospital.

28  **6.3.4        Pre-vocational training**
29  Fourteen trials met inclusion criteria, providing comparisons with standard hospital
30  or community care and, in combination with additional treatment, pre-vocational
31  training alone. Summary study characteristics are in Table 15.
32

CONFIDENTIAL
AZSER12751158

DRAFT FOR SECOND CONSULTATION

**Table 15. Summary of study characteristics for pre-vocational training**

| | Versus standard hospital care | Versus standard community care | Versus pre-vocational training |
|---|---|---|---|
| **No. trials (No. participants)** | *3 RCTs 344)* | *6 RCTs (2241 )* | *5 RCTs (561)* |
| **Study ID** | (1) BECKER1967 (2) BEUTEL2005 (+hospital care) (3) WALKER1969 | (1) BEARD1963 (2) BRIEN2003* (3) DINCIN1982 (4) GRIFFITHS1974 (5) OKPAKU1977 (6) WOLKON1971 | (1) BELL1993 (+payment) (2) BLANKERTZ1996 (+psychological intervention) (3) BOND1986 (accelerated vs gradual entry) (4) KLINE1981 (+psychological intervention) (5) VAUTH2005 (+CAST or TSSN) |
| **Diagnosis** | (1) 78% schizophrenia; 8% severe neurosis; 14% chronic brain syndrome (2) 38% affective disorder; rest other (not schizophrenia) (3) 50% schizophrenia, 50% not specified | (1) 82% schizophrenia or related; 7% other psychotic illness; 11% major affective disorder; 7% not known (2) 53% psychotic illness, 9% bipolar, 21% depression/anxiety, 12% other, 5% not known (3) 86% schizophrenia or related; 14% other (4) 100% psychotic illness (5) 21% mood disorder; 23% schizophrenia; 33% none;29% other (6) 88% schizophrenia or related ; 12% other | (1) 100% schizophrenia or related (2) 72% schizophrenia; 25% major affective disorder; 3% other (3) 55% schizophrenia or related; 26% personality disorder; 19% affective disorder (4) 100% schizophrenia or related (5) 100% schizophrenia |
| **Mean age** | (1) 46 (2) 38 (3) Not given | (1) Not given (2) not given (3) 25 (4) not given (5) 37 (6) 36 | (1) 43 (2) 36 (3) 25 (4) 28 (5) 29 |
| **Setting** | Inpatients; US, (2) Germany | All US (1) Psychiatric rehab centre (2) In/outpatients (3) Rehab centre (4) Unclear (5) mental health centres (6) Social rehab centre | All US except (2) UK (5) Germany (1) General hospital (2) CMHT (3) Rehab unit (4) Psychosocial rehab (5) Inpatients |

Notes: *cluster randomised, analysed separately; CAST + computer assisted cognitive strategy training; TSSN = Training on self management skills for negative symptoms

1

2 *Summary of evidence profile for interventions for pre-vocational training*

3 An overview of the results is provided in Table 16 with the full evidence profile in
4 Appendix 22.

5

CONFIDENTIAL
AZSER12751159

DRAFT FOR SECOND CONSULTATION

| Table 17 Summary of study characteristics for supported employment | | |
|---|---|---|
| | **Versus standard community care** | **Versus pre-vocational training** |
| *No. trials (No. participants)* | *2 RCTs (1529)* | *7 RCTs (907)* |
| **Study ID** | (1) CHANDLER1996<br>(2) COOK2005 | (1) BOND1995<br>(2) DRAKE1994 *<br>(3) DRAKE1999*<br>(4) GERVEY1994<br>(5) LEHMAN2002*<br>(6) MCFARLANE2000<br>(7) MUESER2001* |
| **Diagnosis** | (1) 51% Schizophrenia and related disorders; 10% Bipolar; 39% other | (1) 66% schizophrenia and related disorders; 11% affective disorders; 14% personality disorders; 9% other<br>(2) 47% schizophrenia and related disorders; 43% mood disorders; 10% other<br>(3) 67% schizophrenia and related disorders; 17% bipolar; 17% depression<br>(4) schizophrenia; paranoid personality disorder, major affective disorder; attention deficit disorder; oppositional defiant disorder<br>(5) 75% psychotic disorders; 25% mood disorders<br>(6) 65% schizophrenia and related disorders; 35% mood disorder<br>(7) 52% schizophrenia 21% schizoaffective disorder; 17% MDD; 5% bipolar; 4% other |
| **Mean age (years)** | 38 (no info for CHANDLER1996) | Between 33 and 42 |
| **Setting** | US<br>(1) Integrated services agency<br>(2) Outpatients | All US; 2 CMHTs, 1 outpatients, others not clear |
| **Length of follow-up** | (1) 36 months<br>(2) 24 months | 18 - 24 months |

1    **Table 16 Summary of evidence profile for pre-vocational training**

| | Versus standard hospital care | Versus standard community care | Versus pre-vocational training |
|---|---|---|---|
| **Evidence for psychiatric outcomes (quality)** | Pre-vocational training is more effective in ensuring employment than hospital care (although not competitive employment) (low) | Unlikely to be a difference between pre-vocational training is more effective in ensuring employment compared with community treatment (very low) | Pre-vocational training with payment or psychological treatment or CAST is more effective than pre-vocational training alone (moderate) |
| **Evidence for other outcomes (quality)** | No data (very low) | Pre-vocational training helps reduce hospital admission (very low) | Pre-vocational training with payment helps reduce hospital admission (moderate) |

2

3    **6.3.5        Supported employment**

4    Nine trials met inclusion criteria, providing comparisons with standard hospital or

5    community care and, in combination with additional treatment, pre-vocational

6    training alone. Summary study characteristics are in Table 17, with fuller details in

7    Appendix 21.

8

9    * individual placement & support

CONFIDENTIAL
AZSER12751160

DRAFT FOR SECOND CONSULTATION

1  *Summary of evidence profile for interventions for supported employment*

2  Combining all forms of supported employment resulted in significant heterogeneity.
3  Therefore, individual support was analysed separately. A summary of the evidence
4  profile is in Table 18, with the full profile in Appendix 22.

5
6
7

8  **Table 18 Summary of evidence profile for vocational rehabilitation**

|  | Versus standard community care | Versus pre-vocational training |
|---|---|---|
| **Evidence for psychiatric outcomes (quality)** | Supportive employment, including individual placement and support, is more effective than standard community care | Supportive employment, including individual placement and support, is more effective than pre-vocational training |
| **Evidence for other outcomes (quality)** | No data (very low) | No data (very low) |

9  **6.3.6       Clinical summary**

10  There is evidence from US studies to suggest that Supported Employment is
11  superior to Pre-vocational Training programmes in helping people with serious
12  mental health problems gain competitive employment.

13  **6.3.7        Health economic evidence**

14  Economic evidence on the costs associated with prevocational training and
15  supportive employment for people with severe mental illness has been rather
16  inconclusive, according to the NICE schizophrenia guideline (National Collaborating
17  Centre for Mental Health, 2002). One cross-sectional study conducted in the UK met
18  the inclusion criteria and was included in this economic review (SCHNEIDER1997).
19  The study compared various sheltered work schemes for people with severe mental
20  illness in terms of patients' satisfaction, size of personal social networks developed,
21  and associated health and social service costs. Two of the schemes evaluated
22  involved the sheltered workshop form of prevocational training and the 'clubhouse'
23  approach. No statistically significant differences were found in patient satisfaction or
24  size of personal social networks between the schemes. Sheltered workshop was
25  associated with lower costs compared to the clubhouse approach (mean weekly cost
26  per patient £273 and £307 respectively, net cost per placement £3,449 and £6,172
27  respectively); however, no statistical analysis of costs was undertaken in the study.
28
29  No firm conclusions can be drawn about the cost-effectiveness of vocational
30  rehabilitation programmes in the UK based on the available evidence.

31  **6.3.8        Clinical practice recommendations**

32  6.3.8.1  Vocational rehabilitation, specifically individual supported placements,
33          should be considered for those people with bipolar disorder who want help
34          to return to work or gain employment.

35  6.3.8.2  Mental health services, in partnership with social care providers and other
36          local stakeholders, should help people with bipolar disorder to use local
37          employment, education and a range of other structured purposeful
38          activities opportunities, according to their different needs and level of skill.

CONFIDENTIAL
AZSER12751161

DRAFT FOR SECOND CONSULTATION

1    ## 6.4   Early intervention services

2    **6.4.1        Introduction**

3    The NHS Plan sets out a clear requirement on mental health services to establish the
4    first elements of an early intervention service (EIS) by April 2004. EIS are expected to
5    provide for people aged between 14 and 35 years with a first presentation of
6    psychotic symptoms during the first three years of their illness. Early intervention is
7    a relatively new idea and therefore there are only a few models available to guide
8    service development; for example, in England, Birmingham (Initiative to Reduce the
9    Impact of Schizophrenia, IRIS, 2002), and London (Lambeth Early Onset Service,
10   LEO, Garety and Jolley, 2000) and internationally, for example, Stavanger, Norway
11   (Johannessen *et al.*, 2000) or Melbourne, Australia (National Early Psychosis Project,
12   NEPP, 2002). Early intervention is primarily concerned with identification and
13   initial treatment. Identification may either be directed at people in the prodromal
14   phase of the illness ('earlier early intervention') or at those who have already
15   developed psychosis ('early intervention'). Intervention with prodromal 'patients' is
16   an interesting but potentially controversial area, which at present is outside the scope
17   of the guideline. The GDG is however aware of recent developments in the field that
18   may be reviewed in future versions of the guidelines (for example,McGorry *et al.*,
19   2002). Early identification of people with psychotic disorders does not, however,
20   fall within the scope of the guidelines. Central to the rationale for this type of
21   early identification is the concept of duration of untreated psychosis (DUP). A
22   number of researchers have reported that the longer the psychosis goes untreated
23   the poorer the prognosis (for example,Loebel *et al.*, 1992, McGorry *et al.*, 1996). This
24   finding has led them to argue that new services are required to the length of time
25   people with psychosis remain undiagnosed and untreated. Moreover they have
26   argued that these services should offer specialised phase specific treatment to
27   their clients to maximise their chances of recovery.
28
29   There is little specific literature on early intervention services for bipolar disorder but
30   there is plenty of evidence that a significant proportion of patients have a poor
31   functional outcome, high risk of suicide, high prevalence of comorbid diagnoses,
32   long delay until treatment starts and poorer outcome from treatment after the first
33   manic episode (Conus and McGorry, 2002). Therefore, there is every reason to
34   suppose that early intervention services will be as helpful to young people with first
35   or second episode bipolar disorder as other forms of psychosis.

36   **6.4.2        Definitions**

37   Early intervention services are multidisciplinary teams of community based mental
38   health workers who specifically seek to engage young people with early symptoms
39   of psychotic illness into a range of treatment options so that the duration of untreated
40   psychosis is reduced.

41   **6.4.3        Review overview**

42   The review was based on one by Marshall and Lockwood (2003). This had 4 included
43   studies with a further 2 being identified though update searches (KUIPERS 2004,
44   CRAIG2005 (LEO study)). Extracted outcomes included symptom status, general
45   functioning, admission, leaving treatment early.

CONFIDENTIAL
AZSER12751162

DRAFT FOR SECOND CONSULTATION

1 **6.4.4        Studies considered**

2 Nine trials met inclusion criteria, providing comparisons with standard hospital or

3 community care and, in combination with additional treatment, pre-vocational

4 training alone. Summary study characteristics are in Table 19, with fuller details in

5 Appendix 21.

6

**Table 19.** Summary of study characteristics for early intervention services

| | Specific prevention intervention vs needs-based intervention | First episode family intervention vs standard care | First episode family intervention + individual intervention vs individual intervention | Early intervention service vs standard care |
|---|---|---|---|---|
| *No. studies (no. participants)* | *1 RCT (59)* | *2 RCTs (630)* | *1 RCT (76)* | *2 RCTs (203)* |
| **Study ID** | MCGORRY2002 | JORGENSEN2000 (OPUS) (1) ZHANG1994 (2) | LINSZEN1996 | CRAIG2005 (LEO) (1) KIUPERS2004 (2) |
| **Diagnosis** | At risk of progressing to first episode psychotic disorder | 100% schizophrenia; first episode | 55% schizophrenia 21% schizoaffective disorder 24% other psychotic disorders<br><br>All first episode | schizophrenia or related, first episode (2) 6% bipolar |
| **Mean age** | 20 | (1) 26 (2) 34 | 21 | 26-28 |
| **Intervention** | Low-dose risperidone + CBT | (1) ACT enhanced family involvement and social skills training, allocated case worker providing support and encouragement (2) Group sessions every 3 months including discussion of illness management, importance of medication, life events, coping strategies. | Individual therapy - education about illness, identifying prodromal signs, sources of stress and coping methods<br><br>Family therapy - psychoeducation, communication training, problem solving, role rehearsal and modelling | (1) Multidisciplinary team, AOT with extended hours, medication, CBT, family counselling and vocational strategies (2) Medication review and monitoring, vocational and benefits help, information about psychosis, individual therapy for positive symptoms (CBT), family meetings, 24-hour crisis care - low case load per team (<12) compared with comparator treatment (up to 35) |
| **Setting** | Inpatients; US | (1) Denmark; in/outpatients (2) China | Holland inpatients | UK CMHT referrals |
| **Follow up** | 12 months | (1) 2 years (2) 18 months | 1 and 5 years | (1) 18 months (2) 12 months |

7

8 * individual placement & support

9

Management of bipolar disorder: Full Guideline – **DRAFT** (February 2006)        Page 140 of 341

322

CONFIDENTIAL
AZSER12751163

DRAFT FOR SECOND CONSULTATION

1  **6.4.5          Clinical summary**
2  There is some evidence that early intervention is effective in people with first episode
3  psychosis (although very little in people with bipolar disorder)in terms of reducing
4  the loss of young people with psychosis to follow-up and preventing readmission.
5  The findings are not robust and require replication.
6  To reduce the DUP, the Scandinavian study (TIPS) design compared a sector with a
7  specialist early detection system against two other sectors that relied on the existing
8  detection and referral system. The enhanced detection system managed to reduce
9  DUP from 1.5 years (mean) to 0.5 years
10 There is increasing interest in investigating the possible connections between DUP
11 and prognosis, but this is complicated by issues such as severity of symptoms and
12 duration thresholds, and also in developing and evaluating means of shortening
13 DUP through early identification and intervention. The rationale for EIS is powerful,
14 both ethically (helping people with serious mental health problems at an early stage
15 to reduce distress and possibly disability), and in terms of choice (service users and
16 carers want help sooner than is usually currently available). However, there are some
17 important questions that are still to be answered such as will reducing DUP alter the
18 prognosis for people with psychosis, including bipolar disorder?
19
20 A summary of the evidence profile is in Table 20, with full results in Appendix 22.
21
22 **Table 20 Summary of evidence profile for EIS**

|  | Specific prevention intervention vs needs-based intervention | First episode family intervention vs standard care | First episode family intervention + individual intervention vs individual intervention | Early intervention service vs standard care |
|---|---|---|---|---|
| **Evidence for psychiatric outcomes (quality)** | Inconclusive (ow) | First-episode family intervention more effective than standard care (moderate) | Inconclusive (low) | Inconclusive (low) |
| **Evidence for other outcomes (quality)** | No data | First-episode family intervention reduces rehospitalisation compared with standard care (moderate) | No data | Early intervention reduces rehospitalisation compared with standard care (moderate) |

23

24 **6.4.6          Health economic evidence**
25 None of the randomised clinical trials included in the Cochrane review by Marshall
26 and Lockwood (2003) on early intervention services for patients with psychosis
27 reported costs of services. The NICE Schizophrenia Guideline (National
28 Collaborating Centre for Mental Health, 2002) reported also poor evidence on the
29 cost-effectiveness of these services. The systematic search for economic evidence
30 conducted for this guideline failed to identify any relevant economic studies
31 conducted in the UK. Therefore, conclusions on the cost-effectiveness of early
32 interventions in the UK cannot be drawn.

CONFIDENTIAL
AZSER12751164

DRAFT FOR SECOND CONSULTATION

1 **6.4.7        Clinical practice recommendations**

2  6.4.7.1  Early intervention services focused on the needs of people with psychosis
3            should be made available to people with bipolar disorder. The services
4            should include access to specialist expertise in diagnosis, and tailored
5            pharmacological, psychological, social, occupational and educational
6            interventions.

7  # 6.5   Organisational developments

8  **6.5.1        Introduction**

9  Since the later 1980s, there has been a growing interest primarily from North
10  America in the development of systems of care for managing depression. This work
11  has been influenced by organisational developments in healthcare in the United
12  States, such as managed care and Health Maintenance Organisations (Katon *et al*,
13  1999), developments in the treatment of depression, the development of stepped care
14  (Davison, 2000), and influences from physical healthcare, for example chronic disease
15  management. A significant factor in driving these developments has been the
16  recognition that for many people depression is a chronic and disabling disorder.
17
18  A similar process is now taking place in the UK, fuelled in part by the advent of
19  Primary Care Organisations in the NHS. A key challenge in reviewing this literature
20  is the translation of findings from non-UK settings to the NHS in England and Wales.
21
22  Other international developments, for example the development of Crisis
23  intervention teams, have also been led by non-UK base services, for example in the
24  United States (Stein & Test, 1980) and Australia (Hoult *et al*, 1983), although their
25  place in the UK healthcare system is more developed (see the role of crisis services in
26  the National Service Framework, Department of Health, 1999b) than managed care
27  systems for the treatment of depression.

28  **6.5.2        Definitions**

29         •    There are many terms used to describe the interventions covered in
30              this section and they are often used interchangeably in this area. For
31              the purposes of the guideline, we identified a series of interventions
32              that we consider to be of most relevance to the NHS. They included
33              telephone support, guideline implementation, and development in the
34              roles of mental health specialists and primary care staff, and
35              multifaceted care (where a number of different models are delivered
36              concurrently). These approaches may or may not be provided within
37              the context of a fixed budget (for example, the Health Maintenance
38              Organisation (HMO) in the USA). Other terms subsumed within the
39              definition are: collaborative care, stepped care, enhanced care and
40              integrated care.

41

CONFIDENTIAL
AZSER12751165

DRAFT FOR SECOND CONSULTATION

1   **6.5.3         Interventions included**

2   •   The term 'organisational developments' was used as an 'umbrella'
3       term to cover all interventions considered in this section.

4   •   Multifaceted care – this was defined as any systematic approach to the
5       treatment of mood disorder that combined any standard treatment
6       approach with any of the following approaches to the management of
7       depression: telephone contact, specialist assessment or consultation,
8       professional or paraprofessional role development and guideline
9       implementation

10  •   Multifaceted care with telephone support – this was defined as an
11      augmentation of a therapeutic intervention designed to improve the
12      effectiveness of the intervention; it usually consisted of a limited
13      number of telephone contacts that had a facilitative and monitoring
14      function

15  •   Guideline implementation – this was defined as any intervention
16      designed to support the implementation of guideline
17      recommendations

18  •   Nurse-led care (either primary care or specialist nurses)  – this was
19      defined as any intervention which placed a specific role or
20      responsibility on a nurse (either a practice or specialist nurse) for the
21      implementation of whole or part of an intervention

22  •   Drug therapy management - focused on managing medication plus
23      psychoeducation and follow-up including telephone contact.

24  **6.5.4         Organisational developments: studies considered**
25  Seventeen trials of organisational developments (versus standard care) met the
26  eligibility criteria set by the GDG. Excluded studies with reasons for exclusion can be
27  seen in Appendix 21. Important characteristics of the included studies are in Table
28  21, with fuller details of studies in Appendix 21.
29

CONFIDENTIAL
AZSER12751166

DRAFT FOR SECOND CONSULTATION

**Table 21. Summary of study characteristics for organisational developments compared with standard care in the management of bipolar disorder**

| | Multifaceted intervention | Multifaceted intervention with telephone support | Nurse-led Care | Drug therapy management | Guideline Implementation |
|---|---|---|---|---|---|
| *No. trials (No. participants)* | *5 RCTs (2849)* | *3 RCTs (1440)* | *1 RCTs 3RCTs? (824)* | *1 RCTs (125)* | *4 RCTs (2573)* |
| **Study IDs** | ARAYA2003 (1) KATON1996 (2) KATON1999 (3) KATZELNICK2000 (4) UNUTZER2002(5) | KATON2001 (1) SIMON2000A (2) SIMON2005 (3) | BLANCHARD1995 (1) DIETRICH2004A (2) MANN1998 (3) | FINLEY2003 | BAKER2001 (1) ROLLMAN (2) ROST (3) WELLS2000 (4) |
| **Diagnosis** | Major depression (2) Depression (diagnosis uncertain) | (1) Depression (2) Depression (diagnosis uncertain) (3) Bipolar I (35%) Bipolar II (65%) | (1) (3) Depression (diagnosis uncertain) (2) Major depressive disorder 79%; 2% dysthymia | Major depressive disorder 79%; dysthymia 2% | All US apart from (1) UK |
| **Setting** | All US apart from (1) Chile | US | (1) (3) UK (2) US | US | Depression (diagnosis uncertain) |
| **Mean age** | (1) 43 (2) 44 (3) 46 (4) 45 (5) 71 | (1) 45 (2) 46 (3) 44 | (1) 75 (2) 42 (3) 18-74 | 54 | 41 |
| **Length of trial** | 6 months + 3 months follow-up (2) 6 months (3) 8 months (4) 1 year (5) 1 year | (1) 1 year (2) 6 months (3) 1 year | (1) 3 months (2) (3) 6 months | 6 months | 18 months |
| **Intervention** | (1) Psychoeducation, monitoring pharmacotherapy (2) Psychoeducation (3) Psychoeducation, pharmacotherapy (4) Psychoeducation, pharmacotherapy (5) Psychoeducation (later life depression), relapse prevention, support | (1) Psychoeducation, relapse prevention, telephone support (2) Monitoring, telephone support, (3) Psychoeducation (groups), monitoring, telephone support, pharmacotherapy | (1) Weekly visits for 3 months, intervention negotiated by patient (2) Weekly telephone support, encouraging self management (3) Regular contact with nurse | Clinical pharmacists monitored medication and provided telephone support | (1) Clinician's interviewed to assess obstacles to implementation (2) Clinician received advisory message at each clinic visit (3) Clinician intervention training (4) Clinician training in medication and therapy |
| **Other** | (4) cluster randomised - analysed separately | | (2) cluster randomised - analysed separately; specifically excluded bipolar disorder | | All cluster randomised |

1

2 *Clinical summary*

CONFIDENTIAL
AZSER12751167