DRAFT FOR SECOND CONSULTATION

1   The complex nature of many of the interventions covered in this section makes
2   for difficult interpretation. This is exacerbated by the fact that the majority of trials
3   are not in patients with a diagnosis of bipolar disorder, and the most of the large
4   well-conducted studies have been undertaken almost exclusively in the US leading
5   to considerable caution in extrapolating their findings to the UK setting. However,
6   three key findings emerge from the review.
7
8   First, that multifaceted care has a number of benefits for the treatment and care of
9   mood disorders. Although there was considerable variation in both the nature of the
10  populations covered and the complexity of the interventions these programmes have
11  a number of shared characteristics that are common to most if not all of the studies.
12  These include a system-based approach to the delivery of care focusing on all levels
13  of the primary care organisation; the use of clear protocols to guide professional
14  practice (for example, medication protocols) and facilitate inter-professional
15  communication; a stepped approach to care; and the development of specific staff
16  roles (for example, depression care managers). There has also been an increasing
17  trend in these studies towards the use of para-professional or non-specialist mental
18  health staff.
19
20  Second, there appears to be no support for guideline implementation programmes as
21  single interventions for improving outcomes for people with depression. This
22  finding is consistent with another review (Von Korff & Goldberg, 2001), which
23  recommends a multi-modal (or multifaceted) approach to guideline implementation.
24
25  Third, the evidence for an enhanced role for nurses working in primary care in the
26  care of depression in interventions is equivocal. It is possible that this reflects
27  differences among healthcare systems; the results in the US looked better, but this
28  could reflect some other difference than just the characteristics of the healthcare
29  system. One such possibility is that the enhanced nurse interventions in the US
30  appeared to have a more system-based approach and were supported by the
31  protocols that may well play an important part in the success of multifaceted care.
32  Clearly this area needs further research.
33
34  An overview of results is provided in Table 22 with further details in Appendix 22.
35
36  **Table 22 Summary of evidence profile for organisational developments in the
37  management of bipolar disorder**

|  | Multifaceted intervention | Multifaceted intervention with telephone support | Nurse-led Care | Drug therapy | Guideline implementation |
|---|---|---|---|---|---|
| **Evidence for psychiatric outcomes (quality)** | More effective than usual care (low) | More effective than usual care (low) (inconclusive (low) for study of bipolar patients) | Unlikely to be any advantage (low) | Inconclusive (very low) | Unlikely to be a difference (very low) |
| **Evidence for other outcomes (quality)** | Fewer people leave usual care than multifaceted intervention (moderate) | Inconclusive (low) | Fewer people leave usual care than nurse care (moderate) | No data | Inconclusive (very low) |

38

CONFIDENTIAL
AZSER12751168

DRAFT FOR SECOND CONSULTATION

1 **6.5.5          Clinical practice recommendation**

2 6.5.5.1 The organisation and development of primary care based practice case
3          registers for people with severe mental illness, including bipolar disorder, is
4          recommended for the monitoring of the physical and mental health of
5          people with bipolar disorder in primary care.

6 6.5.5.2 Primary and secondary care organisations should jointly consider
7          establishing integrated care programmes for the care of people with bipolar
8          disorder. These should include:

9          •    regular reviews in primary and secondary care, so as to ensure that
10               symptoms (including sub-threshold symptoms) are treated if they
11               significantly impair social functioning

12         •    clear protocols for the delivery and monitoring of appropriate
13               pharmacological, psychosocial, and psychological interventions

14         •    clear agreements between healthcare professionals on their specific
15               responsibilities for assessment, monitoring and treatment

16         •    written treatment plans that are shared with the patient and, where
17               appropriate, with families and carers.

18 6.5.5.3 The provision of telephone support by appropriately trained members of the
19 primary care team, informed by clear treatment protocols, should be considered for
20 all patients with bipolar disorder, in particular for the monitoring of medication
21 regimes.

22 # 6.6   Lithium clinics

23 Since the late 1960s lithium clinics have been introduced to provide systematic care
24 to people with bipolar disorder who take lithium in view of the potential toxicity of
25 lithium (Bey *et al*, 1972). Typically the lithium clinic is situated in the psychiatric
26 outpatient department of a local hospital or community mental health centre, and is
27 staffed by a psychiatrist with a nurse or other health professional (Ellenberg *et al*,
28 1980). Occasionally the lithium clinic is staffed by a pharmacist, utilising pharmacist
29 skills and providing an efficient lithium monitoring service (Courtney *et al*, 1995).
30 Sometime the lithium clinic is used for psychoeducation of the patient with bipolar
31 disorder and their carer with demonstrated improvements in the knowledge about
32 lithium and the underlying disorder (Cochran, 1984; Peet and Harvey, 1991; van
33 Gent *et al*, 1991).  In the United States, the lithium clinic has been a site for the
34 provision of individual or group psychotherapy (Gitlin and Jamison, 1984).
35
36 In the United Kingdom the number of lithium clinics has probably declined for a
37 number of reasons; 1. A psychiatric outpatient service may appear anachronistic in
38 the days of community focused mental health services; 2. The needs of patients with
39 bipolar disorder have been assumed to be similar to the needs of patients with
40 schizophrenia and recurrent severe depressive disorder so services are developed for
41 serious mental illness as a whole; 3. Other prophylactic agents are being used other

CONFIDENTIAL
AZSER12751169

DRAFT FOR SECOND CONSULTATION

1   than lithium, although all of them require careful monitoring to prevent harm and
2   produce optimal benefits; 4. Resources have been diverted away from non-
3   mandatory services such as lithium clinics towards the mandatory development of
4   new services such as assertive outreach, early intervention, crisis resolution and
5   home treatment teams.
6
7   Nevertheless, there is a body of evidence on lithium clinics that suggests they may
8   serve the needs of some patients with bipolar disorder well. For instance compared
9   to general practice supervised patients, the lithium clinic maintained lower levels of
10  lithium, checked lithium levels and renal function more frequently and more often
11  prescribed lithium at lower doses and several times per day when there was
12  evidence of renal impairment (Masterton *et al*, 1988).  However, some of these
13  services for people with serious mental illness may serve some patients with bipolar
14  disorder better, particularly those who have not done well in lithium clinics such as
15  those with comorbid substance misuse and a history of non-attendance at
16  appointments and poor adherence to medication (Kallner *et al*, 2000).
17
18  Naturalistic studies suggest that patients with bipolar disorder who remain in
19  contact with secondary care lithium clinics may do better than patients with bipolar
20  disorder who do not remain in contact with such services in terms of recurrence
21  rates, function, suicide attempts and mortality both from suicide and all causes
22  (Ahrens *et al*, 1995; Kallner *et al*, 2000). It should also be noted that a recent review
23  suggests that long-term lithium treatment is effective in preventing suicide,
24  deliberate self-harm and deaths from all causes compared to placebo or other active
25  treatments (Cipriani *et al*, 2005). The precise reasons for the improved outcomes are
26  unclear but likely explanations include the effectiveness of lithium as a prophylactic
27  agent, the systematic care and follow-up provided by the clinics by health
28  professionals with a knowledge and interest in bipolar disorder, the opportunities
29  for psychoeducation about lithium and bipolar disorder, and selection and direction
30  of resources to people with bipolar disorder who have better outcomes.
31
32  The availability of efficacious psychological treatments, including psychoeducation,
33  and apparent success of lithium clinics in secondary care services in terms of
34  reducing morbidity and mortality, has encouraged the development of enhanced
35  care based on the chronic care model in secondary care mental health services (Bauer
36  *et al*, 2001; Simon *et al*, 2002; Suppes *et al*, 2003). In secondary care mental health
37  services psychosocial interventions are most likely to be used by patients with
38  bipolar disorder who also have personality disorders, alcohol and drug abuse
39  disorders, anxiety disorders, poorer psychosocial function and are unmarried
40  (Lembke *et al*, 2004).

41  **6.6.1          Clinical practice recommendation**

42  6.6.1.1  For patients with bipolar disorder who would benefit from close monitoring,
43          and have a particular physical health risk such as renal damage, and have a
44          record of regular attendance without the need for outreach services,
45          healthcare professionals should consider referral to enhanced multi-
46          professional outpatient clinics, such as lithium clinics.

47

CONFIDENTIAL
AZSER12751170

DRAFT FOR SECOND CONSULTATION

1

CONFIDENTIAL
AZSER12751171

# 7 The medical and pharmacological management of bipolar disorder - part I

## 7.1    Introduction

Effective pharmacological treatment of bipolar disorder requires treatment of depressive and manic/hypomanic episodes together with long-term treatment to prevent future episodes, both syndromal and sub-syndromal. In recent years the importance of long term treatment (i.e. maintenance treatment) has been emphasised by several guidelines.  The need for maintenance treatment is supported by the desire to prevent the costs of future episodes i.e. the intangible suffering to patients and their families and the economic burden of direct and indirect costs.  In addition maintenance treatment may reduce long term impairment associated with the bipolar disorder.   There is evidence that functional impairment in patients who have recovered from acute episodes and are asymptomatic is related to the number of previous depressive episodes.  The tendency for episodes to become more frequent with time also supports the rational for maintenance treatment.

In the last decade evidence from RCTs has accumulated regarding the effectiveness of several 'new' agents in the treatment of bipolar disorder.  These include valproate (in various forms), lamotrigine and various atypical antipsychotics.  The active control arms in several such studies have provided further evidence for the efficacy of 'older' treatments, in particular haloperidol (a conventional antipsychotic) in the treatment of mania and lithium in the prophylaxis of mania.

### 7.1.1         Mood stabiliser – a term best avoided

There is confusion over what the term 'mood stabiliser' refers to.  Although the term is widely used in clinical practise, there is no universally accepted definition.   The most rigorous definition of a mood stabiliser is that it is a drug that treats both poles of bipolar disorder (i.e. depression and mania) and is protective against a return of both poles (Bauer & Mitchner 2004).  A less stringent criterion is that it is an agent that is effective in treating one pole of the disorder and in preventing a recurrence at that pole but which does not increase the risk of the opposite pole of the illness appearing.  Whichever criterion is adopted still leaves open the issues of how one (i) defines effectiveness i.e. what additional benefit above placebo is required to regard a drug as effective and (ii) how one distinguishes between acute and maintenance treatment.

It has been argued that the most stringent definition of a mood stabiliser (i.e. a drug that has short and long-term efficacy at both poles) is only fulfilled by lithium. However, even with lithium the data relating to efficacy in the treatment of bipolar depression is limited and that which does exist indicates only a modest effect.   In contrast there is stronger evidence that lithium is effective in the acute and long-term

CONFIDENTIAL
AZSER12751172

DRAFT FOR SECOND CONSULTATION

1    treatment of mania.  If one required evidence from at least 2 RCTs to indicate a
2    clinically significant benefit in the acute and long-term treatment of both phases of
3    bipolar disorder (i.e. efficacy in 4 separate domains) then no drug would fulfil the
4    criteria for a mood stabiliser.   For this reason the less stringent criterion of acute and
5    long-term efficacy and prophylaxis at one pole, without evidence of a worsening of
6    the opposite pole, seems a more clinically useful definition and the one that is
7    adopted by many professionals.
8
9    Even this restricted definition of mood stabiliser is associated with problems.  The
10   term may imply that these drugs cause absolute tranquillity of mood in any setting;
11   in reality RCTs indicate that drugs labelled as mood stabilisers are effective, to
12   varying degrees, in the treatment and prophylaxis of a limited number of affective
13   syndromes in bipolar disorder with most RCTs being limited to major depression or
14   mania.  To extrapolate from this to assume that these drugs are effective in sub-
15   syndromal forms of these syndromes plus other affective states is to go beyond the
16   evidence.  For some patients the idea of a 'mood stabiliser', perceived as a drug that
17   'flattens' mood, may be off-putting.  Another concern is that 'mood stabiliser'
18   becomes a marketing label used by the pharmaceutical industry to promote drugs in
19   bipolar disorder.  In this context the term 'mood stabilisers' may lead prescribers to
20   conclude all so-called 'mood stabilisers' have identical properties rather than to
21   question the evidence for each drug in turn.
22
23   Valproate, carbamazepine and lithium have traditionally been regarded as mood
24   stabilisers by clinicians and they fulfil the less stringent definition given above.
25   However, so do other agents (most notably olanzapine and lamotrigine) and it is
26   likely that future trials will enable other agents, particularly other atypical
27   antipsychotics, to be subsumed within this definition of a mood stabiliser.  Even
28   without this expansion, it is apparent that existing 'mood stabilisers' are a diverse
29   range of drugs in terms of class, chemical structure, pharmacodynamic action and
30   adverse effects.  They also differ in the pole where they exert their main effect; the
31   acute and long-term efficacy of lamotrigine is confined to the depressive pole while
32   all other mood stabilisers are predominantly effective in the acute and long-term
33   treatment of mania.
34
35   These pharmacological differences, the ambiguous nature of the term and the
36   potential for it to become a marketing label all raise the question of how useful the
37   term mood stabiliser is.   Perhaps the best that can be said in support of it is that
38   there is some benefit to a 'short hand' to refer to drugs with combined acute and
39   long-term efficacy without the risk of worsening the course of the illness.  However
40   given the inherent problems the guideline avoids the term 'mood stabiliser' and uses
41   instead 'antimanic agent' or 'antimanic medication' to refer to antipsychotics,
42   valproate, carbamazepine and lithium.

43   **7.1.2        Current Practice**
44   In the UK, prior to the introduction of the atypical antipsychotics, the mainstay of
45   drug treatment to control manic symptoms was the use of a typical antipsychotic
46   often supplemented with a benzodiazepine.  There is now increasing use of atypical
47   antipsychotics and higher dose valproate salts, particularly since the licensing of
48   valproic acid (as semisodium valproate) with full dosage information in the
49   Summary of Product Characteristics (Anderson *et al* 2004; Lloyd *et al* 2003).

CONFIDENTIAL
AZSER12751173

DRAFT FOR SECOND CONSULTATION

1
2 Bipolar depression remains a challenging disorder to manage. Studies show a delay
3 of several years between onset of symptoms and diagnosis.  The role of
4 antidepressants in the acute treatment of bipolar disorder and in maintenance
5 treatment remains controversial as discussed later in this chapter. A recent survey of
6 prescribing in Greater Manchester, covering the period 2001-2, showed that
7 approximately one third of outpatients seen with bipolar disorder were currently
8 receiving an antidepressant (Anderson *et al* 2004) which was significantly higher
9 than in a survey in Newcastle covering the period 2000-2001 (Lloyd *et al* 2003).  In the
10 Manchester survey about half of antidepressant prescriptions were for a tricyclic
11 antidepressant despite suggestions they are associated with a greater risk of
12 switching to mania than SSRIs.  In the Newcastle survey nearly one third of patients
13 were prescribed 2 or more prophylactic agents and nearly one fifth lamotrigine.  In
14 contrast in the Manchester survey only a quarter of patients received two or more
15 prophylactic agents and there were no patients receiving lamotrigine. The differences
16 between the two surveys may reflect the local availability of a specialist mood
17 disorder service in Newcastle.
18
19 In the maintenance phase for relapse prevention, prophylactic medication use has
20 increased and now about 90% of people with bipolar disorder may be on mood
21 stabilisers, although less than a third are as monotherapy. Lithium remains the most
22 commonly prescribed prophylactic agent(about 50%), although there may have been
23 a slight decline in usage, matched by increased use of valproate salts and
24 lamotrigine. Carbamazepine is less popular. Although the evidence base is limited,
25 combinations of prophylactic agents are widely used, perhaps more by tertiary
26 treatment centres.
27
28 It should be noted that the treatment of bipolar disorder in the US and UK differs in
29 two main respects.  First at the present time in the US there is less emphasis on the
30 use of antidepressants in treating BP depression with lamotrigine being the favoured
31 treatment.  The fact that lamotrigine is licensed for the maintenance treatment of
32 bipolar depression in the US, but not in Britain, may partly explain this difference
33 (lamotrigine was licensed by the US-FDA in June 2003).  Concerns about the risk of
34 antidepressant induced switching to mania and cycle acceleration are another reason.
35 The second difference is that over the last decade the US has seen a switch from
36 using lithium to valproate as the prophylactic agent of choice, whereas lithium still
37 remains widely used in Britain.  The change in US practice has resulted from
38 concerns about lithium toxicity and long term side effects, concerns about lithium's
39 effectiveness and increased attention to the risks of rebound mania following abrupt
40 discontinuation.
41
42 Some aspects of clinical practice have not been investigated by RCTs.  For example
43 clinicians often use combinations of prophylactic agents (including combinations of
44 lithium, valproate and lamotrigine) but there are no published trials addressing the
45 efficacy of these combinations. This is not to say that such combinations are
46 ineffective, indeed there are good reason to believe that certain combinations are
47 effective.  There is a pressing need for large scale, well designed RCTs to investigate
48 combination treatments.  Two studies of maintenance treatment are currently
49 underway which are investigating the effectiveness of a combination of lithium and
50 divalproex (valproate semisodium) versus other treatments.  These studies are the
51 Bipolar Affective Disorder Lithium/Anticonvulsant Comparative Evaluation

CONFIDENTIAL
AZSER12751174

DRAFT FOR SECOND CONSULTATION

1   (BALANCE) and the Systematic Treatment Enhancement Program for Bipolar
2   Disorder (STEP-BD).

3

4   Another important weakness of the existing evidence is that it is almost totally
5   restricted to the treatment of bipolar I disorder.  There is very little evidence
6   regarding the treatment of bipolar II disorder and rapid cycling bipolar disorder.

7   **7.1.3        Issues in the pharmacological management of patients with bipolar**
8   **disorder**

9   *Concordance*

10   Concordance in all chronic medical conditions is poor.  Research into concordance is
11   hindered by methodological issues; most studies use proxy measures of concordance
12   such as patient reports, pill counts or medicine containers with a microchip in the lid
13   which records how often the bottle is opened.  None of these measures indicates that
14   medication was taken as prescribed.   It is generally assumed that better tolerated
15   medications are associated with higher adherence rates.  However studies comparing
16   atypical and conventional antipsychotics show only marginal advantages for the
17   former in terms of concordance. Patients with early signs of hypomania and mania
18   often stop their medication due to a lack of insight and may not realise that they are
19   ill. Also some patients find that hypomanic and manic symptoms are initially
20   pleasurable and so stop medication in order to experience these symptoms.  This can
21   particularly occur when patients are suffering from depression or life circumstances
22   and they perceive that, to some extent, at least initially, hypomania or mania will be
23   a release. Other patients want to experience hypomania as it facilitates creativity,
24   productivity at work and the possible achievement of goals.  Although hypomanic
25   can have this positive side to it mania is, by definition, associated with significant
26   impairment of functioning.

27   In some patients with bipolar disorder, who would benefit from a long term
28   antipsychotic, a long-acting intramuscular preparation may aid adherence.  Only one
29   atypical antipsychotic is available in such a formulation (risperidone) but this is only
30   licensed for acute treatment of mania.  In inpatients in whom concordance is a
31   problem consideration should be given to the use of medication in liquid
32   formulations or in an oral dispersible formulation.  Two atypical antipsychotics
33   (olanzapine, risperidone) are available in oral dispersible formulations.

34   *Advance statements (directives)*

35   The use of advance statements (directives) in bipolar disorder, and psychiatry as a
36   whole, remains low.  Advance statements involves ensuring that the patient has a
37   full understanding of the risks and benefits, and the opportunity to weighs them
38   against the risks of the illness and then making a plan for future care and treatment
39   in light of this knowledge. Lithium should not be started without informed consent
40   from the patient, particularly as early discontinuation can be harmful. Advance
41   directives should be seriously considered after an acute episode, or where one is
42   anticipated. Whilst these can only formally cover medication refusal they can refer to
43   a patient's preferred drugs. Whilst there is little direct formal evidence for the
44   outcomes from advance statements, they are widely advocated and evidence is
45   emerging of the benefits of the active involvement of patients in decision making
46   about their care (Henderson *et al*, 2004).

CONFIDENTIAL
AZSER12751175

DRAFT FOR SECOND CONSULTATION

1

2    *The pharmacological management of older adults with bipolar disorder*

3    Older adults with bipolar disorder (i.e., those over 65 years) should be treated the
4    same as other adults, but with additional consideration being given to
5    pharmacokinetic differences plus comorbidities and co-prescribed medications both
6    of which are more common in this age group. Mania developing for the first time in
7    older adults is associated with a high rate of medical and neurological disease
8    (Tohen *et al* 1994; Young & Klerman 1992) including subcortical lesions.
9    Consequently all patients presenting with first onset of mania in later life should be
10   carefully screening for contributing medical disorders.

11

12   In terms of pharmacokinetics, the elderly tend to have a reduced volume of
13   distribution and reduced renal clearance. Consequently older patients usually
14   require lower drug doses than younger patients. They may also be more susceptible
15   to adverse reactions due to increased end-organ sensitivity. For example the elderly
16   are at higher risk of extrapyramidal symptoms with antipsychotics, postural
17   hypotention and falls with a variety of drugs, and gastro-intestinal bleeding with
18   SSRIs.   The tolerability of lithium is also lower in the elderly who can develop signs
19   of neurotoxicity at plasma concentrations considered 'therapeutic' in the general
20   adult population (Sproule *et al* 2000). Those taking valproate may be particularly
21   prone to sedation, tremor or gait disturbance.

22

23    Those taking valproate may be prone to sedation, tremor or gait disturbance.

24

25   *Licensed indications*

26   At the date of publication (XXXX 2006) the following drugs have UK Marketing
27   Authorisation for the treatment of mania: carbamazepine, lithium, olanzapine,
28   quetiapine, risperidone, valproic acid (as semisodium valproate).  Medications which
29   do not have a UK Marketing Authorisation for the indication recommended at the
30   date of publication (June 2006) are marked with a dagger (†); check the Summary of
31   Product Characteristics for current licensed indications. No drugs have UK
32   Marketing Authorisation for the treatment of bipolar depression.

33

34   With regard the use of psychotropic medication in children and adolescents under
35   the age of 18, at the date of publication (June 2006), the only drug to have a UK
36   Marketing Authorisation for use in this age group is lithium, which is licensed for
37   use in people aged 12 years and over. However, in 2000, the Royal College of
38   Paediatrics and Child Health issued a policy statement on the use of unlicensed
39   medicines, or the use of licensed medicines for unlicensed applications, in children
40   and adolescents. This states that such use is necessary in paediatric practice and that
41   doctors are legally allowed to prescribe unlicensed medicines where there are no
42   suitable alternatives and where the use is justified by a responsible body of
43   professional opinion.[5]

---

[5] Joint Royal College of Paediatrics and Child Health/Neonatal and Paediatric Pharmacists Group
Standing Committee on Medicines (2000) *The Use of Unlicensed Medicines or Licensed Medicines for
Unlicensed Applications in Paediatric Practice - Policy Statement*. London: Royal College of Paediatrics
and Child Health.

CONFIDENTIAL
AZSER12751176

DRAFT FOR SECOND CONSULTATION

1   **7.1.4          Clinical Practice Recommendation**

2   7.1.4.1  When treating older adults with bipolar disorder, healthcare professionals
3              should

4          • be aware of the need to use medication at lower doses;

5          • be alert to the increased frequency of drug interactions when prescribing
6            psychotropic medication to older adults who are taking other medications

7          • ensure that medical comorbidities have been recognised and addressed.

8   **7.1.5          Outcomes research in pharmacological therapies for people with**
9   **bipolar disorder**

10  In the last ten years there has been a dramatic increase in research in bipolar
11  disorder.  Despite this the evidence base remains relatively small and many of the
12  key questions that concern clinicians are addressed inadequately or not at all by the
13  existing research base.  For example, there is virtually no RCT data on the treatment
14  of rapid cycling bipolar disorder, bipolar II disorder, or the relative effectiveness of
15  antimanic agents in combination versus monotherapy. Another problem is that the
16  majority of trials deal with the treatment of either mania or major depressive
17  episodes (i.e. syndromes seen in bipolar disorder) yet research has clearly
18  demonstrated that subsyndromal symptoms are three times more common than
19  syndromal symptoms during the long-term course of both bipolar I disorder and
20  bipolar II disorder (Judd *et al* 2002; Judd *et al* 2003).
21
22  The issue of the management of resistant mania and depression (i.e. episodes that
23  have not responded to first line treatment) is a common clinical problem but one that
24  is largely ignored by RCTs.  The main reason for this neglect is that most RCTs are
25  conducted with the aim of helping a drug gain a licence.
26
27  The majority of research has addressed bipolar-I disorder.  Trials for mania and
28  bipolar depression are usually short term (6 weeks) and based on changes observed
29  using standard rating scales for example, the Young Mania Rating Scale and the
30  Hamilton Depression Rating Scale.   The outcome measures used include the mean
31  change in scores from baseline to end point, response rates and remission rates.
32  Patients entering acute mania trials represent the milder end of the severity spectrum
33  not least because more severely ill patients will be unable to give informed consent.
34  A key issue in trials of treatments for acute mania is that of high attrition rate, with a
35  figure of around 70% not being uncommon in three-week trials (for example, Zajecka
36  *et al*, 2002 Another potential concern, relevant to all aspects of BPD, is publication
37  bias.  Another bias, in industry sponsored trials is that trials may be designed to
38  favour the sponsor's compound.  For example the efficacy of most atypical
39  antipsychotics in mania has been supported by RCTs in which the comparator is
40  haloperidol; haloperidol is a potent blocker of dopamine-2 receptors and is
41  associated with a high risk of extrapyramidal symptoms. It is therefore not
42  surprising that such RCTs show a benefit for the atypical in terms of a lower
43  prevalence of extrapyramidal symptoms.   Extrapolating from data in schizophrenia
44  it is reasonable to assume that if such studies had been repeated with a low-potency

CONFIDENTIAL
AZSER12751177

DRAFT FOR SECOND CONSULTATION

1  low-dose antipsychotic then there may have been a less marked advantage or no
2  difference at all in terms of the prevalence of extrapyramidal symptoms.
3
4  In acute mania there are a series of trials that assess the effectiveness of various
5  atypical antipsychotics versus (i) a conventional antipsychotic, usually haloperidol,
6  (ii) placebo and (iii) the effectiveness of the atypical plus an antimanic agent
7  (valproate or lithium) versus the antimanic agent alone.  Trials that assess long-term
8  efficacy in bipolar disorder usually take patients who have responded to treatment
9  for an acute episode (mania or depression) and then randomise them to different
10 long term treatment options.  A key issue in interpreting long-term studies is the
11 relationship between the drug or drugs that were used in the initial acute treatment
12 phase versus the long term treatment phase as selecting patients who are known
13 responders can be an issue (so called 'enriched' samples). A full discussion of issues
14 in research in this area and state of current research is beyond the scope of this
15 chapter.

16 **7.1.6**          **Topics covered**
17 The following topics in the medical and pharmacological management of bipolar
18 disorder are covered in this chapter:
19
20 The treatment and management of acute episodes:
21     Manic, hypomanic and mixed episodes
22     Economic evidence for treatment of acute mania
23     Depressed episodes
24     Acute episodes in the context of rapid cycling
25     Economic evidence for the use of ECT in all illness phases
26     Rapid tranquillisation.
27

28 # 7.2   Overview of clinical evidence review

29 **7.2.1**          **Evidence search**
30 The review team conducted a systematic search for RCTs that assessed the efficacy of
31 pharmacological interventions, transcranial magnetic stimulation and ECT for people
32 with bipolar disorder at all stages of the illness. See Table 23.
33

CONFIDENTIAL
AZSER12751178

DRAFT FOR SECOND CONSULTATION

**Table 23. Databases searched and inclusion/ exclusion criteria for clinical effectiveness of pharmacological interventions, transcranial magnetic stimulation and ECT**

| | |
|---|---|
| Electronic databases (searched from inception to date in brackets) | MEDLINE (February 2004), EMBASE (February 2004), PsycINFO (February 2004), Cinahl (February 2004) |
| Update searches | October 2004; April 2005; September 2005 |
| Study design | RCT |
| Patient population | See eligibility document (Appendix 7) |
| Interventions | All pharmacological interventions, transcranial magnetic stimulation, ECT |
| Outcomes | Efficacy outcomes: remission, symptom levels (mania, depression, psychosis), functional status, relapse (as defined by the study), hospitalisation. Acceptability/tolerability outcomes: discontinuation from treatment for any reason, discontinuation from treatment because of side effects, number of people reporting side effects, number of people reporting specific side effects (weight gain), symptoms levels for EPS and akathisia, death (including suicide), self-harm |
| Exclusion criteria | See appendices |

1  **7.2.2        Additional inclusion criteria**

2  In addition to the general inclusion criteria for studies reviewed in the guideline (see
3  Appendix 7), the GDG set inclusion criteria specific to studies of pharmacological
4  therapy, as follows:

5  *Dose*

6  The GDG set minimum therapeutic doses for study medication in included studies
7  based on the BNF.

8  *Study length*

9  The GDG set the minimum length of studies of people in an acute phase of illness at
10  3 weeks.

11  **7.2.3        Presenting the evidence**

12  Systematic reviews of the evidence are based on the searches described above,
13  supplemented with additional narrative as necessary. Relevant characteristics of all
14  included studies are in Appendix 21, together with a list of excluded studies with
15  reasons for exclusion, and full references for both included and excluded studies.
16  These are presented for each topic covered in this chapter. To aid readability,
17  summaries of the study characteristics are included below, followed by the critical
18  outcomes from the evidence profiles, together with a summary of the evidence
19  profile.

20
21  In all of these studies are referred to by a study ID (primary author in capital letters
22  and date of study publication, except where a study is *in press* or only submitted for
23  publication, then a date is not used).

24
25  Based on the GRADE methodology outlined in chapter 2, the quality of the evidence
26  is summarised in the evidence profiles and summary of the evidence profiles as
27  follows:

28
29  High = Further research is very unlikely to change our confidence in the estimate of
30  the effect;

CONFIDENTIAL
AZSER12751179

1
2   Moderate = Further research is likely to have an important impact on our confidence
3   in the estimate of the effect and may change the estimate;
4
5   Low = Further research is very likely to have an important impact on our confidence
6   in the estimate of the effect and is likely to change the estimate;
7
8   Very low = Any estimate of effect is very uncertain.

## 7.3   The pharmacological treatment of acute manic, hypomanic and mixed episodes

### 7.3.1        Introduction

The main aim in treating mania, hypomania and mixed episodes is to achieve rapid control of symptoms. This is particularly important as mania can result in disturbed behaviour that, when extreme, can be a risk to the safety of the patient and others. More commonly mania may cause patients to act in a disinhibited manner and such behaviour may have long term repercussion for the individual's career and relationships. Mixed states in which manic and depressive symptoms co-exist are reported to be associated with an increased risk for suicide. Various drugs possess antimanic efficacy and these are considered in the following sections.

*Lithium*

Lithium is held to be effective in acute mania but its onset of action is slower than with antipsychotics. In addition practical considerations mean it is not the treatment of choice in acute mania. For example, prior to starting treatment one needs to establish that baseline renal and thyroid function are normal but in reality a patient may refuse venepuncture. Furthermore there may be a need to start immediate treatment without waiting for the result of blood tests. Also it is prudent to increase the dose of lithium gradually to minimise the risk of lithium toxicity and this will further increase the time to response.

Lithium is associated with acute and long term adverse effects and a low therapeutic index. Furthermore abrupt discontinuation can lead to an increased risk of mania and depression over the next few months (i.e. 'rebound' mania and depression). This phenomenon has been paid relatively little attention but is potentially one of the most serious drawbacks of lithium particularly in those who adhere poorly with treatment. It has been estimated that lithium needs to be continued for 2 years for the detrimental effects associated with abrupt discontinuation to be balanced by the benefits that accrue from its long-term effect (Goodwin 1994). The risk of rebound appears to be prevented if lithium is withdrawn gradually and several studies suggest that withdrawal over 2 weeks is sufficient (Baldessarini *et al* 1997; Faedda *et al* 1993).

Adverse effects of lithium that occur at therapeutic plasma levels include polyuria, polydipsia, tiredness, fine tremor, metallic taste, diarrhoea. Toxic levels of lithium (>1.2mmol/l) cause a range of symptoms including confusion, myoclonic jerks, cardiac arrhythmias, confusion, ataxia, dysarthria, and, as levels rise further convulsions, coma and death. The diagnosis of lithium toxicity is made on clinical

CONFIDENTIAL
AZSER12751180

DRAFT FOR SECOND CONSULTATION

1  grounds with laboratory confirmation, but toxicity can sometimes occur despite an
2  apparent normal plasma level.  Long term complications of lithium include thyroid
3  abnormalities (particularly hypothyroidism), chronic renal failure, and diabetes
4  insipidus (Macritchie & Young 2004).  Lithium is also associated with an increased
5  rate of malformations particularly of the cardiovascular system.

6  *Antipsychotics*
7  Prior to the introduction of the atypical antipsychotics, the conventional
8  antipsychotics were the standard treatment for mania despite a relative lack of RCTs
9  to support their use.  In recent years several atypical antipsychotics agents have been
10  licensed to treat mania, with RCT data underpinning these decisions. Atypical
11  antipsychotics currently licensed in the UK for the treatment of acute mania are
12  olanzapine, risperidone and quetiapine.  A major advantage of the atypical
13  antipsychotics over conventional antipsychotics is the lower risk of extrapyramidal
14  symptoms (EPS) though this differential has largely been demonstrated in trials
15  where the comparator is haloperidol, a high potency conventional antipsychotic that
16  is associated with a relatively high incidence of EPS.  Some atypical antipsychotics
17  are prolactin sparing but others raise serum prolactin levels which can lead to
18  distressing symptoms, including sexual dysfunction, and may also be associated
19  with long term health risks particularly if it leads to secondary hypogonadism. Some
20  atypical antipsychotics, in particular, olanzapine, are associated with a high risk of
21  significant increase in body weight ($\geq$7% baseline body weight).  Concern has only
22  focussed on the potential for metabolic complications with the atypical
23  antipsychotics though high quality data on this area is lacking.

24  *Anticonvulsants*
25  Valproate is available in various forms including sodium valproate, valproic acid
26  and valproate semisodium, although only valproate semisodium has UK Marketing
27  Authorisation for the treatment of manic episodes in the context of bipolar disorder.
28  The active element in all formulations is the valproate ion. The guideline uses the
29  generic term 'valproate' except when describing the agent used in a particular study,
30  when it uses the name used by the study authors. Carbamazepine is licensed for the
31  treatment of patients with bipolar disorder who are intolerant of lithium or in whom
32  lithium is ineffective.  A major complication of carbamazepine is that it can lower the
33  plasma level of concurrently prescribed drugs including antipsychotics.  Both
34  carbamazepine and valproate are teratogenic being associated with an increased risk
35  of neural tube defects. In addition pre-natal exposure to valproate may be associated
36  with an increased risk of developmental problems including reduced cognitive
37  performance.

38  *Calcium channel blockers*
39  Calcium channel blocking drugs (i.e. diltiazem, nifedipine, nimodipine, verapamil)
40  are licensed to treat high blood pressure and angina. Occasionally they are
41  prescribed to treat mania.  Side effects include headache, hypotension and
42  tenderness of the gums.

43  *Transcranial magnetic stimulation and ECT*
44  ECT remains a valuable treatment for severe depression where there is an urgent
45  need for a rapid response.  Examples include a depressed patient with marked
46  psychomotor retardation who is refusing fluids and food and a depressed patient

CONFIDENTIAL
AZSER12751181

DRAFT FOR SECOND CONSULTATION

1    with persistent and severe suicidal intent.   There is a smaller body of evidence which
2    indicates the effectiveness of ECT in acute mania.   Transcranial magnetic stimulation
3    is a recently introduced treatment but most of the research undertaken so far is
4    limited to unipolar depression.
5

6    *Benzodiazepines*

7    Benzodiazepines are often used by clinicians, in conjunction with antimanic agents,
8    for symptomatic control of agitation and insomnia.  Sleep deprivation can lead to
9    rapid deterioration in manic episodes and so the short-term use of hypnotics to
10   maintain a circadian rhythm is both reasonable and advisable. Problems include the
11   risks of tolerance, withdrawal symptoms and dependence.   These risks become
12   greater when use continues beyond 4 weeks.  Other problems include sedation,
13   ataxia and an increased risk of falls, particularly in the elderly.

14   *Combination therapy*

15   The combination of antipsychotics and antimanic medication (especially lithium and
16   valproate) has been shown to be effective in the treatment of mania.  However there
17   may be an increased risk of adverse effects including weight gain (for example,
18   Casey *et al* 2003).

19   **7.3.2          Review strategy**
20

21   Evidence from RCTs was found for the following treatment strategies:
22   - **Lithium**, including lithium compared with placebo and with anticonvulsants and
23   antipsychotics
24   - **Anticonvulsants**, including carbamazepine and valproate semisodium(compared
25   with placebo and other drugs), and gabapentin
26   - **Antipsychotics**, including antipsychotics compared with placebo, lithium,
27   valproate semisodium, and haloperidol
28   - **Miscellaneous pharmacological and non-pharmacological physical interventions**,
29   including ECT, transcranial magnetic stimulation and calcium channel blockers
30

31   No RCT evidence was found for the use of benzodiazepines.
32

33   A summary of the evidence for the pharmacological treatment of mania, hypomanic
34   and mixed states in children and adolescents is also provided.
35

36   Some trials appear in more than one section where the GDG felt this was
37   appropriate, for example, trials comparing lithium with antipsychotics are included
38   in both sections.

39   **7.3.3          Lithium in the treatment of mania**

40   *Studies considered*
41   Twelve trials of lithium in the treatment of mania met inclusion criteria. Excluded
42   studies with reasons for exclusion can be seen in Appendix 21. RCTs published prior
43   to 1973 were not picked up in searches, although several trials published before this
44   date exist. The GDG decided not to include them because of concerns about trial

Management of bipolar disorder: Full Guideline – **DRAFT** (February 2006)          Page 159 of 341

CONFIDENTIAL
AZSER12751182

DRAFT FOR SECOND CONSULTATION

1   methods and study populations. (Schou *et al*, 1954, Maggs *et al*, 1963, Goodwin *et al*,
2   1969, Stokes *et al*, 1971).
3
4   Included trials compared lithium with placebo, anticonvulsants, antipsychotics and
5   ECT in the treatment of mania. An overview of the included studies is in Table 24,
6   with further details available in Appendix 21. A trial comparing lithium with ECT is
7   considered in section 7.3.6 below.
8
9

CONFIDENTIAL
AZSER12751183

DRAFT FOR SECOND CONSULTATION

**Table 24. Summary of study characterisitcs table for lithium in the treatment of mania**

| Comparator | Placebo | Anticonvulsants | Antipsychotics |
|---|---|---|---|
| *No. trials (No. participants\*)* | *3 RCTs\*\** *(323)* | *5 RCTs* *(493)* | *5 RCTs* *(299)* |
| **Study IDs** | BOWDEN1994 (1) BOWDEN2005 (2) GELLER1998 (3) | BOWDEN1994 (1) FREEMAN1992 (2) ICHIM2000 (3) LERER1987 (4) SMALL1991 (5) | BERK1999 (1) BOWDEN2005 (2) GARFINKEL1980 (3) \*\*\* SEGAL1998 (4) SHOPSIN1975A (5) \*\*\* |
| **Diagnosis** | (1) Acute manic episode (2) Acute manic episode with psychotic features (3) Acute manic episode with substance use disorder (< 2 months' duration) | All: Acute manic episode | All: Acute manic episode |
| **Setting** | Inpatients; US | Inpatients; all US except ICHIM2000 (South Africa) | Inpatients; all US except BERK1999; SEGAL1998 (South Africa) |
| **Baseline data** | No relevant baseline data available | (1)(2)(4)  no relevant baseline data available (3) BPRS Mean: Lithium 46.8 ; Lamotrigine 52.8 MRS Mean: Lithium 31.6 ; Lamotrigine 34.4 (5) MRS: Li = 30.3, Car=30.9, HAM-D: Li 29.9, Car+29.4, BPRS 49.1, Car 47, GAS: 38.8 | SEGAL1998: BRPS Li: 17.4 (7.33); Haloperidol: 15.2 (7.33) BERK1999: Li 46.8; Olanzapine 53 |
| **Lithium serum levels** | (1) 1.5 mmol/L (2) 0.6 to 1.4 mEq/L (3) 0.9-1.3 mEq/L | (1)  1.5 mmol/L (2) 1.5 mmol/L (3)  Responders 0.77 (0.21), Non-Responders 0.71 (0.25) (4) 1 - 1.4 mEq/L (5) 0.6 - 1.5 mmol/L | (1) 400 mg bid  (serum level not given) (2) 0.6 to 1.4 mEq/L (3) 1.20 (0.2) mmol/L (4) 0.6 - 1.2 mmol/L (5) 2 mEq/L |
| **Compartor** | Placebo | (1)  Valproate semisodium (2) Valproate (3) Lamotrigine (4) Carbamazepine (5) Carbamazepine | (1) Olanzapine (2) Quetiapine (3) Haloperidol (4) Haloperidol (5) Haloperidol or chlorpromazine |
| **Mean age (or range of mean ages)** | (1) 39 (2) 40 (3) 16 | Where given 33 to 38 | Where given 30-39 |
| **Length of trial** | (1) 3 weeks (2) 12 weeks (3) 6 weeks | All 3 weeks except SMALL1991 (8 weeks) | 3 or 4 weeks |

1   \* Number of participants in relevant treatment groups - trials may have additional treatment
2   groups
3   \*\*\* Acceptability data only

4   *Summary of evidence for lithium in the treatment of mania*

5   An overview of the results is provided in Table 25 with the full evidence profile in
6   Appendix 22.  Three placebo-controlled trials conducted since 1994 indicate that
7   lithium is effective in acute mania.  In addition several older trials support the
8   effectiveness of lithium but were excluded from the analysis due to methodological

CONFIDENTIAL
AZSER12751184

DRAFT FOR SECOND CONSULTATION

1 weaknesses common to many trials of the period. The three placebo-controlled RCTs
2 that were analysed all employed a minimum plasma level of $\geq$ 0.6mmol/l. In
3 contrast many UK laboratories quote a lower limit of the therapeutic range of 0.4 to
4 0.6 mmol/l. There does not appear to be an evidence base to support this as an
5 effective range. In terms of active-comparator trials, one trial indicated that lithium
6 was more effective than valproate and several trials indicated equivalent efficacy to
7 various antipsychotics.
8
9 **Table 25 Summary of evidence profile for lithium in the treatment of mania**

| Comparator | Placebo | Placebo (for substance misuse) | Anticonvulsants | Antipsychotics |
|---|---|---|---|---|
| Evidence for efficacy (quality) | Lithium more effective than placebo (moderate) | Lithium more effective than placebo (moderate) | Lithium versus carbamazepine or lamotrigine: data are inconclusive (low) Lithium more effective than valproate (moderate) | Data are inconclusive (low) for efficacy outcomes |
| Evidence for acceptability /tolerability (quality) | Data are inconclusive (low) for tolerability/acceptability outcomes | Data are inconclusive (low) for tolerability/acceptability outcomes | Lithium versus carbamazepine or lamotrigine: Data are inconclusive (low) for tolerability/acceptability outcomes | Data are inconclusive (low) for tolerability/acceptability outcomes |

10

11 **7.3.4        Anticonvulsants in the treatment of mania**

12 *Studies considered*

13 Seven trials met the eligibility criteria set by the GDG. Excluded studies with reasons
14 for exclusion can be seen in Appendix 21. Excluded trials included a study of
15 topiramate, which meant that no high quality study of this drug was available.
16
17 Included trials looked at carbamazepine, valproate semisodiumand gabapentin in
18 the treatment of mania. Placebo-controlled trials were available for carbamazepine
19 and valproate.
20
21 An overview of the included studies is in Table 26, with further details available in
22 Appendix 21.
23

CONFIDENTIAL
AZSER12751185

DRAFT FOR SECOND CONSULTATION

**Table 26. Summary of study characteristics table for anticonvulsants in the treatment of mania**

| | Carbamazepine vs placebo | Carbamazepine vs other drugs | Valproate semisodium vs placebo | Valproate semisodium vs other drugs | Gabapentin |
|---|---|---|---|---|---|
| *No. trials (No. participants)* | *2 RCTs 316* | *1 RCT (54)* | *1 RCTs (150)* | *2 RCTs (150)* | *1 RCT (117)* |
| **Study IDs** | WEISLER2004 (1) WEISLER2005 (2) | LUSZNAT1988 * | BOWDEN1994 ** | DELBELLO2002 (1)*** ZAJECKA2002 (2) | PANDE2000 |
| **Diagnosis** | (1) Bipolar I 47% manic, 53% mixed (2) Bipolar I 79% manic, 21% mixed | manic % not given, hypomanic % not given, | Acute manic episode | (1) Bipolar I 24% manic, 76% mixed (2) Bipolar I manic | Bipolar I 25% mixed, 23% manic, 46% hypomanic, 3% depressed, 3% unspecified |
| **Setting** | (1) US, in/outpatients (2) US, India, in/outpatients | Inpatients; UK | Inpatients; US | Inpatients; US | Outpatients; US |
| **Baseline data** | None available | None available | None available | None available | YMRS Gabapentin 18.4 (7.1); placebo 18.8 (7.3) |
| **Study drug** | Carbamazepine | Carbamazepine + neuroleptics | Valproate semisodium | (1) Valproate semisodium+ quetiapine (2) Valproate semisodium | Gabapentin (+ lithium or valproate) |
| **Comparator** | placebo | neuroleptics | Placebo | (1) valproate semisodium (2) olanzapine | Placebo (+ lithium or valproate) |
| **Mean age** | (1) 37 (2) 38 | Not given | 39 | (1) Range 12-18 (2) 39 | 39 |
| **Trial length** | 3 weeks | 6 weeks + 12 months follow-up | 3 weeks | (1) 6 weeks (2) 3 weeks | 10 weeks |

1  *Acceptability data only
2  ** study also has lithium arm which is considered in 7.3.3 Lithium above
3  *** Study also considered in 7.3.7 The treatment of mania in children and adolescents below
4

5  *Summary of evidence for anticonvulsants in the treatment of manic, hypomanic and*
6  *mixed episodes*

7  An overview of the results is provided in Table 27 with the full evidence profile in
8  Appendix 22.  RCTs indicate that carbamazepine is superior to placebo in acute
9  mania.  Although valproate semisodium is licensed in the UK and in the USA for the
10  treatment of acute mania, only one placebo-controlled trial of valproate
11  semisodium fulfilled the GDG's criteria.  This showed that valproate semisodium is
12  more effective than placebo (moderate quality evidence). Another RCT showed
13  valproate semisodium to be as efficacious as olanzapine, a drug that has been shown
14  to be superior to placebo in two placebo-controlled RCTs.  However valproate
15  semisodium was less efficacious than lithium in another trial (see table [insert correct
16  numbers]).  In summary, although the evidence base supporting the efficacy of

CONFIDENTIAL
AZSER12751186

DRAFT FOR SECOND CONSULTATION

1  valproate in mania is relatively small, it appears that. valproate is effective in the
2  treatment of mania.
3
4  Valproate is available in several formulations including valproate semisodium
5  (valproate semisodium), sodium valproate and valproic acid.   Most trials in bipolar
6  disorder have used valproate semisodium.  There has been debate about whether
7  other forms of valproate share the efficacy of valproate semisodium.  There are no
8  good pharmacological reasons why there should be a difference in the efficacy of
9  these different compounds since the valproate ion is the active moiety, although
10  there may be slight tolerability differences for valproate semisodium compared to
11  valproic acid and sodium valproate.  In previous years this debate was relevant due
12  to the higher cost of valproate semisodium in comparison with sodium valproate
13  and valproic acid.  However recent changes in pricing mean that there is now little
14  variation in the price of these variations.  Given the absence of a significant price
15  differential, the licensed status of valproate semisodium, and the fact that most RCTs
16  of valproate in bipolar disorder used valproate semisodium it is reasonable to regard
17  valproate semisodium as the compound of choice when valproate is required in
18  mania, although the guideline recommendations refer to valproate throughout and
19  none of the salts are licensed for maintenance treatment.
20
21  It cannot be assumed that all anticonvulsants are effective in mania as the results of a
22  trial of gabapentin were classified inconclusive. No trial of topiramate met inclusion
23  criteria.
24

CONFIDENTIAL
AZSER12751187

DRAFT FOR SECOND CONSULTATION

1   **Table 27 Summary of evidence profile for anticonvulsants in the treatment**
2   **of mania**

| | Carbamazepine vs placebo | Carbamazepine vs other drugs | Valproate semisodium vs placebo | Valproate semisodium vs other drugs | Gabapentin |
|---|---|---|---|---|---|
| **Evidence for efficacy (quality)** | Carbamazepine more effective than placebo for those with manic symptoms (high); inconclusive for mixed episodes (low) | (Carbamazepine + neuroleptics vs lithium + neuroleptics) Appropriate efficacy data not available | Valproate semisodium ore effective than placebo (moderate) | (vs olanzapine) No difference on mania scores; favours olanzapine on general psychiatric functioning (moderate) (+ quetiapine vs valproate semisodium) Appropriate efficacy data not available | (+ (lithium or valproate) vs placebo + (lithium or valproate)) Inconclusive (low) |
| **Evidence for acceptability/tolerability (quality)** | Carbamazepine more acceptable to patients with mania than placebo (moderate); inconclusive for mixed episodes (low); tolerability: inconclusive (low); more side effects with carbamazepine (low) | Data are inconclusive (low) for tolerability/acceptability outcomes | Data are inconclusive (low) for tolerability/acceptability outcomes | (vs olanzapine) no difference on acceptability (moderate); inconclusive on side effects (low) (+ quetiapine vs valproate semisodium) valproate semisodium alone more acceptable (low) (adolescents only) | (+ (lithium or valproate) vs placebo + (lithium or valproate)) inconclusive (low); inconclusive on side effects (low) |

3   **7.3.5        Antipsychotics in the treatment of mania**

4   *Studies considered*
5   Twenty-five trials met the eligibility criteria set by the GDG. Excluded studies with
6   reasons for exclusion can be seen in Appendix 21. Characteristics of included studies
7   are in Table 28, with further details in Appendix 21.
8
9   A trial of an antipsychotic with and without ECT is considered with other ECT trials
10  below (section 7.3.6).
11

CONFIDENTIAL
AZSER12751188

DRAFT FOR SECOND CONSULTATION

**Table 28. Summary of study characteristics table for antipsychotics in the treatment of mania**

| | Vs placebo | Vs placebo (with prophylactic agent) | Vs lithium | Vs valproate semisodium | Vs haloperidol |
|---|---|---|---|---|---|
| *No. trials (No. participants*)* | *10 RCTs (1554)* | *8 RCTs (1429) (incs all of 4)* | *5 RCTs (299)* | *1 RCT (120)* | *5 RCTs (867)* |
| **Study IDs** | BOWDEN2005 (1) HIRSCHFELD2004 (2) KECK2003 (3) KECK2003C (4) KHANNA2005 (5) MCINTYRER2005 (6)** POTKIN2005(7) SMULEVICH2005 (8)** TOHEN1999A (9) TOHEN2000 (10) | GARFINKEL1980 (1) MISHORY2000 (2) NAMJOSHI2004 (3) SACHS2002 (4) ** SACHS2004 (5) SACHS Unpub (6) TOHEN2002 (7) YATHAM2003 (8) | BERK1999 (1) BOWDEN2005 (2) GARFINKEL1980 (3) *** SEGAL1998 (4) SHOPSIN1975A (5) *** | ZAJECKA2002 | MCINTYRER2005 (1) SHI2002 (2) SHOPSIN1975 (3) SMULEVICH2005 (4) VIETA2005 (5) |
| **Diagnosis** | (1) Acute manic episode 27% with psychotic features (2) Bipolar I manic 43% with psychotic features (3) Bipolar I manic 33% mixed, 23% rapid cycling (4) Bipolar I 60% mixed (5) Bipolar I manic 5% mixed, 59% psychotic features (6) Acute manic episode 42% with psychotic features (7) Bipolar I manic 40% mixed (8) Acute manic episode 33% with psychotic features (9) Bipolar I manic 17% mixed (10) Bipolar I 43% mixed, 57% manic; 57% with psychotic features | (1) Acute manic episode (2) Acute manic episode**** (3) Bipolar I mixed or manic (4) Bipolar I 21% mixed, 79% manic (5) Bipolar I manic (6) Bipolar I manic (7) Bipolar I 52% mixed,48% manic (8) Bipolar 92% manic, 8% mixed | Acute manic episode | Bipolar I manic | (1) Acute manic episode (2) Bipolar I 6% mixed, 95% manic, 57% psychotic features (3) Acute manic episode (4) Acute manic episode 33% with psychotic features (5) Bipolar I 89% manic, 11% mixed |
| **Setting** | (1) In/outpatients; US (2) Outpatients; US (3) Inpatients; US (4) ?; US, Brazil (5) Inpatients; India (6) Inpatients; | (1) Inpatients; Canada (2) Israel (3) Outpatient; (4) Inpatients; US (5) In and outpatients; US (6) In and outpatients; US (7) In and | (1) Inpatients; South Africa (2) Inpatients; US (3) Inpatients;  US (4) Inpatients; South Africa (5) Inpatients | Inpatients; US | (1) Inpatients; South America/Europe/ Asia (2) In and outpatients; multi-continent (3) Inpatients (4) Inpatients; 10 countries |

CONFIDENTIAL
AZSER12751189

DRAFT FOR SECOND CONSULTATION

| | | | | | |
|---|---|---|---|---|---|
| | South America/Europe /Asia<br>(7) Inpatients; US, Brazil, Mexico<br>(8) Inpatients; 10 countries Europe/Asia<br>(9) Outpatients; US<br>(10) In/outpatients; US | outpatients; US and Canada<br>(8) Multi-country | | | Europe/Asia<br>(5)<br>US/Japan/Europe |
| **Baseline data** | (1) YMRS 32 to 34<br>(2) YMRS 29<br>(3) YMRS 28.2 to 29.7<br>(4) MRS 26 to 27<br>(5) YMRS 37<br>(6) Not available<br>(7) MRS 12.84 to 13.18<br>(8) Not available<br>(9) Not given<br>(10) YMRS 29.1 | (1) Not available<br>(2) Not available<br>(3) YMRS 22<br>(4) YMRS 28<br>(5) Not available<br>(6) Not available<br>(7)YMRS 22<br>(8) YMRS 28-29 | (1) BPRS 46.8 to 53<br>(2) YMRS 32 to 34<br>(3) Not available<br>(4) BRPS 15.2 to 17.4<br>(5) Not available | None available | (1) Not available<br>(2) YMRS 30-31<br>(3) Not available<br>(4) Not available<br>(5) YMRS 31 |
| **Study drugs** | (1) Quetiapine<br>(2) Risperidone<br>(3) Aripiprazole<br>(4) Ziprasidone<br>(5) Risperidone<br>(6) Quetiapine**<br>(7) Ziprasidone<br>(8) Risperidone**<br>(9) Olanzapine<br>(10) Olanzapine | (1) Haloperidol<br>(2) Haloperidol<br>(3) Olanzapine<br>(4) Haloperidol<br>(5) Quetiapine<br>(6) Olanzapine<br>(7) Quetiapine<br>(8) Risperidone<br><br>All with prophylactic agent | (1) Olanzapine<br>(2) Quetiapine<br>(3) Haloperidol<br>(4) Haloperidol<br>(5) Haloperidol or chlorpromazine | Valproate semisodiumvs olanzapine | (1) Quetiapine<br>(2) Olanzapine<br>(3) Chlorpromazine<br>(4) Risperidone<br>(5) Aripiprazole |
| **Compara tor** | Placebo | Placebo (+prophylactic agent) | Lithium | Valproate semisodium | Haloperidol |
| **Adjuncti ve prophyla ctic agent** | Not applicable | (1) Li<br>(2) phenytoin<br>(3) Li or VLP<br>(4) Li or VLP<br>(5) Li or VLP<br>(6) Li or VLP<br>(7) Li or VLP<br>(8) Li, VLP or CBZ | Not applicable | Not applicable | Not applicable |
| **Lithium serum levels** | Not applicable | (1) 900 mg/d adjusted according to response<br>(2) N/A<br>(3) Not given<br>(4) 0.6 - 1.4 mEq/L<br>(5) 0.7 - 1.0 mEq/L<br>(6) Not available | (1) 400 mg bid (serum level not given)<br>(2) 0.6 to 1.4 mEq/L<br>(3) 1.20 (0.2) mmol/L<br>(4) 0.6 - 1.2 mmol/L<br>(5) 2 mEq/L | Not applicable | Not applicable |

CONFIDENTIAL
AZSER12751190

DRAFT FOR SECOND CONSULTATION

| | | | | | |
|---|---|---|---|---|---|
| | | (7) 0.7 - 1.0 mEq/L (8) Not available | | | |
| **Mean age** | 35-43 (4) (9) not given | 39-42 (2) not given | 30-39 | 39 | 40-43 (3) not given |
| **Trial length** | 3 weeks except (1) (6) 12 weeks (10) 4 weeks | 3 weeks except (2) 5 weeks (3) 7 weeks (6) 6 weeks***** | 3 or 4 weeks | 3 weeks | 3 weeks except (1) (5) 12 weeks (2) 7 + 6-week continuation |

1
2  Abbreviations: Li = lithium, VLP = valproate semisodium, VLP = valproate, CBZ =
3  carbamazepine
4  * Number of participants in relevant treatment groups - trials may have additional treatment
5  groups
6  **trials with 2 antipsychotic arms - see 'study drugs' for data used (data added for
7  dichotomous outcomes where appropriate)
8  *** Acceptability data only
9  **** Study included 40% with schizoaffective disorder, but data given for BD group
10  separately
11  ***** plus 18-month follow-up - data used in the review of long-term maintenance below
12

13  *Notes on evidence*

14  Where a placebo-controlled trial compared 2 antipsychotics (i.e., a 3-arm trial:
15  antipsychotic A, antipsychotic B, placebo) the data from the following arms were
16  entered into the comparison with placebo: SMULEVICH2005 risperidone,
17  MCINTYRER2005 quetiapine. This means that there are no data for haloperidol
18  presented in this analysis.

19  Due to heterogeneity KHANNA2005 was removed from the following analyses as an
20  outlier: mania endpoint scores and leaving the study early for any reason.

21  *Summary of evidence for anipsychotics in the treatment of mania*

22  Note that most studies included a proportion of participants with psychotic features
23  and some also included participants experiencing mixed episodes
24  An overview of the results is provided in Table 29 with the full evidence profile in
25  Appendix 22.
26
27  RCTs for several atypical antipsychotics indicate superiority over placebo
28  (aripiprazole, olanzapine, quetiapine, risperidone, ziprasidone) and equivalent
29  efficacy to haloperidol (aripiprazole, olanzapine, quetiapine, risperidone,
30  ziprasidone), lithium (olanzapine) and valproate semisodium (olanzapine) in the
31  treatment of mania.  The addition of several atypical antipsychotics to either
32  valproate or lithium in patients with partially treated mania has been shown in RCTs
33  to be more effective than continuing treatment with valproate or lithium alone.
34

CONFIDENTIAL
AZSER12751191

DRAFT FOR SECOND CONSULTATION

1  **Table 29 Summary of evidence profile for antipsychotics in the treatment**
2  **of mania**

| | Vs placebo | Vs placebo (with prophylactic agent) | Vs lithium | Vs valproate semisodium | Vs haloperidol |
|---|---|---|---|---|---|
| **Evidence for efficacy (quality)** | Antipsychotics more effective than placebo (high) | Antipsychotics more effective than placebo (high) | Antipsychotics more effective than lithium (moderate) | Unlikely to be a difference (moderate) | Unlikely to be a difference (moderate) |
| **Evidence for acceptability/tolerability (quality)** | Antipsychotics more acceptable than placebo (moderate), some evidence of side effects (moderate) | prophylactic agents with or without antipsychotics equally acceptable (high); tolerability data largely inconclusive (low) other than antipsychotics produce EPS and weight gain (moderate) | Acceptability inconclusive (low); tolerability unlikely to be a difference (moderate) | Unlikely to be a difference (moderate) | Acceptability: unlikely to be a difference (high); tolerability antipsychotics more tolerable than haloperidol (high), except on weight gain where haloperidol better than olanzapine (moderate) |

3

4  **7.3.6     Miscellaneous pharmacological and non-pharmacological physical**
5  **interventions**

6  *Studies considered*

7  Four trials met the eligibility criteria set by the GDG. Excluded studies with reasons
8  for exclusion can be seen in Appendix 21. Characteristics of included studies are in
9  Table 30, with further details in Appendix 21.
10

CONFIDENTIAL
AZSER12751192

DRAFT FOR SECOND CONSULTATION

**Table 30. Summary of study characteristics for miscellaneous pharmacological and non-pharmacological physical interventions in the treatment of mania**

| | ECT | Transcranial magnetic stimulation (**TMS**) | Calcium channel blockers |
|---|---|---|---|
| *No. trials (No. participants\*)* | *2 RCTs (1348)* | *1 RCT (16)* | *1 RCT (32)* |
| **Study IDs** | SIKDAR1994 (1) SMALL1988\*\* (2) | GRISARU1998 | JANICAK1998 |
| **Diagnosis** | (1) Mania (2) Bipolar I manic | Manic, 25% with psychotic features | Bipolar I 94% manic, 6% mixed, 71% psychotic features |
| **Setting** | (1) In/outpatients; (2) Inpatients; US | Israel | Inpatients |
| **Baseline data** | (1) YMRS 23 to 25 (2) Not available | YMRS 23-28 | MRS 26-29 |
| **Study treatment** | (1) ECT + chlorpromazine (2) ECT | TMS: right stimulation | Verapamil |
| **Comparator** | (1) simulated ECT + chlorpromazine (2) lithium | TMS: left stimulation | placebo |
| **Lithium serum levels** | (1) Not applicable (2) 0.6 to 1.5 mmol/L (to max 1.2 mmol/L for those taking neuroleptics) | Not applicable | Not applicable |
| **Mean age** | (1) Not available (2) 37 | 33 | 36 |
| **Trial length** | (1) (2) 8 weeks | 2 weeks | 3 weeks |

1  \* Number of participants in relevant treatment groups - trials may have additional treatment
2  groups
3  \*\* Acceptability data only
4

5  *Summary of evidence for miscellaneous pharmacological and non-pharmacological*
6  *physical interventions in the treatment of mania*

7  An overview of the results is provided in Table 31 with the full evidence profile in
8  Appendix 22.  None of the treatments considered (i.e. ECT, transcranial magnetic
9  stimulation and calcium channel blockers) were of proven efficacy.
10

11  **Table 31 Summary of evidence profile for miscellaneous pharmacological and**
12  **non-pharmacological physical interventions in the treatment of mania**

| | ECT | Transcranial magnetic stimulation | Calcium channel blockers |
|---|---|---|---|
| **Evidence for efficacy (quality)** | No evidence versus lithium More effective than an antipsychotic alone (moderate) | No evidence versus placebo; right-hand stimulation more effective than left-hand stimulation (moderate) | Data are inconclusive (low) for efficacy outcomes |
| **Evidence for acceptability/ tolerability (quality)** | Data are inconclusive (low) for tolerability/acceptability outcomes | Data are inconclusive (low) for tolerability/acceptability outcomes | Data are inconclusive (low) for tolerability/acceptability outcomes |

13

14  **7.3.7          The treatment of mania in children and adolescents**

15  **Lithium in the treatment of mania in children and adolescents**

Management of bipolar disorder: Full Guideline – **DRAFT** (February 2006)          Page 170 of 341

352

CONFIDENTIAL
AZSER12751193

DRAFT FOR SECOND CONSULTATION

1   *Studies considered*

2   Three RCTs of lithium in the treatment of mania in children and adolescents were
3   considered (GELLER1998, KAFANTARIS2004, KOWATCH2000). KOWATCH2000 is
4   not a double-blind trial, but was included since evidence in this area is scarce. A
5   summary of study characteristics is in *Table* 32, with further details in appendix 21.

6   **Table 32  Summary of study characteristics for lithium in the treatment**
7   **of mania in children and adolescents**

| | Lithium vs placebo | Lithium vs other drugs |
|---|---|---|
| *No. trials (No. participants\*)* | *2 RCTs* <br> *(65)* | *1 RCT open label* <br> *(42)* |
| **Study IDs** | GELLER1998 (1) <br> KAFANTARIS2004 (2) | KOWATCH2000A (1) |
| **Diagnosis** | (1) Acute manic episode with substance use disorder (< 2 months' duration) <br> (2) Acute manic episode with psychotic features | Bipolar I manic/mixed 53%, Bipolar II manic/mixed 47% |
| **Setting** | Inpatients; US <br> (25% of (2) outpatients) | Outpatients; US |
| **Baseline data** | No relevant baseline data available | None available |
| **Study treatment** | (1)  Lithium 0.9-1.3 mEq/L <br> (2) Lithium 0.6-1.2mEq/L | Lithium 0.8-1.2mEq/L |
| **Comparator** | Placebo | (1) Carbamazepine 7-10ug/L <br> (2) Valproate semisodium85-110ug/L |
| **Mean age** | 16 | 11 |
| **Trial length** | (1) 42 <br> (2) 14 (after 4-week open treatment with lithium) | 42 |

8   *Summary of evidence for lithium in the treatment of mania in children and*
9   *adolescents*

10   An overview of the results is provided in Table 33 with the full evidence profile in
11   Appendix 22. The KAFANTARIS2004 trial is of children and adolescents given
12   lithium for 4 weeks and then randomised to continue or discontinue treatment. In
13   addition, 25% had psychotic features received antipsychotic treatment. The estimated
14   effect size shows little difference in mania scores, although the 95% confidence
15   intervals are wide making this hard to interpret. In the trial of mania with substance
16   use disorder lithium was superior to placebo.  Given the lack of other trials of
17   pharmacotherapy in children and adolescents it is necessary to cautiously
18   extrapolate from the adult evidence base.
19

CONFIDENTIAL
AZSER12751194

DRAFT FOR SECOND CONSULTATION

1 **Table 33 Summary of study characteristics for lithium in the treatment of**
2 **mania in children and adolescents**

| Comparator | Lithium versus placebo | Placebo (for substance misuse) | Lithium versus other drugs |
|---|---|---|---|
| **Study population** | Mean age 15 | Mean age 16 | Mean age 11 |
| **Evidence for efficacy (quality)** | Data are inconclusive (low) | Lithium more effective than placebo (moderate) | Versus valproate semisodium and carbamazepine: data not available (very low) |
| **Evidence for acceptability /tolerability (quality)** | Data are not available | Data are inconclusive (low) | Versus valproate semisodium and carbamazepine: data are inconclusive (low) |

3

4 **Antipsychotics in the treatment of mania in children and adolescents**
5 Three RCTs of antipsychotics in the treatment of mania in children and adolescents
6 were included, only one of which was a double-blind, full randomised trial. A
7 summary of study characteristics is in Table 32, with further details in Appendix 21

CONFIDENTIAL
AZSER12751195

DRAFT FOR SECOND CONSULTATION

1

2 **Table 34  Summary of study characteristics for antipsychotics in the**
3 **treatment of mania in children and adolescents**

| | Quetiapine | Lithium + Risperidone vs Valproate semisodium + Risperidone | Risperidone vs Olanzapine |
|---|---|---|---|
| *No. trials (No. participants\*)* | *1 RCT (30)* | *1 RCT open label (40)* | *1 Semi-randomised RCT (31)* |
| **Study IDs** | DELBELLO2002 (1) | *PAVULURI2004A* | BIEDERMAN2005A |
| **Diagnosis** | Bipolar I 24% manic, 76% mixed | Bipolar I and II manic/mixed (78% ADHD) | Bipolar I manic/mixed, Bipolar II manic/mixed |
| **Setting** | Inpatients; US | Outpatients, US | Outpatients, US |
| **Baseline data** | None available | YMRS 29-30 CDRS-R 62-71 | No relevant baseline data available |
| **Study treatment** | Valproate semisodium+ quetiapine | Lithium 0.6-1.0mEq.L + Risperidone mean dose 750mg/d | Risperidone: mean dose 1.4mg/d |
| **Comparator** | Valproate semisodium | Valproate semisodium 50-120ug/ml+ Risperidone mean dose 750mg/d | Olanzapine: mean dose 6.3mg/d |
| **Mean age** | Range 12-18 | 12 | 5 (range 4-6) |
| **Trial length** | 6 weeks | 180 | 56 |

4 *Summary of evidence for antipsychotics in the treatment of mania in children and*
5 *adolescents*

6 An overview of the results is provided in Table 35 with the full evidence profile in
7 Appendix 22. Data for the use of antipsychotics in the treatment of mania in children
8 and adolescents is sparse and of very low quality. Given this it is necessary to
9 extrapolate cautiously from the adult evidence base.

10

CONFIDENTIAL
AZSER12751196

DRAFT FOR SECOND CONSULTATION

1   **Table 35 Summary of evidence for antipsychtoics in the treatment of**
2   **mani in children and adolescents**

| Comparator | Quetiapine | Lithium + Risperidone vs Valproate semisodium Sodium + Risperidone | Risperidone vs Olanzapine |
|---|---|---|---|
| **Study population** | Age 12-18 | Mean age 12 | Mean age 5 (range 4-6) |
| **Evidence for efficacy (quality)** | Appropriate efficacy data not available (very low) | Data on general function is inconclusive (very low); no other data available | Favours risperidone (low) |
| **Evidence for acceptability /tolerability (quality)** | Leaving the study early favours placebo (moderate) | Leaving the study early favours valproate semisodium (low); other data is inconclusive (very low) | Favours risperidone (low) |

3   **7.3.8        Clinical summary, and practical considerations, for the treatment of**
4   **mania**

5   In terms of pharmacological treatment, acute mania has been more studied than any
6   other aspect of bipolar disorder. Drugs that have been shown to be superior to
7   placebo in acute mania include carbamazepine, valproate, lithium and several
8   atypical antipsychotics including aripiprazole, olanzapine, quetiapine, risperidone
9   and ziprasidone.  RCTs are not uniformly positive in acute mania.  For example,
10  verapamil, a calcium channel antagonist, was not more effective than placebo
11  (JANICAK1998) and gabapentin in combination with valproate or lithium was not
12  more effective than valproate or lithium alone (PANDE2000).
13
14  Given the existence of several efficacious agents in mania, the size of the supporting
15  evidence base, and comparative efficacy and tolerability should be considered.  The
16  number of participants in placebo-controlled trials, that fulfilled the GDG's criteria,
17  for lithium (n=323), carbamazepine (n=316) and valproate (n=150) is far less than for
18  antipsychotics (n=1554). In terms of comparative efficacy there are few head to head
19  trials of single agents in mania.  Most such trials (for example, olanzapine versus
20  lithium, olanzapine vs valproate semisodium, olanzapine vs haloperidol) do not
21  reveal convincing evidence for differential efficacy or tolerability though an
22  exception is a single trial in which lithium was superior to valproate semisodium.  In
23  view of this non-RCT data and practical issues need to be considered when choosing
24  between monotherapies for mania.
25

26  *Carbamazepine*

27  Carbamazepine is not a simple drug to use; side-effects include nausea, blurring of
28  vision and unsteadiness.  To minimise these it is necessary to gradually increase the
29  dose.  Carbamazepine can also cause blood dyscrasias and skin rashes and is
30  teratogenic.  It reduces the plasma level of many co-prescribed medications,
31  including antipsychotics, by inducing hepatic enzymes.  As a result it cannot be
32  recommended as a first-line treatment for acute mania.

CONFIDENTIAL
AZSER12751197

DRAFT FOR SECOND CONSULTATION

1

2  *Lithium*

3  Lithium is associated with a number of problems, including long-term risk of chronic
4  renal impairment and hypothyroidism.  Lithium can impair renal function in several
5  ways. It inhibits the effect of antidiuretic hormone on the distal tubule and so impairs
6  water reabsorption. This is relatively common, manifests as polyuria and polydipsia
7  and, when severe, can lead to frank diabetes inspidius which occurs in about 10% of
8  patients on long-term lithium treatment (Bendz & Aurell, 1992). Complications
9  include dehydration and an increased risk of toxicity from drugs with a low
10 therapeutic index including lithium. The effects of lithium on renal concentrating
11 ability are usually reversible on stopping treatment. In a small minority of patients,
12 long-term lithium treatment can lead to a reduction in glomerular filtration and a
13 gradual rise in serum creatinine. This may reflect a chronic interstitial or
14 tubulointerstitial nephropathy which can be irreversible, even on stopping lithium.
15 The exact prevalence of this complication is uncertain but it appears to be the
16 exception rather than the rule and progression to end stage renal failure appears very
17 rare.

18

19 Pre- and regular (every 6 months) post-treatment checks of renal and thyroid
20 function are therefore essential.  The low therapeutic index of lithium requires that
21 after treatment is commenced the dose is gradually built up to achieve an effective
22 plasma level.  In order to achieve satisfactory plasma levels, plasma levels need to be
23 checked one week after initiation (and after every dose change) then every 3 months.
24 Plasma levels of lithium are increased by several medications including diuretics and
25 non-steroidal anti-inflammatory drugs.  Lithium is also teratogenic.  It must be
26 withdrawn gradually to minimise the occurrence of rebound mania or depression.
27 All these considerations mean that lithium is a rather impractical agent to commence
28 *de novo* for the treatment of mania.  However, in patients whose bipolar illness has
29 previously been controlled by lithium a recurrence of mania associated with a low
30 serum lithium level, perhaps secondary to poor concordance, may be treated by
31 increasing the dose of lithium particularly if symptoms are relatively mild.

32

33 *Valproate*

34 Valproate is generally well tolerated. More frequent side effects include gastric
35 irritation, nausea, ataxia and tremor.  These side effects are often dose related and as
36 the effective dose varies between patients it is usual practice to increase the dose
37 gradually according to clinical response. Plasma level monitoring is not necessary
38 unless there is evidence of ineffectiveness, poor adherence or toxicity, though pre-
39 treatment and post-treatment checks of full blood count and hepatic function are
40 advisable.  Valproate can elevate serum levels of carbamazepine and lamotrigine.  Its
41 most serious side effects are its association with structural teratogenicity and mental
42 impairment in the newborn when prescribed during pregnancy.  Consequently
43 valproate cannot be recommended as a first-line agent in the treatment of mania in
44 women of child-bearing age (unless they are using a highly reliable from of
45 contraception such as an intra-uterine device).   In other women and in men
46 valproate can be considered, alongside antipsychotics, as a first-line agent for the
47 treatment of mania.

48

CONFIDENTIAL
AZSER12751198

DRAFT FOR SECOND CONSULTATION

1    Polycystic ovary syndrome (PCOS) is characterised by excess androgen levels and
2    ovulatory dysfunction.  Several studies have reported a higher prevalence in women
3    with epilepsy and bipolar disorder.  Debate has centred on whether this reflect an
4    association with the underlying disorder (i.e. epilepsy or bipolar disorder) or the
5    result of antiepileptic drugs in particular valproate (Rasgon, 2004). Current research
6    is not sufficient to provide a definitive answer but suggests that both pathways may
7    be relevant.  In particular a recent small study of reproductive function in women
8    with bipolar disorder found a high rate of menstrual disturbances that in many cases
9    preceded the diagnosis and treatment for the disorder (Rasgon *et al*, 2005).
10   Furthermore treatment with valproate was associated with a higher risk of
11   development of menstrual abnormalities than other treatments and valproate was
12   also associated with an increase in testosterone levels over time.
13
14   *Antipsychotics*

15   Antipsychotics can either be started at a therapeutic antimanic dose on day one of
16   treatment or, (in the case of quetiapine and risperidone where titration is necessary
17   to minimise side -effects) rapidly titrated to allow a therapeutic dose to be reached
18   within a few days which is shorter than is the case with titration of lithium and
19   valproate.  There is no evidence of teratogenticity with antipsychotics though one
20   has to be cautious particularly with newly introduced agents such as aripiprazole
21   where experience is more limited.   RCTs indicate that the addition of several
22   atypical antipsychotics to pre-existing treatment with either valproate or lithium in
23   patients with partially treated mania is more effective than continuing treatment
24   with valproate or lithium alone.  These factors make antipsychotics suitable as first-
25   line treatments for mania.
26
27   In choosing between antipsychotics, atypical antipsychotics are preferred to
28   conventional antipsychotics due to the existence of a greater number of supportive
29   RCTs and the lower risk of extrapyramidal symptoms, at least when the comparator
30   is haloperidol.  Several atypical antipsychotics are associated with a low risk of
31   elevation of serum prolactin, another advantage compared to haloperidol.  This
32   advantage is not shared by all atypical antipsychotics; both risperidone and
33   amisulpride are commonly associated with elevation of serum prolactin.  The
34   atypical antipsychotics licensed for the treatment of mania in the UK are olanzapine,
35   quetiapine and risperidone.
36
37   Atypical antipsychotics are not without their drawbacks.  All can cause significant
38   weight gain in some patients.  The risk is greatest with olanzapine which is
39   associated with about 30% of patients gaining $\geq$7% of body weight in short term
40   trials.  There is also concern about the potential for metabolic disturbance (elevation
41   of serum glucose and lipids) with the atypical antipsychotics.  The absolute and
42   relative risk of metabolic disturbance with atypical antipsychotics is unclear due to
43   the lack of long-term RCTs with metabolic data. What metabolic data is available is
44   often not present for all trial participants and sometimes consists of measures that
45   are not ideal for example, non-fasting serum glucose levels when fasting glucose
46   levels are more relevant.  Non-prospective data, which has many methodological
47   limitations, suggests that as a class atypical antipsychotics are associated with a
48   greater risk of diabetes than conventional antipsychotics.  Some evidence suggests
49   that within the atypical class the risk of serum glucose elevation (as oppose to frank

CONFIDENTIAL
AZSER12751199

DRAFT FOR SECOND CONSULTATION

1  diabetes) is greater with olanzapine.  Olanzapine may also have more potential to
2  elevate serum cholesterol and triglycerides than other atypical antipsychotics.
3
4  Despite controversy about the relative risk of metabolic disturbance with different
5  agents, there is a consensus that patients prescribed atypical antipsychotics should
6  have pre- and post-treatment checks of plasma glucose, cholesterol and triglycerides.
7  At the present time, given the limitations of the evidence, it is not possible to make
8  recommendations regarding choice between individual atypical antipsychotics
9  licensed for the treatment of acute mania on the basis of safety and tolerability other
10  than to state that weight gain is more common with olanzapine and raised prolactin
11  is more common with risperidone.  Should the uncertainty about the risk of
12  metabolic disturbance with different atypical antipsychotics be resolved and robust
13  evidence emerge of a differential effect then this situation may change.  This would
14  also be the case should evidence emerge of a differential efficacy.
15

16  *Summary*

17  In summary for women of child potential the treatment of choice for acute mania not
18  currently taking medication is an atypical antipsychotic.  In other women and in men
19  the treatment of choice is either an atypical antipsychotic or valproate.  In a patient
20  with mania already taking lithium (with a sub-optimal plasma level) or taking
21  valproate one can consider increasing the dose of the existing antimanic agent.
22  However if symptoms are severe such dose increases will often need to be done in
23  conjunction with starting an antipsychotic.  For patients already taking lithium or
24  valproate, where it is not appropriate to increase the dose treatment options include
25  adding either lithium or valproate or adding an antipsychotic.

26  ## 7.4   Economic evidence for the treatment of acute manic
27  episodes

28  ### 7.4.1   Review overview
29  The literature search identified 6 economic studies that assessed the cost-
30  effectiveness of pharmacological agents for the treatment of acute manic episodes
31  associated with bipolar disorder. Four of the studies (TOHEN1999A, ZAJECKA2002,
32  TOHEN2002A, REVICKI2005) were conducted alongside RCTs, whereas the other
33  two analyses (KECK1996, BRIDLE2004) were based on decision-analytic modelling.
34
35  Characteristics and results of all studies included in the economic review are
36  presented in the form of evidence tables in Appendix 14.

37  ### 7.4.2   Olanzapine versus placebo
38  One study evaluated the improvements in clinical symptoms and health-related
39  quality of life (HRQOL), as well as direct medical cost implications from a 3rd party
40  payer's perspective (insurance), associated with olanzapine treatment in patients
41  diagnosed with bipolar I disorder experiencing a manic or mixed episode
42  (TOHEN1999A). The study was undertaken in the US. Improvements in clinical
43  symptoms and HRQOL were measured using the Young Mania Rating Scale (Y-
44  MRS) and the Medical Outcomes Study 36-item short-form Health Survey (SF-36)
45  respectively. The time horizon of the study was one year (52 weeks), comprising a 3-
46  week acute phase in which patients were randomised to receive either olanzapine or

CONFIDENTIAL
AZSER12751200

DRAFT FOR SECOND CONSULTATION

1   placebo, followed by a 49-week open-label extension; during the second phase, use of
2   lithium and fluoxetine was permitted for patients experiencing breakthrough
3   symptoms. Direct costs were estimated only for the 49-week open-label extension,
4   and were compared with respective costs incurred over 12 months prior to the study.
5
6   In both the acute phase and the open-label extension, olanzapine was associated with
7   overall improvement in clinical and HRQOL outcomes. Compared to costs incurred
8   12 months prior to the study, olanzapine therapy resulted in monthly savings of
9   almost $900 per patient (1995 prices) during the 49-week open-label extension,
10  largely driven by inpatient cost reductions over that period. The authors concluded
11  that olanzapine had a significant impact on the treatment of mania, and could be
12  considered a cost-effective treatment option for use in patients with bipolar I
13  disorder. However, the main drawback of the economic analysis was that it utilised
14  findings of a within-group comparison (before-after study), which may have
15  potentially introduced systematic bias and confounding factors.

16  **7.4.3        Valproate semisodium versus lithium**
17  REVICKI2005 compared the effectiveness and medical costs between valproate
18  semisodium and lithium for the treatment of patients with bipolar I disorder
19  hospitalised for an acute manic or mixed episode. The analysis was based on a
20  pragmatic, multi-centre, open-label RCT carried out in the US. The trial was
21  performed under conditions of routine psychiatric care without blinding; patients
22  entering the study continued to receive their usual medical care. Other medications
23  for treating bipolar disorder were administered as clinically necessary, although
24  concurrent treatment with both study medications was strongly avoided, unless
25  clinically required. The time horizon of the analysis was 12 months, comprising an
26  acute phase, extending from randomisation to hospital discharge, and a maintenance
27  phase, starting from the day after discharge and lasting until the total 12-month
28  duration of the trial. The primary clinical outcomes were the mean number of
29  months without DSM-IV level manic or depressive symptoms, as well as the patient
30  functioning and well-being measured using the Mental Component Summary (MRS)
31  and Physical Component Summary (PRS) of the Medical Outcomes Study 36-item
32  short-form Health Survey (SF-36). The perspective of the analysis was that of the
33  health service, therefore only direct medical costs were estimated. The results of the
34  analysis demonstrated that there were no significant differences between valproate
35  semisodium and lithium in terms of effectiveness and medical costs. Total medical
36  costs per patient were $28,911 for valproate semisodium and $30,666 for lithium
37  (p=0.693, 1997 prices).
38
39  KECK1996 assessed the one-year direct medical costs associated with valproate
40  semisodium or lithium monotherapy for the management of patients with bipolar I
41  disorder hospitalised for a manic or mixed episode, or rapid cycling. The study,
42  carried out in the US, was based on a deterministic, decision-analytic model. The
43  model incorporated rates of response to treatment (defined as >50% improvement in
44  clinical symptoms), length of initial hospitalisation, relapse rates, and rates of
45  adverse events, and subsequently estimated the total costs incurred over a year of
46  acute and long-term treatment associated with each of the agents compared. Total
47  costs consisted of costs of medication, initial hospitalisation, long-term treatment and
48  treatment of relapses, including laboratory test costs and costs of treating side effects.
49  Initial response rates to treatment were calculated as a weighted mean of response

CONFIDENTIAL
AZSER12751201

DRAFT FOR SECOND CONSULTATION

1    rates reported in studies identified in a literature review; other effectiveness and
2    resource use parameters were based on published and unpublished data and an
3    expert panel opinion.
4
5    The total annual cost per patient was estimated to be $39,643 for valproate
6    semisodium, and $43,400 for lithium (1994 prices). Overall savings associated with
7    valproate semisodium, despite of its higher acquisition costs, were attributed to the
8    lower cost of initial hospitalisation, resulting from a shorter length of stay (14.3 days
9    with valproate semisodium versus 18.4 days with lithium). As expected, cost results
10   were highly sensitive to the length of initial hospitalisation: a 30% increase in the
11   length-of-stay for valproate semisodium or a 37% decrease in the length-of-stay for
12   lithium would lead in total costs of treatment being equal for the two drugs.
13   Although no effectiveness measure was explicitly used in the economic analysis, it
14   can be inferred from the base-case results that, since valproate semisodium was
15   associated with a higher response rate compared to lithium (0.59 versus 0.49
16   respectively), and the two drugs were considered to have equivalent relapse rates
17   (0.56), valproate semisodium was likely to be a more cost-effective option than
18   lithium, as it was associated with lower costs and better outcomes.

19   **7.4.4        Valproate semisodium versus olanzapine**
20   A 12-week, double-blind, multi-centre RCT compared the clinical, HRQOL, and
21   economic outcomes of valproate semisodium and olanzapine for the treatment of
22   acute mania in patients with bipolar I disorder (ZAJECKA2002). The study was
23   conducted in the US. Clinical symptoms were measured using the Mania Rating
24   Scale (MRS) from the Schedule for Affective Disorders and Schizophrenia (SADS)
25   Change Version, and the Hamilton Rating Scale for Depression (HAM-D). HRQOL
26   was measured using the Quality of Life Enjoyment and Satisfaction Questionnaire
27   (Q-LES-Q) and the number of days with restricted activity. Economic outcomes
28   consisted of direct medical costs; a health service perspective was adopted. The
29   results of the analysis showed that there were no significant differences between the
30   two agents in terms of clinical, HRQOL, and economic outcomes over the 12-week
31   period. Valproate semisodium was associated with significantly lower outpatient
32   costs compared to olanzapine; nevertheless, total direct medical costs related to the
33   two agents were similar (valproate semisodium $13,703 per patient, olanzapine
34   $15,180 per patient, p=0.88).
35
36   Another study comparing valproate semisodium and olanzapine in terms of direct
37   treatment costs and various clinical outcomes (including Y-MRS scores, remission
38   rates, median times to remission etc) was also performed in the US (TOHEN2002A).
39   The economic analysis was conducted alongside a 47-week, double-blind, multi-
40   centre RCT. The study population consisted of patients with bipolar I disorder
41   hospitalised for an acute manic or mixed episode. The study adopted a health service
42   perspective. Overall, clinical outcomes were reported to be favouring olanzapine,
43   while total direct medical costs were found to be similar for the two pharmacological
44   agents compared (valproate semisodium $15,801 per patient, olanzapine $14,967 per
45   patient, p>0.05).

CONFIDENTIAL
AZSER12751202

DRAFT FOR SECOND CONSULTATION

1    **7.4.5          Assessment of newer drugs for the treatment of mania (quetiapine,**
2           **olanzapine, valproate semisodium)**

3    BRIDLE2004 was the only study included in the review that was carried out in the
4    UK; therefore, it is discussed in more detail. The economic analysis was conducted as
5    part of a NHS Health Technology Assessment; the objective of the report was to
6    evaluate the clinical and cost-effectiveness of quetiapine, olanzapine and valproate
7    semisodium in the treatment of mania associated with bipolar disorder. For this
8    purpose a systematic review of the literature was undertaken. Based on the results of
9    the review, the authors concluded that, regarding clinical effectiveness, all three
10   agents were superior to placebo in reducing manic symptoms. In comparison to
11   lithium, no significant differences were found for any of the three drugs in terms of
12   clinical effectiveness. The clinical effectiveness of quetiapine and olanzapine was
13   found to be comparable to that of haloperidol; however, olanzapine resulted in less
14   negative outcomes regarding Health Related Quality of Life (HRQoL) relative to
15   haloperidol. All three agents were associated with side effects.
16
17   Regarding cost-effectiveness, no safe conclusions could be drawn from the findings
18   of the literature review, due to a number of important limitations characterising
19   already published studies, such as lack of direct comparisons between the drugs
20   under evaluation, as well as differences between the studies regarding the study
21   designs and assumptions used. Moreover, the economic studies included in the
22   review had been carried out in the US; consequently their results referred to a setting
23   that was likely to differ substantially compared to the UK healthcare setting in terms
24   of resource utilisation and costs. Therefore, a new probabilistic economic model was
25   developed, in order to overcome these limitations and assist the decision-making
26   process in the context of the NHS.
27
28   The model estimated total medical costs and benefits resulting from treating acute
29   manic episodes associated with bipolar disorder. Effectiveness data were derived
30   from a meta-analysis that incorporated seven of the studies included in the
31   systematic review, based on additional selection criteria. The availability of
32   effectiveness data from the systematic review determined the choice of treatments
33   included in the economic analysis; the following pharmacological agents were thus
34   analysed: quetiapine, olanzapine, valproate semisodium, haloperidol and lithium.
35   The primary measure of benefit used in the economic analysis was the number of
36   responders to treatment; response was defined as ≥ 50% improvement in patient's
37   manic symptoms, expressed in changes in Y-MRS scores. The time horizon was equal
38   to 3 weeks in the base-case analysis, to reflect the most commonly reported length of
39   follow-up for which effectiveness data were provided in the clinical trials. Estimated
40   costs, expressed in 2001-2002 prices, included direct medical costs from the NHS
41   perspective; these consisted of hospitalisation and drug acquisition costs, as well as
42   costs of diagnostic and laboratory tests required for the monitoring of patients. Costs
43   of treating adverse events were not included in the analysis, due to lack of relevant
44   data reported in the literature. However, the authors felt that the majority of adverse
45   events associated with the agents compared were unlikely to have significant
46   resource implications in the 3-week time horizon of the model. Hospitalisation costs
47   were estimated to be the same for each drug treatment, as all patients were assumed
48   to be hospitalised at the start of the model and remain hospitalised for the total 3-
49   week period, regardless of response to treatment.
50

CONFIDENTIAL
AZSER12751203

DRAFT FOR SECOND CONSULTATION

1   The base-case results of the analysis showed that mean response rates for olanzapine
2   (0.54) and haloperidol (0.52) were higher than lithium (0.50), quetiapine (0.47), and
3   valproate semisodium (0.45). Haloperidol had the lowest mean total costs per patient
4   (£3,047) in comparison to valproate semisodium (£3,139), olanzapine (3,161), lithium
5   (£3,162), and quetiapine (£3,165). In terms of cost-effectiveness, lithium, valproate
6   semisodium, and quetiapine were dominated by haloperidol, i.e. they were both less
7   effective and more costly, and therefore were excluded from further analysis.
8   Compared to haloperidol, olanzapine was both more effective and more costly,
9   demonstrating an Incremental Cost-Effectiveness Ratio (ICER) equal to £7,179 per
10  additional responder. The authors concluded that if the decision-maker were
11  prepared to pay less than £7,179 per additional responder, then haloperidol was the
12  optimal decision; however, if he were prepared to pay at least £7,179 per additional
13  responder, then olanzapine became the most cost-effective option.
14
15  One-way sensitivity analyses were undertaken, to explore whether using alternative
16  model assumptions would have an impact on the base-case results. In terms of
17  dominance, results were robust to the majority of alternative assumptions tested
18  (such as discharge of non-responders at a later time than responders, treatment of
19  non-responders with 2nd and 3rd line pharmacological therapies, reductions in
20  diagnostic and laboratory costs, inclusion of effectiveness data for patients initially
21  excluded from analysis according to a modified intention-to-treat approach,
22  inclusion of treatment costs for extra-pyramid symptoms due to haloperidol use).
23  The ICER of olanzapine compared to haloperidol ranged between £1,236 (when
24  longer hospitalisation was assumed for non-responders) and £7,165 (when 2nd and 3rd
25  line treatment was assumed for non-responders, with a low cost estimate used) per
26  additional responder. Base-case results were sensitive only to the entire exclusion of
27  diagnostic and laboratory costs from the analysis, which constituted a rather extreme
28  scenario. In this case lithium became the cheapest option. Valproate semisodium and
29  quetiapine were dominated by both lithium and haloperidol. The ICERs of
30  olanzapine and haloperidol relative to lithium were £7,109 and £103 per additional
31  responder respectively in this scenario.
32
33  In order to incorporate the uncertainty within the model related to both cost
34  estimates and response rates, a probabilistic analysis was carried out based on Monte
35  Carlo simulation techniques. Instead of mean values, costs and response rates were
36  assigned a range of values based on probability distributions; results were presented
37  in the form of Cost-Effectiveness Acceptability Curves (CEACs), which demonstrated
38  the probability of each agent being cost-effective, taking into account the underlying
39  uncertainty in model input parameters. Probabilities were estimated over a range of
40  potential maximum cost values that the health service was willing to pay in order to
41  achieve an additional unit of benefit (i.e. an additional responder). The CEACs
42  demonstrated that, for a willingness-to-pay equal to £20,000 per additional
43  responder, the probabilities of treatments under assessment being cost-effective
44  were: olanzapine 0.44; haloperidol 0.37; lithium 0.16; quetiapine 0.02; and valproate
45  semisodium 0.01. The probability that olanzapine was cost-effective increased as the
46  willingness-to-pay increased: for a maximum willingness-to-pay £10,000 per
47  additional responder this probability 0.42%, increasing to 0.45 if the maximum
48  willingness-to-pay rose to £40,000. At the extreme of a zero value placed on the
49  willingness-to-pay for an additional responder, haloperidol was proved to be the
50  most cost-effective option (with probability equalling 1).
51

Management of bipolar disorder: Full Guideline – **DRAFT** (February 2006)        Page 181 of 341

CONFIDENTIAL
AZSER12751204

DRAFT FOR SECOND CONSULTATION

1   Although the above analysis was well conducted, it was characterised by a number
2   of limitations, as acknowledged by the authors. In terms of effectiveness rates
3   utilised in the model, these were based on indirect evidence; this fact may have
4   introduced bias in the analysis. Moreover, systematic searches for all possible
5   comparators were not undertaken, which means that there may have been additional
6   indirect evidence that was not incorporated in the meta-analysis that provided the
7   effectiveness rates for the economic model. In addition, no combination therapies or
8   2nd and 3rd line treatments were considered in the analysis, due to lack of available
9   data. Finally, the results of the meta-analysis demonstrated that the effectiveness
10  rates were similar between the drugs assessed (as shown by overlapping in 95%
11  confidence intervals around mean response rates), which means that their relative
12  cost-effectiveness in practice depended on differences in associated costs only. Cost
13  differences between pharmacological agents were found to be very small (varying
14  between £3,047 and £3,165), and were attributed exclusively to differences in
15  acquisition and monitoring costs, as no evidence was available to suggest a
16  difference in the length of hospital stay relating to each pharmacological treatment
17  examined. However, potential differences between drugs in terms of associated
18  length of hospitalisation may affect significantly their relative cost-effectiveness, as
19  inpatient care is the major driver of total medical costs associated with treatment of
20  acute mania.
21
22  In terms of model structure and assumptions used, the short time frame of the
23  analysis limits the value of the results, as potential differences between
24  pharmacological agents in terms of overall length of hospitalisation -beyond the time
25  frame of 3 weeks- may affect significantly their relative cost-effectiveness. On the
26  other hand, it was assumed that all patients (both responders and non-responders)
27  were hospitalised over the 3-week time frame of the model; if some of the agents are
28  actually associated with lower length of hospital stay for responders, this assumption
29  has underestimated their cost-effectiveness, probably in a significant degree, as
30  inpatient costs are the major component of total medical costs associated with
31  treatment of acute mania.
32
33  Finally, the use of response rates as the primary outcome measure instead of a
34  generic measure of outcome such as Quality Adjusted Life Years (QALYs) due to
35  lack of appropriate data, and the exclusion of costs and quality of life aspects of
36  adverse events from the analysis due to the same reason were also acknowledged by
37  the authors as further limitations of their analysis.

38  **7.4.6        Summary of economic evidence**
39  Overall, the existing economic evidence suggests that it is likely that there is no
40  significant difference in the relative cost-effectiveness between the various
41  pharmacological agents used for the management of acute manic episodes associated
42  with bipolar disorder. REVICKI2005 concluded that there were no significant
43  differences between valproate semisodium and lithium in terms of effectiveness and
44  costs. KECK1996 stated that valproate semisodium was likely to be a more cost-
45  effective option than lithium; however, the results of this analysis were highly
46  sensitive to the length of initial hospitalisation for the treatment of mania.
47  ZAJECKA2002 and TOHEN2002A demonstrated that valproate semisodium and
48  olanzapine were associated with similar overall treatment costs; the findings of the
49  two studies differed in terms of effectiveness: the first study concluded that the two

CONFIDENTIAL
AZSER12751205

DRAFT FOR SECOND CONSULTATION

1  treatments were equally effective, while the second one reported a higher rate of
2  effectiveness for olanzapine.
3
4  The BRIDLE2004 economic analysis, the only one that utilised UK cost data, showed
5  that lithium, valproate semisodium and quetiapine were more costly and less
6  effective than haloperidol. Olanzapine was found to be more effective and more
7  costly than haloperidol, with an ICER equal to £7,179 per additional responder.
8  However, the results of the meta-analysis conducted as part of the same study
9  suggested that treatments did not differ significantly in terms of clinical
10  effectiveness. Moreover, the differences in total medical costs between the drugs
11  assessed were shown to be very small. This was expected, as hospitalisation costs,
12  the major component of costs associated with the treatment of acute mania, were
13  assumed to be the same for all agents, due to lack of evidence of a differential effect
14  of treatments on the length of hospitalisation following an acute manic episode.
15
16  Based on the results of the literature review it can be concluded that if all
17  medications for the treatment of acute mania have a similar effect on the length of
18  hospital stay, then their relative cost-effectiveness is likely to be comparable. Future
19  research is needed to explore whether pharmacological treatments used for the
20  management of acute mania in patients with bipolar disorder have a differential
21  impact on the length of hospital stay, in order to determine their relative cost-
22  effectiveness with more certainty.
23

## 7.5   Clinical practice recommendations for the treatment of acute mania

*General advice*

27  7.5.1.1  At initial presentation of a patient with bipolar disorder, healthcare
28  professionals should establish the patient's smoking status and alcohol use,
29  and should routinely ensure that the following physical tests are performed:

30  • thyroid, liver and renal function tests, blood pressure, and full blood
31  count, blood glucose, lipid profile

32  • weight and height

33  and consider the following tests where indicated:

34  • EEG, CT scan or MRI scan in patients in whom organic aetiology
35  and/or a relevant comorbidity is suspected

36  • drug screening, chest X-ray and ECG if suggested by the patient
37  history or current clinical picture.

38  7.5.1.2  Healthcare professionals should discuss contraception, and the risks of
39  pregnancy (including the risks of relapse in pregnancy, the possible risks to
40  the unborn child of medication, and the risks associated with stopping

CONFIDENTIAL
AZSER12751206

DRAFT FOR SECOND CONSULTATION

1    medication during the pregnancy) with women of child-bearing potential
2    regardless of whether they are currently planning a pregnancy. They should
3    encourage patients to discuss plans to conceive with their doctor.

4   7.5.1.3 In patients with mild mania healthcare professionals should consider treating
5    such episodes as manic episodes and extrapolate from the recommendations
6    for the treatment of acute mania as appropriate.

7   7.5.1.4 To help reduce the negative consequences of manic symptoms, healthcare
8    professionals should consider advising patients to avoid excessive
9    stimulation, to engage in calming activities, to delay important decisions,
10    and to establish a structured routine (including a regular sleep pattern) in
11    which the general level of activity is reduced.

12   7.5.1.5 For patients taking an antidepressant at the time of onset of an acute manic
13    episode, prescribers should stop the antidepressant drug. The decision
14    about whether to discontinue the antidepressant abruptly or gradually
15    should be based on current clinical need, previous experience of
16    discontinuation/withdrawal symptoms, and the risk of
17    discontinuation/withdrawal symptoms of the antidepressant in question.

18   7.5.1.6 People experiencing a manic episode, or severe depressive symptoms, should
19    normally be seen within a week of first assessment by a healthcare
20    professional. Thereafter they should be seen on an appropriate and regular
21    basis, for example, at intervals of 2–4 weeks in the first 3 months and at
22    longer intervals thereafter, if response is good.

23   *Pharmacological management of acute mania for those not currently taking*
24   *antimanic medication*

25   7.5.1.7 In the treatment of acute mania in patients not currently taking antimanic
26    medication, treatment options include starting the patient on an
27    antipsychotic, valproate or lithium. When choosing between these, bear in
28    mind continuing long-term use, the likely side effect profile, and:

29     •   Consider an antipsychotic for those who have severe manic symptoms
30      or show marked behavioural disturbance as part of the syndrome of
31      mania;

32     •   Consider valproate or lithium for those who have shown previous
33      response and good compliance to one of these drugs;

34     •   Avoid valproate in women of child-bearing potential;

35     •   Use lithium only for those with less severe symptoms because it has a
36      slower onset of action compared with antipsychotics and valproate.

37   7.5.1.8 In the initial management of acute behavioural disturbance and/or when
38    there is severe insomnia, the short-term use of a benzodiazepine should be
39    considered in addition to the antimanic agent.

CONFIDENTIAL
AZSER12751207

DRAFT FOR SECOND CONSULTATION

1  7.5.1.9  When treating acute mania with antipsychotics, prescribers should generally
2         use olanzapine, quetiapine, or risperidone but should take into account:

3         • individual risk factors regarding side effects (such as the risk of
4           diabetes)

5         • the need to initiate treatment at the lower end of the therapeutic dose
6           range recommended in the Summary of Product Characteristics and
7           titrate upwards based on response

8         • that if an antipsychotic proves ineffective in controlling symptoms of
9           acute mania consideration should be given to augmenting the
10          antipsychotic with valproate or lithium

11        • the greater risk of the sudden onset of depressive symptoms in older
12          adults following recovery from a manic episode.

13  7.5.1.10 In the treatment of acute mania, carbamazepine should not be routinely used,
14         and the following are not recommended: gabapentin[†], lamotrigine[†],
15         topiramate[†].

16  *Pharmacological management of acute mania for those currently taking antimanic*
17  *medication*

18  7.5.1.11 When patients already taking lithium experience a manic episode prescribers
19         should check the plasma lithium levels and, for those with sub-optimal
20         levels (that is, below 0.8 mmol/l), increase the dose until there is response
21         (to a maximum level of 1.0 mmol/l). The patient should be monitored and,
22         if there are no signs of improvement, consideration should be given to
23         augmenting with an antipsychotic.

24  7.5.1.12 When patients already taking valproate experience a manic episode
25         prescribers should increase the dose until:

26        • symptoms start to improve

27        • side effects limit further dose increase

28        • or until the maximum licensed dose is reached

29         The patient should be monitored and, if there are no signs of improvement,
30         consideration should be given to augmenting with olanzapine, quetiapine,
31         or risperidone.

32  7.5.1.13 For patients already taking lithium or valproate, who present with severe
33         mania, prescribers should consider adding an antipsychotic at the same
34         time as gradually increasing the dose of lithium or valproate. The decision
35         depends on the severity of mania and the current dose of the existing
36         medication

CONFIDENTIAL
AZSER12751208

DRAFT FOR SECOND CONSULTATION

7.5.1.14 For patients already taking carbamazepine, prescribers should not routinely increase the dose but should consider adding an antipsychotic depending on the severity of mania and the current dose of carbamazepine. Be aware of interactions with other medication, which are common with carbamazepine, and adjust doses as necessary.

**The management of acute mixed episodes**

7.5.1.15 Prescribers should consider treating patients with bipolar disorder experiencing an acute mixed episode as if they had an acute manic episode, and avoid prescribing an antidepressant.

7.5.1.16 Prescribers should monitor patients with bipolar disorder experiencing an acute mixed episode closely (at least weekly) with emphasis on monitoring suicide risk.

**The management of acute manic episodes in children and adolescents**

7.5.1.17 In the pharmacological management of children or adolescents experiencing an acute manic episode prescribers should follow the recommendations set out for adults with bipolar disorder and in addition at initial presentation, they should:

- measure baseline, then chart height and weight

- measure prolactin levels for all children and adolescents

- when considering an antipsychotic†, be aware of the risk of increased prolactin levels with risperidone and weight gain with olanzapine

- where there is an inadequate response to an antipsychotic, consider adding lithium or valproate†. Valproate should normally be avoided in females because of risks during pregnancy and potential increased risk of polycystic ovary syndrome.

# 7.6   The pharmacological treatment of acute episodes in the context of rapid cycling

## 7.6.1   Introduction

Rapid cycling occurs in approximately 20 per cent of patients with bipolar disorder. It is usually defined as the occurrence of four or more distinct mood episodes (i.e. depression, mania, hypomania or mixed states) within one year. Some patients who would be regarded clinically as rapid cycling may not meet the somewhat arbitrary criteria in standard diagnostic manual such as DSM-IV.  For example in DSM-IV 2 consecutive mood episodes in the same direction need to be interrupted by 8 weeks of euthymia, or substantial improvement, to qualify towards rapid cycling.

CONFIDENTIAL
AZSER12751209

DRAFT FOR SECOND CONSULTATION

1 Since rapid cycling was identified by researchers in the 1970s further subtypes have
2 been recognised including 'ultra rapid cycling' in which episodes last less than 24
3 hours and 'ultra ultra rapid cycling' in which several switches of mood can occur in a
4 24-hour period. Rapid cycling is a course specifier rather than a specific type of
5 bipolar disorder i.e. any person with bipolar disorder can develop a rapid cycling
6 pattern but then revert to a non-rapid cycling course. Rapid cycling is more prevalent
7 in bipolar II subtype, and those with thyroid abnormalities (Calabrese *et al* 2001;
8 Kupka *et al* 2003). Data from a cohort of 456 bipolar probands suggests rapid cycling
9 is not more common in females than males (Baldassano *et al* 2005) as had been
10 indicated by previous studies in smaller samples.

11 Key elements in the treatment of rapid cycling are to eliminate any
12 maintaining factors particularly substance misuse and antidepressants use.
13 With regard to the treatment of mania in rapid cycling, secondary analyses
14 from several placebo-controlled studies of mania including valproate
15 semisodium, olanzapine, and risperidone (Nemeroff 2000: Bowdon 1994;
16 Sachs *et al* 2002) have demonstrated no difference between those with and
17 without a rapid-cycling course. This suggests that the short-term efficacy of
18 other antimanic agents may not differ according to the cycling status of
19 patients.

20 The predominant mood state in most rapid-cycling patients is depression.
21 Lamotrigine may be useful in rapid-cycling bipolar disorder.  The only RCT
22 in the maintenance treatment of rapid cycling bipolar disorder (Calabrese *et al*
23 2000) demonstrated that lamotrigine was superior to placebo in time to
24 discontinuation for any reason, and in percent of patients completing the trial.

25 **7.6.2          Clinical practice recommendations**

26 7.6.2.1 Healthcare professionals should base the treatment of an acute episode in the
27 context of rapid cycling (which should normally be managed in secondary
28 mental health services) on that for the treatment of manic and depressive
29 episodes, but in addition do the following:

30 • Undertake a thorough review of previous treatments for bipolar disorder,
31 and consider a further trial of appropriate previous treatments that have
32 been inadequately delivered or adhered to;

33 • Focus on the optimisation of appropriate long-term treatment (with each
34 trial of medication being usually of at least 6 months' duration) rather
35 than on treating individual episodes and symptoms;

36 • Encourage patients to keep a regular mood diary (paper or electronic) to
37 monitor changes in severity and frequency of symptoms, and the impact
38 of interventions.

CONFIDENTIAL
AZSER12751210

DRAFT FOR SECOND CONSULTATION

1 ## 7.7    The pharmacological treatment of acute depressed
2 episodes

3 **7.7.1          Introduction**
4 The treatment of bipolar depression has tended to be ignored with far more interest
5 focussing on mania.  This is paradoxical as the average patient with bipolar disorder
6 experiences more depressive than manic episodes, on average depressive episodes
7 last longer than manic ones, the suicide risk is higher in bipolar depression than in
8 mania and the number of depressive episodes correlates more strongly than the
9 number of manic episodes with social functioning when patients are in between
10 episodes.
11
12 The main aims of the treatment of bipolar depression are resolution of symptoms
13 and return to a premorbid level of social functioning.  What differentiates the
14 treatment of unipolar and bipolar depression is that in the latter one has to ensure
15 that treatment does not cause switching to mania/hypomania or acceleration of
16 cycling.  There is controversy among guidelines as to what appropriate first line
17 treatments for bipolar depression are.  The first-line treatments listed in the
18 American Psychiatric Association Bipolar Guidelines are lithium and lamotrigine.
19 In contrast there has been a tradition in Europe to use antidepressants as first line
20 treatments.   The situation has recently become more complex with preliminary data
21 indicating that quetiapine, at a moderate dose, may be an effective treatment for
22 bipolar depression.
23

24 *The role of antidepressants in bipolar disorder*

25 There are widely differing views on the roles of antidepressants in bipolar disorder.
26 In general the consensus in Canada and the United States (for example, Ghaemi *et al*,
27 2003) is that antidepressants have significant risks and limited benefits in bipolar
28 disorder and as a result their use should be restricted. In contrast the general
29 European view (for example, Moller and Grunze 2000; Altshuler 2004) has been that
30 the risks have been somewhat exaggerated and that antidepressants have a useful
31 role.  In more detail these opposing arguments centre on five issues, though some of
32 these overlap.
33
34 **The risk of antidepressant induced switching.** Opponents of antidepressants cite
35 high switch rates. The opposing argument is that switch rates are less with SSRIs
36 than TCAs and can be reduced further by concomitant use of antimanic medication.
37
38 **The risk of antidepressant induced cycle acceleration.**  The lack of RCT data makes
39 it difficult to objectively debate this point.
40
41 **The effectiveness of antidepressants in acute depression.**  Although there is RCT
42 evidence to support the use of antidepressants in the acute treatment of BP
43 depression the data are limited and opponents argue that equally good evidence is
44 available for lamotrigine. However the beneficial effect of lamotrigine is delayed due
45 to the need to gradually increase the dose in order to reduce the risk of skin rashes.
46
47 **The effectiveness of antidepressants in prophylaxis of bipolar depression.**
48 Proponents of antidepressants have argued that they have a long-term effect in BP

CONFIDENTIAL
AZSER12751211

DRAFT FOR SECOND CONSULTATION

1  depression.  The Altshuler *et al* (2004) study supports this view but is potentially
2  flawed as it is non-randomised.  More recent work, with a randomised design, has
3  indicated that long term antidepressant use may actually increase the risk of
4  depressive relapse which is consistent with cycle acceleration (Ghaemi *et al*, 2003).
5  The final element relevant to this issue is that opponents of antidepressants argue
6  that there is RCT evidence that lamotrigine can prevent recurrence of BP depression
7  and that lithium also has a long-term antidepressant effect, albeit weaker, and that
8  neither lithium nor lamotrigine carry the risks of switching or cycle acceleration that
9  occurs with antidepressants.
10
11  **The effectiveness of antidepressants in reducing suicide**. Opponents of
12  antidepressants point out that there is no data to indicate that antidepressants reduce
13  suicide in bipolar disorder but evidence does suggest that lithium can do this (see
14  below).
15
16  It is important to note that the conflicting evidence regarding the long-term effect of
17  antidepressants in BP depression is very different to the situation in unipolar
18  depression.  In unipolar depression there is a strong evidence base supporting the
19  routine use of continuation treatment after symptomatic recovery from an acute
20  depressive episode and also supporting the use of maintenance treatment in those
21  with recurrent depression.
22
23  *Lithium and suicide*

24  Tondo *et al* (2001) reported studies on lithium treatment in patients with bipolar
25  disorder, major affective disorder and schizoaffective disorder which reported data
26  on suicide rates. Twenty-two studies on a total of 5,647 patients with 33,473 patient
27  years were included. Only three of the studies were randomized. For comparison,
28  data from thirteen studies reported suicide rates on patients who were not receiving
29  lithium treatment over a mean period of 5 years. The suicide rate during lithium
30  treatment was significantly less than for those without lithium treatment. Results
31  consistent with a protective effect against suicide were also found when the analysis
32  was restricted to the three randomized trials.  The antisuicidal effects of lithium in
33  mood disorders has been recently further supported by two large long-term studies –
34  a retrospective one by Kessing *et al* (2005) and a prospective one by Angst *et al* (2005)
35  A naturalistic study by Brodersen *et al* (2000) reported on the suicide rate in a cohort
36  of patients with mood disorders who were discharged from hospital after
37  commencement of lithium.  Over 16 years of follow-up the standardised morality
38  rate (SMR) for suicide was significantly increased compared to the general
39  population.  Within the first two years of the study the suicide rate was higher in
40  those who were non-compliant versus those who were compliant with lithium.
41  However the suicide SMR was elevated in both the compliant and non-compliant
42  groups indicating that although compliance with lithium reduced the risk of suicide
43  it did not eliminate it.  The above data makes a strong case for an antisuicidal effect
44  of lithium but cannot separate whether the effect is specific or non-specific (i.e. only
45  found because patients who are compliant with long term lithium are patients who
46  are less likely to commit suicide).
47
48  A meta-analysis of 32 randomised controlled trials comparing lithium with placebo
49  or other compounds used in long-term treatment for mood disorders provides some
50  support for a specific anti-suicidal effect of lithium (Cipriani *et al*, 2005*)*. In the 32

CONFIDENTIAL
AZSER12751212