DRAFT FOR SECOND CONSULTATION

1   trials, 1,389 patients were randomly assigned to receive lithium and 2,069 to receive
2   other compounds. Patients who received lithium were less likely to die by suicide
3   than were patients treated with other compounds. The combined outcome measure
4   of suicide plus self-harm was also lower in patients who received lithium.  The
5   authors concluded that lithium is effective in the prevention of suicide and self-harm
6   in patients with mood disorders.  However, there was insufficient data to discern
7   whether this effect was also seen in bipolar disorder.
8
9   In a narrative review Muller-Oerlinghausen *et al* (2005) summarised the evidence for
10  lithium's effects against suicide and suicidal behaviour in affective disorders,
11  concentrating on bipolar disorder. Two interesting questions were raised:  is the
12  putative anti-suicidal effect of lithium specific to lithium and does it only occur with
13  improvements in affective symptoms?
14
15  In discussing whether the anti-suicidal effect of lithium is shared by other
16  psychotropic agents, the authors cited two trials. Firstly, the MAP Study (Multicenter
17  Study of Affective Psychoses) (Thies-Flechtner *et al* (1996)) compared lithium with
18  carbamazepine treatment for two-and-a-half years in bipolar and schizoaffective
19  patients. There were significantly more suicides and suicide attempts in the
20  carbamazepine group. Secondly, Goodwin *et al* (2003) conducted a retrospective
21  review of suicide risk in patients on lithium compared to those on valproate and
22  those on carbamazepine. The adjusted suicide risk was 2.7 times higher in valproate
23  treated patients in comparison to that of the lithium group. The study was
24  insufficiently powered to allow similar comparisons with carbamazepine.
25
26  Does lithium have a specific anti-suicidal effect, independent of its effects in episode
27  treatment and prevention? In a sub-analysis of data from IGSLI study (International
28  Group for the Study of Lithium-treated Patients) (Ahrens and Muller-Oerlinghausen
29  (2001)), patients with recurrent affective disorders and at least one suicide attempt
30  prior to the onset of lithium treatment were selected (a total of 176) and were
31  categorized depending on their response to lithium. A statistically significant
32  reduction in suicide attempts was found in all three groups, even those who were
33  considered to have responded poorly to treatment. Although clearly not conclusive,
34  this data supports an independent suicidal effect for lithium.
35
36  The weight of all of this evidence underscores the importance of compliance
37  measures particularly early in the course of lithium treatment and a probable long
38  term benefit not shared by other prophylactic agents.  However specific studies in
39  bipolar disorder are needed to examine how generalisable this effect is and to
40  investigate the role of factors associated with good compliance in the mediation of
41  this effect.
42

43  **7.7.2         Treatments considered**
44  Studies were found to enable the following treatments to be considered in the
45  treatment of acute depression, both as monotherapy and in combination therapy:
46  antidepressants, antipsychotics, anticonvulsants, and transcranial magnetic
47  stimulation. In addition, a single study of ECT was found (DALY2001), but was
48  excluded.

CONFIDENTIAL
AZSER12751213

DRAFT FOR SECOND CONSULTATION

1    *Antidepressants*

2    As mentioned above and discussed in more detail below a key issue in the use of
3    antidepressants for bipolar depression is that of inducing switching to mania. In the
4    UK no antidepressant is specifically licensed for use in bipolar depression.

5    *Lithium*

6    There are no RCTs of lithium monotherapy as treatment for bipolar depression.
7    Several cross-over studies were completed prior to 1980 and it is largely on these that
8    lithium is recommended as a first line treatment.   A practical disadvantage of
9    lithium as an antidepressant is the long delay before an antidepressant effect begins
10   to be seen (usually 6-8 weeks).

11   **7.7.3        Review strategy**

12   Evidence from RCTs was found for the following treatment strategies:
13
14   - **Antidepressants**, including antidepressants compared with placebo, another
15   antidepressant, an antipsychotics, lithium or valproate semisodium
16   - **Antipsychotics**, including antipsychotics compared with placebo, and
17   antipsychotic-antidepressant combination
18   - **Anticonvulsants**, including lamotrigine and valproate semisodium
19   - **Transcranial magnetic stimulation** compared with sham-transcranial magnetic
20   stimulation.
21
22   A summary of the evidence for the pharmacological treatment of depression in
23   children and adolescents is also provided.
24
25   There are no RCTs of lithium in the treatment of acute bipolar depression.

26   **7.7.4        Antidepressants in the treatment of acute depression**

27    *Studies considered*

28   Nine trials met the eligibility criteria set by the GDG. Excluded studies with reasons
29   for exclusion can be seen in Appendix 21. Efficacy data could not be extracted from 3
30   studies (AMSTERDAM2005, COHN1989, HIMMELHOCH1991). Data were therefore
31   available to compare imipramine and paroxetine (in patients maintained on lithium,
32   both high (> 0.8 meq/litre) and low serum levels (=< 0.8 meq/litre)) with both
33   placebo and each other, imipramine with moclobomide, and idazoxan[6] with
34   bupropion[7]. In addition, data were available to compare amitriptyline with the
35   antipsychotic l-sulpiride. (A comparison of fluoxetine combined with an
36   antipsychotic against an antipsychotic is considered below.) In most studies, some
37   patients were maintained on lithium. See Table 36  for outline study characteristics,
38   and Appendix 21 for more detailed information.
39

---

[6] Does not have UK Marketing Authorisation
[7] Does not have UK Marketing Authorisation for the treatment of depression

CONFIDENTIAL
AZSER12751214

DRAFT FOR SECOND CONSULTATION

**Table 36. Summary of study characteristics for antidepressants in the treatment of acute depression**

| | Versus placebo | Versus another antidepressant | Versus an antipsychotic | Versus prophylactic agent |
|---|---|---|---|---|
| *No. trials (No. participants)* | *4 RCTs (1073)* | *5 RCTs (434)* | *2 RCTs (64)* | *1 RCT (27)* |
| **Study IDs** | AMSTERDAM (1) COHN1989 (2) NEMEROFF2001 (3) TOHEN2003 (4)* | COHN1989 (1) GROSSMAN1999 (2) HIMMELHOCH1991 (3) NEMEROFF2001 (4) SILVERSTONE2001 (5) | AMSTERDAM (1) BOCCETTA1993 (2) | YOUNG2000 |
| **Population** | US; outpatients (4) 13 countries, in- and outpatient | US; outpatients (apart from (5): New Zealand; outpatients) | (1) US; outpatients (2) Italy; outpatients | Canada; outpatients |
| **Diagnosis** | (1) Bipolar I depressed phase 94%; bipolar II depressed phase 6% (2) (3) Bipolar – depressed phase: at least one manic episode (for (2) or depressed episode) in last five years. (4) Bipolar I depressed phase, 12.7% psychotic features | Bipolar – depressed phase (apart from (3): Bipolar I – depressed phase 43% Bipolar II – depressed phase 57%) | (1) Bipolar - depressed phase (2) Bipolar - depressed phase | Bipolar I - depressed phase 41% Bipolar II - depressed phase 59% |
| **Study interventions** | (1) Fluoxetine ***** (2) Fluoxetine 20 mg - 80 mg (58% on 80 mg); Imipramine 75 mg – 300 mg (27% on 225-300 mg) (3) Imipramine 116.7 mg *; Paroxetine 32.6 mg * (4) Olanzapine 9.7 mg **; olanzapine 7.4 mg** and fluoxetine 39.3 mg** | (1) Fluoxetine 20 mg - 80 mg (58% on 80 mg); Imipramine 75 mg – 300 mg (27% on 225-300 mg) (2) Idozoxan 240 mg; Bupropion 450 mg *** (3) Tranylcypromine 36.8 mg*; Imipramine 245.5 mg* (4) Imipramine 116.7 mg *; Paroxetine 32.6 mg * (5) Imipramine up to 250 mg; Moclobemide up to 750 mg (31% on highest dose) | (1) Fluoxetine, olanzapine ***** (2) Amitriptyline 62 mg**; L-sulpiride 55 mg* | Paroxetine 36 mg* |
| **Concurrent lithium** | (1) 15% (2) 25% (3) 100% (4) None, although benzodiazepine use allowed | (1) 25% (2) not clear (3) not given (4) 100% (5) 47% **** | (1) 15% (2) 100% (maintained at 0.5-1.0 mmol/L) | Second prophylactic agent ( lithium 0.9 mmol/l* or valproate semisodiumSodiu |

CONFIDENTIAL
AZSER12751215

DRAFT FOR SECOND CONSULTATION

| | | | | |
|---|---|---|---|---|
| | throughout in (actual use not reported) | | | m 510 mmol/l*) |
| **Minimum depression score at entry (mean baseline score (SD) or range of means)** | (1) HAMD-17 >= 17 (not given) (2) HRSD-21 >= 20 (26-27.7**) (3) HRSD-21 >= 15 (20.38 (3.9) to 21.57 (3.87)) (4) MADRS >=20 | (1) HRSD-21 >= (26-27.7**) (2) HRSD-17 >= 16 (21.3 (4) to 20.8 (3.6)) (3) HRSD >=15 (22.1 (3.8) to 23.2 (3.6)) (4) HRSD-21 >= 15 (5) HRSD >= 16 (23 (3.8) to 22.5 (3.6)) | (1) HAMD-17 >= 17 (not given) (2) HRSD-21 >= 17 (22.1 (5.2) to 23.9 (6.1)) | On lithium or valproate semisodiumfor at least 3 months before entering study |
| **Mean age Length of trial** | Around 40 (1) 8 weeks * (2) 26 weeks* (3) 10 weeks* (4) 8 weeks | Around 40 (1) 26 weeks* (2) 7 weeks* (3) 6 weeks (4) 10 weeks* (5) 8 weeks | 45* 4 weeks* | 41* 5 weeks* |
| **Problems with trial** | (1) no data available - authors contacted (2) Efficacy data not extractable | (1) and (3) Efficacy data not extractable | (1) no data available - authors contacted | Efficacy data not extractable |

Notes: * Also in antipsychotic section below ** mean
*** used in meta-analysis with TOHEN2003 study since 300 mg is minimum therapeutic dose
BOCCETTA1993 is considered with antidepressants above.

1

2   *Summary of evidence for antidepressants in the treatment of acute depression*

3   An overview of the results is provided in Table 37 with the full evidence profile in
4   Appendix 22.

5

CONFIDENTIAL
AZSER12751216

DRAFT FOR SECOND CONSULTATION

1  **Table 37 Summary of evidence profile for antidepressants in the**
2  **treatment of acute depression**

|  | Versus placebo | Versus another antidepressant | Versus an antipsychotic | Versus prophylactic agent |
|---|---|---|---|---|
| **Drugs for which data are available** | Paroxetine, imipramine (all patients on lithium); fluoxetine (all on olanzapine) | Imipramine vs moclobemide (50% lithium); idazoxan vs bupropion*; Paroxetine vs imipramine (100% lithium) | Amitriptyline vs L-Sulpiride (100% lithium) Fluoxetine vs Olanzapine vs Fluoxetine + Olanzapine | Paroxetine |
| **Evidence for efficacy (quality)** | Antidepressants are more effective than placebo for patients with low serum lithium levels or on olanzapine (moderate), | Moclobemide more effective than imipramine (moderate), otherwise inconclusive (low) or no data (paroxetine vs imipramine) | Data are inconclusive (low) for efficacy outcomes | No data |
| **Evidence for acceptability/ tolerability (including switching) (quality)** | Antidepressants more acceptable than placebo (low); tolerability inconclusive (low) | Acceptability inconclusive (low); tolerability unclear (low) | Data are inconclusive (low) for tolerability/acceptability outcomes | Data are inconclusive (low) for tolerability/acceptability outcomes |

3  * Idozoxan and bupropion do not have UK Marketing Authorisation as antidepressants

4  *Clinical summary for antidepressants in the treatment of acute depression*

5  The evidence for the use of antidepressants in bipolar depression is weak. In patients
6  maintained on lithium, there is no difference in the efficacy of paroxetine or
7  imipramine on any outcome measure. Both are more efficacious than placebo, but the
8  difference is neither statistically nor clinically significant. However, when the data
9  are analysed by lithium serum levels, with >0.8 meq/litre classified high and <= 0.8
10 meq/litre as low, there is a clinically important advantage for both paroxetine and
11 imipramine compared with placebo in the low-serum group but not for the high-
12 serum group. Moclobemide is superior to imipramine, although nearly half the
13 patients in the comparison were taking lithium, which makes the data hard to
14 interpret. In addition, there are concerns regarding the risk of interaction with
15 serotonergic agents and certain foodstuffs, and these risks are likely to be higher in
16 patients with bipolar disorder compared to those with unipolar disorder because of
17 the risk of mixed affective states and mania which may impair judgement.
18
19 There is no significant difference between idazoxan and bupropion on any outcome
20 measure or between imipramine and tranylcypromine. There is only inconclusive
21 evidence of efficacy, acceptability and tolerability for an antidepressant compared
22 with an antipsychotic. The study of lithium or valproate semisodium plus paroxetine
23 versus lithium or valproate semisodium alone does not report extractable efficacy
24 outcomes. All acceptability and tolerability measures were inconclusive. In a
25 comparison between amitriptyline and l-supiride, there is no significant difference
26 between the two. All patients were on lithium in this study.
27
28 Based on evidence from trials in unipolar depression (NCCMH, 2004), SSRIs are the
29 safest treatment for depression because of their increased tolerability and safety

CONFIDENTIAL
AZSER12751217

DRAFT FOR SECOND CONSULTATION

1   compared with tricyclics and MAOIs. In addition, in bipolar depression data
2   suggests a lower risk of switching compared to TCAs. Switching is an important
3   consideration in the use of antidepressants in bipolar depression is inducing
4   switching to mania, and is now discussed.
5

6   *Antidepressant–induced switching*

7   The subject of antidepressant-induced switching to mania/ hypomania is
8   controversial.  This largely reflects the paucity of randomised prospective studies
9   investigating the phenomenon. Most authorities regard switching as a proven risk
10  but a minority (for example, Angst) dispute this and regard 'switching' as
11  representing the natural course of the bipolar disorder.  Among those who accept the
12  reality of antidepressant induced switching, debate centres on the magnitude of the
13  risk and to what extent treatment and patient variables influence it.
14

15  Estimates of the incidence of switching vary greatly.  In a detailed review Goldberg
16  and Truman (2003) concluded that in bipolar disorder switch rates associated with
17  antidepressant treatment varied from 20% to 40% and that while mood stabilizers
18  may reduce the risk they do not totally eradicate it. In contrast in a recent meta-
19  analysis of 12 RCTs, in which patients with bipolar disorder were randomised to
20  receive an antidepressant or placebo, the switch rate did not differ significantly
21  between the antidepressant and placebo groups (Gisman *et al* 2004).  This finding
22  may reflect the fact that 75% of patients were receiving a mood stabilizer which may
23  reduce the risk of switching.
24

25  Individual studies differ in their estimates of the degree of protection that antimanic
26  medication offers.  A small naturalistic study (Henry *et al* 2001) found that mood
27  switches were less frequent in patients receiving lithium (15%, 4/26) than in patients
28  not treated with lithium (44%, 8/18; p = 0.04) but that anticonvulsants did not protect
29  against switching.  In contrast several studies have reported a general protective
30  effect from antimanic agents including carbamazepine and valproate (Boerlin *et al*
31  1998; Bottlender *et al* 2001).
32

33  Antidepressant induced switching has been reported in both bipolar I and II disorder
34  and also in children (Briscoe *et al* 1995). A pharmacoepidemiological study from the
35  United States, that assessed switching rates in children, adolescents, and young
36  adults with an anxiety or non-bipolar mood disorder, concluded that patient age
37  effected the risk of antidepressant-associated manic conversion (Martin *et al* 2004). In
38  this study treatment with antidepressants was associated with highest conversion
39  hazards among children aged 10 to 14 years.
40

41  Other factors reported to be associated with higher risk of switching include a high
42  score on the hyperthymia component of the Semistructured Affective Temperament
43  Interview (p = 0.008) (Henry *et al* 2001) and a history of a greater number of past
44  manic episodes (p < .023) (Boerlin *et al* 1998).  Goldberg and Truman (2003) have
45  suggested that a family history of bipolar disorder, a history of previous
46  antidepressant-induced mania and onset of bipolar illness in adolescence or young
47  adulthood may all confer an increased risk. These risk factors can be considered as
48  indicating an increased genetic loading for bipolar disorder and switching.
49

Management of bipolar disorder: Full Guideline – **DRAFT** (February 2006)        Page 195 of 341

377

CONFIDENTIAL
AZSER12751218

DRAFT FOR SECOND CONSULTATION

1    More controversial is the suggestion by Goldberg and Truman (2003) that exposure
2    to multiple antidepressant trials is associated with a higher switch rate. In other
3    words antidepressant use may carry a long term risk in bipolar disorder. However it
4    could be argued that patients with bipolar disorder who have received multiple
5    antidepressant trials are more 'cyclical' than other patients and therefore switching
6    would be more likely to be observed even if there was not a causal relationship with
7    antidepressant use.  It is interesting to note that psychiatrists with more interest in
8    bipolar disorder are more cautious about using antidepressant in patients with
9    bipolar disorder (Ghaemi 2003). It is unclear whether female gender is a risk factor
10   for switching (Goldberg & Truman 2003).
11
12   Although antidepressant induced switching has been reported with all the major
13   antidepressant classes there is a general consensus that the risk is higher with TCAs
14   than with SSRIs (Calabrese *et al.*, 1999).  Peet (1994) calculated the rate of treatment-
15   emergent switch into mania from all available clinical trial data on four SSRIs
16   (fluoxetine, fluvoxamine, paroxetine, sertraline) relative to comparative groups
17   treated with TCAs or placebo. In patients with bipolar disorder a higher switch rates
18   was observed with TCAs (11.2%) than with SSRIs (3.7%) or placebo (4.2%). In
19   contrast in unipolar depressives, the rate of manic switch was less than 1% and
20   differences between drugs and placebo were statistically but not clinically significant.
21   Mania has been reported in association with use of hypericum (St John's wort)
22   (Nierenberg *et al* 1999).
23
24   Prior to starting an antidepressant, clinicians should warn patients of the risk of
25   antidepressant-induced switching.  To minimise the risk, where at all possible, TCAs
26   should be avoided in bipolar disorder and antidepressants only prescribed in
27   conjunction with an antimanic agent.
28
29   *Cycle acceleration and antidepressants*
30   It has been suggested that antidepressants may cause an increase in cycling rate of
31   bipolar disorder (sometimes referred to as 'mood destabilization').  This possibility
32   has received less attention than antidepressant induced switching although, if it
33   occurs, it is potentially a greater problem. Unfortunately, there is no published RCTs
34   to inform the debate.  One, often quoted naturalistic study that suggests that TCAs
35   can cause cycle acceleration is Wehr *et al* (1988).  However this study was based on
36   an atypical group of patients in that they all had treatment resistance bipolar
37   disorder and were assessed in a specialist mood service.  An unpublished
38   randomised study by Ghaemi suggests that cycle acceleration can occur (ADD REF).
39
40   In contrast are the results of a non-randomised 1-year study of long term
41   antidepressant use, versus early antidepressant discontinuation, after remission of
42   bipolar depression (Altshuler *et al* 2004). Throughout all subjects continued with
43   ongoing antimanic medication. In this study the risk of depressive relapse was
44   significantly associated with discontinuing antidepressants soon after remission.
45   Furthermore there was no evidence of manic switching in association with continued
46   antidepressant use.  In summary this study did not show any association with cycle
47   acceleration and suggested a beneficial effect of antidepressant use.  The authors
48   argued that maintenance of antidepressant treatment in combination with a mood
49   stabilizer may be warranted in some patients with bipolar disorder.  A major

CONFIDENTIAL
AZSER12751219

DRAFT FOR SECOND CONSULTATION

1 weakness of the study is that subjects were not randomised to the antidepressant
2 continuation and discontinuation groups.

3 **7.7.5         Antipsychotics in the treatment of acute depression**

4 *Studies considered*

5 Three trials met the eligibility criteria set by the GDG. Excluded studies with reasons
6 for exclusion can be seen in Appendix 21.  See Table 38 for outline study
7 characteristics, and Appendix 21 for more detailed information.

8

CONFIDENTIAL
AZSER12751220

DRAFT FOR SECOND CONSULTATION

**Table 38. Summary of study characteristics for antipsychotics in the treatment of acute depression**

| | Versus placebo | Dose-finding study | Versus another antipsychotic and antidepressant |
|---|---|---|---|
| *No. trials (No. participants)* | *3 RCTs (1409)* | *1 RCT (542)* | *1 RCT (833)* |
| Study IDs | AMSTERDAM2005 (1) CALABRESE2005A (2) TOHEN2003 (3) | CALABRESE2005A | TOHEN2003 |
| **Population** | (1) US; outpatients (2) US; outpatients (3) 13 countries, in- and outpatients | US; outpatients | 13 countries, in- and outpatient |
| **Diagnosis** | (1) Bipolar I depressed phase 94%; bipolar II depressed phase 6% (2) Bipolar I – depressed phase 66% Bipolar II – depressed phase 33%<br><br>21% rapid cyclers<br><br>(3) Bipolar I depressed phase, 12.7% psychotic features | Bipolar I – depressed phase 66% Bipolar II – depressed phase 33%<br><br>21% rapid cyclers | Bipolar I depressed phase, 12.7% psychotic features |
| **Study drugs** | (1) Olanzapine (2) Quetiapine 300 mg *** or 600 mg (3) Olanzapine 9.7 mg ** | Quetiapine 300 mg and 600 mg | Olanzapine 9.7 mg **; olanzapine 7.4 mg** and fluoxetine 39.3 mg** |
| **Concomitant medication** | (1) Lithium allowed (2) Benzodiazepine use allowed in first 3 weeks for (3) actual rate < 12%) and throughout in (3) not reported) | Benzodiazepine use allowed in first 3 weeks for (actual rate < 12%) | Benzodiazepine use allowed throughout in (actual use not reported) |
| **Minimum depression score are entry** | (1) HAMD-17 >= 17 (not given) (2) HRSD-17 >= 20 (24.3 to 24.6) (3) MADRS >=20 (30.8 (0.70 to 32.6(0.3)) | HRSD-17 >= 20 | MADRS >=20 |
| **Mean age (or range of mean ages)** | (1) 40 (2) 37 (3) 42 | 37 | 42 |
| **Length of trial** | 8 weeks | 8 weeks | 8 weeks |
| **Study problems** | (1) no data available - authors contacted (2) high non-completion rate, particularly in placebo group (61%) | | |

Notes: ** mean
*** used in meta-analysis with TOHEN2003 study since 300 mg is minimum therapeutic dose
BOCCETTA1993 is considered with antidepressants above.

1

CONFIDENTIAL
AZSER12751221

DRAFT FOR SECOND CONSULTATION

1 *Summary of evidence for antipsychotics in the treatment of acute depression*

2 The efficacy data for olanzapine and quetiapine (300 mg and 600 mg) could not be
3 combined in meta-analysis because of extreme heterogeneity ($I^2$ = 91%). They were
4 therefore analysed separately. There was not such difficulty with
5 tolerability/acceptability data. One study (CALABRESE2005) also included both
6 patients with bipolar II disorder and those with bipolar I disorder. The data for those
7 with bipolar I disorder were analysed in a sub-analysis.

8
9 An overview of the results is provided in Table 39 with the full evidence profile in
10 Appendix 22.

11
12 **Table 39 Summary of evidence profile for antipsychotics in the treatment**
13 **of acute depression**

| | Versus placebo | Dose-finding study | Versus another antipsychotic and antidepressant |
|---|---|---|---|
| **Drugs for which data are available** | Olanzapine, quetiapine (300 mg or 600 mg) | Quetiapine (300 mg or 600 mg) | Olanzapine + fluoxetine, olanzapine |
| **Evidence for efficacy (quality)** | Quetiapine more effective than placebo (moderate) Olanzapine limited evidence of efficacy versus placebo (moderate); a sub-analysis of bipolar I patients gave similar results | No difference (moderate) | Combination treatment is more effective than placebo or an antipsychotic alone (moderate) |
| **Evidence for acceptability/tolerability (including switching) (quality)** | Antipsychotics were as acceptable as placebo, but less tolerable, with olanzapine likely to cause weight gain; a sub-analysis of bipolar I patients gave similar results (moderate) | Quetiapine 300 mg was more acceptable and tolerable than quetiapine 600 mg | Combination treatment is more acceptable than placebo or antipsychotic alone, less tolerable than placebo, but more tolerable than antipsychotic alone (moderate). It is more likely to cause weight gain (moderate). Switching is unclear. |

14
15 *Clinical summary for antipsychotics in the treatment of acute depression*

16 There is some evidence for the use of atypical antipsychotics in acute bipolar
17 depression. However, the single study of olanzapine has quality issues, in particular
18 a high attrition rate and apparently different results for different measures of
19 depression. In addition, weight gain was 5 times more likely to be reported by those
20 taking olanzapine than those on placebo. This is supported by a review of weight
21 gain in patients with schizophrenia taking antipsychotics which showed mean
22 weight gain after 10 weeks' treatment with olanzapine was more marked than with
23 other antipsychotics with the exception of clozapine (Allison *et al*, 1999). Quetiapine
24 was more effective than placebo, although there was no difference between high
25 (600mg /day) and low (300mg /day) doses of the drug on efficacy measures.

CONFIDENTIAL
AZSER12751222

DRAFT FOR SECOND CONSULTATION

1  However, people on low-dose quetiapine were less likely to leave treatment early or
2  to leave because of side effects.

3  **7.7.6        Anticonvulsants in the treatment of acute depression**

4  *Studies considered*

5  Three trials met inclusion criteria. See Table 40 for outline study characteristics, and
6  Appendix 21 for more detailed information.
7
8

**Table 40. Summary of study characteristics for anticonvulsants in the treatment of depression**

|  | Lamotrigine | Valproate semisodium |
|---|---|---|
| *No. trials (No. participants)* | *1 RCT (195)* | *1 RCT (23)* |
| Study IDs | CALABRESE1999B | DAVIS 2005 |
| Population | US, UK, France, Australia Outpatients | US; outpatients |
| Diagnosis | Bipolar I disorder depressed phase | Bipolar I disorder depressed phase |
| Study drug | Lamotrigine 50 mg or 200 mg | Valproate semisodium serum levels 50-100ug |
| Comparator | Placebo | Placebo |
| Concomitant medication | None, but randomisation stratified according to intensity of lithium treatment in previous 5 months | Diphenhydramine or hydroxyzine (25mg - 50mg/day) as a sedative |
| Minimum depression score are entry | HRSD-17 >= 18 | HRSD-17 >= 18 |
| Mean age (or range of mean ages) | 42 | 41 |
| Length of trial | 7 weeks | 8 weeks |
| Study problems |  |  |

9  * mean

10  *Summary of evidence for anticonvulsants in the treatment of acute depression*
11  An overview of the results is provided in Table 41 with the full evidence profile in
12  Appendix 22.
13

14  **Table 41 Summary of evidence profile for anticonvulsants in the treatment of**
15  **acute depression**

|  | Lamotrigine | Valproate semisodium |
|---|---|---|
| Drugs for which data are available | Lamotrigine 50 mg and 200 mg versus placebo | Valproate semisodium versus placebo |
| Evidence for efficacy (quality) | Data are inconclusive (low) for efficacy outcomes | Some evidence of efficacy versus placebo (moderate) |
| Evidence for acceptability/tolerability (including switching) (quality) | Data are inconclusive (low) for tolerability/acceptability outcomes | Data are inconclusive (low) for tolerability/acceptability outcomes |
| Overall risk-benefit ratio | Unclear | Unclear |

16  *Clinical summary for anticonvulsants in the treatment of acute depression*

CONFIDENTIAL
AZSER12751223

DRAFT FOR SECOND CONSULTATION

1  Of the two trials of anticonvulsant monotherapy in acute depression in people with
2  bipolar disorder which met the inclusion criteria, one was of lamotrigine, and one
3  was of valproate semisodium. Neither drug is licensed in the UK for the treatment of
4  bipolar depression. The overall risk-benefit ratios in both trials were unclear since in
5  both the acceptability and tolerability data were inconclusive, although there is
6  evidence of efficacy versus placebo for valproate semisodium. In the lamotrigine
7  trial, the risk of switching to mania did not differ significantly between the
8  50mg/day, 200mg/day and placebo groups.
9
10  The most serious (but rare) side effect of lamotrigine is Steven-Johnson syndrome. In
11  early clinical trials in epilepsy the incidence of serious rash was 0.3% in adults and
12  1% in children (Guberman AH *et al* 1999; Messenheimer J *et al* 1998). However the
13  introduction of a slow dose titration reduced the risk of serious rash to 0.01% in
14  adults which is similar to that seen with other anticonvulsants (Calabrase JR *et al*
15  1999). Rash can occur at any point during treatment but is most common early on in
16  treatment and when lamotrigine is co-prescribed with valproate. Particular concern
17  attaches to a rash that is widespread or associated with fever, sore throat or mucosal
18  involvement. Patients prescribed lamotrigine must be advised to see their
19  psychiatrist or GP if any rash appears. Is it has any of the features listed previously
20  lamotrigine must be stopped. Lamotrigine may have limited use in the treatment of
21  acute depression because of its slow dose titration and onset of action.

22  **7.7.7        Transcranial magnetic stimulation in the treatment of acute**
23  **depression**

24  *Studies considered*

25  Two trials were identified from searches of electronic databases, with one meeting
26  inclusion criteria. See *Table 42* for summary of the study characteristics, and
27  appendix 21 for more detailed information.
28
29

**Table 42. Summary of study characteristics for transcranial magnetic stimulation in the treatment of depression.**

|  | Versus sham transcranial magnetic stimulation |
|---|---|
| *No. trials (No. participants)* | *1 RCT* (23) |
| Study IDs | NAHAS2003 |
| **Population** | US Outpatients |
| **Diagnosis** | Bipolar I – mixed phase 8% Bipolar I – depressed phase 52% Bipolar II – depressed phase 39% |
| **Comparisons between** | Transcranial magnetic stimulation |
| **Concomitant medication** | Carbamazepine or valproate (alone or in combination) or benzodiazepines |
| Minimum depression score are entry | HRSD >=18 (32.5 (4.3) to 32.8 (7.6) |
| **Mean age (or range of mean ages)** | 42 |
| **Length of trial** | 10 days |
| Note: ** mean |  |

30

CONFIDENTIAL
AZSER12751224

DRAFT FOR SECOND CONSULTATION

1  *Summary of evidence*

2  An overview of the results is provided in Table 43 with the full evidence profile in
3  Appendix 22.

4

5  **Table 43 Summary of evidence profile for transcranial magnetic stimulation in**
6  **the treatment of depression**

| | Transcranial magnetic stimulation (TMS) |
|---|---|
| **Drugs for which data are available** | TMS versus sham TMS |
| **Evidence for efficacy (quality)** | Data are inconclusive (low) for efficacy outcomes |
| **Evidence for acceptability/tolerability (including switching) (quality)** | Unlikely (moderate); some evidence of higher mania scores in TMS group (moderate) |

7

8  *Clinical summary*

9  There is no difference in the efficacy of transcranial magnetic stimulation compared
10  with sham transcranial magnetic stimulation on reducing depression symptoms, but
11  participants receiving sham treatment had lower endpoint mania symptom scores.
12  No one left treatment early and the data on side effects are not reported.

13

14  **7.7.8        Fatty acids in the treatment of acute depression**

15  *Studies considered*

16  One trial of omega 3 fatty acids in the treatment of acute depression met inclusion
17  criteria.  This compared omega 3 fatty acids with placebo. An overview of the study
18  is in Table 44, with further details available in Appendix 21.

19

20

**Table 44. Study information table for Omega 3 fatty acids in the treatment of acute depression**

21

| | Omega 3 |
|---|---|
| *No. trials (No. participants)* | *1 RCT (75)* |
| **Study IDs** | FRANGOU2006 |
| **Diagnosis** | Bipolar I depression 86%, Bipolar II depression 14% |
| **Setting** | Outpatients; UK |
| **Baseline scores** | HDRS mean 14.7 – 15.4 YMRS mean 4.7 – 6.6 |
| **Omega 3 fatty acid dose** | Ethyl-Eicosapentaenoic acid (EPA) 1g/d, Ethyl-Eicosapentaenoic acid (EPA) 2g/d, |
| **Comparator** | Placebo |
| **Mean age** | 47 |
| **Length of trial** | 12 weeks |

22  *Summary of evidence for Omega 3 fatty acids in the treatment*

23  Only one trial met inclusion criteria. This shows a significant effect on depression
24  scores for omega 3 fatty acids (at both 1g and 2g doses) compared with placebo in

CONFIDENTIAL
AZSER12751225

DRAFT FOR SECOND CONSULTATION

1  patients with moderate depression. The effect on mania scores was hard to judge
2  since the 95% confidence intervals were wide. However, the estimated effect sizes are
3  small indicating little effect on manic symptoms. Despite this, since the trial is small
4  (around 25 in each arm), there is insufficient evidence to warrant recommending
5  omega 3 at present. An overview of the results is provided in Table 45 with the full
6  evidence profile in Appendix 22.

7

8  **Table 45 Summary evidence profile for omega 3 fatty acids in the treatment of**
9  **acute depression**

|  | Omega 3 |
|---|---|
| Evidence for efficacy (quality) | Omega 3 is more effective than placebo at both 1mg and 2mg doses (moderate) |
| Evidence for acceptability /tolerability (quality) | Omega 3 does not appear to induce switching (low); 11% more people taking 1 mg/day reported side effects compared with placebo (low); 3% fewer taking 2 mg/day reported side effects compared with placebo |

10
11

12  **7.7.9      Economic evidence for the pharmacological treatment of acute**
13  **depressive episodes**
14  No economic studies on the cost-effectiveness of pharmacological treatment for acute
15  depressive episodes in patients with bipolar disorder were identified.

16  **7.7.10      Clinical practice recommendations**
17

18  *Initiating treatment in patients not taking antimanic medication*

19  7.7.10.1In patients experiencing depressive symptoms, prescribers should consider
20        introducing an antidepressant† (SSRI) plus an antimanic agent. The choice of
21        antimanic agent should be based on the best choice for long-term treatment,
22        the likely side effects and whether the patient is a woman of child-bearing
23        potential.

24  7.7.10.2For patients with persistent depressive symptoms with no history of recent
25        rapid cycling, including those who have declined an antidepressant,
26        healthcare professionals may consider offering a structured psychological
27        therapy focused on depressive symptoms, problem solving, promoting
28        social functioning, and further consideration of medication adherence.

29  7.7.10.3When initiating an antidepressant† in people not willing to take antimanic
30        medication, prescribers should explain the risks of switching to mania and
31        the benefits of taking an adjunctive antimanic agent, and monitor carefully.
32        Treatment should begin at a low dose and be increased gradually if
33        necessary.

34  *Initiating treatment in patients taking medication with antimanic properties*

35  7.7.10.4For people with bipolar disorder experiencing an acute depressive episode

CONFIDENTIAL
AZSER12751226

DRAFT FOR SECOND CONSULTATION

1    who are taking antimanic medication, prescribers should first check that the
2    patient is taking the antimanic agent at the appropriate dose and adjust if
3    necessary.

4    7.7.10.5 For those patients with bipolar disorder experiencing moderate depressive
5    symptoms prescribers should consider:

6    • the introduction of an adjunctive medication (antidepressant† [SSRI]
7    or quetiapine where the antimanic agent is not an antipsychotic), and

8    • a structured psychological treatment (focused on depressive
9    symptoms, problem solving, promoting social functioning, and
10    education about medication) if there has been no significant
11    improvement after 2 to 4 weeks.

12    7.7.10.6 For those patients with bipolar disorder experiencing severe depressive
13    symptoms prescribers should consider the introduction of an adjunctive
14    medication (antidepressant† [SSRI], or quetiapine where the current
15    antimanic agent is not an antipsychotic).

16    *Depressive symptoms in patients with recent unstable mood*

17    7.7.10.7 In patients with depressive symptoms who have recent unstable mood,
18    prescribers should avoid the use of antidepressants, and consider increasing
19    the dose of the antimanic agent or the addition of a second antimanic agent
20    including lamotrigine†.

21    *Starting antidepressant treatment and monitoring risk*

22    7.7.10.8 Prescribers should address bipolar patients' common concerns about taking
23    antidepressants. For example, patients should be advised that craving and
24    tolerance do not occur, and that taking medication should not be seen as a
25    sign of weakness.

26    7.7.10.9 Prescribers should ensure that all patients with bipolar disorder who are
27    prescribed antidepressants are informed, at the time that treatment is
28    initiated, of potential side effects including:

29    • the possibility of manic or hypomanic switching

30    • the delay in onset of effect, the gradual and fluctuating nature of
31    improvement thereafter

32    • the need to take medication as prescribed and the risk of
33    discontinuation/withdrawal symptoms

34    • the need to monitor for signs of akathisia, suicidal ideation (normally
35    anyone under 30 should be reviewed within one week of initiation of
36    treatment), and increased anxiety and agitation (particularly in the
37    initial stages of treatment)

CONFIDENTIAL
AZSER12751227

DRAFT FOR SECOND CONSULTATION

1
2

- the need to seek help promptly if these side effects are at all distressing.

3
4
5

7.7.10.10 When a patient with bipolar disorder develops marked and/or prolonged akathisia or agitation while taking an antidepressant, prescribers should review the use of the drug.

6
7
8
9

7.7.10.11 Prescribers should be cautious when prescribing SSRIs† to people, in particular older adults, taking other medication known to cause intestinal bleeding such as non-steroidal anti-inflammatory drugs. The use of a gastro-protective drug may be considered.

10

*Additional considerations for mild depressive symptoms*

11
12
13
14
15
16
17

7.7.10.12 For patients with bipolar disorder experiencing acute mild depressive symptoms, unless they are assessed as requiring immediate treatment, a further assessment should be arranged, normally within 2 weeks ('watchful waiting'), where mild depressive symptoms have not in the past led to the development of a chronic or more severe depressive episode, *or* a healthcare professional judges the patient not to be at significant risk of developing a more severe depression.

18

*Additional guidance on specific treatments*

19

20
21
22
23

7.7.10.13 In the treatment of acute depressive episodes in people with bipolar disorder, the following should not be routinely used :

- lamotrigine as a single, first line agent in bipolar I disorder,

24

- transcranial magnetic stimulation.

25

*Incomplete response to the treatment for acute depression*

26
27
28
29
30
31

7.7.10.14 When a patient with bipolar disorder has depressive symptoms that have not fully responded to an antidepressant, prescribers should reassess the patient, and consider evidence of substance abuse, psychosocial stressors, physical health problems, comorbid disorders, such as anxiety or severe obsessional symptoms, and inadequate adherence to medication. After reviewing these factors prescribers should consider:

32

- increasing the dose of the antidepressant within *BNF* limits, or

33
34

- switching to an alternative antidepressant (for example, mirtazapine or venlafaxine), or

35
36

- adding quetiapine or olanzapine if one of these is not already being prescribed, or

37

- adding lithium if this is not already being prescribed.

Management of bipolar disorder: Full Guideline – **DRAFT** (February 2006)          Page 205 of 341

CONFIDENTIAL
AZSER12751228

DRAFT FOR SECOND CONSULTATION

1   *Management of treatment-resistant depression in bipolar disorder*

2   7.7.10.15 When a patient's depressive symptoms have failed to respond to at least
3            three courses of treatment for depression of adequate dose and duration,
4            prescribers should consider seeking the advice of, or referring to, a clinician
5            with a specialist interest in treating bipolar disorder.

6   *Management of concurrent depressive and psychotic symptoms*

7   7.7.10.16 For patients with a diagnosis of bipolar disorder experiencing concurrent
8            depressive and psychotic symptoms, prescribers should consider
9            augmenting the current treatment plan with antipsychotic medication, such
10           as olanzapine, quetiapine, or risperidone, or the use of ECT if the depressive
11           illness is severe.

12  **7.7.11       The treatment of acute depression in children and adolescents**
13  There are no studies of the management of acute depression in children and
14  adolescents with bipolar disorder. It is necessary to extrapolate cautiously from the
15  adult database and to refer to the evidence on the treatment of unipolar depression
16  in children and adolescents. The NICE Guideline on Depression in Children and
17  Adolescents (NICE, September 2005) summarises the evidence for the use of
18  antidepressants in under 18 year olds with unipolar depression. Fluoxetine is the
19  only SSRI antidepressant where clinical trials demonstrated that the risk benefit ratio
20  was positive for unipolar depression in young people under 18 years. There is some
21  evidence that all SSRIs (including fluoxetine) may increase the risk of suicidal
22  ideation and/or behaviour and increase the risk of discontinuation of treatment due
23  to adverse events, but that the addition of Cognitive Behaviour Therapy (CBT) may
24  reduce this risk. Antidepressants should normally first be prescribed only in
25  conjunction with psychological therapies and the child and adolescent should be
26  monitored for agitation, suicidal ideation and self harm. If treatment with fluoxetine
27  is unsuccessful or not tolerated because of side effects, consideration should be given
28  to the use of another antidepressant. In the case of children and adolescents sertraline
29  or citalopram are the recommended second line treatments. In the UK none of these
30  drugs are licensed for use in under 18 year olds but can be prescribed unlicensed by
31  a specialist practitioner.

32  *Mild depression in children and adolescents*

33  7.7.11.1 For children and adolescents with bipolar disorder experiencing mild
34          depressive symptoms, which are assessed as not requiring immediate
35          treatment, monitor weekly and offer additional support, for example at
36          home and in school

37  *Moderate and severe depression in children and adolescents*

38  7.7.11.2 In the pharmacological and psychological management of children or
39          adolescents with bipolar disorder experiencing depressive symptoms
40          assessed as requiring treatment, prescribers, who should normally be
41          specialist clinicians (based in at least Tier 3 level services), should follow the
42          recommendations set out for adults with bipolar disorder except that they

CONFIDENTIAL
AZSER12751229

DRAFT FOR SECOND CONSULTATION

1  should consider offering children and adolescents a structured
2  psychological therapy specifically aimed at treating depression symptoms
3  in addition to prophylactic medication and monitor weekly.

4  7.7.11.3 For a child or adolescent with bipolar disorder, if there has been no response
5  after 4 weeks to psychological therapy for the treatment of depression in
6  combination with prophylactic medication prescribers should consider:

7  • the addition of fluoxetine† starting at 10 mg per day, continuing at this
8    dose if there is an adequate response but if not increase to 20 mg per day

9  • changing to sertraline† or citalopram† if there is no response to fluoxetine
10   after an adequate trial,  and if there is still no response seek advice from a
11   specialist in affective disorders.

12  7.7.11.4 For adolescents who are experiencing depressive symptoms but are
13  developmentally advanced, use the guidance for the management of
14  depression provided for adults in this guideline.

## 15  7.8   Electroconvulsive therapy (ECT) (all illness phases)

16  **7.8.1        Clinical evidence**
17  No study of ECT in acute bipolar depression met inclusion criteria (see above),
18  although there is some evidence for its effectiveness compared with an antipsychotic
19  in acute mania. The recommendations below are adapted from the NICE Technology
20  Appraisal of ECT (NICE2003).

21  **7.8.2        Health economics evidence**
22  A recent NHS Health Technology Assessment (Greenhalgh *et al*, 2005) aimed at
23  evaluating the clinical and cost-effectiveness of ECT for depressive illness,
24  schizophrenia, catatonia and mania. The report failed to identify any economic
25  studies relating to ECT fulfilling the inclusion criteria set for the systematic review.
26  In addition, although decision-analytic models were developed in order to assess the
27  cost-effectiveness of ECT for the management of depressive illness and
28  schizophrenia, no economic models were possible to construct for either mania or
29  catatonia, due to lack of published data relating to these disease areas.
30
31  Only one economic study relating to ECT for the management of acute bipolar
32  episodes was identified and included in the systematic review carried out for this
33  guideline (KUTCHER1995). The study, which was carried out in Canada, compared
34  ECT to standard pharmacological inpatient care for the management of adolescents
35  and young adults (16-22 years old) with treatment-resistant acute bipolar episodes,
36  either manic or depressive, and was based on a retrospective comparative design.
37  The main drawback of the analysis was the method of group assignment, which was
38  based on self-selection: patients eligible for ECT chose whether they wanted to
39  undergo ECT; those agreeing comprised the ECT group, while those denying
40  received standard inpatient care. Costs consisted of hospitalisation costs only;
41  intervention costs were not estimated. Clinical outcomes included improvement in
42  clinical symptoms as measured using the Brief Psychiatric Rating Scale (BPRS),

CONFIDENTIAL
AZSER12751230

DRAFT FOR SECOND CONSULTATION

1  length of hospital stay, as well as rate of side-effects in the ECT group. The time
2  horizon of the analysis was the period until hospital discharge.
3
4  The analysis demonstrated that both groups were characterised by significant
5  improvement in BPRS scores overtime, with the ECT group score at discharge being
6  significantly lower than that of the control group. Side-effects of ECT were reported
7  to be generally mild, occurring in 28% of the ECT sessions. The length of hospital
8  stay was shorter for the ECT group, resulting in lower hospitalisation costs
9  compared with the control group ($58,608 versus $143,264 per admission
10 respectively). Overall, ECT appeared to be more cost-effective than standard care;
11 however, the design of the study, which was subject to major selection bias, as well
12 as the estimation of hospitalisation costs only and the omission of all other relevant
13 costs from the analysis, limit considerably the scope of it; consequently, no robust
14 conclusions on the cost-effectiveness of ECT can be drawn based on this study.
15
16 Characteristics and results of the above study are presented in the evidence tables for
17 economic studies in Appendix 14.

18 **7.8.3        Clinical practice recommendations**

19 7.8.3.1  It is recommended that electroconvulsive therapy (ECT) is used only to
20         achieve rapid and short-term improvement of severe symptoms after an
21         adequate trial of other treatment options has proven ineffective and/or
22         when the condition is considered to be potentially life-threatening, in
23         individuals with:

24            •      severe depressive illness

25            •      catatonia

26            •      a prolonged or severe manic episode.

27 7.8.3.2  The decision as to whether ECT is clinically indicated should be based on a
28         documented assessment of the risks and potential benefits to the individual,
29         including:

30            •   the risks associated with the anaesthetic

31            •   current comorbidities

32            •   anticipated adverse events, particularly cognitive impairment

33            •   the risks of not having treatment.

34 7.8.3.3  When using ECT in the treatment of bipolar disorder prescribers should
35         consider:

36            •   stopping or reducing lithium or benzodiazepines, before giving ECT

CONFIDENTIAL
AZSER12751231

DRAFT FOR SECOND CONSULTATION

1  •  monitoring the length of fits carefully when anticonvulsants are used
2     for the treatment of bipolar disorder

3  •  monitor mental state carefully for evidence of switching to the opposite
4     pole.

## 5  7.9  The management of acute behavioural disturbance

6  **7.9.1  Introduction**

7  Acute behavioural disturbances in the context of bipolar disorder typically occur
8  during periods of hospitalisation, but may arise at any time during the course of the
9  illness, as part of an exacerbation. A person may be agitated, aggressive or violent
10 towards others, secondary to psychotic symptoms (for example,grandioise delusions,
11 command hallucinations) or non-psychotic symptoms (for example,high levels of
12 arousal). However, in the Royal College of Psychiatrists' guideline on the
13 Management of Imminent Violence (1998), environmental factors, including
14 overcrowding, lack of privacy, lack of activities and long waiting times to see staff,
15 are identified as playing an important role in increasing the likelihood of aggression
16 or violence. Also, social factors, such as poor communication between patients and
17 staff and weak clinical leadership, may contribute to feelings of frustration and
18 tension amongst all parties. Dealing with these issues in advance may reduce the risk
19 of violence and aggression (Royal College of Psychiatrists, 1998).

20 The initial response should be to provide structure, reduce stimulation and try to
21 verbally reassure and calm the person (Osser & Sigadel, 2001). Staff need to be
22 trained to anticipate possible violence and to de-escalate the situation at the earliest
23 opportunity. Physical means of restraint or seclusion should be resorted to 'only after
24 the failure of attempts to promote full participation in self-care'. In this context, the
25 use of drugs to control disturbed behaviour (rapid tranquillisation) is often seen as a
26 last resort, for use where appropriate psychological and behavioural approaches
27 have failed or are inappropriate. However, patients who participated in discussion
28 groups on this topic have expressed the view that when they behaved violently, their
29 preference was for medication rather than seclusion or prolonged physical restraint
30 (Royal College of Psychiatrists, 1998).

31 The aim of drug treatment in such circumstances is to calm the person, and reduce
32 the risk of violence and harm, rather than treat the underlying psychiatric condition.
33 An optimal response would be a reduction in agitation or aggression without
34 sedation, allowing the patient to participate in further assessment and treatment.
35 Ideally, the drug should have a rapid onset of action and a low level of side effects.
36 Psychiatrists, and the multidisciplinary team, who use rapid tranquillisation should
37 be trained in the assessment and management of patients specifically in this context:
38 this should include assessing and managing the risks of drugs (benzodiazepines and
39 antipsychotics), using and maintaining the techniques and equipment needed for
40 cardiopulmonary resuscitation, and prescribing within therapeutic limits and using
41 flumazenil (a benzodiazepine antagonist).

CONFIDENTIAL
AZSER12751232

DRAFT FOR SECOND CONSULTATION

1 **7.9.2        Current practice**
2 In clinical practice in the UK, the most common choice of drug for rapid
3 tranquillisation has been an antipsychotic, such as haloperidol, or chlorpromazine,
4 often in combination with a benzodiazepine, such as diazepam or lorazepam
5 (Pilowsky *et al.*, 1992; Cunnane, 1994; Mannion *et al.*, 1997; Simpson & Anderson,
6 1996). Zuclopenthixol acetate, a short-acting depot antipsychotic, has also been
7 commonly used, although doubts as to its value have recently been raised (Fenton *et*
8 *al.*, 2000). Previously published guidelines have generally recommended that drug
9 treatment should be administered orally, if the person is willing to accept this
10 (Atakan & Davies, 1997; Kerr & Taylor, 1997; Royal College of Psychiatrists, 1997).
11 Liquid or rapidly dissolving preparations may be particularly useful.

12 However, current practice is not underpinned by a strong evidence base. There are
13 relatively few controlled studies on which to base prescribing decisions. Further, in
14 studies of drug treatment of acute behavioural disturbance, there may be some doubt
15 about the generalisability of the patient samples, in that many of the individuals who
16 require rapid tranquillisation would be too disturbed to give informed consent to
17 participate. Placebo-controlled studies would be necessary to assess the overall
18 advantage of treatment using the various drug regimens, but such studies are likely
19 to be regarded as unethical given that rapid tranquillisation is usually indicated only
20 after other non-pharmacological approaches have failed. In any event, a major
21 concern in this situation is to minimise the risk of harm to the individual, the staff
22 and others.

23 **7.9.3        Safety considerations in rapid tranquillisation**
24 The benefit of reducing the risk of harm to the individual or others must be balanced
25 against the risk of adverse effects associated with such drug regimens. In a survey of
26 around 100 incidents of rapid tranquillisation, Pilowsky *et al.* (1992) found few
27 adverse events, although those reported were potentially serious cardiovascular and
28 cardiorespiratory events. The cardiovascular effects of antipsychotics in such
29 situations have become a source of growing concern. Osser and Siagdel (2001)
30 recommend that chlorpromazine is avoided because of its greater risk of
31 hypotension. Droperidol, an antipsychotic widely used for rapid tranquillisation,
32 was voluntarily withdrawn in 2001 because of reports of QT prolongation, serious
33 ventricular arrhythmia and sudden death. A change in the rate-corrected QT interval
34 (QTc) on the ECG associated with an antipsychotic may be an indicator of cardio
35 toxicity. An increased risk of QT interval prolongation has been reported with
36 several antipsychotic drugs (Royal College of Psychiatrists, 1997). In a naturalistic
37 study in the UK (Reilly *et al.*, 2000), a prolonged QTc was associated with both
38 thioridazine and droperidol. Partly on the basis that QTc prolongation may be a
39 marker of risk of arrhythmia, the use of thioridazine has been restricted in the UK
40 since the end of 2000, and would not be appropriate for rapid tranquillisation.

41 Acute extrapyramidal side effects, such as akathisia, parkinsonism and dystonia, are
42 commonly observed with intramuscular conventional antipsychotic drugs. Dystonic
43 reactions can be particularly severe and unpleasant (Royal College of Psychiatrists,
44 1997), and both akathisia and dystonia could exacerbate disturbed behaviour. If an
45 antipsychotic is to be used alone in people at high risk for dystonia, such as males
46 under 35 years of age, long-term antiparkinsonian drug treatment should be
47 considered (Osser & Sigadel, 2001).

Management of bipolar disorder: Full Guideline – **DRAFT** (February 2006)        Page 210 of 341

CONFIDENTIAL
AZSER12751233

DRAFT FOR SECOND CONSULTATION

1   Benzodiazepines, although considerably safer, can cause cognitive impairment,
2   behavioural disinhibition, over-sedation and, most seriously, respiratory depression
3   with the administration of high doses (Mendelson, 1992). The benzodiazepine partial
4   antagonist flumazenil can counter these effects, but it is not easy to give in an
5   emergency situation by those inexperienced in its use: flumazenil has a shorter half
6   life than the majority of benzodiazepines, meaning that repeated doses may be
7   required. It can also induce seizures in people who have been receiving regular
8   benzodiazepines.

9   **7.9.4        Definition and aim of rapid tranquillisation**
10  Rapid tranquillisation means the use of drug treatments to achieve rapid, short-term
11  behavioural control of extreme agitation, aggression and potentially violent
12  behaviour that places the individual or those around them at risk of physical harm
13  (Broadstock, 2001). The term rapid tranquillisation is usually restricted to parenteral
14  forms of medication. The aim of rapid tranquillisation is to achieve sedation
15  sufficient to minimise the risk posed to the person themselves or to others. The
16  individual should be able to respond to spoken messages throughout the period of
17  sedation (Royal College of Psychiatrists, 1998).

18  **7.9.5        Studies considered for review**
19  This review is based on a new systematic search for RCTs of pharmacological agents
20  used in rapid tranquillisation. Since there are very few studies in specific bipolar
21  populations, inclusion criteria allowed studies with people with severe mental
22  illness. The search was undertaken in May 2005. Thirty trials were identified from
23  searches of electronic databases, with 5 meeting the eligibility criteria set by the
24  GDG. Excluded studies with reasons for exclusion can be seen in Appendix 21.
25
26  Important characteristics of the included studies are in Table 46, with fuller details of
27  studies in Appendix 21.

28
29

CONFIDENTIAL
AZSER12751234

DRAFT FOR SECOND CONSULTATION

**Table 46. Summary of study characteristics for rapid tranquillisation in the management of acute behavioural disturbance**

| | IM antipsychotic or benzodiazepine versus IM placebo | IM antipsychotic versus IM antipsychotic | IM antipsychotic vs benzodiazepine (vs combination) | Oral antipsychotic + benzodiazepine vs IM antipsychotic + benzodiazepine |
|---|---|---|---|---|
| *No. trials (No. participants)* | *3 RCTs (782)* | *2 RCTs (581)* | *2 RCTs (238)* | *1 RCT (162)* |
| **Study IDs** | BRIER2002 (1) MEEHAN2001 (2) WRIGHT2001 (3) | BRIER2002 (1) WRIGHT2001 (2) | FOSTER1997 (1) MEEHAN2001 (2) | CURRIER2004 |
| **Diagnosis** | (1) (3) 100% schizophrenia (2) 100% bipolar manic phase | 100% schizophrenia | (1) 65% schizoaffective disorders or psychotic illness, 35%bipolar disorder (2) 100% bipolar manic phase | 55% schizoaffective disorders; 8% bipolar; 18% other |
| **Agitation status** | (1) PANSS-EC >= 14 (with >= 4 on at least 1 item) (2) agitation severe enough to be appropriate candidates for receiving injections, PANSS-EC >= 14 (with >= 4 on at least 1 item) (3) PANSS-EC >= 14 (with >= 4 on at least 1 item) | (1) PANSS-EC >= 14 (with >= 4 on at least 1 item) (2) PANSS-EC >= 14 (with >= 4 on at least 1 item) | (1) Judged to be an imminent danger to themselves, required 4-point physical restraints, scored >=5 on at least 3 items on BPRS, and had score of at least 4 on GCI. (2) agitation severe enough to be appropriate candidates for receiving injections, PANSS-EC >= 14 (with >= 4 on at least 1 item) | Patients exhibiting both psychosis and agitation judged by clinicians to require pharmacologic intervention |
| **Setting** | (1) Croatia, Italy, Romania, South Africa (2) US, Romania (3) Australia, N America, Europe, S Africa | (1) Croatia, Italy, Romania, South Africa (2) Australia, N America, Europe, S Africa | (1) US psychiatric emergency service; (2) US, Romania | US (24 sites) |
| **Study drugs** | (1) IM Olanzapine 10 mg*, IM haloperidol 7.5 mg, placebo (2) IM Olanzapine, IM lorazepam, placebo (3) IM Olanzapine, IM haloperidol, placebo | (1) IM Olanzapine 10mg, IM haloperidol 7.5 mg, placebo (2) IM Olanzapine, IM haloperidol, placebo | (1) Haloperidol or lorazepam (both oral or IM at discretion of clinician) (2) IM Olanzapine, IM lorazepam, placebo | Oral Risperidone + oral lorazepam IM Haloperidol + oral lorazepam |
| **Mean age range** | 36-40 or not specified | 36 or not specified | 36-42 | 38 |

CONFIDENTIAL
AZSER12751235

DRAFT FOR SECOND CONSULTATION

Notes: IM – intramuscular
* study includes IM olanzapine at other doses, but 10 mg chosen for this review because it is the dose given by the BNF

**7.9.6        Outcomes**

The following outcomes were extracted at 2 and 24 hours after administration of study drugs: scores on the PANSS excited subscale and total scale, overt aggression scale, agitated behaviour scale, YMRS, and BPRS, plus the number who received benzodiazepines. Scores on the PANSS excited subscale and agitated behaviour scales were considered critical outcomes. Also, the number leaving the study early for any reason and because of side effects were extracted, together with side effects including parkinsonian side effects, akathisia, EPS, dystonia, nausea, vomiting, hyperkinesias [EPS or movement disorders] agitation, somnolence and QTc interval change.  Parkinsonian side effects, akathisia, EPS and QTc interval change were considered critical outcomes.

**7.9.7        Clinical summary**

Only six studies met inclusion criteria. Of these, only 1 included 100% bipolar patients (MEEHAN2001), with 2 others included a proportion of people with bipolar disorder (FOSTER1997 35%; CURRIER2004 8%). The majority of people in the dataset had a diagnosis of schizophrenia or related disorders. There was also some uncertainty about the quality of the included trials, with only one (CURRIER2004) describing an adequate randomisation process. The others failed to report how randomisation was carried out. Among other things, these aspects led to downgrading of evidence.

On critical outcomes there was evidence (moderate quality) that IM olanzapine and IM lorazepam are effective in reducing aggressive behaviour compared with placebo, as well as evidence (low quality) for the efficacy of IM haloperidol compared with placebo. There was inconclusive evidence (very low quality) of any difference in efficacy between IM olanzapine (10 mg) and IM haloperidol (7.5 mg), but some evidence that IM olanzapine is more effective than IM lorazepam (moderate quality). There were no critical outcomes reported for IM haloperidol compared with IM lorazepam, and the available evidence was graded very low quality. In the one study including oral medication (oral risperidone + oral lorazepam vs IM risperidone + oral lorazepam) (CURRIER2004), there was no difference between the two drug combinations (moderate quality).

Turning to side effects, there was no difference on critical side effects between olanzapine and placebo (low quality evidence), and some evidence that haloperidol caused more side effects than placebo (low quality evidence). Critical outcomes were not reported by the study comparing lorazepam with placebo. When olanzapine was compared with haloperidol, there was some evidence of a more favourable side-effect profile for olanzapine (moderate quality evidence). Relevant side effects were not reported in the study of olanzapine compared with lorazepam. Evidence was inconclusive (very low quality) for oral risperidone + oral lorazepam versus IM risperidone + oral lorazepam.

An overview of the results is provided in Table 47 with the full evidence profile in Appendix 22.

CONFIDENTIAL
AZSER12751236

DRAFT FOR SECOND CONSULTATION

1

2  **Table 47 Summary of evidence profile for rapid tranquillisation in the**
3  **management of acute behavioural disturbance**

| | IM antipsychotic or benzodiazepine versus IM placebo | IM antipsychotic versus IM antipsychotic | IM antipsychotic vs benzodiazepine (vs combination) | Oral antipsychotic + benzodiazepine vs IM antipsychotic + benzodiazepine |
|---|---|---|---|---|
| **Evidence for efficacy (quality)** | Olanzapine (high), haloperidol (moderate) and lorazepam (high) effective versus placebo | Data are inconclusive (low) for efficacy outcomes | Olanzapine more effective than lorazepam (high) | No difference between 2 combinations (high) |
| **Evidence for side effects (quality)** | Olanzapine has most favourable side effect profile (low) | Olanzapine most favourable side effect profile (high) | Relevant side effects not reported | Data are inconclusive (low) for tolerability/acceptability outcomes |

4

5  **7.9.8**          **Clinical recommendations**

6  7.9.8.1  When a patient with bipolar disorder exhibits seriously disturbed behaviour,
7            or is judged to be at risk of doing so, healthcare professionals should:

8        •   Ensure the patient is placed in the least stimulating, most supportive
9            and most non-confrontational environment available

10       •   Review the safety and physical status of the patient including hydration
11           levels, and take appropriate action

12       •   Consider the use of distraction techniques and the diversion of energy
13           into less risky or more productive activities to help prevent or reduce
14           behavioural disturbance.

15  *Pharmacological management of severe behavioural disturbance in people with*
16  *bipolar disorder*

17  7.9.8.2  In the pharmacological management of severe behavioural disturbance in
18           bipolar disorder prescribers should normally try to use oral medication
19           (such as lorazepam† or an antipsychotic, or a combination of an
20           antipsychotic and benzodiazepine) before the use of intramuscular
21           preparations. Two antipsychotics (risperidone and olanzapine) are available
22           in orodispersible formulations which can be advantageous in this situation
23           as they are easier for patients to take and are more difficult to spit out.

24  **7.9.8.3**  When a severely disturbed patient with bipolar disorder cannot be effectively
25           managed with oral medication and rapid tranquillisation is required
26           prescribers should consider:

27       •   the use of intramuscular olanzapine (10 mg), lorazepam† (2 mg) or

Management of bipolar disorder: Full Guideline – **DRAFT** (February 2006)        Page 214 of 341

CONFIDENTIAL
AZSER12751237

DRAFT FOR SECOND CONSULTATION

1          haloperidol (2 mg – 10 mg); wherever possible as a single agent

2          • the use of olanzapine or lorazepam† in preference to haloperidol because
3          of the propensity of haloperidol to cause movement disorders, in particular
4          dystonia and akathisia

5          • that olanzapine and parenteral benzodiazepines should not be given
6          intramuscularly within 1 hour of each other

7          • that repeat intramuscular doses can be given up to 20 mg per day
8          (olanzapine), or 4 mg per day (lorazepam†) or 18 mg per day (haloperidol).
9          Total daily dose including concurrent oral medication should not normally
10         exceed BNF limits

11         • previous response and tolerability, the availability of flumazenil, and the
12         current regular medication when choosing between olanzapine and
13         lorazepam.

14   7.9.8.4 Intravenous preparations of any psychotropic drug, intramuscular diazepam,
15         intramuscular chlorpromazine, paraldehyde and zuclopenthixol acetate are
16         not recommended for routine use in the pharmacological management of
17         behavioural disturbances in people with bipolar disorder.

18   *Special considerations for children and adolescents*

19   7.9.8.5 In the management of children and adolescents with bipolar disorder and
20         severe behavioural disturbance prescribers should follow the guidance for
21         adults. However, rapid tranquillisation with haloperidol† in children and
22         adolescents is not recommended because of increased propensity to
23         extrapyramidal side effects in this age group.
24

CONFIDENTIAL
AZSER12751238

DRAFT FOR SECOND CONSULTATION

# 8 The medical and pharmacological management of bipolar disorder - part II

## 8.1 Introduction

The following aspects of the medical and pharmacological management of bipolar disorder are considered in this chapter

- The long-term treatment of bipolar disorder including health economic evidence
- The discontinuation/withdrawal of medication
- Pharmacological issues in the management of women having a baby
- Physical and medical monitoring.

## 8.2 The long-term pharmacological management of bipolar disorder

### 8.2.1 Introduction

Long-term treatment aims to prevent the occurrence of future episodes of bipolar disorder and is important due to the recurrent nature of bipolar disorder. Aspects of long-term treatment include helping patients recognise signs of early relapse, avoiding triggers for episodes and employing pharmacotherapy. The long-term nature of treatment in bipolar disorder makes establishing a positive therapeutic alliance between patient and staff crucial. Patients require long-term medication to prevent a recurrence of both depression and mania. The relative importance of these two aims will be determined by the past history, i.e. how many previous depressive and manic episodes have occurred and their severity. Lamotrigine is thought to have a specific effect in reducing the risk of recurrence of bipolar depression. Drugs that are thought predominantly act to reduce the occurrence of mania include valproate, lithium and olanzapine though each of these may also have significant effects in reducing the likelihood of depressive relapse. On average, people with bipolar disorder spend more time suffering from depressive symptoms than from manic symptoms. This is particularly the case in bipolar II disorder in which, in one study (Judd *et al* 2003), the ratio of time depressed to hypomanic was 37 to 1 compared with 3 to 1 in bipolar I disorder(Judd *et al* 2002). It could therefore be argued that the amelioration of depression is a key aim for most bipolar patients. Tolerability will often be a bigger concern for patients during long-term treatment than during acute treatment.

There are relatively few long-term trials in bipolar disorder. Interpretation of these trials is hindered by different definitions of relapse, inadequate description of the clinical history of participants (for example, was the sample liable to manic or

CONFIDENTIAL
AZSER12751239

DRAFT FOR SECOND CONSULTATION

1  depressive relapses), and the fact that some studies do not distinguish between
2  depressive and manic relapses.

3  **8.2.2          Treatments considered**
4
5  *Licensed indications*
6  Lithium and olanzapine have UK Marketing Authorisation for the prophylaxis of
7  bipolar disorder, and carbamazepine has Marketing Authorisation for the
8  prophylaxis of bipolar disorder unresponsive to lithium. Medications which do not
9  have a UK Marketing Authorisation for the indication recommended at the date of
10  publication (June 2006) are marked with a dagger (†); check the Summary of Product
11  Characteristics for current licensed indications.
12
13  With regard the use of psychotropic medication in children and adolescents under
14  the age of 18, at the date of publication (June 2006), no drugs have a UK Marketing
15  Authorisation for use in this age group. However, in 2000, the Royal College of
16  Paediatrics and Child Health issued a policy statement on the use of unlicensed
17  medicines, or the use of licensed medicines for unlicensed applications, in children
18  and adolescents. This states that such use is necessary in paediatric practice and that
19  doctors are legally allowed to prescribe unlicensed medicines where there are no
20  suitable alternatives and where the use is justified by a responsible body of
21  professional opinion.[8]
22
23  *Lithium*
24  Lithium has been used in the treatment of bipolar disorder for over 50 years and has
25  been regarded as the gold standard long-term agent, although lithium salts were first
26  used in the 19th century (Healy, xxxx). However, recent research suggests that is
27  effect is mainly confined to prevention of mania. Observational studies suggest that
28  long-term lithium treatment has an anti-suicidal effect in mood disorders
29  (Baldessarini *et al*, 2003). Goodwin *et al* (2003) reported a large naturalistic study
30  that found a 2.7-fold increase in the risk of suicide in patients prescribed valproate
31  semisodium compared to patients prescribed lithium. Such studies cannot help
32  distinguish whether such an effect is non-specific due to the benefit arising from the
33  long term monitoring provided for patients who remain on lithium or a specific
34  benefit from the action of lithium. A recent meta-analysis of randomised controlled
35  trials showed a benefit of lithium in the prevention of suicide, deliberate self-harm
36  and death from all causes suggesting the latter mechanism although it was not
37  possible to assess the impact of the efficacy of lithium compared to comparators in
38  producing this effect (Cipriani *et al*, 2005).
39
40  Issues to consider in long–term treatment with lithium include the narrow
41  therapeutic index, the risk of thyroid disorders and chronic renal impairment, and
42  the risk of rebound phenomena. These were discussed in the previous chapter.
43
44  *Antipsychotics*

---

[8] Joint Royal College of Paediatrics and Child Health/Neonatal and Paediatric Pharmacists Group
Standing Committee on Medicines (2000) *The Use of Unlicensed Medicines or Licensed Medicines for
Unlicensed Applications in Paediatric Practice - Policy Statement.* London: Royal College of Paediatrics
and Child Health.

CONFIDENTIAL
AZSER12751240

DRAFT FOR SECOND CONSULTATION

1  Conventional antipsychotics have tended to be used in the long-term treatment of
2  bipolar disorder by European psychiatrists.  One atypical antipsychotic (olanzapine)
3  is licensed for prevention of relapse in bipolar disorder.  Weight gain is a concern
4  with most antipsychotics and particularly olanzapine which is associated with a
5  higher mean weight increase than other atypical antipsychotics (Allison *et al*, 1999)
6  With olanzapine weight tends to reach a plateau after about 9 months of treatment
7  (Kinon *et al*, 2001).
8
9  Recently, there has been increasing concern about the possible metabolic aside effects
10  of atypical antipsychotics including elevation of glucose, cholesterol and
11  triglycerides.  The US Federal Drugs Agency has regarded hyperglycaemia and risk
12  of diabetes as a class effect of atypical antipsychotics.  The issues of whether (i)
13  atypical antipsychotics differ in their propensity to cause metabolic side effects and
14  (ii) the clinical significance of any such differences are both controversial. This
15  reflects a relative lack of long term RCTs with metabolic data plus contradictory
16  results in the existing literature. Much of the data is retrospective and has
17  methodological weaknesses that include potential screening bias, failure to
18  thoroughly assess non-pharmacological risk for diabetes and lack of randomisation
19  which makes it impossible to confidently tease apart drugs effect from non-
20  pharmacological effects for example, lifestyle and family history. Within the general
21  population approximately half of those with abnormal glucose tolerance and
22  diabetes are undiagnosed and this also holds for those with severe psychiatric illness
23  (Subramanian *et al* 2003).  Most of the data concerning metabolic abnormalities in
24  those receiving atypical antipsychotics relates to patients with schizophrenia and not
25  BPD.
26
27  Despite these issues, a recent randomised double-blind study of nearly 1500 patients
28  with schizophrenia treated for up to 18 months showed mean elevation of
29  cholesterol, triglycerides and glycosylated haemoglobin were all greater with
30  olanzapine than with several other atypical antipsychotics though mean elevation of
31  blood sugar did not differ between the groups (Lieberman  *et al*, 2005). The results
32  suggest that metabolic abnormalities are more frequent with olanzapine than with
33  other atypical antipsychotics.  However, it seems that all atypical antipsychotics can,
34  in some patients, lead to elevation of glucose and indeed this adverse effect was
35  reported with chlorpromazine in the 1950s.  Many guidelines now recommend
36  monitoring of glucose and lipid levels for patients prescribed any antipsychotic and
37  this is the view adopted by this guideline.  It is also important to note that many
38  patients with bipolar disorder may be at high risk of developing diabetes mellitus
39  and dyslipidaemias due to aspects of their lifestyle irrespective of antipsychotic
40  treatment.
41

42  *Anticonvulsants*

43  Similar issues that apply to short term treatment also apply to long term treatment
44  with anticonvulsants (see the previous chapter).  In addition there is evidence that
45  weight gain with valproate can continue over 12 months.
46
47  Valproate semisodium is licensed for the treatment of mania. Carbamazepine is
48  licensed for the treatment of bipolar patients who are intolerant of lithium or in
49  whom lithium is ineffective.  A major complication of carbamazepine is that it can
50  lower the plasma level of concurrently prescribed drugs including antipsychotics.

CONFIDENTIAL
AZSER12751241

DRAFT FOR SECOND CONSULTATION

1   Both carbamazepine and valproate are teratogenic being associated with an
2   increased risk of neural tube defects.  Sodium valproate is also associated with the
3   development of a range of other major abnormalities including facial dysmorphias
4   and distal digit hypoplasia, (Homes *et al* 2001;  Morrow *et al*, 2005; O'Brien and
5   Gilmour-White, 2004). The monotherapy MMR for valproate was 5.9% (4.3 to 8.2),
6   significantly higher than the other commonly used prophylactic agents
7   (carbamazepine 2.3% (1.4 to 3.7), lamotrigine 2.1% (1.0 to 4.0)). The risk is thought to
8   be greater in those prescribed >1g valproate per day versus lower doses (Omtzigt *et*
9   *al*, 1992).  It is important to note that the neural tube closes at day 30 of gestation
10  which will usually be before a pregnancy has been confirmed, for this reason
11  prevention is essential. In addition, there is evidence that the use of valproate is
12  associated with a significant reduction in cognitive functioning of children born to
13  mothers who used valproate during pregnancy (Adab *et al* 2004a, b).

14  *Lamotrigine*

15  There are no major concerns with long-term use of lamotrigine.
16

17  *Antidepressants*

18  Concerns about cycle acceleration and the long-term efficacy, if any, of
19  antidepressants are of key relevance to the question of how long to continue to
20  prescribe antidepressants.
21

22  **8.2.3        Review strategy**
23  Randomised controlled trials were found for the following treatment strategies:
24  - **Lithium monotherapy**, compared with placebo, an anticonvulsant, an
25  antidepressant or an antipsychotic
26  - **Lithium in combination** with an antidepressant
27  - **Lithium at different doses or lithium in different dosing regimens**
28  - **Other monotherapies** (anticonvulsants, antipsychotics)
29  - **Antipsychotic** combinations.
30
31  A summary of the evidence for the long-term pharmacological treatment of
32  children and adolescents is also provided.

33  **8.2.4        Study design**
34  Most studies included an open-label phase during which participants were
35  stabilised on lithium. Euthymic participants were then randomised to continue
36  open-label medication or switch to another drug. In DUNNER1976 participants
37  entered the study during a period of 'normal mood'. Participants in TOHEN2003
38  had participated in a previous double-blind acute-phase study.

39  **8.2.5        Lithium monotherapy in long-term management**

40  *Studies considered*

41  Ten trials of lithium monotherapy (versus another monotherapy or placebo) met
42  the eligibility criteria set by the GDG. Excluded studies with reasons for
43  exclusion can be seen in Appendix 21.

CONFIDENTIAL
AZSER12751242

DRAFT FOR SECOND CONSULTATION

**Table 48. Summary of study characteristics for lithium montherapy in long-term treatment**

| | Versus placebo | Versus an anticonvulsant | Versus an antidepressant | Versus an antipsychotic |
|---|---|---|---|---|
| *No. trials (No. participants)* | *5 RCTs (1102)* | *6 RCTs (1154)* | *1 RCT (117)* | *1 RCT (431)* |
| **Study IDs** | BOWDEN2000 (1) BOWDEN2003 (2) CALABRESE2003 (3) DUNNER1976 (4) PRIEN1973 (5) STALLONE1973 (6) | BOWDEN2000 (1) BOWDEN2003 (2) CALABRESE2003 (3) COXHEAD1992 (4) FINDLING2005 (5) HARTONG2003 (6) | PRIEN1984 | TOHEN2005 |
| **Population** | US; outpatients | All US except (6): Holland Participants in (6) lithium-naive | US; in- and outpatients | North America, Europe, South Africa |
| **Diagnosis at entry to study** | (1) Bipolar I – manic phase (2) Bipolar I – not in acute episode (3) Bipolar I – depressed phase (4) Bipolar II – 'normal mood' (5) Bipolar I - recently remitted (6) Bipolar I – not in acute phase | (1) Bipolar I – manic phase (2) Bipolar I – not in acute episode (3) Bipolar I – depressed phase (4) Bipolar (5) Bipolar I (92%)/Bipolar II (8%) 3.3% psychotic features; 58% comorbid ADHD; 50% rapid cycling (6) Bipolar – various phases | Bipolar - major depressive disorder | Bipolar (recruited during episode for open-label phase: 94% manic, 6% mixed, 26% psychotic features) |
| **Bipolar history** | Depressed tendency: Calabrese2003; Bowden2000 Not clear: Stallone1973 | Depressed tendency: Calabrese2003; Bowden2000 | | 3% history of rapid cycling; 93% manic index episode |
| **Serum levels of lithium (mmol/L)** | (1) 0.8-1.2 (2) 0.8-1.1 (3) 0.8-1.1 (4) 0.8-1.2 (5) 0.7** (6) 0.8-1.3 | (1) 0.8-1.2 (2) 0.8-1.1 (3) 0.8-1.1 (4) 0.6-1.0 (5) 0.6-1.2 (6) 0.6-1.0 | 0.75 | 0.6-1.2 |
| **Comparator drug(s)** | Placebo | (1) VLP 71ug/ml - 125ug/ml (2) Lamotrigine 100 mg – 400 mg (3) Lamotrigine 200 mg and 400 mg (4) CBZ 35-51 mmol/L (5) VLP 81.1 mg/ml* (6) CBZ 6mg/L (1.2)* | Imipramine 132 mg* | Olanzapine mean dose 11.9 mg |
| **Concomitant medication** | (1) Lorazapam and haloperidol (2) Short-term Chloral hydrate or BZD (3) Chloral hydrate or BZD | (1) Lorazapam and haloperidol (2) Short-term Chloral hydrate or BZD (3) Chloral hydrate or BZD (4) Temazepam (5) Psychostimulants for ADHD (6) Benzodiazepines | None | Benzodiazepines, anticholinergics |
| **Mean age range** | 39-52 | (5) 11 (range 5-17) 31-51 | 38 | 42 |

Management of bipolar disorder: Full Guideline – **DRAFT** (February 2006)          Page 220 of 341

CONFIDENTIAL
AZSER12751243

| | | | |
|---|---|---|---|
| **Length of trial** | (1) 52 weeks<br>(2) & (3) 18 months<br>(4) 16 months<br>(5) 24 months<br>(6) 30 months* | (1) 7.5 weeks*<br>(2) & (3) 18 months<br>(4) 12 months<br>(5)<br>(6) 2 years* | 52 weeks |
| **Problems with trial affecting efficacy assessments** | (2) Lithium arm closed before end of trial, and trial stopped early<br>(3) Stopped randomising to one of the lamotrigine groups<br><br>All studies achieved high lithium doses | (2) Not fully randomised therefore analysed separately<br>(3) Stopped randomising to one of the lamotrigine groups; also high dose lamotrigine would effect cognitive function<br>(4) Participants randomised to CBZ switched to study drug without titration<br><br>(1)(2)(3) Achieved high lithium doses | Participants stabilised on lithium + olanzapine during open-label phase |

Notes: * mean ** median, most patients above 0.5
VLP – valproate semisodium; CBZ – carbamazepine; BZD - benzodiazepine

*Clinical summary for lithium montherapy in long-term management*

There is evidence that lithium is effective in reducing relapse. The lithium levels in the studies are relatively high (0.8-1.2 mmol/l) compared with those used in current practice (0.5-0.8 mmol/l). Although it is generally accepted that lithium is more effective in reducing manic relapses than depressed relapses, we were unable to reproduce this finding. It was difficult to categorise study populations reliably as either prone to depressive relapse or manic relapse based on the information given by the study authors, so last episode type was noted instead. However, some studies recruited only those recently recovered from a particular episode type, thus making it hard to associate one drug or another with preventing a particular kind of relapse.

When lithium is compared with lamotrigine the anticonvulsant appears to have greater efficacy in populations prone to depression, although the only data are from BOWDEN2003 in which the trialists stopped randomising patients to the lithium arm because of slow recruitment. The trial was also stopped early. Because of these problems, the trial was analysed separately.

The dose of lamotrigine should be increased when prescribed to a woman taking oral contraceptives, or the use of another contraceptive method discussed (GSK website: http://www.gsk.com.hk/cms_upload/news/Changes%20to%20the%20company%20PI.pdf; site visited 30 October 2005).

An overview of the results is provided in Table 49, with the full evidence profile in Appendix 22.

CONFIDENTIAL
AZSER12751244

DRAFT FOR SECOND CONSULTATION

1  **Table 49 Summary of evidence profile for lithium monotherapy in long-term**
2  **treatment**

3

| | Versus placebo | Versus an anticonvulsant | Versus an antidepressant | Versus an antipsychotic |
|---|---|---|---|---|
| **Drugs for which data are available/last episode type** | Lithium/various last episode types | Lamotrigine/depression, Carbamazepine/unclear, Valproate semisodium/manic | Imipramine/unclear | Olanzapine - in patients whose most recent episode is manic |
| **Evidence for efficacy (quality)** | Lithium more effective than placebo at reducing relapses (moderate) | Lamotrigine more effective than lithium (moderate); Lithium more effective than carbamazepine (moderate) Valproate semisodium - data are inconclusive (low) | Lithium more effective than imipramine (moderate) | Olanzapine more effective than lithium (moderate) |
| **Evidence for acceptability/ tolerability (including switching) (quality)** | Data are inconclusive (very low) for acceptability/tolerability outcomes | Lithium more acceptable than lamotrigine (moderate), but lamotrigine more tolerable (low) Carbamazepine inconclusive (low) Valproate semisodium inconclusive (low) | Data are inconclusive (low) for acceptability/tolerability outcomes | Olanzapine more acceptable and tolerable than lithium (moderate) |

4
5

6  **8.2.6    Augmenting lithium with an antidepressant in the long-term**
7           **management of bipolar disorder**

8  *Studies considered*

9  Two trials met the eligibility criteria set by the GDG. Excluded studies with
10  reasons for exclusion can be seen in Appendix 21.

11

CONFIDENTIAL
AZSER12751245

DRAFT FOR SECOND CONSULTATION

**Table 50.** Summary **of study characteristic for lithium augmentation in long-term treatment**

| | With an antidepressant |
|---|---|
| *No. trials (No. participants)* | *2 RCTs*<br>*(192)* |
| **Study IDs** | PRIEN1984 (1)**<br>QUITKIN1981 (2) |
| **Population** | US; outpatients; (2) includes some inpatients |
| **Diagnosis at entry to open-label phase** | Bipolar I |
| **Open-label medication** | Physicians' choice |
| **Serum levels of lithium during maintenance phase (mmol/L)** | (1) 0.7<br>(2) 0.8-1.2 |
| **Additional drug** | (1) Imipramine 132 mg*<br>(2) Imipramine 100 mg - 150 mg |
| **Concomitant medication** | None |
| **Mean age (or range of mean ages)** | 38 |
| **Length of trial** | (1) 2 years<br>(2) 5 months |
| **Study problems** | None |

1  * mean ** 3-arm trial lithium, imipramine, combination

2  *Clinical summary for lithium augmentation in long-term management*

3  Adding imipramine to lithium does not appear to reduce relapse, although the
4  combination is more effective than imipramine alone.
5
6  An overview of the results is provided in Table 51 with the full evidence profile
7  in Appendix 22.
8

9  **Table 51 Summary of evidence profile for lithium augmentation**

| | With an antidepressant |
|---|---|
| **Most recent episode type** | Not clear |
| **Drugs for which data are available** | Imipramine |
| **Evidence for efficacy (quality)** | Combination treatment has greater efficacy than an antidepressant alone (moderate), but evidence is inconclusive versus lithium alone (low) |
| **Evidence for acceptability/tolerability (including switching) (quality)** | Monotherapy is more tolerable than combination therapy (moderate); evidence for acceptability is inconclusive (low) |

10

11  **8.2.7        Treatment with lithium at different plasma levels or administration**
12  **patterns in the long-term treatment of bipolar disorder**

13  *Studies considered*

14  Two trials were identified from searches of electronic databases, both of which met
15  inclusion criteria. Summary characteristics can be seen in Table 52.
16

CONFIDENTIAL
AZSER12751246

DRAFT FOR SECOND CONSULTATION

**Table 52. Summary of study characteristics for lithium at different plasma levels or administration patterns in long-term treatment**

|  | Lithium at different plasma levels | Lithium every day compared with lithium every other day |
|---|---|---|
| *No. trials (No. participants)* | *1 RCT* *(94)* | *1 RCT* *(50)* |
| **Study IDs** | GELENBERG1989 | JENSEN1995 |
| **Population** | US; inpatients | Denmark; inpatients |
| **Diagnosis** | Bipolar | 86% bipolar/14% MDD |
| **Comparisons** | 1. 'standard' level: 0.8-1.0<br>2. 'low' level 0.4-0.6 | 1. 800 mg daily*<br>2. 1200 mg  lithium every other day<br>(serum levels remained the same for all participants; all on lithium before start of study) |
| **Concomitant medication** | Not given | 5 patients given antipsychotics |
| **Mean age (or range of mean ages)** | 39 | 50 |
| **Length of trial** | 2.8 years* | 5 months |
| **Study problems** | Participants randomised to lower dose not titrated |  |
| Notes: *mean |  |  |

1
2　*Clinical summary for lithium at different plasma levels or administration*
3　*patterns in long-term treatment*
4　A better outcome was seen with a high-lithium level than with a standard-level.
5　However it could be argued that the poorer outcome on the lower dose of lithium
6　was the result of a rapid switch from a high plasma level to a lower plasma level
7　rather than the lower level per se, i.e. it could be that it was the fall in plasma
8　levels that conferred the poorer outcome.
9
10　An overview of the results is provided in Table 53 with the full evidence profile
11　in Appendix 22.
12
13　**Table 53 Summary of evidence profile for lithium at different levels or**
14　**regimens in long-term treatment**

|  | Lithium in different levels | Lithium every day compared with lithium every other day |
|---|---|---|
| **Most recent episode type** | Not clear | Not clear |
| **Evidence for efficacy (quality)** | Lithium at standard level I is more effective than lithium at low dose (moderate) | Taking a daily dose of lithium e is more effective than taking it every other day (moderate) |
| **Evidence for acceptability/tolerability (including switching) (quality)** | Low level lithium is more acceptable (moderate), but tolerability is inconclusive (low) | Data are inconclusive (low) for acceptability/tolerability outcomes |

15
16　8.2.8　　　Treatment with anticonvulsants and antipsychotics monotherapy in
17　　　　　　long-term treatment
18　*Studies considered*

Management of bipolar disorder: Full Guideline – **DRAFT** (February 2006)　　　Page 224 of 341

406

CONFIDENTIAL
AZSER12751247

DRAFT FOR SECOND CONSULTATION

1 Six trials met inclusion criteria. Summary characteristics can be seen in Table 54, with
2 fuller details in Appendix 21.
3

### Table 54 Summary of characteristics for anticonvulsants and antipsychotics monotherapy in long-term treatment

| | Lamotrigine | Valproate semisodium | Olanzapine |
|---|---|---|---|
| No. trials (No. participants) | 3 RCTs (822) | 2 RCTs (402) | 1 RCT (361) |
| Study IDs | BOWDEN2003 (1) CALABRESE2000 (2) CALABRESE2003 (3) | BOWDEN2000 (1) FRANKENBURG2002 (2) | TOHEN UNPUB2 |
| Population | North America | US; Outpatients | US and Romania; in- and outpatients |
| Diagnosis | (1) Bipolar I – not in acute episode (2) 70% Bipolar I, 30% Bipolar II; 100% rapid cycling (3) Bipolar I – depressed phase | (1) Bipolar I – manic phase (2) Bipolar II – with borderline personality disorder | Bipolar I |
| Study drugs | (1) Lamotrigine 100 mg – 400 mg (2) lamotrigine 287 mg * (3) Lamotrigine 200 mg and 400 mg | (1) Valproate semisodium – serum levels 71-125 mg/l (2) Valproate semisodium Sodium – serum levels 50-100 mg/l | Olanzapine 12.5 mg * |
| Concomitant medication | (1) Short-term Chloral hydrate or BZD (2) Additional pharmacotherapy for emerging mood symptoms (3) Chloral hydrate or BZD | (1) Lorazapam and haloperidol if needed | Anticholingeric medication where permitted |
| Comparator | Placebo | Placebo | Placebo |
| Mean age (or range of mean ages) | 31-51 | 26-39 | Not given |
| Length of trial | (1) & (3) 18 months (2) 6 months | (1) 1 year (2) 6 months* | 1 year |
| Problems with trial | (1) Not fully randomised therefore analysed separately (3) Stopped randomising to one of the lamotrigine groups; also high dose lamotrigine would effect cognitive function | (2) Participants recruited via the press | None |

4
5 Notes: * mean  ** median, most patients above 0.5;  VLP – valproate semisodium; CBZ – carbamazepine;
6 BZD - benzodiazepine
7

8 **8.2.9    Clinical summary for anticonvulsants and antipsychotics**
9 **monotherapy in long-term treatment**
10 Three drugs in monotherapy are superior to placebo in preventing relapse
11 (lamotrigine, valproate semisodium, olanzapine). The present analysis was unable to

Management of bipolar disorder: Full Guideline – **DRAFT** (February 2006)        Page 225 of 341

CONFIDENTIAL
AZSER12751248

DRAFT FOR SECOND CONSULTATION

1  ascertain whether particular agents were effective in reducing relapse of a particular
2  type, although it is generally believe that lamotrigine is effective at preventing
3  depressive relapse whereas olanzapine and valproate semisodium have an effect on
4  both poles of the illness though they are more effective at preventing mania.
5
6  An overview of the results is provided in Table 55 with the full evidence profile in
7  Appendix 22.
8

9  **Table 55 Summary of evidence profile anticonvulsants and**
10  **antipsychotics monotherapy in long-term treatment**

|  | Lamotrigine | Valproate semisodium | Olanzapine |
|---|---|---|---|
| Most recent episode type | Depressed (any for rapid cycling) | Manic | Manic |
| Evidence for efficacy (quality) | Lamotrigine no more effective than placebo (moderate), except for those with rapid cycling bipolar disorder where it is more effective than placebo (moderate) | Valproate semisodium is more effective than placebo (moderate). It was effective in reducing depressive relapse, but data were inconclusive for manic (low) | Olanzapine is more effective than placebo (high). It was effective in reducing manic relapse, but data were inconclusive for depressive relapses (low) |
| Evidence for acceptability/tolerability (including switching) (quality) | Lamotrigine is less acceptable than placebo except for those with rapid cycling bipolar disorder (low); other harm outcomes unclear | Inconclusive (low), other than for weight gain where valproate semisodium is less acceptable than placebo (moderate) | Olanzapine is less tolerable than placebo and may cause weight gain (high) |

11
12

13  **8.2.10    Antipsychotic augmentation of prophylactic agents**

14  *Studies considered*

15  Two trials were identified from searches of electronic databases, with one meeting
16  inclusion criteria.
17

CONFIDENTIAL
AZSER12751249

DRAFT FOR SECOND CONSULTATION

**Table 56. Summary of study characteristics for antipsychotic augmentation of prophylactic agents in long-term treatment**

| | Prophylactic agent plus antipsychotic |
|---|---|
| *No. trials (No. participants)* | *2 RCT*<br>*(381)* |
| Study IDs | TOHEN2002 (1)<br>ZARATE2003 (2) |
| **Population** | (1) US, Canada; inpatients/outpatients<br>(2) |
| **Diagnosis at entry to open-label/acute phase** | (1) Bipolar I mixed phase 52%; bipolar manic phase 48% only those achieving remission randomised to long-term phase<br>(2) Bipolar (not symptomatic) |
| **Serum levels of lithium during maintenance phase (mmol/L)** | (1) 0.76*/0.74* (two study groups)<br>(2) 0.6-1.2 |
| **Comparisons** | (1) Olanzapine 5 mg-10 mg plus lithium or valproate vs lithium or valproate<br>(2) Perphenazine plus lithium or valproate or carbamazepine vs lithium or valproate or carbamazepine |
| **Concomitant medication** | (1) BZD for up to 14 days, plus anticholinergic therapy for EPS<br>(2) Lorazepam and benzotropine mesylate |
| **Mean age (or range of mean ages)** | (1) 40<br>(2) 33-38 |
| **Length of trial** | (1) 18 months ( 6-week acute phase reported above)<br>(2) 6 months |

1
2
3   The evidence for the long-term use of an antipsychotic in addition to lithium or
4   an anticonvulsant is very limited, particularly since only 2 trials met inclusion
5   criteria. However, for patients who are still symptomatic following 6 months'
6   treatment the combination of two mood stabilizers (lithium, olanzapine,
7   quetiapine, valproate) could be considered, provided there is close monitoring of
8   the patient's clinical state, any side effects and, where relevant, blood
9   levels. Appropriate combinations are lithium and valproate, lithium with
10  quetiapine or olanzapine, valproate and quetiapine or olanzapine.
11
12  An overview of the results is provided in Table 57 with the full evidence profile
13  in Appendix 22.
14
15  **Table 57 Summary of evidence profile for antipsychotic**
16  **augmentation of prophylactic agents in long-term treatment**

| | With an antipsychotic |
|---|---|
| **Most recent episode type** | Manic or mixed |
| **Drugs for which data are available** | Olanzapine 5 mg-10 mg plus lithium or valproate vs lithium or valproate<br>Perphenazine plus lithium or valproate or carbamazepine vs lithium or valproate or carbamazepine |
| **Evidence for efficacy (quality)** | Data are inconclusive (low) for efficacy outcomes |
| **Evidence for acceptability/tolerability (including switching) (quality)** | Antipsychotics more likely to cause weight gain (moderate); other outcomes inconclusive (low) |

17
18

Management of bipolar disorder: Full Guideline – **DRAFT** (February 2006)          Page 227 of 341

CONFIDENTIAL
AZSER12751250

DRAFT FOR SECOND CONSULTATION

1  8.2.11      **The long-term management of children and adolescents with**
2             **bipolar disorder**
3

4  *Studies considered*

5  There is one trial already considered above of the long-term management of people
6  aged under 18. This is summarised in Table 58.
7

**Table 58. Summary of study characteristics for long-term management of children and adolescents**

| No. trials (No. participants) | Lithium versus an anticonvulsant |
|---|---|
| | 1 RCT (60) |
| Study IDs | FINDLING2005 (5) |
| Population | US |
| Diagnosis at entry to open-label phase | Bipolar I (92%)/Bipolar II (8%) 3.3% psychotic features; 58% comorbid ADHD; 50% rapid cycling |
| Serum levels of lithium during maintenance phase (mmol/L) | (5) 0.6-1.2 |
| Study drug | VLP 81.1 mg/ml* |
| Concomitant medication | Psychostimulants for ADHD |
| Mean age (or range of mean ages) | 11 (range 5-17) |
| Length of trial | |

8

9  *Summary of evidence for combination treatment*

10  Results for FINDLING2005 are included on the evidence profile for lithium
11  monotherapy. An overview of the results is provided in Table 59.
12

13  **Table 59 Summary of evidence profile for long-term treatment in**
14  **children and adolescents**
15

| | Versus an anticonvulsant |
|---|---|
| Drugs for which data are available | Valproate semisodium |
| Evidence for efficacy (quality) | Data are inconclusive (low) |
| Evidence for acceptability/ tolerability (including switching) (quality) | Data are inconclusive (low) |

16

17  The only trial of long-term treatment in children or adolescents to meet inclusion
18  criteria showed inconclusive results. Long-term maintenance is key to managing
19  bipolar disorder in this age group. Therefore treatment should be initiated and
20  monitored by clinicians with expertise in this area and should be based on the
21  findings for adults, bearing in mind particular considerations for the age group.

CONFIDENTIAL
AZSER12751251

DRAFT FOR SECOND CONSULTATION

1     These include the increased sensitivity to the side effects of medication. The use
2     of valproate is not recommended in females (see section on drugs in pregnancy)
3     in which case lithium should be the medication of choice. Lithium is not
4     recommended as a first-line treatment in young males in whom adherence to
5     medication and monitoring may be an issue. Children and adolescents with a
6     diagnosis of bipolar disorder should continue treatment and follow up within
7     tier 3 or tier 4 CAMHS until the age of transition to adult mental health services.

8   **8.2.12**      **Clinical practice recommendations**

9   8.2.12.1 In the long-term pharmacological and psychological management of children
10     or adolescents with bipolar disorder prescribers, who should normally be
11     specialist clinicians (based in at least Tier 3 level services) should follow the
12     recommendations set out for adults with bipolar disorder except that they
13     should:

14     • use an atypical antipsychotic (associated with lower weight gain and
15     non-elevation of prolactin levels) as the first-line prophylactic agent

16     • consider lithium as the second-line prophylactic agent in females and
17     valproate or lithium as the second line prophylactic agent in males

18     • provide support to parents/carers in helping the child or adolescent
19     maintain a regular lifestyle

20     • offer specific advice to the school/college (with permission of the
21     patient and those with parental responsibility) on the management of
22     the child or adolescent.

# 23  8.3  Health economics evidence in the long-term
# 24  pharmacological treatment of bipolar disorder

25   **8.3.1**      **Economic evidence from the systematic literature review**
26   No evidence on the cost-effectiveness of any pharmacological agents used for the
27   long-term treatment of patients with bipolar disorder was identified.

28   **8.3.2**      **Economic modelling**

29   *Introduction – rationale for economic modelling*

30   The choice of pharmacological agent used for the long-term maintenance therapy
31   of patients with bipolar disorder was identified by the GDG and the health
32   economist as an area with potential major resource implications. For this reason,
33   and since there was no existing economic evidence to support decision-making, a
34   decision-analytic model was developed in order to assess the relative cost-
35   effectiveness of various pharmacological agents considered in the guideline for
36   the long-term treatment of patients with bipolar disorder.

37   *Study population*

CONFIDENTIAL
AZSER12751252

DRAFT FOR SECOND CONSULTATION

1    The study population consisted of patients with bipolar I disorder in a stable
2    state following an acute episode (i.e. either a sub-acute or a euthymic state). The
3    economic analysis considered patients with bipolar I disorder only, because the
4    vast majority of available effectiveness data required for the development of the
5    model referred to this patient population. Three different patient sub-populations
6    were examined separately: male patients, female patients without child-bearing
7    potential, and female patients with child-bearing potential. This distinction was
8    regarded essential, as the three sub-populations were subject to different risks
9    when receiving long-term medication, as discussed later.

10   *Pharmacological agents examined*

11   The choice of pharmacological agents included in the economic analysis was
12   based on the availability of evidence on clinical effectiveness identified in the
13   systematic literature review on pharmacological maintenance therapy of patients
14   with bipolar disorder. Treatments shown to be clinically effective were further
15   assessed in terms of cost-effectiveness. Only the use of pharmacological agents as
16   monotherapy was assessed. The daily dosage of agents was determined
17   according to optimal average dose used in routine clinical practice (GDG
18   consensus) and was assumed to remain unchanged over time. Titration of dosage
19   following lack of clinical response, development of side effects, or changes in
20   blood concentration levels of agents under evaluation, was not considered in the
21   economic model. The following pharmacological agents were evaluated:
22
23   • Lithium, at a dose of 1,000 mg daily
24   • Valproate semisodium, at a dose of 1,250 mg daily
25   • Olanzapine, at a dose of 10 mg daily
26
27   In addition, the option of no long-term pharmacological treatment (referred to as
28   "no treatment") was included in the analysis, in order to allow for the active
29   value of long-term medication to be assessed.

30   *Model structure*

31   A decision-analytic Markov model was developed using Microsoft Excel XP. This
32   type of model allowed for the assessment of the cost-effectiveness of
33   pharmacological agents used for the maintenance treatment of patients with
34   bipolar disorder in the long term, given the cyclical nature of the disease. The
35   time horizon of the analysis was 5 years, as this was considered by the GDG as
36   the minimum time period that should be expected for the long-term
37   pharmacological treatment to continue, following an acute episode. The model
38   was run in yearly cycles.
39
40   According to the model structure, hypothetical cohorts of 1,000 patients from the
41   study population received one of the 4 long-term treatment alternatives assessed
42   and were followed for the 5-year time horizon of the analysis. Within each year,
43   patients either remained in the initial, non-acute, stable state; or they relapsed
44   and experienced an acute manic or depressive episode; or they died as a result of
45   committing suicide. After remission of the acute episode, patients returned to the
46   initial, sub-acute or euthymic state. The relapse rate and the risk regarding the
47   nature of the acute episode (mania or depression), as well as the risk of
48   committing suicide, were specific to the kind of pharmacological treatment
49   received. A schematic diagram of the Markov model is provided in **Figure 1**.

CONFIDENTIAL
AZSER12751253

DRAFT FOR SECOND CONSULTATION

1
2
3
4   **Figure 4 Schematic diagram of the structure of the economic model**
5
6
7
8
9
10
11   
12
13
14
15
16
17
18
19
20
21
22
23
24
25   *Costs and health benefit measures included in the analysis*
26   The analysis adopted the perspective of the NHS. Health service costs consisted
27   of long-term treatment costs as well as costs associated with the management of
28   acute episodes. It was assumed that patients in a stable state receiving long-term
29   treatment were attended by health professionals on a regular basis. In contrast,
30   stable patients under no pharmacological treatment did not have any contact
31   with health professionals, until they experienced an acute episode. Once they
32   experienced an acute episode, they, too, were assumed to be seen by health
33   professionals on a regular basis for the remaining time of the model. All patients
34   receiving long-term medication underwent laboratory blood testing as part of
35   their monitoring, depending on the type of medication received.
36
37   Patients developing an acute manic episode were either hospitalised or treated in
38   an outpatient setting by a Crisis Resolution Team (CRT). The majority of patients
39   experiencing acute depression received enhanced outpatient care; the rest were
40   managed in an inpatient setting or by CRTs. All patients in an acute episode
41   received medication for the management of mania or depression, in addition to
42   maintenance medication.
43
44   In summary, the following health service cost elements were included in the
45   analysis:
46
47   Long-term treatment
48       • medication
49       • contacts with health professionals

CONFIDENTIAL
AZSER12751254

DRAFT FOR SECOND CONSULTATION

1       •   drug-specific laboratory tests required for patient monitoring
2
3    Management of acute episodes
4       •   hospitalisation or CRTs or enhanced outpatient care
5       •   additional medication
6
7    Costs of treating side effects of long-term medications were not included in the
8    analysis, since data on the rate of side effects of pharmacological treatment
9    requiring healthcare resource utilisation, as well as respective costs, were not
10   possible to identify in the published literature. Omission of costs associated with
11   treatment of side effects is acknowledged as a limitation of the analysis.
12
13   Social service costs, such as those related to residential care, were not included in
14   the analysis due to lack of relevant evidence. However, these costs were not
15   believed to vary significantly depending on the type of long-term medication
16   used. Other societal costs, including social benefit payments, costs associated
17   with legal system services, and productivity losses of patients and carers, were
18   also not estimated.
19
20   Three different measures of health benefit were used in the economic analysis:
21      1.   Number of acute episodes averted due to pharmacological treatment
22         relative to no treatment
23      2.   Number of days free from acute episodes. This measure was selected in
24         order to take into account the fact that the duration of manic episodes is
25         generally shorter than the duration of depressive ones; therefore, a
26         differential preventive effect of a pharmacological agent on manic versus
27         depressive episodes might significantly alter the total length of time over
28         which a patient is in acute episode.
29      3.   Number of Quality Adjusted Life Years (QALYs). QALYs are considered
30         to be the most appropriate generic measure of health benefit that
31         incorporates both gains from reduced mortality, and improvements in
32         health-related quality of life.
33
34   Total costs and health benefits associated with each treatment option over 5
35   years were estimated and combined in order to assess the relative cost-
36   effectiveness between the pharmacological treatment options evaluated.
37   *Cost data*
38   Since no patient level data in terms of resource use were available, the economic
39   analysis was based on deterministic costing of all treatment options and of all
40   events related to them, including management of acute episodes. Relevant
41   healthcare resource use was estimated and subsequently combined with unit
42   prices to provide costs associated with the various health states incorporated in
43   the economic model. The majority of resource utilisation estimates were based on
44   the GDG expert opinion, due to lack of research-based, published or
45   unpublished, evidence.
46
47   It was assumed that patients in a stable, non-acute state following an acute
48   episode (i.e. patients at the start of the model) were attended by a range of health
49   professionals, including psychiatric consultants and senior house officers (SHOs),
50   general practitioners (GPs), and community psychiatric nurses (CPNs). The

CONFIDENTIAL
AZSER12751255

DRAFT FOR SECOND CONSULTATION

1   frequency and duration of contacts was determined by the GDG, according to
2   optimal clinical practice. If patients remained stable and did not experience an
3   acute episode, their contacts with healthcare staff were assumed to be those
4   provided in Table 60:
5

| Table 60 Long-term treatment: patients' contacts with health professionals |
| --- |
| **Contacts with psychiatric consultants and SHOs:** <br> At weeks 1, 2, 4, 6, 10, 14, 22, and every 3 months thereafter; first 4 visits and one visit at the end of the year with a psychiatric consultant; rest contacts with a SHO. Duration 20 min per visit, with the exception of the first and the second visit, lasting 45 and 30 min each, respectively. |
| **Contacts with GPs:** <br> At weeks 2, 4, 6, and every 6 weeks thereafter; duration 10 min per visit, with the exception of the first 2 visits, lasting 20 min each. |
| **Contacts with CPNs:** <br> Home visits at weeks 1, 2, 4, and every 4 weeks thereafter; duration 30 min per visit. |

6
7   Regarding management of acute episodes, this was estimated to depend on the
8   nature of the episode. The majority of patients with an acute manic episode (80%)
9   were treated as inpatients; the remaining 20% were treated in an outpatient
10  setting by a Crisis Resolution Team (CRT). In contrast, only 10% of patients with
11  acute depression were assumed to require hospitalisation. Outpatient care
12  predominated management of acute depressive episodes, with 70% of patients
13  receiving enhanced outpatient standard care and 20% being treated by a CRT.
14
15  Length of hospitalisation during acute mania and depression were derived from
16  the Hospital Episode Statistics for England, for the year 2003-2004 (Department
17  of Health, 2004). Resource use related to the management of patients by CRTs
18  was estimated from unpublished data collected alongside a clinical study
19  conducted in London (Johnson *et al*, 2005). After discharge from hospital or
20  completion of CRT-led treatment, patients were assumed to contact health
21  professionals following the same pattern as that described for long-term
22  treatment (frequent contacts at first, with increasing intervals between visits later
23  in time). This pattern was also applied to patients with acute depression
24  receiving enhanced outpatient care, with first visit occurring on the first day in
25  acute episode. Resource use estimates for patients hospitalised or managed by
26  CRTs are presented in Table 61.
27
28

CONFIDENTIAL
AZSER12751256

DRAFT FOR SECOND CONSULTATION

| Table 61 Resource use relating to management of acute episodes | | | |
|---|---|---|---|
| Type of episode | Type of treatment | Resource use estimate | Source - comments |
| Manic | Hospitalisation (80%) | Length of stay 28 days; after discharge, initiation of contacts with health professionals as described for long-term treatment (Table 60) | Length of stay derived from Hospital Episode Statistics, England 2004: median length of stay for manic episode (ICD10: F30); further treatment based on GDG opinion |
| | CRT (20%) | 27 contacts over 9 weeks; after completion of CRT management, initiation of contacts with other health professionals as described for long-term treatment (Table 60) | CRT contacts based on Johnson *et al*, 2005: unpublished data on patients with bipolar disorder in an acute episode; further treatment based on GDG opinion |
| Depressive | Hospitalisation (10%) | Length of stay 35 days; after discharge, initiation of contacts with health professionals as described for long-term treatment (Table 60) | Length of stay derived from Hospital Episode Statistics, England 2004: median length of stay for bipolar affective disorder (ICD10: F31); further treatment based on GDG opinion |
| | CRT (20%) | 27 contacts over 9 weeks; after completion of CRT management, initiation of contacts with other health professionals as described for long-term treatment (Table 60) | CRT contacts based on Johnson *et al*, 2005: unpublished data on patients with bipolar disorder in an acute episode; further treatment based on GDG opinion |
| | Enhanced outpatient care (70%) | Initiation of contacts with health professionals as described for long-term treatment (Table 60), starting from the first day in episode | GDG opinion |

1
2   In order to estimate the total annual cost associated with patients' contacts with
3   health professionals following an acute episode, it was assumed that acute
4   episodes occurred in the middle of the year if patients were under
5   pharmacological treatment, and in 3 months if patients took no long-term
6   medication. The latter was consistent with the median time to relapse reported in
7   the published literature for patients receiving placebo, which was similar in the
8   majority of clinical studies. For pharmacological treatments, reported median
9   time to relapse varied considerably among studies, and therefore the estimate
10  was based on GDG consensus. The above assumptions had no impact on the
11  outcomes of the analysis, as they were not connected to the relapse rates and the
12  subsequent development of an acute episode; they were only used in order to
13  estimate the additional amount of health professionals' time consumed within a
14  year, following development and remission of an acute episode.
15
16  Patients in a stable state received one of the pharmacological treatments assessed,
17  i.e. lithium at a dose of 1,000 mg daily, or valproate semisodium at a dose of 1,250
18  mg daily, or olanzapine at a dose of 10 mg daily, or they received no treatment.
19  Patients in an acute manic episode were administered olanzapine at a dose of 15
20  mg daily for the total duration of the episode, in addition to continuation of long-
21  term treatment; in the case of patients already treated with olanzapine as
22  maintenance therapy, the long-term dose of 10 mg was adjusted at the level of 15
23  mg during the acute manic episode. All patients in an acute depressive episode

CONFIDENTIAL
AZSER12751257

DRAFT FOR SECOND CONSULTATION

1  received fluoxetine at a dose of 20 mg for the total duration of the episode, in
2  parallel to long-term medication. Patients under no maintenance treatment were
3  treated exactly as those taking long-term medication if they experienced an acute
4  episode; following acute treatment, they were assumed to receive no
5  maintenance medication, even though they started contacting health
6  professionals on a regular basis.
7
8  During maintenance treatment, patients underwent laboratory blood testing
9  required for monitoring purposes, depending on the type of long-term
10 medication they received. Further laboratory blood tests were undertaken on all
11 patients, irrespective of the type of pharmacological treatment they obtained. The
12 types and frequency of laboratory tests included in the model were in agreement
13 with the guideline clinical recommendations. It was assumed that a practice
14 nurse spent 5 minutes on taking blood samples from patients, each time one or
15 more laboratory tests were carried out. The types and frequency of laboratory
16 tests undertaken are presented in Table 62.
17

| Table 62 Types and frequency of laboratory tests required for monitoring of patients under long-term medication | | |
|---|---|---|
| Medication | Laboratory tests | Frequency |
| Lithium | Serum lithium concentration | 3 times over 6 weeks following initiation of treatment; every 3 months thereafter |
| | Blood urea & electrolytes | At initiation; every 6 months thereafter |
| | Thyroid function | At initiation; every 6 months thereafter |
| Valproate semisodium | Full blood count | At initiation & over the first 6 months |
| | Liver panel | At initiation & over the first 6 months |
| Olanzapine | Glucose test | At initiation & at 3 months; annually thereafter |
| | Lipid profile test | At initiation & at 3 months; annually thereafter |
| **Common to all medications** | Glucose | Annually |

18
19 Unit prices were taken from a variety of UK sources, including the British
20 National Formulary (BNF 50; British Medical Association & Royal
21 Pharmaceutical Society of Great Britain, September 2005), the Unit Costs for
22 Health and Social Care (Curtis & Netten, 2004), and the NHS reference costs 2004
23 (Department of Health, 2004A). The average unit cost per contact with a CRT was
24 taken from unpublished UK data (McCrone *et al*, unpublished). Laboratory
25 testing costs were derived from the Newcastle upon Tyne Hospitals NHS trust
26 (personal communication).
27
28 Costs were adjusted to year 2004/2005, using the Hospital and Community
29 Health Services (HCHS) Pay and Prices inflation index (Curtis & Netten, 2004).
30 The inflation index for year 2004/2005 was estimated using the average value of
31 HCHS Pay and Prices indices of the previous 3 years. Discounting of costs was
32 applied at an annual rate of 3.5%, as recommended by NICE guidance on
33 Technology Appraisal (NICE 2004). Unit costs utilised in the economic model are
34 presented in Table 63.
35

CONFIDENTIAL
AZSER12751258

DRAFT FOR SECOND CONSULTATION

| Table 63 Cost data utilised in the economic model | | |
|---|---|---|
| Cost element | Unit price (2004/2005) | Source - comments |
| Medication: | | |
| Long-term | | BNF, September 2005; VAT not included. |
| Lithium 1,000 mg daily | £0.10 | |
| Valproate semisodium 1,250 mg daily | £0.68 | |
| Olanzapine 10 mg daily | £2.84 | Unit price of valproate semisodium according to drug tariff (personal communication) |
| *Acute mania* | | |
| Olanzapine 15 mg daily | £5.23 | |
| *Acute depression* | | |
| Fluoxetine 20 mg daily | £0.05 | |
| Health professionals' time: | | |
| Psychiatric consultant per hour of patient contact | £279 | Curtis & Netten, 2004; qualification costs included. |
| SHO per hour worked | £38 | |
| GP per hour of patient contact | £139 | |
| CPN per hour of home visit including travel costs | £82 | |
| Practice nurse per hour of patient contact | £29 | |
| Laboratory tests: | | |
| Full blood count | £2.20 | Newcastle upon Tyne Hospitals NHS trust, 2005; personal communication |
| Liver panel | £3.40 | |
| Blood urea | £0.68 | |
| Electrolytes | £1.36 | |
| Serum lithium concentration | £2.63 | |
| Thyroid function | £15.00 | |
| Glucose test | £0.68 | |
| Lipid profile test | £2.04 | |
| Management of acute episodes: | | |
| Inpatient stay per diem | £205 | NHS reference costs 2004; inpatient mental health services for acute care |
| CRT per contact | £54 | McCrone *et al*, unpublished study |

1
2  Total costs associated with maintenance and acute treatment of patients with
3  bipolar disorder, as calculated based on the above estimates on resource use and
4  unit costs, are shown in Appendix 15.

5  *Effectiveness data and other input parameters of the economic model*

6  Effectiveness data used in the economic model were derived from a meta-
7  analysis of studies already included in the systematic review of clinical evidence
8  undertaken for the guideline. Further criteria for inclusion of clinical studies in
9  the meta-analysis intended to provide effectiveness rates to the economic model
10 were:
11
12  • Relapse rates were used as measure of clinical effectiveness
13  • Relapse rates were reported separately for manic/mixed and depressive
14    episodes; this distinction was deemed essential, as a differential effect of
15    an agent on prevention of manic versus depressive episodes was likely to

Management of bipolar disorder: Full Guideline – **DRAFT** (February 2006)        Page 236 of 341

CONFIDENTIAL
AZSER12751259

DRAFT FOR SECOND CONSULTATION

1    have a strong impact on resource use as well as on clinical outcomes (i.e.
2    number of days free from acute episode, QALYs).
3
4    Six studies met the additional eligibility criteria (DUNNER1976, BOWDEN2000,
5    BOWDEN2003, CALABRESE2003, TOHEN2005, TOHENUNPUB). Data from
6    BOWDEN2003 were analysed separately in the systematic review of clinical
7    evidence due to incomplete randomisation, and therefore this study was
8    excluded from further analysis.
9
10   As expected, none of the 5 remaining studies made direct comparisons across all
11   treatment options assessed in the economic analysis. In order to populate the
12   economic model, indirect comparisons across pharmacological agents were
13   required. In addition, the time horizon over which clinical outcomes were
14   estimated varied between studies. Table 64  shows the treatments included for
15   comparison and the time horizon of each trial.
16

| Table 64 Clinical studies considered for meta-analysis intended to provide data for the economic analysis | | |
|---|---|---|
| Study | Comparators | Time horizon |
| BOWDEN2000 | Lithium versus Valproate semisodium versus Placebo | 1 year |
| TOHEN2005 | Lithium versus Olanzapine | 1 year |
| TOHENUNPUB | Olanzapine versus Placebo | 1 year |
| DUNNER1976 | Lithium versus Placebo | 18 months |
| CALABRESE2003 | Lithium (versus Lamotrigine) versus Placebo | 18 months |

17
18   Since the majority of the trials included placebo in one of the treatment arms, it
19   was decided to estimate relative risks of manic and depressive relapses for all
20   pharmacological treatments compared to placebo, so as to allow indirect
21   comparisons across agents using the placebo as the baseline common
22   comparator. Relative risks were assumed to remain practically stable between
23   one year and 18 months, and therefore combination of data on lithium efficacy
24   from studies with different time horizons were possible. The TOHEN2005 study
25   was not included in the meta-analysis, as it did not contain a placebo arm;
26   however, this omission was proved to have no significant impact on the results,
27   as the relative risk of relapse between lithium and olanzapine, derived from the
28   indirect comparison, was similar to that reported in the TOHEN2005 study.
29   Where rates for manic and mixed episodes were reported separately, these were
30   combined, as mixed episodes are predominated by manic symptoms.
31
32   Results of the meta-analysis in terms of relative risks of relapse (RR) specific to
33   manic and depressive episodes with 95% confidence intervals (CI) around them
34   are reported in Table 65.
35

CONFIDENTIAL
AZSER12751260

DRAFT FOR SECOND CONSULTATION

| Table 65 Results of meta-analysis: relative risks of relapse to an acute episode (either manic/mixed or depressive) of long-term pharmacological agents compared to placebo. | | | | |
|---|---|---|---|---|
| Pharmacological agent | Type of acute episode | RR | 95% CI | Studies combined |
| Lithium | Manic/mixed | 0.67 | 0.44 to 1.01 | DUNNER1976, BOWDEN2000, |
| | Depressive | 0.91 | 0.69 to 1.20 | CALABRESE2003 |
| Valproate semisodium | Manic/mixed | 0.79 | 0.48 to 1.29 | BOWDEN2000 |
| | Depressive | 0.40 | 0.20 to 0.81 | |
| Olanzapine | Manic/mixed | 0.40 | 0.28 to 0.56 | TOHENUNPUB |
| | Depressive | 0.78 | 0.58 to 1.04 | |

The absolute one-year relapse rates of manic and depressive episodes associated with long-term placebo treatment were estimated based on:

- the one-year overall relapse rate for placebo (for any acute episode); this was calculated from studies included in the meta-analysis that had a time horizon of one year and contained a placebo arm (BOWDEN2000, TOHENUNPUB)
- the findings of a naturalistic study reporting the percentage of the total time patients with bipolar I disorder spent in depressive, manic, and mixed states over 14 years (Judd *et al*, 2002)
- a key GDG assumption on the duration of manic and depressive episodes.

Details on the calculation of the one-year absolute relapse rates of manic and depressive episodes during long-term treatment with placebo are provided in Appendix 16.

The overall one-year relapse rate and the one-year rates of manic and depressive episodes estimated for placebo were assumed to apply to the alternative of no treatment included in the analysis.

Absolute one-year relapse rates of manic and depressive episodes for all pharmacological treatments assessed were estimated by multiplying the relative risks of manic and depressive relapses for each agent, derived from the meta-analysis, by the absolute one-year relapse rates of manic and depressive episodes, respectively, as calculated for placebo. Annual relapse rates for manic and depressive episodes for all treatment options in following years were extrapolated from the respective one-year relapse rates, due to lack of long term data on efficacy of maintenance treatment.

*Estimation of suicide risks*
Lithium has been demonstrated to have a strong antisuicidal effect in mood disorders (Cipriani *et al*, 2005). The risk of suicide associated with lithium was estimated based on a Swiss study of patients with mood disorders who were followed up for a period of 40-44 years (Angst *et al*, 2005). The study reported separate standardised mortality ratios (SMRs) for suicide, for patients with bipolar disorder treated with lithium, and patients with bipolar disorder non-treated with lithium. The economic model conservatively assumed that reported SMRs for patients non-treated with lithium applied, besides patients under no maintenance treatment, also to patients treated with olanzapine and valproate semisodium, since no data existed to support an antisuicidal effect of long-term use of these agents on patients with bipolar disorder.

CONFIDENTIAL
AZSER12751261

DRAFT FOR SECOND CONSULTATION

SMRs derived from the Swiss study were then multiplied by age- and gender-specific absolute suicide rates observed in the UK general population in 2000 (Office of National Statistics, 2002), in order to estimate the absolute suicide rates of the study population used in the model. The age-specific suicide rates selected for the analysis were those for population 25-44 years, as the age at onset of bipolar disorder lies within this range and therefore initiation of long-term pharmacological treatment following an acute episode is largely relevant to this age group of patients with bipolar disorder.

*Estimation of QALYs*

In order to express clinical outcomes in the form of QALYs, utility weights for health states relating to bipolar disorder were required. Utility weights represent the health-related quality of life associated with specific health states; they are estimated based on people's preferences and perceptions on quality of life characterising the health states under consideration. A systematic review of the literature identified two studies providing utility weights for health states referring to bipolar disorder (Tsevat *et al*, 2000; Revicki *et al*, 2005). Tsevat *et al* (2000) reported patients' own ratings (valuations) of their current mental and overall health. However, the study did not provide utility weights for distinct health states characterising patients with bipolar disorder, and therefore its findings could not be utilised in the economic model.

Revicki *et al* (2005) reported patients' valuations of various hypothetical bipolar disorder-related health states. Fifty-five hypothetical health states were constructed based on reviews of psychiatric literature and consultation with psychiatrists experienced in treating bipolar disorder. Each health state described bipolar symptom severity, functioning and well-being, as well as side effects related to treatment. Ninety-six well-educated, clinically stable outpatients with bipolar I disorder were asked to value each of the health states using visual analogue scale and standard gamble techniques. The study provided patients' valuations for stable states, inpatient mania, outpatient mania, and severe depression, varying with respect to pharmacological treatment and presence of side effects.  The utility weights for the various health states reported in this study allowed for a cost-utility analysis to be undertaken alongside with the cost-effectiveness analysis. However, the study was characterised by important limitations, such as the selected study sample and the small sample sizes used for the valuation of health states (some health states were valued by 7 to 14 patients). Therefore, the results of the cost-utility analysis must be interpreted with caution. In addition, due to lack of relevant data, the utility weight for moderate depression was taken from another study reporting patients' utility weights for states of unipolar depression (Revicki & Wood, 1998). Consequently, it was implicitly assumed that patients with unipolar depression would attach the same value on the state of moderate depression treated with fluoxetine as the value patients with bipolar disorder would attach on the state of acute moderate depression treated with fluoxetine plus long-term pharmacological treatment. This assumption constitutes an additional limitation of the cost-utility analysis.

Utilities reported in Revicki *et al* (2005) that were relevant to the economic model structure involved the following health states:

CONFIDENTIAL
AZSER12751262

DRAFT FOR SECOND CONSULTATION

1   • stable state with or without weight gain; utilities were provided
2    separately for monotherapy with lithium, valproate, olanzapine, as well
3    as for no long-term therapy
4   • inpatient mania with mild or moderate symptoms/side effects, common
5    to all treatments
6   • outpatient mania with mild or moderate symptoms/side effects; utilities
7    relevant to the model were those referring to acute treatment with
8    olanzapine, and also to acute treatment with olanzapine plus mood
9    stabiliser
10   • severe depression; one mean value for all treatments was provided
11 The only utility derived from Revicki & Wood (1998) was that referring to
12 moderate depression treated with fluoxetine.
13
14 Rates of side effects, required in order to estimate QALYs, were based on the
15 results of the systematic review of clinical studies undertaken for the guideline.
16 Rates of weight gain during long-term treatment were based on data provided in
17 BOWDEN2000 and TOHENUNPUB. Relative risks for each pharmacological
18 treatment compared to placebo were calculated first, and were then multiplied by
19 the weighted average one-year absolute rate of weight gain associated with
20 placebo, to provide absolute rates of weight gain specific to each agent assessed.
21 Regarding rates of moderate symptoms/side effects associated with treatment of
22 acute manic episodes with olanzapine as monotherapy or in combination with
23 another antimanic agent, the absolute rates of extrapyramidal symptoms
24 reported for treatment of acute episodes with antipsychotics were used as a
25 proxy. The rate of extrapyramidal symptoms of patients with acute mania treated
26 with an antipsychotic was estimated as a weighted average rate based on data
27 reported in KHAN2005 and VIETA2005. The rate of extrapyramidal symptoms of
28 patients with acute mania treated with olanzapine plus another antimanic agent
29 was adopted from YATHAM2003.
30
31 *Discounting*
32 As in the case of costs, discounting of benefits was applied at an annual rate of
33 3.5% as recommended by NICE guidance on Technology Appraisals (NICE 2004).
34
35 All effectiveness rates and other input parameters included in the economic
36 model are provided in Table 66.

CONFIDENTIAL
AZSER12751263

DRAFT FOR SECOND CONSULTATION

| Table 66 Effectiveness rates and other input parameters included in the model | | |
|---|---|---|
| Input parameter | Baseline value | Source - comments |
| One-year relapse rates | | Absolute relapse rates of manic and depressive episodes for pharmacological treatments estimated by multiplying respective relative risks for each agent versus placebo by one-year absolute manic and depressive relapse rates estimated for placebo; relative risks derived from meta-analysis of studies included in the systematic review undertaken for the guideline. |
| Lithium | | |
| Manic episode | 0.17 | |
| Depressive episode | 0.34 | |
| | | |
| Valproate semisodium | | |
| Manic episode | 0.20 | |
| Depressive episode | 0.15 | |
| | | One-year relapse rate estimates for placebo specific to mania and depression based on overall relapse rate for placebo derived from the meta-analysis, after taking into account the estimated proportion between manic and depressive episodes |
| Olanzapine | | |
| Manic episode | 0.10 | |
| Depressive episode | 0.29 | |
| | | |
| No treatment | | |
| Manic episode | 0.26 | No treatment relapse rates assumed to equal the rates estimated for placebo. |
| Depressive episode | 0.37 | |
| Rate of manic versus depressive episodes following treatment with placebo or no treatment | 41:59 | Estimates based on data from Judd *et al* (2002) and further assumptions on the duration of manic and depressive episodes |
| Duration of acute episodes | | |
| | | |
| Manic episodes | 9 weeks | GDG consensus |
| Depressive episodes | 13 weeks | |
| Standardised Mortality Ratios for suicide | | |
| | | |
| Lithium treated | 5.7 | Derived from Angst *et al* (2005); data reported separately for patients with bipolar disorder |
| Non-lithium treated | 16.5 | |
| Absolute suicide rates per 100,000 general population, aged 25-44 years | | |
| Men | 23.4 | Data referring to the UK population in 2000 (Office for National Statistics, 2002) |
| Women | 6.4 | |
| Utility weights | | |
| | | |
| Stable state | | |
| Lithium – no weight gain | 0.71 | All utility estimates based on Revicki *et al* (2005), with the exception of the utility weight for moderate depression – fluoxetine, which was taken from Revicki & Wood (1998). Severe depression, as reported in this literature, was assumed to reflect depression treated in hospital, as described in the economic model. Similarly, moderate depression was assumed to represent depression treated by CRTs or enhanced outpatient care. |
| Valproate– no weight gain | 0.74 | |
| Olanzapine– no weight gain | 0.82 | |
| No treatment– no weight gain | 0.74 | |
| | | |
| Decrement owing to weight gain | 0.066 | |
| | | |
| Acute mania | | |
| Mild symptoms/side effects | | |
| Inpatient | 0.26 | |
| Outpatient – olanzapine | 0.64 | |
| Outpatient – olanzapine + prophylactic agent | 0.56 | |
| | | |
| Moderate symptoms/side effects | 0.23 | |
| Inpatient | 0.53 | |

CONFIDENTIAL
AZSER12751264

DRAFT FOR SECOND CONSULTATION

| | | |
|---|---|---|
| Outpatient – olanzapine | 0.53 | |
| Outpatient – olanzapine + prophylactic agent | | |
| | 0.29 | |
| Acute depression | 0.63 | |
| Severe depression | | |
| Moderate depression - fluoxetine | | |
| Side effect rates | | |
| Long-term treatment - weight gain | | Rates of weight gain for each treatment estimated by multiplying relative risks for each agent versus placebo by one-year rate of weight gain associated with placebo; data derived from the guideline systematic review of clinical studies. |
| Lithium | 0.07 | |
| Valproate semisodium | 0.11 | |
| Olanzapine | 0.21 | |
| No treatment | 0.04 | |
| Acute mania – moderate side effects | | Due to lack of direct data on rates of moderate side effects associated with treatment of acute mania with olanzapine plus continuation of long-term treatment, rates of extrapyramidal symptoms following treatment of acute mania with antipsychotics alone or in combination were used as a proxy; data derived from the guideline systematic review of clinical studies. |
| Olanzapine + prophylactic agent | 0.21 | |
| Olanzapine | 0.21 | |
| Discount rate | 3.5% | Based on NICE 2004; applied to both costs and benefits |

1  *Sensitivity analysis*

2  In addition to the base-case analysis, which utilised the most accurate cost and
3  effectiveness estimates available, a sensitivity analysis was undertaken to
4  investigate the robustness of the results under the uncertainty or variability
5  characterising input parameters of the model: selected input parameters were
6  varied over a range of values and the impact of these variations on the results
7  was explored. Three methods of sensitivity analysis were employed:
8
9  One-way sensitivity analyses explored whether alternative scenarios regarding
10  basic model assumptions had a significant influence on the results. The following
11  scenarios were tested:
12
13  • Changes in the rate of manic versus depressive episodes following
14    treatment with placebo or no treatment; two extreme scenarios, 75:25 and
15    25:75, respectively, were explored (in the base-case scenario this rate was
16    estimated to be 41:59)
17  • Reduction in health professional contacts during long-term treatment by
18    25%
19  • Changes in the duration of acute episodes of ± 25%
20  • Extension of the time horizon of the model to 20 years, in order to explore
21    whether results were sensitive to this model parameter
22
23  Because the utility values for stable state reported by Revicki *et al* (2005) were
24  clearly in favour of olanzapine and this was expected to affect significantly the
25  results of the cost-utility analysis, a threshold analysis was also conducted, to
26  explore at which utility value for olanzapine or for the rest treatment options the

CONFIDENTIAL
AZSER12751265

DRAFT FOR SECOND CONSULTATION

1  expected conclusions on cost-effectiveness, favouring olanzapine, would be
2  reversed.
3
4  In a probabilistic sensitivity analysis, conducted using Crystal Ball 7.1
5  (Decisioneering, Inc), selected parameters of the model were simultaneously
6  varied randomly over a range of values according to appropriate distributions.
7  Relative risks of manic and depressive relapses of all pharmacological agents
8  compared to placebo were varied according to a log-normal distribution. The
9  placebo/no treatment relapse rate was varied according to binomial distribution.
10  Costs associated with health professional contacts and with management of acute
11  episodes were attached a gamma distribution, while utilities were given a range
12  of values based on a beta distribution.
13
14  In effect, 1,000 Monte Carlo simulations of the economic model were performed.
15  This analysis, in which some of the most uncertain model parameters were given
16  a distribution of values rather than a point estimate, allowed for the estimation of
17  the entire range of results produced after the uncertainty surrounding these
18  parameters was taken into account.

19  *Results*

20  The results of the economic analysis are presented in the form of incremental
21  cost-effectiveness ratios (ICERs), expressing additional cost per additional unit of
22  benefit associated with one treatment option compared with another.
23

$$\text{ICER} = \frac{\text{difference in costs between two treatment options}}{\text{difference in benefit between two treatment options}}$$

24
25

$$\text{ICER} = \frac{\text{additional cost of one treatment option versus another}}{\text{additional benefit of one treatment option versus another}}$$

26
27  The estimation of such a ratio allows considering whether the additional benefit
28  is worth the additional cost when choosing one treatment option over another.
29
30  In the case of a treatment option being more effective (i.e. providing greater
31  benefit) and less costly than its comparator, the calculation of such a ratio is not
32  required; the treatment option in question, characterised as the dominant option
33  (according to the rule of absolute dominance), is clearly more cost-effective than
34  its comparator.
35
36  All treatment options under assessment have been ranked from the most to the
37  least effective. Cases of absolute dominance and extended dominance have been
38  identified and excluded from further analysis (extended dominance of an option
39  occurs where the ICER between this option and the next most effective one
40  following in ranking is higher than the ICER between the preceding most
41  effective option and the option in question). ICERs between the non-dominated
42  treatment options remaining in the analysis have been subsequently calculated.

CONFIDENTIAL
AZSER12751266

DRAFT FOR SECOND CONSULTATION

Results of the economic analysis are presented separately for three sub-populations within the study population: male patients, female patients without child-bearing potential, and female patients with child-bearing potential. This distinction was deemed necessary for two reasons:

- Men are characterised by higher suicide rates than women, and therefore the anti-suicidal effect of lithium might be stronger in male patients
- Valproate semisodium was considered inappropriate for the long-term management of women of child-bearing potential due to significant hazards for the foetus in the case of pregnancy, and therefore was excluded from the economic analysis concerning this patient sub-population.

For each patient sub-population three sub-analyses have been performed, respective to each of the 3 measures of health benefit used in the economic analysis.

Results of the base-case analysis are provided first, followed by the results of the sensitivity analysis. In all cases, three sub-analyses have been performed, respective to each of the 3 measures of health benefit used.

*Base-case analysis*

*Men and women without child-bearing potential*
Among all treatment options, valproate semisodium resulted in greatest health benefits in terms of number of acute episodes averted relative to no treatment and number of days free from acute episode. Olanzapine was the most expensive alternative; consequently it was dominated by valproate semisodium (when number of acute episodes averted and number of days free from acute episode were included), as the latter was both more effective and less costly. No treatment was dominated by valproate semisodium and also by lithium. Lithium was the cheapest option but also the least effective among drugs. The ICER of valproate semisodium relative to lithium was £260 and £341 per additional acute episode averted for men and women respectively, or £3 and £4 per additional day free from acute episode achieved for men and women respectively.

When QALYs were used as measure of outcome, olanzapine was shown to be the most effective option, while lithium was the least effective among all options assessed. These results were primarily attributed to the utility weights attached to stable state, specific to the long-term treatment options assessed: the utility weight for stable state was maximum for olanzapine, and minimum for lithium (Revicki *et al*, 2005). No treatment was dominated by valproate semisodium and was excluded from further analysis. The ICER of olanzapine versus valproate semisodium was £5,902/QALY for both men and women. The ICER of valporate semisodium versus lithium was £1,725/QALY for men and £1,985/QALY for women.

*Women of child-bearing potential*
Olanzapine was the most costly and the most effective among the three treatment options assessed, for any measure of benefit considered. No treatment was dominated in all sub-analyses, either by absolute or extended dominance. Lithium was the cheapest option. The ICER of olanzapine compared to lithium

CONFIDENTIAL
AZSER12751267

DRAFT FOR SECOND CONSULTATION

1    was £3,910 per additional acute episode averted, or £56 per additional day free
2    from acute episode achieved, or £4,805/QALY.
3
4    *Number of suicides averted by lithium*
5    According to the economic model, long-term management of male patients with
6    lithium resulted in 12 suicides averted per 1,000 patients over 5 years compared
7    to any other treatment option, as all other medications had been assumed to be
8    similar to no treatment in terms of anti-suicidal effect. The number of suicides
9    prevented by lithium in 1,000 female patients over 5 years was 3. This was
10   explained by the lower suicide risk associated with women in the general
11   population
12
13   Full results of the base-case analysis are presented in Table 67.
14

CONFIDENTIAL
AZSER12751268

DRAFT FOR SECOND CONSULTATION

**Table 67 Results of the base-case analysis, referring to a hypothetical cohort of 1,000 patients with bipolar I disorder**

**MALE PATIENTS**

**Measure of benefit: number of acute episodes averted relative to no treatment and number of days free from acute episode**

| Treatment option | Episodes averted | Days free from episode | Costs (£) | Cost-effectiveness |
|---|---|---|---|---|
| Valproate semisodium | 1,281 | 1,564,413 | 12,214,680 | **Valproate semisodium vs lithium:** **£260 per acute episode averted** **£3 per day free from episode** |
| Olanzapine | 1,102 | 1,535,238 | 14,101,441 | **Dominated** by valproate semisodium |
| Lithium | 569 | 1,505,296 | 12,029,711 | |
| No treatment | 0 | 1,454,993 | 12,699,416 | **Dominated** by lithium and valproate semisodium |

**Measure of benefit: number of QALYs gained**

| Option | QALYs | Costs (£) | Cost-effectiveness |
|---|---|---|---|
| Olanzapine | 3,612 | 14,101,441 | **Olanzapine vs valproate semisodium:** **£5,902/QALY** |
| Valproate semisodium | 3,292 | 12,214,680 | **Valproate semisodium vs lithium:** **£1,725/QALY** |
| No treatment | 3,261 | 12,699,416 | **Dominated** by valproate semisodium |
| Lithium | 3,185 | 12,029,711 | |

**FEMALE PATIENTS WITHOUT CHILD-BEARING POTENTIAL**

**Measure of benefit: number of acute episodes averted relative to no treatment and number of days free from acute episode**

| Treatment option | Episodes averted | Days free from episode | Costs (£) | Cost-effectiveness |
|---|---|---|---|---|
| Valproate semisodium | 1,291 | 1,577,339 | 12,311,318 | **Valproate semisodium vs lithium:** **£341 per acute episode averted** **£4 per day free from episode** |
| Olanzapine | 1,111 | 1,547,923 | 14,213,667 | **Dominated** by valproate semisodium |
| Lithium | 561 | 1,509,579 | 12,062,406 | |
| No treatment | 0 | 1,467,015 | 12,804,809 | **Dominated** by lithium and valproate semisodium |

**Measure of benefit: number of QALYs gained**

| Option | QALYs | Costs (£) | Cost-effectiveness |
|---|---|---|---|
| Olanzapine | 3,641 | 14,213,667 | **Olanzapine vs valproate semisodium:** **£5,902/QALY** |
| Valproate semisodium | 3,319 | 12,311,318 | **Valproate semisodium vs lithium:** **£1,985/QALY** |
| No treatment | 3,288 | 12,804,809 | **Dominated** by valproate semisodium |
| Lithium | 3,194 | 12,062,406 | |

**FEMALE PATIENTS OF CHILD-BEARING POTENTIAL**

Management of bipolar disorder: Full Guideline – **DRAFT** (February 2006)          Page 246 of 341

CONFIDENTIAL
AZSER12751269

DRAFT FOR SECOND CONSULTATION

**Measure of benefit: number of acute episodes averted relative to no treatment and number of days free from acute episode**

| Treatment option | Episodes averted | Days free from episode | Costs (£) | Cost-effectiveness |
|---|---|---|---|---|
| Olanzapine | 1,111 | 1,547,923 | 14,213,667 | **Olanzapine vs lithium:** £3,910 per acute episode averted £56 per day free from episode |
| Lithium | 561 | 1,509,579 | 12,062,406 | |
| No treatment | 0 | 1,467,015 | 12,804,809 | **Dominated** by lithium |

**Measure of benefit: number of QALYs gained**

| Option | QALYs | Costs (£) | Cost-effectiveness |
|---|---|---|---|
| Olanzapine | 3,641 | 14,213,667 | **Olanzapine vs lithium:** £4,805/QALY |
| No treatment | 3,288 | 12,804,809 | **Dominated** by extended dominance |
| Lithium | 3,194 | 12,062,406 | |

1

2    *One-way sensitivity analysis*

3    *Changes in the rate of manic versus depressive episodes*

4    Changes in the rate of manic versus depressive episodes had a considerable
5    impact on the results: by reducing the proportion of manic episodes developed
6    under treatment with placebo so that the rate of manic versus depressive
7    episodes became 25:75 resulted in valproate semisodium becoming dominant
8    over all the rest treatment options, when outcomes were measured in terms of
9    number of episodes averted or number of days free from episode. When QALYs
10   was the measure of health benefit, valproate semisodium dominated lithium and
11   no treatment. Olanzapine was still more effective than valproate semisodium,
12   with an ICER of £10,744/QALY for both men and women of no child-bearing
13   potential. The impact of this scenario on the results for women of child-bearing
14   potential, for whom valproate semisodium was not an option, was less
15   significant: lithium became more expensive than no treatment and was
16   dominated by it when the measure of outcome was expressed in terms of QALYs.
17   Olanzapine was the most effective and the most expensive treatment option,
18   demonstrating the following ICERs: £5,773 per acute episode averted and £78 per
19   day free from episode relative to lithium; £8,566/QALY versus no treatment.
20
21   When the proportion of manic episodes was increased so that the rate of manic
22   versus depressive episodes was reversed to 75:25, olanzapine became the
23   dominant option over valproate semisodium and lithium became dominant over
24   no treatment. The ICERs of olanzapine versus lithium were £1,015 (men) or
25   £1,115 (women) per acute episode averted; £20 (men) or £18 (women) per day
26   free from episode achieved; £1,489/QALY (men) and £1,594/QALY (women).
27
28   Results based on this scenario are presented in Appendix 17.

29   *Reduction in health professional contacts during long-term treatment*

CONFIDENTIAL
AZSER12751270

DRAFT FOR SECOND CONSULTATION

Reducing the number of health professional contacts during long-term treatment by 25% had practically no impact on the results; cases of dominance remained and the ICERs between non-dominated options changed only very slightly.

*Changes in the duration of acute episodes*

Varying the duration of acute episodes by 25% did not change the ranking of options by magnitude of benefits. It only affected moderately the value of ICERs. A 25% increase in the duration of acute episodes led to reduction of the ICERs; in contrast, a 25% decrease in the duration of acute episodes resulted in small increases of the ICERs. The most notable changes were observed in the ICERs expressing cost/QALY. These ranged between £4,519-£7,828/QALY versus valproate semisodium (relevant to men and women of no child-bearing potential), and between £3,699-£5,960/QALY versus lithium (relevant to women of child-bearing potential); lowest value refers to longer duration of episodes by 25%, and highest value relates to shorter duration of episodes by 25% of the base-case duration of episodes used in the analysis.

*Extension of the time horizon of the analysis to 20 years*

This scenario aimed at exploring whether the cumulative anti-suicidal effect of lithium might have an impact of its cost-effectiveness in the longer term. Results were practically not affected by this scenario.

*Threshold analysis*

Although valproate semisodium was the dominant option over olanzapine when benefits were expressed as number of acute episodes averted or number of days free from episode achieved (for men and women without child-bearing potential), olanzapine was shown to be more effective (and more cost-effective) than valproate semisodium when QALYs were considered as the measure of outcome. This owed to the considerably higher utility weight reported for olanzapine-managed stable states, compared to those relating to other treatment options. This analysis was undertaken to identify the maximum utility value for olanzapine or the lowest utility value for valproate semisodium at which valproate semisodium would be more cost-effective than olanzapine in the cost-utility analysis.

It was found that the utility of stable state should drop at 0.76 for olanzapine or rise up to 0.80 for valproate semisodium, in order for the ICER of olanzapine versus valproate to exceed £20,000/QALY, which is the maximum ratio accepted for an intervention to be deemed as an effective use of NHS resources (NICE 2004). If utility for olanzapine fell at 0.74 or the utility for valproate semisodium increased at 0.82, then valproate would become the dominant option in their between comparison.

*Probabilistic sensitivity analysis*

Results of probabilistic analysis are provided in the form of Cost-Effectiveness Acceptability Curves (CEACs), which demonstrate the probability of each treatment option being cost-effective over a range of potential cost values of willingness-to-pay (WTP) in order to achieve an additional unit of benefit.

*Analysis for men and women without child-bearing potential*

CONFIDENTIAL
AZSER12751271

DRAFT FOR SECOND CONSULTATION

| | |
|---|---|
| 1 | At low (close to zero) WTP for an additional acute episode averted or an |
| 2 | additional day free from episode, 'no treatment' had the highest probability of |
| 3 | being the most cost-effective among the treatment options assessed, although this |
| 4 | probability did not, in any case, exceed 45%. No treatment was also the most |
| 5 | likely cost-effective among treatments for a WTP lower than £5,000/QALY, with |
| 6 | maximum probability of 70% at a WTP approximating £2,000/QALY. For |
| 7 | increasing values of WTP for an acute episode averted or a day free from episode |
| 8 | (i.e. at £500 per episode averted or at £5 per day free from episode), valproate |
| 9 | semisodium became the option with the highest probability of being the most |
| 10 | cost-effective alternative. This probability, which equaled 30% at its lowest when |
| 11 | WTP was zero, increased as WTP became higher, reaching 60% and 70% at a |
| 12 | WTP around £4,000 per acute episode averted and £110 per day free from |
| 13 | episode respectively. When health benefits were measured in the form of QALYs, |
| 14 | olanzapine was clearly the most probable cost-effective option for WTP values |
| 15 | starting from £7,000/QALY and above. This probability exceeded 90% at a WTP |
| 16 | of £20,000/QALY. The probability of lithium being the most cost-effective option |
| 17 | was small, and always lower than the respective probability of at least one of the |
| 18 | other options assessed. |
| 19 | |

*Analysis for women of child-bearing potential*

| | |
|---|---|
| 21 | No treatment was in this case, too, the likely most cost-effective option at low |
| 22 | WTP per additional unit of benefit, with a probability of 65% at zero WTP for any |
| 23 | of the measures of outcome considered in the analysis. Lithium had a maximum |
| 24 | probability of between 50%-60% at a range of WTP values within £1,000-£4,000 |
| 25 | per episode averted, or £10-£65 per day free from episode. Above this range of |
| 26 | values for WTP olanzapine became the most likely cost-effective treatment. |
| 27 | Lithium had very low chances of being the most cost-effective option when |
| 28 | outcomes were expressed in terms of QALYs, with a maximum probability |
| 29 | approximately 35% at a zero WTP for one QALY gained. The likelihood of |
| 30 | olanzapine being the most cost-effective alternative for women of child-bearing |
| 31 | potential, although small at low values of WTP, improved as WTP per additional |
| 32 | unit of benefit increased, and reached 80% at a WTP of £16,000 per acute episode |
| 33 | averted, 67% at a WTP of £160 per day free from episode, and 97% at a WTP of |
| 34 | £20,000/QALY. |
| 35 | |

| | |
|---|---|
| 36 | Full results of probabilistic sensitivity analysis in the form of graphs presenting |
| 37 | CEACs are provided in Appendix 17. |

**Limitations of the economic analysis**

| | |
|---|---|
| 39 | The economic analysis was undertaken using the best effectiveness and cost data |
| 40 | available. However, evidence on clinical effectiveness was derived from a very |
| 41 | limited number of studies (data from 4 clinical studies were utilised in the |
| 42 | economic model). In addition, relative effectiveness of treatment options was |
| 43 | based on indirect comparisons between pharmacological agents assessed, and |
| 44 | this may have introduced bias in the analysis. Relapse rates for time frames |
| 45 | beyond one year were extrapolated from data on relative risks of relapse derived |
| 46 | almost exclusively from trials with a time horizon of 12 months (only |
| 47 | CALABRESE2003 had a time horizon of 18 months). It has been therefore |
| 48 | implicitly assumed in the model that annual relapse rates associated with each |
| 49 | treatment are stable over time and equal relapse rates observed over the first year |
| 50 | of treatment. This assumption was necessary due to lack of longer-term efficacy |

CONFIDENTIAL
AZSER12751272

DRAFT FOR SECOND CONSULTATION

| | |
|---|---|
| 1 | data. However, the efficacy of maintenance treatment may vary over time; based |
| 2 | on the results of the meta-analysis of 2-year trials of lithium versus placebo |
| 3 | (STALLONE1973, PRIEN1973), it can be argued that the clinical effectiveness of |
| 4 | lithium is likely to increase over time (since the weighted relative risk of relapse |
| 5 | of lithium versus placebo over two years was found to be lower than that over |
| 6 | one year, as derived from meta-analysis of 1-year efficacy data undertaken for |
| 7 | the economic analysis). Data on lithium efficacy from the above trials were not |
| 8 | included in the economic model, as the two studies did not report relative risks |
| 9 | for manic and depressive relapses separately. Therefore, the efficacy of lithium in |
| 10 | the long term is likely to have been underestimated. Nevertheless, the same |
| 11 | limitation may also apply to the rest pharmacological treatments evaluated, as |
| 12 | there is no available evidence on their efficacy beyond one year of treatment. |
| 13 | |
| 14 | Estimates regarding healthcare resource use and other input parameters were |
| 15 | based on GDG expert opinion due to lack of research-based data available; as a |
| 16 | consequence, results of the analysis are subject to substantial uncertainty |
| 17 | surrounding these values. Nevertheless, one-way and probabilistic sensitivity |
| 18 | analyses were performed, which took into account the uncertainty characterising |
| 19 | the variables incorporated in the economic model. |
| 20 | |
| 21 | Potential harms associated with long-term treatment were generally not |
| 22 | considered in the analysis. Nonetheless, some of the side effects associated with |
| 23 | pharmacological treatments assessed were implicitly taken into account in the |
| 24 | cost-utility analysis, as utility weights used varied by medication, probably due |
| 25 | to differences between medications in type, severity and frequency of associated |
| 26 | side effects. Still, it is not known to what extent longer-term adverse events were |
| 27 | captured in the estimation of utility values used in the economic analysis. The |
| 28 | costs of treating side effects of long-term medication were also excluded from the |
| 29 | analysis owing to lack of relevant data, and this omission may have also affected |
| 30 | the economic results. |
| 31 | |
| 32 | Results from the cost-utility analysis (outcomes expressed in the form of QALYs) |
| 33 | differed from those obtained when the number of acute episodes averted or |
| 34 | number of days free from episode were used as measure of benefit. This |
| 35 | difference was attributed to the utility weights used in the cost-utility analysis, |
| 36 | which were significantly higher for olanzapine in comparison to those for other |
| 37 | medications. Utility weights used in the model were taken from the only study |
| 38 | identified in the literature review that reported utility weights for bipolar |
| 39 | disorder-related health states. However, the patient sample that attached |
| 40 | valuations onto relevant health states was very small; in addition, it was selected |
| 41 | among well-educated, stable outpatients, and therefore it might not be |
| 42 | representative of the population of patients with bipolar I disorder. |
| 43 | *Overall conclusions from economic analysis* |
| 44 | Based on the results of economic analysis, it can be concluded that valproate |
| 45 | semisodium is likely to be a cost-effective long-term treatment option for men |
| 46 | and women of no child-bearing potential with bipolar I disorder, when WTP for |
| 47 | an additional episode averted or an additional day free from episode is at least |
| 48 | £500 per acute episode averted or £5 per day free from episode. The cost- |
| 49 | effectiveness of valproate semisodium improves when depressive episodes |
| 50 | predominate. This can been explained by the high preventive effect valproate |

CONFIDENTIAL
AZSER12751273

DRAFT FOR SECOND CONSULTATION

1   semisodium has on depressive episodes, as demonstrated by clinical evidence
2   presented in the guideline.
3
4   To the extent that utility weights used in the economic analysis reflect accurately
5   patient preferences on quality of life associated with long-term treatment of
6   bipolar I disorder, olanzapine is highly likely to be the best option in terms of
7   cost-effectiveness, among all treatments assessed and for all sub-populations
8   considered (men, women of both child-bearing and no child-bearing potential),
9   when the WTP is set at the cost-effectiveness threshold of £20,000/QALY
10  (probability exceeding 90% at this point). Olanzapine is also likely to be cost-
11  effective for the treatment of women of child-bearing potential when WTP per
12  acute episode averted or per day free from episode exceeds £4,000 and £65
13  respectively. Cost-effectiveness of olanzapine improves when manic episodes
14  prevail, which is justified by the preferential preventive effect olanzapine has on
15  manic episodes relative to depressive ones, as shown by data on clinical
16  effectiveness provided in the guideline.
17
18  Lithium is apparently not cost-effective when valproate semisodium is among
19  long-term treatment options, i.e. for men and women without child-bearing
20  potential with bipolar I disorder. Regarding management of women of child-
21  bearing potential, for whom choice of medication is limited due to hazards on
22  foetus associated with valproate semisodium, lithium may be cost-effective at a
23  narrow range of values for WTP, between £1,000-£4,000 per episode averted, or
24  £10-£65 per day free from episode. The cost-effectiveness of lithium improves
25  slightly as the risk of manic versus depressive episodes increases, as lithium has
26  been associated with an anti-manic effect.
27
28  However, the above conclusions are subject to a number of limitations, as already
29  discussed. Further research is needed on the long-term effectiveness and adverse
30  events of maintenance treatment for the management of patients with bipolar
31  disorder, as well as on utilities associated with bipolar disorder-related health
32  states, in order to reduce uncertainty characterising treatment outcomes
33  especially in the long term, and contribute to determining with more certainty
34  the relative cost-effectiveness between medications used for long-term treatment
35  of patients with bipolar disorder.
36

## 8.4   Clinical practice recommendations for the long-term treatment of bipolar disorder

40  A schedule of physical monitoring tests covering initial assessment, and checks on
41  initiation of treatment is in Appendix 20.

42  **8.4.1          Initiating long-term treatment**

43  8.4.1.1  Prescribers  should normally consider initiating long-term treatment for
44           bipolar disorder in the following circumstances:

45      •       following a manic episode which was associated with significant risk
46              and adverse consequences

CONFIDENTIAL
AZSER12751274

DRAFT FOR SECOND CONSULTATION

1
2

- when there have been 2 or more acute episodes in a patient with a diagnosis of bipolar I disorder

3
4
5

- when there is evidence of significant functional impairment, significant risk of suicide or frequently recurring episodes in a patient with bipolar II disorder.

6
7

8.4.1.2 When choosing long-term pharmacological treatment for patients with bipolar disorder, prescribers should:

8
9
10

- carefully review response to previous treatments, the relationship between, and pattern of, mood changes and life events (using a life chart where appropriate);

11

- review medical history and any risk assessment;

12

- consider patient preference and history of adherence

13
14

- consider individual risk factors regarding side effects (such as the risk of diabetes

15
16

- consider a brief assessment of cognitive state (for example, the mini mental state examination) in particular for older adults.

17
18

8.4.1.3 When deciding on an agent for the long-term management of a patient with a diagnosis of bipolar disorder prescribers should consider the following:

19
20
21
22

- As first-line treatment prophylactic monotherapy with an atypical antipsychotic (normally the antipsychotic that was used in the acute phase, or if an atypical antipsychotic was not used in the acute phase, olanzapine)

23
24
25

- As second-line prophylactic monotherapies valproate† (especially for those prone to depressive symptoms but not for women of child-bearing potential) or lithium.

26
27
28
29
30
31
32
33
34

8.4.1.4 Where there has been an incomplete response to optimum monotherapy of at least 6 months consider the combination of two prophylactic agents (lithium, olanzapine, valproate†) together with close monitoring of clinical state, side effects and, where relevant, blood levels. Possible combinations are lithium and valproate†, lithium with olanzapine, or valproate and olanzapine†. The reasons for the use of such combinations and the discussion with the patient of the potential benefits and risks should be documented in the case notes. If a trial of one of the combination of prophylactic agents proves ineffective consider:

35
36

- Consulting with, or referring the patient to, a clinician with expertise in the pharmacological treatment of bipolar disorder

CONFIDENTIAL
AZSER12751275

DRAFT FOR SECOND CONSULTATION

1　　　　• Prescribing lamotrigine† (especially in bipolar II disorder) or
2　　　　　carbamazepine.

3　8.4.1.5　Prescribers should normally expect long-term pharmacological treatment to
4　　　　　continue for at least 5 years following an episode of bipolar disorder. They
5　　　　　should discuss this with the patient and ensure that regular reviews take
6　　　　　place. If patients wish to stop medication within this time, they should be
7　　　　　encouraged to discuss this with their psychiatrist.

8　8.4.1.6　If, after careful discussion with a healthcare professional, a patient with
9　　　　　bipolar disorder declines long-term medication, they should still be offered
10　　　　　regular contact and regular reassessment with primary or secondary care
11　　　　　services as appropriate.

12　8.4.1.7　Long-acting intramuscular injections of antipsychotics ('depots') are not
13　　　　　recommended for routine use in the treatment of bipolar disorder, although
14　　　　　they may be considered in the long-term treatment of people in whom oral
15　　　　　antipsychotics have proved effective in the treatment of mania, but in whom
16　　　　　poor concordance has led to relapse.

17　**8.4.2**　　　　**The use of antipsychotics in long-term pharmacological treatment**

18　　　*Initiating antipsychotics*

19　8.4.2.1　When initiating long-term treatment of bipolar disorder with antipsychotics
20　　　　　prescribers should measure weight and height, plasma glucose, and lipids
21　　　　　and, for those with risk factors for cardiac disease or existing cardiovascular
22　　　　　disease, arrange an ECG. When initiating risperidone† in patients with
23　　　　　symptoms of raised prolactin levels, (such as low libido, sexual dysfunction,
24　　　　　menstrual abnormalities, gynaecomastia, and galactorrhea), prescribers
25　　　　　should measure prolactin levels.

26　8.4.2.2　When initiating quetiapine† healthcare professionals should be aware of the
27　　　　　need to titrate the dose gradually (in line with the Summary of Product
28　　　　　Characteristics) in order to help maintain normal blood pressure.

29　　　*Monitoring antipsychotics*

30　8.4.2.3　For patients with bipolar disorder taking antipsychotics, prescribers should
31　　　　　monitor weight every 3 months for the first year (more frequently for those
32　　　　　with rapid weight gain), and arrange for plasma glucose and lipids to be
33　　　　　measured 3 months after the start of treatment (particularly for those taking
34　　　　　olanzapine), and more frequently if there is evidence of elevated levels. In
35　　　　　patients taking risperidone†, measure prolactin levels only for those with
36　　　　　symptoms of raised prolactin.

37　　　*Risks associated with the use of antipsychotics*

38　8.4.2.4　Healthcare professionals should be aware of the possibility of the
39　　　　　development of malignant neuroleptic syndrome and diabetic ketoacidosis

Management of bipolar disorder: Full Guideline – **DRAFT** (February 2006)　　　　Page 253 of 341

CONFIDENTIAL
AZSER12751276

DRAFT FOR SECOND CONSULTATION

1  with the use of antipsychotic medication, particular caution may need to be
2  exercised when treating manic patients. They should also discuss with
3  patients the potential for weight gain.

4  **8.4.3    The use of lithium in long-term pharmacological treatment**

5  *Initiating lithium*

6  8.4.3.1  When initiating lithium as long-term treatment in patients with bipolar
7  disorder, prescribers should:

8  •  advise patients that erratic compliance or rapid discontinuation may
9  increase the risk of manic relapse and that regular fluid intake should
10  be maintained

11  •  measure height and weight, and arrange for urea and electrolytes, and
12  thyroid and renal function to be measured

13  •  arrange for an ECG to be carried out in patients with risk factors for
14  cardiac disease or existing cardiovascular disease

15  •  arrange for a full blood count to be taken if clinically indicated

16  •  establish a shared-care protocol with the patient's general practitioner
17  for the prescribing and monitoring of lithium and potential adverse
18  effects.

19  •  not routinely initiate lithium in primary care

20  •  be aware that the effectiveness of lithium as a long-term treatment can
21  be established only over at least a 6 month period.

22  8.4.3.2  Prescribers should monitor serum levels one week after initiation and one
23  week after every dose change until the lithium levels are stable, normally
24  aiming to maintain serum lithium levels at between 0.6 mmol/l and 0.8
25  mmol/l for people with bipolar disorder who have not previously been
26  prescribed lithium.

27  8.4.3.3  Prescribers should consider a trial of lithium for at least six months with
28  serum lithium levels between 0.8 mmol/l and 1.0 mmol/l for people with
29  bipolar disorder who have relapsed previously while taking lithium or
30  continue to have sub-syndromal symptoms with functional impairment
31  while receiving lithium.

32  *Monitoring lithium*

33  8.4.3.4  For patients with bipolar disorder on lithium treatment prescribers should do
34  the following.

35  •  Monitor serum lithium levels every 3 months

Management of bipolar disorder: Full Guideline – **DRAFT** (February 2006)        Page 254 of 341

CONFIDENTIAL
AZSER12751277

DRAFT FOR SECOND CONSULTATION

1  •  Monitor carefully with older adults because of the propensity for older
2     adults to develop high serum levels of lithium at doses within the
3     normal range, and the possibility of lithium toxicity at moderate
4     serum lithium levels.

5  •  Monitor weight in those with rapid weight gain

6  •  Undertake tests more frequently if there is evidence of clinical
7     deterioration, abnormal results, change in sodium intake, or
8     symptoms suggestive of abnormal renal or thyroid function, such as
9     unexplained fatigue, or the presence of other risk factors, for example
10    initiation of concurrent medication such as ACE inhibitors, non-
11    steroidal anti-inflammatory drugs, or diuretics.

12 •  Arrange for thyroid and renal function to be tested every 6 months,
13    and more frequently if there is evidence of impaired renal function

14 •  Monitor for the symptoms of neurotoxicity including paraesthesia,
15    ataxia, tremor and cognitive impairment which can occur at
16    therapeutic levels

17 •  Initiate closer monitoring of dose and blood serum levels if urea and
18    creatinine levels become elevated, and assess the rate of deterioration
19    of renal function. The decision to continue lithium depends on clinical
20    efficacy, and degree of renal impairment, and prescribers should
21    consider seeking the advice of a renal specialist and a clinician with
22    expertise in the management of bipolar disorder to arrive at this
23    decision.

24 *.Risks associated with the use of lithium*

25 8.4.3.5 Prescribers should avoid prescribing non-steroidal anti-inflammatory drugs
26       to patients taking lithium if possible, and should warn patients taking
27       lithium not to take over-the-counter non-steroidal anti-inflammatory drugs.
28       Patients prescribed non-steroidal anti-inflammatory drugs should be closely
29       monitored

30 8.4.3.6 Prescribers should be cautious when prescribing diuretics to older adults
31       taking lithium.

32 8.4.3.7 Prescribers should warn patients taking lithium to seek medical attention if
33       they develop diarrhoea and/or vomiting, and to maintain fluid levels if
34       they experience these symptoms following increased sweating, such as after
35       taking exercise, when in hot climates, or if they have a high temperature.
36       This is particularly important for older adults suffering from chest infections
37       or pneumonia, or who are immobile for long periods. They should also
38       consider discontinuing lithium for up to 7 days whenever a patient becomes
39       acutely and severely ill with metabolic or respiratory disturbance from
40       whatever cause.

CONFIDENTIAL
AZSER12751278

DRAFT FOR SECOND CONSULTATION

1   **8.4.4          The use of valproate in long-term pharmacological treatment**

2   *Initiating valproate*

3   8.4.4.1  When initiating valproate† as long-term treatment for patients with bipolar
4               disorder prescribers should measure height and weight, and arrange a full
5               blood count and liver function tests.

6   8.4.4.2  Prescribers should not routinely prescribe valproate† for women of child-
7               bearing potential with bipolar disorder. If valproate† is prescribed to women
8               of child-bearing potential ensure adequate contraception is used, and
9               explain the risks to the health of the unborn child.

10  8.4.4.3  Prescribers should not routinely prescribe valproate† for females with bipolar
11             disorder under the age of 18 because of the increased risk of polycystic
12             ovary syndrome and unplanned pregnancy in this age group.

13  *Monitoring valproate*

14  8.4.4.4  Routine measurement of valproate blood levels is not recommended unless
15             there is evidence of ineffectiveness, poor adherence or toxicity.

16  8.4.4.5  Prescribers should arrange liver function tests and a full blood count 6
17             months after initiating treatment with valproate, and monitor weight in
18             patients with rapid weight gain.

19  *Risks associated with the use of valproate*

20  8.4.4.6  Prescribers should advise patients on valproate and their carers how to
21             recognise signs of blood or liver disorders and to seek immediate medical
22             attention if symptoms develop. If abnormal liver function or blood dyscrasia
23             is detected stop the drug immediately.

24  8.4.4.7  When prescribing valproate† prescribers should be aware of:

25                  • drug interactions between valproate and other anticonvulsants

26                  • the need for more careful monitoring of sedation, tremor and gait
27                      disturbance in older adults.

28  **8.4.5          Lamotrigine**

29  *Initiating lamotrigine*

30  8.4.5.1  Healthcare professionals should titrate lamotrigine upwards gradually to
31             minimise the risk of skin rashes, including Stevens-Johnson syndrome.
32             Titration should be slower in patients taking concurrent valproate.

33  8.4.5.2  When considering prescribing lamotrigine† to women taking oral
34             contraceptives, prescribers should explain to the patient that the drug may

Management of bipolar disorder: Full Guideline – **DRAFT** (February 2006)        Page 256 of 341

CONFIDENTIAL
AZSER12751279

DRAFT FOR SECOND CONSULTATION

1 decrease the effectiveness of the contraceptive and discuss with her the need
2 to use another method of contraception, and/or increase the dose of
3 lamotrigine.

4 *Monitoring lamotrigine*

5 8.4.5.3  Prescribers do not need to undertake routine monitoring of blood levels for
6 patients taking lamotrigine.

7 *Risks associated with the use of lamotrigine*

8 8.4.5.4  Prescribers should advise patients taking lamotrigine, particularly when
9 starting the drug, that if a rash develops they should seek medical attention
10 urgently. The drug should be stopped unless it is clear that the rash is not
11 lamotrigine-related. If an appointment cannot be arranged within a few
12 days or if the rash is worsening the patient should be advised to stop the
13 drug.

14 **8.4.6**　　　　**Carbamazepine**

15 *Initiating carbamazepine*

16 8.4.6.1  Prescribers should not routinely initiate carbamazepine in the long-term
17 treatment of bipolar disorder without consulting a specialist in the
18 treatment of bipolar disorder.

19 8.4.6.2  When initiating carbamazepine for the long-term treatment of bipolar
20 disorder long-term prescribers should gradually increase the dose to reduce
21 the risk of ataxia.

22 8.4.6.3  When initiating carbamazepine, prescribers should arrange liver function
23 tests and a full blood count.

24 *Monitoring carbamazepine*

25 8.4.6.4  Prescribers should arrange for six-monthly of plasma levels of carbamazepine
26 to exclude toxicity as therapeutic levels and toxic levels are close.

27 8.4.6.5  Prescribers should arrange liver function tests and a full blood count 6
28 months after initiating treatment with carbamazepine, and monitor weight
29 in patients with rapid weight gain.

30 8.4.6.6  Prescribers should arrange tests of blood urea and electrolyte every 6 months
31 after initiating treatment with carbamazepine to check for hyponatraemia.

32 8.4.6.7  Prescribers should monitor closely possible interactions of carbamazepine
33 with a wide range of other drugs, including oral contraceptives, particularly
34 if the patient starts a new medication.

35 *Risks associated with the use of carbamazepine*

Management of bipolar disorder: Full Guideline – **DRAFT** (February 2006)　　　Page 257 of 341

439

CONFIDENTIAL
AZSER12751280

DRAFT FOR SECOND CONSULTATION

8.4.6.8 Be careful when prescribing carbamazepine for patients taking concomittant medications, for example, older adults (>65 years) and people with multiple physical problems, because of the problems of interactions with other drugs.

**8.4.7     Additional considerations for long-term treatment following an acute depressive episode**

8.4.7.1 Following successful treatment for an acute depressive episode, prescribers should not routinely continue patients on long-term antidepressant treatment because there is no evidence that continuing antidepressants[†] reduces relapse rates, and it may be associated with increased risk of switching to mania.

**8.4.8     Treatment for chronic depressive symptoms**

8.4.8.1 For people with an established diagnosis of bipolar disorder, who are not taking prophylactic medication and who have not had a manic/hypomanic episode for 5 years, but who are experiencing chronic depressive symptoms consider:

- long-term antidepressant medication (SSRIs in combination with prophylactic medication

or

- cognitive behavioural psychotherapy (16-20 sessions) in combination with prophylactic medication

In the absence of clear evidence, patient preference should influence the choice of the above treatments.

**8.4.9     Recurrent depression in bipolar disorder**

8.4.9.1 For patients with bipolar disorder who have experienced recurrent or chronic depressive symptoms with functional impairment while maintained on prophylactic medication, healthcare professionals should consider (in the order set out below):

- individual psychological therapy focused on depressive symptoms, functioning (particularly interpersonal functioning), detection of and coping with early signs, managing chronic social stress, promoting social functioning, and further consideration of medication adherence

- long-term treatment with antidepressants[†] (SSRI) (at the minimum therapeutic dose and, in particular, for patients who have benefited from antidepressants for acute depression) in conjunction with antimanic medication

- quetiapine[†] where the current antimanic agent is not an antipsychotic

CONFIDENTIAL
AZSER12751281

DRAFT FOR SECOND CONSULTATION

1        •    lamotrigine†.

2   **8.4.10**      **Long-term management of rapid cycling**

3   8.4.10.1 For the long-term pharmacological management of people with rapid cycling
4         bipolar disorder prescribers should:

5        •    Consider as first line treatment a combination of lithium and
6            valproate†

7        •    Consider lithium monotherapy as second-line treatment; for
8            patients already taking lithium consider increasing the dose

9        •    Avoid the use of an antidepressant†, except on advice from a
10           specialist in bipolar disorder

11       •    Consider combinations of lithium or valproate with lamotrigine†,
12          especially in bipolar II disorder

13       •    Check thyroid function every 6 months together with levels of
14          thyroid antibodies if clinically indicated, for example, by the
15          thyroid function tests.

16 # 8.5  The discontinuation/withdrawal of medication

17   **8.5.1**      **Introduction**
18 Relapse prevention of bipolar disorder will usually involve long-term management
19 with medication, and discontinuation of drugs may be necessary for a variety of
20 reasons for example, when switching drugs, mood switches, adverse reactions and
21 pregnancy. Withdrawal mania is well recognised with lithium (Goodwin, 1994) and
22 sudden stoppage of antidepressants can cause a variety of transient physical and
23 psychological withdrawal or discontinuation symptoms (Haddad, 2001). So, unless
24 unavoidable, adjustments should be carried out gradually. Rapid and mood-reactive
25 changes to drugs ("to chase a mood change") may actually provoke rapid cycling,
26 worsen an acute episode and hence be detrimental to long-term functioning.

27   **8.5.2**      **Lithium**
28 Lithium presents unique challenges. Consistent compliance and adequate treatment
29 duration are essential to gain full benefit but inadequate compliance and treatment
30 duration may be positively detrimental. The patient (and any carer) must be aware of
31 the long-term commitment needed to lithium. Treatment with lithium should be for
32 at least two years to help reduce relapse.
33
34 Sudden stopping (either deliberate or accidental, including running out of
35 medication) or abrupt changes in lithium plasma levels may precipitate relapse and
36 increase the risk of suicide, and must be avoided. Lithium should be discontinued
37 step-wise over at least 4 weeks, and preferably over a longer period (up to 3 months).

CONFIDENTIAL
AZSER12751282

DRAFT FOR SECOND CONSULTATION

1  **8.5.3        Antidepressants**

2  In rapid cycling or after a mood switch to mania, it will usually be necessary to stop
3  any potentially precipitating or contributory drugs such as antidepressants. This
4  must be balanced against the need to avoid the possibility of adverse discontinuation
5  symptoms (Haddad 2001). These can include:

6

7  **Tricyclic antidepressants:** cholinergic rebound, for example, headache, restlessness,
8  diarrhoea, nausea and vomiting, flu-like symptoms, lethargy, abdominal cramps,
9  sleep disturbance and movement disorders.

10

11  **Selective Serotonin Reuptake Inhibitors (SSRIs):** dizziness, vertigo/light-
12  headedness, nausea, fatigue, headache, sensory disturbance, 'electric shocks' in the
13  head, insomnia, abdominal cramps, chills, flu-like symptoms, increased dreaming,
14  anxiety/agitation and volatility. These are most common with paroxetine but have
15  been reported with other SSRIs.

16

17  **Fluoxetine** has a long half-life and abrupt stopping carries little risk.

18

19  **Other antidepressants:** Venlafaxine may be particularly difficult to discontinue and
20  extra care with dose reduction and monitoring should be carried out. There are no
21  reported significant problems with discontinuation of mirtazapine, moclobemide or
22  reboxetine.

23  **8.5.4        Others**

24  There is little evidence yet for any significant rebound phenomena or withdrawal
25  symptoms in bipolar disorder on discontinuation of carbamazepine, valproate,
26  quetiapine, lamotrigine, risperidone or olanzapine, but it is wise to be careful.
27  Tapered discontinuation over at least 4 weeks would minimise the potential for
28  destabilisation.

29  **8.5.5        Clinical practice recommendations**

30  *Stopping Lithium*

31  8.5.5.1  Lithium should be discontinued gradually over at least 4 weeks, and
32        preferably over a longer period of up to 3 months, particularly in patients
33        with a history of manic relapse and even where the patient has been started
34        on another antimanic agent.

35  8.5.5.2  When lithium treatment is stopped or is about to be stopped abruptly,
36        prescribers should:

37     •  discuss with the patient the addition of either an atypical antipsychotic or
38        valproate if the patient wishes to stop because of limited efficacy

39     •  consider changing to monotherapy with either an atypical antipsychotic
40        or valproate if clinical need or patient choice has resulted in immediate
41        cessation of treatment

42     •  closely monitor for early signs of mania and depression if lithium is

CONFIDENTIAL
AZSER12751283

DRAFT FOR SECOND CONSULTATION

1          stopped abruptly.

2    *Stopping valproate*

3    8.5.5.3  When stopping valproate† in patients with bipolar disorder reduce the dose
4              gradually over a period of at least 4 weeks to minimise the potential for
5              destabilisation.

6    *Stopping lamotrigine*

7    8.5.5.4  When stopping lamotrigine† in patients with bipolar disorder reduce the dose
8              gradually over a period of at least 4 weeks to minimise the potential for
9              destabilisation.

10   *Stopping carbamazepine*

11   8.5.5.5  When stopping carbamazepine in patients with bipolar disorder reduce the
12             dose gradually over a period of at least 4 weeks to minimise the potential
13             for destabilization.

14   *Stopping antipsychotics*

15   8.5.5.6  Patients with bipolar disorder stopping an antipsychotic, but continuing with
16             other medication, should discontinue the antipsychotic gradually over at
17             least 4 weeks.

18   8.5.5.7  Patients with bipolar disorder stopping an antipsychotic but not continuing
19             with other medication, and those with a history of manic relapse should
20             discontinue the antipsychotic over a period of up to 3 months.

21   *Stopping antidepressants*

22   8.5.5.8  When a patient has achieved remission from depressive symptoms (or
23             maintained a significant reduction in symptoms for 8 weeks), prescribers
24             should consider tapering and discontinuing antidepressant medication to
25             minimise the risk of switching to mania and increased rapid cycling.
26             Antidepressants should be gradually reduced over a period of several
27             weeks, whilst maintaining antimanic medication. Particular care is needed
28             when discontinuing paroxetine† and venlafaxine† as they are associated
29             with a higher risk of discontinuation/withdrawal symptoms.

30   # 8.6  The pharmacological management bipolar II
31   # disorder

32   ## 8.6.1        Introduction
33   This section considers studies where >50% participants had a diagnosis of bipolar II
34   disorder. All of these studies also appear in other reviews in this or the previous
35   chapter.

CONFIDENTIAL
AZSER12751284

DRAFT FOR SECOND CONSULTATION

1    **8.6.2**         **Treatment of acute hypomania in bipolar II disorder**
2    There are no trials of pharmacological treatment of acute hypomania in people with
3    bipolar II disorder which met inclusion criteria.

4    **8.6.3**         **Treatment of acute depression in bipolar II disorder**
5
6    Two trials of treatment for acute depression in bipolar II disorder met inclusion
7    criteria. Summary of study characteristics is in Table 68, with fuller details in
8    Appendix 21.
9

10    **Table 68 Summary of study characteristics of studies for the treatment of**
11    **depression in bipolar II disorder**

|  | Antidepressant versus another antidepressant | Antidepressant versus prophylactic agent |
|---|---|---|
| *No. trials (No. participants)* | *1 RCT* (56) | *1 RCT* (27) |
| **Study IDs** | HIMMELHOCH1991 | YOUNG2000 |
| **Population** | US; outpatients | Canada; outpatients |
| **Diagnosis at entry to study** | Bipolar I – depressed phase 43% Bipolar II – depressed phase 57% | Bipolar I - depressed phase 41% Bipolar II - depressed phase 59% |
| **Study drug** | Tranylcypromine 36.8 mg*; | Paroxetine 36 mg* |
| **Comparator drug(s)** | Imipramine 245.5 mg* | Second prophylactic agent (lithium 0.9 mmol/l* or valproate semisodium Sodium 510 mmol/l*) |
| **Concomitant medication** | None | On lithium or valproate semisodium for at least 3 months before entering study |
| **Mean age range** | Around 39 | 41* |
| **Length of trial** | 6 weeks + 10 week follow-up | 5 weeks* |
| **Problems with trial affecting efficacy assessments** | Efficacy data not extractable | Efficacy data not extractable |
|  | Notes: * mean  **SDs not reported ***Tranylcypromine is not licensed in the UK. |  |

12
13

14    *Clinical summary for the treatment of depression in bipolar II disorder*

15    There are two trials of the pharmacological management of bipolar disorder where
16    more than 50% of participants have a diagnosis of bipolar II disorder. Neither of
17    these had extractable efficacy data, and therefore it is not possible to assess the
18    evidence. An over view of results is in Table 69, with the full evidence profile in
19    Appendix 22.
20

444

CONFIDENTIAL
AZSER12751285

DRAFT FOR SECOND CONSULTATION

1  **Table 69 Summary of evidence characteristics of studies for the treatment of**
2  **depression in bipolar II disorder**

| | Antidepressant versus another antidepressant | Antidepressant versus prophylactic agent |
|---|---|---|
| Evidence for efficacy | No data (very low) | No data (very low) |
| Evidence for acceptability/tolerability (including switching) | Data are inconclusive (low) for acceptability/tolerability outcomes | Data are inconclusive (low) for acceptability/tolerability outcomes |
| Overall risk-benefit ratio | Unclear | Unclear |

3

4  **8.6.4          Long-term maintenance in bipolar II disorder**
5
6
7

Table 70. Summary of study characteristcs for long-term maintenance in bipolar II disorder

| | Lithium vs placebo | Valproate semisodium vs placebo |
|---|---|---|
| *No. trials (No. participants)* | *5 RCTs (1102)* | *2 RCTs (402)* |
| Study IDs | DUNNER1976 (4) | FRANKENBURG2002 (2) |
| Population | US; outpatients | US; Outpatients |
| Diagnosis at entry to study | (4) Bipolar II – 'normal mood' | Bipolar II – with borderline personality disorder |
| Serum levels of lithium (mmol/L) | (4) 0.8-1.2 | Valproate semisodium Sodium – serum levels 50-100 mg/1 |
| Comparator drug(s) | Placebo | Placebo |
| Concomitant medication | (1) Lorazapam and haloperidol (2) Short-term Chloral hydrate or BZD (3) Chloral hydrate or BZD | |
| Mean age range | 39-52 | 39 |
| Length of trial | (4) 16 months | (2) 6 months* |
| Problems with trial affecting efficacy assessments | | (2) Participants recruited via the press |

8

9  *Clinical summary for long-term maintenance in bipolar II disorder*
10  Evidence for the long-term treatment of bipolar II disorder is limited. An overview of
11  the results is provided in Table 71, with the full evidence profile in Appendix 22.
12

CONFIDENTIAL
AZSER12751286

DRAFT FOR SECOND CONSULTATION

**Table 71 Summary of evidence profile for lithium monotherapy in long-term maintenance of bipolar II disorder**

|  | Lithium | Valproate **semisodium** |
|---|---|---|
| **Evidence for efficacy (quality)** | Data are inconclusive (low) for efficacy outcomes | Data are inconclusive (low) for efficacy outcomes |
| **Evidence for acceptability/tolerability (including switching) (quality)** | Data are inconclusive (low) for acceptability/tolerance outcomes | Data are inconclusive (low) for acceptability/tolerability outcomes |

**8.6.5        Clinical practice recommendations**

8.6.5.1  Prescribers may consider lamotrigine† alone as an option for long-term treatment for patients with bipolar II disorder with recurrent depression.

Additional recommendations for bipolar II disorder are included in the initiating long-term treatment and management of rapid cycling sections above.

# 8.7  The pharmacological management of women having a baby: before, during, and after pregnancy

**8.7.1        Introduction**

The pharmacological management of women of child bearing potential is challenging in bipolar disorder. The GDG approached this issue by convening a consensus conference in collaboration with the NICE guideline development group for Antenatal and Postnatal Mental Health. A summary of the conference as applied to bipolar disorder is contained in Appendix 19.

The management of bipolar disorder in women of reproductive age is complicated by several issues.  These include the following: the effect of bipolar illness on conception (mania can lead to sexual disinhibition and unplanned pregnancy); the effect of pregnancy and childbirth on the natural course of bipolar disorder (in women with a diagnosis of bipolar disorder there is approximately a 50% chance of an episode of psychosis in the post-partum period (Brockington 1996; Jones and Craddock 2001)); the risk of bipolar disorder in the offspring of parents with the condition (there is a genetic contribution to bipolar disorder and so parents with bipolar disorder are more likely to have a child with bipolar disorder - clinicians often offer to discuss this with patients); and the effect of medication on fertility (conventional antipsychotics and some atypical antipsychotics (for example, risperidone, amilsulpride) can reduce fertility by causing hyperprolactinaemia sufficient to cause disruption of the hypothalamic-pituitary-gonadal axis (Haddad & Wieck 2004), whilst carbamazepine reduces the effectiveness of the oral contraceptive by causing hepatic enzyme induction (Spina *et al* 1996)).

Perhaps the most important factor, though, is the potential for medication prescribed during pregnancy to cause adverse obstetric and neonatal outcomes including teratogenesis.  Although most data regarding the adverse effects of antiepileptic drugs have been obtained from studies of women with epilepsy rather than bipolar disorder, these have helped clarify that teratogenicity is related primarily to the

CONFIDENTIAL
AZSER12751287

DRAFT FOR SECOND CONSULTATION

1  drugs rather than the condition. Therefore, these data are likely to be as applicable to
2  their use in patients with bipolar disorder as to those with epilsepsy.  First trimester
3  use of sodium valproate, carbamazepine, and lithium are all associated with an
4  increased risk of major malformation.  Teratogenic effects are not as well established
5  with other psychiatric drugs though the risk cannot be totally excluded, for example,
6  the risk of cardiac defects with lithium.  Drugs that have been widely used in clinical
7  practice for long periods without teratogenic effects been identified are regarded as
8  safer than more recently introduced drugs.  A fuller summary of these risks are
9  contained in Appendix 19.
10
11  Drugs may also cause adverse neonatal symptoms. For example, lithium may cause
12  thyroid disorders, and conventional antipsychotics may lead to extrapyramidal
13  symptoms and, with benzodiazepines, to sedation or, with long-term use,
14  withdrawal symptoms.  With antidepressants, particularly SSRIs, a range of neonatal
15  symptoms have been reported, including jitteriness, convulsions, crying, poor
16  feeding, and hypertonia (Laine 2003).  Whether these symptoms represent serotonin
17  toxicity, a withdrawal effect or a combination of both mechanisms remains unclear
18  (Haddad *et al* 2005).
19
20  In addition, all medications used in bipolar disorder are secreted in breast milk to
21  some degree.  Clozapine and lithium are generally regarded as absolute
22  contraindications to breastfeeding due to the risk of agranulocytosis with clozapine
23  and lithium toxicity; lithium is secreted in breast milk at 40% of the maternal serum
24  concentration (Pediatrics 2000).  Occasional reports of adverse neonatal effects
25  presumably due to transfer of the drug in the milk have appeared (for example, Kent
26  and Laidlaw 1995).  The most cautious approach is to advise that breast feeding is
27  avoided whenever a psychotropic is prescribed but many authorities regard this as
28  too prescriptive.

29  *Current practice*
30  Central to the effective management of women of child-bearing age is information
31  about the risk of relapse during and after pregnancy and risks to the unborn child.
32  Women need to be provided with information regarding the importance of
33  contraception, including the option of long-term reversible contraception (NICE,
34  2005B). They also need to be aware of the risk of a puerperal relapse and of a child
35  developing bipolar disorder (about 5% if one parent suffers from bipolar disorder
36  versus a general population risk of 1%).  They also need to be aware of the potential
37  effects of medication on fertility. Those prescribed prolactin-raising antipsychotics
38  need to be aware that fertility may be compromised. Conversely women who are
39  stopping a prolactin-raising antipsychotic must be informed that this may lead to a
40  return of fertility otherwise an unplanned pregnancy may result.  Women prescribed
41  carbamazepine will need specialist advice as enzyme induction with carbamazepine
42  affects both progesterone only and combined oral contraceptives, as well as some
43  long-acting preparations.
44
45  It is vital that women are aware of the potential for medication to cause adverse
46  obstetric and neonatal outcomes including teratogenesis.  Women who are
47  considering conceiving should discuss the matter with their psychiatrist, in
48  particular the issue of medication and maintenance treatment for their bipolar
49  disorder.  The advice that is given will depend on the individual's history and

CONFIDENTIAL
AZSER12751288

DRAFT FOR SECOND CONSULTATION

1   circumstances.  Various options are available and these include stopping medication
2   prior to trying to conceive and remaining medication free thereafter, stopping
3   medication prior to conception and restarting it either after the first trimester or
4   immediately after birth, remaining on the existing medication throughout the
5   process of conception, pregnancy and birth or switching medication prior to
6   attempting to conceive.  Which strategy is chosen will depend on the wishes of the
7   mother and the advice of the medical team, who need to balance the risks of under
8   treating the disorder (for example, relapse) with the risk of harming the unborn child
9   by remaining on medication.  The risk of relapse partly depends on the number and
10  severity of past episodes of illness and the degree of support and monitoring that is
11  currently available.
12
13  There is strong evidence that folic acid supplements reduce the incidence of neural
14  tube defects (Lumley et al, 2001.  As a result all women planning pregnancy are
15  advised to take 400mg folic acid per day before conception and during the first 12
16  weeks of pregnancy.  Women with a neural tube defect, or a neural tube defect in a
17  previous child, are advised to take a higher dose of 4mg/day (BNF).  Given the
18  association of valproate and carbamazepine with neural tube defects, and the fact
19  that both drugs interfere with folic acid metabolism, some authorities recommend
20  that women of child bearing potential prescribed these drugs should receive folic
21  acid supplements.  However, to date, no study has demonstrated that prescribing
22  folic acid supplements to women taking anticonvulsants during pregnancy reduces
23  the risk of neural tube defects, and neural tube defects have been reported in the
24  offspring of such women (for example, Duncan et al, 2001).  There is a danger that
25  routine folic acid prescribing in this group may incorrectly imply that getting
26  pregnant is safe, and that the risk of neural tube defect posed by the anticonvulsant
27  has been counteracted.  Given this, and the lack of data, it is unclear whether
28  prescribers should routinely prescribe folic acid to women of child-bearng potential
29  prescribed valproate and carbamazepine.  If a woman receiving either of these drugs
30  presents at less than 12 weeks pregnant, it would seem prudent to start folic acid
31  supplementation although, given that the neural tube closes by day 28 after
32  fertilisation, it is debatable whether or not this provides any protection.

33  *Choice of antipsychotics*

34  There has been increasing use of antipsychotics in women with bipolar disorder
35  planning pregnancy and this based on anti-manic efficacy and antidepressant
36  properties. There is no evidence of teratogenicity with antipsychotics though caution
37  is needed with more recently introduced agents due to the limited
38  pharmacovigilance data from women who have conceived while prescribed the
39  drug.

40  *Unplanned pregnancy*

41  Often a pregnancy will be unplanned and health professionals will be faced with a
42  woman who has conceived while taking her existing medication. All major structural
43  teratogenic effects, including neural tube defects occur in the first trimester.
44  Screening for major anomalies should be carried out for all women who receive any
45  antiepileptic drug or lithium in early pregnancy and all should receive urgent
46  referral to specialist feto-maternal medicine services. Whether existing medication is
47  stopped or switched will depend on the drugs and the risks and benefits perceived in
48  that individual case.  If valproate, carbamazepine or lithium have been prescribed in
49  the first trimester there should be close consultation with the obstetric team who can

CONFIDENTIAL
AZSER12751289

DRAFT FOR SECOND CONSULTATION

1   provide appropriate screening and counselling.  Screening for neural tube defects
2   involves maternal serum alpha-fetoprotein estimation (sometimes followed by
3   amniocentesis) and high resolution ultrasound scan at weeks 18-23.  In the case of
4   lithium an ultrasound scan can also help identify cardiac anomalies.  If congenital
5   defects are identified then the mother should be offered counselling by the obstetric
6   team and a termination of pregnancy is one available option.  Psychological support
7   is essential should a woman conceive a child with a malformation irrespective of
8   whether she decided to continue with the pregnancy or to terminate the pregnancy.
9   If she continues with the pregnancy full paediatric assessment of the child is required
10  with appropriate social and medical help being provided for mother and child.
11
12  Any child born to a mother prescribed a psychotropic drug up to delivery should be
13  monitored for the development of adverse drug effects in the first few weeksafter
14  delivery.
15
16  If lithium treatment is prescribed during the third trimester or commenced shortly
17  after delivery, close monitoring of the mother's plasma lithium level is required due
18  to changes in the volume of distribution. Serum lithium levels should be monitored
19  every 4 weeks during pregnancy, weekly from the 36th week , and within 24 hours of
20  childbirth, with doses adjusted to maintain appropriate serum levels. Women should
21  maintain an adequate fluid intake because of the risk of lithium toxicity.
22

23  *Care of the infant*

24  Symptoms including irritability, constant crying, shivering, tremor, restlessness,
25  increased tone, feeding and sleeping difficulties and rarely seizures) have been
26  reported in children born to mothers taking SSRIs at delivery.  Many of these
27  symptoms are mild and self-limiting. In many cases these symptoms appear casually
28  related to antidepressant exposure though there is debate as to what extent they
29  represent serotonergic toxicity or a withdrawal reaction. Neonates of mothers taking
30  psychotropic drugs during pregnancy should be carefully monitored.


31  **8.7.2         Clinical practice recommendations**

32  *General principles of management for women of child-bearing potential and for*
33  *women with bipolar disorder who are pregnant*


34  8.7.2.1  When presenting information about risk to both mother and fetus healthcare
35            professionals should take care to use the most effective methods to
36            communicate the nature and extent of the absolute and relative risks of both
37            treating and not treating the bipolar disorder.


38  8.7.2.2  Consideration should be given to an increased frequency of contact by
39            specialist mental health services (including, where appropriate specialist
40            perinatal mental health services) with pregnant women with bipolar
41            disorder, who should also maintain close liaison with obstetric services,
42            because of the increased risk of relapse during pregnancy and the postnatal
43            period.


44  8.7.2.3  A written management plan should be developed for all pregnant women

CONFIDENTIAL
AZSER12751290

DRAFT FOR SECOND CONSULTATION

1      with bipolar disorder by week 32 of the pregnancy. This should be shared
2      with the patient, and her obstetrician, midwife, general practitioner and
3      health visitor. A detailed record of all medical decisions should be recorded
4      in the patient's notes. Information about a woman's medication regime
5      should be included in the birth plan.

6      8.7.2.4   A pregnant woman with bipolar disorder who is stable on an antipsychotic
7      and whose history shows that she is likely to relapse without medication,
8      should be maintained on the antipsychotic. Such a patient should be
9      monitored for weight gain and diabetes.

10      8.7.2.5   Prescribers should note that the following drugs should not be routinely
11      prescribed as treatment for pregnant women with bipolar disorder:

12      •     valproate – because of risk to the fetus and subsequent child
13      development. If valproate is used it should be limited to a maximum
14      of 1 gram per day, administered in divided doses and in the slow
15      release form, with 5 mg/day folic acid

16      •     carbamazepine – because of its limited efficacy and risk of harm to the
17      fetus

18      •     long-term treatment with benzodiazepines – because of risks during
19      pregnancy and the immediate postnatal period.

20      8.7.2.6   Healthcare professionals should ensure that appropriate advice and
21      psychological support is offered by obstetric services to a woman if
22      congenital defects are identified, regardless of whether she has decided to
23      continue with the pregnancy or have a termination.

24      *Women planning a pregnancy*

25      8.7.2.7   Women taking antipsychotics who are planning a pregnancy should be
26      advised that some antipsychotics may be associated with raised prolactin
27      levels, with the likelihood that this will decrease the possibility of successful
28      conception. Measure prolactin levels and if raised levels are confirmed
29      consider an alternative drug less associated with raised prolactin levels.

30      8.7.2.8   For a woman who plans to become pregnant and whose history shows that
31      she is at particular risk of developing mania and cannot be managed
32      without antimanic medication, the drug of least known risk would be an
33      antipsychotic (a low-dose typical antipsychotic or low-dose olanzapine) and
34      so consideration should be given to changing to an antipsychotic.

35      8.7.2.9   In women with existing bipolar disorder who are planning a pregnancy and
36      are currently taking lithium prescribers should consider the following:

37      •     Stopping lithium if the patient is well and not at high risk of relapse

38      •     If the patient is not well or at high risk of relapse:

CONFIDENTIAL
AZSER12751291

DRAFT FOR SECOND CONSULTATION

1
2

- consider switching gradually to an antipsychotic throughout pregnancy, or

3
4
5

- if there is a previous good response to lithium above other drugs consider restarting lithium in second trimester if not planning to breastfeed

6
7
8
9
10

- consider continuing with lithium, after full discussion with the patient of the attendant risks, while trying to conceive and throughout the pregnancy if the patient had manic episodes which significantly complicated previous pregnancies, and where there is a documented good response to lithium.

11
12
13
14

8.7.2.10 Women with bipolar disorder who are considering pregnancy should normally be advised to discontinue taking sodium valproate and consideration should be given to the use of an alternative prophylactic agent such as an antipsychotic.

15
16
17
18
19
20
21
22

8.7.2.11 For women with bipolar disorder who are considering pregnancy, who have discontinued prophylactic medication and who have become depressed, consider offering psychological therapy (CBT) in preference to an antidepressant because of the risk of switching associated with the use of antidepressants†. If antidepressants are used SSRIs (but not paroxetine because of the risk of cardiovascular malformations in the fetus) should be preferred and close monitoring of the woman instigated.

23
24
25
26
27
28
29
30
31
32
33
34
35

In some cases a woman and her doctor may conclude that the risks of a relapse of bipolar disorder, at least in the short term, are outweighed by the risks of conceiving on medication. In these cases the woman may opt to withdraw from all medication, and in the weeks and months that follow try to conceive with a view to restarting prophylactic medication after the first trimester or immediately after birth. This strategy requires regular support and monitoring of the mental state throughout the period that the woman is medication free. The woman should be familiar with early warning signs of relapse. After careful consideration by the patient and psychiatrist (and ideally the partner if the patient wishes to involve them), a similar plan may be deemed appropriate in a woman who becomes pregnant on medication i.e. as soon as pregnancy if confirmed she and her doctor may opt to stop medication at least for the rest of the first trimester.

36
37
38
39

All treatment approached in women of child bearing potential should follow from a careful explanation of the risks and benefits of different medication regimes to the mother and the unborn child versus the risks and benefits associated with being medication free.

40

*Women with an unplanned pregnancy*

41
42

8.7.2.12 For a woman with bipolar disorder who has an unplanned pregnancy prescribers should:

43

- confirm the pregnancy as quickly as possible

CONFIDENTIAL
AZSER12751292

DRAFT FOR SECOND CONSULTATION

1   • normally advise the woman to discontinue taking sodium valproate or
2     carbamazepine

3   • if the pregnancy is confirmed in the first trimester, and the patient is
4     stable, stop lithium by gradually reducing the dose over a period of 4
5     weeks. The patient should be informed that discontinuation on
6     confirmation of pregnancy may not avoid cardiac defects in the fetus

7   • offer the choice of alternative prophylactic medication (an
8     antipsychotic)

9   • offer appropriate screening and counselling concerning the
10    continuation of the pregnancy, additional monitoring and information
11    from appropriate healthcare professionals about the risks to the fetus
12    if it is agreed she stay on the existing medication.

13  8.7.2.13 If a woman remains on lithium during pregnancy monitor serum lithium
14     levels every 4 weeks, then weekly from the 36th week , and within 24 hours
15     of childbirth. The dose should be adjusted to maintain appropriate serum
16     levels within the therapeutic range. Ensure that the woman maintains
17     adequate fluid intake because of the risk of toxicity.

18  8.7.2.14 If a woman with bipolar disorder and an unplanned pregnancy continues
19     with the pregnancy, a full paediatric assessment of the new-born baby is
20     required with appropriate social and medical help being provided for
21     mother and child.
22

23  *Pregnant women experiencing acute mania or depression*

24  *Acute mania*

25  8.7.2.15 For women who are pregnant, on no current appropriate medication and
26     experiencing acute mania prescribers should consider olanzapine or a
27     typical antipsychotic†, keeping the dose as low as possible and monitoring
28     carefully.

29  8.7.2.16 For women who are pregnant, currently taking prophylactic medication and
30     experiencing acute mania prescribers should:

31     • check dose/adherence to the prophylactic agent

32     • increase dose of the antipsychotic or consider changing to an
33       antipsychotic if not on such medication

34       • if there is no response and the patient is severely manic consider the
35         use of ECT , lithium and, rarely, valproate.

CONFIDENTIAL
AZSER12751293

DRAFT FOR SECOND CONSULTATION

1  8.7.2.17 Where no effective alternative to sodium valproate can be identified women
2       should be informed of the increased risk to the fetus and subsequently to
3       the child's intellectual development. The lowest possible effective dose
4       should be used and consideration should be given to augmenting the low-
5       dose with additional antimanic medication, other than carbamazepine.

6  8.7.2.18 Lamotrigine should not normally be prescribed in pregnancy for women with
7       bipolar disorder.

8  *Acute depression*

9  8.7.2.19 In the treatment of mild depressive symptoms in pregnant women with
10      bipolar disorder consider:

11      • Self-help approaches such as CCBT

12      • Brief psychological interventions

13      • Antidepressant medication.

14 8.7.2.20 In the treatment of moderate to severe depressive symptoms in pregnant
15      women with bipolar disorder consider:

16      • psychological treatment (CBT) for moderate depression

17      • combined medication and structured psychological intervention for
18       severe depression.

19 8.7.2.21 In the treatment of moderate to severe depressive symptoms in bipolar
20      disorder in pregnant women quetiapine† alone or SSRIs† (but excluding
21      paroxetine) in combination with prophylactic medication should be
22      preferred as they are less likely to be associated with switching than the
23      tricyclic antidepressants†. Monitor closely for signs of switching and stop
24      the drug if patients start to develop manic or hypomanic symptoms.

25 8.7.2.22 Women with bipolar disorder who are prescribed an antidepressant during
26      pregnancy and the immediate postnatal period should be informed by
27      healthcare professionals of the potential adverse but predominantly short-
28      lived effects of antidepressants on the neonate.

29

30 *Care in the perinatal period*

31 8.7.2.23 Women maintained on lithium should be delivered in hospital, and
32      monitored during labour by the obstetric medical team, in addition to usual
33      midwife care, including appropriate monitoring of fluid balance, because of
34      the risk of dehydration and lithium toxicity.

35 8.7.2.24 For women with bipolar disorder in the immediate postnatal period who are
36      not medicated but at high risk of developing an acute episode, prescribers

CONFIDENTIAL
AZSER12751294

DRAFT FOR SECOND CONSULTATION

1        should consider establishing or reinstating medication as soon as the patient
2        is medically stable (once the fluid balance is established).

3    8.7.2.25 For a woman maintained on lithium who is considered at high risk of a manic
4        relapse in the immediate postnatal period, consideration should be given to
5        augmenting lithium treatment with an antipsychotic.

6    8.7.2.26 For women with bipolar disorder who develop severe manic or psychotic
7        symptoms and associated behavioural disturbance in the intrapartum
8        period prescribers should consider the use of rapid tranquillisation with an
9        antipsychotic in preference to a benzodiazepine because of the risk of floppy
10       baby syndrome. Such women should be managed in close collaboration
11       with an anaesthetist.

12   *Breast feeding*

13    8.7.2.27 For women with bipolar disorder continuing/starting on psychotropic
14        medication after childbirth who wish to breastfeed prescribers should:

15        •   give appropriate advice on the risks and benefits of breast feeding

16        •   advise not to breastfeed if taking lithium, benzodiazepines or
17           lamotrigine

18        •   offer an alternative prophylactic agent if the woman wishes to
19           continue breastfeeding – an antipsychotic should be the preferred
20           option

21        •   when prescribing an antidepressant use an SSRI.

22   *Care of the infant*

23    8.7.2.28 Any child born to a mother prescribed a psychotropic drug during pregnancy
24        should be monitored for the development of adverse drug effects, drug
25        toxicity or withdrawal (for example floppy baby syndrome, irritability,
26        constant crying, shivering, tremor, restlessness, increased tone, feeding and
27        sleeping difficulties and rarely seizures) in the first few weeks after delivery.

28    8.7.2.29 When a neonate presents with irritability, constant crying, shivering, tremor,
29        restlessness, increased tone, feeding, sleeping difficulties or seizures,
30       healthcare professionals should be aware that in a neonate whose mother
31       was prescribed antidepressants in the last trimester the symptoms may be
32       the result of a serotonergic toxicity syndrome rather than withdrawal  and
33       the normal course of action should be to monitor the neonate carefully.

34

CONFIDENTIAL
AZSER12751295

DRAFT FOR SECOND CONSULTATION

# 9 Psychological therapies in the treatment of bipolar disorder

## 9.1 Introduction: history of treatment for bipolar disorder

Treatment for bipolar disorder traditionally has been predominantly pharmacotherapy. However, prophylactic agentssuch as lithium provide a long-term benefit for only about two thirds of patients with bipolar disorder (Goodwin 2002, Prien & Potter 1990). Lamotrigine may have a long-term role in delaying or preventing the recurrence of depressive episodes but lithium, antipsychotics and valproate semisodium remain first line treatments (Calabrese, Shelton, Rapport, Kimmel & Elhaj, 2002). In view of the limitations of pharmacotherapy alone to prevent relapses, there has been an emerging interest in developing psychological treatments specifically designed for bipolar disorder in recent years (Lam 2002). It is hoped that these psychological treatments specially designed for bipolar disorder may contribute to the prevention of relapses.

One of the first psychological treatments to be offered to people with bipolar disorder was psychoanalytic psychotherapy. There has been a longstanding clinical and theoretical interest in the treatment of bipolar disorder in the field of psychoanalysis. Over the past 70 years a number of case studies have reported treatment outcomes for people with bipolar disorder but there have been no systematic reviews or controlled trials which have evaluated the psychoanalytic treatment of bipolar disorder.

## 9.2 Principles of psychological treatment

### 9.2.1 Diathesis-stress model and combined treatment

As for most severe mental disorders, the diathesis-stress model applies to bipolar disorders. Biology predisposes individuals to be vulnerable to bipolar disorders. Yet, stress can both bring on the illness and affect its course. Hence, all randomised controlled psychological treatments studies cited below are combined treatments of medication and psychological therapy.

### 9.2.2 Aims of Psychological Intervention

The aims of psychological therapy are the prevention of relapses and the promotion of social functioning. Other aims may include the reduction of mood symptoms and mood fluctuations, promoting good coping skills, the enhancement of medication compliance and promoting communication within the family.

### 9.2.3 Time of Recruitment

Bipolar disorder is a complex illness. Treatments for different phases of the illness are likely to be different. Psychological strategies designed for prevention of relapses

CONFIDENTIAL
AZSER12751296

DRAFT FOR SECOND CONSULTATION

1  may be minimally effective for an acute episode.  In fact, strategies designed to target
2  an acute episode may be different. Hence, it is important to be clear whether the goal
3  of intervention is for the acute episode or relapse prevention for patients out of an
4  acute episode.  So far, the evidence for efficacy of combined drug and psychological
5  treatment is mainly in relapse prevention for patients who are out of an acute
6  episode (for example, Lam *et al* 2003) or very stable patients (for example, Colom *et*
7  *al*. 2003).


8  **9.2.4        Therapists' variables**
9  Psychological treatments for bipolar disorder are complex and require a high level of
10  therapist expertise. These include psychological skills as well as sound knowledge
11  about bipolar disorder and its pharmacological treatment. Such knowledge enables
12  therapists to discuss treatment options intelligently with patients and gain
13  credibility.   Furthermore, it enables therapists to detect early stages of a manic
14  relapse and institute strategies to prevent early stages escalating to full-blown
15  episodes.  Pharmacological intervention may also need to be instituted for patients
16  with a history of rapid swings into mania.  This is made much easier if therapists are
17  familiar with the disorder and its pharmacological management.


18  **9.2.5        Variation in Delivery of Psychological Therapy**
19  Efficacy evidence for psychological therapy in bipolar disorder has come from a
20  variety of sourcesincluding: individual work (Frank *et al*. 1994, Scott *et al*. 2001, Lam
21  *et al*. 2003, Scott *et al*, *in press*), group work (Colom *et al* 2003) and family work
22  (Miklowitz *et al*. 2000). The choice of mode of delivery depends on patients'
23  preference, constraints of local services and patients' mental state.  For example,
24  complex psycho educational groups as conducted by Colom's group should only be
25  considered when patients have been stable for several months.

26  Psychological treatment approaches specific for bipolar disorder identified by the
27  GDG to have some evidence of treatment efficacy include the following:

28    • Cognitive behavioural therapy
29    • 'Complex' psychoeducation
30    • Focused family therapy
31    • Interpersonal social rhythm therapy
32    • Identifying early warnings and seeking early help.


33  **9.2.6        Shared Common Features**
34  Irrespective of differences in theoretical frameworks and mode of delivery, there are
35  some common features in psychological work in relapse prevention in bipolar
36  disorders.  These include:

37    • Psychoeducation about the illness;
38    • Promoting medication adherence;
39    • Promotion of regular daily routine and sleep;

CONFIDENTIAL
AZSER12751297

DRAFT FOR SECOND CONSULTATION

1  • Monitoring mood, detection of early warnings and strategy to prevent early
2    stages from developing into full-blown episodes;

3  • General coping strategies including problem-solving techniques.

## 9.3    The early warning approach

The interest in studying early warnings of relapse in bipolar disorder is based on the assumption that if patients can detect early warnings, actions may be taken to prevent the development of a full episode.  Studies have found that bipolar patients can report early warnings of relapses reliably (Molnar, Feeney & Fava 1988; Lam & Wong 2001) and are better at reporting early warnings of mania than early warnings of depression (Lam & Wong 1997).  However, the patterns of early warnings and the length of early warning periods are different for different patients (Smith & Tarrier 1992; Jackson, Scott 2004; Lam & Wong in press). Only one study investigated the effect of adaptive coping with early warnings on the course of the illness in bipolar disorder. A cross-sectional study reported that bipolar patients' level of functioning was highly related to how well they coped with the early warning signs (Lam & Wong 1997). It was also found that adaptive cognitive and behavioural coping strategies for early warnings predicted less manic symptoms, good functional outcomes and reduced relapses eighteen months later (Lam & Wong 2001). Common early warning signs of mania include decreased need for sleep, increased activities, being more sociable and racing thoughts while common early warning signs of depression are loss of interest, not being able to put worries aside and interrupted sleep (Lam, Wong & Sham 2001).

## 9.4    Overview of clinical review

### 9.4.1        Definitions of psychological therapies reviewed

*Cognitive behavioural therapies (CBT)*
Cognitive behavioural therapies were defined as discrete, time limited, structured psychological interventions, derived from the cognitive behavioural model of affective disorders and where the patient:

• Works collaboratively with the therapist to identify the types and effects of thoughts, beliefs and interpretations on current symptoms, feelings states and/or problem areas
• Develops skills to identify, monitor and then counteract problematic thoughts, beliefs and interpretations related to the target symptoms/problems
• Tackles dysfunctional assumptions, which may maintain some high-goal attainment behaviour
• Learns a repertoire of coping skills appropriate to the target thoughts, beliefs and/or problem areas.

*Family interventions*
Family sessions with a specific supportive or treatment function based on systemic, cognitive behavioural or psychoanalytic principles, which must contain at least one of the following:

• Psychoeducational intervention, and/or
• Problem solving/crisis management work, and/or

CONFIDENTIAL
AZSER12751298

DRAFT FOR SECOND CONSULTATION

1       • Intervention with the identified patient.
2
3    *Complex psychoeducation*
4    Complex psychoeducation was defined as any group programme involving an
5    explicitly described educational interaction between the information provider and
6    the patient/carer as the prime focus of the intervention. Patients/carers should be
7    provided with information, support and different management strategies, including:
8       • illness awareness
9       • treatment compliance
10      • early detection of prodromal symptoms and relapse
11      • lifestyle regularity.
12
13   *Interpersonal and social rhythm therapy*
14   Interpersonal and social rhythm therapy was defined as discrete, time limited,
15   structured psychological intervention, derived from interpersonal model of affective
16   disorders that focuses on:
17      • Working collaboratively with the therapist to identify the effects of key
18        problematic areas related to interpersonal conflicts, role transitions, grief and
19        loss, and social skills, and their effects on current symptoms, feelings states
20        and/or problems
21      • Seeking to reduce symptoms by learning to cope with or resolve these
22        interpersonal problem areas
23      • Seeking to improve the regularity of daily life in order to minimise relapse.

24   **9.4.2        Evidence search**

25   The review team conducted a new systematic search for RCTs that assessed the
26   efficacy of psychological interventions for people with bipolar disorder, both in an
27   acute illness phase and as long-term treatment for people who have recovered from
28   an acute episode. Databases searched are in Table 72.
29

**Table 72. Databases searched and inclusion/ exclusion criteria for clinical
effectiveness of psychological interventions.**

|  | Psychological interventions |
|---|---|
| **Electronic databases** | All searched from inception: MEDLINE, EMBASE, PsycINFO, Cinahl |
| **Update searches** | October 2004; April 2005; September 2005 |
| **Study design** | RCT |
| **Patient population** | Bipolar I or II regardless of state at time of recruitment |
| **Interventions included** | All psychological therapies |
| **Outcomes** | Primary outcomes: relapse, not in remission, mean number of days in episode, discontinuation from treatment for any reason<br>Secondary outcomes: symptom levels (mania, depression, psychosis), functional status, hospitalisation, |
| **Exclusion criteria** | See appendices |

30   **9.4.3        Presenting the evidence**
31   Systematic reviews of the evidence are based on the searches described above,
32   supplemented with additional narrative as necessary. Relevant characteristics of all
33   included studies are in Appendix 21, together with a list of excluded studies with
34   reasons for exclusion, and full references for both included and excluded studies.
35   These are presented for each topic covered in this chapter. To aid readability,
36   summaries of the study characteristics are included below, followed by the critical

CONFIDENTIAL
AZSER12751299

DRAFT FOR SECOND CONSULTATION

1  outcomes from the evidence profiles, together with a summary of the evidence
2  profile.
3
4  In all of these studies are referred to by a study ID (primary author in capital letters
5  and date of study publication, except where a study is *in press* or only submitted for
6  publication, then a date is not used).
7
8  Based on the GRADE methodology outlined in chapter 2, the quality of the evidence
9  is summarised in the evidence profiles and summary of the evidence profiles as
10  follows:
11
12  High = Further research is very unlikely to change our confidence in the estimate of
13  the effect;
14
15  Moderate = Further research is likely to have an important impact on our confidence
16  in the estimate of the effect and may change the estimate;
17
18  Low = Further research is very likely to have an important impact on our confidence
19  in the estimate of the effect and is likely to change the estimate;
20
21  Very low = Any estimate of effect is very uncertain.

22  **9.4.4       Search results**
23  Twenty-one trials were identified from searches of electronic databases, 11 of which
24  met the eligibility criteria set by the GDG (COCHRAN1984, COLOM2003,
25  COLOM2003A, FRANK1997, LAM2000, LAM2003, MIKLOWITZ2000, PERRY1999,
26  REA2003, SCHMITZ2003 , SCOTT2001), and pre-publication copies of a further 4
27  trials were sourced directly from known researchers in the field one of which has
28  been subsequently published (MILLER2004, SCOTT *in press*, MEYER unpub, BALL*in
29  press*). Three of these met inclusion criteria (BALL *in press* MILER2004, SCOTT *in
30  press*) (see section on CBT below). Excluded studies with reasons for exclusion can be
31  seen in Appendix 21. See tables below for a summary of the characteristics of
32  included studies. Further details are available in Appendix 21.

33  **9.4.5       Review strategy**
34  There are very few studies of psychological therapy in bipolar disorder. In addition,
35  there are no studies of psychological therapy where all participants are in an acute
36  episode, although some studies recruited during acute phase treatment (for example,
37  REA2003) and others included some acute-phase patients (for example, SCOTT *in
38  press*). In the main it was not possible to combine studies using meta-analysis because
39  of heterogeneity in study populations and interventions. Therefore, the review team
40  calculated effect sizes for study outcomes for each study individually (see evidence
41  profiles). The studies are presented below by intervention, with particular issues
42  with individual studies discussed as appropriate.

43  # 9.5   Overview of health economics review
44  The systematic literature search for economic studies identified one study that
45  assessed the cost-effectiveness of CBT combined with pharmacological treatment for

CONFIDENTIAL
AZSER12751300

DRAFT FOR SECOND CONSULTATION

1  long-term maintenance of patients with bipolar disorder (LAM2003). The
2  characteristics of the study are presented in the evidence tables for economic studies
3  in Appendix 14.

4  ## 9.6   Family interventions

5  ### 9.6.1      Clinical studies considered for family interventions

6  Three studies were of family interventions (REA2003, MIKLOWITZ2000, MILLER
7  unpub) all undertaken in the US. These recruited patients during an acute episode,
8  with treatment starting either whilst the acute phase was still ongoing (MILLER2004,
9  MIKLOWITZ2000) or once participants were stabilised (REA2003).  See Table 73.

10

11  **Table 73 Summary of study characteristics for family interventions (all**
12  **adjunctive to medication)**

|  | Family intervention vs individual intervention | Family intervention vs crisis management | Family intervention vs Multi-family group psychoeducation vs no pharmacotherapy + clinical management |
|---|---|---|---|
| No. trials (No. participants) | 1 RCT (53) | 1 RCT (101) | 1 RCT (92) |
| Study ID | REA2003 | MIKLOWITZ2000 | MILLER unpub |
| Diagnosis | 100% bipolar I manic | 51% bipolar I manic 35% bipolar I depressed 15% bipolar mixed | 74% bipolar I manic 20% bipolar I depressed 6% bipolar I mixed |
| Mean age | 26 | 34 | 39 |
| Bipolar history | 40% in first episode | Age at onset (sd): 23.9 (7.5)/ 25.4  (10.6) Duration of illness (sd): 12.2 (9) years/10.9(9.2) | Age at onset: depression: 19-25, mania: 27-29; Previous episodes: depression - 5-10; mania - 4-6 |
| Outcome measures at start of study | [emailed authors for baseline SADS-C and BRMS – don't think we're going to get them] | SADS-C total (sd): Treatment - 3.1 (8); Control - 2.8 (7) | BRMS (sd): family therapy 21(11), multi-family therapy 20(11), no therapy 22(11) HRSD (sd): 9(10), 9(8), 10(10) GAF (sd): 27(6), 27(8), 29(6) |
| Length of treatment | 1 year (9 months for psychological treatment) | 9 months | 12 weeks |
| Length of follow-up | 1 year | 1 year | 2 years |

13
14  Note. SADS-C = Schedule for Affective Disorders and Schizophrenia, Change Version.

15  ### 9.6.2      Overview of clinical findings

16  An evidence profile detailing results from these trials is in Appendix 22, and a
17  summary is provided in Table 74.

18  The three studies of family interventions provide some evidence of effectiveness of
19  family interventions, although the overall quality is moderate. Patients in all studies
20  were taking prophylactic medication.

CONFIDENTIAL
AZSER12751301

DRAFT FOR SECOND CONSULTATION

1   REA2003 included a young patient population (average age 26 years), recruited
2   during an acute manic episode (40% in a first episode), with treatment starting once
3   patients were stabilised. There were no details of the randomisation process. For this
4   population, there is evidence that compared with individual interventions, a family
5   intervention resulted in better outcomes as measured by relapse and hospitalisation
6   at one year follow-up, although this evidence is of moderate quality. Other outcomes
7   were inconclusive.

8   MIKLOWITZ2000 included a mix of people with more established morbidity in
9   depressed, acute and mixed illness phases. It is not clear whether treatment started
10  during the acute episode. However, the study provides some evidence of efficacy of
11  family interventions compared with crisis management at follow-up.

12  MILLER unpub provides evidence of family interventions compared with
13  pharmacotherapy with clinical management or multi-family psychoeducation
14  groups. Evidence was inconclusive compared with multi-family psychoeducation
15  groups. Compared with pharmacotherapy plus clinical management family
16  interventions showed some efficacy, although the overall quality of evidence is low.

17  **Table 74 Summary evidence profile for family interventions**

|  | Family intervention vs individual intervention | Family intervention vs crisis management | Family intervention vs Multi-family group psychoeducation |
|---|---|---|---|
| **Evidence for efficacy (quality)** | Family therapy reduces relapse and hospitalisation at 1 year (moderate) | Family therapy reduces non-remission (moderate) | Efficacy data are inconclusive (data) |
| **Evidence for acceptability/ tolerability (quality)** | Other than for leaving treatment early, which was inconclusive (low), there are no acceptability/tolerability data | Other than for leaving treatment early, which was inconclusive (low), there are no acceptability/tolerability data | Other than for leaving treatment early, which was inconclusive (low), there are no acceptability/tolerability data |

18

19  # 9.7   Psychoeducation

20  ### 9.7.1        Clinical studies considered for psychoeducation
21  There were 2 studies of 'complex' psychoeducation (COLOM2003, COLOM2003A),
22  with one further study classified psychoeducation (PERRY1999).  Only COLOM2003
23  and COLOM2003A were combined in meta-analysis. All these studies recruited
24  euthymic patients.  See Table 75.

25  **Table 75 Summary of study characteristics for psychoeducation (all adjunctive
26  to medication)**

27

CONFIDENTIAL
AZSER12751302