DRAFT FOR SECOND CONSULTATION

|  | Complex group psychoeducation vs Group non-directive support | Psychoeducation + TAU vs TAU |
|---|---|---|
| *No. trials (No. participants)* | 2 RCTs (170) | 1 RCT (69) |
| **Study ID** | COLOM2003 COLOM2003A | PERRY1999 |
| **Diagnosis** | 85% bipolar I 15% bipolar II | 91% bipolar I 9% bipolar II |
| **Mean age** | 35-44 | 45 |
| **Bipolar history** | Euthymic for six months. Around 9 previous episodes, but recent history not clear. All patients in COLOM2003 had been compliant for past 6 months. | Euthymic but vulnerable to relapse |
| **Outcome measures at start of study** | No baseline data available [should be YMRS, H-17 – emailed authors 7/12] | HRSD: CBT 4.1 (3.6); Control 3.8 (3.6); BRMS: CBT 0.5 (1.1); Control 0.4 (0.6); MC Social Performance: CBT 3.7 (2.6); Control: 3.1 (3.0) |
| **Length of treatment** | 20 weeks | 3-6 months |
| **Length of follow-up** | 2 years | 18 months |

1
2    * Median (Q1, Q3)

3    **9.7.2        Overview of clinical findings**
4    An evidence profile detailing results from these trials is in Appendix 22, and a
5    summary is provided in Table 76.

6    Complex psychoeducation - COLOM2003 and COLOM2003A compared group
7    complex psychoeducation (which included psychoeducation about bipolar disorder,
8    communication enhancement training, and problem-solving skills training) with
9    group non-directive support in patients who were euthymic at baseline and, in
10   COLOM2003, had been compliant to medication in the previous 6 months. Both
11   studies were undertaken in a specialist centre Spain, and in all participants were
12   maintained on medication. There was a high dropout rate. Group complex
13   psychoeducation was more effective than group non-directive support at 2-year
14   follow-up based on the number relapsed. However, other outcomes were
15   inconclusive, and the overall quality of evidence is moderate.

16   Psychoeducation  - PERRY1999 compared psychoeducation with no additional
17   treatment in euthymic patients maintained on medication, and was undertaken in
18   the UK. The intervention focused on helping patients to identify early warning signs.
19   The intervention was effective in helping to prevent relapse into manic episodes, but
20   not depressed episodes. Other primary outcomes were inconclusive. The overall
21   quality of evidence is moderate.

CONFIDENTIAL
AZSER12751303

DRAFT FOR SECOND CONSULTATION

1  **Table 76 Summary evidence profile for psychoeducation**

|  | Complex group psychoeducation vs Group non-directive support | Psychoeducation + TAU vs TAU |
|---|---|---|
| **Evidence for efficacy (quality)** | Complex group psychoeducation reduces relapse compared with non-directive support (moderate) | Efficacy data are inconclusive (data) |
| **Evidence for acceptability/tolerability (quality)** | Complex group psychoeducation is more acceptable than non-directive support (moderate) | Fewer people left treatment early in the treatment as usual group (moderate) |

2  # 9.8   Cognitive behavioural therapy (CBT)

3  ## 9.8.1    Clinical studies considered for CBT

4  Four studies of CBT (LAM2000, LAM2003, SCOTT2001, SCOTT *in press*), all
5  undertaken in the UK, met inclusion criteria.  The majority of these studies recruited
6  euthymic patients maintained on prophylactic medication, two being of patients
7  liable to relapse (LAM2000, LAM2003) and one study, SCOTT *in press*, which
8  included a proportion of patients in the acute phase as well as some unmedicated
9  patients. For SCOTT *in press* data were obtained from the trial authors which
10  excluded these acute patients[9]. In addition, the GDG secured initial data from an
11  unpublished study undertaken in Germany (MEYER unpub). However, this study
12  was not included in the analyses since the relevant outcomes could not be reliably
13  extracted. An additional study, Ball *et al* (*in press*) was published too late for inclusion
14  in this review. A summary of study characteristics of included studies is in Table 77.

---

[9] These data were included in the first draft of the guideline, but were found to contain an
error and have been removed whilst the error is corrected. It is planned to include them in the
final draft.

CONFIDENTIAL
AZSER12751304

DRAFT FOR SECOND CONSULTATION

1  **Table 77 Summary of study characteristics for CBT (all adjunctive to**
2  **medication)**

|  | CBT vs medication only |
|---|---|
| *No. trials (No. participants)* | *5 RCTs*<br>*(457)* |
| **Study ID** | BALL unpub<br>LAM2000<br>LAM2003<br>SCOTT2001A<br>SCOTT *in press*** |
| **Diagnosis** | c.94% bipolar I<br>c.7% bipolar II |
| **Mean age** | 39-52 |
| **Bipolar history** | BALL unpub: >= episode in last 18 months; 0-8 depressive episodes;<br>2-3 manic episodes<br>LAM2000, 2003: Euthymic but vulnerable to relapse<br>LAM2000, 2003, SCOT2001A, : Majority of patients had more than 10<br>previous episodes |
| **Outcome measures at start of study** | BALL inpub: BDI: CBT 12.88 (7.98), TAU 19.98 (13.23)<br>MRS: CBT 1.92 (4.24), TAU 1.22 (2.83)<br><br>Lam2000:<br>BDI: CBT 13.54 (10.45), TAU 12.18 (6.01)<br><br>Lam2003: BDI: CBT 12.8 (9.4) TAU 14.3 (10.7)<br>MRS: CBT 2 (3.2), TAU 1.8 (2.1)<br><br>Scott2001: BDI: CT 20.7 (12.1); WLC: 17.0 (14.1) ISS activation: CT<br>106.7 (80.6); WLC 95.1 (62.1)<br><br>SCOTT *in press*: HRSD: CBT 6* (2,14); TAU 8 (3,13); BRMS: CBT 1*<br>(0,3); TAU 2 (0,3) |
| **Length of treatment** | Up to 30 weeks |
| **Length of follow-up** | Up to 2 years |

3  * median
4  ** data for patients who were euthymic and taking prophylactic medication at
5  baseline only

6  **9.8.2        Overview of clinical findings**

7  An evidence profile detailing results from these trials is in Appendix 22, and a
8  summary is provided in Table 78.

9  There were some quality issues in the SCOTT2001 trial (randomisation method not
10  clear, and not clear if assessors blinded). However, there was some evidence of the
11  efficacy of CBT compared with no psychological therapy based on relapse data at
12  follow-up. These outcomes are reported only by LAM2000 and LAM2003.
13

14  **Table 78 Summary of evidence profile for CBT in preventing relapse**

|  | CBT (+ treatment as usual) vs treatment as usual |
|---|---|
| **Evidence for efficacy  (quality)** | CBT is effective in reducing relapse (moderate) |
| **Evidence for acceptability/tolerability (quality)** | Other than for leaving treatment early, which was inconclusive<br>(low), there are no acceptability/tolerability data |

15

CONFIDENTIAL
AZSER12751305

DRAFT FOR SECOND CONSULTATION

1  ### 9.8.3        Health economics evidence
2  One study assessing the cost-effectiveness of CBT as part of prophylactic treatment
3  for patients with bipolar disorder met the eligibility criteria for inclusion in the
4  systematic review of economic literature (LAM2003). The economic analysis was
5  undertaken alongside an RCT conducted in the UK. The patient population consisted
6  of adult patients with bipolar I disorder, who experienced frequent relapses despite
7  being prescribed commonly used prophylactic agents. Patients experiencing an acute
8  episode or with high residual symptoms at the beginning of the study were excluded
9  from the trial. CBT comprised an average of 14 sessions for 6 months plus 2 booster
10  sessions for the following 6 months. CBT was added to standard care, defined as
11  treatment with prophylactic medication at a recommended level combined with
12  regular psychiatric outpatient follow-up. Therefore, the CBT group received CBT
13  added to standard care, whereas the control group received standard care alone. The
14  time frame of the analysis was 30 months overall, with results over the first 12
15  months of the trial also being analysed. The perspective of the analysis was that of
16  health and social care; estimated costs included costs associated with hospital care
17  (inpatient, outpatient, day hospital, accident & emergency attendances), mental
18  health services (psychiatrists, psychologists, community mental health nurses etc),
19  contacts with GPs, social workers, support groups, and residential care. The primary
20  outcome measure of the analysis was the number of days free from acute bipolar
21  episode per patient.

22  CBT added to standard care was demonstrated to be more effective than standard
23  care alone. Patients in the CBT group spent on average significantly less days in
24  acute bipolar episodes compared with the control group over 12 months and also
25  over the whole follow-up period of 30 months. In addition, mean total costs per
26  patient in the CBT group were lower than those in the control group for both periods
27  of time examined, as costs associated with provision of CBT were offset by a
28  reduction in costs for other services; however, this difference in costs between the
29  two groups was not statistically significant (mean total cost per patient over 30
30  months £10,352 in the CBT group and £11,724 in the control group, 1999/2000
31  prices).

32  A probabilistic analysis based on a regression model by applying bootstrapping
33  techniques on the trial results was also carried out. Results were presented in the
34  form of Cost-Effectiveness Acceptability Curves (CEACs), which showed the
35  probability of CBT added to standard care being cost-effective for a range of
36  potential values placed on the willingness-to-pay for an additional day free from
37  bipolar episode. The analysis demonstrated that, even with zero willingness-to-pay
38  for an additional day free from episode, the probability of CBT being cost-effective
39  was 0.85 for the first 12 months and 0.80 for the whole 30-month study period. At a
40  willingness to pay equal to £10 per additional day free from episode, the probability
41  of CBT being cost-effective rose up to 0.90 for the first 12 months and 0.85 for the
42  overall 30-month time frame of the analysis.

43  Despite the limitations of the study, such as the small study size (N=103 at
44  randomisation; cost data available for n=83 subjects at 30 months) and the method of
45  collection of costing data, which was based on self-report and hospital records, the
46  analysis suggests that addition of CBT to standard pharmacological treatment is
47  likely to be a cost-effective option in the UK for patients with bipolar I disorder: it is

CONFIDENTIAL
AZSER12751306

DRAFT FOR SECOND CONSULTATION

1 significantly more effective than pharmacological treatment alone at no extra total
2 cost.

3 ## 9.9    Psychological therapy for people with co-morbid
4            substance use

5 **9.9.1         Clinical studies considered**

6

7 There was one study of psychological therapy for people with co-morbid substance
8 use (SCHMITZ2003). See Table 79.

9 **Table 79 Summary of study characteristics for CBT for co-morbid substance**
10 **use vs medication alone**

11

12

13

14

|  | CBT for co-morbid substance use vs medication alone |
| --- | --- |
| *No. trials (No. participants)* | *1 RCT* *(46)* |
| Study ID | SCHMITZ003 |
| Diagnosis | Bipolar (type not specified) with co-morbid substance abuse disorder |
| Mean age | 35 |
| Bipolar history | Co-morbid substance abuse |
| Outcome measures at start of study | BDI: 23.1 (12.1) |
| Length of treatment | 12 weeks |
| Length of follow-up | - |

15

16

17

18

19

20 **9.9.2         Overview of clinical findings**
21 There were no extractable efficacy data and therefore it was not possible to assess
22 this treatment.

CONFIDENTIAL
AZSER12751307

DRAFT FOR SECOND CONSULTATION

1  ## 9.10   Interpersonal and social rhythm therapy (IPSRT)

2  ### 9.10.1      Clinical studies considered

3  There was one study of IPSRT (FRANK1997). This compared IPSRT with intensive
4  case management (ICM). Participants were recruited during an acute episode and
5  randomised to treatment or control. When their illness had stabilised (defined as 4
6  consecutive weeks with HRSD <= 7 and BRMS <= 7), they were randomised to either
7  continue with their acute treatment or switch to the other treatment. The different
8  papers published from this trial give slightly different accounts of how this was
9  done. From earlier papers it appears that participants were randomised to acute
10  treatment, and then re-randomised on stabilisation, but the later paper implies that
11  both randomisation procedures were undertaken at the study start, but that the
12  second allocation was not made known until stabilisation. An overview of the
13  study's characteristics is in **Table 80.**

14  **Table 80 Summary of study characteristics for IPSRT**

|  | IPSRT |
|---|---|
| *No. trials (No. participants)* | *1 RCT* *(175)* |
| **Study ID** | SCOTT1997 |
| **Diagnosis** | Bipolar I 29% mixed, 40% manic, 52% depressed |
| **Mean age** | 36 |
| **Bipolar history** | Mean 4 previous depressed episodes Mean 3 manic episodes Age at first depressed episode between 20.9 (6.9) and 23.6 (7.3) Age at first manic episode between 25.3 (9.2) and 27.2 (9.3) |
| **Outcome measures at start of study** | HRSD-17 (those in depressed episode) 18.4 (2.9) to 20.6 (5) BRPS (those in manic episode) 19.8 (11.4) to 23.9 (11.1) |
| **Length of treatment** | Weekly sessions until stabilized (4 consecutive weeks with HRSD <= 7 and BRMS <= 7), 12-week preventive phase (fortnightly sessions), 2-year maintenance phase (monthly sessions) |

15  ### 9.10.2      Overview of clinical findings

16  There were few extractable efficacy data from this trial so the evidence profile is
17  based on recurrence rates - see Table 81 for a summary. Also, since participants were
18  re-randomised to maintenance treatment, it is not appropriate to calculate effect sizes
19  from groups at the level of acute-maintenance treatment, since this violates the
20  principle of independent data points. Also, only those who had stabilised were
21  entered into the maintenance phase. Therefore, acute phase treatments and
22  maintenance phase treatments were compared separately regardless of allocation in
23  the other phase of the trial.

24  On raw recurrence rates at 2 years, based on separate analyses of allocation acute and
25  maintenance phase data, and including all those randomised in the analysis based on
26  acute-phase allocation, there is an effect for acute-phase IPSRT.

CONFIDENTIAL
AZSER12751308

DRAFT FOR SECOND CONSULTATION

1 **Table 81 Summary of evidence profile for IPSRT**

| | IPSRT |
|---|---|
| **Evidence for efficacy  (quality)** | IPSRT as acute-phase treatment reduces relapse (low) |
| **Evidence for acceptability/tolerability (quality)** | Other than for leaving treatment early, which was inconclusive (low), there are no acceptability/tolerability data |

## 2 9.11 Psychological therapy for medication adherence

3 **9.11.1      Clinical studies considered**

4 There was one study of psychological therapy aimed specifically at medication
5 adherence (COCHRAN1984). See Table 82.

6

7

8 **Table 82 Summary of study characteristics for psychological therapy for**
9 **medication adherence**

10

| | Medication adherence |
|---|---|
| *No. trials (No. participants)* | *1 RCT* <br> *(38)* |
| **Study ID** | COCHRAN1984 |
| **Diagnosis** | 75% bipolar I <br> 15% bipolar II <br> 3/28 cyclothymic disorder |
| **Mean age** | 33 |
| **Bipolar history** | [don't know how to describe these patients – not first episode] |
| **Outcome measures at start of study** | No baseline data available |
| **Length of treatment** | 6 weeks |
| **Length of follow-up** | 6 months |

11

12 **9.11.2      Overview of clinical findings**

13 See Table 83 for a summary. All outcomes were inconclusive.

14

15 **Table 83 Summary of evidence profile for psychological therapy for medication**
16 **adherence**

| | Medication adherence |
|---|---|
| **Evidence for efficacy (quality)** | Efficacy data are inconclusive (data) |
| **Evidence for acceptability/tolerability (quality)** | Other than for leaving treatment early, which was inconclusive (low), there are no acceptability/tolerability data |

17

CONFIDENTIAL
AZSER12751309

DRAFT FOR SECOND CONSULTATION

## 9.12   Clinical summary

### 9.12.1   Psychological treatments aimed preventing relapses of bipolar disorder

In common with many other treatment interventions for bipolar disorder there is relatively little research in this area, with only a few promising studies largely undertaken by specialist research groups. Therefore, it is uncertain whether the results generated by these studies, which show some effect of treatment, are generalisable to the wider clinical situation. Although, there is a slightly wider base for CBT compared with other therapies, there are problems in the research base such as population comparability. Overall, there are considerable methodological problems relating to the illness phase during which people are recruited into trials, and there are problems with inconsistent outcomes. In addition, there is no evidence for populations such as adolescents and older adults, and no evidence for people in the acute illness phase (in particular, depression, where evidence from unipolar populations indicates that psychological therapy is effective). Future research should focus on which populations are likely to gain benefit from psychological therapy, for example, based on whether patients are more liable to depressed or manic relapses.

### 9.12.2   Psychological approaches aimed at substance misuse

There is no evidence for psychological therapies in the treatment of bipolar disorder with comorbid substance use disorder.

### 9.12.3   Psychological approaches aimed at improving adherence

There is one low-quality study where the intervention is specifically aimed at improving medication adherence using basic CBT techniques, and on no outcome is there convincing evidence in favour of the treatment. However, there is some evidence from other studies reviewed in this section that psychological therapies in general rather than specific compliance therapy improve compliance.

## 9.13   Summary of economic evidence

There is evidence suggesting that CBT added to pharmacological treatment is a cost-effective option for the long-term maintenance of patients with bipolar I disorder in the UK.

## 9.14   Psychological treatments for children and adolescents

There are no formal evaluations of psychological interventions for children and adolescents with bipolar disorder despite the fact that broad psychological approaches to their treatment and management are common.  In most cases psychologically informed care management services are offered to children with bipolar disorder.  This would include a comprehensive multidisciplinary assessment and a range of individual psychological and family interventions.  In most cases this also involves significant liaison with school, home (including home visiting where necessary) and with primary care.  Rarely will formal therapy such as cognitive

CONFIDENTIAL
AZSER12751310

DRAFT FOR SECOND CONSULTATION

1  behavioural or psychodynamic psychotherapy be offered to children with these.  The
2  most likely psychological approach is an eclectic one aimed at elaborating and
3  formulating the individual's problems with an attempt at interventions which are
4  perceived as reducing the individual's vulnerability to further episodes.  In these
5  circumstances considerable caution should be exercised before offering formal
6  psychological therapies but it seems likely that the individual structured
7  psychological therapies for which there is evidence from adults for an effectiveness
8  potential would have application in particular for developmentally advanced
9  adolescents.
10
11  Of paramount importance in the management of children with severe mental illness
12  such as bipolar disorder, is the involvement of their families.  Again there is very
13  little evidence to support the use of formal interventions although a number of
14  details intensive interventions aimed at families have been developed
15  (MIKLOWITZ2000, REA2003). Again with more developmentally advanced
16  adolescents the offer of these structured formal family interventions may of benefit.

## 17  9.15  Clinical recommendations

18  Recommendations for psychological therapy during an acute depressive episode are
19  included in the relevant section of chapter 8.

20  *Psychological principles of the management of people with bipolar disorder*

21  9.15.1.1 Healthcare professionals should be guided psychological principles for the
22  management of all patients with bipolar disorder, including the
23  development of a therapeutic relationship, careful and regular self-
24  monitoring of symptoms (including triggers and early warning signs),
25  lifestyle advice (including sleep hygiene and work patterns) and coping
26  strategies.

27  *Psychological therapy following recovery from an acute episode*

28  9.15.1.2 For people with bipolar disorder who are relatively stable (but who may
29  experience mild to moderate affective symptoms), healthcare professionals
30  should consider individual structured psychological therapy (for at least 16
31  sessions over 6 to 9 months) in addition to medication which should:

32  •  include psychoeducation about the illness and the promotion of
33  regular daily and routine sleep and of medication adherence;

34  •  include monitoring mood, detection of early warnings and strategies
35  to prevent early stages from developing into full-blown episodes; and

36  •  enhance general coping strategies.

37  9.15.1.3 Healthcare professionals should ensure that psychological interventions, such
38  as CBT, are delivered by people with competence in the intervention and
39  experience of people with bipolar disorder.

CONFIDENTIAL
AZSER12751311

DRAFT FOR SECOND CONSULTATION

1  9.15.1.4 For people with bipolar disorder in regular contact with their families and
2  where an agreed focus for a family intervention can be identified, healthcare
3  professionals should consider offering a focused family intervention over a
4  period of 6 to 9 months, comprising elements of psychoeducation about the
5  illness, communication enhancement and problem solving.

6  *Harmful drug/alcohol use in bipolar disorder*

7  9.15.1.5 For patients with bipolar disorder and comorbid harmful drug and/or
8  alcohol use healthcare professionals should consider providing a
9  psychosocial intervention specifically targeted at the drug and/or alcohol
10  use (for example, psychoeducation and motivational enhancement). In most
11  cases this should normally be delivered by general mental health services
12  where appropriate in conjunction with specialist substance use services.

13  *Early warnings*

14  9.15.1.6 For people with bipolar disorder healthcare professionals, in collaboration
15  with the patient, should develop a programme to identify the symptoms
16  and indicators of a potential exacerbation of the disorder, and a plan of how
17  to respond (including both psychosocial and pharmacological interventions)
18  should be put in place.

19  *Personality Disorder*

20  9.15.1.7 For people with bipolar disorder and  comorbid personality disorder
21  healthcare professionals should ensure that they receive the same care as
22  others with bipolar disorder because the presence of a personality disorder
23  does not preclude the delivery of effective treatments for bipolar disorder.

24  *Special considerations for children and adolescents*

25  9.15.1.8 In planning the care of children and adolescents with bipolar disorder
26  healthcare professionals should carefully consider:

27  • stressors and vulnerabilities within the child or adolescent's social,
28  educational and family environments including the quality of
29  interpersonal relationships with family members, friends and peers

30  • the presence and impact of comorbid disorders, for example ADHD
31  and anxiety disorders

32  • the impact of the disorder on the social inclusion and educational
33  progression of the child or adolescent

34  • the vulnerability of the child or adolescent to exploitation, for example
35  as a result of disinhibited behaviour

36  • the active involvement of parents/carers in the development of care
37  plans so that parents/carers can give meaningful and properly

CONFIDENTIAL
AZSER12751312

DRAFT FOR SECOND CONSULTATION

1          informed consent before treatment is initiated, support the
2          psychological goals of treatment, and help to ensure adherence to
3          psychopharmacological regimens.

4    9.15.1.9 Children and adolescents with bipolar disorder should be offered separate
5          individual appointments with a healthcare professional in addition to joint
6          meetings with their family members or carers. Consideration should be
7          given to the involvement of all family members in the development of the
8          treatment plan.

CONFIDENTIAL
AZSER12751313

DRAFT FOR SECOND CONSULTATION

# 10  Living with bipolar disorder: interventions and lifestyle advice

## 10.1  Introduction

### 10.1.1          Environmental effects on the onset and course of bipolar disorder

A prevailing view among some psychiatrists and other health professionals has been that bipolar disorder is a genetically inherited disorder and the course of the bipolar disorder is therefore biologically pre-determined. In this view environmental factors such as life stress plays little if any role in the development and course of bipolar disorder, which might respond to pharmacological treatment but not psychosocial interventions (Post *et al*, 1986).

However, the benefits of self-help and self-management interventions, involving the environment, have been reported by service users on the overall course of bipolar disorder.. For example, people who had stayed well with bipolar disorder for two years reported that their successful strategies for staying well included making lifestyle changes, managing sleep and stress, and identifying triggers (such as life stress) for illness episodes (Russell & Browne, 2005). Furthermore, the prevailing view in the research community is now that both genetic and environmental factors determine the onset and course of bipolar disorder. For instance, a history of child or adolescent physical or sexual abuse is associated with a range of adverse outcomes in service users with bipolar disorder such as earlier onset of bipolar disorder, increased number of other comorbid physical and mental health problems, alcohol and drug abuse, more frequent rapid cycling of mood, and more suicide attempts (Leverich *et al*, 2002).

A historically important theory has been that life stress is important in bringing on the first bipolar episodes but life stress becomes less important in subsequent bipolar episodes as progressive biological processes then determine the course of the bipolar disorder (Post *et al*, 1986). Childbirth provides the best evidence that an environmental factor is a risk factor for the onset of bipolar disorder (Tsuchiya *et al*, 2003).   A major life event, such as death in the family, unemployment, recent marriage or marital breakdown, may be associated with a first admission with bipolar disorder (Kessing *et al*, 2004). However, there is conflicting evidence whether life events are important only to early episodes of bipolar disorder, or are important in at least some service users with bipolar disorder, in relation to both the onset and recovery from episodes throughout the service user's life  (Hammen & Gitlin, 1997; Johnson & Miller, 1997; Hlastala *et al*, 2000). The importance of life events to the course of illness is difficult to establish because of methodological problems in dating life events and determining their nature, severity and context (Sclare & Creed, 1990). A life stress for one person may not be a life stress to another person who has a different set of beliefs, past experiences and current social situation. Life stress may also have differing effects on the onset or course of bipolar disorder depending on developmental and demographic factors such as gender and age of onset (Hays *et al*, 1998; Johnson *et al*, 2000).

CONFIDENTIAL
AZSER12751314

DRAFT FOR SECOND CONSULTATION

1
2  A psychological autopsy study suggests that recent life stress is associated with
3  completed suicide in bipolar disorder, especially if they are in a depressive episode.
4  (Isometsa *et al*, 1995).
5
6  Another historically important environmental theory is the role of sleep deprivation
7  in both precipitating and maintaining mania (Wehr *et al*, 1987).  The concept has
8  developed so that disrupted social routine (social rhythms) may precipitate mania
9  (Malkoff-Schwartz *et al*, 1998), while depression may be precipitated by life stress in
10  the form of stressful life events (Malkoff-Schwartz *et al*, 2000) or criticism and
11  hostility from the family (Yan *et al*, 2004). Positive life events such as receiving praise
12  at work has also been linked to the onset of mania (Johnson *et al*, 2000).
13
14  Potentially these concepts may have important implications for the work and
15  lifestyle of service users with bipolar disorder, their carers, families and health
16  professionals. For instance if sleep deprivation, disruption of sleep patterns and
17  social routine bring on mania, then people with bipolar disorder may be advised not
18  to carry out shift work, fly across time zones, avoid night flights and early morning
19  travel. Time spent in a family, or even on a ward, when the family or ward
20  atmosphere is stressful, hostile or critical, may be detrimental to the patient with
21  mania or depression, and the patient may need to spend time in a different
22  environment or the family may need extra support. Therefore this chapter will
23  review the evidence whether lifestyle has an impact on the onset of mania or
24  depressive episodes, or suicide attempts.

25  **10.1.2        Lifestyle in relation to overall health and quality of life in bipolar**
26  **disorder**
27  The effects of lifestyle in people with bipolar disorder is not confined to
28  considerations about the onset of bipolar disorder, the onset and recovery from
29  manic and depressive episodes, and prevention of suicide. While these outcomes
30  tend to be, and probably should remain the most important issues in the mind of
31  many healthcare professionals, there are other important considerations in the minds
32  of people with bipolar disorder and their carers. Issues that are important to people
33  with bipolar disorder include social adjustment and function, quality of life, physical
34  health and appearance, spiritual life, the life of carers and family, issues of personal
35  control over their life, stigma and finances (Osby *et al*, 2001; Mitchell & Romans,
36  2003; Morselli *et al*, 2004). The way a person with bipolar disorder conducts their life
37  can have important implications for these outcomes in addition to their overall mood
38  and recent course of illness. Some of the difficulties in caring for a person with
39  bipolar disorder can be due to a conflict between issues such as personal control of
40  the service user over their treatment and adherence to medication, concern over
41  physical health and appearance and adherence to prophylactic medication associated
42  with weight gain, stigma, and receipt of help from mental health services. Persistence
43  from health professionals in an appropriate health setting, coupled with the
44  experience of the service user with bipolar disorder and their carer over time, tends
45  in time to produce a workable and effective management plan.
46
47  The quality of life and function of service users with bipolar disorder is comparable
48  to or below the quality of life of other chronic medical illnesses such as multiple
49  sclerosis and diabetes mellitus (Cooke *et al*, 1996). Symptom free service users with
50  bipolar disorder may have a better quality of life than clinically stable service users

CONFIDENTIAL
AZSER12751315

DRAFT FOR SECOND CONSULTATION

1    with schizophrenia (Chand *et al*, 2004), and similar social adjustment to service users
2    with highly recurrent unipolar depressive episodes (Morriss *et al*, in preparation).
3    Quality of life, function and disability tend to be predicted by the presence of
4    symptoms, especially depressive episodes and depressive symptoms appearing
5    between bipolar episodes, and the number of previous episodes and hospitalisations
6    (Ozer *et al*, 2002). However, daily stesses, other psychiatric comorbidity, physical
7    health problems, substance misuse, borderline or antisocial personality disorder,
8    over-sedation from medication, social isolation and neurocognitive impairment
9    (Judd *et al*, 2002; Chand *et al*, 2004; Thompson *et al*, 2005 ; Morriss *et al*, in
10   preparation) all have an important bearing on the quality of life, function and social
11   adjustment of people with bipolar disorder. Service users with bipolar disorder often
12   have a high degree of educational achievement that is not reflected in their
13   occupational functioning (MDF The BiPolar Organisation, 2001; Morselli *et al*, 2004).
14   There are particular concerns among a large proportion of service users about stigma
15   and the breakdown of relationships with some family members and friends (Morselli
16   *et al*, 2004).
17
18   Additionally, there is some preliminary evidence that the high intake of omega 3
19   fatty acids in the diet, typically as fish oil, can have short-term benefits
20   symptomatically in people with bipolar disorder. A small randomised controlled
21   trial involving 30 patients with bipolar disorder found that high doses of omega 3
22   fatty acids delayed acute bipolar relapse over four months (Stoll *et al*, 1999). A
23   randomised controlled trial of moderate doses of omega 3 fatty acids in 28 patients
24   with unipolar major depression reduced the severity of depressive symptoms over
25   eight weeks (Su *et al*, 2003).  Omega 3 fatty acids can cause gastrointestinal symptoms
26   such as nausea and an unpleasant fishy taste. Their effectiveness is unknown over
27   the longer-term so recommendations about dietary change beyond short-term use
28   cannot be made.
29
30   There is a growing concern about the physical health of service users with bipolar
31   disorder.  In addition to high mortality (expressed as standardised mortality rates)
32   from suicide and possibly accidents, there is increasing evidence of a doubling of the
33   standardised mortality ratio for cardiovascular mortality and increased mortality
34   from pulmonary embolism in people with bipolar disorder (Osby *et al*, 2001; Angst *et*
35   *al*, 2002; Strudsholm-Ulla *et al*, 2005). Compared to United States national population
36   data, the prevalence of diabetes mellitus, chronic obstructive airways disease, lower
37   back pain, HIV infection and hepatitis C seem to be raised (Kilbourne *et al*, 2004;
38   Beyer *et al*, 2005). HIV infection and hepatitis C may be explained by comorbid
39   intravenous street drug use while other health problems, particularly diabetes
40   mellitus and ischaemic heart disease, are likely to be related to increased rates of
41   obesity and metabolic syndrome (McElroy *et al*, 2002; Mackin *et al*, 2005). There are
42   many possible reasons for increased obesity, diabetes mellitus and cardiovascular
43   disease in bipolar disorder, including poor diet and lack of activity (Elmslie *et al*,
44   2001) and weight gain induced by many of the drugs used to manage bipolar
45   disorder, in addition to growing rates of obesity in the general population. There is
46   evidence that attendance at lithium clinics and longer term use of medication may be
47   associated with reduced mortality from all causes in people with bipolar disorder
48   (Ahrens *et al*, 1995; Kallner *et al*, 2000; Angst *et al*, 2005). These results may be
49   explained by the choice of patients offered longer term medication, or attendance at
50   clinics and adherence to medication may be associated with greater interest in
51   lifestyle and reduced exposure to adverse lifestyle factors such as substance abuse, or

CONFIDENTIAL
AZSER12751316

DRAFT FOR SECOND CONSULTATION

1  that people who are adequately treated for their bipolar disorder are better able to
2  look after themselves in relation to their physical health.
3
4  There is growing concern over the quality of general medical care that service users
5  with bipolar disorder receive.  Service users with bipolar disorder over 50 years of
6  age received less general medical care than people with other mental disorders
7  (Cradock-O'Leary *et al*, 2002), and obtained fewer investigative or operational
8  procedures after myocardial infarction (Druss *et al*, 2002).
9
10  The rise in obesity and growing evidence of increased morbidity and mortality as a
11  result of obesity require a positive approach by people with bipolar disorder and
12  health professionals. Therefore the evidence for strategies to prevent weight gain and
13  the benefits of exercise have been examined (Menza *et al*, 2004), including the
14  effectiveness of exercise in terms of improving mood and preventing recurrence of
15  depressive episodes (Babyak *et al*, 2000).

16  **10.1.3        Topics covered**
17  This chapter covers the following topics:
18
19  Lifestyle interventions:
20       The prevention and management of weight gain
21       Exercise in the management of bipolar depression
22       Psychoeducation and information giving
23
24  Managing daily life:
25       Sleep patterns
26       Social rhythms
27       Life events
28       Family atmosphere
29       Implications for lifestyle and work
30
31  Social support.

## 10.2  The prevention and management of weight gain

33  **10.2.1        Introduction**
34  Many drugs used in the routine treatment of bipolar disorder are known to cause
35  weight gain, in particular, olanzapine, quetiapine, valproate and lithium. Many
36  patients find weight gain distressing and it can lead to poor adherence with
37  medication regimes. It is therefore important that healthcare professionals not only
38  take a baseline weight measurement at initiation of treatment, but also monitor
39  weight regularly during treatment. It is also important to advise patients on weight
40  management at the outset of treatment and also if patients gain weight during
41  treatment.

42  **10.2.2        Evidence search**
43  Since there are very few RCTs for the management or prevention of weight gain
44  specifically in people with bipolar disorder, an additional search was undertaken
45  for trials of interventions for, or prevention of, weight gain during treatment with
46  antipsychotics, anticonvulsants and lithium regardless of diagnosis. Databases

CONFIDENTIAL
AZSER12751317

DRAFT FOR SECOND CONSULTATION

1  searched are in Table 84.
2

**Table 84. Databases searched and inclusion/ exclusion criteria for the treatment or prevention of medication-induced weight gain.**

| Electronic databases | MEDLINE, EMBASE, PsycINFO, Cinahl from database inception to 27 January 2005 |
|---|---|
| Update searches | September 2005 |
| Study design | RCT, non-randomised controlled trials |
| Patient population | Those with any mental health disorder treated with antipsychotics, anticonvulsants or lithium |
| Interventions included | Any, including psychosocial and pharmacological |
| Outcomes | Weight change from baseline (kg), change in BMI from baseline, leaving treatment early for any reason, psychiatric symptom levels |
| Exclusion criteria | |

3  **Outcomes**

4  Critical outcomes for this review were those measuring weight change, with Body
5  Mass Index (BMI) being considered the most relevant. When considering the clinical
6  significance of mean changes in weight from baseline following treatment, the GDG
7  acknowledged that the importance of weight loss or gain is a personal issue varying
8  from patient to patient. However, for the purposes of assessing the evidence a
9  change of 2 kg or more was adopted as an initial indicator of potentially useful
10  benefit.

11  **10.2.3        Weight-gain prevention**

12  *Studies considered*

13  Five trials were identified from searches of electronic databases, 3 of which met
14  the eligibility criteria set by the GDG. Excluded studies with reasons for
15  exclusion can be seen in Appendix 21. See Table 85 for an overview of included
16  studies. Further characteristics of included studies are available in Appendix 21.

17

CONFIDENTIAL
AZSER12751318

DRAFT FOR SECOND CONSULTATION

| Table 85 Summary of study characterstics for weight gain prevention interventions | | |
|---|---|---|
| | **Psychosocial interventions** | **Pharmacological interventions** |
| *No. trials (No. participants)* | *1 RCT*<br>*(70)* | *3 RCTs*<br>*(201)* |
| **Study ID** | LITTRELL.2003 | CAVAZZONI.2003 (1)<br>POYUROVSKY.2003 (2) |
| **Diagnosis** | Schizophrenia and related disorders | (1) Schizophrenia and related disorders<br>(2) Schizophrenia and related disorders |
| **Mean age** | 34 | (1) Not given; range 16-65<br>(2) 30 |
| **Intervention** | Psychoeducation including nutrition, exercise | (1) Nizatidine 600 mg or 150 mg (2 groups)<br>(2) Reboxetine 4 mg |
| **Comparator treatment** | Standard care | |
| **Psychotropic medication** | Olanzapine | (1) Olanzapine<br>(3) Olanzapine |
| **Outcome measures at start of study** | Mean BMI psychoeducation: 26.26 (3.68); standard care 27.17 (5.79) | (1) mean weight (kg) nizatidine 600 mg; 75.69 (14.33); 150 mg 80.1 (14.21); placebo 77.21 (14.57)<br>(3) mean BMIs reboxetine 22.76 (3.62); placebo 31.7 (11.8) |
| **Setting** | US; community mental health centres | (1) US; in- and outpatients<br>(3) Israel; inpatients receiving hospital meals |
| **Length of treatment** | 16 weeks | (1) 16 weeks<br>(3) 6 weeks |
| **Length of follow-up** | 2 months | (1) No follow-up<br>(3) No follow-up |

1
2

CONFIDENTIAL
AZSER12751319

DRAFT FOR SECOND CONSULTATION

1

2    *Weight gain prevention review*

3    There is some evidence that nizatidine at 600 mg per day helps prevent weight gain
4    during treatment with olanzapine. However, the weight-gain difference compared
5    with placebo is small. This evidence is from a population with schizophrenia.
6    Although 600 mg is above the dose recommended in the BNF, it is within the
7    licensed dose (Summary of Product Characteristics on www.medicines.org.uk, site
8    visited 3 March 2005).

9

10   There is also evidence of the effectiveness of reboxetine (4 mg) in the prevention of
11   weight gain during treatment with olanzapine in people with schizophrenia.

12

13   An overview of the results is provided in Table 86 with the full profile in Appendix
14   22.

15

**Table 86. Summary evidence profile for interventions weight gain prevention**

|  | Psychosocial interventions | Pharmacological interventions |
|---|---|---|
| **Evidence for efficacy (quality)** | Psychoeducation is more effective than standard care at preventing weight gain (moderate) | Antidepressants: no more effective at preventing weight gain than placebo (moderate) |
|  |  | High or moderate dose nizatidine: unlikely to be a difference compared with placebo (moderate) |
| **Evidence for acceptability/harm (quality)** | Unlikely to be a difference (moderate) | Inconclusive (moderate) |
|  |  | Nizatidine unlikely to be a difference compared with placebo (moderate) |

16

17   *Clinical implication.*
18   Patients with bipolar disorder who are at high risk of weight gain through starting
19   medication such as olanzapine, and especially those at high risk of adverse
20   consequences of weight gain for example, several risk factors for metabolic syndrome
21   or existing diabetes or cardiovascular disease, should receive dietary and exercise
22   advice on commencement of medication with the propensity for weight gain.

23

24   **10.2.4          Weight-gain management**

25   *Studies considered*

26   Eight trials were identified from searches of electronic databases, 4 of which met
27   the eligibility criteria set by the GDG. Excluded studies with reasons for
28   exclusion can be seen in Appendix 21. See tables 2 for an overview of included
29   studies. Further characteristics of included studies are available in Appendix 21.

CONFIDENTIAL
AZSER12751320

DRAFT FOR SECOND CONSULTATION

**Table 87.** Summary of study characteristics for weight gain management interventions

| | Psychosocial interventions | Pharmacological interventions |
|---|---|---|
| *No. trials (No. participants)* | *4(1 RCT,3 non-RCTs) (211)* | *3 RCTs (193)* |
| **Study ID** | BALL2001 (1) HARMATZ1968 (RCT) (2) HOLT 1996 (3) VREELAND2003 (4) | BUSTILLO2003 (1) DEBERDT2005 (2) HENDERSON2005 (3) |
| **Diagnosis** | (1) (2) (4) Schizophrenia and related disorders (3) Bipolar disorder | (1) Schizophrenia and related disorders (2) 55% schizophrenia and related disorders; 45% bipolar** (3) Schizophrenia and related disorders |
| **Description of weight gain** | (1) Olanzapine-related weight gain (2) Judged overweight (3) 82% taking one or more psychotropic drugs reported to cause weight gain (4) >=2.3 kg weight gain within 2 months of starting medication | (1) >= 3% increase in baseline weight following 4-8 weeks olanzapine (2) >= 5% increase in baseline weight following 9 months' olanzapine (3) BMI > 30 |
| **Intervention** | (1) Weight Watchers plus exercise (2) Behaviour modification or group therapy + 1800 calorie diet (3) Dietary advice (4) Multi-modal programme including nutrition, exercise | (1) Fluoxetine 60mg (2) Amantadine 100mg -300 mg (3) Sibutramine + dietary advice |
| **Comparator treatment** | (1) (2) (3) Control (4) ? | (1) Control (2) Placebo (3) Placebo + dietary advice |
| **Medication** | (1) Olanzapine (2) Not clear (3) Lithium (4) Atypical antipsychotics | Olanzapine |
| **Length of treatment** | (1) 10 weeks (2) 7 weeks (3) 25 weeks (4) 16 weeks | (1) 17 weeks * (2) 8 weeks |
| **Length of follow-up** | (1) (4) no follow-up (2) 4 weeks (4) 2 months | No follow-up |
| **Mean age** | (1) 43 (2) Not given; range 29-48 (3) 43 (4) 34 (5) 45 | (1) 34 (2) 41 (3) 42 |
| **Study problems** | (2) No extractable data | |

Notes: *mean; ** data entered for bipolar group only

*Summary of evidence profile for interventions for weight gain management*

*Weight gain management clinical summary*

There is some evidence that psychosocial interventions such as giving dietary advice are effective in helping people who have gained weight during treatment with psychotropic drugs. These data include patients with bipolar disorder. However, it is not clear from the available studies whether patients should be referred to a dietician or whether healthcare professionals can give adequate dietary advice without referral.

CONFIDENTIAL AZSER12751321

DRAFT FOR SECOND CONSULTATION

1   There is also evidence that sibutramine to existing medication helps reduce weight,
2   although this evidence is from people with schizophrenia and related disorders. In a
3   bipolar population there is a risk that such a strategy may induce mania, and
4   therefore using an antidepressant would not be considered first-line treatment for
5   preventing or reducing weight gain.
6
7   An overview of the results is provided in Table 88 with the full evidence profile in
8   Appendix 22.
9

**Table 88. Summary evidence profile for interventions weight gain management**

|  | Psychosocial interventions | Pharmacological interventions |
|---|---|---|
| **Evidence for efficacy (quality)** | Both dietary advice and weight watchers were more effective than control (moderate) | Amantadine: inconclusive (low) Sibutramine: effective at endpoint but not at 3 months (moderate) Fluoxetine: inconclusive (low) |
| **Evidence for acceptability/ harm (quality)** | Data for acceptability and harm are inconclusive (very low) | Amantadine: data for acceptability and harm are inconclusive (low) Sibutramine: evidence of side effects (low) Fluoxetine: data for acceptability and harm are inconclusive (low) |

10

11   **10.2.5        Clinical practice recommendations**

12   10.2.5.1 For people who have gained weight during treatment for bipolar disorder,
13              healthcare professionals should review the medication strategy, and
14              consider the following:

15   •   Giving dietary advice and support from GP and mental health services

16   •   Advising regular increased aerobic exercise

17   •   Referring to a specialist mental health diet clinic or health delivery
18       group where available

19   •   Referring to a dietician for people with complex comorbidities (eg
20       additional physical problems/dietary difficulties, such as coeliac
21       disease).

22   10.2.5.2 In people who have gained weight during long-term treatment,
23              pharmacological treatment such as high-dose antidepressants, sibutramine
24              or topiramate are not recommended for the promotion of weight loss.

25   # 10.3  Exercise in the treatment of depression in people
26   with bipolar disorder

27   **10.3.1        Introduction**
28   Since depressive symptoms, often below the level of a depressive episode, are
29   present for around one third of the time in people with bipolar disorder (Judd *et al*,

CONFIDENTIAL
AZSER12751322

DRAFT FOR SECOND CONSULTATION

1  2002), effective simple treatments for depression can play a useful role in bipolar
2  disorder. There is a growing body of literature primarily from North America
3  examining the effects of exercise in the management of depression. In the past
4  decade 'exercise on prescription' schemes have become popular in primary care in
5  the United Kingdom (Biddle *et al*, 1994), many of which include depression as a
6  referral criterion. Guidelines for exercise referral schemes have been laid down by
7  the Department of Health (2001b).
8
9  Several plausible mechanisms for how exercise affects depression have been
10 proposed. In the developed world, taking regular exercise is seen as a virtue; the
11 patient with depression who takes regular exercise may, as a result, get positive
12 feedback from other people and an increased sense of self-worth. Exercise may act as
13 a diversion from negative thoughts, and the mastery of a new skill may be important
14 (Lepore, 1997; Mynors-Wallis *et al*, 2000). Social contact may be an important
15 mechanism, and physical activity may have physiological effects such as changes in
16 endorphin and monoamine concentrations (Leith, 1994; Thoren *et al*, 1990).

17 **10.3.2    Definition**
18 For the purposes of the guideline, exercise was defined as a structured, achievable
19 physical activity characterised by frequency, intensity and duration and used as a
20 treatment for depression. It can be undertaken individually or in a group.
21
22 Exercise may be divided into aerobic forms (training of cardio-respiratory capacity)
23 and anaerobic forms (training of muscular strength/endurance and flexibility/co-
24 ordination/relaxation) (American College of Sports Medicine, 1980).
25
26 The aerobic forms of exercise, especially jogging or running, have been most
27 frequently investigated. In addition to the type of exercise, the frequency, duration
28 and intensity should be described.

29 **10.3.3    Databases searched and inclusion/exclusion criteria**
30 Since no RCT for the management of bipolar depression was found, the GDG used
31 the review of the use of exercise undertaken for the NICE depression guideline (ref)
32 updating this with newly published studies.
33

CONFIDENTIAL
AZSER12751323

DRAFT FOR SECOND CONSULTATION

Table 89. Databases searched and inclusion/ exclusion criteria for clinical effectiveness of exercise in depression.

| | |
|---|---|
| Electronic databases | MEDLINE, EMBASE , PsycINFO , Cinahl from database inception to November 2002 (searches originally undertaken as part of the NICE depression guideline (NCCMH, 2005)) |
| Update searches | February 2004, October 2004 (for RCTs in bipolar patients); January 2005 (for RCTs in depressed patients); March 2005 (for non-RCTs in bipolar patients); September 2005 (for RCTs in bipolar patients) |
| Study design | RCT; non-RCTs for March 2005 search |
| Patient population | Major depressive disorder, minor depression, dysthymia, 'depression' however diagnosed |
| Interventions included | Exercise as defined above |
| Outcomes | Remission, symptom levels (depression), discontinuation from treatment for any reason |
| Exclusion criteria | See appendices |

1  **10.3.4        Studies considered in treatment with exercise**
2  Twenty-three trials were identified from searches of electronic databases, 11 of which
3  met the eligibility criteria set by the GDG. Excluded studies with reasons for
4  exclusion can be seen in Appendix 21. See summary tables below for an overview of
5  included studies. Further characteristics of included studies are available in
6  Appendix 21. Included studies compared exercise with no treatment, with
7  psychotherapy, antidepressants, meditation, and relaxation, in addition to a
8  comparison between different forms of exercise. Some studies included only
9  participants with a diagnosis of depression according to DSM criteria (or equivalent),
10 and some included participants with depression symptoms, most commonly defined
11 as BDI score of 12 or over.

12 **10.3.5        Exercise versus no exercise**
13 Six studies comparing exercise with no exercise in the treatment of depressive
14 symptoms met inclusion criteria. Two studies included only participants with a
15 diagnosis of depression according to DSM criteria (or equivalent), and 4 included
16 participants provided they had a BDI score of 12 or over (or equivalent). Summary
17 study characteristics are in Table 90.

CONFIDENTIAL
AZSER12751324

DRAFT FOR SECOND CONSULTATION

1  **Table 90** Summary **of study characterstics for exercise interventions versus no**
2  **treatment/waitlist**

|  | Exercise vs no exercise treatment | |
|---|---|---|
|  | *Full depression diagnosis* | *Diagnosis based on BDI score => 12 or other* |
| **No. trials (No. participants)** | *2 (112)* | *4 (188)* |
| **Study ID** | DUNN2005 (1) SINGH1997 (2) | McCANN1984 (1) McNEIL1991 (2) VEALE1992 (3) WOOLERY2004(4) |
| **Diagnosis** | (1) Major depressive disorder (2) Major depressive disorder, minor depressive disorder, dysthymia (% of each not given) | (1) (2) (4) BDI score => 12 (3) Clinical Interview Schedule score 2 (opinion of interviewer) |
| **Mean age** | (1) 36 (2) 71 | (1) Not given but all undergraduates (2) 72 (3) 35.5 (4) 21 |
| **Exercise intervention** | (1) Treadmill or exercise bike; high dose, 3 times a week** (2) Strengthening exercises | (1) aerobics (2) walking (3) Running (4) Yoga |
| **Comparator** | (1) Flexibility training (2) Health education | (1) (3) No treatment (2) (4) Waitlist (also has 'social contact' comparison) |
| **Baseline depression scores** | (1) HDRS mean: 19.4 (2.3) (2) HRSD mean 12 (1) | (1) BDI 15.35 (2) BDI 15.2 (2.4) to 16.6 (3.1) (3) BDI 22.91 (7.6) and 26.66 (2.6) (4) HRSD 12.77 (4.53) and 12.07 (4.41) |
| **Length of treatment** | (1) 12 weeks (2) 10 weeks* | (1) 10 weeks * (2) 6 weeks * (3) 12 weeks (4) 5 weeks * |
| **Length of follow-up** | (1) no follow-up (2) 10 weeks | No follow-up |
| **Problems with study** | (1) poor external validity since participants exercised under close supervision due to the dose-finding nature of the study ** | (1) poor external validity as student sample |

3
4  * mean
5  ** study included treatment groups for high and low intensity, 3 or 5 times a week (2 X 2
6  design). The study showed that number of sessions per week made no difference to outcomes
7  (regardless of intensity) and that there was no difference between low intensity and control.
8  Therefore, high intensity 3 times a week was chosen to represent this study in this
9  comparison.
10

11  *Summary of evidence profile for exercise versus exercise*

12  An overview of the results is provided in Table 91 with the full profile available in
13  Appendix 22.
14

CONFIDENTIAL
AZSER12751325

DRAFT FOR SECOND CONSULTATION

**Table 91. Summary evidence profile for exercise versus no exercise**

| | Exercise |
|---|---|
| **Evidence for efficacy (quality)** | Exercise more effective than no exercise for those with depressed symptoms (but no diagnosis of bipolar disorder) particularly for those without a full diagnosis of depression (high) |
| **Evidence for acceptability/ harm (quality)** | Inconclusive (low) |

1

2   **10.3.6       Exercise versus psychotherapy or antidepressants**

3   Four studies comparing exercise with no exercise in the treatment of depressive
4   symptoms met inclusion criteria. Three studies compared exercise with
5   psychotherapy (2 with a full depression diagnosis). Summary study characteristics
6   are in Table 92.

7

8   **Table 92 Summary of study characteristics for exercise versus psychotherapy**
9   **and antidepressants**

| | **Exercise vs psychotherapy** | | **Exercise vs antidepressants** |
|---|---|---|---|
| | *Full depression diagnosis* | *Diagnosis based on BDI* | *Full depression diagnosis* |
| *No. trials (No. participants)* | *2 (102)* | *1 (61)* | *1 (156)* |
| **Study ID** | GREIST1979 (1) KLEIN1985 (2) | FREMONT1987 | BLUMENTHAL1999 |
| **Diagnosis** | (1) Minor depression (2) Major or minor depression | BDI => 9 and =< 30 | Major depressive disorder |
| **Mean age** | (1) range 18-30 (2) 30 | range 19-62 | 57 |
| **Exercise intervention** | (1) Running (2) Running | Running | Walking/jogging |
| **Comparators** | (1) Time-limited psychotherapy (no details) (2) Group psychotherapy | Cognitive therapy | Sertraline (median peak dose 100 mg) Combination treatment |
| **Baseline depression scores** | (1) not reported (2) SCL-D 2.39 (0.47) | BDI 17 (6.2) to 19 (7.8) | HRSD around 18 (given as bar chart) |
| **Length of treatment** | (1) 10 weeks * (2) 12 weeks * | 10 weeks | 16 weeks |
| **Length of follow-up** | (1) No follow-up (2) 9 months | 4 months | 6 months |

10

11   *Summary of evidence profile for exercise versus psychotherapy or antidepressants*

12   An overview of the results is provided in Table 93 with the full evidence profile
13   available in Appendix 22.
14

CONFIDENTIAL
AZSER12751326

DRAFT FOR SECOND CONSULTATION

**Table 93. Summary evidence profile for exercise versus psychotherapy or antidepressants**

|  | Psychotherapy | Antidepressants |
|---|---|---|
| **Evidence for efficacy (quality)** | Unlikely to be a difference between exercise and psychotherapy (low) | Unlikely to be a difference between exercise and antidepressants (or between monotherapy and combination therapy) (moderate) |
| **Evidence for acceptability/ harm (quality)** | Data for acceptability/harm outcomes are inconclusive (low) | Data for acceptability/harm outcomes are inconclusive (low) |

1
2

3   **10.3.7        Exercise versus versus low intensity exercise and other treatments**
4   Three studies comparing exercise with versus low intensity exercise and other
5   treatments in the treatment of depressive symptoms met inclusion criteria.
6   Participants in 2 had a full depression diagnosis. Summary study characteristics are
7   in Table 94.

8

9   **Table 94 Summary of study characteristics for exercise versus low intensity**
10  **exercise and other treatments**

|  | Exercise vs low intensity exercise | Exercise vs other therapies |  |
|---|---|---|---|
|  | *Full depression diagnosis* | *Full depression diagnosis* | *Diagnosis based on BDI score => 12* |
| *No. trials (No. participants)* | *1 (24)* | *1 (74)* | *1 (47)* |
| **Study ID** | BOSSCHER1993 | KLEIN1985 | McCANN 1984 |
| **Diagnosis** | Major or minor depression | Major or minor depression | BDI score => 12 |
| **Mean age** | 34 | 30 | Not given but all undergraduates |
| **Exercise intervention** | Running | Running | Aerobics |
| **Comparator** | Low-intensity exercise | Meditation | Relaxation |
| **Baseline depression scores** | Not given on usable scale | SCL-D 2.39 (0.47) | BDI 15.35 |
| **Length of treatment** | 8 weeks* | 12 weeks * | 10 weeks * |
| **Length of follow-up** | No follow-up | 9 months | No follow-up |
| **Problems with trials** |  |  | (1) poor external validity as student sample |

11

12  *Summary of evidence profile for exercise versus low intensity exercise and other*
13  *treatments*

14  An overview of the results is provided in Table 95 with the full evidence profile
15  available in Appendix 22.
16

CONFIDENTIAL
AZSER12751327

DRAFT FOR SECOND CONSULTATION

**Table 95. Summary evidence profile for exercise versus low intensity exercise and other treatments**

| | Exercise vs low intensity exercise | Exercise vs other therapies |
|---|---|---|
| Evidence for efficacy (quality) | Exercise (running) is more effective at reducing depression symptoms (full diagnosis) than low-intensity exercise (moderate) | Exercise (running) unlikely to be more or less effective than meditation (full diagnosis), but more effective than relaxation (depressive symptoms) (moderate) |
| Evidence for acceptability/harm(quality) | Data for acceptability/harm outcomes are inconclusive (low) | Data for acceptability/harm outcomes are inconclusive (low) |

1

2 **10.3.8        Clinical summary**

3 There is some evidence that exercise is helpful in reducing depressive symptoms,
4 both in major and minor depression. This evidence could be extrapolated to bipolar
5 patients experiencing a depressed episode, to those beginning to develop a
6 depressed episode, those who have persistent mild depressive symptoms, and those
7 trying to prevent depressive symptoms getting worse.

8

9 There is the potential for exercise to be both helpful and harmful in mania but there
10 is no research evidence to support either scenario. Exercise may be a healthy way of
11 using up the excess energy in a person with mania and a useful distraction. However
12 exercise might further arouse the body physiologically, increasing energy, social
13 contact and self-efficacy , exacerbating manic symptoms, and potentially increasing
14 further cardiovascular strain.

15 **10.3.9        Clinical practice recommendations**

16 Advice about exercise is included in the general advice recommendation at the end
17 of this chapter.

18 # 10.4  Psychoeducation and information giving

19 **10.4.1        Introduction**

20 Psychoeducation given as a group intervention to people with bipolar disorder or to
21 a family has been demonstrated to reduce bipolar recurrence (Colom *et al*, 2003a;
22 Colom *et al*, 2003b; Miklowitz *et al*, 2003). However, even if psychoeducation was
23 ineffective in reducing bipolar recurrence, people with bipolar disorder and their
24 carers have a need and right to information on the condition. While there are now a
25 variety of websites run by patient and professional organisations for example, MDF
26 The BiPolar Organisation, Beyond Blue, Royal College of Psychiatrists that will
27 provide general information about the condition, people with bipolar disorder would
28 like to receive information about the condition in relation to their own individual
29 circumstances. The best people to provide this are the health professionals in primary
30 and secondary care who have assessed the patient and their individual
31 circumstances. An important aspect of the therapeutic relationship is the
32 communication between the health professional and patient. Central to this
33 communication is information given about thecondition of the patient and the degree
34 to which the health professional meets the patient's needs for information. There is
35 now a growing evidence base that an important determinant of patient adherence to

CONFIDENTIAL
AZSER12751328

DRAFT FOR SECOND CONSULTATION

1  medication is the quality of the relationship between the patient and the health
2  professional identified as responsible for the medication (Day *et al*, 2005). A key point
3  is that such information giving should take into consideration the person with
4  bipolar disorder and their carer's previous experience of the condition and its
5  treatment through health services. Similarly the burden of carers and the
6  psychological well-being of carers may be reduced by accurate information about
7  bipolar disorder applied to the patient in their care (Morselli, 2000).
8
9  Like all health interventions where the aim is to support the patient in managing
10 their condition, the health professional should consider a motivational interviewing
11 approach to information giving. The health professional should provide information
12 about bipolar disorder to demonstrate the reality of the problem, explore what is
13 possible with treatment, and examine the pros and cons of treatment in both the
14 short-term and longer term as applied to the person's particular circumstances.
15 Information should be given to the person with bipolar disorder when they are
16 acutely ill but will need to be given again whether their symptoms have remitted.
17 The information in the acute phase will be concerned with improving the person's
18 mental state and returning them as close as possible to normal function. Given the
19 high rates of recurrence (Harrow *et al*, 1990; Tohen *et al*, 1990; Keller *et al*, 1993), the
20 information given on remission will focus on staying well, including preventing
21 further relapse, as well as symptomatic and functional improvement. Thus
22 information giving should be regarded as a continuous process. Carers should be
23 included; carers and the person with bipolar disorder can help each other with their
24 information needs.
25
26 Psychoeducation programme may contain sessions on the nature of bipolar disorder,
27 causal and triggering factors, symptoms of mania and depression, course and
28 outcome, using diaries of mood, drug treatments, pregnancy and genetic counselling,
29 risks from treatment withdrawal, alcohol and street drugs, early detection and
30 management of manic and depressive episodes, lifestyle regularity, managing stress
31 and problem solving (Colom *et al*, 2003a,b). Teaching people with bipolar disorder to
32 recognise the early warning symptoms of mania and depression successfully
33 reduced the number of manic episodes and improved function but did not reduce
34 depressive episodes (Perry *et al*, 1999). Good coping with mania (Lam and Wong,
35 1997) such as calming activities, taking time off work and delaying impulsive actions
36 is encouraged and the person with bipolar disorder seeks help from a health
37 professional who may also provide early treatment with medication (Morriss, 2004).
38 Good coping with depression such as keeping busy, to avoid rumination and get the
39 minimal routine accomplished , getting the support of family and friends, and
40 answering unrealistic negative thoughts have been adopted as part of cognitive
41 behaviour therapy interventions for early symptoms of relapse (Lam *et al*, 2003). The
42 recognition and management of early warning symptoms of mania and depression
43 are key features of the self management training programme of MDF The BiPolar
44 Organisation.
45
46 Psychoeducation programmes such as these have been systematically incorporated
47 into care programmes to keep people with bipolar disorder well along with
48 assessment, care planning, and monthly telephone monitoring of symptoms and
49 medication fed back to the treating mental health team (Simon *et al*, 2005).
50

CONFIDENTIAL
AZSER12751329

DRAFT FOR SECOND CONSULTATION

1 However, psychoeducation delivered by health care agencies may not provide
2 information on important aspects of social care that can be considerably affected by
3 bipolar disorder such as work, housing, monetary, legal and insurance matters.
4 Advice on some of these matters can be provided by MDF The BiPolar Organisation,
5 citizen's advice bureaus, job centres and housing agencies and appropriate members
6 of a CMHT.
7
8 **Clinical practice recommendation**

9 10.4.1.1 Healthcare professionals should establish and maintain collaborative
10 relationships with patients and families/carers (within the normal bounds
11 of confidentiality) so as to provide the relevant information they need at
12 every stage of assessment, diagnosis, course and treatment (including the
13 proper use and likely side-effect profile of medication) and thereby help all
14 make sense of the experience of the disorder and its treatment.

## 10.5  Managing daily life

15

16 **10.5.1        Sleep patterns**
17 Concerns over sleep are common among people with bipolar disorder when they are
18 well (Harvey *et al*, 2005) because sleep disturbance is the most common early
19 symptom of mania and also one of the early symptoms of depression (Jackson *et al*,
20 2003).  Furthermore there is some experimental and observational evidence that
21 psychological, interpersonal, environmental and pharmacological factors may
22 precipitate mania though decreased sleep duration (Wehr *et al*, 1987; Leibenluft *et al*,
23 1996).  People with bipolar disorder who had no bipolar episodes for two years
24 valued obtaining adequate amounts of sleep and recognising early warning signs of
25 relapse including sleep disturbance as useful strategies for staying well (Russell and
26 Browne, 2005).
27
28 However, sleep disturbance is sometimes a late rather than early symptom of mania
29 and depression (Jackson *et al*, 2003), and commonly found in people with bipolar
30 disorder who are currently well (Millar *et al*, 2004; Harvey *et al*, 2005).
31 Polysomnograph studies show that the sleep disturbance of mania and bipolar
32 depression is very similar to that of unipolar depression, suggesting that the sleep
33 disturbance in bipolar disorder is not unique nor specific to bipolar disorder
34 (Hudson *et al*, 1992).
35
36 Sleep disturbance occurs frequently in everyday life and it is unwise to conclude that
37 sleep disturbance in a person with bipolar disorder will inevitably bring on a manic
38 or depressive episode.  Sleep disturbance is too non-specific a symptom to use as an
39 early warning symptom of mania or depression on its own, but it can be useful as
40 one of a number of symptoms and signs that could be used as a relapse signature of
41 impending manic or depressive relapse (Lam and Wong, 1997; Perry *et al*, 1999).
42 There is enough evidence to suggest that patients with a history of mania
43 precipitated by a period of sleep disturbance should take care over obtaining
44 adequate amounts of sleep (Riemann *et al*, 2002). Establishing whether sleep
45 disturbance triggered episodes of mania and depression requires meticulous
46 attention detail to the timing and order of symptoms; often sleep disturbance did not

CONFIDENTIAL
AZSER12751330

DRAFT FOR SECOND CONSULTATION

1  trigger an episode of mania or depression but was an early symptom of mania or
2  depression (Sclare and Creed, 1990; Malkoff-Schwartz *et al*, 1998).
3

4  **10.5.2        Social rhythms**
5  There is evidence that the daily lifestyle or social rhythm of well people with bipolar
6  disorder is different from people without bipolar disorder (Ashman *et al*, 1999; Jones
7  *et al*, 2005). The daily activities do not show as regular a routine pattern from day to
8  day even when a person with bipolar disorder is well. Often the morning activities of
9  well people with bipolar disorder start later than other people. These activity
10  patterns are unrelated to sleep disturbance. Both a further loss of regularity in the
11  daily pattern of social activities and starting daily activities early in the morning may
12  be associated with the later development of mania (Malkoff-Schwartz *et al*, 1998;
13  Malkoff-Schwartz *et al*, 2000). A recently published RCT suggested that increased
14  regularity in the daily routine of activities of people with bipolar disorder may delay
15  the onset of the next bipolar episode (Frank *et al*, 2005).  Avoidance of starting
16  activities too early in the morning may be a useful clinical strategy if there is a
17  personal history of early morning activity preceding the first symptoms of mania.
18

19  **10.5.3        Life events**
20  As described above there is a view that life events and life stress may be important
21  precipitants of the first or second episodes of bipolar disorder but subsequently the
22  onset of bipolar disorder is largely unrelated to life stress. The phenomenon is called
23  behavioural sensitisation and has been applied also to highly recurrent unipolar
24  depressive disorders (Post *et al*, 1986).  The evidence for this hypothesis is unclear.
25  There is also some evidence that life stress may have a greater impact on the onset of
26  bipolar depressive episodes than manic episodes (Johnson, 2005). There is also
27  evidence of an association between stressful life events and the onset of bipolar
28  depressive episodes in the three to six months following the life event (Malkoff-
29  Schwartz *et al*, 1998, 2000; Hlastala *et al*, 2000).  Social support that is non-
30  judgemental and available when it is required may prevent episodes of bipolar
31  depression in the face of life stress but not mania (Johnson *et al*, 1999). Stressful life
32  events may delay the recovery from depressive episodes (Johnson and Miller, 1997)
33  and decrease the effectiveness of lithium prophylaxis for bipolar disorder (Chand *et*
34  *al*, 2004). Life events may also be associated with completed suicide in people with
35  bipolar disorder (Isometsa *et al*, 1995).
36
37  There is quite a lot of evidence that the first admission to hospital with mania is
38  precipitated by a stressful life event (Ambelas, 1987; Kessing *et al*, 2004). There is also
39  some preliminary evidence that some types of positive life event may precipitate
40  mania. Some people with bipolar disorder are driven to achieve goals and in some
41  people with bipolar disorder, attainment or the possibility of attainment of these
42  goals may precipitate mania (Johnson *et al*, 2000).

43  **10.5.4        Family atmosphere**
44  A series of studies have shown that time spent in a family where there is an adverse
45  family atmosphere is associated with a recurrence of depressive episodes rather than
46  manic episodes in people with bipolar disorder (Miklowitz *et al*, 1988; Yan *et al*, 2004).
47  The adverse family atmosphere involves emotional, hostile and critical comments

CONFIDENTIAL
AZSER12751331

DRAFT FOR SECOND CONSULTATION

1  directed to the person with bipolar disorder even when they are not in a bipolar
2  episode. Often the comments concern behaviours attributable to bipolar symptoms.
3  For instance the person with bipolar disorder may lack motivation to look after
4  themselves or the household because they have not fully recovered from a
5  depressive episode but a family member sees them as slovenly rather than ill. When
6  there is an adverse family atmosphere, the family members perceive the symptoms
7  and behaviours of the person with bipolar disorder to be under the person's direct
8  control and not due to an illness beyond their control (Wendel *et al*, 2000). The degree
9  to which the person is distressed by the relative's adverse comments predicts more
10  time spent ill in bipolar episodes over the next year (Miklowitz *et al*, 2005).
11
12  Randomised controlled trials of interventions targeted at educating the family about
13  bipolar disorder and moderating these negative comments about the person with
14  bipolar disorder show evidence for the reduction of these comments and also a
15  reduction in depressive episodes (Miklowitz *et al*, 2003;  Rea *et al*, 2003). There is no
16  data to determine whether interventions to reduce the time spent with hostile family
17  members would also reduce depressive episodes in bipolar disorder, but findings on
18  similar approaches in families with schizophrenia (Vaughn and Leff, 1976) suggest
19  that such social interventions may be effective.

20  **10.5.5        Implications for the lifestyle and work of people with bipolar**
21  **disorder**
22  Overall, there is evidence that in some people with bipolar disorder, their pattern of
23  daily life and exposure to stress can have a clinically important impact on the
24  number of bipolar episodes and the proportion of time they are ill. It is unlikely that
25  all the bipolar episodes can be prevented by interventions that modify lifestyle and
26  reduce life stress even in people who appear susceptible to such factors. The best
27  guide to the importance of lifestyle factors in any given person with bipolar disorder
28  is a careful review of the person's past history of illness, especially in relation to
29  bipolar episodes in the previous five year period. The clinician should consider with
30  the patient and carer, who can act as a useful informant, the role of sleep disruption,
31  disruption to the person's daily social routine (especially by activities scheduled for
32  the early morning), seasonal factors, stress from life events and difficulties, positive
33  life situations (especially in relation to goal attainment), and family atmosphere. If
34  any of these factors seem to have preceded a bipolar episode, it is particularly
35  important to establish the timing of this lifestyle factor and the start of any manic or
36  depressive symptoms. There should be evidence that the lifestyle factor definitely
37  preceded the manic or depressive episode.
38
39  If lifestyle factors are identified as precipitating one or more manic or depressive
40  episode, then there are implications for the person with bipolar disorder in terms of
41  their lifestyle. There are also a range of interventions that may possibly help the
42  person.  The lifestyle factor can be used as an early warning sign that the person may
43  be becoming ill although over-reliance on just one lifestyle factor should be
44  discouraged. A history of sleep disturbance or disruption of daily routine
45  precipitating a bipolar episode may mean that the person with bipolar disorder
46  should not undertake shift work, should try to avoid night and early morning
47  travelling and lead a more regular life. A history of stressful life events precipitating
48  bipolar episodes suggests strategies to reduce the likelihood of exposure to these life
49  events (such as taking a less stressful job), cognitive therapy strategies to modify
50  pessimism concerning life stress when it happens, family interventions targeted at

CONFIDENTIAL
AZSER12751332

DRAFT FOR SECOND CONSULTATION

1  reducing hostility and criticism, or spending less time with family members who are
2  critical or hostile.

3  **10.5.6**          **Clinical practice recommendation**

4  10.5.6.1Healthcare professionals should give patients with bipolar disorder advice
5           on:

6      •   the importance of maintaining good sleep hygiene, and a regular
7          lifestyle;

8      •   the avoidance of shift work, night flying or flying across time zones,
9          and of routinely working excessively long hours for those with a
10         history of relapse related to not maintaining good sleep hygiene or a
11         regular lifestyle;

12     •   the need for and provision of additional support when a person with
13         bipolar disorder experiences a significant life event (loss of job, close
14         bereavement) including increased monitoring of mood and general
15         well-being, and encouraging the patient to discuss difficulties with
16         family and friends;

17     •   appropriate methods for self-monitoring of physical and mental state.

18  # 10.6  Social support

19  **10.6.1**          **Provision of social support**
20  Prospective studies show that good quality social support is associated with a better
21  outcome in bipolar disorder in terms of full recovery, improved depressive
22  symptoms, preventing recurrence of depressive episodes (Johnson *et al*, 1999;
23  Johnson *et al*, 2000, Johnson *et al*, 2003; Cohen *et al*, 2004). Good quality social support
24  may also reduce the chances of emergency compulsory admission (Webber and
25  Huxley, 2004). In people with depressive episodes, poor quality social support and
26  poorly integrated social networks are associated with suicidal ideas and suicide
27  attempts (Sokero *et al*, 2003; Dennis *et al*, 2005). Therefore, paying attention to helping
28  people with bipolar disorder to obtain good quality social support and networks of
29  social support that are available at a time of crisis can have an important impact on
30  symptomatic recovery, prevention of recurrence and their safety. Such support
31  should be provided if necessary by health services through crisis resolution and
32  home treatment teams, community mental health teams, outpatient services or
33  primary care services.
34
35  Usually social support requires an emotionally supportive relationship involving
36  confiding personal information and trust. The social support should be available
37  when it is needed by the person with bipolar disorder. Social support may be
38  provided by one person but a person with bipolar disorder may require a network of
39  social supports.
40
41  **11.6.2  Role of service user groups**

Management of bipolar disorder: Full Guideline – **DRAFT** (February 2006)          Page 310 of 341

CONFIDENTIAL
AZSER12751333

DRAFT FOR SECOND CONSULTATION

1  Like other mental disorder, people with bipolar disorder may experience isolation
2  because friends, family members, employers and the public at large do not seem to
3  understand their condition and experiences (Morselli *et al*, 2003; Morselli *et al*, 2004).
4  Under these circumstances, people with bipolar disorder may feel less isolated,
5  receive valuable information and support from local or national service user groups
6  such as MDF The BiPolar Organisation. Most parts of England and Wales are served
7  by local self help groups of MDF The BiPolar Organisation and nationally the
8  organisation is able to provide a lot of useful practical advice.

9  **10.6.2      Befriending**
10  There is evidence from a series of studies that providing social support in the sense
11  of befriending (women with depression) confers benefits (Brown & Harris, 1978). In
12  this trial befriending was defined as 'meeting and talking with a depressed woman
13  for a minimum of one hour each week and acting as a friend to her, listening and
14  "being there for her"'. The trained volunteer female befrienders were
15  also encouraged to accompany their 'befriendee' on trips, to broaden their range
16  of activities, to offer practical support with ongoing difficulties and to help create
17  'freshstart' experiences often found to precede remission in previous work.
18  'Befriendees' were women with chronic depression in inner London who were
19  interested in being befriended. Women were allowed to be on other treatments such
20  as antidepressants and contact with other healthcare professionals. Befriending was
21  found to have a clinically significant effect upon remission at one year.

22  **10.6.3      Clinical practice recommendation**

23  10.6.3.1 For people with bipolar disorder, particularly those with chronic depressive
24          symptoms, who would benefit from additional social support, healthcare
25          professionals should consider offering befriending in addition to
26          pharmacological and psychological treatments. Befriending should be by
27          trained volunteers providing, typically, at least weekly contact for between
28          two and six months.

29  10.6.3.2 Patients, family and carers should be informed of self-help groups and
30          support groups and be encouraged to regularly participate in such
31          programmes, particularly on initial diagnosis, and regularly thereafter.
32          Such groups may helpfully provide information on early warning signs,
33          appropriate support in time of crisis and information on treatment and the
34          management of side effects.

35  # 10.7  Clinical practice recommendation

36  *General advice*

37  10.7.1.1 Healthcare professionals should consider advising patients with bipolar
38          disorder and depressive symptoms to engage in a range of depression-
39          management techniques, such as a structured exercise programme, activity
40          scheduling, engaging in both pleasurable and achievement activities,
41          ensuring adequate diet and sleep, and seeking appropriate social support
42          along with providing patients with an increased level of monitoring and
43          formal support.

CONFIDENTIAL
AZSER12751334

DRAFT FOR SECOND CONSULTATION

1

CONFIDENTIAL
AZSER12751335

DRAFT FOR SECOND CONSULTATION

# 11 References

*For reasons of space, full references of studies included in systematic reviews (i.e., those which appear in the summary of study characteristics tables in the evidence chapters (recognisable from their study ID of author name in capitals plus year of publication) are listed with the relevant full study characteristics table in Appendix 21, and do not appear in this chapter.*

Adab, N., Tudur, S. C., Vinten, J. *et al* (2004) Common antiepileptic drugs in pregnancy in women with epilepsy. *Cochrane Database Systematic Reviews; (3):CD004848.*, (CD004848),

Adab, N., Kini, U., Vinten, J. *et al* (2004) The longer term outcome of children born to mothers with epilepsy. *Journal of Neurology, Neurosurgery and Psychiatry*, (11), 1575-1583.

AGREE Collaboration (2003) Development and validation of an international appraisal instrument for assessing the quality of clinical practice guidelines: the AGREE project. *Quality and Safety in Health Care*, (1), 18-23.

Ahrens, B., Grof, P., Moller, H. J. *et al* (1995) Extended survival of patients on long-term lithium treatment. *Canadian Journal of Psychiatry*, 241-246.

Ahrens, B. & Muller-Oelinghausen, B. (2001) Does lithium exert an independent antisuicidal effect? *Pharmacopsychiatry*, (4), 132-136.

Akiskal, H. S., Walker, P., Puzantian, V. R. *et al* (1983) Bipolar outcome in the course of depressive illness. *Journal of Affective Disorders*, 115-128.

Akiskal, H. S., Maser, J. D., Zeller, P. J. *et al* (1995) Switching from 'unipolar' to 'bipolar II. An 11-year prospective study of clinical and temperamental predictors in 559 patients. *Archives of General Psychiatry*, 114-123.

Akiskal, H. S., Bourgeois, M. L., Angst, J. *et al* (2000) Re-evaluating the prevalence of and diagnostic composition within the broad clinical spectrum of bipolar disorders. *Journal of Affective Disorders*, (Suppl 1), S5-S30.

Allison, D. B., Mentore, J. L., Heo, M. *et al* (1999) Antipsychotic-induced weight gain: a comprehensive research synthesis. *American Journal of Psychiatry*, (11), 1686-1696.

Altman, E. G., Hedeker, D., Peterson, J. L. *et al* (1997) The Altman Self-Rating Mania Scale. *Biological Psychiatry*, (10), 948-955.

Altshuler, L. L. (1995) T2 hyperintensities in bipolar disorder: magnetic resonance imaging comparison and literature meta-analysis. *American Journal of Psychiatry*, (8), 1139-1144.

Altshuler, L., Suppes, T., Black, D. *et al* (2004) Impact of antidepressant discontinuation after acute bipolar depression remission on rates of depressive relapse at 1-year follow-up. *American Journal of Psychiatry*, (7), 1252-1262.

Ambelas, A. (1987) Life events and mania. A special relationship? *British Journal of Psychiatry*, 235-240.

CONFIDENTIAL
AZSER12751336

DRAFT FOR SECOND CONSULTATION

1   American College of Sports Medicine (2005) Guidelines for Graded Exercise Testing and
2   Exercise Prescription.

3   Anderson, I. M., Haddad, P. M. & Chaudhry, I. (2004) Changes in pharmacological treatment
4   for bipolar disorder over time in Manchester: a comparison with Lloyd *et al.* (2003). *Journal of*
5   *Psychopharmacology* , (3), 441-444.

6   Angst,J (1966) *Zur Atiologie und Nosologie Endogener Depressiver Psychosen*, Berlin: Springer.

7   Angst, J. (1998) The emerging epidemiology of hypomania and bipolar II disorder. *Journal of*
8   *Affective Disorders*, (2-3), 143-151.

9   Angst, F., Stassen, H. H., Clayton, P. J. *et al* (2002) Mortality of patients with mood disorders:
10  follow-up over 34-38 years. *Journal of Affective Disorders*, 167-181.

11  Angst, J., Gamma, A., Benazzi, F. *et al* (2003) Toward a re-definition of subthreshold
12  bipolarity: epidemiology and proposed criteria for bipolar-II, minor bipolar disorders and
13  hypomania. *Journal of Affective Disorders*, (1-2), 133-146.

14  Angst, J., Angst, F., Gerber-Werder, R. *et al* (2005) Suicide in 406 mood-disorder patients with
15  and without long-term medication: a 40 to 44 years' follow-up. *Archives of Suicide Research*, (3),
16  279-300.

17  Arnold, L. M., McElroy, S. L. & Keck, P. E., Jr. (2000) The role of gender in mixed mania.
18  *Comprehensive Psychiatry*, (2), 83-87.

19  Ashman, S. B., Monk, T. H., Kupfer, D. J. *et al* (1999) Relationship between social rhythms
20  and mood in patients with rapid cycling bipolar disorder. *Psychiatry Research*, (1), 1-8.

21  Babyak, M., Blumenthal, J. A., Herman, S. *et al* (2000) Exercise treatment for major
22  depression: maintenance of therapeutic benefit at 10 months. *Psychosomatic Medicine*, (5), 633-
23  638.

24  Baldassano, CF, Marangell, LB, Gyulai, L *et al* (2005) Gender differences in bipolar disorder:
25  retrospective data from the first 500 STEP-BD participants. *Bipolar Disorders*, 7 (5):465-70.

26  Baldassano, CF (2005) Assessment tools for screening and monitoring bipolar disorder.
27  *Bipolar Disorders*, 7 Suppl 1:8-15.

28  Baldessarini, R. J., Tondo, L., Floris, G. *et al* (1997) Reduced morbidity after gradual
29  discontinuation of lithium treatment for bipolar I and II disorders: a replication study.
30  *American Journal of Psychiatry*, (4), 551-553.

31  Baldessarini, R. J., Tondo, L. & Hennen, J. (2003) Treatment-latency and previous episodes:
32  relationships to pretreatment morbidity and response to maintenance treatment in bipolar I
33  and II disorders. *Bipolar Disorders*, 491–496.

34  Baldessarini, R. J., Tondo, L. & Hennen, J. (2003) Lithium treatment and suicide risk in major
35  affective disorders: update and new findings. *Journal of Clinical Psychiatry*, 44-52.

36  Baldessarini, R. J. & Tondo, L. (2003) Suicide risk and treatments for patients with bipolar
37  disorder. *JAMA*, (11), 1517-1519.

38  Ball, J. R., Mitchell, P. B., Corry, J. C. *et al* (2005) A randomized controlled trial of cognitive
39  therapy for bipolar
40  disorder: Focus on long term change. *Journal of Clinical Psychology*,

CONFIDENTIAL
AZSER12751337

DRAFT FOR SECOND CONSULTATION

Bauer, M. S., Calabrese, J., Dunner, D. L. *et al* (1994) Multisite data reanalysis of the validity of rapid cycling as a course modifier for bipolar disorder in DSM-IV. *American Journal of Psychiatry*, (4), 506-515.

Bauer, M. S., McBride, L., Shea, N. *et al* (1997) Impact of an easy-access VA clinic-based program for patients with bipolar disorder. *Psychiatric services*, 491-496.

Bauer, M. S., Williford, W. O., Dawson, E. E. *et al* (2001) Principles of effectiveness trials and their implementation in VA Cooperative Study #430: 'Reducing the efficacy-effectiveness gap in bipolar disorder'. *Journal of Affective Disorders*, 61-78.

Bauer, M. S. (2001) The collaborative practice model for bipolar disorder: design and implementation in a multi-site randomized controlled trial. *Bipolar Disorders*, (5), 233-244.

Bauer, M. S. & Mitchner, L. (2004) What is a "mood stabilizer"? An evidence-based response. *American Journal of Psychiatry*, (1), 3-18.

Bauer, M. S., Simon, G. E., Ludman, E. *et al* (2005) 'Bipolarity' in bipolar disorder: distribution of manic and depressive symptoms in a treated population. *British Journal of Psychiatry*, (1), 87-88.

Bearden, C. E., Hoffman, K. M. & Cannon, T. D. (2005) The neuropsychology and neuroanatomy of bipolar affective disorder: A critical review. *Bipolar Disorders*, (3), 106-150.

Begley, C. E., Annegers, J. F., Swann, A. C. *et al* (2001) The lifetime cost of bipolar disorder in the US: an estimate for new cases in 1998. *PharmacoEconomics*, (5 Pt 1), 483-495.

Bendz, H. & Aurell, M. (1992) Drug-induced diabetes insipidus: incidence, prevention and management. *Drug Saftey*, (6), 449-456.

Bennett,D & Freeman,H (1991). Principles and prospect. In: Bennett, D, Freeman, H, editors. *Community Psychiatry* Edinburgh: Churchill Livingstone, p. 1-39.

Bentall,R (2004) *Madness Explained: Psychosis and Human Nature*, London: Penguin.

Bentall, R. P., Kinderman, P. & Manson, K. (2005) Self-discrepancies in bipolar disorder: A comparison of manic, depressed, remitted and normal participants. *British Journal of Clinical Psychology*,

Berlin, J. A. (2001) Does blinding of readers affect the results of meta-analyses? *Lancet*, 185-186.

Bey, D. R., Chapman, R. E. & Tornquist, K. L. (1972) A lithium clinic. *American Journal of Psychiatry*, 491-496.

Beyer, J., Kuchibhatla, M., Gersing, K. *et al* (2005) Medical comorbidity in a bipolar outpatient clinical population. *Neuropsychopharmacology*, 401-404.

Biddle,S, Fox,K, & Edmund,L (1994) *Physical Activity in Primary care in England*, London: Health Education Authority.

Biederman, J., Mick, E., Faraone, S. V. *et al* (2005) Pediatric mania: a developmental subtype of bipolar disorder? *Biological Psychiatry*, (6), 458-466.

CONFIDENTIAL
AZSER12751338

DRAFT FOR SECOND CONSULTATION

Birnbaum, H. G., Shi, L., Dial, E. *et al* (2003) Economic Consequences of Not Recognizing Bipolar Disorder Patients: A Cross-Sectional Descriptive Analysis. *Journal of Clinical Psychiatry*, (10), 1201-1209.

Blanco, C., Laje, G., Olfson, M. *et al* (2002) Trends in the treatment of bipolar disorder by outpatient psychiatrists. *American Journal of Psychiatry*, (6), 1005-1010.

Boerlin, H. L., Gitlin, M. J., Zoellner, L. A. *et al* (1998) Bipolar depression and antidepressant-induced mania: a naturalistic study. *Journal of Clinical Psychiatry*, (7), 374-379.

Bonari, L., Pinto, N., Ahn, E. *et al* (2004) Perinatal risks of untreated depression during pregnancy. *Canadian Journal of Psychiatry*, (11), 726-735.

Bottlender, R., Rudolf, D., Strauss, A. *et al* (2001) Mood-stabilisers reduce the risk of developing antidepressant-induced maniform states in acute treatment of bipolar I depressed patients. *Journal of Affective Disorders*, (1-3), 79-83.

Bouras, N., Tufnell, G., Brough, D. I. *et al* (1983) Model for the integration of community psychiatry and primary care. *Journal of the Royal College of General Practice*, (283), 62-6.

Bowden, C. L., Brugger, A. M., Swann, A. C. *et al* (1994) Efficacy of divalproex vs lithium and placebo in the treatment of mania. The Depakote Mania Study Group. *JAMA*, (12), 918-924.

Briscoe, J. J., Harrington, R. C. & Prendergast, M. (1995) Development of mania in close association with tricyclic antidepressant administration in children. A report of two cases. *European Child & Adolescent Psychiatry*, (4), 280-283.

Broadstock, M. (2001) The effectiveness and safety of drug treatment for urgent sedation in psychiatric emergencies. A critical appraisal of the literature. *NZHTA Report*,

Brockington,IF (1996). Puerperal psychosis. In: Brockington, IF, editors. *In Motherhood and Mental Health* Oxford: Oxford University Press, p. 200-284.

Brockington, I. F. (1996) Motherhood and Mental Health.

Brodersen, A., Licht, R. W. & Vestergaard, P. (2000) Sixteen-year mortality in patients with affective disorder commenced on lithium. *British Journal of Psychiatry*, 429-433.

Brown,G & Harris,T (1978) *The social origins of depression: A study of psychiatric disorder in women*, London: Tavistock Publications.

Brown, G. R., McBride, L., Bauer, M. S. *et al* (2005) Impact of childhood abuse on the course of bipolar disorder: A replication study in U.S. veterans. *Journal of Affective Disorders*,

Bryant-Comstock, L., Stender, M. & Devercelli, G. (2002) Health care utilization and costs among privately insured patients with bipolar I disorder. *Bipolar Disorders*, (6), 398-405.

Chaudron, L. H. & Pies, R. W. (2003) The relationship between postpartum psychosis and bipolar disorder: a review. *Journal of Clinical Psychiatry*, (11), 1284-1292.

Calabrese, J., Bowden, C. L., McElroy, S. *et al* (1999) Spectrum of activity of lamotrigine in treatment-refractory bipolar disorder. *American Journal of Psychiatry*, (7), 1019-1023.

Calabrese, J. R., Rapport, D. J. & Kimmel, S. E. (1999) Controlled trials in bipolar I depression: focus on switch rates and efficacy. *European Neuropsychopharmacology*, (suppl 4), S109-S112.

CONFIDENTIAL
AZSER12751339

DRAFT FOR SECOND CONSULTATION

1 Calabrese, J. R., Suppes, T., Bowden, C. L. *et al* (2000) A double-blind, placebo-controlled,
2 prophylaxis study of lamotrigine in rapid-cycling bipolar disorder. Lamictal 614 Study
3 Group. *Journal of Clinical Psychiatry*, (11), 841-850.

4 Calabrese, J., Shelton, M. D., Bowden, C. L. *et al* (2001) Bipolar rapid cycling: focus on
5 depression as its hallmark. *Journal of Clinical Psychiatry*, (suppl 14), 34-41.

6 Calabrese, J., Shelton, M. D., Rapport, D. L. *et al* (2002) Long-term treatment of bipolar
7 disorder with Lamotrigine. *Journal of Clinical Psychiatry*, (suppl 10), 18-22.

8 Casey, D. E., Daniel, D. G., Wassef, A. A. *et al* (2003) Effect of Divalproex Combined with
9 Olanzapine or Risperidone in Patients with an Acute Exacerbation of Schizophrenia.
10 *Neuropsychopharmacology*, 182-192.

11 Cassidy, F., Forest, K. & Murray, E. (1998) A factor analysis of the signs and symptoms of
12 mania. *Archives of General Psychiatry*, (1), 27-32.

13 Cassidy, F. & Carroll, B. J. (2001) Frequencies of signs and symptoms in mixed and pure
14 episodes of mania: implications for the study of manic episodes. *Progress in*
15 *Neuropsychopharmacology and Biological Psychiatry*, (3), 659-665.

16 Chand, P. K., Mattoo, S. K. & Sharan, P. (2004) Quality of life and its correlates in patients
17 with bipolar disorder stabilized on lithium prophylaxis. *Psychiatry and Clinical Neurosciences*,
18 (3), 311-318.

19 (1989) *Children Act 1989*, London: HMSO.

20 (2004) *Children Act 2004.*  London: HMSO.

21 Cipriani, A., Pretty, H., Hawton, K. *et al* (2005) Lithium in the prevention of suicidal behavior
22 and all-cause mortality in patients with mood disorders: a systematic review of randomized
23 trials. *American Journal of Psychiatry*, (10), 1805-1819.

24 Clement, S., Singh, S. P. & Burns, T. (2003) Status of bipolar disorder research. Bibliometric
25 study. *British Journal of Psychiatry*, 148-152.

26 Cochran, S. D. (1984) Preventing medical non-compliance in the outpatient treatment of
27 bipolar affective disorders.  *Journal of Consulting and Clinical Psychology*, (52), 873-878.

28 Cochrane Collaboration (2004) Review Manager (RevMan) [Computer program]. Version
29 4.2.7 for Windows. Oxford, England. The Cochrane Collaboration.

30 Cohen, L. S., Friedman, J. M. & Jefferson, J. W. (1994) A re-evaluation of risk of in-utero
31 exposure to lithium. *JAMA*, (146), 150-

32 Cohen, A. N., Hammen, C., Henry, R. M. *et al* (2004) Effects of stress and social support on
33 recurrence in bipolar disorder. *Journal of Affective Disorders*, (1), 143-147.

34 Coid, J. (1994) Failure in community care: Psychiatry's dilemma. *BMJ*, 805-806.

35 Colom, F., Vieta, E., Reinares, M. *et al* (2003) Psychoeducation efficacy in bipolar disorders:
36 Beyond compliance enhancement. *Journal of Clinical Psychiatry*, 1-

37 Colom, F., Vieta, E., Martinez-Aran, A. *et al* (2003) A randomized trial on the efficacy of group
38 psychoeducation in the prophylaxis of recurrences in bipolar patients whose disease is in
39 remission. *Archives of General Psychiatry*, (4), 402-407.

CONFIDENTIAL
AZSER12751340

DRAFT FOR SECOND CONSULTATION

Conus, P. & McGorry, P. D. (2002) First-episode mania: a neglected priority for early intervention. *Australia and New Zealand Journal of Psychiatry*, (2), 158-172.

Cooke, R. G., Robb, J. C., Young, L. T. *et al* (1996) Well-being and functioning in patients with bipolar disorder assessed using the MOS 20-ITEM short form (SF-20). *Journal of Affective Disorders*, (2), 93-97.

Cookson,JC, Katon,C, & Taylor,D (2002) *Use of drugs in psychiatry: the evidence from psychopharmacology*. 5 edition., London.

Cooper, S. A. & Collacott, R. A. (1993) Mania and Down's syndrome. *British Journal of Psychiatry*, 739-743.

Coryell, W., Solomon, D., Turvey, C. *et al* (2003) The long-term course of rapid-cycling bipolar disorder. *Archives of General Psychiatry*, (9), 914-920.

Courtney, M. E., Acomb, J. A. & Lovatt, V. (1995) A pharmacy-controlled lithium clinic. *Psychiatric Bulletin*, 1-17.

Craddock, N. & Jones, I. (1999) Genetics of bipolar disorder. *Journal of Medical Genetics*, (8), 585-594.

Craddock, N. & Jones, I. (2001) Molecular genetics of bipolar disorder. *British Journal of Psychiatry*, s128-s133.

Craddock, N., O'Donovan, M. C. & Owen, M. J. (2005) The genetics of schizophrenia and bipolar disorder: dissecting psychosis. *Journal of Medical Genetics*, (3), 193-204.

Cradock-O'Leary, J., Young, A. S., Yano, E. M. *et al* (2002) Use of general medical services by VA patients with psychiatric disorders. *Psychiatric services*, (7), 874-878.

Creed, F., Black, D., Anthony, P. *et al* (1990) Randomised controlled trial of day patient versus inpatient psychiatric treatment. *BMJ*, (6731), 1033-1037.

Creed, F., Mbaya, P., Lancashire, S. *et al* (1997) Cost effectiveness of day and inpatient psychiatric treatment: results of a randomised controlled trial. *BMJ*, (7091), 1381-1385.

Crowther, R., Marshall, M., Bond, G. *et al* (2001) Vocational rehabilitation for people with severe mental illness (Cochrane Review). *Cochrane Library*,

Cunnane, J. G. (1994) Drug management of disturbed behaviour by psychiatrists. *Psychiatric Bulletin*, 138-139.

Curtis, L. & Netten, A. (2004) Unit Costs for Health and Social Care.

Das, A. K., Olfson, M., Gameroff, M. J. *et al* (2005) Screening for bipolar disorder in a primary care practice. *JAMA*, (8), 956-963.

Das Gupta, R. & Guest, J. F. (2002) Annual cost of bipolar disorder to UK society. *British Journal of Psychiatry*, (3), 227-233.

Davison, G. C. (2000) Stepped care: Doing more with less? *Journal of Consulting and Clinical Psychology*, (4), 580-585.

CONFIDENTIAL
AZSER12751341

DRAFT FOR SECOND CONSULTATION

1   Day, J. C., Bentall, R. P., Roberts, C. *et al* (2005) Attitudes toward antipsychotic medication:
2   the impact of clinical variables and relationships with health professionals. *Archives of General*
3   *Psychiatry*, (7), 717-724.

4   Deeks, J. J. (2002) Issues in the selection of a summary statistic formeta-analysis of clinical
5   trials with binary outcomes. *Statistics in Medicine*, (11), 1575-1600.

6   Deltito, J., Martin, L., Riefkohl, J. *et al* (2001) Do patients with borderline personality disorder
7   belong to the bipolar spectrum? *Journal of Affective Disorders*, (1-3), 221-228.

8   Denicoff, K. D., Leverich, G. S., Nolen, W. A. *et al* (2000) Validation of the prospective NIMH-
9   Life-Chart Method (NIMH-LCM-p) for longitudinal assessment of bipolar illness.
10  *Psychological Medicine*, (6), 1391-1397.

11  Dennis, M., Wakefield, P., Molloy, C. *et al* (2005) Self-harm in older people with depression:
12  comparison of social factors, life events and symptoms. *British Journal of Psychiatry*, 538-539.

13  Department of Health (1999) National Service Framework for Mental Health.

14  (2005). Exercise referal Systems: A national quality assurance framework. London:
15  Department of Health.

16  Department of Health (2004) Hospital Episode Statistics. Engalnd: Financial Year 2003-2004.

17  Department of Health (2004) NHS reference costs 2004.

18  Department of Health (1990) Caring for people. THe CPA for people with a mental ilness
19  referred to speacialist mental health services. *Joint Health/Social Services*
20  *Circular.C(90)23/LASSL(90)11*,

21  Department of Health (1999) *The NHS Plan: a plan for investment, a plan for reform*, London.

22  Department of Health (2000) The NHS Plan. A Plan for Investment. A Plan for Reform.

23  (2002). National Service Framework for Mental Health.Modern Standards & Service Models.

24  Department of Health & National Institute for Mental Health in England (2003) Fast-
25  Forwarding Primary Care Mental Health. Graduate Primary Care Mental Health Workers.
26  Best Practice Guidance.

27  Department of Health (1996) Clinical Guidelines: Using Clinical Guidlines to improve patient
28  care within the NHS.

29  Depp, C. A., Lindamer, L. A., Folsom, D. P. *et al* (2005) Differences in clinical features and
30  mental health service use in bipolar disorder across the lifespan. *American Journal of*
31  *Psychiatry*, (4), 290-298.

32  DerSimonian, R. & Laird, N. (1986) Meta-analysis in clinical trials. *Controlled Clinical Trials*,
33  177-188.

34  de Zelicourt, M., Dardennes, R., Verdoux, H. *et al* (2003) Frequency of hospitalisations and
35  inpatient care costs of manic episodes: in patients with bipolar I disorder in France.
36  *PharmacoEconomics*, (15), 1081-1090.

37  Dick, P., Ince, A. & Barlow, M. (1985) Day treatment: suitability and referral procedure. *British*
38  *Journal of Psychiatry*, 250-253.

Management of bipolar disorder: Full Guideline – **DRAFT** (February 2006)          Page 319 of 341

CONFIDENTIAL
AZSER12751342

DRAFT FOR SECOND CONSULTATION

1   Donaldson, L. (2001) The Expert Patient: A New Approach to Chronic Disease Management
2   for the 21st Century.

3   Dore, G. & Romans, S. E. (2001) Impact of bipolar affective disorder on family and partners.
4   *Journal of Affective Disorders*, (1-3), 147-158.

5   Dowell, D. A. & Ciarlo, J. A. (1983) Overview of the Community Mental Health Centers
6   Program from an evaluation perspective. *Community Mental Health Journal*, (2), 95-128.

7   Drummond, M. F. & Jefferson, T. O. (1996) Guidelines for authors and peer reviewers of
8   economic submissions to the BMJ. *BMJ*, 275-283.

9   Druss, B. G., Bradford, W. D., Rosenheck, R. A. *et al* (2001) Quality of medical care and excess
10  mortality in older patients with mental disorders. *Archives of General Psychiatry*, (6), 565-572.

11  D'Souza, R. E. & Guillebaud, J. (2002) Risks and benefits of oral contraceptive pills. *Best
12  Practice & Research Clinical Obstetrics & Gynaecology*, (2), 133-154.

13  Dunner, D. L., Fleiss, J. L. & Fieve, R. R. (1976) Lithium carbonate prophylaxis failure. *British
14  Journal of Psychiatry*, 40-44.

15  Eccles, M., Freemantle, N. & Mason, J. (1998) North of England evidence based guideline
16  development project: methods of developing guidelines for efficient drug use in primary care.
17  *BMJ*, 1232-1235.

18  Eccles, M. & Mason, J. (2001) How to develop cost-conscious guidelines. *Health Technology
19  Assessment*, (16), 1-69.

20  Ellenberg, J., Salamon, I. & Meaney, C. (1980) A lithium clinic in a community mental health
21  center. *Hospital and Community Psychiatry*, (12), 834-836.

22  Ellicott, A., Hammen, C., Gitlin, M. *et al* (1990) Life events and the course of bipolar disorder.
23  *American Journal of Psychiatry*, (9), 1194-1198.

24  Elmslie, JL, Mann, JI, Silverstone, JT *et al* (2001) Determinants of overweight and obesity in
25  patients with bipolar disorder. *Journal of Clinical Psychiatry*, 62 (6):486-91.

26  Epstein, R. M., Alper, B. S. & Quill, T. E. (2004) Communicating evidence for participatory
27  decision making. *JAMA*, (19), 2359-2366.

28  Faedda, G. L., Tondo, L., Baldessarini, R. J. *et al* (1993) Outcome after rapid vs gradual
29  discontinuation of lithium treatment in bipolar disorders. *Archives of General Psychiatry*, (6),
30  448-455.

31  Faravelli, C., Degl'Innocenti, B. G., Aiazzi, L. *et al* (1990) Epidemiology of mood disorders: a
32  community survey in Florence. *Journal of Affective Disorders*, (2), 135-141.

33  Fenton, W. S., Mosher, L. R., Herrell, J. M. *et al* (1998) Randomized trial of general hospital
34  and residential alternative care for patients with severe and persistent mental illness.
35  *American Journal of Psychiatry*, (4), 516-522.

36  Ferrier, I. N. & Thompson, J. M. (2003) Cognitive impairment in bipolar affective disorder:
37  implications for the bipolar diathesis. *British Journal of Psychiatry*, 293-295.

38  Fieve, R. R. (1975) The lithium clinic: a new model for the delivery of psychiatric services.
39  *American Journal of Psychiatry* , 1018-1022.

CONFIDENTIAL
AZSER12751343

DRAFT FOR SECOND CONSULTATION

Frank, E. (1999) Interpersonal and social rhythm therapy prevents depressive symptomatology in bipolar 1 patient. *Bipolar Disorders*, 13-13.

Frank, E., Kupfer, D. J., Thase, M. E. *et al* (2005) Two-year outcomes for interpersonal and social rhythm therapy in individuals with bipolar I disorder. *Archives of General Psychiatry*, (9), 996-1004.

Franks, S. (1995) Polycystic ovary syndrome. *New England Journal of Medicine*, 853-861.

Gaily, E., Kantola-Sorsa, E. & Granstrom, M. L. (1988) Intelligence of children of epileptic mothers. *Journall of Pediatrics* , (4), 677-684.

Garety, P. A. & Jolley, S. (2000) Early intervention in psychosis. *Psychiatric Bulletin*, 321-323.

Garno, J. L., Goldberg, J. F. & Ramirez, P. M. (2005) Impact of childhood abuse on the clinical course of bipolar disorder. *British Journal of Psychiatry*, 121-125.

Ghaemi, S. N., Hsu, D. J., Soldani, F. *et al* (2003) Antidepressants in bipolar disorder: the case for caution. *Bipolar Disorders*, (6), 421-433.

Ghaemi, S. N., Baldessarini, R. J. & El-Mallakh, R. S. (2003) A randomized study of long-term antidepressant discontinuation in bipolar disorder. *Presented at the 42nd annual meeting of the American College of Neuropsychopharmacology: December 7-11 2003, San Juan, Puerto Rico.,*

Gitlin, M. J. & Jamison, K. R. (1984) Lithium clinics: theory and practice. *Hospital and Community Psychiatry*, (4), 363-368.

Gitlin, M. J., Swendsen, J., Heller, T. L. *et al* (1995) Relapse and impairment in bipolar disorder. *American Journal of Psychiatry*, (11), 1635-1640.

Goetzel, R. Z., Ozminowski, R. J., Meneades, L. *et al* (2000) Pharmaceuticals - cost or investment? - an employer's perspective. *Journal of occupational and environmental medicine*, (4), 338-351.

Goetzel, R. Z., Hawkins, K., Ozminkowski, R. J. *et al* (2003) The health and productivity cost burden of the "top 10" physical and mental health conditions affecting six large U.S. employers in 1999. *Journal of occupational and environmental medicine*, (1), 5-14.

Goldberg, J. F., Harrow, M. & Whiteside, J. E. (2001) Risk for bipolar illness in patients initially hospitalized for unipolar depression. *American Journal of Psychiatry*, (8), 1265-1270.

Goldberg, J. F. & Truman, C. J. (2003) Antidepressant-induced mania: an overview of current controversies. *Bipolar Disorders* , (6), 407-420.

Goldberg, JF & Garno, JL (2005) Development of posttraumatic stress disorder in adult bipolar patients with histories of severe childhood abuse. *Journal of Psychiatric Research*, 39 (6):595-601.

Goldney, R. D., Fisher, L. J., Grande, E. D. *et al* (2005) Bipolar I and II disorders in a random and representative Australian population. *Australia and New Zealand Journal of Psychiatry*, (8), 726-729.

Goodwin, F. K., Murphy, D. L. & Bunney, W. E. (1969) Lithium-carbonate treatment in depression and mania. *Archives of General Psychiatry*, 840-844.

Goodwin,FK & Jamison,KR (1990) *Manic-depressive illness*, London: Oxford University Press.

CONFIDENTIAL
AZSER12751344

DRAFT FOR SECOND CONSULTATION

Goodwin, F. K. (1994) Recurrence of mania after lithium withdrawal. Implications for the use of lithium in the treatment of bipolar affective disorder. *British Journal of Psychiatry*, (2), 149-152.

Goodwin, F. K. (2002) Rationale for long-term treatment of bipolar disorder and evidence for long-term lithium treatment. *Journal of Clinical Psychiatry*, (suppl 10), 5-12.

Goodwin, F. K., Fireman, B., Simon, G. E. *et al* (2003) Suicide risk in bipolar disorder during treatment with lithium and divalproex. *JAMA*, (1467), 1473-

Gowers, S., Clarke, J., Alldis, M. *et al* (2001) Inpatient admission of adolescents with mental disorder. *Clinical Child Psychology and Psychiatry*, (4), 537-544.

Grades of Recommendation Assessment, Development and Evaluation GRADE Working Group (2004) Grading quality of evidence and strength of recommendations. *BMJ*, 1490-1497.

Greenhalgh, J., Knight, C., Hind, D. *et al* (2005) Clinical and cost-effectiveness of electroconvulsive therapy for depressive illness, schizophrenia, catatonia and mania: systematic reviews and economic modelling studies. *Health Technology Assessment*, (9),

Guberman, A. H., Besag, F. M., Brodie, M. J. *et al* (1999) Lamotrigine-associated rash: risk/benefit considerations in adults and children. *Epilepsia*, (7), 985-991.

Haddad, P. M. (2001) Antidepressant discontinuation syndromes: Clinical relevance, diagnosis and management. *Drug Safety*, (3), 183-

Haddad, P. & Wieck, A. (2004) Antipsychotic-induced hyperprolactinaemia: mechanisms, clinical features and management. *Drugs* , (20), 2291-2314.

Haddad, P., Pal, B. R., Clarke, P. *et al* (2005) Neonatal symptoms following maternal paroxetine treatment: Serotonin toxicity or paroxetine discontinuation syndrome? *Journal of Psychopharmacology*,

Hammen, C. & Gitlin, M. (1997) Stress reactivity in bipolar patients and its relation to prior history of disorder. *American Journal of Psychiatry*, (6), 856-857.

Hammen, C., Gitlin, M. & Altshuler, L. (2000) Predictors of work adjustment in bipolar 1 patients: a naturalistic longitudinal follow-up. *Journal of Consulting and Clinical Psychology*, 220-225.

Harrington, R. C., Bredenkamp, D., Groothues, C. Rutter M. *et al* (1994) Adult outcomes of childhood and adolescent depression. III. Links with suicidal behaviours. *Journal of Child Psychology and Psychiatry*, (7), 1309-1319.

Harrow, M., Goldberg, J. F., Grossman, L. S. *et al* (1990) Outcome in manic disorders. A naturalistic follow-up study. *Archives of General Psychiatry*, (7), 665-671.

Harvey, A. G., Schmidt, D. A., Scarna, A. *et al* (2005) Sleep-related functioning in euthymic patients with bipolar disorder, patients with insomnia, and subjects without sleep problems. *American Journal of Psychiatry*, (1), 50-57.

Hatfield, B., Huxley, P. & Mohamad, H. (1992) Accommodation and employment: asurvey into the circumstances and expressed needs of users of mental health services in a northern town. *British Journal of Social Work*, (60), 73-

CONFIDENTIAL
AZSER12751345

DRAFT FOR SECOND CONSULTATION

1  Hawton, K., Sutton, L., Haw, C. *et al* (2005) Suicide and attempted suicide in bipolar disorder:
2  a systematic review of risk factors. *Journal of Clinical Psychiatry*, (6), 693-704.

3  Hays, J. C., Krishnan, K. R., George, L. K. *et al* (1998) Age of first onset of bipolar disorder:
4  demographic, family history, and psychosocial correlates. *Depression and Anxiety*, (2), 76-82.

5  Healy, D (2002) *The Creation of Psychopharmacolgy*, London: Harvard University Press.

6  Henderson, C., Flood, C., Leese, M. *et al* (2004) Effect of joint crisis plans on use of compulsory
7  treatment in psychiatry: single blind randomised controlled trial. *BMJ*, (7458), 136-

8  Henry, C., Sorbara, F., Lacoste, J. *et al* (2001) Antidepressant-induced mania in bipolar
9  patients: identification of risk factors. *Journal of Clinical Psychiatry*, (4), 249-255.

10  Herz, M. I., Endicott, J., Spitzer, R. L. *et al* (1971) Day versus in-patient hospitalization: a
11  controlled study. *American Journal of Psychiatry*, (1371), 1382-

12  Higgins, J. P. T. & Thompson, S. G. (2002) Quantifying heterogeneity in a meta-analysis.
13  *Statistics in Medicine*, (11), 1539-1558.

14  Highet, N. J., Mcnair, B. G., Thompson, M. *et al* (2004) Experience with treatment services for
15  people with bipolar disorder. *Medical Journal of Australia*, S47-S51.

16  Hill, R. G., Shepard, G. & Hardy, P. (1998) In sickness and in health: The experiences of
17  friends and relatives caring for people with manic depression. *Journal of Mental Health*, (6),
18  611-620.

19  Hirschfeld, R. M., Williams, J. B., Spitzer, R. L. *et al* (2000) Development and validation of a
20  screening instrument for bipolar spectrum disorder: the Mood Disorder Questionnaire.
21  *American Journal of Psychiatry*, (11), 1873-1875.

22  Hirschfeld, R. M., Lewis, L. & Vornik, L. A. (2003) Perceptions and impact of bipolar disorder:
23  how far have we really come? Results of the national depressive and manic-depressive
24  association 2000 survey of individuals with bipolar disorder. *Journal of Clinical Psychiatry*, (2),
25  161-174.

26  Hirschfeld, R. M., Holzer, C., Calabrese, J. R. *et al* (2003) Validity of the mood disorder
27  questionnaire: a general population study. *American Journal of Psychiatry*, (1), 178-180.

28  Hlastala, S. A., Frank, E., Kowalski, J. *et al* (2000) Stressful life events, bipolar disorder, and
29  the "kindling model". *Journal of Abnormal Psychology*, (777), 786-

30  Hoult, J., Reynolds, I., Charbonneau-Powis, M. *et al* (1983) Psychiatric hospital versus
31  community treatment: the results of a randomised trial. *Australia and New Zealand Journal of*
32  *Psychiatry*, (2), 160-167.

33  Howard, L. M., Kumar, C., Leese, M. *et al* (2002) The general fertility rate in women with
34  psychotic disorders. *American Journal of Psychiatry*, (6), 991-997.

35  Howard, L. M. (2005) Fertility and pregnancy in women with psychotic disorders. *European*
36  *Journal of Obstetrics & Gynecology and Reproductive Biology*, (1), 3-10.

37  Hu, T. W. & Rush, A. J. (1995) Depressive disorders: Treatment patterns and costs of
38  treatment in the private sector of the United States. *Social Psychiatry & Psychiatric*
39  *Epidemiology*, (5), 224-230.

CONFIDENTIAL
AZSER12751346

DRAFT FOR SECOND CONSULTATION

1   Hudson, J. I., Lipinski, J. F., Keck, P. E., Jr. *et al* (1992) Polysomnographic characteristics of
2   young manic patients. Comparison with unipolar depressed patients and normal control
3   subjects. *Archives of General Psychiatry*, (5), 378-383.

4   Hunt, N., Bruce-Jones, W. & Silverstone, T. (1992) Life events and relapse in bipolar affective
5   disorder. *Journal of Affective Disorders*, (1), 13-20.

6   IRIS (2002) Initiative to Reduce the Impact of Schizophrenia. *http://www.iris-initiative.org.uk*,

7   Isaac, M. N. (1996) Trends in the development of psychiatric services in India. *Psychiatric
8   Bulletin*, 43-45.

9   Isometsa, E., Heikkinen, M., Henriksson, M. *et al* (1995) Recent life events and completed
10  suicide in bipolar affective disorder. A comparison with major depressive suicides. *Journal of
11  Affective Disorders*, (2), 99-106.

12  Jablensky, A. V., Morgan, V., Zubrick, S. R. *et al* (2005) Pregnancy, delivery, and neonatal
13  complications in a population cohort of women with schizophrenia and major affective
14  disorders. *American Journal of Psychiatry*, (1), 79-91.

15  Jackson, A., Cavanagh, J. & Scott, J. (2003) A systematic review of manic and depressive
16  prodromes. *Journal of Affective Disorders*, (3), 209-217.

17  Jadad, A. R., Moore, R. A. & Carroll, D. (1996) Assessing the quality of reports of randomised
18  clinical trials: is blinding necessary? *Controlled Clinical Trials*, 1-12.

19  Jamison, K. (2000) Suicide and bipolar disorder. *Journal of Clinical Psychiatry*, (supp 9), 47-51.

20  Johannessen,JO, Larsen,TK, McGlashan,TH *et al.* (2000). Early intervention in psychosis: the
21  TIPS project, a multi-centre study in Scandinavia. In: Martinale, B, editors. *Psychosis;
22  Psychological Approaches and their Effectiveness* London: Gaskell, p. 210-234.

23  Johnson, S. L. & Miller, I. (1997) Negative life events and time to recovery from episodes of
24  bipolar disorder. *Journal of Abnormal Psychology*, (3), 449-457.

25  Johnson, S. L., Winett, C. A., Meyer, B. *et al* (1999) Social support and the course of bipolar
26  disorder. *Journal of Abnormal Psychology*, (4), 558-566.

27  Johnson, S. L., Sandrow, D., Meyer, B. *et al* (2000) Increases in manic symptoms after life
28  events involving goal attainment. *Journal of Abnormal Psychology*, (4), 721-727.

29  Johnson, S. L., Meyer, B., Winett, C. A. *et al* (2000) Social support and self-esteem predict
30  changes in bipolar depression but not mania. *Journal of Abnormal Psychology*, 558-566.

31  Johnson, J. G., Cohen, P. & Brooks, J. S. (2000) Associations between bipolar disorder and
32  other psychiatric disorders during adolescence and early adulthood: a community-based
33  longitudinal investigation. *American Journal of Psychiatry*, (10), 1679-1681.

34  Johnson, L., Lundstrom, O., berg-Wistedt, A. *et al* (2003) Social support in bipolar disorder: its
35  relevance to remission and relapse. *Bipolar Disorders*, (2), 129-137.

36  Johnson, S. L. (2005) Life events in bipolar disorder: Towards more specific models. *Clinical
37  Psychology Review*,

38  Johnson, S, Nolan, F, Pilling, S *et al* (2005) Randomised controlled trial of acute mental health
39  care by a crisis resolution team: the north Islington crisis study. *BMJ*, 331 (7517):599.

CONFIDENTIAL
AZSER12751347

DRAFT FOR SECOND CONSULTATION

1   Joint Formulary Commitee (9-1-2005) British National Formulary 50.

2   Jones, I. & Craddock, N. (1996) Familiarity of the puerperal trigger in bipolr disorder: results
3   of a family study. *American Journal of Psychiatry*, 913-917.

4   Jones, I. & Craddock, N. (2005) Bipolar disorder and childbirth: the importance of recognising
5   risk. *British Journal of Psychiatry*, 453-454.

6   Jones, S. H., Hare, D. J. & Evershed, K. (2005) Actigraphic assessment of circadian activity and
7   sleep patterns in bipolar disorder. *Bipolar Disorders*, (2), 176-186.

8   Joy, C. B., Adams, C. E. & Rice, K. (2002) Crisis intervention for people with severe mental
9   illnesses (Cochrane Review). *Cochrane Library*,

10  Joy, C. B., Adams, C. E. & Rice, K. (2004) Crisis intervention for people with severe mental
11  illnesses. *The Cochrane Database of Systematic Reviews*,

12  Judd, L., Akiskal, H. S., Schettler, P. *et al* (2002) The long-term natural history of the weekly
13  symptomatic status of bipolar I disorder. *Archives of General Psychiatry*, (6), 530-537.

14  Judd, L., Akiskal, H. S., Schettler, P. *et al* (2003) A prospective investigation of the natural
15  history of the long-term weekly symptomatic status of bipolar II disorder. *Archives of General*
16  *Psychiatry*, (3), 261-269.

17  Kallert, T. W., Glockner, M., Priebe, S. *et al* (2004) A comparison of psychiatric day hospitals in
18  five European countries: implications of their diversity for day hospital research. *Social*
19  *Psychiatry and Psychiatric Epidemiology*, (777), 788-

20  Kallner, G., Lindelius, R., Petterson, U. *et al* (2000) Mortality in 497 patients with affective
21  disorders attending a lithium clinic or after having left it. *Pharmacopsychiatry*, (1), 8-13.

22  Katon, W, von Korff, M., Lin, E. *et al* (1995) Collaborative management to achieve treatment
23  guidelines. Impact on depression in primary care. *JAMA*, (13), 1026-1031.

24  Katon, W, Robinson, P., von Korff, M. *et al* (1996) A multifaceted intervention to improve
25  treatment of depression in primary care. *Archives of General Psychiatry*, (10), 924-932.

26  Katon, W., Von, Korff M., Lin, E. *et al* (1999) Stepped collaborative care for primary care
27  patients with persistent symptoms of depression: a randomized trial. *Archives of General*
28  *Psychiatry*, (12), 1109-1115.

29  Kay, J. H., Altshuler, L. L., Ventura, J. *et al* (1999) Prevalence of axis II comorbidity in bipolar
30  patients with and without alcohol use disorders. *Annals of Clinical Psychiatry*, (4), 187-195.

31  Keller, M. B., Lavori, P. B., Coryell, W. *et al* (1993) Bipolar I: a five year prospective follow-up.
32  *Journal of Nervous and Mental Disease*, 238-245.

33  Kendrick, T. (2000) Depression management clinics in general practice? Some aspects lend
34  themselves to the mini-clinic approach. *BMJ*, 527-528.

35  Kennedy, N., Boydell, J., van Os, J. *et al* (2004) Ethnic differences in first clinical presentation
36  of bipolar disorder: results from an epidemiological study. *Journal of Affective Disorders*, (2-3),
37  161-168.

38  Kent, L. S. W. & Laidlaw, J. D. D. (1995) Suspected congenital sertraline dependence. *British*
39  *Journal of Psychiatry*, 412-413.

CONFIDENTIAL
AZSER12751348

DRAFT FOR SECOND CONSULTATION

1  Kerr, I. B. & Taylor, D. (10-4-1997) Mental health emergencies. Caution is needed with rapid
2  tranquillisation protocol. *BMJ*, (7112), 885-

3  Kessing, L. V., Agerbo, E. & Mortensen, P. B. (2004) Major stressful life events and other risk
4  factors for first admission with mania.  *Bipolar Disorders*, (2), 122-129.

5  Kessing, L. V., Hansen, M. G., Andersen, P. K. et al (2004) The predictive effect of episodes on
6  the risk of recurrence in depressive and bipolar disorders - a life-long perspective. *Acta
7  psychiatrica Scandinavica*, (5), 339-344.

8  Kessing, L. V. (2005) Diagnostic stability in bipolar disorder in clinical practise as according to
9  ICD-10. *Journal of Affective Disorders*, (3), 293-299.

10  Kessing, L. V., Soudergard, L. & Kvist, K. (2005) Suicide risk in patients treated with lithium.
11  *Archives of General Psychiatry*, (8), 860-866.

12  Kilbourne, A. M., Cornelius, J. R., Han, X. et al (2004) Burden of general medical conditions
13  among individuals with bipolar disorder. *Bipolar Disorders*, (5), 368-373.

14  Kilbourne, A. M., Bauer, M. S., Williford, W. O. et al (2005) Clinical, PSychosocial and
15  treatment difference in minority patients with bipolar disorder. *Bipolar Disorders*, 89-97.

16  Kim, E. Y. & Miklowitz, D. J. (2004) Expressed emotion as a predictor of outcome among
17  bipolar patients undergoing family therapy. *Journal of Affective Disorders*, (3), 343-352.

18  Kinon, B. J., Basson, B. R., Gilmore, J. A. et al (2001) Long-term olanzapine treatment: weight
19  change and weight-related health factors in schizophrenia. *Journal of Clinical Psychiatry*, (2),
20  92-100.

21  Kleinman, N. L., Brook, R. A. & Rajagoplan, K. (2005) Lost time, absence costs, and reduced
22  productivity output for employees with bipolar disorder. *Journal of Occupational and
23  Environmental Health*, 1117-1124.

24  Kouba, S., Hallstrom, T., Lindholm, C. et al (2005) Pregnancy and neonatal outcomes in
25  women with eating disorders. *Obstetrics & Gynecology*, (2), 255-60.

26  Kramlinger, K. G. & Post, R. (1996) Ultra-rapid and ultradian cycling in bipolar affective
27  illness. *British Journal of Psychiatry*, (3), 314-323.

28  Kris, E. B. (1965) Day hospitals. *Current Therapeutic Research*, (320), 323-

29  Krishnan, K. R. (2005) Psychiatric and medical comorbidities of bipolar disorder.
30  *Psychosomatic Medicine*, (1), 1-8.

31  Kupfer, D. J., Frank, E., Grochocinski, V. J. et al (2005) African-American participants in a
32  bipolar disorder registry: clinical and treatment characteristics. *Bipolar Disorders*, (1), 82-88.

33  Kupka, R. W., Luckenbaugh, D. A., Post, R. et al (2003) Rapid and non-rapid cycling bipolar
34  disorder: a comparative study using daily prospective mood ratings in 539 outpatients.
35  *Bipolar Disorders*, (suppl 1), 62-

36  Kusumakar, V. (2002) Antidepressants and antipsychotics in the long-term treatment of
37  bipolar disorder. *Psychopharmacology Bulletin*, 409-427.

CONFIDENTIAL
AZSER12751349

DRAFT FOR SECOND CONSULTATION

1    Laine, K., Heikkinen, T., Ekblad, U. *et al* (2003) Effects of exposure to selective serotonin
2    reuptake inhibitors during pregnancy on serotonergic symptoms in newborns and cord blood
3    monoamine and prolactin concentrations. *Archives of General Psychiatry*, 72-726.

4    Lam, D. & Wong, G. (1997) Prodromes, coping strategies, insight and social functioning in
5    bipolar affective disorders. *Psychological Medicine*, (5), 1091-1100.

6    Lam, D., Wong, G. & Sham, P. (2001) Prodromes, coping strategies and course of illness in
7    bipolar affective disorders - a naturalistic study. *Psychological Medicine*, 1397-1402.

8    Lam, D. H. (2002) Psychotherapy for bipolar affective disorder. *Current Medical Literature*, 1-4.

9    Lam, D. H., Watkins, E. R., Hayward, P. *et al* (2003) A randomized controlled study of
10   cognitive therapy for relapse prevention for bipolar affective disorder: outcome of the first
11   year. *Archives of General Psychiatry*, 145-152.

12   Lambert, D., Middle, F., Hamshere, M. L. *et al* (2005) Stage 2 of the Wellcome Trust UK-Irish
13   bipolar affective disorder sibling-pair genome screen: evidence for linkage on chromosomes
14   6q16-q21, 4q12-q21, 9p21, 10p14-p12 and 18q22. *Molecular Psychiatry*, (9), 831-841.

15   Lam, D. & Wong, G. (2005) Prodromes, Coping strategies and psychological intervention in
16   bipolar disorders. *Clinical Psychology Review*,

17   Lammer, E. J., Sever, L. E. & Oakley, G. P. (1987) Teratogen update: Valproic acid. *Teratology*,
18   (3), 465-473.

19   Leff, J., Fisher, M. & Bertelsen, A. (1976) A cross national epidemiological study of mania.
20   *British Journal of Psychiatry*, 428-437.

21   Leff, J (2001) *The Unbalanced Mind*, New York: Columbia University Press.

22   Lehman, A. F., Goldberg, R., Dixon, L. B. *et al* (2002) Improving employment outcomes for
23   persons with severe mental illnesses. *Archives of General Psychiatry*, (2), 165-172.

24   Leibenluft, E., Albert, P. S., Rosenthal, N. E. *et al* (1996) Relationship between sleep and mood
25   in patients with rapid-cycling bipolar disorder. *Psychiatric Research*, (2-3), 161-168.

26   Leith, LM (1994). Foundations of exercise and mental health. Morgantown: Fitness
27   Information Technology, p. 17–44.

28   Lembke, A., Miklowitz, D. J., Otto, M. W. *et al* (2004) Psychosocial service utilization by
29   patients with bipolar disorders: data from the first 500 participants in the Systematic
30   Treatment Enhancement Program. *Journal of Psychiatric Research*, 81-87.

31   Lepore, S. J. (1997) Expressive writing moderates the relation between intrusive thoughts and
32   depressive symptoms. *Journal of Personality and Social Psychology*, (5), 1030-1037.

33   Leverich, G. S., McElroy, S. L., Suppes, T. *et al* (2002) Early physical and sexual abuse
34   associated with an adverse course of bipolar illness. *Biological Psychiatry*, (4), 288-297.

35   Lewinsohn, PM, Hops, H, Roberts, RE *et al* (1993) Adolescent psychopathology: I. Prevalence
36   and incidence of depression and other DSM-III-R disorders in high school students. *Journal of*
37   *Abnormal Psychology*, 102 (1):133–44.

38   Lewinsohn, PM, Seeley, JR, & Klein, DN (2003) Bipolar disorders during adolescence. *Acta*
39   *psychiatrica Scandinavica*, 418:47-50.

Management of bipolar disorder: Full Guideline – **DRAFT** (February 2006)       Page 327 of 341

CONFIDENTIAL
AZSER12751350

DRAFT FOR SECOND CONSULTATION

1 Lewinsohn, P. M., Klein, D. N. & Seeley, J. R. (1995) Bipolar disorders in a community sample
2 of older adolescents: prevalence, phenomenology, comorbidity, and course. *Journal of*
3 *American Academy of Child and Adolescent Psychiatry*, (4), 454-463.

4 Lieberman, J. A., Stroup, T. S., Mcevoy, J. P. *et al* (2005) Effectiveness of antipsychotic drugs in
5 patients with chronic schizophrenia. *New England Journal of Medicine*, (12), 1209-

6 Li, J., McCombs, J. S. & Stimmel, G. (2002) Cost of treating bipolar disorder in the California
7 Medicaid (Medi- Cal) program. *Journal of Affective Disorders*, (1-3), 131-139.

8 Lindhout, D. & Schmidt, D. (1986) In-utero exposure to valproate and neural tube defects.
9 *Lancet*, (1(8494)), 1392-1393.

10 Lloyd, A. J., Harrison, C. L., Ferrier, I. N. *et al* (2003) The pharmacological treatment of bipolar
11 affective disorder: practice is improving but could still be better. *Journal of Psychopharmacology*,
12 (2), 230-233.

13 Lloyd, T., Kennedy, N., Fearon, P. *et al* (2005) Incidence of bipolar affective disorder in three
14 UK cities: results from the AESOP study. *British Journal of Psychiatry*, 126-131.

15 Loebel, A. D., Lieberman, J. A., Alvir, J. M. *et al* (1992) Duration of psychosis and outcome in
16 first-episode schizophrenia. *American Journal of Psychiatry*, (9), 1183-1188.

17 Lyon, H. M., Startup, M. & Bentall, R. P. (1999) Social cognition and the manic defense:
18 attributions, selective attention, and self-schema in bipolar affective disorder. *Journal of*
19 *Abnormal Psychology*, (2), 273-282.

20 Mackin,P & Young,AH (1994). Bipolar Disorders. In: Wright, P, Stern, J, Phelan, M, editors.
21 *Core Psychiatry* Saunders, p. 295-315.

22 Mackin, P. & Young, A. H. (2004) Rapid cycling bipolar disorder: historical overview and
23 focus on emerging treatments. *Bipolar Disorders*, (6), 523-529.

24 Mackin, P., Watkinson, H. M. & Young, A. H. (2005) Prevalence of obesity, glucose
25 homeostasis disorders and metabolic syndrome in psychiatric patients taking typical or
26 atypical antipsychotic drugs: a cross-sectional study. *Diabetologia*, (2), 215-221.

27 Macritchie,K & Young,AH (2004). Adverse syndromes associated with lithium. In: Haddad,
28 P, Dursun, S, Deakin, B, editors. *In Adverse syndromes and psychiatric drugs: a clinical guide*
29 Oxford: Oxford University Press.

30 Magg, R. (1963) Treatment of manic illness with lithium carbonate. *British Journal of*
31 *Psychiatry*, 56-65.

32 Maj, M., Maliano, L., Pirozzi, R. *et al* (1994) Validity of rapid cycling as a course specifier for
33 bipolar disorder. *American Journal of Psychiatry*, (7), 1015-1019.

34 Maj, M., Pirozzi, R., Formicola, A. M. *et al* (1999) Reliability and validity of four alternative
35 definitions of rapid-cycling bipolar disorder. *American Journal of Psychiatry*, (9), 1421-1424.

36 Malkoff-Schwartz, S., Frank, E., Anderson, B. P. *et al* (2000) Social rhythm disruption and
37 stressful life events in the onset of bipolar and unipolar episodes. *Psychological Medicine*, (5),
38 1005-1016.

CONFIDENTIAL
AZSER12751351

DRAFT FOR SECOND CONSULTATION

1 Malkoff-Schwartz, S., Frank, E., Anderson, B. *et al* (1998) Stressful life events and social
2 rhythm disruption in the onset of manic and depressive bipolar episodes: a preliminary
3 investigation. *Archives of General Psychiatry*, (8), 702-707.

4 Manic Depression Fellowship (2001) Users survey of experiences of health services.

5 Manning, J. S., Haykal, R. F., Connor, P. D. *et al* (1997) On the nature of depressive and
6 anxious states in a family practice setting: the high prevalence of bipolar II and related
7 disorders in a cohort followed longitudinally. *Comprehensive Psychiatry*, 102-108.

8 Mannion, L., Sloan, D. & Connolly, L. (1997) Rapid tranquillisation: are we getting it right?
9 *Psychiatric Bulletin*, 411-413.

10 Mantere, O., Suminen, K., Leppamaki, S. *et al* (2004) The clinical characteristics of DSM-IV
11 bipolar I and II disorders: baseline findings from the Jorvi Bipolar Study (JoBS). *Bipolar*
12 *Disorders*, (5), 395-405.

13 Marshall, M. & Lockwood, A. (1998) Assertive community treatment for people with severe
14 mental disorders. *The Cochrane Database of Systematic Reviews*,

15 Marshall, M., Crowther, R., Almaraz-Serrano, A. *et al* (2001) Systematic reviews of the
16 effectiveness of day care for people with severe mental disorders: (1) Acute day hospital
17 versus admission;(2) Vocational rehabilitation; (3) Day hospital versus outpatient care. *Health*
18 *Technology Assessment 2001*,

19 Marshall, M., Gray, A., Lockwood, A. *et al* (2002) Case management for people with severe
20 mental disorders. *Cochrane Database Systematic Reviews*,

21 Marshall, M. & Lockwood, A. (2003) Early Intervention for psychosis. *Cochrane Database*
22 *Systematic Reviews*, (CD004718),

23 Martin, A., Young, C., Leckman, J. F. *et al* (2004) Age effects on antidepressant-induced manic
24 conversion. *Archives of Pediatrics & Adolescent Medicine*, (8), 773-780.

25 Masterton, G., Warner, M. & Roxburgh, B. (1988) Supervising lithium. A comparison of a
26 lithium clinic, psychiatric out-patient clinics, and general practice. *British Journal of Psychiatry*,
27 535-538.

28 Mbaya, P., Creed, F. & Tomenson, B. (1998) The different uses of day hospitals. *Acta*
29 *psychiatrica Scandinavica*, (4), 283-287.

30 McCrone, P., Johnson, S., Nolan, F. *et al*) Impact of a Crisis Resolution Team on Service Costs.

31 McDonald, C., Bullmore, E. T., Sham, P. C. *et al* (2004) Association of genetic risks for
32 schizophrenia and bipolar disorder with specific and generic brain structural
33 endophenotypes. *Archives of General Psychiatry*, (10), 974-984.

34 McElroy, S. L., Altshuler, L. L., Suppes, T. *et al* (2001) Axis I psychiatric comorbidity and its
35 relationship to historical illness variables in 288 patients with bipolar disorder. *American*
36 *Journal of Psychiatry*, (3), 420-426.

37 McElroy, S. L., Frye, M. A., Suppes, T. *et al* (2002) Correlates of overweight and obesity in 644
38 patients with bipolar disorder. *Journal of Clinical Psychiatry*, (3), 207-213.

39 McGorry, P. D., Edwards, J., Mihalopoulos, C. *et al* (1996) EPPIC: an evolving system of early
40 detection and optimal management. *Schizophrenia Bulletin*, (2), 305-326.

CONFIDENTIAL
AZSER12751352

DRAFT FOR SECOND CONSULTATION

1  McGorry, P. D., Yung, A. R., Phillips, L. J. et al (2002) Randomized controlled trial of
2  interventions designed to reduce the risk of progression to first-episode psychosis in a clinical
3  sample with subthreshold symptoms. Archives of General Psychiatry, (10), 921-928.

4  McGrew, J. H., Bond, G. R., Dietzen, L. et al (1994) Meprogram modelasuring the fidelity of
5  implementation of a mental health. Journal of Consulting and Clinical Psychology, 670-678.

6  McGrew, J. H. & Bond, G. R. (1995) Critical ingredients of assertive community treatment:
7  Judgments of the experts. Journal of Mental Health Administration, 113-125.

8  McGuffin, P. & Katz, R. (1989) The genetics of depression and manic-depressive disorder.
9  British Journal of Psychiatry, 294-304.

10  McGuffin, P., Rijsdijk, F., Andrew, M. et al (2003) The heritability of bipolar affective disorder
11  and the genetic relationship to unipolar depression. Archives of General Psychiatry, (5), 497-502.

12  McIntyre, R. S., Mancini, D. C. & McCann, S. (2003) Valproate, bipolar disorder and
13  polycystic ovarian syndrome. Bipolar Disorder, 28-35.

14  McQueen, M. B., Devlin, B., Faraone, S. V. et al (2005) Combined analysis from eleven linkage
15  studies of bipolar disorder provides strong evidence of susceptibility Loci on chromosomes
16  6q and 8q. American Journal of Human Genetics, (4), 582-595.

17  MDF (2004) Manic Depression Fellowship (2004) Membership survey: 'Making your views
18  count' (part one). Pendulum: The Journal of the Manic Depression Fellowship, (1), 12-13.

19  Mendelson, W. B. (1992) Clinical distinctions between long-acting and short-acting
20  benzodiazepines. Journal of Clinical Psychiatry, 7-9.

21  Department of Health (1983) Mental Health Act 1983.

22  Menza, M., Vreeland, B., Minsky, S. et al (2004) Managing atypical antipsychotic-associated
23  weight gain: 12-month data on a multimodal weight control program. Journal of Clinical
24  Psychiatry, (4), 471-477.

25  Merson, S., Tyrer, P., Onyett, S. et al (1992) Early intervention in psychiatric emergencies: a
26  controlled clinical trial. Lancet, (8805), 1311-1314.

27  Messenheimer, J., Mullens, E. L., Gorgi, L. et al (1998) Safety review of adult clinical trial
28  experience with lamotrigine. Drug Safety, (4), 281-296.

29  Michaelis, B. H., Goldberg, J. F., Davis, G. P. et al (2004) Dimensions of impulsivity and
30  aggression associated with suicide attempts among bipolar patients: a preliminary study.
31  Suicide and Life Threatening Behavior, (2), 172-176.

32  Mikkonen, K., Vainionpaa, L. & Pakarinen, A. J. (2004) Long-term reproductive endocrine
33  health in young women with epilepsy during puberty. Neurology, (62 (3)), 445-450.

34  Miklowitz, D. J., Goldstein, M. J., Nuechterlein, K. H. et al (1988) Family factors and the
35  course of bipolar affective disorder. Archives of General Psychiatry, (3), 225-231.

36  Miklowitz, D. J., Simoneau, T. L., George, E. L. et al (2000) Family-focused treatment of
37  bipolar disorder: 1-year effects of a psychoeducational program in conjunction with
38  pharmacotherapy. Biological Psychiatry, 582-592.

CONFIDENTIAL
AZSER12751353

DRAFT FOR SECOND CONSULTATION

1   Miklowitz, D. J., George, E. L., Richards, J. A. *et al* (2003) A randomized study of family-
2   focused psychoeducation and pharmacotherapy in the outpatient management of bipolar
3   disorder. *Archives of General Psychiatry*, (9), 904-912.

4   Miklowitz, D. J., Wisniewski, S. R., Miyahara, S. *et al* (2005) Perceived criticism from family
5   members as a predictor of the one-year course of bipolar disorder. *Psychiatry Research*, (2-3),
6   101-111.

7   Millar, A., Espie, C. A. & Scott, J. (2004) The sleep of remitted bipolar outpatients: a controlled
8   naturalistic study using actigraphy. *Journal of Affective Disorders*, (2-3), 145-153.

9   Mitchell, L. & Romans, S. (2003) Spiritual beliefs in bipolar affective disorder: their relevance
10   for illness management. *Journal of Affective Disorders*, (3), 247-257.

11   Mitchell, P. B. & Malhi, G. S. (2004) Bipolar depression: phenomenological overview and
12   clinical characteristics. *Bipolar Disorders*, 530-539.

13   Moller, H. J. & Grunze, H. (2000) Have some guidelines for the treatment of acute bipolar
14   depression gone too far in the restriction of antidepressants? *European Archives of Psychiatry*
15   *and Clinical Neuroscience*, (2), 57-68.

16   Molnar, G., Feeney, M. G. & Fava, G. A. (1988) Duration and symptoms of bipolar prodromes.
17   *American Journal of Psychiatry*, (12), 1576-1578.

18   Moore, P. B., Shepherd, D. J., Eccleston, D. *et al* (2001) Cerebral white matter lesions in bipolar
19   affective disorder: relationship to outcome. *British Journal of Psychiatry*, 172-176.

20   Morriss, R., Marshall, M. & Harris, A. (2002) Bipolar affective disorder – left out in the cold.
21   *BMJ*, 61-62.

22   Morriss,RK (2003). Problems of initial management. In: Morriss, RK, editors. *Managing Acute*
23   *Mania* London: Science Press.

24   Morriss, R. (2004) The early warning symptom intervention for patients with bipolar
25   disorder. *Advances in Psychiatric Treatment*, 18-26.

26   Morriss, R., Scott, J., Paykel, E. *et al* (2005) The role of mood and other clinical factors on social
27   adjustment based on reported behaviour in recently ill patients with bipolar affective
28   disorder. *Submitted*,

29   Morselli, P. L. (2000) Present and future role of Mental Illness Advocacy Associations in the
30   management of the mentally ill: realities, needs and hopes at the edge of the third
31   millennium. *Bipolar Disorders*, (3 Pt 2), 294-300.

32   Morselli, P. L., Elgie, R. & GAMIAN-Europe (2003) GAMIAN-Europe/BEAM survey I: global
33   analysis of a patient questionnaire circulated to 3450 members of 12 European advocacy
34   groups operating in the field of mood disorders. *Bipolar Disorder*, 265-278.

35   Morselli, P. L., Elgie, R. & Cesana, B. M. (2004) GAMIAN-Europe/BEAM survey II: cross-
36   national analysis of unemployment, family history, treatment satisfaction and impact of the
37   bipolar disorder on life style. *Bipolar Disorders*, (6), 487-497.

38   Mueser, K. T., Clark, R. E., Haines, M. *et al* (2001) he Hartford study of supported
39   employment for persons with severe mental illness. *Journal of Consulting and Clinical*
40   *Psychology*, (3), 479-490.

CONFIDENTIAL
AZSER12751354

DRAFT FOR SECOND CONSULTATION

1    Muller, B. (2002) Bipolar disorder. *Lancet*, (9302), 241-247.

2    Muller-Oelinghausen, B., Felber, W. & Berghofer, A. (2005) The impact of lithium long-term
3    medication on suicidal behaviour and mortality of bipolar patients. *Archives of Suicide*
4    *Research*, 307-319.

5    Murray,CJL & Lopez,ADe (1996) *The Global Burden of Disease: a comprehensive assessment of*
6    *mortality and disability from diseases, injuries, and risk factors in 1990 and projected to 2020.*
7    Cambridge, Mass, Harvard School of Public Health on behalf of the World Health
8    Organization and the World Bank.

9    Mynors-Wallis, L. M., Gath, D. H. & Baker, F. (2000) Randomised controlled trial and cost
10   analysis of problems solving treatment for emotional disorders given by community nurses in
11   primart care. *BMJ*, (7226), 26-30.

12   National Collaborating Centre for Mental Health (2002) *Schizophrenia: Core interventions in the*
13   *treatment and management of schizophrenia in primary and secondary care*, London: Gaskell.

14   National Collaborating Centre for Mental Health (2005) *Depression: Management of depression*
15   *in primary and secondary care*, London: The British Psychological Society.

16   Nemeroff, C. B. (2000) An ever-increasing pharmacopoeia for the management of patients
17   with bipolar disorder. *Journal of Clinical Psychiatry*, 19-25.

18   NEPP (2002) National Early Psychosis Project. *http://www.earlypsychosis.org*,

19   NHS Health Advisory Service (1995) *Child and Adolescent Mental Health Services: Together We*
20   *Stand: the Commissioning, Role and Management of Child and Adolescent Mental Health Services.*

21   NICE (2002) Treatment and management of schizophrenia in primary and secondary care.

22   National Institute for Clinical Excellence (NICE) (2003) Guidence on the use of
23   Electroconvulsive Therapy. *Technology Appraisal*,

24   NICE (2004) Treatment and management of depression in primary and secondary care.

25   National Institute for Clinical Excellence (NICE) (2004) Depression: *Management of depression*
26   *in primary and secondary care, Clinical Guideline No. 23.*

27   National Institute for Clinical Excellence (NICE) (2004) *Eating disorders: Core interventions in*
28   *the treatment and management of anorexia nervosa, bulimia nervosa and related eating disorders,*
29   *Clinical Guideline No. 9.*

30   (2004) *Guide to the Methods of Technology Appraisal*, London: NICE.

31   National Institute for Clinical Excellence (NICE) (2005) Anxiety: *Management of anxiety (panic*
32   *disorder, with or without agoraphobia, and generalised anxiety disorder) in adults in primary,*
33   *secondary and community care, Clinical Guideline No. 22.* (London),

34   National Institute for Clinical Excellence (NICE) (2005) *Post-traumatic stress disorder: The*
35   *management of PTSD in adults and children in primary and secondary care, Clinical Guideline No.*
36   *26.*

37   National Institute for Clinical Excellence (NICE) (2005) Long-acting reversible contraception.

CONFIDENTIAL
AZSER12751355

Nierenberg, A. A., Burt, T., Matthews, J. *et al* (1999) Mania associated with St. John's wort. *Biological Psychiatry*, (12), 1707-1708.

Nolan, P., Murray, E. & Dallender, J. (1999) Practice nurses' perceptions of services for clients with psychological problems in primary care. *International Journal of Nursing Studies*, (2), 97-104.

Nulman, I., Rovet, J., Stewart, D. E. *et al* (2002) Child development following exposure to tricyclic antidepressants or fluoxetine throughout fetal life: a prospective, controlled study. *American Journal of Psychiatry*, (11), 1889-1895.

Office for National Statistics, General Register Office for Scotland & Northern Ireland Statistics and Research Agency. (2002) Death rates from suicide: by gender and age, 1974-2000: Social Trends 32. *http://www.statistics.gov.uk/statbase/ssdataset.asp?vlnk=5228&Pos=1&ColRank=1&Rank=192,*

Ogilvie, A. D., Morant, N. & Goodwin, G. M. (2005) The burden of informal caregivers of people with bipolar disorder. *Bipolar Disorder*, (suppl 1), 25-32.

O'Hara, M. W. & Swain, A. M. (1996) Rates and risk of postpartum depression - A meta-analysis. *International Review of Psychiatry*, (1), 37-54.

O'Herlihy, A., Worrall, A., Lelliott, P. *et al* (2003) Distribution and characteristics of in-patient child and adolescent mental health services in England and Wales. *British Journal of Psychiatry*, 547-551.

Oinonen, K. A. & Mazmanian, D. (2002) To what extent do oral contraceptives influence mood and affect? *Journal of Affective Disorders*, (3), 229-240.

Olié, J. P. & Lévy, E. (2002) Manic episodes: The direct cost of a three-month period following hospitalisation. *European psychiatry*, (5), 278-286.

Omtzigt, J. G., Nau, H., Los, F. J. *et al* (1992) The disposition of valproate and its metabolites in the late first trimester and early second trimester of pregnancy in maternal serum, urine, and amniotic fluid: effect of dose, co-medication, and the presence of spina bifida. *European Journal of Clinical Pharacology*, (4), 381-388.

Osby, U., Brandt, L., Correia, N. *et al* (2001) Excess mortality in bipolar and unipolar disorder in Sweden. *Archives of General Psychiatry*, (9), 844-850.

Osser, D. N. & Sigadel, R. (2001) Short-term in-patient pharmacotherapy of schizophrenia. *Harvard Review of Psychiatry*, 89-104.

Otto, M. W., Perlman, C. A., Wernicke, R. *et al* (2004) Posttraumatic stress disorder in patients with bipolar disorder: a review of prevalence, correlates, and treatment strategies. *Bipolar Disorders*, (6), 470-479.

Ozer, S., Ulusahin, A., Batur, S. *et al* (2002) Outcome measures of interepisode bipolar patients in a Turkish sample. *Social Psychiatry and Psychiatric Epidemiology*, (1), 31-7.

Palmer,A & Scott,J (2003). Self-Management and the "Expert Patient". In: Power, M, editors. *Bipolar Disorders: A Scientific Handbook.*

Papageorgiou, A., King, M., Janmohamed, A. *et al* (2002) Advance directives for patients compulsorily admitted to hospital with serious mental illness. Randomised controlled trial. *British Journal of Psychiatry*, 513-519.

CONFIDENTIAL
AZSER12751356

DRAFT FOR SECOND CONSULTATION

1  Patton, S. W., Misri, S., Corral, M. R. *et al* (2002) Antipsychotic medication during pregnancy
2  and lactation in women with schizophrenia: evaluating the risk. *Canadian Journal of Psychiatry*,
3  (10), 959-965.

4  Paykel, E. S., Abbott, R., Morriss, R. *et al* (2005) Subsyndromal and syndromal symptoms in
5  the longitudinal course of bipolar disorder. *British Journal of Psychiatry*,

6  American Academy of Pediatrics Committee on Drugs (2002) American Academy of
7  Pediatrics Committee on Drugs: Use of psychoactive medication during pregnancy and
8  possible effects on the fetus and newborn. *Pediatrics*, 880-887.

9  Peele, P. B., Scholle, S. H., Kelleher, K. J. *et al* (1998) Datapoints: Costs of employee behavioral
10 health care by diagnosis. *Psychiatric services*, (12), 1549,ISSN-2730.

11 Peele, PB, Xu, Y, & Kupfer, DJ (2003) Insurance Expenditures on Bipolar Disorder: Clinical
12 and Parity Implications. *American Journal of Psychiatry*, 160 (7):1286-90.

13 Peet, M. & Harvey, N. S. (1991) Lithium maintenance: 1. A standard education programme
14 for patients. *British Journal of Psychiatry*, 197-200.

15 Peet, M. (1994) Induction of mania with selective serotonin re-uptake inhibitors and tricyclic
16 antidepressants. *British Journal of Psychiatry*, (4), 549-550.

17 Perlick, D, Clarkin, JF, Sirey, J *et al* (1999) Burden experienced by care-givers of persons with
18 bipolar affective disorder. *British Journal of Psychiatry*, 175 p. 56-62 United Kingdom: Royal
19 College of Psychiatrists http:\\www.rcpsych.ac.uk ISSN: 0007-1250 (Print).:56-62.

20 Perlick, D. A., Hohenstein, J. M., Clarkin, J. F. *et al* (2005) Use of mental health and primary
21 care services by caregivers of patients with bipolar disorder: a preliminary study. *Bipolar
22 Disorders*, (2), 126-135.

23 Perris, C. (1966) A study of bipolar (manic-depressive) and unipolar recurrent depressive
24 psychoses. *Acta psychiatrica Scandinavica*, (suppl), 9-14.

25 Perry, A., Tarrier, N., Morriss, R. *et al* (1999) Randomised controlled trial of efficacy of
26 teaching patients with bipolar disorder to identify early symptoms of relapse and obtain
27 treatment. *BMJ*, 149-153.

28 Perugi, G., Toni, C., Frare, F. *et al* (2002) Obsessive-compulsive-bipolar comorbidity: a
29 systematic exploration of clinical features and treatment outcome. *Journal of Clinical
30 Psychiatry*, (12), 1129-1134.

31 Pierides, M. (1994) Mental health services in Cyprus. *Psychiatric Bulletin*, (425), 427-

32 Pini, S., de Queiroz, V., Pagnin, D. *et al* (2005) Prevalence and burden of bipolar disorders in
33 European countries. *European Neuropsychopharmacology*, (15), 4-425.

34 Post, R. M., Rubinow, D. R. & Ballenger, J. C. (1986) Conditioning and sensitisation in the
35 longitudinal course of affective illness. *British Journal of Psychiatry*, 191-201.

36 Post, R., Denicoff, K. & Leverich, G. (2003) Morbidity in 258 bipolar outpatients followed for 1
37 year with daily prospective ratings on the NIMH life chart method. *Journal of Clinical
38 Psychiatry*, (6), 680-690.

39 Potash, J. B., Kane, H. S., Chiu, Y. F. *et al* (2000) Attempted Suicide and Alcoholism in Bipolar
40 Disorder: Clinical and Familial Relationships. *American Journal of Psychiatry*, (12), 2048-2050.

CONFIDENTIAL
AZSER12751357

DRAFT FOR SECOND CONSULTATION

Power, P., Elkins, K., Adlard, S. *et al* (1998) Analysis of the initial treatment phase in first-episode psychosis. *British Journal of Psychiatry*, 71-76.

Prien, R. F. & Potter, W. Z. (1990) NIMH workshop report on treatment of bipolar disorder. *Psychopharmacology Bulletin*, 409-427.

Quanbeck, C. D., Stone, D. C., Scott, C. L. *et al* (2004) Clinical and legal correlates of inmates with bipolar disorder at time of criminal arrest. *Journal of Clinical Psychiatry*, (2), 198-203.

Rasgon, N. L. (2004) The relationship between polycystic ovary syndrome and antiepileptic drugs: a review of the evidence. *Journal of Clinical Psychopharmacology*, (3), 322-334.

Rasgon, N. L., Altshuler, L. & Fairbanks, L. (2005) Reproductive function and risk for PCOS in women treated for bipolar disorder. *Bipolar Disorder*, (3), 246-259.

Rea, M. M., Tompson, M. C., Miklowitz, D. J. *et al* (2003) Family-focused treatment versus individual treatment for bipolar disorder: results of a randomized clinical trial. *Journal of Consulting and Clinical Psychology*, (3), 482-492.

Reilly-Harrington, N. A., Alloy, L. B., Fresco, D. M. *et al* (1999) Cognitive styles and life events interact to predict bipolar and unipolar symptomatology. *Journal of Abnormal Psychology*, (4), 567-578.

Revicki, D. A. & Wood, M. (1998) Patient-assigned health state utilities for depression-related outcomes: differences by depression severity and antidepressant medications. *Journal of Affective Disorders*, (1), 25-36.

Revicki, D. A., Hanlon, J., Martin, S. *et al* (2005) Patient-based utilities for bipolar disorder-related health states. *Journal of Affective Disorders*, (2-3), 203-210.

Rihmer, Z., Barsi, J., Arato, M. *et al* (1990) Suicide in subtypes of primary major depression. *Journal of Affective Disorders*, (3), 221-225.

Riemann, D, Voderholzer, U, & Berger, M (2002) Sleep and sleep-wake manipulations in bipolar depression. *Neuropsychobiology*, 45 Suppl 1:7-12.

Rihmer, Z. & Kiss, K. (2002) Bipolar disorders and suicidal behaviour. *Bipolar Disorders*, (suppl 1), 21-25.

Robertson, E., Jones, I., Haque, S. *et al* (2005) Risk of puerperal and non-puerperal recurrence of illness following bipolar affective puerperal (post-partum) psychosis. *British Journal of Psychiatry*, 258-259.

Hakkaart-van Roijen, L., Hoejenbos, M. B., Regeer, E. J. *et al* (2004) The societal costs and quality of life of patients suffering from bipolar disorder in the Netherlands. *Acta psychiatrica Scandinavica*, (5), 383-392.

Royal College of Psychiatrists (1997) The Association Between Antipsychotic Drugs and Sudden Death. Council Report 57.

Royal College of Psychiatrists (1998) Management of imminent violence: clinical practice guidelines to support mental health services. *Occasional Paper OP41*,

Runge, C. & Grunze, H. (2004) Annual costs of bipolar disorders in Germany. *Der Nervenarzt*, (9), 896-903.

CONFIDENTIAL
AZSER12751358

DRAFT FOR SECOND CONSULTATION

1   Russell, S. J. & Browne, J. L. (2005) Staying well with bipolar disorder. *Australia and New*
2   *Zealand Journal of Psychiatry*, 187-193.

3   Rybakowski, J. K. & Twanrdowska, K. (1999) The dexamethasone/corticotropin-releasing
4   hormone test in depression in bipolar and unipolar affective illness. *Journal of Psychiatric*
5   *Research*, (5), 363-370.

6   Sachs, G. S., Grossman, F., Ghaemi, S. N. *et al* (2002) Combination of a mood stabilizer with
7   risperidone or haloperidol for treatment of acute mania: a double-blind, placebo-controlled
8   comparison of efficacy and safety. *American Journal of Psychiatry*, (7), 1146-1154.

9   Sanderson, K., Andrews, G., Corry, J. *et al* (2003) Reducing the burden of affective disorders:
10  Is evidence-based health care affordable? *Journal of Affective Disorders*, (2), 109-125.

11  Scharer, L. O., Hartweg, V., Hoern, M. *et al* (2002) Electronic diary for bipolar patients.
12  *Neuropsychobiology*, 10-2.

13  Schneck, C. D., Miklowitz, D. J., Calabrese, J. *et al* (2004) Phenomenology of rapid-cycling
14  bipolar disorder: Data from the first 500 participants in the Systematic Treatment
15  Enhancement Program. *American Journal of Psychiatry*, (10), 1902-1908.

16  Schou, M., Juel-Nielsen, N., Stromgren, E. *et al* (1954) The treatment of manic psychoses by
17  the administration of lithium salts. *Journal of Neurosurgery and Psychiatry*, (4), 25-260.

18  Schulberg, H. C., Block, M. R., Madonia, M. J. *et al* (1996) Treating major depression in
19  primary care practice. Eight-month clinical outcomes. *Archives of General Psychiatry*, (10), 913-
20  919.

21  Scialli, A. R. (2005) Counseling. *Reprotox in a Nutshell*,

22  Sclare, P. & Creed, F. (1990) Life events and the onset of mania. *British Journal of Psychiatry*,
23  (508), 514-

24  Schmider, J., Lammers, C. H., Gotthardt, U. *et al* (1995) Combined
25  dexamethasone/corticotropin-releasing hormone test in acute and remitted manic patients, in
26  acute depression, and in normal controls: I. *Biological Psychiatry*, (12), 797-802.

27  Scott, J., Garland, A. & Moorhead, S. (2001) A pilot study of cognitive therapy in bipolar
28  disorders. *Psychological Medicine* , (3), 459-467.

29  Shapiro, S., Hartz, S. C., Siskind, V. *et al* (1976) Anticonvulsants and parental epilepsy in the
30  development of birth defects. *Lancet*, (7954), 272-275.

31  Shepherd, G. & Hill, R. G. (1996) Manic depression: Do people receive adequate support?
32  *Nursing Time*s, 42-44.

33  Shepherd, G., Murray A. & Muijen, M. (1994) Relative values: the different views of
34  users,family carers and professionals on services for people with schizophrenia.

35  Shi, L., Thiebaud, P. & McCombs, J. S. (11-1-2004) The impact of unrecognized bipolar
36  disorders for patients treated for depression with antidepressants in the fee-for-services
37  California Medicaid (Medi-Cal) program. *Journal of Affective Disorders*, (3), 373-383.

38  Simon, G. E. & Unutzer, J. (1999) Health care utilization and costs among patients treated for
39  bipolar disorder in an insured population. *Psychiatric service*s, (10), 1303-1308.

CONFIDENTIAL
AZSER12751359

DRAFT FOR SECOND CONSULTATION

1    Simon, G. E., von Korff, M., Rutter, C. *et al* (2000) Randomised trial of monitoring, feedback,
2    and management of care by telephone to improve treatment of depression in primary care.
3    *BMJ*, (7234), 550-554.

4    Simon, G. E., Ludman, E., Unutzer, J. *et al* (2002) Design and implementation of a randomized
5    trial evaluating systematic care for bipolar disorder. *Bipolar Disorders*, (4), 226-236.

6    Simon, G. E., Ludman, E. J., Unutzer, J. *et al* (2005) Randomized trial of a population-based
7    care program for people with bipolar disorder. *Psychological Medicine*, (1), 13-24.

8    Simpson, D. & Anderson, I. (1996) Rapid tranquillisation: a questionnaire survey of practice.
9    *Psychiatric Bulletin*, 149-152.

10   Slade, M., Rosen, A. & Shankar, R. (1995) Multidisciplinary mental health teams. *International*
11   *Journal of Social Psychiatry*, (3), 180-189.

12   Sledge, W. H., Tebes, J., Wolff, N. *et al* (1996) Day hospital/crisis respite care versus inpatient
13   care, Part II: Service utilization and costs. *American Journal of Psychiatry*, (8), 1074-1083.

14   Smith, J. A. & Tarrier, N. (1992) Prodromal symptoms in manic depressive psychosis. *Social*
15   *Psychiatry & Psychiatric Epidemiology*, (5), 245-248.

16   Smith, D. J., Harrison, N., Muir, W. *et al* (2005) The high prevalence of bipolar spectrum
17   disorders in young adults with recurrent depression: toward an innovative diagnostic
18   framework. *Journal of Affective Disorders*, 167-178.

19   Sokero, T. P., Melartin, T. K., Rytsala, H. J. *et al* (2003) Suicidal ideation and attempts among
20   psychiatric patients with major depressive disorder. *Journal of Clinical Psychiatry*, (9), 1094-
21   1100.

22   Spina, E., Pisani, F. & Perucca, E. (1996) Clinically significant phramacokinetic drug
23   interactions with carbamazepine: an update. *Clinical Pharmacokinetics*, 198-214.

24   Sproule, B. A., Hardy, B. G. & Shulman, K. I. (2000) Differential pharmacokinetics of lithium
25   in elderly patients. *Drugs and Aging*, (3), 165-177.

26   Stein, L. I. & Test, M. A. (1980) Alternative to mental hospital treatment. I. Conceptual model,
27   treatment program, and clinical evaluation. *Archives of General Psychiatry*, (4), 392-397.

28   Stender, M., Bryant-Comstock, L. & Phillips, S (2002) Medical resource use among patients
29   treated for bipolar disorder: a retrospective, cross-sectional, descriptive analysis. *Clinical*
30   *therapeutics*, (10), 1668-1676.

31   Stokes, P. E., Shamoian, C. A., Stoll, P. M. *et al* (1971) Efficacy of lithium as acute treatment of
32   manic-depressive illness. *Lancet*, (1 (7713)), 1319-1325.

33   Stoll, A. L., Severus, W. E. & Freeman, M. P. (1999) Omega 3 fatty acids in bipolar disorder: a
34   preliminary double-blind, placebo-controlled trial. *Archives of General Psychiatry*, 407-412.

35   Strober, M. & Carlson, G. (1982) Bipolar illness in adolescents with major depression: clinical,
36   genetic, and psychopharmacologic predictors in a three- to four-year prospective follow-up
37   investigation. *Archives of General Psychiatry*, (5), 549-555.

38   Strudsholm, U., Johannessen, L., Foldager, L. *et al* (2005) Increased risk for pulmonary
39   embolism in patients with bipolar disorder. *Bipolar Disorders*, (1), 77-81.

CONFIDENTIAL
AZSER12751360

DRAFT FOR SECOND CONSULTATION

1  Su, K. P. & Hunag, S. Y. Chiu C. C. (2003) Omega-3 fatty acids in major depressive disorder.
2  A preliminary double-blind, placebo-controlled trial. *European Neuropsychopharmacology*, 267-
3  271.

4  Suppes, T., Rush, A. J., Dennehy, E. B. *et al* (2003) Texas Medication Algorithm Project, phase
5  3 (TMAP-3): clinical results for patients with a history of mania. *Journal of Clinical Psychiatry*,
6  (4), 370-382.

7  Swann, A. C., Dougherty, D. M., Pazzaglia, P. J. *et al* (2004) Impulsivity: a link between
8  bipolar disorder and substance abuse. *Bipolar Disorders*, 204-212.

9  Szadoczky, E., Papp, Z., Vitrai, J. *et al* (1998) The prevalence of major depressive and bipolar
10  disorders in Hungary. Results from a national epidemiologic survey. *Journal of Affective
11  Disorders*, (2-3), 153-162.

12  ten Have, M., Vollebergh, W., Bijl, R. *et al* (2002) Bipolar disorder in the general population in
13  the Netherlands (prevalence, consequences and care utilisation): results from the Netherlands
14  Mental Health Survey and incidence Study (NEMESIS). *Journal of Affective Disorders*, 203-213.

15  Theis-Flechtner, K., Muller-Oelinghausen, B. & Seibert, W. (1996) Effect of prophylactic
16  treatment on suicide risk in patients with major affective disorders. Data from a randomized
17  prospective trial. *Pharmacopsychiatry*, (3), 103-107.

18  Thompson, K. S., Griffith, E. E. & Leaf, P. J. (1990) A historical review of the Madison model
19  of community care. *Hospital and Community Psychiatry*, (6), 625-634.

20  Thompson, KN, Conus, PO, Ward, JL *et al* (2003) The initial prodrome to bipolar affective
21  disorder: prospective case studies. *Journal of Affective Disorders*, 77 (1):79-85.

22  Thompson, J. M., Gallagher, P., Hughes, J. H. *et al* (2005) Neurocognitive impairment in
23  euthymic patients with bipolar affective disorder. *British Journal of Psychiatry*, 32-40.

24  Thoren, P., Floras, J. S. & Hoffmann, P. (1990) Endorphins and exercise:Physiological
25  mechanisms and clinical implications. *Medical Science, Sports and Exercise*, (4), 417-428.

26  Tohen, M., Waternaux, C. M. & Tsuang, M. T. (1990) Outcome in Mania.  A 4-year prospective
27  follow-up of 75 patients utilizing survival analysis. *Archives of General Psychiatry*, (12), 1106-
28  1111.

29  Tohen, M., Shulman, K. I. & Satlin, A. (1994) First-episode mania in late life. *American Journal
30  of Psychiatry*, (1), 130-132.

31  Tondo, L., Hennen, J. & Baldessarini, R. J. (2001) Lower suicide risk with long-term lithium
32  treatment in major affective illness: a meta-analysis. *Acta psychiatrica Scandinavica*, 136-172.

33  Tsevat, J., Keck, P. E., Hornung, R. W. *et al* (2000) Health values of patients with bipolar
34  disorder. *Quality of Life Research*, 579-586.

35  Tsuchiya, K. J., Byrne, M. & Mortensen, P. B. (2003) Risk factors in relation to an emergence of
36  bipolar disorder: a systematic review.  *Bipolar Disorders*, (4), 231-242.

37  Turley, B., Bates, G. W., Edwards, J. *et al* (1992) MCMI-II personality disorders in recent-onset
38  bipolar disorders. *Journal of Clinical Psychology*, (3), 320-329.

CONFIDENTIAL
AZSER12751361

DRAFT FOR SECOND CONSULTATION

1   Tyrer, P., Coid, J., Simmonds, S. *et al* (1998) Community mental health teams (CMHTs) for
2   people with severe mental illnesses and disordered personality. *Cochrane Database Systematic*
3   *Reviews*,

4   Tyrer, P., Coid, J., Simmonds, S. *et al* (2002) Community mental health teams (CMHTs) for
5   people with severe mental illnesses and disordered personality (Cochrane Review). *Cochrane*
6   *Library*,

7   van Gent, E. M. & Zwart, F. M. (1991) Psychoeducation of partners of bipolar-manic patients.
8   *Journal of Affective Disorders*, 15-18.

9   van Os, J., Takei, N., Castle, D. J. *et al* (1996) The incidence of mania: time trends in relation to
10  gender and ethnicity. *Social Psychiatry & Psychiatric Epidemiology*, 129-136.

11  Vanstraelen, M. & Tyrer, S. P. (1999) Rapid cycling bipolar affective disorder in people with
12  intellectual disability: A systematic review. *Journal of Intellectual Disability Research*, (5), 349-
13  359.

14  Vaughn, C. E. & Leff, J. P. (1976) The influence of family and social factors on the course of
15  psychiatric illness. A comparison of schizophrenic and depressed neurotic patients. *British*
16  *Journal of Psychiatry*, 125-137.

17  Viguera, A. C., Nonacs, R., Cohen, L. S. *et al* (2000) Risk of recurrence of bipolar disorder in
18  pregnant and nonpregnant women after discontinuing lithium maintenance. *American Journal*
19  *of Psychiatry*, (10), 1741-1742.

20  Vinten, J., Adab, N., Kini, U. *et al* (2005) Neuropsychological effects of exposure to
21  anticonvulsant medication in utero. *Neurology*, (6), 949-954.

22  von Korff, M. & Goldberg, D. (2001) Improving outcomes in depression. *BMJ*, (7319), 948-949.

23  Von Korff M., Katon, W., Bush, T. *et al* (1998) Treatment costs, cost offset, and cost-
24  effectiveness of collaborative management of depression. *Psychosomatic Medicine*, (2), 143-149.

25  Wagner, E. H., Austin, B. T. & von Korff, M. (1996) Organizing care for patients with chronic
26  illness. *Millbank Quarterly*, (511), 544-

27  Wagner, E. H. (2000) The role of patient care teams in chronic disease management. *BMJ*,
28  (7234), 569-572.

29  Ward, E., King, M., Lloyd, M. *et al* (2000) Randomised controlled trial of non-directive
30  counselling, cognitive-behaviour therapy, and usual general practitioner care for patients
31  with depression. I: clinical effectiveness. *BMJ*, (7273), 1383-1388.

32  Watson, S., Gallagher, P., Ritchie, J. C. *et al* (2004) Hypothalamic-pituitary-adrenal axis
33  function in patients with bipolar disorder. *British Journal of Psychiatry*, (6), 496-502.

34  Webber, M. & Huxley, P. (2004) Social exclusion and risk of emergency compulsory
35  admission. A case-control study. *Social Psychiatry & Psychiatric Epidemiology*, (12), 1000-1009.

36  Wehr, T. A., Sack, D. A. & Rosenthal, N. E. (1987) Sleep reduction as a final common pathway
37  in the genesis of mania. *American Journal of Psychiatry*, (2), 201-204.

38  Wehr, T. A., Sack, D. A., Rosenthal, N. E. *et al* (1988) Rapid cycling affective disorder:
39  contributing factors and treatment responses in 51 patients. *American Journal of Psychiatry*, (2),
40  179-184.

CONFIDENTIAL
AZSER12751362

DRAFT FOR SECOND CONSULTATION

Weinstein, N. D. (1982) Unrealistic optimism about susceptibility to health problems. *Journal of Behavioural Medicine*, (4), 441-460.

Weissman, M. M. & Myers, J. K. (1978) Affective disorders in a US urban community: the use of research diagnostic criteria in an epidemiological survey. *Archives of General Psychiatry*, (11), 1304-1311.

Weissman, M. M., Bland, R. C. & Canino, G. J. (1996) Cross-national epidemiology of major depression and bipolar disorder. *JAMA*, (4), 293-299.

Wells, K. B., Sherbourne, C., Schoenbaum, M. *et al* (2000) Impact of disseminating quality improvement programs for depression in managed primary care: a randomized controlled trial. *JAMA*, (2), 212-220.

Wendel, J. S., Miklowitz, D. J., Richards, J. A. *et al* (2000) Expressed emotion and attributions in the relatives of bipolar patients: an analysis of problem-solving interactions. *Journal of Abnormal Psychology*, (4), 792-796.

White, P., Chant, D., Edwards, N. *et al* (2005) Prevalence of intellectual disability and comorbid mental illness in an Australian community sample. *Australia and New Zealand Journal of Psychiatry*, (5), 395-400.

Wicki, W. & Angst, J. (1991) The Zurich Study X: Hypomania in a 28- to 30-year-old cohort. *European Archives of Psychiatry and Clinical Neuroscience*, (339), 348-

Wiersma, D., Kluiter, H., Nienhuis, F. *et al* (1989) Day-treatment with Community Care as an Alternative to Standard Hospitalization: An Experiment in The Netherlands.

Winters, K. C. & Neale, J. M. (1985) Mania and low self-esteem. *Journal of Abnormal Psychology*, (3), 282-290.

Wyatt, R. J. & Henter, I. (1995) An economic evaluation of manic-depressive illness. *Social Psychiatry & Psychiatric Epidemiology*, (5), 213-219.

Yan, L. J., Hammen, C., Cohen, A. N. *et al* (2004) Expressed emotion versus relationship quality variables in the prediction of recurrence in bipolar patients. *Journal of Affective Disorders*, (2-3), 199-206.

Yanos, P. T., Primavera, L. H. & Knight, E. L. (2001) Consumer-run service participation, recovery of social functioning, and the mediating role of psychological factors. *Psychiatric services*, (4), 493-500.

Young R.C. & Klerman, G. L. (1992) Mania in late life: focus on age at onset. *American Journal of Psychiatry*, (7), 867-876.

Zajecka, J., Weisler, R. & Sachs, G. (2002) A comparison of the efficacy, safety, and tolerability of divalproex sodium and olanzapine in the treatment of bipolar disorder. *Journal of Clinical Psychiatry*, 1148-1155.

Zawadski,JK & Dunaif,A (1992). Diagnostic criteria for polycystic Hyperandrogenism ovary syndrome: towards a rational approach. In: Dunaif, A, Givens, JR, Haseltine, FP, editors. *Polycystic Ovary Syndrome* Oxford: Blackwell Scientific, p. 377-84.

CONFIDENTIAL
AZSER12751363

DRAFT FOR SECOND CONSULTATION

1 # 12  Appendices

2
3    **[Appendices are in separate documents for the consultation process]**
4
5
6

CONFIDENTIAL
AZSER12751364

Journal of Modern Applied Statistical Methods
May, 2005, Vol. 4, No. 1, 90-99

Copyright © 2005 JMASM, Inc.
1538 – 9472/05/$95.00

# Bias Of The Cox Model Hazard Ratio

Inger Persson
TFS Trial Form Support AB
Stockholm, Sweden

Harry Khamis
Statistical Consulting Center
Wright State University

The hazard ratio estimated with the Cox model is investigated under proportional and five forms of nonproportional hazards. Results indicate that the highest bias occurs for diverging hazards with early censoring, and for increasing and crossing hazards under a high censoring rate.

Key words: censoring proportion, proportional hazards, random censoring, survival analysis, type I censoring

### Introduction

In recent decades, survival analysis techniques have been extended far beyond the medical, biomedical, and reliability research areas to fields such as engineering, criminology, sociology, marketing, insurance, economics, etc. The study of survival data has previously focused on predicting the probability of response, survival, or mean lifetime, and comparing the survival distributions. More recently, the identification of risk and/or prognostic factors related to response, survival, and the development of a certain condition has become equally important (Lee, 1992).

Conventional statistical methods are not adequate to analyze survival data because some observations are censored, i.e., for some observations there is incomplete information about the time to the event of interest. A common type of censoring in practice is Type I censoring, where the event of interest is observed only if it occurs prior to some pre-

Harry Khamis, Statistical Consulting Center Wright State University, Dayton, OH. 45435. Email him: harry.khamis@wright.edu.

specified time, such as the closing of the study or the end of the follow-up. The most common approach for modeling covariate effects in survival data uses the *Cox Proportional Hazards Regression Model* (Cox, 1972), which takes into account the effect of censored observations. As the name indicates, the Cox model relies on the assumption of proportional hazards, i.e., the assumption that the effect of a given covariate does not change over time. If this assumption is violated, then the Cox model is invalid and results deriving from the model may be erroneous.

A great number of procedures, both numerical and graphical, for assessing the validity of the proportional hazards assumption have been proposed over the years. Some of the procedures require partitioning of failure time, some require categorization of covariates, some include a spline function, and some can be applied to the untransformed data set.

However, no method is known to be definitively better than the others in determining nonproportionality. Some authors recommended using numerical tests, e.g., Hosmer and Lemeshow (1999). Others recommended graphical procedures, because they believe that the proportional hazards assumption only approximates the correct model for a covariate and that any formal test, based on a large enough sample, will reject the null hypothesis of proportionality (Klein & Moeschberger, 1997, p. 354).

Power studies to compare some numerical tests have been performed; see, e.g.,

90

CONFIDENTIAL
AZSER12751365

Ng'andu, 1997; Quantin, et al., 1996; Song & Lee, 2000, and Persson, 2002. The goal of this article is to assess the bias of the Cox model estimate of the hazard ratio under different censoring rates, sample sizes, types of nonproportionality, and types of censoring. The second section reviews the Cox regression model and the proportional hazards assumption. The average hazard ratio, the principal criterion against which the Cox model estimates are compared, is described in the third section. The fourth section presents the simulation strategy. The results and conclusions are given in the remaining two sections.

Cox proportional hazards model

A central quantity in the Cox regression model is the hazard function, or the hazard rate, defined by:

$$\lambda(t) = \lim_{\Delta t \to 0} \frac{P[t \leq T < t + \Delta t \mid T \geq t]}{\Delta t},$$

where T is the random variable under study: time until the event of interest occurs. Thus, for small $\Delta t$, $\lambda(t)\Delta t$ is approximately the conditional probability that the event of interest occurs in the interval $[t, t + \Delta t]$, given that it has not occurred before time t.

There are many general shapes for the hazard rate; the only restriction is $\lambda(t) \geq 0$. Models with increasing hazard rates may arise when there is natural aging or wear. Decreasing hazard functions are less common, but may occur when there is a very early likelihood of failure, such as in certain types of electronic devices or in patients experiencing certain types of transplants.

A bathtub-shaped hazard is appropriate in populations followed from birth. During an early period deaths result, primarily from infant diseases, after which the death rate stabilizes, followed by an increasing hazard rate due to the natural aging process. Finally, if the hazard rate is increasing early and eventually begins declining, then the hazard is termed "hump-shaped." This type of hazard rate is often used in modeling survival after successful surgery, where there is an initial increase in risk due to infection or other complications just after the

procedure followed by a steady decline in risk as the patient recovers (see, e.g., Kline & Moeschberger, 1997).

In the Cox model, the relation between the distribution of event time and the covariates z (a p x 1 vector) is described in terms of the hazard rate for an individual at time t:

$$\lambda(t,z) = \lambda_0(t)\exp(\boldsymbol{\beta'z}), \qquad (1)$$

where $\lambda_0(t)$ is the baseline hazard rate, an unknown (arbitrary) function giving the value of the hazard function for the standard set of conditions $z = 0$, and $\boldsymbol{\beta}$ is a p x 1 vector of unknown parameters. The partial likelihood estimate of $\boldsymbol{\beta}$ is asymptotically consistent (Andersen & Gill, 1982; Cox, 1975, and Tsiatis, 1981).

The ratio of the hazard functions for two individuals with covariate values z and $z^*$ is $\lambda(t,z)/\lambda(t,z^*) = \exp[\boldsymbol{\beta'}(z - z^*)]$, an expression that does not depend on t. Thus, the hazard functions are proportional over time. The factor $\exp(\boldsymbol{\beta'z})$ describes the hazard ratio for an individual with covariates z relative to the hazard at a standard z = 0. The usual interpretation of the hazard ratio, $\exp(\boldsymbol{\beta'z})$, requires that (1) holds. There is no clear interpretation if the hazards are not proportional.

Of principal interest in a Cox regression analysis is to determine whether a given covariate influences survival, i.e. to estimate the hazard ratio for that covariate. The behavior of the hazard ratio estimated with the Cox model when the underlying assumption of proportional hazards is false (i.e., when the hazards are not proportional) is investigated in this paper. To assess the Cox estimates under nonproportional hazards, the estimates are compared to an exact calculation of the geometric average of the hazard ratio described in the next section. An average hazard ratio does not reflect the truth exactly since the hazard ratio is changing with time when the proportionality assumption is not in force. However, it can provide an approximate standard against which to compare the Cox model estimates. Because the estimation of the hazard ratio from the Cox model cannot be done analytically (Klein & Moeschberger, 1997), the comparison is made by simulations.

CONFIDENTIAL
AZSER12751366

Case 6:06-md-01769-ACC-DAB   Document 1355-26   Filed 03/11/09   Page 65 of 90 PageID 65270

Average hazard ratio

The average hazard ratio (AHR) is defined as (Kalbfleisch & Prentice, 1981):

$$\theta(W) = -\int_0^\infty [\lambda_1(t)/\lambda_2(t)]dW(t), \quad (2)$$

where $\lambda_1(t)$ and $\lambda_2(t)$ are the hazard functions of two groups and $W(t)$ is a survivor or weighting function. The weight function can be chosen to reflect the relative importance attached to hazard ratios in different time periods. Here, $W(t)$ depends on the general shape of the failure time distribution and is defined as $W(t) = S_1^\varepsilon(t)S_2^\varepsilon(t)$, where $S_1(t)$ and $S_2(t)$ are the survivor functions (i.e., one minus the cumulative distribution function) for the two groups, and $\varepsilon > 0$. The value $\varepsilon = \frac{1}{2}$ weights the hazard ratio at time t according to the geometric average of the two survivor functions. Values of $\varepsilon > \frac{1}{2}$ will assign greater weight to the early times while $\varepsilon < \frac{1}{2}$ assigns greater weight to later times. Here, $\varepsilon = \frac{1}{2}$ will be used.

For Weibull distributed lifetimes with scale parameter $\alpha$ and shape parameter $\gamma$, the survival function is $S(t) = \exp[-(\alpha t)\gamma]$ and the AHR estimator (2) can be written

$$\theta(W) =$$
$$-\int_0^\infty [(\gamma_1\alpha_1^{\gamma 1})/(\gamma_2\alpha_2^{\gamma 2})]d\{\exp[-\tfrac{1}{2}((\alpha_1 t)^{\gamma 1} + (\alpha_2 t)^{\gamma 2})]\}.$$

When the parametric forms of the survivor functions are unknown, the AHR (2) can still be used; in this case, the Kaplan-Meier product-limit estimates for the two groups are used as the survivor functions (Kaplan & Meier, 1958). However, (2) then only holds for uncensored data. The AHR function for censored data can be found in Kalbfleisch and Prentice, 1981.

Methodology

Simulation strategy

The hazard ratio estimates from the Cox model are evaluated under six scenarios: (1) proportional hazards, (2) increasing hazards, (3) decreasing hazards, (4) crossing hazards,

(5) diverging hazards, and (6) converging hazards. The AHR is compared in the two-sample case, corresponding to two groups with different hazard functions.

Equal sample sizes of 30, 50, and 100 observations per group are used along with average censoring proportions of 10, 25, and 50 percent. Type I censoring is used along with early and late censoring. The number of repetitions used in each simulation is 10,000. For a given sample size, censoring proportion, and type of censoring (random, early, late), the mean Cox estimate is calculated for all scenarios except converging hazards. Because of the asymmetry in the distribution of values in the case of converging hazards, the median estimate is used. For interpretation purposes, the percent bias of the mean or median Cox estimate relative to the AHR is reported in tables.

For the case of random censoring, random samples of survival times $t_s$ are generated from the Weibull distribution. The hazard function for the Weibull distribution is $\lambda(t) = \alpha\gamma(\alpha t)^{\gamma-1}$. The censoring times $t_c$ are generated from the exponential distribution with hazard function $\lambda(t) = \beta$, where the value of $\beta$ is adjusted to achieve the desired censoring proportions. The time on study t is defined as:

$$t = \begin{cases} t_s & \text{if } t_s \le t_c \\ t_c & \text{if } t_s > t_c \end{cases}$$

The event indicator is denoted by d:

$$d = \begin{cases} 0, & \text{if the observation is censored} \\ 1, & \text{if the event has occurred} \end{cases}$$

For early censoring, a percentage of the lifetimes are randomly chosen and multiplied by a random number generated from the uniform distribution. The percentage chosen is the same as the censoring proportion. The parameters of the uniform distribution are chosen so that the censoring times are short in order to achieve the effect of early censoring. For late censoring, a percentage of the longest lifetimes are chosen; this percentage is slightly larger than the censoring proportion. Of those lifetimes, a percentage corresponding to the censoring time

CONFIDENTIAL
AZSER12751367

is the lifetime, $t_s$, minus a random number generated from the uniform distribution. The parameters of the uniform distribution are now chosen so that the random numbers are relatively small in order to achieve the effect of late censoring.

### Results

For each of the six scenarios concerning the hazard rates of the two groups, comparisons of the estimated hazards ratio from the Cox model to the AHR is made for random, early, and late censoring and for selected sample sizes and censoring rates. The comparison is made based on the percent difference (bias) between the average Cox hazard ratio estimate and the AHR; [(average Cox estimate − AHR)/AHR] x 100.

### Proportional Hazards

Survival times are generated from the Weibull distribution where $\gamma=1$, $\alpha=1$ for group 1, and $\gamma=1$, $\alpha=2$ for group 2. The AHR is 2.0 for this situation. The percent of the bias for the mean Cox model estimate relative to the AHR is given in Table 1.

Under proportional hazards, the Cox model is correct. So, the estimated hazard ratio from the Cox model should be close to 2.0 in all cases. Table 1 reveals that the Cox estimate is slightly biased. This bias grows with decreasing sample size or increasing censoring proportion. Early censoring produces a more biased estimate than random or late censoring, especially for high censoring proportions.

### Increasing Hazards

Survival times are generated from the Weibull distribution where $\gamma=1.5$, $\alpha=2$ for group 1, and $\gamma=2$, $\alpha=2$ for group 2. The AHR is 1.2 for this situation. The percent of the bias for the mean Cox model estimate relative to the AHR is given in Table 2.

The Cox estimates fall below the AHR for increasing hazards. The estimates closest to the AHR correspond to early censoring; these estimates are relatively stable regardless of censoring proportion or sample size. For random and late censoring the estimate decreases (higher bias) with increasing censoring proportion but remains stable relative to sample size. For early

censoring the estimate is generally unbiased regardless of sample size or censoring proportion.

### Decreasing Hazards

Survival times are generated from the Weibull distribution where $\gamma=0.9$, $\alpha=1$ for group 1, and $\gamma=0.75$, $\alpha=3$ for group 2. The AHR is 0.44 for this situation. The percent of the bias for the mean Cox model estimate relative to the AHR is given in Table 3.

The Cox estimates fall below the AHR. These estimates decrease slightly with increasing censoring proportion. The estimates for early censoring are slightly less biased than for random or late censoring at the higher censoring proportions. The bias is not heavily influenced by sample size.

### Crossing Hazards

Survival times are generated from the Weibull distribution where $\gamma=2.5$, $\alpha=0.3$ for group 1, and $\gamma=0.9$, $\alpha=2$ for group 2. The AHR is 15.4 for this situation. The percent of the bias for the mean Cox model estimate relative to the AHR is given in Table 4.

The bias of the Cox estimates tends to be much smaller for 10% and 25% censoring proportions compared to the 50% censoring proportion. For 50% censoring, the Cox model tends to overestimate the AHR. The bias decreases with increasing sample size, especially for high censoring proportions.

### Diverging Hazards

Survival times are generated from the Weibull distribution where $\gamma=0.9$, $\alpha=1.0$ for group 1, and $\gamma=1.5$, $\alpha=2$ for group 2. The AHR is 0.536 for this situation. The percent of the bias for the mean Cox model estimate relative to the AHR is given in Table 5.

The Cox estimates are larger for random and late censoring than for early censoring at the highest censoring proportion. Generally, the sample size has little effect on the bias. For early censoring, the percent bias is approximately 20% and is not strongly affected by sample size or censoring proportion.

CONFIDENTIAL
AZSER12751368

Table 1. Proportional Hazards: percent bias of Cox model estimates relative to average hazard rate of 2.0.

Sample Size per Group

| Censoring | % Censored | 30 | 50 | 100 |
|-----------|-----------|------|------|------|
| Random    | 10%       | 5.5  | 4.0  | 2.0  |
|           | 25%       | 8.0  | 4.5  | 2.0  |
|           | 50%       | 11.0 | 5.5  | 3.0  |
| Early     | 10%       | 7.0  | 5.0  | 2.5  |
|           | 25%       | 10.0 | 6.0  | 3.5  |
|           | 50%       | 19.5 | 11.0 | 7.0  |
| Late      | 10%       | 5.5  | 4.0  | 2.0  |
|           | 25%       | 7.0  | 4.0  | 2.5  |
|           | 50%       | 10.5 | 6.5  | 3.5  |

Table 2. Increasing Hazards: percent bias of Cox model estimates relative to average hazard rate of 1.20.

Sample Size per Group

| Censoring | % Censored | 30 | 50 | 100 |
|-----------|-----------|-------|-------|-------|
| Random    | 10%       | - 6.7 | - 7.5 | - 8.3 |
|           | 25%       | - 9.2 | -10.8 | -10.8 |
|           | 50%       | -15.0 | -17.5 | -18.3 |
| Early     | 10%       | - 4.2 | - 5.8 | - 6.7 |
|           | 25%       | - 4.2 | - 5.8 | - 5.8 |
|           | 50%       | - 1.7 | - 5.0 | - 5.8 |
| Late      | 10%       | - 7.5 | - 9.2 | -10.0 |
|           | 25%       | -12.5 | -14.2 | -15.0 |
|           | 50%       | -20.8 | -22.5 | -23.3 |

CONFIDENTIAL
AZSER12751369

Table 3. Decreasing Hazards: percent bias of Cox model estimates relative to average hazard rate of 0.441.

Sample Size per Group

| Censoring | % Censored | 30 | 50 | 100 |
|---|---|---|---|---|
| Random | 10% | - 2.0 | - 3.2 | - 3.2 |
|  | 25% | - 4.3 | - 5.7 | - 5.9 |
|  | 50% | - 9.5 | -11.3 | -12.2 |
| Early | 10% | - 1.4 | - 2.5 | - 2.3 |
|  | 25% | - 2.7 | - 3.6 | - 3.6 |
|  | 50% | - 5.4 | - 5.9 | - 6.6 |
| Late | 10% | - 2.0 | - 3.4 | - 3.6 |
|  | 25% | - 4.9 | - 6.8 | - 7.3 |
|  | 50% | -10.9 | -12.9 | -13.8 |

Table 4. Crossing Hazards: percent bias of Cox model estimates relative to average hazard rate of 15.4.

Sample Size per Group

| Censoring | % Censored | 30 | 50 | 100 |
|---|---|---|---|---|
| Random | 10% | 5.8 | - 7.1 | -14.9 |
|  | 25% | 19.5 | 4.5 | - 5.2 |
|  | 50% | 73.3 | 52.6 | 34.4 |
| Early | 10% | 1.3 | -11.0 | -18.8 |
|  | 25% | 9.1 | - 5.2 | -15.6 |
|  | 50% | 32.5 | 8.4 | - 6.5 |
| Late | 10% | - 1.9 | -12.9 | -19.5 |
|  | 25% | - 0.6 | - 5.8 | - 8.4 |
|  | 50% | 100.6 | 81.8 | 67.5 |

CONFIDENTIAL
AZSER12751370

Table 5. Diverging Hazards: percent bias of Cox model estimates relative to average hazard rate of 0.536.

Sample Size per Group

| Censoring | % Censored | 30 | 50 | 100 |
|---|---|---|---|---|
| Random | 10% | -16.2 | -18.3 | -19.2 |
| | 25% | -10.4 | -12.9 | -14.2 |
| | 50% | 7.8 | 3.7 | 1.1 |
| Early | 10% | -19.0 | -20.9 | -22.0 |
| | 25% | -19.0 | -21.3 | -22.6 |
| | 50% | -18.8 | -21.8 | -23.7 |
| Late | 10% | -16.4 | -18.5 | -19.4 |
| | 25% | - 6.9 | - 9.3 | -10.4 |
| | 50% | 18.5 | 13.9 | 12.3 |

Table 6. Converging Hazards: percent bias of Cox model estimates relative to average hazard rate of 7.15.

Sample Size per Group

| Censoring | % Censored | 30 | 50 | 100 |
|---|---|---|---|---|
| Random | 10% | - 8.9 | -11.2 | -12.2 |
| | 25% | - 5.6 | - 8.3 | - 9.4 |
| | 50% | 4.0 | 1.9 | - 0.6 |
| Early | 10% | - 9.4 | -11.3 | -12.4 |
| | 25% | - 6.2 | - 8.8 | -10.2 |
| | 50% | 2.4 | - 0.8 | - 4.3 |
| Late | 10% | -10.2 | -12.4 | -13.1 |
| | 25% | - 7.3 | - 8.4 | - 8.1 |
| | 50% | 10.5 | 9.2 | 8.1 |

CONFIDENTIAL
AZSER12751371

Converging Hazards

Survival times are generated from the Weibull distribution where $\gamma=0.9$, $\alpha=6.0$ for group 1, and $\gamma=1.2$, $\alpha=1$ for group 2. The AHR is 7.15 for this situation. The percent of the bias for the median Cox model estimate relative to the AHR is given in Table 6. The median Cox estimate increases with increasing censoring proportion. The bias is not heavily influenced by sample size.

## Conclusion

Just as with the classical maximum likelihood estimator, the maximum partial likelihood estimator is not unbiased, but it is asymptotically unbiased (Kotz & Johnson, 1985, p. 591-593). This behavior is evident in Table 1, where the Cox estimates can be seen to be larger than the AHR, but the bias decreases with increasing sample size regardless of the type of censoring or the censoring rate.

Table 7 shows those instances where the average percent bias exceeds 20% in absolute value; the entries are the percent bias averaged over sample size.

There is no serious bias for the proportional hazards case regardless of type of censoring or censoring rate. Similarly, there is no serious bias in the cases of decreasing or converging hazards.

Under-estimation occurs for increasing hazards at the 50% censoring rate with late censoring. It also occurs for diverging hazards with early censoring regardless of censoring rate. Over-estimation occurs for crossing hazards at the 50% censoring rate with random and late censoring.

One might suspect that late censoring would render the least biased estimates since such a data structure contains more information than early or random censoring. However, late censoring leads to severe bias for increasing and crossing hazards when the censoring proportion is high. For lower censoring proportions (25% or lower), there is no severe bias for any of the nonproportionality models except diverging hazards.

As a practical matter, one can obtain descriptive statistics from a given data set, including percent censored, sample sizes, and a

plot of the hazard curves. From this information, one can approximate the magnitude and nature of the risk of biased estimation of the hazard ratio by the Cox model. Generally, the least biased estimates are obtained for the lower censoring proportions (10% and 25%) except for diverging hazards. In terms of bias, early censoring is problematic only for diverging hazards; late censoring is problematic for increasing and crossing hazards with the 50% censoring rate; and random censoring is problematic for crossing hazards with the 50% censoring rate. The case corresponding to the least occurrence of severe bias is the one involving random censoring with a censoring rate of 25% or less.

In practice, the experimenter typically has some control over sample size and perhaps the censoring proportion. For instance, the experimenter may be able to minimize censoring proportion, depending on the situation, through effective study design and experimental protocol. Minimizing the censoring rate is generally recommended, especially for increasing and crossing hazards. Early censoring is appreciably affected by censoring proportion only for constant and crossing hazards. Sample size has the strongest effect on constant and crossing hazards, especially at higher censoring proportions, where higher sample sizes lead to less biased estimates.

In practical applications, the proportional hazards assumption is never met precisely. If the deviation from the proportional hazards assumption is severe, then remedial measures should be taken. However, in many instances the model diagnostics reveal only a small to moderate deviation from the proportional hazards assumption. In these cases, the Cox model estimate of the hazard ratio is used for interpretation purposes in the presence of small to moderate assumption violations. This study characterizes the consequences of this interpretation in terms of bias, taking into account censoring rate, type of censoring, type of nonproportional hazards, and sample size. The general results indicate that the percent bias relative to AHR is under 20% in all but a few specific instances, as outlined above.

CONFIDENTIAL
AZSER12751372

98                              BIAS OF THE COX MODEL HAZARD RATIO

Table 7. Percent bias of the average Cox regression model estimates of the hazard ratio relative to the AHR averaged over sample size.

|  |  | Censoring | | |
|---|---|---|---|---|
| Hazards | % censoring | random | early | late |
| constant | 10 | * | * | * |
|  | 25 | * | * | * |
|  | 50 | * | * | * |
| increasing | 10 | * | * | * |
|  | 25 | * | * | * |
|  | 50 | * | * | **-22** |
| decreasing | 10 | * | * | * |
|  | 25 | * | * | * |
|  | 50 | * | * | * |
| crossing | 10 | * | * | * |
|  | 25 | * | * | * |
|  | 50 | **53** | * | **83** |
| diverging | 10 | * | **-21** | * |
|  | 25 | * | **-21** | * |
|  | 50 | * | **-21** | * |
| converging | 10 | * | * | * |
|  | 25 | * | * | * |
|  | 50 | * | * | * |

*under 20% in absolute value

CONFIDENTIAL
AZSER12751373

Case 6:06-md-01769-ACC-DAB   Document 1355-26   Filed 03/11/09   Page 72 of 90 PageID 65277

## References

Andersen, P. K., Gill, R. D. (1982). Cox's regression model for counting processes: a large sample study. *The Annals of Statistics, 10*, 1100-1120.

Cox, D. R. (1972). Regression models and life-tables (with discussion). *Journal of the Royal Statistical Society, 34*, 187-220.

Cox, D R., (1975). Partial likelihood. *Biometrika, 62*, 269-276.

Hosmer, D. W., Lemeshow, S. (1999). Regression modeling of time to event data. New York: John Wiley & Sons.

Kalbfleisch. J. D., Prentice, R. L. (1981). Estimation of the average hazard ratio. Biometrika, *68*, 105-112.

Kaplan, E. L., Meier, P. (1958). Nonparametric estimation from incomplete observations. *Journal of the American Statistical Association, 53*, 457-481.

Klein, J. P., Moeschberger, M. L. (1997). *Survival analysis: Techniques for censored and truncated data.* Springer: New York.

Kotz, S., & Johnson, N. L., (1985). *Encyclopedia of Statistical Sciences*, Volume 6, New York: John Wiley & Sons.

Lee, E. T. (1992). Statistical methods for survival data analysis,(2nd Ed). Oklahoma City: John Wiley & Sons.

Ng'andu, N. H. (1997). An empirical comparison of statistical tests for assessing the proportional hazards assumption of Cox's model. *Statistics in Medicine, 16*, 611- 626.

Persson, I. (2002). Essays on the assumption of proportional hazards in Cox regression. Acta Universitatis Upsaliensis. Unpublished Ph.D. dissertation.

Quantin, C., Moreau, T., Asselain, B., Maccario, J., & Lellouch, J. A. (1996). Regression survival model for testing the proportional hazards hypothesis. *Biometrics, 52*, 874-885.

Song, H. H. & Lee, S. (2000). Comparison of goodness of fit tests for the Cox proportional hazards model. *Communications in Statistics – Simulation and Computation, 29*, 187-206.

Tsiatis, A. A. (1981). A large sample study of Cox's regression model. *The Annals of Statistics, 9*, 93-108.

CONFIDENTIAL
AZSER12751374

*Bipolar Disorders 2004: 6: 213–223*

*Copyright © Blackwell Munksgaard 2004*
BIPOLAR DISORDERS

## Original Article

# Quetiapine with lithium or divalproex for the treatment of bipolar mania: a randomized, double-blind, placebo-controlled study

Sachs G, Chengappa KNR, Suppes T, Mullen JA, Brecher M, Devine NA, Sweitzer DE. Quetiapine with lithium or divalproex for the treatment of bipolar mania: a randomized, double-blind, placebo-controlled study.
Bipolar Disord 2004: 6: 213–223. © Blackwell Munksgaard, 2004

***Objective:*** Evaluate the efficacy and tolerability of quetiapine (QTP) combined with lithium (Li) or divalproex (DVP) in the treatment of acute mania.

***Methods:*** Patients were randomized to 21 days of double-blind treatment with QTP plus Li/DVP, or placebo (PBO) plus Li/DVP. QTP was rapidly dosed up to a maximum of 800 mg/day; Li was dosed to 0.7–1.0 mEq/L; or DVP to 50–100 µg/mL.

***Results:*** Fifty-six of 91 (61.5%) individuals in the QTP + Li/DVP group compared with 49 of 100 (49%) taking PBO + Li/DVP completed the study. A significantly greater mean reduction in total Young Mania Rating Scale (YMRS) score was observed at end-point in patients receiving QTP + Li/DVP compared with those in the PBO + Li/DVP group ($-13.76$ versus $-9.93$; $p = 0.021$). The response rate ($\geq$50% YMRS improvement) was significantly higher in the QTP + Li/DVP group than in PBO + Li/DVP-treated patients (54.3% versus 32.6%; $p = 0.005$), as was the proportion of patients achieving clinical remission (YMRS < 12) (45.7% versus 25.8%; $p = 0.007$). Patients receiving QTP + Li/DVP also had a significantly greater improvement in Clinical Global Impressions-Bipolar (CGI-BP) Severity of Illness scores ($-1.38$ versus $-0.78$; $p = 0.001$). The mean last-week dose of QTP was 584 mg/ day in patients meeting response criteria. Common adverse events (at least 10% and twice the rate of Li/DVP) in the QTP + Li/DVP group included somnolence, dry mouth, asthenia, and postural hypotension.

***Conclusions:*** Quetiapine combined with either Li or DVP has superior efficacy compared with Li or DVP monotherapy for treating patients with bipolar mania. Combination therapy was well-tolerated and most adverse events were mild, withdrawal because of adverse events being only 5% compared with 6% on Li or DVP monotherapy.

**G Sachs[a], KNR Chengappa[b], T Suppes[c], JA Mullen[d], M Brecher[d], NA Devine[d] and DE Sweitzer[d]**

[a]Harvard Bipolar Research Program, Boston, MA, [b]Western Psychiatric Institute and Clinic, University of Pittsburgh Medical Center, Pittsburgh, PA, [c]University of Texas Southwestern Medical Center, Dallas, TX, [d] AstraZeneca, Wilmington, DE, USA

Key words: bipolar disorder – combination therapy – divalproex – lithium – mania – quetiapine

Received 4 September 2003, revised and accepted for publication 19 February 2004

Corresponding author: Gary Sachs, MD, Harvard Bipolar Research Program, Massachusetts General Hospital, 50 Stanford St, 5th Floor, Boston, MA 02114, USA. Fax: 617-726-6768; e-mail: sachsg@acl.com

G Sachs: Consultant for Abbott Laboratories, Janssen Pharmaceutica, Novartis, Eli Lilly and Company, Bristol-Myers Squibb, Glaxo SmithKline Pharmaceuticals, Elan, Sanofi, Sigma-Tau, AstraZeneca Pharmaceuticals; Grant Support from Abbott Laboratories, Janssen Pharmaceutica; Honoraria from Abbott Laboratories, Glaxo SmithKline Pharmaceuticals, Janssen Pharmaceutica, Eli Lilly and Company, Bristol-Myers Squibb, Solvay, Novartis, Sanofi, AstraZeneca Pharmaceuticals, Pfizer Inc; Stockholder – none. KNR Chengappa: has received grant/research support from Ortho McNeil and Janssen Pharmaceutica, and serves on the speakers bureau for AstraZeneca, Eli Lilly, Janssen, and Ortho McNeil. T Suppes: Sources of funding for clinical grants – Abbott Laboratories, AstraZeneca, Bristol-Myers Squibb, Glaxo SmithKline Pharmaceuticals, Janssen Pharmaceutica, National Institute of Mental Health, Novartis, Robert Wood Johnson Pharmaceutical Research Institute, The Stanley Medical

**213**

CONFIDENTIAL
AZSER12751375

Sachs et al.

Bipolar disorder is a prevalent and severe mental illness characterized by debilitating mood swings from intense euphoria to depression. The symptoms of mania associated with bipolar I disorder are severe, interfere with the capacity to function effectively in work or social settings, and often require hospitalization (1).

While there is currently no cure for bipolar disorder a number of agents are now available that substantially decrease the morbidity of manic episodes. Unfortunately, many patients do not fully respond to these agents or are unable to tolerate their side effects, contributing to poor levels of adherence to medication (2). Effective agents with improved tolerability that target a broad range of symptoms associated with mania, with substantial clinical efficacy, are needed. Therefore, the ongoing development of new treatment options to address the needs of patients and physicians remains important.

The primary aim in the treatment of mania is to rapidly control symptoms while minimizing unwanted side effects. Currently, the first-line approach to treatment of severe manic or mixed episodes is the initiation of lithium (Li) or divalproex (DVP) in combination with an antipsychotic (3, 4). For less ill patients, monotherapy with Li, DVP, or an antipsychotic is recommended (3). For those who do not fully respond to monotherapy, the addition of an antipsychotic is the next-line recommendation. In clinical practice this means that combination or adjunct therapy is the norm, not the exception, especially in the context of short-duration hospital stays.

In most cases, atypical antipsychotics as a class are preferred over typical antipsychotics because they offer equivalent efficacy with a more benign side effect profile than typical agents (3). However, it cannot be assumed that newer atypical antipsychotic agents are effective either as monotherapy or in combination with other agents. Tolerability is of particular concern when combination therapy is used, as an increased risk from cumulative adverse effects, although not always observed, might be expected (5, 6).

A growing body of literature and clinical experience suggests that the atypical antipsychotic quetiapine (QTP) is efficacious and well-tolerated for the treatment of mania. Several open-label and retrospective studies indicate that QTP is effective and well-tolerated in the treatment of bipolar mania in adults both as monotherapy and in combination with standard agents (7–11). One small, double-blind, randomized, controlled study has provided preliminary evidence for the efficacy of QTP, when added to ongoing DVP treatment, in significantly improving manic, depressive, and psychotic symptoms in adolescent patients with bipolar disorder (12).

Despite being a recommended approach (3, 4), few large, randomized, and adequately controlled studies have examined the safety and efficacy of atypical antipsychotics in combination with standard agents for the treatment of acute mania (13, 14). These studies support the hypothesis that an atypical antipsychotic in combination with Li or DVP is more effective than Li or DVP monotherapy in the treatment of acute mania. The trial presented here evaluates the efficacy of QTP as combination therapy with Li or DVP in bipolar mania.

**Methods**

This 3-week, double-blind, randomized, parallel-group, placebo (PBO)-controlled study of QTP in combination with Li or DVP was conducted at 27 sites in the United States. The study protocol was reviewed and approved by the appropriate institutional review board in accordance with the standards and guidelines established in the current amendment of the Declaration of Helsinki, and consistent with good clinical practice and applicable regulatory requirements. Written informed consent was obtained from all patients prior to any study-related activities.

Patient selection

Adult patients (≥18 years) hospitalized for a DSM-IV diagnosis of bipolar I disorder, most recent episode manic, who had been treated with Li or DVP for at least 7 of the 28 days immediately prior to randomization (day 1) were eligible for selection. A history of at least one documented manic or mixed episode prior to the episode responsible for the current hospitalization was required for selection. At screening and randomization, subjects were selected who had a Young Mania Rating Scale (YMRS) score of at least 20, with a score of

Research Institute; Consulting agreements/advisory boards – AstraZeneca, Bristol-Myers Squibb, Eli Lilly Research Laboratories, Glaxo SmithKline Pharmaceuticals, Janssen Pharmaceutica, Johnson & Johnson Pharmaceutical Research & Development, Pfizer, Pharmaceutical Research Institute (PRI), Ortho McNeil Pharmaceutical, UCB Pharma, Novartis Pharmaceuticals; Financial interests/stock ownership – none. JA Mullen, M Brecher, NA Devine, DE Sweitzer are all employees of AstraZeneca Pharmaceuticals.

**214**

CONFIDENTIAL
AZSER12751376

at least 4 on two of the four core YMRS items of irritability, speech, content, and disruptive/aggressive behavior. Patients were also required to have a score of at least 4 for overall bipolar illness on the Clinical Global Impressions-Bipolar (CGI-BP) Severity of Illness scale.

Exclusion criteria

Pregnant or lactating women and those of child-bearing potential not using a reliable method of contraception were excluded from participating in the study. Patients whose current manic episode was due to a medical condition were also excluded. Other patients who were excluded were those meeting DSM-IV criteria for rapid cycling, those who had required hospitalization for 3 or more weeks for the index manic episode, or those with known intolerance or lack of response to QTP or clozapine. The continuous daily use of benzodiazepines, in excess of 4 mg/day of lorazepam or the equivalent, was also not allowed during the month preceding screening. Patients requiring the use of antihypertensive medications, unless stable for at least 1 month, or the use of antidepressants during the screening period (day −7 to 1) or within a period of five half-lives of the drug prior to study randomization, were also ineligible. The use of depot haloperidol and fluphenazine (within one injection cycle), and certain cytochrome P450 3A4 inhibitors and inducers, thioridazine, or any experimental drugs within 2 weeks prior to randomization was not permitted. Also excluded were patients who had a history of clinically significant medical disease.

Study procedure

Eligible subjects underwent assessments in the 7 days prior to randomization that included a complete medical and psychiatric history, including YMRS and the CGI-BP Severity of Illness assessments, a complete physical examination, vital signs including weight, hematologic and clinical chemistry testing, thyroid function tests, and a 12-lead electrocardiogram (ECG).

Patients who met selection criteria began or continued treatment with Li or DVP on or before day 1 (randomization). Assignment and dose adjustments to either Li or DVP were based on medical criteria, including previous response if known, and clinician discretion in order to achieve symptom control, minimize side effects, and achieve target trough serum concentrations of Li and DVP within the established therapeutic range (0.7–1.0 mEq/L Li or 50–100 μg/mL DVP).

## Quetiapine combination therapy in bipolar mania

Quetiapine was administered twice daily (morning and evening) in capsules matching those used for PBO, in a double-blind fashion. Investigators remained blinded to study treatment throughout the trial. Initial target doses were 100 mg/day at day 1, 200 mg/day at day 2, 300 mg/day at day 3, and 400 mg/day at day 4. The dose of QTP was adjusted to optimize efficacy and tolerability between 200 and 600 mg/day at day 5, and 200 and 800 mg/day at days 6 to 21. Guidelines discouraged clinicians from withdrawing patients for lack of efficacy until a dose of at least 600 mg/day QTP had been attempted.

Lorazepam, zolpidem, chloral hydrate, and zaleplon within specified dose limitations were allowed during the study. The maximum permissible doses for lorazepam were 6 mg/day from screening to the day prior to randomization, 4 mg/day from days 1 to 4, 2 mg/day from days 5 to 7, and 1 mg/day from days 8 to 10, after which lorazepam was not allowed. Only one sleep medication was allowed per day throughout the trial, with a maximum dose of 10 mg/day zolpidem; chloral hydrate 2 g/day from days 1 to 7, then 1 g/day; and 20 mg/day zaleplon. If necessary, intramuscular haloperidol could be used for severe agitation, but only during the screening period.

Patients were required to remain in the hospital for the first 7 days of the randomized period. After this time, they could be treated as either inpatients or outpatients as clinically indicated.

Study assessments

Assessments and vital sign measurements were performed at baseline (day 1) and at days 4, 7, 10, 14, and 21. The primary efficacy variable was the change from baseline in YMRS total score at the final assessment (15).

Secondary efficacy variables included YMRS response rate, defined as the percentage of patients with ≥50% decrease from baseline in the YMRS score; clinical remission, defined as an end-point YMRS score ≤12 (16); change from baseline in CGI-BP Severity of Illness score (17); CGI-BP Global Improvement scale score; MADRS total score (18); Positive and Negative Syndrome Scale (PANSS) total score (19); PANSS Activation subscale score; PANSS Supplemental Aggression Risk subscale score (20); and Global Assessment Scale (GAS) score (21).

Scales for the assessment of neurologic adverse events included the modified Simpson-Angus Scale (SAS) (22) and the Barnes Akathisia Rating (BARS) Scale (23).

The rate of treatment-emergent depression was also monitored, defined as a Montgomery-Asberg

**215**

CONFIDENTIAL
AZSER12751377

Sachs et al.

Depression Rating Scale (MADRS) score ≥18, with an increase from baseline of ≥4 at any two consecutive assessments or at the last observation.

Patients were examined and questioned on all study days regarding any adverse events. Safety evaluations were based on reports of adverse events, concomitant medication records, change from baseline to day 21 in clinical laboratory assessments (including hematology and chemistry), vital signs, ECG, physical examination, and weight. Adverse events included any treatment-emergent symptoms or worsening of existing symptoms, new illnesses, or clinically significant changes in laboratory tests, vital signs, weight, or ECG.

### Statistical analysis

Statistical analyses were performed using the efficacy and safety populations. The safety population included all randomized patients who received at least one dose of study drug. All patients who received at least one dose of study medication and at least one postbaseline efficacy assessment were included in the intent-to-treat (ITT) population. Data were analyzed using a last observation carried forward (LOCF) method. ANCOVA was used to compare changes from baseline on the YMRS, MADRS, and PANSS scales, with the baseline values and clinician-chosen mood-stabilizer as covariates. Binary outcomes were analyzed with Cochran-Mantel-Haenszel techniques or logistic regression (stratified by clinician-assigned Li or DVP). All statistical tests were 2-tailed with a significance level of 0.05.

### Results

#### Patient characteristics

One hundred ninety-one patients were randomly assigned to QTP (n = 91) or PBO (n = 100). One patient in the QTP group discontinued prior to receiving treatment. Overall discontinuations after beginning treatment, including discontinuations for adverse events, were more frequent in the PBO group (51.0%) than the QTP group (37.8%) (p = 0.073). Of the 191 randomized patients, 81 and 89 in the QTP and PBO groups, respectively, were included in the ITT population (Fig. 1). Patients from one complete center were excluded from the ITT analysis because of a center-specific protocol violation. Baseline demographics (Table 1) and episode characteristics (Table 2) were comparable in each of the ITT groups. The mean age at onset of bipolar disorder for all patients was 23.3 years. The two treatment groups had a similar proportion of patients diagnosed as having bipolar disorder, characterized as moderate, severe without psychotic features, or severe with psychotic features.

Almost all patients were treated with a mood-stabilizer prior to randomization. In each treatment combination, approximately half of the patients had taken their trial mood-stabilizer for 22 or more days prior to randomization (50% QTP + Li; 48.6% PBO + Li; 51.0% QTP + DVP; 55.8% PBO + DVP). Few patients began mood-stabilizer treatment at randomization: one patient in the QTP + Li arm; one in the PBO + Li arm; two in the QTP + DVP arm; and four in the PBO + DVP arm. Only one patient (receiving PBO + DVP) had not been treated with mood-stabilizer prior to randomization.

A comparable number of subjects in each randomized arm received either Li or DVP: 35 patients received Li and 55 received DVP in the QTP group, while in the PBO group 42 patients received Li and 58 DVP.

The mean last-week dose in all patients receiving QTP was 504 mg/day. Among responders, the mean last-week dose was 584 mg/day: 91% received ≥400 mg/day and 59% received ≥600 mg/



ITT population: 81 quetiapine, 89 placebo

*Fig. 1.* Disposition of study population.

**216**

CONFIDENTIAL
AZSER12751378

Table 1. Baseline demographics and clinical characteristics (ITT, LOCF)

| | Quetiapine (n = 81) | Placebo (n = 89) | Total (n = 170) |
|---|---|---|---|
| Gender (n) | | | |
| Male | 49 | 47 | 96 |
| Female | 32 | 42 | 74 |
| Age (year) | 39.6 | 41.3 | 40.5 |
| Weight (kg) | 87.4 | 87.0 | 87.2 |
| BMI (kg/m$^2$) | 29.6 | 29.6 | 29.6 |

BMI = body mass index; ITT = intent-to-treat; LOCF = last observation carried forward.

Table 2. Baseline disease criteria (ITT, LOCF)

| | Quetiapine (n = 81) | Placebo (n = 89) | Total (n = 170) |
|---|---|---|---|
| Mean YMRS | 31.5 | 31.1 | 31.3 |
| Episode type (%)[a] | | | |
| Manic moderate | 37.0 | 32.6 | 34.7 |
| Manic severe without psychotic features | 21.0 | 24.7 | 22.9 |
| Manic severe with psychotic features[b] | 41.9 | 42.6 | 42.4 |
| Known duration of illness (mean years) | 17.6 | 18.0 | 17.8 |
| Number of manic/mixed episodes during | | | |
| lifetime (median) | 8.0 | 8.0 | 8.0 |
| past year (median) | 1.0 | 1.0 | 1.0 |
| Number of depressive episodes during | | | |
| lifetime (median) | 5.0 | 3.0 | 5.0 |
| past year (median) | 0.5 | 0.0 | 0.0 |

[a]Episode type by DSM-IV criteria.
[b]Includes three patients with mixed episodes.
YMRS = Young Mania Rating Scale; ITT = intent-to-treat; LOCF = last observation carried forward.

day. Mean serum concentrations of DVP and Li in the QTP-treated (day 21: DVP 65 µg/mL; Li 0.78 mEq/L) and PBO-treated groups (day 21: DVP 65 µg/mL; Li 0.71 mEq/L) were clinically comparable.

Over the 3-week double-blind period, median Li serum levels in patients completing the study ranged between 0.67 (day 4) and 0.85 mEq/L (day 21) in the QTP group, and between 0.70 (day 4) and 0.80 mEq/L (days 10 and 14) in the PBO group. Median valproate serum levels ranged between 68 (days 10 and 14) and 72 µg/mL (day 21) in the QTP group, and between 82 (day 10) and 66 µg/mL (day 21) in the PBO group. There was no significant difference in mean Li or DVP serum levels between the QTP and PBO groups at any visit.

Known prior therapeutic responses to Li and DVP indicated that 78.2% of patients in the QTP group and 81.0% of PBO-treated patients receiving Li during the study had previously shown minimal to much improvement with Li. Among these Li-treated patients, 18.8% in the QTP group and 16.2% in the PBO group had an unknown prior response to Li. Of patients chosen to receive DVP at randomization, 71.5% and 76.9% previously showed at least a minimal response to DVP, while prior response was unknown in 22.4% and 17.3% in the QTP and PBO groups, respectively. No patients were known to have deteriorated on Li or DVP in the past and few (four in each treatment group) were known to have not responded to their study mood-stabilizer in the past.

Lorazepam use was limited and consistent with protocol requirements. The trend for greater use of lorazepam in the PBO + Li/DVP group from days 3 to 10 did not reach statistical significance (p = 0.371). Overall, there was no statistical difference between groups in the use of sleep medications during the study (p = 0.283).

### Efficacy

Patients treated with QTP and Li/DVP showed significantly greater improvement (p = 0.021) at day 21 in YMRS score from baseline to end-point compared with patients treated with PBO + Li/DVP (Table 3). Mean scores on 10 of the 11 individual YMRS item scores were reduced more in the QTP than in the PBO group and showed at least a 1-point change from baseline. Items on the YMRS that showed the greatest change from baseline at end-point in the QTP + Li/DVP group, and the most differentiation versus PBO, included irritability (mean change −1.6 versus −0.7), disruptive/aggressive behavior (−1.6 versus −0.7), sleep (−1.2 versus −0.6), and increased motor activity (−1.4 versus −0.9), respectively.

The YMRS response rate at day 21 was significantly greater for QTP-treated patients than for those receiving Li/DVP alone (54.3% versus 32.6%; p = 0.005). Response rates in patients receiving a combination of QTP and Li (56.3%) or QTP and DVP (53.1%) were similar. In patients randomized to PBO, the response rate in those receiving DVP versus Li was 36.5% versus 27.0%. The differences were not analyzed statistically as the study was not prospectively powered to compare Li with DVP within each treatment group.

There were no statistically significant differences in the percentage of patients achieving a YMRS response with QTP combination therapy in patients who reported somnolence compared with those who did not (59% and 51%, respectively). In addition, there was no statistically significant interaction between the treatment effect, as

217

538

CONFIDENTIAL
AZSER12751379

Sachs et al.

Table 3. Summary of efficacy results at primary end-point/day 21 (ITT, LOCF)

| Efficacy variable | Baseline therapy | Quetiapine (n = 81) | | Placebo (n = 89) | | p-value[a] |
|---|---|---|---|---|---|---|
| | | Mean baseline value | Mean change | Mean baseline value | Mean change | |
| YMRS total score | Li/DVP | 31.5 | −13.76 | 31.1 | −9.93 | 0.021 |
| | Li | 31.4 | −12.8 | 31.1 | −9.4 | – |
| | DVP | 31.6 | −14.9 | 31.0 | −9.6 | – |
| YMRS response (%)[b] | Li/DVP | N/A | 54.3 | N/A | 32.6 | 0.005 |
| | Li | N/A | 56.3 | N/A | 27.0 | – |
| | DVP | N/A | 53.1 | N/A | 36.5 | – |
| YMRS remission (%)[c] | Li/DVP | N/A | 45.7 | N/A | 25.8 | 0.007 |
| | Li | N/A | 46.9 | N/A | 24.3 | – |
| | DVP | N/A | 44.9 | N/A | 26.9 | – |
| CGI-BP Severity of Illness score | Li/DVP | 4.7 | −1.38 | 4.7 | −0.78 | 0.001 |
| | Li | 4.6 | −1.1 | 4.9 | −1.0 | – |
| | DVP | 4.8 | −1.5 | 4.6 | −0.6 | – |
| CGI-BP Global Improvement response (%)[d] | Li/DVP | N/A | 50.6 | N/A | 31.5 | 0.012 |
| | Li | N/A | 53.1 | N/A | 32.4 | – |
| | DVP | N/A | 46.9 | N/A | 30.8 | – |
| MADRS | Li/DVP | 13.7 | −3.36 | 14.2 | −2.79 | 0.650 |
| | Li | 13.0 | −2.2 | 14.6 | −3.3 | – |
| | DVP | 14.2 | −4.0 | 13.9 | −2.7 | – |
| PANSS total | Li/DVP | 74.1 | −12.47 | 72.8 | −10.14 | 0.323 |
| | Li | 73.0 | −9.7 | 70.3 | −7.7 | – |
| | DVP | 74.8 | −14.2 | 74.5 | −10.0 | – |
| PANSS Activation | Li/DVP | 17.1 | −4.08 | 16.5 | −2.81 | 0.057 |
| | Li | 17.1 | −3.7 | 15.5 | −2.4 | – |
| | DVP | 17.0 | −4.4 | 17.2 | −2.5 | – |
| PANSS Supplemental Aggression Risk | Li/DVP | 18.3 | −4.64 | 17.7 | −2.84 | 0.020 |
| | Li | 18.3 | −3.8 | 16.7 | −3.0 | – |
| | DVP | 18.3 | −5.3 | 18.4 | −2.2 | – |
| Global Assessment Scale | Li/DVP | 36.0 | 15.32 | 36.3 | 11.49 | 0.075 |
| | Li | – | – | – | – | – |
| | DVP | – | – | – | – | – |

[a]Change from baseline to end-point Li/DVP + QTP versus Li/DVP + PBO.
[b]≥50% decrease from baseline in the YMRS total score.
[c]YMRS score ≤12.
[d]Proportion of patients 'much' or 'very much' improved.
YMRS = Young Mania Rating Scale; CGI-BP = Clinical Global Impressions-Bipolar; ITT = intent-to-treat; LOCF = last observation carried forward; N/A = not applicable; – = data not available; Li = lithium; DVP = divalproex; QTP = quetiapine; PBO = placebo.

measured by YMRS score, and baseline psychotic symptoms (p > 0.25) measured by both the PANSS-positive subscale and three PANSS items that were summed to provide a measure of baseline psychosis (delusions, conceptual disorganization, and hallucinatory behavior).

More patients in the QTP + Li/DVP-treated group (45.7%) than the group receiving Li/DVP alone (25.8%) achieved remission of symptoms on the YMRS by day 21, and the difference in favor of QTP was statistically significant (p = 0.007). The combination of QTP and Li (46.9%) or QTP and DVP (44.9%) achieved similar rates of remission.

Improvement in CGI-BP Severity of Illness scores was observed for both treatment groups, although QTP-treated patients consistently demonstrated greater decreases, which reached statistical significance at day 10 and all subsequent assessments. The change in CGI-BP Severity of

Illness scores at day 21 was −1.38 in QTP-treated patients and −0.78 in those receiving Li/DVP monotherapy (p = 0.001) (Table 3).

A significantly greater number of patients in the QTP group were also rated as 'much improved' or 'very much improved' on the CGI-BP Global Improvement scale (50.6%) compared with patients in the PBO group (31.5%) (p = 0.012).

Repeat analysis of the primary end-point including the center that was excluded from the ITT population because of center-specific protocol violations did not alter the conclusions of the study or their interpretation.

Scores on the PANSS Supplemental Aggression Risk subscale were similar at baseline and decreased for both treatment groups during the 3-week trial. However, there was a statistically significant treatment effect at day 21 (p = 0.020) in favor of QTP + Li/DVP (−4.64) versus the

**218**

CONFIDENTIAL
AZSER12751380

Quetiapine combination therapy in bipolar mania



Fig. 2. Change in Positive and Negative Syndrome Scale (PANSS) Supplemental Aggression Risk and PANSS Activation subscale scores (intent-to-treat, ITT; last observation carried forward, LOCF). Li = lithium; DVP = divalproex; QTP = quetiapine; PBO = placebo. Baseline scores: Aggression Risk – QTP 18.3, PBO 17.7; Activation – QTP 17.1, PBO 16.5.

Table 4. Withdrawals from study (safety population)

|  | Quetiapine (n = 91) | | Placebo (n = 100) | |
| --- | --- | --- | --- | --- |
|  | n | % | n | % |
| Completed study | 56 | 61.5 | 49 | 49.0 |
| Withdrawals | 35 | 38.5 | 51 | 51.0 |
| Progression of disease | 0 | 0.0 | 4 | 4.0 |
| Lost to follow-up | 2 | 2.2 | 2 | 2.0 |
| AE/concurrent illness | 5 | 5.5 | 6 | 6.0 |
| Non-compliance | 4 | 4.4 | 5 | 5.0 |
| Consent withdrawn | 15 | 16.5 | 17 | 17.0 |
| Lack of efficacy | 7 | 7.7 | 14 | 14.0 |
| Other | 2 | 2.2 | 3 | 3.0 |

AE = adverse event.

Table 5. Incidence of most common adverse events occurring in ≥10% of patients (safety population)

|  | Quetiapine (n = 90) | Placebo (n = 100) | p-value |
| --- | --- | --- | --- |
| Event type (%) | | | |
| Somnolence | 40.0 | 10.0 | <0.001* |
| Headache | 26.7 | 21.0 | 0.655 |
| Dry mouth | 18.9 | 4.0 | 0.005* |
| Asthenia | 11.1 | 3.0 | 0.052 |
| Postural hypotension | 11.1 | 3.0 | 0.052 |
| Dizziness | 10.0 | 6.0 | 0.439 |

COSTART, Coding Symbols for a Thesaurus of Adverse Reaction Terms are used.
Patients with multiple events of the same type are counted once.
p-values derived from chi-squared test versus placebo.
*Statistically significant.

PBO + Li/DVP group (−2.84) (Fig. 2). The numerical difference favoring QTP + Li/DVP for improvement in activation score approached statistical significance (p = 0.057).

Total scores on the PANSS were similar at baseline and decreased for both treatment groups by day 21 (−12.47 in the QTP + Li/DVP group versus −10.14 in the PBO + Li/DVP group, p = 0.323).

In patients with psychotic features at screening, QTP treatment resulted in a statistically significant improvement in PANSS total (−17.17 versus −5.93; p = 0.006) and positive (−7.56 versus −3.25; p = 0.002) subscale scores by day 21.

Although patients meeting DSM-IV criteria for a full mixed episode at baseline were excluded, mean baseline MADRS scores were moderate (13.7 in the QTP + Li/DVP group and 14.2 in those randomized to PBO). Total MADRS scores decreased in both groups, and at day 21 an improvement of −3.36 in the QTP-treated group versus −2.79 in those receiving Li/DVP monotherapy was observed (p = 0.650).

By final assessment, there was a greater improvement in GAS scores for the QTP-treated patients (15.32) than those treated with Li/DVP alone (11.49), and the difference approached statistical significance (p = 0.075).

Safety and tolerability

Most adverse events were mild or moderate and withdrawal rates associated with adverse events were similar in both groups (5.5% for QTP versus

6.0% for PBO) (Table 4). The incidence of adverse events occurring in at least 10% of patients in the QTP + Li/DVP group were somnolence (40% versus 10%; p < 0.001), headache (27% versus 21%; p = 0.655), dry mouth (19% versus 4%; p = 0.005), asthenia (11% versus 3%; p = 0.052), postural hypotension (11% versus 3%; p = 0.052), and dizziness (10% versus 6%; p = 0.439) versus the PBO + Li/DVP group, respectively (Table 5).

Patients treated with QTP + Li/DVP exhibited low levels of extrapyramidal symptoms (EPS) (including akathisia) that were similar to those reported by the PBO + Li/DVP group. The mean changes in the modified SAS were −1.0 and −0.3 for QTP versus PBO, respectively. BARS scores were low at baseline for both the QTP-treated patients (0.7) and controls (0.6), and the mean change was −0.4 and 0, respectively.

The mean weight at baseline of QTP-treated patients in the safety population was similar to the control group (88.4 kg versus 86.6 kg), as was the body mass index (BMI) (30.0 versus 29.8). At day

219

CONFIDENTIAL
AZSER12751381

Sachs et al.

21, there was a modest increase in weight in QTP-treated patients (mean increase 1.60 kg; 3.53 lbs) compared with the PBO group (0.36 kg; 0.79 lbs). Patients in the low to normal BMI categories at the start of the trial gained more weight (2.60 kg; 5.72 lbs) than those already overweight or obese at entry (0.10 kg; 0.22 lbs). There was no difference in the proportion of patients with a 7% or greater increase in weight (day 21: 3.9% versus 1.2%, respectively; p = 0.335; LOCF). Comparison of the separate effects of Li or DVP on BMI and body weight revealed no significant differences.

There were no notable differences between treatment groups in mean change from baseline for any hematology parameter. QTP-treated patients exhibited a greater mean change in total thyroxine (−18.46 nmol/L versus 3.23 nmol/L) and a slightly greater mean increase in thyroid-stimulating hormone (TSH) (0.59 mIU/L versus 0.42 mIU/L) than patients receiving PBO + Li/DVP. The mean change in free thyroxine was 0.22 pmol/L in QTP-treated patients and −0.65 pmol/L in patients receiving PBO + Li/DVP. There were no clinically significant differences in glucose laboratory data from random sampling between the QTP and PBO treatment groups, and all other chemistry findings were unremarkable. There were no apparent clinically significant systematic differences between the two treatment groups in changes in pulse, blood pressure, or ECG parameters over the course of the trial.

There was also no statistically significant difference between groups in the rate of emergent depression, which was 17.3% for the QTP group versus 13.5% for the group receiving Li or DVP alone (p = 0.469).

## Discussion

Quetiapine demonstrated superior efficacy in the control of the symptoms of mania when used in combination with Li or DVP compared with the use of Li or DVP alone. In addition to the positive result on the primary efficacy measure (change from baseline in YMRS score at day 21; p = 0.021) QTP combination therapy was statistically and clinically superior on several other efficacy parameters.

Quetiapine combination therapy resulted in a statistically superior clinical response, defined as a 50% reduction on the primary efficacy variable (YMRS). This definition of clinical response is an established criterion for validating that efficacy on a primary end-point is clinically relevant (24).

The CGI-BP Severity of Illness scale is widely recognized as a measure of disease severity and global improvement in bipolar illness and a close correlate of clinical effectiveness (17). In this study, the statistically significant improvement in clinical response was supported by significant improvement in CGI-BP Severity of Illness and Global Improvement scale scores in patients receiving combination therapy with QTP.

A statistically significant improvement in the proportion of patients in remission by the end of the study, and consistently favorable changes in the other efficacy variables, were also observed. Taken together, these findings strongly suggest that a clinically valid treatment effect associated with QTP treatment was seen during the trial. The data are also consistent with previous clinical studies of QTP undertaken in smaller populations of patients with bipolar disorder (7–12, 25, 26).

The treatment effect observed during the study was independent of somnolence, as there was no correlation between the proportion of patients who reported somnolence and those who achieved a clinical response. Efficacy in the treatment of mania was also independent of the antipsychotic effects of QTP, as improvement on the YMRS was not correlated with the presence of psychotic symptoms at baseline.

Significant improvement in patients with psychotic features at baseline was observed, including a highly significant effect on positive symptoms (p = 0.002). Overall, QTP-treated patients showed statistically and clinically significant improvement in supplemental aggression-risk assessment compared with controls. These findings are likely to be clinically relevant as aggression, especially in the form of violence directed toward self, family, and health care workers, is an important therapeutic target in the effective management of mania associated with bipolar disorder. Psychotic symptoms and aggression are also highly distressing, and may necessitate the use of physical restraint. The improvement in aggression and psychotic symptoms seen in this study may facilitate treatment in less restrictive settings and is consistent with the known effects on hostility and aggression of QTP treatment in patients with schizophrenia (27).

This study was not designed to establish efficacy in bipolar depression, but it was important to determine whether the combination of QTP and Li or DVP precipitated depression. No significant effect on treatment-emergent depression was observed on the MADRS with QTP combination treatment over the course of the study. The MADRS and CGI-BP Severity of Illness scale findings indicate that improvements in the symptoms of mania achieved by the addition of QTP to Li or DVP were not associated with a worsening of

220

CONFIDENTIAL
AZSER12751382

the other symptoms of bipolar disorder. These findings are of interest as they indicate clinically relevant effects of QTP in the treatment of bipolar mania and justify further studies of its potential role in bipolar depression and long-term maintenance treatment.

Conventional dose–response analyses are not possible in studies of a flexible-dose design. However, an estimate of the QTP dose in responders gives strong guidance for its effective therapeutic range: 91% of patients who responded to QTP were administered at least 400 mg/day, and most responders received about 600 mg/day.

The simple initial dosing regimen, and target dose (600 mg/day) supported by this study were generally well-tolerated and may have advantages, particularly in acute treatment, where the goal is rapid stabilization. Overall, a greater proportion of patients treated with Li or DVP alone discontinued therapy than those receiving QTP combination therapy. The same pattern was observed in patients who discontinued due to adverse events.

Weight gain in the QTP group was consistent with that seen in schizophrenia patients treated with QTP monotherapy (28–30). The weight increase in QTP-treated patients was not associated with any withdrawals. The weight gain in QTP-treated patients was lowest among those already overweight at baseline for whom the risk of weight-related complications is of greater concern, i.e. only 0.1 kg (0.22 lbs) in those overweight by baseline BMI category. There were few adverse events potentially related to diabetes mellitus observed in this study. Minimal differences between the treatment groups were detected in terms of changes in glucose values.

Although already low at baseline, the BARS and modified SAS scores indicated a lower magnitude and incidence of drug-induced neurologic side effects, such as rigidity, tremor, salivation, and akathisia in QTP-treated patients. The addition of QTP to Li or DVP did not result in an increased incidence of EPS, including akathisia, across the full range of doses used in this study.

There were no clinically important changes in laboratory, vital sign, or ECG parameters in patients treated with QTP in this study, with the exception of changes in thyroxine concentrations that were not associated with clinical hypothyroidism.

The results reported here are generally consistent with mania combination therapy studies with other atypical antipsychotics (13, 14), supporting a possible class effect for the atypical antipsychotics in combination therapy. However, the possibility of clinically significant differences between

individual atypical agents cannot be ruled out. Tolerability profiles represent an important area of differentiation between the atypical antipsychotic therapies (13, 14) and further head-to-head studies to confirm any differences between the tolerability profiles of these atypical antipsychotics are needed.

The protocol inclusion and exclusion criteria used in this study were selected to ensure that the findings were generalizable to a broad range of patients with bipolar mania, and to control for characteristics that could confound the results. That the study drew patients from private practice, community health centers, Veterans Affairs centers, and community hospitals suggest the findings will be applicable to a broad range of practice settings.

Higher minimum YMRS symptom criteria, including the four double-weighted items of irritability, speech, content, and disruptive/aggressive behavior, may have contributed to the total mean YMRS at baseline in all patients being higher in this study than in the similarly designed combination therapy studies of Sachs et al. (13) and Tohen et al. (14). The protocol requirement for patients to be hospitalized on entering the study and additional minimum CGI-BP criteria may also have tended to select for patients with more severe illness. As such, the findings of this study may be more generalizable to the population of hospitalized patients seen in routine clinical practice, who are often more severely ill than those studied under controlled conditions in clinical trials.

The rationale for requiring a minimum period of mood-stabilizer treatment in the inclusion criteria was to reflect a common clinical practice supported by recent guidelines (3, 4) in which a treating physician might consider adding QTP to the treatment regimen of a patient who had already initiated traditional mood-stabilizer monotherapy. Approximately half of the patients within each treatment combination had been treated for at least 3 consecutive weeks with the same mood-stabilizer that they received at randomization.

Although the average serum Li levels at day 21 were at the lower end of the optimal dose range, higher levels were achieved during the course of the study and differences in treatment outcome within- and between-groups did not appear to be affected by Li levels. Moreover, Li levels in the present study reflect the clinical judgment of the study clinicians, who were encouraged to adjust the dose to maximize response and tolerability within the range of 0.7–1.0 mEq/L. In a similarly designed monotherapy study, mean Li levels of 0.77 mEq/L

**221**

CONFIDENTIAL
AZSER12751383

Sachs et al.

were shown to be therapeutic and significantly superior to PBO (31). It is possible that patients with bipolar mania who tolerate higher serum Li levels (0.8–1.2 mEq/L) may achieve greater efficacy improvement than noted in this study. However, the short duration of hospital stays, and long-term adherence issues with Li make combination treatment more attractive and pragmatic for many subjects.

Patients with rapid cycling and mixed episodes were excluded from the present study in order to control for characteristics with the potential to confound the study findings. The exclusion of patients with mixed episodes was to ensure that treatment-emergent depression was not obscured by high baseline MADRS scores. The inclusion of patients with mixed episodes may also have introduced a greater imbalance in the clinician-assignment of Li and DVP (32). Similarly, the inclusion of patients with rapid cycling might have artificially inflated remission rates, as higher rates of spontaneous remission can occur in these individuals. Preliminary data from other studies suggest that QTP may be also be effective in the treatment of mixed mania (12), and rapid cycling (7, 25), although further study is warranted in these areas.

In summary, this study has addressed the efficacy and safety of QTP in combination with standard therapies (Li and DVP) in patients with bipolar mania. The efficacy findings, across a range of end-points, support the use of QTP as combination therapy in bipolar mania. The findings also indicate that QTP was generally well-tolerated, and most adverse events were mild, transient, and similar to those in schizophrenia trials where QTP was used as monotherapy (28–30).

### Acknowledgement

The research presented was supported by AstraZeneca Pharmaceuticals, Wilmington, Delaware, USA.

### References

1. Woods SW. The economic burden of bipolar disease. J Clin Psychiatry 2000; 61 (Suppl. 13): 38–41.
2. Keck PE Jr, McElroy SL, Strakowski SM et al. 12-month outcome of patients with bipolar disorder following hospitalization for a manic or mixed episode. Am J Psychiatry 1998; 155: 646–652.
3. American Psychiatric Association. Practice guideline for the treatment of patients with bipolar disorder (revision). Am J Psychiatry 2002; 159: 1–50.
4. Suppes T, Dennehy EB, Swann AC. Report of the Texas Consensus Conference Panel on Medication Treatment of Bipolar Disorder 2000. J Clin Psychiatry 2002; 63: 288–299.
5. Young AH, Macritchie KA, Calabrese JR. Treatment of bipolar affective disorder. BMJ 2000; 321: 1302–1303.
6. Suppes T, Rush AJ Jr, Kraemer HC, Webb A. Treatment algorithm use to optimize management of symptomatic patients with a history of mania. J Clin Psychiatry 1998; 59: 89–96; quiz 97–98.
7. Ghaemi S, Goldberg J, Ko J, McNally E. Quetiapine treatment of rapid-cycling bipolar disorder: an open prospective study. Int J Neuropsychopharmacol 2002; 5 (Suppl. 1): S110.
8. Dunayevich E, Tugrul RN, Strakowski SM. Quetiapine in the treatment of mania. Poster presented at the 7th World Congress of Biological Psychiatry, July 2001, Berlin, Germany.
9. Zarate CA Jr, Rothschild A, Fletcher KE, Madrid A, Zapatel J. Clinical predictors of acute response with quetiapine in psychotic mood disorders. J Clin Psychiatry 2000; 61: 185–189.
10. Chisholm K, Dennehy E, Suppes T. Clinical response to quetiapine add-on for treatment of refractory bipolar disorder. Paper presented at 2nd International Forum on Mood and Anxiety Disorders; November 28–December 1, 2001, Monte Carlo, Monaco.
11. Sajatovic M, Brescan DW, Perez DE et al. Quetiapine alone and added to a mood stabilizer for serious mood disorders. J Clin Psychiatry 2001; 62: 728–732.
12. DelBello MP, Schwiers ML, Rosenberg HL, Strakowski SM. A double-blind, randomized, placebo-controlled study of quetiapine as adjunctive treatment for adolescent mania. J Am Acad Child Adolesc Psychiatry 2002; 41: 1216–1223.
13. Sachs GS, Grossman F, Ghaemi SN, Okamoto A, Bowden CL. Combination of a mood stabilizer with risperidone or haloperidol for treatment of acute mania: a double-blind, placebo-controlled comparison of efficacy and safety. Am J Psychiatry 2002; 159: 1146–1154.
14. Tohen M, Baker RW, Altshuler LL et al. Olanzapine versus divalproex in the treatment of acute mania. Am J Psychiatry 2002; 159: 1011–1017.
15. Young RC, Biggs JT, Ziegler VE, Meyer DA. A rating scale for mania: reliability, validity and sensitivity. Br J Psychiatry 1978; 133: 429–435.
16. Tohen M, Jacobs TG, Grundy SL et al. Efficacy of olanzapine in acute bipolar mania: a double-blind, placebo-controlled study. The Olanzapine HGGW Study Group. Arch Gen Psychiatry 2000; 57: 841–849.
17. Spearing MK, Post RM, Leverich GS, Brandt D, Nolen W. Modification of the Clinical Global Impressions (CGI) Scale for use in bipolar illness (BP): the CGI-BP. Psychiatry Res 1997; 73: 159–171.
18. Montgomery SA, Asberg M. A new depression scale designed to be sensitive to change. Br J Psychiatry 1979; 134: 382–389.
19. Kay SR, Fiszbein A, Opler LA. The positive and negative syndrome scale (PANSS) for schizophrenia. Schizophr Bull 1987; 13: 261–276.
20. White L, Harvey PD, Opler L, Lindenmayer JP. Empirical assessment of the factorial structure of clinical symptoms in schizophrenia. A multisite, multimodel evaluation of the factorial structure of the Positive and Negative Syndrome Scale. The PANSS Study Group. Psychopathology 1997; 30: 263–274.
21. Endicott J, Spitzer RL, Fleiss JL, Cohen J. The global assessment scale. A procedure for measuring overall severity of psychiatric disturbance. Arch Gen Psychiatry 1976; 33: 766–771.

222

CONFIDENTIAL
AZSER12751384

Quetiapine combination therapy in bipolar mania

22. Simpson GM, Angus JW. A rating scale for extrapyramidal side effects. Acta Psychiatr Scand Suppl 1970; 212: 11–19.
23. Barnes TR. A rating scale for drug-induced akathisia. Br J Psychiatry 1989; 154: 672–676.
24. Montgomery DB. ECNP Consensus Meeting March 2000 Nice: guidelines for investigating efficacy in bipolar disorder. European College of Neuropsychopharmacology. Eur Neuropsychopharmacol 2001; 11: 79–88.
25. Vieta E, Parramon G, Padrell E et al. Quetiapine in the treatment of rapid cycling bipolar disorder. Bipolar Disord 2002; 4: 335–340.
26. Ghaemi SN, Rosenquist K, Ko J, Goodwin FK, Baldessarini RJ. Effects of newer and older antidepressants in bipolar depression (abstract). Bipolar Disord 2003; 5 (Suppl. 1): 49.
27. Chengappa KN, Goldstein JM, Greenwood M, John V, Levine J. A post hoc analysis of the impact on hostility and agitation of quetiapine and haloperidol among patients with schizophrenia. Clin Ther 2003; 25: 530–541.
28. Arvanitis LA, Miller BG. Multiple fixed doses of 'Seroquel' (quetiapine) in patients with acute exacerbation of schizophrenia: a comparison with haloperidol and placebo. The Seroquel Trial 13 Study Group. Biol Psychiatry 1997; 42: 233–246.
29. Copolov DL, Link CG, Kowalcyk B. A multicentre, double-blind, randomized comparison of quetiapine (ICI 204,636, 'Seroquel') and haloperidol in schizophrenia. Psychol Med 2000; 30: 95–105.
30. Small JG, Hirsch SR, Arvanitis LA, Miller BG, Link CG. Quetiapine in patients with schizophrenia. A high- and low-dose double-blind comparison with placebo. Seroquel Study Group. Arch Gen Psychiatry 1997; 54: 549–557.
31. Paulsson B, Huizar K. Quetiapine monotherapy versus placebo for acute bipolar mania (STAMP 2) (abstract). Bipolar Disord 2003; 5: 74.
32. Bowden CL, Brugger AM, Swann AC et al. Efficacy of divalproex versus lithium and placebo in the treatment of mania. The Depakote Mania Study Group. JAMA 1994; 271: 918–924.

**Appendix: Study Investigators**

Claudia Baldassano MD, Philadelphia, PA, USA
Mohammid Bari MD, Chula Vista, CA, USA
Louise Beckett MD, Oklahoma City, OK, USA
Ronald Brenner MD, Lawrence, NY, USA
David Brown MD, Austin, TX, USA
Franca Centorrino MD, Belmont, MA, USA
James C-Y. Chou MD, New York, NY, USA
William Coryell MD, Iowa City, IA, USA
John Crayton MD, Hines, IL, USA
Andrew Cutler MD, Winter Park, FL, USA
Lori Davis MD, Tuscaloosa, AL, USA
Louis Fabre MD, Houston, TX, USA
David Feifel MD, San Diego, CA, USA
Arman Goenjian MD, Long Beach, CA, USA
Michael Lesem MD, Bellaire, TX, USA
Joseph McEvoy MD, Butner, NC, USA
Charles Merideth MD, San Diego, CA, USA
Michael Plopper MD, San Diego, CA, USA
William Privitera MD, Austin, TX, USA
Joachim Raese MD, Riverside, CA, USA
Samuel C. Risch MD, Charleston, SC, USA
Alan Rosenbaum MD, Farmington Hills, MI, USA
David Schnur MD, Elmhurst, NY, USA
Robert T. Segraves MD, PhD, Cleveland, OH, USA
Joyce Small MD, Indianapolis, IN, USA
Patricia Suppes MD, PhD, Dallas, TX, USA
Kathleen Toups MD, Walnut Creek, CA, USA
Richard Weisler MD, Raleigh, NC, USA
Craig Wronski MD & Himasiri DeSilva MD, Santa Ana, CA, USA

**223**

CONFIDENTIAL
AZSER12751385

# The Anxiety Disease

**DAVID V. SHEEHAN, M.D.**

*Charles Scribner's Sons* • *New York*

CONFIDENTIAL
AZSER12751386

Copyright © 1983 David V. Sheehan

**Library of Congress Cataloging in Publication Data**

Sheehan, David V.
  The anxiety disease.

  Bibliography: p.
  Includes index.
  1. Anxiety.   I. Title.
RC531.S47   1983          616.85′223          83-16438
  ISBN 0-684-18047-2

This book published simultaneously in the
United States of America and in Canada—
Copyright under the Berne Convention.

All rights reserved. No part of this book
may be reproduced in any form without the
permission of Charles Scribner's Sons.

7 9 11 13 15 17 19  F/C  20 18 16 14 12 10 8

Printed in the United States of America.

*The poems on pages 35, 37, and 170 are reprinted by permission of the publishers and trustees of Amherst College from* The Poems of Emily Dickinson, *edited by Thomas H. Johnson, Cambridge, Mass.: The Belknap Press of Harvard University Press, Copyright 1951, © 1955, 1979 by the President and Fellows of Harvard College.*

546

CONFIDENTIAL
AZSER12751387

## Monitoring Disability

The symptoms of the anxiety disease disable people to varying degrees in different areas of their life. Obviously, this too must be overcome. The Disability Scale shown in Figure 15 measures this in a simple, direct way.

At the beginning of treatment, the scores on this scale are usually high; within two to three months, they should be very low. In general, the longer patients have been on an effective treatment, the lower their scores. The biggest improvement occurs on all the scales in the first four to six weeks. However, with each passing month there should be a further reduction in all scores. Above all it is important not to settle for a partial or second-rate improvement. Very good results are frequently possible; often all that is necessary is a small increase in the medication. Here persistence and patience are well repaid.

CONFIDENTIAL
AZSER12751388

## Figure 15. Disability Scale

INSTRUCTIONS: Circle a number that best describes your situation now.

### WORK

Because of my problems, my work is impaired:



### SOCIAL LIFE/LEISURE ACTIVITIES

(with other people at parties, socializing, visiting, outings, clubs, and entertaining)

Because of my problems, my social life/leisure is impaired:



### FAMILY LIFE/HOME RESPONSIBILITIES

(for example, relating to family members, paying bills, managing home, shopping, and cleaning)

Because of my problems, my family life/home responsibilities are impaired:



548

CONFIDENTIAL
AZSER12751389

*International Clinical Psychopharmacology* 1996, 11 (suppl 3):89–95

# The measurement of disability

D.V. Sheehan, K. Harnett-Sheehan and B.A. Raj

*University of South Florida, Institute for Research in Psychiatry, 3515 East Fletcher Avenue, Tampa, FL 33613, USA*

*Correspondence to: D.V. Sheehan at above address*

The frequent occurrence of desynchrony between psychiatric symptoms and disability makes it necessary to measure disability/functional impairment in addition to psychiatric symptoms when tracking treatment outcome. Existing disability measures in psychiatry are comprehensive but lengthy. There is a need for short, simple, cost-effective, sensitive measures of disability and functional impairment in psychiatric disorders. We developed a discretized analog disability scale (DISS) which uses visual–spatial, numeric and verbal descriptive anchors to assess disability across three domains: work, social life and family life. The DISS has proved to be very sensitive to change in drug treatment studies in psychiatry. The usefulness of the DISS in assessing disability in terms of work, social and family relationships is discussed.

Keywords: Disability – Functional impairment – Psychiatric disorders – Social disability – Work disability – Family disability

## HISTORICAL BACKGROUND

In the 1950s and 1960s, studies focused on the reduction in the severity of symptoms of a disorder in response to treatment. However, there were some, very symptomatic patients who still functioned reasonably well socially and at work, while other patients with less severe and less frequent symptoms were quite disabled. Because of the high prevalence rates of many psychiatric disorders, health policy analysts realized that it was not possible to treat all symptomatic patients within the financial constraints of available health care resources. However, when an illness began to cause significant disability in the patient's life, the patient was more likely to seek treatment and the health system was then ethically bound to provide effective treatment. Conversely, a goal of treatment was not just to reduce symptoms but, perhaps more important, to significantly alleviate the associated disability. The emerging opinion was that an assessment of disability was important in addition to an assessment of symptom severity. Failing to measure disability in an illness and focusing only on symptom severity could be misleading. A measure of disability could be used as a discriminating variable in how to allocate resources and when to treat.

Starting in the early 1970s, there was a trend to measure functional impairment and symptom severity separately from each other and to include these disability scales in treatment outcome studies. This trend revealed a need to develop good measures of social adjustment, disability or functional impairment. Many such scales and questionnaires emerged. These were discussed in three excellent reviews (Weissman, 1975; Weissman and Bothwell, 1976; Weissman *et al.*, 1981). The reviewing group collected together all such measures published up to that time, assessed the merits and limitations of each and codified the common themes in these measures. This provided a foundation on which future investigators could more easily build. Rather than reiterate the lists of the various disability scales and their advantages and limitations, we have drawn some principles from these papers that led us to develop the Disability Scale (DISS) shown in Fig. 1. As well as the Weissman group, the work of two other researchers (G.L. Klerman and I. Marks) also influenced our early treatment outcome studies.

## LESSONS FROM THE EARLY DISABILITY/ SOCIAL ADJUSTMENT SCALES

Many measures of disability were very thorough and often quite comprehensive. However, they were too lengthy to include regularly in treatment outcome studies, especially since many other scales and procedures were also required at each visit. This imposed additional costs on the pharmaceutical companies and additional time on the investigators. To be widely adopted

© 1996 Rapid Science Publishers

CONFIDENTIAL
AZSER12751390

D.V. SHEEHAN ET AL.



FIG. 1. Disability Scales (from Sheehan, 1983, with permission).

and cost-effective, a good disability scale needs to be very short and very simple.

Some disability (social adjustment or functional impairment) scales are designed to be clinician-administered, while others are patient-rated (self-report). There are limitations to both methods of administration. The expense of administering self-report scales is considerably lower than for clinician-rated scales. Self-rated scales are more suited to outpatients, while clinician-rated scales are more suitable for inpatients, the severely mentally ill, illiterate patients and those who either exaggerate or minimize their symptoms. These limitations suggest it is better to have a (disability) scale designed in such a way that it lends itself easily to either patient self-report or clinician administration (or both in the same study), depending on the target study sample and the needs of the study. The flexibility of this dual route of administration permits comparable collection and comparison of disability data across a broader range of medical and psychiatric illnesses. The

disability scale reported here can be used as either a patient-rated scale or a clinician-rated scale. It is recommended that authors of a study report whether the scale was patient-rated, clinician-rated or rated by both independently.

Although there are many domains of disability assessed in the early functional and social impairment scales, all of them assess three common areas of impairment. Almost all measure work impairment, social impairment and family life/home responsibilities impairment. Consequently any basic disability scale needs to at least assess these three domains. In addition, many of the scales included measures of social support.

## DISS DESIGN

The literature on scale design offers a variety of measurement methods. From the range of choices, we prefer the discretized analog scale (DISCAN) design. A discretized analog scale has the advantage that it al-

550

CONFIDENTIAL
AZSER12751391

MEASUREMENT OF DISABILITY

lows the rater to use visual–spatial, numeric and verbal descriptive anchors at the same time to assess a domain (like work disability), thereby providing a more accurate measure. Some people rate numerically ('he was 1.9 m tall'), others use verbal descriptive anchors ('he was tall, very tall'), while others communicate their rating visual-spatially (using their hands to point while commenting 'he was this tall'). There is subjective individual preference in this choice. Some choose a combination of two or all three. To obtain a more accurate measurement of a particular domain, we use all three rating dimensions for each domain. This is the logic behind discretized visual analog scale construction.

The final form of the DISS, a discretized visual analog scale is illustrated in Fig. 1. The numerical rating from 0 to 10 can be translated into a percentage for those so inclined. There are verbal descriptors for the points on the scale. The numerical breakdown (like all mathematics measures) is nothing more than a more precise level of verbal description. For this reason, there are more numerical points than there are verbal descriptor anchors. In addition, the DISS provides a visual–spatial layout to accommodate those with spatial rating preferences.

We give patients the two additional ratings of perceived social support and perceived stress at the same time, since these domains are included in many social adjustment scales. They are optional additions. Unlike the three disability measures, which are very sensitive to change with treatment, the social support and stress measures scores show considerable variability at the start of treatment and there is regression towards the mean over the course of treatment.

## DISABILITY SCALE SCORES IN SOME PSYCHIATRIC DISORDERS

Table I shows disability score data from two studies on patients with panic disorder (Leon *et al.*, 1992; Sheehan *et al.*, 1993) and two studies on patients with social phobia (data held on file by Roche, Oslo, Norway, 1995,

and Davidson *et al.*, 1993). The first panic disorder study (Leon *et al.*, 1992) validated the disability scale and did some regression analyses on 77 consecutive patients with panic disorder. The second study (Sheehan *et al.*, 1993) reported baseline disability scores for 101 drug-free outpatients with panic disorder who entered a double-blind placebo-controlled treatment outcome study. The social phobia study baseline data are from an international multicenter treatment-outcome study conducted by Roche (protocol 13359, data on file, Roche, Oslo, Norway, 1995).

The mean work and social disability scores (but not the family disability scores) were higher for the patients with social phobia than for those with panic disorder. Data from a United States study on social phobia showed scores of 5.76 for work disability, 6.56 for social disability and 3.8 for family disability (Davidson *et al.*, 1993). In the international social phobia study by Roche (data on file, Oslo, Norway, 1995) the levels of disability were higher for social phobia. These findings suggest that the patient population in the international study were more severely ill, while in the United States social phobia study the disability scores were not significantly different from the level of disability found in United States panic disorder studies.

Figure 2 shows the admission disability scores in a series of 102 psychiatric inpatients, across a range of primary diagnoses. The work disability was low, especially for some diagnostic groups. This may reflect the fact that we included work disability scores only for those who were actually working. If we had given a score of 10 to all those in the sample who were not working, the mean work disability score would have been very high. In general, the disability scores for inpatients were 20% higher than those for outpatients. Suicidal and alcoholic patients had lower disability scores than other groups. The disability scores for suicidal patients were low across all diagnostic groups, for reasons that remain unclear.

There is good evidence that the DISS is sensitive to psychiatric disorders in patients in primary care. Recently, Leon *et al.* (1996) conducted an analysis of the operating characteristics of the DISS in a sample of 1001 primary care patients. They found that an elevated

TABLE I. Mean baseline disability scores in panic disorder and social phobia in four studies (Leon *et al.*, 1992; Sheehan *et al.*, 1993; data held on file by Roche, Oslo, Norway, 1995; Davidson *et al.*, 1993; listed below, respectively).

|  | Panic disorder | | Social phobia | |
|---|---|---|---|---|
|  | $n = 77$ | $n = 101$ | $n = 576$ | $n = 75$ |
| Work | 4.58 | 5.42 | 6.67 | 5.76 |
| Social function | 4.94 | 6.14 | 7.17 | 6.56 |
| Family life | 3.1 | 5.18 | 4.57 | 3.80 |

TABLE II. Effect of acute 8-week treatment on disability scores in panic disorder (Sheehan *et al.*, 1993) and social phobia (data held on file by Roche, Oslo, Norway, 1995).

|  | Panic disorder | Social phobia |
|---|---|---|
| Work | ↓ 30.6% | ↓ 30.8% |
| Social function | ↓ 35.6% | ↓ 35.2% |
| Family life | ↓ 43.9% | ↓ 28.9% |

CONFIDENTIAL
AZSER12751392