**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| **IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION**<br>This document relates to:<br>*Linda Guinn*, No. 6:07-CV-10291<br>*Janice Burns*, No. 6:07-CV-15959<br>*Richard Unger*, No. 6:07-CV-15812<br>*Connie Curley*, No. 6:07-CV-15701<br>*Linda Whittington*, No. 6:07-CV-10475<br>*Eileen McAlexander*, No. 6:07-CV-10360<br>*David Haller*, No. 6:07-CV-15733 | **MDL DOCKET NO:**<br>**6:06-MDL-1769-ACC-DAB** |

**PLAINTIFFS' SUPPLEMENTAL NOTICE OF UNSEALING AND FILING NON-CONFIDENTIAL EXHIBITS TO THEIR RESPONSE IN OPPOSITION TO ASTRAZENECA'S MOTION IN LIMINE TO EXCLUDE EVIDENCE AND ARGUMENT ABOUT DOCTOR MACFADDEN'S PERSONAL RELATIONSHIPS**

Pursuant to the Court's instructions of February 26, 2009, the above-listed Plaintiffs submit their Supplemental Notice of Unsealing and Filing Non-Confidential Exhibits to their Response in Opposition to the Motion *in Limine* to Exclude Evidence and Argument About Doctor Macfadden's Personal Relationships (Doc. 1226) filed by Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP on or about January 8, 2009, attaching the Exhibits listed below.

1

**MacFadden Motion In Limine Response Exhibits (Doc. 1226)**

| Exhibit No. | Document Description |
|---|---|
| 1 | Excerpts from the Deposition of Wayne Macfadden |
| 6 | Excerpt from the Deposition of Jack Schwartz, AstraZeneca's Executive Director of Seroquel Development |
| 7 | Excerpts from the Deposition of Claudia Piano, Parexel MMS Group Director of Account Services |
| 8 | Macfadden personal email |
| ~~9~~ | Macfadden personal email (NOTE: Document remains sealed because AstraZeneca would not agree to file with redactions limited to personally identifying information.) |
| ~~10~~ | Macfadden personal email (NOTE: Document remains sealed because AstraZeneca would not agree to file with redactions limited to personally identifying information.) |
| 11 | Macfadden personal email |
| 12 | Macfadden personal email with attached abstract |
| 13 | Macfadden personal email |

DATED:  March 11, 2009                     Respectfully submitted,


                                           By:    /s/ Robert W. Cowan
                                                  F. Kenneth Bailey Jr.
                                                  K. Camp Bailey
                                                  Fletcher V. Trammell
                                                  Robert W. Cowan
                                                  **BAILEY PERRIN BAILEY**
                                                  440 Louisiana St., Suite 2100
                                                  Houston, Texas 77002
                                                  (713) 425-7100 Telephone
                                                  (713) 425-7101 Facsimile
                                                  kbailey@bpblaw.com
                                                  cbailey@bpblaw.com
                                                  ftrammell@bpblaw.com
                                                  rcowan@bpblaw.com
                                                  **Co-Lead Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 11th day of March, 2009, I electronically filed the foregoing: PLAINTIFFS' SUPPLEMENTAL NOTICE OF UNSEALING AND FILING NON-CONFIDENTIAL EXHIBITS TO THEIR RESPONSE IN OPPOSITION TO ASTRAZENECA'S MOTION IN LIMINE TO EXCLUDE EVIDENCE AND ARGUMENT ABOUT DOCTOR MACFADDEN'S PERSONAL RELATIONSHIPS with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

                                                 /s/ Robert W. Cowan
                                                 Robert W. Cowan