# EXHIBIT 6

Confidential - John Anthony Schwartz, Ph.D.

Page 1

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

SEROQUEL PRODUCTS LIABILTY LITIGATION

CASE NO. 6:06-md-01769-ACC-DAB

MDL DOCKET NO. 1769

------

CONFIDENTIAL

------

January 10, 2008

------

　　　　Videotaped Oral Deposition of JOHN ANTHONY SCHWARTZ, Ph.D., held in the offices of Golkow Technologies, Inc., One Liberty Place, 51st Floor, Philadelphia, Pennsylvania beginning at approximately 9:08 a.m., before Ann V. Kaufmann, a Registered Professional Reporter, Certified Realtime Reporter, Approved Reporter of the U.S. District Court, and a Notary Public.

------

GOLKOW TECHNOLOGIES, INC.
One Liberty Place, 51st Floor
Philadelphia, Pennsylvania  19103
877.370.3377

Confidential - John Anthony Schwartz, Ph.D.

Page 58

1  A.  No, I don't know.
2  Q.  Okay. So you have never
3  heard anything about what Dr. Macfadden
4  was doing while he was working on
5  Seroquel?
6      MR. SCHOON: Object to the
7  form.
8  A.  The only activity I was
9  aware of is that he was a medical
10 director.
11 Q.  Okay. Have you heard that
12 he was having illicit sexual
13 relationships with a woman who was
14 doing -- an outside researcher who was
15 doing research on Seroquel and
16 publishing about that work?
17     MR. SCHOON: Object to the
18 form.
19 A.  It's the first I ever heard
20 of that.
21 Q.  Okay. Could that
22 compromise the independence of the
23 research?
24 A.  I can't say. I don't know.

Page 59

1  Q.  Okay. Was that kind of
2  conduct, if it happened, the standard,
3  appropriate, reasonable conduct of
4  leaders and people doing work on
5  Seroquel?
6  A.  I would not have that kind
7  of behavior.
8  Q.  Okay. Well, do you think
9  it's appropriate or reasonable?
10 A.  I do not believe it's
11 appropriate or reasonable.
12 Q.  Okay. How would you
13 characterize it?
14 A.  It sounded like he was
15 having an affair. I don't know if he
16 was married at the time or not.
17 Q.  Okay. Well, independent of
18 what --
19 A.  And to be honest, I --
20 Q.  -- whether he was cheating
21 on his wife or not --
22 A.  Yeah.
23 Q.  -- the question really is
24 whether it's appropriate for a person

Page 60

1  who is working for a drug company such
2  as AstraZeneca to have a sexual
3  relationship with a researcher who is
4  supposed to be independent.
5  A.  Uh-huh.
6      MR. SCHOON: Object to form.
7  A.  You know, I can't comment
8  on Wayne's personal life. All I know is
9  that during the time that I was on the
10 team working with Wayne, I was impressed
11 with his medical knowledge and his
12 medical input into the team.
13 Q.  Okay. You mentioned the
14 BOLDER study.
15 A.  Yes.
16 Q.  Was Dr. Macfadden a
17 co-author of that study?
18 A.  I believe he was. I don't
19 recall who all the authors were on that
20 study.
21 Q.  Was that a study that was
22 important to the company?
23 A.  It was a hypothesis testing
24 study.

Page 61

1  Q.  Okay. Well, was it a study
2  that in the end was commercially
3  important to the company?
4  A.  It was used as one of the
5  trials to support registration for
6  bipolar depression.
7  Q.  Okay. And did a lot of the
8  people who worked on that study receive
9  financial bonuses for the work they did?
10 A.  Actually the staff that
11 worked on that team, I imagine some of
12 them received bonuses through the R&D
13 organization for their contributions to
14 the R&D work, which would be completely
15 separate from the commercial side.
16 Q.  Okay. Well, do you know
17 whether they also received bonuses from
18 the commercial side for the timeliness
19 of their work?
20 A.  Yes. They probably
21 received an award somewhere in the range
22 of a thousand dollars, if I recall
23 correctly.
24 Q.  Okay. Now, was there an

16 (Pages 58 to 61)

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - John Anthony Schwartz, Ph.D.

Page 62

1  outside organization that also worked on
2  BOLDER?
3      A.  Oh, I don't recall. We
4  hired a number of contract resource --
5  research organizations to do our work.
6  I don't recall specifically if there was
7  one for BOLDER.
8      Q.  Do you know of a company
9  called Parexcel?
10     A.  I have heard of them, yes.
11     Q.  When you hired -- is it one
12 of the contract organizations that is
13 sometimes hired by AstraZeneca?
14     A.  AstraZeneca has a list of
15 preferred CROs, and we have been
16 instructed to use one of those preferred
17 research organizations because we have
18 agreements set up with them.
19     Q.  Okay. CRO stands for
20 contract research organization?
21     A.  That's correct.
22     Q.  And why are they used?
23     A.  Because a lot of the times
24 we don't have the resource in-house to

Page 63

1  conduct the studies. And we sometimes
2  prefer to allocate our resource to more
3  scientifically critical pieces of work,
4  and there are organizations available to
5  do other types of work.
6      Q.  And sometimes are those
7  organizations described as being
8  independent of AstraZeneca and are they
9  expected to perform independently?
10     A.  Well, if they are doing
11 contract research for us, say, data
12 monitoring collection, they have to
13 abide by our standard operating
14 procedures. So in that sense they
15 aren't independent, they have to follow
16 our rules.
17     Q.  Okay. And do they
18 sometimes help you with writing up the
19 studies and getting them published?
20     A.  That was more in the
21 publication side of the business and I
22 really didn't get that involved in that.
23     Q.  Okay. Do you know whether
24 or not Dr. Macfadden also had illicit

Page 64

1  relationships with employees -- an
2  employee of Parexel?
3      MR. SCHOON: Objection,
4  form.
5      A.  No, I do not.
6      Q.  Okay. Are you aware that
7  Dr. Macfadden came to work drunk and --
8  because he was too drunk the night
9  before and thought it was funny?
10     MR. SCHOON: Objection,
11 form.
12     A.  I have never heard of that.
13     Q.  Okay. Was that the kind of
14 standard, appropriate, reasonable
15 behavior of leaders on the Seroquel
16 team?
17     A.  While I was on the team and
18 working with Wayne, I observed none of
19 that behavior.
20     Q.  Okay. And if you had
21 observed that kind of behavior, what
22 would you have done about it?
23     A.  If he would have come in
24 drunk, I would have definitely said

Page 65

1  something to him. I would not stand for
2  that. That is not the conduct I expect
3  of AstraZeneca employees. And I did not
4  observe that of Wayne or any other
5  person on the team during my tenure on
6  the team.
7      Q.  Okay. Let me show you a
8  couple of documents.
9      A.  Uh-huh.
10     Q.  First of all, I'm going to
11 show you what I have marked as
12 Exhibit No. 2 to your deposition.
13     A.  Uh-huh.
14     Q.  Could you tell me what that
15 is?
16     A.  That is my biography.
17        (Above-described document
18 marked Schwartz Exhibit 2.)
19 BY MR. BLIZZARD:
20     Q.  Okay. And is that
21 something that you have done recently?
22     A.  No. Actually the last time
23 I completed this was probably about two
24 years ago.

17 (Pages 62 to 65)

Golkow Technologies, Inc. - 1.877.370.DEPS