# EXHIBIT 8

AZSER 10375875

From: Macfadden, Wayne
Sent: 1/15/2006 10:15:37 PM
To: [redacted]
CC:
Subject: RE: hello!

Hi doll,

logged off early Fri to hang with kids.........hope this is not getting to you too late!!!

And yes, you will be punished (in the usual fashion!) when I see you..........but perhaps more harshly this time!!!

Miss hearing your voice........maybe we'll have better luck tomorrow

AMLA

xoxo Wayne


-----Original Message-----
From: [redacted] [mailto:[redacted]]
Sent: Friday, January 13, 2006 10:56 AM
To: Macfadden, Wayne
Subject: hello!

Hi babe,

just a quickie as I'm writing frantically at my desk trying to finish my quetiapine paper; hope your day is going well. Was wondering if you have access to a paper (you won't like it much because it says that quetiapine isn't as effective as olanz or risperidone!!!) In fact I will probably need to be punished for even looking at it!

Ref follows:
Raja M, Azzoni A.
Comparison of three antipsychotics in the emergency psychiatric setting.
Hum Psychopharmacol. 2003 Aug;18(6):447-52.

if you have it, any chance of emailing me the full text? (I'll make it worth your while....)

amla Rxxox


[redacted]
Clinical Research Nurse
Section of Neurochemical Imaging and Psychiatry
PO Box 54
Institute of Psychiatry
De Crespigny Park
London SE5 8AF
Tel: [redacted], [redacted] (mobile)
Fax: [redacted]
Email: [redacted]

Macfadden
EXHIBIT NO. 63
12-21-07
L. GOLKOW