# EXHIBIT 11

Unknown

**From:** ███████ (Parexel)
**Sent:** Monday, June 19, 2006 5:22 PM
**To:** Macfadden, Wayne
**Subject:** RE: ECNP 2006 Paper notification

Enjoy the dinner!

-----Original Message-----
From: Macfadden, Wayne [mailto:Wayne.Macfadden@astrazeneca.com]
Sent: Monday, June 19, 2006 5:18 PM
To: ███████
Subject: RE: ECNP 2006 Paper notification

will have to look for the Vicodins..... should have thought of that last nite! Will use ethanol tonite instead.... have a work dinner for Simon & Nick who are leaving Seroquel

I think the concept of paintball is better than actually playing it.....
shooting someone else can be fun, but being hit (over & over!) is demoralizing

-----Original Message-----
From: ███████ (Parexel)
Sent: Monday, June 19, 2006 3:52 PM
To: Macfadden, Wayne
Subject: RE: ECNP 2006 Paper notification

Oh yes, strictly business I'm sure...

Hope you have some Vicoden left. That will take the edge off. I am on my last 5...bad girl! I have always wanted to try paintball but everyone has the same painful horror stories.

-----Original Message-----
From: Macfadden, Wayne [mailto:Wayne.Macfadden@astrazeneca.com]
Sent: Monday, June 19, 2006 3:47 PM
To: ███████
Subject: RE: ECNP 2006 Paper notification

Fla was very humid, & mostly rainy. Spent much of the time avoiding investigators I didn't want to deal with. It was a party atmosphere, but you know me, strictly business..........

Went paintballing yesterday with Austin & can barely move today; combination of wounds from the paint pellets, and soreness from crawling thru wooded areas so as to avoid being ambushed by 12 yr olds with weapons!

-----Original Message-----
From: ███████ (Parexel)
Sent: Monday, June 19, 2006 11:06 AM
To: Macfadden, Wayne
Subject: RE: ECNP 2006 Paper notification

Macfadden
EXHIBIT NO. 79
12-21-07
L. GOLKOW

It seems they have...

Did you enjoy Florida? See any old flames???

Wilmington was Wilmington. I drove so it really made for a long week.

How was Father's Day?

1

CONFIDENTIAL
AZSER 10376231

-----Original Message-----
From: Macfadden, Wayne [mailto:Wayne.Macfadden@astrazeneca.com]
Sent: Monday, June 19, 2006 11:01 AM
To: [redacted]
Subject: RE: ECNP 2006 Paper notification

Yes, they are a bunch of provocateurs........ its not enough they never approved Seroquel in their country, but now they've made it personal !!

back from Fla., after a week of schmoozing w investigators........ hope your trip to Wilmington was exciting

-----Original Message-----
From: [redacted] (Parexel)
Sent: Monday, June 19, 2006 9:35 AM
To: Macfadden, Wayne
Subject: RE: ECNP 2006 Paper notification

You and the French... :) They seem to have rejected quite a few this year...

-----Original Message-----
From: Macfadden, Wayne [mailto:Wayne.Macfadden@astrazeneca.com]
Sent: Saturday, June 17, 2006 11:11 AM
To: 'RWeisler@aol.com'; [redacted]
Subject: RE: ECNP 2006 Paper notification

Another reason to dislike the French!!

-----Original Message-----
From: RWeisler@aol.com [mailto:RWeisler@aol.com]
Sent: Friday, June 16, 2006 9:40 AM
To: [redacted] (Parexel); Macfadden, Wayne
Subject: Fwd: ECNP 2006 Paper notification

In a message dated 6/16/2006 8:38:44 A.M. Eastern Daylight Time, ecnpabstracts@congrex.nl writes:

19TH ECNP Congress

Paris, France, 16 - 20 September 2006

Serial number 357230


Dear Dr Weisler,

We are very sorry to inform you that your paper entitled:

Quetiapine monotherapy is efficacious for depressive episodes of bipolar I disorder: combined results from two double-blind studies

has not been accepted for presentation and publication during the 19th ECNP Congress.

2

CONFIDENTIAL
AZSER 10376232

With kind regards,

On behalf of the 19th ECNP Congress

Sanna Välttilä

Scientific Programme Manager

CONGREX HOLLAND BV

T: +31 20 5040 207

F: +31 20 5040 225

E: ecnpabstracts@congrex.nl

I: www.ecnp.nl

PS Please note that as stated on page 19 of the 2nd announcement of ECNP 2006 "there can be no correspondence about the outcome".

Powered by Shocklogic (www.shocklogic.com)

CONFIDENTIAL
AZSER 10376233