# EXHIBIT 12

From: Macfadden, Wayne
Sent: 10/8/2003 5:04:04 PM
To: ██████████ (E-mail)
CC:
Subject: FW: F1RST Team abstract for Davos 2004

Look what came across my desk to review!!!!!!!!!!!Definitely a conflict of interest........but a brilliant piece of writing nonetheless!

Can't wait to see you, kiss you, hold you, etc, etc, !!!


miss you terribly,

xoxoxoxoxoW

-----Original Message-----
From: Daniels, Stephanie
Sent: Wednesday, October 08, 2003 12:33 PM
To: Gonzalez, John P; Tumas, John A; Goldstein, Jeffrey M; Williams-Hughes, Celeste; Owen, Richard T; Stening, Göran K; X:Harlan, Priscilla (External); Andrew Ferko (E-mail); Daniels, Stephanie; Sayce, Rod; Macfadden, Wayne; Brown, Donna; Mary Gaskarth; X:Harris, Caroline (External); X:King, Karen (External)
Subject: FW: F1RST Team abstract for Davos 2004


Dear all

For your information - this is one of two abstracts submitted independently by the F1RST team to the 2004 Schizophrenia Winter Workshop.  I've not yet received the second abstract, but will forward this as soon as I do.

Best wishes

Stephanie

-----Original Message-----
From: ████████████ [mailto:████████████████████]
Sent: 07 October 2003 15:15
To: Daniels, Stephanie
Subject: F1RST Team abstract for Davos 2004


Dear Stephanie,

Further to your correspondence with Dr Lyn Pilowsky, please find attached my abstract for the 2004 Winter Workshop entitled "Clinical response after switching from twice to once daily quetiapine in first episode schizophrenic patients- support for the "transient D2 occupancy" model".

With best wishes,

██████████
Clinical Research Nurse
Section of Neurochemical Imaging and Psychiatry
PO Box 54
Institute of Psychiatry
De Crespigny Park
London SE5 8AF



EXHIBIT NO. 62
12-21-07
L. GOLKOW

AZSER 10376064

Tel: ███████████, █████████████ (mobile)
Fax: █████████████████
Email: ███████████████████

## First-episode patients: clinical response after switching from bd to od quetiapine

*Ohlsen RI, Walters J, O'Toole MS, Taylor T, Purvis RG, Pilowsky LS*

*Section of Neurochemical Imaging and Psychiatry, Institute of Psychiatry, London, UK*

**Introduction:** In vivo receptor imaging studies revealed transiently high striatal $D_2$ occupancy with the atypical antipsychotic, quetiapine, suggesting this may be sufficient for clinical efficacy (1). A report in 10 patients with first-episode psychosis suggested that quetiapine od effectively treats psychosis (2). This study reports results on first-episode patients after switching to quetiapine od.

**Methods:** 33 patients treated with quetiapine bd as first-line therapy were switched to quetiapine od and rated prospectively with standard instruments. Efficacy assessments were performed at baseline (before switch) and Week 6. *[Ms Ohlsen – what were the baseline values for patients prior to quetiapine bd? – this is for interest only and to include in the poster – (due to space we are unable to include baseline values)]*

**Results:** 13 patients (6 male, 7 female) were switched to quetiapine od (mean dose 370 mg/day) after 6 weeks (n=5) or 20-30 weeks (n=5). 11 patients were switched due to sedation and 2 due to convenience. Significant improvements from baseline to Week 6 in PANSS total ($p < 0.01$); positive ($p < 0.05$); negative ($p < 0.05$) scores; GAS scores ($p < 0.05$) were observed after switching to od dosing.

**Conclusions:** Clinical improvements continued after switching to quetiapine od. Increased clinical improvement with od dosing may reflect better adherence or overall improvements in QoL and functioning. No symptomatic or functional deterioration

AZSER 10136483

observed during the study supporting the theory that transient occupancy of $D_2$ receptors is sufficient for antipsychotic efficacy.

**References**

1. Goldstein JM:  The new generation of antipsychotic drugs: how atypical are they? Int J Neuropsychopharmacol 2000; 3:339-349

2. Tauscher-Wisniewski S, Kapur S, Tauscher J, Jones C, Daskalakis ZJ, Papatheodorou G, Epstein I, Christensen BK, Zipursky RB:  Quetiapine: an effective antipsychotic in first-episode schizophrenia despite only transiently high dopamine-2 receptor blockade.  J Clin Psychiatry 2002; 63:992-997

**Learning objectives**

- Gain an insight into the mode of action of quetiapine

- Demonstrate awareness of the efficacy of quetiapine as a once-daily or twice-daily treatment

**Topics**

12. Schizophrenia and other psychotic disorders

**[Body text word count: 198/200]**

AZSER 10136484