# EXHIBIT 13

## Unknown

| | |
|---|---|
| **From:** | Macfadden, Wayne |
| **Sent:** | Monday, January 26, 2004 11:17 AM |
| **To:** | ████████ (E-mail) |
| **Subject:** | FW: AZ35532a: ████ WWS poster for ATP |
| | |
| **Attachments:** | ████ WWS poster ATP form.doc |



WWS poster
ATP form.doc...

here's my.."stamp" of approval for your groundbreaking work......good show! I
will be sure to inspect the rest of your "body" of literature in detail quite
shortly.......

with all due respect,

Wxoxoxoxoxoxoxoxo

-----Original Message-----
From: Macfadden, Wayne
Sent: Monday, January 26, 2004 11:15 AM
To: X:Coles, Lucy (External); Sayce, Rod; Fitton, Lesley R
Cc: Daniels, Stephanie; X:Mortin, Lindsey; X:Kite, Rob (External); 35532a
Subject: RE: AZ35532a: ████ WWS poster for ATP

Looks very good

I've attached the new form as well!

regards

Wayne
Wayne Macfadden MD
US Medical Director, SEROQUEL™
AstraZeneca LF
302-886-1147

-----Original Message-----
From: X:Coles, Lucy (External)
Sent: Monday, January 26, 2004 7:16 AM
To: Sayce, Rod; Fitton, Lesley R; Macfadden, Wayne
Cc: Daniels, Stephanie; X:Mortin, Lindsey; X:Kite, Rob (External);
35532a
Subject: AZ35532a: ████ WWS poster for ATP

Dear all,

Please find attached the ████ WWS poster PDF for ATP.  I also attach a completed ATP
form.  This version of the poster incorporates the teams' (minor) comments and the author
has answered all the outstanding queries we had.  I would be very grateful if you could
provide ATP by Wednesday 28 January, as we need to get the poster to print by the end of
the week.

Kind regards,

Lucy



Macfadden
EXHIBIT NO. 66
12-21-07
L. GOLKOW

AZSER 10375588

 <<■■■■■ poster WWS.pdf>>    <<■■■■■WWS poster ATP form.doc>>

Dr Lucy Coles
Medical Writer
Complete Medical Communications
Tel: +44 (0)1625 624083
Fax: +44 (0)1625 619812
lucy.coles@completemedcomms.com

2

AZSER 10375589