**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: SEROQUEL PRODUCTS**
**LIABILITY LITIGATION**
This document relates to:

*Linda Guinn*, No. 6:07-CV-10291

*Janice Burns*, No. 6:07-CV-15959

*Richard Unger*, No. 6:07-CV-15812

*Connie Curley*, No. 6:07-CV-15701

*Linda Whittington*, No. 6:07-CV-10475

*Eileen McAlexander*, No. 6:07-CV-10360

*David Haller*, No. 6:07-CV-15733

**MDL DOCKET NO:**
**6:06-MDL-1769-ACC-DAB**

<u>**PLAINTIFFS' NOTICE REGARDING REDACTED FILINGS**</u>

The above-referenced Plaintiffs hereby give notice of the filing of the documents listed below ("Documents"), which had previously been filed under seal, and which since have been filed (or are in the process of being filed) of public record on the Court's CM/ECF (PACER) system pursuant to the Court's instructions in the hearing held February 26, 2009 and subsequent Court orders. Each of the Documents listed below contains portions (often significant in size) that have been unilaterally redacted by counsel for Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP (collectively, "Defendants"). All of the Documents have been served on Plaintiffs' counsel within the last 48 hours, including 85,446 pages served within the last 24 hours. By filing the Documents, Plaintiffs do not expressly or impliedly agree with the redactions made by Defendants, as Plaintiffs' counsel has had no meaningful opportunity to review the redactions. Instead, Plaintiffs make the filings simply in an effort to comply with the Court's instructions. Further, Plaintiffs continue to reserve their rights (1) to file unredacted Documents should Plaintiffs' counsel

1

determine that Defendants overreached with respect to their redactions, and (2) to further challenge any alleged entitlement to confidentiality protections of the redacted Documents, as well as that of other documents and deposition testimony obtained in discovery.[1]  As necessary, Plaintiffs will file appropriate motion(s) sufficiently in advance of the May 7, 2009 hearing regarding the allegedly continuing confidentiality of all or parts of these Documents to permit such motion(s) to be heard by the Court at that time.

**Exhibits to Plaintiffs' Response in Opposition to AstraZeneca's Motion to Exclude the General Causation Testimony of Plaintiffs' Generic and Case-Specific Witnesses and Supporting Memorandum of Law**

| Exhibit No. | Description |
|---|---|
| 15 | Clinical Study Report – *A 24-Week, International, Multi-centre, Open-label, Flexible-dose, Randomized, Parallel-Group, Phase IV Study to Compare the Effect on Glucose Metabolism of Quetiapine, Olanzapine, and Risperidone in the Treatment of Patients with Schizophrenia* – Edition Number 01 – Study Code D1441C00125, Date June 12, 2006 (Study 125) |
| 20 | Clinical Study Report Errata List – *A Multicenter, Double-blind, Randomized, Placebo-controlled, Double-dummy Trial of the Use of Quetiapine Fumarate (SEROQUEL) in the Treatment of Patients with Bipolar Depression* – Study Code 5077US/0049, Date November 28, 2005  (Study 49) |
| 23 | Clinical Study Report – *A Multicenter, Randomized Comparison of the Efficacy and Safety of Sustained-release Formulation Quetiapine Fumarate (SEROQUEL) and Placebo in the Treatment of Patients With Schizophrenia*, Study code: 5077IL/0041 – March 2, 2006 (Study 41) |

---

[1]     *See* Tr. of Feb. 26, 2009 Hr'g at 10:19-21 (describing for the Court the agreement reached between Plaintiffs and Defendants with respect to maintaining the confidentiality of certain of Defendants' documents and deposition testimony: "[A]ny confidentiality agreement that we've reached at this point is without prejudice to [Plaintiffs'] re-raising that issue at an appropriate time before the Court.").

| Exhibit No. | Description |
|:---:|:---|
| 24 | Clinical Study Report – *A Confirmatory Multicenter, Double-blind, Randomized, Placebo-controlled Study of the Use of Quetiapine Fumarate (SEROQUEL) in the Treatment of Patients with Bipolar Depression* –Study Code D1447C00135, Date December 1, 2005 (Study 135) |
| 25 | Clinical Trial Report – International Approval Form – *A Multicenter, Double-Blind, Randomized, Controlled, Multiple Fixed-Dose Regimen Comparison of SEROQUEL (ICI 204,636) and Haloperidol in the Prevention of Psychotic Relapse in Outpatients with Chronic or Subchronic Schizophrenia*, Trial Number 5077IL/0015 – Date April 23, 1996 (Study 15) |
| 30 | Clinical Study Report – *A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (Oral Tablets 400 mg to 800 mg Daily in Divided Doses) to Placebo when Used as Adjunct to a Mood Stabilizer (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients*, Study code: D1447C00126 – June 19 2007 (Study 126) |
| 32 | Clinical Study Report - *A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (Oral Tablets 400 mg to 800 mg Daily in Divided Doses) to Placebo when Used as Adjunct to a Mood Stabilizer (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients*, Study code: D1447C00127 – June 19 2007 (Study 127) |

### Exhibits to Plaintiffs' Responses in Opposition to AstraZeneca's Case-Specific Motions for Summary Judgment

*Linda Guinn,* No. 6:07-CV-10291

| Exhibit No. | Description |
|:---:|:---|
| 1 | Guido Nodal, M.D. deposition transcript excerpts |

*Janice Burns*, No. 6:07-CV-15959

| Exhibit No. | Description |
|---|---|
| 1 | John R. Billingsley, M.D. deposition transcript excerpts (3/26/08) |
| 10 | John R. Billingsley deposition transcript excerpts (7/28/08) |
| 17 | John Reilly deposition transcript excerpts |

*Connie Curley*, No. 6:07-CV-15701

| Exhibit No. | Description |
|---|---|
| 1 | Maria C. Wilson, M.D. deposition transcript excerpts |
| 12 | Anna Golden deposition transcript excerpts |

*Eileen McAlexander*, No. 6:07-CV-10360

| Exhibit No. | Description |
|---|---|
| 1 | Manouchehr Lavian, M.D. deposition transcript excerpts |

*Linda Whittington*, No. 6:07-CV-10475

| Exhibit No. | Description |
|---|---|
| 1 | Mohamed O. Saleh, M.D. deposition transcript excerpts (3/4/08) |

**Macfadden Motion In Limine Response Exhibits (Doc. 1226)**

| Exhibit No. | Document Description |
|---|---|
| 1 | Excerpts from the Deposition of Wayne Macfadden |
| 6 | Excerpt from the Deposition of Jack Schwartz, AstraZeneca's Executive Director of Seroquel Development |
| 7 | Excerpts from the Deposition of Claudia Piano, Parexel MMS Group Director of Account Services |
| 8 | Macfadden personal email |
| 9 | Macfadden personal email (NOTE: Document remains sealed because AstraZeneca would not agree to file with redactions limited to personally identifying information.) |
| 10 | Macfadden personal email (NOTE: Document remains sealed because AstraZeneca would not agree to file with redactions limited to personally identifying information.) |
| 11 | Macfadden personal email |
| 12 | Macfadden personal email with attached abstract |
| 13 | Macfadden personal email |

**Exhibits to Ihor Rak Deposition, As Incorporated Into Supplemental Memorandum of Law (Related to Ihor Rak) in Opposition to AstraZeneca's Motion to Exclude the General Causation Testimony of Plaintiffs' Generic and Case-Specific Witnesses**

| Exhibit No. | Document Description |
|---|---|
| B | Selected Ihor Rak deposition excerpts filed pursuant to parties' agreement |

In addition, Plaintiffs received from Defendants within the past 3 days redacted case-specific responses to Defendants' summary judgment motions, redacted Plaintiffs' Omnibus Memorandum of Law responding to Defendants' summary judgment motions, and redacted response by Plaintiffs to Defendants' general causation *Daubert* motion (the Responses), all of which have been filed in the main MDL docket or the case-specific dockets for each of the above-captioned cases. Plaintiffs have also received from Defendants during that same

5

timeframe the below-listed redacted exhibits ("Exhibits"), primarily consisting of AstraZeneca sales representatives' "call-notes," which now have also been filed of public record.  By filing the same, Plaintiffs do not expressly or impliedly agree with the redactions made by Defendants with respect to the Responses or Exhibits.  Instead, Plaintiffs make the filings simply in an effort to comply with the Court's instructions.  Further, Plaintiffs continue to reserve their rights (1) to file unredacted Responses and/or Exhibits should Plaintiffs' counsel determine that Defendants overreached with respect to their redactions, and (2) to further challenge any alleged entitlement to confidentiality protections of the redacted Responses and/or Exhibits.  As necessary, Plaintiffs will file appropriate motion(s) sufficiently in advance of the May 7, 2009 hearing regarding the allegedly continuing confidentiality of all or parts of these exhibits to permit such motion(s) to be heard by the Court at that time.

**Ghostwriting Motion In Limine Response Exhibits (Doc. 1227)**

| Exhibit No. | Document Description |
|:---:|:---|
| C | AstraZeneca's disclosure regarding Plaintiff's prescriber/treater Dr. Nodal |
| D | AstraZeneca's disclosure regarding Plaintiff's prescriber/treater Dr. Billingsley |
| E | AstraZeneca's disclosure regarding Plaintiff's prescriber /treater Nurse Practitioner Malcolm |
| F | AstraZeneca's disclosure regarding Plaintiff's prescriber/treater Dr. Cabada |
| G | AstraZeneca's disclosure regarding Plaintiff's prescriber/treater Nurse Saleh |
| H | AstraZeneca's disclosure regarding Plaintiff's prescriber/treater Inaganti |
| I | AstraZeneca's disclosure regarding Plaintiff's prescriber/treater Cases |
| J | AstraZeneca's disclosure regarding Plaintiff's prescriber/treater Wilson |
| K | AstraZeneca's disclosure regarding Plaintiff's prescriber/treater Lavian |
| L | AstraZeneca's disclosure regarding Burke |

**Exhibits to Plaintiffs' Responses in Opposition
to AstraZeneca's Case-Specific Motions for Summary Judgment**

*Linda Guinn,* No. 6:07-CV-10291

| Exhibit No. | Description |
|:---:|:---|
| 10 | AstraZeneca records |
| 12 | AstraZeneca records |
| 13 | AstraZeneca records |

*Janice Burns*, No. 6:07-CV-15959

| Exhibit No. | Description |
|:---:|:---|
| 16 | AstraZeneca records |

*Connie Curley*, No. 6:07-CV-15701

| Exhibit No. | Description |
|:---:|:---|
| 9 | AstraZeneca records |
| 10 | AstraZeneca records |
| 11 | AstraZeneca records |

*David Haller*, No. 6:07-CV-15733

| Exhibit No. | Description |
|:---:|:---|
| 9 | AstraZeneca records |

| Exhibit No. | Description |
|---|---|
| 10 | AstraZeneca records |

*Eileen McAlexander*, No. 6:07-CV-10360

| Exhibit No. | Description |
|---|---|
| 10 | AstraZeneca records |
| 11 | AstraZeneca records |
| 12 | AstraZeneca records |
| 13 | AstraZeneca records |

*Richard Unger*, No. 6:07-CV-15812

| Exhibit No. | Description |
|---|---|
| 12 | AstraZeneca records |
| 13 | AstraZeneca records |
| 14 | AstraZeneca records |

*Linda Whittington*, No. 6:07-CV-10475

| Exhibit No. | Description |
|---|---|
| 5 | AstraZeneca records |
| 6 | AstraZeneca records |

8

| Exhibit No. | Description |
|:---:|---|
| 7 | AstraZeneca records |

DATED: March 11, 2009          Respectfully submitted,

By:   /s/ Robert W. Cowan
      F. Kenneth Bailey Jr.
      K. Camp Bailey
      Fletcher V. Trammell
      Robert W. Cowan
      **BAILEY PERRIN BAILEY**
      440 Louisiana St., Suite 2100
      Houston, Texas 77002
      (713) 425-7100 Telephone
      (713) 425-7101 Facsimile
      kbailey@bpblaw.com
      cbailey@bpblaw.com
      ftrammell@bpblaw.com
      rcowan@bpblaw.com
      **Co-Lead Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of March, 2009, I electronically filed the foregoing: PLAINTIFFS' NOTICE REGARDING REDACTED FILINGS with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

/s/  Robert W. Cowan
Robert W. Cowan