Listing 12.2.7-2   Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | SERIOUS REASON^ DT LT RH DI CA ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| E0141007 | PLA / LI | 18 Caucasian Female | 29APR2006- 05MAY2006 | HEADACHE (NERVOUS SYSTEM DI SORDERS) [Increased severity headaches] | 7 | 3 | Mode | No | N N N N N N | No Yes | None |
| | | | 04MAY2006- 13MAY2006 | NAUSEA (GASTROINTESTINAL DISORDERS) [Nausea] | 10 | 8 | Mode | No | N N N N N N | No Yes | None |
| E0143004 | QTP / LI | 23 Caucasian Female | 10JAN2006- 01MAR2006 | DYSARTHRIA (NERVOUS SYSTEM DI SORDERS) [Slurred speech] | 51 | -148 | Mode | No | N N N N N N | No Yes | None |
| | | | 20JAN2006- 01MAR2006 | BALANCE DISORDER (NERVOUS SYSTEM DI SORDERS) [Balance problems] | 41 | -138 | Mild | No | N N N N N N | No Yes | None |
| | | | 01FEB2006- 15FEB2006 | SLEEP WALKING (PSYCHIATRIC DISOR DERS) [Sleep walking] | 15 | -126 | Seve | No | N N N N N N | No Yes | None |
| | | | 07FEB2006- 01MAR2006 | VISION BLURRED (EYE DISORDERS) [Blurry vision] | 23 | -120 | Seve | No | N N N N N N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
  DI=Causing persistent or incapacity or disability, CA=Congenital abnormality,
  ME=Medical event that may jeopardize patient or require medical intervention.
# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.   @ SER=Serious
** WD=Withdrawn

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst   aelog104.sas   02MAR2007:13:42   kcpx265

1028

CONFIDENTIAL
AZSER12763543

Listing 12.2.7-2   Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE-STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA-TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RSD DOSE | INT# | SER@ | SERIOUS REASON^ DT LT RH DI CA ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| E0143006 | PLA / LI | 46 Caucasian Male | 20DEC2005-01FEB2006 | NASAL CONGESTION (RESPIRATORY, THORACIC AND MEDIASTINAL DISORDERS) [Nasal congestion] | 44 | -143 | Mode | No | N N N N N N | No Yes | None |
| | | | 20DEC2005-17FEB2006 | DRY MOUTH (GASTROINTESTINAL DISORDERS) [Dry mouth] | 60 | -143 | Mode | No | N N N N N N | No Yes | None |
| | | | 21DEC2005-14MAR2006 | SOMNOLENCE (NERVOUS SYSTEM DISORDERS) [Drowiness] | 84 | -142 | Mode | No | N N N N N N | No Yes | None |
| | | | 29DEC2005-23JUN2006 | TREMOR (NERVOUS SYSTEM DISORDERS) [Tremors] | 177 | -134 | Mode | No | N N N N N N | No Yes | None |
| E0145001 | QTP / VAL | 53 Caucasian Female | 22DEC2005-23AUG2006 | INCREASED APPETITE (METABOLISM AND NUTRITION DISORDERS) [Increased appetite] | 245 | -138 | Seve | No | N N N N N N | No Yes | None |
| E0145016 | QTP / LI | 45 Caucasian Female | 15MAR2006 CONTINUE | WEIGHT INCREASED (INVESTIGATIONS) [Weight gain] | 57 | -57 | Mode | No | N N N N N N | No Yes | None |

# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.   @ SER=Serious
^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
DI=Causing persistent disability or incapacity, CA=Congenital abnormality,
ME=Medical event that may jeopardize patient or require medical intervention.
**** WD=Withdrawn

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst   aelog104.sas   02MAR2007:13:42   kcpx265

1029

CONFIDENTIAL
AZSER12763544

Listing 12.2.7-2  Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0145018 | QTP / VAL | 36 Caucasian Male | 18FEB2006- CONTINUE | GENERALISED OEDEMA (GENERAL DISORDERS AND ADMINISTRATIO N SITE CONDITIONS) [generalized edema] | | -118 | Mode | No | N | N | N | N | N | N | No Yes | None |
| | | | | WEIGHT INCREASED (INVESTIGATIONS) [weight gain] | | -118 | Mild | No | N | N | N | N | N | N | No Yes | None |
| E0146004 | PLA / LI | 35 Caucasian Male | 16DEC2005- 12MAY2006 | DRY MOUTH (GASTROINTESTINAL DISORDERS) [Dry mouth] | 148 | -109 | Mode | No | N | N | N | N | N | N | No Yes | None |
| | | | 10JAN2006- 08APR2006 | SEDATION (NERVOUS SYSTEM DI SORDERS) [Sedation] | 89 | -84 | Mode | No | N | N | N | N | N | N | No Yes | Dose Changed |
| | | | 10JAN2006- 20APR2006 | HEADACHE (NERVOUS SYSTEM DI SORDERS [Increased frequency headache] | 101 | -84 | Mode | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
  DI=Causing persistent disability or incapacity, CA=Congenital abnormality,
  ME=Medical event that may jeopardy or patient or require medical intervention.

# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.    @ SER=Serious    ** WD=Withdrawn

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst   aelog104.sas   02MAR2007:13:42   kcpx265

1030

CONFIDENTIAL
AZSER12763545

Listing 12.2.7-2  Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# SER@ | SERIOUS REASON^ DT | LT | RH | DI | CA | MS | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0146004 | PLA / LI | 35 Caucasian Male | 20JAN2006- 04APR2006 | RESTLESSNESS (PSYCHIATRIC DISORDERS) [Muscle restlessness at night] | 75 | -74 | Mode No | N | N | N | N | N | N | No Yes | Dose Changed |
| E0146018 | PLA / LI | 51 Caucasian Male | 15FEB2006- 16MAR2006 | DRY MOUTH (GASTROINTESTINAL DISORDERS) [Dry mouth] | 30 | -119 | Mild No | N | N | N | N | N | N | No Yes | None |
|  |  |  | 22FEB2006- 23FEB2006 | HEADACHE (NERVOUS SYSTEM DISORDERS) [Headache] | 2 | -112 | Mild No | N | N | N | N | N | N | No Yes | None |
| E0201001 | PLA / VAL | 55 Caucasian Male | 16NOV2004- 19DEC2004 | SEDATION (NERVOUS SYSTEM DISORDERS) [Over sedation] | 34 | -167 | Mode No | N | N | N | N | N | N | No Yes | None |
|  |  |  | 07DEC2004- CONTINUE | ORTHOSTATIC HYPOTENSION (VASCULAR DISORDERS) [Postural hypotension] |  | -146 | Mild No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization, DI=Causing persistent disability or incapacity, CA=Congenital abnormality, MS=Medical event that may jeopardize patient or require medical intervention.   # INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.   @ SER=Serious   ** WD=Withdrawn

/csre/prod/seroquel/d1447c00126/sp/output/tif/l120207o2.lst  aelog104.sas  02MAR2007:13:42  kcpx265

1031

CONFIDENTIAL
AZSER12763546

Listing 12.2.7-2   Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA-TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0201001 | PLA / VAL | 55 Caucasian Male | 07DEC2004-16MAY2005 | DIZZINESS POSTURAL (NERVOUS SYSTEM DISORDERS) [Postural dizziness] | 161 | -146 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 11APR2005-CONTINUE | HEADACHE (NERVOUS SYSTEM DISORDERS) [Intermittent headaches] | | -21 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 02MAY2005-CONTINUE | DYSKINESIA (NERVOUS SYSTEM DISORDERS) [Arm jerking] | | 1 | Mode | No | N | N | N | N | N | N | No Yes | None |
| | | | 05MAY2005-CONTINUE | DYSKINESIA (NERVOUS SYSTEM DISORDERS) [Lip puckering] | | 4 | Mild | No | N | N | N | N | N | N | No Yes | None |
| E0202001 | PLA / LI | 55 Caucasian Male | 17JUN2004-25MAR2005 | DRY MOUTH (GASTROINTESTINAL DISORDERS) [Dry mouth] | 282 | -260 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 08JUL2004-17AUG2004 | NAUSEA (GASTROINTESTINAL DISORDERS) [Nausea] | 41 | -239 | Mild | No | N | N | N | N | N | N | No Yes | None |

# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.  @ SER=Serious
^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
DI=Causing persistent or incapacity, CA=Congenital abnormality,
ME=Medical event that may jeopardy or patient or require medical intervention.
*** WD=Withdrawn

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst   aelog104.sas   02MAR2007:13:42   kcpx265

1032

CONFIDENTIAL
AZSER12763547

Listing 12.2.7-2   Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0202001 | PLA / LI | 55 Caucasian Male | 18JUL2004- 18MAR2005 | TREMOR (NERVOUS SYSTEM DISORDERS) [Tremor both hands] | 244 | -229 | Mode | No | N | N | N | N | N | N | No Yes | None |
| | | | 16SEP2004- 16SEP2004 | ORTHOSTATIC HYPOTENSION (VASCULAR DISORDERS) [Postural (hypotension)] | 1 | -169 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 23SEP2004- 23SEP2004 | ORTHOSTATIC HYPOTENSION (VASCULAR DISORDERS) [Postural (hypotension)] | 1 | -162 | Mild | No | N | N | N | N | N | N | No Yes | None |
| E0203002 | QTP / LI | 59 Caucasian Male | 11NOV2005- CONTINUE | CONSTIPATION (GASTROINTESTINAL DISORDERS) [Constipation] | | 365 | Seve | No | N | N | N | N | N | N | No Yes | None |
| E0203006 | PLA / VAL | 50 Caucasian Female | 17NOV2004- 08JUN2005 | SOMNOLENCE (NERVOUS SYSTEM DISORDERS) [Drowsiness] | 204 | -191 | Mild | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
  DI=Disability, persistent or significant incapacity, CA=Congenital abnormality,
  ME=Medical event that may jeopardize patient or require medical intervention.

# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe. @ SER=Serious
** WD=Withdrawn

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst   aelog104.sas   02MAR2007:13:42   kcpx265

1033

CONFIDENTIAL
AZSER12763548

Listing 12.2.7-2  Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | DT | LT | RH | DI | CA | WS | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0203006 | PLA / VAL | 50 Caucasian Female | 27MAY2005- CONTINUE | OEDEMA PERIPHERAL (GENERAL DISORDERS AND ADMINISTRATIO N SITE CONDITIONS) [Ankle oedema] | | 1 | Mild | No | N | N | N | N | N | N | No Yes | None |
| E0203008 | QTP / VAL | 41 Caucasian Female | 20NOV2004- 07SEP2005 | WEIGHT INCREASED (INVESTIGATIONS) [Weight gain] | 292 | -151 | Mild | No | N | N | N | N | N | N | No Yes | None |
| E0203011 | PLA / VAL | 42 Caucasian Female | 18MAR2005- 10MAY2005 | SEDATION (NERVOUS SYSTEM DI SORDERS) [Sedation] | 54 | -147 | Mode | No | N | N | N | N | N | N | No Yes | None |
| E0204006 | QTP / VAL | 58 Caucasian Male | 23JAN2006- CONTINUE | DRY MOUTH (GASTROINTESTINAL DISORDERS) [Dry mouth] | | -112 | Mode | No | N | N | N | N | N | N | No Yes | None |
| | | | 30JAN2006- CONTINUE | SEDATION (NERVOUS SYSTEM DI SORDERS) [Sedation] | | -105 | Mode | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
   DI=Causing persistent disability or incapacity, CA=Congenital abnormality,
   ME=Medical event that may jeopardy or patient or require medical intervention.
   *** WD=Withdrawn

# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.   @ SER=Serious

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst  aelog104.sas  02MAR2007:13:42  kcpx265

1034

CONFIDENTIAL
AZSER12763549

Listing 12.2.7-2   Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0204006 | QTP / VAL | 58 Caucasian Male | 16FEB2006- CONTINUE | DIZZINESS POSTURAL [NERVOUS SYSTEM DI SORDERS) [Postural dizziness] | | -88 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 18JUL2006- CONTINUE | TREMOR [NERVOUS SYSTEM DI SORDERS) [Bilateral hand tremor] | | 65 | Mild | No | N | N | N | N | N | N | No Yes | None |
| E0205001 | PLA / VAL | 39 Caucasian Female | 30JUN2005- 29OCT2005 | RHINORRHOEA [RESPIRATORY, THOR ACIC AND MEDIASTIN AL DISORDERS) [Rhinorrhoea] | 122 | -104 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 03JUL2005- 16OCT2005 | SEDATION [NERVOUS SYSTEM DI SORDERS) [Sedation] | 106 | -101 | Mode | No | N | N | N | N | N | N | No Yes | None |
| | | | 26OCT2005- 04NOV2005 | LIBIDO DECREASED [PSYCHIATRIC DISOR DERS) [Low libido] | 10 | 15 | Mode | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,    @ SER=Serious
          DI=Causing persistent disability or incapacity, CA=Congenital abnormality,        # INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.
          ME=Medical event that may jeopardize patient or require medical intervention.
          *** WD=Withdrawn

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst   aelog104.sas   02MAR2007:13:42   kcpx265

1035

CONFIDENTIAL
AZSER12763550

Listing 12.2.7-2   Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA-TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | SERIOUS REASON^ DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0205003 | PLA / VAL | 36 Caucasian Female | 05AUG2005-06OCT2005 | SEDATION (NERVOUS SYSTEM DISORDERS) [Sedation] | 63 | -110 | Mode | No | N | N | N | N | N | N | No Yes | None |
|  |  |  | 11AUG2005-CONTINUE | LIBIDO DECREASED (PSYCHIATRIC DISORDERS) [Low libido] |  | -104 | Mode | No | N | N | N | N | N | N | No Yes | None |
|  |  |  | 04JAN2006-04FEB2006 | LETHARGY (NERVOUS SYSTEM DISORDERS) [Lethargy] | 32 | 43 | Mild | No | N | N | N | N | N | N | No Yes | None |
|  |  |  | 01FEB2006-14FEB2006 | DYSPHAGIA (GASTROINTESTINAL DISORDERS) [Difficulty swallowing] | 14 | 71 | Mild | No | N | N | N | N | N | N | No Yes | None |
| E0205005 | PLA / VAL | 38 Caucasian Female | 08NOV2005-07FEB2006 | SEDATION (NERVOUS SYSTEM DISORDERS) [Sedation] | 92 | -224 | Seve | No | N | N | N | N | N | N | No Yes | None |
|  |  |  | 22NOV2005-23FEB2006 | AKATHISIA (NERVOUS SYSTEM DISORDERS) [Akithisia] | 94 | -210 | Mode | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
  DI=Causing persistent or significant disability or incapacity, CA=Congenital abnormality,
  ME=Medical event that may jeopardize patient or require medical intervention.
# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.   @ SER=Serious
**** WD=Withdrawn

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst   aelog104.sas   02MAR2007:13:42   kcpx265

1036

CONFIDENTIAL
AZSER12763551

Listing 12.2.7-2  Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | SERIOUS REASON^ DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0205005 | PLA / VAL | 38 Caucasian Female | 03DEC2005- 03JUN2006 | INCREASED APPETITE (METABOLISM AND NUTRITION DISORDERS) [Increased appetite] | 183 | -199 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 06DEC2005- CONTINUE | LIBIDO DECREASED (PSYCHIATRIC DISOR DERS) [Low libido] | | -196 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 01MAR2006- 21MAY2006 | AKATHISIA (NERVOUS SYSTEM DI SORDERS) [Akithisia] | 82 | -111 | Seve | No | N | N | N | N | N | N | No Yes | None |
| E0207001 | PLA / VAL | 53 Caucasian Female | 13OCT2004- 07APR2005 | SEDATION (NERVOUS SYSTEM DI SORDERS) [Sedation] | 177 | -173 | Mode | No | N | N | N | N | N | N | No Yes | None |
| | | | 14OCT2004- 14OCT2004 | MIGRAINE (NERVOUS SYSTEM DI SORDERS) [Migraine headache] | 1 | -172 | Mode | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
DI=Causing persistent disability or incapacity, CA=Congenital abnormality,
ME=Medical event that may jeopardize patient or require medical intervention.
**** WD=Withdrawn

# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.   @ SER=Serious

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst  aelog104.sas  02MAR2007:13:42  kcpx265

1037

CONFIDENTIAL
AZSER12763552

Listing 12.2.7-2   Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE-STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA-TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | SERIOUS REASON^ DT LT RH DI CA ME | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0208002 | PLA / VAL | 34 Caucasian Female | 10OCT2004-12SEP2006 | FATIGUE (GENERAL DISORDERS AND ADMINISTRATION SITE CONDITIONS) [Tiredness] | 703 | -150 | Mild | No | N N N N N N | | | | | | No Yes | None |
| E0208003 | QTP / VAL | 40 Caucasian Female | 25MAR2005-06JAN2006 | INCREASED APPETITE (METABOLISM AND NUTRITION DISORDERS) [Increased appetite] | 288 | -138 | Mild | No | N N N N N N | | | | | | No Yes | None |
| E0208006 | QTP / VAL | 44 Caucasian Female | 15NOV2005-27SEP2006 | DRY MOUTH (GASTROINTESTINAL DISORDERS) [Dry mouth] | 317 | -202 | Mild | No | N N N N N N | | | | | | No Yes | None |
| | | | 20NOV2005-30DEC2005 | DIZZINESS (NERVOUS SYSTEM DISORDERS) [Dizziness (intermittent)] | 41 | -197 | Mild | No | N N N N N N | | | | | | No Yes | None |
| E0208007 | PLA / VAL | 47 Caucasian Male | 23OCT2005-28OCT2005 | DIZZINESS (NERVOUS SYSTEM DISORDERS) [Dizziness] | 6 | -226 | Mild | No | N N N N N N | | | | | | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
DI=Disability or incapacity, CA=Congenital abnormality,
ME=Medical event that may jeopardize patient or require medical intervention.
# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.    @ SER=Serious
*** WD=Withdrawn    ** WD-Drug Relate

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst   aelog104.sas   02MAR2007:13:42   kcpx265

1038

CONFIDENTIAL
AZSER12763553

Listing 12.2.7-2   Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE-STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA-TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | SERIOUS REASON^ DT LT RH DI CA ME | WD**/DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| E0208007 | PLA / VAL | 47 Caucasian Male | 24OCT2005-20APR2006 | SEDATION (NERVOUS SYSTEM DISORDERS) [Sedation] | 179 | -225 | Mode | No | N N N N N N | No Yes | None |
| | | | 20NOV2005-20DEC2005 | DIZZINESS (NERVOUS SYSTEM DISORDERS) [Dizziness (intermittent)] | 31 | -198 | Mild | No | N N N N N N | No Yes | None |
| E0208008 | QTP / VAL | 33 Caucasian Female | 01DEC2005-10MAR2006 | SEDATION (NERVOUS SYSTEM DISORDERS) [Sedation] | 100 | -223 | Mild | No | N N N N N N | No Yes | None |
| | | | 02DEC2005-30MAR2006 | DRY MOUTH (GASTROINTESTINAL DISORDERS) [Dry mouth] | 119 | -222 | Mild | No | N N N N N N | No Yes | None |
| | | | 03DEC2005-15JAN2006 | DIZZINESS (NERVOUS SYSTEM DISORDERS) [Dizziness (intermittent)] | 44 | -221 | Mild | No | N N N N N N | No Yes | None |
| | | | 21JUL2006-13AUG2006 | DRY MOUTH (GASTROINTESTINAL DISORDERS) [Dry mouth] | 24 | 10 | Mild | No | N N N N N N | No Yes | None |

^ Serious Reason: # INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.  @ SER=Serious
  DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
  DI=Causing persistent disability or incapacity, CA=Congenital abnormality,
  ME=Medical event that may jeopardy or patient or require medical intervention.
  ** WD**=Withdrawn

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst  aelog104.sas  02MAR2007:13:42  kcpx265

1039

CONFIDENTIAL
AZSER12763554

Listing 12.2.7-2  Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0208009 | PLA / VAL | 35 Caucasian Male | 03DEC2005- CONTINUE | SEDATION (NERVOUS SYSTEM DISORDERS) [Sedation] | | -222 | Mode | No | N | N | N | N | N | N | No Yes | None |
| | | | 03DEC2005- 07FEB2006 | DYSGEUSIA (NERVOUS SYSTEM DISORDERS) [Metalic taste in mouth] | 67 | -222 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 07DEC2005- 10DEC2005 | DYSPHAGIA (GASTROINTESTINAL DISORDERS) [Difficulty swallowing] | 4 | -218 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 24FEB2006- 01APR2006 | DRY MOUTH (GASTROINTESTINAL DISORDERS) [Dry mouth] | 37 | -139 | Mode | No | N | N | N | N | N | N | No Yes | None |
| | | | 17APR2006- 22JUL2006 | HEADACHE (NERVOUS SYSTEM DISORDERS) [Headache (intermittent)] | 97 | -87 | Mild | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,  @ SER=Serious
   DI=Causing persistent disability or incapacity, CA=Congenital abnormality,
   ME=Medical event that may jeopardy or patient or require medical intervention.
   *** WD=Withdrawn

# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst  aelog104.sas  02MAR2007:13:42  kcpx265

1040

CONFIDENTIAL
AZSER12763555

Listing 12.2.7-2   Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | SERIOUS REASON^ DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0210001 | PLA / VAL | 47 Caucasian Male | 12JUN2005- CONTINUE | NASAL DRYNESS (RESPIRATORY, THORACIC AND MEDIASTINAL DISORDERS) [Dry nasal membranes] | | 55 | Mode | No | N | N | N | N | N | N | No Yes | None |
| E0210004 | QTP / VAL | 43 Caucasian Female | 02AUG2005- CONTINUE | SEDATION (NERVOUS SYSTEM DISORDERS) [Day time sedation] | | -154 | Mode | No | N | N | N | N | N | N | No Yes | Dose Changed |
| | | | 01SEP2005- CONTINUE | DRY MOUTH (GASTROINTESTINAL DISORDERS) [Dry mouth] | | -124 | Mild | No | N | N | N | N | N | N | No Yes | Dose Changed |
| | | | | VISION BLURRED (EYE DISORDERS) [Blurred vision] | | -124 | Mild | No | N | N | N | N | N | N | No Yes | Dose Changed |
| | | | 01SEP2005- 30SEP2005 | CONSTIPATION (GASTROINTESTINAL DISORDERS) [Constipation] | 30 | -124 | Mild | No | N | N | N | N | N | N | No Yes | Dose Changed |
| | | | 07SEP2005- CONTINUE | WEIGHT INCREASED (INVESTIGATIONS) [Weight gain] | | -118 | Mode | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization, DI=Causing persistent incapacity, CA=Congenital abnormality, ME=Medical event that may jeopardize patient or require medical intervention.   # INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.   @ SER=Serious   **** WD=Withdrawn

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst   aelog104.sas   02MAR2007:13:42   kcpx265

1041

CONFIDENTIAL
AZSER12763556

Listing 12.2.7-2   Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST SD DOSE | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0211001 | PLA / VAL | 19 Caucasian Female | 17MAY2005- 12JUL2005 | DRY MOUTH (GASTROINTESTINAL DISORDERS) [Dry mouth] | 57 | -141 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 12JUL2005- 12OCT2005 | SEDATION (NERVOUS SYSTEM DI SORDERS) [Sedation] | 93 | -85 | Mild | No | N | N | N | N | N | N | No Yes | Dose Changed |
| | | | 10AUG2005- 11AUG2005 | DYSARTHRIA (NERVOUS SYSTEM DI SORDERS) [Slurred speech] | 2 | -56 | Mild | No | N | N | N | N | N | N | No Yes | None |
| E0211002 | QTP / VAL | 34 Caucasian Male | 03MAY2005- 26OCT2005 | FATIGUE (GENERAL DISORDERS AND ADMINISTRATIO N SITE CONDITIONS) [Fatigue (morning)] | 177 | -154 | Mild | No | N | N | N | N | N | N | No Yes | None |
| E0211004 | QTP / VAL | 50 Caucasian Male | 18APR2005- 04MAY2005 | DRY MOUTH (GASTROINTESTINAL DISORDERS) [Dry mouth] | 17 | -113 | Mild | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization, DI=Causing persistent disability or incapacity, CA=Congenital abnormality, ME=Medical event that may jeopardize patient or require medical intervention.
# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.   @ SER=Serious
** WD=Withdrawn

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst   aelog104.sas   02MAR2007:13:42   kcpx265

1042

CONFIDENTIAL
AZSER12763557

Listing 12.2.7-2  Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST DOSE | INT# | SER@ | SERIOUS REASON^ DT LT RH DI CA ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| E0211004 | QTP / VAL | 50 Caucasian Male | 18APR2005- 06MAR2006 | LETHARGY (NERVOUS SORDERS) [Lethargy] | 323 | -113 | Mild | No | N N N N N N | No Yes | None |
| | | | 18APR2005- 13SEP2006 | SEDATION (NERVOUS SORDERS) [Sedation] | 514 | -113 | Mild | No | N N N N N N | No Yes | None |
| E0211007 | PLA / VAL | 31 Caucasian Female | 09JUN2005- 15JUN2005 | SEDATION (NERVOUS SORDERS) [Sedated] | 7 | -175 | Mild | No | N N N N N N | No Yes | None |
| E0301001 | PLA / VAL | 50 Caucasian Male | 02APR2005- CONTINUE | SEDATION (NERVOUS SORDERS) [Sedation] | | -93 | Mode | No | N N N N N N | No Yes | Dose Changed |
| | | | 05JUL2005- 08JUL2005 | CONSTIPATION (GASTROINTESTINAL DISORDERS) [Constipation] | 4 | 2 | Mild | No | N N N N N N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
  DI=Causing persistent disability or incapacity, CA=Congenital abnormality,
  ME=Medical event that may jeopardy patient or require medical intervention.
# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.   @ SER=Serious
*** WD=Withdrawn

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst   aelog104.sas   02MAR2007:13:42   kcpx265

1043

CONFIDENTIAL
AZSER12763558

Page 91 of 233

Listing 12.2.7-2   Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD** DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0302003 | PLA / VAL | 26 Caucasian Female | 30SEP2004- 02NOV2004 | FATIGUE (GENERAL DISORDERS AND ADMINISTRATIO N SITE CONDITIONS) [Fatigue] | 34 | -274 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 15NOV2004- CONTINUE | FATIGUE (GENERAL DISORDERS AND ADMINISTRATIO N SITE CONDITIONS) [Fatigue] | | -228 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 20DEC2004- 01MAY2005 | COGNITIVE DISORDER (NERVOUS SYSTEM DI SORDERS) [Cognition disturbance] | 133 | -193 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 01JAN2005- 27OCT2005 | VERTIGO (EAR AND LABYRINTH DISORDERS) [Vertigo] | 300 | -181 | Mild | No | N | N | N | N | N | N | No Yes | None |
| E0302006 | QTP / VAL | 44 Caucasian Male | 20SEP2005- 27JAN2006 | WEIGHT INCREASED (INVESTIGATIONS) [Weight gain] | 130 | -100 | Mode | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason:  # INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.     @ SER=Serious
    DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
    DI=Causing persistent disability or incapacity, CA=Congenital abnormality,
    ME=Medical event that may jeopardy or patient require medical intervention.
    *** WD=Withdrawn

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst  aelog104.sas  02MAR2007:13:42  kcpx265

1044

CONFIDENTIAL
AZSER12763559

Page 92 of 233

Listing 12.2.7-2  Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0302006 | QTP / VAL | 44 Caucasian Male | 12JAN2006- 12JAN2006 | CONFUSIONAL STATE (PSYCHIATRIC DISORDERS) [Mental confusion [benzodiazepines]] | 1 | 15 | Mode | No | N | N | N | N | N | N | No Yes | None |
| E0303001 | PLA / LI | 32 Caucasian Male | 13SEP2004- 09FEB2005 | SEDATION (NERVOUS SYSTEM DISORDERS) [Sedation] | 150 | -149 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 04OCT2004- 09FEB2005 | INCREASED APPETITE (METABOLISM AND NUTRITION DISORDERS) [Increased appetite] | 129 | -128 | Mode | No | N | N | N | N | N | N | No Yes | None |
| E0303002 | PLA / VAL | 34 Caucasian Female | 27SEP2004- 30JAN2005 | BALANCE DISORDER (NERVOUS SYSTEM DISORDERS) [Equilibrium distortion Balance] | 126 | -129 | Mode | No | N | N | N | N | N | N | No Yes | None |
| | | | | SEDATION (NERVOUS SYSTEM DISORDERS) [Sedation] | 126 | -129 | Mode | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
  DI=Causing persistent disability or incapacity, CA=Congenital abnormality,
  ME=Medical event that may jeopardize patient or require medical intervention.
  **** WD=Withdrawn

# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.   @ SER=Serious

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst   aelog104.sas   02MAR2007:13:42   kcpx265

1045

CONFIDENTIAL
AZSER12763560

Listing 12.2.7-2  Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE-STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA-TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0303008 | PLA / LI | 58 Caucasian Male | 05DEC2004-CONTINUE | DRY MOUTH (GASTROINTESTINAL DISORDERS) [Dry mouth] | | -157 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 05DEC2004-11MAY2005 | DIZZINESS (NERVOUS SYSTEM DISORDERS) [Dizziness] | 158 | -157 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 28DEC2004-11APR2005 | SEDATION (NERVOUS SYSTEM DISORDERS) [Sedation] | 105 | -134 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 10MAR2005-11APR2005 | CONSTIPATION (GASTROINTESTINAL DISORDERS) [Constipation] | 33 | -62 | Mode | No | N | N | N | N | N | N | No Yes | None |
| | | | 11APR2005-CONTINUE | SEXUAL DYSFUNCTION (REPRODUCTIVE SYST EM AND BREAST DISO RDERS) [Sexual dysfunction] | | -30 | Mode | No | N | N | N | N | N | N | No Yes | None |
| | | | 25MAY2005-CONTINUE | MYALGIA (MUSCULOSKELETAL A ND CONNECTIVE TISS UE DISORDERS) [Muscle ache] | | 15 | Mild | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,    @ SER=Serious
  DI=Causing persistent disability or incapacity, CA=Congenital abnormality,
  ME=Medical event that may jeopardize patient or require medical intervention.
  # INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.
  *** WD=Withdrawn

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst   aelog104.sas   02MAR2007:13:42   kcpx265

1046

CONFIDENTIAL
AZSER12763561

Listing 12.2.7-2  Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| E0303008 | PLA / LI | 58 Caucasian Male | 01JUN2005- CONTINUE | DIZZINESS (NERVOUS SYSTEM SORDERS) [Episodes of dizziness] | | 22 | Mild | No | N | N | N | N | N | N | No Yes | None |
| E0303010 | PLA / VAL | 38 Caucasian Male | 07JAN2005- CONTINUE | ERECTILE DYSFUNCTI ON (REPRODUCTIVE SYST EM AND BREAST DISO RDERS) [Erectile dysfunction] | | -173 | Seve | No | N | N | N | N | N | N | No Yes | None |
| | | | | SEDATION (NERVOUS SYSTEM DI SORDERS) [Sedation] | | -173 | Mode | No | N | N | N | N | N | N | No Yes | None |
| | | | 12JAN2005- CONTINUE | DYSLIPIDAEMIA (METABOLISM AND NU TRITION DISORDERS) [Dyslipidemia] | | -168 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 09MAR2005- CONTINUE | DRY MOUTH (GASTROINTESTINAL DISORDERS) [Dry mouth] | | -112 | Mode | No | N | N | N | N | N | N | No Yes | None |

```
^  Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,   @ SER=Serious
                   DI=Causing persistent or significant disability or incapacity, CA=Congenital abnormality,
                   ME=Medical event that may jeopardize patient or require medical intervention.
#  INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.
**  ** WD=Withdrawn
```

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst  aelog104.sas  02MAR2007:13:42  kcpx265

1047

CONFIDENTIAL
AZSER12763562

Listing 12.2.7-2  Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA-TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | SERIOUS REASON^ DT | LT | RH | DI | CA | MS | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0303010 | PLA / VAL | 38 Caucasian Male | 09MAR2005- CONTINUE | MEMORY IMPAIRMENT (NERVOUS SYSTEM DISORDERS) [Forgetfulness] | | -112 | Mode | No | N | N | N | N | N | N | No Yes | None |
| | | | 20JUL2005- CONTINUE | COMPLETED SUICIDE (PSYCHIATRIC DISORDERS) [Death by suicide] | | 22 | Seve | Yes | Ye | Ye | N | N | N | N | No Yes | None |
| E0304002 | PLA / LI | 59 Caucasian Female | 23JUL2004- 01OCT2004 | SEDATION (NERVOUS SYSTEM DISORDERS) [Sedation] | 71 | -132 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 02DEC2004- CONTINUE | INSOMNIA (PSYCHIATRIC DISORDERS) [Insomnia] | | 1 | Mild | No | N | N | N | N | N | N | No Yes | None |
| E0304004 | QTP / LI | 52 Caucasian Female | 19JAN2006- 17MAR2006 | TREMOR (NERVOUS SYSTEM DISORDERS) [Tremor] | 58 | 282 | Mode | No | N | N | N | N | N | N | No Yes | None |
| | | | 12APR2006- CONTINUE | TREMOR (NERVOUS SYSTEM DISORDERS) [Tremor] | | 365 | Mode | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization, DI=Causing persistent disability or incapacity, CA=Congenital abnormality, ME=Medical event that may jeopardize patient or require medical intervention.
# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.  @ SER=Serious
** WD=Withdrawn

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst  aelog104.sas  02MAR2007:13:42  kcpx265

1048

CONFIDENTIAL
AZSER12763563

Listing 12.2.7-2  Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA-TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | DT | LT | RH | DI | CA | MS | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0304006 | PLA / LI | 32 Caucasian Male | 19OCT2004- CONTINUE | DISTURBANCE IN ATTENTION (NERVOUS SYSTEM DISORDERS) [Concentration problems] | | -113 | Mild | No | N | N | N | N | N | N | No Yes | None |
| E0304007 | QTP / VAL | 43 Caucasian Female | 02MAY2005- 13MAY2005 | FATIGUE (GENERAL DISORDERS AND ADMINISTRATION SITE CONDITIONS) [Fatigue] | 12 | 19 | Mild | No | N | N | N | N | N | N | No Yes | Dose Changed |
| E0304008 | PLA / VAL | 58 Caucasian Male | 15APR2005- 20JUL2005 | SEDATION (NERVOUS SYSTEM DISORDERS) [Sedation] | 97 | -32 | Mild | No | N | N | N | N | N | N | No Yes | Dose Changed |
| | | | 17MAY2005- 25MAY2005 | DRY MOUTH (GASTROINTESTINAL DISORDERS) [Dry mouth] | 9 | 1 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | | TOOTH LOSS (GASTROINTESTINAL DISORDERS) [Loosing of dental crowns] | 9 | 1 | Mild | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization, DI=Causing persistent or significant disability or incapacity, CA=Congenital abnormality, ME=Medical event that may jeopardize patient or require medical intervention.    # INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.    @ SER=Serious
** WD=Withdrawn

/csre/prod/seroquel/d1447c00126/sp/output/tif/112020702.lst   aelog104.sas   02MAR2007:13:42  kcpx265

1049

CONFIDENTIAL
AZSER12763564

Listing 12.2.7-2   Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | SERIOUS REASON^ DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0304008 | PLA / VAL | 58 Caucasian Male | 16JUN2005- 20JUL2005 | AGITATION (PSYCHIATRIC DISOR DERS) [Agitation] | 35 | 31 | Mode | No | N | N | N | N | N | N | Yes Yes | None |
| | | | | SLEEP DISORDER (PSYCHIATRIC DISOR DERS) [Sleep disorder] | 35 | 31 | Mode | No | N | N | N | N | N | N | Yes Yes | None |
| E0304012 | PLA / VAL | 65 Caucasian Female | 21DEC2005- 21FEB2006 | INCREASED APPETITE (METABOLISM AND NU TRITION DISORDERS) [Increased appetite] | 63 | -62 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | | WEIGHT INCREASED (INVESTIGATIONS) [Weight gain] | 63 | -62 | Mild | No | N | N | N | N | N | N | No Yes | None |
| E0304014 | PLA / VAL | 74 Caucasian Female | 18NOV2005- 09MAR2006 | SALIVARY HYPERSECR ETION (GASTROINTESTINAL DISORDERS) [Ptyalism] | 112 | -208 | Mode | No | N | N | N | N | N | N | No Yes | None |
| | | | 12DEC2005- 11JAN2006 | DIARRHOEA (GASTROINTESTINAL DISORDERS) [Diarrhoea] | 31 | -184 | Mode | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization, DI=Causing disability or incapacity, CA=Congenital abnormality, ME=Medical event that may jeopardy or patient or require medical intervention.

\# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.   @ SER=Serious

\*\* WD=Withdrawn

/csre/prod/seroquel/di447c00126/sp/output/tif/l12020702.lst   aelog104.sas   02MAR2007:13:42   kcpx265

1050

CONFIDENTIAL
AZSER12763565

Listing 12.2.7-2  Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0304014 | PLA / VAL | 74 Caucasian Female | 12DEC2005- 11JAN2006 | MUSCLE SPASMS (MUSCULOSKELETAL A ND CONNECTIVE TISS UE DISORDERS) [Spasm] | 31 | -184 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 12DEC2005- 17JUL2006 | DRY MOUTH (GASTROINTESTINAL DISORDERS) [Dry mouth] | 218 | -184 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 09MAR2006- 08MAY2006 | ALOPECIA (SKIN AND SUBCUTAN EOUS TISSUE DISORD ERS) [Hair loss] | 61 | -97 | Mode | No | N | N | N | N | N | N | No Yes | None |
| | | | 12APR2006- CONTINUE | TREMOR (NERVOUS SYSTEM DI SORDERS) [Tremor] | | -63 | Mode | No | N | N | N | N | N | N | No Yes | None |
| | | | 08MAY2006- 17JUL2006 | BALANCE DISORDER (NERVOUS SYSTEM DI SORDERS) [Balance distortion] | 71 | -37 | Mild | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,     @ SER=Serious
        DI=Causing persistent disability or incapacity, CA=Congenital abnormality,
        ME=Medical event that may jeopardy patient or require medical intervention.
    # INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.
    *** WD=Withdrawn

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst  aelog104.sas  02MAR2007:13:42  kcpx265

1051

CONFIDENTIAL
AZSER12763566

Listing 12.2.7-2   Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA-TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0304016 | QTP / VAL | 39 Caucasian Female | 17MAR2006-CONTINUE | HYPERSOMNIA (NERVOUS SYSTEM SORDERS) [Hypersomnia] | | -131 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | | SEDATION (NERVOUS SYSTEM SORDERS) [Sedation] | | -131 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 19MAY2006-CONTINUE | WEIGHT INCREASED (INVESTIGATIONS) [Weight gain] | | -68 | Mild | No | N | N | N | N | N | N | No Yes | None |
| E0305002 | PLA / VAL | 66 Caucasian Female | 05SEP2005-22SEP2005 | HYPOTENSION (VASCULAR DISORDERS) [Hypotension] | 18 | 25 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 16JAN2006-CONTINUE | AGITATION (PSYCHIATRIC DISORDERS) [Exitation] | | 158 | Mode | No | N | N | N | N | N | N | No Yes | None |
| E0305006 | PLA / LI | 57 Caucasian Male | 16JAN2006-CONTINUE | SOMNOLENCE (NERVOUS SYSTEM SORDERS) [Somnolence] | | 104 | Mild | No | N | N | N | N | N | N | No Yes | Dose Changed |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
  DI=Causing persistent disability or incapacity, CA=Congenital abnormality,
  ME=Medical event that may jeopardy patient or require medical intervention.
** WD=Withdrawn

# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.   @ SER=Serious

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst  aelog104.sas  02MAR2007:13:42  kcpx265

CONFIDENTIAL
AZSER12763567

Listing 12.2.7-2  Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0305010 | PLA / LI | 78 Caucasian Female | 09DEC2005- 16DEC2005 | HYPOTENSION (VASCULAR DISORDERS) [Hypotension] | 8 | -102 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 09DEC2005- 30DEC2005 | CONFUSIONAL STATE (PSYCHIATRIC DISOR DERS) [Confusion] | 22 | -102 | Mode | No | N | N | N | N | N | N | No Yes | None |
| E0309003 | QTP / LI | 42 Caucasian Male | 14FEB2006- 10MAY2006 | SEDATION (NERVOUS SYSTEM DI SORDERS) [Sedation] | 86 | -1 | Mild | No | N | N | N | N | N | N | No Yes | None |
| E0401009 | QTP / VAL | 50 Caucasian Female | 10AUG2005- 27AUG2005 | SOMNOLENCE (NERVOUS SYSTEM DI SORDERS) [Sleepiness] | 18 | 78 | Mild | No | N | N | N | N | N | N | No Yes | Dose Changed |
| E0401013 | QTP / VAL | 37 Caucasian Male | 02JUL2005- 06SEP2005 | SEDATION (NERVOUS SYSTEM DI SORDERS) [Sedation] | 67 | -60 | Mode | No | N | N | N | N | N | N | No Yes | Dose Changed |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization, DI=Causing persistent disability or incapacity, CA=Congenital abnormality, ME=Medical event that may jeopardize patient or require medical intervention.

\# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.    @ SER=Serious
** WD=Withdrawn

/csre/prod/seroquel/di447c00126/sp/output/tif/l12020702.lst  aelog104.sas  02MAR2007:13:42  kcpx265

1053

CONFIDENTIAL
AZSER12763568

Listing 12.2.7-2   Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA-TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD** DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0401016 | PLA / VAL | 49 Caucasian Male | 20SEP2005- 23OCT2005 | SEDATION (NERVOUS SYSTEM DISORDERS) [Sedation] | 34 | -29 | Mode | No | N | N | N | N | N | N | No Yes | Dose Changed |
| E0401018 | QTP / VAL | 44 Caucasian Male | 07AUG2005- 14AUG2005 | SEDATION (NERVOUS SYSTEM DISORDERS) [Sedation] | 8 | -113 | Mode | No | N | N | N | N | N | N | No Yes | Dose Changed |
| E0401023 | QTP / VAL | 46 Caucasian Male | 14APR2006- 19APR2006 | DRY MOUTH (GASTROINTESTINAL DISORDERS) [Dry mouth] | 6 | 11 | Mode | No | N | N | N | N | N | N | No Yes | Dose Changed |
|  |  |  |  | SEDATION (NERVOUS SYSTEM DISORDERS) [Sedation] | 6 | 11 | Mode | No | N | N | N | N | N | N | No Yes | Dose Changed |
|  |  |  | 24MAY2006- 05JUN2006 | SEDATION (NERVOUS SYSTEM DISORDERS) [Sedation] | 13 | 51 | Mode | No | N | N | N | N | N | N | No Yes | Dose Changed |

# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.  @ SER=Serious
^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
DI=Causing persistent or significant disability or incapacity, CA=Congenital abnormality,
ME=Medical event that may jeopardy or patient or require medical intervention.
*** WD=Withdrawn

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst   aelog104.sas   02MAR2007:13:42   kcpx265

1054

CONFIDENTIAL
AZSER12763569

Listing 12.2.7-2  Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RX'D DOSE | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0401028 | QTP / VAL | 47 Caucasian Female | 06JAN2006- 05JAN2006 | HYPERSOMNIA (NERVOUS SYSTEM DISORDERS) [Prolonged night sleep] | 2 | -91 | Mild | No | N | N | N | N | N | N | No Yes | Dose Changed |
| E0402001 | QTP / VAL | 44 Caucasian Female | 01DEC2004- 11DEC2004 | SOMNOLENCE (NERVOUS SYSTEM DISORDERS) [Sleepiness] | 11 | -62 | Mild | No | N | N | N | N | N | N | No Yes | Dose Changed |
| | | | 04JAN2005- CONTINUE | WEIGHT INCREASED (INVESTIGATIONS) [Weight gain] | | -28 | Mild | No | N | N | N | N | N | N | No Yes | None |
| E0402006 | PLA / VAL | 67 Caucasian Female | 20JAN2005- 15MAR2005 | CONSTIPATION (GASTROINTESTINAL DISORDERS) [Constipation] | 55 | -84 | Mode | No | N | N | N | N | N | N | No Yes | None |
| | | | 20JAN2005- 15MAR2005 | SOMNOLENCE (NERVOUS SYSTEM DISORDERS) [Somnolence in the morning hours] | 55 | -84 | Mode | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization, # INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.  @ SER=Serious
DI=Causing persistent disability or incapacity, CA=Congenital abnormality,
ME=Medical event that may jeopardize patient or require medical intervention.
**** WD=Withdrawn

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst  aelog104.sas  02MAR2007:13:42  kcpx265

1055

CONFIDENTIAL
AZSER12763570

Page 103 of 233

Listing 12.2.7-2  Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA-TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0402006 | PLA / VAL | 67 Caucasian Female | 01FEB2005- 15MAR2005 | ASTHENIA (GENERAL DISORDERS AND ADMINISTRATIO N SITE CONDITIONS) [Asthenia] | 43 | -72 | Mild | No | N | N | N | N | N | N | No Yes | None |
|  |  |  | 16MAR2005- 21APR2005 | HYPERSOMNIA (NERVOUS SYSTEM DI SORDERS) [Prolonged sleep] | 37 | -29 | Mild | No | N | N | N | N | N | N | No Yes | None |
|  |  |  | 13APR2006- CONTINUE | WEIGHT INCREASED (INVESTIGATIONS) [Weight gain] |  | 365 | Mild | No | N | N | N | N | N | N | No Yes | None |
| E0402009 | QTP / VAL | 27 Caucasian Female | 05JUL2005 CONTINUE | WEIGHT INCREASED (INVESTIGATIONS) [Weight gain] |  | -2 | Mode | No | N | N | N | N | N | N | No Yes | None |
|  |  |  | 11AUG2005- 19AUG2005 | SOMNOLENCE (NERVOUS SYSTEM DI SORDERS) [Somnolence] | 9 | 36 | Mild | No | N | N | N | N | N | N | No Yes | Dose Changed |
|  |  |  | 08JUN2006- 15JUL2006 | DIZZINESS (NERVOUS SYSTEM DI SORDERS) [Dizziness after taking medication] | 38 | 337 | Mild | No | N | N | N | N | N | N | No Yes | Dose Changed |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
DI=Causing persistent disability or incapacity, CA=Congenital abnormality,
ME=Medical event that may jeopardize patient or require medical intervention.
*** WD=Withdrawn

# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.   @ SER=Serious

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst  aelog104.sas  02MAR2007:13:42  kcpx265

1056

CONFIDENTIAL
AZSER12763571

Listing 12.2.7-2  Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RSCD DOSE | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0402010 | PLA / VAL | 46 Caucasian Male | 01MAY2005-06MAY2005 | SOMNOLENCE (NERVOUS SYSTEM DISORDERS) [Somnolence] | 6 | -120 | Mode | No | N | N | N | N | N | N | No Yes | Dose Changed |
| | | | 23JUN2005-27JUN2005 | SOMNOLENCE (NERVOUS SYSTEM DISORDERS) [Somnolence] | 5 | -67 | Mode | No | N | N | N | N | N | N | No Yes | Dose Changed |
| E0402012 | QTP / VAL | 44 Caucasian Male | 04JUN2005-19JUL2005 | SOMNOLENCE (NERVOUS SYSTEM DISORDERS) [Somnolence] | 46 | -116 | Mode | No | N | N | N | N | N | N | No Yes | Dose Changed |
| | | | 06AUG2005-09NOV2005 | SLUGGISHNESS (GENERAL DISORDERS AND ADMINISTRATION SITE CONDITIONS) [Sluggishness] | 96 | -53 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 28SEP2005-CONTINUE | HYPERCHOLESTEROLAEMIA (METABOLISM AND NUTRITION DISORDERS) [Hypercholesterolemia] | 1 | 1 | Mode | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,   @ SER=Serious
  DI=Causing persistent disability or incapacity, CA=Congenital abnormality,
  ME=Medical event that may jeopardize patient or require medical intervention.
# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.
*** WD=Withdrawn

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst  aelog104.sas  02MAR2007:13:42  kcpx265

1057

CONFIDENTIAL
AZSER12763572

Page 105 of 233

Listing 12.2.7-2  Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0402012 | QTP / VAL | 44 Caucasian Male | 28SEP2005- CONTINUE | HYPERCHOLESTEROLAE MIA (METABOLISM AND NU TRITION DISORDERS) [Worsening of Hypercholesterolem ia] | | 1 | Mode | No | N | N | N | N | N | N | No Yes | None |
| | | | | WEIGHT INCREASED (INVESTIGATIONS) [Weight gain] | | 1 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 24JAN2006- 07MAR2006 | HYPERSOMNIA (NERVOUS SYSTEM DI SORDERS) [Prolonged sleep] | 43 | 119 | Mild | No | N | N | N | N | N | N | No Yes | None |
| E0402015 | PLA / LI | 18 Caucasian Female | 09SEP2005- 03NOV2005 | HYPERSOMNIA (NERVOUS SYSTEM DI SORDERS) [Prolonged sleep] | 56 | -94 | Mode | No | N | N | N | N | N | N | No Yes | None |
| | | | | SOMNOLENCE (NERVOUS SYSTEM DI SORDERS) [Somnolence] | 56 | -94 | Mild | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
DI=Causing persistent disability or incapacity, CA=Congenital abnormality,
ME=Medical event that may jeopardize patient or require medical intervention.
# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.  @ SER=Serious
** WD=Withdrawn

/csre/prod/seroquel/d1447c00126/sp/output/tif/112020702.lst  aelog104.sas  02MAR2007:13:42  kcpx265

1058

CONFIDENTIAL
AZSER12763573

Listing 12.2.7-2   Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RSCD DOSE | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0402016 | QTP / VAL | 52 Caucasian Female | 21OCT2005- 25NOV2005 | AKATHISIA (NERVOUS SYSTEM SORDERS) [Akathisia] | 36 | -153 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 16MAR2006- 17MAY2006 | ALOPECIA (SKIN AND SUBCUTANEOUS TISSUE DISORDERS) [Hair loss] | 63 | -7 | Mild | No | N | N | N | N | N | N | No Yes | None |
| E0402018 | PLA / LI | 52 Caucasian Female | 09NOV2005- 09NOV2005 | DIZZINESS (NERVOUS SYSTEM SORDERS) [Dizziness] | 1 | -230 | Mode | No | N | N | N | N | N | N | No Yes | None |
| | | | 31JAN2006- 22AUG2006 | WEIGHT INCREASED (INVESTIGATIONS) [Weight gain] | 204 | -147 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 01MAR2006- 28MAR2006 | SOMNOLENCE (NERVOUS SYSTEM SORDERS) [Somnolence] | 28 | -118 | Mild | No | N | N | N | N | N | N | No Yes | Dose Changed |
| E0403009 | QTP / VAL | 53 Caucasian Female | 01JAN2005- 21JUN2005 | WEIGHT INCREASED (INVESTIGATIONS) [Weight gain] | 172 | -30 | Mild | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization, DI=Causing persistent disability or incapacity, CA=Congenital abnormality, ME=Medical event that may jeopardize patient or require medical intervention.

# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.   @ SER=Serious
** WD=Withdrawn

/csre/prod/seroquel/di447c00126/sp/output/tif/l12020702.lst   aelog104.sas   02MAR2007:13:42   kcpx265

1059

CONFIDENTIAL
AZSER12763574

Listing 12.2.7-2   Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0403010 | PLA / VAL | 23 Caucasian Male | 20DEC2004- 03FEB2005 | WEIGHT INCREASED (INVESTIGATIONS) [Weight gain] | 46 | -45 | Mild | No | N | N | N | N | N | N | No Yes | None |
| E0403011 | QTP / VAL | 24 Caucasian Male | 20SEP2005- 20OCT2005 | DERMATITIS (SKIN AND SUBCUTAN EOUS TISSUE DISORD ERS) [Dermatitis due to drug taken internally] | 31 | 210 | Mild | No | N | N | N | N | N | N | No Yes | None |
| E0403012 | PLA / VAL | 60 Caucasian Female | 20APR2005- CONTINUE | WEIGHT INCREASED (INVESTIGATIONS) [Weight gain] | | 29 | Mild | No | N | N | N | N | N | N | No Yes | None |
| E0403014 | QTP / VAL | 44 Caucasian Male | 17NOV2004- 15DEC2004 | INCREASED APPETITE (METABOLISM AND NU TRITION DISORDERS) [Increased appetite] | 29 | -127 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 01DEC2004- 15DEC2004 | WEIGHT INCREASED (INVESTIGATIONS) [Weight gain] | 15 | -113 | Mild | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason:  # INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.  @ SER=Serious
DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
DI=Causing persistent or significant disability or incapacity, CA=Congenital abnormality,
ME=Medical event that may jeopardize patient or require medical intervention.
** */ *** WD=Withdrawn

/csre/prod/seroquel/d1447c00126/sp/output/tif/l120207O2.lst   aelog104.sas   02MAR2007:13:42   kcpx265

1060

CONFIDENTIAL
AZSER12763575

Listing 12.2.7-2  Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST DOSE | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD** DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0403016 | QTP / VAL | 56 Caucasian Female | 01MAR2005- 25APR2005 | WEIGHT INCREASED (INVESTIGATIONS) [Weight gain] | 56 | -132 | Mild | No | N | N | N | N | N | N | No Yes | None |
| E0403028 | QTP / VAL | 22 Caucasian Male | 07DEC2005- CONTINUE | OBESITY (METABOLISM AND NUTRITION DISORDERS) [Obesitas] | | 1 | Mild | No | N | N | N | N | N | N | No Yes | None |
| E0403030 | PLA / VAL | 40 Caucasian Female | 16JUL2005- 17SEP2005 | FATIGUE (GENERAL DISORDERS AND ADMINISTRATION SITE CONDITIONS) [Lassitude] | 64 | -172 | Mild | No | N | N | N | N | N | N | No Yes | Dose Changed |
| | | | 25NOV2005- 13JAN2006 | FATIGUE (GENERAL DISORDERS AND ADMINISTRATION SITE CONDITIONS) [Lassitude] | 50 | -40 | Mode | No | N | N | N | N | N | N | No Yes | Dose Changed |
| E0403032 | QTP / VAL | 31 Caucasian Female | 22JUN2005- 29JUN2005 | SEDATION (NERVOUS SYSTEM DISORDERS) [Transitory sedation] | 8 | -124 | Mild | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,   @ SER=Serious
       DI=Persisting or significant disability or incapacity, CA=Congenital abnormality,
       ME=Medical event that may jeopardize patient or require medical intervention.
   ** WD=Withdrawn

   # INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst   aelog104.sas   02MAR2007:13:42   kcpx265

1061

CONFIDENTIAL
AZSER12763576

Listing 12.2.7-2  Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | SERIOUS REASON^ DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0403032 | QTP / VAL | 31 Caucasian Female | 10AUG2005- 04DEC2005 | WEIGHT INCREASED (INVESTIGATIONS) [Getting weight] | 117 | -75 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 05DEC2005- CONTINUE | WEIGHT INCREASED (INVESTIGATIONS) [Getting weight] | | 43 | Mild | No | N | N | N | N | N | N | No Yes | Dose Changed |
| E0403034 | PLA / VAL | 19 Caucasian Female | 01NOV2005- 19JUL2006 | OVERWEIGHT (METABOLISM AND NUTRITION DISORDERS) [Overweight] | 261 | -42 | Mild | No | N | N | N | N | N | N | No Yes | Dose Changed |
| | | | 20JUL2006- CONTINUE | OVERWEIGHT (METABOLISM AND NUTRITION DISORDERS) [Overweight] | | 220 | Mild | No | N | N | N | N | N | N | No Yes | Dose Changed |
| E0404002 | PLA / VAL | 45 Caucasian Female | 02SEP2005- 06SEP2005 | HYPOTENSION (VASCULAR DISORDERS) [Hypotension] | 3 | -152 | Mode | No | N | N | N | N | N | N | No Yes | None |
| | | | 18SEP2005- 18SEP2005 | DIZZINESS (NERVOUS SYSTEM DISORDERS) [Dizziness] | 1 | -136 | Mild | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
  DI=Causing persistent disability or incapacity, CA=Congenital abnormality,
  ME=Medical event that may jeopardy or patient or require medical intervention.
  **** WD=Withdrawn

# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.   @ SER=Serious

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst  aelog104.sas  02MAR2007:13:42  kcpx265

1062

CONFIDENTIAL
AZSER12763577

Page 110 of 233

Listing 12.2.7-2   Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | SERIOUS REASON^ DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0404002 | PLA / VAL | 45 Caucasian Female | 18SEP2005- 18SEP2005 | HYPOTENSION (VASCULAR DISORDERS) [Hypotension] | 1 | -136 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 18APR2006- 18APR2006 | HYPOTENSION (VASCULAR DISORDERS) [Hypotension] | 1 | 77 | Mode | No | N | N | N | N | N | N | No Yes | Dose Changed |
| E0404006 | QTP / VAL | 33 Caucasian Female | 20OCT2005- 20OCT2005 | HYPOTENSION (VASCULAR DISORDERS) [Hypotension] | 1 | -165 | Mode | No | N | N | N | N | N | N | No Yes | None |
| E0404007 | PLA / VAL | 31 Caucasian Female | 25OCT2005- 25OCT2005 | ASTHENIA (GENERAL DISORDERS AND ADMINISTRATION SITE CONDITIONS) [General physical weakness] | 1 | -153 | Mode | No | N | N | N | N | N | N | No Yes | None |
| | | | 25OCT2005- 25OCT2005 | DYSARTHRIA (NERVOUS SYSTEM DISORDERS) [Disarthria] | 1 | -153 | Mode | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason: # INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.  @ SER=Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization, DI=Causing persistent or significant disability or incapacity, CA=Congenital abnormality, ME=Medical event that may jeopardize patient or require medical intervention. ** WD=Withdrawn

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst   aelog104.sas   02MAR2007:13:42   kcpx265

1063

CONFIDENTIAL
AZSER12763578

Page 111 of 233

Listing 12.2.7-2   Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA-TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | SERIOUS REASON^ DT LT RH DI CA ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| E0404007 | PLA / VAL | 31 Caucasian Female | 25OCT2005-25OCT2005 | SOMNOLENCE (NERVOUS SYSTEM DISORDERS) [Somnolence] | 1 | -153 | Mode | No | N N N N N N | No Yes | None |
| | | | 27OCT2005-28OCT2005 | ASTHENIA (GENERAL DISORDERS AND ADMINISTRATIO N SITE CONDITIONS) [General physical weakness] | 2 | -151 | Seve | No | N N N N N N | No Yes | Dose Changed |
| | | | | DIZZINESS (NERVOUS SYSTEM DISORDERS) [Dizziness] | 2 | -151 | Seve | No | N N N N N N | No Yes | Dose Changed |
| | | | | HYPOTENSION (VASCULAR DISORDER S) [Hypotension] | 2 | -151 | Seve | No | N N N N N N | No Yes | Dose Changed |
| E0404010 | QTP / LI | 36 Caucasian Male | 31OCT2005-01NOV2005 | ASTHENIA (GENERAL DISORDERS AND ADMINISTRATIO N SITE CONDITIONS) [General physical weakness] | 2 | -206 | Mode | No | N N N N N N | No Yes | Dose Changed |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
    DI=Causing persistent or increased disability or incapacity, CA=Congenital abnormality,
    ME=Medical event that may jeopardize patient or require medical intervention.

# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.   @ SER=Serious
** WD=Withdrawn

/csre/prod/seroquel/di447c00126/sp/output/tif/li20020702.lst   aelog104.sas   02MAR2007:13:42   kcpx265

1064

CONFIDENTIAL
AZSER12763579

Listing 12.2.7-2  Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA-TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0404010 | QTP / LI | 36 Caucasian Male | 31OCT2005- 01NOV2005 | DIZZINESS (NERVOUS SYSTEM SORDERS) [Dizziness] | 2 | -206 | Mode | No | N | N | N | N | N | N | No Yes | Dose Changed |
| | | | | SOMNOLENCE (NERVOUS SYSTEM DI SORDERS) [Somnolence] | 2 | -206 | Mode | No | N | N | N | N | N | N | No Yes | Dose Changed |
| E0404015 | QTP / VAL | 18 Caucasian Male | 17DEC2005- 17DEC2005 | ASTHENIA (GENERAL DISORDERS AND ADMINISTRATIO N SITE CONDITIONS) [General physical weakness] | 1 | -159 | Seve | No | N | N | N | N | N | N | No Yes | Dose Changed |
| | | | | SOMNOLENCE (NERVOUS SYSTEM DI SORDERS) [Somnolence] | 1 | -159 | Seve | No | N | N | N | N | N | N | No Yes | Dose Changed |
| E0404018 | PLA / VAL | 41 Caucasian Male | 31DEC2005- 31DEC2005 | DIZZINESS (NERVOUS SYSTEM DI SORDERS) [Dizziness] | 1 | -184 | Mode | No | N | N | N | N | N | N | No Yes | Dose Changed |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
    DI=Causing persistent disability or incapacity, CA=Congenital abnormality,
    ME=Medical event that may jeopardy patient or require medical intervention.
    *** WD=Withdrawn

# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.   @ SER=Serious

/csre/prod/seroquel/di447c00126/sp/output/tif/l12020702.lst  aelog104.sas  02MAR2007:13:42  kcpx265

1065

CONFIDENTIAL
AZSER12763580

Page 113 of 233

Listing 12.2.7-2  Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD\*\*/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0404018 | PLA / VAL | 41 Caucasian Male | 31DEC2005- 31DEC2005 | SOMNOLENCE (NERVOUS SYSTEM DISORDERS) [Somnolence] | 1 | -184 | Mode | No | N | N | N | N | N | N | No Yes | Dose Changed |
| | | | 03JAN2006- 03JAN2006 | TACHYCARDIA (CARDIAC DISORDERS) [Tachycardial] | 1 | -181 | Mode | No | N | N | N | N | N | N | No Yes | Dose Changed |
| E0501004 | QTP / VAL | 64 Caucasian Female | 03APR2005- 25JUL2005 | SOMNOLENCE (NERVOUS SYSTEM DISORDERS) [Somnolence] | 114 | -226 | Mode | No | N | N | N | N | N | N | No Yes | None |
| | | | 05DEC2005- 09JAN2006 | DYSPEPSIA (GASTROINTESTINAL DISORDERS) [Dyspeptic syndrome] | 36 | 21 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 12DEC2005- 02JAN2006 | TACHYCARDIA (CARDIAC DISORDERS) [Tachycardial] | 22 | 28 | Mild | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
DI=Disability/Incapacity, CA=Congenital abnormality,
ME=Medical event that may jeopardize patient or require medical intervention.
\*\*\* WD=Withdrawn

# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.   @ SER=Serious

/csre/prod/seroquel/di447c00126/sp/output/tif/l12020702.lst   aelog104.sas   02MAR2007:13:42   kcpx265

1066

CONFIDENTIAL
AZSER12763581

Page 114 of 233

Listing 12.2.7-2   Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | SERIOUS REASON^ DT LT RH DI CA ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| E0501004 | QTP / VAL | 64 Caucasian Female | 05MAY2006- 24JUL2006 | HYPERTENSION (VASCULAR DISORDER S) [Worsening of hypertension disease] | 81 | 172 | Mild | No | N N N N N N | No Yes | None |
| E0502007 | QTP / VAL | 21 Caucasian Female | 20DEC2005- 22AUG2006 | TACHYCARDIA (CARDIAC DISORDERS ) [Tachykardia] | 246 | -69 | Mild | No | N N N N N N | No Yes | None |
| E0504001 | QTP / LI | 50 Caucasian Female | 01APR2005- 15MAY2005 | SOMNOLENCE (NERVOUS SYSTEM DI SORDERS) [Sleepiness during day] | 45 | -172 | Mode | No | N N N N N N | No Yes | None |
| | | | 16MAY2005- 10JUN2005 | SOMNOLENCE (NERVOUS SYSTEM DI SORDERS) [Sleepiness during day] | 26 | -127 | Mild | No | N N N N N N | No Yes | None |
| E0504004 | PLA / LI | 45 Caucasian Male | 16SEP2005- 23SEP2005 | SOMNOLENCE (NERVOUS SYSTEM DI SORDERS) [Sleepiness during day] | 8 | -172 | Mild | No | N N N N N N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
DI=Causing persistent or significant disability or incapacity, CA=Congenital abnormality,
ME=Medical event that may jeopardize patient or require medical intervention.
*** WD=Withdrawn

# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.   @ SER=Serious

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst   aelog104.sas   02MAR2007:13:42   kcpx265

1067

CONFIDENTIAL
AZSER12763582

Listing 12.2.7-2  Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA-TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0504004 | PLA / LI | 45 Caucasian Male | 15MAR2006- 18MAR2006 | HEADACHE (NERVOUS SYSTEM DISORDERS) [Headache] | 4 | 9 | Mild | No | N | N | N | N | N | N | No Yes | None |
| E0504006 | PLA / VAL | 29 Caucasian Male | 20DEC2005- 26FEB2006 | SOMNOLENCE (NERVOUS SYSTEM DISORDERS) [Somnolency] | 69 | -112 | Mild | No | N | N | N | N | N | N | No Yes | None |
| E0504007 | QTP / LI | 30 Caucasian Female | 02FEB2006- 08FEB2006 | DIZZINESS (NERVOUS SYSTEM DISORDERS) [Dizziness] | 7 | -117 | Mild | No | N | N | N | N | N | N | No Yes | None |
|  |  |  |  | SOMNOLENCE (NERVOUS SYSTEM DISORDERS) [Sleepiness during day] | 7 | -117 | Mild | No | N | N | N | N | N | N | No Yes | None |
| E0504008 | PLA / LI | 52 Caucasian Male | 17FEB2006- 20FEB2006 | DIZZINESS (NERVOUS SYSTEM DISORDERS) [Dizziness] | 4 | -115 | Mild | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason. # INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe. @ SER=Serious
DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
DI=Causing persistent disability or incapacity, CA=Congenital abnormality,
ME=Medical event that may jeopardize patient or require medical intervention.
*** WD=Withdrawn

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst   aelog104.sas   02MAR2007:13:42   kcpx265

1068

CONFIDENTIAL
AZSER12763583

Listing 12.2.7-2  Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | SERIOUS REASON^ DT LT RH DI CA ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| E0504008 | PLA / LI | 52 Caucasian Male | 17FEB2006- 25FEB2006 | SOMNOLENCE (NERVOUS SYSTEM DI SORDERS) [Sleepiness during day] | 9 | -115 | Mode | No | N N N N N N | No Yes | None |
| | | | 15JUN2006- 15JUN2006 | HEADACHE (NERVOUS SYSTEM DI SORDERS) [Headache] | 1 | 4 | Mode | No | N N N N N N | No Yes | None |
| E0504010 | QTP / LI | 45 Caucasian Female | 08MAR2006- 15MAR2006 | SOMNOLENCE (NERVOUS SYSTEM DI SORDERS) [Sleepiness during day] | 8 | -111 | Mild | No | N N N N N N | No Yes | None |
| E0505001 | QTP / VAL | 45 Caucasian Female | 09JUN2005- CONTINUE | WEIGHT INCREASED (INVESTIGATIONS) [Weight gain] | | -49 | Mode | No | N N N N N N | No Yes | None |
| E0505002 | PLA / VAL | 47 Caucasian Male | 20JUL2006- CONTINUE | WEIGHT INCREASED (INVESTIGATIONS) [Weight gain] | | 1 | Mild | No | N N N N N N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization, DI=Causing persistent incapacity or disability or incapacity, CA=Congenital abnormality, ME=Medical event that may jeopardize patient or require medical intervention.
# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.  @ SER=Serious
*** ** WD=Withdrawn

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst  aelog104.sas  02MAR2007:13:42  kcpx265

1069

CONFIDENTIAL
AZSER12763584

Listing 12.2.7-2   Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA-TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST DOSE | INT# | SER@ | | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| E0506006 | PLA / VAL | 27 Caucasian Male | 07MAR2006- 11APR2006 | FATIGUE (GENERAL DISORDERS AND ADMINISTRATION SITE CONDITIONS) [Fatigue] | 36 | -71 | Mild | No | N | N | N | N | N | N | No Yes | None |
| E0509001 | PLA / VAL | 49 Caucasian Male | 18JAN2005- 21FEB2005 | SOMNOLENCE (NERVOUS SYSTEM DISORDERS) [Sleepiness] | 35 | -70 | Mild | No | N | N | N | N | N | N | No Yes | Dose Changed |
| | | | 04APR2005- 11APR2005 | INSOMNIA (PSYCHIATRIC DISORDERS) [Sleeplessness] | 8 | 7 | Mild | No | N | N | N | N | N | N | No Yes | None |
| E0509002 | QTP / VAL | 50 Caucasian Female | 22SEP2005- 05DEC2005 | SOMNOLENCE (NERVOUS SYSTEM DISORDERS) [Sleepiness] | 75 | 137 | Mild | No | N | N | N | N | N | N | No Yes | Dose Changed |
| E0510001 | PLA / VAL | 22 Caucasian Male | 24NOV2005- 23DEC2005 | WEIGHT INCREASED (INVESTIGATIONS) [Weight gain] | 30 | 1 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 12DEC2005- 23JAN2006 | INSOMNIA (PSYCHIATRIC DISORDERS) [Insomnia] | 43 | 19 | Mild | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization, DI=Causing persistent or significant disability or incapacity, CA=Congenital abnormality, ME=Medical event that may jeopardize patient or require medical intervention.      # INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.   @ SER=Serious
** WD=Withdrawn

CONFIDENTIAL
AZSER12763585

Listing 12.2.7-2   Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE-STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA-TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| E0510003 | QTP / VAL | 47 Caucasian Female | 31OCT2005-CONTINUE | WEIGHT INCREASED (INVESTIGATIONS) [Increase of weight] | | 85 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 21APR2006-20MAY2006 | TREMOR (NERVOUS SYSTEM DISORDERS) [Tremor of hands (sporadic)] | 30 | 257 | Mild | No | N | N | N | N | N | N | No Yes | None |
| E0601001 | PLA / VAL | 54 Caucasian Female | 03FEB2005-03AUG2005 | SOMNOLENCE (NERVOUS SYSTEM DISORDERS) [Somnolence] | 182 | -145 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 03FEB2005-10FEB2006 | HEART RATE INCREASED (INVESTIGATIONS) [Increased heart rate] | 373 | -145 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 03FEB2005- 373 | HYPERHIDROSIS (SKIN AND SUBCUTANEOUS TISSUE DISORDERS) [Sweating] | 373 | -145 | Mild | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
  DI=Causing persistent disability or incapacity, CA=Congenital abnormality,
  ME=Medical event that may jeopardize patient or require medical intervention.
  **** WD=Withdrawn

# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.   @ SER=Serious

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst   aelog104.sas   02MAR2007:13:42   kcpx265

1071

CONFIDENTIAL
AZSER12763586

Listing 12.2.7-2  Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0602001 | QTP / LI | 20 Caucasian Male | 07FEB2005- CONTINUE | DIZZINESS [NERVOUS SYSTEM DISORDERS] [Dizziness] | | -120 | Seve | No | N | N | N | N | N | N | No Yes | None |
| | | | 07FEB2005- 20FEB2005 | SOMNOLENCE [NERVOUS SYSTEM DISORDERS] [Somnolence] | 14 | -120 | Seve | No | N | N | N | N | N | N | No Yes | None |
| | | | 07FEB2005- 09JUN2005 | DRY MOUTH [GASTROINTESTINAL DISORDERS] [Dry mouth] | 123 | -120 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 21FEB2005- CONTINUE | SOMNOLENCE [NERVOUS SYSTEM DISORDERS] [Somnolence] | | -106 | Mode | No | N | N | N | N | N | N | Yes Yes | None |
| | | | 21APR2005- CONTINUE | WEIGHT INCREASED [INVESTIGATIONS] [Weight gain] | | -47 | Mode | No | N | N | N | N | N | N | No Yes | None |
| | | | 06JUL2005- CONTINUE | ACCOMMODATION DISO RDER [EYE DISORDERS] [Accommodation difficulties] | 30 | | Mild | No | N | N | N | N | N | N | Yes Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
DI=Causing persistent or significant disability or incapacity, CA=Congenital abnormality,
ME=Medical event that may jeopardize patient or require medical intervention.
# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.  @ SER=Serious
**** WD=Withdrawn

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst  aelog104.sas  02MAR2007:13:42  kcpx265

1072

CONFIDENTIAL
AZSER12763587

Page 120 of 233

Listing 12.2.7-2  Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA-TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RSD DOSE | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0603002 | QTP / VAL | 62 Caucasian Female | 22JUL2004- CONTINUE | SOMNOLENCE (NERVOUS SYSTEM DI SORDERS) [Somnolence] | | -175 | Mode | No | N | N | N | N | N | N | No Yes | None |
| E0603003 | QTP / VAL | 73 Caucasian Female | 09AUG2004- CONTINUE | HYPERHIDROSIS (SKIN AND SUBCUTAN EOUS TISSUE DISORD ERS) [Sweating] | | -122 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 15AUG2004- 30AUG2004 | DIZZINESS (NERVOUS SYSTEM DI SORDERS) [Dizziness] | 16 | -116 | Mode | No | N | N | N | N | N | N | No Yes | Dose Changed |
| | | | 16AUG2004- 07SEP2006 | DRY MOUTH (GASTROINTESTINAL DISORDERS) [Dry mouth] | 753 | -115 | Mode | No | N | N | N | N | N | N | No Yes | None |
| | | | 13DEC2004- 14DEC2004 | DIZZINESS (NERVOUS SYSTEM DI SORDERS) [Dizziness] | 2 | 5 | Mild | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
  DI=Causing persistent or significant disability or incapacity, CA=Congenital abnormality,
  ME=Medical event that may jeopardize patient or require medical intervention.

# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.   @ SER=Serious
** WD=Withdrawn

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst  aelog104.sas  02MAR2007:13:42  kcpx265

1073

CONFIDENTIAL
AZSER12763588

Listing 12.2.7-2   Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0603007 | PLA / VAL | 34 Caucasian Male | 15DEC2004- 01FEB2005 | SEXUAL DYSFUNCTION (REPRODUCTIVE SYST EM AND BREAST DISO RDERS) [Sexual dysfunction] | 49 | -145 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 23DEC2004- 16MAY2005 | DRY MOUTH (GASTROINTESTINAL DISORDERS) [Dry mouth] | 145 | -137 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 04JAN2005- 16MAY2005 | SEDATION (NERVOUS SYSTEM DI SORDERS) [Sedation] | 133 | -125 | Mode | No | N | N | N | N | N | N | No Yes | Dose Changed |
| E0603012 | QTP / VAL | 60 Caucasian Male | 16JAN2006- CONTINUE | SEDATION (NERVOUS SYSTEM DI SORDERS) [Sedation] | | -136 | Mild | No | N | N | N | N | N | N | No Yes | Dose Changed |
| E0603014 | PLA / VAL | 50 Caucasian Male | 23JAN2006- CONTINUE | SEDATION (NERVOUS SYSTEM DI SORDERS) [Sedation] | | -127 | Mild | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason:   # INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.   @ SER=Serious
          DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
          DI=Causing persistent disability or incapacity, CA=Congenital abnormality,
          ME=Medical event that may jeopardize patient or require medical intervention.
          *** WD=Withdrawn

/csre/prod/seroquel/di447c00126/sp/output/tif/l12020702.lst   aelog104.sas   02MAR2007:13:42   kcpx265

1074

CONFIDENTIAL
AZSER12763589

Page 122 of 233

Listing 12.2.7-2   Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | SERIOUS REASON^ DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0603014 | PLA / VAL | 50 Caucasian Male | 20MAR2006- 22AUG2006 | INCREASED APPETITE (METABOLISM AND NUTRITION DISORDERS) [Increased appetite] | 156 | -71 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 18APR2006- CONTINUE | WEIGHT INCREASED (INVESTIGATIONS) [Weight gain] | | -42 | Mode | No | N | N | N | N | N | N | No Yes | None |
| E0604002 | PLA / LI | 56 Caucasian Female | 27MAY2004- 28MAY2004 | SOMNOLENCE (NERVOUS SYSTEM DISORDERS) [Somnolence] | 2 | -147 | Seve | No | N | N | N | N | N | N | No Yes | None |
| | | | 27MAY2004- 30MAY2004 | HYPOTENSION (VASCULAR DISORDERS) [Hypotension] | 4 | -147 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 10JUN2004- 09JUL2004 | SOMNOLENCE (NERVOUS SYSTEM DISORDERS) [Somnolence] | 30 | -133 | Mode | No | N | N | N | N | N | N | No Yes | Dose Changed |
| | | | 20JUN2004- 07NOV2004 | DRY MOUTH (GASTROINTESTINAL DISORDERS) [Dry mouth] | 141 | -123 | Mild | No | N | N | N | N | N | N | No Yes | Dose Changed |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization, DI=Causing persistent or significant disability or incapacity, CA=Congenital abnormality, ME=Medical event that may jeopardize patient or require medical intervention.

# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.   @ SER@=Serious
** WD=Withdrawn

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst   aelog104.sas   02MAR2007:13:42   kcpx265

1075

CONFIDENTIAL
AZSER12763590

Listing 12.2.7-2  Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | SERIOUS REASON^ DT LT RH DI CA ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| E0604002 | PLA / LI | 56 Caucasian Female | 20OCT2004- 03NOV2004 | MUSCULOSKELETAL CH EST PAIN (MUSCULOSKELETAL A ND CONNECTIVE TISS UE DISORDERS) [Pain in breasts, probably musculoskeletal.] | 15 | -1 | Seve | No | N  N  N  N  N  N | No Yes | None |
| | | | 02DEC2004- 10MAY2005 | WEIGHT INCREASED (INVESTIGATIONS) [Weight gain] | 160 | 43 | Mild | No | N  N  N  N  N  N | No Yes | None |
| | | | 19APR2005- 20JUN2005 | WEIGHT INCREASED (INVESTIGATIONS) [Weight gain] | 63 | 181 | Mild | No | N  N  N  N  N  N | No Yes | None |
| | | | 15NOV2005- CONTINUE | DYSTONIA (NERVOUS SYSTEM DI SORDERS) [Dystonia upper arms, hands] | | 391 | Mild | No | N  N  N  N  N  N | No Yes | None |
| E0604004 | QTP / VAL | 25 Caucasian Female | 11JUL2004- 16JUL2004 | NAUSEA (GASTROINTESTINAL DISORDERS) [Nausea] | 6 | -177 | Mild | No | N  N  N  N  N  N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,   @ SER=Serious
  DI=Causing persistent or significant disability or incapacity, CA=Congenital abnormality,
  ME=Medical event that may jeopardy or patient or require medical intervention.
  # INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.   ** WD=Withdrawn

/csre/prod/seroquel/di447c00126/sp/output/tif/l120207o2.lst   aelog104.sas   02MAR2007:13:42   kcpx265

1076

CONFIDENTIAL
AZSER12763591

Page 124 of 233

Listing 12.2.7-2   Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | SERIOUS REASON^ DT LT RH DI CA ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| E0604004 | QTP / VAL | 25 Caucasian Female | 12JUL2004- 16JUL2004 | SOMNOLENCE (NERVOUS SYSTEM DISORDERS) [Somnolence] | 5 | -176 | Mild | No | N N N N N N | No Yes | None |
| | | | | VERTIGO (EAR AND LABYRINTH DISORDERS) [Vertigo] | 5 | -176 | Mild | No | N N N N N N | No Yes | None |
| | | | 14JUL2004- 15DEC2004 | INCREASED APPETITE (METABOLISM AND NUTRITION DISORDERS) [Increased appetite] | 155 | -174 | Mild | No | N N N N N N | No Yes | None |
| | | | 30SEP2004- 26NOV2004 | WEIGHT INCREASED (INVESTIGATIONS) [Weight gain] | 58 | -96 | Mode | No | N N N N N N | No Yes | Dose Changed |
| | | | 08DEC2004- 13DEC2004 | PYREXIA (GENERAL DISORDERS AND ADMINISTRATIO N SITE CONDITIONS) [Fever] | 6 | -27 | Mild | No | N N N N N N | No Yes | None |
| E0604006 | QTP / VAL | 53 Caucasian Female | 26JUL2004- 01JUL2006 | SOMNOLENCE (NERVOUS SYSTEM DISORDERS) [Somnolence] | 706 | -122 | Mild | No | N N N N N N | No Yes | Dose Changed |

# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.   @ SER@=Serious
^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
   DI=Causing persistent or significant disability or incapacity, CA=Congenital abnormality,
   ME=Medical event that may jeopardize patient or require medical intervention.
   **** WD=Withdrawn

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst   aelog104.sas   02MAR2007:13:42   kcpx265

1077

CONFIDENTIAL
AZSER12763592

Listing 12.2.7-2   Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE-STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA-TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | SERIOUS REASON^ DT | LT | RH | DI | CA | MS | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0604006 | QTP / VAL | 53 Caucasian Female | 27JUL2004-16DEC2004 | FATIGUE (GENERAL DISORDERS AND ADMINISTRATION SITE CONDITIONS) [Tiredness] | 143 | -121 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 05AUG2004-03DEC2004 | INCREASED APPETITE (METABOLISM AND NUTRITION DISORDERS) [Increased appetite] | 121 | -112 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 12OCT2004-28JUN2005 | WEIGHT INCREASED (INVESTIGATIONS) [Weight gain] | 260 | -44 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 25NOV2004-03DEC2004 | RASH (SKIN AND SUBCUTANEOUS TISSUE DISORDERS) [Rash (left thigh)] | 9 | 1 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 03DEC2004-20DEC2004 | ANXIETY (PSYCHIATRIC DISORDERS) [Anxiety] | 18 | 9 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 01MAY2005-20JUN2005 | NAUSEA (GASTROINTESTINAL DISORDERS) [Nausea] | 51 | 158 | Mild | No | N | N | N | N | N | N | No Yes | None |

^ # INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.   @ SER=Serious
^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
DI=Causing persistent disability or incapacity, CA=Congenital abnormality,
ME=Medical event that may jeopardize patient or require medical intervention.
**** WD=Withdrawn

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst   aelog104.sas   02MAR2007:13:42   kcpx265

1078

CONFIDENTIAL
AZSER12763593

Listing 12.2.7-2  Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0604006 | QTP / VAL | 53 Caucasian Female | 01MAY2005- 20JUN2005 | VERTIGO (EAR AND LABYRINTH DISORDERS) [Vertigo] | 51 | 158 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 03AUG2006- CONTINUE | TREMOR (NERVOUS SYSTEM DI SORDERS) [Tremo in hands] | | 617 | Mild | No | N | N | N | N | N | N | No Yes | None |
| E0604011 | QTP / VAL | 46 Caucasian Male | 24SEP2004- 23JUN2005 | SOMNOLENCE (NERVOUS SYSTEM DI SORDERS) [Somnolence] | 273 | -256 | Mild | No | N | N | N | N | N | N | No Yes | Dose Changed |
| | | | 07DEC2004- 01JUN2005 | DRY MOUTH (GASTROINTESTINAL DISORDERS) [Dry mouth] | 177 | -182 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 31JAN2005- 09SEP2005 | AKATHISIA (NERVOUS SYSTEM DI SORDERS) [Motor restlesness after medicine intake (morning)] | 222 | -127 | Mild | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
DI=Causing persistent disability or incapacity, CA=Congenital abnormality,
ME=Medical event that may jeopardize patient or require medical intervention.
# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.   @ SER=Serious
** WD=Withdrawn

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst  aelog104.sas  02MAR2007:13:42  kcpx265

1079

CONFIDENTIAL
AZSER12763594

Listing 12.2.7-2  Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST DOSE | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0604011 | QTP / VAL | 46 Caucasian Male | 15JUL2005- CONTINUE | SOMNOLENCE (NERVOUS SYSTEM DISORDERS) [Somnolence] | | 39 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 02SEP2005- CONTINUE | NOCTURIA (RENAL AND URINARY DISORDERS) [Nocturia] | | 88 | Mild | No | N | N | N | N | N | N | No Yes | None |
| E0604012 | QTP / LI | 46 Caucasian Male | 27SEP2004- 08FEB2005 | DRY MOUTH (GASTROINTESTINAL DISORDERS) [Dry mouth] | 135 | -193 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 10APR2005- 07JUN2005 | SOMNOLENCE (NERVOUS SYSTEM DISORDERS) [Somnolence] | 59 | 3 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 07MAY2005- 05SEP2005 | HEADACHE (NERVOUS SYSTEM DISORDERS) [Headache] | 122 | 30 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 10JUN2006- CONTINUE | SOMNOLENCE (NERVOUS SYSTEM DISORDERS) [Somnolence] | | 429 | Mild | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,    @ SER=Serious
    DI=Causing persistent or significant disability or incapacity, CA=Congenital abnormality,
    ME=Medical event that may jeopardize patient or require medical intervention.
    *** WD=Withdrawn

# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.

/csre/prod/seroquel/di447c00126/sp/output/tif/l12020702.lst  aelog104.sas  02MAR2007:13:42  kcpx265

1080

CONFIDENTIAL
AZSER12763595

Page 128 of 233

Listing 12.2.7-2   Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST DOSE | INT# | SER@ | SERIOUS REASON^ DT LT RH DI CA ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| E0604015 | PLA / VAL | 63 Caucasian Male | 07NOV2004- 06JUL2005 | DRY MOUTH (GASTROINTESTINAL DISORDERS) [Dry mouth] | 242 | -221 | Mild | No | N N N N N N | No Yes | None |
| | | | 07NOV2004- 15MAY2006 | ERECTILE DYSFUNCTI ON (REPRODUCTIVE SYST EM AND BREAST DISO RDERS) [Impotence] | 555 | -221 | Seve | No | N N N N N N | No Yes | None |
| | | | 01APR2005- CONTINUE | MUSCULOSKELETAL ST IFFNESS (MUSCULOSKELETAL A ND CONNECTIVE TISS UE DISORDERS) [Stiffness of Legs] | | -76 | Mild | No | N N N N N N | No Yes | None |
| E0604018 | PLA / LI | 31 Caucasian Male | 20FEB2005- 10APR2005 | DIARRHOEA (GASTROINTESTINAL DISORDERS) [Diarrhea] | 50 | -107 | Mild | No | N N N N N N | No Yes | None |
| | | | 17JUN2005- 21JUN2005 | INSOMNIA (PSYCHIATRIC DISOR DERS) [Sleeplessness] | 5 | 11 | Mode | No | N N N N N N | No Yes | None |

```
        ^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,     @ SER=Serious
                   DI=Causing persistent disability or incapacity, CA=Congenital abnormality,
                   ME=Medical event that may jeopardize patient or require medical intervention.
                 *** WD=Withdrawn
            # INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.
```

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst   aelog104.sas   02MAR2007:13:42   kcpx265

1081

CONFIDENTIAL
AZSER12763596

Page 129 of 233

Listing 12.2.7-2   Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE-STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA-TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | SERIOUS REASON^ DT LT RH DI CA ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| E0604021 | PLA / VAL | 42 Caucasian Male | 21MAR2005-04APR2005 | INCREASED APPETITE (METABOLISM AND NUTRITION DISORDERS) [Increased appetite] | 15 | -77 | Mild | No | N  N  N  N  N  N | No Yes | None |
|  |  |  | 04APR2005-20MAY2005 | FOOD CRAVING (METABOLISM AND NUTRITION DISORDERS) [Increased need of sweeties] | 47 | -63 | Mode | No | N  N  N  N  N  N | No Yes | None |
|  |  |  | 04APR2005-20MAY2005 | INCREASED APPETITE (METABOLISM AND NUTRITION DISORDERS) [Increased appetite] | 47 | -63 | Mode | No | N  N  N  N  N  N | No Yes | None |
|  |  |  | 15APR2005-23JUL2005 | MUSCLE SPASMS (MUSCULOSKELETAL AND CONNECTIVE TISSUE DISORDERS) [Cramps in muscles] | 100 | -52 | Mild | No | N  N  N  N  N  N | No Yes | None |
|  |  |  | 30APR2005-20MAY2005 | BACK PAIN (MUSCULOSKELETAL AND CONNECTIVE TISSUE DISORDERS) [Worsening of back pain] | 21 | -37 | Mild | No | N  N  N  N  N  N | No Yes | None |

^ Serious Reason: # INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.   @ SER=Serious
DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
DI=Causing persistent disability or incapacity, CA=Congenital abnormality,
ME=Medical event that may jeopardize patient or require medical intervention.
**/ *** WD=Withdrawn

/csre/prod/seroquel/di447c00126/sp/output/tif/l12020702.lst  aelog104.sas  02MAR2007:13:42  kcpx265

1082

CONFIDENTIAL
AZSER12763597

Listing 12.2.7-2   Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST DOSE | INT# | SER@ | SERIOUS REASON^ DT LT RH DI CA ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| E0604021 | PLA / VAL | 42 Caucasian Male | 30APR2005- 20MAY2005 | HEADACHE (NERVOUS SYSTEM DI SORDERS) [Headache] | 21 | -37 | Mild | No | N N N N N N | No Yes | None |
| | | | 03MAY2005- CONTINUE | WEIGHT INCREASED (INVESTIGATIONS) [Weight gain] | | -34 | Mode | No | N N N N N N | No Yes | None |
| | | | 20MAY2005- 14JUN2005 | BACK PAIN (MUSCULOSKELETAL A ND CONNECTIVE TISS UE DISORDERS) [Worsening of back pain] | 26 | -17 | Mode | No | N N N N N N | No Yes | None |
| | | | | FOOD CRAVING (METABOLISM AND NU TRITION DISORDERS) [Increased need of sweeties] | 26 | -17 | Mild | No | N N N N N N | No Yes | None |
| | | | 01JUN2005- 10JUN2005 | PALPITATIONS (CARDIAC DISORDERS ) [Palpitations] | 10 | -5 | Mild | No | N N N N N N | No Yes | None |
| | | | 06JUN2005- CONTINUE | DRY MOUTH (GASTROINTESTINAL DISORDERS) [Dry mouth] | 1 | 1 | Mild | No | N N N N N N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
  DI=Causing persistent disability or incapacity, CA=Congenital abnormality,
  ME=Medical event that may jeopardize patient or require medical intervention.
# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.   @ SER=Serious
** WD=Withdrawn

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst   aelog104.sas   02MAR2007:13:42   kcpx265

1083

CONFIDENTIAL
AZSER12763598

Page 131 of 233

Listing 12.2.7-2   Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER® | SERIOUS REASON^ DT LT RH DI CA ME | WD** DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| E0604021 | PLA / VAL | 42 Caucasian Male | 06JUN2005- CONTINUE | TREMOR (NERVOUS SYSTEM DI SORDERS) [Tremor in fingers] | | 1 | Mild | No | N N N N N N | No Yes | None |
| | | | 06JUN2005- 16AUG2005 | GLYCOSYLATED HAEMO GLOBIN INCREASED (INVESTIGATIONS) [High HbA1c] | 72 | 1 | Mild | No | N N N N N N | Yes Yes | Permanen tly Stopped |
| | | | 14JUN2005- CONTINUE | THIRST (GENERAL DISORDERS AND ADMINISTRATIO N SITE CONDITIONS) [Increased thirst] | | 9 | Mild | No | N N N N N N | No Yes | None |
| | | | 14JUN2005- 23JUL2005 | BACK PAIN (MUSCULOSKELETAL A ND CONNECTIVE TISS UE DISORDERS) [Back pain] | 40 | 9 | Mild | No | N N N N N N | No Yes | None |
| | | | 07JUL2005- CONTINUE | BLOOD PRESSURE INC REASED (INVESTIGATIONS) [Increase of blood pressure] | | 32 | Mode | No | N N N N N N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.   @ SER=Serious
DI=Causing persistent incapacity, CA=Congenital abnormality,
ME=Medical event that may jeopardize patient or require medical intervention.
*** ** WD=Withdrawn

/csre/prod/seroquel/di447c00126/sp/output/tif/l12020702.lst   aelog104.sas   02MAR2007:13:42   kcpx265

1084

CONFIDENTIAL
AZSER12763599

Listing 12.2.7-2   Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | DT | LT | RH | SERIOUS REASON^ DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0604021 | PLA / VAL | 42 Caucasian Male | 23JUL2005- CONTINUE | BACK PAIN (MUSCULOSKELETAL A ND CONNECTIVE TISS UE DISORDERS) [Back pain] | | 48 | Mode | No | N | N | N | N | N | N | No Yes | None |
| | | | | MUSCLE SPASMS (MUSCULOSKELETAL A ND CONNECTIVE TISS UE DISORDERS) [Cramps in muscles] | | 48 | Mode | No | N | N | N | N | N | N | No Yes | None |
| | | | 17AUG2005- CONTINUE | GLYCOSYLATED HAEMO GLOBIN INCREASED (INVESTIGATIONS) [High HbA1c increased, DM2 risk] | | 73 | Mode | Yes | N | N | N | N | Ye | Ye | Yes Yes | Permanen tly Stopped |
| | | | 30AUG2005- CONTINUE | HYPERSOMNIA (NERVOUS SYSTEM DI SORDERS) [Hypersomnia] | | 86 | Seve | No | N | N | N | N | N | N | No Yes | None |
| E0604022 | QTP / VAL | 25 Caucasian Male | 31MAR2005- 02MAY2005 | SOMNOLENCE (NERVOUS SYSTEM DI SORDERS) [Somnolence] | 33 | -69 | Mild | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason: # INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.   @ SER=Serious
DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
DI=Causing persistent or significant disability or incapacity, CA=Congenital abnormality,
ME=Medical event that may jeopardize patient or require medical intervention.
** WD=Withdrawn

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst   aelog104.sas   02MAR2007:13:42   kcpx265

1085

CONFIDENTIAL
AZSER12763600

Listing 12.2.7-2  Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD** | DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0604022 | QTP / VAL | 25 Caucasian Male | 02MAY2005- 15MAY2005 | SOMNOLENCE (NERVOUS SYSTEM DISORDERS) [Somnolence] | 14 | -37 | Mod | No | N | N | N | N | N | N | No | Yes | Dose Changed |
| | | | 15MAY2005- 31MAY2005 | SOMNOLENCE (NERVOUS SYSTEM DISORDERS) [Somnolence] | 17 | -24 | Mild | No | N | N | N | N | N | N | No | Yes | None |
| | | | 08JUN2005- CONTINUE | WEIGHT INCREASED (INVESTIGATIONS) [Weight gain] | 1 | 1 | Mild | No | N | N | N | N | N | N | No | Yes | None |
| E0604023 | PLA / VAL | 44 Caucasian Male | 01MAR2005- 27MAY2005 | SEDATION (NERVOUS SYSTEM DISORDERS) [Sedation] | 88 | -185 | Mild | No | N | N | N | N | N | N | No | Yes | None |
| | | | 05MAY2005- 06JUN2005 | WEIGHT INCREASED (INVESTIGATIONS) [Weight gain] | 33 | -120 | Mild | No | N | N | N | N | N | N | No | Yes | None |
| | | | 05MAY2005- 07JUL2005 | INCREASED APPETITE (METABOLISM AND NUTRITION DISORDERS) [Increased appetite] | 64 | -120 | Mild | No | N | N | N | N | N | N | No | Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
      DI=Causing persistent or significant disability or incapacity, CA=Congenital abnormality,
      ME=Medical event that may jeopardize patient or require medical intervention.
  # INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.  @ SER=Serious
  ** WD=Withdrawn

/csre/prod/seroquel/di447c00126/sp/output/tif/li2020702.lst   aelog104.sas   02MAR2007:13:42   kcpx265

1086

CONFIDENTIAL
AZSER12763601

Page 134 of 233

Listing 12.2.7-2  Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA-TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | SERIOUS REASON^ DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0604023 | PLA / VAL | 44 Caucasian Male | 07SEP2005- 19SEP2005 | INSOMNIA (PSYCHIATRIC DISOR DERS) [Insomnia] | 13 | 6 | Mode | No | N | N | N | N | N | N | No Yes | None |
| E0604026 | QTP / VAL | 61 Caucasian Male | 30MAY2005- 15JUN2005 | HYPERSOMNIA (NERVOUS SYSTEM DI SORDERS [Hypersomnia] | 17 | -186 | Mode | No | N | N | N | N | N | N | No Yes | Dose Changed |
| | | | 30JUN2005- CONTINUE | COLD SWEAT (SKIN AND SUBCUTAN EOUS TISSUE DISORD ERS) [Cold skin] | | -155 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 20JUL2005- 20AUG2005 | FATIGUE (GENERAL DISORDERS AND ADMINISTRATIO N SITE CONDITIONS) [Tiredness] | 32 | -135 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 20AUG2005- 20OCT2005 | HYPERSOMNIA (NERVOUS SYSTEM DI SORDERS) [Hypersomnia] | 62 | -104 | Mode | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
DI=Causing persistent disability or incapacity, CA=Congenital abnormality,
ME=Medical event that may jeopardy or patient or require medical intervention.

# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.   @ SER=Serious
/*** WD=Withdrawn

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst   aelog104.sas   02MAR2007:13:42   kcpx265

1087

CONFIDENTIAL
AZSER12763602

Page 135 of 233

Listing 12.2.7-2   Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | SERIOUS REASON^ DT LT RH DI CA ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| E0604026 | QTP / VAL | 61 Caucasian Male | 20AUG2005- 20NOV2005 | FATIGUE (GENERAL DISORDERS AND ADMINISTRATIO N SITE CONDITIONS) [Tiredness] | 93 | -104 | Mode | No | N N N N N N | No Yes | None |
| | | | 20AUG2005- 22DEC2005 | DYSPEPSIA (GASTROINTESTINAL DISORDERS) [Worsening of dyspepsia] | 125 | -104 | Mild | No | N N N N N N | No Yes | None |
| | | | 10OCT2005- CONTINUE | FOOD CRAVING (METABOLISM AND NU TRITION DISORDERS) [Increasen need of sweeties] | | -53 | Mild | No | N N N N N N | No Yes | None |
| | | | 20OCT2005- CONTINUE | HYPERSOMNIA (NERVOUS SYSTEM DI SORDERS) [Hypersomnia] | | -43 | Seve | No | N N N N N N | Yes Yes | Permanen tly Stopped |
| | | | 01DEC2005- CONTINUE | WEIGHT INCREASED (INVESTIGATIONS) [Weight gain] | | -1 | Mild | No | N N N N N N | No Yes | None |
| | | | 23DEC2005- CONTINUE | FATIGUE (GENERAL DISORDERS AND ADMINISTRATIO N SITE CONDITIONS) [Tiredness] | | 22 | Mild | No | N N N N N N | No Yes | None |

# Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
DI=Causing persistent or significant disability or incapacity, CA=Congenital abnormality,
ME=Medical event that may jeopardy or patient or require medical intervention.
# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.   @ SER=Serious
** WD=Withdrawn

/csre/prod/seroquel/d1447c00126/sp/output/tif/112020702.lst   aelog104.sas   02MAR2007:13:42   kcpx265

1088

CONFIDENTIAL
AZSER12763603

Listing 12.2.7-2  Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0604029 | QTP / LI | 50 Caucasian Female | 12AUG2005- 20SEP2005 | FOOD CRAVING (METABOLISM AND NUTRITION DISORDERS) [Increased need of sweeties] | 40 | -182 | Mild | No | N | N | N | N | N | N | No Yes | Dose Changed |
| | | | 25AUG2005- 02SEP2005 | INCREASED APPETITE (METABOLISM AND NUTRITION DISORDERS) [Increased appetite] | 40 | -182 | Mild | No | N | N | N | N | N | N | No Yes | Dose Changed |
| | | | 25AUG2005- 02SEP2005 | HYPERSOMNIA (NERVOUS SYSTEM DISORDERS) [Hypersomnia] | 9 | -169 | Mode | No | N | N | N | N | N | N | No Yes | Dose Changed |
| | | | 25AUG2005- 02SEP2005 | TACHYCARDIA (CARDIAC DISORDERS) [Occasional tachycardia] | 27 | -169 | Mild | No | N | N | N | N | N | N | No Yes | Dose Changed |
| | | | 02SEP2005- 15NOV2005 | HYPERSOMNIA (NERVOUS SYSTEM DISORDERS) [Hypersomnia] | 75 | -161 | Mild | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
   DI=Causing persistent disability or incapacity, CA=Congenital abnormality,
   ME=Medical event that may jeopardize patient or require medical intervention.
** WD=Withdrawn

# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.   @ SER=Serious

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst  aelog104.sas  02MAR2007:13:42  kcpx265

1089

CONFIDENTIAL
AZSER12763604

Listing 12.2.7-2  Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA-TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0604029 | QTP / LI | 50 Caucasian Female | 15OCT2005-CONTINUE | FOOD CRAVING (METABOLISM AND NUTRITION DISORDERS) [Increased need of sweeties] | | -118 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 15NOV2005-CONTINUE | BLOOD GLUCOSE INCREASED (INVESTIGATIONS) [High fasting plasma glucose] | | -87 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | | DYSLIPIDAEMIA (METABOLISM AND NUTRITION DISORDERS) [Dyslipidemia] | | -87 | Mode | No | N | N | N | N | N | N | No Yes | None |
| | | | | WEIGHT INCREASED (INVESTIGATIONS) [Weight gain] | | -87 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 15NOV2005-01JAN2006 | HYPERSOMNIA (NERVOUS SYSTEM DISORDERS) [Hypersomnia] | 48 | -87 | Mode | No | N | N | N | N | N | N | No Yes | Dose Changed |
| | | | 01JAN2006-07JUL2006 | HYPERSOMNIA (NERVOUS SYSTEM DISORDERS) [Hypersomnia] | 188 | -40 | Mild | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
  DI=Causing persistent disability or incapacity, CA=Congenital abnormality,
  ME=Medical event that may jeopardize patient or require medical intervention.
  **** WD=Withdrawn

# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.   @ SER=Serious

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst   aelog104.sas   02MAR2007:13:42   kcpx265

1090

CONFIDENTIAL
AZSER12763605

Listing 12.2.7-2   Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA-TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0604031 | QTP / LI | 31 Caucasian Female | 13SEP2005- 02JUN2006 | DRY MOUTH (GASTROINTESTINAL DISORDERS) [Dry mouth] | 263 | -150 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 18SEP2005- 26SEP2005 | MUSCLE SPASMS (MUSCULOSKELETAL AND CONNECTIVE TISSUE DISORDERS) [Cramps in legs] | 9 | -145 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 20SEP2005- 07NOV2005 | HYPERSOMNIA (NERVOUS SYSTEM DISORDERS) [Hypersomnia] | 49 | -143 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 20OCT2005- 23NOV2005 | MUSCLE SPASMS (MUSCULOSKELETAL AND CONNECTIVE TISSUE DISORDERS) [Cramps in legs] | 35 | -113 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 01NOV2005- 01DEC2005 | WEIGHT INCREASED (INVESTIGATIONS) [Weight gain] | 31 | -101 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 14DEC2005- 24JAN2006 | HYPERSOMNIA (NERVOUS SYSTEM DISORDERS) [Hypersomnia] | 42 | -58 | Mild | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
DI=Causing persistent disability or incapacity, CA=Congenital abnormality,
ME=Medical event that may jeopardize patient or require medical intervention.
*** WD=Withdrawn

# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.   @ SER=Serious

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst   aelog104.sas   02MAR2007:13:42   kcpx265

1091

CONFIDENTIAL
AZSER12763606

Listing 12.2.7-2   Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0604031 | QTP / LI | 31 Caucasian Female | 20DEC2005- 15FEB2006 | DYSPHAGIA (GASTROINTESTINAL DISORDERS) [Swallowing difficulties] | 58 | -52 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 20DEC2005- 24FEB2006 | TREMOR (NERVOUS SYSTEM DISORDERS) [Tremor in hands] | 58 | -52 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 20DEC2005- 24FEB2006 | MUSCLE SPASMS (MUSCULOSKELETAL A ND CONNECTIVE TISS UE DISORDERS) [Cramps in legs] | 67 | -52 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 20DEC2005- 02JUN2006 | DYSARTHRIA (NERVOUS SYSTEM DI SORDERS) [Dysartria] | 165 | -52 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 24DEC2005- CONTINUE | WEIGHT INCREASED (INVESTIGATIONS) [Weight gain] | | -48 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 08FEB2006- 15FEB2006 | FATIGUE (GENERAL DISORDERS AND ADMINISTRATIO N SITE CONDITIONS) [Tiredness] | 8 | -2 | Mild | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
DI=Causing persistent disability or incapacity, CA=Congenital abnormality,
ME=Medical event that may jeopardize patient or require medical intervention.
**/*** WD=Withdrawn

# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.   @ SER=Serious

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst   aelog104.sas   02MAR2007:13:42   kcpx265

1092

CONFIDENTIAL
AZSER12763607

Listing 12.2.7-2   Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0604031 | QTP / LI | 31 Caucasian Female | 08FEB2006- 15FEB2006 | HYPERSOMNIA (NERVOUS SYSTEM DISORDERS) [Hypersomnia] | 8 | -2 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 20MAR2006- 20APR2006 | FATIGUE (GENERAL DISORDERS AND ADMINISTRATION SITE CONDITIONS) [Tiredness] | 32 | 39 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 07JUL2006- CONTINUE | HYPERSOMNIA (NERVOUS SYSTEM DISORDERS) [Hypersomnia] | | 148 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | | INCREASED APPETITE (METABOLISM AND NUTRITION DISORDERS) [Increased appetite] | | 148 | Mild | No | N | N | N | N | N | N | No Yes | None |
| E0604038 | QTP / LI | 42 Caucasian Male | 07APR2004- CONTINUE | WEIGHT INCREASED (INVESTIGATIONS) [Weight gain] | | -765 | Mild | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
DI=Causing persistent disability or incapacity, CA=Congenital abnormality,
ME=Medical event that may jeopardy or patient or require medical intervention.
** WD=Withdrawn

# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.   @ SER=Serious

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst   aelog104.sas   02MAR2007:13:42   kcpx265

1093

CONFIDENTIAL
AZSER12763608

Page 141 of 233

Listing 12.2.7-2  Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA-TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0604038 | QTP / LI | 42 Caucasian Male | 15JAN2006- CONTINUE | MUSCLE SPASTICITY (NERVOUS SYSTEM DISORDERS) [Spastic movements in hands] | | -117 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 21JAN2006- 20MAY2006 | TREMOR (NERVOUS SYSTEM DISORDERS) [Tremor] | 120 | -111 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 21FEB2006- 20MAY2006 | DIZZINESS (NERVOUS SYSTEM DISORDERS) [Dizziness] | 89 | -80 | Mode | No | N | N | N | N | N | N | No Yes | Dose Changed |
| | | | 07MAR2006- CONTINUE | INCREASED APPETITE (METABOLISM AND NUTRITION DISORDERS) [Increased appetite] | | -66 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 07MAR2006- 07APR2006 | WEIGHT INCREASED (INVESTIGATIONS) [Weight gain] | 32 | -66 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 07MAR2006- 19MAY2006 | DYSARTHRIA (NERVOUS SYSTEM DISORDERS) [Dysartrial] | 74 | -66 | Mode | No | N | N | N | N | N | N | No Yes | Dose Changed |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization, DI=Causing persistent disability or incapacity, CA=Congenital abnormality, ME=Medical event that may jeopardy or patient or require medical intervention.
# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.   @ SER=Serious
** *** WD=Withdrawn

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst  aelog104.sas  02MAR2007:13:42  kcpx265

1094

CONFIDENTIAL
AZSER12763609

Page 142 of 233

Listing 12.2.7-2  Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0604038 | QTP / LI | 42 Caucasian Male | 07MAR2006-19MAY2006 | HYPERSOMNIA (NERVOUS SYSTEM DISORDERS) [Hypersomnia] | 74 | -66 | Mode | No | N | N | N | N | N | N | No Yes | Dose Changed |
| | | | 10MAR2006-25MAY2006 | DIZZINESS (NERVOUS SYSTEM DISORDERS) [Dizziness] | 77 | -63 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 16MAY2006-CONTINUE | FATIGUE (GENERAL DISORDERS AND ADMINISTRATIO N SITE CONDITIONS) [Tiredness] | | 5 | Mild | No | N | N | N | N | N | N | No Yes | Dose Changed |
| | | | 19MAY2006-20MAY2006 | DYSARTHRIA (NERVOUS SYSTEM DISORDERS) [Dysartria] | 2 | 8 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 19MAY2006-16JUN2006 | HYPERSOMNIA (NERVOUS SYSTEM DISORDERS) [Hypersomnia] | 29 | 8 | Mild | No | N | N | N | N | N | N | No Yes | None |
| E0604040 | PLA / LI | 32 Caucasian Female | 06JAN2006-14FEB2006 | AMENORRHOEA (REPRODUCTIVE SYST EM AND BREAST DISO RDERS) [Amenorrhea] | 40 | -125 | Mild | No | N | N | N | N | N | N | No Yes | None |

^ # INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.         @ SER=Serious
  Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
  DI=Causing persistent disability or incapacity, CA=Congenital abnormality,
  ME=Medical event that may jeopardize patient or require medical intervention.
      ** *** WD=Withdrawn

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst  aelog104.sas  02MAR2007:13:42  kcpx265

1095

CONFIDENTIAL
AZSER12763610

Page 143 of 233

Listing 12.2.7-2  Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE-STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA-TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ RELATE DRUG | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0604040 | PLA / LI | 32 Caucasian Female | 20JAN2006-30JAN2006 | SOMNOLENCE (NERVOUS SYSTEM DISORDERS) [Somnolence] | 11 | -111 | Mode | No | N | N | N | N | N | N | No Yes | Dose Changed |
| | | | 25JAN2006-30JAN2006 | TREMOR (NERVOUS SYSTEM DISORDERS) [Tremor] | 6 | -106 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 09APR2006-09APR2006 | DYSKINESIA (NERVOUS SYSTEM DISORDERS) [Muscle jerking] | 1 | -32 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | | WEIGHT INCREASED (INVESTIGATIONS) [Weight gain] | 1 | -32 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 10MAY2006-28JUN2006 | MUSCULOSKELETAL CHEST PAIN (MUSCULOSKELETAL AND CONNECTIVE TISSUE DISORDERS) [Chest pain musculoskeletal] | 50 | -1 | Mild | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
  DI=Causing persistent or significant disability or incapacity, CA=Congenital abnormality,
  ME=Medical event that may jeopardize patient or require medical intervention.
# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.  @ SER=Serious
** WD=Withdrawn

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst   aelog104.sas   02MAR2007:13:42   kcpx265

1096

CONFIDENTIAL
AZSER12763611

Listing 12.2.7-2   Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE-STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA-TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | DT | LT | RH | DI | CA | MS | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | SERIOUS REASON^ | | | | | | | |
| E0604045 | PLA / LI | 22 Caucasian Female | 15MAR2006-01MAY2006 | MUSCULAR WEAKNESS (MUSCULOSKELETAL AND CONNECTIVE TISSUE DISORDERS) [Muscle weakness] | 48 | -142 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 15MAR2006-02JUN2006 | HYPERSOMNIA (NERVOUS SYSTEM DISORDERS) [Hypersomnia] | 80 | -142 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 21MAR2006-01MAY2006 | CONSTIPATION (GASTROINTESTINAL DISORDERS) [Obstipation] | 42 | -136 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 31MAR2006-02JUN2006 | DYSARTHRIA (NERVOUS SYSTEM DISORDERS) [Dysartria] | 64 | -126 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 01APR2006-02JUN2006 | DIZZINESS (NERVOUS SYSTEM DISORDERS) [Dizziness] | 63 | -125 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 10JUN2006-28JUL2006 | CONSTIPATION (GASTROINTESTINAL DISORDERS) [Obstipation] | 49 | -55 | Mild | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,    @ SER=Serious
DI=Causing persistent disability or incapacity, CA=Congenital abnormality,
ME=Medical event that may jeopardize patient or require medical intervention.
*** WD=Withdrawn
# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst   aelog104.sas   02MAR2007:13:42   kcpx265

CONFIDENTIAL
AZSER12763612

Listing 12.2.7-2  Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD** RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0604045 | PLA / LI | 22 Caucasian Female | 07JUL2006- CONTINUE | FOOD CRAVING (METABOLISM AND NUTRITION DISORDERS) [Increased need of sweeties] | | -28 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 07JUL2006- 29JUL2006 | HYPERSOMNIA (NERVOUS SYSTEM DISORDERS) [Hypersomnia] | 23 | -28 | Mode | No | N | N | N | N | N | N | No Yes | Dose Changed |
| | | | 30JUL2006- 14AUG2006 | HYPERSOMNIA (NERVOUS SYSTEM DISORDERS) [Hypersomnia] | 16 | -5 | Mild | No | N | N | N | N | N | N | No Yes | None |
| E0605003 | QTP / LI | 48 Caucasian Male | 14NOV2004- CONTINUE | CONSTIPATION (GASTROINTESTINAL DISORDERS) [Constipation] | | -59 | Mode | No | N | N | N | N | N | N | Yes Yes | Permanently Stopped |
| E0605004 | PLA / VAL | 63 Caucasian Male | 20JUN2004- 31JUL2004 | SEDATION (NERVOUS SYSTEM DISORDERS) [Sedation] | 42 | -205 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 16JAN2005- 16MAR2005 | INSOMNIA (PSYCHIATRIC DISORDERS) [Reduced sleep] | 60 | 6 | Mild | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
  DI=Causing persistent disability or incapacity, CA=Congenital abnormality,
  ME=Medical event that may jeopardize patient or require medical intervention.
** WD=Withdrawn

# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.  @ SER=Serious

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst  aelog104.sas  02MAR2007:13:42  kcpx265

1098

CONFIDENTIAL
AZSER12763613

Page 146 of 233

Listing 12.2.7-2   Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | SERIOUS REASON^ DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0606001 | PLA / LI | 43 Caucasian Female | 02OCT2004- 20OCT2004 | DYSPEPSIA (GASTROINTESTINAL DISORDERS) [Heartburn] | 19 | -158 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | | NAUSEA (GASTROINTESTINAL DISORDERS) [Nausea] | 19 | -158 | Mild | No | N | N | N | N | N | N | No Yes | None |
| E0606005 | PLA / VAL | 38 Caucasian Male | 28DEC2005- 15JUL2006 | FATIGUE (GENERAL DISORDERS AND ADMINISTRATIO N SITE CONDITIONS) [Fatigue] | 200 | -132 | Mode | No | N | N | N | N | N | N | No Yes | None |
| | | | 09MAY2006- 15JUL2006 | RESTLESSNESS (PSYCHIATRIC DISOR DERS) [Muscular unrest] | 68 | 1 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 18MAY2006- 15JUL2006 | INSOMNIA (PSYCHIATRIC DISOR DERS) [Insomnia] | 59 | 10 | Seve | No | N | N | N | N | N | N | Yes Yes | None |

^ Serious Reason: # INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.  @ SER=Serious
    DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
    DI=Causing persistent disability or incapacity, CA=Congenital abnormality,
    ME=Medical event that may jeopardy patient or require medical intervention.
    **** WD=Withdrawn

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst   aelog104.sas   02MAR2007:13:42   kcpx265

1099

CONFIDENTIAL
AZSER12763614

Page 147 of 233

Listing 12.2.7-2   Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | SERIOUS REASON^ DT LT RH DI CA ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| E0701001 | PLA / LI | 32 Caucasian Female | 20JUL2004- 04AUG2004 | GASTROINTESTINAL D ISORDER (GASTROINTESTINAL DISORDERS) [Gastrointestinal disorder] | 16 | -111 | Mild | No | N  N  N  N  N  N | No Yes | Dose Changed |
| | | | 20JUL2004- 09NOV2004 | HYPERSOMNIA (NERVOUS SYSTEM DI SORDERS) [Increase need for sleep] | 113 | -111 | Mild | No | N  N  N  N  N  N | No Yes | Dose Changed |
| | | | 20JUL2004- 15NOV2004 | DIZZINESS (NERVOUS SYSTEM DI SORDERS) [Dizziness] | 119 | -111 | Mild | No | N  N  N  N  N  N | No Yes | Dose Changed |
| | | | 12AUG2004- 01NOV2004 | SENSATION OF HEAVI NESS (MUSCULOSKELETAL A ND CONNECTIVE TISS UE DISORDERS) [Heaviness in the whole body] | 82 | -88 | Mild | No | N  N  N  N  N  N | No Yes | None |
| | | | 09SEP2004- 01NOV2004 | ACCOMMODATION DISO RDER (EYE DISORDERS) [Accomodation problems] | 54 | -60 | Mild | No | N  N  N  N  N  N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,   @ SER=Serious
                  DI=Causing persistent or significant disability or incapacity, CA=Congenital abnormality,
                  ME=Medical event that may jeopardize patient or require medical intervention.
# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.
** WD=Withdrawn

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst   aelog104.sas   02MAR2007:13:42   kcpx265

1100

CONFIDENTIAL
AZSER12763615

Listing 12.2.7-2  Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST DOSE | INT# | SER@ | SERIOUS REASON^ DT LT RH DI CA ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| E0701001 | PLA / LI | 32 Caucasian Female | 09SEP2004- 23NOV2004 | LIBIDO DECREASED (PSYCHIATRIC DISOR DERS) [Reduced libido] | 76 | -60 | Mild | No | N N N N N N | No Yes | None |
| | | | 23OCT2004- 23NOV2004 | SEDATION (NERVOUS SYSTEM DI SORDERS) [Sedation] | 32 | -16 | Mode | No | N N N N N N | No Yes | None |
| | | | 25OCT2004- 23NOV2004 | CONSTIPATION (GASTROINTESTINAL DISORDERS) [Constipation] | 30 | -14 | Mild | No | N N N N N N | No Yes | None |
| | | | 09NOV2004- 23NOV2004 | INITIAL INSOMNIA (PSYCHIATRIC DISOR DERS) [Insomnia early] | 15 | 2 | Mild | No | N N N N N N | No Yes | None |
| | | | | MIDDLE INSOMNIA (PSYCHIATRIC DISOR DERS) [Insomnia middle] | 15 | 2 | Mild | No | N N N N N N | No Yes | None |
| | | | 07DEC2004- 15MAR2005 | MIDDLE INSOMNIA (PSYCHIATRIC DISOR DERS) [Insomnia middle] | 99 | 30 | Mild | No | N N N N N N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,       @ SER=Serious
  DI=Causing persistent disability or incapacity, CA=Congenital abnormality,
  ME=Medical event that may jeopardize patient or require medical intervention.
  **** WD=Withdrawn

# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst  aelog104.sas  02MAR2007:13:42  kcpx265

1101

CONFIDENTIAL
AZSER12763616

Listing 12.2.7-2  Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | SERIOUS REASON^ DT LT RH DI CA MS | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| E0701002 | QTP / LI | 26 Caucasian Male | 21SEP2004- 01DEC2004 | FATIGUE (GENERAL DISORDERS AND ADMINISTRATIO N SITE CONDITIONS) [Tiredness] | 72 | -57 | Mild | No | N N N N N N | No Yes | None |
| E0701007 | QTP / LI | 46 Caucasian Female | 28FEB2005- 02MAR2005 | DIZZINESS (NERVOUS SYSTEM DI SORDERS) [Dizziness] | 3 | -238 | Mild | No | N N N N N N | No Yes | None |
| | | | 15MAR2005- 08MAY2005 | FATIGUE (GENERAL DISORDERS AND ADMINISTRATIO N SITE CONDITIONS) [Tiredness] | 55 | -223 | Mild | No | N N N N N N | No Yes | Dose Changed |
| E0701008 | PLA / VAL | 35 Caucasian Male | 14MAR2005- 20MAR2005 | ANXIETY (PSYCHIATRIC DISOR DERS) [Anxiety] | 7 | -218 | Mild | No | N N N N N N | No Yes | None |
| | | | | POOR QUALITY SLEEP (NERVOUS SYSTEM DI SORDERS) [Unfitful sleep] | 7 | -218 | Mild | No | N N N N N N | No Yes | None |
| | | | 14MAR2005- 02MAY2005 | WEIGHT INCREASED (INVESTIGATIONS) [Weight gain] | 50 | -218 | Mild | No | N N N N N N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
DI=Causing persistent disability or incapacity, CA=Congenital abnormality,
ME=Medical event that may jeopardy or patient or require medical intervention.
# INT=Intensity: MI=Mild, MOD=Moderate, SEV=Severe. @ SER=Serious
** ** WD=Withdrawn

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst  aelog104.sas  02MAR2007:13:42  kcpx265

1102

CONFIDENTIAL
AZSER12763617

Page 150 of 233

Listing 12.2.7-2  Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST SRD DOSE | INT# | SER@ | SERIOUS REASON^ DT LT RH DI CA ME | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0701008 | PLA / VAL | 35 Caucasian Male | 04APR2005- 02JUL2005 | VERTIGO (EAR AND LABYRINTH DISORDERS) [Vertigo] | 90 | -197 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 04APR2005- 20OCT2005 | FATIGUE (GENERAL DISORDERS AND ADMINISTRATIO N SITE CONDITIONS) [Lassitude] | 200 | -197 | Mild | No | N | N | N | N | N | N | No Yes | None |
| E0701021 | QTP / VAL | 24 Caucasian Male | 28FEB2006- 20JUL2006 | WEIGHT INCREASED (INVESTIGATIONS) [Increased weight] | 143 | -90 | Mode | No | N | N | N | N | N | N | No Yes | None |
| | | | 15MAR2006- 23AUG2006 | FATIGUE (GENERAL DISORDERS AND ADMINISTRATIO N SITE CONDITIONS) [Tiredness] | 162 | -75 | Mild | No | N | N | N | N | N | N | No Yes | None |
| E0702001 | PLA / VAL | 45 Caucasian Female | 19OCT2004- 17DEC2004 | FATIGUE (GENERAL DISORDERS AND ADMINISTRATIO N SITE CONDITIONS) [Tireness] | 60 | -118 | Mode | No | N | N | N | N | N | N | No Yes | None |

# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.   @ SER=Serious
^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
DI=Causing persist disability or incapacity, CA=Congenital abnormality,
ME=Medical event that may jeopardize patient or require medical intervention.
** WD=Withdrawn

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst  aelog104.sas  02MAR2007:13:42  kcpx265

1103

CONFIDENTIAL
AZSER12763618

Listing 12.2.7-2  Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA-TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0702001 | PLA / VAL | 45 Caucasian Female | 26OCT2004- 11NOV2004 | CONSTIPATION (GASTROINTESTINAL DISORDERS) [Obstipation] | 17 | -111 | Mode | No | N | N | N | N | N | N | No Yes | None |
| | | | 26OCT2004- 13NOV2004 | INCREASED APPETITE (METABOLISM AND NUTRITION DISORDERS) [Appetite gain] | 19 | -111 | Mode | No | N | N | N | N | N | N | No Yes | None |
| | | | | WEIGHT INCREASED (INVESTIGATIONS) [Weight gain] | 19 | -111 | Mode | No | N | N | N | N | N | N | No Yes | None |
| | | | 01FEB2005- CONTINUE | VISION BLURRED (EYE DISORDERS) [Eye problems with focussing] | | -13 | Mode | No | N | N | N | N | N | N | No Yes | None |
| | | | 12JUL2005- 12SEP2005 | AFFECT LABILITY (PSYCHIATRIC DISORDERS) [Mood instability] | 63 | 149 | Mild | No | N | N | N | N | N | N | No Yes | None |
| E0702002 | PLA / LI | 34 Caucasian Male | 11JAN2005- 26JAN2005 | DYSGEUSIA (NERVOUS SYSTEM DISORDERS) [Parageusia] | 16 | -225 | Mode | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization, DI=Causing persistent or significant disability or incapacity, CA=Congenital abnormality, ME=Medical event that may jeopardize patient or require medical intervention.    # INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.    @ SER=Serious
*** WD=Withdrawn

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst  aelog104.sas  02MAR2007:13:42  kcpx265

1104

CONFIDENTIAL
AZSER12763619

Page 152 of 233

Listing 12.2.7-2  Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0702002 | PLA / LI | 34 Caucasian Male | 11JAN2005- 15FEB2005 | APTYALISM (GASTROINTESTINAL DISORDERS) [Hyposalivation] | 36 | -225 | Mode | No | N | N | N | N | N | N | No Yes | None |
| | | | | FATIGUE (GENERAL DISORDERS AND ADMINISTRATIO N SITE CONDITIONS) [Tiredness] | 36 | -225 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 19JAN2005- 15FEB2005 | TEMPERATURE INTOLE RANCE (GENERAL DISORDERS AND ADMINISTRATIO N SITE CONDITIONS) [Higher temperature sensitivity] | 28 | -217 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 01FEB2005- 01FEB2005 | JAW FRACTURE (INJURY POISONING AND PROCEDURAL CO MPLICATIONS) [fracture of the jaw] | 1 | -204 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 05APR2005- CONTINUE | APTYALISM (GASTROINTESTINAL DISORDERS) [Hyposalivation] | | -141 | Mode | No | N | N | N | N | N | N | No Yes | Dose Changed |

^ Serious Reason: # INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.  @ SER=Serious
DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
DI=Causing persistent disability or incapacity, CA=Congenital abnormality,
ME=Medical event that may jeopardy or patient or require medical intervention.
**** WD=Withdrawn

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst  aelog104.sas  02MAR2007:13:42  kcpx265

1105

CONFIDENTIAL
AZSER12763620

Listing 12.2.7-2   Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | SERIOUS REASON^ | | | | | | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | DT | LT | RH | DI | CA | ME | | |
| E0702002 | PLA / LI | 34 Caucasian Male | 05APR2005- 12APR2005 | ERECTILE DYSFUNCTI ON (REPRODUCTIVE SYST EM AND BREAST DISO RDERS) [Erectile dysfunction] | 8 | -141 | Mode | No | N | N | N | N | N | N | No Yes | None |
| | | | 05APR2005- 01SEP2005 | FATIGUE (GENERAL DISORDERS AND ADMINISTRATIO N SITE CONDITIONS) [Tireness] | 150 | -141 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 24APR2005- CONTINUE | ANXIETY (PSYCHIATRIC DISOR DERS) [Short episodes of anxiety] | | -122 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 24MAY2005- 01SEP2005 | INCREASED APPETITE (METABOLISM AND NU TRITION DISORDERS) [Enhanced appetite] | 101 | -92 | Mode | No | N | N | N | N | N | N | No Yes | None |
| | | | 15AUG2005- 22AUG2005 | DYSGEUSIA (NERVOUS SYSTEM DI SORDERS) [Disturbance in tasting] | 8 | -9 | Mode | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
DI=Causing persistent disability or incapacity, CA=Congenital abnormality,
ME=Medical event that may jeopardize patient or require medical intervention.
# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.  @ SER=Serious
** WD=Withdrawn

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst  aelog104.sas  02MAR2007:13:42  kcpx265

CONFIDENTIAL
AZSER12763621

Listing 12.2.7-2  Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0702002 | PLA / LI | 34 Caucasian Male | 15AUG2005- 22AUG2005 | SWELLING (GENERAL DISORDERS AND ADMINISTRATIO N SITE CONDITIONS) [Disturbance in generalized swelling] | 8 | -9 | Mode | No | N | N | N | N | N | N | No Yes | None |
| | | | 22AUG2005- CONTINUE | AGITATION (PSYCHIATRIC DISOR DERS) [Agitation] | | -2 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | | MUSCULAR WEAKNESS (MUSCULOSKELETAL A ND CONNECTIVE TISS UE DISORDERS) [Muscle weakness] | | -2 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | | SLEEP DISORDER (PSYCHIATRIC DISOR DERS) [Sleep disorder] | | -2 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | | SPEECH DISORDER (NERVOUS SYSTEM DI SORDERS) [Speech disorder] | | -2 | Mild | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
  DI=Causing persistent disability or incapacity, CA=Congenital abnormality,
  ME=Medical event that may jeopardize patient or require medical intervention.
  **** WD=Withdrawn

# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.   @ SER=Serious

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst  aelog104.sas  02MAR2007:13:42  kcpx265

1107

CONFIDENTIAL
AZSER12763622

Listing 12.2.7-2  Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | SERIOUS REASON^ DT LT RH DI CA ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| E0702003 | QTP / LI | 42 Caucasian Male | 23MAR2005- 10SEP2005 | FATIGUE (GENERAL DISORDERS AND ADMINISTRATIO N SITE CONDITIONS) [Tiredness] | 172 | -233 | Seve | No | N N N N N N | No Yes | Dose Changed |
| E0702005 | PLA / VAL | 32 Caucasian Female | 04NOV2005- CONTINUE | ECZEMA (SKIN AND SUBCUTAN EOUS TISSUE DISORD ERS) [Eczema] | | -110 | Mild | No | N N N N N N | No Yes | None |
| | | | 04NOV2005- 07NOV2005 | NIGHTMARE (PSYCHIATRIC DISOR DERS) [Nightmares] | 4 | -110 | Mild | No | N N N N N N | No Yes | None |
| | | | 04NOV2005- 17NOV2005 | FATIGUE (GENERAL DISORDERS AND ADMINISTRATIO N SITE CONDITIONS) [Tiredness] | 14 | -110 | Mild | No | N N N N N N | No Yes | None |
| | | | 04NOV2005- 23NOV2005 | PTYALISM (GASTROINTESTINAL DISORDERS) [Hyposalivation] | 20 | -110 | Mild | No | N N N N N N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
  DI=Causing persistent or significant disability or incapacity, CA=Congenital abnormality,
  ME=Medical event that may jeopardize patient or require medical intervention.
# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.   @ SER=Serious
** WD=Withdrawn

/csre/prod/seroquel/d1447c00126/sp/output/tlf/l12020702.lst   aelog104.sas   02MAR2007:13:42   kcpx265

1108

CONFIDENTIAL
AZSER12763623

Listing 12.2.7-2   Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0702005 | PLA / VAL | 32 Caucasian Female | 04NOV2005- 23NOV2005 | VERTIGO (EAR AND LABYRINTH DISORDERS) [Vertigo] | 20 | -110 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 04NOV2005- 21DEC2005 | COGNITIVE DISORDER (NERVOUS SYSTEM DI SORDERS) [Cognitive impairment] | 48 | -110 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 05NOV2005- 28NOV2005 | DYSPEPSIA (GASTROINTESTINAL DISORDERS) [Heartburn] | 24 | -109 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 06NOV2005- 25MAR2006 | TREMOR (NERVOUS SYSTEM DI SORDERS) [Tremor] | 140 | -108 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 17NOV2005- 19NOV2005 | NIGHTMARE (PSYCHIATRIC DISOR DERS) [Nightmares] | 3 | -97 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 18NOV2005- 26DEC2005 | FATIGUE (GENERAL DISORDERS AND ADMINISTRATIO N SITE CONDITIONS) [Tiredness in the morning] | 39 | -96 | Mode | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,   @ SER=Serious
  DI=Causing persistent disability or incapacity, CA=Congenital abnormality,
  ME=Medical event that may jeopardy or patient or require medical intervention.
  *** WD=Withdrawn
# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.

/csre/prod/seroquel/d1447c00126/sp/output/tif/l120207O2.lst   aelog104.sas   02MAR2007:13:42   kcpx265

1109

CONFIDENTIAL
AZSER12763624

Listing 12.2.7-2  Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD** DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | SERIOUS REASON^ | | | | | |
| E0702005 | PLA / VAL | 32 Caucasian Female | 27DEC2005- 11JAN2006 | FATIGUE (GENERAL DISORDERS AND ADMINISTRATIO N SITE CONDITIONS) [Tiredness in the morning] | 16 | -57 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 12JAN2006- 08FEB2006 | FATIGUE (GENERAL DISORDERS AND ADMINISTRATIO N SITE CONDITIONS) [Tiredness during the whole day] | 28 | -41 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 01MAR2006- 06MAR2006 | FATIGUE (GENERAL DISORDERS AND ADMINISTRATIO N SITE CONDITIONS) [Tiredness during the whole day] | 6 | 8 | Mild | No | N | N | N | N | N | N | No Yes | None |
| E0702006 | QTP / LI | 51 Caucasian Female | 08NOV2005- 08NOV2005 | ABDOMINAL PAIN UPP ER (GASTROINTESTINAL DISORDERS) [Pain in the stomach] | 1 | -126 | Mild | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,  # INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.  @ SER=Serious
    DI=Causing persistent disability or incapacity, CA=Congenital abnormality,
    ME=Medical event that may jeopardy or patient or require medical intervention.
  *** WD=Withdrawn

/csre/prod/seroquel/di447c00126/sp/output/tif/l12020702.lst  aelog104.sas  02MAR2007:13:42  kcpx265

1110

CONFIDENTIAL
AZSER12763625

Page 158 of 233

Listing 12.2.7-2   Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE-STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA-TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0702006 | QTP / LI | 51 Caucasian Female | 08NOV2005-23NOV2005 | APTYALISM (GASTROINTESTINAL DISORDERS) [Hyposalivation] | 16 | -126 | Mode | No | N | N | N | N | N | N | No Yes | None |
| | | | 08NOV2005-06JAN2006 | FATIGUE (GENERAL DISORDERS AND ADMINISTRATION SITE CONDITIONS) [Tiredness] | 60 | -126 | Mode | No | N | N | N | N | N | N | No Yes | None |
| | | | 20NOV2005-23JUN2006 | FOOD CRAVING (METABOLISM AND NUTRITION DISORDERS) [Carbohydrate graving] | 216 | -114 | Mode | No | N | N | N | N | N | N | No Yes | None |
| | | | 15DEC2005-14FEB2006 | WEIGHT INCREASED (INVESTIGATIONS) [Weight gaining] | 62 | -89 | Mode | No | N | N | N | N | N | N | No Yes | None |
| | | | 15DEC2005-28FEB2006 | VISUAL ACUITY REDUCED (EYE DISORDERS) [Diminished visual acuity] | 76 | -89 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 02JAN2006-28FEB2006 | EYELID OEDEMA (EYE DISORDERS) [Lid edema] | 58 | -71 | Mode | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
 DI=Causing persistent disability or incapacity, CA=Congenital abnormality,
 ME=Medical event that may jeopardize patient or require medical intervention.
 ** WD=Withdrawn

# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.   @ SER=Serious

/csre/prod/seroquel/di447c00126/sp/output/tif/l12020702.lst   aelog104.sas   02MAR2007:13:42   kcpx265

1111

CONFIDENTIAL
AZSER12763626

Page 159 of 233

Listing 12.2.7-2   Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD** RELATE DRUG | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0702006 | QTP / LI | 51 Caucasian Female | 02JAN2006- 27JUN2006 | FEELING ABNORMAL (GENERAL DISORDERS AND ADMINISTRATIO N SITE CONDITIONS) [Feeling miserable] | 177 | -71 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | | LACRIMATION INCREA SED (EYE DISORDERS) [Lacrimation-enhan ced] | 177 | -71 | Mode | No | N | N | N | N | N | N | No Yes | None |
| | | | 31JAN2006- CONTINUE | FATIGUE (GENERAL DISORDERS AND ADMINISTRATIO N SITE CONDITIONS) [Tiredness] | | -42 | Mild | No | N | N | N | N | N | N | No Yes | Dose Changed |
| | | | 17APR2006- 15AUG2006 | NIGHTMARE (PSYCHIATRIC DISOR DERS) [Nightmares] | 121 | 35 | Mode | No | N | N | N | N | N | N | No Yes | None |
| | | | 04JUL2006- 09JUL2006 | EYELID OEDEMA (EYE DISORDERS) [Lid edema] | 6 | 113 | Mild | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason:  # INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.          @ SER=Serious
          DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
          DI=Causing persistent disability or incapacity, CA=Congenital abnormality,
       ME=Medical event that may jeopardize patient or require medical intervention.  *** WD=Withdrawn

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst   aelog104.sas   02MAR2007:13:42   kcpx265

1112

CONFIDENTIAL
AZSER12763627

Listing 12.2.7-2   Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE-STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA-TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0702006 | QTP / LI | 51 Caucasian Female | 04JUL2006-09JUL2006 | OEDEMA PERIPHERAL (GENERAL DISORDERS AND ADMINISTRATION SITE CONDITIONS) [Feet edema] | 6 | 113 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | | OEDEMA PERIPHERAL (GENERAL DISORDERS AND ADMINISTRATION SITE CONDITIONS) [Hands edema] | 6 | 113 | Mild | No | N | N | N | N | N | N | No Yes | None |
| E0705004 | QTP / VAL | 54 Caucasian Male | 18MAR2005-CONTINUE | AKATHISIA (NERVOUS SYSTEM DISORDERS) [Akathisia] | | -104 | Mode | No | N | N | N | N | N | N | No Yes | None |
| | | | 08APR2005-CONTINUE | SHOCK (VASCULAR DISORDERS) [Circulatory failure] | | -83 | Mild | No | N | N | N | N | N | N | No Yes | None |
| E0706002 | PLA / LI | 47 Caucasian Male | 09MAR2005-CONTINUE | OBESITY (METABOLISM AND NUTRITION DISORDERS) [Obesity] | | -141 | Mild | No | N | N | N | N | N | N | No Yes | None |

# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.
^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization, DI=Causing persistent or significant disability or incapacity, CA=Congenital abnormality, ME=Medical event that may jeopardize patient or require medical intervention.   @ SER=Serious
** WD=Withdrawn

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst   aelog104.sas   02MAR2007:13:42   kcpx265

1113

CONFIDENTIAL
AZSER12763628

Page 161 of 233

Listing 12.2.7-2   Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0706002 | PLA / LI | 47 Caucasian Male | 24MAR2005- CONTINUE | DISTURBANCE IN ATTENTION (NERVOUS SYSTEM DISORDERS) [Lack of concentration] | | -126 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 10APR2005- 23APR2005 | FATIGUE (GENERAL DISORDERS AND ADMINISTRATION SITE CONDITIONS) [Tiredness] | 14 | -109 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 01MAY2005- CONTINUE | COUGH (RESPIRATORY, THORACIC AND MEDIASTINAL DISORDERS) [Dry cough] | | -88 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 06JUN2005- 06JUN2005 | NON-CARDIAC CHEST PAIN (GENERAL DISORDERS AND ADMINISTRATION SITE CONDITIONS) [Chest pain not cardiac] | 1 | -52 | Mode | No | N | N | N | N | N | N | No Yes | None |
| | | | 11JUL2005- CONTINUE | OEDEMA PERIPHERAL (GENERAL DISORDERS AND ADMINISTRATION SITE CONDITIONS) [Feet edema] | | -17 | Mild | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization, DI=Causing persistent or significant disability or incapacity, CA=Congenital abnormality, ME=Medical event that may jeopardize patient or require medical intervention.
# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.   @ SER=Serious
** WD=Withdrawn

/csre/prod/seroquel/di447c00126/sp/output/tif/l12020702.lst   aelog104.sas   02MAR2007:13:42   kcpx265

1114

CONFIDENTIAL
AZSER12763629

Listing 12.2.7-2   Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RD DOSE | INT# | SER@ | DT | LT | RH | DI | CA | MS | WD** DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0706002 | PLA / LI | 47 Caucasian Male | 11JUL2005- CONTINUE | OEDEMA PERIPHERAL (GENERAL DISORDERS AND ADMINISTRATIO N SITE CONDITIONS) [Hand edema] | | -17 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 28JUL2005- 04AUG2005 | SLEEP DISORDER (PSYCHIATRIC DISOR DERS) [Sleep disorder] | 8 | 1 | Mode | No | N | N | N | N | N | N | Yes Yes | Permanen tly Stopped |
| | | | 03AUG2005- CONTINUE | THROAT TIGHTNESS (RESPIRATORY, THOR ACIC AND MEDIASTIN AL DISORDERS) [Throat pressure sensation] | | 7 | Mild | No | N | N | N | N | N | N | No Yes | None |
| E0707001 | QTP / VAL | 28 Caucasian Female | 04JUL2005- CONTINUE | HYPERHIDROSIS (SKIN AND SUBCUTAN EOUS TISSUE DISORD ERS) [Sweating] | | -203 | Mode | No | N | N | N | N | N | N | No Yes | None |
| | | | 12JUL2005- CONTINUE | SOMNOLENCE (NERVOUS SYSTEM DI SORDERS) [Sleepiness] | | -195 | Mode | No | N | N | N | N | N | N | No Yes | Dose Changed |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,
  DI=Causing persistent or significant disability or incapacity, CA=Congenital abnormality,
  ME=Medical event that may jeopardize patient or require medical intervention.
# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.   @ SER=Serious
** WD=Withdrawn

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst   aelog104.sas   02MAR2007:13:42   kcpx265

1115

CONFIDENTIAL
AZSER12763630

Page 163 of 233

Listing 12.2.7-2  Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST RCVD DOSE | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0707001 | QTP / VAL | 28 Caucasian Female | 01DEC2005- 03MAY2006 | ALOPECIA (SKIN AND SUBCUTANEOUS TISSUE DISORDERS) [Hair loss] | 154 | -53 | Mild | No | N | N | N | N | N | N | No Yes | None |
| E0707003 | PLA / VAL | 40 Caucasian Female | 31OCT2005- 27JUN2006 | SOMNOLENCE (NERVOUS SYSTEM DISORDERS) [Somnolence] | 240 | -239 | Mode | No | N | N | N | N | N | N | No Yes | None |
|  |  |  | 07NOV2005- CONTINUE | WEIGHT INCREASED (INVESTIGATIONS) [Weight gain] |  | -232 | Mild | No | N | N | N | N | N | N | No Yes | None |
|  |  |  | 14MAR2006- 05JUL2006 | ALOPECIA (SKIN AND SUBCUTANEOUS TISSUE DISORDERS) [Hair loss] | 114 | -105 | Mild | No | N | N | N | N | N | N | No Yes | None |
|  |  |  | 07APR2006- 08APR2006 | DIZZINESS (NERVOUS SYSTEM SORDERS) [Dizziness] | 2 | -81 | Mild | No | N | N | N | N | N | N | No Yes | None |
| E0707004 | PLA / LI | 31 Caucasian Male | 16NOV2005- 12DEC2005 | SOMNOLENCE (NERVOUS SYSTEM SORDERS) [Drowsiness] | 27 | -202 | Mode | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization, DI=Causing persistent disability or incapacity, CA=Congenital abnormality, ME=Medical event that may jeopardize patient or require medical intervention.
# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.   @ SER=Serious
** WD=Withdrawn

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst  aelog104.sas  02MAR2007:13:42  kcpx265

1116

CONFIDENTIAL
AZSER12763631

Page 164 of 233

Listing 12.2.7-2  Treatment-Related Adverse Events

| SUBJECT CODE | TREATMENT | AGE RACE SEX | START DATE- STOP DATE | PREFERRED TERM (SYSTEM ORGAN CLASS) [INVESTIGATOR TERM] | AE DURA- TION (DAYS) | DAYS TO ONSET OF AE FROM FIRST DOSE | INT# | SER@ | DT | LT | RH | DI | CA | ME | WD**/ DRUG RELATE | ACTION TAKEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0707004 | PLA / LI | 31 Caucasian Male | 16NOV2005- 10JAN2006 | TREMOR (NERVOUS SYSTEM DISORDERS) [Slight tremor] | 56 | -202 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 16NOV2005- 24FEB2006 | SOMNOLENCE (NERVOUS SYSTEM DISORDERS) [Sleepiness] | 101 | -202 | Mode | No | N | N | N | N | N | N | No Yes | None |
| | | | 12DEC2005- 10JAN2006 | INCREASED APPETITE (METABOLISM AND NUTRITION DISORDERS) [Increased appetite] | 30 | -176 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 24FEB2006- 24MAR2006 | SOMNOLENCE (NERVOUS SYSTEM DISORDERS) [Drowsiness] | 29 | -102 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 24FEB2006- 24MAR2006 | TREMOR (NERVOUS SYSTEM DISORDERS) [Slight tremor] | 29 | -102 | Mild | No | N | N | N | N | N | N | No Yes | None |
| | | | 24MAR2006- 14JUN2006 | SOMNOLENCE (NERVOUS SYSTEM DISORDERS) [Sleepiness] | 83 | -74 | Mild | No | N | N | N | N | N | N | No Yes | None |

^ Serious Reason: DT=Death, LT=Life threatening, RH=Requires or prolongs hospitalization,   @ SER=Serious
  DI=Causing persistent or significant disability or incapacity, CA=Congenital abnormality,
  ME=Medical event that may jeopardize patient or require medical intervention.
  **** WD=Withdrawn

# INT=Intensity: MIL=Mild, MOD=Moderate, SEV=Severe.

/csre/prod/seroquel/d1447c00126/sp/output/tif/l12020702.lst   aelog104.sas   02MAR2007:13:42   kcpx265

1117

CONFIDENTIAL
AZSER12763632