**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION<br>This document relates to:<br>*Linda Guinn*, No. 6:07-CV-10291<br>*Janice Burns*, No. 6:07-CV-15959<br>*Richard Unger*, No. 6:07-CV-15812<br>*Connie Curley*, No. 6:07-CV-15701<br>*Linda Whittington*, No. 6:07-CV-10475<br>*Eileen McAlexander*, No. 6:07-CV-10360<br>*David Haller*, No. 6:07-CV-15733 | MDL DOCKET NO:<br>6:06-MDL-1769-ACC-DAB |

**PLAINTIFFS' SUPPLEMENTAL NOTICE OF UNSEALING AND FILING NON-CONFIDENTIAL EXHIBIT 30 (PARTS 301 TO 313) TO THEIR RESPONSE IN OPPOSITION TO ASTRAZENECA'S MOTION TO EXCLUDE THE GENERAL CAUSATION TESTIMONY OF PLAINTIFFS' GENERIC AND CASE-SPECIFIC WITNESSES AND SUPPORTING MEMORANDUM OF LAW**

Pursuant to the Court's instructions of February 26, 2009, the above-listed Plaintiffs submit their Supplemental Notice of Unsealing and Filing Non-Confidential Exhibit 30 (Parts 301 to 313) to Their Response in Opposition to AstraZeneca's Motion to Exclude the General Causation Testimony of Plaintiffs' Generic and Case-Specific Witnesses and Supporting Memorandum of Law filed by Defendants AstraZeneca Pharmaceuticals, LP and AstraZeneca, LP on or about November 3, 2008, attaching the Exhibits listed below.

1

**Exhibits to Plaintiffs' Response in Opposition to AstraZeneca's Motion to Exclude the General Causation Testimony of Plaintiffs' Generic and Case-Specific Witnesses and Supporting Memorandum of Law**

| Exhibit No. | Description |
|---|---|
| 30 | Clinical Study Report – *A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (Oral Tablets 400 mg to 800 mg Daily in Divided Doses) to Placebo when Used as Adjunct to a Mood Stabilizer (Lithium or Valproate) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients*, Study code: D1447C00126 – June 19 2007 (Study 126) |

DATED:  March 12, 2009               Respectfully submitted,

                                By:    /s/ Robert W. Cowan
                                       F. Kenneth Bailey Jr.
                                       K. Camp Bailey
                                       Fletcher V. Trammell
                                       Robert W. Cowan
                                       **BAILEY PERRIN BAILEY**
                                       440 Louisiana St., Suite 2100
                                       Houston, Texas 77002
                                       (713) 425-7100 Telephone
                                       (713) 425-7101 Facsimile
                                       kbailey@bpblaw.com
                                       cbailey@bpblaw.com
                                       ftrammell@bpblaw.com
                                       rcowan@bpblaw.com
                                       **Co-Lead Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of March, 2009, I electronically filed the foregoing: PLAINTIFFS' SUPPLEMENTAL NOTICE OF UNSEALING AND FILING NON-CONFIDENTIAL EXHIBITS TO THEIR RESPONSE IN OPPOSITION TO ASTRAZENECA'S MOTION TO EXCLUDE THE GENERAL CAUSATION TESTIMONY OF PLAINTIFFS' GENERIC AND CASE-SPECIFIC WITNESSES AND SUPPORTING MEMORANDUM OF LAW with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

/s/ Robert W. Cowan
Robert W. Cowan