During the study, monitors had regular contacts with the investigational sites; these contacts included visits to confirm that the facilities remained acceptable, that the investigational teams were adhering to the protocol, that data were being accurately recorded in the CRF, and to provide information and support to the investigator.  The monitor ensured that the drug accountability was carried out.  Source data verification (a comparison of the data in the CRF with the hospital and other records at the investigational site) was also performed.  The monitor or other AstraZeneca/CRO personnel were available between visits, to provide any information or advice required by the investigator.

### 5.6.2      Training

The Principal Investigator at each site ensured that appropriate training relevant to the study was given to the medical, nursing, and other staff involved and that any information of relevance to the performance of this study was forwarded to the co-investigators and other staff involved.

To ensure consistency throughout the study, all raters received training in rating the assessment scales.  Only qualified raters were permitted to conduct the assessments.  There was training and information on all study related processes at an Investigators' start-up meeting and at local initiation and monitoring meetings.  AstraZeneca supplied more detailed instructions to center personnel as necessary before and during the study.

### 5.6.3      Data management

The Data Management Plan (DMP) for the study described the methods used to collect, validate, transfer and process clinical data in the study.  It also clarified the roles and responsibilities of the different functions and personnel involved in the data management process.  The Data Management Plan served as a guideline for personnel involved in the data management process.

AstraZeneca provided paper CRFs used in this study for collection of all data except laboratory from the patients.  The forms were printed in triplicate on carbonless paper.  The investigator was responsible to ensure that the data in the CRFs were accurate and complete. The AstraZeneca monitor, or AstraZeneca's agent reviewed the data at each of the study centers.  The monitor collected the original edited CRF pages on an ongoing basis throughout the study, and forwarded them to the respective local data management site.

After collection of the CRFs, Parexel entered data continuously throughout the study into the Oracle clinical database.  Data received electronically from a validated source was loaded directly into the study database for analysis.  Data checking and validation were performed until the database corresponded completely with the data collected in the CRFs.  Any queries raised by Parexel as a result of the data cleaning process was to be answered by the investigator.  Data were cleaned on a regular basis by Parexel.

Clean file for the final database was declared at AstraZeneca R&D, Wilmington when all data had been set to clean by AstraZeneca.  Prior to clean file, AstraZeneca clinical data

CONFIDENTIAL
AZSER12772774

Clinical Study Report
Study code: D1447C00127

management performed a consistency check and a final quality control on a sample of the data.

After the declaration of clean file, the randomization code was broken. Prior to unblinding, all decisions regarding evaluability of the data from each individual patient were made and documented. The date of clean file and the subsequent database lock was documented by the Clinical Data Manager and the Clinical Study Team (CST) Leader at AstraZeneca Pharmaceuticals, R&D, Wilmington; after a clean file meeting with relevant CST members.

The original signed CRFs (ie, the complete document covering all study information concerning each patient) were stored at AstraZeneca and copies were stored at the respective sites.

## 5.7 Statistical methods and determination of sample size

### 5.7.1 Statistical evaluation

The statistical evaluation of study data was performed by the Biostatistics Group of the AstraZeneca Biostatistics Section using SAS® Version 8.2.

### 5.7.2 Description of outcome variables in relation to objectives and hypotheses

Definitions of efficacy outcome variables are given in Section 5.5.1and Section 5.5.3. Definitions of patient-reported outcome variables are given in Section 5.5.4. Definitions of safety outcome variables are given in Section 5.5.7.

The null hypotheses of no difference between quetiapine and placebo with respect to the primary outcome variable was tested in favor of the alternative hypotheses that treatment with quetiapine would have superior efficacy to placebo in time to recurrence of a mood event. Similar null hypotheses were tested for the secondary efficacy outcome variables.

### 5.7.3 Description of analysis sets

Data analyses were based on the 4 patient populations, defined below.

- The intent-to-treat (ITT) population included all evaluable patients in the randomized safety population, ie, included all randomized patients who took study treatment, classified according to their randomized treatment. Data from this population was used in the efficacy analyses.

- The per-protocol (PP) population was the subset of ITT patients who did not have any protocol violations or deviations regarded as interfering with an accurate efficacy assessment (see Appendix 12.1.9, the Statistical Analysis Plan, Appendix A, for further details). Data collected after a patient had a deviation that significantly affected efficacy was to be excluded from analysis. Data from this population was used as a consistency check only for the primary study analysis.

102

CONFIDENTIAL
AZSER12772775

Clinical Study Report
Study code: D1447C00127

- The open-label safety population included all patients who entered the Open-label treatment phase and took study treatment. Data from this population was used for safety analyses during the Open-label treatment phase.

- The randomized safety population included all patients who took randomized study treatment during the Randomized treatment phase, classified according to actual treatment taken. Data from this population was used for safety analyses during the randomization phase.

### 5.7.4 Statistical issues relating to study outcome variables

### 5.7.4.1 General principles

All hypotheses were 2-sided. The analyses of efficacy data were primarily based on the ITT population. In addition, a supportive analysis was carried out using the PP population to evaluate the robustness of the results. The analysis of the safety data was performed for the safety population. When appropriate, the last (valid) observation carried forward (LOCF) principle was used to impute values in case of patient discontinuations leading to missing data. In addition, analyses using only the observed cases were performed.

This trial employed a central randomization stratified by assigned mood stabilizer (lithium or valproate); therefore, mood stabilizer, together with region, was included as a fixed effect stratification variable in the analysis models.

### 5.7.4.2 Multiplicity

A stepwise sequential procedure was used for the confirmatory part of this study to ensure a multiple level of significance of 0.05. The following outcome variables were tested sequentially:

1. Time to a mood event
   The null hypothesis is that the between group hazard ratio is equal to unity.

2. Time to a manic event
   The null hypothesis is that the between group hazard ratio is equal to unity.

3. Time to a depressed event
   The null hypothesis is that the between group hazard ratio is equal to unity.

4. Mean change in SDS total score
   The null hypothesis is that the between group difference in mean change is zero

A 2-sided test for each of these null hypotheses was performed at a significance level of 0.05.

A successful outcome of the primary analysis (1st step) was regarded as evidence that quetiapine is more effective than placebo as adjunct with a mood stabilizer in increasing the time to a mood event.

103

Clinical Study Report
Study code: D1447C00127

No confirmatory claims for time to a manic event (2nd step) were made unless the null hypotheses in both the 1st and 2nd step are rejected. A successful outcome in both these steps was regarded as evidence that quetiapine is more effective than placebo as adjunct with a mood stabilizer in increasing the time to a manic event.

No confirmatory claims for time to a depressed event (3rd step) will be made unless the null hypotheses in the 1st and 3rd step are rejected. A successful outcome in both these steps is regarded as evidence that quetiapine as adjunct with a mood stabilizer (lithium or valproate) is more effective than placebo used as adjunct with a mood stabilizer in increasing the time to a depressed event. Time to a mood event is a composite endpoint of time to a manic event and time to a depressed event. If the time to a mood event is statistically significant (ie, $p<0.05$) and in favour of quetiapine, both the time to a manic event and the time to a depressed event can be tested at the same level in the sequential hierarchy, using a significance level of 5% without increasing the overall false-positive error rate.

No confirmatory claims for mean change in SDS total score (4th step) were made unless the null hypotheses in the 1st, 2nd, 3rd and 4th steps were all rejected. A successful outcome on all four steps was regarded as evidence that quetiapine is more effective than placebo as adjunct with a mood stabilizer in improving patients' level of functioning between mood events.

This stepwise sequential procedure ensures a multiple level of significance of 0.05 and concords to the CPMP guideline (The European Agency for the Evaluation of Medicinal Products 28 July 1999).

Analyses made to check for robustness and/or validity of the primary analysis were exploratory and focusing on presenting point estimates and 95% confidence intervals for the hazard ratio of quetiapine as adjunct with a mood stabilizer versus a mood stabilizer alone. The main purpose was to increase confidence in the results obtained from the primary analysis and no adjustment of the confidence levels used or the p-values displayed were therefore needed.

No confirmatory claims were made for the other secondary outcome variables but p-values generally were presented in order to aid the interpretation of the result. The confidence levels and p-values displayed were unadjusted for multiplicity and the overall interpretation of these results need to take multiplicity issues into account.

### 5.7.4.3   Subgroup Analysis

To explore the uniformity of the treatment effect of quetiapine compared to placebo when used as adjunct with lithium or valproate, exploratory analyses of the primary efficacy outcome variable were made for different subgroups. The hazard ratio of quetiapine versus placebo, when used as adjunct with lithium or valproate, and a corresponding 95% confidence interval were calculated using the same model as for the primary analysis.

The following subpopulations were investigated:

- Age distribution (18-39, 40-65, >65)

104

Clinical Study Report
Study code: D1447C00127

- Sex (male, female)

- Race (Caucasian, Black, Oriental, Other)

- Assigned mood stabilizer (Lithium, valproate)

- DSM-IV diagnosis of most recent episode (manic, mixed, depressed)

- Patients with rapid cycling course (Yes, No).

### 5.7.4.4    Analysis method for time to event

The primary outcome variable, time to recurrence of a mood event, and the secondary outcome variables, time to recurrence of a manic event, time to recurrence of a depressed event, and time to all-cause discontinuation were analyzed using a Cox-proportional hazard model.

The main analysis used a Cox proportional hazards model to estimate the hazard ratio, quetiapine versus placebo as adjunct with lithium or valproate, and a corresponding 95% confidence interval (CI), and to test the null hypothesis that hazard ratio is equal to unity. A 2-sided test with a significance level of 5% was used.  The assigned mood stabilizer and region within study were included in the model as covariates.

Analyses of time to event used the dates recorded in the database in the analyses.  This outcome variable was a mixture of actual date, interval censored, and right censored observations.  The hospitalization criteria used actual dates, but the criteria based on the assessment scales was the interval censored since assessments were done at planned visits.

The Cox's proportional hazard model was considered appropriate to use although it does not take into account the interval-censored nature of the time to event data.  The survival curve estimates are hence biased (although in the same direction for both treatments).  However, the main focus was on the comparison between the two treatments and this estimate is unbiased and the test is also appropriate.

Analyses made to check for robustness and/or validity of the primary analysis were exploratory and focusing on presenting point estimates and 95% confidence intervals for the hazard ratio of quetiapine as adjunct with a mood stabilizer versus a mood stabilizer alone. The main purpose was to increase confidence in the results obtained from the primary analysis and no adjustment of the confidence levels used or the p-values displayed were therefore needed.

Supportive analyses to check the assumption of constant hazard ratio (HR) were performed. An Arjas plot (Arjas 1988) was utilized to plot the estimated cumulative hazard vs number of failures in each treatment group and in addition a time-dependent covariate log(t) was added to the Cox model.  Kaplan-Meier survival curves and a corresponding table with Kaplan-Meier estimates were displayed.  These were done only to evaluate the robustness of the main results.

CONFIDENTIAL
AZSER12772778

Clinical Study Report
Study code: D1447C00127

The number of patients with an event prior to week 28 and week 52 were analyzed using the Cochran–Mantel–Haenszel (CMH) test.  The analyses were stratified by assigned mood stabilizer and region.

## 5.7.5      Analysis Methods

### 5.7.5.1      Primary analysis for time to recurrence of a mood event

The primary efficacy outcome variable was the time to recurrence of a mood event further defined in Section 5.5.1.  The outcome variable was analyzed using the ITT population as the main analysis with a supportive analysis performed on the PP population to assess sensitivity of results to population assessed.

A sensitivity analysis was performed using the stratified Cox model and a Log-rank test stratified by the assigned mood stabilizer.

For patients not experiencing a mood event, the time was censored at the time the patient discontinued from or completed the study without meeting any of the mood event criteria.

### 5.7.5.2      Secondary efficacy analysis of primary interest

The primary analysis was supported by three additional outcome variables using the ITT population. The proportion (number and percent) of patients experiencing a mood event prior to week 28 and week 52 respectively were presented.  Estimated odds ratio with corresponding 95% confidence interval and p-value was also presented.

In addition, the proportion (number and percent) of patients fulfilling the different components of mood event criteria during the randomized phase was presented.  The components of mood event criteria were: initiation of medications; hospitalization; YMRS $\geq$20 or MADRS $\geq$20; and discontinuation of patient due to a mood event.

### 5.7.5.3      Secondary efficacy analyses

All secondary analyses were made in order to yield supportive evidence that quetiapine is more effective than placebo.  These analyses used the ITT population and were presented as point estimates with associated 95% confidence intervals for the treatment effects and the difference between groups.  The confidence levels and p-values displayed were nominal with no adjustment for multiplicity issues.

(a)            Time to recurrence of a manic event

The time to recurrence of a manic event, defined in Section 4.2, was analyzed using the ITT population.

For patients not experiencing a manic event, the time was censored at the time the patient discontinued from or completed the study without meeting any of the manic event criteria.

CONFIDENTIAL
AZSER12772779

The proportion (number and percent) of patients fulfilling manic event criteria was also presented.  The manic event criteria were: initiation of medications; hospitalization; YMRS $\geq 20$; and discontinuation due to a manic or mixed event with predominantly manic symptoms.

The proportion (number and percent of patients) of patients experiencing a manic event prior to week 28 and week 52 respectively were presented.  Estimated odds ratio with corresponding 95% confidence interval and p-value were also presented.

(b)      Time to recurrence of a depressed event

The time to recurrence of a depressed event, defined in Section 4.2 was analyzed using the ITT population.

For patients not experiencing a depressed event, the time were censored at the time the patient discontinued from or completed the study without meeting any of the depressed event criteria.

The proportion (number and percent) of patients fulfilling depressed event criteria were also presented.  The depressed event criteria were: initiation of medications; hospitalization; MADRS $\geq 20$; and discontinuation due to a depressed or mixed event with predominantly depressed symptoms.

The proportion (number and percent of patients) of patients experiencing a depressed event prior to week 28 and week 52 respectively were presented.  Estimated odds ratio with corresponding 95% confidence interval and p-value were also presented.

(c)      Patient acceptance (all-cause discontinuations)

Time to all-cause discontinuation was analyzed using Kaplan-Meier curves and estimates.

(d)      Severity of manic or depressed symptoms between mood events (YMRS, MADRS, CGI-BP)

YMRS, MADRS, and CGI-BP scores were analyzed using a repeated measures mixed model of all assessments between randomization and up to, but excluding the assessment in connection with the mood event.  The estimated difference between the least square means of the treatment groups was used as the test statistic, with a statistical significance level of 0.05.  By using the least-squares means, the analysis adjusted for differences in covariates.  The assigned adjunctive mood stabilizer (either lithium or valproate), region, and visit were included as a fixed effect covariate.

(e)      Severity of psychotic symptoms between mood events (PANSS-P)

The PANSS-P scores were analyzed using the same techniques as the YMRS and MADRS scores.

CONFIDENTIAL
AZSER12772780

Clinical Study Report
Study code: D1447C00127

#### 5.7.5.4 Secondary analyses for Patient-Reported Outcome variables

(a)      Level of functioning between mood events (SDS)

Global level of functioning between mood events, as assessed by the SDS total score, was evaluated as a secondary outcome of particular interest.  The key outcome variable for this claim was the mean change from baseline of the SDS total score as defined in Section 5.5.4.2.

This outcome variable was analyzed by using an Analysis of Covariance model with treatment, assigned mood stabilizer, region, and SDS total score at randomization as fixed effects.  The null hypothesis of no difference in the mean change in SDS total score between treatment groups was tested in favor of the alternative that there was a difference. A statistically significant result in favor of quetiapine was regarded as evidence that quetiapine is more effective than placebo, as adjunct with mood stabilizers, in improving level of functioning in between nood events.  In addition, the estimated mean of the mean change in SDS total score for each treatment group, the estimated difference between groups and the corresponding 95% confidence intervals were calculated using the above model.  Similar analyses were performed separately for the 3 SDS domains (Work/school, Social life and Family/Home).

The summary statistics were presented for the following two additional questions respectively:

- missed days at work/school or days unable to perform normal daily activities due to symptoms;

- days with reduced productivity while at work/school due to symptoms.

In addition, descriptive statistics of the mean change in the SDS total score were computed for the subgroups of patients with and without mood events to ensure a consistent response.

(b)      Quality of life (PGWB)

The PGWB total score was analyzed using the same method as described for YMRS, MADRS and CGI-BP in Section 5.7.5.3(d).

#### 5.7.5.5 Safety and tolerability analyses

Safety and tolerability were assessed for the open-label treatment phase and the randomized treatment phase.  The randomized treatment phase provides the benefit of a placebo control for comparisons with the quetiapine treatment group.  Safety and tolerability were evaluated by assigned mood stabilizer (lithium or valproate).  No statistical inference was made.

(a)      Adverse Events

Adverse events were classified using the Medical Dictionary for Regulatory Activities (MedDRA) system of nomenclature.  Numbers of events and crude incidence rates were tabulated by SOC and preferred term.  If a particular adverse event occurred more than once in any patient, the event contributed only 1 observation to the numerator of the crude incidence

CONFIDENTIAL
AZSER12772781

rate.  If the intensity or seriousness of the adverse event changed, the overall intensity or seriousness was the maximum intensity or seriousness of the multiple recurrences.  The denominator of the rate comprised all patients exposed to treatment.  The intensity of all events was also tabulated.

The summary tables will be presented for the Open-label phase and for the Randomized treatment phase separately.  Summary tables for the randomized treatment phase will include adverse events emerging from randomization.  In addition, adverse events during the randomized treatment phase will be comprised in a number of alternative presentations.  Namely, one set of tables including all adverse events emerging from randomization as well as the adverse events ongoing at randomization and one set of tables including only adverse events ongoing 2 weeks after randomization or starting 2 weeks after randomization or later, ie, after the maximum down titration period.  Furthermore, total patient years of exposure and incidence densities were calculated for common adverse events.  The incidence densities were calculated as (total number of patients with events/total patient years of exposure)x100.  If the intensity or seriousness of the adverse event changes, the overall intensity or seriousness were the maximum intensity or seriousness of the multiple occurrences.

Incidence rates were tabulated and presented for the following categories: all adverse events, common adverse events, drug-related adverse events, all serious adverse events, serious adverse events leading to death, non-fatal serious adverse events, and adverse events leading to discontinuation of patient from treatment.

Other adverse events of interest included the disease state event suicidality, as well as EPS symptom events, neutropenia/agranulocytosis events, QT prolongation events, diabetic events, and somnolence which were summarized by treatment group to explore level of risk in the population and potential dose response effects in these events.  Search criteria for these events are found in the SAP, Appendix 12.1.9.

Patients identified through this review for neutropenia/agranulocytosis, QT prolongation, and diabetic events had a listing prepared of the relevant laboratory and ECG assessments in order to facilitate the identification of patients for discussion in the relevant section.

No statistical analyses were planned of adverse event incidence rates.  Only descriptive statistics were generated.

Adverse event summaries based on all events by SOC and preferred term are provided for subgroups, ie age categories, sex, and race.

(b)        Laboratory safety measurements

The following clinical laboratory assessments at enrollment, at last visit in open-label treatment, at randomization, and at the end of randomized treatment, and the changes from enrollment to last visit in open-label treatment, and from randomization to end of randomized treatment were presented using descriptive statistics divided on treatment group and treatment group within mood stabilizer.

CONFIDENTIAL
AZSER12772782

Clinical Study Report
Study code: D1447C00127

<u>Hematology tests</u>: hemoglobin concentration, hematocrit, red blood cell count, total and differential white blood cell counts, and platelet count.

<u>Clinical chemistry tests</u>: total bilirubin, alkaline phosphatase, alanine transaminase (ALT), aspartate transaminase (AST), creatinine, BUN, sodium, potassium, chloride, glucose, bicarbonate, high-density lipoprotein cholesterol, low-density lipoprotein cholesterol, total cholesterol, triglycerides, insulin, glycosylated hemoglobin levels (HbA1c), thyroid stimulating hormone (TSH), free triiodothyronine (free T3), free thyroxine (free T4), and prolactin.

<u>Urinalysis:</u> chemistry and specific gravity (at enrollment, at randomization, week 52, and Final Visit or discontinuation).

Change from randomization to and value at week 12, 28, 40, 52, 68, 84, and 104 in the randomization phase were presented with descriptive statistics for hematology and clinical chemistry. Change from randomization to and value at week 52 and end of treatment were presented with descriptive statistics for urinalysis. All patients with data at a certain assessment were included in the calculation.

The number and proportion of patients with potentially clinically important values emerging after enrollment were presented for the open-label treatment phase. Patients not at risk at enrollment (ie, fulfilling the criteria for a clinically important value at enrollment for open-label treatment phase) were excluded.

The number and proportion of patients with potentially clinically important values emerging during randomized treatment were presented for the randomized treatment phase. Patients not at risk at randomization (ie, fulfilling the criteria for a clinically important value at randomization for randomized treatment phase) were excluded.

The shift tables presented the number and proportion of patients in each category (clinically important low and high) at any time, and patients in each category (clinically important low, normal, and clinically important high) at last visit in open-label treatment phase and at the end of randomized treatment phase by baseline category. In addition, treatment emergent laboratory values identified using computerized methods to compare results or changes from baseline to standard extended ranges were flagged at the patient and test level. The criteria defined in quetiapine project agreed extended normal ranges to identify potentially clinically important changes are given in Appendix 12.1.9 (the SAP, Appendix B).

Cross tabulations of clinically important low free thyroxine versus clinically important high TSH, and clinically important low free triiodothyronine versus clinically important high TSH values were presented.

Fasting state was assessed through the following methods:

- For patients with the fasting flag on the laboratory file reported as 'Y'

110

CONFIDENTIAL
AZSER12772783

Clinical Study Report
Study code: D1447C00127

- Calculated difference between date and time of lab draw and date and time of last meal is > 8 hours - create meal confirmed fasting flag

- Time of laboratory draw was between 0600 and 1200 hours- create time fasting flag

A patient was defined as confirmed fasting in 2 ways:

- Fasting flag is "Y" and meal confirmed fasting is "Y"

- All three flags are "Y"

A separate analysis of lipids, glucose and insulin data and derived glucose regulation variables (HOMA-R and QUICKI, see Section 5.5.7.4) was done for the subset of patients with data at baseline and post baseline which was collected in the fasting state by both definitions.  In addition, the descriptive statistics were provided for the following subgroups: diabetic patients, patient at risk for diabetes, and non-diabetic patients (for definitions, see Section 5.5.7.4).

Insulin resistance, assessed by HOMA-R calculated as (insulin value (mU/mL) x glucose value (mmol/L)) divided by 22.5, was summarized.

Insulin sensitivity, assessed by QUICKI calculated as 1 divided by the following value ($\log_{10}$(insulin value ($\mu$U/mL)) + $\log_{10}$(glucose value (mg/dL))), was summarized.

(c)     Vital signs measurement

The vital sign variables were supine and standing systolic blood pressure, diastolic blood pressure, and pulse.  The vital sign data were presented using descriptive statistics divided on treatment group and treatment group within mood stabilizer.  Values at enrollment, at last visit in open-label treatment, at randomization, and at the end of randomized treatment, and the changes from enrollment to last visit in open-label treatment, and from randomization to end of randomized treatment were presented for vital sign variables, where the baseline value (at randomization) was based on patients with data for both assessments.

Change from randomization to and value at week 12, 28, 40, 52, 68, 84 and 104 were presented with descriptive statistics. All patients with data at a certain assessment were included in the calculation.

The number and proportion of patients with at least 30% of assessments with clinically important values emerging after enrollment were presented for the open-label treatment phase. Patients not at risk at enrollment (ie, fulfilling the criteria for a clinically important value at enrollment for open-label treatment phase) were excluded.

The number and proportion of patients with at least 30% of assessments with clinically important values emerging during randomized treatment phase were presented for each treatment group and treatment group within mood stabilizer.  Patients not at risk at

111

CONFIDENTIAL
AZSER12772784

Clinical Study Report
Study code: D1447C00127

randomization (ie, fulfilling the criteria for a clinically important value at randomization for
randomized treatment phase) were excluded.

In addition, shift tables presented the number and proportion of patients in each category
(clinically important low and high) at any time by baseline category for each treatment group
and treatment group within assigned mood stabilizer.

(d)        Electrocardiogram (ECG) measurements

The ECG outcome variables werre heart rate, PR interval, QRS interval, QT and QTc
Fridericia. The ECG data were presented using descriptive statistics divided on treatment
group and treatment group within mood stabilizer. Values at enrollment, at last visit in open-
label treatment, at randomization, at end of randomized treatment, and change from
enrollment to open-label treatment and from randomization to end of randomized treatment
were presented for ECG outcome variables, here the baseline value (at randomization) was
based on the patients with valid data for both assessments.

Change from randomization to and value at week 52 were presented with descriptive statistics.
All patients with data at 52 weeks were included in the calculations.

The number and proportion of patients with clinically important values emerging after
enrollment were presented for the open-label treatment phase.  Patients not at risk at
enrollment (ie, fulfilling the criteria for a clinically important value at enrollment for open-
label treatment phase) were excluded.

The number and proportion of patients with potentially clinically important values emerging
during randomized treatment were presented for the randomized treatment phase.  Patients not
at risk at randomization (ie, fulfilling the criteria for a clinically important value at
randomization for randomized treatment phase) were excluded.

In addition, shift tables presented the number and percentage of patients in each category
(clinically important low and high) at any time and end of treatment by baseline category for
each treatment group and treatment group within assigned mood stabilizer.

(e)        Weight measurement

The weight data were presented using descriptive statistics divided on treatment group and
treatment group within mood stabilizer.  Values at enrollment, end of open-label treatment, at
randomization, and at end of randomized treatment, and change from enrollment to open-label
treatment and from randomization to end of randomized treatment were presented, here the
baseline value (at randomization) was based on the patients with valid data for both
assessments.  In addition, the data was presented divided by BMI category (see Table 10) at
randomization.

Change in weight and BMI from randomization to and value at week 12, 28, 40, 52, 68, 84
and 104 were presented with descriptive statistics.  All patients with data at a certain

112

CONFIDENTIAL
AZSER12772785

Clinical Study Report
Study code: D1447C00127

assessment were included in the calculation.  Both the OC and LOCF approach were presented.

The number and percentage of patients with a clinically important value ($\geq$7% increase or decrease in weight from enrollment) emerging after enrollment were presented for the open-label treatment phase.  Patients not at risk at enrollment (ie, fulfilling the criteria for a clinically important value at enrollment for open-label treatment phase) were excluded.

The number and proportion of patients with potentially clinically important values ($\geq$7% increase or decrease in weight from randomization) emerging during randomized treatment were presented for each treatment group and treatment group within mood stabilizer divided on BMI category at randomization.

(f)        Neurological assessments

The SAS, BARS, and AIMS data were presented using descriptive statistics divided on treatment group and treatment group within mood stabilizer.  For SAS and AIMS total score, and for BARS Global assessment, the number and proportion of patients with an improvement, no change, or worsening in the scores from enrollment to last visit in open-label treatment, and from randomization to end of randomized treatment were presented for each treatment group and treatment group within assigned mood stabilizer.

The values at enrollment, at last visit in open-label treatment, at randomization, and the end of randomization treatment, and change from enrollment to randomization, from randomization to each assessment and to the end of treatment were summarized by descriptive statistics.

(g)        Other safety areas of specific interest

For 6 predefined safety areas of specific interest, summary tables were prepared showing the aggregated incidence of prospectively identified MedDRA preferred terms associated with each of the areas.  The MedDRA search terms for each safety area are defined in Appendix 12.1.9, the SAP.

**EPS**

A table of AEs with number and percent of patients with AEs associated with EPS using individual preferred terms and total was produced.

For anticholinergic medication, the proportion was calculated as the number of patients who took some anticholinergic medication after randomization divided by the number of randomized patients.  The use of anticholinergic medication was also reported separately for predefined time periods after randomization.

The following medications were included in the tables for anticholinergic medication: trihexyphenidyl, procyclidine, ethopropazine, biperiden, diphenhydramine, benztropine, benzhexol, orphenadrine hyoscyamine sulphate.

CONFIDENTIAL
AZSER12772786

Clinical Study Report
Study code: D1447C00127

**QT/QTc prolongation**

A table of AEs with number and percent of patients with AEs associated with QT or QTc prolongation using individual preferred terms and total was produced.

**Diabetes mellitus**

A table of AEs with number and percent of patients with AEs associated with diabetes mellitus using individual preferred terms and total was produced. The definition for the different categories can be found in Appendix 12.1.9, the SAP.

**Neutropenia/Agranulocytosis**

A table of AEs with number and percent of patients with AEs associated with neutropenia or agranulocytosis using individual preferred terms and total were produced.

**Suicidality**

A table of AEs with number and percent of patients with AEs associated with suicidality using individual preferred terms and total were produced.

**Somnolence**

A table of AEs with number and percent of patients with AEs associated with somnolence using individual preferred terms and total were produced.

**Metabolic risk factors**

The number and percentage of patients with treatment emergent development of at least 3 risk factors at end of open-label treatment phase were presented for each treatment group and by assigned mood stabilizer. Patients with 3 or more risk factors at enrollment were excluded from these tables.

The number and percentage of patients with at least 3 risk factors at end of randomized treatment phase were presented for each treatment group and by assigned mood stabilizer. Patients with 3 or more risk factors at randomization were excluded from these tables. This table was repeated for patients with at least 3 risk factors, excluding the triglycerides, at end of randomized treatment.

The number and percentage of patients with a treatment emergent risk factor at end of randomized treatment were presented for each treatment group for each specific risk factor. Patients at risk, ie, not fulfilling the specific criteria at randomization, were included.

In addition, shift tables presented the number and proportion of patients in each category ($<3$, $\geq 3$) and total at end of treatment by number of risk factors at randomization for each treatment group.

All tables were repeated for the subgroup of patients with confirmed fasting conditions.

114

CONFIDENTIAL
AZSER12772787

Clinical Study Report
Study code: D1447C00127

### 5.7.6      Determination of sample size

The primary outcome variable in this study was time to recurrence of a mood event.  This
outcome variable was analyzed using Cox proportional hazards model.  The sample size
estimation was based on achieving a clinical meaningful hazard ratio of 0.65 for quetiapine
versus placebo.  To provide 90% power with a two-tailed test at significance level of 0.05, this
analysis required 227 patients with a documented recurrence of a mood event.

In a previous 1-year recurrence prevention study with the atypical antipsychotic drug
olanzapine (Tohen et al 2002), the rate for recurrence of a mood event at 1 year was
approximately 30% in the olanzapine group and 40% in the lithium group.  Assuming a
recurrence rate of 32%, approximately 710 patients were to be randomized to obtain
227 patients who had a recurrence of a mood event.  Assuming 42% of the enrolled patients
fulfill the criteria for randomization, this would have led to approximately 1700 enrolled
patients.  During study execution, the randomization rate was lower than anticipated, about
32% overall.  So, the number of enrolled and randomized patients was increased during the
study, based on observed randomization and event rates:  1953 patients were enrolled, which
provided a total of 628 randomized patients (32.2% randomization rate) and 226 patients with
recurrence of a mood event.

Recruitment of patients to the open-label treatment phase was to be stopped by the sponsor
when it was estimated that a sufficient number of patients had been recruited to provide a total
of 227 mood events.  The study was terminated by the sponsor when the required number of
events had occurred (at least 227 mood events).

### 5.7.7      Interim analyses

No interim analyses were done in this study.

### 5.7.8      Data and safety monitoring board

No data or safety monitoring boards were used in this study.

## 5.8      Clinical study protocol amendments and other changes in the conduct of the study or planned analyses

### 5.8.1      Changes in the conduct of the study

The original study protocol was dated 10 July 2003.  Amendments to the study protocol are
summarized in Table 11, which also indicates when amendments came into force with respect
to the recruitment of patients.  The main purpose of Amendment 1 was to change the primary
objective of the study from time to recurrence of a manic event to time to recurrence of a
mood event, and to make it possible to include in the study patients with a depressed episode
as the most recent.  This was to allow for an evaluation of the maintenance effects of
quetiapine as adjunct with a mood stabilizer in the treatment of a broader spectrum of the
bipolar disorder.  The main purpose of Amendment 2 was to add criteria for which patients
with diabetes mellitus should not be included in the study and to provide information on how
to handle patients that developed diabetes mellitus in the course of the study.  Amendment 3

CONFIDENTIAL
AZSER12772788

Clinical Study Report
Study code: D1447C00127

described and justified the removal of the e-diary and the NIMH-LCM questionnaire from the study. Amendment 4 suggested that the study could be terminated when the target of 227 patients with recurrence of a mood event was achieved.

**Table 11          Protocol amendments**

| Number (date of internal approval) | Key details of amendment (Section of this report affected) | Reason for amendment | Persons who initiated amendment[a] |
|---|---|---|---|
| **Amendments made before the start of patient recruitment** | | | |
| 1 (29 Jan 2004)[b] | Primary objective (Section 4.1)<br><br>Primary outcome variable<br><br>Efficacy and pharmacodynamic measurements and outcome variables<br><br>Multiplicity | The primary objective was changed from time to a manic event to time to a mood event, to better capture the effect of quetiapine on the full spectrum of bipolar disorder symptoms. | Clinical Study Team (CST) |
| | Secondary objective #1 (Section 4.2)<br><br>Secondary outcome variable<br><br>Efficacy and pharmacodynamic measurements and outcome variables<br><br>Multiplicity | As a consequence of the change of primary objective, time to a mood event became a secondary objective. Mixed events were to be assigned either to manic event or depressed event, not to both. | CST |
| | Rationale for study design, doses and control groups (Section 5.2),<br><br>Duration of treatment<br><br>Enrollment and Open-label treatment Phase<br><br>Recruitment and study termination<br><br>Determination of sample size | (a) The number of patients to be enrolled and randomized and number of mood events captured were adjusted due to the change of primary objective<br><br>(b) Period of stability (that would suggest appropriateness for long-term maintenance treatment) was changed to be 12 to 36 weeks<br><br>(c) Inclusion criteria were changed to allow patients with a depressive episode as the most recent, since study data had demonstrated the positive effects of quetiapine in the acute treatment of bipolar depression. | CST |
| | Addition of genetic sampling component (Section 5.5.8, Collection of | The option for enrolled patients to provide a sample of deoxyribonucleic acid (DNA) to | CST |

116

CONFIDENTIAL
AZSER12772789

Clinical Study Report
Study code: D1447C00127

**Table 11**         **Protocol amendments**

| Number (date of internal approval) | Key details of amendment (Section of this report affected) | Reason for amendment | Persons who initiated amendment[a] |
|---|---|---|---|
| | samples for genetic analysis, Ethical conduct of the study, Appendix C, Written ICF #5 and 6) | allow for possible future genetic analyses was added. | |
| | Inclusion criteria for entering the Randomized treatment Phase | The inclusion criteria were simplified to focus on specific observable, clinical measures of mood state. | CST |
| | Criteria for discontinuation Procedures for discontinuation Recording of adverse events | A patient with a repeated neutrophil count <0.5x10$^9$/L must be discontinued from the study to further ensure patient safety (due to an identified potential risk for quetiapine to cause neutropenenia or agranulocytosis). | CST |
| | Updated information regarding overdose (Section 5.5.7.3) Recording of adverse events | Overdose definition added for safety reasons. | CST |
| **Amendments made after the start of patient recruitment** | | | |
| 2 (17 Jun 2004)[c] | Exclusion criteria Open-label treatment Phase (Section 5.3.2.2) | Two exclusion criteria (one related to diabetes mellitus and one related to previous enrollment in Study 126 or 127) were added to further ensure patient safety and to perform consistent safety monitoring across the entire Seroquel program, and to collect supplementary information on diabetes. | Medical Science Director (MSD) and CST |
| | Criteria for discontinuation (Section 5.3.5.1) Procedures for discontinuation | Repeated neutrophil count of <0.5 x 10$^9$/L modified to <1.0 x 10$^9$/L to further ensure patient safety and to perform consistent safety monitoring across the entire Seroquel program. | MSD and CST |
| | Recording of AE (Section 5.5.7.2) | In accordance with recent changes to the AZ policy on | MSD and CST |

117

CONFIDENTIAL
AZSER12772790

Clinical Study Report
Study code: D1447C00127

**Table 11**          **Protocol amendments**

| Number (date of internal approval) | Key details of amendment (Section of this report affected) | Reason for amendment | Persons who initiated amendment[a] |
|---|---|---|---|
| | Procedures in case of overdose | collection of overdose data, information on CBC and WBC monitoring was added to ensure that data are properly documented in order to collate information for the IB and CDS regarding the level of excess dosage taken or administered without adverse effects. | |
| 3 (28 Apr 2005)[d] | Secondary objectives (Section 4.2) Patient reported Outcomes variables and measurements ICF | To ensure patient safety: The e-diary with an NIMH-LCM questionnaire was removed. From an interim review of entered data revealed that patients did not understand or were not following the instructions for using the tool. | CST |
| | Overall study design and flow chart | To emphasize that the sample size is based on assumptions and that the final number of enrolled patients may change during the study, based on randomization rates. | CST |
| 4 (19 Jan 2006)[e] | | | CST |
| | Study design Duration of treatment Overall study design and flow chart Randomized treatment phase Recruitment and study termination Rationale for study design, doses and control groups Determination of sample size | The study was to be terminated when the required number of mood events has occurred. This was to avoid unnecessary placebo treatment and unnecessary participation in an experimental protocol after the last mood event, since it was estimated that the 227th mood event could occur before a substantial part of the randomized patients had reached 28 weeks of randomization. | CST |

a    All protocol amendments were approved within AstraZeneca before being implemented.
The submission date and Serial Number (SN) for submission of the amendment to FDA is indicated by [b] through [e] for Amendments 1 through 4.
b    Submitted 5 February 2004, SN 0624.
e    Submitted 26 July 2004, SN 0657.

118

CONFIDENTIAL
AZSER12772791

d   Submitted 11 May 2005, SN 07417.
e   Submitted 13 March 2006, SN 0819.

Furthermore, 1 local amendment was created in the United States, shown in Table 12.  In addition, one local amendment was submitted in Canada in March 2005 to fulfill a local commitment.  This amendment did not affect the CSP or the ICD.

**Table 12          Local amendments to the protocol**

| Country (date of internal approval) | Key details of amendment (Section of this report affected) | Reason for amendment | Persons who initiated amendment[a] |
|---|---|---|---|
| US (21 Dec 2004) | Recruitment and study termination – Open-label treatment phase | The drug packaging in the US differed from the one used in other countries during the first 4 weeks in the open-label treatment phase. | CST |

a   All protocol amendments were approved within AstraZeneca before being implemented.

### 5.8.2     Changes to planned analyses

Changes to the initially planned analyses as described in the CSP (Appendix 12.1.1) are shown in Table 13.  This table indicates when any changes were made in relation to the unblinding of study data.

**Table 13          Changes to planned analyses**

| Key details of change (Section of this report affected) | Reason for change | Persons who initiated change |
|---|---|---|
| **Changes made before unblinding of study data** | | |
| Due to the protocol change of the removal of the electronic patient diary from the data collection (Amendment 3 dated 21 Apr 2005, see Table 11), there was insufficient number of patients who had the Life Charting Method Self/Prospective Rating (NIMH-LCM S/P) assessments for the formal statistical inferences. Only the individual assessment were presented in the data listings. | Protocol change led to insufficient sample size for formal statistical inferences. | Clinical Study Team (CST) |
| The sequential procedure described in Section 5.7.4.2 is a slight modification of the procedure described in the CSP, where time to a manic event was tested above time to a depressed event in a sequential order.  Time to a mood event is a | | Global Product Statistician (GPS) |

Clinical Study Report
Study code: D1447C00127

**Table 13        Changes to planned analyses**

| Key details of change (Section of this report affected) | Reason for change | Persons who initiated change |
|---|---|---|
| composite endpoint of the single components time to a manic event and time to a depressed event without a relative order.  If the time to a mood event is statistically significant (ie, p<0.05) both the time to a manic event and the time to a depressed event can be tested using a significance level of 5% with control of the overall type I error rate. | | |
| **Changes made after unblinding of study data** | | |
| The samples from the 2 glucose laboratory identification codes ("glucose fasting" and "glucose non-fasting") are pooled in the full analyses of glucose data.<br><br>In the CRF, date and time of blood sampling and date and time of the last meal prior to sampling was reported.  This information was used to create a subset of patients only considering samples that met the more stringent fasting conditions, ie, blood sampling documented in the CRF to be more than 8 h after the last reported meal.  "Documented fasting" is the term used in this document for describing this subset of glucose data. | In the study protocol subsequent to the implementation of Amendment #2 (dated 17 June 2004), it was stated that a patient should be fasting for at least 8 hours prior to blood draw for laboratory measurements.  After the implementation of Amendment #2, all glucose values were to be reported by the central laboratory using a laboratory identification code of "glucose fasting".  Due to administrative inaccuracies in the central laboratory, the laboratory identification code for "non-fasting glucose" was still used for reporting glucose data in a number of samples after the implementation of Amendment #2, although the amended study protocol was assumed to have been adhered to.  Rather than excluding these samples, and all the samples collected prior to the implementation of Amendment #2 from the primary glucose analyses, it was considered appropriate to use all available glucose data in the analyses.  Thus, the samples from the 2 glucose laboratory identification codes | Clinical Study Report Delivery Team |

120

CONFIDENTIAL
AZSER12772793

Clinical Study Report
Study code: D1447C00127

**Table 13          Changes to planned analyses**

| Key details of change (Section of this report affected) | Reason for change | Persons who initiated change |
| --- | --- | --- |
| | ("glucose fasting" and "glucose non-fasting") are pooled in the presentations of glucose data in the full safety populations (open-label and randomized, respectively), including subgroups thereof. | |

# 6.      STUDY PATIENTS

A summary of the patient population is given in Section 6.1.  Thereafter, the following aspects of the study population are considered: disposition (Section 6.2), adherence to the study protocol (Section 6.3), populations analyzed (Section 6.4), demography and other baseline characteristics (Section 6.5), and treatment compliance and use of concomitant medication (Section 6.6).  Conclusions on the suitability of the patient population with respect to the overall purpose of the study are given in Section 6.7.

## 6.1      Summary of patients

The first patient entered the study on 2 March 2004 and the last patient completed the study on 18 September 2006.  In total, 1953 patients were enrolled at 102 study sites (of the 127 total participating sites that were initiated) and 628 patients (32.2% of the enrolled patients) were randomized.  Of the 623 randomized patients who received randomized treatment, 226 patients (36.3%) had treatment discontinued due to a mood event, 221 patients (35.5%) had the randomized treatment discontinued for reasons other than a mood event, and 176 patients (28.3%) completed the randomized treatment (either the maximum 104 weeks or up to the study termination by AstraZeneca).  The number of patients included in the study populations (see Section 5.7.3 for definitions) were: open-label safety population 1938 patients; randomized safety population 623 patients; ITT population 623 patients (identical patients as the randomized safety population); PP population 476 patients.

To observe a total of 227 mood events, it was originally estimated in the study protocol that approximately 1420 patients should be enrolled in order to provide approximately 710 randomized patients, assuming that approximately 50% of the enrolled patients fulfilled the criteria for randomization.  The final number of enrolled and randomized patients was increased during the study, based on observed randomization and event rates: 1953 patients were enrolled, which provided a total of 628 randomized patients (32.2% randomization rate); and there were 226 patients with recurrence of a mood event.

CONFIDENTIAL
AZSER12772794

Clinical Study Report
Study code: D1447C00127

Although the randomization rate was lower than originally assumed, with the most common reasons for discontinuation during the open-label phase being "adverse event" (404 patients, 20.7%) and "subject lost to follow-up" (329 patients, 16.8%), the randomized safety and ITT populations were similar in demographic and disease characteristics (historical and current) to the population enrolled in the open-label phase.  At enrollment, the randomized safety and ITT populations were slightly older (mean 40.1 years compared to 38.1 years) and heavier (mean 88.2 kg compared to 86.4 kg) than all patients enrolled.  The small differences were not considered to be clinically meaningful or to potentially affect the interpretation of randomized efficacy or safety data.  The randomization rate was similar with regard to index episode, ie, the proportion of patients with each type of index episode in the randomized safety and ITT populations was similar to that observed in the enrolled population.  Hence, in terms of demographic and disease characteristics, no major differences were introduced in the selection of patients into the randomized treatment phase.

Patients entering the randomized phase were generally clinically stable during the last 12 weeks of the open-label phase.  Mean YMRS and MADRS scores in the randomized ITT population fell from 12.7 and 17.7, respectively, at enrolment, to 3.6 and 4.8 respectively at randomization.  These data indicate that this population became stable on open-label quetiapine with mood stabilizer (lithium or valproate) by the time of randomization. Only 28 patients in the randomized ITT population were excluded from the PP analysis for not having met the stability criteria. Also the use of prohibited psychoactive drugs during the 12 weeks before randomization was low: only 16 (2.6%) patients in the randomized ITT population received antidepressants, and 3 patients (0.5%) received other antipsychotics, during this period.

During randomized treatment, exposure to study drug (see Section 8.2) was considerably greater in quetiapine patients than in the placebo group, due to the efficacy of quetiapine at preventing or delaying mood events.  Total randomized exposure was about 34% greater in the quetiapine group (74323 days in the quetiapine group compared to 55570 days in the placebo group.  This was an expected outcome based on the primary objective of increased time to recurrence of a mood event, and the planned protocol stipulation that patients were excluded from the study when a mood event did occur.

Discontinuations due to a mood event during randomized treatment were less common in the quetiapine group (63/310 patients, 20.3%) than the placebo group (163/313 patients, 52.1%). The greater randomized exposure in the quetiapine group, due to efficacy in the quetiapine group preventing recurrence of a mood event compared to placebo, resulted in the quetiapine patients having greater potential for discontinuation for reasons other than a mood event.  Of the 247 remaining patients in the quetiapine group, 35 were discontinued due to "Adverse event" and 32 were discontinued due to "Subject not willing to continue".  Of the 150 remaining patients in the placebo group, 26 were discontinued due to "Subject not willing to continue" and 25 were discontinued due to "Subject lost to follow up".

Overall, the randomized treatment groups were well matched for demographic and baseline disease characteristics.  Patients had a mean age of approximately 40 years, and approximately

122

CONFIDENTIAL
AZSER12772795

53% were female.  A majority of the patients were Caucasian with 80.0% in the quetiapine group and 83.4% in the placebo group, and most of the remaining patients were Black.

There was no apparent difference between the randomized treatment groups in the number of patients who had important protocol deviations leading to exclusion from the PP analysis.

Table 14 shows where the data supporting this section are presented.

**Table 14          Location of supporting data on study patients**

| Data | Location | |
|---|---|---|
| | **Summary tables (Section 11.1.)** | **Individual patient data (Appendix 12.2)** |
| Patient disposition and populations analyzed | Table 11.1- 1 to Table 11.1- 6 | Appendix 12.2.1 |
| Discontinued patients | See individual patient data | Appendix 12.2.1 |
| Patients completing the study | See individual patient data | Appendix 12.2.1 |
| Patients for whom the treatment code was prematurely broken | See individual patient data | Appendix 12.2.1 |
| Protocol deviations | Table 11.1- 6 | Appendix 12.2.2 |
| Patients and data excluded from efficacy analyses | See individual patient data | Appendix 12.2.2 |
| Demographic and baseline characteristics | Table 11.1- 7 to Table 11.1- 27 | Appendix 12.2.4 |
| Concomitant medication use | Table 11.1- 31 to Table 11.1- 56 | Appendix 12.2.10 |
| Treatment compliance | Table 11.1- 28 to Table 11.1- 30 | Appendix 12.2.5 |

## 6.2     Disposition

The disposition of study patients is provided for the open-label treatment phase in Table 15 and combined with the randomized treatment phase in Figure 4.

**Table 15          Premature discontinuation from open-label treatment phase by index episode (All patients enrolled)**

| | Manic Index Episode N=423 n (%) | Mixed Index Episode N=865 n (%) | Depressed Index Episode N=665 n (%) | Total N=1953 n (%) |
|---|---|---|---|---|
| ALL PATIENTS ENROLLED | 423 (100.0) | 865 (100.0) | 665 (100.0) | 1953 (100.0) |
| PREMATURE DISCONTINUATION DURING OPEN-LABEL TREATMENT PHASE | 275 ( 65.0) | 578 ( 66.8) | 471 ( 70.8) | 1324 ( 67.8) |

123

Clinical Study Report
Study code: D1447C00127

**Table 15**          **Premature discontinuation from open-label treatment phase
by index episode (All patients enrolled)**

|  | Manic Index Episode N=423 n (%) | Mixed Index Episode N=865 n (%) | Depressed Index Episode N=665 n (%) | Total N=1953 n (%) |
|---|---|---|---|---|
| ELIGIBILITY CRITERIA NOT FULFILLED | 10 ( 2.4) | 21 ( 2.4) | 23 ( 3.5) | 54 ( 2.8) |
| ADVERSE EVENT | 86 ( 20.3) | 166 ( 19.2) | 152 ( 22.9) | 404 ( 20.7) |
| LACK OF THERAPEUTIC RESPONSE | 13 ( 3.1) | 27 ( 3.1) | 34 ( 5.1) | 74 ( 3.8) |
| DEVELOPMENT OF STUDY DISCONTINUATION CRITERIA | 0 | 0 | 0 | 0 |
| SUBJECT NOT WILLING TO CONTINUE | 52 ( 12.3) | 125 ( 14.5) | 92 ( 13.8) | 269 ( 13.8) |
| SUBJECT LOST TO FOLLOW UP | 65 ( 15.4) | 150 ( 17.3) | 114 ( 17.1) | 329 ( 16.8) |
| TERMINATED BY SPONSOR | 0 | 0 | 0 | 0 |
| OTHER | 49 ( 11.6) | 89 ( 10.3) | 56 ( 8.4) | 194 ( 9.9) |
| COMPLETED OPEN-LABEL TREATMENT BUT NOT RANDOMIZED | 0 | 0 | 1 ( 0.2) | 1 ( 0.1) |
| ALL PATIENTS RANDOMIZED | 148 ( 35.0) | 287 ( 33.2) | 193 ( 29.0) | 628 ( 32.2) |

N Number of Patients with diagnosis of bipolar I disorder, most recent episode.  n Number of patients.
Note:  Percentages are calculated as n/N.
/csre/dev/seroquel/d1447c00127/sp/output/tlf/t110101.rtf  dem201.sas  17JAN2007:14:59  luchen
Table corresponds to Table 11.1- 1.

124

CONFIDENTIAL
AZSER12772797

Clinical Study Report
Study code: D1447C00127

**Figure 4          Patient disposition (completion or discontinuation)**



QTP quetiapine.  LI Lithium. VAL Valproate.
Note:  "Completed treatment" was defined as completing maximum 104 weeks of randomized treatment or remaining on randomized
        treatment until study was terminated by AstraZeneca.
Data derived from Table 11.1- 1 and Table 11.1- 2

CONFIDENTIAL
AZSER12772798

Clinical Study Report
Study code: D1447C00127

The randomization rate was similar with regards to index episode (Figure 5), thus no bias in the selection of patients to the randomized treatment phase was introduced regarding different types of index episode. Reasons for discontinuation during open label treatment were similar regarding type of index episode (see Table 15), with the most common reasons being "Adverse events" (range 19.2% to 22.9% in the different types of index episode) and "Subject lost to follow up" (range 15.4% to 17.3% in the different types of index episode).

In the randomized patients, the number of discontinuations due to a mood event was 63 (20.3%) in the quetiapine group compared to 163 (52.1%) in the placebo group (see Table 11.1- 2 and the lower portion of Figure 4). Of the 247 remaining patients in the quetiapine group, 35 were discontinued due to "Adverse event" and 32 were discontinued due to "Subject not willing to continue". Of the 150 remaining patients in the placebo group, 26 were discontinued due to "Subject not willing to continue" and 25 were discontinued due to "Subject lost to follow up", although investigators were explicitly instructed to attempt followup in order to rule out hidden mood events in those patients. "Lack of therapeutic response" was uncommon in both treatment groups, as expected: worsening of symptoms was recorded as a mood event, which led to discontinuation.

The total of 43 patients who discontinued randomized treatment due to an AE (35 patients in the quetiapine group and 8 patients in the placebo group, as shown in Figure 4) includes events that began before the first dose of randomized treatment (ie, was ongoing at randomization) and events that emerged during randomized treatment, plus 2 patients in the quetiapine group (E0048027 and E0080016) for whom an abnormal ECG reading and an increased triglyceride level, respectively, were originally reported as AEs but later determined not to be AEs. In addition, 1 patient in the quetiapine group (E0119018) is presented in Figure 4 as discontinued from randomized treatment with an AE given as the reason for discontinuation. The onset of this AE ("weight increased") was 5 days prior to the first dose of open-label treatment and this AE is therefore not included in any table summarizing discontinuations from treatment due to AE (DAE) based on registrations in the AE log module in the CRF.

Patients prematurely discontinued from the randomized treatment phase are summarized by index episode in Table 11.1- 3, and by assigned mood stabilizer in Table 11.1- 4.

## 6.3    Protocol deviations

The numbers of patients with major protocol violations and deviations leading to exclusion from the PP population during the Randomized treatment phase in each treatment group are summarized in Table 16.

**Table 16    Patient populations, randomized treatment phase**

|  | QTP+LI/VAL n (%) | PLA+LI/VAL n (%) | Total n (%) |
|---|---|---|---|
| ALL PATIENTS RANDOMIZED [a] | 314 (100.0) | 314 (100.0) | 628 (100.0) |
| EXCLUDED FROM SAFETY POPULATION | 4 ( 1.3) | 1 ( 0.3) | 5 ( 0.8) |

126

CONFIDENTIAL
AZSER12772799

Clinical Study Report
Study code: D1447C00127

**Table 16        Patient populations, randomized treatment phase**

| | QTP+LI/VAL n (%) | PLA+LI/VAL n (%) | Total n (%) |
|---|---|---|---|
| ....NO STUDY DRUG RECEIVED AFTER RANDOMIZATION | 4 ( 1.3) | 1 ( 0.3) | 5 ( 0.8) |
| SAFETY POPULATION | 310 ( 98.7) | 313 ( 99.7) | 623 ( 99.2) |
| EXCLUDED FROM ITT POPULATION | 0 | 0 | 0 |
| ITT POPULATION | 310 ( 98.7) | 313 ( 99.7) | 623 ( 99.2) |
| EXCLUDED FROM PP POPULATION | 65 ( 20.7) | 82 ( 26.1) | 147 ( 23.4) |
| ....RECEIVED <75% OF RANDOMIZED TREATMENT | 16 ( 5.1) | 29 ( 9.2) | 45 ( 7.2) |
| ....INCORRECT RANDOMIZED TRIAL MEDICATION | 0 | 0 | 0 |
| ....REPLACEMENT OF OPEN-LABEL QTP NOT COMPLETED WITHIN 14 DAYS AFTER RANDOMIZATION | 1 ( 0.3) | 0 | 1 ( 0.2) |
| ....RANDOMIZED QTP >800 MG/DAY | 15 ( 4.8) | 15 ( 4.8) | 30 ( 4.8) |
| ....RANDOMIZED QTP <400 MG/DAY AFTER TITRATION PERIOD | 5 ( 1.6) | 9 ( 2.9) | 14 ( 2.2) |
| ....MOOD STABILIZER CONCENTRATION NOT WITHIN RANGE | 22 ( 7.0) | 22 ( 7.0) | 44 ( 7.0) |
| ....OTHER IMPORTANT PROTOCOL VIOLATION/DEVIATION | 21 ( 6.7) | 28 ( 8.9) | 49 ( 7.8) |
| PP POPULATION | 245 ( 78.0) | 231 ( 73.6) | 476 ( 75.8) |

a Patients who met all of the inclusion criteria and none of the exclusion criteria at randomization.
ITT Intent-to-treat.  N Number of patients. PP Per protocol.
Note: Percentages are calculated as n/N.
/csre/dev/seroquel/d1447c00127/sp/output/tlf/t110106.rtf  dem207.sas  02FEB2007:23:29  luchen
Table corresponds to Table 11.1- 6

The numbers of patients with major protocol violations and deviations leading to exclusion from the PP population during the randomized treatment phase in each treatment group were similar across treatment groups.  Of the 628 randomized patients, there were 5 patients (4 assigned to the quetiapine group and 1 assigned to placebo) whose study records indicated that they did not receive any randomized study medication after randomization; these patients were excluded from the randomized safety and ITT populations.

Of the 49 patients excluded from the per-protocol population for "other important protocol deviation", 28 did not meet the criteria for stable disease (YMRS ≤12 and MADRS ≤12 assessed at a minimum of 4 consecutive visits spanning at least 12 weeks, with a single excursion – see Section 5.3.3.1).  These patients were similarly distributed across treatment groups (12 in the quetiapine group and 16 in the placebo group, as shown in Listing 12.2-2).

## 6.4    Patient populations analyzed (analysis sets)

The analysis sets and the number of patients in each analysis set are summarized in Figure 5. Definitions of the analysis sets are given in Section 5.7.3.

127

CONFIDENTIAL
AZSER12772800

Clinical Study Report
Study code: D1447C00127

**Figure 5**          Analysis sets



QTP  quetiapine. LI  Lithium. VAL  Valproate ITT  Intent-to-treat. n  Number of patients. PP  Per protocol.
Data derived from Table 11.1- 5).

128

CONFIDENTIAL
AZSER12772801

Clinical Study Report
Study code: D1447C00127

A total of 1953 patients were enrolled, of whom 15 were excluded from the open-label safety population as they took no open-label treatment (see Figure 5 and Table 11.1- 5).  A total of 628 patients were randomized, 314 (50.0%) to quetiapine treatment and 314 (50.0%) to placebo treatment.  Of the 628 randomized patients, 5 patients (0.8%) did not receive study drug after randomization and were excluded from the randomized safety population.  No additional randomized patients were excluded from the ITT population, so the randomized safety population and ITT population consisted of the same 623 patients, 310 patients in the quetiapine treatment group and 313 in the placebo group.

Of the 623 patients in the ITT population, 147 patients (23.4% of the ITT population) were excluded from the PP population due to protocol deviations as described in Section 5.7.3 and detailed in the statistical analysis plan.  Of the 147 patients excluded from the PP population, 65 patients in the quetiapine group (20.7% of the quetiapine treatment group) were excluded from the PP population, compared to 82 patients in the placebo group (26.1% of the placebo group).  Thus, the PP population consisted of 245 patients in the quetiapine group, and 231 patients in the placebo group.

## 6.5     Demographic and other patient characteristics

The demographic and key baseline characteristics of the patients evaluable for the primary analysis of efficacy in the randomized treatment phase (the ITT population) are summarized in Table 17.

**Table 17        Demographic characteristics at randomization (ITT population)**

|  |  | QTP+ LI/VAL (N=310) | PLA+ LI/VAL (N=313) | Total (N=623) |
|---|---|---|---|---|
| SEX N (%) | Male | 151 ( 48.7) | 145 ( 46.3) | 296 ( 47.5) |
|  | Female | 159 ( 51.3) | 168 ( 53.7) | 327 ( 52.5) |
|  |  |  |  |  |
| AGE (YEARS) [a] | N [b] | 310 | 313 | 623 |
|  | Mean(SD) | 40.59(11.698) | 39.61(11.718) | 40.10(11.709) |
|  | Median | 42.00 | 39.00 | 40.00 |
|  | Min to max | 18 to 75 | 19 to 74 | 18 to 75 |
|  |  |  |  |  |
| AGE DISTRIBUTION N (%) [a] | 18-39 | 136 ( 43.9) | 165 ( 52.7) | 301 ( 48.3) |
|  | 40-65 | 171 ( 55.2) | 144 ( 46.0) | 315 ( 50.6) |
|  | >65 | 3 ( 1.0) | 4 ( 1.3) | 7 ( 1.1) |
|  |  |  |  |  |
| RACE N (%) | Caucasian | 248 ( 80.0) | 261 ( 83.4) | 509 ( 81.7) |
|  | Black | 46 ( 14.8) | 34 ( 10.9) | 80 ( 12.8) |
|  | Oriental | 4 ( 1.3) | 3 ( 1.0) | 7 ( 1.1) |

129

CONFIDENTIAL
AZSER12772802

Clinical Study Report
Study code: D1447C00127

**Table 17**  **Demographic characteristics at randomization (ITT population)**

| | | QTP+ LI/VAL (N=310) | PLA+ LI/VAL (N=313) | Total (N=623) |
|---|---|---|---|---|
| | Other | 12 ( 3.9) | 15 ( 4.8) | 27 ( 4.3) |
| WEIGHT (KG) | N [b] | 310 | 313 | 623 |
| | Mean(SD) | 94.28(22.055) | 91.15(19.471) | 92.71(20.839) |
| | Median | 92.60 | 89.70 | 91.00 |
| | Min to max | 46 to 182 | 50 to 170 | 46 to 182 |
| BMI (KG/M$^2$) | N [b] | 310 | 312 | 622 |
| | Mean(SD) | 32.35(7.198) | 31.47(6.634) | 31.91(6.930) |
| | Median | 31.00 | 30.95 | 31.00 |
| | Min to max | 18 to 57 | 19 to 56 | 18 to 57 |
| BMI DISTRIBUTION N (%) | <18.5 | 1 ( 0.3) | 0 | 1 ( 0.2) |
| | 18.5 to <25 | 40 ( 12.9) | 56 ( 17.9) | 96 ( 15.4) |
| | 25 to <30 | 89 ( 28.7) | 80 ( 25.6) | 169 ( 27.1) |
| | 30 to <40 | 141 ( 45.5) | 144 ( 46.0) | 285 ( 45.7) |
| | >=40 | 39 ( 12.6) | 32 ( 10.2) | 71 ( 11.4) |
| | Missing | 0 | 1 ( 0.3) | 1 ( 0.2) |

[a]  At enrollment.
[b]  Number of patients with non-missing observations.
ITT Intent-to-treat. PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group.
n Number of patients.
/csre/dev/seroquel/d1447c00127/sp/output/tlf/t110107.rtf  dem208.sas  17JAN2007:14:59  luchen
Table corresponds to Table 11.1- 7.

There were no major imbalances between the treatment groups with regards to demography that could have a potential influence on the results and their interpretation (Table 17).  The mean age in the ITT population was about 40 years old and well balanced with regard to gender.  They were predominantly Caucasian (about 82%), and about 13% were Black. Overall, the mean weight of the ITT population at randomization was 92.7 kg, and the mean BMI was 31.9 kg/m$^2$.  The quetiapine treatment group was similar in age to the placebo group and slightly heavier (mean weight 94.3 kg compared to 91.2 kg).

The demographic and key baseline characteristics of the randomized safety and PP populations in the randomized treatment phase are summarized in Table 11.1- 8 and Table 11.1- 9, respectively.  The randomized safety population was comprised of the same patients as the ITT population, thus the demographic characteristics of the two populations were

130

CONFIDENTIAL
AZSER12772803

Clinical Study Report
Study code: D1447C00127

identical.. For the PP population (see Table 11.1- 9), the demographic characteristics were
very simlar to the ITT population.

There were no major imbalances between quetiapine and placebo treated patients at
randomization with regards to demographic characteristics when summarized by mood
stabilizer, by index episode or by sex (see Table 11.1- 10, Table 11.1- 11, and Table 11.1- 12,
respectively).

The characteristics of the current bipolar I disorder of the ITT population are summarized in
Table 18.

### Table 18        Disease characteristics (current) (ITT population)

|  |  | QTP+ LI/VAL (N=310) | PLA+ LI/VAL (N=313) | Total (N=623) |
|---|---|---|---|---|
| YMRS AT RANDOMIZATION | N [a] | 310 | 313 | 623 |
|  | Mean(SD) | 3.56(3.143) | 3.53(3.148) | 3.55(3.143) |
|  | Median | 3.00 | 3.00 | 3.00 |
|  | Min to max | 0 to 15 | 0 to 13 | 0 to 15 |
| MADRS AT RANDOMIZATION | N [a] | 310 | 313 | 623 |
|  | Mean(SD) | 4.99(3.677) | 4.55(3.588) | 4.77(3.636) |
|  | Median | 4.00 | 4.00 | 4.00 |
|  | Min to max | 0 to 18 | 0 to 12 | 0 to 18 |
| ASSIGNED MOOD STABILIZER N (%) | Lithium | 131 ( 42.3) | 134 ( 42.8) | 265 ( 42.5) |
|  | Valproate | 179 ( 57.7) | 179 ( 57.2) | 358 ( 57.5) |
| DSM-IV DIAGNOSIS OF BIPOLAR I DISORDER, MOST RECENT EPISODE N (%) | Manic | 63 ( 20.3) | 84 ( 26.8) | 147 ( 23.6) |
|  | Depressed | 104 ( 33.5) | 87 ( 27.8) | 191 ( 30.7) |
|  | Mixed | 143 ( 46.1) | 142 ( 45.4) | 285 ( 45.7) |
| WITH RAPID CYCLING COURSE N (%) [b] | UNKNOWN | 1 ( 0.3) | 1 ( 0.3) | 2 ( 0.3) |
|  | NO | 156 ( 50.3) | 147 ( 47.0) | 303 ( 48.6) |
|  | YES | 153 ( 49.4) | 165 ( 52.7) | 318 ( 51.0) |
| TIME FROM ONSET OF INDEX EPISODE TO RANDOMIZATION (DAYS) | N [a] | 309 | 312 | 621 |
|  | Mean(SD) | 254.27(232.072) | 233.61(159.333) | 243.89(198.988) |
|  | Median | 215.00 | 206.00 | 210.00 |
|  | Min to max | 75 to 3222 | 51 to 2014 | 51 to 3222 |

131

CONFIDENTIAL
AZSER12772804

| Table 18 | Disease characteristics (current) (ITT population) | | | |
|---|---|---|---|---|
| | | QTP+ LI/VAL (N=310) | PLA+ LI/VAL (N=313) | Total (N=623) |

[a]  Number of patients with non-missing observations.
[b]  Having at least 4 mood episodes in the previous twelve months prior to enrollment.
ITT Intent-to-treat.   MADRS Montgomery-Asberg depression rating scale.  YMRS Young mania rating scale.  PLA Placebo.
QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group. n Number of patients
DSM-IV Diagnostic and statistical manual of mental disorders – fourth edition.
/csre/dev/seroquel/d1447c00127/sp/output/tlf/t110113.rtf  dsm201.sas  17JAN2007:15:00  luchen
Table corresponds to Table 11.1- 13.

The quetiapine and placebo treatment groups were generally similar with respect to current disease characteristics (Table 18).

Mean YMRS and MADRS scores in the randomized ITT population fell from 12.7 and 17.7, respectively, at enrolment (Table 11.1- 26), to 3.6 and 4.8 respectively at randomization. These data indicate that this population became stable on open-label quetiapine with mood stabilizer (lithium or valproate) by the time of randomization.

For patients with a manic index episode, mean YMRS score at enrolment was 17.9 (see Table 11.2.10- 2).  For patients with a depressed index episode, mean MADRS score at enrolment was 24.2 (see Table 11.2.10- 6).  For patients with a mixed index episode, mean scores at enrolment were 15.7 for YMRS and 21.0 for MADRS (see Table 11.2.10- 2 and Table 11.2.10- 6).

The mean time in the ITT population since onset of the index episode was 244 days.  The most common index episode for the ITT population was mixed mood, and 51.0% of the ITT population was classified as rapid cyclers.

Historical disease characteristics in the ITT population are summarized by randomized treatment group in Table 19.

| Table 19 | Disease characteristics (historical) (ITT population) | | | |
|---|---|---|---|---|
| | | QTP+ LI/VAL (N=310) | PLA+ LI/VAL (N=313) | Total (N=623) |
| AGE AT FIRST KNOWN BIPOLAR EPISODE | N [a] | 309 | 313 | 622 |
| | Mean(SD) | 22.23(10.857) | 21.79(10.174) | 22.01(10.513) |
| | Median | 19.00 | 19.00 | 19.00 |
| | Min to max | 3 to 70 | 1 to 59 | 1 to 70 |
| YEARS SINCE FIRST KNOWN BIPOLAR EPISODE [b] | N [a] | 309 | 313 | 622 |

132

CONFIDENTIAL
AZSER12772805

Clinical Study Report
Study code: D1447C00127

**Table 19          Disease characteristics (historical) (ITT population)**

|  |  | QTP+ LI/VAL (N=310) | PLA+ LI/VAL (N=313) | Total (N=623) |
|---|---|---|---|---|
|  | Mean(SD) | 18.94(11.928) | 18.30(11.569) | 18.62(11.744) |
|  | Median | 16.00 | 16.00 | 16.00 |
|  | Min to max | 1 to 55 | 0 to 56 | 0 to 56 |
| TOTAL DEPRESSED EPISODES DURING PAST YEAR [b] | N [a] | 309 | 308 | 617 |
|  | Mean(SD) | 3.54(9.671) | 3.07(6.065) | 3.31(8.072) |
|  | Median | 2.00 | 2.00 | 2.00 |
|  | Min to max | 0 to 120 | 0 to 60 | 0 to 120 |
| TOTAL MANIC OR MIXED EPISODES DURING PAST YEAR [b] | N [a] | 309 | 311 | 620 |
|  | Mean(SD) | 4.38(11.000) | 3.59(7.203) | 3.98(9.293) |
|  | Median | 2.00 | 2.00 | 2.00 |
|  | Min to max | 0 to 120 | 0 to 99 | 0 to 120 |
| TOTAL BIPOLAR EPISODES DURING PAST YEAR [b] | N [a] | 309 | 312 | 621 |
|  | Mean(SD) | 7.92(19.623) | 6.61(11.392) | 7.26(16.026) |
|  | Median | 3.00 | 4.00 | 4.00 |
|  | Min to max | 0 to 240 | 0 to 102 | 0 to 240 |

[a]  Number of patients with non-missing observations.
[b]  Up to enrollment.
ITT Intent-to-treat. PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group.
/csre/dev/seroquel/d1447c00127/sp/output/tlf/t110119.rtf  hisp201.sas  17JAN2007:15:02  luchen
Table corresponds to Table 11.1- 19.

The quetiapine and placebo treatment groups were well matched with respect to most of the historical disease characteristics (Table 19). Both groups had a similar median number of bipolar episodes during the past year (3 in the quetiapine group and 4 in the placebo group). The median number of depressed and manic or mixed episodes during the past year was also similar between treatment groups.

The disease characteristics (current and historical) of the randomized safety and PP populations in the randomized treatment phase are summarized in Table 11.1- 14, Table 11.1- 15, Table 11.1- 20, and Table 11.1- 21. The randomized safety population was the same patients as the ITT populations, so their characteristics were identical. The ITT and PP populations were similar on both current and historical disease characteristics.

133

CONFIDENTIAL
AZSER12772806

Clinical Study Report
Study code: D1447C00127

There were no major imbalances between quetiapine and placebo treated patients at randomization with regards to disease characteristics (current and historical) when summarized by mood stabilizer, by index episode, or by sex (see Table 11.1- 16, Table 11.1- 17, Table 11.1- 18, Table 11.1- 22, Table 11.1- 23, and Table 11.1- 24).

The randomized safety and ITT populations were similar in demographic and disease characteristics (historical and current) to the population enrolled in the open-label phase. At enrollment, the randomized safety and ITT populations were numerically older (mean 40.1 years compared to 38.1 years) and heavier (mean 88.2 kg compared to 86.4 kg) than all patients enrolled. The small differences were not considered to be clinically meaningful or potentially affect the interpretation of randomized efficacy or safety data. The randomization rate was similar across index episodes: the percentage of patients with a manic index episode was 21.7% at enrolment and 23.6% at randomization, while for patients with a depressed index episode, the corresponding percentages were 34.1% and 30.7%, and for patients with a mixed index episode, 44.3% and 45.7% (Table 11.1- 26). Hence, in terms of demographic and disease characteristics, no major differences were introduced in the selection of patients into the randomized treatment phase (Table 11.1- 25, Table 11.1- 26, and Table 11.1- 27).

## 6.6     Treatment compliance and use of concomitant medication

### 6.6.1     Treatment compliance

Compliance was similar for both treatment groups in the randomized safety population: 294 (94.8%) patients in the quetiapine treatment group were compliant, compared with 284 (90.7%) in the placebo treatment group (Table 11.1- 28). Compliance data is shown for the ITT population in Table 11.1- 29, and for the open-label safety population in Table 11.1- 30. Data for the ITT population is identical to the randomized safety population because both populations are comprised of the same patients. Compliance by the open-label safety population was similar to the randomized safety and ITT populations, with 1714 (88.4%) patients being compliant during open-label treatment.

### 6.6.2     Concomitant medication at study entry

All medications patients reported receiving before start of administration of the study drug in the open-label treatment phase are summarized in Table 11.1- 31 (by generic name) and in Table 11.1- 32 (by class of medication and generic name).

The psychoactive medications patients reported receiving before start of administration of the study drug in the open-label treatment phase are summarized in Table 20.

| Table 20 | Psychoactive medications used at enrollment (Open-label safety population) | |
| --- | --- | --- |
| | QTP+LI/VAL N= 1938 | |
| CLASSIFICATION | n | (%) |
| ANTIDEPRESSANTS | 417 | 21.5 |

134

CONFIDENTIAL
AZSER12772807

**Table 20**  **Psychoactive medications used at enrollment (Open-label safety population)**

| CLASSIFICATION | QTP+LI/VAL N= 1938 | |
|---|---|---|
| | n | (%) |
| -SSRI | 209 | 10.8 |
| -SNRI | 85 | 4.4 |
| -OTHER | 178 | 9.2 |
| ANXIOLYTICS/HYPNOTICS | 1 | 0.1 |
| MOOD STABILIZERS | 1124 | 58.0 |
| -LITHIUM | 460 | 23.7 |
| -VALPROATE | 622 | 32.1 |
| -LAMOTRIGINE | 53 | 2.7 |
| -OTHER | 78 | 4.0 |
| ANTIPSYCHOTICS | 126 | 6.5 |
| -ATYPICAL | 118 | 6.1 |
| -TYPICAL | 8 | 0.4 |
| NONE | 676 | 34.9 |

N Number of patients in treatment group. n Number of patients in analysis subset. QTP Quetiapine. SSRI Selective serotonin reuptake inhibitor. SNRI Selective norepinephrine reuptake inhibitor.
Note: Patients with multiple use falling under the same classification are counted only once in that classification total.
/csre/dev/seroquel/d1447c00127/sp/output/tlf/t110133.rtf  med201.sas  02FEB2007:23:35  luchen
Table corresponds to Table 11.1- 33.

The majority of enrolled patients (65.1%) were on some form of psychoactive medication at enrollment into the study, most (58.0%) on mood stabilizing medication (Table 20).

**6.6.3    Concomitant medication during the open-label treatment phase**

Permitted, restricted, and prohibited medications during the study are presented in Table 5. No more than 2 mg of lorazepam per day and no psychoactive or antipsychotic drugs other than those specifically allowed during the study (ie, quetiapine, assigned mood stabilizer, and zolpidem tartrate) were permitted during the last 12 weeks prior to randomization and during the randomized treatment phase. Depot antipsychotic drugs were prohibited from 16 weeks prior to randomization.

The mean median (mean of intraindividual medians) serum concentration levels of lithium or valproate (see Table 11.1- 34) were within the predefined range during the open-label treatment phase; 0.6 mEq/L for lithium and 62.1 µg/mL for valproate.  The use of specific concomitant medications during the open-label treatment phase is summarized in Table 11.1- 35 (lorazepam), Table 11.1- 36 (sleep medication), Table 11.1- 37 (anticholinergics), and in Table 11.1- 38 (other psychoactive medications).  The use of all concomitant medications is summarized for the entire open-label treatment phase in Table 11.1- 39 (by generic name) and in Table 11.1- 40 (by class of medication and generic name).

135

Clinical Study Report
Study code: D1447C00127

During the last 12 weeks prior to randomization in patients in the randomized ITT population, the mean median serum concentration levels of lithium or valproate (see Table 11.1- 41) were within the predefined range; 0.8 mEq/L for lithium and 68.8 μg/mL for valproate.  The use of specific concomitant medications during the last 12 weeks prior to randomization is summarized in Table 11.1- 42 (lorazepam), Table 11.1- 43 (sleep medication), and Table 11.1- 44 (anticholinergic drugs).

Very few patients in the randomized ITT population were treated with other psychoactive drugs during last 12 weeks prior to randomization: 16 patients (2.6%), with antidepressants, and 3 patients (0.5%), with other antipsychotics, as shown in Table 11.1- 45.  The majority of patients who received these medications did so in the first month of open-label treatment, and stopped receiving them >60 days before randomization.  The use of all concomitant medications during the last 12 weeks prior to randomization is summarized in Table 11.1- 46 (by generic name) and in Table 11.1- 47 (by class of medication and generic name) for patients in the randomized ITT population.

## 6.6.4      Concomitant medication during randomized treatment phase

Permitted, restricted, and prohibited medications during the study are presented in Table 5.

All concomitant medications received during the randomized treatment phase are summarized in Table 11.1- 48 (by generic name) and in Table 11.1- 49 (by class of medication and generic name).

(a)      Assigned mood stabilizer

Descriptive statistics for intra-individual median serum concentration levels of the assigned mood stabilizers during randomized treatment phase are summarized in Table 21.

**Table 21       Serum concentration of assigned mood stabilizer during randomized treatment phase (ITT population)**

|  |  | QTP+LI/VAL (N=310) | PLA+LI/VAL (N=313) |
|---|---|---|---|
| MEDIAN SERUM LITHIUM CONCENTRATION (mEq/L) | N [a] | 128 | 130 |
|  | Mean(SD) | 0.74(0.216) | 0.71(0.222) |
|  | Median | 0.76 | 0.71 |
|  | Min to max | 0.23 to 1.20 | 0.25 to 1.32 |
| MEDIAN SERUM VALPROATE CONCENTRATION (ug/ml) | N [a] | 174 | 174 |
|  | Mean(SD) | 68.91(22.340) | 71.38(24.944) |
|  | Median | 69.50 | 69.75 |
|  | Min to max | 12.00 to 124.00 | 17.00 to 217.00 |

[a]  Number of patients with non-missing observations.
ITT Intent-to-treat. PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group.

CONFIDENTIAL
AZSER12772809

Clinical Study Report
Study code: D1447C00127

/csre/dev/seroquel/d1447c00127/sp/output/tlf/t110150.rtf  med215.sas  02FEB2007:23:38  luchen
Table corresponds to Table 11.1- 50.

The median serum concentration levels of lithium or valproate during the randomized treatment phase were within the predefined range (Table 21).  No major differences in median serum lithium or valproate concentrations between randomized treatment groups were observed: mean median serum lithium was between 0.71 and 0.74 mEq/L in both treatment groups, and mean median serum valproate was 68.9 μg/ml in the quetiapine treatment group compared to 71.4 μg/ml in the placebo group.

(b)        Lorazepam

Data on lorazepam use during randomized treatment are presented in Table 11.1- 51.  There was no major difference between the treatment groups in the percentage of patients receiving at least 1 dose of lorazepam at any time during randomized treatment (20.0%% and 21.7%, respectively).

(c)        Sleep medication

Data on sleep medication use during randomized treatment are presented in Table 11.1- 52. Sleep medication was less frequently used in the quetiapine group than in the placebo group (4.5% and 13.4% of patients, respectively, received at least 1 dose of sleep medication at any time during randomized treatment).

(d)        Anticholinergics

Data on anticholinergic medication use during randomized treatment are presented in Table 11.1- 53, Table 11.1- 54, Table 11.1- 55 and Table 11.1- 56.  No major differences were observed between the randomized treatment groups in the percentage of patients who received at least 1 dose of anticholinergics to treat symptoms of EPS at any time during randomized treatment (2.6% in the quetiapine group and 3.8% in the placebo group).

## 6.7        Conclusions on study patients

The 226 patients with bipolar I disorder experiencing a recurrence of a mood event (manic or depressed) within 104 weeks of randomization in this study was sufficient to meet the design requirements for statistical power.  The randomized patients were representative of the general bipolar I population, and the 2 treatment groups were well matched in number and in demographic and baseline disease characteristics.

Although the randomization rate was lower than originally assumed, the population enrolled to the open-label phase was similar in demographic and baseline disease characteristics to the population that was randomized.  At enrollment, the randomized safety and ITT populations were slightly older and heavier than all patients enrolled, but the small differences were not considered to be clinically meaningful or to potentially affect the interpretation of randomized efficacy or safety data.  The randomization rate was similar with regard to index episode, ie,

CONFIDENTIAL
AZSER12772810

Clinical Study Report
Study code: D1447C00127

the proportion of patients with each type of index episode in the randomized safety and ITT populations was similar to that observed in the enrolled population. Hence, in terms of demographic and disease characteristics, no major differences were introduced in the selection of patients into the randomized treatment phase.

Patients entering the randomized phase were generally clinically stable during the last 12 weeks of the open-label phase. Mean YMRS and MADRS scores in the randomized ITT population fell from 12.7 and 17.7, respectively, at enrolment, to 3.6 and 4.8 respectively at randomization. These data indicate that this population became stable on open-label quetiapine with mood stabilizer (lithium or valproate) by the time of randomization. Only 28 patients in the randomized ITT population were excluded from the PP analysis for not having met the stability criteria. Also the use of prohibited psychoactive drugs during the 12 weeks before randomization was low.

Within the randomized ITT population, more patients in the quetiapine group than in the placebo group discontinued the study for a reason other than reaching a study endpoint (ie, having a recurrence of a mood event, being treated 104 weeks without a mood event, or the termination of the study when a total of 226 mood events was achieved). This apparent difference is related to attrition differences during randomized treatment, with efficacy in the quetiapine group preventing recurrence of a mood event compared to placebo. Many more patients discontinued in the placebo group due to a mood event compared to placebo, thus the percentages for "other than a mood event" are biased by the treatment difference in attrition due to mood events. Other than mood events, "Adverse event" was the main reason for withdrawal in the quetiapine treated group, while "Subject not willing to continue" was the most common reason in the placebo patients.

Compliance and concomitant medication usage was generally similar in each treatment group. There was no major difference between the treatment groups in the percentage of patients receiving lorazepam during randomized treatment, or the percentage of patients receiving anticholinergics to treat symptoms of EPS. Sleep medication was less frequently used in the quetiapine group than in the placebo group.

# 7.    EFFICACY AND PHARMACOKINETIC RESULTS

A summary of the efficacy results is given in Section 7.1. Full results are given in following sections, commencing with 7.2, and any issues potentially affecting these results are discussed in Section 7.6. Conclusions on efficacy are given in Section 7.7. The study did not include any pharmacokinetic measurements or analyses.

## 7.1    Summary of efficacy results

The main efficacy results, the analysis of time to recurrence of a mood event, are summarized in Table 22. The primary analysis is based on time to first recurrence of a mood event, and the statistical model used in this analysis is a Cox regression model. This model uses the primary variable (time to mood event) to estimate a hazard ratio, which is the outcome of the

CONFIDENTIAL
AZSER12772811

Clinical Study Report
Study code: D1447C00127

model.  Therefore, even though it is called "Analysis of time to recurrence of a mood event", no actual measure of time is presented in the primary analysis.  As a complement, Kaplan-Meier estimates and plots are provided in order to infer the time to mood events.

**Table 22          Summary of efficacy results (ITT population)**

|  | QTP + LI/VAL vs PLA + LI/VAL QTP N=310 / PLA N=313 |
|---|---|
| Analysis of time to recurrence of a mood event | |
| Hazard ratio | 0.32 |
| 95% CI | 0.24, 0.42 |
| p-value | <.0001 |
| Analysis of time to recurrence of a manic event | |
| Hazard ratio | 0.30 |
| 95% CI | 0.18, 0.49 |
| p-value | <.0001 |
| Analysis of time to recurrence of a depressed event | |
| Hazard ratio | 0.33 |
| 95% CI | 0.23, 0.48 |
| p-value | <.0001 |

ITT Intent-to-treat. PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group.
/csre/dev/seroquel/d1447c00127/sp/output/tlf/t11020101.rtf  mood201.sas  17JAN2007:15:07  luchen
Table corresponds to Table 11.2.1- 1.

In patients with bipolar I disorder, quetiapine as adjunct with a mood stabilizer (lithium or valproate) significantly increased the time to recurrence of a mood event compared to placebo adjunct with a mood stabilizer (hazard ratio 0.32, corresponding to a risk reduction of 68%, $p<0.0001$).  The demonstrated efficacy of quetiapine was not restricted to any specific subgroup (assigned mood stabilizer, age, sex, race, index episode, or episode cycling frequency) and the results in the primary ITT population were supported by the results in the PP population.  Likewise, quetiapine significantly increased the time to recurrence of a manic episode (hazard ratio 0.30, a risk reduction of 70%, $p<0.0001$) and time to recurrence of a depressed episode (hazard ratio 0.33, a risk reduction of 67%, $p<0.0001$) compared to placebo.  In the period from randomization up to (but not including) the recurrence of a mood event, quetiapine was effective in suppressing manic and depressed symptoms, as assessed by the YMRS and MADRS scores, respectively.  However, the effect of quetiapine on psychotic symptoms, level of functioning, and quality of life were inconclusive (not statistically significant), as assessed by the PANSS-P, SDS, and  PWGB scores, respectively.  The CGI-BP scores provided further evidence that maintenance treatment with quetiapine was more efficacious than placebo in suppressing overall bipolar symptoms, mania symptoms, and depressed symptoms.

139

CONFIDENTIAL
AZSER12772812

Clinical Study Report
Study code: D1447C00127

Table 23 shows where the data supporting efficacy, including the patient reported outcomes measures, are presented.

**Table 23      Location of supporting data on efficacy and patient reported outcomes**

| Data | Location | |
|---|---|---|
| | Summary tables (Section 11.2) | Individual patient data (Appendix 12.2.6) |
| **Primary outcome variable** | | |
| Time to recurrence of a mood event (ITT) | Table 11.2.1- 1, Table 11.2.1- 2, Table 11.2.1- 3, Table 11.2.1- 4 Table 11.2.1- 7, Table 11.2.1- 8, Table 11.2.1- 9, Table 11.2.1- 14, Figure 11.2.1- 1 | Appendix 12.2.6 |
| **Secondary outcome variables** | | |
| Recurrence of a mood event | | Appendix 12.2.6 |
| - Time to recurrence of a mood event (PP) | Table 11.2.1- 9 Table 11.2.1- 5 | |
| - Patients fulfilling different mood event criteria | Table 11.2.1- 6 | |
| - Time to recurrence of a mood event in subgroups | Table 11.2.1- 10 | |
| - Incidence of mood events prior to week 28 and week 52 | Table 11.2.1- 11, Figure 11.2.1- 2 | |
| - Time to all-cause discontinuation | | |
| Recurrence of a manic event | | Appendix 12.2.6 |
| - Time to recurrence of a manic event | Table 11.2.2- 1, Table 11.2.2- 2, Table 11.2.2- 3, Figure 11.2.2- 1 | |
| - Patients fulfilling different manic event criteria | Table 11.2.2- 4 | |
| - Incidence of manic events prior to week 28 and week 52 | Table 11.2.2- 5 | |
| Recurrence of a depressed event | | Appendix 12.2.6 |
| - Time to depressed event | Table 11.2.3- 1, Table 11.2.3- 2, Table 11.2.3- 3, Figure 11.2.3- 1 | |
| - Patients fulfilling different depressed event criteria | Table 11.2.3- 4 | |

140

CONFIDENTIAL
AZSER12772813

Clinical Study Report
Study code: D1447C00127

**Table 23**          **Location of supporting data on efficacy and patient reported outcomes**

| Data | Location | |
|------|----------|---|
| | **Summary tables (Section 11.2)** | **Individual patient data (Appendix 12.2.6)** |
| - Incidence of depressed events prior to week 28 and week 52 | Table 11.2.3- 5 | |
| Recurrence of types of mood events by type of index mood event and assigned mood stabilizer | | Appendix 12.2.6 |
| - By type of index episode | Table 11.2.1- 12 | |
| - By type of index episode and assigned mood stabilizer | Table 11.2.1- 13 | |
| Severity of manic and depressive symptoms between mood events | | Appendix 12.2.6 |
| - YMRS total score and by item | Table 11.2.4- 1 to Table 11.2.4- 4, Table 11.2.10- 1 to Table 11.2.10- 4, Figure 11.2.4- 1 | |
| - MADRS total score and by item | Table 11.2.5- 1 to Table 11.2.5- 4, Table 11.2.10- 5 to Table 11.2.10- 8, Figure 11.2.5- 1 | |
| - CGI-BP Severity of illness | Table 11.2.6- 1 to Table 11.2.6- 15, Table 11.2.10- 9 to Table 11.2.10- 11, Figure 11.2.6- 1 to Figure 11.2.6- 3 | |
| - CGI-BP Global improvement | Table 11.2.6- 16 to Table 11.2.6- 30, Table 11.2.10- 12 to Table 11.2.10- 14, Figure 11.2.6- 4 to Figure 11.2.6- 6 | |
| Severity of psychotic symptoms between mood events | | Appendix 12.2.6 |
| - PANSS-P total score and by item | Table 11.2.7- 1 to Table 11.2.7- 4, Figure 11.2.7- 1 | |
| Level of functioning between mood events | | Appendix 12.2.6 |
| - SDS total score and by item | Table 11.2.8- 1 to Table 11.2.8- 5, Figure 11.2.8- 1 | |
| Improving Quality of life (QOL) | | Appendix 12.2.6 |
| - PGWB total score, by domain, and by item | Table 11.2.9- 1 to Table 11.2.9- 5, Figure 11.2.9- 1 | |

CONFIDENTIAL
AZSER12772814

Clinical Study Report
Study code: D1447C00127

## 7.2    Efficacy results

### 7.2.1    Recurrence of bipolar symptoms, randomized treatment phase

#### 7.2.1.1    Recurrence of a mood event

**Primary outcome variable: Time to recurrence of a mood event**

Time to recurrence of a mood event is presented as Kaplan-Meier curves in Figure 6, Kaplan-Meier estimates of time to recurrence of a mood event are presented in Table 11.2.1- 2, and analysis of time to recurrence is presented in Table 24.

**Figure 6        Time to recurrence of a mood event, Kaplan Meier curves (ITT population)**



ITT  Intent-to-treat. PLA  Placebo. QTP  Quetiapine. LI  Lithium. VAL  Valproate.
Figure corresponds to Figure 11.2.1- 1.

The mood event rate was lower in the quetiapine treatment group than in the placebo treatment group during the entire randomized treatment phase, and there was no indication that the relative effect decreased over time.  The majority of mood events in the placebo group appeared after the first month of treatment, thus indicating that a rebound effect was not the main reason for the superiority of quetiapine.

142

CONFIDENTIAL
AZSER12772815

Clinical Study Report
Study code: D1447C00127

The primary efficacy analysis of the observations displayed in Figure 6, including hazard ratio, confidence interval, and p-value for the quetiapine treatment group versus the placebo treatment group is presented in Table 24.

**Table 24          Analysis of time to recurrence of a mood event (ITT population)**

|  | QTP + LI/VAL vs PLA + LI/VAL QTP N=310 / PLA N=313 |
|---|---|
| Hazard ratio | 0.32 |
| 95% CI | 0.24, 0.42 |
| p-value | <.0001 |

CI Confidence interval.  ITT Intent-to-treat. PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate.
N Number of patients in treatment group.
/csre/dev/seroquel/d1447c00127/sp/output/tlf/t11020104.rtf  mood203.sas  02FEB2007:23:39  luchen
Table corresponds to Table 11.2.1- 4

The Cox-proportional hazard analysis of time to recurrence of a mood event (Table 24) confirmed the observations shown by the Kaplan-Meier curves (Figure 6): quetiapine was superior to placebo when used as adjunct with lithium or valproate in increasing time to recurrence of a mood event (manic or depressed events).  The estimated hazard ratio (quetiapine versus placebo) was 0.32 (95% CI = 0.24 to 0.42, p<0.0001), corresponding to a risk reduction of 68%.

<u>Analyses supporting the primary analysis</u>

The results of the primary analysis of time to recurrence of a mood event were confirmed in sensitivity analyses using the stratified Cox model (p<0.0001, Table 11.2.1- 7) and a Log-rank test (p<0.0001, Table 11.2.1- 8) stratified by the assigned mood stabilizer.  The assumption of proportional hazard ratio used in the primary analysis was supported by 2 analyses.  Time was added as a covariate to the Cox model (Table 11.2.1- 14) and was not significant, indicating that the treatment effect was constant over time, ie, the proportional hazard assumption holds true.  In further support, the graphs in the Arjas plot (Figure 11.2.1- 3) did not appear to differ nonlinearly from the 45-degree line, and thus showed no deviation from proportionality, providing further confirmation that the proportional hazard assumption holds true.

Time to when 20% of patients experienced recurrence of a mood event was 220 days for the quetiapine treatment group and 29 days in the placebo treatment group (Table 11.2.1- 2).

The number of mood events during the randomized treatment phase was 63 (20.3%) and 163 (52.1%) in the quetiapine and placebo treatment groups, respectively (Table 11.2.1- 5).  The distribution of the 4 potential components that defined mood event criteria (initiation of medication, hospitalization, YMRS≥20 or MADRS≥20, or discontinuation) was similar between treatment groups.  Of the 63 patients with a mood event in the quetiapine group, 46 patients (73.0%) met the scale criteria for a mood event (YMRS≥20 or MADRS≥20); while of

143

Clinical Study Report
Study code: D1447C00127

the 163 patients with a mood event in the placebo group, 108 patients (66.3%) met the scale criteria for a mood event.

The efficacy of quetiapine demonstrated in the primary analysis of time to recurrence of a mood event was not restricted to any specific subgroup (as demonstrated in Table 11.2.1- 6); ie, by mood stabilizer, sex, age, race, index episode, or episode cycling frequency.  The hazard ratio for each subgroup ranged from 0.25 to 0.47, and the upper limit of the 95% CI for each subgroup was below 1.0 for all groups except those with very small sample sizes (Black race, Other race, Age >65 years).

The superiority of quetiapine demonstrated for the ITT population in the analysis of time to recurrence of a mood event was supported by the results in the PP population (Table 11.2.1-9), with hazard ratio of 0.29, and 95% CI: 0.21 to 0.41 (p<0.0001).

**Proportion of patients experiencing a mood event prior to week 28 and 52**

The analysis of the Kaplan-Meier estimates for patients' probability of being event-free at week 28 and week 52 for the quetiapine treatment group versus the placebo treatment group is shown in Table 25.

**Table 25        Probability of not achieving a mood event up to specified time point (Kaplan-Meier estimates) (ITT population)**

| Time to event | Statistics | QTP + LI/VAL N=310 | PLA + LI/VAL N=313 |
|---|---|---|---|
| Week 28 | KM Estimate (%) | 82.2 | 51.9 |
|  | p-value | <.0001 |  |
| Week 52 | KM Estimate (%) | 74.3 | 40.4 |
|  | p-value | <.0001 |  |

ITT Intent-to-treat. KM Kaplan-Meier. PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate.
N Number of patients in treatment group.
Note: p-value of comparison QTP+LI/VAL vs. PLA+LI/VAL based on the log-rank test of time to mood event from randomization to the specified time-point.
/csre/dev/seroquel/d1447c00127/sp/output/tlf/t11020103.rtf  mood217.sas  02FEB2007:23:39  luchen
Table corresponds to Table 11.2.1- 3

144

CONFIDENTIAL
AZSER12772817

There was a statistically significantly lower estimated mood event rate (calculated as [1-KM]x100) in the quetiapine group compared to the placebo group at week 28 (17.8% vs. 48.1%, p<0.0001) and 52 (25.7 vs. 59.6%, p<0.0001).  The results of this analysis were consistent with the Cox-proportional hazard analysis of time to recurrence of a mood event.

The exact proportions of patients experiencing a mood event prior to week 28 and 52 were also lower in the quetiapine treatment group compared to the placebo group at both time points (Table 11.2.1- 10).

**Time to all-cause discontinuation**

The time to all-cause discontinuation was increased in the quetiapine group compared to placebo patients as shown in Figure 7 and in Table 11.2.1- 11.

**Figure 7        Time to all cause discontinuation, Kaplan Meier curves (ITT population)**



ITT  Intent-to-treat. PLA  Placebo. QTP  Quetiapine. LI  Lithium. VAL  Valproate.
Figure corresponds to Figure 11.2.1- 2.

The time to all-cause discontinuation was greater in the quetiapine group at all time points during randomized treatment.  The Kaplan-Meier estimates of time to 50% all-cause

145

CONFIDENTIAL
AZSER12772818

Clinical Study Report
Study code: D1447C00127

discontinuation (see Table 11.2.1- 11) was 212 days in the quetiapine treatment group,
compared to 114 days in the placebo group.  These results were consistent with the results of
the Cox-proportional hazard analysis of time to recurrence of a mood event (Table 11.2.1- 7).

### 7.2.1.2   Recurrence of a manic event

**Time to recurrence of a manic event**

Time to recurrence of a manic event is presented as Kaplan-Meier curves in Figure 8, Kaplan-
Meier estimates of time to recurrence of a manic event are presented in Table 11.2.2- 1, and
analysis of time to recurrence is presented in Table 26.

**Figure 8**　　　**Time to recurrence of a manic event, Kaplan Meier curves (ITT
population)**



ITT  Intent-to-treat. PLA  Placebo. QTP  Quetiapine. LI  Lithium. VAL  Valproate.
Figure corresponds to Figure 11.2.2- 1.

The manic event rate was lower in the quetiapine treatment group than in the placebo
treatment group during the entire randomized treatment phase, and there was no indication
that the relative effect decreased over time.

146

CONFIDENTIAL
AZSER12772819

Clinical Study Report
Study code: D1447C00127

The primary efficacy analysis of the observations displayed in Figure 8, including hazard
ratio, confidence interval, and p-value for the quetiapine treatment group versus the placebo
treatment group is presented in Table 26.

**Table 26          Analysis of time to recurrence of a manic event (ITT population)**

|  | QTP + LI/VAL vs PLA + LI/VAL QTP N=310 / PLA N=313 |
|---|---|
| 95% CI | 0.18, 0.49 |
| Hazard ratio | 0.30 |
| p-value | <.0001 |

CI Confidence interval.  ITT Intent-to-treat. PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate.
N Number of patients in treatment group.
/csre/dev/seroquel/d1447c00127/sp/output/tlf/t11020203.rtf  mood212.sas  17JAN2007:15:07  luchen
Table corresponds to Table 11.2.2- 3.

The Cox-proportional hazard analysis of time to recurrence of a manic event (Table 26)
confirmed the observations shown by the Kaplan-Meier curves of manic events (Figure 8):
quetiapine used as adjunct with lithium or valproate was superior to placebo used as adjunct
with lithium or valproate in increasing time to recurrence of a manic event.  The estimated
hazard ratio (quetiapine versus placebo) was 0.30 (95% CI: 0.18 to 0.49, p<0.0001),
corresponding to a risk reduction of 70%.

The time to when 10% of patients experienced recurrence of a manic event was 283 days in
the quetiapine treatment group and 30 days in the placebo treatment group (Table 11.2.2- 1).

The numbers of patients with manic events throughout the study were 22 (7.1%) in the
quetiapine group and 61(19.5%) in the placebo group (Table 11.2.2- 4).  When examined
among patients with mood events, the distribution of the 4 different components of mood
event criteria (initiation of medication, hospitalization, YMRS≥20, or discontinuation) was
similar between treatment groups.

**Proportion of patients experiencing a manic event prior to week 28 and 52**

The analysis of the Kaplan-Meier estimates for patients' probability of being free from a
manic event at week 28 and week 52 for the quetiapine treatment group versus the placebo
treatment group is shown in Table 27.  Exact proportions of patients experiencing a manic
event prior to week 28 and 52 are presented in Table 11.2.2- 5.

147

CONFIDENTIAL
AZSER12772820

Clinical Study Report
Study code: D1447C00127

**Table 27**         **Probability of not achieving a manic event up to specified time point
(Kaplan-Meier estimates) (ITT population)**

| Time to event | Statistics | QTP + LI/VAL N=310 | PLA + LI/VAL N=313 |
|---|---|---|---|
| Week 28 | KM Estimate (%) | 94.1 | 80.0 |
|  | p-value | <.0001 |  |
| Week 52 | KM Estimate (%) | 89.8 | 70.3 |
|  | p-value | <.0001 |  |

ITT Intent-to-treat. KM Kaplan-Meier. PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate.
N Number of patients in treatment group.
Note: p-value of comparison QTP+LI/VAL vs. PLA+LI/VAL based on the log-rank test of time to manic event from randomization to the
specified time-point.
/csre/dev/seroquel/d1447c00127/sp/output/tlf/t11020202.rtf  mood218.sas  02FEB2007:23:39  luchen
Table corresponds to Table 11.2.2- 2.

At week 28, there was a statistically significantly lower estimated manic event in the
quetiapine group (5.9%) compared to the placebo group (20.0%, p<0.0001).  At week 52,
there was a statistically significantly lower estimated manic event rate in the quetiapine group
(10.2%) compared to the placebo group (29.7%, p<0.0001).

The exact proportions of patients experiencing a manic event prior to week 28 and 52 were
also lower in the quetiapine treatment group compared to the placebo group at both time
points (Table 11.2.2- 5).

### 7.2.1.3    Recurrence of a depressed event

**Time to recurrence of a depressed event**

Time to recurrence of a depressed event is presented as Kaplan-Meier curves in Figure 9,
Kaplan-Meier estimates of time to recurrence of a depressed event are presented in Table
11.2.3- 1, and analysis of time to recurrence is presented in Table 28.

CONFIDENTIAL
AZSER12772821

Clinical Study Report
Study code: D1447C00127

**Figure 9**    **Time to recurrence of a depressed event, Kaplan Meier curves (ITT population)**



ITT  Intent-to-treat. PLA  Placebo. QTP  Quetiapine. LI  Lithium. VAL  Valproate.
Figure corresponds to Figure 11.2.3- 1.

The depressed event rate was lower in the quetiapine treatment group than in the placebo treatment group during the entire randomized treatment phase, and there was no indication that the relative effect decreased over time.

The primary efficacy analysis of the observations displayed in Figure 9, including hazard ratio, confidence interval, and p-value for the quetiapine treatment group versus the placebo treatment group is presented in Table 28.

CONFIDENTIAL
AZSER12772822

Clinical Study Report
Study code: D1447C00127

**Table 28**              **Analysis of time to recurrence of a depressed event (ITT population)**

|  | QTP + LI/VAL vs PLA + LI/VAL QTP N=310 / PLA N=313 |
| --- | --- |
| Hazard ratio | 0.33 |
| 95% CI | 0.23, 0.48 |
| p-value | <.0001 |

CI Confidence interval. ITT Intent-to-treat. PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate.
N Number of patients in treatment group.
/csre/dev/seroquel/d1447c00127/sp/output/tlf/t11020303.rtf  mood215.sas  17JAN2007:15:07  luchen
Table corresponds to Table 11.2.3- 3.

The Cox-proportional hazard analysis of time to recurrence of a depressed event (Table 28) confirmed the observations shown by the Kaplan-Meier curves of depressed events (Figure 9): quetiapine used as adjunct with lithium or valproate was superior to placebo used as adjunct with lithium or valproate in increasing time to recurrence of a depressed event.  The estimated hazard ratio (quetiapine versus placebo) was 0.33 (95% CI: 0.23 to 0.48, p<0.0001), corresponding to a risk reduction of 67%.

Time to when 10% of patients experienced recurrence of a depressed event was 114 days for the quetiapine treatment group and 28 days in the placebo treatment group (Table 11.2.3- 1).

The number of depressed events throughout the study was 41 and 102 in the quetiapine and placebo groups, respectively (Table 11.2.3- 4).  The distribution of the 4 different components of the mood event criteria (initiation of medication, hospitalization, MADRS$\geq$20, or discontinuation) was similar between treatment groups.

**Proportion of patients experiencing a depressed event prior to week 28 and 52**

The analysis of the Kaplan-Meier estimates for patients' probability of being free from a depressed event at week 28 and week 52 for the quetiapine treatment group versus the placebo treatment group is shown in Table 29.  Exact proportions of patients experiencing a depressed mood event prior to week 28 and 52 are presented in Table 11.2.3- 5.

150

Clinical Study Report
Study code: D1447C00127

**Table 29**    **Probability of not achieving a depressed event up to specified time point (Kaplan-Meier estimates) (ITT population)**

| Time to event | Statistics | QTP + LI/VAL N=310 | PLA + LI/VAL N=313 |
|---|---|---|---|
| Week 28 | KM Estimate (%) | 87.4 | 65.7 |
|  | p-value | <.0001 |  |
| Week 52 | KM Estimate (%) | 82.8 | 58.4 |
|  | p-value | <.0001 |  |

ITT Intent-to-treat. KM Kaplan-Meier. PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate.
N Number of patients in treatment group.
Note: p-value of comparison QTP+LI/VAL vs. PLA+LI/VAL based on the log-rank test of time to depressed event from randomization to the specified time-point.
/csre/dev/seroquel/d1447c00127/sp/output/tlf/t11020302.rtf  mood219.sas  02FEB2007:23:39  luchen
Table corresponds to Table 11.2.3- 2.

At week 28, there was a statistically significantly lower estimated depressed event rate in the quetiapine group (12.6%) compared to the placebo group (34.3%, p<0.0001). At week 52, there was a statistically significantly lower estimated manic event rate in the quetiapine group (17.2%) compared to the placebo group (41.6%, p<0.0001).

The exact proportions of patients experiencing a depressed mood event prior to week 28 and 52 were also lower in the quetiapine treatment group compared to the placebo group at both time points (Table 11.2.3- 5).

### 7.2.1.4    Time to recurrence of a mood event by index episode

Table 11.2.1- 12 displays the analysis of the time to mood events by type of index bipolar episode. The efficacy of quetiapine demonstrated for the ITT population across all types of outcome mood events was similar for each type of index episode, reflected by hazard ratios that ranged from 0.28 to 0.37 for each comparison. The 95% CIs were less than 1.0 in all but one of the comparisons (manic events occurring in patients who had depressed index episodes), which had very small sample sizes. Table 11.2.1- 13 displays the analysis of the time to mood events by type of index bipolar episode and by assigned mood stabilizer.

### 7.2.2    Symptoms between mood events, randomized treatment phase

### 7.2.2.1    YMRS

The YMRS total score at randomization and during the randomized treatment phase, excluding the assessment associated with a mood event, is summarized by randomized treatment group in Table 30.

CONFIDENTIAL
AZSER12772824

**Table 30**          **YMRS total score (ITT population)**

|  | QTP + LI/VAL N=310 | PLA + LI/VAL N=313 |
|---|---|---|
| Total score at randomization: mean(SD) | 3.56(3.143) | 3.53(3.148) |
| Total score, randomized treatment phase |  |  |
| LS mean (SE) | 4.11(0.119) | 4.88(0.145) |
| 95% CI | 3.87,4.34 | 4.60,5.16 |
| Difference between treatment groups |  |  |
| Estimated difference (SE) | -0.78(0.185) |  |
| 95% CI. | -1.14,-0.41 |  |
| p-value | <.0001 |  |

Note: Analysis of all assessments between randomization and up to, but excluding an assessment associated with a mood event, using
a repeated measures mixed model.
YMRS Young mania rating scale. CI Confidence interval. EOT End of treatment or last value before a mood event.
ITT Intent-to-treat. PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group.
SD Standard deviation. SE Standard error.  LS Least square.
/csre/dev/seroquel/d1447c00127/sp/output/tlf/t11020401.rtf  ymrs201.sas  17JAN2007:15:11  luchen
Table corresponds to Table 11.2.4- 1.

Quetiapine was more effective in suppressing manic symptoms during maintenance treatment
(ie, between mood events), compared with placebo (p<0.0001).  The YMRS total score at
randomization was clinically low (about 3.5 in both treatment groups), and both treatment
groups increased somewhat during randomized treatment (to LS mean of 4.1 in the quetiapine
group and 4.9 in the placebo group).  The estimated treatment difference in YMRS was –0.8, a
clinically small but statistically significant difference.

The YMRS scores by item at randomization and during the randomized treatment phase
(Table 11.2.4- 2) were generally low at randomization, and most remained relatively stable
during randomized treatment.  The item with the largest magnitude of change in either group
was "sleep" in the placebo group, which changed from a mean of 0.2 at randomization to an
LS mean of 0.6 during randomized treatment.

The change over time in YMRS total score from baseline, excluding assessment at mood
events, is illustrated by visit and by randomized treatment group in Figure 11.2.4- 1.
Quetiapine was more effective than placebo in suppressing manic symptoms during
maintenance treatment (ie, between mood events) across most of the visits in the randomized
treatment period.

The change from randomization in YMRS total score with assessments associated with a
mood event excluded is summarized by visit in Table 11.2.4- 3 using the OC approach.  The
YMRS total score by visit is summarized in Table 11.2.4- 4 using repeated measures analysis.

### 7.2.2.2    MADRS

The MADRS total score at randomization and during the randomized treatment phase,
excluding the assessments associated with a  mood event, is summarized by randomized
treatment group in Table 31.

152

CONFIDENTIAL
AZSER12772825

Clinical Study Report
Study code: D1447C00127

**Table 31**          **MADRS total score (ITT population)**

|  | QTP + LI/VAL N=310 | PLA + LI/VAL N=313 |
|---|---|---|
| Total score at randomization: mean(SD) | 4.99(3.677) | 4.55(3.588) |
| Total score, randomized treatment phase |  |  |
| LS mean (SE) | 5.90(0.164) | 6.76(0.196) |
| 95% CI | 5.57,6.22 | 6.37,7.14 |
| Difference between treatment groups |  |  |
| Estimated difference (SE) | -0.86(0.254) |  |
| 95% CI. | -1.36,-0.36 |  |
| p-value | 0.0008 |  |

Note: Analysis of all assessments between randomization and up to, but excluding an assessment associated with a mood event, using a repeated measures mixed model.
MADRS Montgomery-Asberg Depression Rating scale. CI Confidence interval. ITT Intent-to-treat. PLA Placebo. QTP Quetiapine.
LI Lithium. VAL Valproate. N Number of patients in treatment group. SD Standard deviation. SE Standard error. LS Least square.
/csre/dev/seroquel/d1447c00127/sp/output/tlf/t11020501.rtf  madrs201.sas  17JAN2007:15:02  luchen
Table corresponds to Table 11.2.5- 1.

Quetiapine was more effective in suppressing depressed symptoms during maintenance treatment (ie, between mood events), compared with placebo (p=0.0008). The MADRS total score at randomization was clinically low (5.0 and 4.6 for the quetiapine and placebo treatment groups, respectively), and both treatment groups increased somewhat during randomized treatment (to LS mean of 5.9 in the quetiapine group and 6.8 in the placebo group). The estimated treatment difference in MADRS was –0.9, a clinically small difference that nonetheless was statistically significant.

The MADRS score by item at randomization and during the randomized treatment phase is summarized by randomized treatment group in Table 11.2.5- 2. The item with the largest magnitude of change in either group was "reduced sleep" in the placebo group, which changed from a mean of 0.5 at randomization to an LS mean of 1.1 during randomized treatment.

The change in MADRS total score from baseline is illustrated by visit and by randomized treatment group in Figure 11.2.5- 1. Quetiapine was more effective than placebo in suppressing depressed symptoms during maintenance treatment (ie, between mood events) across most of the visits in the randomized treatment period.

The change from randomization in MADRS total score with assessments associated with a mood event excluded is summarized by visit in Table 11.2.5- 3 using the OC approach. At most time points, the MADRS total score increased from baseline more in the placebo group (range –0.5 to 3.5) compared to the quetiapine group (range –0.3 to 1.6). The MADRS total score by visit is also summarized in Table 11.2.5- 4 using repeated measures analysis.

CONFIDENTIAL
AZSER12772826

Clinical Study Report
Study code: D1447C00127

### 7.2.2.3   CGI-BP

**CGI-BP Severity of Illness**

The CGI-BP Severity of overall bipolar illness score at randomization and during the randomized treatment phase, excluding the assessments associated with a mood event, is summarized by randomized treatment group in Table 32.

**Table 32          CGI-BP severity of overall bipolar illness (ITT population)**

|  | QTP + LI/VAL N=310 | PLA + LI/VAL N=313 |
|---|---|---|
| Total score at randomization: mean(SD) | 1.67(0.748) | 1.64(0.777) |
| Total score, randomized treatment phase | | |
| LS mean (SE) | 1.75(0.023) | 1.89(0.032) |
| 95% CI | 1.71,1.80 | 1.83,1.96 |
| Difference between treatment groups | | |
| Estimated difference (SE) | -0.14(0.039) | |
| 95% CI. | -0.22,-0.06 | |
| p-value | 0.0003 | |

Note: Analysis of all assessments between randomization and up to, but excluding an assessment associated with a mood event, using a repeated measures mixed model.
CGI-BP Clinical Global Impression - Bipolar. CI Confidence interval.  ITT Intent-to-treat.  PLA Placebo. QTP Quetiapine. LI Lithium VAL Valproate. N Number of patients in treatment group. SD Standard deviation. SE Standard error.  LS Least square.
/csre/dev/seroquel/d1447c00127/sp/output/tlf/t11020601.rtf  cgi201.sas  17JAN2007:14:52  luchen
Data from Table 11.2.6- 1.

Quetiapine was more effective in suppressing overall bipolar symptoms during maintenance treatment (ie, between mood events), compared with placebo (p=0.0003), as assessed by the CGI-BP Severity of overall bipolar illness scale.  The CGI-BP total score at randomization was clinically low (about 1.7 in both treatment groups), and the score in both increased somewhat during randomized treatment (to LS mean of 1.8 in the quetiapine group and 1.9 in the placebo group).  The estimated treatment difference in CGI-BP was −0.1, a clinically small difference that nonetheless was statistically significant.

The change in CGI-BP Severity of overall bipolar illness score from baseline is illustrated by visit and by randomized treatment group in Figure 11.2.6- 1.  Quetiapine was more effective than placebo in suppressing overall bipolar symptoms during maintenance treatment (ie, between mood events), across the first 44 weeks of the randomized treatment period, and again at week 84 through week 104.

The change from randomization in CGI-BP Severity of overall bipolar illness score with assessments associated with a mood event excluded is summarized by visit in Table 11.2.6- 2 using the OC approach.  At weeks 1 through 44, and again at weeks 84 through 104, the CGI-BP score increased from baseline more in the placebo group (range 0.1 to 0.5) compared to the quetiapine group (range −0.2 to 0.2).  The CGI-BP Severity of overall bipolar illness score by visit is summarized in Table 11.2.6- 3 using repeated measures analysis.

CONFIDENTIAL
AZSER12772827

Clinical Study Report
Study code: D1447C00127

In Table 11.2.6- 4 and Table 11.2.6- 5, CGI-BP Severity of overall bipolar illness is summarized, presenting proportion of patients in each rating category (ie, ranging from "Normal, not ill" to "Very severely ill") at each visit, excluding assessments associated with a mood event.  At randomization, most of the patients were in the "Normal, not ill" or "Minimally ill" categories in both treatment groups, and the distribution of categories remained stable throughout randomized treatment in both groups.

The score at randomization and during the randomized treatment phase is summarized for CGI-BP Severity of mania symptom score in Table 11.2.6- 6.  The change in CGI-BP Severity of mania symptoms score from baseline is illustrated by visit in Figure 11.2.6- 2.  The change from randomization in CGI-BP Severity of mania symptoms score with assessments associated with a mood event excluded is summarized by visit in Table 11.2.6- 7 using the OC approach.  The CGI-BP Severity of mania symptom score by visit is summarized in Table 11.2.6- 8 using repeated measures analysis.  In Table 11.2.6- 9 and Table 11.2.6- 10, CGI-BP Severity of mania symptoms is summarized, presenting the proportion of patients in each rating category at each visit, excluding assessments associated with a mood event.  Overall, the results in the CGI-BP Severity of mania symptom scores were similar to those seen in the CGI-BP Severity of illness scores.

The score at randomization and during the randomized treatment phase is summarized for CGI-BP Severity of depressed symptom score in Table 11.2.6- 11.  The change in CGI-BP Severity of depressed symptoms score from baseline is illustrated by visit in Figure 11.2.6- 3. The change from randomization in CGI-BP Severity of depressed symptoms score with assessments associated with a mood event excluded is summarized by visit in Table 11.2.6- 12 using the OC approach. The CGI-BP Severity of depressed symptoms score by visit is summarized in Table 11.2.6- 13 using repeated measures analysis.  In Table 11.2.6- 14 and Table 11.2.6- 15, CGI-BP Severity of depressed symptoms is summarized, presenting the proportion of patients in each rating category  at each visit, excluding assessments associated with a mood event.  Overall, the results in the CGI-BP Severity of depression symptom scores were similar to those seen in the CGI-BP Severity of Overall Bipolar illness scores.

## CGI-BP Global Improvement

The CGI-BP Global improvement of overall bipolar illness score during the randomized treatment phase excluding the assessments associated with a mood event is summarized by randomized treatment group in Table 33.

155

CONFIDENTIAL
AZSER12772828

Clinical Study Report
Study code: D1447C00127

**Table 33          CGI-BP improvement of overall bipolar illness (ITT population)**

|  | QTP + LI/VAL N=310 | PLA + LI/VAL N=313 |
|---|---|---|
| Score, randomized treatment phase | | |
| LS mean (SE) | 3.50(0.065) | 3.56(0.069) |
| 95% CI | 3.38,3.63 | 3.42,3.69 |
| Difference between treatment groups | | |
| Estimated difference (SE) | -0.05(0.094) | |
| 95% CI. | -0.24,0.13 | |
| p-value | 0.5650 | |

Note: Analysis of all assessments between randomization and up to, but excluding an assessment associated with a mood event, using a repeated measures mixed model.
CGI-BP Clinical Global Impression - Bipolar.  IC Confidence interval.  ITT Intent-to-treat.  PLA Placebo.  QTP Quetiapine.  LI Lithium VAL Valproate.  N Number of patients in treatment group. SD Standard deviation.  SE Standard error.  LS Least square.
/csre/dev/seroquel/d1447c00127/sp/output/tlf/t11020616.rtf  cgi201.sas  17JAN2007:14:52  luchen
Data from Table 11.2.6- 16.

The results of the CGI-BP Global improvement scores were not statistically significant (p=0.5650), increasing similarly from baseline at randomization in both treatment groups.

The mean CGI-BP Global improvement of overall bipolar illness score from baseline is illustrated by visit and by randomized treatment group in Figure 11.2.6- 4.  Quetiapine was similar to placebo in suppressing overall bipolar symptoms during maintenance treatment (ie, between mood events), as assessed by the CGI-BP Global improvement scale.

The mean CGI-BP Global improvement of overall bipolar symptoms scores by visit and relative to Visit 1 (ie, start of randomized treatment period) with assessments associated with a mood event excluded is summarized in Table 11.2.6- 17 using the OC approach and in Table 11.2.6- 18 using repeated measures analysis.  In Table 11.2.6- 19 and Table 11.2.6- 20, CGI-BP Global improvement of overall bipolar illness is summarized, presenting the proportions of patients in each rating category (ie, ranging from "Very much improved" to "Very much worse") at each visit, excluding assessments associated with a mood event.  In each of these comparisons, the quetiapine treatment group was similar to placebo group throughout the study.

The CGI-BP improvement of mania symptoms score during the randomized treatment phase is summarized in Table 11.2.6- 21, and the development of mean score over time is illustrated by visit in Figure 11.2.6- 5.  The mean CGI-BP improvement of mania symptoms scores by visit and relative to Visit 1 (ie, start of randomized treatment period) with assessments associated with a mood event excluded is summarized in Table 11.2.6- 22 using the OC approach, and in Table 11.2.6- 23 using repeated measures analysis.  In Table 11.2.6- 24 and Table 11.2.6- 25, CGI-BP improvement of mania symptoms is summarized, presenting the proportions of patients in each rating category at each visit, excluding assessments associated

CONFIDENTIAL
AZSER12772829

Clinical Study Report
Study code: D1447C00127

with a mood event.  In each of these comparisons, the quetiapine treatment group was similar to the placebo group throughout the study.

The CGI-BP improvement of depression symptoms score during the randomized treatment phase is summarized in Table 11.2.6- 26, and the development of mean score over time is illustrated by visit in Figure 11.2.6- 6.  The mean CGI-BP improvement of depressed symptoms scores by visit and relative to Visit 1 (ie, start of randomized treatment period) with assessments associated with a mood event excluded is summarized in Table 11.2.6- 27 using the OC approach, and in Table 11.2.6- 28 using repeated measures analysis.  In Table 11.2.6- 29 and Table 11.2.6- 30, CGI-BP improvement of depressed symptoms is summarized, presenting the proportions of patients in each rating category at each visit, excluding assessments associated with a mood event.  In each of these comparisons, the quetiapine treatment group was similar to the placebo group throughout the study.

### 7.2.2.4   PANSS-P

The PANSS-P total score at randomization and during the randomized treatment phase, excluding the assessments associated with a mood event, is summarized by randomized treatment group in Table 34.

**Table 34          PANSS-P score (ITT population)**

|  | QTP + LI/VAL N=310 | PLA + LI/VAL N=313 |
|---|---|---|
| Total score at randomization: mean(SD) | 8.23(2.129) | 8.14(2.001) |
| Total score, randomized treatment phase |  |  |
| LS mean (SE) | 8.26(0.065) | 8.44(0.068) |
| 95% CI | 8.13,8.38 | 8.30,8.57 |
| Difference between treatment groups |  |  |
| Estimated difference (SE) | -0.18(0.093) |  |
| 95% CI. | -0.37,0.00 |  |
| p-value | 0.0521 |  |

Note: Analysis of all assessments between randomization and up to, but excluding an assessment associated with a mood event, using a repeated measures mixed model.
PANSS-P Positive and Negative Syndrome Scale - Positive Subscale. CI Confidence interval.  ITT Intent-to-treat. PLA Placebo.
QTP Quetiapine  LI Lithium VAL Valproate.  N Number of patients in treatment group. SD Standard deviation.  SE Standard error.
LS Least square.
/csre/dev/seroquel/d1447c00127/sp/output/tlf/t11020701.rtf  panss201.sas  17JAN2007:15:07  luchen
Table corresponds to Table 11.2.7- 1.

The PANSS-P total score at randomization was clinically low (about 8.2 in both treatment groups), and both treatment groups remained relatively stable during randomized treatment (to LS mean of 8.3 in the quetiapine group and 8.4 in the placebo group.  The estimated treatment difference in PANSS-P was −0.2, a clinically small difference that was not statistically significant (p=0.0521).

CONFIDENTIAL
AZSER12772830

Clinical Study Report
Study code: D1447C00127

The PANSS-P total score by item at randomization and during the randomized treatment
phase is summarized in Table 11.2.7- 2.  The items were similar at randomization and
throughout randomized treatment in both treatment groups.

The change in PANSS-P total score from baseline is illustrated by visit and randomized
treatment group in Figure 11.2.7- 1.  The quetiapine treatment group was similar to placebo in
suppressing psychotic symptoms during maintenance treatment (ie, between mood events),
across the full treatment period, as assessed by the PANSS-P scale.

The change from randomization in PANSS-P total score with assessments associated with a
mood event excluded is summarized by visit in Table 11.2.7- 3 using the OC approach.  The
PANSS-P total score by visit is summarized in Table 11.2.7- 4 using repeated measures
analysis.  The quetiapine treatment group was similar to placebo in suppressing psychotic
symptoms during maintenance treatment, as assessed by the PANSS-P scale.

### 7.2.3    Symptom scale measurements, open-label treatment phase

For the open-label treatment phase, the YMRS total score is summarized by visit from
enrollment up to the end of open-label treatment in Table 11.2.10- 1 using the OC approach,
and by visit and index episode, also using the OC approach, in Table 11.2.10- 2
(corresponding tables using the LOCF approach are Table 11.2.10- 3 and Table 11.2.10- 4).
The MADRS total score is summarized by visit in Table 11.2.10- 5.  The CGI-BP Severity of
overall bipolar illness score is summarized by visit from enrollment up to end of open-label
treatment in Table 11.2.10- 9, the CGI-BP Severity of mania symptoms score is summarized
in Table 11.2.10- 10, and the CGI-BP Severity of depressed symptoms score is shown in
Table 11.2.10- 11.  The CGI-BP Global improvement of overall bipolar illness score is
summarized by visit from enrollment up to end of open-label treatment in Table 11.2.10- 12,
the CGI-BP improvement of mania symptoms score is summarized in Table 11.2.10- 13, and
the CGI-BP improvement of depressed symptoms score is summarized in Table 11.2.10- 14.

Overall, each rating scale decreased from enrollment during the first 4 to 8 weeks of open-
label treatment, and remained stable throughout the remainder of open-label treatment.
YMRS and MADRS scores decreased by about 50% during the first weeks of open label
treatment, while CGI-BP scores decreased by about 30% during the same period.

At enrolment, the randomized ITT population had mean YMRS and MADRS scores of 12.7
and 17.7, respectively (Table 11.1- 26).  At randomization, these scores had decreased to
means of 3.6 and 4.8, respectively (Table 18), which indicates that most patients had few
symptoms at the time of randomization.

## 7.3    Patient Reported Outcomes

### 7.3.1    Level of functioning between mood events (SDS), randomized treatment phase

The mean change during maintenance treatment and difference between randomized treatment
groups in SDS total score excluding the assessments associated with a mood event is
summarized in Table 35.

158

CONFIDENTIAL
AZSER12772831

Clinical Study Report
Study code: D1447C00127

**Table 35**      **SDS total score, mean change during randomized treatment (OC, ITT population)**

|  | QTP + LI/VAL N=310 | PLA + LI/VAL N=313 |
|---|---|---|
| Number of patients[a] | 274 | 231 |
| SDS total score at randomization: mean(SD) | 7.67(7.517) | 7.00(7.339) |
| Mean Change[b] |  |  |
| LS mean (SE) | 0.25(0.329) | 0.75(0.357) |
| 95% CI | -0.40,0.90 | 0.05,1.45 |
| Difference between treatment groups |  |  |
| Estimated difference (SE) | -0.50(0.482) |  |
| 95% CI. | -1.45,0.45 |  |
| p-value | 0.3017 |  |

[a] Number of patients with an SDS score at randomization and at least one post randomization score.
[b] Summarized for each patient using the mean change from baseline (randomization) across all assessments between randomization and up to, but excluding the assessments associated with a mood event.
SDS Sheehan disability scale. CI Confidence interval. ITT Intent-to-treat. PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate.
N Number of patients in treatment group.
/csre/dev/seroquel/d1447c00127/sp/output/tlf/t11020801.rtf sds201.sas 17JAN2007:15:10 luchen
Table corresponds to Table 11.2.8- 1.

The difference in mean change in SDS total score between treatment groups was not statistically significant (p=0.3017). However, this was the mean of the changes in score from baseline (randomization) at each visit, excluding the assessments associated with a mood event.

The mean change in SDS total score for each treatment group was similar for subgroups of patients with and without a mood event (Table 11.2.8- 2). In patients who experienced a mood event, the SDS score decreased by 4.0 in the quetiapine treatment group, compared to 6.3 in the placebo group. In patients who did not experience a mood event, the SDS score changed very little in either treatment group; -0.1 in the quetiapine treatment group and 0.0 in the placebo group.

The change in SDS total score from baseline is illustrated by visit in Figure 11.2.8- 1. Both treatment groups had a decrease in the level of functioning during the first 40 weeks of randomized maintenance treatment, after which the quetiapine treatment group stabilized near baseline levels. The placebo group continued to decrease in level of functioning after 60 weeks and throughout the remainder of randomized treatment.

The change from randomization in SDS total score, with assessments associated with a mood event excluded, is summarized by visit Table 11.2.8- 3 using the OC approach. Both treatment groups had a decrease in the level of functioning during the first 40 weeks of randomized maintenance treatment, after which the quetiapine treatment group attenuated to near baseline levels. The placebo group continued to decrease in level of functioning after 60 weeks and throughout the remainder of randomized treatment.

CONFIDENTIAL
AZSER12772832

Clinical Study Report
Study code: D1447C00127

The mean change during maintenance treatment and difference between randomized treatment groups in SDS domain scores for work/school, social life/leisure, and family life/home responsibilities are summarized in Table 11.2.8- 4.  Quetiapine treatment was similar to placebo in improving the level of functioning on each of the 3 SDS items of the scale when analyzed from baseline (randomization) across all assessments between randomization and up to, but excluding, the assessments associated with a mood event.   The estimated treatment differences ranged from –0.6 to –0.3, and the CIs included 0 in each comparison.

The mean change during maintenance treatment and the difference between randomized treatment groups in SDS domain scores for days lost, and days underproductive are summarized in Table 11.2.8- 5, showing that patients in the quetiapine treatment group had similar numbers of work days lost due to illness, and similar underproductive days at work, compared to patients in the placebo group.

### 7.3.2    Quality of life between mood events (PGWB), randomized treatment phase

The mean change during maintenance treatment and difference between randomized treatment groups in PGWB total score is summarized in Table 36.

**Table 36**              **PGWB total score (ITT population)**

|  | QTP + LI/VAL N=310 | PLA + LI/VAL N=313 |
|---|---|---|
| Total score at randomization: mean(SD) | 98.03(18.368) | 98.35(18.199) |
| Total score, randomized treatment phase |  |  |
| LS mean (SE) | 97.23(0.564) | 96.11(0.822) |
| 95% CI | 96.12,98.33 | 94.49,97.72 |
| Difference between treatment groups |  |  |
| Estimated difference (SE) | 1.12(1.004) |  |
| 95% CI. | -0.86,3.09 |  |
| p-value | 0.2664 |  |

Note: Analysis of all assessments between randomization and up to, but excluding an assessment associated with a mood event, using a repeated measures mixed model.
PGWB Psychological General Well-Being scale. CI Confidence interval. EOT End of treatment or last value before a mood event.
ITT Intent-to-treat. PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate.  N Number of patients in treatment group.
SD Standard deviation.  SE Standard error. LS Least square.
/csre/dev/seroquel/d1447c00127/sp/output/tlf/t11020901.rtf  pgwb201.sas  17JAN2007:15:08  luchen
Table corresponds to Table 11.2.9- 1.

The difference in mean change in PGWB total score between treatment groups was not statistically significant (p=0.2664). However, this was the mean of the changes in score from baseline (randomization) at each visit, excluding the assessments associated with a mood event.

The change in PGWB total score from baseline is illustrated by visit and by randomized treatment group in Figure 11.2.9- 1.  The quetiapine treatment group was similar to the

160

Clinical Study Report
Study code: D1447C00127

placebo group in maintaining quality of life during maintenance treatment (ie, between mood events) across the randomized treatment period.

The PGWB score at randomization and mean change during the randomized treatment phase is summarized by domain and by item in Table 11.2.9- 2 and Table 11.2.9- 3, respectively. The domains and items were stable during randomized treatment, and the quetiapine treatment group was similar to the placebo group in each of the comparisons.

The change from randomization in PGWB total score, with assessments associated with a mood event excluded, is summarized by visit in Table 11.2.9- 4 using the OC approach, and the PGWB total score is shown by visit in Table 11.2.9- 5.  The quetiapine treatment group was similar to the placebo group in maintaining quality of life during randomized treatment.

### 7.3.3   Patient Reported Outcomes, open-label treatment phase

SDS was assessed at enrollment as shown in Appendix 12.2.6, Individual efficacy and pharmacokinetic response data.  Otherwise, no assessments of PROs were performed during the open-label treatment phase.

## 7.4   Health Economics results (Not applicable)

## 7.5   Pharmacokinetic results (Not applicable)

## 7.6   Potential issues affecting efficacy results

No potential issues affecting the efficacy results were identified.

## 7.7   Conclusions on efficacy results

The efficacy conclusions from this study are:

- Quetiapine is superior to placebo in increasing time to recurrence of a mood event (manic, depressed, mixed) when used as adjunct with lithium or valproate.

- Quetiapine is superior to placebo in increasing the time to recurrence of a manic event when used as adjunct with lithium or valproate.

- Quetiapine is superior to placebo in increasing the time to recurrence of a depressed event when used as adjunct with lithium or valproate.

- The proportion of patients with bipolar I disorder experiencing a mood event during the first 52 weeks is lower in patients on quetiapine with lithium or valproate compared to patients on placebo with lithium or valproate.

- Quetiapine is superior to placebo in suppressing manic and depressed symptoms between mood events when used as adjunct with lithium or valproate.

161

CONFIDENTIAL
AZSER12772834

Clinical Study Report
Study code: D1447C00127

The linkage between these conclusions (including inconclusive findings), the specific efficacy objectives of the study, and the study outcome variables selected to address each objective, is presented in Table 37.

**Table 37          Efficacy objectives, outcome variables, and conclusions**

| Objective | Outcome variable(s) | Conclusion(s) and inconclusive findings |
|---|---|---|
| **Primary** | **Primary** | |
| To evaluate the efficacy of quetiapine versus placebo when used as adjunct with mood stabilizer (lithium or valproate) in increasing time to recurrence of a mood event. | The time to recurrence of a mood event | Quetiapine is superior to placebo in increasing time to recurrence of a mood event (manic, depressed, mixed) when used as adjunct with lithium or valproate. |
| | | The superiority of quetiapine in increasing the time to recurrence of a mood event demonstrated for the ITT population was supported by the results in the PP population. |
| | **Secondary** | |
| | Proportion of patients having a mood event between randomization and week 28 and week 52, respectively | The proportion of patients with bipolar I disorder experiencing a mood event during the first 52 weeks is lower in patients on quetiapine with lithium or valproate compared to patients on placebo with lithium or valproate. |
| | The time to all-cause discontinuation from treatment | The time to all-cause discontinuation from treatment was greater in the quetiapine treatment group compared with placebo, consistent with the results in the analysis of time to recurrence of a mood event. |
| **Secondary** | | |
| To evaluate the efficacy of quetiapine versus placebo when used as adjunct with mood stabilizer (lithium or valproate) in increasing time to recurrence of a manic event. | The time to recurrence of a manic event | Quetiapine is superior to placebo in increasing the time to recurrence of a manic event when used as adjunct with lithium or valproate. |
| To evaluate the efficacy of quetiapine versus placebo when used as adjunct with mood stabilizer (lithium or valproate) in increasing time | The time to recurrence of a depressed event | Quetiapine is superior to placebo in increasing the time to recurrence of a depressed event when used as adjunct with lithium or valproate. |

162

CONFIDENTIAL
AZSER12772835

Clinical Study Report
Study code: D1447C00127

**Table 37          Efficacy objectives, outcome variables, and conclusions**

| Objective | Outcome variable(s) | Conclusion(s) and inconclusive findings |
|---|---|---|
| to recurrence of a depressed event. | | |
| To evaluate the efficacy of quetiapine versus placebo when used as adjunct with mood stabilizer (lithium or valproate) in improving level of functioning between mood events | Mean change from baseline (ie, randomization) in SDS total score across all assessments between randomization and up to final assessment but excluding the assessment associated with a mood event (manic or depressed) | The comparison of quetiapine to placebo used as adjunct with lithium or valproate in improving the level of functioning between mood events was inconclusive (not statistically significant). |
| To evaluate the efficacy of quetiapine versus placebo when used as adjunct with mood stabilizer (lithium or valproate) in decreasing the severity of manic and depressive symptoms between mood events as assessed by the YMRS, the MADRS and the CGI-BP. | YMRS total score and item scores at each visit after randomization and up to, but excluding the assessments associated with a mood event (manic or depressed) | Quetiapine is superior to placebo used as adjunct with lithium or valproate in suppressing manic symptoms during maintenance treatment (ie, between mood events), as assessed on the YMRS. |
| | Change from baseline (ie, randomization) at each visit after randomization and up to, but excluding the assessments associated with a mood event (manic or depressed) for YMRS total score | |
| | MADRS total score and item scores at each visit after randomization and up to, but excluding the assessments associated with a mood event (manic or depressed) | Quetiapine is superior to placebo used as adjunct with lithium or valproate in suppressing depressed symptoms during maintenance treatment (ie, between mood events), as assessed on the MADRS. |
| | Change from baseline (ie, randomization) at each visit after randomization excluding assessments at time of a mood event (manic or depressed) for MADRS total score | |
| | CGI-BP Severity of Illness | Quetiapine is superior to placebo used as |

163

CONFIDENTIAL
AZSER12772836

Clinical Study Report
Study code: D1447C00127

**Table 37          Efficacy objectives, outcome variables, and conclusions**

| Objective | Outcome variable(s) | Conclusion(s) and inconclusive findings |
|---|---|---|
| | score at each visit after randomization and up to, but excluding the assessments associated with a mood event (manic or depressed) in each domain | adjunct with lithium or valproate in suppressing overall bipolar symptoms during maintenance treatment (ie, between mood events), compared with placebo used as adjunct with lithium or valproate as assessed on the CGI-BP Severity of Overall Bipolar Illness scale. |
| | Change from baseline (ie, randomization) at each visit after randomization excluding assessments at time of a mood event (manic or depressed) for CGI-BP Severity of Illness score in each domain | |
| | CGI-BP Global Improvement score in each domain at each visit after randomization excluding assessments at time of a mood event (manic or depressed) | The comparison of quetiapine and placebo used as adjunct with lithium or valproate in improving the patients' overall bipolar symptoms during maintenance treatment, as assessed on the CGI-BP Global Improvement scale and compared to the baseline condition at randomization was inconclusive (not statistically significant). |
| To evaluate the efficacy of quetiapine versus placebo when used as adjunct with mood stabilizer (lithium or valproate) in decreasing the severity of psychotic symptoms between mood events | PANSS-P score at each visit after randomization and up to, but excluding the assessments associated with a mood event (manic or depressed) | The comparison of quetiapine and placebo used as adjunct with lithium or valproate in suppressing psychotic symptoms during maintenance treatment, as assessed on the PANSS-P scale, was inconclusive (not statistically significant). |
| | Change from baseline (ie, randomization) at each visit after randomization excluding assessments at time of a mood event (manic or depressed) for PANSS-P score | |
| To explore the efficacy of quetiapine versus placebo when used as adjunct with mood stabilizer (lithium or valproate) in improving | PGWB total score and subscores at each visit after randomization and up to, but excluding the assessments associated with a mood event | The comparison of quetiapine and placebo used as adjunct with lithium or valproate in improving quality of life between mood events, as assessed on the PGWB total score and subscores, was |

164

CONFIDENTIAL
AZSER12772837

**Table 37          Efficacy objectives, outcome variables, and conclusions**

| Objective | Outcome variable(s) | Conclusion(s) and inconclusive findings |
|---|---|---|
| Quality of Life between mood events | (manic or depressed) | inconclusive (not statistically significant). |
| | Change from baseline (ie, randomization) at each visit after randomization and up to, but excluding the assessments associated with a mood event (manic or depressed) for PGWB total score and subscores | |

# 8.     SAFETY RESULTS

Safety data in this report are presented under the following headings:

- Summary of safety (Section 8.1)

- Exposure (Section 8.2)

- Adverse events (Section 8.3)

- Deaths, serious adverse events, discontinuations due to adverse events, and other significant adverse events (Section 8.4)

- Clinical laboratory evaluation (Section 8.5)

- Vital signs, ECG, physical findings and other observations related to safety (Section 8.6).

## 8.1     Summary of safety

During this study, 1953 patients with bipolar I disorder were enrolled into a 12- to 36- week open-label stabilization period with a flexible dose of 400 to 800 mg/day of quetiapine (mean median dose 432.5 mg/day), used as adjunct treatment to a mood stabilizer (lithium or valproate).  For 623 patients who qualified for randomization, open-label treatment was followed by a randomized treatment period of up to 104 weeks with quetiapine or placebo as adjunct with a mood stabilizer, during which the mean median dose of quetiapine was 517.7 mg/day.  During randomized treatment, 226 patients experienced a mood event, at which time the study was stopped according to the analysis plan.  Exposure to study drug was considerably greater in quetiapine-treated patients than in the placebo group, due to the efficacy of quetiapine at preventing or delaying mood events.  Total randomized exposure was

165

Clinical Study Report
Study code: D1447C00127

about 34% greater in the quetiapine-treated group (74323 days in the quetiapine group compared to 55570 days in the placebo group). This was an expected outcome based on the primary objective of increased time to recurrence of a mood event, and the planned protocol stipulation that patients were excluded from the study when a mood event did occur.

Quetiapine was generally safe and well tolerated in the maintenance treatment of bipolar I disorder across the dose range 400 mg/day to 800 mg/day when used as adjunct with a mood stabilizer. The most frequent system organ classes involved in adverse events in the quetiapine treatment group were infections and infestations (38.4%), nervous system (34.5%), and the gastrointestinal system (30.3%). The most common adverse event preferred terms during quetiapine administration were "upper respiratory tract infection" (11.6% of patients in the quetiapine group and 8.0% in the placebo group), and "headache" (10.0% of patients in the quetiapine group and 13.4% in the placebo group). Adverse events of "sedation", "weight increased", and "hypothyroidism" were more common in the quetiapine treatment group (7.1%, 6.8% and 6.5% respectively) compared to placebo (1.0%, 2.6% and 1.3 respectively). Adverse events of "insomnia" were more common in the placebo group (19.5% of patients) compared to the quetiapine treatment group (9.4%).

There were 2 deaths during the study, a completed suicide which occurred 24 days after discontinuation of randomized treatment with quetiapine, and a trauma-related death during open-label treatment.

The incidences of SAEs and DAEs were low, but higher with quetiapine treatment compared to placebo. There were 18 patients (5.8%) in the quetiapine treatment group who experienced an SAE during randomized treatment or that was ongoing at randomization, compared to 7 patients (2.2%) in the placebo group. There were 35 patients with adverse events (11.3%) that led to discontinuation in the quetiapine treatment group, compared to 12 (3.8%) in the placebo group.

There were small differences in body weight, lipid measurements, and vital signs in the quetiapine treatment group. During randomized treatment, the mean change from randomization in weight data in patients treated with quetiapine was a small weight gain (0.46 kg), compared to a weight loss of –1.95 kg for placebo treated patients. Total cholesterol, LDL, and triglyceride values were stable in the quetiapine group, and each improved somewhat in the placebo group. HDL levels changed very little in either the quetiapine or placebo treatment groups.

There were small increases in mean glucose, HbA1C, and insulin levels in the quetiapine treatment group compared to placebo; most of which occurred in patients with diabetes or at risk for diabetes while non-diabetic patients remained very stable during randomized treatment. Clinically important values for glucose regulation measures were more common in quetiapine-treated patients. Glucose levels increased by a mean of 6.11 mg/dl in the quetiapine group, compared with a 0.29 mg/dl increase in the placebo group. However, the median changes in glucose for the quetiapine treatment and placebo group were 1.00 mg/dl and 0.00 mg/dl, respectively. The glucose data were highly variable, with variability increasing as the mean increased in the quetiapine treatment group. HbA1$_C$ (measured as %)

166

CONFIDENTIAL
AZSER12772839

Clinical Study Report
Study code: D1447C00127

increased by a mean of 0.20 $HbA1_C(\%)$ in the quetiapine treatment group, compared with an increase of 0.03 $HbA1_C(\%)$ in the placebo group. Insulin levels increased by a mean (median) of 32.48 pmol/L (7.00 pmol/L) in the quetiapine treatment group, compared with an increase of 19.42 pmol/L (0.00 pmol/L) in the placebo group. The change in the HOMA-R and QUICKI estimates of insulin resistance for the quetiapine group were larger than in the placebo group. At randomization, 158 patients (51.0%) in the quetiapine group and 171 patients (54.6%) had fewer than 3 metabolic risk factors. Of these patients, 38 patients (24.1%) in the quetiapine group and 34 patients (19.9%) in the placebo group developed additional risk factors to result in $\geq 3$ concurrent risk factors at the end of the randomized treatment phase.

Quetiapine was not associated with treatment-emergent neutropenia during randomized treatment. The proportion of patients with adverse events potentially related to neutropenia and agranulosytosis was low; there was 1 adverse event of "neutropenia" (0.3%) in the quetiapine treatment group, compared to 1 adverse events of "neutropenia" (0.3%) in the placebo group during randomized treatment. There were 3 (1.1%) patients in the quetiapine group and 2 (0.7%) in the placebo grouop who had neutrophil counts less than $1.0 \times 10^9$ cells/L during randomized treatment. Mean neutrophil counts increased slightly in both treatment groups during randomized treatment.

The proportion of patients with adverse events potentially related to suicide was low and similar in the quetiapine treatment group (4 patients, 1.3%) compared to the placebo group (3 patients, 1.0%). The incidence of AEs related to EPS in the quetiapine group (11.0%) was comparable to placebo (9.6%), and there were no increases from baseline in parkinsonian symptomatology or akathisia in the quetiapine group as assessed by mean SAS, BARS, and AIMS scores.

Table 38 identifies where the data that support this section can be found.

**Table 38          Location of supporting data on safety**

| Data | Location | |
|---|---|---|
| | **Summary tables (Section 11.3.)** | **Individual patient data (Appendix 12.2.5 to 2.2.10)** |
| Extent of exposure | Table 11.3.1- 1 to Table 11.3.1- 20, Figure 11.3.1- 1 to Figure 11.3.1- 4 | Appendix 12.2.5 |
| Various categories of adverse events | Table 11.3.2.1- 1 to Table 11.3.2.1- 3 | |
| Adverse events | Table 11.3.2.2- 1 to Table 11.3.2.2- 20, Table 11.3.7.1- 1 and Table 11.3.7.1- 2, Table 11.3.7.2- 1 and Table 11.3.7.2- 2, Table 11.3.7.3- 1 and Table 11.3.7.3- 2, Table 11.3.7.4- 1 and Table 11.3.7.4- 2, Table 11.3.7.5- 1 and Table 11.3.7.5- 2, | Appendix 12.2.7 |

167

CONFIDENTIAL
AZSER12772840

Clinical Study Report
Study code: D1447C00127

| Data | Location | |
|---|---|---|
| | Summary tables (Section 11.3.) | Individual patient data (Appendix 12.2.5 to 2.2.10) |
| | Table 11.3.7.6- 1 and Table 11.3.7.6- 2 | |
| Deaths | Table 11.3.3.2- 1 | Appendix 12.2.7 |
| Serious adverse events other than death | Table 11.3.4.1- 1 to Table 11.3.4.1- 7 | |
| Discontinuation due to adverse events, and other significant adverse events | Table 11.3.5.1- 1 to Table 11.3.5.1- 3, Table 11.3.5.2- 1 | |
| Clinical laboratory evaluations | Table 11.3.8.1- 1 to Table 11.3.8.1- 7, Table 11.3.8.4- 1 to Table 11.3.8.4- 69, Table 11.3.8.7- 1 to Table 11.3.8.7- 52, Table 11.3.8.8- 1 to Table 11.3.8.8- 2, Figure 11.3.8.4- 1 to Figure 11.3.8.4- 18, Figure 11.3.8.7- 1 to Figure 11.3.8.7- 8 | Appendix 12.2.8 |
| Vital signs | Table 11.3.9.1- 1 to Table 11.3.9.1- 28 | Appendix 12.2.9 |
| ECG | Table 11.3.9.2- 1 to Table 11.3.9.2- 8 | Appendix 12.2.10 |
| Weight and BMI | Table 11.3.9.4- 1 to Table 11.3.9.4- 13 | Appendix 12.2.9 |
| Metabolic risk factors | Table 11.3.9.5- 1 to Table 11.3.9.5- 10 | Appendix 12.2.10 |
| SAS | Table 11.3.9.6- 1 to Table 11.3.9.6- 3 | Appendix 12.2.10 |
| BARS | Table 11.3.9.7- 1 to Table 11.3.9.7- 3 | Appendix 12.2.10 |
| AIMS | Table 11.3.9.8- 1 to Table 11.3.9.8- 3 | Appendix 12.2.10 |

## 8.2     Extent of exposure

An overview of exposure during the randomized treatment period, in terms of doses received and duration of treatment, is presented in Table 39.

**Table 39        Extent of exposure to quetiapine during randomized treatment phase (ITT population)**

| | | Randomized treatment QTP+LI/VAL (N=310) | Assigned mood stabilizer QTP+LI (N=131) | QTP+VAL (N=179) |
|---|---|---|---|---|
| DAILY DOSE AT RANDOMIZATION (mg) [a] | N [b] | 310 | 131 | 179 |
| | Mean(SD) | 482.90(146.362) | 499.24(150.126) | 470.95(142.784) |
| | Median | 400.00 | 400.00 | 400.00 |
| | Min to max | 100.00 to 800.00 | 100.00 to 800.00 | 100.00 to 800.00 |

168

CONFIDENTIAL
AZSER12772841

Clinical Study Report
Study code: D1447C00127

**Table 39**  **Extent of exposure to quetiapine during randomized treatment phase (ITT population)**

| | | Randomized treatment QTP+LI/VAL (N=310) | Assigned mood stabilizer QTP+LI (N=131) | QTP+VAL (N=179) |
|---|---|---|---|---|
| MEAN DAILY DOSE (mg) [c] | N [b] | 310 | 131 | 179 |
| | Mean(SD) | 518.50(147.183) | 536.62(157.560) | 505.24(138.045) |
| | Median | 464.95 | 500.00 | 451.20 |
| | Min to max | 232.60 to 1102.50 | 232.60 to 1000.00 | 266.70 to 1102.50 |
| MEDIAN DAILY DOSE (mg) [c] | N [b] | 310 | 131 | 179 |
| | Mean(SD) | 517.74(148.916) | 538.17(162.886) | 502.79(136.337) |
| | Median | 500.00 | 500.00 | 400.00 |
| | Min to max | 100.00 to 1000.00 | 100.00 to 1000.00 | 200.00 to 1000.00 |
| MINIMUM DAILY DOSE (mg) [c] | N [b] | 310 | 131 | 179 |
| | Mean(SD) | 443.23(171.239) | 447.33(189.870) | 440.22(156.693) |
| | Median | 400.00 | 400.00 | 400.00 |
| | Min to max | 0.00 to 1000.00 | 0.00 to 1000.00 | 0.00 to 800.00 |
| MAXIMUM DAILY DOSE (mg) [c] | N [b] | 310 | 131 | 179 |
| | Mean(SD) | 574.84(219.028) | 594.66(233.143) | 560.34(207.559) |
| | Median | 500.00 | 500.00 | 500.00 |
| | Min to max | 400.00 to 1600.00 | 400.00 to 1600.00 | 400.00 to 1600.00 |
| DURATION OF EXPOSURE (days) [c] | N [b] | 310 | 131 | 179 |
| | Mean(SD) | 239.75(209.038) | 250.55(212.668) | 231.85(206.581) |
| | Median | 189.00 | 202.00 | 151.00 |
| | Min to max | 1.00 to 728.00 | 1.00 to 728.00 | 2.00 to 701.00 |

[a]  Last prescribed dose during open-label treatment phase.
[b]  Number of patients with non-missing observations.
[c]  During randomized treatment.
ITT Intent-to-treat. PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group.
/csre/dev/seroquel/d1447c00127/sp/output/tlf/t11030101.rtf  dose204.sas  17JAN2007:15:00  luchen
Table corresponds to Table 11.3.1- 1.

The total randomized exposure was 34% greater in the quetiapine group (74323 days in the quetiapine group compared to 55570 days in the placebo group;  see Table 11.3.1- 17 for placebo group exposure data).

CONFIDENTIAL
AZSER12772842

Clinical Study Report
Study code: D1447C00127

The mean median daily dose for patients exposed to quetiapine was 518 mg during the randomized treatment phase.

Of all patients in the quetiapine treatment group, 166 (53.5%) patients were exposed to quetiapine for at least 24 weeks during the randomized treatment period (Table 11.3.1- 4).

The distribution of median quetiapine dose in the ITT population during the randomized treatment phase is illustrated in Figure 10.

**Figure 10        Median quetiapine dose during randomized treatment phase (ITT population)**



Note: Median values between dose values as follows: 500 includes 450; 600 includes 550; 700 includes 650; 800 includes 750.
Figure corresponds to Figure 11.3.1- 1 and Table 11.3.1- 3.

The most common median dose of quetiapine during randomized treatment was 400 mg, taken by 48.4% of patients in the quetiapine treatment group. The distribution of median doses during randomized treatment phase was similar to the distribution of doses at randomization (shown in Table 11.3.1- 2). The number of patients receiving other median doses (500 mg to 800 mg) during randomized treatment were lower, ranging from 5.5% (700 mg) to 18.7% (600 mg). During randomized treatment, 12.6% of patients received the highest median dose of quetiapine (800 mg or greater) used in this study.

170

CONFIDENTIAL
AZSER12772843

Clinical Study Report
Study code: D1447C00127

An overview of the exposure during the randomized treatment period, in terms of doses received and duration of treatment, is presented by index episode in Table 11.3.1- 5.  The distribution of the median quetiapine dose at randomization and during randomized treatment period are summarized by index episode in Table 11.3.1- 6 and in Table 11.3.1- 7, respectively.

The exposure to quetiapine in the randomized safety population is summarized in Table 11.3.1- 8 to Table 11.3.1- 14, and in Figure 11.3.1- 2.

An overview of the exposure during the open-label treatment phase, in terms of doses received and duration of treatment, is presented in Table 11.3.1- 15 and the distribution of median quetiapine dose is illustrated in Figure 11.3.1- 3, and summarized in Table 11.3.1- 16.  During the open-label treatment phase, the mean median daily dose of quetiapine was 432.5 mg, and the most common median dose of quetiapine was 400 mg.

A quetiapine dose exceeding 800 mg/day was defined as an overdose.  Overdoses were reported in the AstraZeneca safety database (Clintrace); those overdoses that were considered adverse events were also reported in the study database.  Further details about the reporting of overdose is given in Section 5.5.7.3.

Fourteen patients had a reported overdose during the study that involved, or was suspected to involve, quetiapine.  The Clintrace reports for these patients are provided in Section 11.3.11; this section also contains 5 Clintrace reports of suicidality that had no apparent association with quetiapine overdose.  Of the 14 reported overdoses, 6 were considered intentional overdoses and/or suicide attempts (Patients E0005032, E0005065, E0030013, E0033026, E0077012, and E0082001), 7 were considered accidental overdoses (E0045022, E0080011, E0014010, E0014016, E0044001, E0093019, and E0107010), and 1 was considered a prescribed overdose (Patient E0098002, whose quetiapine dose was increased to 900 mg/day). (Note: The Clintrace report for Patient E0014016 is identified as case number 2006UW02187.)

The maximum single quetiapine dose reported was 3400 mg (Patient E0033026).  One report (Patient E0005032) inferred that the patient may have taken more than 3400 mg on a single occasion, but the identity and amount of the drug involved in the overdose were not confirmed (see SAE narrative in Section 11.3.10).  The maximum repeated overdose was for Patient E0107010, who reportedly took 1600 mg/day of quetiapine at bedtime for 5 days because of insomnia, with no resulting AEs.

There were no reports of completed suicide, or other deaths, associated with quetiapine overdose during the study.  Six reports of overdose were considered to be SAEs or were associated with SAEs (Patients E0005032, E0005065, E0030013, E0033026, E0045022, and E0080011); narratives for these patients are provided in Section 11.3.10.  Two reports were considered to be, or were associated with, nonserious AEs (Patients E0077012 and E0082001; see Appendix 12.2.7-1).  The remaining 6 overdoses, all accidental or prescribed, were not considered AEs (Patients E0014010, E0014016, E0044001, E0093019, E0098002, and E0107010).

171

CONFIDENTIAL
AZSER12772844

## 8.3      Adverse events

This section gives an overview of the adverse events reported in the study.

### 8.3.1      Categories of adverse events

A summary of all adverse events and drug-related adverse events reported during the randomized treatment phase is presented in Table 40.  Patients with categories of adverse events are presented by randomized treatment group and by assigned mood stabilizer.

CONFIDENTIAL
AZSER12772845

Clinical Study Report
Study code: D1447C00127

**Table 40        Patients in various categories of adverse events (Randomized safety population)**

| | Randomized treatment | | Assigned mood stabilizer | | | |
| | QTP+ LI/VAL (N=310) | PLA+ LI/VAL (N=313) | QTP+ LI (N=131) | PLA+ LI (N=134) | QTP+ VAL (N=179) | PLA+ VAL (N=179) |
| | n (%) | n (%) | n (%) | n (%) | n (%) | n (%) |
|---|---|---|---|---|---|---|
| ANY ADVERSE EVENT | 243 (78.4) | 240 (76.7) | 111 (84.7) | 109 (81.3) | 132 (73.7) | 131 (73.2) |
| DRUG-RELATED ADVERSE EVENT [a] | 124 (40.0) | 101 (32.3) | 55 (42.0) | 41 (30.6) | 69 (38.5) | 60 (33.5) |

[a] As judged by the investigator.
PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group. n Number of patients.
Note: Events reported during randomized treatment phase. Patients with multiple events in the same category are counted only once.
/csr e/dev/sseroquel/d1447c00127/sp output/tlf/t1103020101.rtf aelog201.sas 02FEB2007:23:09 luchen
Data from Table Table 11.3.2.1-1.

173

CONFIDENTIAL
AZSER12772846

Clinical Study Report
Study code: D1447C00127

In the randomized safety population, 243 (78.4%) of the quetiapine patients had an adverse event reported during randomized treatment, compared to 240 (76.7%) of the patients in the placebo group.

A summary of adverse events ongoing at randomization or reported during the randomized treatment phase is presented in Table 11.3.2.1- 2.  The number of patients with adverse events ongoing at randomization or reported during the randomized treatment phase is larger in both the quetiapine group and the placebo group than during the randomized period (91.3 and 91.7%, respectively), implying that a significant number of patients had an adverse event that emerged during open-label treatment and continued into the randomized treatment phase.

In the open-label treatment phase, the AE profile (see Table 11.3.2.1- 3) was consistent with the findings in the quetiapine group during the randomised treatment phase.

A summary of serious adverse events, serious adverse events leading to death, serious adverse events not leading to death, and adverse events leading to discontinuation that were ongoing at randomization or reported during the randomized treatment phase is presented in Table 41. Patients are presented by randomized treatment group and by assigned mood stabilizer.

174

CONFIDENTIAL
AZSER12772847

Clinical Study Report
Study code: D1447C00127

**Table 41**     **Patients in various categories of adverse events at randomization or reported during RTP (Randomized safety population)**

|  | Randomized treatment QTP+ LI/VAL (N=310) | PLA+ LI/VAL (N=313) | Assigned mood stabilizer QTP+ LI (N=131) | PLA+ LI (N=134) | QTP+ VAL (N=179) | PLA+ VAL (N=179) |
|---|---|---|---|---|---|---|
|  | n (%) | n (%) | n (%) | n (%) | n (%) | n (%) |
| SERIOUS ADVERSE EVENT | 18 ( 5.8) | 7 ( 2.2) | 12 ( 9.2) | 3 ( 2.2) | 6 ( 3.4) | 4 ( 2.2) |
| SERIOUS ADVERSE EVENT LEADING TO DEATH | 1 ( 0.3) | 0 | 1 ( 0.8) | 0 | 0 | 0 |
| SERIOUS ADVERSE EVENT NOT LEADING TO DEATH | 17 ( 5.5) | 7 ( 2.2) | 11 ( 8.4) | 3 ( 2.2) | 6 ( 3.4) | 4 ( 2.2) |
| ADVERSE EVENTS LEADING TO DISCONTINUATION | 35 ( 11.3) | 12 ( 3.8) | 13 ( 9.9) | 4 ( 3.0) | 22 ( 12.3) | 8 ( 4.5) |

a  As judged by the investigator.
PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group. n  Number of patients.
Note: Events ongoing at randomization or reported during randomized treatment phase.
Patients with multiple events in the same category are counted only once.
/cssr/dev/aeroquel/d1447c00127/sp/output/tlf/t1103t020102.rtf  aelog204.sas  02FEB2007:23:11  luchen
Data from Table 11.3.2.1-2

175

CONFIDENTIAL
AZSER12772848

Clinical Study Report
Study code: D1447C00127

There were 18 patients (5.8%) in the quetiapine treatment group who experienced a serious
adverse event during randomized treatment, compared to 7 patients (2.2%) in the placebo
group; and there was 1 death during randomized treatment, a case of completed suicide in the
quetiapine treatment group 24 days after discontinuing the study.  There were 35 patients with
adverse events (11.3%) that led to discontinuation in the quetiapine treatment group,
compared to 12 (3.8%) in the placebo group.  Of these patients, 12 in the quetiapine group and
4 in the placebo group had their onset as adverse events in the open-label treatment phase, but
they led to discontinuation in the randomised treatment phase.

Within the quetiapine treatment group, AEs and SAEs were more common in patients
assigned to the mood stabilizer lithium (AEs in 84.7% and SAEs in 9.2%) compared to the
patients assigned to the mood stabilizer valproate (AEs in 73.7% and SAEs in 3.4%).
However, discontinuations due to AEs were somewhat more common in the quetiapine group
assigned to mood stabilizer valproate (8.9%) compared to the quetiapine group assigned to the
mood stabilizer lithium (6.1%).

During the open-label treatment phase 53 patients (2.7%) had a serious adverse event.  There
was 1 death and 394 (20.3%) adverse events leading to discontinuation (see Table 11.3.2.1-
3).

### 8.3.2    Most common adverse events

The adverse events in the randomized treatment phase of the study, summarized by system
organ class, are shown in Table 42.

176

CONFIDENTIAL
AZSER12772849

Clinical Study Report
Study code: D1447C00127

**Table 42      Adverse events by system organ class, by treatment group and assigned mood stabilizer (Randomized safety population)**

| SYSTEM ORGAN CLASS | Randomized treatment QTP+LI/VAL (N=310) n (%) | PLA+ LI/VAL (N=313) n (%) | Assigned mood stabilizer QTP+LI (N=131) n (%) | PLA+LI (N=134) n (%) | QTP+VAL (N=179) n (%) | PLA+VAL (N=179) n (%) |
|---|---|---|---|---|---|---|
| INFECTIONS AND INFESTATIONS | 119 ( 38.4) | 105 ( 33.5) | 56 ( 42.7) | 47 ( 35.1) | 63 ( 35.2) | 58 ( 32.4) |
| NERVOUS SYSTEM DISORDERS | 107 ( 34.5) | 97 ( 31.0) | 50 ( 38.2) | 46 ( 34.3) | 57 ( 31.8) | 51 ( 28.5) |
| GASTROINTESTINAL DISORDERS | 94 ( 30.3) | 96 ( 30.7) | 54 ( 41.2) | 49 ( 36.6) | 40 ( 22.3) | 47 ( 26.3) |
| MUSCULOSKELETAL AND CONNECTIVE TISSUE DISORDERS | 67 ( 21.6) | 68 ( 21.7) | 30 ( 22.9) | 28 ( 20.9) | 37 ( 20.7) | 40 ( 22.3) |
| PSYCHIATRIC DISORDERS | 61 ( 19.7) | 85 ( 27.2) | 35 ( 26.7) | 37 ( 27.6) | 26 ( 14.5) | 48 ( 26.8) |
| RESPIRATORY, THORACIC AND MEDIASTINAL DISORDERS | 51 ( 16.5) | 32 ( 10.2) | 26 ( 19.8) | 14 ( 10.4) | 25 ( 14.0) | 18 ( 10.1) |
| GENERAL DISORDERS AND ADMINISTRATION SITE CONDITIONS | 45 ( 14.5) | 34 ( 10.9) | 26 ( 19.8) | 21 ( 15.7) | 19 ( 10.6) | 13 ( 7.3) |
| INJURY, POISONING AND PROCEDURAL COMPLICATIONS | 38 ( 12.3) | 34 ( 10.9) | 19 ( 14.5) | 19 ( 14.2) | 19 ( 10.6) | 15 ( 8.4) |
| METABOLISM AND NUTRITION DISORDERS | 34 ( 11.0) | 24 ( 7.7) | 13 ( 9.9) | 6 ( 4.5) | 21 ( 11.7) | 18 ( 10.1) |
| SKIN AND SUBCUTANEOUS TISSUE DISORDERS | 25 ( 8.1) | 21 ( 6.7) | 10 ( 7.6) | 7 ( 5.2) | 15 ( 8.4) | 14 ( 7.8) |
| INVESTIGATIONS | 24 ( 7.7) | 13 ( 4.2) | 7 ( 5.3) | 4 ( 3.0) | 17 ( 9.5) | 9 ( 5.0) |
| ENDOCRINE DISORDERS | 20 ( 6.5) | 7 ( 2.2) | 13 ( 9.9) | 7 ( 5.2) | 7 ( 3.9) | 0 |
| REPRODUCTIVE SYSTEM AND BREAST DISORDERS | 17 ( 5.5) | 5 ( 1.6) | 7 ( 5.3) | 3 ( 2.2) | 10 ( 5.6) | 2 ( 1.1) |
| CARDIAC DISORDERS | 11 ( 3.5) | 3 ( 1.0) | 4 ( 3.1) | 3 ( 2.2) | 7 ( 3.9) | 0 |
| VASCULAR DISORDERS | 11 ( 3.5) | 3 ( 1.0) | 5 ( 3.8) | 0 | 6 ( 3.4) | 3 ( 1.7) |

177

CONFIDENTIAL
AZSER12772850

Clinical Study Report
Study code: D1447C00127

**Table 42**   **Adverse events by system organ class, by treatment group and assigned mood stabilizer (Randomized safety population)**

| SYSTEM ORGAN CLASS | Randomized treatment QTP+LI/VAL (N=310) n (%) | PLA+LI/VAL (N=313) n (%) | Assigned mood stabilizer QTP+LI (N=131) n (%) | PLA+LI (N=134) n (%) | QTP+VAL (N=179) n (%) | PLA+VAL (N=179) n (%) |
|---|---|---|---|---|---|---|
| EYE DISORDERS | 10 ( 3.2) | 8 ( 2.6) | 5 ( 3.8) | 3 ( 2.2) | 5 ( 2.8) | 5 ( 2.8) |
| RENAL AND URINARY DISORDERS | 10 ( 3.2) | 9 ( 2.9) | 7 ( 5.3) | 3 ( 2.2) | 3 ( 1.7) | 6 ( 3.4) |
| EAR AND LABYRINTH DISORDERS | 8 ( 2.6) | 4 ( 1.3) | 2 ( 1.5) | 2 ( 1.5) | 6 ( 3.4) | 2 ( 1.1) |
| IMMUNE SYSTEM DISORDERS | 6 ( 1.9) | 5 ( 1.6) | 2 ( 1.5) | 0 | 4 ( 2.2) | 5 ( 2.8) |
| BLOOD AND LYMPHATIC SYSTEM DISORDERS | 5 ( 1.6) | 1 ( 0.3) | 1 ( 0.8) | 0 | 4 ( 2.2) | 1 ( 0.6) |
| NEOPLASMS BENIGN, MALIGNANT AND UNSPECIFIED (INCL. CYSTS AND POLYPS) | 5 ( 1.6) | 4 ( 1.3) | 2 ( 1.5) | 1 ( 0.7) | 3 ( 1.7) | 3 ( 1.7) |
| HEPATOBILIARY DISORDERS | 2 ( 0.6) | 0 | 2 ( 1.5) | 0 | 0 | 0 |
| PREGNANCY, PUERPERIUM AND PERINATAL CONDITIONS | 0 | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.6) |
| SOCIAL CIRCUMSTANCES | 0 | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.6) |

Note: Patients with multiple events in the same category are counted only once.
PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group. n Number of patients.
Note: Events reported during randomized treatment phase were sorted by decreasing frequency in the QTP + LI/VAL group.
/csre/dev/senopal/d1447c00127/sp/output/tlf/t1103020201.rtf aefog203.sas 17JAN2007:14:47 luchen
Table corresponds to Table 11.3.2.2-1.

178

CONFIDENTIAL
AZSER12772851

Clinical Study Report
Study code: D1447C00127

The most frequent system organ classes involved in adverse events in the quetiapine treatment group were infections and infestations (38.4%), nervous system (34.5%), and the gastrointestinal system (30.3%).  The quetiapine and placebo treatment groups were similar for most system organ classes; the largest apparent differences between quetiapine and placebo treatment groups were psychiatric disorders (more common in the placebo group), and "respiratory, thoracic, and mediastinal disorders" (more common in the quetiapine group).

The most common adverse events in the randomized treatment phase of the study, as summarized by preferred term, are shown in Table 43.

179

CONFIDENTIAL
AZSER12772852

Clinical Study Report
Study code: D1447C00127

**Table 43**　　Common adverse events (>=5%), by treatment group and assigned mood stabilizer (Randomized safety population)

| | Randomized treatment | | Assigned mood stabilizer | | | |
| | QTP+LI/VAL (N=310) | PLA+LI/VAL (N=313) | QTP+LI (N=131) | PLA+LI (N=134) | QTP+VAL (N=179) | PLA+VAL (N=179) |
| MEDDRA PREFERRED TERM[a] | n (%) | n (%) | n (%) | n (%) | n (%) | n (%) |
|---|---|---|---|---|---|---|
| ANY ADVERSE EVENT | 174 (56.1) | 184 (58.8) | 79 (60.3) | 83 (61.9) | 95 (53.1) | 101 (56.4) |
| UPPER RESPIRATORY TRACT INFECTION | 36 (11.6) | 25 (8.0) | 17 (13.0) | 13 (9.7) | 19 (10.6) | 12 (6.7) |
| HEADACHE | 31 (10.0) | 42 (13.4) | 17 (13.0) | 21 (15.7) | 14 (7.8) | 21 (11.7) |
| NAUSEA | 30 (9.7) | 36 (11.5) | 20 (15.3) | 20 (14.9) | 10 (5.6) | 16 (8.9) |
| INSOMNIA | 29 (9.4) | 61 (19.5) | 15 (11.5) | 27 (20.1) | 14 (7.8) | 34 (19.0) |
| NASOPHARYNGITIS | 28 (9.0) | 29 (9.3) | 10 (7.6) | 13 (9.7) | 18 (10.1) | 16 (8.9) |
| TREMOR | 27 (8.7) | 26 (8.3) | 11 (8.4) | 15 (11.2) | 16 (8.9) | 11 (6.1) |
| SEDATION | 22 (7.1) | 3 (1.0) | 5 (3.8) | 1 (0.7) | 17 (9.5) | 2 (1.1) |
| WEIGHT INCREASED | 21 (6.8) | 8 (2.6) | 7 (5.3) | 1 (0.7) | 14 (7.8) | 7 (3.9) |
| HYPOTHYROIDISM | 20 (6.5) | 4 (1.3) | 13 (9.9) | 4 (3.0) | 7 (3.9) | 0 |
| VOMITING | 19 (6.1) | 19 (6.1) | 11 (8.4) | 12 (9.0) | 8 (4.5) | 7 (3.9) |
| BACK PAIN | 18 (5.8) | 21 (6.7) | 7 (5.3) | 11 (8.2) | 11 (6.1) | 10 (5.6) |
| INFLUENZA | 18 (5.8) | 19 (6.1) | 8 (6.1) | 7 (5.2) | 10 (5.6) | 12 (6.7) |
| COUGH | 18 (5.8) | 12 (3.8) | 9 (6.9) | 6 (4.5) | 9 (5.0) | 6 (3.4) |
| DIARRHOEA | 16 (5.2) | 26 (8.3) | 8 (6.1) | 12 (9.0) | 8 (4.5) | 14 (7.8) |
| ARTHRALGIA | 16 (5.2) | 13 (4.2) | 7 (5.3) | 4 (3.0) | 9 (5.0) | 9 (5.0) |

[a]  Patients with multiple events falling under the same preferred term are counted only once in that term.
PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group. n  Number of patients.
MedDRA Medical Dictionary of Regulatory Activities.
Note: Common adverse event occurring at an incidence of >=5% in any randomized treatment group.
Note: Events reported during randomized treatment phase sorted by decreasing frequency in the QTP + LI/VAL treatment group.
/cstat/dev/seroquel/d1447c00127/sp/output/tlf/t110302t202.rtf aclop203.sas 02FEB2007 23:10  ituchen
Table corresponds to Table 11.3.2.2 - 2.

180

CONFIDENTIAL
AZSER12772853

Clinical Study Report
Study code: D1447C00127

The most common adverse events by preferred term in the quetiapine treatment group were "upper respiratory tract infection" (11.6% of patients in the quetiapine group and 8.0% in the placebo group), and "headache" (10.0% of patients in the quetiapine group and 13.4% in the placebo group).  Adverse events of "sedation", "weight increased", and "hypothyroidism" were more common in the quetiapine treatment group (7.1%, 6.8% and 6.5% respectively) compared to placebo (1.0%, 2.6% and 1.3 respectively).  Adverse of events of "insomnia" were more common in the placebo group (19.5% of patients) compared to the quetiapine treatment group (9.4%).  Adverse events of "hypothyroidism" "vomiting", and "nausea" were more common in patients assigned to lithium as the mood stabilizer compared to the patients assigned to the mood stabilizer valproate.

During randomized treatment, there were more patients with AEs of hypothyroidism (see Table 43) in the quetiapine group (20 patients, 6.5%) compared to the placebo group (4 patients, 1.3%).  In the quetiapine group, 13 patients were assigned the mood stabilizer lithium compared to 4 in the placebo group.  In the quetiapine group, 4 patients had a pre-existing diagnosis of hypothyroidism, 13 had a clinically high TSH value, and 13 had a clinically low thyroxine value; the corresponding numbers in the placebo group were 2, 4, and 2.  Most of the AEs were of mild or moderate intensity (19 of 20 patients, 95%).  Of the 20 patients with hypothyroidism AEs in the quetiapine group, 7 of the events were considered related to study treatment by the investigator, and 1 patient (E0119010) was discontinued from the study due to the hypothyroidism AE.  In the placebo group, all 7 of the events were mild or moderate in intensity, 2 were considered related to study treatment by the investigator, and none of the patients was discontinued from the study due to the hypothyroidism AE.

The full list of adverse events in the randomized treatment phase are summarized by preferred term in Table 11.3.2.2- 3, and by system organ class and preferred terms in Table 11.3.2.2- 4.

All adverse events in the randomized treatment phase are summarized by maximum intensity and preferred term in Table 11.3.2.2- 5.  The most commonly reported AEs were predominantly of mild or moderate intensity.

There were no major differences between the treatment groups in the pattern or frequency over time for common adverse events (Table 11.3.2.2- 6 and Table 11.3.2.2- 7).  The common adverse events were most common early in the randomized treatment period, particularly within the first 12 weeks of randomized treatment.  This pattern was similar between the quetiapine and placebo treatment groups.

During randomized treatment, 124 patients (40.0%) in the quetiapine group and 101 patients (32.3%) in the placebo group were reported to have adverse events determined by the investigator to be drug-related (Table 11.3.2.2- 8).  The most common drug-related adverse events were "sedation" (5.8%) and "weight increased" (5.8%) in the quetiapine treatment group.

The incidence density of common adverse events emerging during the randomized treatment phase are summarized in Table 11.3.2.2- 9.  The incidence density of most of the common adverse events was lower in the quetiapine group compared to the placebo group, in spite of

CONFIDENTIAL
AZSER12772854

Clinical Study Report
Study code: D1447C00127

the longer duration of randomized treatment in the quetiapine group compared to placebo. However, the incidence densities of "sedation", "weight increased", and "hypothyroidism" were higher in the quetiapine group.

Adverse events ongoing at randomization or reported during the randomized treatment phase are summarized by system organ class in Table 11.3.2.2- 10 and by preferred term in Table 11.3.2.2- 11 (all adverse events) and in Table 11.3.2.2- 12 (most common, reported in ≥5% in any treatment group).  The frequencies and incidence density of common adverse events ongoing at randomization or reported during the randomized treatment phase are summarized in Table 11.3.2.2- 13.  In the quetiapine treatment group, the most common events ongoing at randomization or reported during the randomized treatment phase were "weight increased" (27.1% in the quetiapine group and 21.7% in the placebo group) and  "sedation" (17.1% in the quetiapine group and 13.7% in the placebo group).  The quetiapine and placebo treatment groups were more similar in these comparisons of ongoing and emerging adverse events, compared to those emerging only during the randomized treatment period (Table 43).

Adverse events starting 2 weeks after randomization (the maximum time period for down-titration of quetiapine in patients randomized to placebo) or later are summarized by preferred term in Table 11.3.2.2- 14 (all adverse events) and in Table 11.3.2.2- 15 (most common, reported in ≥5% in any treatment group).  The pattern of adverse events, when excluding those emerging during the first 2 weeks after randomization, was similar to the complete adverse event profile, thus down-titration of quetiapine during the first 2 weeks after randomization in the placebo group did not influence the comparison between the treatment groups.

Adverse events in the open-label treatment phase are summarized by system organ class in Table 11.3.2.2- 16.  All adverse events are summarized by preferred term in Table 11.3.2.2- 17, by system organ class and preferred terms in Table 11.3.2.2- 18, and by maximum intensity and preferred term in Table 11.3.2.2- 19.  All adverse events judged by the investigator to be drug related are summarized by preferred term in Table 11.3.2.2- 20.  The most common adverse events during open-label treatment were "sedation" (29.5%), "somnolence" (21.5%), and "dry mouth" (20.2%); similar to the known effects of quetiapine on initiation of therapy.

## 8.4     Deaths, serious adverse events, discontinuation due to adverse events, and other significant adverse events

### 8.4.1     Deaths

During the open-label treatment phase, 1 of the 1953 enrolled patients had an SAE leading to death, and 1 of the 623 randomized patients had a fatal SAE on randomized quetiapine treatment.

A listing of all patients who died during the study (in the open-label treatment phase and in the randomized treatment phase) is provided in Table 44 and narratives for these patients are provided in Section 8.4.1.1 (which correspond to Section 11.3.3.3).

182

CONFIDENTIAL
AZSER12772855

Clinical Study Report
Study code: D1447C00127

One patient died from severe trauma due to an accident and the other committed suicide 24
days after discontinuing randomized quetiapine treatment.  Neither death was considered by
the investigator to be related to study drug.

CONFIDENTIAL
AZSER12772856

Clinical Study Report
Study code: D1447C00127

**Table 44        Listing of deaths during open-label and randomized treatment phase**

| TREATMENT PERIOD AT AE ONSET | TREATMENT[a] / QTP DOSE[b] | CEN-TER | PATIENT NUMBER | SEX/ AGE[c] (YEARS) | TREATMENT DURATION OLT + RTP (DAYS)[d] | ADVERSE EVENT PREFERRED TERM/ INVESTIGATOR'S TEXT | TIME TO ONSET OF AE (DAYS)[e] | TIME TO DEATH (DAYS)[e] | CAUSAL-ITY[f] |
|---|---|---|---|---|---|---|---|---|---|
| OPEN-LABEL | QTP+VAL/ 500 mg | 105 | E0105001 | Male/ 40 | 165 + 0 | INJURY: SEVERE TRAUMA | 165 | 165 | No |
| RANDOM QTP | QTP+LI / 600 mg | 48 | E0048006 | Female/ 41 | 196 + 55 | COMPLETED SUICIDE/ COMPLETED SUICIDE | 79 | 79 | No |

a   Investigational product + mood stabilizer.
b   Dose (mg/day) at onset of AE leading to death.
c   Age at enrollment.
d   From first dose to last dose of Investigational product.
e   From first open-label dose to death in OLT and from first randomization dose to death in RTP.
f   Causality to Investigational product, as assessed by the investigator.
PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. OLT Open-label treatment phase. RTP Randomized treatment phase.
Note: All deaths are included from start of open-label treatment phase up to 30 days following last dose of investigational product
/csrc/dev/serequel/d1447c00127/sp/output/tlf/t110303o201.rtf  aclog226.sas  17JAN2007:14:51  luchen
Table corresponds to Table 11.3.3.2-1.

184

CONFIDENTIAL
AZSER12772857

Clinical Study Report
Study code: D1447C00127

#### 8.4.1.1    Narratives of deaths

**Open-label treatment phase**

**Patient No. E0105001**{SEVERE TRAUMA} A report was received from an investigator concerning a patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  Concomitant drugs included valproate semisodium for bipolar and sertraline hydrochloride for bipolar disorder.   The patient had a history of hepatitis c.  It was reported the coroner informed the investigator that the patient was hit by a train and died on ███████ 2004.  The death was attributed to severe trauma.  There had been a recent death in the family (his godfather) so they did not know if his death was an accident or a suicide. He had been known by the investigator for four years and was compliant with his medications. In the past when he was not feeling well, he contacted the physician and went to see him. He was seen on several occasions (10-FEB-2004, 12-SEP-2004, and 20-AUG-2004) and showed no evidence of depression.    The investigator as well as the company physician, considered the event not related to study drug.

**Randomized treatment phase; quetiapine treatment**

**Patient No. E0048006**{COMPLETED SUICIDE} A report was received from an investigator concerning a 41 year old female patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  Concomitant drugs included valproate semisodium for bipolar I disorder, potassium, lasix for edema of feet, ibuprofen for menstrual cramps, diphenhydramine hydrochloride for sinusitis and paracetamol for sinusitis.   The patient had a history of morbidly obese, hypertension and water retention.   The patient began study drug on 11-MAR-2004 and experienced death cause unknown which started on ██████ 2004. The patient died on ██████-2004, ██████ after discontinuing randomized therapy on ███████ 2004 due to a mood event.  An autopsy was performed on ████-2005.  Toxicological findings were notable for the presence of markedly elevated levels of doxepin and nordoxepin in the blood and liver.  Alcohol was also detected, at a level of 0.20 %(w/v).  Therapeutic levels of citalopram, promethazine and acetaminophen were also found.  Other autopsy findings included history of bipolar I disorder and multiple suicide attempts (anamnestic); hypertensive cardiovascular disease; focal mild coronary artery atherosclerosis; morbid obesity; status post cholecystectomy; and no traumatic injuries.  However, the levels of doxepin/nordoxepin were consistent with intentional ingestion.  As a result, the cause of death was recorded as acute doxepin and ethanol intoxication and the manner of death was deemed a suicide.   The investigator considered the event(s) to be unrelated to the study therapy.

#### 8.4.2    Serious adverse events other than deaths

Patients with serious non-fatal adverse events ongoing at randomization or reprted during the randomized treatment phase are summarized by randomized treatment group and by assigned mood stabilizer in Table 45.

CONFIDENTIAL
AZSER12772858

Clinical Study Report
Study code: D1447C00127

**Table 45**  **Serious, non-fatal adverse events ongoing or reported during randomized treatment phase (randomized safety population)**

| MEDDRA PREFERRED TERM [a] | Randomized treatment QTP+LI/VAL (N=310) n (%) | PLA+LI/VAL (N=313) n (%) | Assigned mood stabilizer QTP+LI (N=131) n (%) | PLA+LI (N=134) n (%) | QTP+VAL (N=179) n (%) | PLA+VAL (N=179) n (%) |
|---|---|---|---|---|---|---|
| DEPRESSION | 2 ( 0.6) | 1 ( 0.3) | 2 ( 1.5) | 0 | 0 | 1 ( 0.6) |
| SUICIDAL IDEATION | 2 ( 0.6) | 2 ( 0.6) | 2 ( 1.5) | 0 | 0 | 2 ( 1.1) |
| ANAEMIA | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.6) | 0 |
| ARTHRALGIA | 1 ( 0.3) | 0 | 1 ( 0.8) | 0 | 0 | 0 |
| BIPOLAR I DISORDER | 1 ( 0.3) | 0 | 1 ( 0.8) | 0 | 0 | 0 |
| CHOLECYSTITIS | 1 ( 0.3) | 0 | 1 ( 0.8) | 0 | 0 | 0 |
| CHOLELITHIASIS | 1 ( 0.3) | 0 | 1 ( 0.8) | 0 | 0 | 0 |
| COLON ADENOMA | 1 ( 0.3) | 0 | 1 ( 0.8) | 0 | 0 | 0 |
| CONVERSION DISORDER | 1 ( 0.3) | 0 | 1 ( 0.8) | 0 | 0 | 0 |
| DIABETIC KETOACIDOSIS | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.6) | 0 |
| HYPERCALCAEMIA | 1 ( 0.3) | 0 | 1 ( 0.8) | 0 | 0 | 0 |
| HYPERGLYCAEMIA | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.6) | 0 |
| HYPONATRAEMIA | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.6) | 0 |
| MALIGNANT MELANOMA | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.6) | 0 |
| MANIA | 1 ( 0.3) | 0 | 1 ( 0.8) | 0 | 0 | 0 |
| MIGRAINE | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.6) | 0 |
| MILK-ALKALI SYNDROME | 1 ( 0.3) | 0 | 1 ( 0.8) | 0 | 0 | 0 |
| MUSCLE SPASMS | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.6) | 0 |
| OBSTRUCTIVE CHRONIC BRONCHITIS WITH ACUTE EXACERBATION | 1 ( 0.3) | 0 | 1 ( 0.8) | 0 | 0 | 0 |
| OEDEMA PERIPHERAL | 1 ( 0.3) | 0 | 1 ( 0.8) | 0 | 0 | 0 |
| OSTEOMYELITIS | 1 ( 0.3) | 0 | 1 ( 0.8) | 0 | 0 | 0 |
| POSTOPERATIVE INFECTION | 1 ( 0.3) | 0 | 1 ( 0.8) | 0 | 0 | 0 |
| PYREXIA | 1 ( 0.3) | 0 | 1 ( 0.8) | 0 | 0 | 0 |
| RENAL FAILURE | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.6) | 0 |
| RENAL FAILURE ACUTE | 1 ( 0.3) | 0 | 1 ( 0.8) | 0 | 0 | 0 |
| TENDON INJURY | 1 ( 0.3) | 0 | 1 ( 0.8) | 0 | 0 | 0 |
| THERAPEUTIC AGENT TOXICITY | 1 ( 0.3) | 0 | 1 ( 0.8) | 0 | 0 | 0 |
| VISION BLURRED | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.6) | 0 |

CONFIDENTIAL
AZSER12772859

Clinical Study Report
Study code: D1447C00127

**Table 45**          **Serious, non-fatal adverse events ongoing or reported during randomized treatment phase (randomized safety population)**

| MEDDRA PREFERRED TERM [a] | Randomized treatment QTP+ LI/VAL (N=310) n (%) | PLA+ LI/VAL (N=313) n (%) | Assigned mood stabilizer QTP+ LI (N=131) n (%) | PLA+ LI (N=134) n (%) | QTP+ VAL (N=179) n (%) | PLA+ VAL (N=179) n (%) |
|---|---|---|---|---|---|---|
| ABSCESS LIMB | 0 | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.6) |
| APPENDICITIS | 0 | 1 ( 0.3) | 0 | 1 ( 0.7) | 0 | 0 |
| ASTHMA | 0 | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.6) |
| ATRIOVENTRICULAR BLOCK THIRD DEGREE | 0 | 1 ( 0.3) | 0 | 1 ( 0.7) | 0 | 0 |
| DRUG INTERACTION | 0 | 1 ( 0.3) | 0 | 1 ( 0.7) | 0 | 0 |
| FACE INJURY | 0 | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.6) |
| PARANOIA | 0 | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.6) |
| URINARY TRACT INFECTION | 0 | 1 ( 0.3) | 0 | 1 ( 0.7) | 0 | 0 |

[a]  Patients with multiple events falling under the same preferred term are counted only once in that term.
QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group. n  Number of patients.
MedDRA Medical Dictionary of Regulatory Activities.
Note: Events ongoing at randomization or reported during randomized treatment phase sorted by decreasing frequency in the QTP+LI/VAL treatment group.
/csre/dev/seroquel/d1447c00127/sp/output/tlf/t1103040107.rtf  aelog245.sas  02FEB2007:23:15  luchen
Table corresponds to Table 11.3.4.1- 7

The number of patients with non-fatal serious adverse events was low, 17 (5.5%) and 7 (2.2%) in the quetiapine and placebo groups, respectively.  No major differences in serious adverse events between the randomized treatment groups were observed.  The most common non-fatal SAE was suicidal ideation, 2 patients (0.6%) in the quetiapine treatment group and 2 patients (0.6%) in the placebo group.  No differences were apparent between patients on the mood stabilizers lithium and valproate.

All serious adverse events reported during the randomized treatment phase, including deaths and non-fatal serious adverse events, are summarized in Table 11.3.4.1- 2.  Narratives for these patients are provided in Section 11.3.10.  Narratives are also provided for 2 patients who had serious adverse events reported before treatment began (Patients E0010010 and E0068002) and 4 patients with serious adverse events reported after treatment ended (Patients E0005032, E0016010, E0115007, and E0127001).

There were no major differences in the frequency of non-fatal serious adverse events over time between the randomized treatment groups (Table 11.3.4.1- 3 and Table 11.3.4.1- 4).  The majority of non-fatal SAEs occurred during the first 24 weeks of randomized treatment in both treatment groups.

CONFIDENTIAL
AZSER12772860

Clinical Study Report
Study code: D1447C00127

Patients with serious non-fatal adverse events related to quetiapine treatment as judged by the investigator are summarized in Table 46.

**Table 46**      **Serious, non-fatal adverse events determined to be drug-related as judged by the investigator (randomized safety population)**

| MEDDRA PREFERRED TERM [a] | Randomized treatment QTP+ LI/VAL (N=310) n (%) | PLA+ LI/VAL (N=313) n (%) | Assigned mood stabilizer QTP+ LI (N=131) n (%) | PLA+ LI (N=134) n (%) | QTP+ VAL (N=179) n (%) | PLA+ VAL (N=179) n (%) |
|---|---|---|---|---|---|---|
| HYPERGLYCAEMIA | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.6) | 0 |
| MUSCLE SPASMS | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.6) | 0 |
| ATRIOVENTRICULAR BLOCK THIRD DEGREE | 0 | 1 ( 0.3) | 0 | 1 ( 0.7) | 0 | 0 |

[a]   Patients with multiple events falling under the same preferred term are counted only once in that term.
PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group. n Number of patients.
MedDRA Medical Dictionary of Regulatory Activities.
Note: Events reported during randomized treatment phase by decreasing frequency.
/csre/dev/seroquel/d1447c00127/sp/output/tlf/t1103040105.rtf  aelog221.sas  17JAN2007:14:50  luchen
Table corresponds to Table 11.3.4.1- 5.

The proportion of patients with serious non-fatal adverse events related to quetiapine treatment as judged by the investigator was very low (2 patients, 1 in the quetiapine group and 1 in the placebo group).

Patients with serious, non-fatal adverse events during the open-label treatment phase are summarized in Table 11.3.4.1- 6.

The proportion of patients with SAEs in the open-label phase was 2.7%, consistent with the findings in the randomized treatment phase.  The most common SAEs during open label treatment were "cellulities" (4 patients, 0.2%) and "suicidal ideation" (4 patients, 0.2%).

All patients who had a serious adverse event other than death during the entire study period are listed in  Table 11.3.4.2- 1, and narratives for these patients are provided in Section 11.3.4.3.

### 8.4.3      Discontinuations due to adverse events

Patients with adverse events in the randomized treatment phase (both ongoing at randomization and reported during randomized treatment) leading to discontinuation during randomized treatment are summarized in Table 47.

188

CONFIDENTIAL
AZSER12772861

Clinical Study Report
Study code: D1447C00127

**Table 47**      **Adverse events ongoing at randomization or reported during RTP leading to discontinuation (Randomized safety population)**

| MEDDRA PREFERRED TERM [a] | Randomized treatment QTP+ LI/VAL (N=310) n (%) | PLA+ LI/VAL (N=313) n (%) | Assigned mood stabilizer QTP+ LI (N=131) n (%) | PLA+ LI (N=134) n (%) | QTP+ VAL (N=179) n (%) | PLA+ VAL (N=179) n (%) |
|---|---|---|---|---|---|---|
| WEIGHT INCREASED | 12 ( 3.9) | 1 ( 0.3) | 2 ( 1.5) | 0 | 10 ( 5.6) | 1 ( 0.6) |
| ALOPECIA | 2 ( 0.6) | 2 ( 0.6) | 1 ( 0.8) | 0 | 1 ( 0.6) | 2 ( 1.1) |
| DEPRESSION | 2 ( 0.6) | 0 | 2 ( 1.5) | 0 | 0 | 0 |
| DIABETES MELLITUS NON-INSULIN-DEPENDENT | 2 ( 0.6) | 0 | 1 ( 0.8) | 0 | 1 ( 0.6) | 0 |
| HYPERGLYCAEMIA | 2 ( 0.6) | 0 | 1 ( 0.8) | 0 | 1 ( 0.6) | 0 |
| SEDATION | 2 ( 0.6) | 0 | 1 ( 0.8) | 0 | 1 ( 0.6) | 0 |
| SOMNOLENCE | 2 ( 0.6) | 1 ( 0.3) | 1 ( 0.8) | 0 | 1 ( 0.6) | 1 ( 0.6) |
| SUICIDAL IDEATION | 2 ( 0.6) | 0 | 2 ( 1.5) | 0 | 0 | 0 |
| ASTHENIA | 1 ( 0.3) | 0 | 1 ( 0.8) | 0 | 0 | 0 |
| BACK PAIN | 1 ( 0.3) | 0 | 1 ( 0.8) | 0 | 0 | 0 |
| CONVERSION DISORDER | 1 ( 0.3) | 0 | 1 ( 0.8) | 0 | 0 | 0 |
| DIABETIC KETOACIDOSIS | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.6) | 0 |
| EXTRAPYRAMIDAL DISORDER | 1 ( 0.3) | 0 | 1 ( 0.8) | 0 | 0 | 0 |
| GLUCOSE TOLERANCE IMPAIRED | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.6) | 0 |
| HAEMOLYTIC ANAEMIA | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.6) | 0 |
| HYPONATRAEMIA | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.6) | 0 |
| HYPOTHYROIDISM | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.6) | 0 |
| INSULIN RESISTANCE | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.6) | 0 |
| MANIA | 1 ( 0.3) | 0 | 1 ( 0.8) | 0 | 0 | 0 |
| MONOCYTOSIS | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.6) | 0 |
| NASOPHARYNGITIS | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.6) | 0 |
| NEUTROPENIA | 1 ( 0.3) | 1 ( 0.3) | 0 | 0 | 1 ( 0.6) | 1 ( 0.6) |
| OBSTRUCTIVE CHRONIC BRONCHITIS WITH ACUTE EXACERBATION | 1 ( 0.3) | 0 | 1 ( 0.8) | 0 | 0 | 0 |
| OEDEMA | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.6) | 0 |
| OEDEMA PERIPHERAL | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.6) | 0 |
| PSORIASIS | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.6) | 0 |
| RASH | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.6) | 0 |
| RENAL FAILURE | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.6) | 0 |
| THROMBOCYTHAEMIA | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.6) | 0 |

CONFIDENTIAL
AZSER12772862

Clinical Study Report
Study code: D1447C00127

**Table 47**     **Adverse events ongoing at randomization or reported during RTP leading to discontinuation (Randomized safety population)**

| MEDDRA PREFERRED TERM [a] | Randomized treatment QTP+ LI/VAL (N=310) n (%) | PLA+ LI/VAL (N=313) n (%) | Assigned mood stabilizer QTP+ LI (N=131) n (%) | PLA+ LI (N=134) n (%) | QTP+ VAL (N=179) n (%) | PLA+ VAL (N=179) n (%) |
|---|---|---|---|---|---|---|
| TREMOR | 1 ( 0.3) | 0 | 1 ( 0.8) | 0 | 0 | 0 |
| VISION BLURRED | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.6) | 0 |
| WEIGHT DECREASED | 1 ( 0.3) | 1 ( 0.3) | 0 | 1 ( 0.7) | 1 ( 0.6) | 0 |
| ANXIETY | 0 | 1 ( 0.3) | 0 | 1 ( 0.7) | 0 | 0 |
| ATRIOVENTRICULAR BLOCK THIRD DEGREE | 0 | 1 ( 0.3) | 0 | 1 ( 0.7) | 0 | 0 |
| DIARRHOEA | 0 | 1 ( 0.3) | 0 | 1 ( 0.7) | 0 | 0 |
| DRUG INTERACTION | 0 | 1 ( 0.3) | 0 | 1 ( 0.7) | 0 | 0 |
| DRY MOUTH | 0 | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.6) |
| FATIGUE | 0 | 1 ( 0.3) | 0 | 1 ( 0.7) | 0 | 0 |
| INCREASED APPETITE | 0 | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.6) |
| NAUSEA | 0 | 1 ( 0.3) | 0 | 1 ( 0.7) | 0 | 0 |
| PARANOIA | 0 | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.6) |
| PREGNANCY | 0 | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.6) |
| SYNCOPE | 0 | 1 ( 0.3) | 0 | 1 ( 0.7) | 0 | 0 |
| VOMITING | 0 | 1 ( 0.3) | 0 | 1 ( 0.7) | 0 | 0 |

[a]  Patients with multiple events falling under the same preferred term are counted only once in that term.
PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group. n  Number of patients.
MedDRA Medical Dictionary of Regulatory Activities.
Note: Events reported during randomized treatment phase by decreasing frequency.
/csre/dev/seroquel/d1447c00127/sp/output/tlf/t1103050102.rtf  aelog224.sas  17JAN2007:14:50  luchen
Table corresponds to Table 11.3.5.1- 2

The number of patients with adverse events leading to discontinuation, ongoing at randomization or reported during randomized treatment, was 35 (11.3%) in the qutiapine group and 12 (3.8%) in the placebo group (see Table 41).  The most common reason for discontinuation in the quetiapine treatment group was "weight increased" (12 patients, 3.9%), which was higher than the placebo group (1 patient, 0.3%).  Otherwise, there were no major differences in individual adverse events leading to discontinuation between randomized treatment groups.

During the open-label treatment phase, 394 patients (20.3%) with adverse events leading to discontinuation were reported (Table 11.3.5.1- 3).  The most common adverse events leading to discontinuation during open-label treatment were "sedation" (6.6%), "somnolence" (4.1%), and "weight increased" (2.4%).

190

CONFIDENTIAL
AZSER12772863

Clinical Study Report
Study code: D1447C00127

All patients who were discontinued from study treatment due to an adverse event are listed in Table 11.3.5.2- 1, and narratives for these patients are provided in Section 11.3.10. (Note that narratives are also provided in Section 11.3.10 for 8 of 15 patients who withdrew from the study due to adverse events that occurred before study treatment began. These patients are listed among the "screen failures" in Appendix 12.2.1-1 who were discontinued due to adverse events.) If an SAE was also a DAE, a single narrative for the patient is presented in the SAE section of Section 11.3.10.

**Discontinuations for mood events that were also recorded as AEs**

Table 11.3.2.1- 2 states that 35 patients in the quetiapine group and 12 patients in the placebo group had adverse events that led to discontinuation from randomized treatment. The total of 47 patients includes 7 patients whose primary reason for discontinuation (as shown in Figure 4 and in Table 11.3.2.1- 2) was a mood event that was also recorded as a DAE in Table 11.3.2.1- 2. Three of the 7 patients were found in the quetiapine group (E0037121, E0066009, and E0080029) and 4 patients were found in the placebo group (E0008029, E0048041, E0113004, and E0121001). This explains why Table 11.3.2.1- 2 has the same number of quetiapine patients with DAE as the number of patients discontinued with an AE given as the reason for discontinuation in Figure 4 and Table 11.1- 2, despite that 3 patients in the quetiapine group had an AE given as the reason for discontinuation in Figure 4 and Table 11.1- 2 (see Section 6.2) although this was not reported as a DAE. The 4 patients in the placebo group with mood events also reported as a DAE explains why there are 12 patients with a DAE in Table 41 and 8 placebo patients discontinued primarily due to an AE in Figure 4 and Table 11.1- 2.

**8.4.4    Other significant adverse events**

There were no OAEs identified in this study.

**8.4.5    Adverse events by organ system or syndrome**

**8.4.5.1    Adverse events potentially associated with suicidality**

Patients with adverse events potentially associated with suicidality, reported during the randomized treatment phase, are summarized in Table 48.

**Table 48        Adverse events potentially associated with suicidality (Randomized safety population)**

| MEDDRA PREFERRED TERM [a] | Randomized treatment QTP+ LI/VAL (N=310) n (%) | PLA+ LI/VAL (N=313) n (%) | Assigned mood stabilizer QTP+ LI (N=131) n (%) | PLA+ LI (N=134) n (%) | QTP+ VAL (N=179) n (%) | PLA+ VAL (N=179) n (%) |
|---|---|---|---|---|---|---|
| ANY ADVERSE EVENT | 4 ( 1.3) | 3 ( 1.0) | 4 ( 3.1) | 1 ( 0.7) | 0 | 2 ( 1.1) |
| SUICIDAL IDEATION | 3 ( 1.0) | 3 ( 1.0) | 3 ( 2.3) | 1 ( 0.7) | 0 | 2 ( 1.1) |
| COMPLETED SUICIDE | 1 ( 0.3) | 0 | 1 ( 0.8) | 0 | 0 | 0 |

191

CONFIDENTIAL
AZSER12772864

Clinical Study Report
Study code: D1447C00127

[a] Patients with multiple events falling under the same preferred term are counted only once in that term.
PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group. n  Number of patients.
MedDRA Medical Dictionary of Regulatory Activities, version 7.0.
Note: Events reported during randomized treatment phase by decreasing frequency in the quetiapine treatment group.
/csre/dev/seroquel/d1447c00127/sp/output/tlf/t1103070101.rtf  aelog227.sas  17JAN2007:14:51  luchen
Table corresponds to Table 11.3.7.1- 1.

The proportion of patients with adverse events potentially related to suicide was low and similar in the quetiapine treatment group (4 patients, 1.3%) compared to the placebo group (3 patients, 1.0%).

Patients with adverse events potentially associated with suicidality, ongoing at randomization or reported during the randomized treatment phase, are summarized in Table 11.3.7.7- 1.

Patients with adverse events potentially associated with suicidality during the open-label treatment phase are summarized in Table 11.3.7.1- 2.  The pattern of AEs in the open-label phase was consistent with the findings in the randomized treatment phase, with 19 patients (1.0%) who had adverse events potentially associated with suicidality during the open-label treatment phase.

### 8.4.5.2    Adverse events potentially associated with EPS

Patients with adverse events potentially associated with EPS, reported during the randomized treatment phase, are summarized by randomized treatment and by assigned mood stabilizer in Table 49.

**Table 49        Adverse events potentially associated with EPS (Randomized safety population)**

| MEDDRA PREFERRED TERM [a] | Randomized treatment QTP+ LI/VAL (N=310) | PLA+ LI/VAL (N=313) | Assigned mood stabilizer QTP+ LI (N=131) | PLA+ LI (N=134) | QTP+ VAL (N=179) | PLA+ VAL (N=179) |
|---|---|---|---|---|---|---|
| | n (%) | n (%) | n (%) | n (%) | n (%) | n (%) |
| ANY ADVERSE EVENT | 34 ( 11.0) | 30 ( 9.6) | 15 ( 11.5) | 17 ( 12.7) | 19 ( 10.6) | 13 ( 7.3) |
| TREMOR | 27 ( 8.7) | 26 ( 8.3) | 11 ( 8.4) | 15 ( 11.2) | 16 ( 8.9) | 11 ( 6.1) |
| AKATHISIA | 5 ( 1.6) | 4 ( 1.3) | 1 ( 0.8) | 2 ( 1.5) | 4 ( 2.2) | 2 ( 1.1) |
| RESTLESSNESS | 2 ( 0.6) | 2 ( 0.6) | 1 ( 0.8) | 1 ( 0.7) | 1 ( 0.6) | 1 ( 0.6) |
| COGWHEEL RIGIDITY | 1 ( 0.3) | 0 | 1 ( 0.8) | 0 | 0 | 0 |
| EXTRAPYRAMIDAL DISORDER | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.6) | 0 |
| MUSCLE CONTRACTIONS INVOLUNTARY | 1 ( 0.3) | 0 | 1 ( 0.8) | 0 | 0 | 0 |

[a] Patients with multiple events falling under the same preferred term are counted only once in that term.
PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group. n  Number of patients.
EPS Extrapyramidal symptoms. MedDRA Medical Dictionary of Regulatory Activities, version 7.0.
Note: Events reported during randomized treatment phase by decreasing frequency in the quetiapine treatment group.
/csre/dev/seroquel/d1447c00127/sp/output/tlf/t1103070201.rtf  aelog229.sas  17JAN2007:14:51  luchen
Table corresponds to Table 11.3.7.2- 1.

CONFIDENTIAL
AZSER12772865

Clinical Study Report
Study code: D1447C00127

Quetiapine, used as adjunct therapy with lithium or valproate, was not associated with treatment-emergent EPS.  The proportion of patients with adverse events potentially related to EPS was similar between the quetiapine treatment group (34 patients, 11.0%) and the placebo group (30 patients, 9.6%).

Patients with adverse events potentially associated with EPS, ongoing at randomization or reported during the randomized treatment phase, are summarized in Table 11.3.7.7- 2.

Patients with adverse events associated with EPS during the open-label treatment phase are summarized in Table 11.3.7.2- 2.

The pattern of AEs in the open-label phase was consistent with the findings in the randomized treatment phase, with 301 (15.5%) of patients experiencing an AE potentially related to EPS.

There was 1 adverse event coded to the MedDRA preferred term of "tardive dyskinesia" during the open-label treatment phase.

- Patient (E0064008) had an adverse event of "tardive dyskinesia" (verbatim term "lip smacking") that was reported with a start date on Day 156 of the open-label treatment phase that was considered by the investigator to be of mild intensity.  At the time of the event the patient was being treated with 400 mg quetiapine.  The patient did not have a medical history related to EPS.  The adverse event was ongoing at the time of withdrawal.  The patient was withdrawn from the study on Day 167.  It was not reported as an SAE, but the investigator considered the lip smacking to be related to study medication.

### 8.4.5.3    Adverse events potentially associated with QT prolongation

There were no adverse events associated with QT prolongation at any time during this study. Tables demonstrating the absence of these AEs during randomized treatment and open label treatment are presented in Table 11.3.7.3- 1 and in Table 11.3.7.3- 2, respectively.

### 8.4.5.4    Adverse events potentially associated with diabetes mellitus

Patients with adverse events associated with diabetes mellitus, reported during the randomized treatment phase, are summarized in Table 50.

193

CONFIDENTIAL
AZSER12772866

Clinical Study Report
Study code: D1447C00127

**Table 50**           **Adverse events potentially associated with diabetes mellitus
(Randomized safety population)**

| MEDDRA PREFERRED TERM [a] | Randomized treatment QTP+ LI/VAL (N=310) n (%) | PLA+ LI/VAL (N=313) n (%) | Assigned mood stabilizer QTP+ LI (N=131) n (%) | PLA+ LI (N=134) n (%) | QTP+ VAL (N=179) n (%) | PLA+ VAL (N=179) n (%) |
|---|---|---|---|---|---|---|
| ANY ADVERSE EVENT | 16 ( 5.2) | 5 ( 1.6) | 6 ( 4.6) | 2 ( 1.5) | 10 ( 5.6) | 3 ( 1.7) |
| HYPERGLYCAEMIA | 4 ( 1.3) | 1 ( 0.3) | 1 ( 0.8) | 0 | 3 ( 1.7) | 1 ( 0.6) |
| DIABETES MELLITUS | 3 ( 1.0) | 1 ( 0.3) | 3 ( 2.3) | 0 | 0 | 1 ( 0.6) |
| DIABETES MELLITUS NON-INSULIN-DEPENDENT | 2 ( 0.6) | 0 | 0 | 0 | 2 ( 1.1) | 0 |
| HYPERINSULINAEMIA | 2 ( 0.6) | 1 ( 0.3) | 0 | 0 | 2 ( 1.1) | 1 ( 0.6) |
| INSULIN RESISTANCE | 2 ( 0.6) | 0 | 0 | 0 | 2 ( 1.1) | 0 |
| BLOOD INSULIN INCREASED | 1 ( 0.3) | 0 | 1 ( 0.8) | 0 | 0 | 0 |
| DIABETIC KETOACIDOSIS | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.6) | 0 |
| POLYDIPSIA | 1 ( 0.3) | 1 ( 0.3) | 1 ( 0.8) | 0 | 0 | 1 ( 0.6) |
| THIRST | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.6) | 0 |
| POLYURIA | 0 | 2 ( 0.6) | 0 | 2 ( 1.5) | 0 | 0 |

[a]  Patients with multiple events falling under the same preferred term are counted only once in that term.
PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group. n  Number of patients.
MedDRA Medical Dictionary of Regulatory Activities, version 7.0.
Note: Events reported during randomized treatment phase by decreasing frequency in the quetiapine treatment group.
/csre/dev/seroquel/d1447c00127/sp/output/tlf/t1103070401.rtf  aelog233.sas  08FEB2007:11:00  luchen
Table corresponds to Table 11.3.7.4- 1.

During randomized treatment, there were 16 patients (5.2%) with adverse events potentially
associated with diabetes reported in the quetiapine treatment group, compared to 5 patients
with adverse events (1.6%) in the placebo group.  Most of the adverse events were not specific
to a diagnosis of new cases of diabetes mellitus.

Detailed information of individual patient cases pertaining to adverse events of particular
interest is included in the Clinical Summary of Safety for this submission, along with
discussion about the clinical relevance of the observed data.  A brief summary of individual
patient cases during randomized treatment follows:

**Randomized Treatment Phase**

There were 3 patients in the quetiapine group and 1 in the placebo group coded to the
MedDRA preferred term of "diabetes mellitus", during the randomized treatment phase:

In the quetiapine group:

194

CONFIDENTIAL
AZSER12772867

Clinical Study Report
Study code: D1447C00127

1.   Patient E0036019, a 42-year-old black woman, was recorded by the investigator as
     having an adverse event with the verbatim term "diabetes mellitus" on Day 225 of
     randomized treatment while receiving a quetiapine dose 400 mg/day adjunct with
     lithium as the mood stabilizer.  The investigator considered the AE to be of
     moderate intensity and unrelated to study drug.  This patient did not have a medical
     history of diabetes.  This patient was treated for 117 days during the open-label
     phase of the study, and the screening visit BMI, fasting blood glucose and HbA1c
     values were 40.9 kg/m$^2$, 134.0 mg/dL, and 6.5%; respectively.  The fasting blood
     glucose and HbA1c values at the visit prior to the AE were 316 mg/dl and 9.0%,
     respectively.  The patient received glucose lowering medications (exenatide and
     metformin hydrochlride), and the AE resolved on Day 424 when the fasting blood
     glucose and HbA1c values were 117 mg/dl and 6.6%, respectively.

2.   Patient E0062017, a 46-year-old Caucasian woman, was recorded by the
     investigator as having an adverse event with the verbatim term "diabetes mellitus"
     on Day 7 of randomized treatment while receiving a quetiapine dose 700 mg/day
     adjunct with lithium as the mood stabilizer.  The investigator considered the AE to
     be of moderate intensity and related to study drug.  This patient did not have a
     medical history of diabetes.  This patient was treated for 119 days during the open-
     label phase of the study and the screening visit BMI, fasting blood glucose and
     HbA1c values were 31.0 kg/m$^2$, 115 mg/dL, and 6.0%; respectively.  The
     investigator changed the dose of study medication in response to this AE, but no
     glucose lowering medications were administered to the patient for this AE.  The
     fasting blood glucose and HbA1c values at the visit prior to the AE were 117 mg/dl
     and 5.3%, respectively.  The AE resolved on Day 21 of randomized treatment,
     when the fasting blood glucose and HbA1c values were 118 mg/dl and 5.4%,
     respectively.

3.   Patient E0063001, a 48-year-old Caucasian man, was recorded by the investigator
     as having an adverse event with the verbatim term "diabetes mellitus" on Day 208
     of randomized treatment while receiving a quetiapine dose 600 mg/day, adjunct
     with lithium as the mood stabilizer.  The investigator considered the AE to be of
     moderate intensity and related to study drug.  This patient did not have a medical
     history of diabetes.  This patient was treated for 118 days during the open-label
     phase of the study, and the screening visit BMI and HbA1c values were 36.2 kg/m$^2$
     and 5.7%; respectively.  The blood glucose measurement available for this patient at
     the screening visit was not fasting, and was 117 mg/dL.  The fasting blood glucose
     and HbA1c values at the time of the AE were 163 mg/dL and 6.8%, respectively.
     The patient received glucose lowering medication (metformin hydrochloride and
     glipizide), and the AE continued to the final visit on Day 687 when the fasting
     blood glucose and HbA1c values were 143 mg/dl and 6.7%, respectively.

In the placebo group:

CONFIDENTIAL
AZSER12772868

Clinical Study Report
Study code: D1447C00127

1.  Patient E0105016, a 45-year-old Caucasian woman,  had a medical history of diabetes mellitus and was recorded by the investigator as having an adverse event with the verbatim term "worsening of diabetes" on Day 18 of randomized treatment with placebo adjunct with valproate as the mood stabilizer, because of an exacerbation of symptoms.   The investigator considered the AE to be of moderate intensity and unrelated to study drug.  This patient was treated for 232 days during the open-label phase of the study, and the screening visit BMI, fasting blood glucose and HbA1c values were 34.3 kg/m$^2$, 95 mg/dL, and 5.6%; respectively.  The fasting blood glucose and HbA1c values at the time of the AE were 94 mg/dl and 6.0%, respectively.  The patient received glucose lowering medication (metformin hydrochlride), and the AE continued to the final visit on Day 48 of randomized treatment when the fasting blood glucose and HbA1c values were 83 mg/dl and 5.8%, respectively.

There were 2 patients in the quetiapine group and none in the placebo group with adverse events coded to the MedDRA preferred term of "diabetes mellitus (non-insulin dependent)" during the randomized treatment phase:

1.  Patient E0026002, a 33-year-old Caucasian man, was recorded by the investigator as having an adverse event with the verbatim term "type II diabetes" on Day 477 of randomized treatment while receiving a quetiapine dose 600 mg/day, adjunct with valproate as the mood stabilizer.  The investigator considered the AE to be of moderate intensity and related to study drug.  This patient did not have a medical history of diabetes.  The patient was treated for 231 days during the open-label phase of the study, and the screening visit BMI and HbA1c values were 29.8 kg/m$^2$ and 5.5%; respectively.  The blood glucose measurement at the screening visit was not fasting, and was 95 mg/dL.  The blood glucose, insulin, and HbA1c values at the time of the AE were 199 mg/dl, 122 pmol/L, and 7.1%, respectively.  No action was recorded as having been taken by the investigator related to this AE, and  no glucose lowering medications were administered to this patient during the study.  The AE continued to the final visit on Day 541 when the fasting blood glucose, insulin, and HbA1c values were 92 mg/dl, 19 pmol/L, and 6.6%, respectively.

2.  Patient E0080036, a 29-year-old Caucasian man, had a medical history of glucose intolerance and was recorded by the investigator as having an adverse event with the verbatim term "type II diabetes" on Day 214 of randomized treatment while receiving a quetiapine dose 800 mg/day, adjunct with valproate as the mood stabilizer.  The investigator considered the AE to be of moderate intensity and related to study drug.  This patient did not have a medical history of diabetes.  This patient was treated for 115 days during the open-label phase of the study, and the screening visit BMI, fasting blood glucose and HbA1c values were 38.4 kg/m$^2$, 92 mg/dL, and 5.9%; respectively.  The fasting blood glucose and HbA1c values at the time of the AE were 583 mg/dl, and 15.6%, respectively.  No recorded action was taken by the investigator in response to this AE, and no glucose lowering medications were administered to this patient at any time during the study.  The AE

196

CONFIDENTIAL
AZSER12772869

Clinical Study Report
Study code: D1447C00127

continued to the final visit on Day 276 of randomized treatment when the fasting blood glucose, insulin, and HbA1c values were 94 mg/dl, 6 pmol/L, and 9.4%, respectively.

There were 2 patients in the quetiapine group and none in the placebo group with adverse events coded to the MedDRA preferred term of "insulin resistance" during the randomized treatment phase:

1.  Patient E0020009, a 21-year-old Hispanic woman, was recorded by the investigator as having an adverse event with the verbatim term "insulin resistance" on Day 476 of randomized treatment while receiving a quetiapine dose 600 mg/day, adjunct with valproate as the mood stabilizer. The investigator considered the AE to be of mild intensity and related to study drug. This patient did not have a medical history of diabetes. This patient was treated for 149 days during the open-label phase of the study, and the screening visit BMI and HbA1c values were 21.7 kg/m$^2$ and 5.4%; respectively. The blood glucose and insulin measurements at the screeing visit for this patient were not fasting, and were 88 mg/dL and the serum insulin was 56 pmol/L. The non-fasting blood glucose, insulin, and HbA1c values at the time of the AE were 77 mg/dl, 68 pmol/L, and 5.3%, respectively. No action was recorded by the investigator in response to this AE, and no glucose lowering medications were administered to this patient at any time during the study. The AE continued to the final visit on Day 491 when the fasting blood glucose, insulin, and HbA1c values were 90 mg/dl, 17 pmol/L, and 5.2%, respectively.

2.  Patient E0020087, a 49-year-old Caucasian man, was recorded by the investigator as having an adverse event with the verbatim term "insulin resistance" on Day 82 of randomized treatment while receiving a quetiapine dose 800 mg/day adnjunct with valproate as the mood stabilizer. The investigator considered the AE to be of moderate intensity and related to study drug. This patient did not have a medical history of diabetes. This patient was treated for 175 days during the open-label phase of the study, and the screening visit BMI was 35.9 kg/m$^2$, fasting blood glucose was 88 mg/dL, insulin was 12 pmol/L, and HbA1c was 4.9%. No action was recorded by the investigator in response to this AE, and no glucose lowering medication was administered to this patient at any time during the study. The blood glucose, insulin, and HbA1c values at the time of the AE were 96 mg/dl, 60 pmol/L, and 5.3%, respectively. The AE continued to the final visit on Day 491 of randomized treatment when the blood glucose, insulin, and HbA1c values were 103 mg/dl, 121 pmol/L, and 5.3%, respectively.

There was 1 patient with an SAE coded to the MedDRA preferred term of "diabetic ketoacidosis" during the randomized treatment phase:

1.  Patient E0059014, a 57-year-old Black man, had a history of hypertension and the AE "diabetic ketoacidosis" was recorded on Day 30 of randomized treatment with quetiapine 400 mg/day adjunct with valproate as the mood stabilizer. The investigator considered the AE to be of severe intensity and unrelated to study drug.

197

CONFIDENTIAL
AZSER12772870

This patient was treated for 118 days during the open-label phase of the study, and the screening visit BMI and HbA1c values were 27.9 kg/m$^2$ and 5.0%; respectively. The screening visit blood glucose measurement was not fasting, and was 130 mg/dL. Information that was available only in the Clintrace report (not the clinical trial database) indicated that the patient had teeth extracted on Day 21 of randomized treatment, and a subsequent weight loss of 6 kg that the patient attributed to the inability to eat solid food. "Around" Day 30 of randomized treatment (per the SAE text), the patient began to experience weight loss, polyuria, and polydipsia, moderate blurred vision and severe renal failure. On Day 35, study medication was discontinued. On Day 44, the patient presented to the emergency room. For three days prior to the ER visit, he experienced fatigue, nausea, and vomiting. He denied fever chills, dysuria, cough and shortness of breath. The patient's serum glucose level on admission was 1445. He was admitted to the intensive care unit with diabetic ketoacidosis. He was treated with IV hydration and IV insulin. The patient was newly diagnosed with "diabetes, likely type 1", according to the investigator (per the Clintrace SAE report text). His HbA1C was 17.2%. By Day 49 of randomized treatment, the events of diabetic ketoacidosis and renal failure resolved and the patient was discharged from the hospital. On Day 51, the event of blurry vision resolved. The patient withdrew from the study due to this event, a full clinical narrative for this event is provided in Section 11.3.10.

Patients with adverse events potentially associated with diabetes mellitus, ongoing at randomization or reported during the randomized treatment phase, are summarized in Table 11.3.7.7- 4.

**Open-Label Treatment Phase**

Patients with adverse events potentially associated with diabetes mellitus during open-label treatment phase are summarized in Table 11.3.7.4- 2. The incidence of AEs potentially associated with diabetes mellitus during the open-label phase was AEs was much lower than the findings in the randomized treatment phase, with a total of 51 adverse events (2.6%) during open-label treatment.

A brief summary of individual patient cases pertaining to adverse events of particular interest during open-label treatment follows:

There were 7 patients with adverse events coded to the MedDRA preferred term of "diabetes mellitus" during the open-label treatment phase:

1.    Patient E0034005, a 59-year-old Caucasian man, was recorded by the investigator as having an adverse event with the verbatim term "diabetes mellitus" on Day 40 of open label treatment with 100 mg/day quetiapine adjunct with lithium as the mood stabilizer. This patient was treated for a total of 62 days during the open-label phase of the study, and the screening visit BMI, fasting blood glucose and HbA1c values were 41.7 kg/m$^2$, 164 mg/dL, and 8.3%; respectively. The patient had no prior history of diabetes mellitus despite the screening visit blood glucose and

CONFIDENTIAL
AZSER12772871

Clinical Study Report
Study code: D1447C00127

HbA1c in the diabetic range. The investigator considered the AE to be mild in intensity and unrelated to study drug. This AE never became serious and the patient was not discontinued from the study due to the AE. The patient was treated with glucose lowering medication (metformin and glipizide) that were started on Day 40 of open-label treatment, the same day as the AE start date. The patient had fasting glucose and HbA1c values of 149 mg/dL and 8.5 %, respectively, on the final visit of the study, Day 62 of open label treatment.

2.  Patient E0040001, a 47-year-old Caucasian woman, was recorded by the investigator as having an adverse event with the verbatim term "diabetes mellitus" on Day 73 of open label treatment with quetiapine 600 mg/day adjunct with lithium as the mood stabilizer. The patient had no prior history of diabetes mellitus. This patient was treated for a total of 87 days during the open-label phase of the study, and the screening visit BMI, blood glucose and HbA1c values were 46.5 kg/m$^2$, 120 mg/dL (non-fasting), and 6.2%; respectively. The investigator considered the AE to be mild in intensity and unrelated to study drug. This AE never became serious, but the patient was discontinued from the study due to the AE on Day 87 of open-label treatment. A clinical narrative of this event is also provided in Section 11.3.10. The patient was treated with glucose lowering medication (metformin) beginning on Day 73, the start date of this AE. The patient had non-fasting glucose and HbA1c values of 65 mg/dL and 5.1%, respectively, on Day 87, the day of the final visit.

3.  Patient E0044056, a 64-year-old Caucasian man, was recorded by the investigator as having an adverse event with the verbatim term "diabetes mellitus" on Day 16 of open label treatment with 300 mg/day quetiapine adjunct with valproate as the mood stabilizer. The patient had no prior history of diabetes mellitus. This patient was treated for 150 days during the open-label phase of the study and 224 days of randomized treatment with placebo. The screening visit BMI, blood glucose and HbA1c values were 33.9 kg/m$^2$, 137 mg/dL, and 7.1%; respectively. The investigator considered the AE to be moderate in intensity and unrelated to study drug. This AE never became serious and the patient was not discontinued from the study due to the AE. The patient was treated with glucose lowering medication (glipizide) starting on Day 115 of open-label treatment and ongoing at the final study visit. The patient had fasting glucose and HbA1c values of 133 mg/dL and 7.0 %, respectively, on Day 224 of randomized treatment, the final visit for this patient.

4.  Patient E0105003, a 24-year-old Caucasian woman, was recorded by the investigator as having an adverse event with the verbatim term "diabetes mellitus" on Day 53 of open-label treatment with quetiapine 400 mg/day adjunct with valproate as the mood stabilizer. The patient entered the study with a prior history of diabetes. This patient was treated for 212 days during the open-label phase of the study, the screening visit BMI was 32.8 kg/m$^2$ and the HbA1c was 9.6% at the screening visit. The screening visit blood glucose measurement for this patient was not fasting, and was 217 mg/dL. The patient was already being treated with the

199

CONFIDENTIAL
AZSER12772872

Clinical Study Report
Study code: D1447C00127

glucose lowering medication, metformin, at the time of the AE.  The patient
continued on the same treatment, and began taking rosiglitazone on Day 53 of open-
label treatment.   The investigator considered the AE to be mild in intensity and
unrelated to study drug.  This AE never became serious, and the patient was not
discontinued from the study due to this AE.  The patient had fasting glucose and
HbA1c values of 328 mg/dL and 10.0 %, respectively, on Day 207, the final visit
with laboratory assessments for this patient.

5.      Patient E0108019, a 52-year-old Caucasian man, was recorded by the investigator
        as having an adverse event with the verbatim term "diabetes mellitus" on Day 35 of
        open label treatment with quetiapine 500 mg/day adjunct with valproate as the
        mood stabilizer.  The patient had no prior history of diabetes mellitus.  This patient
        was treated for 224 days during the open-label phase of the study and 91 days of
        randomized treatment with quetiapine.  The screening visit  BMI and HbA1c values
        were 24.8 kg/m$^2$ and 6.2%, respectively.  The screening visit blood glucose
        measurement was not fasting, and was 112 mg/dL.  The investigator considered the
        AE to be moderate in intensity and unrelated to study drug.  This AE never became
        serious and the patient was not discontinued from the study due to the AE.  The
        patient was treated with glucose lowering medication (metformin) on Day 2 of
        randomized treatment with quetiapine and continuing at end of study for this
        patient.  The patient had fasting glucose and HbA1c values of 121 mg/dL and 6.7
        %, respectively, on Day 91 of randomized treatment, the date of the final visit for
        this patient.

6.      Patient E0112006, a 51-year-old Caucasian man, was recorded by the investigator
        as having an adverse event with the verbatim term "diabetes mellitus, worsening"
        on Day 112 of open label treatment with quetiapine 800 mg/day adjunct with
        lithium as the mood stabilizer.  The patient had a prior history of diabetes mellitus.
        This patient was treated for 261 days during the open-label phase of the study and
        41 days of randomized treatment with placebo.  The screening visit BMI, blood
        glucose and HbA1c values were 45.8 kg/m$^2$, 112 mg/dL, and 6.1%; respectively.
        The patient had fasting glucose and HbA1c values of 167 mg/dL and 7.3 %,
        respectively, on Day 83 of open-label treatment.  The investigator considered the
        AE to be mild in intensity and related to study drug.  This AE never became serious
        and the patient was not discontinued from the study due to the AE.  The patient was
        already being treated with a glucose lowering medication (metformin).  The
        metformin dose was increased and glibenclamide, another glucose lowering agent,
        was added for this patient on Day 101 of open-label treatment.  The patient had
        fasting glucose and HbA1c values of 102 mg/dL and 5.3%, respectively, on Day 41
        of randomized treatment with placebo, the date of the final visit.

7.      Patient E0116029, a 36-year-old Caucasian woman, was recorded by the
        investigator as having an adverse event with the verbatim term "diabetes mellitus"
        on Day 122 of open label treatment with quetiapine 500 mg/day adjunct with
        valproate as the mood stabilizer.  The patient had no prior history of diabetes

200

CONFIDENTIAL
AZSER12772873