Clinical Study Report
Study code: D1447C00127

mellitus.  This patient was treated for 229 days during the open-label phase of the study, and for 201 days during randomized treatmen with quetiapine.  The screening visit BMI, fasting blood glucose and HbA1c values were 34 kg/m$^2$, 135 mg/dL, and 6.7%; respectively.  The patient had fasting glucose and HbA1c values of 194 mg/dL and 7.4 %, respectively, on Day 84 of open label treatment.  This AE never became serious and the patient was not discontinued from the study due to the AE.  The investigator considered the AE to be moderate in intensity and unrelated to study drug.  The patient was treated with glucose lowering medication (metformin and pioglitazone) starting on Day 157 of open label treatment.  The patient had fasting glucose and HbA1c values of 190 mg/dL and 7.0 %, respectively, on Day 201 of randomized treatment with quetiapine, the date of the final visit.

There were 4 patients with adverse events coded to the MedDRA preferred term of "diabetes mellitus (non-insulin dependent)" during the open-label treatment phase:

1.  Patient E0008004, a 32-year-old Black woman, was recorded by the investigator as having an adverse event with the verbatim term "Type II diabetes" on Day 168 of open-label treatment with 500 mg/day quetiapine adjunct with lithium as the mood stabilizer.  The patient had no prior history of diabetes mellitus. This patient was treated for 259 days during the open-label phase of the study, and for 2 days of randomized treatment with quetiapine.  The screening visit BMI and HbA1c values were 32 kg/m$^2$ and 6.6%; respectively.  The screening visit blood glucose measurement was not fasting, and was 137 mg/dL.  The patient had fasting glucose and HbA1c values of 168 mg/dL and 7.4%, respectively, on Day 168 of open-label treatment.  The investigator considered the AE to be moderate in intensity and unrelated to study drug.  This AE never became serious, but the patient was discontinued from the study due to the AE.  A clinical narrative for this AE is also provided in Seciton 11.3.10.  The patient was treated with a glucose lowering medication (metformin) starting on Day 2 of randomized treatment.  The patient had fasting glucose, insulin, and HbA1c values of 249 mg/dL, 65 pmol/L, and 8.0%, respectively, on Day 1 of randomized treatment, the date of the final visit with a laboratory assessment for this patient.

2.  Patient E0020014, a 36-year-old Caucasian woman, was recorded by the investigator as having an adverse event with the verbatim term "Type II diabetes" on Day 171 of open-label treatment with quetiapine 500 mg/day adjunct with valproate as the mood stabilizer.  The patient had no prior history of diabetes mellitus.  This patient was treated for 232 days during the open-label phase of the study, and the screening visit BMI and HbA1c values were 36.8 kg/m$^2$ and 5.9%; respectively.  The screening visit fasting blood glucose was not fasting, and was 138 mg/dL.  The patient had fasting glucose, insulin, and HbA1c values of 160 mg/dL, 14 pmol/L, and 6.6, respectively, on Day 164 of open-label treatment.  No action was taken by the investigator.  The investigator considered the AE to be moderate in intensity and related to study drug.  This AE never became serious, but the patient was discontinued from the study due to the AE.  A clinical narrative for

CONFIDENTIAL
AZSER12772874

Clinical Study Report
Study code: D1447C00127

this event is provided in Section 11.3.10.  The patient had fasting glucose, insulin, and HbA1c values of 207 mg/dL, 18 pmol/L, and 7.2%, respectively, on Day 224 of open-label treatment, the date of the final visit with these laboratory assessments for this patient.

3.    Patient E0026009, a 47-year-old Caucasian woman, was recorded by the investigator as having an adverse event with the verbatim term "Type II diabetes" on Day 83 of open label treatment with quetiapine 400 mg/day adjunct with valproate as the mood stabilizer.  The patient had no prior history of diabetes mellitus.  This patient was treated for 99 days during the open-label phase of the study.  The screening visit BMI and HbA1c values were 32.9 kg/m$^2$ and 6.0%; respectively.  The screening visit blood glucose was not fasting, and was 97 mg/dL.  The investigator considered the AE to be mild in intensity and related to study drug.  This AE never became serious and the patient was not discontinued from the study due to the AE.  No action was recorded by the investigator in response to this AE, and no glucose lowering medications were administered to this patient during the study.  The patient had fasting glucose, insulin, and HbA1c values of 94 mg/dL, 11 pmol/L, and 6.1%, respectively, on Day 91 of open-label treatment, the date of the final visit.

4.    Patient E0064037, a 39-year-old Black woman, was recorded by the investigator as having an adverse event with the verbatim term "Type II diabetes" on Day 176 of open label treatment with quetiapine 400 mg/day adjunct with valproate as the mood stabilizer.  The patient had no prior history of diabetes mellitus.  This patient was treated for 220 days during the open-label phase of the study, and the screening visit BMI, blood glucose and HbA1c values were 36.6 kg/m$^2$, 93 mg/dL, and 7.1%; respectively.  The patient had fasting glucose, insulin, and HbA1c values of 196 mg/dL, 67 pmol/L, and 8.1, respectively, on Day 167 of open-label treatment.  The investigator considered the AE to be severe in intensity and related to study drug.  This AE never became serious, but the patient was discontinued from the study due to the AE.  A clinical narrative for this AE is also provided in Section 11.3.10.  No action was recorded by the investigator in response to this AE, and no glucose lowering medications were administered to this patient during the study.  The patient had fasting glucose, insulin, and HbA1c values of 86 mg/dL, 20 pmol/L, and 8.9%, respectively, on Day 216 of open-label treatment, the date of the final visit.

There was 1 patient with an adverse event coded to the MedDRA preferred term of "insulin resistance" during the open-label treatment phase:

1.    Patient E0020099, a 55-year-old Caucasian woman, was recorded by the investigator as having an adverse event with the verbatim term "insulin resistance" on Day 113 of open label treatment with quetiapine 400 mg/day adjunct with lithium as the mood stabilizer.  The patient had no prior history of diabetes mellitus.  This patient was treated for 123 days during the open-label phase of the study, and the screening visit BMI, fasting blood glucose, insulin, and HbA1c values were

202

CONFIDENTIAL
AZSER12772875

49.5 kg/m$^2$, 91 mg/dL, 11 pmol/L, and 5.5%; respectively.  The patient had fasting glucose and insulin values of 123 mg/dL and 36 pmol/L, respectively, on Day 113 of open label treatment.  The investigator considered the AE to be moderate in intensity and related to study drug.  This AE never became serious, but the patient was discontinued from the study due to the AE.  A full clinical narrative is available in Section 11.3.10 for this AE.  No action was recorded by the investigator in response to this AE, and no glucose lowering medications were administered to this patient during the study.  The patient had fasting glucose, insulin, and HbA1c values of 113 mg/dL, 26 pmol/L, and 5.6%, respectively, on Day 116 of open-label treatment, the date of the final visit.

There was 1 patient with an adverse event coded to the MedDRA preferred term of "glucose tolerance impaired" during the open-label treatment phase:

1.      Patient E0085010, a 26-year-old Caucasian woman, was recorded by the investigator as having an adverse event with the verbatim term "pre-diabetes" on Day 119 of open-label treatment with quetiapine 400 mg/day adjunct with valproate as the mood stabilizer.  The patient had no prior history of diabetes mellitus.  This patient was treated for 148 days during the open-label phase of the study, and 56 days of randomized treatment with quetiapine.  The screening visit BMI and HbA1c values were 21.8 kg/m$^2$ and 4.7%; respectively.  The screening visit blood glucose measurement was not fasting, and was 69 mg/dL.  The blood glucose, insulin, and HbA1c values at the time of the AE were 199 mg/dl, 122 pmol/L, and 7.1%, respectively.  The investigator considered the AE to be of moderate intensity and related to study drug.  No action was recorded by the investigator in response to this AE, and no glucose lowering medications were administered to this patient during the study.  The AE continued to the final visit on Day 541 of randomized treatemtn, when the blood glucose, insulin, and HbA1c values were 92 mg/dl, 19 pmol/L, and 6.6%, respectively.

Additional listings were generated containing only those patients who had AEs potentially related to diabetes and patients who received hypoglycemic medication.  These are provided in Appendix 11.3.12-1 and Appendix 11.3.12-2, respectively.

**8.4.5.5    Adverse events potentially associated with neutropenia and agranulocytosis**

Patients with adverse events associated with neutropenia and agranulocytosis, reported during the randomized treatment phase, are summarized in Table 51.

CONFIDENTIAL
AZSER12772876

Clinical Study Report
Study code: D1447C00127

**Table 51**          **Adverse events potentially associated with neutropenia and agranulocytosis (Randomized safety population)**

| MEDDRA PREFERRED TERM [a] | Randomized treatment QTP+ LI/VAL (N=310) n (%) | PLA+ LI/VAL (N=313) n (%) | Assigned mood stabilizer QTP+ LI (N=131) n (%) | PLA+ LI (N=134) n (%) | QTP+ VAL (N=179) n (%) | PLA+ VAL (N=179) n (%) |
|---|---|---|---|---|---|---|
| ANY ADVERSE EVENT | 1 ( 0.3) | 1 ( 0.3) | 0 | 0 | 1 ( 0.6) | 1 ( 0.6) |
| NEUTROPENIA | 1 ( 0.3) | 1 ( 0.3) | 0 | 0 | 1 ( 0.6) | 1 ( 0.6) |

[a]  Patients with multiple events falling under the same preferred term are counted only once in that term.
PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group. n  Number of patients.
MedDRA Medical Dictionary of Regulatory Activities, version 7.0.
Note: Events reported during randomized treatment phase by decreasing frequency in the quetiapine treatment group.
/csre/dev/seroquel/d1447c00127/sp/output/tlf/t1103070501.rtf  aelog235.sas  17JAN2007:14:51  luchen
Table corresponds to Table 11.3.7.5- 1.

The proportion of patients with adverse events potentially related to neutropenia and agranulocytosis was low; there was 1 adverse event of "neutropenia" (0.3%) in each treatment group reported during randomized treatment.

In the quetiapine group:

- Patient E0020051, a 21-year-old Caucasian woman, had a serious adverse event of "neutropenia" on Day 92 of randomized treatment with quetiapine 600 mg/day adjunct with valproate as the mood stabilizer that was considered by the investigator to be of moderate intensity.  The screening visit neutrophil count for this patient was $4.11 \times 10^9$ cells/L.  She was treated for 175 days during the open-label treatment phase with quetiapine 600 mg/day adjunct with valproate as the mood stabilizer.  The patient had a low neutrophil count of $0.99 \times 10^9$ cells/L on Day 92 of the randomization phase that was reported as a serious adverse event, and led to discontinuation from the study.  A repeat assessment of the neutrophil count on Day 106 was $1.69 \times 10^9$ cells/L.  The last neutrophil count for this patient was $3.28 \times 10^9$ cells/L on Day 120.  On Day 106, the patient had an adverse event of monocytosis that was considered by the investigator to be moderate in intensity. The patient was withdrawn from the study due to neutropenia and monocytosis on Day 108 of the randomized treatment phase and the last dose of study medication was taken on the same day.  The adverse events resolved on Day 135 of the randomized treatment phase.  A full narrative of both events can be found in Section 11.3.10.

In the placebo group:

- Patient E0103001, a 22-year-old Caucasian man, had an adverse event of "neutropenia" on Day 1 of the randomized treatment with placebo adjunct with valproate as the mood stabilizer that was considered by the investigator to be of

204

CONFIDENTIAL
AZSER12772877

Clinical Study Report
Study code: D1447C00127

moderate intensity.  The screening visit neutrophil count for this patient was 1.86 x 109 cells/L.  This patient was treated for 96 days of open-label treatment with quetiapine 500 mg/day adjunct with valproate as the mood stabilizer.  The patient had a low neutrophil count of 0.72 x $10^9$ cells/L on Day 1 of the randomization phase, and was withdrawn from the study on Day 4 due to this AE.  A repeat assessment of the neutrophil count on Day 3 was 0.68 x $10^9$ cells/L.  The AE was ongoing on Day 4, when the patient was withdrawn from the study due to this AE, and the neutrophil count on Day 4 was 0.62 x $10^9$ cells/L.  The last dose of study medication was taken on Day 2 of randomized treatment.  A full narrative of this event can be found in Section 11.3.10.

Patients with adverse events potentially associated with neutropenia and agranulocytosis, ongoing at randomization or reported during the randomized treatment phase, are summarized in Table 11.3.7.7- 5.

Patients with adverse events associated with neutropenia and agranulocytosis during the open-label treatment phase are summarized in Table 11.3.7.5- 2.  The pattern of AEs associated with neutropenia and agranulocytosis in the open-label phase was consistent with the findings in the randomized treatment phase.  There were 4 patients with adverse events coded to the MedDRA preferred term of "neutropenia" (0.1%), 1 coded to the MedDRA preferred term of "agranulocytosis" (0.1%), and 1 (0.1%) coded to the MedDRA preferred term of "granulocytopenia" during the open-label phase of the study.

### 8.4.5.6    Somnolence

Patients with adverse events associated with somnolence, reported during the randomized treatment phase, are summarized in Table 52.

**Table 52        Adverse events potentially associated with somnolence (Randomized safety population)**

| | Randomized treatment QTP+ LI/VAL (N=310) | PLA+ LI/VAL (N=313) | Assigned mood stabilizer QTP+ LI (N=131) | PLA+ LI (N=134) | QTP+ VAL (N=179) | PLA+ VAL (N=179) |
|---|---|---|---|---|---|---|
| **MEDDRA PREFERRED TERM [a]** | **n (%)** | **n (%)** | **n (%)** | **n (%)** | **n (%)** | **n (%)** |
| ANY ADVERSE EVENT | 38 ( 12.3) | 11 ( 3.5) | 11 ( 8.4) | 4 ( 3.0) | 27 ( 15.1) | 7 ( 3.9) |
| SEDATION | 22 ( 7.1) | 3 ( 1.0) | 5 ( 3.8) | 1 ( 0.7) | 17 ( 9.5) | 2 ( 1.1) |
| SOMNOLENCE | 10 ( 3.2) | 6 ( 1.9) | 2 ( 1.5) | 2 ( 1.5) | 8 ( 4.5) | 4 ( 2.2) |
| LETHARGY | 5 ( 1.6) | 2 ( 0.6) | 4 ( 3.1) | 1 ( 0.7) | 1 ( 0.6) | 1 ( 0.6) |
| SLUGGISHNESS | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.6) | 0 |

[a]   Patients with multiple events falling under the same preferred term are counted only once in that term.
PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group. n  Number of patients.
MedDRA Medical Dictionary of Regulatory Activities, version 7.0.
Note: Events reported during randomized treatment phase by decreasing frequency in the quetiapine treatment group.
/csre/dev/seroquel/d1447c00127/sp/output/tlf/t1103070601.rtf  aelog237.sas  17JAN2007:14:51  luchen
Data from Table 11.3.7.6- 1

CONFIDENTIAL
AZSER12772878

Clinical Study Report
Study code: D1447C00127

Quetiapine, used as adjunct therapy with lithium or valproate, was more often associated with treatment-emergent sedation and somnolence, as compared to placebo.  There were 38 patients (12.3%) with adverse events associated with somnolence in the quetiapine treatment group, compared with 11 (3.5%) in the placebo group.

Patients with adverse events potentially associated with somnolence, ongoing at randomization or reported during the randomized treatment phase, are summarized in Table 11.3.7.7- 6.

A summary of aggregated adverse event terms indicating somnolence emerging during open-label treatment is shown in Table 11.3.7.6- 2.  Adverse events associated with somnolence were more common during the open-label treatment phase compared to the randomized treatment phase, with 994 patients with adverse events (51.3%) during open-label treatment.

### 8.4.6     Discussion of deaths, serious adverse events, discontinuation due to adverse events, and other significant adverse events

Deaths, serious adverse events, and discontinuations due to adverse events were within expectations for quetiapine treatment.  There were 2 deaths during the study, a severe trauma death during open-label treatment and a completed suicide during randomized treatment in a patient randomized to quetiapine treatment.  Serious adverse event rates were low, but higher than placebo during randomized treatment with quetiapine.  Discontinuations due to adverse events reported during the randomized treatment phase were low, but higher in the quetiapine group than in the placebo group. The proportion of patients discontinuing due to adverse events during open-label treatment was higher than the proportion during randomized treatment.

## 8.5     Clinical laboratory evaluation

Clinical laboratory results are presented separately for hematology and clinical chemistry variables.  Within each of these categories, results are examined in 2 ways: changes in mean values over time, and individual clinically important abnormalities.  The results for all clinical laboratory evaluations are discussed collectively in Section 8.5.5.

### 8.5.1     Hematology, randomized treatment phase

### 8.5.1.1     Changes in mean values over time in hematology

Descriptive statistics for change from randomization to end of treatment in hematology laboratory data are summarized by randomized treatment group and assigned mood stabilizer in Table 53 and in Table 54 (differential count).

CONFIDENTIAL
AZSER12772879

Clinical Study Report
Study code: D1447C00127

**Table 53**   **Hematology laboratory data, change from randomization to end of treatment (Randomized safety population)**

| | | Randomized treatment | | Assigned mood stabilizer | | | |
|---|---|---|---|---|---|---|---|
| | | QTP+ LI/VAL N = 310 | PLA+ LI/VAL N = 313 | QTP+ LI N = 131 | PLA+ LI N = 134 | QTP+ VAL N = 179 | PLA+ VAL N = 179 |
| **Hemoglobin (g/dL.)** | | | | | | | |
| $N^a$ | | 282 | 286 | 122 | 120 | 160 | 166 |
| Randomization | Mean(SD) | 14.17(1.354) | 14.14(1.418) | 14.02(1.338) | 14.14(1.455) | 14.28(1.360) | 14.14(1.395) |
| End of treatment | Mean(SD) | 14.08(1.424) | 14.32(1.442) | 13.81(1.369) | 14.36(1.509) | 14.29(1.434) | 14.30(1.395) |
| Change | Mean(SD) | -0.08(0.850) | 0.18(0.895) | -0.21(0.893) | 0.22(0.889) | 0.01(0.806) | 0.16(0.901) |
| | Median | 0.00 | 0.20 | -0.15 | 0.20 | 0.00 | 0.20 |
| | Min to Max | -3 to 2 | -5 to 4 | -2 to 2 | -2 to 4 | -3 to 2 | -5 to 3 |
| **Hematocrit (vol fraction)** | | | | | | | |
| $N^a$ | | 279 | 286 | 120 | 120 | 159 | 166 |
| Randomization | Mean(SD) | 0.42(0.038) | 0.42(0.040) | 0.42(0.039) | 0.42(0.041) | 0.42(0.038) | 0.42(0.040) |
| End of treatment | Mean(SD) | 0.42(0.039) | 0.43(0.041) | 0.41(0.039) | 0.43(0.043) | 0.42(0.039) | 0.42(0.040) |
| Change | Mean(SD) | -0.00(0.026) | 0.00(0.028) | -0.01(0.028) | 0.00(0.028) | 0.00(0.023) | 0.01(0.029) |
| | Median | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.01 |
| | Min to Max | -0 to 0 | -0 to 0 | -0 to 0 | -0 to 0 | -0 to 0 | -0 to 0 |
| **Red blood cell count ($10^{12}$ cells/L.)** | | | | | | | |
| $N^a$ | | 282 | 286 | 122 | 120 | 160 | 166 |
| Randomization | Mean(SD) | 4.62(0.445) | 4.58(0.460) | 4.62(0.458) | 4.63(0.458) | 4.62(0.437) | 4.54(0.460) |
| End of treatment | Mean(SD) | 4.60(0.445) | 4.62(0.470) | 4.58(0.441) | 4.69(0.479) | 4.62(0.449) | 4.57(0.459) |

207

CONFIDENTIAL
AZSER12772880

Clinical Study Report
Study code: D1447C00127

**Table 53**     **Hematology laboratory data, change from randomization to end of treatment (Randomized safety population)**

| | | Randomized treatment | | Assigned mood stabilizer | | | |
|---|---|---|---|---|---|---|---|
| | | QTP+ LI/VAL N = 310 | PLA+ LI/VAL N = 313 | QTP+ LI N = 131 | PLA+ LI N = 134 | QTP+ VAL N = 179 | PLA+ VAL N = 179 |
| Change | Mean(SD) | -0.02(0.287) | 0.04(0.293) | -0.04(0.299) | 0.06(0.285) | -0.00(0.278) | 0.02(0.298) |
| | Median | 0.00 | 0.10 | 0.00 | 0.10 | 0.00 | 0.00 |
| | Min to Max | -1 to 1 | -2 to 1 | -1 to 1 | -1 to 1 | -1 to 1 | -2 to 1 |
| Platelet counts (10^9 cells/L) | | | | | | | |
| N [a] | | 281 | 285 | 122 | 120 | 159 | 165 |
| Randomization | Mean(SD) | 261.4(79.950) | 250.4(67.889) | 295.0(72.364) | 273.6(62.627) | 235.7(76.046) | 233.6(66.757) |
| End of treatment | Mean(SD) | 269.5(78.074) | 262.7(64.896) | 301.1(74.960) | 282.6(61.494) | 245.3(71.695) | 248.3(63.662) |
| Change | Mean(SD) | 8.08(43.950) | 12.30(36.552) | 6.11(41.640) | 8.94(32.368) | 9.60(45.715) | 14.74(39.233) |
| | Median | 7.00 | 12.00 | 4.00 | 9.50 | 9.00 | 13.00 |
| | Min to Max | -181 to 148 | -112 to 159 | -100 to 136 | -112 to 87 | -181 to 148 | -106 to 159 |
| Leukocyte count (10^9 cells/L) | | | | | | | |
| N [a] | | 282 | 286 | 122 | 120 | 160 | 166 |
| Randomization | Mean(SD) | 7.04(2.371) | 6.92(2.267) | 8.12(2.677) | 7.89(2.308) | 6.21(1.696) | 6.21(1.965) |
| End of treatment | Mean(SD) | 7.43(2.643) | 7.57(2.310) | 8.58(3.047) | 8.25(2.186) | 6.56(1.869) | 7.07(2.276) |
| Change | Mean(SD) | 0.39(1.843) | 0.65(1.794) | 0.46(2.050) | 0.37(1.803) | 0.35(1.673) | 0.86(1.765) |
| | Median | 0.35 | 0.60 | 0.40 | 0.40 | 0.30 | 0.90 |
| | Min to Max | -8 to 8 | -7 to 7 | -7 to 8 | -5 to 6 | -8 to 5 | -7 to 7 |

[a] Number of patients with assessment at randomization and at least one assessment after randomization.
PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group.
/sse/dev/seroquel/d1447c00127/sp/output/tlf/t1103080101.rtf hema201.sas 17JAN2007 15:01 luchen
Table corresponds to Table 11.3.8.1-1.

208

CONFIDENTIAL
AZSER12772881

Clinical Study Report
Study code: D1447C00127

**Table 54**    Hematology laboratory data (differential count), change from randomization to end of treatment (randomized safety population)

| | | Randomized treatment | | Assigned mood stabilizer | | | |
|---|---|---|---|---|---|---|---|
| | | QTP+ LI/VAL N = 310 | PLA+ LI/VAL N = 313 | QTP+ LI N = 131 | PLA+ LI N = 134 | QTP+ VAL N = 179 | PLA+ VAL N = 179 |
| **Neutrophils ($10^9$ cells/L)** | | | | | | | |
| $N^a$ | | 281 | 285 | 121 | 120 | 160 | 165 |
| Randomization | Mean(SD) | 4.26(2.053) | 4.21(1.915) | 5.35(2.246) | 5.22(1.887) | 3.43(1.414) | 3.48(1.578) |
| End of treatment | Mean(SD) | 4.50(2.174) | 4.76(1.916) | 5.74(2.356) | 5.53(1.852) | 3.56(1.444) | 4.20(1.765) |
| Change | Mean(SD) | 0.24(1.555) | 0.54(1.553) | 0.38(1.628) | 0.31(1.544) | 0.14(1.495) | 0.72(1.542) |
| | Median | 0.22 | 0.47 | 0.34 | 0.24 | 0.16 | 0.75 |
| | Min to Max | -7 to 5 | -6 to 7 | -7 to 5 | -4 to 5 | -7 to 5 | -6 to 7 |
| **Eosinophils ($10^9$ cells/L)** | | | | | | | |
| $N^a$ | | 281 | 285 | 121 | 120 | 160 | 165 |
| Randomization | Mean(SD) | 0.21(0.172) | 0.20(0.133) | 0.26(0.201) | 0.22(0.141) | 0.17(0.134) | 0.18(0.125) |
| End of treatment | Mean(SD) | 0.19(0.174) | 0.18(0.116) | 0.23(0.214) | 0.20(0.113) | 0.15(0.125) | 0.16(0.117) |
| Change | Mean(SD) | -0.02(0.114) | -0.02(0.118) | -0.03(0.132) | -0.02(0.114) | -0.02(0.099) | -0.02(0.122) |
| | Median | -0.01 | -0.02 | -0.01 | -0.01 | -0.01 | -0.02 |
| | Min to Max | -0 to 0 | -1 to 1 | -0 to 0 | -1 to 0 | -0 to 0 | -0 to 1 |
| **Basophils ($10^9$ cells/L)** | | | | | | | |
| $N^a$ | | 281 | 285 | 121 | 120 | 160 | 165 |
| Randomization | Mean(SD) | 0.03(0.026) | 0.03(0.019) | 0.03(0.035) | 0.03(0.020) | 0.02(0.016) | 0.03(0.019) |
| End of treatment | Mean(SD) | 0.03(0.022) | 0.03(0.022) | 0.03(0.024) | 0.03(0.020) | 0.03(0.020) | 0.03(0.024) |
| Change | Mean(SD) | -0.00(0.027) | 0.00(0.026) | -0.01(0.031) | 0.00(0.026) | 0.00(0.024) | 0.00(0.027) |
| | Median | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

209

CONFIDENTIAL
AZSER12772882

Clinical Study Report
Study code: D1447C00127

**Table 54**   **Hematology laboratory data (differential count), change from randomization to end of treatment (randomized safety population)**

|  |  | Randomized treatment | | Assigned mood stabilizer | | | | |
|---|---|---|---|---|---|---|---|---|
|  |  | QTP+ LI/VAL N = 310 | PLA+ LI/VAL N = 313 | QTP+ LI N = 131 | PLA+ LI N = 134 | QTP+ VAL N = 179 | PLA+ VAL N = 179 |
| Lymphocytes (10^9 cells/L) | | | | | | | |
|  | Min to Max | -0 to 0 | -0 to 0 | -0 to 0 | -0 to 0 | -0 to 0 | -0 to 0 |
| N [a] | | 281 | 285 | 121 | 120 | 160 | 165 |
| Randomization | Mean(SD) | 2.07(0.692) | 2.02(0.653) | 1.98(0.626) | 1.96(0.656) | 2.13(0.732) | 2.06(0.650) |
| End of treatment | Mean(SD) | 2.24(0.857) | 2.13(0.695) | 2.09(0.776) | 2.02(0.588) | 2.36(0.899) | 2.22(0.754) |
| Change | Mean(SD) | 0.18(0.580) | 0.11(0.518) | 0.11(0.548) | 0.05(0.533) | 0.23(0.600) | 0.15(0.504) |
|  | Median | 0.11 | 0.11 | 0.02 | 0.06 | 0.19 | 0.14 |
|  | Min to Max | -1 to 3 | -3 to 2 | -1 to 3 | -3 to 2 | -1 to 2 | -2 to 2 |
| Monocytes (10^9 cells/L) | | | | | | | |
| N [a] | | 281 | 285 | 121 | 120 | 160 | 165 |
| Randomization | Mean(SD) | 0.45(0.161) | 0.46(0.167) | 0.45(0.167) | 0.45(0.161) | 0.44(0.156) | 0.47(0.171) |
| End of treatment | Mean(SD) | 0.47(0.209) | 0.47(0.180) | 0.48(0.250) | 0.46(0.173) | 0.46(0.171) | 0.47(0.185) |
| Change | Mean(SD) | 0.02(0.183) | 0.01(0.179) | 0.03(0.226) | 0.01(0.184) | 0.02(0.143) | 0.01(0.176) |
|  | Median | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.00 |
|  | Min to Max | -1 to 1 | -1 to 1 | -1 to 1 | -0 to 1 | -0 to 0 | -1 to 1 |

[a]   Number of patients with assessment at randomization and at least one assessment after randomization.
PLA, Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group.
/cne/dev/seroquel/d1447c00127/sp/output/tlf/t1103080102.rtf hema2/2.sas 17JAN2007(15:01 luchen
Table corresponds to Table 11.3.8.1-2.

210

CONFIDENTIAL
AZSER12772883

The changes from randomization to end of treatment in hematology laboratory data were small and similar in the placebo and quetiapine treatment groups.  No clinically important differences between treatment groups were observed.

Change from randomization to week 12, 28, 40, 52, 68, 84 and 104 (after randomization) in hematology laboratory data (observed cases) is presented in Table 11.3.8.1- 3 and Table 11.3.8.1- 4 (differential count).  The hematology values remained stable throughout the randomized treatment period.

### 8.5.1.2    Individual clinically important abnormalities in hematology

Patients with clinically important hematology laboratory values emerging at any time after randomization are summarized by randomized treatment group and by assigned mood stabilizer in Table 55.

**Table 55          Hematology laboratory data, clinically important values at any time (Randomized safety population)**

| | _Randomized treatment_ | | _Assigned mood stabilizer_ | | | |
|---|---|---|---|---|---|---|
| | QTP+ LI/VAL N = 310 N [a] n(%) | PLA+ LI/VAL N = 313 N [a] n(%) | QTP+ LI N = 131 N [a] n(%) | PLA+ LI N = 134 N [a] n(%) | QTP+ VAL N = 179 N [a] n(%) | PLA+ VAL N = 179 N [a] n(%) |
| Hemoglobin (g/dL) | | | | | | |
| Males <=11.5 | 139 1 (0.7) | 134 1 (0.7) | 54 0 | 57 0 | 85 1 (1.2) | 77 1 (1.3) |
| Females <=10.5 | 142 2 (1.4) | 150 1 (0.7) | 67 1 (1.5) | 61 0 | 75 1 (1.3) | 89 1 (1.1) |
| Males >=18.5 | 139 0 | 135 0 | 54 0 | 58 0 | 85 0 | 77 0 |
| Females >=16.5 | 143 0 | 151 2 (1.3) | 68 0 | 62 1 (1.6) | 75 0 | 89 1 (1.1) |
| Hematocrit (vol fraction) | | | | | | |
| Males <=.37 | 135 1 (0.7) | 133 2 (1.5) | 53 0 | 57 0 | 82 1 (1.2) | 76 2 (2.6) |
| Females <=.32 | 140 2 (1.4) | 150 2 (1.3) | 66 1 (1.5) | 61 1 (1.6) | 74 1 (1.4) | 89 1 (1.1) |
| Males >=.55 | 138 0 | 135 0 | 53 0 | 58 0 | 85 0 | 77 0 |
| Females >=.50 | 141 0 | 151 1 (0.7) | 67 0 | 62 1 (1.6) | 74 0 | 89 0 |
| Red blood cell count (10^12 cells/L) | | | | | | |
| <=3 | 282 0 | 286 0 | 122 0 | 120 0 | 160 0 | 166 0 |
| >=6 | 281 2 (0.7) | 286 0 | 121 1 (0.8) | 120 0 | 160 1 (0.6) | 166 0 |
| Platelet counts (10^9 cells/L) | | | | | | |
| <=100 | 281 2 (0.7) | 285 0 | 122 1 (0.8) | 120 0 | 159 1 (0.6) | 165 0 |
| >=600 | 280 0 | 285 0 | 122 0 | 120 0 | 158 0 | 165 0 |
| Leukocyte count (10^9 cells/L) | | | | | | |

211

Clinical Study Report
Study code: D1447C00127

**Table 55**      **Hematology laboratory data, clinically important values at any time (Randomized safety population)**

| | _Randomized treatment_ | | _Assigned mood stabilizer_ | | | |
| | QTP+ LI/VAL N = 310 N[a] n(%) | PLA+ LI/VAL N = 313 N[a] n(%) | QTP+ LI N = 131 N[a] n(%) | PLA+ LI N = 134 N[a] n(%) | QTP+ VAL N = 179 N[a] n(%) | PLA+ VAL N = 179 N[a] n(%) |
|---|---|---|---|---|---|---|
| <=3 | 282 1 (0.4) | 282 2 (0.7) | 122 0 | 120 0 | 160 1 (0.6) | 162 2 (1.2) |
| >=16 | 280 4 (1.4) | 286 2 (0.7) | 120 4 (3.3) | 120 0 | 160 0 | 166 2 (1.2) |
| Neutrophils (10^9 cells/L) | | | | | | |
| <0.5 | 281 0 | 285 0 | 121 0 | 120 0 | 160 0 | 165 0 |
| <1.0 | 281 1 ( 0.4) | 283 1 ( 0.4) | 121 0 | 120 0 | 160 1 ( 0.6) | 163 1 ( 0.6) |
| <1.5 | 278 3 ( 1.1) | 276 2 ( 0.7) | 120 0 | 120 0 | 158 3 ( 1.9) | 156 2 ( 1.3) |
| >=10 | 275 6 ( 2.2) | 279 7 ( 2.5) | 116 5 ( 4.3) | 117 5 ( 4.3) | 159 1 ( 0.6) | 162 2 ( 1.2) |
| Eosinophils (10^9 cells/L) | | | | | | |
| >=1 | 281 0 | 285 0 | 121 0 | 120 0 | 160 0 | 165 0 |
| Basophils (10^9 cells/L) | | | | | | |
| >=0.5 | 281 0 | 285 0 | 121 0 | 120 0 | 160 0 | 165 0 |
| Lymphocytes (10^9 cells/L) | | | | | | |
| <=0.5 | 280 0 | 284 0 | 120 0 | 120 0 | 160 0 | 164 0 |
| >=6 | 280 0 | 285 1 (0.4) | 121 0 | 120 0 | 159 0 | 165 1 (0.6) |
| Monocytes (10^9 cells/L) | | | | | | |
| >=1.4 | 281 0 | 285 0 | 121 0 | 120 0 | 160 0 | 165 0 |

[a]  Number of patients at risk i.e. not fulfilling the criteria at randomization.
PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group. n Number of patients.
Note: Clinically important values emerging during randomized treatment phase.
Note: Percentages are calculated as (n/N[a])*100.
/csre/dev/seroquel/d1447c00127/sp/output/tlf/t1103080105.rtf  hema205.sas  17JAN2007:15:01  luchen
Table corresponds to Table 11.3.8.1- 5

Few clinically important hematology laboratory values were reported (2.5% or fewer patients in either treatment group).  No major differences in clinically important hematology laboratory value between the randomized treatment groups were observed.  Neutrophil counts were low (<1.5 x $10^9$ cells/L) in 3 patients (1.1%) in the quetiapine treatment group, compared to 2 patients (0.7%) in the placebo group.  None of the small differences in clinically important hematology values between treatment groups were considered clinically meaningful.

During randomized treatment, 2 patients had neutrophil counts <1.0 x $10^9$ cells/L, 1 in the quetiapine treatment group (Patient E0020051) and 1 in the placebo group (E0059017).

212

CONFIDENTIAL
AZSER12772885

Clinical Study Report
Study code: D1447C00127

Patient E0020051 had a neutrophil count at the screening visit of 4.11 x $10^9$ cells/L, and a count of 0.99 x $10^9$ cells/L on Day 87 of randomized treatment with quetiapine. This laboratory finding was reported as an adverse event of "neutropenia", and the patient was discontinued from the study due to this adverse event. A description is provided in A full narrative for this event is provided in Section 11.3.10.

Patient E0059017 had a neutrophil count at the screening visit of 2.61 x $10^9$ cells/L, and a count of 0.66 x $10^9$ cells/L on Day 596. The investigator discontinued the patient from the study due to "laboratory abnormalities". There was no adverse event reported in association with this laboratory finding, and no additional laboratory assessments were reported for this patient.

Patients with neutrophil counts <1.0 x $10^9$ cells/L during open label treatment are described in Section 8.5.4.

Shifts from randomization to clinically important hematology laboratory values at any time after randomization are presented in Table 11.3.8.1- 6 and shifts from randomization to end of treatment are shown in Table 11.3.8.1- 7.

## 8.5.2    Clinical chemistry, randomized treatment phase

### 8.5.2.1    Changes in mean values over time in hepatic laboratory data

Descriptive statistics for change from randomization to end of treatment in hepatic laboratory data are summarized by randomized treatment group and assigned mood stabilizer in Table 56.

213

CONFIDENTIAL
AZSER12772886

Clinical Study Report
Study code: D1447C00127

**Table 56**   **Hepatic laboratory data, change from randomization to end of treatment (randomized safety population)**

| | | Randomized treatment | | Assigned mood stabilizer | | | |
|---|---|---|---|---|---|---|---|
| | | QTP+ LI/VAL N = 310 | PLA+ LI/VAL N = 313 | QTP+ LI N = 131 | PLA+ LI N = 134 | QTP+ VAL N = 179 | PLA+ VAL N = 179 |
| AST (U/L) | | | | | | | |
| N [a] | | 269 | 270 | 116 | 114 | 153 | 156 |
| Randomization | Mean(SD) | 26.80(24.637) | 26.04(23.245) | 23.75(12.874) | 24.01(16.678) | 29.11(30.534) | 27.52(27.012) |
| End of treatment | Mean(SD) | 25.77(13.987) | 23.83(12.160) | 22.93(11.371) | 23.07(10.849) | 27.93(15.371) | 24.39(13.041) |
| Change | Mean(SD) | -1.03(24.615) | -2.20(17.388) | -0.82(9.958) | -0.94(14.154) | -1.18(31.515) | -3.13(19.406) |
| | Median | 0.00 | -1.00 | 0.00 | -1.00 | 1.00 | -0.50 |
| | Min to Max | -349.0 to 76.00 | -170.0 to 48.00 | -39.00 to 34.00 | -103.0 to 48.00 | -349.0 to 76.00 | -170.0 to 40.00 |
| ALT (U/L) | | | | | | | |
| N [a] | | 269 | 270 | 116 | 114 | 153 | 156 |
| Randomization | Mean(SD) | 28.85(18.977) | 29.32(34.252) | 27.08(17.498) | 27.34(25.162) | 30.20(19.976) | 30.76(39.617) |
| End of treatment | Mean(SD) | 28.93(19.564) | 26.97(21.419) | 26.32(17.052) | 28.05(20.035) | 30.92(21.112) | 26.17(22.407) |
| Change | Mean(SD) | 0.08(14.903) | -2.35(22.734) | -0.76(13.579) | 0.71(17.357) | 0.72(15.847) | -4.59(25.795) |
| | Median | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | -1.00 |
| | Min to Max | -58.00 to 59.00 | -207.0 to 79.00 | -48.00 to 43.00 | -110.0 to 79.00 | -58.00 to 59.00 | -207.0 to 35.00 |
| Alkaline Phosphatase (U/L) | | | | | | | |
| N [a] | | 269 | 270 | 116 | 114 | 153 | 156 |
| Randomization | Mean(SD) | 77.36(20.280) | 75.53(23.908) | 81.96(21.490) | 81.75(27.221) | 73.88(18.638) | 70.99(20.065) |
| End of treatment | Mean(SD) | 77.32(20.990) | 72.76(24.928) | 80.72(22.927) | 80.31(29.820) | 74.75(19.071) | 67.24(18.911) |

214

CONFIDENTIAL
AZSER12772887

Clinical Study Report
Study code: D1447C00127

**Table 56** **Hepatic laboratory data, change from randomization to end of treatment (randomized safety population)**

| | | Randomized treatment | | Assigned mood stabilizer | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | QTP+ LI/VAL N = 310 | PLA+ LI/VAL N = 313 | QTP+ LI N = 131 | PLA+ LI N = 134 | QTP+ VAL N = 179 | PLA+ VAL N = 179 |
| Change | Mean(SD) | -0.04(12.526) | -2.77(12.063) | -1.24(12.344) | -1.44(14.494) | 0.88(12.625) | -3.75(9.854) |
| | Median | 0.00 | -3.00 | -0.50 | -1.00 | 0.00 | -4.00 |
| | Min to Max | -40.00 to 42.00 | -44.00 to 50.00 | -35.00 to 31.00 | -44.00 to 50.00 | -40.00 to 42.00 | -31.00 to 28.00 |
| Total Bilirubin (mg/dL.) | | | | | | | |
| N [a] | | 269 | 270 | 116 | 114 | 153 | 156 |
| Randomization | Mean(SD) | 0.37(0.176) | 0.38(0.187) | 0.39(0.209) | 0.42(0.188) | 0.35(0.145) | 0.36(0.183) |
| End of treatment | Mean(SD) | 0.40(0.223) | 0.43(0.250) | 0.38(0.200) | 0.47(0.279) | 0.41(0.238) | 0.41(0.223) |
| Change | Mean(SD) | 0.03(0.195) | 0.05(0.192) | -0.01(0.198) | 0.05(0.215) | 0.05(0.189) | 0.05(0.175) |
| | Median | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Min to Max | -0.80 to 1.10 | -0.50 to 0.90 | -0.80 to 0.60 | -0.50 to 0.90 | -0.40 to 1.10 | -0.50 to 0.70 |

[a] Number of patients with assessment at randomization and at least one assessment after randomization.
ALT Alanine aminotransferase. AST Aspartate aminotransferase. PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate.
N Number of patients in treatment group.
/cste/dev/seroquel/d1447c00127/sp/output/tlf/t1103080401.rtf  chem201.sas  17JAN2007:14:53  luchen
Table corresponds to Table 11.3.8.4-1.

215

CONFIDENTIAL
AZSER12772888

The change from randomization to end of treatment in hepatic laboratory data was small. AST, ALT, and alkaline phosphatase decreased in the placebo group (-2.20, -2.35, and –2.77 respectively) compared to the quetiapine treatment group (-1.03, 0.08, and –0.04 respectively). No other major differences between treatment groups were observed.

Change from randomization to week 12, 28, 40, 52, 68, 84 and 104 in hepatic laboratory data (observed cases) is presented in Table 11.3.8.4- 2.  Change from randomization in hepatic laboratory data varied in both randomized treatment groups throughout the randomized treatment period.

### 8.5.2.2    Individual clinically important abnormalities in hepatic laboratory data

Patients with clinically important hepatic laboratory values emerging at any time after randomization are summarized by randomized treatment group and by assigned mood stabilizer in Table 57.

**Table 57**          **Hepatic laboratory data, clinically important values at any time (randomized safety population)**

|  | Randomized treatment | | Assigned mood stabilizer | | | |
|---|---|---|---|---|---|---|
|  | QTP+ LI/VAL N = 310 N [a] n(%) | PLA+ LI/VAL N = 313 N [a] n(%) | QTP+ LI N = 131 N [a] n(%) | PLA+ LI N = 134 N [a] n(%) | QTP+ VAL N = 179 N [a] n(%) | PLA+ VAL N = 179 N [a] n(%) |
| AST (U/L) | | | | | | |
| >=3 X ULN | 268 1 (0.4) | 268  0 | 116 1 (0.9) | 113  0 | 152  0 | 155  0 |
| ALT (U/L) | | | | | | |
| >=3 X ULN | 269 2 (0.7) | 266 1 (0.4) | 116  0 | 112 1 (0.9) | 153 2 (1.3) | 154  0 |
| Alkaline Phosphatase (U/L) | | | | | | |
| >=3 X ULN | 269  0 | 270  0 | 116  0 | 114  0 | 153  0 | 156  0 |
| Total Bilirubin (mg/dL) | | | | | | |
| >=1.5 X ULN | 269 2 (0.7) | 270 1 (0.4) | 116 1 (0.9) | 114 1 (0.9) | 153 1 (0.7) | 156  0 |

[a]  Number of patients at risk i.e. not fulfilling the criteria at randomization.
ULN Upper limits of normal. ALT Alanine aminotransferase. AST Aspartate aminotransferase. PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group. n Number of patients.
Note: Clinically important values emerging during randomized treatment phase.
Note: Percentages are calculated as (n/N[a])*100.
/csre/dev/seroquel/d1447c00127/sp/output/tlf/t1103080403.rtf  chem267.sas  17JAN2007:14:57  luchen
Table corresponds to Table 11.3.8.4- 3

Few (2 or fewer in any treatment group) clinically important hepatic laboratory values were reported.  No major differences in clinically important hepatic laboratory value between the randomized treatment groups were observed.

CONFIDENTIAL
AZSER12772889

Clinical Study Report
Study code: D1447C00127

Shifts from randomization to clinically important hepatic laboratory values at any time after randomization are presented in Table 11.3.8.4- 4 and shifts from randomization to end of treatment are presented in Table 11.3.8.4- 5.  Few patients had shifts from randomization to clinically important hepatic laboratory values at any time after randomization, and shifts at end of treatment were small in all treatment groups.

### 8.5.2.3    Changes in mean values over time in renal laboratory data

Descriptive statistics for change from randomization to end of treatment in renal laboratory data are summarized by randomized treatment group and assigned mood stabilizer in Table 58.

217

CONFIDENTIAL
AZSER12772890

Clinical Study Report
Study code: D1447C00127

**Table 58**  **Renal laboratory data, change from randomization to end of treatment (randomized safety population)**

| | Randomized treatment | | Assigned mood stabilizer | | | |
|---|---|---|---|---|---|---|
| | QTP+ LI/VAL N = 310 | PLA+ LI/VAL N = 313 | QTP+ LI N = 131 | PLA+ LI N = 134 | QTP+ VAL N = 179 | PLA+ VAL N = 179 |
| **Creatinine (mg/dL)** | | | | | | |
| N [a] | 269 | 270 | 116 | 114 | 153 | 156 |
| Randomization Mean(SD) | 0.92(0.201) | 0.91(0.203) | 0.92(0.197) | 0.94(0.191) | 0.92(0.204) | 0.89(0.209) |
| End of treatment Mean(SD) | 0.95(0.199) | 0.91(0.193) | 0.96(0.175) | 0.91(0.190) | 0.95(0.216) | 0.91(0.196) |
| Change Mean(SD) | 0.03(0.151) | -0.00(0.129) | 0.04(0.135) | -0.03(0.127) | 0.03(0.163) | 0.02(0.127) |
| Median | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Min to Max | -0.45 to 1.00 | -0.50 to 0.46 | -0.45 to 0.50 | -0.50 to 0.30 | -0.40 to 1.00 | -0.30 to 0.46 |
| **BUN (mg/dL)** | | | | | | |
| N [a] | 250 | 245 | 108 | 103 | 142 | 142 |
| Randomization Mean(SD) | 14.02(4.841) | 13.09(4.607) | 12.36(3.592) | 12.13(4.167) | 15.27(5.282) | 13.79(4.795) |
| End of treatment Mean(SD) | 13.51(4.775) | 13.18(4.521) | 12.63(3.827) | 12.16(3.890) | 14.18(5.303) | 13.93(4.805) |
| Change Mean(SD) | -0.51(4.425) | 0.09(4.429) | 0.27(3.763) | 0.03(3.884) | -1.10(4.797) | 0.14(4.799) |
| Median | 0.00 | 0.00 | 0.00 | 0.00 | -1.00 | 0.50 |
| Min to Max | -16.00 to 27.0 | -19.00 to 24.0 | -8.00 to 16.00 | -19.00 to 9.00 | -16.00 to 27.0 | -13.00 to 24.0 |

[a]  Number of patients with assessment at randomization and at least one assessment after randomization.
BUN Blood urea nitrogen. PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate.  N Number of patients in treatment group.
/cstc/dev/seroquel/d1447c00127/sp/output/lf/t110308i9406.rtf  chem203.sas  17JAN2007/14:53  luchen
Table corresponds to Table 11.3.8.4-6.

218

CONFIDENTIAL
AZSER12772891

Clinical Study Report
Study code: D1447C00127

The change from randomization to end of treatment in renal laboratory data was small and similar for both the quetiapine and placebo treatment groups.

Change from randomization to week 12, 28, 40, 52, 68, 84 and 104 in renal laboratory data (observed cases) is presented in Table 11.3.8.4- 7.  Changes in renal laboratory data were similar throughout the study, and no major differences were seen between the treatment groups.

### 8.5.2.4    Individual clinically important abnormalities in renal laboratory data

Patients with clinically important renal laboratory values emerging at any time after randomization are summarized by randomized treatment group and by assigned mood stabilizer in Table 59.

**Table 59**          **Renal laboratory data, clinically important values at any time (randomized safety population)**

|  | Randomized treatment | | Assigned mood stabilizer | | | |
|---|---|---|---|---|---|---|
|  | QTP+ LI/VAL N = 310 N [a] n(%) | PLA+ LI/VAL N = 313 N [a] n(%) | QTP+ LI N = 131 N [a] n(%) | PLA+ LI N = 134 N [a] n(%) | QTP+ VAL N = 179 N [a] n(%) | PLA+ VAL N = 179 N [a] n(%) |
| Creatinine (mg/dL) | | | | | | |
| >=1.58 | 268 3 (1.1) | 270 1 (0.4) | 115 0 | 114 0 | 153 3 (2) | 156 1 (0.6) |
| BUN (mg/dL) | | | | | | |
| >=30 | 247 3 (1.2) | 244 1 (0.4) | 108 0 | 103 0 | 139 3 (2.2) | 141 1 (0.7) |

[a]  Number of patients at risk i.e. not fulfilling the criteria at randomization.
BUN Blood urea nitrogen. PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate.  N Number of patients in treatment group.
n Number of patients.
Note: Clinically important values emerging during randomized treatment phase.
Note: Percentages are calculated as (n/N [a] )*100.
/csre/dev/seroquel/d1447c00127/sp/output/tlf/t1103080408.rtf  chem268.sas  17JAN2007:14:57  luchen
Table corresponds to Table 11.3.8.4- 8

Few (8 total) clinically important renal laboratory values were reported.  No major differences in clinically important renal laboratory values between the randomized treatment groups were observed.  All of the clinically important renal laboratory values occurred in patients assigned to the mood stabilizer valproate.

Shifts from randomization to clinically important renal laboratory values at any time after randomization are presented in Table 11.3.8.4- 9 and shifts from randomization to end of treatment are presented in Table 11.3.8.4- 10.  Both assessments were very similar to clinically important values at any time (Table 59).

CONFIDENTIAL
AZSER12772892

Clinical Study Report
Study code: D1447C00127

During randomized treatment, 3 patients on quetiapine treatment (Patients E0005051, E0059014, E0080017) and one placebo patient (Patient E0070013) had elevated creatinine levels (>1.58 mg/dl) on at least one visit.

1.    Patient E0005051, a 38-year-old Caucasian man, had a high creatinine value of 1.6 mg/dL on Day 113 of randomized treatment with quetiapine 400 mg/day adjunct with valproate as the mood stabilizer. The screening creatinine value was 0.9 mg/dL, and the patient was treated during the open-label phase of the study for 203 days with quetiapine 400 mg/day before being randomized. The patient was discontinued from the study on Day 113 of randomized treatment for "non-compliance with study medication", and there were no further laboratory values available for this patient. No adverse events were reported in association with this laboratory result.

2.    Patient E0059014, a 57-year-old Black man, was reported by the investigator to have had an SAE of "renal failure" concurrently with "diabetic ketoacidosis" and "blurry vision" that occurred on Day 31 of randomized treatment with quetiapine 400 mg/day adjunct with valproate as the mood stabilizer. This case is also described in Section 8.4.5.4 above as a case of "diabetic ketoacidosis. Together, the AEs were considered by the investigator to be severe intensity, related to study drug, and led to discontinuation from the study. The screening creatinine value was 1.1 mg/dL, and the patient was treated during the open-label phase of the study for 118 days with quetiapine 400 mg/day adjunct with valproate as the mood stabilizer. The elevated creatinine value of 1.8 mg/dL occurred on Day 43 of randomized treatment, the final laboratory assessment for this patient. The full narrative for these events can be found in Section 11.3.10.

3.    Patient E0080017, a 63-year-old Caucasian man, had a high creatinine value of 1.8 mg/dL on Day 88 of randomized treatment with quetiapine 400 mg/day adjunct with valproate as the mood stabilizer. The screening creatinine value was 1.1 mg/dL, and the patient was treated during the open-label phase of the study for 97 days with quetiapine 400 mg/day adjunct with valproate as the mood stabilizer. The elevated value of 1.8 mg/dL occurred on Day 88 of randomized treatment, followed by values of 1.6 mg/dL on Day 200 and 2.1 mg/dL on Day 283, the final visit for this patient. The patient was discontinued from the study on Day 283 due to the occurrence of a mood event. No adverse events were reported in association with this laboratory result.

4.    Patient E0070013, a 62-year-old Black woman, had a high creatinine value of 1.7 mg/dL on Day 84 of randomized treatment with placebo adjunct with valproate as the mood stabilizer. The screening creatinine value was 1.2 mg/dL, and the patient was treated during the open-label phase of the the study for 91 days with quetiapine 400 mg/day adjunct with valproate as the mood stabilizer. The elevated value of 1.7 mg/dL occurred on Day 84 of randomized treatment. The final creatinine value for this patient was 1.7 mg/dL on Day 672 of randomized treatment, when the study

CONFIDENTIAL
AZSER12772893

Clinical Study Report
Study code: D1447C00127

was stopped by the sponsor.  No adverse events were reported in association with
this laboratory result.

In addition to the patients with elevated creatinine levels, 2 patients had AEs related to renal
function.  During open-label treatment, Patient E0005022 had an adverse event of "renal
failure" and was discontinued from the study due to the event, and Patient E0083029
experienced an SAE of "renal failure – acute" on Day 99 of randomized treatment with
quetiapine.  A full narrative for this event is provided in Section 11.3.10.

1.      Patient E0005022, a 50-year-old Black man, was reported by the investigator to
        have had an adverse event of  "renal failure" [verbatim: "worsening of renal
        insufficiency"] on Day 181 of open-label treatment with quetiapine 600 mg/day
        adjunct with valproate as the mood stabilizer.  The screening visit creatinine value
        was 2.1 mg/dL, and the patient had a history of renal insufficiency.  On Day 181,
        the creatinine value was 5.6 mg/dL.  The adverse event was considered by the
        investigator to be moderate intensity and not related to study drug, yet the patient
        was withdrawn from the study due to this AE.  The creatinine value on the final
        visit, Day 195 of open-label treatment, was 2.3 mg/dL.  The AE was recorded by
        the investigator as ongoing at the final visit.

2.      Patient E0083029, a 41-year-old Caucasian woman, was reported by the
        investigator to have had an SAE of "renal failure acute" concurrent with
        "cholelithiasis" and "milk-alkali syndrome with elevated calcium" beginning on
        Day 99 of randomized treatment with quetiapine 700 mg/day adjunct with lithium
        as the mood stabilizer.  The screening visit creatinine value was 0.9 mg/dL, and the
        patient was treated for 232 days during the open-label phase of the study with
        quetiapine 600 mg/day adjunct with lithium as the mood stabilizer.  The creatinine
        value preceding (on Day 80 of randomized treatment) the SAE (Day 99) was 1.3
        mg/dL.  Laboratory assessments outside the study (primary care and hospital labs)
        recorded a serum creatinine of 2.3 mg/dL on Day 99 and 2.7 mg/dL on Day 100.
        The investigator considered the events of cholelithiasis and acute renal failure
        secondary to milk-alkali syndrome with elevated calcium and with volume
        depletion to be unrelated to the study therapy.  The patient recovered and completed
        283 days of randomized treatment, at which time the serum creatinine value was 0.9
        mg/dL.  The patient was discontinued from the study at Day 283 due to
        administration of a prohibited pain medication.  A full narrative for these events is
        provided in Section 11.3.10.

**8.5.2.5    Changes in mean values over time in electrolyte laboratory data**

Descriptive statistics for change from randomization to end of treatment in electrolyte
laboratory data are summarized by randomized treatment group and assigned mood stabilizer
in Table 60.

221

CONFIDENTIAL
AZSER12772894

Clinical Study Report
Study code: D1447C00127

**Table 60**      **Electrolyte laboratory data, change from randomization to end of treatment (randomized safety population)**

| | | Randomized treatment | | Assigned mood stabilizer | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | QTP+ LI/VAL N=310 | PLA+ LI/VAL N=313 | QTP+ LI N=131 | PLA+ LI N=134 | QTP+ VAL N=179 | PLA+ VAL N=179 |
| **Sodium (mmol/L)** | | | | | | | |
| N [a] | | 269 | 270 | 116 | 114 | 153 | 156 |
| Randomization | Mean(SD) | 142.00(2.764) | 141.87(2.768) | 141.70(2.534) | 141.64(2.678) | 142.24(2.913) | 142.03(2.829) |
| End of treatment | Mean(SD) | 140.41(3.497) | 140.91(3.458) | 139.96(3.554) | 140.75(3.596) | 140.75(3.425) | 141.03(3.360) |
| Change | Mean(SD) | -1.60(3.837) | -0.96(3.971) | -1.74(4.011) | -0.89(3.801) | -1.49(3.710) | -1.01(4.103) |
| | Median | -2.00 | -1.00 | -2.00 | -1.00 | -2.00 | -1.00 |
| | Min to Max | -14.00 to 15.0 | -10.00 to 15.0 | -12.00 to 15.0 | -10.00 to 6.00 | -14.00 to 8.00 | -10.00 to 15.0 |
| **Potassium (mmol/L)** | | | | | | | |
| N [a] | | 268 | 270 | 115 | 114 | 153 | 156 |
| Randomization | Mean(SD) | 4.50(0.442) | 4.50(0.455) | 4.41(0.468) | 4.53(0.512) | 4.56(0.413) | 4.48(0.409) |
| End of treatment | Mean(SD) | 4.36(0.481) | 4.40(0.389) | 4.28(0.467) | 4.38(0.381) | 4.41(0.484) | 4.41(0.396) |
| Change | Mean(SD) | -0.14(0.483) | -0.10(0.508) | -0.13(0.513) | -0.16(0.571) | -0.14(0.461) | -0.06(0.455) |
| | Median | -0.15 | 0.00 | -0.20 | -0.10 | -0.10 | 0.00 |
| | Min to Max | -2.70 to 1.90 | -4.40 to 1.00 | -2.70 to 1.90 | -4.40 to 0.90 | -1.60 to 1.40 | -1.60 to 1.00 |
| **Chloride (mmol/L)** | | | | | | | |
| N [a] | | 269 | 270 | 116 | 114 | 153 | 156 |
| Randomization | Mean(SD) | 104.75(2.986) | 104.79(3.007) | 105.09(2.765) | 105.38(2.639) | 104.50(3.129) | 104.37(3.191) |
| End of treatment | Mean(SD) | 103.59(3.839) | 104.07(3.191) | 104.25(3.471) | 104.69(3.098) | 103.09(4.035) | 103.61(3.190) |

222

CONFIDENTIAL
AZSER12772895

Clinical Study Report
Study code: D1447C00127

**Table 60    Electrolyte laboratory data, change from randomization to end of treatment (randomized safety population)**

| | | Randomized treatment | | Assigned mood stabilizer | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | QTP+ LI/VAL N = 310 | PLA+ LI/VAL N = 313 | QTP+ LI N = 131 | PLA+ LI N = 134 | QTP+ VAL N = 179 | PLA+ VAL N = 179 |
| Change | Mean(SD) | -1.16(3.940) | -0.73(3.670) | -0.84(4.013) | -0.68(3.321) | -1.41(3.879) | -0.76(3.916) |
| | Median | -1.00 | -1.00 | -1.00 | 0.00 | -1.00 | -1.00 |
| | Min to Max | -25.00 to 18.0 | -11.00 to 13.0 | -10.00 to 18.0 | -8.00 to 8.00 | -25.00 to 7.00 | -11.00 to 13.0 |
| Bicarbonate (mmol/L) | | | | | | | |
| N [a] | | 265 | 268 | 114 | 113 | 151 | 155 |
| Randomization | Mean(SD) | 23.75(2.632) | 24.01(2.631) | 23.46(2.671) | 23.89(2.530) | 23.97(2.590) | 24.10(2.707) |
| End of treatment | Mean(SD) | 22.69(2.754) | 23.37(2.867) | 22.39(2.643) | 23.27(2.639) | 22.92(2.823) | 23.45(3.028) |
| Change | Mean(SD) | -1.06(3.455) | -0.64(3.535) | -1.07(3.779) | -0.63(3.235) | -1.05(3.202) | -0.65(3.748) |
| | Median | -1.00 | -1.00 | -1.00 | -1.00 | -1.00 | -1.00 |
| | Min to Max | -11.00 to 9.00 | -10.00 to 10.0 | -11.00 to 9.00 | -10.00 to 6.00 | -9.00 to 6.00 | -10.00 to 10.0 |

[a] Number of patients with assessment at randomization and at least one assessment after randomization.
PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group.
/cse/dev/seroquel/d1447c00127/sp/output/tlfr11030804l1.rtf chem205.sas 17JAN2007:14:53 tuchen
Table corresponds to Table 11.3.8.4-11.

223

CONFIDENTIAL
AZSER12772896

Clinical Study Report
Study code: D1447C00127

The changes from randomization to end of treatment in electrolyte laboratory data were small decreases in electrolytes in all treatment groups during randomized treatment. No major differences between treatment groups were observed, and the small changes were not considered clinically meaningful.

Change from randomization to week 12, 28, 40, 52, 68, 84 and 104 in electrolyte laboratory data (observed cases) is presented in Table 11.3.8.4- 12. The small changes in electrolyte laboratory values were similar throughout the randomized treatment period.

### 8.5.2.6    Individual clinically important abnormalities in electrolyte laboratory data

Patients with clinically important electrolyte laboratory values emerging at any time after randomization are summarized by randomized treatment group and by assigned mood stabilizer in Table 61.

**Table 61          Electrolyte laboratory data, clinically important values at any time (randomized safety population)**

| | Randomized treatment | | Assigned mood stabilizer | | | |
|---|---|---|---|---|---|---|
| | QTP+ LI/VAL N = 310 N [a] n(%) | PLA+ LI/VAL N = 313 N [a] n(%) | QTP+ LI N = 131 N [a] n(%) | PLA+ LI N = 134 N [a] n(%) | QTP+ VAL N = 179 N [a] n(%) | PLA+ VAL N = 179 N [a] n(%) |
| Sodium (mmol/L) | | | | | | |
| <=132 | 267 3 (1.1) | 270 2 (0.7) | 115 0 | 114 1 (0.9) | 152 3 (2) | 156 1 (0.6) |
| >=152 | 269 2 (0.7) | 269 6 (2.2) | 116 1 (0.9) | 113 3 (2.7) | 153 1 (0.7) | 156 3 (1.9) |
| Potassium (mmol/L) | | | | | | |
| <=3 | 267 0 | 270 1 (0.4) | 114 0 | 114 0 | 153 0 | 156 1 (0.6) |
| >=5.5 | 261 9 (3.4) | 265 11 (4.2) | 112 2 (1.8) | 112 2 (1.8) | 149 7 (4.7) | 153 9 (5.9) |
| Chloride (mmol/L) | | | | | | |
| <=90 | 269 4 (1.5) | 270 0 | 116 0 | 114 0 | 153 4 (2.6) | 156 0 |
| >=120 | 269 0 | 270 0 | 116 0 | 114 0 | 153 0 | 156 0 |
| Bicarbonate (mmol/L) | | | | | | |
| <=18 | 257 31 (12.1) | 264 18 (6.8) | 109 13 (11.9) | 112 9 (8) | 148 18 (12.2) | 152 9 (5.9) |
| >=30 | 265 6 (2.3) | 264 11 (4.2) | 114 1 (0.9) | 111 3 (2.7) | 151 5 (3.3) | 153 8 (5.2) |

[a]   Number of patients at risk i.e. not fulfilling the criteria at randomization.
PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group. n Number of patients.
Note: Clinically important values emerging during randomized treatment phase.
Note: Percentages are calculated as (n/N*)*100.
/csre/dev/seroquel/d1447c00127/sp/output/tlf/t1103080413.rtf  chem269.sas  17JAN2007:14:57  luchen
Table corresponds to Table 11.3.8.4- 13

224

CONFIDENTIAL
AZSER12772897

Clinical Study Report
Study code: D1447C00127

Clinically important electrolyte laboratory values were reported for low bicarbonate, 31 patients (12.1%) in the quetiapine treatment group and 18 patients (6.8%) in the placebo group. No other major difference in clinically important electrolyte laboratory values between the randomized treatment groups were observed.

Shifts from randomization to clinically important electrolyte laboratory values at any time after randomization are presented in Table 11.3.8.4- 14, and shifts from randomization to end of treatment are presented in Table 11.3.8.4- 15. At the end of treatment, 13 patients (5.1%) in the quetiapine group and 10 patients (3.8%) in the placebo group had clinically low bicarbonate values.

### 8.5.2.7    Changes in mean values over time in glucose regulation laboratory data

Descriptive statistics for change from randomization to end of treatment in glucose regulation laboratory data are summarized by randomized treatment group and assigned mood stabilizer in Table 62.

225

CONFIDENTIAL
AZSER12772898

Clinical Study Report
Study code: D1447C00127

**Table 62**   **Glucose regulation data, change from randomization to end of treatment (randomized safety population)**

| | | Randomized treatment | | Assigned mood stabilizer | | | |
|---|---|---|---|---|---|---|---|
| | | QTP+ LI/VAL N = 310 | PLA+ LI/VAL N = 313 | QTP+ LI N = 131 | PLA+ LI N = 134 | QTP+ VAL N = 179 | PLA+ VAL N = 179 |
| **Glucose (mg/dL)** | | | | | | | |
| N [a] | | 278 | 282 | 118 | 118 | 160 | 164 |
| Randomization | Mean(SD) | 93.57(18.459) | 92.79(21.370) | 93.83(19.225) | 92.90(15.385) | 93.38(17.932) | 92.71(24.846) |
| End of treatment | Mean(SD) | 99.68(57.054) | 93.08(19.577) | 99.82(35.500) | 93.52(19.106) | 99.57(68.874) | 92.76(19.962) |
| Change | Mean(SD) | 6.11(54.526) | 0.29(22.597) | 5.99(34.190) | 0.62(17.385) | 6.19(65.721) | 0.05(25.752) |
| | Median | 1.00 | 0.00 | 3.50 | 0.00 | 0.50 | 1.00 |
| | Min to Max | -84.00 to 776.00 | -121.00 to 87.00 | -84.00 to 287.00 | -52.00 to 75.00 | -81.00 to 776.00 | -121.00 to 87.00 |
| **HbA1C (%)** | | | | | | | |
| N [a] | | 278 | 280 | 121 | 116 | 157 | 164 |
| Randomization | Mean(SD) | 5.42(0.672) | 5.38(0.659) | 5.24(0.509) | 5.19(0.482) | 5.56(0.747) | 5.52(0.733) |
| End of treatment | Mean(SD) | 5.62(0.820) | 5.41(0.580) | 5.43(0.706) | 5.24(0.405) | 5.76(0.874) | 5.53(0.652) |
| Change | Mean(SD) | 0.20(0.515) | 0.03(0.401) | 0.19(0.375) | 0.04(0.363) | 0.20(0.603) | 0.01(0.426) |
| | Median | 0.20 | 0.00 | 0.20 | 0.00 | 0.10 | 0.00 |
| | Min to Max | -2.60 to 3.20 | -2.80 to 2.30 | -0.70 to 2.00 | -2.10 to 1.40 | -2.60 to 3.20 | -2.80 to 2.30 |
| **Insulin (pmol/L)** | | | | | | | |
| N [a] | | 248 | 255 | 106 | 103 | 142 | 152 |
| Randomization | Mean(SD) | 156.16(171.317) | 151.77(171.654) | 147.68(146.945) | 145.73(166.399) | 162.49(187.722) | 155.87(175.552) |
| End of treatment | Mean(SD) | 188.63(201.983) | 171.20(238.199) | 187.87(165.924) | 163.62(176.921) | 189.20(225.754) | 176.33(272.456) |

226

CONFIDENTIAL
AZSER12772899

Clinical Study Report
Study code: D1447C00127

**Table 62**    **Glucose regulation data, change from randomization to end of treatment (randomized safety population)**

| | | Randomized treatment | | Assigned mood stabilizer | | | |
|---|---|---|---|---|---|---|---|
| | | QTP+ Li/VAL N = 310 | PLA+ Li/VAL N = 313 | QTP+ Li N = 131 | PLA+ Li N = 134 | QTP+ VAL N = 179 | PLA+ VAL N = 179 |
| Change | Mean(SD) | 32.48(181.691) | 19.42(256.848) | 40.19(192.725) | 17.89(204.534) | 26.72(173.468) | 20.46(287.592) |
| | Median | 7.00 | 0.00 | 7.00 | 0.00 | 7.00 | 0.00 |
| | Min to Max | -771.00 to 729.00 | -945.00 to 2125.00 | -771.00 to 660.00 | -945.00 to 1049.00 | -569.00 to 729.00 | -944.00 to 2125.00 |
| HOMA-R | | | | | | | |
| N [a] | | 246 | 248 | 105 | 101 | 141 | 147 |
| Randomization | Mean(SD) | 5.63(7.504) | 5.57(9.124) | 5.50(6.963) | 5.31(8.026) | 5.73(7.906) | 5.76(9.830) |
| End of treatment | Mean(SD) | 7.53(11.133) | 6.79(12.378) | 7.85(12.733) | 6.11(8.504) | 7.30(9.816) | 7.25(14.461) |
| Change | Mean(SD) | 1.91(10.749) | 1.21(14.039) | 2.35(13.567) | 0.80(10.179) | 1.57(8.074) | 1.49(16.195) |
| | Median | 0.25 | 0.05 | 0.51 | 0.03 | 0.22 | 0.09 |
| | Min to Max | -41.47 to 103.32 | -85.08 to 86.29 | -41.47 to 103.32 | -57.69 to 52.79 | -30.68 to 33.99 | -85.08 to 86.29 |
| QUICKI | | | | | | | |
| N [a] | | 246 | 248 | 105 | 101 | 141 | 147 |
| Randomization | Mean(SD) | 0.3218(0.0403) | 0.3251(0.0419) | 0.3236(0.0421) | 0.3250(0.0408) | 0.3204(0.0390) | 0.3252(0.0427) |
| End of treatment | Mean(SD) | 0.3147(0.0436) | 0.3209(0.0419) | 0.3126(0.0443) | 0.3204(0.0414) | 0.3163(0.0432) | 0.3213(0.0424) |
| Change | Mean(SD) | -0.0071(0.0413) | -0.0042(0.0407) | -0.0111(0.0436) | -0.0046(0.0381) | -0.0042(0.0394) | -0.0039(0.0424) |
| | Median | -0.0045 | -0.0013 | -0.0062 | -0.0010 | -0.0020 | -0.0017 |
| | Min to Max | -0.1477 to 0.1206 | -0.1582 to 0.1246 | -0.1477 to 0.0912 | -0.1582 to 0.0724 | -0.1421 to 0.1206 | -0.1091 to 0.1246 |

[a] Number of patients with assessment at randomization and at least one assessment after randomization.
PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group. HbA1C Hemoglobin Alc.
HOMA (Insulin (uU/ml) x glucose (mmol/l))/22.5. QUICKI 1/[log10(insulin n(uU/ml) + log10(glucose e(mg/dl))].
/cse/dev/serequal/d1447c00127/sp/output/tlf/t1103080416.rtf  chem207.sas  10APR2007:14:26  luchen
Table corresponds to Table 11.3.8.4-16.

227

CONFIDENTIAL
AZSER12772900

Clinical Study Report
Study code: D1447C00127

There were increases in mean glucose, HbA1$_C$, and insulin levels for the quetiapine treatment group compared to the placebo group during randomized treatment. Glucose levels increased by a mean of 6.11 mg/dl in the quetiapine group, compared with a 0.29 mg/dL increase in the placebo group. However, the median changes in glucose for the quetiapine treatment and placebo group were 1.00 mg/dL and 0.00 mg/dL, respectively. The glucose data were highly variable, with variability increasing as the mean increased in the quetiapine treatment group. HbA1$_C$ (measured as %) increased by a mean of 0.20 HbA1$_C$(%) in the quetiapine treatment group, compared with an increase of 0.03 HbA1$_C$(%) in the placebo group. Insulin levels increased by a mean of 32.48 pmol/L in the quetiapine treatment group, compared with an increase of 19.42 pmol/L in the placebo group. The change in the HOMA-R and QUICKI estimates of insulin resistance for the quetiapine group were larger than in the placebo group.

The mean change from baseline in glucose regulation laboratory data for patients with diabetes, patients at risk for diabetes, and patients with no known diabetic risk is summarized by treatment group in Table 63, and by mood stabilizer in Table 11.3.8.4- 18.

**Table 63      Glucose regulation data, change from randomization, diabetic subgroups, by treatment group (randomized safety population)**

| Parameter | | QTP+LI/VAL N=310 | | | | PLA+LI/VAL N=313 | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | N[a] | Mean | SD | Median | N[a] | Mean | SD | Median |
| Glucose (mg/dL) | Diabetic | 37 | 30.03 | 142.806 | -1.00 | 32 | -17.16 | 43.923 | -9.50 |
| | Diabetic risk | 81 | 0.20 | 19.001 | 0.00 | 81 | 1.41 | 16.507 | 1.00 |
| | Non diabetic | 160 | 3.57 | 14.932 | 2.00 | 169 | 3.05 | 17.380 | 1.00 |
| HbA1C (%) | Diabetic | 36 | 0.50 | 1.137 | 0.45 | 31 | -0.35 | 0.762 | -0.20 |
| | Diabetic risk | 83 | 0.22 | 0.375 | 0.20 | 81 | 0.09 | 0.292 | 0.00 |
| | Non diabetic | 159 | 0.12 | 0.281 | 0.10 | 168 | 0.07 | 0.306 | 0.00 |
| Insulin (pmol/L) | Diabetic | 32 | -32.31 | 264.954 | -7.00 | 30 | -119.67 | 295.023 | -17.00 |
| | Diabetic risk | 75 | 38.45 | 228.521 | 7.00 | 70 | 29.23 | 274.674 | 0.00 |
| | Non diabetic | 141 | 43.85 | 118.296 | 7.00 | 155 | 41.92 | 233.010 | 7.00 |
| HOMA-R | Diabetic | 32 | 1.91 | 23.700 | 0.49 | 29 | -8.32 | 20.607 | -0.99 |
| | Diabetic risk | 74 | 2.21 | 10.435 | 0.25 | 67 | 3.10 | 16.081 | 0.12 |
| | Non diabetic | 140 | 1.74 | 4.593 | 0.24 | 152 | 2.20 | 10.518 | 0.16 |
| QUICKI | Diabetic | 32 | 0.0026 | 0.0449 | -0.0086 | 29 | 0.0155 | 0.0306 | 0.0106 |
| | Diabetic risk | 74 | -0.0014 | 0.0381 | -0.0018 | 67 | -0.0042 | 0.0311 | -0.0026 |
| | Non diabetic | 140 | -0.0124 | 0.0416 | -0.0056 | 152 | -0.0080 | 0.0449 | -0.0034 |

[a]  Number of patients with assessment at randomization and at least one assessment after randomization.
PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group. HbA1C Hemoglobin A1c.
HOMA [insulin (uU/ml) x glucose (mmol/l)]/22.5. QUICKI 1/[log10(insulin n(uU/ml) + log10(glucose e(mg/dl))].
Note: Diabetics defined as having documented fasting glucose >=126 mg/dL or non-documented fasting glucose >=200 mg/dL at baseline or
    a history of diabetes, or HbA1c above ULN at baseline, Diabetic risk defined as having a history of gestational diabetes or a BMI of >=
    35 or impaired documented fasting glucose >=100 to <126 mg/dL; Non-diabetic defined as not meeting criteria for diabetes or diabetic
    risk.
/csre/dev/seroquel/d1447c00127/sp/output/tlf/t1103080417.rtf  chemm201.sas  10APR2007:14:26  luchen
Table corresponds to Table 11.3.8.4- 17.

CONFIDENTIAL
AZSER12772901

Clinical Study Report
Study code: D1447C00127

Changes in glucose regulation data were largest for diabetic patients, followed by smaller changes in patients at risk for diabetes, while non-diabetic patients changed little on most glycemic measures during randomized treatment. There was little change in measures of insulin resistance (HOMA-R) and insulin sensitivity (QUICKI) during randomized treatment.

For diabetic patients (defined as having baseline glucose >=126 mg/dL at baseline or HbA1c above ULN at baseline or a history of diabetes), there were relatively few patients with glucose data (37 total in the quetiapine group and 32 total in the placebo group), thus comparisons of this subgroup are made here with caution. In diabetic patients, mean glucose values increased during randomized treatment in the quetiapine treatment group (mean change 30.03 mg/dL, median change −1.00 mg/dL; and decreased in the placebo group (mean change −17.16 mg/dL, median change −9.50). HbA1$_C$ (measured in %) in diabetic patients increased during randomized treatment by a mean change of 0.50 HbA1$_C$(%) in the quetiapine treatment group, and decreased in the placebo group by a mean change of −0.35 HbA1$_C$(%). Insulin values decreased during randomized treatment in diabetic patients in both treatment groups: mean change of −32.31 pmol/L in the quetiapine treatment group compared to −119.67 pmol/L in the placebo group. Changes in measures of insulin resistance (HOMA-R) and insulin sensitivity (QUICKI) were larger in the quetiapine group than for the placebo group in diabetic patients.

For patients at risk for diabetes (defined as having a history of gestational diabetes or a BMI of >= 35 or impaired fasting glucose >=100 to <126 mg/dL), glucose values changed little during randomized treatment in either treatment group: mean change of 0.20 mg/dL and median change of 0.00 mg/dL in the quetiapine group, compared to a mean change of 1.41 mg/dL and median change of 1.00 mg/dL in the placebo group. HbA1$_C$ (measured in %) in patients at risk for diabetes increased during randomized treatment by a mean change of 0.22 HbA1$_C$(%) in the quetiapine treatment group, and changed very little in the placebo group (mean change of 0.09 HbA1$_C$(%)). Insulin values increased during randomized treatment in patients at risk for diabetes in the quetiapine treatment group (mean change 38.45 pmol/L), and less so in the placebo group (mean change of 29.23 pmol/L). Changes in measures of insulin resistance (HOMA-R) and insulin sensitivity (QUICKI) were larger in the quetiapine group than for the placebo group in patients at risk for diabetes.

For non-diabetic patients, glucose regulation measures were generally stable during randomized treatment and there were no major differences between quetiapine and placebo treatment groups on any of the glycemic measures.

A more detailed examination of the mean change from baseline in glucose regulation laboratory data for patients with diabetes, at risk for diabetes, and patients with no known diabetic risk is summarized by treatment group and mood stabilizer in Table 11.3.8.4- 19, Table 11.3.8.4- 20, and Table 11.3.8.4- 21, respectively. Change from randomization to week 12, 28, 40, 52, 68, 84 and 104 in glucose regulation laboratory data (observed cases) is shown in Table 11.3.8.4- 22.

229

CONFIDENTIAL
AZSER12772902

Clinical Study Report
Study code: D1447C00127

Glucose regulation laboratory data for change from randomization to end of treatment for observations (blood sampling) at least 8 hours after a meal, ie, in patients with documented fasting conditions, are summarized in Table 11.3.8.4- 23.  The mean change from baseline in glucose regulation laboratory data for patients with documented fasting conditions by diabetic risk group is summarized by treatment group in Table 11.3.8.4- 24, and by mood stabilizer in Table 11.3.8.4- 25.  A more detailed examination of the mean change from baseline for patients with diabetes, patients at risk for diabetes, and patients with no known diabetic risk after 8 h fasting is summarized by group in Table 11.3.8.4- 26, Table 11.3.8.4- 27, and Table 11.3.8.4- 28, respectively.  Change from randomization to week 12, 28, 40, 52, 68, 84 and 104 in glucose regulation laboratory data in patients with documented fasting conditions is summarized in Table 11.3.8.4- 29.

Findings based on these more stringent fasting criteria were consistent with the results from the analyses including all samples.

### 8.5.2.8    Individual clinically important abnormalities in glucose regulation laboratory data

Patients with clinically important fasting glucose regulation laboratory values emerging at any time after randomization are summarized in Table 64.

**Table 64         Glucose and HbA$_{1c}$ clinically important values at any time (randomized safety population)**

|  | Randomized treatment | | Assigned mood stabilizer | | | |
|--|--|--|--|--|--|--|
|  | QTP+ LI/VAL N = 310 N [a] n(%) | PLA+ LI/Vb_ressiAL N = 313 N [a] n(%) | QTP+ LI N = 131 N [a] n(%) | PLA+ LI N = 134 N [a] n(%) | QTP+ VAL N = 179 N [a] n(%) | PLA+ VAL N = 179 N [a] n(%) |
| Glucose (mg/dL) |  |  |  |  |  |  |
| <= 45 | 278  1 ( 0.4) | 282  0 | 118  1 ( 0.8) | 118  0 | 160  0 | 164  0 |
| >= 126 | 259 42 ( 16.2) | 269 30 ( 11.2) | 110 16 ( 14.5) | 113 12 ( 10.6) | 149 26 ( 17.4) | 156 18 ( 11.5) |
| >= 200 | 278 14 ( 5.0) | 279  2 ( 0.7) | 118  5 ( 4.2) | 118  1 ( 0.8) | 160  9 ( 5.6) | 161  1 ( 0.6) |
| HbAlC (%) |  |  |  |  |  |  |
| > 7.5 | 273  9 ( 3.3) | 275  3 ( 1.1) | 120  3 ( 2.5) | 115  0 | 153  6 ( 3.9) | 160  3 ( 1.9) |

[a]  Number of patients at risk i.e. not fulfilling the criteria at randomization.
PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group. n Number of patients.
HbAlC Hemoglobin Alc.
Note: Clinically important values emerging during randomized treatment phase.
Note: Percentages are calculated as (n/N[a])*100.
/csre/dev/seroquel/d1447c00127/sp/output/tlf/t1103080430.rtf  chem270.sas  10APR2007:14:27  luchen
Table corresponds to Table 11.3.8.4- 30

During randomized treatment, emergence of clinically important glucose regulation laboratory values were more common in the quetiapine group compared to the placebo.  There were high glucose values ($\geq$ 126 mg/dL) in 42 patients (16.2%) in the quetiapine group, compared with

230

CONFIDENTIAL
AZSER12772903

Clinical Study Report
Study code: D1447C00127

30 patients (11.2%) in the placebo group.  HbA1$_C$ values were elevated (>7.5%) in 9 patients (3.3%) in the quetiapine group, compared with 3 patients (1.1%) in the placebo group.

Of the 9 patients in the quetiapine group with clinically important HbA1$_C$ values at any time during randomization, 3 were previously diagnosed with diabetes, 4 were classified as diabetics at randomization (defined as having baseline glucose >=126 mg/dL at baseline or HbA1$_C$ above ULN at baseline or a history of diabetes), and 4 were classified as at-risk at randomization (defined as having a history of gestational diabetes or a BMI of >= 35 or impaired fasting glucose >=100 to <126 mg/dL).  Of the 3 patients in the placebo group, none were previously diagnosed as diabetic or classified as diabetic, while 2 were classified as at-risk.  Of the 9 patients in the quetiapine group with clinically important HbA1$_C$ values, 3 were recorded as having an adverse event of "diabetes mellitus" and 1 was recorded as having an adverse event of "glucose intolerance".

Patients with a clinically important glucose regulation laboratory value emerging at any time after randomization are summarized by diabetic subgroups and treatment group in Table 65, and by diabetic subgroup and mood stabilizer in Table 11.3.8.4- 32.

**Table 65          Glucose and HbA$_{1c}$ clinically important values at any time, by diabetic subgroup (randomized safety population)**

|  |  | QTP+LI/VAL N=310 | | PLA+LI/VAL N=313 | |
|---|---|---|---|---|---|
|  |  | N[a] | n(%) | N[a] | n(%) |
| Glucose  (mg/dL) |  |  |  |  |  |
| <=45 | Diabetic | 37 | 0 | 32 | 0 |
|  | Diabetic risk | 81 | 0 | 81 | 0 |
|  | Non diabetic | 160 | 1 ( 0.6) | 169 | 0 |
| Glucose  (mg/dL) |  |  |  |  |  |
| >=126 | Diabetic | 20 | 11 ( 55.0) | 19 | 6 ( 31.6) |
|  | Diabetic risk | 80 | 16 ( 20.0) | 81 | 12 ( 14.8) |
|  | Non diabetic | 159 | 15 ( 9.4) | 169 | 12 ( 7.1) |
| Glucose  (mg/dL) |  |  |  |  |  |
| >=200 | Diabetic | 37 | 11 ( 29.7) | 29 | 2 ( 6.9) |
|  | Diabetic risk | 81 | 1 ( 1.2) | 81 | 0 |
|  | Non diabetic | 160 | 2 ( 1.3) | 169 | 0 |
| HbA1C (%) |  |  |  |  |  |
| >7.5 | Diabetic | 31 | 6 ( 19.4) | 26 | 2 ( 7.7) |
|  | Diabetic risk | 83 | 2 ( 2.4) | 81 | 0 |
|  | Non diabetic | 159 | 1 ( 0.6) | 168 | 1 ( 0.6) |

[a]  Number of patients at risk i.e. not fulfilling the criteria at baseline.
PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate.
Note: Clinically important values emerging during randomized treatment phase. Note: Percentages are calculated as (n/N[a])*100.
Note: Diabetics defined as having documented fasting glucose >=126 mg/dL or non-documented fasting glucose >=200 mg/dL at baseline or a history of diabetes, or HbA1c above ULN at baseline,

CONFIDENTIAL
AZSER12772904

Clinical Study Report
Study code: D1447C00127

Diabetic risk defined as having a history of gestational diabetes or a BMI of >= 35 or impaired documented fasting glucose >=100 to <126
    mg/dL; Non-diabetic defined as not meeting criteria for diabetes or diabetic risk.
/csre/dev/seroquel/d1447c00127/sp/output/tlf/t1103080431.rtf  chemm205.sas  10APR2007:14:27  luchen
Table corresponds to Table 11.3.8.4- 31

In the quetiapine treatment group, the greatest proportion of clinically important values within diabetic subgroups occurred in the diabetic subgroup.  Fasting glucose values were elevated in 11 of 20 diabetic patients (55.0%) in the quetiapine treatment group, compared with 20.0% in patients at risk for diabetes and 9.4% of non-diabetic patients.  HbA1$_C$ values were elevated in 6 of 31 diabetic patients (19.4%) in the quetiapine treatment group, compared with 2.4% of patients at risk for diabetes, and 0.6% of non-diabetic patients.

Shift from randomization to clinically important glucose regulation laboratory values at any time after randomization is presented for all patients in Table 11.3.8.4- 33 and for diabetic subgroups in Table 11.3.8.4- 34, Table 11.3.8.4- 35, and Table 11.3.8.4- 36.  Shift from randomization to clinically important glucose regulation laboratory values at end of treatment is presented in Table 11.3.8.4- 37.  Individual clinically important glucose values at end of treatment were plotted against baseline (at randomization).  These are represented in Figure 11.3.8.4- 1 and Figure 11.3.8.4- 2, and by diabetic subgroups in Figure 11.3.8.4- 3 to Figure 11.3.8.4- 8.

Clinically important glucose regulation laboratory values for observations (blood sampling) at least 8 hours after a meal, ie, in patients with documented fasting conditions, are summarized in Table 11.3.8.4- 38.  Patients with documented fasting and a clinically important glucose regulation laboratory value emerging at any time after randomization are summarized by diabetic subgroups and treatment group in Table 11.3.8.4- 39, and by diabetic subgroup and mood stabilizer in Table 11.3.8.4- 40.  Shift from randomization to clinically important glucose regulation laboratory values at any time after randomization is presented for all patients with documented fasting conditions in Table 11.3.8.4- 41 and for diabetic subgroups in Table 11.3.8.4- 42, Table 11.3.8.4- 43, and Table 11.3.8.4- 44.  Shift from randomization to clinically important glucose regulation laboratory values at end of treatment is presented in Table 11.3.8.4- 45.  Individual clinically important glucose values at end of treatment were plotted against baseline (at randomization).  These are represented for the population with documented fasting (>8 h) in Figure 11.3.8.4- 9 and Figure 11.3.8.4- 10, and by diabetic subgroups in Figure 11.3.8.4- 11 to Figure 11.3.8.4- 16.  Additional listings for patients who had clinically important high blood glucose or HbA1c values are provided in Appendix 11.3.12-3.

Findings based on these more stringent fasting criteria support the results from the analyses including all samples.

### 8.5.2.9    Changes in mean values over time in lipid laboratory data

Descriptive statistics for change from randomization to end of treatment in lipid laboratory data are summarized in Table 66.

232

CONFIDENTIAL
AZSER12772905

Clinical Study Report
Study code: D1447C00127

**Table 66**     **Lipids laboratory data, change from randomization to end of treatment (randomized safety population)**

| | | Randomized treatment | | Assigned mood stabilizer | | | |
|---|---|---|---|---|---|---|---|
| | | QTP+ LI/VAL N = 310 | PLA+ LI/VAL N = 313 | QTP+ LI N = 131 | PLA+ LI N = 134 | QTP+ VAL N = 179 | PLA+ VAL N = 179 |
| **Total cholesterol (mg/dL)** | | | | | | | |
| N [a] | | 269 | 270 | 116 | 114 | 153 | 156 |
| Randomization | Mean(SD) | 203.99(46.615) | 198.43(41.542) | 198.84(44.057) | 192.89(39.280) | 207.89(48.241) | 202.48(42.792) |
| End of treatment | Mean(SD) | 202.52(46.044) | 189.63(40.539) | 193.91(41.173) | 184.79(41.096) | 209.05(48.538) | 193.17(39.887) |
| Change | Mean(SD) | -1.46(34.608) | -8.80(30.478) | -4.92(30.375) | -8.11(33.650) | 1.16(37.384) | -9.31(28.036) |
| | Median | -2.00 | -8.50 | -5.50 | -8.00 | -1.00 | -9.00 |
| | Min to Max | -158.0 to 133.0 | -111.0 to 141.0 | -135.0 to 98.00 | -107.0 to 141.0 | -158.0 to 133.0 | -111.0 to 57.00 |
| **LDL (mg/dL)** | | | | | | | |
| N [a] | | 246 | 250 | 111 | 106 | 135 | 144 |
| Randomization | Mean(SD) | 112.98(36.481) | 110.74(33.170) | 112.23(36.280) | 106.37(30.029) | 113.60(36.769) | 113.95(35.060) |
| End of treatment | Mean(SD) | 111.59(35.224) | 105.96(34.510) | 108.15(35.536) | 101.63(31.279) | 114.41(34.843) | 109.14(36.486) |
| Change | Mean(SD) | -1.39(27.850) | -4.78(23.459) | -4.08(26.755) | -4.74(23.853) | 0.81(28.628) | -4.81(23.248) |
| | Median | -1.50 | -5.00 | -3.00 | -6.00 | 1.00 | -4.50 |
| | Min to Max | -122.0 to 87.00 | -117.0 to 77.00 | -66.00 to 79.00 | -74.00 to 77.00 | -122.0 to 87.00 | -117.0 to 52.00 |
| **HDL (mg/dL)** | | | | | | | |
| N [a] | | 269 | 270 | 116 | 114 | 153 | 156 |
| Randomization | Mean(SD) | 47.71(14.817) | 48.65(13.968) | 48.74(13.451) | 48.42(13.400) | 46.93(15.773) | 48.81(14.409) |
| End of treatment | Mean(SD) | 48.24(14.494) | 48.86(13.367) | 47.78(13.063) | 48.93(12.715) | 48.59(15.524) | 48.80(13.864) |

233

CONFIDENTIAL
AZSER12772906

Clinical Study Report
Study code: D1447C00127

**Table 66    Lipids laboratory data, change from randomization to end of treatment (randomized safety population)**

| | | Randomized treatment | | Assigned mood stabilizer | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | QTP+ Li/VAL N=310 | PLA+ Li/VAL N=313 | QTP+ Li N=131 | PLA+ Li N=134 | QTP+ VAL N=179 | PLA+ VAL N=179 |
| Change | Mean(SD) | 0.52(8.097) | 0.21(8.014) | -0.97(7.595) | 0.51(7.103) | 1.65(8.305) | -0.01(8.635) |
| | Median | 0.00 | 0.00 | -0.50 | 0.00 | 1.00 | 0.00 |
| | Min to Max | -20.00 to 28.00 | -29.00 to 28.00 | -20.00 to 22.00 | -29.00 to 17.00 | -19.00 to 28.00 | -28.00 to 28.00 |
| Triglycerides (mg/dL) | | | | | | | |
| N[a] | | 269 | 270 | 116 | 114 | 153 | 156 |
| Randomization | Mean(SD) | 218.77(190.566) | 199.33(125.707) | 208.96(231.090) | 195.65(125.741) | 226.22(153.287) | 202.02(126.019) |
| End of treatment | Mean(SD) | 219.52(167.501) | 176.90(114.083) | 199.13(138.914) | 177.80(137.490) | 234.99(185.231) | 176.24(93.834) |
| Change | Mean(SD) | 0.75(138.573) | -22.43(122.605) | -9.83(142.318) | -17.85(142.114) | 8.77(135.584) | -25.78(106.476) |
| | Median | 4.00 | -17.5 | 9.50 | -20.5 | -1.00 | -17.0 |
| | Min to Max | -950.0 to 753.0 | -483.0 to 1002. | -950.0 to 197.0 | -450.0 to 1002. | -283.0 to 753.0 | -483.0 to 309.0 |

[a] Number of patients with assessment at randomization and at least one assessment after randomization.
HDL High density lipoprotein. LDL Low density lipoprotein. PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate.
N Number of patients in treatment group.
/csre/dev/sxroup/d1447c00127/sp/output/tlf/t1103080446.rtf  chem217.sas  17JAN2007:14:54  luchen
Table corresponds to Table 11.3.8.4- 46.

234

CONFIDENTIAL
AZSER12772907

During randomized treatment, changes in lipid laboratory data were small in the quetiapine treatment group compared to improvements observed in the placebo group. Total cholesterol, LDL, and triglyceride values changed very little in the quetiapine group, and each improved somewhat in the placebo group. HDL levels changed very little in either the quetiapine or placebo treatment groups.

Change from randomization to weeks 12, 28, 40, 52, 68, 84 and 104 in lipids laboratory data is shown for all patients in Table 11.3.8.4- 47.

Lipids laboratory data for change from randomization to end of treatment for observations (blood sampling) at least 8 hours after a meal, ie, in patients with documented fasting, are summarized in Table 11.3.8.4- 48. Change from randomization to week 12, 28, 40, 52, 68, 84 and 104 is shown in Table 11.3.8.4- 49 for patients with documented fasting. Findings based on these more stringent fasting criteria were consistent with the results from the analyses including all samples.

## 8.5.2.10   Individual clinically important abnormalities in lipid laboratory data

Patients with clinically important lipid laboratory values emerging at any time after randomization are summarized by randomized treatment group and by assigned mood stabilizer in Table 67.

**Table 67**          **Lipids laboratory data, clinically important values at any time (randomized safety population)**

| | Randomized treatment | | Assigned mood stabilizer | | | |
|---|---|---|---|---|---|---|
| | QTP+ LI/VAL N = 310 N $^a$ n(%) | PLA+ LI/VAL N = 313 N $^a$ n(%) | QTP+ LI N = 131 N $^a$ n(%) | PLA+ LI N = 134 N $^a$ n(%) | QTP+ VAL N = 179 N $^a$ n(%) | PLA+ VAL N = 179 N $^a$ n(%) |
| Total cholesterol (mg/dL) | | | | | | |
| >=240 | 217 33 (15.2) | 226 17 (7.5) | 99 15 (15.2) | 105 12 (11.4) | 118 18 (15.3) | 121 5 (4.1) |
| LDL (mg/dL) | | | | | | |
| >=160 | 223 25 (11.2) | 232 14 (6) | 103 14 (13.6) | 103 10 (9.7) | 120 11 (9.2) | 129 4 (3.1) |
| HDL (mg/dL) | | | | | | |
| <=40 | 181 45 (24.9) | 193 33 (17.1) | 84 19 (22.6) | 82 12 (14.6) | 97 26 (26.8) | 111 21 (18.9) |
| Triglycerides (mg/dL) | | | | | | |
| >=200 | 150 55 (36.7) | 164 31 (18.9) | 74 29 (39.2) | 74 16 (21.6) | 76 26 (34.2) | 90 15 (16.7) |

$^a$  Number of patients at risk i.e. not fulfilling the criteria at randomization.
HDL High density lipoprotein. LDL Low density lipoprotein. PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate.
N Number of patients in treatment group. n Number of patients.
Note: Clinically important values emerging during randomized treatment phase.
Note: Percentages are calculated as (n/N$^a$)*100.
/csre/dev/seroquel/d1447c00127/sp/output/tlf/t1103080450.rtf  chem272.sas  17JAN2007:14:57  luchen
Table corresponds to Table 11.3.8.4- 50

CONFIDENTIAL
AZSER12772908

Clinical Study Report
Study code: D1447C00127

Patients in the quetiapine group showed a higher proportion patients with clinically important lipid concentrations than did patients in the placebo group. Triglyceride concentrations were the most common clinically important values, with clinically important values in 55 patients (36.7%) in the quetiapine treatment group compared with 31 patients (18.9%) in the placebo group.

Shift from randomization to clinically important lipids laboratory values at any time after randomization is presented for all patients in Table 11.3.8.4- 51 and shift from randomization to end of treatment in lipids laboratory data is presented in Table 11.3.8.4- 52.

Clinically important lipids laboratory values for observations (blood sampling) at least 8 hours after a meal, ie, in patients with documented fasting conditions, are presented in Table 11.3.8.4- 53. Shift from randomization to clinically important lipids laboratory values at any time after randomization is presented in Table 11.3.8.4- 54 and shift from randomization to end of treatment is presented in Table 11.3.8.4- 55 for patients with documented fasting. Findings based on more stringent fasting criteria were consistent with the results from the analyses including all samples.

### 8.5.2.11   Changes in mean values over time in thyroid laboratory data

Descriptive statistics for change from randomization to end of treatment in thyroid laboratory data are summarized in Table 68.

CONFIDENTIAL
AZSER12772909

Clinical Study Report
Study code: D1447C00127

**Table 68** **Thyroid laboratory data, change from randomization to end of treatment (randomized safety population)**

| | | Randomized treatment | | Assigned mood stabilizer | | | |
|---|---|---|---|---|---|---|---|
| | | QTP+ LI/VAL N=310 | PLA+ LI/VAL N=313 | QTP+ LI N=131 | PLA+ LI N=134 | QTP+ VAL N=179 | PLA+ VAL N=179 |
| **TSH (uU/mL)** | | | | | | | |
| N[a] | | 267 | 274 | 117 | 115 | 150 | 159 |
| Randomization | Mean(SD) | 3.03(3.958) | 3.05(3.461) | 3.52(5.662) | 3.66(4.871) | 2.64(1.635) | 2.60(1.762) |
| End of treatment | Mean(SD) | 3.65(11.022) | 2.45(2.998) | 3.76(7.230) | 2.56(4.262) | 3.57(13.273) | 2.37(1.553) |
| Change | Mean(SD) | 0.62(10.681) | -0.60(3.039) | 0.24(5.364) | -1.11(4.219) | 0.92(13.455) | -0.23(1.671) |
| | Median | -0.12 | -0.20 | -0.28 | -0.31 | -0.05 | -0.11 |
| | Min to Max | -13.48 to 163.3 | -32.98 to 13.30 | -13.48 to 52.26 | -32.98 to 13.30 | -6.33 to 163.35 | -7.56 to 7.25 |
| **Free Thyroxine (ng/dL)** | | | | | | | |
| N[a] | | 266 | 276 | 115 | 118 | 151 | 158 |
| Randomization | Mean(SD) | 0.97(0.188) | 0.99(0.179) | 0.93(0.195) | 0.97(0.180) | 1.01(0.175) | 1.00(0.178) |
| End of treatment | Mean(SD) | 1.04(0.193) | 1.12(0.198) | 0.99(0.174) | 1.11(0.231) | 1.07(0.200) | 1.13(0.169) |
| Change | Mean(SD) | 0.06(0.221) | 0.13(0.212) | 0.06(0.217) | 0.14(0.230) | 0.07(0.225) | 0.12(0.198) |
| | Median | 0.06 | 0.13 | 0.04 | 0.13 | 0.07 | 0.13 |
| | Min to Max | -1.12 to 0.90 | -0.87 to 1.40 | -0.88 to 0.82 | -0.87 to 1.40 | -1.12 to 0.90 | -0.48 to 0.56 |
| **Free Triiodothyronine (pg/mL)** | | | | | | | |
| N[a] | | 269 | 277 | 117 | 118 | 152 | 159 |
| Randomization | Mean(SD) | 3.03(0.503) | 3.05(0.479) | 2.84(0.453) | 2.98(0.455) | 3.18(0.490) | 3.10(0.491) |
| End of treatment | Mean(SD) | 3.00(0.518) | 3.18(0.502) | 2.89(0.553) | 3.17(0.591) | 3.08(0.474) | 3.18(0.425) |

237

CONFIDENTIAL
AZSER12772910

Clinical Study Report
Study code: D1447C00127

**Table 68**    **Thyroid laboratory data, change from randomization to end of treatment (randomized safety population)**

|  |  | Randomized treatment | | Assigned mood stabilizer | | | | |
|---|---|---|---|---|---|---|---|---|
|  |  | QTP+<br>LI/VAL<br>N = 310 | PLA+<br>LI/VAL<br>N = 313 | QTP+<br>LI<br>N = 131 | PLA+<br>LI<br>N = 134 | QTP+<br>VAL<br>N = 179 | PLA+<br>VAL<br>N = 179 |
| Change | Mean(SD) | -0.03(0.526) | 0.13(0.522) | 0.05(0.565) | 0.19(0.638) | -0.10(0.485) | 0.09(0.412) |
|  | Median | -0.04 | 0.12 | 0.01 | 0.16 | -0.06 | 0.09 |
|  | Min to Max | -2.63 to 3.24 | -2.03 to 5.08 | -1.41 to 3.24 | -2.03 to 5.08 | -2.63 to 0.92 | -1.41 to 1.29 |

[a] Number of patients with assessment at randomization and at least one assessment after randomization.
PLA Placebo, QTP Quetiapine, LI Lithium, VAL Valproate, N Number of patients in treatment group, TSH Thyroid-stimulating hormone.
/cstc/dev/seroquel/d1447c00127/sp/output/tlf/t1103080456.rtf  chem221.sas  17JAN2007:14:54  luchen
Table corresponds to Table 11.3.8.4-56.

238

CONFIDENTIAL
AZSER12772911

Clinical Study Report
Study code: D1447C00127

The change from randomization to end of treatment in thyroid laboratory data was small.
TSH levels were relatively unchanged in both treatment groups:  mean change 0.62 in the
quetiapine treatment group and –0.60 in the placebo group.  Free T4 and T3 levels changed
little in both the quetiapine and placebo treatment groups.

Change from randomization to week 12, 28, 40, 52, 68, 84 and 104 in thyroid laboratory data
(observed cases) is shown in Table 11.3.8.4- 57.  Changes in thyroid laboratory data were
similar throughout randomized treatment.

### 8.5.2.12   Individual clinically important abnormalities in thyroid laboratory data

Patients with clinically important thyroid laboratory values emerging at any time after
randomization are summarized by randomized treatment group and by assigned mood
stabilizer in Table 69.

**Table 69**          **Thyroid laboratory data, clinically important values at any time
(randomized safety population)**

| | Randomized treatment | | Assigned mood stabilizer | | | |
|---|---|---|---|---|---|---|
| | QTP+ LI/VAL N = 310 N [a] n(%) | PLA+ LI/VAL N = 313 N [a] n(%) | QTP+ LI N = 131 N [a] n(%) | PLA+ LI N = 134 N [a] n(%) | QTP+ VAL N = 179 N [a] n(%) | PLA+ VAL N = 179 N [a] n(%) |
| TSH (uU/mL) | | | | | | |
| >5 | 239 32 (13.4) | 241 12 (5) | 102 20 (19.6) | 97 1 (1) | 137 12 (8.8) | 144 11 (7.6) |
| Free Thyroxine (ng/dL) | | | | | | |
| <0.8 x LLN | 265 3 (1.1) | 275 1 (0.4) | 114 2 (1.8) | 117 1 (0.9) | 151 1 (0.7) | 158 0 |
| >1.2 x ULN | 266 0 | 276 1 (0.4) | 115 0 | 118 1 (0.8) | 151 0 | 158 0 |
| Free Triiodothyronine (pg/mL) | | | | | | |
| <0.8 x LLN | 268 1 (0.4) | 276 0 | 116 0 | 117 0 | 152 1 (0.7) | 159 0 |
| >1.2 x ULN | 269 1 (0.4) | 276 3 (1.1) | 117 1 (0.9) | 117 3 (2.6) | 152 0 | 159 0 |

[a]  Number of patients at risk i.e. not fulfilling the criteria at randomization.
LLN Lower limit of normal. ULN Upper limit of normal. PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate.
N Number of patients in treatment group. n Number of patients. TSH Thyroid-stimulating hormone.
Note: Clinically important values emerging during randomized treatment phase.
Note: Percentages are calculated as (n/N[a])*100.
/csre/dev/seroquel/d1447c00127/sp/output/tlf/t1103080458.rtf  chem274.sas  17JAN2007:14:57  luchen
Table corresponds to Table 11.3.8.4- 58

During randomized treatment, more patients had clinically important TSH values in the
quetiapine treatment group (32 patients, 13.4%) compared to the placebo group (12 patients,
5.0%). However, the number of patients with shifts to clinically high TSH values at the end of
treatment was 16 (6.7%) in the quetiapine group and 9 (3.7%) in the placebo group (see Table

239

CONFIDENTIAL
AZSER12772912

Clinical Study Report
Study code: D1447C00127

11.3.8.4- 64).  There were few clinically important free T3 and T4 values in either treatment group (0 to 3 patients in either treatment group).

Shifts from randomization to clinically important thyroid laboratory values at any time after randomization are presented in Table 11.3.8.4- 63.

Patients with clinically important low free thyroxine value in relation to clinically important high TSH values at randomization and at end of treatment are summarized by treatment group and by assigned mood stabilizer in Table 70.

CONFIDENTIAL
AZSER12772913

**Table 70    Clinically important low free T4 value vs clinically important high TSH values (randomized safety population)**

| Timepoint | Free Thyroxine | TSH | Randomized treatment | | Assigned mood stabilizer | | | |
|---|---|---|---|---|---|---|---|---|
| | | | QTP+ LI/VAL N=310 | PLA+ LI/VAL N=313 | QTP+ LI N=131 | PLA+ LI N=134 | QTP+ VAL N=179 | PLA+ VAL N=179 |
| | | | n (%) | n (%) | n (%) | n (%) | n (%) | n (%) |
| At Randomization | Important[a] | Important[b] | 1( 0.3) | 1( 0.3) | 1( 0.8) | 1( 0.7) | 0 | 0 |
| | | Not important | 1( 0.3) | 0 | 1( 0.8) | | 0 | 0 |
| | Not important[a] | Important[b] | 31(10.0) | 32(10.2) | 15(11.5) | 17(12.7) | 16( 8.9) | 15( 8.4) |
| | | Not important | 260(83.9) | 265(84.7) | 107(81.7) | 112(83.6) | 153(85.5) | 153(85.5) |
| End of treatment | Important[a] | Important[b] | 2( 0.6) | 0 | 1( 0.8) | 0 | 1( 0.6) | 0 |
| | | Not important | 1( 0.3) | 0 | 1( 0.8) | 0 | 0 | 0 |
| | Not important[a] | Important[b] | 25( 8.1) | 16( 5.1) | 16(12.2) | 6( 4.5) | 9( 5.0) | 10( 5.6) |
| | | Not important | 255(82.3) | 275(87.9) | 105(80.2) | 116(86.6) | 150(83.8) | 159(88.8) |

[a] Free thyroxine values <0.8 x LLN (lower limit of normal) are considered clinically important.
[b] TSH values >5 mU/L are considered potentially clinically important.
PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group. n Number of patients.
TSH Thyroid-stimulating hormone.
Note: Free thyroxine and TSH values from same assessment.
/csre/dev/seroquel/d1447c00127/sp/output/tlf/t1103080459.rtf thyroid201.sas  17JAN2007 15:10  luchen
Table corresponds to Table 11.3.8.4-59.

241

CONFIDENTIAL
AZSER12772914

Clinical Study Report
Study code: D1447C00127

At randomization, 1 patient in the quetiapine group (0.3%) and 1 patient in the placebo group (0.3%) had a combination of clinically important low free thyroxine value and clinically important high TSH value.   At the end of randomized treatment, 2 patients in the quetiapine group (0.6%) and no patients in the placebo group had a clinically important low free thyroxine value and a clinically important high TSH value.  The quetiapine-treated patient with this finding at randomization (E0110012) was 1 of the 2 patients with this finding at the end of randomized treatment.

1.      Patient E0110012, a 45-year-old Black woman, had a decreased free T4 concentration of <0.30 pmol/L at randomization, accompanied by an elevated TSH concentration of 60.78 mIU/L.  This was accompanied by an adverse event of "hypothyroidism" with a start date on Day 1 of randomized treatment (the same day as the lab values).  The investigator considered the AE to be mild intensity and related to study drug.  Although no action was specifically recorded by the investigator in response to the event, levothyroxine (0.1 mg) was administered to the patient starting on Day 24 (23 days after the AE start date), and continued until the final study visit.  The patient had completed 150 days of open-label treatment with quetiapine and lithium (mean daily quetiapine dose 400 mg/day) and was randomized to quetiapine treatment.  At end of treatment (Day 319 of randomized quetiapine treatment), the patient had a decreased T4 concentration of 0.31 pmol/L and an increased TSH concentration of 47.3 mIU/L.  There was no reported history of hypothyroidism or other thyroid disorder, but there was a current history of "decreased energy" at enrollment.  Lithium was the only concomitant medication at the time of the event.  AEs reported during study treatment were headache, nausea, vomiting, constipation, anaemia, fatigue, and insomnia; all were non-serious and mild intensity.  Study treatment was discontinued when the sponsor stopped the study on Day 319 of randomized treatment; the AE of hypothyroidism was continuing at that time.

2.      Patient E0061010, a 47-year-old Caucasian man, had a normal free T4 concentration of 1.51 pmol/L at randomization, accompanied by a normal TSH concentration of 0.41 mIU/L.  On Day 105 of randomized treatment with quetiapine and valproate (mean daily quetiapine dose 541.9 mg/day), the patient had a decreased free T4 value of 0.39 pmol/L accompanied by an increased TSH value of 163.76 mIU/L.  This laboratory result was accompanied by a non-serious adverse event of "hypothyroidism" with a start date on Day 105 of randomized treatment (the same day as the lab values).  The investigator considered the AE to be severe, not related to study drug, the patient was not withdrawn from the study due to the event, and no action was recorded by the investigator in response to this event.  There was no reported history of hypothyroidism or other thyroid disorder.  Valproate was the only concomitant medication at any time during the study for this patient.  The only other AE reported during study treatment was "skin lesion" on Day 25 of randomized treatment, that lasted 17 days.  Study treatment was discontinued on Day 105 due to a mood event experienced by the patient.

CONFIDENTIAL
AZSER12772915

Clinical Study Report
Study code: D1447C00127

A similar pattern was observed with regards to clinically significant low free triidothyronine value in relation to potentially clinically significant high TSH values (see Table 11.3.8.4- 60).

For weeks 12, 28, 40, 52, 68, 84 and 104, patients with potentially clinically important low free thyroxine value in relation to potentially clinically important high TSH values are summarized in Table 11.3.8.4- 61, and patients with potentially clinically important low free triidothyronine value in relation to potentially clinically significant high TSH values are presented in Table 11.3.8.4- 62.

### 8.5.2.13   Changes in mean values over time in prolactin laboratory data

Descriptive statistics for change from randomization to end of treatment in prolactin laboratory data are summarized in Table 71.

243

CONFIDENTIAL
AZSER12772916

Clinical Study Report
Study code: D1447C00127

**Table 71**  **Prolactin laboratory data, change from randomization to end of treatment (randomized safety population)**

| | | Randomized treatment | | Assigned mood stabilizer | | | |
| | | QTP+ LI/VAL N = 310 | PLA+ LI/VAL N = 313 | QTP+ LI N = 131 | PLA+ LI N = 134 | QTP+ VAL N = 179 | PLA+ VAL N = 179 |
|---|---|---|---|---|---|---|---|
| Prolactin (ug/L) | | | | | | | |
| N [a] | | 269 | 274 | 117 | 116 | 152 | 158 |
| Randomization | Mean(SD) | 7.53(5.723) | 7.71(5.154) | 7.19(4.725) | 7.54(5.257) | 7.79(6.389) | 7.83(5.090) |
| End of treatment | Mean(SD) | 8.34(9.359) | 7.92(6.009) | 8.41(6.827) | 7.45(4.236) | 8.29(10.939) | 8.26(7.025) |
| Change | Mean(SD) | 0.81(8.238) | 0.21(6.499) | 1.22(5.868) | -0.10(4.493) | 0.50(9.684) | 0.43(7.651) |
| | Median | 0.20 | 0.30 | 0.40 | 0.30 | 0.10 | 0.25 |
| | Min to Max | -27.60 to 85.20 | -31.80 to 57.60 | -14.40 to 30.00 | -29.40 to 9.60 | -27.60 to 85.20 | -31.80 to 57.60 |

[a] Number of patients with assessment at randomization and at least one assessment after randomization.
PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group.
/cse/dev/saroquel/d1447c00127/sp/output/tlf/t1103080465.rtf chem223.sas 17JAN2007:14:55 luchen
Table corresponds to Table 11.3.8.4-65.

244

CONFIDENTIAL
AZSER12772917

Clinical Study Report
Study code: D1447C00127

The change from randomization to end of treatment in prolactin laboratory data was small and similar between treatment groups.

Change from randomization to weeks 12, 28, 40, 52, 68, 84 and 104 in prolactin laboratory data (observed cases) is presented in Table 11.3.8.4‑ 66.  Changes from randomization in prolactin laboratory data were similar throughout randomized treatment.

### 8.5.2.14   Individual clinically important abnormalities in prolactin laboratory data

Patients with clinically important prolactin laboratory values emerging at any time after randomization are summarized in Table 72.

**Table 72**      **Prolactin laboratory data, clinically important values at any time (randomized safety population)**

| | Randomized treatment | | Assigned mood stabilizer | | | |
|---|---|---|---|---|---|---|
| | QTP+ LI/VAL N = 310 N [a] n(%) | PLA+ LI/VAL N = 313 N [a] n(%) | QTP+ LI N = 131 N [a] n(%) | PLA+ LI N = 134 N [a] n(%) | QTP+ VAL N = 179 N [a] n(%) | PLA+ VAL N = 179 N [a] n(%) |
| Prolactin (ug/L) | | | | | | |
| Male >20 | 124 4 (3.2) | 131 2 (1.5) | 49 2 (4.1) | 56 1 (1.8) | 75 2 (2.7) | 75 1 (1.3) |
| Female >30 | 137 5 (3.6) | 140 3 (2.1) | 66 1 (1.5) | 58 0 | 71 4 (5.6) | 82 3 (3.7) |

[a]  Number of patients at risk i.e. not fulfilling the criteria at randomization.
PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group. n Number of patients.
Note: Clinically important values emerging during randomized treatment phase.
Note: Percentages are calculated as (n/N*)*100.
/csre/dev/seroquel/d1447c00127/sp/output/tlf/t1103080467.rtf  chem294.sas  17JAN2007:14:58  luchen
Table corresponds to Table 11.3.8.4‑ 67

Few clinically important prolactin laboratory values were reported, and no major differences in clinically important prolactin laboratory value between the randomized treatment groups were observed.

Shifts from randomization to clinically important prolactin laboratory values at any time after randomization are presented in Table 11.3.8.4‑ 68, and shifts from randomization to end of treatment are presented in Table 11.3.8.4‑ 69.  There were few clinically important prolactin values reported at any time during the study, and no major differences between the randomized treatment groups were observed.

### 8.5.3      Urinalysis

Laboratory results for urinalysis testing are presented in Table 11.3.8.8‑ 1.  There were no significant differences observed between the groups in any of the variables analyzed.

245

CONFIDENTIAL
AZSER12772918

**8.5.4      Clinical laboratory evaluation, open-label treatment phase**

For clinical laboratory presentations showing results during the open-label treatment phase, within each of the categories (ie, hematology, hepatic, renal, electrolytes, glucose regulation, lipids, thyroid, and prolactin laboratory data) the tables are presented in the following order: change from enrollment to last visit, change from enrollment by visit, patients with clinically important values emerging at any time after enrollment, shifts to clinically important values at any time from enrollment up to last visit in open-label treatment phase, and shifts from enrollment to end of open-label treatment.

Glucose regulation laboratory data are summarized in Table 11.3.8.7- 23 through Table 11.3.8.7- 36 with separate sets of tables covering all patients, patients in different diabetic subgroups, and patients with documented fasting.  Individual clinically important glucose values at end of open-label treatment were plotted against values at enrollment.  These are presented in Figure 11.3.8.7- 1 through Figure 11.3.8.7- 4 for all patients, and in Figure 11.3.8.7- 5 through Figure 11.3.8.7- 8 for patients with documented fasting.  Glucose and insulin levels increased slightly, similar to the quetiapine treatment group during the randomized treatment phase.  However, HbA1c levels changed very little during open-label treatment.  The insulin resistance index (HOMA-R) increased slightly during open-label treatment, and moreso in the patients assigned to the mood stabilizer valproate compared with lithium, while the insulin sensitivity index QUICKI changed very little during open-label treatment.

Lipid laboratory data are summarized in Table 11.3.8.7- 37 through Table 11.3.8.7- 46 with separate set of tables covering all patients and patients with documented fasting.  The findings and development over time in lipid laboratory data in the open-label treatment phase for total cholesterol, LDL, and HDL generally changed little during open-label treatment, which was consistent with the quetiapine group in the randomized treatment phase.  Triglyceride levels increased during open-label treatment by a mean change of 26.52 mg/dL, which corresponds in magnitude to the decrease in triglyceride levels observed during randomized treatment in the placebo group (–22.43 mg/dL).

The findings and development over time in hematology, hepatic, renal, electrolyte, prolactin, and urinalysis lab data in the open-label treatment phase were generally consistent with those in the quetiapine treated patients in the randomized treatment phase.

There were 11 patients with neutrophil counts <1.0 x $10^9$ cells/L during open label treatment (Patients E0007050, E0029039, E0031002, E0037141, E0044036, E0074009, E0085019, E0102009, E0103001, E0105010, E0122018).  Of these 11 patients, 2 (E0102009 and E0105010) had low neutrophil counts on the Screening Visit (before administration of any study medication).  Both of these returned to normal (>1.5 x $10^9$ cells/L) on the subsequent study visit.  Of the remaining 9 patients, all but 1 (Patient E0103001) returned to normal neutrophil counts on a subsequent visit.  Of all 11 patients, 3 had adverse events reported in association with the laboratory value:  Patients E0007050, E0074009, and E0103001.  Patient E0007050 had an SAE reported of "agranulocytosis" on Day 34 that was 19 days in duration, severe intensity, considered by the investigator to be related to study drug, and the patient was

246

CONFIDENTIAL
AZSER12772919

Clinical Study Report
Study code: D1447C00127

discontinued due to the event. The patient had no previous infections reported, but did have a concurrent urinary tract infection during the agranulocytosis event. Patient E0074009 had an adverse event of "neutropenia" reported on Day 28 that was 101 days in duration, moderate intensity, considered by the investigator to be related to study drug, and the patient was not discontinued from the study due to this event. There was no previous or concurrent infection associated with this event. Patient E0103001 had an adverse event of "neutropenia" reported on the final visit of open label treatment (Randomized treatment Day 1) that was 4 days in duration, moderate intensity, considered by the investigator to be related to study treatment, and the patient was discontinued from the study due to the event.

Hematology laboratory data are summarized in Table 11.3.8.7- 1 through Table 11.3.8.7- 7.

Hepatic laboratory data are summarized in Table 11.3.8.7- 8 through Table 11.3.8.7- 12.

Renal laboratory data are summarized in Table 11.3.8.7- 13 through Table 11.3.8.7- 17.

Electrolyte laboratory data are summarized in Table 11.3.8.7- 18 through Table 11.3.8.7- 22.

Prolactin laboratory data are summarized in Table 11.3.8.7- 47 through Table 11.3.8.7- 51.

Laboratory results for urinalysis testing during open-label treatment are presented in Table 11.3.8.8- 2.

### 8.5.5    Discussion of clinical laboratory results

Mean changes in clinical laboratory results were small and similar between quetiapine and placebo treatment groups during randomized treatment for most measurements, and consistent with known effects of quetiapine.

There were small increases in mean glucose, HbA1$_C$, and insulin levels in the quetiapine treatment group compared to the placebo group during randomized treatment. Most of the changes in glucose regulation measurements occurred in patients with diabetes or at risk for diabetes, while non-diabetic patients remained very stable on glucose regulation measurements throughout open-label and randomized treatment. The quetiapine group had a longer total duration of exposure (74323 days) to treatment than the placebo group (55570 days). This may have contributed to the increased number of patients wth clinically important values at any time for glucose regulation measures in quetiapine-treated patients. Also, the clinically important values occurred predominantly in patients with diabetes or at risk for diabetes, which could to some extent be explained by the fact that the glucose values at randomization were used for classification of the various subgroups.

Lipid measurements of total cholesterol, HDL, and LDL changed little during open-label treatment and in the quetiapine group during randomized treatment; while each improved somewhat in the placebo group during randomized treatment. Triglyceride levels increased during open-label treatment, then remained stable in the quetiapine group during randomized treatment but decreased in placebo-treated patients. The magnitude of decrease in triglycerides in the placebo group was very similar to the increase observed in all patients

247

CONFIDENTIAL
AZSER12772920

Clinical Study Report
Study code: D1447C00127

during open-label treatment.  Together these findings suggest that any acute effects of
quetiapine on lipids stabilized with longer-term treatment, and the effect on triglycerides
attenuates if quetiapine treatment is stopped.

The change from randomization to end of treatment in thyroid laboratory data was small.
Changes in TSH levels were similar in both treatment groups:  mean change 0.62 in the
quetiapine treatment group and −0.60 in the placebo group.  Free T4 and T3 levels were
similar in both quetiapine and placebo treatment groups.  However, during randomized
treatment more patients had clinically important TSH values in the quetiapine treatment group
compared to the placebo group, but there were few clinically important free T3 and T4 values
in either treatment group.  Finally, there were very few patients who had the combination of
clinically high TSH and clinically low T4.

## 8.6    Vital signs, ECG, physical findings and other observations related to safety

In the different sections for vital signs, ECG, and weight and BMI, results are examined in 2
ways: changes in mean values over time, and individual clinically important abnormalities.
The results for all vital signs, ECG and other physical findings are discussed collectively in
Section 8.6.4.

### 8.6.1    Vital signs, Randomized treatment phase

#### 8.6.1.1    Changes in mean values over time: vital signs

**Supine vital signs**

Descriptive statistics for change from randomization to end of treatment in supine vital sign
data are summarized in Table 73.

248

CONFIDENTIAL
AZSER12772921

Clinical Study Report
Study code: D1447C00127

**Table 73**     **Supine vital signs data, change from randomization to end of treatment (Randomized safety population)**

| | | Randomized treatment | | Assigned mood stabilizer | | | |
|---|---|---|---|---|---|---|---|
| | | QTP+ Li/VAL N = 310 | PLA+ Li/VAL N = 313 | QTP+ Li N = 131 | PLA+ Li N = 134 | QTP+ VAL N = 179 | PLA+ VAL N = 179 |
| **Pulse (bpm)** | | | | | | | |
| $N^a$ | | 277 | 282 | 121 | 118 | 156 | 164 |
| Randomization | Mean(SD) | 77.47(11.182) | 77.28(11.092) | 75.38(10.376) | 74.38(11.221) | 79.09(11.544) | 79.36(10.550) |
| End of Treatment | Mean(SD) | 76.73(11.160) | 73.28(11.054) | 74.07(10.248) | 71.30(10.574) | 78.79(11.431) | 74.71(11.202) |
| Change | Mean(SD) | -0.74(11.669) | -3.99(11.668) | -1.31(11.588) | -3.08(11.615) | -0.30(11.749) | -4.65(11.699) |
| | Median | 0.00 | -4.00 | 0.00 | -2.00 | -0.30 | -4.00 |
| | Min to Max | -35.0 to 30.00 | -38.0 to 36.00 | -35.0 to 26.00 | -38.0 to 22.00 | -32.0 to 30.00 | -36.0 to 36.00 |
| **Systolic blood pressure (mmHg)** | | | | | | | |
| $N^a$ | | 278 | 282 | 121 | 118 | 157 | 164 |
| Randomization | Mean(SD) | 121.3(12.790) | 121.2(12.930) | 120.2(12.472) | 120.2(12.823) | 122.2(13.004) | 121.9(12.999) |
| End of Treatment | Mean(SD) | 123.5(12.054) | 121.9(13.659) | 122.1(11.781) | 122.6(14.415) | 124.7(12.177) | 121.3(13.106) |
| Change | Mean(SD) | 2.20(11.870) | 0.69(13.001) | 1.86(12.596) | 2.44(11.590) | 2.46(11.312) | -0.57(13.826) |
| | Median | 0.50 | 0.00 | 2.00 | 1.00 | 0.00 | 0.00 |
| | Min to Max | -30.0 to 34.00 | -41.0 to 42.00 | -30.0 to 34.00 | -19.0 to 32.00 | -30.0 to 34.00 | -41.0 to 42.00 |
| **Diastolic blood pressure (mmHg)** | | | | | | | |
| $N^a$ | | 278 | 282 | 121 | 118 | 157 | 164 |
| Randomization | Mean(SD) | 77.69(8.872) | 77.64(8.923) | 77.18(8.394) | 77.21(8.469) | 78.08(9.232) | 77.95(9.250) |
| End of Treatment | Mean(SD) | 78.17(9.643) | 77.68(9.203) | 77.54(9.213) | 77.69(9.198) | 78.66(9.964) | 77.66(9.234) |

249

CONFIDENTIAL
AZSER12772922

Clinical Study Report
Study code: D1447C00127

**Table 73    Supine vital signs data, change from randomization to end of treatment (Randomized safety population)**

| | | Randomized treatment | | Assigned mood stabilizer | | | |
|---|---|---|---|---|---|---|---|
| | | QTP+ LI/VAL N = 310 | PLA+ LI/VAL N = 313 | QTP+ LI N = 131 | PLA+ LI N = 134 | QTP+ VAL N = 179 | PLA+ VAL N = 179 |
| Change | Mean(SD) | 0.48(9.628) | 0.04(9.184) | 0.36(8.701) | 0.48(8.887) | 0.58(10.313) | -0.28(9.405) |
| | Median | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Min to Max | -30.0 to 36.00 | -25.0 to 22.00 | -28.0 to 26.00 | -24.0 to 21.00 | -30.0 to 36.00 | -25.0 to 22.00 |

[a] Number of patients with an assessment at randomization and at least one assessment after randomization.
PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group.
/csre/dev/serequel/d1447c00127/sp/output/tlf/t1103090101.rtf vit200.sas 17JAN2007:15:10 luchen
Table corresponds to Table 11.3.9.1-1.

250

CONFIDENTIAL
AZSER12772923

Clinical Study Report
Study code: D1447C00127

The change from randomization to end of treatment in supine vital sign data was small. Supine pulse rate and blood pressure changed little in the quetiapine group, while pulse decreased by –3.99 BPM in the placebo group. No major differences in changes in supine vital sign values between the randomized treatment groups were observed.

The change from randomization to weeks 12, 28, 40, 52, 68, 84 and 104 in supine vital sign data (observed cases) is summarized in Table 11.3.9.1- 2. Changes in supine vital signs were consistent throughout the randomized treatment phase.

**Standing vital signs**

Descriptive statistics for change from randomization to end of treatment in standing vital sign data are summarized by randomized treatment group and assigned mood stabilizer in Table 11.3.9.1- 3.

The change from randomization to end of treatment in standing vital sign data was small and similar to supine vital signs. No major differences in changes in standing vital sign values between the randomized treatment groups were observed.

The change from randomization to weeks 12, 28, 40, 52, 68, 84 and 104 in standing vital sign data (observed cases) is summarized in Table 11.3.9.1- 4. Changes in standing vital signs were consistent throughout the randomized treatment phase.

**Orthostatic changes in vital signs**

Descriptive statistics for change from randomization to end of treatment in orthostatic changes in vital signs data are summarized by randomized treatment group and assigned mood stabilizer in Table 11.3.9.1- 5.

The change from randomization to end of treatment in orthostatic changes in vital signs data was small and no major differences in orthostatic changes in vital sign values between the randomized treatment groups were observed.

The change from randomization to weeks 12, 28, 40, 52, 68, 84 and 104 in orthostatic changes (observed cases) is summarized in Table 11.3.9.1- 6. Changes in orthostatic vital sign data were consistent throughout the randomized treatment phase.

**8.6.1.2    Individual clinically important abnormalities: vital signs**

**Supine vital signs**

Patients with potentially clinically important supine vital sign values emerging after randomization in at least 30% of assessments are summarized in Table 74.

251

CONFIDENTIAL
AZSER12772924

Clinical Study Report
Study code: D1447C00127

**Table 74**　　Supine vital signs data, clinically important values in at least 30% of assessments (Randomized safety population)

| | Randomized treatment | | Assigned mood stabilizer | | | |
|---|---|---|---|---|---|---|
| | QTP+ LI/VAL N = 310 N* n(%) | PLA+ LI/VAL N = 313 N* n(%) | QTP+ LI N = 131 N* n(%) | PLA+ LI N = 134 N* n(%) | QTP+ VAL N = 179 N* n(%) | PLA+ VAL N = 179 N* n(%) |
| **Pulse (bpm)** | | | | | | |
| >120 | 277 0 | 282 1 (0.4) | 121 0 | 118 0 | 156 0 | 164 1 (0.6) |
| <50 | 277 1 (0.4) | 281 2 (0.7) | 121 1 (0.8) | 118 1 (0.8) | 156 0 | 163 1 (0.6) |
| >=15 increase from randomization | 277 66 (23.8) | 282 32 (11.3) | 121 20 (16.5) | 118 18 (15.3) | 156 46 (29.5) | 164 14 (8.5) |
| >=15 decrease from randomization | 277 95 (34.3) | 282 117 (41.5) | 121 50 (41.3) | 118 46 (39.0) | 156 45 (28.8) | 164 71 (43.3) |
| **Systolic blood pressure (mmHg)** | | | | | | |
| >=180 | 278 0 | 282 0 | 121 0 | 118 0 | 157 0 | 164 0 |
| <90 | 277 0 | 281 1 (0.4) | 120 0 | 117 0 | 157 0 | 164 1 (0.6) |
| >=20 increase from randomization | 278 54 (19.4) | 282 36 (12.8) | 121 25 (20.7) | 118 19 (16.1) | 157 29 (18.5) | 164 17 (10.4) |
| >=20 decrease from randomization | 278 16 (5.8) | 282 50 (17.7) | 121 11 (9.1) | 118 6 (5.1) | 157 5 (3.2) | 164 44 (26.8) |
| **Diastolic blood pressure (mmHg)** | | | | | | |
| >=105 | 277 0 | 281 3 (1.1) | 120 0 | 118 1 (0.8) | 157 0 | 163 2 (1.2) |
| <50 | 278 1 (0.4) | 281 0 | 121 0 | 118 0 | 157 1 (0.6) | 163 0 |
| >=30 increase from randomization | 278 4 (1.4) | 282 1 (0.4) | 121 0 | 118 1 (0.8) | 157 4 (2.5) | 164 0 |
| >=20 decrease from randomization | 278 13 (4.7) | 282 12 (4.3) | 121 6 (5.0) | 118 3 (2.5) | 157 7 (4.5) | 164 9 (5.5) |
| **Orthostatic changes** | | | | | | |
| >=20 inc in pulse (bpm) | 266 22 (8.3) | 272 27 (9.9) | 115 11 (9.6) | 117 16 (13.7) | 151 11 (7.3) | 155 11 (7.1) |

252

Clinical Study Report
Study code: D1447C00127

**Table 74     Supine vital signs data, clinically important values in at least 30% of assessments (Randomized safety population)**

| | Randomized treatment | | Assigned mood stabilizer | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | QTP+ LI/VAL N=310 $N^a$ n(%) | PLA+ LI/VAL N=313 $N^a$ n(%) | QTP+ LI N=131 $N^a$ n(%) | PLA+ LI N=134 $N^a$ n(%) | QTP+ VAL N=179 $N^a$ n(%) | PLA+ VAL N=179 $N^a$ n(%) |
| >=20 dec in systolic BP (mmHg) | 273   9 (3.3) | 278   7 (2.5) | 120   4 (3.3) | 117   5 (4.3) | 153   5 (3.3) | 161   2 (1.2) |
| >=20 dec in diastolic BP (mmHg) | 277   0 | 282   2 (0.7) | 121   0 | 118   1 (0.8) | 156   0 | 164   1 (0.6) |
| >=20 inc in pulse (bpm) and >=20 dec in systolic BP (mmHg) | 277   0 | 282   1 (0.4) | 121   0 | 118   1 (0.8) | 156   0 | 164   0 |

[a]  Number of patients at risk i.e. not fulfilling the criteria at randomization.
PLA Placebo.  QTP Quetiapine.  LI Lithium.  VAL Valproate.  N Number of patients in treatment group.  n  Number of patients.
Note: Clinically important values emerging during randomized treatment phase.
Note: Percentages are calculated as n/N*100.
/csre/dev/seroquel/d1447c00127/sp/output/tlf/t1103090107.rtf  vit203.sas  17JAN2007:15:10  luchen
Table corresponds to Table 11.3.9.1-7

253

CONFIDENTIAL
AZSER12772926

Clinical Study Report
Study code: D1447C00127

Patients in both quetiapine and placebo treatment groups had clinically important vital sign
values in ≥30% of the assessments during randomized treatment.  More patients in the
quetiapine treatment group (66 patients, 23.8%) had clinically important pulse increases
compared to the placebo group (32 patients, 11.3%); while clinically important pulse rate
decreases were more common in the placebo group (117 patients, 41.5%) compared to the
quetiapine treatment group (95 patients, 34.3%).  Clinically important changes in supine
systolic blood pressure were less common and more similar between the treatment groups,
ranging from 5.8% to 19.4% of patients in each group.  Clinically important changes in
diastolic blood pressure were still less common, less than 5% of patients in either treatment
group.  Clinically important orthostatic changes ranged from 0% to 9.9% of patients in either
treatment group, and were similar in each treatment group.

Patients with findings of shifts from randomization to clinically important supine vital signs
data at any time after randomization are presented in Table 11.3.9.1- 8, and patients with shifts
from randomization to clinically important supine vital signs data at end of treatment are
presented in Table 11.3.9.1- 9.  Few patients had findings of shifts from randomization to
clinically important supine vital signs at any time in the study.

**Standing vital signs**

Patients with potentially clinically important standing vital sign values emerging after
randomization in at least 30% of assessments are summarized in Table 11.3.9.1- 10.  Patients
with findings of shifts from randomization to clinically important standing vital signs data at
any time after randomization are presented in Table 11.3.9.1- 11, and patients with shifts from
randomization to clinically important supine vital signs data at end of treatment are
summarized in Table 11.3.9.1- 12.

**Orthostatic changes in vital signs**

Patients with shifts from randomization to clinically important orthostatic change values at
any time after randomization are summarized in Table 11.3.9.1- 13, and patients with shifts
from randomization to clinically important supine vital signs data at end of treatment are
presented in Table 11.3.9.1- 14.

### 8.6.1.3    Vital signs, open-label treatment phase

Descriptive statistics for change from enrollment to last visit in open-label treatment phase in
supine vital sign data are summarized in Table 11.3.9.1- 15, and the change from enrollment
to weeks 12, 24, and 36 is summarized in Table 11.3.9.1- 16.  Descriptive statistics for change
from enrollment to last visit in open-label treatment phase in standing vital sign data are
summarized in Table 11.3.9.1- 17, and the change from enrollment to weeks 12, 24, and 36 is
summarized in Table 11.3.9.1- 18.  Orthostatic changes in vital signs from enrollment to last
visit in open-label treatment phase are summarized in Table 11.3.9.1- 19, and the change from
enrollment to weeks 12, 24, and 36 is summarized in Table 11.3.9.1- 20.

Patients with potentially clinically important supine vital sign values emerging during open-
label treatment in at least 30% of assessments are summarized in Table 11.3.9.1- 21.  Shifts

CONFIDENTIAL
AZSER12772927

from enrollment to clinically important supine vital signs data at any time during open-label treatment are presented in Table 11.3.9.1- 22, and shifts from enrollment to last visit in open-label treatment are presented in Table 11.3.9.1- 23.  Patients with potentially clinically important standing vital sign values emerging during open-label treatment in at least 30% of assessments are summarized in Table 11.3.9.1- 24.  Shifts from enrollment to clinically important standing vital signs data at any time during open-label treatment are presented in Table 11.3.9.1- 25, and shifts from enrollment to last visit in open-label treatment are presented in Table 11.3.9.1- 26.  Patients with shifts from enrollment to clinically important orthostatic changes in vital signs at any time during open-label treatment are summarized in Table 11.3.9.1- 27.  Shifts from enrollment to last visit in open-label treatment are shown in Table 11.3.9.1- 28.

Supine and standing pulse rates increased by a mean of 4.85 and 4.39 BPM, respectively, during open-label treatment.  The other findings and development over time in vital signs data in the open-label treatment phase were consistent with those in the quetiapine-treated patients in the randomized treatment phase.

## 8.6.2   ECG, randomized treatment phase

### 8.6.2.1   Changes in mean values over time: ECG

Descriptive statistics for change from randomization to end of treatment in ECG data are summarized in Table 75.

255

CONFIDENTIAL
AZSER12772928

Clinical Study Report
Study code: D1447C00127

**Table 75**     ECG rates and intervals, change from randomization to end of treatment (Randomized safety population)

| | | Randomized treatment | | Assigned mood stabilizer | | | |
|---|---|---|---|---|---|---|---|
| | | QTP+ LI/VAL N = 310 | PLA+ LI/VAL N = 313 | QTP+ LI N = 131 | PLA+ LI N = 134 | QTP+ VAL N = 179 | PLA+ VAL N = 179 |
| **Heart rate (bpm)** | | | | | | | |
| $N^a$ | | 239 | 237 | 103 | 99 | 136 | 138 |
| Randomization | Mean(SD) | 76.60(12.151) | 76.69(12.143) | 73.70(11.756) | 73.08(10.826) | 78.80(12.024) | 79.28(12.409) |
| End of Treatment | Mean(SD) | 76.21(13.318) | 70.29(11.865) | 72.90(12.296) | 67.35(9.890) | 78.71(13.558) | 72.40(12.721) |
| Change | Mean(SD) | -0.39(10.501) | -6.40(12.049) | -0.80(10.973) | -5.73(11.408) | -0.09(10.160) | -6.88(12.507) |
| | Median | -1.00 | -6.00 | -1.00 | -6.00 | 0.00 | -5.00 |
| | Min to Max | -36.0 to 27.00 | -46.0 to 27.00 | -36.0 to 27.00 | -41.0 to 19.00 | -28.0 to 21.00 | -46.0 to 27.00 |
| **PR Interval (ms)** | | | | | | | |
| $N^a$ | | 239 | 235 | 103 | 97 | 136 | 138 |
| Randomization | Mean(SD) | 159.4(20.786) | 155.8(24.075) | 166.7(21.322) | 161.4(23.745) | 153.8(18.609) | 151.8(23.598) |
| End of Treatment | Mean(SD) | 158.5(23.091) | 153.5(22.087) | 166.7(23.057) | 159.5(20.786) | 152.3(21.173) | 149.3(22.058) |
| Change | Mean(SD) | -0.91(13.749) | -2.24(13.597) | -0.04(14.375) | -1.82(14.699) | -1.57(13.271) | -2.54(12.813) |
| | Median | -2.00 | -3.00 | -2.00 | -4.00 | -2.00 | -3.00 |
| | Min to Max | -37.0 to 53.00 | -63.0 to 42.00 | -33.0 to 42.00 | -40.0 to 42.00 | -37.0 to 53.00 | -63.0 to 37.00 |
| **QRS Interval (ms)** | | | | | | | |
| $N^a$ | | 239 | 237 | 103 | 99 | 136 | 138 |
| Randomization | Mean(SD) | 87.74(11.341) | 88.16(10.219) | 89.85(11.343) | 89.28(12.369) | 86.13(11.113) | 87.36(8.301) |
| End of Treatment | Mean(SD) | 88.43(10.556) | 89.19(10.899) | 90.40(10.982) | 90.87(12.476) | 86.93(10.005) | 87.99(9.476) |

256

Clinical Study Report
Study code: D1447C00127

**Table 75**    ECG rates and intervals, change from randomization to end of treatment (Randomized safety population)

| | | Randomized treatment | | Assigned mood stabilizer | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | QTP+ LI/VAL N = 310 | PLA+ LI/VAL N = 313 | QTP+ LI N = 131 | PLA+ LI N = 134 | QTP+ VAL N = 179 | PLA+ VAL N = 179 |
| Change | Mean(SD) | 0.69(8.799) | 1.03(9.570) | 0.54(8.269) | 1.59(9.909) | 0.80(9.209) | 0.62(9.334) |
| | Median | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.50 |
| | Min to Max | -30.0 to 28.00 | -21.0 to 42.00 | -17.0 to 25.00 | -20.0 to 42.00 | -30.0 to 28.00 | -21.0 to 27.00 |
| QT Interval (ms) | | | | | | | |
| $N^a$ | | 239 | 237 | 103 | 99 | 136 | 138 |
| Randomization | Mean(SD) | 372.5(32.474) | 371.7(30.404) | 385.0(31.008) | 381.5(29.952) | 363.0(30.372) | 364.6(28.815) |
| End of Treatment | Mean(SD) | 375.0(33.127) | 383.2(29.956) | 388.0(31.429) | 392.2(28.572) | 365.2(31.016) | 376.7(29.331) |
| Change | Mean(SD) | 2.50(25.183) | 11.51(26.257) | 2.97(29.690) | 10.71(26.821) | 2.14(21.254) | 12.09(25.928) |
| | Median | 0.00 | 11.00 | 1.00 | 10.00 | -1.00 | 12.50 |
| | Min to Max | -64.0 to 121.0 | -64.0 to 97.00 | -64.0 to 121.0 | -64.0 to 85.00 | -51.0 to 80.00 | -54.0 to 97.00 |
| QTc Fridericia (ms) | | | | | | | |
| $N^a$ | | 239 | 237 | 103 | 99 | 136 | 138 |
| Randomization | Mean(SD) | 401.6(23.836) | 401.0(23.508) | 409.9(23.375) | 405.4(24.023) | 395.4(22.295) | 397.9(22.695) |
| End of Treatment | Mean(SD) | 403.1(23.181) | 401.5(23.225) | 411.3(23.594) | 405.9(24.495) | 396.9(20.876) | 398.4(21.826) |
| Change | Mean(SD) | 1.48(21.047) | 0.52(20.398) | 1.45(22.429) | 0.48(19.954) | 1.51(20.021) | 0.55(20.783) |
| | Median | 2.00 | 0.00 | 2.00 | 0.00 | 2.50 | 1.00 |
| | Min to Max | -65.0 to 107.0 | -50.0 to 80.00 | -59.0 to 107.0 | -50.0 to 55.00 | -65.0 to 63.00 | -41.0 to 80.00 |

[a] Number of patients with an assessment at randomization and at least one assessment after randomization.
ECG Electrocardiogram. PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group.
QTc Corrected QT.
/cse/dev/isrequal/d1447c00127/sp/output/tlf/t1103090201.rtf ecg200.sas 17JAN2007:15:01 luchen
Table corresponds to Table 11.3.9.2-1.

257

CONFIDENTIAL
AZSER12772930

Clinical Study Report
Study code: D1447C00127

The mean change from randomization to end of treatment in ECG data was small.  Pulse rate
decreased by a mean change of –0.39 BPM in the the quetiapine group compared to –
6.40 BPM in the placebo group.  This pulse rate change was also reflected by a difference in
the uncorrected QT interval between the treatment groups, but the QTc Fridericia changes
were very similar between treatment groups.  There were no other major differences observed
in ECG data between the randomized treatment groups.

Change from randomization in ECG rate and interval data (observed cases) at week 52 and at
end of treatment is summarized in Table 11.3.9.2- 2.  Changes in ECG rates and interval data
were similar at both time points during randomized treatment.

### 8.6.2.2    Individual clinically important abnormalities: ECG

Patients with potentially important ECG data emerging at any time after randomization are
presented in Table 76.

258

CONFIDENTIAL
AZSER12772931

Clinical Study Report
Study code: D1447C00127

**Table 76      ECG rates and intervals, clinically important values at any time (randomized safety population)**

| | Randomized treatment | | Assigned mood stabilizer | | | |
|---|---|---|---|---|---|---|
| | QTP+ LI/VAL N = 310 Nᵃ n(%) | PLA+ LI/VAL N = 313 Nᵃ n(%) | QTP+ LI N = 131 Nᵃ n(%) | PLA+ LI N = 134 Nᵃ n(%) | QTP+ VAL N = 179 Nᵃ n(%) | PLA+ VAL N = 179 Nᵃ n(%) |
| Heart rate (bpm) | | | | | | |
| >120 | 239  0 | 237  1 (0.4) | 103  0 | 99  0 | 136  0 | 138  1 (0.7) |
| <50 | 237  2 (0.8) | 236  6 (2.5) | 102  2 (2.0) | 99  3 (3.0) | 135  0 | 137  3 (2.2) |
| >=15 increase from randomization | 239  21 (8.8) | 237  10 (4.2) | 103  10 (9.7) | 99  4 (4.0) | 136  11 (8.1) | 138  6 (4.3) |
| >=15 decrease from randomization | 239  29 (12.1) | 237  80 (33.8) | 103  13 (12.6) | 99  28 (28.3) | 136  16 (11.8) | 138  52 (37.7) |
| PR Interval (ms) | | | | | | |
| >=210 | 237  4 (1.7) | 231  3 (1.3) | 101  1 (1.0) | 95  2 (2.1) | 136  3 (2.2) | 136  1 (0.7) |
| QRS Interval (ms) | | | | | | |
| >120 | 237  0 | 236  0 | 102  0 | 98  0 | 135  0 | 138  0 |
| <=50 | 239  0 | 237  0 | 103  0 | 99  0 | 136  0 | 138  0 |
| QT Interval (ms) | | | | | | |
| >=500 | 239  1 (0.4) | 237  0 | 103  0 | 99  0 | 136  1 (0.7) | 138  0 |
| >=200 | 239  0 | 237  0 | 103  0 | 99  0 | 136  0 | 138  0 |
| >=60 increase from randomization | 239  9 (3.8) | 237  7 (3.0) | 103  6 (5.8) | 99  3 (3.0) | 136  3 (2.2) | 138  4 (2.9) |
| QTc Fridericia (ms) | | | | | | |

259

CONFIDENTIAL
AZSER12772932

Clinical Study Report
Study code: D1447C00127

## Table 76  ECG rates and intervals, clinically important values at any time (randomized safety population)

| | Randomized treatment | | Assigned mood stabilizer | | | |
| | QTP+ LI/VAL N = 310 $N^a$ n(%) | PLA+ LI/VAL N = 313 $N^a$ n(%) | QTP+ LI N = 131 $N^a$ n(%) | PLA+ LI N = 134 $N^a$ n(%) | QTP+ VAL N = 179 $N^a$ n(%) | PLA+ VAL N = 179 $N^a$ n(%) |
|---|---|---|---|---|---|---|
| >=450 | 230  8 (3.5) | 229  7 (3.1) | 98  6 (6.1) | 93  4 (4.3) | 132  2 (1.5) | 136  3 (2.2) |
| >=60 increase from randomization | 239  6 (2.5) | 237  2 (0.8) | 103  3 (2.9) | 99  1 (1.0) | 136  3 (2.2) | 138  1 (0.7) |

$^a$ Number of patients at risk i.e. not fulfilling the criteria at randomization.
ECG Electrocardiogram.  PLA Placebo.  QTP Quetiapine.  LI Lithium.  VAL Valproate.  N Number of patients in treatment group.
n Number of patients. QTc Corrected QT.
Note: Clinically important values emerging during randomized treatment phase.
Note: Percentages are calculated as (n/$N^a$)*100.
/csr/dev/seroquel/d1447c00127/sp/output/tlf/t11030090203.rtf  ecg202.sas  17JAN2007:15:01  luchen
Table corresponds to Table 11.3.9.2-3

260

CONFIDENTIAL
AZSER12772933

Clinical Study Report
Study code: D1447C00127

There were more patients with clinically important heart rate increases in the quetiapine treatment group (8.8%) compared to the placebo group (4.2%); while clinically important heart rate decreases were more common in the placebo group (33.8%) than in the quetiapine treatment group (12.1%). Other measures of clinically important ECG data were less common, and similar between treatment groups.

Patients with potentially important ECG rates and intervals at end of treatment are summarized in Table 11.3.9.2- 4. Patients with shifts from randomization to potentially important ECG rates and intervals at any time after randomization are presented in Table 11.3.9.2- 5, and shifts from randomization to end of treatment are shown in Table 11.3.9.2- 6. Patterns of clinically important ECG rates were similar throughout the randomized treatment phase.

### 8.6.2.3     ECG, open-label treatment phase

Descriptive statistics for change from enrollment to last visit during open-label treatment in ECG data are summarized by treatment and assigned mood stabilizer in Table 11.3.9.2- 7. Patients with potentially clinically important ECG data emerging during open-label treatment are presented in Table 11.3.9.2- 8. The findings and development over time in ECG data in the open-label treatment phase were corollary to the those in the placebo-treated patients in the randomized treatment phase. During open-label treatment, heart rate increased and QT interval decreased by a magnitude similar—but opposite direction to—the changes in the placebo group during randomized treatment.

### 8.6.3     Physical findings and other observations related to safety

### 8.6.3.1     Physical examinations

Abnormal findings from physical examinations, indicating a clinical change from baseline, were to be reported as adverse events.

### 8.6.3.2     Changes in mean values over time: weight and BMI, randomized treatment phase

Descriptive statistics for change from randomization to end of treatment in weight data are summarized by randomized treatment group and assigned mood stabilizer in Table 77.

261

CONFIDENTIAL
AZSER12772934

Clinical Study Report
Study code: D1447C00127

**Table 77**    **Weight data, change from randomization to end of treatment (randomized safety population)**

| Weight (kg) | | Randomized treatment | | Assigned mood stabilizer | | | |
|---|---|---|---|---|---|---|---|
| | | QTP+ LI/VAL N = 310 | PLA+ LI/VAL N = 313 | QTP+ LI N = 131 | PLA+ LI N = 134 | QTP+ VAL N = 179 | PLA+ VAL N = 179 |
| N[a] | | 296 | 302 | 125 | 128 | 171 | 174 |
| Randomization | Mean(SD) | 94.16(22.087) | 91.48(19.103) | 93.20(24.938) | 91.20(19.674) | 94.87(19.793) | 91.69(18.727) |
| End of Treatment | Mean(SD) | 94.62(22.568) | 89.53(19.186) | 93.21(25.130) | 89.20(19.553) | 95.66(20.509) | 89.78(18.965) |
| Change | Mean(SD) | 0.46(6.014) | -1.95(5.070) | 0.01(6.461) | -2.00(4.828) | 0.79(5.661) | -1.91(5.254) |
| | Median | 0.40 | -1.50 | 0.00 | -1.80 | 0.90 | -1.35 |
| | Min to Max | -42.3 to 19.50 | -22.3 to 18.80 | -42.3 to 18.50 | -22.3 to 13.50 | -13.5 to 19.50 | -17.3 to 18.80 |

[a] Number of patients with an assessment at randomization and at least one assessment after randomization.
PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group.
/csr2/dev/serequel/d1447c00127/sp/output/llf/t1103090401.rtf wght200.sas 17JAN2007 15:11 luchen
Table corresponds to Table 11.3.9.4-1.

262

CONFIDENTIAL
AZSER12772935

Clinical Study Report
Study code: D1447C00127

During randomized treatment, the mean change from randomization in weight data in patients treated with quetiapine was a small weight gain (0.46 kg), compared to a weight loss of −1.95 kg for placebo treated patients.

Descriptive statistics of change from randomization in weight data at weeks 4, 8, 12, 28, 40, 52, 68, 84 and end of treatment (week 104) is summarized in Table 11.3.9.4- 2 with the LOCF approach, and for OC in Table 11.3.9.4- 3.  The change from randomization in weight by BMI category is presented in Table 11.3.9.4- 4.  The small weight gain in the quetiapine group was similar in the different BMI categories; while the weight loss in the placebo group was greater in patients in the higher BMI categories.

The change from randomization to end of treatment in BMI data is summarized in Table 11.3.9.4- 5.  The change from randomization in BMI data at weeks 4, 8, 12, 28, 40, 52, 68, 84 and at end of treatment (week 104) is summarized in Table 11.3.9.4- 6 with the LOCF approach, and for OC in Table 11.3.9.4- 7.

### 8.6.3.3    Individual clinically important changes: weight and BMI

Patients with ≥7% change in weight by BMI category from randomization to end of treatment are summarized by randomized treatment and by assigned mood stabilizer in Table 78.

CONFIDENTIAL
AZSER12772936

Clinical Study Report
Study code: D1447C00127

**Table 78**   Weight data, patients with >=7% change from randomization to end of treatment (LOCF, Randomized safety population)

| | Randomized treatment | | Assigned mood stabilizer | | | |
| --- | --- | --- | --- | --- | --- | --- |
| BMI(kg/m$^2$) at randomization | QTP+ LI/VAL N = 310 N$^a$ n(%) | PLA+ LI/VAL N = 313 N$^a$ n(%) | QTP+ LI N = 131 N$^a$ n(%) | PLA+ LI N = 134 N$^a$ n(%) | QTP+ VAL N = 179 N$^a$ n(%) | PLA+ VAL N = 179 N$^a$ n(%) |
| >=7% decrease in weight | | | | | | |
| <18.5 | 1 0 | | 1 0 | | | |
| 18.5 to <25 | 38 1 (2.6) | 52 7 (13.5) | 17 1 (5.9) | 24 1 (4.2) | 21 0 | 28 6 (21.4) |
| 25 to <30 | 84 6 (7.1) | 76 11 (14.5) | 36 1 (2.8) | 33 5 (15.2) | 48 5 (10.4) | 43 6 (14.0) |
| 30 to <40 | 137 12 (8.8) | 143 20 (14.0) | 56 8 (14.3) | 54 6 (11.1) | 81 4 (4.9) | 89 14 (15.7) |
| >=40 | 36 3 (8.3) | 30 6 (20.0) | 15 1 (6.7) | 17 4 (23.5) | 21 2 (9.5) | 13 2 (15.4) |
| Total | 296 22 (7.4) | 301 44 (14.6) | 125 11 (8.8) | 128 16 (12.5) | 171 11 (6.4) | 173 28 (16.2) |
| >=7% increase in weight | | | | | | |
| <18.5 | 1 1 (100) | | 1 1 (100) | | | |
| 18.5 to <25 | 38 3 (7.9) | 52 4 (7.7) | 17 1 (5.9) | 24 2 (8.3) | 21 2 (9.5) | 28 2 (7.1) |
| 25 to <30 | 84 8 (9.5) | 76 2 (2.6) | 36 4 (11.1) | 33 1 (3.0) | 48 4 (8.3) | 43 1 (2.3) |
| 30 to <40 | 137 17 (12.4) | 143 4 (2.8) | 56 6 (10.7) | 54 0 | 81 11 (13.6) | 89 4 (4.5) |
| >=40 | 36 5 (13.9) | 30 1 (3.3) | 15 3 (20.0) | 17 1 (5.9) | 21 2 (9.5) | 13 0 |
| Total | 296 34 (11.5) | 301 11 (3.7) | 125 15 (12.0) | 128 4 (3.1) | 171 19 (11.1) | 173 7 (4.0) |

$^a$ Number of patients in BMI category.
BMI Body mass index. PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group.
n Number of patients.
Note: All patients with an assessment at randomization and at least one assessment after randomization.
Note: Percentages are calculated as (n/n$^a$)*100.
(sre/dev/sarequel/d1447c00127/sp/output/tlf/t1103090408.rtf wght204.sas 17JAN2007 15:11 luchen
Table corresponds to Table 11.3.9.4-8.

264

CONFIDENTIAL
AZSER12772937

Clinical Study Report
Study code: D1447C00127

A weight change increaseof ≥7% was more common in patients treated with quetiapine (11.5%) compared with placebo treated patients (3.7%); while weight decreases were more common in the placebo group (14.6%) than in the quetiapine group (7.4%). Weight increases and decreases were both more common in BMI categories > 25.

The incidence of patients with ≥7% increase in weight from randomization is summarized by visit in Table 11.3.9.4- 9. Most of these weight increases occurred after the first 12 weeks of randomized treatment.

### 8.6.3.4    Weight and BMI, open-label treatment phase

Descriptive statistics for change from enrollment to last visit in open-label treatment are summarized in Table 11.3.9.4- 10 for weight data, and in Table 11.3.9.4- 11 for BMI data. Weight increased by a mean change of 3.11 kg and BMI increased by a mean change of 1.09 kg/m$^2$ during open-label treatment. Patients with ≥7% increase in weight by BMI category from enrollment to last visit in open-label treatment are presented in Table 11.3.9.4- 12. The proportion of patients with ≥7% increase in weight was 23.1% during open-label treatment.

### 8.6.3.5    Metabolic risk factors

The incidence of patients with a shift from ≤ 2  to ≥ 3 metabolic risk factors during randomized treatment is presented in Table 79.

**Table 79    Metabolic risk factors, treatment emergent development of >=3 risk factors at end of treatment (Randomized safety population)**

|  | Randomized treatment | | Assigned mood stabilizer | | | |
|---|---|---|---|---|---|---|
|  | QTP+ LI/VAL N=310 | PLA+ LI/VAL N=313 | QTP+ LI N=131 | PLA+ LI N=134 | QTP+ VAL N=179 | PLA+ VAL N=179 |
| N [a] | 158 | 171 | 68 | 67 | 90 | 104 |
| n (%) | 38(24.1) | 34(19.9) | 17(25.0) | 10(14.9) | 21(23.3) | 24(23.1) |

[a]  Number of patients with risk,  i.e. < 3 risk factors at randomization.
PLA Placebo.  QTP Quetiapine.  LI Lithium.  VAL Valproate.  N Number of patients in treatment group. n  Number of patients.
Note: Glucose >=100 mg/dL (fasting glucose).
Note: Development of >=3 risk at end of treatment.
Note: Percentages are calculated as (n/n$^a$)*100.
/csre/dev/seroquel/d1447c00127/sp/output/tlf/t1103090501.rtf  synd201.sas  10APR2007:14:34  luchen
Table corresponds to Table 11.3.9.5- 1

At randomization, 158 patients (51.0% of the randomized safety population) in the quetiapine group and 171 patients in the placebo group (54.6% of the randomized safety population) had fewer than 3 metabolic risk factors. Of these patients, 38 patients (24.1%) in the quetiapine group and 34 patients (19.9%) in the placebo group developed additional risk factors to result in ≥ 3 concurrent risk factors at the end of the randomized treatment phase.

CONFIDENTIAL
AZSER12772938

Clinical Study Report
Study code: D1447C00127

The incidence of patients with individual treatment emergent risk factors at end of treatment is presented in Table 11.3.9.5- 2.  A greater proportion of patients in the quetiapine group developed individual treatment emergent risk factors than in the placebo group.  The greatest difference was in the proportion of patients with a shift in triglycerides to $\geq$ 150 mg/dL; 35.8% in the quetiapine group and 27.0% in the placebo group.  The risk factor with the smallest difference was in the proportion of patients with a shift in blood glucose to $\geq$ 100 mg/dL; 18.8% in the quetiapine group and 16.2% in the placebo group.

The incidence of patients with $\geq$3 metabolic risk factors at end of treatment, excluding triglycerides, is summarized in Table 11.3.9.5- 3.  The incidence of patients who shifted from meeting 0, 1, or 2 criteria at randomization to meeting either fewer than 3 vs. 3 or more criteria at end of treatment is shown in Table 11.3.9.5- 4.

Results from using more stringent fasting criteria (documented >8 h fasting) supported the results from the analyses of all samples (Table 11.3.9.5- 5, Table 11.3.9.5- 6, Table 11.3.9.5- 7, and Table 11.3.9.5- 8).

For the open-label treatment period, the incidence of patients with a shift from $\leq$ 2  to $\geq$ 3 metabolic risk factors during treatment is presented in Table 11.3.9.5- 9 (all patients), and in Table 11.3.9.5- 10 (applying the documented >8 h fasting criteria).

### 8.6.3.6    EPS related rating scales (SAS, BARS, AIMS), randomized treatment phase

### Simpson Angus Scale (SAS)

Descriptive statistics for the mean changes from randomization in SAS total score at end of treatment are presented in Table 80.

266

CONFIDENTIAL
AZSER12772939

Clinical Study Report
Study code: D1447C00127

**Table 80**    SAS total score, change from randomization to end of treatment (randomized safety population)

| | | Randomized treatment | | Assigned mood stabilizer | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | QTP+ LI/VAL N=310 | PLA+ LI/VAL N=313 | QTP+ LI N=131 | PLA+ LI N=134 | QTP+ VAL N=179 | PLA+ VAL N=179 |
| $N^a$ | | 268 | 275 | 115 | 117 | 153 | 158 |
| Randomization | Mean(SD) | 0.55(1.249) | 0.57(1.198) | 0.48(1.029) | 0.60(1.246) | 0.60(1.392) | 0.54(1.165) |
| End of Treatment | Mean(SD) | 0.51(1.235) | 0.50(1.141) | 0.46(1.078) | 0.48(1.103) | 0.54(1.343) | 0.51(1.172) |
| Change | Mean(SD) | -0.04(1.255) | -0.07(1.063) | -0.02(1.034) | -0.12(1.161) | -0.06(1.401) | -0.03(0.987) |
| | Median | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Min to Max | -5.00 to 10.00 | -5.00 to 5.00 | -3.00 to 4.00 | -5.00 to 5.00 | -5.00 to 10.00 | -4.00 to 4.00 |

[a] Number of patients with an assessment at randomization and at least one after randomization.
PLA Placebo.  QTP Quetiapine.  LI Lithium.  VAL Valproate.  N Number of patients in treatment group.
/csrc/dev/sereqsel/d1447c00127/sp/output/lf/t1103090601.rtf sas200.sas 17JAN2007:15:09 luchen
Table corresponds to Table 11.3.9.6-1.

267

CONFIDENTIAL
AZSER12772940

Clinical Study Report
Study code: D1447C00127

The change in SAS total scores during randomized treatment was similar for both treatment groups.

The mean changes from randomization in SAS total score by visit is shown in Table 11.3.9.6-2.

The distribution of patients whose SAS total score improved, worsened, or stayed the same is summarized in Table 81.

**Table 81        SAS total score, categorical change from randomization to end of treatment (randomized safety population)**

|  | Randomized treatment | | Assigned mood stabilizer | | | |
|---|---|---|---|---|---|---|
|  | QTP+ LI/VAL N = 310 n (%) | PLA+ LI/VAL N = 313 n (%) | QTP+ LI N = 131 n (%) | PLA+ LI N = 134 n (%) | QTP+ VAL N = 179 n (%) | PLA+ VAL N = 179 n (%) |
| IMPROVED | 50 ( 18.7) | 53 ( 19.3) | 19 ( 16.5) | 24 ( 20.5) | 31 ( 20.3) | 29 ( 18.4) |
| NO CHANGE | 180 ( 67.2) | 178 (64.7) | 79 (68.7) | 74 (63.2) | 101 (66.0) | 104 ( 65.8) |
| WORSENED | 38 ( 14.2) | 44 ( 16.0) | 17 ( 14.8) | 19 ( 16.2) | 21 ( 13.7) | 25 ( 15.8) |
| TOTAL | 268 (100.0) | 275 (100.0) | 115 (100.0) | 117 (100.0) | 153 (100.0) | 158 (100.0) |

Note: Table includes patients with an assessment at randomization and at least one after randomization.
PLA Placebo.  QTP Quetiapine.  LI Lithium.  VAL Valproate.  N Number of patients in treatment group.  n  Number of patients.
/csre/dev/seroquel/d1447c00127/sp/output/tlf/t1103090603.rtf  sas201.sas  17JAN2007:15:09  luchen
Table corresponds to Table 11.3.9.6- 3.

The number (%) of patients with a SAS total score that worsened from randomization to the end of treatment was similar for both treatment groups.

**Barnes Akathisia Rating Scale (BARS)**

Descriptive statistics for the mean changes from randomization in the BARS Global assessment at end of treatment are presented in Table 82.

**Table 82        BARS Global assessment, change from randomization to end of treatment (randomized safety population)**

|  |  | Randomized treatment | | Assigned mood stabilizer | | | |
|---|---|---|---|---|---|---|---|
|  |  | QTP+ LI/VAL N = 310 | PLA+ LI/VAL N = 313 | QTP+ LI N = 131 | PLA+ LI N = 134 | QTP+ VAL N = 179 | PLA+ VAL N = 179 |
| N[a] |  | 269 | 275 | 116 | 115 | 153 | 160 |
| Randomization | Mean(SD) | 0.10(0.343) | 0.12(0.426) | 0.08(0.299) | 0.12(0.422) | 0.11(0.373) | 0.13(0.431) |
| End of Treatment | Mean(SD) | 0.13(0.448) | 0.18(0.484) | 0.13(0.428) | 0.18(0.506) | 0.12(0.463) | 0.18(0.470) |
| Change | Mean(SD) | 0.03(0.488) | 0.05(0.580) | 0.05(0.491) | 0.06(0.535) | 0.01(0.486) | 0.05(0.612) |
|  | Median | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

268

CONFIDENTIAL
AZSER12772941

Clinical Study Report
Study code: D1447C00127

**Table 82**      **BARS Global assessment, change from randomization to end of treatment (randomized safety population)**

|  | Randomized treatment | | Assigned mood stabilizer | | | |
|---|---|---|---|---|---|---|
|  | QTP+ LI/VAL N = 310 | PLA+ LI/VAL N = 313 | QTP+ LI N = 131 | PLA+ LI N = 134 | QTP+ VAL N = 179 | PLA+ VAL N = 179 |
| Min to Max | -2.00 to 3.00 | -2.00 to 2.00 | -2.00 to 3.00 | -2.00 to 2.00 | -2.00 to 2.00 | -2.00 to 2.00 |

[a]  Number of patients with an assessment at randomization and at least one after randomization.
BARS Barnes Akathesia Rating Scale. PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate.
N Number of patients in treatment group.
Note: BARS Global Clinical Assessment of Akathesia score.
/csre/dev/seroquel/d1447c00127/sp/output/tlf/t1103090701.rtf  bars200.sas  17JAN2007:14:52  luchen
Table corresponds to Table 11.3.9.7- 1.

The change in BARS Global assessment score during randomized treatment was similar for both treatment groups.

The mean changes from randomization in BARS Global assessment by visit is shown in Table 11.3.9.7- 2.

The distribution of patients whose BARS total score improved, worsened, or stayed the same is summarized by randomized treatment group and by assigned mood stabilizer in Table 83.

**Table 83**      **BARS Global assessment, categorical change from randomization to end of treatment (randomized safety population)**

|  | Randomized treatment | | Assigned mood stabilizer | | | |
|---|---|---|---|---|---|---|
|  | QTP+ LI/VAL N = 310 n (%) | PLA+ LI/VAL N = 313 n (%) | QTP+ LI N = 131 n (%) | PLA+ LI N = 134 n (%) | QTP+ VAL N = 179 n (%) | PLA+ VAL N = 179 n (%) |
| IMPROVED | 17 ( 6.3) | 19 ( 6.9) | 6 ( 5.2) | 7 ( 6.1) | 11 ( 7.2) | 12 ( 7.5) |
| NO CHANGE | 231 ( 85.9) | 227 ( 82.5) | 99 ( 85.3) | 97 ( 84.3) | 132 ( 86.3) | 130 ( 81.3) |
| WORSENED | 21 ( 7.8) | 29 ( 10.5) | 11 ( 9.5) | 11 ( 9.6) | 10 ( 6.5) | 18 ( 11.3) |
| TOTAL | 269 (100.0) | 275 (100.0) | 116 (100.0) | 115 (100.0) | 153 (100.0) | 160 (100.0) |

Note: Table includes patients with an assessment at randomization and at least one after randomization.
BARS Barnes Akathesia Rating Scale. PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate.
N Number of patients in treatment group. n Number of patients.
Note: BARS Global Clinical Assessment of Akathesia score.
/csre/dev/seroquel/d1447c00127/sp/output/tlf/t1103090703.rtf  bars201.sas  17JAN2007:14:52  luchen
Table corresponds to Table 11.3.9.7- 3.

The number (%) of patients with a BARS global assessment score that worsened from randomization to the end of treatment was similar for both treatment groups.

269

CONFIDENTIAL
AZSER12772942

Clinical Study Report
Study code: D1447C00127

**Abnormal Involuntary Movement Scale (AIMS)**

Descriptive statistics for the mean changes from randomization in AIMS total score at end of treatment are presented in Table 84.

**Table 84**       **AIMS total score, change from randomization to end of treatment (randomized safety population)**

|  |  | Randomized treatment | | Assigned mood stabilizer | | | |
|---|---|---|---|---|---|---|---|
|  |  | QTP+ LI/VAL N = 310 | PLA+ LI/VAL N = 313 | QTP+ LI N = 131 | PLA+ LI N = 134 | QTP+ VAL N = 179 | PLA+ VAL N = 179 |
| N[a] |  | 269 | 277 | 116 | 117 | 153 | 160 |
| Randomization | Mean(SD) | 0.29(1.217) | 0.22(1.070) | 0.42(1.605) | 0.35(1.434) | 0.18(0.798) | 0.13(0.683) |
| End of Treatment | Mean(SD) | 0.25(1.423) | 0.19(0.976) | 0.39(1.968) | 0.22(1.240) | 0.15(0.784) | 0.17(0.729) |
| Change | Mean(SD) | -0.03(1.268) | -0.03(0.934) | -0.03(1.503) | -0.13(0.987) | -0.03(1.060) | 0.04(0.889) |
|  | Median | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Min to Max | -7.00 to 11.00 | -6.00 to 5.00 | -7.00 to 11.00 | -6.00 to 4.00 | -6.00 to 5.00 | -5.00 to 5.00 |

[a]  Number of patients with an assessment at randomization and at least one after randomization.
AIMS Abnormal Involuntary Movement Scale. PLA Placebo.  QTP Quetiapine.  LI Lithium.  VAL Valproate.
N Number of patients in treatment group.
/csre/dev/seroquel/d1447c00127/sp/output/tlf/t1103090801.rtf  aims200.sas  17JAN2007:14:52  luchen
Table corresponds to Table 11.3.9.8- 1.

The change in AIMS total score during randomized treatment was similar for both treatment groups.

The mean changes from randomization in AIMS total score by visit is shown in Table 11.3.9.8- 2.

Patients who had improvement, no change, or worsening in AIMS total score are summarized by randomized treatment group and by assigned mood stabilizer in Table 85.

**Table 85**       **AIMS total score, categorical change from randomization to end of treatment (randomized safety population)**

|  | Randomized treatment | | Assigned mood stabilizer | | | |
|---|---|---|---|---|---|---|
|  | QTP+ LI/VAL N = 310 n (%) | PLA+ LI/VAL N = 313 n (%) | QTP+ LI N = 131 n (%) | PLA+ LI N = 134 n (%) | QTP+ VAL N = 179 n (%) | PLA+ VAL N = 179 n (%) |
| IMPROVED | 20 ( 7.4) | 17 ( 6.1) | 10 ( 8.6) | 10 ( 8.5) | 10 ( 6.5) | 7 ( 4.4) |
| NO CHANGE | 239 ( 88.8) | 247 ( 89.2) | 102 ( 87.9) | 105 ( 89.7) | 137 ( 89.5) | 142 ( 88.8) |
| WORSENED | 10 ( 3.7) | 13 ( 4.7) | 4 ( 3.4) | 2 ( 1.7) | 6 ( 3.9) | 11 ( 6.9) |
| TOTAL | 269 (100.0) | 277 (100.0) | 116 (100.0) | 117 (100.0) | 153 (100.0) | 160 (100.0) |

Note: Table includes patients with an assessment at randomization and at least one after randomization.
AIMS Abnormal Involuntary Movement Scale. PLA Placebo.  QTP Quetiapine.  LI Lithium.  VAL Valproate.

CONFIDENTIAL
AZSER12772943

Clinical Study Report
Study code: D1447C00127

N Number of patients in treatment group.  n Number of patients.
/csre/dev/seroquel/d1447c00127/sp/output/tlf/t1103090803.rtf  aims201.sas  17JAN2007:14:52  luchen
 Table corresponds to Table 11.3.9.8- 3.

The number (%) of patients with a AIMS score that worsened from randomization to the end of treatment was similar for both treatment groups.

### 8.6.4    Discussion of vital signs, ECG, physical findings, and other observations related to safety

There were no unexpected differences in vital signs, ECG and physical findings.  Pulse rates and uncorrected QT intervals increased somewhat during open-label quetiapine treatment, and attenuated in the placebo group during randomized treatment.  Changes in vital signs were well tolerated, reflected by few AEs or discontinuations related to these observations.

Weight increased by 3.1 kg during open-label treatment, and attenuated in the placebo group by –1.95 kg during randomized treatment.  In the quetiapine treatment group, weight remained stable throughout the randomized treatment phase.

Accumulation of metabolic risk factors during randomized quetiapine treatment was similar to placebo.  The rate of patients with a shift from $\leq 2$ to $\geq 3$ metabolic risk factors during randomized treatment was 24.1% of patients in the quetiapine group and 19.9% in the placebo group.  Regarding treatment emergent individual metabolic risk factors, a greater proportion of patients in the quetiapine group developed individual treatment emergent risk factors than in the placebo group.  The greatest difference was in the proportion of patients with a shift in triglycerides to $\geq 150$ mg/dL; 35.8% in the quetiapine group and 27.0% in the placebo group.  The risk factor with the smallest difference was in the proportion of patients with a shift in blood glucose to $\geq 100$ mg/dL; 18.8% in the quetiapine group and 16.2% in the placebo group.

Scores on EPS-related rating scales (SAS, BARS, AIMS) were low, and quetiapine demonstrated placebo-like mean scores.  The number of patients who improved, worsened, or remained the same throughout randomized treatment was similar in both treatment groups.

### 8.6.5    Other observations related to safety

One case of blindness was reported in this study.

- Patient E0078013, a 58 year old black male entered the study with a prior history of diabetes mellitus Type II and glaucoma in his left eye.  The patient reported mild dizziness upon enrollment, which continued for the duration of the study.  On December 20, 2005, he reported having moderate headaches and decreased vision in his right eye, which was described as severe in intensity.  On March 18, 2006, Day 131 of the randomization phase, the patient was described as being legally blind by the investigator and an adverse event of blindness was reported.  The paitent was taking 400mg/day quetiapine at that time.  The investigator considered

271

the adverse event to be unrelated to study drug, it never became serious, and the patient never withdrew from the study because of it. The patient remained blind for the duration of the study.

A total of 14 pregnancies were reported, including 3 that occurred before any study treatment was taken, 9 that occurred during open-label treatment, and 2 that occurred during randomized-treatment (1 with placebo and 1 with quetiapine). Five of the pregnancies resulted in healthy full-term babies, 1 resulted in premature birth of twins due to placenta previa, 1 ended with a spontaneous miscarriage, 3 were terminated by elective abortion, and 4 had an unknown outcome. The premature twins remained hospitalized until they had gained sufficient weight, but were apparently otherwise healthy. The placenta previa (Patient E0016010) and the spontaneous miscarriage (Patient 0115007) were reported as SAEs; detailed narratives are provided in Section 11.3.10.

All of the patients with pregnancies reported during study treatment had negative serum pregnancy tests at enrollment as required by the study inclusion criteria (see Section 5.3.2.1). To qualify for enrollment, female patients of childbearing potential were required to use a reliable method of contraception, such as hormonal contraceptives (eg, oral contraceptive or long-term injectable or implantable hormonal contraceptive), double-barrier methods (eg, condom and diaphragm, condom and foam, condom and sponge), intrauterine devices, or tubal ligation. The use of hormonal contraceptives was to be recorded in the CRF as concomitant medication.

A brief summary of each pregnancy report is provided below. The data presented come from the clinical study database and from the AstraZeneca safety database (Clintrace). Stated patientages are ages at enrollment.

- Patient E0090003, a 19-year-old Caucasian woman, became pregnant during the screening phase and withdrew from the study before receiving any study treatment. She had reportedly been using hormonal contraception. The outcome of the pregnancy is unknown.

- Patient E0064013, a 23-year-old Caucasian woman, was withdrawn from the study when she became pregnant before beginning open-label treatment. The patient had a negative serum pregnancy test at enrollment. She did not take any study medication, because the result of a urine pregnancy test performed at the first study visit after enrollment was positive. However, she was taking quetiapine (400 mg/day) at the time of enrollment, and she apparently continued quetiapine therapy during the pregnancy. The date of the last menstrual period was not reported. The patient did not report use of hormonal contraception at enrollment. She delivered a healthy full-term baby.

- Patient E0067026, a 25-year-old Caucasian woman, became pregnant before taking any study medication and had an elective abortion. She subsequently entered open-label treatment with quetiapine 300 mg/day and valproate 500 mg/day and was

272

CONFIDENTIAL
AZSER12772945

treated for 93 days before being lost to followup. The patient began using a hormonal contraceptive when she entered the open-label study phase.

- Patient E0054028, a 27-year-old Caucasian woman, discontinued study treatment on Day 13 of the open-label phase (quetiapine 400 mg/day and lithium 900 mg/day) after becoming pregnant. The patient had a negative serum pregnancy test at enrollment. Her last reported menstrual period began in August 2005, and open-label treatment began on 14 September 2005. There was no reported concomitant treatment with a hormonal contraceptive. The pregnancy was reported as a nonserious adverse event leading to withdrawal, and a detailed narrative is provided in Section 11.3.10. The patient delivered a healthy baby 235 days after study treatment ended. The investigator considered the adverse event of pregnancy to be not related to study medication.

- Patient E0010011, a 22-year-old Caucasian woman, discontinued study treatment on Day 13 of the open-label phase (quetiapine 400 mg/day and lithium 600 mg/day) after becoming pregnant. The patient had a negative serum pregnancy test at enrollment. Her last reported menstrual period began on 12 July 2004; open-label treatment began on 21 July 2004 and ended on 2 August 2004. There was no reported concomitant treatment with a hormonal contraceptive. The patient delivered a healthy, full-term baby 267 days after study treatment ended.

- Patient E0054012, a 37-year-old Black woman, discontinued study treatment on Day 35 of the open-label phase (quetiapine 600 mg/day and valproate 1500 mg/day) after becoming pregnant. The patient had a negative serum pregnancy test at enrollment. Her last reported menstrual period began on an unspecified date in July 2004; open-label treatment began on 22 July 2004 and ended on 25 August 2004. There was no reported concomitant treatment with a hormonal contraceptive. The patient had an elective abortion 16 days after the last dose of open-label treatment.

- Patient E0016010, a 24-year-old Caucasian woman, discontinued study treatment on Day 61 of the open-label phase (quetiapine 400 mg/day and valproate 1000 mg/day) after becoming pregnant. The patient had a negative serum pregnancy test at enrollment. The date of the last menstrual period was not reported. The patient had reportedly stopped using a hormonal contraceptive approximately 6 months before open-label treatment began. At approximately 26 weeks of gestation, 166 days after study treatment had ended, the patient had a serious adverse event of placenta previa that resulted in the premature birth of twins. The babies remained hospitalized until they had gained sufficient weight (approximately 3 months), but they were apparently otherwise healthy with no congenital anomalies or birth defects. A detailed narrative is provided in Section 11.3.10. The investigator considered the placenta previa to be not related to study medication.

CONFIDENTIAL
AZSER12772946

Clinical Study Report
Study code: D1447C00127

- Patient E0067016, a 33-year-old Caucasian woman, discontinued study treatment on Day 77 of the open-label phase (quetiapine 400 mg/day and valproate 750 mg/day) after becoming pregnant. The patient had a negative serum pregnancy test at enrollment. Her last reported menstrual period began on 4 October 2004; open-label treatment began on 30 August 2004 and ended on 14 November 2004. There was no reported concomitant treatment with a hormonal contraceptive. The pregnancy was terminated by elective abortion at an unspecified time.

- Patient E0105010, a 23-year-old Caucasian woman, discontinued study treatment on Day 84 of the open-label phase (quetiapine 400 mg/day and valproate 500 mg/day) after becoming pregnant. The patient had a negative serum pregnancy test at enrollment. The patient had a history of irregular menstrual periods; her last reported period began 23 February 2005, and open-label treatment began on 8 April 2005. There was no reported concomitant treatment with a hormonal contraceptive. The patient delivered a healthy full-term baby 245 days after study treatment was discontinued.

- Patient E0008010, a 38-year-old Caucasian woman, discontinued study treatment on Day 137 of the open-label phase (quetiapine 700 mg/day and lithium 1200 mg/day) after becoming pregnant. The patient had a negative serum pregnancy test at enrollment. Her last reported menstrual period began on 20 October 2004; open-label treatment began on 2 August 2004 and ended on 16 December 2004. The patient reported using hormonal contraception at enrollment and continuing until Day 137 of open-label treatment, but she reported missing 1 week of therapy and becoming pregnant as a result. The patient delivered a healthy full-term baby 232 days after study treatment ended. She had gestational diabetes, which the investigator attributed to her pre-existing obesity, and she recovered.

- Patient E0012008, a 20-year-old Caucasian woman, discontinued study treatment on Day 170 of the open-label phase (quetiapine 400 mg/day and lithium 900 mg/day) after becoming pregnant. The patient had a negative serum pregnancy test at enrollment. Her last reported menstrual period began on 7 October 2004; open-label treatment began on 7 June 2004 and ended on 23 November 2004. There was no reported concomitant treatment with a hormonal contraceptive. The outcome of the pregnancy is unknown, as the patient was lost to followup.

- Patient E0123006, a 19-year-old Caucasian woman, discontinued study treatment on Day 195 of the open-label phase (quetiapine 400 mg/day and valproate 500 mg/day) after becoming pregnant. The patient had a negative serum pregnancy test at enrollment. The date of the last menstrual period was not reported. There was no reported concomitant treatment with a hormonal contraceptive. The patient was reportedly 8 weeks pregnant when she discontinued study treatment. She was subsequently lost to followup, and the outcome of the pregnancy is unknown.

274

CONFIDENTIAL
AZSER12772947

Clinical Study Report
Study code: D1447C00127

- Patient E0115007, a 29-year-old Black woman, discontinued study treatment on Day 68 of the randomized phase (quetiapine 400 mg/day and lithium 1500 mg/day) after becoming pregnant.  The patient had a negative serum pregnancy test at enrollment.  Her last reported menstrual period began on Day 21 of randomized treatment.  There was no reported concomitant treatment with a hormonal contraceptive.  The pregnancy ended in a spontaneous miscarriage 90 days after the last dose of study treatment.  The miscarriage was reported as a serious adverse event; a detailed narrative is provided in Section 11.3.10.  The investigator considered the adverse event of miscarriage to be not related to study medication.

- Patient E0031029, a 36-year-old biracial woman, discontinued study treatment on Day 453 of the randomized phase (placebo and valproate 3000 mg/day) after becoming pregnant.  The patient had a negative serum pregnancy test at enrollment.  Her last reported menstrual period began on Day 420 of randomized treatment.  At enrollment, the patient was using hormonal contraception (1 ethinyl estradiol/norelgestromin patch applied weekly), and use was reportedly ongoing at the time of withdrawal.  The pregnancy was reported as a nonserious adverse event leading to withdrawal, and a detailed narrative is provided in Section 11.3.10.  The outcome of the pregnancy is unknown, as the patient was lost to followup.  The investigator considered the adverse event of pregnancy to be not related to study medication.

## 8.7    Conclusions on safety results

The safety conclusions from this study are:

- Quetiapine doses within the range of 400 to 800 mg/day were prescribed.  Overall, the quetiapine dose prior to randomization and through the randomized treatment phase was similar.

- Quetiapine is generally safe and well tolerated in the treatment of bipolar I disorder within the dose range 400 mg/day to 800 mg/day when used as adjunct with lithium or valproate.

The linkage between conclusions, the specific safety objectives of the study, and the study outcome variables selected to address these objectives, is presented in Table 86.

**Table 86          Safety objectives, outcome variables and conclusions**

| Objective | Outcome variable(s) | Conclusion(s) and inconclusive findings |
|---|---|---|
| To determine whether quetiapine when used as adjunct with mood stabilizer (lithium or valproate) is safe and well-tolerated as assessed by adverse events, | Incidence and intensity of adverse events | Quetiapine is generally safe and well tolerated in the treatment of bipolar I disorder within the dose range 400 mg/day to 800 mg/day when used as adjunct with lithium |

275

CONFIDENTIAL
AZSER12772948

Clinical Study Report
Study code: D1447C00127

**Table 86        Safety objectives, outcome variables and conclusions**

| Objective | Outcome variable(s) | Conclusion(s) and inconclusive findings |
|---|---|---|
| laboratory values, vital signs, extrapyramidal symptoms scales (SAS, BARS, and AIMS), physical examinations, and ECGs. | | or valproate. |
| | Incidence of drug related adverse events | AEs most often attributed to quetiapine administration were sedation and increased weight. |
| | Incidence rate of adverse events related to EPS | The incidence of individual AEs potentially related to EPS in the quetiapine treatment group was similar to the placebo group. |
| | Incidence of patient discontinuation due to AE | Incidence of discontinuations due to AEs were higher with quetiapine treatment compared to placebo when used as adjunct with a mood stabilizer. |
| | Change over time and incidence of potentially clinically important changes in clinical laboratory assessments | There were more thyroid and lipid clinically important lab values in the quetiapine group than in the placebo group. However, other clinically important findings were few between the treatment groups. |
| | Change in glucose and insulin data from randomization to end of treatment by diabetic risk groups | There were small increases in mean glucose, HbA1$_C$, and insulin levels in the quetiapine treatment group compared to the placebo group during randomized treatment. Most of the changes in glucose regulation measurements occurred in patients with diabetes or at risk for diabetes, while non-diabetic patients changed very little during randomized treatment. |
| | Change in weight and BMI from randomization to end of treatment | Patients in the quetiapine group showed a small increase in body weight during randomized treatment, while patients in the placebo group lost weight after discontinuing open-label quetiapine treatment. |
| | Vital signs | Supine and standing pulse rate |

276

CONFIDENTIAL
AZSER12772949

Clinical Study Report
Study code: D1447C00127

**Table 86        Safety objectives, outcome variables and conclusions**

| Objective | Outcome variable(s) | Conclusion(s) and inconclusive findings |
|-----------|---------------------|------------------------------------------|
| | | decreased in the placebo group during randomized treatment, compared with stable pulse rates in the quetiapine group. |
| | Electrocardiogram | There was no indication of an increase in the $QT_c$ interval with quetiapine treatment. |
| | Change in the SAS, BARS and AIMS total score from randomization to end of treatment | There were no differences in mean SAS, BARS, or AIMS scores between quetiapine and placebo treatment groups. Most patients within each treatment group had no change in scores. |

# 9.        DISCUSSION AND OVERALL CONCLUSIONS

## 9.1        Discussion

This study was a randomized double-blind study in which patients with bipolar I disorder were randomized to quetiapine flexible dosing from 400 to 800 mg/day or placebo for up to 104 weeks. The primary objective was to evaluate the efficacy of quetiapine versus placebo when used as adjunct with mood stabilizer (lithium or valproate) in increasing time to recurrence of a mood event. Recurrence was defined by clinically relevant events that included initiation of medication or hospitalization to treat new bipolar events, increases in rating scales (YMRS and MADRS) considered clinically relevant, or discontinuation from the study due to the investigator's opinion that a bipolar event had occurred. During randomized treatment, 226 patients experienced a mood event, at which time the study was stopped according to the analysis plan. The mean duration of the randomized treatment period for the quetiapine group was 34 weeks (239.8 days) and the maximum duration was 104 weeks (728 days).

**Study design**

The present study design allows direct inferences about maintaining patients on quetiapine adjunct with a mood stabilizer (lithium or valproate) who had been clinically stable on that treatment for a considerable amount of time (at least 12 weeks). These inferences are possible only after randomizing those stable patients to either continue on the same adjunct therapy with quetiapine—or switch to placebo as adjunct therapy—thereafter. Thus, the main comparisons in this study are those between randomized treatment groups, and take into consideration that the patients were already stabilized on quetiapine and a mood stabilizer. This study design is similar to other maintenance studies in bipolar disorder (Storosum et al

CONFIDENTIAL
AZSER12772950

Clinical Study Report
Study code: D1447C00127

2001) and has the advantage that it informs about expectations of recurrence of mood events in stable patients.

Conversely, this study design does not allow for inferences about initiation of therapy during mood events or success at achieving clinical improvement or stability under those clinical circumstances. For quetiapine, this type of short-term efficacy and safety has already been demonstrated in both bipolar mania and bipolar depression (see Astrazeneca studies D1447L00001 and D1447C00135, and current U.S. prescribing information).

**Patients**

The patients selected for this study were appropriate to make inferences regarding the overall population of patients with bipolar I disorder. Demographic and baseline disease characteristics of the enrolled patients reflected a realistic clinical population for bipolar I disorder. Baseline disease characteristics improved considerably in the open-label phase of the study, by definition in those patients who eventually achieved clinical stability and were randomized. Attrition during the open-label phase was higher than anticipated, but the demographic characteristics of the randomized population were suitably similar to the enrolled patients for both safety and efficacy inferences from the placebo-controlled comparisons.

**Efficacy**

The primary objective was convincingly demonstrated in this study by the finding that bipolar patients treated with quetiapine as adjunct with a mood stabilizer had much greater time to recurrence of a mood event compared to placebo treatment as adjunct with the same mood stabilizers. This main finding was substantiated by the hazard ratio of 0.32, which corresponds to a risk reduction of 68% when patients on lithium or valproate were treated with quetiapine compared to placebo. Moreover, the proportion of patients with mood events was much lower in the quetiapine group at discrete time points during the study (28 and 52 weeks). Quetiapine was effective in increasing time to recurrence of both manic and depressed events, and risk reduction was similar to the overall risk reduction (70% for manic events and 67% for depressed events.

Quetiapine was superior to (statistically significantly different from) placebo in suppressing manic, depressed, and overall bipolar symptoms during maintenance treatment (ie, between mood events), as assessed on the YMRS, MADRS, and CGI-BP Severity of Overall Bipolar Illness scales. However, the magnitude of this effect on these symptom scales was quite small, and its clinical relevance is unclear. This finding is probably largely attributable to the study design feature of stabilizing the patients during a relatively long open-label phase. Baseline scores (at study enrollment) on most of these scales improved during open-label treatment. Thus, at randomization, scores were somewhat restricted in range (clinically low, ie mild disease features and symptoms due to the operational definition of stability) and variance was reduced considerably in both treatment groups at the outset of randomized treatment. Moreover, large changes (worsening) were excluded from analysis according to the definition of a mood event. Thus, small mean changes in the scales during randomized treatment met with statistical significance between the treatment groups. The clinical relevance of these changes remains unclear.

278

CONFIDENTIAL
AZSER12772951

Clinical Study Report
Study code: D1447C00127

There were no differences in time to a mood event in patients with different types of index
mood events (manic, mixed, or depressed). This finding is consistent with the observation
that quetiapine was highly effective at prevention of both manic and depressed mood events.

**Safety**

During randomized treatment, the quetiapine group had considerably greater exposure to
study drug than the placebo group due to efficacy of quetiapine at preventing or delaying
mood events. The difference in randomized exposure was about 34% greater exposure in the
quetiapine group (74323 days in the quetiapine group compared to 55570 days in the placebo
group). This was an expected outcome based on the primary objective of increased time to
recurrence of a mood event, and the planned protocol stipulation that patients were excluded
from the study when a mood event did occur. In effect, this feature of the study produced an
attrition bias that relates to interpretation of the safety data. Because the exposure is greater in
the quetiapine group, the direction of the attrition bias is in favor of placebo. Since no attempt
has been made statistically to control or adjust for this attrition bias in this study, safety
assessments based on incidence (AEs, lab abnormalities, and vital sign abnormalities) should
be interpreted with this in mind.

Despite any potential attrition bias in favor of placebo, quetiapine was generally safe and well
tolerated in the treatment of bipolar I disorder across the dose range 400 mg/day to 800
mg/day when used as adjunct with a mood stabilizer. AE profiles were similar to previous
studies of quetiapine used to acutely treat active bipolar mania and depression (see current
prescribing information). When incidence density of common AEs was calculated—which
would control reasonably well for any attrition bias—there were lower incidence densities for
most types of common AEs in the quetiapine group. However, incidence density for weight
gain, sedation, and hypothyroidism AEs was greater in the quetiapine group.

During open label treatment, weight increased by about 3.11 kg and BMI increased by a mean
change of 1.09 kg/m$^2$. After randomization, the quetiapine group had a small weight gain
(0.46 kg), compared to a weight loss of −1.95 kg for placebo treated patients. Taken together,
these findings demonstrate that the weight gain on initiation of quetiapine therapy does not
continue at the same rate longer term, and is reversible in those patients who discontinue
quetiapine therapy.

There were small increases in mean glucose, HbA1$_C$, and insulin levels in the quetiapine
treatment group compared to the placebo group during randomized treatment. Most of the
changes in glucose regulation measurements occurred in patients with diabetes or at risk for
diabetes, while non-diabetic patients changed little on measures of glucose regulation.

Changes in triglycerides, thyroid and neutrophil laboratory data with quetiapine in
maintenance treatment of bipolar 1 disorder are consistent with current knowledge about
quetiapine treatment in other settings. Triglyceride levels increased during open-label
treatment, then remained stable in the quetiapine group during randomized treatment but
decreased in placebo-treated patients. Mean changes in thyroid laboratory data were small in
both treatment groups. However, during randomized treatment, more patients had clinically

CONFIDENTIAL
AZSER12772952

Clinical Study Report
Study code: D1447C00127

important TSH values in the quetiapine treatment group compared to the placebo group, but there were very few clinically important free T3 and T4 values in either treatment group. There were very few patients with low neutrophil counts (<1.5 x 10$^9$ cells/L) in either treatement group.  Similarly, the number of adverse events potentially related to neutropenia was similar in both treatment groups.

There was no evidence of treatment-emergent EPS in this study, as changes in EPS related rating scales were similar for both treatment groups.  Similarly, the number of adverse events potentially related to EPS was similar in both treatment groups.

## 9.2     Overall conclusions

- Quetiapine is superior to placebo in increasing time to recurrence of a mood event (manic, depressed, mixed) when used as adjunct with lithium or valproate.

- Quetiapine is superior to placebo in increasing the time to recurrence of a manic event when used as adjunct with lithium or valproate.

- Quetiapine is superior to placebo in increasing the time to recurrence of a depressed event when used as adjunct with lithium or valproate.

- The proportion of patients with bipolar I disorder experiencing a mood event during the first 52 weeks is lower in patients on quetiapine with lithium or valproate compared to patients on placebo with lithium or valproate.

- Quetiapine is superior to placebo in suppressing manic and depressed symptoms between mood events when used as adjunct with lithium or valproate.

- Quetiapine doses within the range of 400 to 800 mg/day were prescribed.  Overall, the quetiapine dose prior to randomization and through the randomized treatment phase was similar.

- Quetiapine is generally safe and well tolerated in the treatment of bipolar I disorder within the dose range 400 mg/day to 800 mg/day when used as adjunct with lithium or valproate.

## 10.     REFERENCE LIST

Arjas 1988
Arjas E. A graphical method for assessing goodness of fit in Cox's proportional hazards model. J American Statistical Assoc 1988;83:204-12.

Baldessarini and Tondo 2003
Baldessarini RJ, Tondo L. Suicide risk and treatments for patients with bipolar disorder. JAMA 2003;290:1517-9.

280

CONFIDENTIAL
AZSER12772953

Barnes 1989
Barnes TRE. A rating scale for drug-induced akathisia. Br J Psychiatry 1989;154:672-6.

Bowden et al 2005
Bowden CL, Grunze H, Mullen J, Brecher M, Paulsson B, Jones M, et al. A randomized, double-blind, placebo-controlled efficacy and safety study of quetiapine or lithium as monotherapy for mania in bipolar disorder. J Clin Psychiatry 2005;66(1):111-21.

Calabrese et al 2005
Calabrese JR, Keck PE, Macfadden W, Minkwitz M, Ketter TA, Weisler RH, et al for the BOLDER Study Group. A randomized, double-blind, placebo-controlled trial of quetiapine in the treatment of bipolar I or II depression. Am J Psychiatry 2005;162:1351-60.

The European Agency for the Evaluation of Medicinal Products 28 July 1999
European Agency for the Evaluation of Medicinal Products for Human Use. Points to consider on multiplicity issues in clinical trials. London, 19 September 2002. Dof Ref. CPMP/EWP/908/99.

Dupuy 1984
Dupuy HJ. The psychological general well-being index. In: Wenger NK, Mattson ME, Furberg CD, Elinson J, editors. Assessment of quality of life in clinical trials of cardiovascular therapies. New York: Le Jacq; 1984. p. 170-83.

Gao et al 2005
Gao K, Gajwani P, Elhaj O, Calabrese JR. Typical and atypical antipsychotics in bipolar depression. J Clin Psychiatry 2005;66(11):1376-85.

Guy 1976
Guy W, editor. ECDEU Assessment Manual for Psychopharmacology. National Institute of Mental Health. Rockville, Maryland, Revised 1976. p. 534-7.

Hirschfeld et al 2003
Hirschfeld RMA, Calabrese JR, Weissman MM, Reed M, Davies MA, Frye MA, et al. Screening for bipolar disorder in the community. J Clin Psychiatry 2003;64:53-9.

Hirschfeld 2005
Hirschfeld RMA. Guideline watch: practice guideline for the treatment of patients with bipolar disorder. American Psychiatric Association [homepage on the Internet]. Arlington, VA; c2006 [updated 2005 Nov; cited 2007 Jan 3].
Available at: http://www.psych.org/psych_pract/treatg/pg/Bipolar.watch.pdf.

Jamison 2000
Jamison KR. Suicide and bipolar disorder. J Clin Psychiatry 2000;61(Suppl 9):47-51.

CONFIDENTIAL
AZSER12772954

Kay et al 1987
Kay SR, Fiszbein A, Opler LA. The Positive and Negative Syndrome Scale (PANSS). Schizophr Bull 1987;13(2):261-76.

Keck et al 2004
Keck PE, Perlis RH, Otto MW, Carpenter D, Ross R, Docherty JP. The expert consensus guideline series: treatment of bipolar disorder 2004 Postgrad Med Special Report. December 2004;1-35.
Accessed at: http://www.psychguides.com

Keck 2005
Keck PE. The role of second-generation antipsychotic monotherapy in the rapid control of acute bipolar mania. J Clin Psychiatry 2005;66(Suppl 3):5-11.

McIntyre et al 2005
McIntyre RS, Brecher M, Paulsson B, Huizar K, Mullen J. Quetiapine or haloperidol as monotherapy for bipolar mania - a 12-week, double-blind, randomised, parallel-group, placebo-controlled trial. Eur Neuropsychopharmacol 2005;15(5):573-85.

Montgomery and Asberg 1979
Montgomery SA, Asberg M. A new depression scale designed to be sensitive to change. Br J Psychiatry 1979;134:382-9.

NICE 2006
National Collaborating Centre for Mental Health Commissioned by the National Institute for Clinical Excellence [homepage on the Internet]. Bipolar disorder. The management of bipolar disorder in adults, children and adolescents, in primary and secondary care. Draft for second consultation, February 2006. [cited 2007 Jan 3]
Available at: http://www.nice.org.uk/page.aspx?o=290517

Sachs et al 2004
Sachs G, Chengappa KNR, Suppes T, Mullen JA, Brecher M, Devine NA, et al. Quetiapine with lithium or divalproex for the treatment of bipolar mania: a randomized, double blind, placebo-controlled study. Bipolar Disord 2004;6:213-23.

Sheehan 1983
Sheehan DV. Monitoring disability. In: The Anxiety Disease. New York: Charles Scribner and Sons; 1983. p. 150-1.

Sheehan et al 1996
Sheehan DV, Harnett-Sheehan K, Raj BA. The measurement of disability. Int Clin Psychopharmacol 1996;11(Suppl 3):89-95.

Simpson and Angus 1970
Simpson GN, Angus JWS. A rating scale for extrapyramidal side effects. Acta Psychiatr Scand 1970;212(Suppl 44):11-9.

282

CONFIDENTIAL
AZSER12772955

Clinical Study Report
Study code: D1447C00127

Spearing et al 1997
Spearing MK, Post RM, Leverich GS, Brandt D, Nolen W. Modification of the Clinical Global Impressions (CGI) scale for use in bipolar illness (BP): the CGI-BP. Psychiatry Res 1997;73:159-71.

Storosum et al 2001
Storosum JG, van Zwieten BJ, Vermeulen HDB, Wohlfarth T, van den Brink W. Relapse and recurrence prevention in major depression: a critical review of placebo-controlled efficacy studies with special emphasis on methodological issues. Eur Psychiatry 2001;16:327-35.

Thase et al 2006
Thase ME, Macfadden W, McCoy R, Chang W, Calabrese JR. Confirmation of the efficacy of quetiapine monotherapy in bipolar depression in a second double-blind, placebo-controlled study: the Bolder II study. American Psychiatric Association's 159th Annual Meeting. Toronto, Ontario, Canada, 20-25 May 2006.

Tohen et al 2002
Tohen M, Marneros A, Bowden C, Greil W, Koukopoulos A, Belmaker H, et al. Olanzapine versus lithium in relapse prevention in bipolar disorder: a randomized double-blind controlled 12-month clinical trial. Third European Stanley Foundation Conference on Bipolar Disorder. Freiburg, Germany, 2002.

Tondo et al 1998
Tondo L, Baldessarini RJ, Hennen J, Floris G. Lithium maintenance treatment of depression and mania in bipolar I and bipolar II disorders. Am J Psychiatry 1998;155(5):638-45.

Valtonen et al 2005
Valtonen H, Suominen K, Mantere O, Leppämäki S, Arvilommi P, Isometsä ET. Suicidal ideation and attempts in bipolar I and II disorders. J Clin Psychiatry 2005;66(11):1456-62.

Young et al 1978
Young RC, Biggs JT, Ziegler VE, Meyer DA. A rating scale for mania: reliability, validity, and sensitivity. Br J Psychiatry 1978;133:429-35.

CONFIDENTIAL
AZSER12772956

Clinical Study Report
Study code: D1447C00127

# 11. TABLES, FIGURES AND GRAPHS REFERRED TO BUT NOT INCLUDED IN THE TEXT

## 11.1 Demographic, baseline, concomitant medication and other patient-specific characteristics

284

CONFIDENTIAL
AZSER12772957

Clinical Study Report
Study code: D1447C00127

**Table 11.1- 1    Premature discontinuation from open-label treatment phase by index episode (all patients enrolled)**

| | Manic Index Episode N=423 n (%) | Mixed Index Episode N=865 n (%) | Depressed Index Episode N=665 n (%) | Total N=1953 n (%) |
|---|---|---|---|---|
| ALL PATIENTS ENROLLED | 423 (100.0) | 865 (100.0) | 665 (100.0) | 1953 (100.0) |
| PREMATURE DISCONTINUATION DURING OPEN-LABEL TREATMENT PHASE | 275 (65.0) | 578 (66.8) | 471 (70.8) | 1324 (67.8) |
| ELIGIBILITY CRITERIA NOT FULFILLED | 10 ( 2.4) | 21 ( 2.4) | 23 ( 3.5) | 54 ( 2.8) |
| ADVERSE EVENT | 86 (20.3) | 166 (19.2) | 152 (22.9) | 404 (20.7) |
| LACK OF THERAPEUTIC RESPONSE | 13 ( 3.1) | 27 ( 3.1) | 34 ( 5.1) | 74 ( 3.8) |
| DEVELOPMENT OF STUDY DISCONTINUATION CRITERIA | 0 | 0 | 0 | 0 |
| SUBJECT NOT WILLING TO CONTINUE | 52 (12.3) | 125 (14.5) | 92 (13.8) | 269 (13.8) |
| SUBJECT LOST TO FOLLOW UP | 65 (15.4) | 150 (17.3) | 114 (17.1) | 329 (16.8) |
| TERMINATED BY SPONSOR | 0 | 0 | 0 | 0 |
| OTHER | 49 (11.6) | 89 (10.3) | 56 ( 8.4) | 194 ( 9.9) |
| COMPLETED OPEN-LABEL TREATMENT BUT NOT RANDOMIZED | 0 | 0 | 1 ( 0.2) | 1 ( 0.1) |
| ALL PATIENTS RANDOMIZED | 148 (35.0) | 287 (33.2) | 193 (29.0) | 628 (32.2) |

N Number of Patients with diagnosis of bipolar I disorder, most recent episode.  n Number of patients.
Note:  Percentages are calculated as n/N.
/csr/dev/seroquel/d1447c00127/sp/output/tlf/t110101.rtf dem201.sas 02FEB2007 23:29  luchen

285

CONFIDENTIAL
AZSER12772958

Clinical Study Report
Study code: D1447C00127

**Table 11.1-2    Premature discontinuation from randomized treatment phase (ITT population)**

|  | QTP + LI/VAL N=310 | PLA + LI/VAL N=313 | TOTAL N=623 |
|---|---|---|---|
|  | n (%) | n (%) | n (%) |
| All patients randomized and included in ITT | 310 (100.0) | 313 (100.0) | 623 (100.0) |
| Premature discontinuation due to a mood event | 63 ( 20.3) | 163 ( 52.1) | 226 ( 36.3) |
| Premature discontinuation due to other reason than mood event | 137 ( 44.2) | 84 ( 26.8) | 221 ( 35.5) |
| Eligibility criteria not fulfilled | 8 ( 2.6) | 5 ( 1.6) | 13 ( 2.1) |
| Adverse event | 35 ( 11.3) | 8 ( 2.6) | 43 ( 6.9) |
| Lack of therapeutic response | 2 ( 0.6) | 0 ( 0.0) | 2 ( 0.3) |
| Subject not willing to continue | 32 ( 10.3) | 26 ( 8.3) | 58 ( 9.3) |
| Subject lost to follow up | 30 ( 9.7) | 25 ( 8.0) | 55 ( 8.8) |
| Other | 30 ( 9.7) | 20 ( 6.4) | 50 ( 8.0) |
| Completed randomized treatment phase [a] | 110 (35.5) | 66 (21.1) | 176 (28.3) |

[a] Treated for up to 104 weeks or not discontinued until study termination.
ITT Intent-to-treat, PLA Placebo, QTP Quetiapine, LI Lithium, VAL Valproate, N Number of patients in treatment group.
n Number of patients.
Note: Patients discontinued due to a mood event had 'Development of study specific criteria' marked in the CRF module for study termination.
Note: Percentages are calculated as n/N.
/cste/dev/seroquel/d1447c00127/sp/output/ttf/t110102.rtf  dem203.sas  02FEB2007:23:29  luchen

286

CONFIDENTIAL
AZSER12772959

Clinical Study Report
Study code: D1447C00127

**Table 11.1 – 3    Premature discontinuation from randomized treatment phase, by index episode (ITT population)**

| | QTP+LI/VAL Manic Index Episode | QTP+LI/VAL Mixed Index Episode | QTP+LI/VAL Depressed Index Episode | PLA+LI/VAL Manic Index Episode | PLA+LI/VAL Mixed Index Episode | PLA+LI/VAL Depressed Index Episode |
|---|---|---|---|---|---|---|
| | n (%) | n (%) | n (%) | n (%) | n (%) | n (%) |
| All patients randomized and included in ITT | 63 (100.0) | 143 (100.0) | 104 (100.0) | 84 (100.0) | 142 (100.0) | 87 (100.0) |
| Premature discontinuation due to a mood event | 12 (19.0) | 33 (23.1) | 18 (17.3) | 44 (52.4) | 76 (53.5) | 43 (49.4) |
| Premature discontinuation due to other reason than mood event | 29 (46.0) | 59 (41.3) | 49 (47.1) | 24 (28.6) | 37 (26.1) | 23 (26.4) |
| Eligibility criteria not fulfilled | 4 ( 6.3) | 2 ( 1.4) | 2 ( 1.9) | 0 ( 0.0) | 5 ( 3.5) | 0 ( 0.0) |
| Adverse event | 8 (12.7) | 14 ( 9.8) | 13 (12.5) | 3 ( 3.6) | 3 ( 2.1) | 2 ( 2.3) |
| Lack of therapeutic response | 0 ( 0.0) | 1 ( 0.7) | 1 ( 1.0) | 0 ( 0.0) | 0 ( 0.0) | 0 ( 0.0) |
| Subject not willing to continue | 4 ( 6.3) | 19 (13.3) | 9 ( 8.7) | 9 (10.7) | 12 ( 8.5) | 5 ( 5.7) |
| Subject lost to follow up | 8 (12.7) | 7 ( 4.9) | 15 (14.4) | 6 ( 7.1) | 10 ( 7.0) | 9 (10.3) |
| Other | 5 ( 7.9) | 16 (11.2) | 9 ( 8.7) | 6 ( 7.1) | 7 ( 4.9) | 7 ( 8.0) |
| Completed randomized treatment phase [a] | 22 (34.9) | 51 (35.7) | 37 (35.6) | 16 (19.0) | 29 (20.4) | 21 (24.1) |

[a]  Treated for up to 104 weeks or not discontinued until study termination.
ITT Intent-to-treat. PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group.
n Number of patients.
Note: Patients discontinued due to a mood event had 'Development of study specific criteria' marked in the CRF module for study termination.
Note: Percentages are calculated as n/N.
/csrc/dev/seroquel/d1447c00127/sp/output/tlf/t11l0103.rtf dem204.sas 02FEB2007:23:29 luchen

287

CONFIDENTIAL
AZSER12772960

Clinical Study Report
Study code: D1447C00127

**Table 11.1-4   Premature discontinuation from randomized treatment phase, by mood stabilizer(ITT population)**

|  | QTP + LI N=131 n (%) | PLA + LI N=134 n (%) | QTP + VAL N=179 n (%) | PLA + VAL N=179 n (%) |
|---|---|---|---|---|
| All patients randomized and included in ITT | 131 (100.0) | 134 (100.0) | 179 (100.0) | 179 (100.0) |
| Premature discontinuation due to a mood event | 35 ( 26.7) | 70 ( 52.2) | 28 ( 15.6) | 93 ( 52.0) |
| Premature discontinuation due to other reason than mood event | 49 ( 37.4) | 33 ( 24.6) | 88 ( 49.2) | 51 ( 28.5) |
| Eligibility criteria not fulfilled | 2 ( 1.5) | 1 ( 0.7) | 6 ( 3.4) | 4 ( 2.2) |
| Adverse event | 11 ( 8.4) | 3 ( 2.2) | 24 ( 13.4) | 5 ( 2.8) |
| Lack of therapeutic response | 1 ( 0.8) | 0 ( 0.0) | 1 ( 0.6) | 0 ( 0.0) |
| Subject not willing to continue | 10 ( 7.6) | 13 ( 9.7) | 22 ( 12.3) | 13 ( 7.3) |
| Subject lost to follow up | 13 ( 9.9) | 13 ( 9.7) | 17 ( 9.5) | 12 ( 6.7) |
| Other | 12 ( 9.2) | 3 ( 2.2) | 18 ( 10.1) | 17 ( 9.5) |
| Completed randomized treatment phase [a] | 47 ( 35.9) | 31 ( 23.1) | 63 ( 35.2) | 35 ( 19.6) |

[a] Treated for up to 104 weeks or not discontinued until study termination.
ITT Intent-to-treat. PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group.
n Number of patients.
Note: Patients discontinued due to a mood event had 'Development of study specific criteria' marked in the CRF module for study termination.
Note: Percentages are calculated as n/N.
/csre/dev/seroquel/d1447c00127/sp/output/tlf/t110104.rtf dem205.sas 02FEB2007:23:29 luchen

288

CONFIDENTIAL
AZSER12772961

Clinical Study Report
Study code: D1447C00127

**Table 11.1- 5     Derivation of analysis populations**

| | QTP + LI/VAL | PLA + LI/VAL | Total |
|---|---|---|---|
| All patients enrolled [a] | | | 1953 (100.0) |
| Safety population in open-label treatment phase [b] | | | 1938 ( 99.2) |
| Discontinuation during open-label treatment phase [b] | | | 1324 ( 67.8) |
| All patients randomized | 314 (100.0) | 314 (100.0) | 628 (100.0) |
| Excluded from safety population [c] | 4 ( 1.3) | 1 ( 0.3) | 5 ( 0.8) |
| Safety population | 310 (98.7) | 313 ( 99.7) | 623 ( 99.2) |
| Excluded from ITT population [c] | 0 ( 0.0) | 0 ( 0.0) | 0 ( 0.0) |
| ITT population | 310 (98.7) | 313 ( 99.7) | 623 ( 99.2) |
| Excluded from PP population | 65 ( 20.7) | 82 ( 26.1) | 147 ( 23.4) |
| PP population | 245 ( 78.0) | 231 ( 73.6) | 476 ( 75.8) |

[a]  Patients who met all of the inclusion criteria and none of the exclusion criteria at enrollment.
[b]  Excludes the 15 enrolled patients who received no investigational product in the open-label treatment phase.
[c]  Patients who discontinued before randomization.
[d]  Patients who received no investigational product in the randomized treatment phase.
ITT Intent-to-treat.  N Number of patients. NA Not applicable. PP Per protocol.
Note: Percentages are calculated as n/N.
/csrc/prod/seroquel/d1447c00127/sp/output/tlf/t110105.rtf  dem206.sas  22FEB2007:11:26  kss1497

289

Clinical Study Report
Study code: D1447C00127

**Table 11.1‑6    Patient populations, randomized treatment phase**

| | QTP+LI/VAL n (%) | PLA+LI/VAL n (%) | Total n (%) |
|---|---|---|---|
| ALL PATIENTS RANDOMIZED [a] | 314 (100.0) | 314 (100.0) | 628 (100.0) |
| EXCLUDED FROM SAFETY POPULATION | 4 ( 1.3) | 1 ( 0.3) | 5 ( 0.8) |
| ...NO STUDY DRUG RECEIVED AFTER RANDOMIZATION | 4 ( 1.3) | 1 ( 0.3) | 5 ( 0.8) |
| SAFETY POPULATION | 310 (98.7) | 313 (99.7) | 623 (99.2) |
| EXCLUDED FROM ITT POPULATION | 0 | 0 | 0 |
| ITT POPULATION | 310 (98.7) | 313 (99.7) | 623 (99.2) |
| EXCLUDED FROM PP POPULATION | 65 (20.7) | 82 (26.1) | 147 (23.4) |
| ...RECEIVED <75% OF RANDOMIZED TREATMENT | 16 ( 5.1) | 29 ( 9.2) | 45 ( 7.2) |
| ...INCORRECT RANDOMIZED TRIAL MEDICATION | 0 | 0 | 0 |
| ...REPLACEMENT OF OPEN-LABEL QTP NOT COMPLETED WITHIN 14 DAYS AFTER RANDOMIZATION | 1 ( 0.3) | 0 | 1 ( 0.2) |
| ...RANDOMIZED QTP >800 MG/DAY | 15 ( 4.8) | 15 ( 4.8) | 30 ( 4.8) |
| ...RANDOMIZED QTP <400 MG/DAY AFTER TITRATION PERIOD | 5 ( 1.6) | 9 ( 2.9) | 14 ( 2.2) |
| ...MOOD STABILIZER CONCENTRATION NOT WITHIN RANGE | 22 ( 7.0) | 22 ( 7.0) | 44 ( 7.0) |
| ...OTHER IMPORTANT PROTOCOL VIOLATION/DEVIATION | 21 ( 6.7) | 28 ( 8.9) | 49 ( 7.8) |
| PP POPULATION | 245 (78.0) | 231 (73.6) | 476 (75.8) |

[a] Patients who met all of the inclusion criteria and none of the exclusion criteria at randomization.
ITT Intent-to-treat.  N Number of patients.  PP Per protocol.
Note: Percentages are calculated as n/N.
/csre/dev/seroquel/d1447c00127/sp/output/tlf/t110106.rtf dem207.sas  02FEB2007/23:29  luchen

290

CONFIDENTIAL
AZSER12772963

Clinical Study Report
Study code: D1447C00127

**Table 11.1- 7    Demographic characteristics at randomization (ITT population)**

| | | QTP+ LI/VAL (N=310) | PLA+ LI/VAL (N=313) | Total (N=623) |
|---|---|---|---|---|
| SEX N (%) | Male | 151 ( 48.7) | 145 ( 46.3) | 296 ( 47.5) |
| | Female | 159 ( 51.3) | 168 ( 53.7) | 327 ( 52.5) |
| AGE (YEARS) [a] | N [b] | 310 | 313 | 623 |
| | Mean(SD) | 40.59(11.698) | 39.61(11.718) | 40.10(11.709) |
| | Median | 42.00 | 39.00 | 40.00 |
| | Min to max | 18 to 75 | 19 to 74 | 18 to 75 |
| AGE DISTRIBUTION N (%) [a] | 18-39 | 136 ( 43.9) | 165 ( 52.7) | 301 ( 48.3) |
| | 40-65 | 171 ( 55.2) | 144 ( 46.0) | 315 ( 50.6) |
| | >65 | 3 ( 1.0) | 4 ( 1.3) | 7 ( 1.1) |
| RACE N (%) | Caucasian | 248 ( 80.0) | 261 ( 83.4) | 509 ( 81.7) |
| | Black | 46 ( 14.8) | 34 ( 10.9) | 80 ( 12.8) |
| | Oriental | 4 ( 1.3) | 3 ( 1.0) | 7 ( 1.1) |
| | Other | 12 ( 3.9) | 15 ( 4.8) | 27 ( 4.3) |
| WEIGHT (KG) | N [b] | 310 | 313 | 623 |
| | Mean(SD) | 94.28(22.055) | 91.15(19.471) | 92.71(20.839) |
| | Median | 92.60 | 89.70 | 91.00 |
| | Min to max | 46 to 182 | 50 to 170 | 46 to 182 |

291

CONFIDENTIAL
AZSER12772964

Clinical Study Report
Study code: D1447C00127

**Table 11.1-7    Demographic characteristics at randomization (ITT population)**

| | | QTP+ LI/VAL (N=310) | PLA+ LI/VAL (N=313) | Total (N=623) |
|---|---|---|---|---|
| BMI (KG/M²) | N [b] | 310 | 312 | 622 |
| | Mean(SD) | 32.35(7.198) | 31.47(6.634) | 31.91(6.930) |
| | Median | 31.00 | 30.95 | 31.00 |
| | Min to max | 18 to 57 | 19 to 56 | 18 to 57 |
| BMI DISTRIBUTION N (%) | <18.5 | 1 ( 0.3) | 0 | 1 ( 0.2) |
| | 18.5 to <25 | 40 (12.9) | 56 (17.9) | 96 (15.4) |
| | 25 to <30 | 89 (28.7) | 80 (25.6) | 169 (27.1) |
| | 30 to <40 | 141 (45.5) | 144 (46.0) | 285 (45.7) |
| | >=40 | 39 (12.6) | 32 (10.2) | 71 (11.4) |
| | Missing | 0 | 1 ( 0.3) | 1 ( 0.2) |

[a]  At enrollment.
[b]  Number of patients with non-missing observations.
ITT Intent-to-treat. PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group.
n Number of patients.
/sxe/dev/xeroquel/d1447c00127/sp/output/tlf/t110107.rtf dem20/8.sas  02FEB2007:23:29  luchen

292

CONFIDENTIAL
AZSER12772965

Clinical Study Report
Study code: D1447C00127

**Table 11.1- 8    Demographic characteristics at randomization (Randomized safety population)**

|  |  | QTP+ LI/VAL (N=310) | PLA+ LI/VAL (N=313) | QTP+ LI (N=131) | PLA+ LI (N=134) | QTP+ VAL (N=179) | PLA+ VAL (N=179) |
|---|---|---|---|---|---|---|---|
| SEX N (%) | Male | 151 (48.7) | 145 (46.3) | 55 (42.0) | 65 (48.5) | 96 (53.6) | 80 (44.7) |
|  | Female | 159 (51.3) | 168 (53.7) | 76 (58.0) | 69 (51.5) | 83 (46.4) | 99 (55.3) |
| AGE (YEARS) [a] | N [b] | 310 | 313 | 131 | 134 | 179 | 179 |
|  | Mean(SD) | 40.59(11.698) | 39.61(11.718) | 40.46(10.990) | 39.07(12.477) | 40.68(12.220) | 40.01(11.136) |
|  | Median | 42.00 | 39.00 | 41.00 | 39.00 | 42.00 | 38.00 |
|  | Min to max | 18 to 75 | 19 to 74 | 20 to 75 | 19 to 74 | 18 to 72 | 20 to 65 |
| AGE DISTRIBUTION N (%) [a] | 18-39 | 136 (43.9) | 165 (52.7) | 56 (42.7) | 70 (52.2) | 80 (44.7) | 95 (53.1) |
|  | 40-65 | 171 (55.2) | 144 (46.0) | 73 (55.7) | 60 (44.8) | 98 (54.7) | 84 (46.9) |
|  | >65 | 3 (1.0) | 4 (1.3) | 2 (1.5) | 4 (3.0) | 1 (0.6) | 0 |
| RACE N (%) | Caucasian | 248 (80.0) | 261 (83.4) | 104 (79.4) | 113 (84.3) | 144 (80.4) | 148 (82.7) |
|  | Black | 46 (14.8) | 34 (10.9) | 20 (15.3) | 13 (9.7) | 26 (14.5) | 21 (11.7) |
|  | Oriental | 4 (1.3) | 3 (1.0) | 2 (1.5) | 2 (1.5) | 2 (1.1) | 1 (0.6) |
|  | Other | 12 (3.9) | 15 (4.8) | 5 (3.8) | 6 (4.5) | 7 (3.9) | 9 (5.0) |
| WEIGHT (KG) | N [b] | 310 | 313 | 131 | 134 | 179 | 179 |
|  | Mean(SD) | 94.28(22.055) | 91.15(19.471) | 93.75(25.065) | 90.75(19.787) | 94.67(19.628) | 91.45(19.281) |
|  | Median | 92.60 | 89.70 | 91.60 | 88.65 | 95.00 | 90.70 |
|  | Min to max | 46 to 182 | 50 to 170 | 46 to 182 | 59 to 170 | 53 to 163 | 50 to 149 |

293

CONFIDENTIAL
AZSER12772966

Clinical Study Report
Study code: D1447C00127

**Table 11.1- 8    Demographic characteristics at randomization (Randomized safety population)**

| | | QTP+ LI/VAL (N=310) | PLA+ LI/VAL (N=313) | QTP+ LI (N=131) | PLA+ LI (N=134) | QTP+ VAL (N=179) | PLA+ VAL (N=179) |
|---|---|---|---|---|---|---|---|
| BMI (KG/M$^2$) | N$^b$ | 310 | 312 | 131 | 134 | 179 | 178 |
| | Mean(SD) | 32.35(7.198) | 31.47(6.634) | 32.54(7.795) | 31.46(6.981) | 32.22(6.747) | 31.47(6.380) |
| | Median | 31.00 | 30.95 | 31.30 | 31.15 | 30.90 | 30.85 |
| | Min to max | 18 to 57 | 19 to 56 | 18 to 57 | 20 to 56 | 19 to 53 | 19 to 51 |
| BMI DISTRIBUTION N (%) | <18.5 | 1 ( 0.3) | 0 | 1 ( 0.8) | 0 | 0 | 0 |
| | 18.5 to <25 | 40 (12.9) | 56 (17.9) | 18 (13.7) | 26 (19.4) | 22 (12.3) | 30 (16.8) |
| | 25 to <30 | 89 (28.7) | 80 (25.6) | 36 (27.5) | 35 (26.1) | 53 (29.6) | 45 (25.1) |
| | 30 to <40 | 141 (45.5) | 144 (46.0) | 58 (44.3) | 55 (41.0) | 83 (46.4) | 89 (49.7) |
| | >=40 | 39 (12.6) | 32 (10.2) | 18 (13.7) | 18 (13.4) | 21 (11.7) | 14 ( 7.8) |
| | Missing | 0 | 1 ( 0.3) | 0 | 0 | 0 | 1 ( 0.6) |

[a] At enrollment.
[b] Number of patients with non-missing observations.
PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group. n Number of patients.
Note: Percentages are calculated as (n/N)*100.
/csre/dev/serequel d1447c00127/sp output/tlf/t110108.rtf dem209.sas  02FEB2007,23:29  luchen

294

CONFIDENTIAL
AZSER12772967

Clinical Study Report
Study code: D1447C00127

**Table 11.1- 9    Demographic characteristics at randomization (PP population)**

| | | QTP+ LI/VAL (N=245) | PLA+ LI/VAL (N=231) | Total (N=476) |
|---|---|---|---|---|
| SEX N (%) | Male | 117 ( 47.8) | 113 ( 48.9) | 230 ( 48.3) |
| | Female | 128 ( 52.2) | 118 ( 51.1) | 246 ( 51.7) |
| AGE (YEARS) [a] | N [b] | 245 | 231 | 476 |
| | Mean(SD) | 40.76(11.735) | 39.80(11.926) | 40.29(11.825) |
| | Median | 42.00 | 39.00 | 40.00 |
| | Min to max | 18 to 75 | 19 to 74 | 18 to 75 |
| AGE DISTRIBUTION N (%) [a] | 18-39 | 104 ( 42.4) | 120 ( 51.9) | 224 ( 47.1) |
| | 40-65 | 138 ( 56.3) | 107 ( 46.3) | 245 ( 51.5) |
| | >65 | 3 ( 1.2) | 4 ( 1.7) | 7 ( 1.5) |
| RACE N (%) | Caucasian | 197 ( 80.4) | 194 ( 84.0) | 391 ( 82.1) |
| | Black | 33 ( 13.5) | 21 ( 9.1) | 54 ( 11.3) |
| | Oriental | 3 ( 1.2) | 3 ( 1.3) | 6 ( 1.3) |
| | Other | 12 ( 4.9) | 13 ( 5.6) | 25 ( 5.3) |
| WEIGHT (KG) | N [b] | 245 | 231 | 476 |
| | Mean(SD) | 95.34(22.833) | 91.41(19.486) | 93.43(21.343) |
| | Median | 93.60 | 89.70 | 91.60 |
| | Min to max | 46 to 182 | 50 to 170 | 46 to 182 |

295

CONFIDENTIAL
AZSER12772968

Clinical Study Report
Study code: D1447C00127

**Table 11.1- 9    Demographic characteristics at randomization (PP population)**

| | QTP+ LI/VAL (N=245) | PLA+ LI/VAL (N=231) | Total (N=476) |
|---|---|---|---|
| **BMI (KG/M$^2$)** | | | |
| N [b] | 245 | 230 | 475 |
| Mean(SD) | 32.68(7.355) | 31.39(6.607) | 32.06(7.026) |
| Median | 31.30 | 30.95 | 31.20 |
| Min to max | 18 to 57 | 19 to 56 | 18 to 57 |
| **BMI DISTRIBUTION N (%)** | | | |
| <18.5 | 1 ( 0.4) | 0 | 1 ( 0.2) |
| 18.5 to <25 | 30 ( 12.2) | 42 ( 18.2) | 72 ( 15.1) |
| 25 to <30 | 64 ( 26.1) | 59 ( 25.5) | 123 ( 25.8) |
| 30 to <40 | 118 ( 48.2) | 106 ( 45.9) | 224 ( 47.1) |
| >=40 | 32 ( 13.1) | 23 ( 10.0) | 55 ( 11.6) |
| Missing | 0 | 1 ( 0.4) | 1 ( 0.2) |

a  At enrollment.
b  Number of patients with non-missing observations.
ITT Intent-to-treat. PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group.
n Number of patients.
/ssre/dev/seroquel/d1447c00127/sp/output/tlf/t110109.rtf dem210.sas 02FEB2007:23:30  luchen

296

CONFIDENTIAL
AZSER12772969

Clinical Study Report
Study code: D1447C00127

**Table 11.1- 10    Demographic characteristics at randomization, by assigned mood stabilizer (ITT population)**

|  |  | QTP+ LI (N=131) | PLA+ LI (N=134) | QTP+ VAL (N=179) | PLA+ VAL (N=179) |
|---|---|---|---|---|---|
| SEX N (%) | Male | 55 ( 42.0) | 65 ( 48.5) | 96 ( 53.6) | 80 ( 44.7) |
|  | Female | 76 ( 58.0) | 69 ( 51.5) | 83 ( 46.4) | 99 ( 55.3) |
| AGE (YEARS) [a] | N [b] | 131 | 134 | 179 | 179 |
|  | Mean(SD) | 40.46(10.990) | 39.07(12.477) | 40.68(12.220) | 40.01(11.136) |
|  | Median | 41.00 | 39.00 | 42.00 | 38.00 |
|  | Min to max | 20 to 75 | 19 to 74 | 18 to 72 | 20 to 65 |
| AGE DISTRIBUTION N (%) [a] | 18-39 | 56 ( 42.7) | 70 ( 52.2) | 80 ( 44.7) | 95 ( 53.1) |
|  | 40-65 | 73 ( 55.7) | 60 ( 44.8) | 98 ( 54.7) | 84 ( 46.9) |
|  | >65 | 2 ( 1.5) | 4 ( 3.0) | 1 ( 0.6) | 0 |
| RACE N (%) | Caucasian | 104 ( 79.4) | 113 ( 84.3) | 144 ( 80.4) | 148 ( 82.7) |
|  | Black | 20 ( 15.3) | 13 ( 9.7) | 26 ( 14.5) | 21 ( 11.7) |
|  | Oriental | 2 ( 1.5) | 2 ( 1.5) | 2 ( 1.1) | 1 ( 0.6) |
|  | Other | 5 ( 3.8) | 6 ( 4.5) | 7 ( 3.9) | 9 ( 5.0) |
| WEIGHT (KG) | N [b] | 131 | 134 | 179 | 179 |
|  | Mean(SD) | 93.75(25.065) | 90.75(19.787) | 94.67(19.628) | 91.45(19.281) |
|  | Median | 91.60 | 88.65 | 95.00 | 90.70 |
|  | Min to max | 46 to 182 | 59 to 170 | 53 to 163 | 50 to 149 |

297

CONFIDENTIAL
AZSER12772970

Clinical Study Report
Study code: D1447C00127

**Table 11.1-10    Demographic characteristics at randomization, by assigned mood stabilizer (ITT population)**

| | | QTP+ LI (N=131) | PLA+ LI (N=134) | QTP+ VAL (N=179) | PLA+ VAL (N=179) |
|---|---|---|---|---|---|
| BMI (KG/M$^2$) | N [b] | 131 | 134 | 179 | 178 |
| | Mean(SD) | 32.54(7.795) | 31.46(6.981) | 32.22(6.747) | 31.47(6.380) |
| | Median | 31.30 | 31.15 | 30.90 | 30.85 |
| | Min to max | 18 to 57 | 20 to 56 | 19 to 53 | 19 to 51 |
| BMI DISTRIBUTION N (%) | <18.5 | 1 ( 0.8) | 0 | 0 | 0 |
| | 18.5 to <25 | 18 (13.7) | 26 (19.4) | 22 (12.3) | 30 (16.8) |
| | 25 to <30 | 36 (27.5) | 35 (26.1) | 53 (29.6) | 45 (25.1) |
| | 30 to <40 | 58 (44.3) | 55 (41.0) | 83 (46.4) | 89 (49.7) |
| | >=40 | 18 (13.7) | 18 (13.4) | 21 (11.7) | 14 ( 7.8) |
| | Missing | 0 | 0 | 0 | 1 ( 0.6) |

[a] At enrollment.
[b] Number of patients with non-missing observations
ITT Intent-to-treat. PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group.
n Number of patients.
/cssr/dev/seroquel/d1447c00127/sp/output/tlf/t110110.rtf dem211.sas 02FEB2007:23:30 luchen

298

CONFIDENTIAL
AZSER12772971

Clinical Study Report
Study code: D1447C00127

**Table 11.1- 11    Demographic characteristics at randomization, by index episode (ITT population)**

| | | QTP+LI/VAL | | | PLA+LI/VAL | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Manic index episode (N=63) | Mixed index episode (N=143) | Depressed index episode (N=104) | Manic index episode (N=84) | Mixed index episode (N=142) | Depressed index episode (N=87) |
| SEX N (%) | Male | 33 (52.4) | 71 (49.7) | 47 (45.2) | 41 (48.8) | 65 (45.8) | 39 (44.8) |
| | Female | 30 (47.6) | 72 (50.3) | 57 (54.8) | 43 (51.2) | 77 (54.2) | 48 (55.2) |
| AGE (YEARS) [a] | N [b] | 63 | 143 | 104 | 84 | 142 | 87 |
| | Mean(SD) | 41.35(11.586) | 39.38(12.155) | 41.79(11.054) | 42.17(12.371) | 37.82(11.344) | 40.07(11.297) |
| | Median | 42.00 | 41.00 | 43.00 | 42.50 | 38.00 | 40.00 |
| | Min to max | 22 to 72 | 18 to 73 | 20 to 75 | 20 to 70 | 19 to 74 | 19 to 65 |
| AGE DISTRIBUTION N (%) [a] | 18-39 | 28 (44.4) | 67 (46.9) | 41 (39.4) | 39 (46.4) | 84 (59.2) | 42 (48.3) |
| | 40-65 | 34 (54.0) | 75 (52.4) | 62 (59.6) | 42 (50.0) | 57 (40.1) | 45 (51.7) |
| | >65 | 1 (1.6) | 1 (0.7) | 1 (1.0) | 3 (3.6) | 1 (0.7) | 0 |
| RACE N (%) | Caucasian | 45 (71.4) | 124 (86.7) | 79 (76.0) | 68 (81.0) | 125 (88.0) | 68 (78.2) |
| | Black | 14 (22.2) | 12 ( 8.4) | 20 (19.2) | 13 (15.5) | 11 ( 7.7) | 10 (11.5) |
| | Oriental | 2 ( 3.2) | 1 (0.7) | 1 (1.0) | 1 (1.2) | 0 | 2 ( 2.3) |
| | Other | 2 ( 3.2) | 6 ( 4.2) | 4 ( 3.8) | 2 ( 2.4) | 6 ( 4.2) | 7 ( 8.0) |
| WEIGHT (KG) | N [b] | 63 | 143 | 104 | 84 | 142 | 87 |
| | Mean(SD) | 94.18(20.647) | 92.50(22.653) | 96.79(22.010) | 91.65(20.056) | 91.28(17.994) | 90.46(21.343) |

299

CONFIDENTIAL
AZSER12772972

Clinical Study Report
Study code: D1447C00127

**Table 11.1-11   Demographic characteristics at randomization, by index episode (ITT population)**

| | QTP+LI/VAL | | | PLA+LI/VAL | | |
|---|---|---|---|---|---|---|
| | Manic index episode (N=63) | Mixed index episode (N=143) | Depressed index episode (N=104) | Manic index episode (N=84) | Mixed index episode (N=142) | Depressed index episode (N=87) |
| Median | 95.00 | 89.10 | 97.40 | 88.50 | 90.65 | 88.70 |
| Min to max | 46 to 146 | 53 to 182 | 54 to 158 | 55 to 140 | 52 to 134 | 50 to 170 |
| BMI (KG/M$^2$) | | | | | | |
| N[b] | 63 | 143 | 104 | 83 | 142 | 87 |
| Mean(SD) | 32.38(6.657) | 31.55(7.221) | 33.44(7.403) | 31.40(6.787) | 31.37(6.155) | 31.69(7.285) |
| Median | 31.70 | 30.10 | 32.35 | 30.40 | 31.25 | 31.40 |
| Min to max | 18 to 48 | 19 to 57 | 20 to 57 | 20 to 53 | 20 to 46 | 19 to 56 |
| BMI DISTRIBUTION N (%) | | | | | | |
| <18.5 | 1 ( 1.6) | 0 | 0 | 0 | 0 | 0 |
| 18.5 to <25 | 6 ( 9.5) | 26 (18.2) | 8 ( 7.7) | 15 (17.9) | 24 (16.9) | 17 (19.5) |
| 25 to <30 | 15 (23.8) | 43 (30.1) | 31 (29.8) | 23 (27.4) | 37 (26.1) | 20 (23.0) |
| 30 to <40 | 33 (52.4) | 59 (41.3) | 49 (47.1) | 36 (42.9) | 68 (47.9) | 40 (46.0) |
| >=40 | 8 (12.7) | 15 (10.5) | 16 (15.4) | 9 (10.7) | 13 ( 9.2) | 10 (11.5) |
| Missing | 0 | 0 | 0 | 1 ( 1.2) | 0 | 0 |

a   At enrollment.
b   Number of patients with non-missing observations.
ITT Intent-to-treat. PLA Placebo. QTP Quetiapine. LI Lithium. VAL Valproate. N Number of patients in treatment group.
n Number of patients.
/csre/dev/seroquel/d1447c00127/sp/output/tllf/t110111.rtf dem212.sas 02FEB2007:23:30 luchen

300

CONFIDENTIAL
AZSER12772973