**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00127/E0005034

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-07-26 (-7) | NA | | 6.8 (%)H | 1.48 (mmol/L) | 3.50 (mmol/L) | 1.61 (mmol/L) | | 114 (g/L)L |
| Visit prior to Event | Enrollment | 2004-07-26 (-7) | NA | | 6.8 (%)H | 1.48 (mmol/L) | 3.50 (mmol/L) | 1.61 (mmol/L) | | 114 (g/L)L |
| Final Study Visit | Enrollment | 2004-07-26 (-7) | NA | | 6.8 (%)H | 1.48 (mmol/L) | 3.50 (mmol/L) | 1.61 (mmol/L) | | 114 (g/L)L |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-07-26 (-7) | NA | 224 (x10E9/L) | 6.4 (x10E9/L) | 4.27 (x10E9/L) | 22 (IU/L) | 26 (IU/L) | 88 (umol/L) | 0.91 (mIU/L) | 14.7 (pmol/L) |
| Visit prior to Event | Enrollment | 2004-07-26 (-7) | NA | 224 (x10E9/L) | 6.4 (x10E9/L) | 4.27 (x10E9/L) | 22 (IU/L) | 26 (IU/L) | 88 (umol/L) | 0.91 (mIU/L) | 14.7 (pmol/L) |
| Final Study Visit | Enrollment | 2004-07-26 (-7) | NA | 224 (x10E9/L) | 6.4 (x10E9/L) | 4.27 (x10E9/L) | 22 (IU/L) | 26 (IU/L) | 88 (umol/L) | 0.91 (mIU/L) | 14.7 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

2001

4

CONFIDENTIAL
AZSER12774674

**Narrative event**
SAE, DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Subject identifier**
D1447C00127/E0005034

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
| --- | --- | --- | --- | --- |
| NA | | | | |

2002

5

CONFIDENTIAL
AZSER12774675

Narrative event
SAE, DAE

**Subject identifier**
D1447C00127/E0005034

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-07-03 (-31)# | 2004-09-05 (34)# | Yes | ACETYLSALICYLIC ACID | 81 MG QD | CARDIAC PROPHYLAXIS |
| 2004-07-03 (-31)# | 2004-09-05 (34)# | Yes | ALENDRONIC ACID | 70 MG QD | OSTEOPOROSIS |
| 2004-07-03 (-31)# | 2004-09-05 (34)# | Yes | CLOPIDOGREL | 75 MG QD | ATHEROSCLEROSIS |
| 2004-07-03 (-31)# | 2004-09-05 (34)# | Yes | DOCUSATE | 100 MG QD | CONSTIPATION |
| 2004-07-03 (-31)# | 2004-09-05 (34)# | Yes | EZETIMIBE | 10 MG QD | HYPERCHOLESTEROLEMIA |
| 2004-07-03 (-31)# | 2004-09-05 (34)# | Yes | FUROSEMIDE | 40 MG QD | HYPERTENSION |
| 2004-07-03 (-31)# | 2004-09-05 (34)# | Yes | GLIPIZIDE | 5 MG QD | DIABETES |
| 2004-07-03 (-31)# | 2004-09-05 (34)# | Yes | INSULIN LISPRO | | DIABETES PRN |
| 2004-07-03 (-31)# | 2004-09-05 (34)# | Yes | LOSARTAN | 50 MG QD | OSTEOARTHRITIS |
| 2004-07-03 (-31)# | 2004-09-05 (34)# | Yes | METFORMIN | 850 MG QD | DIABETESE |
| 2004-07-03 (-31)# | 2004-09-05 (34)# | Yes | OYSTER SHELL CALCIUM WITH VITAMIN D | 1 TAB | SUPPLEMENT |
| 2004-07-03 (-31)# | 2004-09-05 (34)# | Yes | PIOGLITAZONE | 30 MG QD | DIABETES |
| 2004-07-03 (-31)# | 2004-09-05 (34)# | Yes | SIMVASTATIN | 40 MG QD | HYPERCHOLESTEROLEMIA |
| 2004-07-03 (-31)# | 2004-09-05 (34)# | Yes | TOCOPHEROL | 400 IU QD | SUPPLEMENT |
| 2004-07-03 (-31)# | 2004-09-05 (34)# | Yes | VALDECOXIB | 10 MG QD | OSTEOARTHRITIS |
| 2004-08-03 (1) | 2004-08-06 (4) | No | VALPROIC ACID | 500 MG | BIPOLAR DISORDER |
| 2004-08-04 (2) | 2004-09-05 (34)# | Yes | PAROXETINE | 10 MG | DEPRESSION |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2003

CONFIDENTIAL
AZSER12774676

**START OF E NARRATIVE**

**Subject identifier**
D1447C00127/E0005065

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
SAE, DAE

**Narrative event:**

Death:                No

SAE:                  INTENTIONAL OVERDOSE

DAE:                  INTENTIONAL OVERDOSE

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|------------------------|------------------------------|------------------------|
| 26 | Female | Caucasian | 4 | 2005-05-18 | 2005-05-21 | QUETIAPINE 100 | 2005-06-22 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:              allergic to penicillin, seasonal allergies, ear pain, constipation, menstrual cramps, frequent urination, headaches, migraine headaches, multiple fractures from fall

Past:                 siezure at age 11, muscle pain from mva

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

2004

1

CONFIDENTIAL
AZSER12774677

**Subject identifier**
D1447C00127/E0005065

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2005-05-21 (4) | 2005-05-27 (10) | INTENTIONAL OVERDOSE(INTENTIONAL OVERDOSE) | 9.1 | Resolved | No | Yes | Yes / {HO} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2005

2

CONFIDENTIAL
AZSER12774678

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0005065 | Open Label - QUETIAPINE 100 | SAE, DAE |

**Descriptive text:**

{INTENTIONAL OVERDOSE} A report was received from an investigator concerning a 26 year old female patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate  to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  Concomitant drugs included midol for menstrual cramps, paracetamol for headache, excedrin tension ha for headache, diazepam for anxiety, lortab for body fracture from fall, alprazolam for anxiety, percocet for body fracture from fall, ortho tricyclen for birth control and ciprofloxacin hydrochloride.   The patient had a history of self harming behavior, overdose, childhood seizure and penicillin allergy.   On 21-May-2005, the patient ingested an overdose of study medication (a total of 30 tablets, according to the patient; the police reportedly took the bottle) in response to a boyfriend informing the patient that she could not live with him any longer. The patient was taken to a state psychiatric hospital on 22-May-2005.  The patient was in the open label phase of the study.  Mental status evaluation was notable for tangentiality and circumstantial thoughts, the belief that there was "something evil" inside the patient, labile and tearful mood, and poor insight and judgment, as evidenced by her recent suicide attempt.  A urine drug screen revealed benzodiazepines; in addition, 3+ blood, trace amount of protein and a few bacteria were noted. These findings were treated with Cipro x 2 days.  The patient was started on lithium carbonate 300 mg TID, later followed by Seroquel 100mg in the morning and 300mg in the evening.  Shortly after admission, the patient denied suicidal and homicidal ideation, as well as auditory or visual hallucinations, and psychotherapy was recommended.  The patient improved and was discharged on 27-May-2005.   Discharge medications included Seroquel 200mg at night and lithium 90.0 mg at night.  Prognosis at time of discharge was guarded. Axis I diagnoses at discharge included bipolar disorder, panic disorder and polysubstance abuse; axis II diagnoses included borderline traits. The patient completed an early termination visit on 22-Jun-2005.   The event is considered related to Seroquel and Lithium.  Summary of follow-up information received by AstraZeneca on 25-Aug-2005 adds Seroquel and lithium as suspect medications,  causality and treatment.

{SUICIDE ATTEMPT, INTENTIONAL OVERDOSE} A report was received from an investigator concerning a 25-year-old female patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate  to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  The patient was started on study medication, 100 mg PO daily titrated up to 200 mg PO daily.  On 21-May-2005 the patient's boyfriend called the police to report that the patient was cutting her wrists and had overdosed on study medication.  It was reported that the patient injested thirty 100 mg tablets.  The patient was medically cleared and was admitted to a psychiatric hospital on 22-May-2005.   The overdose was intentional, although any resulting adverse events are unknown.  A company physician assessed the event to be unrelated to the study therapy.

2006

3

CONFIDENTIAL
AZSER12774679

**Subject identifier**
D1447C00127/E0005065

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Narrative event**
SAE, DAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-05-12 (-5) | NA | 4.4 (mmol/L) | 5.0 (%) | 0.89 (mmol/L) | 5.10 (mmol/L) | 1.86 (mmol/L) | | 125 (g/L) |
| Visit prior to Event | Enrollment | 2005-05-12 (-5) | NA | 4.4 (mmol/L) | 5.0 (%) | 0.89 (mmol/L) | 5.10 (mmol/L) | 1.86 (mmol/L) | | 125 (g/L) |
| Visit after Event | V23 | 2005-06-22 (36) | NA | 5.3 (mmol/L) | 4.7 (%) | 1.76 (mmol/L) | 4.56 (mmol/L) | 1.35 (mmol/L) | | 123 (g/L) |
| Final Study Visit | V23 | 2005-06-22 (36) | NA | 5.3 (mmol/L) | 4.7 (%) | 1.76 (mmol/L) | 4.56 (mmol/L) | 1.35 (mmol/L) | | 123 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-05-12 (-5) | NA | 257 (x10E9/L) | 4.3 (x10E9/L) | 2.75 (x10E9/L) | 14 (IU/L) | 15 (IU/L) | 62 (umol/L) | 1.00 (mIU/L) | 9.9 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-05-12 (-5) | NA | 257 (x10E9/L) | 4.3 (x10E9/L) | 2.75 (x10E9/L) | 14 (IU/L) | 15 (IU/L) | 62 (umol/L) | 1.00 (mIU/L) | 9.9 (pmol/L) |
| Visit after Event | V23 | 2005-06-22 (36) | NA | 249 (x10E9/L) | 5.2 (x10E9/L) | 3.13 (x10E9/L) | 12 (IU/L) | 16 (IU/L) | 71 (umol/L) | 5.34 (mIU/L) | 12.1 (pmol/L) |
| Final Study Visit | V23 | 2005-06-22 (36) | NA | 249 (x10E9/L) | 5.2 (x10E9/L) | 3.13 (x10E9/L) | 12 (IU/L) | 16 (IU/L) | 71 (umol/L) | 5.34 (mIU/L) | 12.1 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range. H=above normal range. NR=not recorded    * - unscheduled visit

2007

4

CONFIDENTIAL
AZSER12774680

**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00127E0005065

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 100

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2008

5

CONFIDENTIAL
AZSER12774681

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0005065 | Open Label - QUETIAPINE 100 | SAE, DAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-12-15 (-154) | 2005-06-20 (34)# | Yes | OXYCOCET | 10 MG | MULTIPLE BODY FRACTURES FROM FALL PRN |
| 2004-12-15 (-154) | 2005-06-20 (34)# | Yes | VICODIN | 10 MG | MULTIPLE BODY FRACTURES FROM FALL PRN |
| 2005-04-03 (-45) | 2005-06-20 (34)# | Yes | CILEST | 1 TAB | BIRTH CONTROL |
| 2005-04-17 (-31)# | 2005-06-20 (34)# | Yes | MIDOL | 2 TABS | MENSTRUAL CRAMPS PRN |
| 2005-04-17 (-31)# | 2005-06-20 (34)# | Yes | PARA-SELTZER | 800 MG | HEADACHES PRN |
| 2005-04-17 (-31)# | 2005-06-20 (34)# | Yes | PARACETAMOL | 800 MG | HEADACHES PRN |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2009

6

CONFIDENTIAL
AZSER12774682

Narrative event
SAE

# START OF E NARRATIVE

**Subject identifier**
D1447C00127/E0006058

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 600

**Narrative event:**

| | |
|---|---|
| Death: | No |
| SAE: | URINARY TRACT INFECTION |
| DAE: | No |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 35 | Female | Caucasian | 85 | 2005-05-19 | 2005-08-11 | PLACEBO 600 | 2005-10-12 | Subject not Willing to Continue Study |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| 62 | 2005-08-12 | 2005-10-12 |

**Medical History:**

Current:

Past:

**Death information:**

| | |
|---|---|
| Date of death: | No death |
| Cause of death: | |
| Post-mortem: | |

2010

1

CONFIDENTIAL
AZSER12774683

**Narrative event**
SAE

**Subject identifier**
D1447C00127/E0006058

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 600

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discontinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 200 | 2005-05-20 (2) | NA | SOMNOLENCE(SLEEPINESS) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 600 | 2005-05-24 (6) | 2005-06-03 (16) | RASH(RASH ON FACE) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 600 | 2005-06-16 (29) | 2005-06-20 (33) | INFLUENZA(FLU SYMPTOM) | 9.1 | Resolved | No | No | No | Mild |
| RD | PLACEBO 600 | 2005-08-22 (11) | 2005-08-31 (20) | URINARY TRACT INFECTION(URINARY TRACT INFECTION) | 9.1 | Resolved | No | No | Yes / {HO} | Moderate |
| RD | PLACEBO 600 | 2005-08-29 (18) | NA | BACK PAIN(BACK PAIN) | 9.1 | Continuing | No | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2011

2

CONFIDENTIAL
AZSER12774684

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0006058 | Randomized - PLACEBO 600 | SAE |

**Descriptive text:**

{URINARY TRACT INFECTION} A report was received from an investigator concerning a 45 year old female patient enrolled in study D1447C00127. A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included lithium for mood stabilization. The patient began study drug on 12-AUG-2005. On 20-Aug-2005 the patient began vomiting. On 22-Aug-2005 she went to the emergency department, was discharged, and told to return on 25-Aug-2005 for an evaluation by an obstetrican/gynecologist. The investigational product was temporarily stopped. She returned to the hospital on 25-Aug-2005 and was hospitalized for a urinary tract infection. Treatment medications included intravenous antibiotics. She was discharged from the hospital on 29-Aug-2005 and study therapy was re-started on that date. The patient recovered. The company physician, in the absence of an investigator causality, considered the event to be unrelated to the study therapy. The investigator, in follow-up, considered the event to be unrelated to study therapy.

3

2012

CONFIDENTIAL
AZSER12774685

**Subject identifier**
D1447C00127/E0006058

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 600

**Narrative event**
SAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-05-12 (-7) | NA | 5.0 (mmol/L) | 4.8 (%) | 0.71 (mmol/L) | 3.99 (mmol/L) | 1.30 (mmol/L) | | 134 (g/L) |
| Visit prior to Event | Randomiza tion (V1) | 2005-08-12 (1) | PLACEBO 600 | 6.3 (mmol/L) | 4.7 (%) | 0.67 (mmol/L) | 4.66 (mmol/L) | 1.35 (mmol/L) | | 127 (g/L) |
| Final Study Visit | Randomiza tion (V1) | 2005-08-12 (1) | PLACEBO 600 | 6.3 (mmol/L) | 4.7 (%) | 0.67 (mmol/L) | 4.66 (mmol/L) | 1.35 (mmol/L) | | 127 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-05-12 (-7) | NA | 259 (x10E9/L) | 9.4 (x10E9/L) | 6.52 (x10E9/L) | 8 (IU/L) | 15 (IU/L) | 80 (umol/L) | 1.24 (mIU/L) | 15.1 (pmol/L) |
| Visit prior to Event | Randomiza tion (V1) | 2005-08-12 (1) | PLACEBO 600 | 245 (x10E9/L) | 9.2 (x10E9/L) | 7.20 (x10E9/L) | 10 (IU/L) | 18 (IU/L) | 80 (umol/L) | 1.53 (mIU/L) | 15.1 (pmol/L) |
| Final Study Visit | Randomiza tion (V1) | 2005-08-12 (1) | PLACEBO 600 | 245 (x10E9/L) | 9.2 (x10E9/L) | 7.20 (x10E9/L) | 10 (IU/L) | 18 (IU/L) | 80 (umol/L) | 1.53 (mIU/L) | 15.1 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H =above normal range, NR=not recorded     * - unscheduled visit

2013

4

CONFIDENTIAL
AZSER12774686

**Subject identifier**
D1447C00127/E0006058

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 600

**Narrative event**
SAE

## Weight: Include only if DAE due to weight

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5                                                                              2014

| Subject identifier | | | | Study phase-treatment during which event occurred | | | Narrative event |
|---|---|---|---|---|---|---|---|
| D1447C00127/E0006058 | | | | Randomized - PLACEBO 600 | | | SAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-06-15 (-338) | 2005-11-11 (92)# | Yes | MEDROXYPROGESTERONE | 150 MG Q3 MONTH | CONTRACEPTION |
| 2005-06-23 (36) | 2005-11-11 (92)# | Yes | LITHIUM | 900 MG | MOOD STABILIZER |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2015

6

CONFIDENTIAL
AZSER12774688

**START OF E NARRATIVE**

Subject identifier
D1447C00127/E0007025

Study phase-treatment during which event occurred
Off Treatment - NA

Narrative event
SAE

**Narrative event:**

Death:          No

SAE:            SUICIDE ATTEMPT

DAE:            No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|------------------------|
| 29 | Male | Caucasian | 12 | 2004-06-10 | 2004-06-21 | NA | 2004-06-24 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:        arthritis (l) ankle, headaches, insomnia

Past:

**Death information:**

Date of death:   No death

Cause of death:

Post-mortem:

2016

1

CONFIDENTIAL
AZSER12774689

**Subject identifier**
D1447C00127/E0007025

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OffTrt | | 2004-07-21 (42) | 2004-07-21 (42) | SUICIDE ATTEMPT(SUICIDE ATTEMPT) | 9.1 | Resolved | No | No | Yes / {LT} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2017

2

CONFIDENTIAL
AZSER12774690

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0007025 | Off Treatment - NA | SAE |

**Descriptive text:**

{SUICIDE ATTEMPT} A report was received from an investigator concerning a 29-year-old male patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included risperidone, diazepam, temazepam, alprazolam, lorazepam, cyclobenzaprine, zolpidem, propoxyphene/acetaminophen, perphenazine, temazepam, oxcarbazepine, and hydrocodone. Medical history included bipolar disorder, insomnia, headaches, arthritis of the left ankle and an open reduction internal fixation with pinning of a fracture. The patient began treatment with Seroquel and Lithobid on 10-Jun-2004 and both therapies were discontinued on 22-Jun-2004. On the morning of 21-Jul-2004, the patient ingested twenty alprazolam tablets and twenty diazepam tablets. One hour and twenty minutes later, he was transported via ambulance to the emergency department. On arrival, the patient was lethargic and expressed suicidal intentions. His vital signs and laboratory results were within normal limits except for a decreased PCO2 of 30.0 mmHg (normal range 35-45 mmHg). A gastric lavage procedure was performed followed by charcoal treatment. Social services were notified and the patient was released that afternoon to see his primary physician. The physician made attempts to follow up with the patient, but he refused to come in until 28-Jul-2004. The event of suicide attempt was considered serious due to life threatening. The patient recovered without sequelae. The patient was subsequently withdrawn from the study prematurely on 24-Jun-2004. The investigator considered the event of suicide attempt to be related to Lithobid therapy and unrelated to Seroquel therapy. Summary of follow up received on 27-Jul-2004: Added concomitant medications, added medical history and suspect drug, changed causality, and updated narrative. Summary of follow-up information received by AstraZeneca on 02-Mar-2005: changed suspect drug (quetiapine) stop date from 24-Jun-2004 to 22-Jun-2004. Summary of follow-up information received by AstraZeneca on 29-Aug-2005: changed causality for the suspect drug from no to yes, changed action taken from unknown to withdrawn, updated concomitant medication, and updated the narrative. Summary of follow-up information received by AstraZeneca on 01-Sep-2005: changed causality for the suspect drug from yes to no, changed action taken from withdrawn to NA (since the medications were discontinued prior to the event), updated the study drug dosage and the narrative.

3

2018

CONFIDENTIAL
AZSER12774691

**Subject identifier**
D1447C00127/E0007025

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
SAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-06-03 (-6) | NA | | 5.8 (%) | 5.98 (mmol/L)H | 6.97 (mmol/L)H | 0.93 (mmol/L)L | | 156 (g/L) |
| Visit prior to Event | V23 | 2004-06-24 (15) | NA | | 5.6 (%) | 8.17 (mmol/L)H | 6.40 (mmol/L)H | 0.91 (mmol/L)L | | 166 (g/L) |
| Final Study Visit | V23 | 2004-06-24 (15) | NA | | 5.6 (%) | 8.17 (mmol/L)H | 6.40 (mmol/L)H | 0.91 (mmol/L)L | | 166 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-06-03 (-6) | NA | 270 (x10E9/L) | 16.1 (x10E9/L)H | 11.11 (x10E9/L)H | 51 (IU/L)H | 25 (IU/L) | 80 (umol/L) | 0.78 (mIU/L) | 16.1 (pmol/L) |
| Visit prior to Event | V23 | 2004-06-24 (15) | NA | 326 (x10E9/L) | 15.4 (x10E9/L)H | 11.78 (x10E9/L)H | 74 (IU/L)H | 35 (IU/L) | 88 (umol/L) | | |
| Final Study Visit | V23 | 2004-06-24 (15) | NA | 326 (x10E9/L) | 15.4 (x10E9/L)H | 11.78 (x10E9/L)H | 74 (IU/L)H | 35 (IU/L) | 88 (umol/L) | | |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * = unscheduled visit

2019

4

CONFIDENTIAL
AZSER12774692

Narrative event
SAE

Subject identifier
D1447C00127/E0007025

Study phase-treatment during which event occurred
Off Treatment - NA

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2020

5

CONFIDENTIAL
AZSER12774693

| | | | Subject identifier | | | | | | | Study phase-treatment during which event occurred | | Narrative event |
| | | | D1447C00127/E0007025 | | | | | | | Off Treatment - NA | | SAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-06-15 (6) | 2004-07-21 (42)# | Yes | PARACETAMOL | 500 MG | HEADACHE PRN |
| 2004-07-21 (42) | 2004-07-21 (42) | No | HYDROCODONE | 5 MG | PAIN SECONDARY TO SUICIDE ATTEMPT |
| 2004-07-21 (42) | 2004-07-21 (42) | No | KETOROLAC | 30 MG | PAIN SECONDARY TO SUICIDE ATTEMPT |
| 2004-07-21 (42) | 2004-07-21 (42) | No | ULTRACET | 2 TABS | PAIN SECONDARY TO SUICIDE ATTEMPT |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2021

6

CONFIDENTIAL
AZSER12774694

Narrative event
SAE, DAE

**START OF E NARRATIVE**
Subject identifier
D1447C00127/E0007050

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event:**

Death:            No

SAE:              AGRANULOCYTOSIS

DAE:              AGRANULOCYTOSIS

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 44 | Female | Caucasian | 43 | 2005-02-03 | 2005-03-17 | QUETIAPINE 500 | 2005-03-21 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

Current:          depression, migraines, chronic headaches

Past:             stroke, patent ductus, strabismus

**Death information:**

Date of death:    No death

Cause of death:

Post-mortem:

1

2022

CONFIDENTIAL
AZSER12774695

**Subject identifier**
D1447C00127/E0007050

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2005-02-09 (7) | 2005-02-20 (18) | TREMOR(ABDOMINAL TREMOR) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 500 | 2005-03-09 (35) | 2005-03-27 (53) | AGRANULOCYTOSIS(AGRANULOCYTOSIS) | 9.1 | Resolved | Yes | Yes | Yes / {ME} | Severe |
| OL | QUETIAPINE 500 | 2005-03-10 (36) | 2005-03-10 (36) | FAECALOMA(FECAL IMPACTION) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 500 | 2005-03-10 (36) | 2005-03-20 (46) | URINARY TRACT INFECTION(URINARY TRACT INFECTION) | 9.1 | Resolved | No | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2

2023

CONFIDENTIAL
AZSER12774696

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0007050 | Open Label - QUETIAPINE 500 | SAE, DAE |

**Descriptive text:**

{AGRANULOCYTOSIS} A report was received from an investigator concerning a 44-year-old female patient enrolled in study D1447C00127. A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  Concomitant drugs included valproate semisodium for mood stabilizer, multivitamin for supplement and Excedrin for headache.  The patient began study drug on 17-FEB-2005 and experienced agranulocytosis, which started on 09-MAR-2005. On 14-MAR-2005, the patient's absolute neutrophil count was 0.0.  Study therapy was withdrawn on 17-MAR-2005.  The patient recovered without sequelae on 21-MAR-2005.  The site reported the patient reported no symptoms or complaints.  The event(s) were considered serious due to medically important.  The investigator considered the event(s) causally related to the study therapy.

2024

3

CONFIDENTIAL
AZSER12774697

**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00127/E0007050

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-01-28 (-5) | NA | 5.1 (mmol/L) | 5.4 (%) | 1.65 (mmol/L) | 4.64 (mmol/L) | 1.06 (mmol/L) | | 145 (g/L) |
| Visit prior to Event | S4* | 2005-03-04 (30) | QUETIAPINE 500 | | | | | | | 128 (g/L) |
| Visit of Event | V23 | 2005-03-21 (47) | NA | 5.1 (mmol/L) | 5.2 (%) | 2.63 (mmol/L) | 4.79 (mmol/L) | 0.98 (mmol/L)L | | 148 (g/L) |
| Final Study Visit | V23 | 2005-03-21 (47) | NA | 5.1 (mmol/L) | 5.2 (%) | 2.63 (mmol/L) | 4.79 (mmol/L) | 0.98 (mmol/L)L | | 148 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-01-28 (-5) | NA | 276 (x10E9/L) | 10.3 (x10E9/L) | 6.87 (x10E9/L) | 20 (IU/L) | 21 (IU/L) | 71 (umol/L) | 1.18 (mIU/L) | |
| Visit prior to Event | S4* | 2005-03-04 (30) | QUETIAPINE 500 | 354 (x10E9/L) | 4.0 (x10E9/L)L | 0.00 (x10E9/L)L | | | | | |
| Visit of Event | V23 | 2005-03-21 (47) | NA | 401 (x10E9/L) | 9.3 (x10E9/L) | 5.33 (x10E9/L) | 19 (IU/L) | 18 (IU/L) | 80 (umol/L) | 2.45 (mIU/L) | 12.3 (pmol/L) |
| Final Study Visit | V23 | 2005-03-21 (47) | NA | 401 (x10E9/L) | 9.3 (x10E9/L) | 5.33 (x10E9/L) | 19 (IU/L) | 18 (IU/L) | 80 (umol/L) | 2.45 (mIU/L) | 12.3 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

2025

4

CONFIDENTIAL
AZSER12774698

**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00127/E0007050

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

## Weight: Include only if DAE due to weight

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2026

5

CONFIDENTIAL
AZSER12774699

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127E0007050 | Open Label - QUETIAPINE 500 | SAE, DAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2002-07-01 (-948) | 2005-04-16 (73)# | Yes | PARA-SELTZER | 2 TABS | HEADACHES PRN |
| 2004-11-15 (-80) | 2005-04-16 (73)# | Yes | VITAMINS NOS | 1 TAB | NUTRITIONAL SUPPORT |
| 2005-02-17 (15) | 2005-04-16 (73)# | Yes | VALPROIC ACID | 1000 MG | MOOD STABILIZER |
| 2005-03-10 (36) | 2005-03-10 (36) | No | LAXATIVES | 296 ML | FECAL IMPACTION |
| 2005-03-11 (37) | 2005-03-20 (46) | No | NITROFURANTOIN | 200 MG | URINARY TRACT INFECTION |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2027

6

CONFIDENTIAL
AZSER12774700

**START OF E NARRATIVE**
Subject identifier
D1447C00127/E0008016

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event:**

Death:             No

SAE:               DEPENDENCE

DAE:               DEPENDENCE

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 44 | Female | Caucasian | 23 | 2005-02-10 | 2005-03-04 | QUETIAPINE 500 | 2005-06-02 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:           asthma

Past:              copd

**Death information:**

Date of death:     No death

Cause of death:

Post-mortem:

2028

1

CONFIDENTIAL
AZSER12774701

**Subject identifier**
D1447C00127/E0008016

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon- tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 500 | 2005-02-22 (13) | NA | EMPHYSEMA(EMPHAZEMA) | 9.1 | Continuing | No | No | No | Moderate |
| OL | QUETIAPINE 500 | 2005-03-03 (22) | 2005-03-09 (28) | DEPENDENCE(DRUG RELAPSE) | 9.1 | Resolved | No | Yes | Yes / {HO} | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2029

2

CONFIDENTIAL
AZSER12774702

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0008016 | Open Label - QUETIAPINE 500 | SAE, DAE |

**Descriptive text:**

{DRUG RELAPSE} A report was received from an investigator concerning a 45 year old female patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included escitalopram oxalate for bipolar i disorder. bupropion hydrochloride for bipolar i disorder. ipratropium bromide for asthma, advair for asthma, aripiprazole for bipolar i disorder and benzatropine mesilate for eps. The patient had a history of cocaine dependency, asthma, copd, bipolar disorder, allergy to penicillin , arthritis, migraine headaches, bladder surgery, d&c, hysterectomy, alcohol dependency, methamphetamine abuse, sexual abuse, emotional abuse and physical abuse. The patient began study drug on 11-FEB-2005. On 03-MAR-2005 the patient relapsed and used cocaine. After using cocaine she experienced severe depression, auditory and visual hallucinations and suicidal ideation. The sub-investigator felt the symptoms were caused by her relapse. On 04-MAR-2005 she was admitted to a psychiatric unit. Upon admission she reported severe depression for two weeks but denied any suicidal or homicidal ideation or hallucinations. A urine drug screen was positive for cocaine. The patient was stabilized and subsequently discharged from the hospital on 09-MAR-2005. She was admitted to a day program for further support. The patient recovered without sequelae on 09-Mar-2005. The investigator considered the event to be unrelated to the study therapy.

2030

3

CONFIDENTIAL
AZSER12774703

**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00127/E0008016

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-01-28 (-12) | NA | 4.1 (mmol/L) | 5.0 (%) | 1.05 (mmol/L) | 5.10 (mmol/L) | 1.68 (mmol/L) | | 151 (g/L) |
| Visit prior to Event | Enrollment * | 2005-01-28 (-12) | NA | 4.8 (mmol/L) | 5.1 (%) | 1.19 (mmol/L) | 4.64 (mmol/L) | 1.63 (mmol/L) | | 146 (g/L) |
| Final Study Visit * | Enrollment * | 2005-01-28 (-12) | NA | 4.8 (mmol/L) | 5.1 (%) | 1.19 (mmol/L) | 4.64 (mmol/L) | 1.63 (mmol/L) | | 146 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-01-28 (-12) | NA | 329 (x10E9/L) | 20.0 (x10E9/L)H | 11.00 (x10E9/L)H | 12 (IU/L) | 12 (IU/L) | 80 (umol/L) | 2.38 (mIU/L) | |
| Visit prior to Event | Enrollment * | 2005-01-28 (-12) | NA | 322 (x10E9/L) | 11.4 (x10E9/L) | 6.86 (x10E9/L) | 9 (IU/L) | 15 (IU/L) | 71 (umol/L) | 1.50 (mIU/L) | 13.2 (pmol/L) |
| Final Study Visit * | Enrollment * | 2005-01-28 (-12) | NA | 322 (x10E9/L) | 11.4 (x10E9/L) | 6.86 (x10E9/L) | 9 (IU/L) | 15 (IU/L) | 71 (umol/L) | 1.50 (mIU/L) | 13.2 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range, H=above normal range, NR=not recorded   * - unscheduled visit

2031

4

CONFIDENTIAL
AZSER12774704

**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00127E0008016

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2032

5

CONFIDENTIAL
AZSER12774705

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Subject identifier**
D1447C00127/E0008016

## Medication information:  Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-01-10 (-31)# | 2005-04-03 (53)# | Yes | IPRATROPIUM | 2 PUFFS | ASTHMA PRN |
| 2005-01-10 (-31)# | 2005-04-03 (53)# | Yes | SERETIDE MITE | 2 PUFFS | ASTHMA PRN |
| 2005-02-11 (2) | 2005-03-21 (40) | No | LITHIUM | 1200 MG | BPI |
| 2005-02-16 (7) | 2005-03-03 (22) | No | ARIPIPRAZOLE | 15 MG | BPI |
| 2005-03-04 (23) | 2005-04-03 (53)# | Yes | ARIPIPRAZOLE | 30 MG | BPI |
| 2005-03-04 (23) | 2005-04-03 (53)# | Yes | ESCITALOPRAM | 20 MG | BPI |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2033

6

CONFIDENTIAL
AZSER12774706

**START OF E NARRATIVE**

Subject identifier
D1447C00127/E0008029

Study phase-treatment during which event occurred
Randomized - PLACEBO 600

Narrative event
SAE, DAE

**Narrative event:**

Death:          No

SAE:            ABSCESS LIMB, DEPRESSION, PARANOIA, SUICIDAL IDEATION

DAE:            PARANOIA

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 39 | Male | Black | 107 | 2005-09-06 | 2005-12-21 | PLACEBO 600 | 2006-08-02 | Development of Study-Specific Discontinuation Criteria (mood event-depressed) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| 198 | 2005-12-22 | 2006-07-07 |

**Medical History:**

Current:        obesity, persistent cough, allergic to penicillin

Past:

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

1

2034

CONFIDENTIAL
AZSER12774707

**Subject identifier**
D1447C00127/E0008029

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 600

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| RD | PLACEBO 600 | 2006-03-07 (76) | 2006-03-26 (95) | ABSCESS LIMB(ABSCESS ON UPPER LEFT THIGH) | 9.1 | Resolved | No | No | Yes / {HO} | Severe |
| RD | PLACEBO 600 | 2006-03-15 (84) | NA | DYSPEPSIA(HEART BURN) | 9.1 | Continuing | No | No | No | Moderate |
| RD | PLACEBO 600 | 2006-03-15 (84) | NA | FATIGUE(FATIGUE) | 9.1 | Continuing | No | No | No | Severe |
| RD | PLACEBO 800 | 2006-05-10 (140) | NA | GASTROOESOPHAGEAL REFLUX DISEASE(ACID REFLUX) | 9.1 | Continuing | No | No | No | Moderate |
| RD | PLACEBO 700 | 2006-07-07 (198) | NA | DEPRESSION(INCREASED DEPRESSION) | 9.1 | Continuing | No | Yes | Yes / {HO} | |
| RD | PLACEBO 700 | 2006-07-07 (198) | NA | SUICIDAL IDEATION(SUICIDAL IDEATION) | 9.1 | Continuing | No | Yes | Yes / {HO} | |
| RD | PLACEBO 700 | 2006-07-07 (198) | 2006-07-17 (208) | PARANOIA(COCAINE-INDUCED PARANOIA) | 9.1 | Resolved | No | Yes | Yes / {HO} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2035

CONFIDENTIAL
AZSER12774708

| Subject identifier<br>D1447C00127/E0008029 | Study phase-treatment during which event occurred<br>Randomized - PLACEBO 600 | Narrative event<br>SAE, DAE |

**Descriptive text:**

{ABSCESS ON UPPER LEFT THIGH} A report was received from an investigator concerning a 40 year old male patient enrolled in study D1447C00127. A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included zolpidem tartrate for sleep. The patient began study drug on 06-SEP-2005 and experienced abscess on upper left thigh which started on 04-MAR-2006. The event was considered serious due to hospitalization. The patient is recovering. On follow-up received on 13-Jun-2006, the patient reported that the abscess was completely healed and that he no longer required any medication. The site reports that despite multiple attempts to obtain the patient's medical records, they had been unsuccessful. The investigator considered the event to be unrelated to the study therapy. Summary of follow-up information received by AstraZeneca on 13-Jun-2006: Event outcome: narrative updated.

{COCAINE-INDUCED PARANOIA, INCREASED DEPRESSIVE MOOD, SUICIDAL IDEATION} A report was received from an investigator concerning a 40-year-old male patient enrolled in study D1447C00127. A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included zolpidem for insomnia. The patient had a history of previous drug use. The patient began Depakote ER on 30-Aug-2005. The study drug was started on 06-Sep-2005. The patient experienced cocaine-induced paranoia, increased depressive mood, and suicidal ideation beginning 07-Jul-2006. He was noncompliant with his medications and he felt a paranoia that people were out to get him. He was treated with Seroquel and Depakote. The patient was discharged on 17-Jul-2006, and was not experiencing any paranoia or suicidal ideation at that time. But he did continue to have a mildly depressive mood. The patient also had auditory hallucinations. The events were considered serious due to hospitalization. The patient's condition is improving. The investigator considered the events to be unrelated to the study therapy.

3

2036

CONFIDENTIAL
AZSER12774709

**Narrative event** SAE, DAE

**Subject identifier** DI447C00127/E0008029

**Study phase-treatment during which event occurred** Randomized - PLACEBO 600

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-30 (-7) | NA | 4.2 (mmol/L) | 6.5 (%)H | 1.25 (mmol/L) | 3.44 (mmol/L) | 1.11 (mmol/L) | | 113 (g/L)L |
| Visit prior to Event | Randomization (V1) | 2005-12-22 (1) | PLACEBO 500 | 5.0 (mmol/L) | 6.2 (%)H | 1.70 (mmol/L) | 4.20 (mmol/L) | 1.14 (mmol/L) | | 128 (g/L)L |
| Visit of Event | V7 | 2006-03-14 (83) | PLACEBO 600 | 9.3 (mmol/L)H | 6.4 (%)H | 2.84 (mmol/L)H | 4.09 (mmol/L) | 0.88 (mmol/L)L | | 103 (g/L)L |
| Visit after Event | V8* | 2006-04-11 (111) | PLACEBO 700 | 4.4 (mmol/L) | 6.1 (%) | | | | | |
| Final Study Visit | V23 | 2006-08-02 (331) | NA | 5.3 (mmol/L) | 5.3 (%) | 0.95 (mmol/L) | 3.39 (mmol/L) | 1.27 (mmol/L) | | 112 (g/L)L |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-30 (-7) | NA | 219 (x10E9/L) | 5.6 (x10E9/L) | 4.48 (x10E9/L) | 11 (IU/L) | 20 (IU/L) | 71 (umol/L) | 0.78 (mIU/L) | 12.6 (pmol/L) |
| Visit prior to Event | Randomization (V1) | 2005-12-22 (1) | PLACEBO 500 | 119 (x10E9/L)L | 4.0 (x10E9/L)L | 2.76 (x10E9/L) | 14 (IU/L) | 18 (IU/L) | 71 (umol/L) | 0.97 (mIU/L) | 11.2 (pmol/L) |
| Visit of Event | V7 | 2006-03-14 (83) | PLACEBO 600 | 418 (x10E9/L) | 3.3 (x10E9/L)L | 2.55 (x10E9/L) | 22 (IU/L) | 34 (IU/L) | 115 (umol/L) | 3.99 (mIU/L) | 13.4 (pmol/L) |
| Visit after Event | V8* | 2006-04-11 (111) | PLACEBO 700 | | | | | | | 0.67 (mIU/L) | 12.6 (pmol/L) |
| Final Study Visit | V23 | 2006-08-02 (331) | NA | 237 (x10E9/L) | 4.6 (x10E9/L) | 2.62 (x10E9/L) | 12 (IU/L) | 17 (IU/L) | 91 (umol/L) | 1.80 (mIU/L) | 13.8 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range. H=above normal range. NR=not recorded   * - unscheduled visit

2037

4

CONFIDENTIAL
AZSER12774710

**Subject identifier**
D1447C00127/E0008029

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 600

**Narrative event**
SAE, DAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2038

CONFIDENTIAL
AZSER12774711

Narrative event
SAE, DAE

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 600

**Subject identifier**
D1447C00127/E0008029

## Medication information:  Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-08-31 (-6) | 2006-03-13 (82) | No | VALPROIC ACID | 1000 MG | MOOD STABILIZER |
| 2005-09-01 (-5) | 2006-08-06 (228)# | Yes | GUAIFENESIN | 2 TBLS | PERSISTENT COUGH PRN |
| 2005-09-13 (8) | 2006-08-06 (228)# | Yes | ZOLPIDEM | 10 MG | INSOMNIA-PRN |
| 2006-03-07 (76) | 2006-03-14 (83) | No | BACTRIM | 2 TABS | ABSCESS |
| 2006-03-07 (76) | 2006-03-31 (100) | No | PROCET /US/ | 1500 MG | PAIN SECONDARY TO ABSCESS |
| 2006-03-07 (76) | 2006-08-06 (228)# | Yes | IBUPROFEN | 3200 MG | PAIN SECONDARY TO ABSCESS |
| 2006-03-14 (83) | 2006-07-09 (200) | No | VALPROIC ACID | 2500 MG | BIPOLAR I |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2039

6

CONFIDENTIAL
AZSER12774712

Narrative event SAE

Study phase-treatment during which event occurred
Pre-Treatment - NA

**START OF E NARRATIVE**
Subject identifier
D1447C00127/E0010010

**Narrative event:**

Death:        No

SAE:          ASTHMA

DAE:          No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 19 | Female | Caucasian | 32 | 2004-07-20 | 2004-08-20 | NA | 2004-08-20 | Other (investigator decision due to patient non-compliance) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:        asthma, obesity

Past:

**Death information:**

Date of death:     No death

Cause of death:

Post-mortem:

2040

1

CONFIDENTIAL
AZSER12774713

**Subject identifier**
D1447C00127/E0010010

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2004-07-19 (-1) | 2004-07-20 (1) | ASTHMA(ACUTE EXACERBATION OF ASTHMA) | 9.1 | Resolved | No | No | Yes / {HO} | Severe |
| OL | QUETIAPINE 400 | 2004-08-20 (32) | NA | OTITIS MEDIA(OTITIS MEDIA) | 9.1 | Continuing | No | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2041

CONFIDENTIAL
AZSER12774714

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0010010 | Pre-Treatment - NA | SAE |

**Descriptive text:**

{ACUTE EXACERBATION OF ASTHMA} A report was received from an investigator concerning a 19-year-old female patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  Medical history included bipolar disorder, asthma, tobacco use, and marijuana use.  The patient was not randomized to study drug.  On 19-Jul-2004, at approximately 1530 the patient presented to the emergency room short of breath complaining of fever, sore throat, and productive cough with green sputum.  She reported a one-week history of a sore throat, but also experienced a headache, fever, wheezing, and dizziness 48 hours before admittance.  Although diagnosed with asthma since 1998, the patient reported no similar episodes of asthma exacerbation.  She was in possession of a prescription for albuterol inhaler since February 2004, but unable to finance the medication.  On examination her pulse was 140 beats per minute, temperature was 101.8 Fahrenheit, and oxygen saturation measured 92% on room air.    Her fever was treated with acetaminophen.  Methylprednisolone was administered and DuoNeb inhalation began.  Ongoing hypoxia prompted hospitalization.  Chest x-ray on admission showed no evidence of acute chest disease.  On 20-Jul-2004 albuterol inhalation was initiated for asthma as needed and intravenous Ceftriaxone and Azithromycin was administered for possible infection.  Valproic acid was also started for bipolar disorder.  Later in the day on 20-Jul-2004, the event was considered resolved and the patient was discharged on zithromycin.   The patient began trial therapy on 20-Jul-2004 and completed therapy on 20-Aug-2004.  The investigator and company physician considered the event of asthma attack to be unrelated to the study therapy.  Summary of follow up received on 20-Aug-2004:  Updated outcome, added event stop date, added diagnostic tests, added event/medical history, added investigator causality and updated narrative.

3

2042

CONFIDENTIAL
AZSER12774715

**Narrative event**
SAE

**Subject identifier**
D1447C00127/E0010010

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-07-13 (-6) | NA | | 5.4 (%) | 2.46 (mmol/L) | 5.41 (mmol/L)H | 0.85 (mmol/L)L | | 141 (g/L) |
| Visit prior to Event | Enrollment | 2004-07-13 (-6) | NA | | 5.4 (%) | 2.46 (mmol/L) | 5.41 (mmol/L)H | 0.85 (mmol/L)L | | 141 (g/L) |
| Visit after Event | V23 | 2004-08-20 (32) | QUETIAPINE 400 | | 5.6 (%) | 1.56 (mmol/L) | 5.72 (mmol/L)H | 0.83 (mmol/L)L | | 139 (g/L) |
| Final Study Visit | V23 | 2004-08-20 (32) | QUETIAPINE 400 | | 5.6 (%) | 1.56 (mmol/L) | 5.72 (mmol/L)H | 0.83 (mmol/L)L | | 139 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-07-13 (-6) | NA | 240 (x10E9/L) | 8.1 (x10E9/L) | 5.37 (x10E9/L) | 46 (IU/L)H | 28 (IU/L) | 71 (umol/L) | 2.06 (mIU/L) | 11.6 (pmol/L) |
| Visit prior to Event | Enrollment | 2004-07-13 (-6) | NA | 240 (x10E9/L) | 8.1 (x10E9/L) | 5.37 (x10E9/L) | 46 (IU/L)H | 28 (IU/L) | 71 (umol/L) | 2.06 (mIU/L) | 11.6 (pmol/L) |
| Visit after Event | V23 | 2004-08-20 (32) | QUETIAPINE 400 | 266 (x10E9/L) | 6.8 (x10E9/L) | 4.50 (x10E9/L) | 18 (IU/L) | 20 (IU/L) | 80 (umol/L) | 2.23 (mIU/L) | 14.1 (pmol/L) |
| Final Study Visit | V23 | 2004-08-20 (32) | QUETIAPINE 400 | 266 (x10E9/L) | 6.8 (x10E9/L) | 4.50 (x10E9/L) | 18 (IU/L) | 20 (IU/L) | 80 (umol/L) | 2.23 (mIU/L) | 14.1 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range, H=above normal range, NR=not recorded   * - unscheduled visit

4

2043

CONFIDENTIAL
AZSER12774716

**Subject identifier**
D1447C00127/E0010010

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Narrative event**
SAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2044

CONFIDENTIAL
AZSER12774717

**Subject identifier**
D1447C00127/E0010010

**Study phase-treatment during which event occurred**
Pre-Treatment - NA

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-07-19 (-1) | 2004-07-19 (-1) | No | IPRATROPIUM BROMIDE+SALBUTAMOL SULFATE | | ACUTE EXACERATION OF ASTHMA PRN |
| 2004-07-19 (-1) | 2004-07-19 (-1) | No | METHYLPREDNISOLONE | 500 MG | ACUTE EXACERBATION OF ASTHMA |
| 2004-07-19 (-1) | 2004-07-19 (-1) | No | PARACETAMOL | 500 MG | ACUTE EXACERBATION OF ASTHMA PRN |
| 2004-07-20 (1) | 2004-07-20 (1) | No | CEFTRIAXONE | 1 G | ACUTE EXACERBATION OF ASTHMA |
| 2004-07-20 (1) | 2004-07-25 (6) | No | AZITHROMYCIN | 500 MG | ACUTE EXACERBATION OF ASTHMA |
| 2004-07-20 (1) | 2004-09-19 (62)# | Yes | SALBUTAMOL | 180 MCG | ACUTE EXACERBATION OF ASTHMA |
| 2004-07-20 (1) | 2004-09-19 (62)# | Yes | VALPROIC ACID | 1500 MG | BIPOLAR DISORDER |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2045

6

CONFIDENTIAL
AZSER12774718

**START OF E NARRATIVE**

Subject identifier
D1447C00127/E0012009

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

Narrative event
SAE

**Narrative event:**

Death:            No

SAE:              CHOLELITHIASIS, ENCEPHALITIS VIRAL, HEAD INJURY

DAE:              No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 27 | Female | Caucasian | 64 | 2004-07-01 | 2004-09-02 | QUETIAPINE 500 | 2004-09-02 | Other (principal investigator believes medically compromised) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:        intermittent headache

Past:           intermittent bronchitis - chronic, intermittent anemia

**Death information:**

Date of death:    No death

Cause of death:

Post-mortem:

1

2046

CONFIDENTIAL
AZSER12774719

**Subject identifier**
D1447C00127/E0012009

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2004-06-30 (-1) | 2004-07-06 (6) | DRY MOUTH(DRY MOUTH) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 200 | 2004-07-02 (2) | 2004-07-05 (5) | HEADACHE(HEADACHE) | 9.1 | Resolved | No | No | No | Severe |
| OL | QUETIAPINE 400 | 2004-07-07 (7) | NA | DRY MOUTH(DRY MOUTH) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2004-07-12 (12) | 2004-07-14 (14) | SINUS HEADACHE(SINUS HEADACHE) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2004-07-24 (24) | 2004-07-26 (26) | SINUS HEADACHE(SECONDARY TO MENENGITIS SINUS HEADACHE) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 500 | 2004-07-26 (26) | NA | PARANASAL SINUS HYPERSECRETION(SINUS DRAINAGE) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 500 | 2004-07-28 (28) | 2004-08-04 (35) | ENCEPHALITIS VIRAL(VIRAL MENINGOENCEPHALITIS) | 9.1 | Resolved | No | No | Yes / {HO} | Severe |
| OL | QUETIAPINE 500 | 2004-08-03 (34) | 2004-08-04 (35) | HEAD INJURY(NON-SIGNIFICANT HEAD INJURY DUE TO FALL) | 9.1 | Resolved | No | No | Yes / {HO} | Severe |
| OL | QUETIAPINE 500 | 2004-08-23 (54) | 2004-08-26 (57) | CHOLELITHIASIS(CHOLELITHIASIS) | 9.1 | Resolved | No | No | Yes / {HO} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2047

CONFIDENTIAL
AZSER12774720

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0012009 | Open Label - QUETIAPINE 500 | SAE |

**Descriptive text:**

{CHOLELITHIASIS} A report was received from an investigator concerning a 28 year old female patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included lithium for bipolar disorder, ibuprofen for sinus headache, penciclovir for meningitis, metoclopramide hydrochloride for meningitis, ceftriaxone sodium for meningitis, pethidine hydrochloride for meningitis, diphenhydramine hydrochloride for meningitis and aciclovir sodium for herpes simplex. The patient had a history of cholelithiasis, viral meningoencephalitis and nonsignificant head injury due to fall. The patient began study drug on 06-JUL-2004 and experienced cholelithiasis which started on 23-AUG-2004. The event(s) were considered serious due to hospitalization. The patient recovered without sequelae. The investigator considered the event(s) to be unrelated to the study therapy.

{ENCEPHALITIS VIRAL, NON-SIGNIFICANT HEAD INJURY DUE TO FALL} A report was received from an investigator concerning a 28 year old female patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. The patient, who had bipolar disorder, received the first dose of study medication on 06-Jul-2004. On 28-Jul-2004, the patient presented to the emergency room with acute altered mental status, high fever, headache, vomiting, and dehydration. During hospital stay, serology testing revealed acute herpes simplex and meningoencephalitis requiring IV Zovirax along with hydration. Other viral serologies were normal or negative. White blood cell count was initially elevated, but normal at the time of discharge. Liver function and lithium levels were normal. Cholelithiasis was detected during an abdominal ultrasound on 30-Jul-2005. She did not have any acute cholangitis, cholecystitis, or choledocholithiasis with jaundice. Surgery was recommended as an elective procedure. It was noted that the patient was drug seeking and had a history of narcotic addiction. The pain medication was therefore discontinued. On 3-Aug-2005, the patient reported an unwitnessed fall with report of a head injury. She stated this occurred as she was getting out of bed to go to the bathroom (against medical advice). The patient was asymptomatic with normal vital signs. There was no hematoma or obvious trauma to the head noted. She underwent a CAT scan of the brain that did not reveal any evidence of a hematoma or structural damage. She was discharged from the hospital on 04-Aug-2004. At that time, she had a normal level of consciousness, was afebrile, and was able to tolerate food and PO medicine. The patient was instructed to take Famvir TID for ten days, or for a longer period as instructed at her one week follow-up appointment. She was also instructed to refrain from narcotic pain medication, smoking, and alcohol. The discharge diagnoses included: acute herpes simplex with viral meningoencephalitis; dehydration; altered mental status; acute headache; cholelithiasis; and nonsignificant head injury upon fall. The investigator considered the event of viral meningoencephalitis to be unrelated to study therapy. The company reviewing physician assessed the nonsignificant head injury as not related to study therapy.

2048

3

CONFIDENTIAL
AZSER12774721

**Narrative event** SAE

**Subject identifier**
D1447C00127/E0012009

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-06-30 (0) | NA | | 4.8 (%) | 1.38 (mmol/L) | 4.45 (mmol/L) | 1.53 (mmol/L) | | 144 (g/L) |
| Visit prior to Event | Enrollment | 2004-06-30 (0) | NA | | 4.8 (%) | 1.38 (mmol/L) | 4.45 (mmol/L) | 1.53 (mmol/L) | | 144 (g/L) |
| Visit after Event | S4 | 2004-08-18 (49) | QUETIAPINE 500 | | | | | | | 116 (g/L) |
| Final Study Visit | S4 | 2004-08-18 (49) | QUETIAPINE 500 | | | | | | | 116 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-06-30 (0) | NA | 297 (x10E9/L) | 10.9 (x10E9/L) | 7.38 (x10E9/L) | 14 (IU/L) | 19 (IU/L) | 62 (umol/L) | 0.56 (mIU/L) | 12.3 (pmol/L) |
| Visit prior to Event | Enrollment | 2004-06-30 (0) | NA | 297 (x10E9/L) | 10.9 (x10E9/L) | 7.38 (x10E9/L) | 14 (IU/L) | 19 (IU/L) | 62 (umol/L) | 0.56 (mIU/L) | 12.3 (pmol/L) |
| Visit after Event | S4 | 2004-08-18 (49) | QUETIAPINE 500 | 323 (x10E9/L) | 9.2 (x10E9/L) | 6.38 (x10E9/L) | | | | | |
| Final Study Visit | S4 | 2004-08-18 (49) | QUETIAPINE 500 | 323 (x10E9/L) | 9.2 (x10E9/L) | 6.38 (x10E9/L) | | | | | |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range. H=above normal range. NR=not recorded     * - unscheduled visit

2049

4

CONFIDENTIAL
AZSER12774722

Narrative event
SAE

**Subject identifier**
D1447C00127/E0012009

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2050

5

CONFIDENTIAL
AZSER12774723

**Subject identifier**
D1447C00127/E0012009

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

## Medication information:  Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-07-08 (8) | 2004-10-02 (94)# | Yes | LITHIUM | 900 MG | BIPOLAR DISORDER |
| 2004-07-28 (28) | 2004-07-28 (28) | No | ACICLOVIR | 15 MG | HERPES SIMPLEX |
| 2004-07-28 (28) | 2004-07-28 (28) | No | CEFTRIAXONE | 1 G | MENINGITIS PRN |
| 2004-07-28 (28) | 2004-07-28 (28) | No | METOCLOPRAMIDE | | MENINGITIS |
| 2004-07-28 (28) | 2004-07-28 (28) | No | PETHIDINE | 1 SHOT | MENINGITIS |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2051

6

CONFIDENTIAL
AZSER12774724

**START OF E NARRATIVE**

Subject identifier
D1447C00127/E0016010

Study phase-treatment during which event occurred
Off Treatment - NA

Narrative event
SAE

**Narrative event:**

Death:          No

SAE:            PLACENTA PRAEVIA

DAE:            No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 24 | Female | Caucasian | 61 | 2004-09-13 | 2004-11-12 | NA | 2004-11-22 | Other (pregnancy) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:        asthma, antsy legs

Past:           chronic otitis media, thyroid problem

**Death information:**

Date of death:  No death

Cause of death:

Post-mortem:

1

2052

CONFIDENTIAL
AZSER12774725

**Subject identifier**
D1447C00127/E0016010

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
SAE

Adverse event information:

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discontinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2004-09-13 (1) | 2004-10-30 (48) | BREAST DISCOMFORT(BREAST DISCOMFORT (NON-CARDIAC BREAST TENDERNESS OF SOFT TISSUE)) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 100 | 2004-09-13 (1) | 2004-11-14 (63) | SEDATION(SEDATION) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 300 | 2004-09-15 (3) | 2004-09-15 (3) | PYREXIA(FEVER) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2004-09-16 (4) | 2004-09-18 (6) | VOMITING(VOMITING) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2004-09-16 (4) | 2004-11-14 (63) | ABDOMINAL DISCOMFORT(ABDOMINAL DISCOMFORT) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 600 | 2004-09-20 (8) | NA | WEIGHT INCREASED(WEIGHT GAIN) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 500 | 2004-09-27 (15) | NA | FATIGUE(FATIGUE) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 500 | 2004-09-27 (15) | 2004-09-27 (15) | DIZZINESS(DIZZINESS) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 500 | 2004-10-04 (22) | 2004-10-30 (48) | NIGHTMARE(NIGHTMARES) | 9.1 | Resolved | No | No | No | Moderate |
| OffTrt | | 2004-11-18 (67) | 2004-11-18 (67) | DRUG EXPOSURE DURING PREGNANCY(DRUG EXPOSURE DURING PREGNANCY) | 9.1 | Resolved | No | No | No | Mild |
| OffTrt | | 2005-04-26 (226) | 2005-04-26 (226) | PLACENTA PRAEVIA(PLACENTA PREVIA (WITHOUT HEMORRHAGE)) | 9.1 | Resolved | No | No | Yes / {HOME} | Severe |

2

2053

CONFIDENTIAL
AZSER12774726

**Narrative event** SAE

**Subject identifier**
D1447C00127/E0016010

**Study phase-treatment during which event occurred**
Off Treatment - NA

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OffTrt | | 2005-04-26 (226) | 2005-04-26 (226) | PREMATURE BABY(PREMATURE BIRTH) | 9.1 | Resolved | No | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

3

2054

CONFIDENTIAL
AZSER12774727

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0016010 | Off Treatment - NA | SAE |

**Descriptive text:**

{PLACENTA PREVIA, DRUG EXPOSURE DURING PREGNANCY, PREMATURE BIRTH} A report was received from an investigator concerning a female patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Past medical history included smoker (1 pack per day), having one mixed drink per week, previous pregnancy resulted in normal vaginal delivery, and second pregnancy resulted in spontaneous miscarriage (unknown if caused by placenta previa). Concomitant drugs included valproate semisodium for bipolar disorder and salbutamol sulfate for asthma. The patient started study drug on 13-Sep-2004 and it was discontinued on 12-Nov-2004. At the time of the event, the patient was in the open label phase of the study and never entered the randomized phase. On 22-Nov-2005, the patient determined to be pregnant and was discontinued from the stabilization phase of the study (prior to S6). The due date was estimated for Jul-2005. On 05-Jul-2005, the study contacted the patient to determine the outcome of the pregnancy. At that time, the site learned that the patient had reported for an OB/GYN examination on 26-Apr-2005. During the visit, the patient was noted to be dilated several centimeters and she was sent to the hospital for evaluation. The obstetrician determined that the patient had experienced placenta previa at 26 weeks and was in active labor. A cesarean section was performed at that time and the patient delivered twin girls three months early. The patient recovered from the procedure without complications. Due to prematurity, the infants remained hospitalized and were discharge on 19-Jul-2005, once they have gained weight and have not experienced any health problems. The children currently weigh 5 lb. 3 oz.(birth weight 1 lb. 11 oz) and 5 lb. 6 oz.(birth weight 1 lb. 14 oz). Neither infant has a congenital anomaly or birth defect. The investigator and the company's physician considered the event "placenta previa" to be unrelated to the study drug. Summary of follow-up information received by AstraZeneca on 14-Jul-2004: provided the investigator's causality of No. Summary of follow-up information received by AstraZeneca on 18-Jul-2005: ticked medically important as serious criteria, added event stop date and outcome for the event of placenta previa and updated the narrative.

2055

4

CONFIDENTIAL
AZSER12774728

**Subject identifier**
D1447C00127/E0016010

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
SAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|
| Enrollment | Enrollment | 2004-09-08 (-4) | NA | | 5.4 (%) | 1.88 (mmol/L) | 5.21 (mmol/L)H | 2.07 (mmol/L) | | 152 (g/L) |
| Visit prior to Event | V23 | 2004-11-22 (71) | NA | 6.3 (mmol/L) | 4.9 (%) | 0.72 (mmol/L) | 3.34 (mmol/L)L | 1.50 (mmol/L) | | 133 (g/L) |
| Final Study Visit | V23 | 2004-11-22 (71) | NA | 6.3 (mmol/L) | 4.9 (%) | 0.72 (mmol/L) | 3.34 (mmol/L)L | 1.50 (mmol/L) | | 133 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|
| Enrollment | Enrollment | 2004-09-08 (-4) | NA | 289 (x10E9/L) | 9.2 (x10E9/L) | 4.77 (x10E9/L) | 15 (IU/L) | 20 (IU/L) | 62 (umol/L) | 0.97 (mIU/L) | 15.1 (pmol/L) |
| Visit prior to Event | V23 | 2004-11-22 (71) | NA | 303 (x10E9/L) | 9.7 (x10E9/L) | 6.09 (x10E9/L) | 14 (IU/L) | 20 (IU/L) | 71 (umol/L) | 0.86 (mIU/L) | 15.5 (pmol/L) |
| Final Study Visit | V23 | 2004-11-22 (71) | NA | 303 (x10E9/L) | 9.7 (x10E9/L) | 6.09 (x10E9/L) | 14 (IU/L) | 20 (IU/L) | 71 (umol/L) | 0.86 (mIU/L) | 15.5 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

5

2056

CONFIDENTIAL
AZSER12774729

| Subject identifier | | Study phase-treatment during which event occurred | | Narrative event |
| D1447C00127/E0016010 | | Off Treatment - NA | | SAE |

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2057

6

CONFIDENTIAL
AZSER12774730

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Subject identifier**
D1447C00127/E0016010

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 1990-07-01 (-5188) | 2004-12-12 (91)# | Yes | SALBUTAMOL | 2 PUFFS | ASTHMA-PRN |
| 2004-11-15 (64) | 2004-12-12 (91)# | Yes | HYDROXYZINE | 200 MG | BIPOLAR DISORDER |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2058

7

CONFIDENTIAL
AZSER12774731

Narrative event
SAE, DAE

**START OF E NARRATIVE**
Subject identifier
D1447C00127/E0020028

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

**Narrative event:**

Death:                No

SAE:                  PNEUMONIA

DAE:                  RESTLESS LEGS SYNDROME, TREMOR, VOMITING

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 42  | Male | Caucasian | 144 | 2004-06-03 | 2004-10-24 | QUETIAPINE 800 | 2004-11-23 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:        gastroesophageal reflux, mild, chronic back pain, environmental allergies

Past:

**Death information:**

Date of death:       No death

Cause of death:

Post-mortem:

1

2059

CONFIDENTIAL
AZSER12774732

**Subject identifier**
DI447C00127/E0020028

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE:800

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2004-06-04 (2) | NA | ALLERGIC SINUSITIS(ALLERGIC SINUSITIS) | 9.1 | Continuing | No | No | No | Moderate |
| OL | QUETIAPINE 500 | 2004-06-21 (19) | 2004-06-29 (27) | POST-TRAUMATIC PAIN(POST-TRAUMATIC PAIN (R) INDEX DISTAL PHALANGE) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 500 | 2004-06-21 (19) | 2004-07-10 (38) | INFLAMMATION(POST-TRAUMATIC INFLAMMATION (R) INDEX DISTAL PHALANGE) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 600 | 2004-07-21 (49) | 2004-10-28 (148) | TREMOR(BILATERAL HAND TREMORS) | 9.1 | Resolved | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 600 | 2004-07-26 (54) | 2004-07-30 (58) | TOOTH ABSCESS(LOWER RIGHT TOOTH ABSCESS) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 800 | 2004-09-20 (110) | 2004-09-23 (113) | CHEST PAIN(CHEST PAINS (UNKNOWN ORIGIN)) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 800 | 2004-09-20 (110) | 2004-10-22 (142) | PNEUMONIA(PNEUMONIA) | 9.1 | Resolved | No | No | Yes / {HO} | Severe |
| OL | QUETIAPINE 800 | 2004-09-21 (111) | 2004-10-28 (148) | RESTLESS LEGS SYNDROME(RESTLESS LEGS (UNKNOWN ETIOLOGY)) | 9.1 | Resolved | No | Yes | No | Moderate |
| OL | QUETIAPINE 800 | 2004-09-25 (115) | 2004-10-26 (146) | VOMITING(VOMITING) | 9.1 | Resolved | No | Yes | No | Mild |
| OL | QUETIAPINE 800 | 2004-09-25 (115) | 2004-10-28 (148) | COUGH(PAROXISMAL DRY COUGH) | 9.1 | Resolved | No | No | No | Moderate |
| OffTrt | | 2004-11-02 (153) | NA | ANGINA PECTORIS(ANGINA PECTORIS) | 9.1 | Continuing | No | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2060

CONFIDENTIAL
AZSER12774733

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0020028 | Open Label - QUETIAPINE 800 | SAE, DAE |

**Descriptive text:**

{PNEUMONIA}   A report was received from an investigator concerning a 43-year-old male patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.   Concomitant drugs included valproate semisodium for bipolar disorder, Guaifenex (for allergies, fluticasone propionate for environmental allergies, loratadine for environmental allergies, metaxalone for back pain, ibuprofen for back pain, esomeprazole for acid reflux, multivitamins for nutritional supplement, acetaminophen for headaches, an unspecified "BC powder" for headaches, tizanidine hydrochloride for back pain, clonazepam for restless legs, acetylsalicylic acid, glyceryl trinitrate and tramadol.   The patient had a history of gastrointestinal reflux disease (GERD), hepatitis C, mild chronic back pain, headaches, smokeless tobacco use, chronic sinusitis, environmental allergies to dust and pollen and drug abuse. The patient reported no known drug allergies.   The patient began blinded study drug on 03-JUN-2004. On 20-SEP-2004, the patient went to the emergency department with a fever, severe cough, and shortness of breath at rest. He reported an eight-month history of sinusitis with a heavy early morning cough, which produced greenish yellow sputum tinged with blood. Vital signs were a temperature of 103.3 degrees Fahrenheit, respiratory rate of 19, blood pressure of 140/88 mmHg, and an oxygen saturation level of 90 percent on room air. The patient reported a generalized chest pain rated at a 2 to 3 on a 10-point pain scale as well as feeling lethargic. A bilateral decrease in air entry at the bases of his lungs and crepitations bilaterally (right greater than left) were present. Cardiomegaly and a systolic murmur of 1 to 2 out of 5 at the base of the heart were also noted. A portable chest x-ray revealed v ague densities in the left lung base and a prominent right pulmonary hilum and adenopathy cannot be excluded. A computerized tonography scan, which was limited due to a poor pulmonary arterial contrast bolus, revealed patchy hazy nodular infiltrates, with bibasilar atelectasis or scarring. The presence of shotty mediastinal lymphadenopathy with a small hilar lymph node was noted. Abnormal laboratory values included a mildly elevated alanine amino transferase (ALT), aspartate amino transferase (AST), white blood cell and neutrophil count.   Blood cultures were also obtained. In the emergency department, the patient was treated with acetaminophen (Tylenol) and intravenous fluids.   He was admitted with a diagnosis of pneumonia and received azithromycin intravenously and ceftriaxone intravenously. The white blood cell count returned to normal and blood cultures yielded no growth.   On 22-Sep-2004 he was discharged from the hospital.   New discharge medications included oral azithromycin, cephalexin and Klonopin (clonazepam).   In addition, the patient was also discharged on Flonase (fluticasone proprionate), Claritin (loratadine), aspirin, Skelaxin (metaxalone), tramadol, Nexium (esomeprazole magnesium), Depakote (Divalproex Sodium), and Seroquel (quetiapine fumarate).   The event was considered serious due to the criteria of hospitalization. The patient recovered on 22-SEP-2004. Therapy with Seroquel continued.   The investigator considered the event of pneumonia to be unrelated to the study therapy.   Summary of follow-up information received by AstraZeneca on 17-NOV-2004: added concomitant medication information, treatment details, and event stop date.   Summary of follow-up information received by AstraZeneca on 07-JAN-2004: added laboratory results, and treatment information.

3

2061

CONFIDENTIAL
AZSER12774734

**Subject identifier**
D1447C00127/E0020028

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

**Narrative event**
SAE, DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-05-26 (-7) | NA | | 5.3 (%) | 1.66 (mmol/L) | 4.82 (mmol/L) | 1.42 (mmol/L) | | 147 (g/L) |
| Visit prior to Event | S6 | 2004-08-25 (84) | QUETIAPINE 800 | | | | | | | 138 (g/L) |
| Visit after Event | V23 | 2004-11-23 (174) | NA | 5.2 (mmol/L) | 5.2 (%) | 1.53 (mmol/L) | 5.00 (mmol/L) | 1.37 (mmol/L) | | 170 (g/L) |
| Final Study Visit | V23 | 2004-11-23 (174) | NA | 5.2 (mmol/L) | 5.2 (%) | 1.53 (mmol/L) | 5.00 (mmol/L) | 1.37 (mmol/L) | | 170 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-05-26 (-7) | NA | 353 (x10E9/L) | 5.9 (x10E9/L) | 2.83 (x10E9/L) | 37 (IU/L) | 24 (IU/L) | 80 (umol/L) | 1.21 (mIU/L) | 12.5 (pmol/L) |
| Visit prior to Event | S6 | 2004-08-25 (84) | QUETIAPINE 800 | 332 (x10E9/L) | 4.5 (x10E9/L) | 1.93 (x10E9/L)L | | | | | |
| Visit after Event | V23 | 2004-11-23 (174) | NA | 404 (x10E9/L) | 5.6 (x10E9/L) | 3.00 (x10E9/L) | 63 (IU/L)H | 36 (IU/L) | 88 (umol/L) | 1.85 (mIU/L) | 16.3 (pmol/L) |
| Final Study Visit | V23 | 2004-11-23 (174) | NA | 404 (x10E9/L) | 5.6 (x10E9/L) | 3.00 (x10E9/L) | 63 (IU/L)H | 36 (IU/L) | 88 (umol/L) | 1.85 (mIU/L) | 16.3 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range. H=above normal range. NR=not recorded    * = unscheduled visit

2062

4

CONFIDENTIAL
AZSER12774735

Narrative event
SAE, DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

Subject identifier
D1447C00127E0020028

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2063

CONFIDENTIAL
AZSER12774736

**Narrative event**
SAE, DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

**Subject identifier**
D1447C00127/E0020028

## Medication information: Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 1977-07-01 (-9834) | 2004-11-23 (174)# | Yes | DIHYDROXYALUMINUM SODIUM CARBONATE | 6 TABS | ACID REFLUX (GERD) PRN |
| 1977-07-01 (-9834) | 2004-11-23 (174)# | Yes | PARACETAMOL | 2 TABS | HEADACHES PRN |
| 1977-07-01 (-9834) | 2004-11-23 (174)# | Yes | VINCENTS TABLETS | 1 PACK | HEADACHES PRN |
| 1990-07-01 (-5086) | 2004-11-23 (174)# | Yes | VITAMINS NOS | 1 TAB | PROPHYLAXIS |
| 2004-07-21 (49) | 2004-11-23 (174)# | Yes | ESOMEPRAZOLE | 40 MG | ACID REFLUX |
| 2004-07-26 (54) | 2004-09-30 (120) | No | METAXALONE | 400 MG | BACK PAIN |
| 2004-07-26 (54) | 2004-11-23 (174)# | Yes | IBUPROFEN | 1600 MG | BACK PAIN |
| 2004-07-26 (54) | 2004-11-23 (174)# | Yes | LORATADINE | 10 MG | ENVIRONMENTAL ALLERGIES |
| 2004-07-28 (56) | 2004-09-22 (112) | No | VALPROIC ACID | 2500 MG | BIPOLAR |
| 2004-08-24 (83) | 2004-09-20 (120) | No | ACETYLSALICYLIC ACID | 81 MG | PROPHYLAXIS - CARDIAC EVENT |
| 2004-08-24 (83) | 2004-11-23 (174)# | Yes | GLYCERYL TRINITRATE | 0.4 MG | CHEST PAIN |
| 2004-08-25 (84) | 2004-09-22 (112) | No | RESPAIRE-SR-120 | 2 TABS | ALLERGIC SINUSITIS |
| 2004-08-25 (84) | 2004-11-23 (174)# | Yes | FLUTICASONE | 2 SPRAYS | ENVIRONMENTAL ALLERGIES |
| 2004-09-13 (103) | 2004-09-27 (117) | No | TRAMADOL | 50 MG | PAIN - BACK |
| 2004-09-13 (103) | 2004-11-23 (174)# | Yes | OTHER NUTRIENTS | 0.65 % | ALLERGIC SINUSITIS |
| 2004-09-20 (110) | 2004-09-22 (112) | No | AZITHROMYCIN | | PNEUMONIA |
| 2004-09-20 (110) | 2004-09-22 (112) | No | CEFTRIAXONE | | PNEUMONIA |
| 2004-09-23 (113) | 2004-09-23 (113) | No | AZITHROMYCIN | 500 MG | PNEUMONIA |
| 2004-09-23 (113) | 2004-09-30 (120) | No | CEFALEXIN | 1000 MG | PNEUMONIA |
| 2004-09-23 (113) | 2004-09-30 (120) | No | CLONAZEPAM | 1.5 MG | RESTLESS LEGS |
| 2004-09-23 (113) | 2004-10-24 (144) | No | VALPROIC ACID | 2000 MG | BIPOLAR |
| 2004-09-24 (114) | 2004-09-28 (118) | No | AZITHROMYCIN | 250 MG | PNEUMONIA |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2064

6

CONFIDENTIAL
AZSER12774737

**START OF E NARRATIVE**
Subject identifier
D1447C00127/E0024007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Narrative event
SAE, DAE

**Narrative event:**

Death:           No
SAE:             CELLULITIS
DAE:             SOMNOLENCE

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|------------------------|
| 41 | Male | Caucasian | 162 | 2004-07-14 | 2004-12-22 | QUETIAPINE 400 | 2004-12-22 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:         diabetes, neurotic excoriations, anemia

Past:

**Death information:**

Date of death:       No death

Cause of death:

Post-mortem:

1

2065

CONFIDENTIAL
AZSER12774738

**Subject identifier**
D1447C00127/E0024007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon- tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 600 | 2004-07-19 (6) | 2004-12-10 (150) | SOMNOLENCE(SOMNOLENCE) | 9.1 | Resolved | Yes | Yes | No | Severe |
| OL | QUETIAPINE 600 | 2004-07-21 (8) | NA | WEIGHT INCREASED(WEIGHT GAIN) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 600 | 2004-08-04 (22) | 2004-10-01 (80) | DYSARTHRIA(SLURRED SPEECH) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 600 | 2004-09-23 (72) | NA | DRY MOUTH(DRY MOUTH) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2004-11-08 (118) | 2004-12-09 (149) | CELLULITIS(CELLULITIS OF HANDS AND ARMS) | 9.1 | Resolved | No | No | Yes / {HO} | Moderate |
| OL | QUETIAPINE 400 | 2004-12-21 (161) | NA | JOINT SPRAIN(SPRAINED LEFT WRIST) | 9.1 | Continuing | No | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2066

CONFIDENTIAL
AZSER12774739

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0024007 | Open Label - QUETIAPINE 400 | SAE, DAE |

**Descriptive text:**

{CELLULITIS OF HANDS AND ARMS} A report was received from an investigator concerning a 42-year-old male patient enrolled in study D1447C00127, A double-blind, Phase III comparison of the efficacy and safety of quetiapine fumarate to placebo when used as adjunct to mood stabilizers (lithium or divalproex) in the maintenance treatment of bipolar I disorder in adult patients. The patient's medical history is significant for diabetes, neurotic excoriations, and anemia. Concomitant medications included insulin lispro for diabetes, insulin glargine for diabetes, and valproate semisodium for bipolar disorder. The patient, who had a bipolar disorder, received the first dose of Seroquel (quetiapine), 400 mg PO daily, on 14-Jul-2004. On 08-Nov-2004, after almost 17 weeks of trial therapy, the patient experienced a number of open cuts on his hands and arms from disassembling computers at work and using steel wool to clean wooden doors. Some of the metal filings form the steel wool remained in the cuts, although the patient tried to remove them. The cuts subsequently became infected. On 09-Nov-2004 he went to the hospital, as his hands had begun to swell and become painful. Physical examination at admission was notable for multiple cellulitic lesions extending across the posterior surface of both arms up to the elbow and in various stages of infection. The patient was afebrile. A chest x-ray was performed and was unremarkable. In addition, x-rays of the right and left hands showed no evidence of osteomyelitis. He was admitted and treated with IV antibiotics (vancomycin and Zosyn) and a topical cream (Silvadene). Morphine sulfate was given for pain. Wound cultures eventually yielded Staphylococcus aureus (not methicillin resistant), which was sensitive to Levaquin. He was discharged on 11-Nov-2004. Discharge medications included Levaquin for treatment of the cellulitis, and morphine sulfate for pain. Diagnoses at discharge included bilateral hand and bilateral arm cellulitis with some open ulcerations, felt to be secondary to trauma. On follow-up, his medications were changed to Keflex and silver sulfadiazine cream. The event resolved on 09-Dec-2004. Study medication was continued during his hospitalization and the patient remains in the study. The investigator considered the event to be unrelated to study therapy. Summary of follow-up information received by AstraZeneca 20-Dec-2004. Added date of event resolution and hospital course.

3

2067

CONFIDENTIAL
AZSER12774740

Subject identifier
D1447C00127/E0024007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Narrative event
SAE, DAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Visit prior to Event | S6 | 2004-09-29 (78) | QUETIAPINE 600 | 4.7 (mmol/L) | 10.6 (%)H | | | | | 121 (g/)L |
| Visit after Event | S9 | 2004-12-22 (162) | QUETIAPINE 400 | 13.9 (mmol/L)H | | 1.11 (mmol/L) | 4.82 (mmol/L) | 1.92 (mmol/L) | | |
| Final Study Visit | S9 | 2004-12-22 (162) | QUETIAPINE 400 | 13.9 (mmol/L)H | | 1.11 (mmol/L) | 4.82 (mmol/L) | 1.92 (mmol/L) | | |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Visit prior to Event | S6 | 2004-09-29 (78) | QUETIAPINE 600 | 166 (x10E9/L) | 5.9 (x10E9/L) | 2.20 (x10E9/L) | | | | | |
| Visit after Event | S9 | 2004-12-22 (162) | QUETIAPINE 400 | | | | 26 (IU/L) | 20 (IU/L) | 88 (umol/L) | 0.89 (mIU/L) | 13.8 (pmol/L) |
| Final Study Visit | S9 | 2004-12-22 (162) | QUETIAPINE 400 | | | | 26 (IU/L) | 20 (IU/L) | 88 (umol/L) | 0.89 (mIU/L) | 13.8 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

2068

4

CONFIDENTIAL
AZSER12774741

Narrative event
SAE, DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Subject identifier
D1447C00127/E0024007

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2069

5

CONFIDENTIAL
AZSER12774742

Narrative event
SAE, DAE

**Subject identifier**
D1447C00127/E0024007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-06-13 (-31)# | 2005-01-21 (192)# | Yes | INSULIN GLARGINE | 35 CC | DIABETES |
| 2004-06-13 (-31)# | 2005-01-21 (192)# | Yes | INSULIN LISPRO | SLIDING SCALE | DIABETES |
| 2004-10-13 (92) | 2005-01-21 (192)# | Yes | VALPROIC ACID | 1500 MG | BIPOLAR |
| 2004-11-09 (119) | 2004-11-14 (124) | No | MORPHINE | 15 MG | PAIN / HANDS |
| 2004-11-10 (120) | 2004-11-10 (120) | No | PIP/TAZO | | CELLULITIS |
| 2004-11-10 (120) | 2004-11-10 (120) | No | VANCOMYCIN | | CELLULITIS |
| 2004-11-12 (122) | 2004-11-19 (129) | No | LEVOFLOXACIN | 500 MG | INFECTION HANDS CELLULITIS |
| 2004-11-19 (129) | 2004-11-23 (133) | No | CEFALEXIN | 500 MG | INFECTION HANDS CELLULITIS |
| 2004-11-19 (129) | 2004-12-09 (149) | No | SULFADIAZINE | 10 MG | INFECTION HANDS CELLULITIS |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2070

6

CONFIDENTIAL
AZSER12774743

**START OF E NARRATIVE**

Narrative event
SAE, DAE

**Subject identifier**
D1447C00127/E0025007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event:**

Death:              No

SAE:                CELLULITIS, OBSTRUCTIVE CHRONIC BRONCHITIS WITH ACUTE EXACERBATION

DAE:                OBSTRUCTIVE CHRONIC BRONCHITIS WITH ACUTE EXACERBATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 54 | Male | Caucasian | 115 | 2005-03-23 | 2005-07-15 | QUETIAPINE 400 | 2006-07-06 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| 351 | 2005-07-16 | 2006-07-01 |

**Medical History:**

Current:            edema both legs, eczema both lower legs, occasional headaches, venous insufficiency, lumbo sacral disc disease, history of copd

Past:               cellulitis

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

1

2071

CONFIDENTIAL
AZSER12774744

**Narrative event**
SAE, DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Subject identifier**
D1447C00127/E0025007

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 300 | 2005-03-25 (3) | 2005-04-05 (14) | SOMNOLENCE(DROWSINESS) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-04-30 (39) | 2005-05-05 (44) | CELLULITIS(CELLULITIS) | 9.1 | Resolved | No | No | Yes / {HO} | Moderate |
| OL | QUETIAPINE 400 | 2005-05-02 (41) | 2005-05-04 (43) | HEADACHE(HEADACHE) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-05-17 (56) | 2005-07-15 (115) | WEIGHT INCREASED(WEIGHT GAIN) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-06-01 (71) | 2005-07-01 (101) | CELLULITIS(CELLULITIS) | 9.1 | Resolved | No | No | No | Moderate |
| RD | QUETIAPINE 400 | 2006-01-20 (189) | NA | MUSCLE TWITCHING(OCCASIONAL MUSCLE TWITCHES) | 9.1 | Continuing | Yes | No | No | Mild |
| RD | QUETIAPINE 400 | 2006-03-01 (229) | NA | URINARY INCONTINENCE(INCONTINENCE OF URINE) | 9.1 | Continuing | No | No | No | Moderate |
| RD | QUETIAPINE 400 | 2006-07-01 (351) | NA | GASTROOESOPHAGEAL REFLUX DISEASE(GERD) | 9.1 | Continuing | No | No | No | Mild |
| RD | QUETIAPINE 400 | 2006-07-01 (351) | NA | CARDIAC FAILURE CONGESTIVE(CONGESTIVE HEART FAILURE) | 9.1 | Continuing | No | No | No | Moderate |
| RD | QUETIAPINE 400 | 2006-07-01 (351) | 2006-08-09 (390) | OBSTRUCTIVE CHRONIC BRONCHITIS WITH ACUTE EXACERBATION(OBSTRUCTIVE CHRONIC BRONCHITIS WITH ACUTE EXACERBATION) | 9.1 | Resolved | No | Yes | Yes / {HO} | Severe |
| OffTrt | | 2006-07-02 (352) | NA | FUNGAL INFECTION(FUNGAL INFECTION) | 9.1 | Continuing | No | No | No | Mild |
| OffTrt | | 2006-07-02 (352) | NA | SLEEP APNOEA SYNDROME(SLEEP APNEA) | 9.1 | Continuing | No | No | No | Mild |

2

2072

CONFIDENTIAL
AZSER12774745

Subject identifier
D1447C00127/E0025007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Narrative event
SAE, DAE

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OffTrt | | 2006-07-02 (352) | NA | HYPOTHYROIDISM(HYPOTHYROIDIS M) | 9.1 | Continuing | No | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2073

3

CONFIDENTIAL
AZSER12774746

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0025007 | Open Label - QUETIAPINE 400 | SAE, DAE |

## Descriptive text:

{CELLULITIS} A report was received from an investigator concerning a 54-year-old male patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  Concomitant drugs included Lasix for cellulitis, lithium, Percocet, acetylsalicylic acid and ibuprofen.  The patient had a history of cellulitis to legs, edema of legs, eczema of lower legs, occasional headaches, obesity, chronic pain due to back problems, hypertension, chronic airway obstruction, lumbosacral disc disease, venous insufficiency, structural brain problems and smoked one to two packs of cigarettes daily.  The patient began study drug on 23-MAR-2005 and experienced cellulitis on 27-APR-2005. On 01-MAY-2005 the patient was admitted to the hospital due to cellulitis flare-up. The patient presented to the emergency room with pain, swelling, redness and warmth of his extremities. Blood tests were unremarkable except for an elevated white count. The patient received Percocet for pain and intravenous antibiotics. The patient's legs improved somewhat. The patient was described as being unruly and difficult to manage. He would sleep all day and be up all night. Psychiatry was consulted, and adjusted his medications. There was an attempt to transfer the patient to psychiatry, but he would not go. Because of an outburst, the patient was taken out of the hospital by security. Therapy with the study drug and lithium was continued. On 05-MAY-2005 the event resolved and the patient was considered recovering and was discharged from the hospital.  The event was considered serious due to the patient being hospitalized. The patient's condition was improving.   The investigator considered the event to be unrelated to the study therapy.

{OBSTRUCTIVE CHRONIC BRONCHITIS WITH ACUTE EXACERBATION} A report was received from an investigator concerning a 56 year old male patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  The patient had a history of edema both legs, eczema both legs, obesity, chronic airway obstruction, hypertension, tobacco use, lumbar and lumbosacral disc disease, venous insufficiency, cellulitis, chronic obstructive pulmonary disease, occasional headaches, and cellulitis both legs.  The patient was admitted 01 July 2006 with difficulty breathing, and was diagnosed with bronchitis and pneumonia.  Arterial blood gases obtained on 02 July 2006 revealed pH 7.11, pCO2 118.3, pO2 170.5 and O2 saturation of 98.4% on FIO2 95%.  He required intubation on 02 July 2006, antibiotics and medical management, and was admitted to the ICU.  A sputum culture obtained on 02 July 2006 revealed normal respiratory flora.  A bronchial wash culture obtained on 05 July 2006 revealed no growth.  Study medication and lithium were stopped on the day of admission.  The patient did not get depressed or manic.  The PI started 600mg lithium AM and 900mg lithium PM on 06 July 2006.  Arterial blood gases obtained on 07 July 2006 revealed pH 7.41, pCO2 54.3, pO2 94.5 and O2 saturation of 97.1% on FIO2 70%.  WBC count during the hospitalization was at a high of 20.4 k/ul on 13 July 2006, and down to 15.8 k/ul on 21 July 2006.   The patient was reintubated on 10 July 2006 and extubated on 13 July 2006.  Blood cultures were positive for coagulase-negative Staph, and the catheter tip from a central line grew Pseudomonas.  During the hospitalization the patient was treated with methylprednisolone, levofloxacin, azithromycin, ceftriaxone, clindamycin, piperacillin, tazobactam, and vancomycin.  His cent ral line and PICC line were removed, and his WBC decreased.  A two week course of IV therapy for the coagulase-negative Staph bacteremia was prescribed.   He was also treated for obstructive sleep apnea and began using a CPAP machine after being weaned off of the ventilator. He stabilized and was evaluated for acute rehabilitation.  The patient recovered from bronchitis and pneumonia, and was  discharged on 09 August 2006 to a nursing home for rehabilitation as he was in need of nursing care on a continual basis.   The patient recovered/resolved with sequelae.  Initially, in absence of investigator causality, the company physician considered the event to be unrelated to the study therapy.  On follow-up the investigator considered the event to be unrelated to study therapy.

2074

4

CONFIDENTIAL
AZSER12774747

**Subject identifier**
D1447C00127/E0025007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE, DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-03-16 (-7) | NA | 5.5 (mmol/L) | 5.4 (%) | 0.73 (mmol/L) | 3.08 (mmol/L)L | 1.32 (mmol/L) | | 124 (g/L)L |
| Visit prior to Event | S4 | 2005-04-19 (28) | QUETIAPINE 400 | | | | | | | 145 (g/L) |
| Visit after Event | S5 | 2005-05-17 (56) | QUETIAPINE 400 | | | | | | | 147 (g/L) |
| Final Study Visit | V14 | 2006-04-18 (277) | QUETIAPINE 400 | | 5.0 (%) | 2.20 (mmol/L) | 3.94 (mmol/L) | 0.96 (mmol/L)L | | 146 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-03-16 (-7) | NA | 276 (x10E9/L) | 5.2 (x10E9/L) | 3.27 (x10E9/L) | 23 (IU/L) | 23 (IU/L) | 80 (umol/L) | 2.91 (mIU/L) | 12.5 (pmol/L) |
| Visit prior to Event | S4 | 2005-04-19 (28) | QUETIAPINE 400 | 232 (x10E9/L) | 5.5 (x10E9/L) | 3.73 (x10E9/L) | | | | | |
| Visit after Event | S5 | 2005-05-17 (56) | QUETIAPINE 400 | 296 (x10E9/L) | 5.4 (x10E9/L) | 3.67 (x10E9/L) | | | | | |
| Final Study Visit | V14 | 2006-04-18 (277) | QUETIAPINE 400 | 229 (x10E9/L) | 7.1 (x10E9/L) | 5.28 (x10E9/L) | 21 (IU/L) | 17 (IU/L) | 88 (umol/L) | 5.64 (mIU/L)H | 8.8 (pmol/L)L |

Visit prior and visit after event is relative to the first narrative event.      L=below normal range, H=above normal range, NR=not recorded      * - unscheduled visit

5

2075

CONFIDENTIAL
AZSER12774748

Narrative event
SAE, DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Subject identifier
D1447C00127/E0025007

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2076

6

CONFIDENTIAL
AZSER12774749

Narrative event
SAE, DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Subject identifier**
D1447C00127/E0025007

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-03-31 (9) | 2005-07-14 (114) | No | LITHIUM | 1500 MG | BIPOLAR DISORDER |
| 2005-04-30 (39) | 2005-05-05 (44) | No | CIPROFLOXACIN | 1000 MG | CELLULITIS |
| 2005-05-01 (40) | 2005-05-01 (40) | No | OXYCODONE | 1 TAB | PAIN DUE TO CELLULITIS |
| 2005-05-01 (40) | 2005-05-04 (43) | No | LEVOFLOXACIN | 750 MG | CELLULITIS |
| 2005-05-02 (41) | 2005-05-02 (41) | No | IBUPROFEN | 1600 MG | HEADACHE |
| 2005-05-02 (41) | 2005-05-02 (41) | No | OXYCODONE | 3 TAB | PAIN DUE TO CELLULITIS |
| 2005-05-02 (41) | 2005-05-04 (43) | No | ACETYLSALICYLIC ACID | 325 MG | CARDIAC PROPHYLAXIS |
| 2005-05-03 (42) | 2005-05-03 (42) | No | IBUPROFEN | 2400 MG | HEADACHE |
| 2005-05-03 (42) | 2005-05-03 (42) | No | OXYCODONE | 4 TABS | PAIN DUE TO CELLULITIS |
| 2005-05-03 (42) | 2005-05-03 (42) | No | POTASSIUM | 30 MEQ | PROPHYLAXIS USE DUE TO FUROSEMIDE PRESCRIBED FOR EDEMA DUE TO CELLULITIS |
| 2005-05-03 (42) | 2005-05-04 (43) | No | FUROSEMIDE | 80 MG | EDEMA DUE TO CELLULITIS |
| 2005-05-04 (43) | 2005-05-04 (43) | No | IBUPROFEN | 1600 MG | HEADACHE |
| 2005-05-04 (43) | 2005-05-04 (43) | No | OXYCODONE | 1 TAB | PAIN DUE TO CELLULITIS |
| 2005-05-04 (43) | 2005-05-04 (43) | No | POTASSIUM | 20 MEQ | PROPHYLAXIS USE DUE TO FUROSEMIDE PRESCRIBED FOR EDEMA DUE TO CELLULITIS |
| 2005-05-05 (44) | 2005-05-05 (44) | No | OXYCODONE | 2 TABS | PAIN DUE TO CELLULITIS |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

7

2077

CONFIDENTIAL
AZSER12774750

## START OF E NARRATIVE

**Subject identifier**
D1447C00127/E0026036

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event:**

Death: No

SAE: GASTROOESOPHAGEAL REFLUX DISEASE

DAE: HYPOTRICHOSIS

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 53 | Female | Caucasian | 84 | 2005-09-27 | 2005-12-19 | QUETIAPINE 400 | 2005-12-20 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current: hypertension 2002, osteoarthritis 1990, irritable bowel syndrome 1985, hypercholesterolemia 1998, peri-menopause 2004, lower back pain 1995, bilateral carpal tunnel 1995, obesity 1971

Past: peptic ulcer 2000, appendicitis 1982, cholecystitis 1982, migraine headaches 1974 3/2005, hernia 1995

**Death information:**

Date of death: No death

Cause of death:

Post-mortem:

2078

1

CONFIDENTIAL
AZSER12774751

**Subject identifier**
D1447C00127/E0026036

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2005-09-30 (4) | 2005-11-18 (53) | SEDATION(SEDATION) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 200 | 2005-10-05 (9) | NA | COORDINATION ABNORMAL(ALAXIA) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-10-15 (19) | NA | TREMOR(BILATERAL HAND TREMORS) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-10-15 (19) | 2005-11-20 (55) | GASTROOESOPHAGEAL REFLUX DISEASE(GASTROESOPHAGEAL REFLUX DISEASE) | 9.1 | Resolved | No | No | Yes / {HO} | Moderate |
| OL | QUETIAPINE 400 | 2005-10-16 (20) | 2005-10-23 (27) | NON-CARDIAC CHEST PAIN(CHEST PAIN (NON-CARDIAC)) | 9.1 | Resolved | No | No | No | Severe |
| OL | QUETIAPINE 400 | 2005-10-16 (20) | 2005-10-23 (27) | DYSPNOEA(SHORTNESS OF BREATH) | 9.1 | Resolved | No | No | No | Severe |
| OL | QUETIAPINE 400 | 2005-10-22 (26) | NA | DYSGEUSIA(METALIC TASTE) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-11-01 (36) | NA | HYPOTRICHOSIS(THINNING OF HAIR) | 9.1 | Continuing | Yes | Yes | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2079

CONFIDENTIAL
AZSER12774752

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
| --- | --- | --- |
| D1447C00127/E0026036 | Open Label - QUETIAPINE 400 | SAE, DAE |

**Descriptive text:**

{GASTROESOPHAGEAL REFLUX DISEASE} A report was received from an investigator concerning a 53-year-old female patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included valproate semisodium, calcium/magnesium for mineral supplementation, acetylsalicylic acid for cardiac prophylaxis, naproxen for osteoarthritis, medroxyprogesterone acetate for peri-menopause, estradiol for peri-menopause, atenolol for hypertension, lovastatin for hypercholesterolemia, bupropion hydrochloride for bipolar I, omeprazole for GERD, hydrocodone for osteoarthritis and quetiapine fumarate for bipolar I. The patient had a history of obesity, essential hypertension, hypercholesterolemia, bipolar i, esophageal reflux disease, osteoarthritis, peptic ulcer, irritable bowel syndrome, migraine headaches, perimenopause, low back pain, appendicitis, appendectomy, cholecystitis, cholecystectomy, ventral hernia repair, bilateral carpal tunnel release and tubal ligation. The patient began open-label treatment with Seroquel, 400 mg once a day orally, on 27-Sep-2005. On 16-Oct-2005, the patient experienced chest tightness and substernal pressure associated with shortness of breath. The symptoms occurred while at rest and lasted about one hour. On 17-OCT-2005 the patient was taken to a local emergency room due to continuing episodes of chest pressure, shortness of breath, occasional diaphoresis and pain radiating to the right arm. The patient was admitted for observation. In the emergency room the patient was found to be alert with normal mentation. The patient had no shortness of breath at rest, denied cough, fever and abdominal pain. The patient was given sublingual nitroglycerin, placed on nitroglycerin drip and the pain resolved. Blood pressure was 131/65 mm/Hg, pulse was 77, respirations 18, temperature 96. Oxygen saturation on room air was 98%. Troponin I level was 0.01 ng/mL, creatine kinase levels were within normal limits of 142 to 161, and D-dimer was undetectable. An electrocardiogram and chest x-ray were reported as normal. An adenosine stress/rest study revealed a moderate partially reversible perfusion defect in the mid to distal anterior wall and an ejection fraction of 70%. The patient was discharged on 19-Oct-2005. On 20-OCT-2005 the patient was seen by a cardiologist as an outpatient and was considered recovered. On 25-OCT-2005 underwent a cardiac catheterization. This revealed normal coronaries and left ventricular function. It was felt that the patient's pain was not cardiac in origin. On 26-OCT-2005 during follow up the patient denied any chest pain, but reported occasional heartburn. The patient was given a prescription for omeprazole, advised to discontinue Naprosyn, take hydrocodone for pain, and lose weight. The patient was given teaching materials regarding the disease process and treatment of heartburn. The event was considered serious due to the patient being hospitalized. No action was taken with study drug in response to the event. The investigator considered the event to be unrelated to the study therapy. Summary of follow-up information received by AstraZeneca 15-Feb-2006: Outcome, stop date and start date updated.

3

2080

CONFIDENTIAL
AZSER12774753

**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00127/E0026036

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-09-20 (-6) | NA | 4.9 (mmol/L) | 5.8 (%) | 3.08 (mmol/L)H | 5.26 (mmol/L)H | 1.19 (mmol/L) | | 138 (g/L) |
| Visit prior to Event | Enrollment | 2005-09-20 (-6) | NA | 4.9 (mmol/L) | 5.8 (%) | 3.08 (mmol/L)H | 5.26 (mmol/L)H | 1.19 (mmol/L) | | 138 (g/L) |
| Visit of Event | S4 | 2005-11-01 (36) | QUETIAPINE 400 | | | | | | | 136 (g/L) |
| Visit after Event | S5 | 2005-11-22 (57) | QUETIAPINE 500 | | | | | | | 136 (g/L) |
| Final Study Visit | V23 | 2005-12-20 (85) | NA | 6.2 (mmol/L) | 5.7 (%) | 3.28 (mmol/L)H | 5.91 (mmol/L)H | 1.40 (mmol/L) | | 135 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-09-20 (-6) | NA | 340 (x10E9/L) | 7.2 (x10E9/L) | 4.35 (x10E9/L) | 33 (IU/L) | 32 (IU/L) | 71 (umol/L) | 2.80 (mIU/L) | 11.7 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-09-20 (-6) | NA | 340 (x10E9/L) | 7.2 (x10E9/L) | 4.35 (x10E9/L) | 33 (IU/L) | 32 (IU/L) | 71 (umol/L) | 2.80 (mIU/L) | 11.7 (pmol/L) |
| Visit of Event | S4 | 2005-11-01 (36) | QUETIAPINE 400 | 279 (x10E9/L) | 5.5 (x10E9/L) | 3.08 (x10E9/L) | | | | | |
| Visit after Event | S5 | 2005-11-22 (57) | QUETIAPINE 500 | 285 (x10E9/L) | 5.7 (x10E9/L) | 3.00 (x10E9/L) | | | | | |
| Final Study Visit | V23 | 2005-12-20 (85) | NA | 297 (x10E9/L) | 6.2 (x10E9/L) | 4.09 (x10E9/L) | 23 (IU/L) | 27 (IU/L) | 71 (umol/L) | 3.19 (mIU/L) | 10.3 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

2081

4

CONFIDENTIAL
AZSER12774754

**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00127/E0026036

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2082

5

CONFIDENTIAL
AZSER12774755

**Narrative event**
SAE, DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Subject identifier**
D1447C00127/E0026036

## Medication information: Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-03-16 (-195) | 2006-01-18 (114)# | Yes | MEDROXYPROGESTERONE | 2.5 MG | PERI-MENOPAUSE |
| 2005-04-14 (-166) | 2006-01-18 (114)# | Yes | ESTRADIOL | 1 MG | PERI-MENOPAUSE |
| 2005-08-27 (-31)# | 2005-10-15 (19) | No | LOVASTATIN | 20 MG | HYPERCHOLESTEROLEMIA |
| 2005-08-27 (-31)# | 2005-10-15 (19) | No | NAPROXEN | 500 MG | LOWER BACK PAIN PRN |
| 2005-08-27 (-31)# | 2005-10-15 (19) | No | NAPROXEN | 500 MG | OSTEOARITIS PRN |
| 2005-08-27 (-31)# | 2006-01-18 (114)# | Yes | ACETYLSALICYLIC ACID | 81 MG | CARDIAC PROPHYLAXIS |
| 2005-08-27 (-31)# | 2006-01-18 (114)# | Yes | ATENOLOL | 50 MG | HYPERTENSION |
| 2005-08-27 (-31)# | 2006-01-18 (114)# | Yes | CALCIUM W/MAGNESIUM | 1200 MG | DIETARY SUPPLEMENT |
| 2005-10-04 (8) | 2005-11-14 (49) | No | VALPROIC ACID | 1500 MG | BIPOLAR I |
| 2005-10-17 (21) | 2005-10-17 (21) | No | GLYCERYL TRINITRATE | | CHEST PAIN |
| 2005-10-17 (21) | 2005-10-26 (30) | No | GLYCERYL TRINITRATE | 150 MCQ | CHEST PAIN PRN |
| 2005-10-26 (30) | 2005-11-26 (61) | No | HYDROCODONE | 1 TAB | OSTEO-ARTHRITIS |
| 2005-10-26 (30) | 2006-01-18 (114)# | Yes | OMEPRAZOLE | 20 MG | GASTROESOPHOGEAL REFLUX DISEASE PRN |
| 2005-11-15 (50) | 2006-01-18 (114)# | Yes | VALPROIC ACID | 1000 MG | BIPOLAR I |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2083

6

CONFIDENTIAL
AZSER12774756

**START OF E NARRATIVE**

Subject identifier
D1447C00127/E0029028

Study phase-treatment during which event occurred
Off Treatment - NA

Narrative event
SAE

**Narrative event:**

Death:        No

SAE:          ANAEMIA

DAE:          No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 40 | Female | Black | 145 | 2004-06-23 | 2004-11-14 | NA | 2006-05-31 | Development of Study-Specific Discontinuation Criteria (depressed) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| 562 | 2004-11-15 | 2006-05-30 |

**Medical History:**

Current:      allergic to aspirin, allergic to penicillin, environmental allergies, intermittent migraine headaches

Past:         benign cyst left breast, torn ligament, right knee, torn right achilles tendon, abnormal thyroid duct

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

1

2084

CONFIDENTIAL
AZSER12774757

**Subject identifier**
D1447C00127/E0029028

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2004-06-23 (1) | NA | SOMNOLENCE(DROWSINESS) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 100 | 2004-06-23 (1) | 2004-08-05 (44) | DYSARTHRIA(SLURRED SPEECH) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 100 | 2004-06-23 (1) | 2004-09-01 (71) | DRY MOUTH(DRY MOUTH) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 200 | 2004-06-24 (2) | 2004-07-03 (11) | UPPER RESPIRATORY TRACT INFECTION(UPPER RESPIRATORY INFECTION) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2004-06-30 (8) | 2004-07-02 (10) | HEADACHE(HEADACHE) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2004-07-01 (9) | 2004-07-10 (18) | ABDOMINAL DISTENSION(BLOATED FEELING) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2004-07-01 (9) | 2004-07-10 (18) | OEDEMA PERIPHERAL(SWELLING IN FEET) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2004-09-14 (84) | 2004-09-28 (98) | TOOTHACHE(TOOTHACHE) | 9.1 | Resolved | No | No | No | Mild |
| RD | QUETIAPINE 400 | 2005-03-25 (131) | 2005-04-02 (139) | UPPER RESPIRATORY TRACT INFECTION(UPPER RESPIRATORY INFECTION) | 9.1 | Resolved | Yes | No | No | Moderate |
| RD | QUETIAPINE 400 | 2005-04-16 (153) | 2006-02-08 (451) | ANXIETY(INCREASED ANXIETY) | 9.1 | Resolved | No | No | No | Mild |
| RD | QUETIAPINE 400 | 2005-05-01 (168) | 2005-08-03 (262) | TOOTHACHE(TOOTH PAIN) | 9.1 | Resolved | No | No | No | Mild |
| OfTrt | | 2006-06-12 (575) | 2006-06-19 (582) | ANAEMIA(ANAEMIA) | 9.1 | Resolved | No | No | Yes / {HO} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2085

2

CONFIDENTIAL
AZSER12774758

**Subject identifier**
D1447C00127/E0029028

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
SAE

This page was intentionally left blank.

2086

3

CONFIDENTIAL
AZSER12774759

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0029028 | Off Treatment - NA | SAE |

**Descriptive text:**

{ANEMIA} A report was received from an investigator concerning a 42-year-old female patient enrolled in study D1447C00127: A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included valproate semisodium for bipolar and lorazepam for anxiety. The patient had a history of sickle cell trait (no active disease), penicillin allergy, aspirin allergy and tubal ligation. The patient began study drug on 23-Jun-2004 and the patient was terminated early from the study due to a mood event of depression. She received the last dose of therapy on 30-May-2006 and her early termination visit took place on 31-May-2006. At that time she reported no symptoms of anemia. Laboratory tests done the next day, 01-Jun-2006 revealed a hematocrit of 25.2% and hemoglobin of 7.8g/dL. The patient was notified of these results on 12-Jun-2006. Her primary care physician repeated the laboratory tests and admitted the patient to the hospital, where she was transfused and additional testing was done. The etiology of her anemia had not been identified. She recovered and was discharged from the hospital on 19-Jun-2006 with instructions to follow-up with a gastroenterologist for further testing. Previous testing in September 2005 and March 2006 revealed hemoglobin of 9.5g/dL and 9.1g/dL; hematocrits 29.5% and 28.6% respectively. In September 2005 the patient had been instructed to follow-up with her primary care provider regarding her anemia, but it was unknown if she did. The site reported that they have not yet received the medical records. The patient was last seen on 18-Jul-2006 and at that time she had been following up with a gastroenterologist. An endoscopy was performed and was found to be negative. The gastroenterologist was recommending an MRI of the abdomen. The patient also had an appointment with a hematologist. The site has no results because they have not been able to reach the patient since July. She did not return for her follow-up visit and no phone calls were answered. The event was considered serious due to hospitalization. The patient recovered without sequelae. The investigator considered the event of anemia to be unrelated to the study therapy. Summary of follow-up information received by AstraZeneca on 12-Oct-2006 included a note from the site that the medical records were unobtainable and the patient has not responded to site phone calls Summary of insignificant follow up information received by AstraZeneca on 24-Oct-2006 included updated start date of study drug.

2087

4

CONFIDENTIAL
AZSER12774760

**Subject identifier**
D1447C00127/E0029028

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
SAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|-------|--------------|-------------------------------|--------------------------------|---------|-------|----------------|-------------------|-----|-----|-------------|
| Enrollment | Enrollment | 2004-06-14 (-9) | NA | | 6.4 (%)H | 1.74 (mmol/L) | 5.59 (mmol/L)H | 0.98 (mmol/L)L | | 113 (g/L)L |
| Visit prior to Event | V23* | 2006-05-31 (708) | NA | 5.3 (mmol/L) | 6.2 (%)H | 1.08 (mmol/L) | 5.15 (mmol/L) | 0.96 (mmol/L)L | | 78 (g/L)L |
| Final Study Visit | V23* | 2006-05-31 (708) | NA | 5.3 (mmol/L) | 6.2 (%)H | 1.08 (mmol/L) | 5.15 (mmol/L) | 0.96 (mmol/L)L | | 78 (g/L)L |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|-------|--------------|-------------------------------|--------------------------------|----------------|-----------------|-------------|-----|-----|------------|-----|-----|
| Enrollment | Enrollment | 2004-06-14 (-9) | NA | 317 (x10E9/L) | 8.9 (x10E9/L) | 6.19 (x10E9/L) | 9 (IU/L) | 13 (IU/L) | 71 (umol/L) | 1.71 (mIU/L) | 12.4 (pmol/L) |
| Visit prior to Event | V23* | 2006-05-31 (708) | NA | 395 (x10E9/L) | 6.0 (x10E9/L) | 3.64 (x10E9/L) | 10 (IU/L) | 15 (IU/L) | 71 (umol/L) | 1.21 (mIU/L) | 14.8 (pmol/L) |
| Final Study Visit | V23* | 2006-05-31 (708) | NA | 395 (x10E9/L) | 6.0 (x10E9/L) | 3.64 (x10E9/L) | 10 (IU/L) | 15 (IU/L) | 71 (umol/L) | 1.21 (mIU/L) | 14.8 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

5

2088

CONFIDENTIAL
AZSER12774761

Narrative event
SAE

Subject identifier
D1447C00127/E0029028

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

6

2089

CONFIDENTIAL
AZSER12774762

| | | **Study phase-treatment during which event occurred**<br>Off Treatment - NA | | | **Narrative event**<br>SAE |

**Subject identifier**
D1447C00127/E0029028

**Medication information:  Include concomitant medications taken during the event only**

| Date started<br>(day started) | Date stopped<br>(day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-07-08 (16) | 2006-06-29 (592) # | Yes | VALPROIC ACID | 1000 MG | BIPOLAR D/O |
| 2005-05-03 (170) | 2006-06-29 (592) # | Yes | LORAZEPAM | 1 MG | INCREASED ANXIETY PRN |
| 2006-05-31 (563) | 2006-06-29 (592) # | Yes | QUETIAPINE | 400 MG QD | BIPOLAR |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2090

7

CONFIDENTIAL
AZSER12774763

**START OF E NARRATIVE**

**Subject identifier**
D1447C00127/E0031002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE, DAE

**Narrative event:**

Death:       No

SAE:         NON-HODGKIN'S LYMPHOMA

DAE:         NON-HODGKIN'S LYMPHOMA

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|------------------------|------------------------------|------------------------|
| 50  | Female | Caucasian | 85 | 2004-03-24 | 2004-06-16 | QUETIAPINE 400 | 2004-06-29 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:      abdominal pain, type ii diabetes, headaches, intermittent, diverticulitis, constipation, intermittent, agitation, intermittent, tooth pain, dental abcess

Past:         rectal polyps, benign, myocardial infarction, osteoporosis, peptic ulcer disease, gastric esophageal reflux disease, inflamatory bowel disease

**Death information:**

Date of death:     No death

Cause of death:

Post-mortem:

1

2091

CONFIDENTIAL
AZSER12774764

**Subject identifier**
D1447C00127/E0031002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2004-05-20 (58) | 2004-05-27 (65) | ABDOMINAL NEOPLASM(TUMOR IN LOWER ABDOMEN) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2004-05-20 (58) | 2004-05-27 (65) | HEPATIC MASS(ABNORMAL LIVER MASS) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2004-05-20 (58) | 2004-06-03 (72) | NON-HODGKIN'S LYMPHOMA(NON-HODGKIN'S LYMPHOMA) | 9.1 | Resolved | No | Yes | Yes / {ME} | Moderate |
| OL | QUETIAPINE 400 | 2004-05-27 (65) | 2004-05-27 (65) | NAUSEA(NAUSEA) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2004-05-27 (65) | 2004-05-28 (66) | INTESTINAL MASS(LARGE NODULAR MASS IN MESENTERY OF RIGHT COLON) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2004-05-27 (65) | 2004-05-28 (66) | UMBILICAL HERNIA(UMBILICAL HERNIA) | 9.1 | Resolved | No | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2092

2

CONFIDENTIAL
AZSER12774765

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0031002 | Open Label - QUETIAPINE 400 | SAE, DAE |

**Descriptive text:**

{NON-HODGKIN'S LYMPHOMA} A report was received from an investigator concerning a 50-year-old female patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  Concomitant drugs included acetaminophen for tooth pain, lorazepam for intermittent agitation, metformin for type II diabetes and valproate semisodium for bipolar disorder.  The patient had a history of rectal polyps (benign), type II diabetes mellitus, myocardial infarction, osteoporosis, intermittent headaches, peptic ulcer disease, gastric esophageal reflux disease, inflammatory bowel disease, diverticulitis, intermittent constipation, intermittent agitation, tooth pain, dental abscess, partial hysterectomy (subsequent full hysterectomy due to polyps), tubal ligation unidentified abdominal masses prior to study allergy to Haldol, and nicotine addiction.  The patient was randomized and began treatment with the study drug 300 mg PO on 24-MAR-2004 for bipolar I disorder. On 07-APR-2004 the patient's dose was increased to 800 mg PO. On 11-MAY-2004 the patient did not receive therapy with SEROQUEL due to missed doses. On 12-MAY-2004 the patient received 400 mg PO. On 16 and 17 MAY-2004 the patient again did not receive therapy with SEROQUEL due to missed doses. On 18-MAY-2004 the patient again received 400 mg PO. The patient experienced Non-Hodgkin's lymphoma, which started on 20-MAY-2004. The patient had a history of abdominal pain originally thought to be related to scar tissue associated with a previous hysterectomy. Prior to enrollment on 27-MAY-2004 the patient was hospitalized for abdominal masses of undetermined etiology in the right lower quadrant bowel mass and nodule, left lobe of liver. Physical examination at admission was notable for a small umbilical hernia, but was otherwise unremarkab le.  On 28-MAY-2004 the patient underwent exploratory laparotomy with excision of the right lower quadrant mass and right hemicolectomy. Umbilical hernia repair was also performed. Postoperative diagnosis included left lobe liver cyst, umbilical hernia and a large nodular mass in the mesentery of the right colon. Biopsy of the mass, including associated lymph nodes and mesentery of the small bowel and right colon, revealed malignant non Hodgkin's follicular lymphoma, small cleaved, B cell type (centrocytic/centroblastic), evolving into a diffuse follicular center lymphoma. The tumor involved multiple matted lymph nodes in the mesentery, as well as involvement of follicular lymphoma in the Peyer's patch lymph nodes within the small bowel wall. The large bowel wall and mucosa were free of malignancy, and the appendix was unremarkable. Following surgery, the patient was treated with Ambien for insomnia, Dilaudid and Demerol for pain, prophylactic folic acid, and Zofran for nausea prophylaxis. Pain medication was reduced several days after surgery, after the patient had been noted to be very lethargic. On 16-JUN-2004 the results of the biopsy revealed the patient had non-Hodgkin's lymphoma. On 16-JUN-2004 therapy with the study drug was discontinued. On 29-JUN-2004 the patient's participation in the study was prematurely discontinued due to the serious adverse event.  On 03-JUN-2004 the event stopped and the patient was considered recovered with sequelae.  The event was considered serious due it being an important medical event.  The investigator considered the event to be unrelated to the study therapy.

3

2093

CONFIDENTIAL
AZSER12774766

**Subject identifier**
D1447C00127/E0031002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE, DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-03-16 (-7) | NA | | 6.4 (%)H | 1.79 (mmol/L) | 4.92 (mmol/L) | 0.88 (mmol/L)L | | 124 (g/L) |
| Visit prior to Event | S5 | 2004-05-18 (56) | QUETIAPINE 400 | | | | | | | 119 (g/L) |
| Visit after Event | S6 | 2004-06-15 (84) | QUETIAPINE 400 | | | | | | | 124 (g/L) |
| Final Study Visit | V23 | 2004-06-29 (98) | NA | | 6.1 (%) | 1.64 (mmol/L) | 4.07 (mmol/L) | 1.14 (mmol/L) | | 119 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-03-16 (-7) | NA | | 5.7 (x10E9/L) | 2.00 (x10E9/L)L | 14 (IU/L) | 15 (IU/L) | 62 (umol/L) | 0.92 (mIU/L) | 12.3 (pmol/L) |
| Visit prior to Event | S5 | 2004-05-18 (56) | QUETIAPINE 400 | 193 (x10E9/L) | 3.8 (x10E9/L)L | 0.95 (x10E9/L)L | | | | | |
| Visit after Event | S6 | 2004-06-15 (84) | QUETIAPINE 400 | 430 (x10E9/L) | 7.4 (x10E9/L) | 3.84 (x10E9/L) | | | | | |
| Final Study Visit | V23 | 2004-06-29 (98) | NA | 190 (x10E9/L) | 4.4 (x10E9/L) | 1.79 (x10E9/L)L | 13 (IU/L) | 18 (IU/L) | 53 (umol/L) | 1.59 (mIU/L) | 13.2 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range. H=above normal range. NR=not recorded     * = unscheduled visit

2094

4

CONFIDENTIAL
AZSER12774767

**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00127/E0031002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2095

CONFIDENTIAL
AZSER12774768

Narrative event
SAE, DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Subject identifier
D1447C00127/E0031002

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2002-06-15 (-648) | 2004-07-16 (115)# | Yes | METFORMIN | 1000 MG | TYPE II DIABETES |
| 2003-09-15 (-191) | 2004-07-16 (115)# | Yes | VALPROIC ACID | 1500 MG | BIPOLAR DISORDER |
| 2004-03-21 (-3) | 2004-05-26 (64) | No | PARACETAMOL | 1300 MG | TOOTH PAIN |
| 2004-03-23 (-1) | 2004-05-29 (67) | No | LORAZEPAM | 2 MG | AGITATION, INTERMITTENT |
| 2004-05-27 (65) | 2004-05-27 (65) | No | FLEET | /DK/ 1 UNIT | PROPHYLAXIS PRIOR TO SURGERY |
| 2004-05-27 (65) | 2004-05-27 (65) | No | MAGNESIUM CITRATE | 10 OZ | TUMOR IN LOWER ABDOMEN [BOWEL EVACUATION FOR SURGERY TO REMOVE] |
| 2004-05-27 (65) | 2004-05-27 (65) | No | PROMETHAZINE | 12.5 MG | NAUSEA |
| 2004-05-27 (65) | 2004-05-28 (66) | No | HEPARIN | 5000 UNITS | PROPHYLAXIS PRIOR TO SURGERY |
| 2004-05-27 (65) | 2004-05-28 (66) | No | PANTOPRAZOLE | 40 MG | PEPTIC ULCER DISEASE |
| 2004-05-27 (65) | 2004-05-31 (69) | No | ERYTHROMYCIN | 3 GRAMS | PROPHYLAXIS PRIOR TO SURGERY |
| 2004-05-27 (65) | 2004-05-31 (69) | No | NEOMYCIN | 3 GRAMS | TUMOR IN LOWER ABDOMEN [BOWEL PREPARATION FOR SURGERY TO REMOVE] |
| 2004-05-27 (65) | 2004-05-31 (69) | No | PETHIDINE | 25 MG | TUMOR IN LOWER ABDOMEN [PAIN POST SURGERY TO REMOVE] |
| 2004-05-27 (65) | 2004-07-16 (115)# | Yes | ZOLPIDEM | 10 MG | INSOMNIA |
| 2004-05-28 (66) | 2004-05-28 (66) | No | INSULIN | 10 MG | DIABETES |
| 2004-05-28 (66) | 2004-05-28 (66) | No | MIDAZOLAM | 3 MG | TUMOR IN LOWER ABDOMEN [SEDATION FOR SURGERY TO REMOVE] |
| 2004-05-28 (66) | 2004-05-28 (66) | No | MORPHINE | 2 MG | TUMOR IN LOWER ABDOMEN [PAIN POST SURGERY TO REMOVE] |
| 2004-05-28 (66) | 2004-05-28 (66) | No | ONDANSETRON | 4 MG | PROPHYLAXIS OF NAUSEA |
| 2004-05-28 (66) | 2004-05-28 (66) | No | PETHIDINE | 25 MG | TUMOR IN LOWER ABDOMEN [PAIN POST SURGERY TO REMOVE] |

2096

6

CONFIDENTIAL
AZSER12774769

**Subject identifier**
D1447C00127/E0031002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE, DAE

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-05-28 (66) | 2004-05-29 (67) | No | HYDROMORPHONE | 3 MG | TUMOR IN LOWER ABDOMEN [PAIN POST SURGERY TO REMOVE] |
| 2004-05-28 (66) | 2004-05-31 (69) | No | FOLIC ACID | 2 TABS | PROPHYLAXIS |
| 2004-05-30 (68) | 2004-05-30 (68) | No | PARACETAMOL | 650 MG | HEADACHE |
| 2004-05-30 (68) | 2004-05-31 (69) | No | BISACODYL | 1 SUPPOSITORY | PROPHYLAXIS |
| 2004-05-30 (68) | 2004-05-31 (69) | No | HYDROMORPHONE | 2 MG | TUMOR IN LOWER ABDOMEN [PAIN POST SURGERY] |
| 2004-05-30 (68) | 2004-05-31 (69) | No | LORAZEPAM | 1 MG | AGITATION, INTERMITTENT |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2097

7

CONFIDENTIAL
AZSER12774770

**START OF E NARRATIVE**

Subject identifier
D1447C00127/E0031013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

Narrative event
SAE, DAE

**Narrative event:**

Death:           No

SAE:            ASTHMA, ASTHMA

DAE:            ASTHMA

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 41 | Female | Caucasian | 86 | 2004-05-22 | 2004-08-15 | QUETIAPINE 800 | 2005-09-01 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:        lower back pain, trouble hearing in left ear, flatulence, migraine headaches, seasonal allergies, agitation, intermittent, insomnia, intermittent, hypothyroidism, stable, asthma, left knee pain, obesity

Past:           constipation, intermittent, dyspepsia, right shoulder bursitis, fungal foot infection, appendicitis, bronchitis, pneumonia, flu, hyperventilation syndrome

**Death information:**

Date of death:     No death

Cause of death:

Post-mortem:

2098

1

CONFIDENTIAL
AZSER12774771

**Subject identifier**
D1447C00127/E0031013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 800 | 2004-07-02 (42) | 2004-07-02 (42) | SYNCOPE(FAINTED) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 800 | 2004-07-07 (47) | 2004-07-07 (47) | SYNCOPE(FAINTED) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 800 | 2004-07-08 (48) | 2004-07-19 (59) | VIRAL INFECTION(VIRAL INFECTION) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 800 | 2004-07-16 (56) | 2004-07-19 (59) | ASTHMA(WORSENING OF ASTHMA) | 9.1 | Resolved | No | No | Yes / {HO} | Moderate |
| OL | QUETIAPINE 800 | 2004-07-19 (59) | NA | BACK PAIN(WORSENING OF BACK PAIN) | 9.1 | Continuing | No | No | No | Moderate |
| OL | QUETIAPINE 800 | 2004-08-15 (86) | 2004-08-20 (91) | ASTHMA(WORSENING OF ASTHMA) | 9.1 | Resolved | No | Yes | Yes / {HO} | Moderate |
| OffTrt | | 2004-08-16 (87) | NA | SINUS TACHYCARDIA(SINUS TACHYCARDIA) | 9.1 | Continuing | No | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2099

2

CONFIDENTIAL
AZSER12774772

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0031013 | Open Label - QUETIAPINE 800 | SAE, DAE |

**Descriptive text:**

{WORSENING OF ASTHMA} A report was received from an investigator concerning a 41-year-old female patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  Concomitant drugs included lithium for bipolar disorder, diazepam for bipolar disorder, levothyroxine sodium for hypothyroidism and unspecified asthma medication for asthma.  The patient had a history of asthma, seasonal allergies, bronchitis, pneumonia, influenza, hyperventilation syndrome, allergy to strawberries, hypothyroidism, decreased hearing in left ear, migraine headaches, left knee pain, obesity, lower back pain, flatulence, intermittent insomnia, dyspepsia, right shoulder bursitis, fungal foot infection, appendicitis, intermittent constipation, and a one and a half pack per day smoker.  The patient began study drug on 29-MAY-2004 and experienced worsening of asthma, which started on 16-JUL-2004. On 16-JUL-2004 the patient reported to the emergency room with a several week history of increasing shortness of breath, with head and chest congestion. The patient's shortness of breath has also notably worsened during the previous four days, and she was admitted for further evaluation and treatment. On 17-JUL-2004 Pre/Post Spirometry was performed and was consistent with a moderate obstructive process, which improved significantly with bronchodilators. On 18-JUL-2004 arterial blood gases (on room air) revealed a pO2 of 58 mmHg, a pCO2 of 40 mmHg, and an O2 saturation of 91 %. A chest X-ray demonstrated no focal infiltrates or active process. The patient was treated with IV Solu-Medrol and Zithromax, as well as nebulizer treatments with DuoNeb every four hours. The patient improved markedly, and was discharged on 19-JUL-2004. Medications at discharge included Advair, Combivent MDI, Synthroid, Klonopin, albuterol, prednisone, Zithromax, Valium, Seroquel, and Flexeril. The patient was also advised to stop smoking. The event was considered serious due to hospitalization. The patient recovered without sequelae.  The investigator considered the event to be unrelated to the study therapy.  The company physician considered the event to be unrelated to the study therapy.  Summary of follow up information received by AstraZeneca on 23-MAR-2005 included additional medical history, relevant clinical laboratory test results, and hospital course of treatment.

{WORSENING OF ASTHMA} A report was received from an investigator concerning a 41-year-old female patient enrolled in study D1447C00127, A double-blind, Phase III comparison of the efficacy and safety of quetiapine fumarate to placebo when used as adjunct to mood stabilizers (lithium or divalproex) in the maintenance treatment of Bipolar I disorder in adult patients.  The patient's medical history is significant for asthma, agitation, hypothyroidism, pneumonia, flu, hyperventilation syndrome, obesity, bronchitis, constipation, dyspepsia, and right shoulder bursitis.  Concomitant medications included lithium, prednisone, fluticasone/salmeterol, albuterol w/ipratropium, and levothyroxine.  The patient, who had bipolar I disorder, received the first dose of study medication 800 mg PO daily, on 29-May-2004.  On 16-Aug-2004 the patient experienced a worsening of her asthma.  She reported a three-day history of shortness of breath and productive cough with yellow sputum.  She was subsequently transported to the hospital and admitted for further treatment.  In the emergency room her initial O2 saturation was 94% on 4 Liters and a repeat was 88% on room air.  On admission she was afebrile, blood pressure was 140/90, respiratory rate was 22, and pulse oximetry was 95% on 4 Liters of oxygen.  Her peak flow was noted to be 150.  Lung sounds demonstrated diffuse rhonchi and wheezing bilaterally.  Electrocardiogram showed sinus tachycardia at 117 beats per minute, normal axis, and no left ventricular hypertrophy.  She was treated with intravenous steroids, oxygen, and around-the-clock albuterol nebulizer treatments.  She was alert and oriented x 3.   On 18-Aug-2004 the dose of intravenous steroids was increased due to persistent wheezing, cough, and diffuse rhonchi.  Atrovent nebulizer treatments were also added to her regimen.  The following morning, the patient reported feeling much better and was asking to go home.  Lung sounds were noted to be improved with less rhonchi and wheezing and peak flow was 180.  Her oxygen was weaned and she was discharged on 20-Aug-2004 on tapering doses of oral prednisone.  Seroquel therapy was discontinued and the patient was withdrawn from the study.  The investigator considered the event to be unrelated to trial therapy.

3

2100

CONFIDENTIAL
AZSER12774773