**Narrative event** SAE, DAE

**Subject identifier** D1447C00127/E0031013

**Study phase-treatment during which event occurred** Open Label - QUETIAPINE 800

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-05-13 (-8) | NA | | 5.9 (%) | 2.79 (mmol/L) | 5.23 (mmol/L)H | 1.19 (mmol/L) | | 133 (g/L) |
| Visit prior to Event | S5 | 2004-07-15 (55) | QUETIAPINE 800 | | | | | | | 139 (g/L) |
| Visit after Event | S6 | 2004-08-12 (83) | QUETIAPINE 800 | | | | | | | 126 (g/L) |
| Final Study Visit | V23 | 2004-09-01 (103) | NA | | 6.8 (%)H | 8.57 (mmol/L)H | 6.14 (mmol/L)H | 1.30 (mmol/L) | | 120 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-05-13 (-8) | NA | 303 (x10E9/L) | 6.8 (x10E9/L) | 4.18 (x10E9/L) | 28 (IU/L) | 28 (IU/L) | 71 (umol/L) | 0.76 (mIU/L) | 8.9 (pmol/L)L |
| Visit prior to Event | S5 | 2004-07-15 (55) | QUETIAPINE 800 | 323 (x10E9/L) | 8.6 (x10E9/L) | 5.34 (x10E9/L) | | | | | |
| Visit after Event | S6 | 2004-08-12 (83) | QUETIAPINE 800 | 366 (x10E9/L) | 12.8 (x10E9/L)H | 9.91 (x10E9/L)H | | | | | |
| Final Study Visit | V23 | 2004-09-01 (103) | NA | 241 (x10E9/L) | 6.4 (x10E9/L) | 3.90 (x10E9/L) | 79 (IU/L)H | 59 (IU/L)H | 71 (umol/L) | 9.94 (mIU/L)H | 17.4 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * - unscheduled visit

2101

4

CONFIDENTIAL
AZSER12774774

**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00127/E0031013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

## Weight: Include only if DAE due to weight

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2102

5

CONFIDENTIAL
AZSER12774775

**Subject identifier**
D1447C00127/E0031013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2003-10-14 (-221) | 2004-09-14 (116)# | Yes | LORAZEPAM | 2 MG | AGITATION |
| 2004-03-19 (-64) | 2004-08-17 (88) | No | LEVOTHYROXINE | 0.025 MG | HYPOTHYROIDISM |
| 2004-05-14 (-8) | 2004-09-14 (116)# | Yes | IPRATROPIUM BROMIDE+SALBUTAMOL SULFATE | 4 VIALS | ASTHMA |
| 2004-05-21 (-1) | 2004-09-14 (116)# | Yes | DIAZEPAM | 15 MG | AGITATION |
| 2004-05-21 (-1) | 2004-09-14 (116)# | Yes | LITHIUM | 1500 MG | BIPOLAR DISORDER |
| 2004-07-19 (59) | 2004-09-14 (116)# | Yes | BREVA | 9 PUFFS | ASTHMA |
| 2004-07-19 (59) | 2004-09-14 (116)# | Yes | CYCLOBENZAPRINE | 30 MG | PAIN |
| 2004-07-19 (59) | 2004-09-14 (116)# | Yes | PREDNISONE | 10 MG | ASTHMA |
| 2004-07-19 (59) | 2004-09-14 (116)# | Yes | SERETIDE MITE | 2 PUFFS | ASTHMA |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2103

6

CONFIDENTIAL
AZSER12774776

**START OF E NARRATIVE**

Subject identifier
D1447C00127/E0031016

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

Narrative event
SAE, DAE

**Narrative event:**

Death:          No

SAE:            BLOOD PRESSURE INCREASED, CARDIAC FAILURE CONGESTIVE

DAE:            BLOOD PRESSURE INCREASED

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 36 | Female | Black | 63 | 2004-06-03 | 2004-08-04 | QUETIAPINE 800 | 2004-08-06 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:        hypertension, agitation, insomnia, migraine headaches, asthma, gastric acid reflux, menstrual cramps

Past:           appendicitis, tonsilitis, edema of both feet, congestive heart failure

**Death information:**

Date of death:       No death

Cause of death:

Post-mortem:

1

2104

CONFIDENTIAL
AZSER12774777

**Subject identifier**
D1447C00127/E0031016

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 800 | 2004-06-23 (21) | NA | NASOPHARYNGITIS(HEAD COLD) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 800 | 2004-06-23 (21) | 2004-07-10 (38) | NAUSEA(NAUSEA) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 800 | 2004-07-03 (31) | 2004-07-10 (38) | DYSPNOEA(SHORTNESS OF BREATH) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 800 | 2004-07-09 (37) | 2004-04-09 (-55) | HEADACHE(HEAD PAIN) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 800 | 2004-07-09 (37) | 2004-07-13 (41) | CARDIAC FAILURE CONGESTIVE(CONGESTIVE HEART FAILURE, MILD) | 9.1 | Resolved | No | No | Yes / {HO} | Mild |
| OL | QUETIAPINE 800 | 2004-07-09 (37) | 2004-07-13 (41) | OEDEMA PERIPHERAL(BILATERAL LEG EDEMA) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 800 | 2004-07-27 (55) | 2004-07-29 (57) | LOCALISED INFECTION(INFECTION OF RIGHT FOOT) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 800 | 2004-07-27 (55) | 2004-08-03 (62) | BLOOD PRESSURE INCREASED(ELEVATED BLOOD PRESSURE) | 9.1 | Resolved | No | Yes | Yes / {HO} | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2

2105

CONFIDENTIAL
AZSER12774778

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| DI447C00127/E0031016 | Open Label - QUETIAPINE 800 | SAE, DAE |

**Descriptive text:**

{CONGESTIVE HEART FAILURE, MILD} A report was received from an investigator concerning a 36 year old female patient enrolled in study DI447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included valproate semisodium for bipolar disorder, alprazolam for bipolar disorder, zolpidem tartrate, enalapril maleate, enalapril maleate, furosemide, carvedilol and mirtazapine. The patient had a history of hypertension, chronic heart failure, defibrillator insertion, nonischemic cardiomyopathy, congestive heart failure, nonsustained ventricular tachycardia, moderate mitral regurgitation, reactive airway disease, anxiety and depression. In the emergency room, the patient complained of chest pain, shortness of breath, and a two week history of a productive cough. She described the sputum as yellow/black. Her chest discomfort was described as left of midline, intermittent and random with some palpitations. She reported blurred vision, occasional nausea and indigestion, headache, depression and generalized weakness. Her mood was noted to be anxious She stated she had recently become homeless and used cocaine. Vital signs were as follows: blood pressure 141/83, pulse 87, pulse oximity 98% on 2 liters of oxygen via nasal cannula, and she was afebrile. Arterial blood gases revealed pH 7.45, PACO2 34, PAO2 86, bicarbonate 24, also on 2 liters of oxygen. On physical exam, jugular venous pulsations were present, she was mildly tachypneic at rest, and occasional ectopic beats were noted. The extremities revealed 1+ edema. Laboratory studies were remarkable for D-Dimer slightly elevated at 0.7 (0.00 - 0.49 ng/ml), valproic acid level was < 10 (40.0 - 100.0 ng/ml), creatine kinase was elevated at 276 U/L (59 - 135 U/L) and B-type natriuretic peptide level was elevated at 472 pg/ml (35.9 pg/ml f or a female less than 45 years old). Urine drug screen was positive for cocaine. Troponin level was normal at less than 0.10 ng/ml ( less than 0.10 ng/ml indicates no evidence of myocardial injury). A CT of the chest was reported as negative, and a chest x-ray noted that the lungs were clear. Electrocardiogram revealed sinus rhythm at 78 beats per minute, reduced R progression V1 through V3 and non-specific T-wave abnormality. She was treated with intravenous diuretics, nebulizer treatments and pain medication and was monitored on telemetry. The creatine kinase level decreased to 213 U/L. A echocardiography and cardiac doppler were significant for a slightly dilated left atrium and ventricle, mild left ventricular hypertrophy, an ejection fraction of 30-35% and left ventricular trabeculations, which the reporter felt could not exclude small thrombi. A venous doppler exam of both lower extremeties was negative on 11-Jul-2005. She was seen by psychiatry and considered inpatient hospitalization once she was medically stable, but decided against this due to social concerns. Her Seroquel dose was decreased due to the her cardiac status. The patient was discharged on 13-Jul-2005 with a plan for outpatient follow-up of cardiac and psychiatry issues. The investigator considered the event(s) to be unrelated to the study therapy.

{ELEVATED BLOOD PRESSURE} A report was received from an investigator concerning a 37-year-old female patient enrolled in study DI447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant medications included valproate semi sodium for bipolar disorder, alprazolam for bipolar disorder, zolpidem for insomnia, enalapril for hypertension, ramipril for bilateral leg edema, and furosemide for congestive heart failure. The patient had a history of congestive heart failure (09-Jul-2004), bilateral leg edema, hypertension, chronic heart failure, defibrillator insertion, bilateral foot edema, agitation, insomnia, migraine headaches, appendicitis, tonsillitis, tonsillectomy and tubal ligation. The patient started treatment with Seroquel (quetiapine fumarate) 800 mg daily orally, twice a day dosing, on 03-Jun-2004. The patient will be discontinued from the study protocol. She was not randomized and received her last dose of study medication on 04-Aug-2006. On 27-Jul-2004, after having stepped on a nail, the patient proceeded to the emergency room to receive a tetanus shot. In the emergency room it was discovered that the patient had an elevated blood pressure. The patient was admitted to the hospital on 27-Jul-2004 for treatment of her elevated blood pressure. The patient was considered recovered on 03-Aug-2004 and was discharged on 03-Aug-2004. Seroquel therapy was withdrawn in response to the event. The investigator considered the event to be unrelated to the study therapy.

2106

3

CONFIDENTIAL
AZSER12774779

**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00127/E0031016

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-05-26 (-7) | NA | | 4.9 (%) | 3.06 (mmol/L)H | 5.98 (mmol/L)H | 1.48 (mmol/L) | | 113 (g/L)L |
| Visit prior to Event | S3* | 2004-06-15 (13) | QUETIAPINE 800 | | | | | | | 117 (g/L) |
| Visit after Event | V23 | 2004-08-06 (65) | NA | | 5.0 (%) | 1.50 (mmol/L) | 4.77 (mmol/L) | 1.17 (mmol/L) | | 116 (g/L) |
| Final Study Visit | V23 | 2004-08-06 (65) | NA | | 5.0 (%) | 1.50 (mmol/L) | 4.77 (mmol/L) | 1.17 (mmol/L) | | 116 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-05-26 (-7) | NA | 303 (x10E9/L) | 8.8 (x10E9/L) | 5.62 (x10E9/L) | 19 (IU/L) | 19 (IU/L) | 71 (umol/L) | 3.03 (mIU/L) | 12.9 (pmol/L) |
| Visit prior to Event | S3* | 2004-06-15 (13) | QUETIAPINE 800 | 235 (x10E9/L) | 6.3 (x10E9/L) | 3.70 (x10E9/L) | | | | | |
| Visit after Event | V23 | 2004-08-06 (65) | NA | 221 (x10E9/L) | 5.4 (x10E9/L) | 2.55 (x10E9/L) | 22 (IU/L) | 18 (IU/L) | 62 (umol/L) | 1.24 (mIU/L) | 15.5 (pmol/L) |
| Final Study Visit | V23 | 2004-08-06 (65) | NA | 221 (x10E9/L) | 5.4 (x10E9/L) | 2.55 (x10E9/L) | 22 (IU/L) | 18 (IU/L) | 62 (umol/L) | 1.24 (mIU/L) | 15.5 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range.   H=above normal range.   NR=not recorded   * = unscheduled visit

2107

CONFIDENTIAL
AZSER12774780

Narrative event
SAE, DAE

Subject identifier
D1447C00127/E0031016

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 800

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2108

CONFIDENTIAL
AZSER12774781

Subject identifier
D1447C00127/E0031016

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE/800

**Narrative event**
SAE, DAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-04-06 (-58) | 2004-09-03 (93)# | Yes | ALPRAZOLAM | 3 MG | AGITATION |
| 2004-04-26 (-38) | 2004-09-03 (93)# | Yes | ENALAPRIL | 20 MG | HYPERTENSION |
| 2004-06-08 (6) | 2004-07-09 (37) | No | VALPROIC ACID | 5500 MG | BIPOLAR DISORDER |
| 2004-06-08 (6) | 2004-09-03 (93)# | Yes | ZOLPIDEM | 10 MG | INSOMNIA |
| 2004-07-09 (37) | 2004-07-09 (37) | No | DEXAMETHASONE | 10 MG | NAUSEA |
| 2004-07-09 (37) | 2004-07-09 (37) | No | KETOROLAC | 30 MG | HEAD PAIN |
| 2004-07-09 (37) | 2004-07-09 (37) | No | METOCLOPRAMIDE | 10 MG | NAUSEA |
| 2004-07-10 (38) | 2004-07-12 (40) | No | VALPROIC ACID | 2000 MG | BIPOLAR DISORDER |
| 2004-07-13 (41) | 2004-07-13 (41) | No | VALPROIC ACID | 3000 MG | BIPOLAR DISORDER |
| 2004-07-13 (41) | 2004-09-03 (93)# | Yes | FUROSEMIDE | 40 MG | CONGESTIVE HEART FAILURE |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2109

CONFIDENTIAL
AZSER12774782

**START OF E NARRATIVE**

Subject identifier
D1447C00127/E0031019

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 800

**Narrative event:**

Death:                No

SAE:                  INFLAMMATORY BOWEL DISEASE

DAE:                  No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|------------------------|
| 40  | Male | Black | 122 | 2004-06-05 | 2004-10-04 | QUETIAPINE 800 | 2004-11-09 | Subject not Willing to Continue Study |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:              hepatitis c, insomnia

Past:                 tip of fourth finger of right hand cut off, inguinal hernia, alcohol dependence

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

2110

1

CONFIDENTIAL
AZSER12774783

**Subject identifier**
D1447C00127/E0031019

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

**Narrative event**
SAE

Adverse event information:

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 800 | 2004-08-04 (61) | 2004-08-10 (67) | DIARRHOEA(DIARRHEA, INTERMITTENT) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 800 | 2004-08-09 (66) | 2004-10-04 (122) | INFLAMMATORY BOWEL DISEASE(INFLAMMATORY BOWEL DISEASE) | 9.1 | Resolved | No | No | Yes / {HO} | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2111

2

CONFIDENTIAL
AZSER12774784

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0031019 | Open Label - QUETIAPINE 800 | SAE |

**Descriptive text:**

{INFLAMMATORY BOWEL DISEASE} A report was received from an investigator concerning a 41 year old male patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included valproate semisodium for bipolar disorder, alprazolam for bipolar disorder, lorazepam for bipolar disorder, rebetron for hepatitis C and trazodone for insomnia. The patient had a history of surgical repair of the tip of the fourth finger of the right hand cut off, hepatitis C, insomnia, and hernia repair. The patient began study drug on 05-JUN-2004 and experienced intermittent diarrhea which started on 04-AUG-2004. The patient reported to the emergency room on 07-AUG-2004 complaining of sudden onset of intermittent lower abdominal pain associated with diaphoresis. Physical examination revealed abdominal tenderness. The patient was admitted to the hospital on 08-AUG-2004 for diarrhea associated with lower abdominal pain. A CT scan demonstrated a thickened bowel wall of the right side transverse and descending colon. A colonoscopy was notable for diffuse colitis involving the right side of the colon, transverse colon, and proximal descending colon, without involvement of the distal sigmoid colon or rectum. A biopsy was consistent with inflammatory bowel disease. A small bowel series was performed and was normal. The patient was started on methylprednisolone sodium succinate, which was stopped after one day due to some hallucination, and mesalazine was started. The diarrhea and abdominal pain subsided on 10-Aug-2004 Physical examination at discharge on 13-AUG-2004 revealed a distended abdomen, but was otherwise unremarkable. Diagnosis at discharge included inflammatory bowel disease (most likely Crohn's disease involving the right side of the colon, transverse colon and proximal descending colon). It was noted that the patient fell during the abdominal CT scan. Ct scans of the head and the forearm were performed and were normal. However, the patient experienced testicular pain, and ultrasound revealed a right hydrocele and an epididymal cyst. A urologist was consulted and it was determined that there was no need to keep the patient. Study drug stop date was 04-OCT-2004. The event(s) were considered serious due to hospitalization. The investigator considered the event(s) to be unrelated to the study therapy.

2112

3

CONFIDENTIAL
AZSER12774785

**Narrative event** SAE

**Subject identifier**
DI447C00127/E0031019

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 800

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-05-28 (-7) | NA | | 5.3 (%) | 1.65 (mmol/L) | 3.70 (mmol/L) | 0.98 (mmol/L) | | 154 (g/L) |
| Visit prior to Event | S5 | 2004-07-29 (55) | QUETIAPINE 700 | | | | | | | 151 (g/L) |
| Visit of Event | S6 | 2004-08-24 (81) | QUETIAPINE 800 | | | | | | | 151 (g/L) |
| Visit after Event | V23 | 2004-11-08 (157) | NA | | 5.3 (%) | 1.12 (mmol/L) | 4.64 (mmol/L) | 1.40 (mmol/L) | | 164 (g/L) |
| Final Study Visit | V23* | 2004-11-08 (157) | NA | 4.8 (mmol/L) | | | | | | |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-05-28 (-7) | NA | 209 (x10E9/L) | 5.3 (x10E9/L) | 1.62 (x10E9/L)L | 21 (IU/L) | 19 (IU/L) | 71 (umol/L) | 1.54 (mIU/L) | 13.3 (pmol/L) |
| Visit prior to Event | S5 | 2004-07-29 (55) | QUETIAPINE 700 | 276 (x10E9/L) | 7.9 (x10E9/L) | 2.75 (x10E9/L) | | | | | |
| Visit of Event | S6 | 2004-08-24 (81) | QUETIAPINE 800 | 249 (x10E9/L) | 7.9 (x10E9/L) | 3.22 (x10E9/L) | | | | | |
| Visit after Event | V23 | 2004-11-08 (157) | NA | 288 (x10E9/L) | 7.2 (x10E9/L) | 3.26 (x10E9/L) | 67 (IU/L)H | 54 (IU/L)H | 80 (umol/L) | 1.36 (mIU/L) | 14.1 (pmol/L) |
| Final Study Visit | V23* | 2004-11-08 (157) | NA | | | | | | | | |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range. H=above normal range. NR=not recorded    * - unscheduled visit

2113

4

CONFIDENTIAL
AZSER12774786

Narrative event
SAE

Subject identifier
D1447C00127/E0031019

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 800

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2114

CONFIDENTIAL
AZSER12774787

**Subject identifier**
D1447C00127/E0031019

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE/800

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-07-30 (56) | 2004-10-04 (122) | No | VALPROIC ACID | 3000 MG | BIPOLAR DISORDER |
| 2004-08-10 (67) | 2004-09-07 (95) | No | ROFECOXIB | 50 MG | PAIN ASSOCIATED WITH IRRITABLE BOWEL SYNDROME |
| 2004-08-10 (67) | 2004-10-04 (122) | No | MESALAZINE | 1500 MG | IRRITABLE BOWEL SYNDROME |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2115

6

CONFIDENTIAL
AZSER12774788

**START OF E NARRATIVE**
Subject identifier
D1447C00127/E0031028

Narrative event:

Death:                     No

SAE:                       BIPOLAR I DISORDER

DAE:                       No

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

Narrative event
SAE

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 45 | Female | Caucasian | 36 | 2004-07-02 | 2004-08-06 | QUETIAPINE 600 | 2004-08-06 | Subject Lost to Follow-up |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:        sinus headaches, lupus, joint pain from lupus, acid reflux disease, allergic to methotrexate, migraine headaches, annular bulge at c5-c6 of back, neck pain, possible collagen vascular disease, mild hypertension, increased cholesterol

Past:           history carcinoma of throat

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

1

2116

CONFIDENTIAL
AZSER12774789

**Subject identifier**
D1447C00127/E0031028

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 600 | 2004-07-14 (13) | 2004-07-28 (27) | SLEEP TERROR(NIGHT TERRORS) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 600 | 2004-07-19 (18) | 2004-07-28 (27) | SEDATION(DAYTIME SEDATION) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 600 | 2004-07-23 (22) | 2004-07-29 (28) | BIPOLAR I DISORDER(BIPOLAR AFFECTIVE DISORDER, DEPRESSED, WITHOUT PSYCHOTIC FEATURES) | 9.1 | Resolved | No | No | Yes / {HO} | Moderate |
| OL | QUETIAPINE 600 | 2004-07-24 (23) | 2004-07-28 (27) | GASTROOESOPHAGEAL REFLUX DISEASE(ACID REFLUX) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 600 | 2004-07-27 (26) | 2004-07-27 (26) | NASAL CONGESTION(NASAL CONGESTION) | 9.1 | Resolved | No | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2117

CONFIDENTIAL
AZSER12774790

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0031028 | Open Label - QUETIAPINE 600 | SAE |

**Descriptive text:**

{BIPOLAR AFFECTIVE DISORDER, DEPRESSED, WITHOUT PSYCHOTIC FEATURES, NIGHT TERRORS, DAYTIME SEDATION} A report was received from an investigator concerning a 45-year-old female patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included ultracet for joint pain from lupus, escitalopram for bipolar disorder, valproate semisodium for bipolar disorder, Mylanta for acid reflux, tenazepam for insomnia, and esomeprazole for acid reflux. The patient had a history of lupus, headaches, and allergy to methotrexate. The patient was previously on Seroquel therapy of 400 mg, which was started in Jul-2004 and stopped 01-Jul-2004 before entering the study. The patient started therapy with study Seroquel 200 mg on 02-Jul-2004, which was increased to 600 mg on 03-Jul-2004. On 14-Jul-2004 the patient began experiencing night terrors. On 15-Jul-2004 the patient was started on Restoril. On 19-Jul-2003 she experienced daytime sedation. The patient believed Depakote (valproate semisodium) was causing the night terrors and daytime sedation and stopped therapy on 21-Jul-2004. On 23-Jul-2004 she was hospitalized for bipolar affective disorder, depressed, severe, without psychotic features and received treatment in a psychiatric unit. On 24-Jul-2004 the Seroquel dose was increased to 800 mg per day. The patient was started on venlafaxine hydrochloride 225 mg, topiramate 50 mg, and trazodone 100 mg. The patient was discharged from the hospital on 28-Jul-2004. On 29-Jul-2004 the patient was started on Lithium 900 mg. The patient continued treatment with study therapy. The event of bipolar affective disorder, depressed, severe, without psychotic features was considered serious due to the patient being hospitalized. The investigator considered the events to be unrelated to the study therapy. Summary of additional follow up information received by AstraZeneca on29-Jul-2004: Dosage for treatment medications, additional treatment medication, and that the patient was on treatment with Seroquel before entering the study. Summary of follow up information received by AstraZeneca on 22-MAR-2005 included additional serious adverse event of bipolar affective disorder, depressed, severe, without psychotic features, previous serious adverse events of night terrors and daytime sedation changed to no-serious adverse events, and that the patient continued to receive study therapy after experiencing a mood event.

3

2118

CONFIDENTIAL
AZSER12774791

**Subject identifier**
D1447C00127/E0031028

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event**
SAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-06-25 (-6) | NA | | 5.4 (%) | 2.69 (mmol/L) | 10.72 (mmol/L)H | 1.55 (mmol/L) | | 143 (g/L) |
| Visit prior to Event | Enrollment | 2004-06-25 (-6) | NA | | 5.4 (%) | 2.69 (mmol/L) | 10.72 (mmol/L)H | 1.55 (mmol/L) | | 143 (g/L) |
| Visit of Event | S4 | 2004-07-29 (28) | QUETIAPINE 800 | | | | | | | 135 (g/L) |
| Final Study Visit | S4 | 2004-07-29 (28) | QUETIAPINE 800 | | | | | | | 135 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-06-25 (-6) | NA | 308 (x10E9/L) | 7.6 (x10E9/L) | 5.34 (x10E9/L) | 18 (IU/L) | 13 (IU/L) | 71 (umol/L) | 0.68 (mIU/L) | 15.5 (pmol/L) |
| Visit prior to Event | Enrollment | 2004-06-25 (-6) | NA | 308 (x10E9/L) | 7.6 (x10E9/L) | 5.34 (x10E9/L) | 18 (IU/L) | 13 (IU/L) | 71 (umol/L) | 0.68 (mIU/L) | 15.5 (pmol/L) |
| Visit of Event | S4 | 2004-07-29 (28) | QUETIAPINE 800 | 325 (x10E9/L) | 9.3 (x10E9/L) | 5.40 (x10E9/L) | | | | | |
| Final Study Visit | S4 | 2004-07-29 (28) | QUETIAPINE 800 | 325 (x10E9/L) | 9.3 (x10E9/L) | 5.40 (x10E9/L) | | | | | |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range, H=above normal range, NR=not recorded   * - unscheduled visit

4

2119

CONFIDENTIAL
AZSER12774792

**Narrative event**
SAE

**Subject identifier**
D1447C00127/E0031028

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

## Weight: Include only if DAE due to weight

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2120

CONFIDENTIAL
AZSER12774793

Narrative event
SAE

**Subject identifier**
D1447C00127/E0031028

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2002-07-01 (-732) | 2004-09-05 (66)# | Yes | ESCITALOPRAM | 10 MG | BIPOLAR DISORDER |
| 2003-03-15 (-475) | 2004-09-05 (66)# | Yes | ULTRACET | 1 TAB | JOINT PAIN FROM LUPUS |
| 2004-06-01 (-31)# | 2004-09-05 (66)# | Yes | ALUDROX "WYETH" | 2 TSP. | ACID REFLUX DISEASE |
| 2004-06-01 (-31)# | 2004-09-05 (66)# | Yes | ESOMEPRAZOLE | 40 MG | ACID REFLUX DISEASE |
| 2004-07-23 (22) | 2004-07-28 (27) | No | FLUTICASONE | 2 SPRAY EACH NOSTRIL | NASAL CONGESTION |
| 2004-07-24 (23) | 2004-07-24 (23) | No | PREDNISONE | 40 MG | PAIN R/T LUPUS |
| 2004-07-24 (23) | 2004-07-28 (27) | No | HYDROXYZZINE | 50 MG Q 6 PM | ANXIETY |
| 2004-07-24 (23) | 2004-07-28 (27) | No | OXYCOCET | 1 TAB QTH | JOINT PAIN R/T LUPUS PRN |
| 2004-07-24 (23) | 2004-07-28 (27) | No | PANTOPRAZOLE | 40 MG | ACID REEFLUX DISEASE |
| 2004-07-24 (23) | 2004-07-28 (27) | No | QUETIAPINE | 800 MG | BIPOLAR DISORDER |
| 2004-07-24 (23) | 2004-07-28 (27) | No | TRAZODONE | 100 MG | INSOMNIA |
| 2004-07-24 (23) | 2004-09-05 (66)# | Yes | VENLAFAXINE | 225 MG | BIPOLAR DISORDER |
| 2004-07-25 (24) | 2004-07-25 (24) | No | PREDNISONE | 30 MG | PAIN R/T LUPUS PAIN R/T LUPUS |
| 2004-07-26 (25) | 2004-07-26 (25) | No | PREDNISONE | 20 MG | PAIN R/T LUPUS PAIN R/T LUPUS |
| 2004-07-26 (25) | 2004-07-27 (26) | No | PARACETAMOL | 650 MG | JOINT PAIN C/T LUPUS |
| 2004-07-27 (26) | 2004-07-27 (26) | No | CYPROHEPTADINE | 8 MG - HS | NASAL CONGESTION |
| 2004-07-27 (26) | 2004-09-05 (66)# | Yes | TOPIRAMATE | 50 MG | BIPOLAR DISORDER |
| 2004-07-29 (28) | 2004-09-05 (66)# | Yes | LITHIUM | 900 MG | BIPOLAR DISORDER |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2121

CONFIDENTIAL
AZSER12774794

**START OF E NARRATIVE**

Subject identifier
D1447C00127/E0031054

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

Narrative event
SAE, DAE

**Narrative event:**

| Death: | No |
|---|---|
| SAE: | NEPHROPATHY TOXIC |
| DAE: | NEPHROPATHY TOXIC |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 50 | Male | Caucasian | 156 | 2005-06-27 | 2005-11-29 | QUETIAPINE 600 | 2005-11-30 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

| Current: | obesity, high blood pressure, migraine headaches, elevated cholesterol, spastic cerebralpalsy in right leg, allergic to penicillin |
|---|---|
| Past: | hernia, tonsilitis |

**Death information:**

| Date of death: | No death |
|---|---|
| Cause of death: | |
| Post-mortem: | |

1

2122

CONFIDENTIAL
AZSER12774795

**Subject identifier**
D1447C00127/E0031054

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-06-13 (-14) | NA | CYST(CYST IN RIGHT ANKLE) | 9.1 | Continuing | No | No | No | Moderate |
| PreTrt | | 2005-06-14 (-13) | 2005-10-24 (120) | MUSCLE TWITCHING(TWITCHING OF BOTH HANDS) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 600 | 2005-08-12 (47) | NA | MYALGIA(MUSCLE SORNESS FROM MOTOR VEHICLE ACCIDENT) | 9.1 | Continuing | No | No | No | Moderate |
| OL | QUETIAPINE 600 | 2005-10-06 (102) | 2005-11-05 (132) | BACK PAIN(WORSENING OF BACK PAIN) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 600 | 2005-10-10 (106) | NA | GASTROOESOPHAGEAL REFLUX DISEASE(ACID REFLUX) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 600 | 2005-11-17 (144) | 2005-11-20 (147) | NEPHROPATHY TOXIC(ACUTE RENAL FAILURE SECONDARY TO LITHIUM TOXICITY) | 9.1 | Resolved | Yes | Yes | Yes / {HO} | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2123

CONFIDENTIAL
AZSER12774796

**Subject identifier**
D1447C00127/E0031054

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event**
SAE, DAE

**Descriptive text:**

{ACUTE RENAL FAILURE SECONDARY TO LITHIUM TOXICITY} A report was received from an investigator concerning a 50-year-old male patient enrolled in study D1447C00127. A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included propranolol hydrochloride, olmesartan medoxomil for high blood pressure, atorvastatin for elevated cholesterol, paracetamol for back pain, cortisone for cyst in right ankle, and ibuprofen for worsening of back pain. The patient had a history of hernia, tonsillitis, spastic cerebral palsy in right leg, allergy to penicillin, hypertension, two abdominal hernia repair, cardiac catheterization in 1998, bipolar disorder, obesity, migraine headaches, and tonsillectomy. In 1995, the patient began concomitant Aspirin (acetylsalicylic acid), 81 mg daily, for cardiac prophylaxis. The patient began blinded Seroquel/placebo on 27-Jun-2005. On 12-Aug-2005 the patient began concomitant ibuprofen, 2400 mg daily, for muscle soreness. Compulsory concomitant treatment with lithium, 1200 mg daily, was begun on 27-Sep-2005. On 21-Nov-2005, the patient called the site coordinator to inform her that he had been hospitalized on 17-Nov-2005 with acute renal failure secondary to lithium toxicity. He reported that he felt disoriented, confused and uncoordinated that day and went to the emergency room. He reported to the emergency room staff that he had a two-day history of weakness, shaking and falling without loss of consciousness. He also reported loss of train of thought and amnesia as well as tingling, numbness and difficulty walking. He stated that he had a similar episode in the previous few months. He was described as neurologically intact but anxious with visual tremors. Vital signs at the time of admission included: temperature 99.1, pulse 101, respirations 16, blood pressure 121/90, and oxygen saturation 97%. Lungs were clear and the heart rate was regular, without murmurs, rubs or gallops. Muscle strength was good throughout, although his gait was not evaluated. A head computed tomography (CT) scan was done, which revealed a normal non-contrast study of the brain. An electrocardiogram showed normal sinus rhythm at 98 beats per minute with no ST or T-wave abnormalities. A renal ultrasound showed no hydronephrosis, nephrolithiasis and urolithiasis. Laboratory results included lithium level 2.1 mmol/L, blood urea nitrogen 64 mg/dL, and creatinine 3.3 mg/dl. A lithium level on 02-Nov-2005 (prior to admission) was 0.43 mmol/L. He was initially admitted to the hospital to rule out a neurological event, but when his elevated lithium level was reported, he was placed in the intensive care unit and was dialyzed. On 20-Nov-2005, the patient was discharged to home with instructions to discontinue his lithium and to follow up with his psychiatrist and primary care physician. Lithium level was 0.4 mmol/L on the day of discharge from the hospital. The discharge summary reported that the patient's renal function did return to normal and he was able to ambulate without difficulty. However, laboratory reports showed that his creatinine remained elevated at 1.5 mg/dL on the day of discharge. His blood urea nitrogen level was within normal limits at 13 mg/dL. On 30-Nov-2005, laboratory results were significant for blood urea nitrogen 26 mg/dl and creatinine 1.2 mg/dl. The patient has not required any follow up with renal or had sequalae from impaired renal function. Cortisone and other concomitant medications continued uninterrupted. The patient received his last dose of lithium on 16-Nov-2005. On 29-Nov-2005, blinded study therapy was discontinued. Initially, the investigator considered the event to be related to ibuprofen, lithium and cortisone treatments and unrelated to the blinded study therapy. On fol low up, the investigator considered the event to be related to ibuprofen, lithium and aspirin, and unrelated to blinded study therapy. Summary of follow-up information received by AstraZeneca on 30-Jan-2006: Amended event term from "elevated lithium level" to "acute renal failure secondary to lithium toxicity"; added study drug stop date and amended action taken; and updated narrative with additional medical history, test results, treatment and event course and outcome. Summary of follow-up information received by AstraZeneca on 09-Feb-2006: Deleted cortisone from co-suspect drugs; updated concomitant medications; and updated narrative with additional medical history, lithium level result and amended investigator's causality assessment. Summary of follow-up information received by AstraZeneca on 03-Mar-2006 and 06-Mar-2006: Added Aspirin as a co-suspect drug; deleted Aspirin from concomitant medications; and added additional relevant test results. Summary of follow-up information received by AstraZeneca on 04-Apr-2006: Added lithium stop date and significant laboratory results from 30-Nov-2005.

2124

3

CONFIDENTIAL
AZSER12774797

**Subject identifier**
D1447C00127/E0031054

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event**
SAE, DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-06 (-20) | NA | 5.6 (mmol/L) | 5.5 (%) | 6.34 (mmol/L)H | 6.66 (mmol/L)H | 1.24 (mmol/L) | | 149 (g/L) |
| Visit prior to Event | S6 | 2005-09-06 (72) | QUETIAPINE 600 | 4.8 (mmol/L) | 4.9 (%) | 4.67 (mmol/L) | | | | 136 (g/L) |
| Visit after Event | V23 | 2005-11-30 (157) | NA | 6.2 (mmol/L) | 5.5 (%) | 10.60 (mmol/L)H | 7.80 (mmol/L)H | 0.96 (mmol/L)L | | 134 (g/L) |
| Final Study Visit | V23 | 2005-11-30 (157) | NA | 6.2 (mmol/L) | 5.5 (%) | 10.60 (mmol/L)H | 7.80 (mmol/L)H | 0.96 (mmol/L)L | | 134 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-06 (-20) | NA | 187 (x10E9/L) | 8.8 (x10E9/L) | 5.81 (x10E9/L) | 17 (IU/L) | 21 (IU/L) | 97 (umol/L) | 2.29 (mIU/L) | 15.2 (pmol/L) |
| Visit prior to Event | S6 | 2005-09-06 (72) | QUETIAPINE 600 | 228 (x10E9/L) | 7.2 (x10E9/L) | 4.67 (x10E9/L) | | | | | |
| Visit after Event | V23 | 2005-11-30 (157) | NA | 272 (x10E9/L) | 8.9 (x10E9/L) | 5.20 (x10E9/L) | 26 (IU/L) | 21 (IU/L) | 106 (umol/L) | 2.14 (mIU/L) | 14.7 (pmol/L) |
| Final Study Visit | V23 | 2005-11-30 (157) | NA | 272 (x10E9/L) | 8.9 (x10E9/L) | 5.20 (x10E9/L) | 26 (IU/L) | 21 (IU/L) | 106 (umol/L) | 2.14 (mIU/L) | 14.7 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range. H=above normal range. NR=not recorded    * - unscheduled visit

4

2125

CONFIDENTIAL
AZSER12774798

**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00127/E0031054

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2126

CONFIDENTIAL
AZSER12774799

**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00127/E0031054

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 1995-07-01 (-3649) | 2005-12-29 (186)# | Yes | ACETYLSALICYLIC ACID | 81 MG | PROPHYLAXIS OF CARDIAC HEALTH |
| 2005-02-08 (-139) | 2005-12-29 (186)# | Yes | ATORVASTATIN | 10 MG | ELEVATED CHOLESTEROL |
| 2005-04-25 (-63) | 2005-12-29 (186)# | Yes | OLMESARTAN | 40 MG | HIGH BLOOD PRESSURE |
| 2005-08-12 (47) | 2005-12-29 (186)# | Yes | IBUPROFEN | 2400 MG | MUSCLE SORNESS FROM MOTOR VEHICLE ACCIDENTD |
| 2005-09-27 (93) | 2005-12-29 (186)# | Yes | LITHIUM | 1200 MG | BIPOLAR DISORDER |
| 2005-10-06 (102) | 2005-12-29 (186)# | Yes | IBUPROFEN | 400 MG | WORSENING OF BACKPAIN |
| 2005-10-06 (102) | 2005-12-29 (186)# | Yes | PARACETAMOL | 1950 MG | WORSENING OF BACKPAIN |
| 2005-10-22 (118) | 2005-12-29 (186)# | Yes | DEXAMETHASONE | 92 WEEKS | CYST ON RIGHT ANKLE |
| 2005-10-22 (118) | 2005-12-29 (186)# | Yes | LIDOCAINE | 92 WEEKS | CYST ON RIGHT ANKLE |
| 2005-10-25 (121) | 2005-11-29 (156) | No | PROPRANOLOL | 40 MG | PROPHYLAXIS OF TWITCHING OF BOTH HANDS |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2127

6

CONFIDENTIAL
AZSER12774800

Narrative event
SAE

**START OF E NARRATIVE**
Subject identifier
D1447C00127/E0033021

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 600

**Narrative event:**

| | |
|---|---|
| Death: | No |
| SAE: | EPIDIDYMITIS, PYELONEPHRITIS |
| DAE: | No |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 37 | Male | Caucasian | 169 | 2004-06-15 | 2004-11-30 | QUETIAPINE 600 | 2006-08-25 | Other (study terminated by sponsor.) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| 633 | 2004-12-01 | 2006-08-25 |

**Medical History:**

| | |
|---|---|
| Current: | allergic to serzone, hypothyroid, nearsighted, indigestion |
| Past: | hypertension |

**Death information:**

| | |
|---|---|
| Date of death: | No death |
| Cause of death: | |
| Post-mortem: | |

1

2128

CONFIDENTIAL
AZSER12774801

**Subject identifier**
D1447C00127/E0033021

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term  (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 200 | 2004-06-19 (5) | 2004-06-27 (13) | PARAESTHESIA(TINGLING RIGHT SIDE OF FACE & BODY) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 200 | 2004-06-21 (7) | 2004-06-27 (13) | DIARRHOEA(LOOSE STOOLS) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 600 | 2004-07-12 (28) | 2004-07-20 (36) | PYELONEPHRITIS(PYELONEPHRITIS) | 9.1 | Resolved | No | No | Yes / {HO} | Severe |
| OL | QUETIAPINE 600 | 2004-07-12 (28) | 2004-07-20 (36) | EPIDIDYMITIS(EPIDIDYMITIS) | 9.1 | Resolved | No | No | Yes / {HO} | Severe |
| RD | PLACEBO 600 | 2005-02-07 (69) | NA | BACK PAIN(BACK PAIN) | 9.1 | Continuing | No | No | No | Mild |
| RD | PLACEBO 600 | 2005-06-20 (202) | NA | ARTHRALGIA(ELBOW PAIN) | 9.1 | Continuing | No | No | No | Moderate |
| RD | PLACEBO 600 | 2005-11-24 (359) | 2006-01-10 (406) | MIGRAINE(MIGRAINE HEADACHE) | 9.1 | Resolved | No | No | No | Severe |
| RD | PLACEBO 600 | 2006-01-25 (421) | 2006-01-27 (423) | MIGRAINE(MIGRAINE HEADACHE) | 9.1 | Resolved | No | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2

2129

CONFIDENTIAL
AZSER12774802

**Subject identifier**
D1447C00127/E0053021

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Descriptive text:**

{PYELONEPHRITIS, EPIDIDYMITIS} A report has been received from a study investigator concerning a 37 year-old Caucasian male patient who was enrolled in A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. (D1447C00127) Concomitant drugs included lithium carbonate for mood stabilization, levothyroxine sodium for hypothyroid and clonazepam for anxiety. The patient had a history of hypertension, hypothyroid, benign tumor removed from right hand, allergy to Serzone, nearsighted, indigestion, vasectomy and excision of polyps from nasal cavity. The patient was randomized and began treatment with the study medication, 200 mg oral, twice daily on 15-JUN-2004 for bipolar I disorder. On 12-JUL-2004 the patient experienced a high fever and back pain. A urine dipstick test was positive for blood and protein. On 12-JUL-2004 the patient was sent to the emergency department where he waited for ten and a half hours, after which he left without treatment. On 13-JUL-2004 the patient was seen at a second emergency department and was admitted on 14-JUL-2004 with a diagnosis of pyelonephritis and epididymitis. Intravenous levofloxacin treatment and hydration therapy were started. Pain improved and temperature returned to normal. On 17-JUL-2004 the patient was discharged from the hospital. On 20-JUL-2004 the event was considered resolved and the patient recovered. The investigator considered the events to be unrelated to the study therapy. The company physician considered the events to be unrelated to the study therapy. Summary of follow up information received by AstraZeneca on 27-Jul-2004 included updated adverse event term, updated date adverse event met serious criteria, date adverse event stopped, updated outcome, relevant clinical laboratory assessments, relevant other testing, updated medical history, updated concomitant medication, updated treatment course, and additional patient information.

2130

3

CONFIDENTIAL
AZSER12774803

**Subject identifier**
D1447C00127/E0053021

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Triglycerides | Total Cholesterol | HDL | LDL | Hemoglobin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-06-08 (-7) | NA | | 4.9 (%) | 3.40 (mmol/L)H | 5.23 (mmol/L)H | 0.70 (mmol/L)L | | 145 (g/L) |
| Visit prior to Event | Enrollment | 2004-06-08 (-7) | NA | | 4.9 (%) | 3.40 (mmol/L)H | 5.23 (mmol/L)H | 0.70 (mmol/L)L | | 145 (g/L) |
| Visit after Event | S4 | 2004-07-29 (45) | QUETIAPINE 600 | | | | | | | 140 (g/L) |
| Final Study Visit | V23 | 2006-08-25 (633) | PLACEBO 600 | 4.7 (mmol/L) | 5.0 (%) | 4.49 (mmol/L)H | 4.71 (mmol/L) | 0.54 (mmol/L)L | | 142 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-06-08 (-7) | NA | 249 (x10E9/L) | 10.3 (x10E9/L) | 8.34 (x10E9/L) | 28 (IU/L) | 20 (IU/L) | 80 (umol/L) | 1.11 (mIU/L) | 11.2 (pmol/L) |
| Visit prior to Event | Enrollment | 2004-06-08 (-7) | NA | 249 (x10E9/L) | 10.3 (x10E9/L) | 8.34 (x10E9/L) | 28 (IU/L) | 20 (IU/L) | 80 (umol/L) | 1.11 (mIU/L) | 11.2 (pmol/L) |
| Visit after Event | S4 | 2004-07-29 (45) | QUETIAPINE 600 | 358 (x10E9/L) | 7.9 (x10E9/L) | 5.86 (x10E9/L) | | | | | |
| Final Study Visit | V23 | 2006-08-25 (633) | PLACEBO 600 | 222 (x10E9/L) | 5.5 (x10E9/L) | 3.86 (x10E9/L) | 36 (IU/L) | 23 (IU/L) | 80 (umol/L) | 0.14 (mIU/L)L | 15.4 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range. H=above normal range. NR=not recorded.     * - unscheduled visit

2131

4

CONFIDENTIAL
AZSER12774804

Narrative event
SAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

Subject identifier
D1447C00127/E0033021

**Weight:  Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2132

5

CONFIDENTIAL
AZSER12774805

Narrative event
SAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Subject identifier**
D1447C00127/E0033021

## Medication information: Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-02-01 (-135) | 2006-09-24 (663)# | Yes | LEVOTHYROXINE | 100 MCG | HYPOTHYROID |
| 2004-05-15 (-31)# | 2004-07-13 (29) | No | LITHIUM | 1350 MG | BIPOLAR DISORDER |
| 2004-07-14 (30) | 2004-07-14 (30) | No | HYDROMORPHONE | 4 MG | PYELONEPHRITIS |
| 2004-07-14 (30) | 2004-07-14 (30) | No | LEVOFLOXACIN | 500 MG | PYELONEPHRITIS |
| 2004-07-14 (30) | 2004-07-14 (30) | No | PROMETHAZINE | 50 MG | PYELONEPHRITIS |
| 2004-07-14 (30) | 2004-07-14 (30) | No | SODIUM CHLORIDE | 1000 ML | PYELONEPHRITIS |
| 2004-07-14 (30) | 2004-07-17 (33) | No | LITHIUM | 900 MG | BIPOLAR DISORDER |
| 2004-07-17 (33) | 2004-07-23 (39) | No | CIPROFLOXACIN | 1000 MG | PYELONEPHRITIS |
| 2004-07-18 (34) | 2004-09-08 (86) | No | LITHIUM | 1350 MG | BIPOLAR DISORDER |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2133

CONFIDENTIAL
AZSER12774806

**START OF E NARRATIVE**

Subject identifier
D1447C00127/E0033026

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Narrative event
SAE, DAE

**Narrative event:**

| Death: | No |
| SAE: | SUICIDE ATTEMPT |
| DAE: | SUICIDE ATTEMPT |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 19 | Female | Caucasian | 36 | 2004-07-19 | 2004-08-23 | QUETIAPINE 400 | 2004-09-15 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

| Current: | astismatism right eye |
| Past: | |

**Death information:**

| Date of death: | No death |
| Cause of death: | |
| Post-mortem: | |

2134

1

CONFIDENTIAL
AZSER12774807

**Subject identifier**
D1447C00127/E0033026

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2004-07-19 (1) | 2004-08-27 (40) | SOMNOLENCE(SOMNOLENCE) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 300 | 2004-07-27 (9) | 2004-08-11 (24) | POLLAKIURIA(FREQUENT URINATION) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2004-08-02 (15) | 2004-08-27 (40) | HEADACHE(HEADACHE) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2004-08-16 (29) | 2004-08-16 (29) | NAUSEA(NAUSEA) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2004-08-23 (36) | 2004-08-26 (39) | SUICIDE ATTEMPT(ATTEMPTED SUICIDE) | 9.1 | Resolved | No | Yes | Yes / {HO} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2135

CONFIDENTIAL
AZSER12774808

**Subject identifier**
D1447C00127/E0033026

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE, DAE

**Descriptive text:**

{ATTEMPTED SUICIDE} A report was received from an investigator concerning a 19-year-old female patient enrolled in, a double blind, phase III comparison of the efficacy and safety of quetiapine fumarate to placebo when used as adjunct to mood stabilizers (Lithium or Divalproex) in the maintenance treatment of Bipolar I Disorder in adult patients.  Past medical history included astigmatism right eye.  Concomitant drugs included lithium for mood stabilizer and ortho evra for birth control.  The patient began study drug on 19-Jul-2004.  Late in the evening on 23-Aug-2004, the patient presented to the emergency department in a lethargic state.  She stated that she had argued with her sister and subsequently ingested 3400 mg of Seroquel because she wanted to get sleepy and go to bed.  She was treated with activated charcoal and sorbitol and supplemental fluid hydration.  She  received supplemental potassium, after laboratory results revealed a potassium level of 2.7 mmol/L (reference range 3.8-5.0).  An alcohol level was 2 mg/dl.  An urine toxicology screen was negative for amphetamines, barbiturate, benzodiazepine, cocaine, opiates, phencyclidine, cannabinoids, and tricyclics.  An EKG performed revealed sinus tachycardia, and non-specific ST and T wave abnormalities.  She was stabilized and transferred to a psychiatric hospital on 24-Aug-2004, with the diagnosis of Seroquel overdose.  Her Seroquel medication was discontinued at that time.  She did continue on Lithium medication.  Over the course of her hospitalization, she continued to stabilize and was discharged on 26-Aug-2004 and the adverse event was considered to be resolved.  The investigator considered the event to be unrelated to the study therapy.

2136

3

CONFIDENTIAL
AZSER12774809

**Narrative event** SAE, DAE

**Subject identifier** D1447C00127/E0033026

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-07-12 (-6) | NA | | 5.0 (%) | 0.90 (mmol/L) | 4.97 (mmol/L) | 1.58 (mmol/L) | | 114 (g/L)L |
| Visit prior to Event | S4 | 2004-08-16 (29) | QUETIAPINE 400 | | | | | | | 114 (g/L)L |
| Visit after Event | V23 | 2004-09-15 (59) | NA | 4.4 (mmol/L) | 4.9 (%) | 0.99 (mmol/L) | 5.08 (mmol/L) | 1.84 (mmol/L) | | 126 (g/L) |
| Final Study Visit | V23 | 2004-09-15 (59) | NA | 4.4 (mmol/L) | 4.9 (%) | 0.99 (mmol/L) | 5.08 (mmol/L) | 1.84 (mmol/L) | | 126 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-07-12 (-6) | NA | 310 (x10E9/L) | 6.1 (x10E9/L) | 3.87 (x10E9/L) | 23 (IU/L) | 18 (IU/L) | 62 (umol/L) | 1.65 (mIU/L) | 16.3 (pmol/L) |
| Visit prior to Event | S4 | 2004-08-16 (29) | QUETIAPINE 400 | 292 (x10E9/L) | 6.7 (x10E9/L) | 4.54 (x10E9/L) | | | | | |
| Visit after Event | V23 | 2004-09-15 (59) | NA | 321 (x10E9/L) | 4.9 (x10E9/L) | 3.13 (x10E9/L) | 21 (IU/L) | 19 (IU/L) | 71 (umol/L) | 1.54 (mIU/L) | 15.7 (pmol/L) |
| Final Study Visit | V23 | 2004-09-15 (59) | NA | 321 (x10E9/L) | 4.9 (x10E9/L) | 3.13 (x10E9/L) | 21 (IU/L) | 19 (IU/L) | 71 (umol/L) | 1.54 (mIU/L) | 15.7 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range. H=above normal range. NR=not recorded    * - unscheduled visit

2137

4

CONFIDENTIAL
AZSER12774810

**Subject identifier**
D1447C00127/E0033026

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE, DAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2138

CONFIDENTIAL
AZSER12774811

**Subject identifier**
D1447C00127/E0033026

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE, DAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-06-18 (-31)# | 2004-09-22 (66)# | Yes | EVRA | 1 PATCH | BIRTH CONTROL |
| 2004-07-19 (1) | 2004-08-27 (40) | No | LITHIUM | 300 MG | MOOD STABILIZER |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2139

CONFIDENTIAL
AZSER12774812

**START OF E NARRATIVE**

Subject identifier
D1447C00127/E0037028

Study phase-treatment during which event occurred
Off Treatment - NA

Narrative event
SAE, DAE

**Narrative event:**

Death:                  No

SAE:                    SUICIDAL IDEATION

DAE:                    DEPRESSION, SUICIDAL IDEATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 38 | Female | Caucasian | 179 | 2004-05-06 | 2004-10-31 | NA | 2004-11-13 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:        endometriosis since 1985, headaches, allergic rhinitis, heartburn, sleep apnea, amenorrhea since 1/2004, obesity

Past:           torn ligament (l) foot

**Death information:**

Date of death:          No death

Cause of death:

Post-mortem:

2140

1

CONFIDENTIAL
AZSER12774813

**Subject identifier**
D1447C00127/E0037028

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon- tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2004-05-06 (1) | 2004-10-31 (179) | SEDATION(SEDATION) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 600 | 2004-05-13 (8) | 2004-07-30 (86) | AKATHISIA(AKATHESIA) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 600 | 2004-05-14 (9) | 2004-07-05 (61) | TOOTHACHE(TOOTHACHE) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2004-09-14 (132) | 2004-09-25 (143) | TOOTHACHE(TOOTHACHE) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2004-10-31 (179) | 2004-11-21 (200) | DEPRESSION(WORSENING DEPRESSION) | 9.1 | Resolved | No | Yes | No | Severe |
| OffTrt | | 2004-11-13 (192) | 2004-11-21 (200) | SUICIDAL IDEATION(SUICIDAL IDEATION) | 9.1 | Resolved | No | Yes | Yes / {HO} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2141

CONFIDENTIAL
AZSER12774814

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0037028 | Off Treatment - NA | SAE, DAE |

**Descriptive text:**

{SUICIDAL IDEATION} A report was received from an investigator concerning a 38 year-old female patient enrolled in, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo when Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients, (study D1447C00127). Concomitant drugs included ibuprofen for headaches, famotidine for heartburn, lithium for bipolar mood disorder, ortho-cyclin for birth control and amoxicillin for toothache.   The patient began study drug on 06-May-2004 and was stopped on 08-Oct-2005.  The patient started to express suicidal ideation on 11-Nov-2004 and was hospitalized on 13-Nov-2004.  The patient was treated with Lamictal, Klonopin and lithium carbonate.  On 17-Nov-2004, the patient was transferred to a second facility.  At the time of the transfer the patient admitted to depression, mood swings, irritability, poor sleep and anxiety but denied homicidal or suicidal ideas. The patient's thought processes were organized. Medications were adjusted and the patient was discharged on 21-Nov-2004. Medications at discharge included Zoloft, lithium carbonate, Abilify, Klonopin and Lamictal.  The patient was reported as recovered.  The patient continued in the study.  The investigator considered the events to be unrelated to the study therapy.  Summary of follow-up information received on 17-Jan-2005 by AstraZeneca: start date of depression; date event met serious criteria, date of discharge, outcome, and details regarding the event.  Summary of follow-up information received on 18-Jan-2005 by AstraZeneca: date event met serious criteria changed from 11-Nov-2004 to 13-Nov-2004.  Summary of follow-up information received on 01-Feb-2005 by AstraZeneca: stop date of study medication.

2142

3

CONFIDENTIAL
AZSER12774815

**Subject identifier**
D1447C00127/E0037028

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
SAE, DAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-04-29 (-6) | NA | | 5.5 (%) | 2.18 (mmol/L) | 5.18 (mmol/L) | 1.01 (mmol/L) | | 134 (g/L) |
| Visit prior to Event | S6 | 2004-08-05 (92) | QUETIAPINE 400 | | | | | | | 143 (g/L) |
| Final Study Visit | S6 | 2004-08-05 (92) | QUETIAPINE 400 | | | | | | | 143 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-04-29 (-6) | NA | 381 (x10E9/L) | 18.4 (x10E9/L)H | 14.90 (x10E9/L)H | 21 (U/L) | 16 (IU/L) | 53 (umol/L) | 2.00 (mIU/L) | 11.0 (pmol/L) |
| Visit prior to Event | S6 | 2004-08-05 (92) | QUETIAPINE 400 | 324 (x10E9/L) | 10.1 (x10E9/L) | 5.82 (x10E9/L) | | | | | |
| Final Study Visit | S6 | 2004-08-05 (92) | QUETIAPINE 400 | 324 (x10E9/L) | 10.1 (x10E9/L) | 5.82 (x10E9/L) | | | | | |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * - unscheduled visit

2143

4

CONFIDENTIAL
AZSER12774816

**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00127/E0037028

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2144

5

CONFIDENTIAL
AZSER12774817

**Subject identifier**
D1447C00127/E0037028

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
SAE, DAE

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2003-07-01 (-310) | 2004-11-30 (209)# | Yes | FAMOTIDINE | 20 MG | HEARTBURN PRN |
| 2003-09-15 (-234) | 2004-11-30 (209)# | Yes | LITHIUM | 900 MG QD | STUDY CONDITION BIPOLAR DISORDER |
| 2004-04-05 (-31)# | 2004-11-30 (209)# | Yes | IBUPROFEN | 400 MG | HEADACHES PRN |
| 2004-08-04 (91) | 2004-11-30 (209)# | Yes | CILEST | 1 TAB QD | AMENORHEA |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2145

6

CONFIDENTIAL
AZSER12774818

Narrative event
SAE

**START OF E NARRATIVE**
Subject identifier
D1447C00127/E0037055

Study phase-treatment during which event occurred
Off Treatment - NA

**Narrative event:**

Death:              No

SAE:                CHOLECYSTITIS

DAE:                No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|------------------------|
| 50 | Female | Caucasian | 112 | 2004-07-20 | 2004-11-08 | NA | 2004-11-09 | Subject not Willing to Continue Study |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:            back pain, headaches, hyperlipidemia, penicillin allergy

Past:               arthritis

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

1

2146

CONFIDENTIAL
AZSER12774819

Subject identifier
D1447C00127/E0037055

**Study phase-treatment during which event occurred**
Off Treatment - NA

Narrative event
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 200 | 2004-07-21 (2) | 2004-07-29 (10) | SINUSITIS(SINUSITIS) | 9.1 | Resolved | No | No | No | Mild |
| OffTrt | | 2004-11-16 (120) | 2004-11-19 (123) | CHOLECYSTITIS(CHOLECYSTITIS) | 9.1 | Resolved | No | No | Yes / {HO} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2147

2

CONFIDENTIAL
AZSER12774820

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0037055 | Off Treatment - NA | SAE |

**Descriptive text:**

{CHOLECYSTITIS} A report was received from an investigator concerning a 51-year-old female patient enrolled in study entitled A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. (D1447C00127) Concomitant drugs included lithium for bipolar disorder, lovastatin for hypercholesterolemia, pravastatin sodium for hypercholesterolemia, Vicodin for back pain, and quinine sulfate for back pain. The patient had a history of chronic back pain, headaches, hyperlipidemia, obesity, penicillin allergy, hysterectomy, appendectomy, right hip arthroplasty for aseptic necrosis, laminectomy, cesarean section (4x) and arthritis. The patient was randomized and began treatment with the study drug, orally on 20-JUL-2004. On 08-NOV-2004 therapy with the study drug was discontinued. On 16-NOV-2004 the patient experienced moderate to significant right upper quadrant abdominal pain, without jaundice, nausea, or vomiting. The patient was hospitalized for evaluation. A physical examination was notable for obesity and right upper quadrant tenderness. The impression was that the patient had acute cholecystitis with cholelithiasis and was obese. An ultrasound demonstrated cholecystitis with cholelithiasis. Liver function tests and amylase were normal. Laparoscopic surgery was performed on 17-Nov-2004. The gallbladder was noted to be edematous and distended and a cholecystectomy was performed. The post-operative diagnosis was acute cholecystitis. The patient was discharged on 19-Nov-2004 and considered recovered without sequelae at that time. The event was considered serious due to the patient being hospitalized. The patient elected to begin Seroquel therapy following her participation in the study. The investigator considered the event to be unrelated to the study therapy. Summary of follow up information received on 13-Jan-2005. Start date changed for study therapy from 20-Jul-2004 to 03-Aug-2004. Quinine sulfate added to concomitant therapy. Medical history added. Ultrasound results added. Event details added. Summary of follow up information received on 18-Jan-2005: Event term changed from cholelithiasis to cholecystitis. Risperdal removed from concomitant therapy.

2148

3

CONFIDENTIAL
AZSER12774821

**Subject identifier**
D1447C00127/E0037055

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
SAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-07-15 (-4) | NA | | 4.4 (%) | 2.27 (mmol/L) | 6.19 (mmol/L)H | 1.32 (mmol/L) | | 131 (g/L) |
| Visit prior to Event | V23 | 2004-11-09 (113) | NA | 6.6 (mmol/L)H | 4.8 (%) | 3.06 (mmol/L)H | 6.19 (mmol/L)H | 1.66 (mmol/L) | | 141 (g/L) |
| Final Study Visit | V23 | 2004-11-09 (113) | NA | 6.6 (mmol/L)H | 4.8 (%) | 3.06 (mmol/L)H | 6.19 (mmol/L)H | 1.66 (mmol/L) | | 141 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-07-15 (-4) | NA | 263 (x10E9/L) | 7.7 (x10E9/L) | 4.84 (x10E9/L) | 21 (IU/L) | 20 (IU/L) | 53 (umol/L) | 2.38 (mIU/L) | 14.6 (pmol/L) |
| Visit prior to Event | V23 | 2004-11-09 (113) | NA | 307 (x10E9/L) | 9.9 (x10E9/L) | 7.15 (x10E9/L) | 14 (IU/L) | 14 (IU/L) | 53 (umol/L) | 2.23 (mIU/L) | 10.4 (pmol/L) |
| Final Study Visit | V23 | 2004-11-09 (113) | NA | 307 (x10E9/L) | 9.9 (x10E9/L) | 7.15 (x10E9/L) | 14 (IU/L) | 14 (IU/L) | 53 (umol/L) | 2.23 (mIU/L) | 10.4 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

2149

4

CONFIDENTIAL
AZSER12774822

**Narrative event**
SAE

**Subject identifier**
D1447C00127/E0037055

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2150

5

CONFIDENTIAL
AZSER12774823

**Subject identifier**
D1447C00127/E0037055

**Study phase-treatment during which event occurred**
Off Treatment - NA

Narrative event
SAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-06-19 (-31)# | 2004-12-08 (142)# | Yes | ACETYLSALICYLIC ACID | 325 MG | HEADACHES PRN |
| 2004-06-19 (-31)# | 2004-12-08 (142)# | Yes | PRAVASTATIN | 10 MG | HYPERLIPIDEMIA |
| 2004-06-19 (-31)# | 2004-12-08 (142)# | Yes | QUININE | 650 MG | BACK PAIN |
| 2004-07-21 (2) | 2004-12-08 (142)# | Yes | LOVASTATIN | 20 MG | HYPERLIPIDEMIA |
| 2004-08-19 (31) | 2004-12-08 (142)# | Yes | LITHIUM | 1200 MG | BIPOLAR DISORDER |
| 2004-09-01 (44) | 2004-12-08 (142)# | Yes | VICODIN | 2 TABS | BACK PAIN |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2151

CONFIDENTIAL
AZSER12774824

**START OF E NARRATIVE**

Subject identifier
D1447C00127/E0041008

Study phase-treatment during which event occurred
Off Treatment - NA

Narrative event
SAE, DAE

**Narrative event:**

| | |
|---|---|
| Death: | No |
| SAE: | BIPOLAR DISORDER |
| DAE: | BIPOLAR DISORDER |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 27 | Male | Caucasian | 139 | 2004-08-12 | 2004-12-28 | NA | 2005-01-03 | Other (mood event) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

| | |
|---|---|
| Current: | allergies to pcn, pollen, grass |
| Past: | |

**Death information:**

| | |
|---|---|
| Date of death: | No death |
| Cause of death: | |
| Post-mortem: | |

1

2152

CONFIDENTIAL
AZSER12774825

**Subject identifier**
D1447C00127/E0041008

**Study phase-treatment during which which event occurred**
Off Treatment - NA

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2004-08-20 (9) | NA | FATIGUE(FATIGUE) | 9.1 | Continuing | Yes | No | No | Moderate |
| OffTrt | | 2005-01-03 (145) | NA | BIPOLAR DISORDER(WORSENING OF BIPOLAR SYMPTOMS) | 9.1 | Continuing | No | Yes | Yes / {HO} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2153

CONFIDENTIAL
AZSER12774826

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0041008 | Off Treatment - NA | SAE, DAE |

**Descriptive text:**

{WORSENING OF BIPOLAR SYMPTOMS} A report was received from an investigator concerning a 28-year-old male patient enrolled in a Double-blind, Phase III Comparison of the Efficacy and Safety of Seroquel (quetiapine fumarate) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients (study D1447C00127).  Concomitant drugs included valproate semisodium for bipolar.   There was no relevant medical history.  The patient began the open-label mood stabilization phase of the study and received study drug, Seroquel 600 mg oral daily, on 12-Aug-2004.  On 03-Jan-2005 the patient was hospitalized due to worsening of bipolar symptoms.  The patient had an increase in manic symptoms, disrupting both work and home life.  The patient's spouse was concerned about the patient's well-being.   Because the patient did not sign a release of information, the site was unable to provide any information related to the hospitalization, i.e., date of discharge from the hospital, date event stopped, outcome or discharge plans.  The patient was lost to follow up after the serious adverse event.  The investigator considered the event of worsening of bipolar symptoms to be unrelated to the study therapy.

3

2154

CONFIDENTIAL
AZSER12774827

**Subject identifier**
D1447C00127/E0041008

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
SAE, DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Visit prior to Event | S6 | 2004-11-09 (90) | QUETIAPINE 400 | | | | | | | 148 (g/L) |
| Final Study Visit | S6 | 2004-11-09 (90) | QUETIAPINE 400 | | | | | | | 148 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Visit prior to Event | S6 | 2004-11-09 (90) | QUETIAPINE 400 | 154 (x10E9/L) | 5.3 (x10E9/L) | 2.12 (x10E9/L) | | | | | |
| Final Study Visit | S6 | 2004-11-09 (90) | QUETIAPINE 400 | 154 (x10E9/L) | 5.3 (x10E9/L) | 2.12 (x10E9/L) | | | | | |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

2155

4

CONFIDENTIAL
AZSER12774828

Narrative event
SAE, DAE

Subject identifier
D1447C00127/E0041008

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2156

CONFIDENTIAL
AZSER12774829

Narrative event
SAE, DAE

Subject identifier
D1447C00127/E0041008

Study phase-treatment during which event occurred
Off Treatment - NA

## Medication information: Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-12-08 (119) | 2005-01-27 (169)# | Yes | VALPROIC ACID | 3500 MG | BIPOLAR |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2157

CONFIDENTIAL
AZSER12774830

Narrative event
SAE

# START OF E NARRATIVE

**Subject identifier**
D1447C00127/E0044002

**Study phase-treatment during which event occurred**
Off Treatment - NA

## Narrative event:

Death:               No

SAE:                 DEPRESSION

DAE:                 No

## Baseline information and summary of treatment:

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 43 | Female | Caucasian | 28 | 2004-05-13 | 2004-06-09 | NA | 2004-06-14 | Subject Lost to Follow-up |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

## Medical History:

Current:          acid reflux disease, osteoporosis right hip, fibromyalgia, seasonal allergies, hypercholesterolemia, hypertension

Past:             endometriosis, chronic headaches, cervical cancer, addison's disease

## Death information:

Date of death:        No death

Cause of death:

Post-mortem:

1

2158

CONFIDENTIAL
AZSER12774831

Subject identifier
D1447C00127/E0044002

**Study phase-treatment during which event occurred**
Off Treatment - NA

Narrative event
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OffTrt | | 2004-06-22 (41) | 2004-06-27 (46) | GASTROENTERITIS VIRAL(STOMACH FLUE) | 9.1 | Resolved | No | No | No | Moderate |
| OffTrt | | 2004-07-06 (55) | 2004-07-09 (58) | DEPRESSION(HOSPITALIZATION FOR DEPRESSION) | 9.1 | Resolved | No | No | Yes / {HO} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2159

CONFIDENTIAL
AZSER12774832

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0044002 | Off Treatment - NA | SAE |

**Descriptive text:**

{HOSPITALIZATION FOR DEPRESSION} A report was received from an investigator concerning a 43-year-old female patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included rofecoxib for osteoporotic pain, estrogens conjugated for hormone replacement therapy, calcium carbonate for osteoporosis, lansoprazole for acid reflux disease, clonazepam for depression, fexofenadine hydrochloride for seasonal allergy, atorvastatin for hypercholesterolemia and lithium for mood stabilization. The patient had a history of carpal tunnel syndrome surgery, hysterectomy, oophorectomy, cholecystectomy, urethrotomy, acid reflux disease, osteoporosis right hip, fibromyalgia, endometriosis, seasonal allergies, hypercholesterolemia, chronic headaches, cervical cancer, hypertension, Addison's disease, irritable bowel syndrome and chronic allergic rhinitis. The patient began study drug on 13-MAY-2004 and was withdrawn on 14-Jun-2004 lost to follow up. On 06-Jul-2005 the patient experienced severe hospitalization for depression. On 09-JUL-2004 the event resolved. The event as considered serious due to the patient being hospitalized. The patient recovered without sequelae. The investigator considered the event to be unrelated to the study therapy.

2160

3

CONFIDENTIAL
AZSER12774833

**Subject identifier**
D1447C00127/E0044002

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
SAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-05-07 (-5) | NA | | 5.3 (%) | 2.44 (mmol/L) | 7.38 (mmol/L)H | 1.74 (mmol/L) | | 108 (g/L)L |
| Visit prior to Event | Enrollment | 2004-05-07 (-5) | NA | | 5.3 (%) | 2.44 (mmol/L) | 7.38 (mmol/L)H | 1.74 (mmol/L) | | 108 (g/L)L |
| Final Study Visit | Enrollment | 2004-05-07 (-5) | NA | | 5.3 (%) | 2.44 (mmol/L) | 7.38 (mmol/L)H | 1.74 (mmol/L) | | 108 (g/L)L |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-05-07 (-5) | NA | 303 (x10E9/L) | 8.3 (x10E9/L) | 4.78 (x10E9/L) | 15 (IU/L) | 23 (IU/L) | 80 (umol/L) | 4.74 (mIU/L) | 9.3 (pmol/L)L |
| Visit prior to Event | Enrollment | 2004-05-07 (-5) | NA | 303 (x10E9/L) | 8.3 (x10E9/L) | 4.78 (x10E9/L) | 15 (IU/L) | 23 (IU/L) | 80 (umol/L) | 4.74 (mIU/L) | 9.3 (pmol/L)L |
| Final Study Visit | Enrollment | 2004-05-07 (-5) | NA | 303 (x10E9/L) | 8.3 (x10E9/L) | 4.78 (x10E9/L) | 15 (IU/L) | 23 (IU/L) | 80 (umol/L) | 4.74 (mIU/L) | 9.3 (pmol/L)L |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range.   H=above normal range. NR=not recorded    * - unscheduled visit

4

2161

CONFIDENTIAL
AZSER12774834

Narrative event
SAE

**Study phase-treatment during which event occurred**
Off Treatment - NA

Subject identifier
D1447C00127/E0044002

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2162

5

CONFIDENTIAL
AZSER12774835

| | Narrative event |
|---|---|
| | SAE |

**Subject identifier** D1447C00127/E0044002

**Study phase-treatment during which event occurred** Off Treatment - NA

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-03-29 (-45) | 2004-07-09 (58)# | Yes | FEXOFENADINE | 180 MG | ALLERGY (SEASONAL) |
| 2004-04-12 (-31)# | 2004-07-09 (58)# | Yes | CALCIUM CARBONATE | 900 MG | OSTEOPOROSIS |
| 2004-04-12 (-31)# | 2004-07-09 (58)# | Yes | CLONAZEPAM | 2 MG | DEPRESSION |
| 2004-04-12 (-31)# | 2004-07-09 (58)# | Yes | ESTROGENS CONJUGATED | 1.25 MG | HORMONE REPLACEMENT |
| 2004-04-12 (-31)# | 2004-07-09 (58)# | Yes | LANSOPRAZOLE | 30 MG | PRN FOR ACID REFLUX DISEASE |
| 2004-04-12 (-31)# | 2004-07-09 (58)# | Yes | ROFECOXIB | 50 MG | FIBROMYALGIA |
| 2004-04-12 (-31)# | 2004-07-09 (58)# | Yes | ROFECOXIB | 50 MG | OSTEOPOROTIC PAIN |
| 2004-05-12 (-1) | 2004-07-09 (58)# | Yes | ATORVASTATIN | 10 MG | HYPERCHOLESTROLEMIA |
| 2004-05-13 (1) | 2004-07-09 (58)# | Yes | LITHIUM | 900 MG | MOOD STABILIZATION |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2163

CONFIDENTIAL
AZSER12774836

**START OF E NARRATIVE**

Subject identifier
D1447C00127/E0044011

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 400

Narrative event
SAE

**Narrative event:**

Death:               No

SAE:                 TREMOR

DAE:                 No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 47 | Female | Caucasian | 255 | 2004-06-08 | 2005-02-17 | QUETIAPINE 400 | 2006-08-30 | Subject Lost to Follow-up |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| 559 | 2005-02-18 | 2006-08-30 |

**Medical History:**

Current:             hypothyroidism

Past:

**Death information:**

Date of death:       No death

Cause of death:

Post-mortem:

1

2164

CONFIDENTIAL
AZSER12774837

**Subject identifier**
D1447C00127/E0044011

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2004-07-12 (35) | 2004-07-20 (43) | TREMOR(HOSPITALIZATION FOR SEVERE TREMORS SECONDARY TO LITHIUM) | 9.1 | Resolved | No | No | Yes / {HO} | Severe |
| OL | QUETIAPINE 400 | 2004-09-15 (100) | 2004-09-25 (110) | GENITAL HAEMORRHAGE(BLEEDING PER VAGINA) | 9.1 | Resolved | No | No | No | Severe |
| RD | QUETIAPINE 400 | 2005-05-12 (84) | 2005-07-06 (139) | HYPONATRAEMIA(HYPONATERMIA) | 9.1 | Resolved | No | No | No | Moderate |
| RD | QUETIAPINE 400 | 2006-06-07 (475) | 2006-06-10 (478) | EYE ALLERGY(EYE ALLERGY) | 9.1 | Resolved | No | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2165

CONFIDENTIAL
AZSER12774838

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0044011 | Open Label - QUETIAPINE 400 | SAE |

**Descriptive text:**

{TREMOR SECONDARY TO LITHIUM} A report was received from an investigator concerning a 48-year-old female patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  Concomitant medications included bupropion hydrochloride for depression, venlafaxine hydrochloride for depression, lamotrigine for mood stabilization and levothyroxine sodium for hypothyroidism.  The patient had a history of substance use (alcohol, marijuana, Ritalin).  On 08-Jun-2004, the patient began pre-randomization treatment with Quetiapine Fumarate, 400 mg daily orally. On 07-Jul-2004, the patient began treatment with Lithobid (Lithium Carbonate) 1500 mg daily orally for mood stabilization. On 12-Jul-2004, thirty-four days after initiating Quetiapine Fumarate and six days after initiating Lithobid therapy, the patient began to experience mood swings, shakes and tremors (of the body, arms, head and legs). Lithobid therapy was stopped on 13-Jul-2004. The patient was hospitalized on 15-Jul-2004 with these complaints. The patient also reported seeing weird things, having difficulty functioning, being tearful and having a number of stressors present in her life. Mental status examination at admission was notable for depressed mood, some psychomotor restlessness and flight of ideas, and tremulousness due to lithium. The patient also reported difficulty maintaining sobriety, as she was living with a spouse who openly drank in her presence.  Diagnoses at admission included bipolar affective disorder, major depressive disorder, history of substance dependence and severe tremors secondary to lithium. The patient was treated with Lamictal, Effexor-XR, Seroquel, Ativan, Wellbutrin-XL, Depakote-ER, as well as Synthroid and Flexeril and placed on suicide precautions. The patient was also encourage d to attend and participate in group therapy sessions.  On 20-Jul-2004, the patient recovered and was discharged on Depakote-ER, Ativan and Flexeril. Diagnoses at discharge included bipolar affective disorder, major depressive disorder, history of substance dependence and severe tremors secondary to lithium.  The investigator considered the event of tremor secondary to lithium causally related to the Lithobid and not causally related to Quetiapine Fumarate.  Summary of follow-up information received by AstraZeneca 29-Aug-2005: Start date of Quetiapine Fumarate dosing updated.  Summary of follow-up information received by AstraZeneca 04-Oct-2005: Stop date of Lithobid therapy provided.

2166

3

CONFIDENTIAL
AZSER12774839

**Subject identifier**
D1447C00127/E0044011

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-06-03 (-5) | NA | | 5.4 (%) | 1.21 (mmol/L) | 5.15 (mmol/L) | 1.50 (mmol/L) | | 112 (g/L)L |
| Visit prior to Event | S4 | 2004-07-07 (30) | QUETIAPINE 400 | | | | | | | 119 (g/L) |
| Visit after Event | S5 | 2004-08-10 (64) | QUETIAPINE 500 | | | | | | | 107 (g/L)L |
| Final Study Visit | V19 | 2006-06-07 (475) | QUETIAPINE 400 | 5.3 (mmol/L) | 5.6 (%) | 1.24 (mmol/L) | 5.57 (mmol/L)H | 1.79 (mmol/L) | | 139 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-06-03 (-5) | NA | 404 (x10E9/L) | 8.9 (x10E9/L) | 5.78 (x10E9/L) | 13 (IU/L) | 15 (IU/L) | 71 (umol/L) | 1.35 (mIU/L) | 12.8 (pmol/L) |
| Visit prior to Event | S4 | 2004-07-07 (30) | QUETIAPINE 400 | 395 (x10E9/L) | 12.1 (x10E9/L) | 8.00 (x10E9/L) | | | | | |
| Visit after Event | S5 | 2004-08-10 (64) | QUETIAPINE 500 | 321 (x10E9/L) | 6.5 (x10E9/L) | 3.76 (x10E9/L) | | | | | |
| Final Study Visit | V19 | 2006-06-07 (475) | QUETIAPINE 400 | 285 (x10E9/L) | 8.0 (x10E9/L) | 4.06 (x10E9/L) | 15 (IU/L) | 17 (IU/L) | 71 (umol/L) | 0.77 (mIU/L) | 13.4 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

2167

4

CONFIDENTIAL
AZSER12774840

Narrative event
SAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Subject identifier
D1447C00127/E0044011

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2168

5

CONFIDENTIAL
AZSER12774841

Subject identifier
D1447C00127/E0044011

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Narrative event
SAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-04-13 (-56) | 2006-09-29 (589)# | Yes | LEVOTHYROXINE | 25 MCG | HYPOTHYROIDISM |
| 2004-05-08 (-31)# | 2004-07-22 (45) | No | LAMOTRIGINE | 400 MG | BIPOLAR DISORDER (MOOD STABILIZATION) |
| 2004-05-13 (-26) | 2004-09-29 (114) | No | VENLAFAXINE | 450 MG | DEPRESSION |
| 2004-05-13 (-26) | 2004-10-28 (143) | No | BUPROPION | 450 MG | DEPRESSION |
| 2004-07-08 (31) | 2004-07-13 (36) | No | LITHIUM | 1500 MG | BIPOLAR DISORDER MOOD STABILIZATION |
| 2004-07-15 (38) | 2004-07-20 (43) | No | CYCLOBENZAPRINE | 30 MG | PAIN |
| 2004-07-15 (38) | 2006-09-29 (589)# | Yes | LORAZEPAM | 1.5 MG | ANXIETY PRN |
| 2004-07-16 (39) | 2004-07-22 (45) | No | VALPROIC ACID | 1000 MG | BIPOLAR DISORDER MOOD STABILIZATION |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2169

6

CONFIDENTIAL
AZSER12774842

Narrative event
SAE

**START OF E NARRATIVE**
Subject identifier
D1447C00127/E0044019

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event:**

Death:              No

SAE:               ANXIETY

DAE:               No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|------------------------|
| 26 | Male | Other | 143 | 2004-08-13 | 2005-01-02 | QUETIAPINE 600 | 2005-04-29 | Development of Study-Specific Discontinuation Criteria (mood event) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| 116 | 2005-01-03 | 2005-04-28 |

**Medical History:**

Current:        erb's paralysis left arm, migraine, anxiety

Past:           alcohol dependence

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

1

2170

CONFIDENTIAL
AZSER12774843

**Subject identifier**
D1447C00127/E0044019

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event**
SAE

Adverse event information:

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon- tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 600 | 2004-11-18 (98) | 2004-11-20 (100) | ANXIETY(INCREASED ANXIETY) | 9.1 | Resolved | No | No | Yes / {HO} | Mild |
| RD | PLACEBO 600 | 2005-01-06 (4) | 2005-03-30 (87) | INSOMNIA(INSOMNIA) | 9.1 | Resolved | No | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2171

CONFIDENTIAL
AZSER12774844

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0044019 | Open Label - QUETIAPINE 600 | SAE |

**Descriptive text:**

{INCREASED ANXIETY}: A report was received from an investigator concerning a 26-year-old male patient enrolled in study D1447C00127. A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included valproate semi-sodium for bipolar disorder. The patient began study drug on 13-Aug-2004; dose was increased on 6-OCT-2004. The patient was incarcerated from 15-Nov-2004 until 18-Nov-2005 after having broken a restraining order placed by his wife. He did not receive his medication while incarcerated. He experienced heightened anxiety and was hospitalized on 18-NOV-2004 in order to re-establish his medication routine. He did not exhibit any symptoms of psychosis, mania, or depression. Following stabilization he was discharged recovered on 20-NOV-2004. The investigator considered the event to be unrelated to the study therapy.

2172

3

CONFIDENTIAL
AZSER12774845

**Narrative event** SAE

**Subject identifier** D1447C00127/E0044019

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-08-06 (-7) | NA | | 4.7 (%) | 1.95 (mmol/L) | 5.23 (mmol/L)H | 0.91 (mmol/L)L | | 164 (g/L) |
| Visit prior to Event | S6 | 2004-11-05 (85) | QUETIAPINE 600 | 4.8 (mmol/L) | 4.9 (%) | | | | | 157 (g/L) |
| Visit after Event | Randomization (V1) | 2005-01-03 (1) | PLACEBO 600 | 5.2 (mmol/L) | 4.9 (%) | 1.68 (mmol/L) | 5.83 (mmol/L)H | 0.93 (mmol/L)L | | 165 (g/L) |
| Final Study Visit | V7 | 2005-03-30 (87) | PLACEBO 700 | 4.2 (mmol/L) | 5.3 (%) | 0.93 (mmol/L) | 4.38 (mmol/L) | 0.88 (mmol/L)L | | 156 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-08-06 (-7) | NA | 300 (x10E9/L) | 13.1 (x10E9/L)H | 9.16 (x10E9/L)H | 20 (IU/L) | 15 (IU/L) | 71 (umol/L) | 0.24 (mIU/L)L | 17.5 (pmol/L) |
| Visit prior to Event | S6 | 2004-11-05 (85) | QUETIAPINE 600 | 213 (x10E9/L) | 7.9 (x10E9/L) | 3.86 (x10E9/L) | | | | | |
| Visit after Event | Randomization (V1) | 2005-01-03 (1) | PLACEBO 600 | 258 (x10E9/L) | 6.0 (x10E9/L) | 3.51 (x10E9/L) | 17 (IU/L) | 13 (IU/L) | 53 (umol/L) | 0.44 (mIU/L) | 13.7 (pmol/L) |
| Final Study Visit | V7 | 2005-03-30 (87) | PLACEBO 700 | 243 (x10E9/L) | 9.7 (x10E9/L) | 6.22 (x10E9/L) | 19 (IU/L) | 21 (IU/L) | 62 (umol/L) | 1.71 (mIU/L) | 14.2 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range. H=above normal range. NR=not recorded    * - unscheduled visit

2173

4

CONFIDENTIAL
AZSER12774846

Narrative event
SAE

**Subject identifier**
D1447C00127/E0044019

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 600

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2174

5

CONFIDENTIAL
AZSER12774847

**Subject identifier**
D1447C00127/E0044019

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

## Medication information: Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-07-13 (-31)# | 2005-05-28 (146)# | Yes | PARA-SELTZER | 1 TABLET | MIGRAINE |
| 2004-08-21 (9) | 2005-05-28 (146)# | Yes | VALPROIC ACID | 2000 MG | MOOD STABILIZATION |
| 2004-09-10 (29) | 2005-05-28 (146)# | Yes | PAROXETINE | 12.5 MG | BIPOLAR DISORDER |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2175

CONFIDENTIAL
AZSER12774848

**START OF E NARRATIVE**

Subject identifier
D1447C00127/E0044042

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 400

Narrative event
SAE, DAE

**Narrative event:**

| | |
|---|---|
| Death: | No |
| SAE: | CEREBROVASCULAR ACCIDENT, RESPIRATORY FAILURE |
| DAE: | RESPIRATORY FAILURE |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 62 | Male | Caucasian | 153 | 2005-05-26 | 2005-10-25 | QUETIAPINE 400 | 2005-10-29 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

| | |
|---|---|
| Current: | bronchitis, emphysema, restless leg syndrome, hypothyroidism, hypertension, diabetes mellitus, hyperlipedemia |
| Past: | stroke, heart attack x2, kidney stone |

**Death information:**

| | |
|---|---|
| Date of death: | No death |
| Cause of death: | |
| Post-mortem: | |

1

2176

CONFIDENTIAL
AZSER12774849

**Subject identifier**
D1447C00127/E0044042

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2005-07-02 (38) | 2005-07-05 (41) | CEREBROVASCULAR ACCIDENT(STROKE) | 9.1 | Resolved | No | No | Yes / {HO} | Moderate |
| OL | QUETIAPINE 400 | 2005-07-06 (42) | 2005-07-19 (55) | CEREBROVASCULAR ACCIDENT(RECURRENT STROKE) | 9.1 | Resolved | No | No | Yes / {HO} | Severe |
| OffTrt | | 2005-10-26 (154) | 2005-10-29 (157) | RESPIRATORY FAILURE(RESPIRATORY FAILURE) | 9.1 | Resolved | No | Yes | Yes / {HO} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2177

CONFIDENTIAL
AZSER12774850

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0044042 | Open Label - QUETIAPINE 400 | SAE, DAE |

## Descriptive text:

{STROKE} A report was received from an investigator concerning a 63-year-old male patient enrolled in a double blind, phase III comparison of the efficacy and safety of quetiapine fumarate to placebo when used as adjunct to mood stabilizers (lithium or divalproex) in the maintenance treatment of Bipolar I disorder in adult patients.  Concomitant drugs included valproate semisodium, acetylsalicylic acid, metoprolol tartrate, ramipril, duloxetine and metoprolol.  The patient had a history of hypertension, bronchitis, hypothyroidism, emphysema, kidney stones, myocardial infarction and strokes.  The patient began blinded study drug on 04-Jun-2005. The patient complained of slurred speech, blurred vision, confusion, and weakness in both legs. Subsequently, he was hospitalized on 02-Jul-2005 and diagnosed with a stroke. The patient received treatment and was discharged on 05-Jul-2005. The patient was still recovering. On 06-Jul-2005, the patient's defibrillator fired and he was rehospitalized (less than 24 hours) .  During the hospitalization, he had recurrent episodes of stroke. He was discharged still recovering on 19-Jul-2005. The study medication continued.  The investigator considered the events to be unrelated to the study therapy.

{RECURRENT STROKE} A report was received from an investigator concerning a 62 year old male patient enrolled in study D1447C00127. A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate  to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  Concomitant drugs included acetylsalicylic acid, metoprolol tartrate for hypertension, ramipril for hypertension, Cymbalta for depression, valproate semisodium for bipolar and metoprolol for hypertension.   The patient had a history of bronchitis, hypothyroidism, emphysema, kidney stones and myocardial infarction.  The patient began study drug on 04-JUN-2005.  The patient experienced a stroke on 02-JUL-2005 (reference 2005UW11051).  On 06-JUL-2005 the patient's defibrillator fired and he  was admitted to the hospital.  During hospitalization he had recurrent episodes of stroke.  The event resolved and the patient was discharged on 19-JUL-2005.   The investigator considered the event to be unrelated to the study therapy.

{RESPIRATORY FAILURE} A report was received from an investigator concerning a 62 year old male patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate  to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  Concomitant drugs included acetylsalicylic acid, ramipril for hypertension, Cymbalta for depression, valproate semisodium for bipolar, advair for emphysema, salbutamol sulfate for emphysema, metoprolol tartrate for hypertension, simvastatin for hyperlipidemia and glipizide for diabetes mellitus.   The patient had a history of bronchitis, hypothyroidism, kidney stones, emphysema, myocardial infarction, strokes and internal defibrillator.  The patient was admitted to the hospital on 26-Oct-2005. He was hypotensive, short of breath, and unconcious. He was put on dialysis, intubated and treated for shock. According to the hospital physician, the patient died on ██████2005.   The investigator considered the event(s) to be unrelated to the study therapy.

3

2178

CONFIDENTIAL
AZSER12774851

**Subject identifier**
D1447C00127/E0044042

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE, DAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-05-24 (-1) | NA | 6.7 (mmol/L)H | 7.2 (%)H | 2.47 (mmol/L) | 4.51 (mmol/L) | 0.85 (mmol/L)L | | 111 (g/L)L |
| Visit prior to Event | S4 | 2005-06-22 (28) | QUETIAPINE 400 | | | | | | | 114 (g/L)L |
| Visit after Event | S5 | 2005-07-22 (58) | QUETIAPINE 400 | | | | | | | 100 (g/L)L |
| Final Study Visit | S6 | 2005-08-17 (84) | QUETIAPINE 400 | 5.2 (mmol/L) | 5.4 (%) | | | | | 100 (g/L)L |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-05-24 (-1) | NA | 268 (x10E9/L) | 7.8 (x10E9/L) | 5.24 (x10E9/L) | 19 (IU/L) | 19 (IU/L) | 133 (umol/L)H | 0.04 (mIU/L)L | 16.3 (pmol/L) |
| Visit prior to Event | S4 | 2005-06-22 (28) | QUETIAPINE 400 | 263 (x10E9/L) | 8.6 (x10E9/L) | 5.34 (x10E9/L) | | | | | |
| Visit after Event | S5 | 2005-07-22 (58) | QUETIAPINE 400 | 357 (x10E9/L) | 7.2 (x10E9/L) | 4.61 (x10E9/L) | | | | | |
| Final Study Visit | S6 | 2005-08-17 (84) | QUETIAPINE 400 | 237 (x10E9/L) | 5.6 (x10E9/L) | 3.66 (x10E9/L) | | | | | |

Visit prior and visit after event is relative to the first narrative event.      L=below normal range. H=above normal range. NR=not recorded      * - unscheduled visit

2179

4

CONFIDENTIAL
AZSER12774852

**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00127/E0044042

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2180

CONFIDENTIAL
AZSER12774853

**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00127/E0044042

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2003-07-01 (-695) | 2005-07-15 (51) | No | ATORVASTATIN | 20 MG | HYPERLIPIDEMIA |
| 2003-10-15 (-589) | 2005-10-28 (156) | No | ACETYLSALICYLIC ACID | 81 MG | ANTI PLATELET |
| 2004-05-15 (-376) | 2005-10-28 (156) | No | SALBUTAMOL | 1 PUFF | BRONCHITIS PRN |
| 2004-05-15 (-376) | 2005-10-28 (156) | No | SERETIDE MITE | 2 PUFFS | EMPHYSEMA |
| 2004-07-01 (-329) | 2005-10-28 (156) | No | GLIPIZIDE | 10 MG | DIABETES MELLITUS |
| 2004-07-01 (-329) | 2005-10-28 (156) | No | METOPROLOL | 50 MG | HYPERTENSION |
| 2004-10-15 (-223) | 2005-10-28 (156) | No | RAMIPRIL | 5 MG | HEPERTENSION (POST MI) |
| 2004-12-08 (-169) | 2005-10-13 (141) | No | DULOXETINE | 60 MG | DEPRESSION |
| 2005-01-15 (-131) | 2005-07-15 (51) | No | METOPROLOL | 100 MG | HYPERTENSION (POST MI) |
| 2005-06-23 (29) | 2005-08-16 (83) | No | VALPROIC ACID | 750 MG | BIPOLAR DISORDER |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2181

CONFIDENTIAL
AZSER12774854

**START OF E NARRATIVE**
Subject identifier
D1447C00127/E0044045

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 400

Narrative event
SAE

**Narrative event:**

Death:              No

SAE:                RETINAL DETACHMENT

DAE:                No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 49 | Male | Caucasian | 249 | 2005-06-13 | 2006-02-16 | QUETIAPINE 400 | 2006-08-23 | Other (study stopped by the sponsor) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| 187 | 2006-02-17 | 2006-08-22 |

**Medical History:**

Current:            moderate obesity, hypertension

Past:               chicken pox, measles, mumps, shingles, adenoids

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

2182

1

CONFIDENTIAL
AZSER12774855

**Subject identifier**
D1447C00127/E0044045

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2005-06-29 (17) | 2005-08-08 (57) | RETINAL DETACHMENT(RETINAL DETACHMENT LEFT EYE) | 9.1 | Resolved | No | No | Yes / {HO ME} | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2183

2

CONFIDENTIAL
AZSER12774856

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0044045 | Open Label - QUETIAPINE 400 | SAE |

**Descriptive text:**

{RETINAL DETACHMENT LEFT EYE} A report was received from an investigator concerning a 50-year-old male patient enrolled in study D1447C00127, A double-blind, Phase III comparison of the efficacy and safety of quetiapine fumarate to placebo when used as adjunct to mood stabilizers (Lithium or Divalproex) in the maintenance treatment of bipolar I disorder in adult patients. Concomitant medications included venlafaxine hydrochloride for depression, lamotrigine for depression, lithium for bipolar disorder, lorazepam for anxiety and valsartan for hypertension. The patient began study drug on 13-Jun-2005 (300 mg PO daily from 13-Jun-2005 to 22-Jun-2005, increased to 400 mg PO daily on 23-Jun-2005). On 29-Jun-2005 the patient experienced retinal detachment of the left eye. He had a loss of vision at the top and central portions of his visual fields in the left eye following a car accident. A diagnosis of retinal detachment of the left eye was made. He was hospitalized on 01-Jul-2005 and surgery was performed. He was discharged on 02-Jul-2005 in improving condition. He was treated with oral antibiotics, multiple eye drops, and an eye shield. The patient recovered on 02-Aug-2005. The patient remains in the study. The investigator considered the event to be unrelated to the study therapy.

2184

3

CONFIDENTIAL
AZSER12774857

**Narrative event**
SAE

**Subject identifier**
D1447C00127/E0044045

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-06 (-7) | NA | 6.6 (mmol/L)H | 5.7 (%) | 3.32 (mmol/L)H | 5.72 (mmol/L)H | 0.83 (mmol/L)L | | 143 (g/L) |
| Visit prior to Event | Enrollment | 2005-06-06 (-7) | NA | 6.6 (mmol/L)H | 5.7 (%) | 3.32 (mmol/L)H | 5.72 (mmol/L)H | 0.83 (mmol/L)L | | 143 (g/L) |
| Visit of Event | S4 | 2005-07-08 (26) | QUETIAPINE 400 | | | | | | | 137 (g/L) |
| Visit after Event | S5 | 2005-08-10 (59) | QUETIAPINE 400 | | | | | | | 138 (g/L) |
| Final Study Visit | V23 | 2006-08-23 (437) | NA | 5.7 (mmol/L) | 5.9 (%) | 2.78 (mmol/L) | 6.94 (mmol/L)H | 1.06 (mmol/L) | | 134 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-06 (-7) | NA | 294 (x10E9/L) | 5.4 (x10E9/L) | 3.32 (x10E9/L) | 236 (IU/L)H | 38 (IU/L) | 71 (umol/L) | 2.09 (mIU/L) | 14.2 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-06-06 (-7) | NA | 294 (x10E9/L) | 5.4 (x10E9/L) | 3.32 (x10E9/L) | 236 (IU/L)H | 38 (IU/L) | 71 (umol/L) | 2.09 (mIU/L) | 14.2 (pmol/L) |
| Visit of Event | S4 | 2005-07-08 (26) | QUETIAPINE 400 | 360 (x10E9/L) | 10.6 (x10E9/L) | 8.40 (x10E9/L)H | | | | | |
| Visit after Event | S5 | 2005-08-10 (59) | QUETIAPINE 400 | 287 (x10E9/L) | 4.5 (x10E9/L) | 2.50 (x10E9/L) | | | | | |
| Final Study Visit | V23 | 2006-08-23 (437) | NA | 294 (x10E9/L) | 6.7 (x10E9/L) | 4.19 (x10E9/L) | 47 (IU/L) | 23 (IU/L) | 88 (umol/L) | 5.33 (mIU/L) | 13.0 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range. NR=not recorded     * - unscheduled visit

4

2185

CONFIDENTIAL
AZSER12774858

Narrative event
SAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Subject identifier
D1447C00127/E0044045

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2186

CONFIDENTIAL
AZSER12774859

**Subject identifier**
D1447C00127/E0044045

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

## Medication information:  Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-05-13 (-31)# | 2005-10-04 (114) | No | LITHIUM | 600 MG | BIPOLAR DISORDER |
| 2005-05-13 (-31)# | 2005-11-03 (144) | No | LAMOTRIGINE | 200 MG | DEPRESSION (BIPOLAR) |
| 2005-05-13 (-31)# | 2005-11-03 (144) | No | VENLAFAXINE | 150 MG | DEPRESSION (BIPOLAR) |
| 2005-05-13 (-31)# | 2006-09-21 (217)# | Yes | LORAZEPAM | 1 MG | ANXEITY/BIPOLAR DISORDER PRN |
| 2005-06-07 (-6) | 2006-09-21 (217)# | Yes | VALSARTAN | 80 MG | HYPERTENSION |
| 2005-07-02 (20) | 2005-07-02 (20) | No | ANAESTHETICS, GENERAL | | EYE SURGERY FOR RETINAL DETACHMENT |
| 2005-07-02 (20) | 2005-07-02 (20) | No | ATROPINE | | DILATATION OF PUPIL |
| 2005-07-02 (20) | 2005-07-02 (20) | No | BUPIVACAINE | | RETINAL DETACHMENT |
| 2005-07-02 (20) | 2005-07-02 (20) | No | CYCLOPENTOLATE | | DILATATION OF PUPIL |
| 2005-07-02 (20) | 2005-07-02 (20) | No | FLURBIPROFEN | | DILATE EYE |
| 2005-07-02 (20) | 2005-07-02 (20) | No | GENTAMICIN | 20 MG | PREVENTION OF EYE INFECTION |
| 2005-07-02 (20) | 2005-07-02 (20) | No | PHENYLEPHRINE | | DILATATION OF PUPIL |
| 2005-07-02 (20) | 2005-07-07 (25) | No | CIPROFLOXACIN | 1000 MG | PREVENTION OF EYE INFECTION |
| 2005-07-02 (20) | 2005-08-01 (50) | No | TOBRADEX | 4 DROPS | OPHTHALMIC ANTIINFECTION |
| 2005-07-02 (20) | 2005-09-02 (82) | No | HYOSCINE | 1 DROP | OCULAR HYPERTENSION |
| 2005-07-02 (20) | 2005-09-25 (105) | No | CIPROFLOXACIN | 4 DROPS | PREVENTION OF EYE INFECTION |
| 2005-07-02 (20) | 2005-09-29 (109) | No | ISOPTO ATROPIN | 2 DROPS | ANTICHOLINERGIE |
| 2005-07-02 (20) | 2005-09-29 (109) | No | MAXITROL | 4 DROPS | OPHTHALMIC ANTIINFLAMMATORY |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2187

CONFIDENTIAL
AZSER12774860

# START OF E NARRATIVE

**Subject identifier**
D1447C00127/E0044054

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event:**

| | |
|---|---|
| Death: | No |
| SAE: | HYPONATRAEMIA, HYPONATRAEMIA |
| DAE: | HYPONATRAEMIA |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 58 | Male | Caucasian | 188 | 2005-08-18 | 2006-02-21 | NA | 2006-04-23 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| 56 | 2006-02-22 | 2006-04-18 |

**Medical History:**

Current: hypothyroidism, obesity, hypertension, emphysema, hypercholesterlemia, benign prostate hyperplasia, intentional tremors

Past:

**Death information:**

| | |
|---|---|
| Date of death: | No death |
| Cause of death: | |
| Post-mortem: | |

1

2188

CONFIDENTIAL
AZSER12774861

**Subject identifier**
D1447C00127/E0044054

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 600 | 2005-11-09 (84) | NA | WEIGHT INCREASED(WEIGHT GAIN) | 9.1 | Continuing | No | No | No | Moderate |
| OL | QUETIAPINE 600 | 2005-11-15 (90) | 2005-11-22 (97) | DIZZINESS(DIZZINESS) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 600 | 2005-11-18 (93) | 2005-11-22 (97) | TREMOR(SHAKES) | 9.1 | Resolved | No | No | No | Mild |
| RD | QUETIAPINE 600 | 2006-02-22 (1) | NA | TREMOR(TREMORS) | 9.1 | Continuing | No | No | No | Mild |
| RD | QUETIAPINE 600 | 2006-02-22 (1) | NA | AKATHISIA(AKATHESIA) | 9.1 | Continuing | No | No | No | Mild |
| RD | QUETIAPINE 600 | 2006-02-28 (7) | 2006-03-23 (30) | INSOMNIA(INSOMNIA) | 9.1 | Resolved | No | No | No | Mild |
| RD | QUETIAPINE 600 | 2006-03-05 (12) | NA | FLUID RETENTION(FLUID RETENTION) | 9.1 | Continuing | No | No | No | Mild |
| OffTrt | | 2006-04-19 (57) | 2006-04-28 (66) | HYPONATRAEMIA(ACUTE HYPONATREMIA | 9.1 | Resolved | No | Yes | Yes / {HO} | Severe |
| OffTrt | | 2006-05-02 (70) | 2006-05-05 (73) | HYPONATRAEMIA(HYPONATREMIA) | 9.1 | Resolved | No | No | Yes / {HO} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2189

CONFIDENTIAL
AZSER12774862

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| DI447C00127/E0044054 | Off Treatment - NA | SAE, DAE |

**Descriptive text:**

{ACUTE HYPONATREMIA} A report was received from an investigator concerning a 59-year-old male patient enrolled in study DI447C00127, a Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included valproate semisodium for bipolar disorder, levothyroxine for hypothyroidism, potassium chloride for hypertension, simvastatin for hypercholesterolemia and terazosin for benign prostatic hypertrophy. The patient had a history of obesity, emphysema, benign prostatic hyperplasia, bipolar disorder, alcohol abuse, seizure disorder, arteriosclerotic heart disease, tobacco use and sleep apnea. From 26-Oct-2005 to 03-Mar-2006, the patient had received Seroquel (quetiapine fumarate) 300 mg BID oral for bipolar I disorder. On 04-Mar-2006, the patient began blinded study drug. On 18-Mar-2006, the patient began treatment with furosemide 160 mg QD oral for hypertension. On 10-Apr-2006, furosemide treatment was discontinued. On 18-Apr-2006, the patient received his last dose of blinded study drug. On 19-Apr-2006, the patient experienced acute hyponatremia and was hospitalized. At 3:00 a.m. on the same day, the patient had collapsed. He was described as semi-conscious, confused and had difficulty standing. A localized seizure (hand) was also reported. On admission, the patient was able to respond to questioning, but responses were described as slow. His blood pressure was 130/70 mmHg, pulse was 84 and respiratory rate 22. A CT scan of the head showed no acute findings and a chest x-ray was clear. He had 2+ pedal edema. A hemoccult slide was negative. An electrocardiogram initially showed inferior and anterior changes with a prolonged QT. A reading later the same day was read as wandering atrial pacemaker, possible inferior myocardial infarction, with non-specific abnormalities of the ST segments and T waves. Laboratory assessments were significant for a sodium of 117 mmol/L and potassium 2.0 mmol/L. The potassium normalized to 4.7 mmol/L by 21-Apr-2006, although the sodium remained low through 25-Apr-2006. Blood gases were pH 7.48, pO2 71 mmHg and pCo2 65 mmHg. These improved to pH 7.42, pO2 95 mmHg, and pCo2 51 mmHg on 23- Apr-2006. Troponin I was 0.09 ng/mL and B natriuretic peptide was 65 pg/mL. On 28-Apr-2006, the patient recovered without sequelae and was discharged from the hospital. Initially, the company physician considered the event of hyponatremia to be unrelated to the study therapy. On follow up, the investigator considered the event of acute hyponatremia to be related to furosemide therapy and unrelated to the study therapy.

{HYPONATREMIA} A report was received from an investigator concerning a 59 year old male patient enrolled in study DI447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included valproate semisodium for bipolar disorder, levothyroxine for hypothyroidism, potassium chloride for hypertension, simvastatin for hypercholesterolemia and terazosin for benign prostatic hypertrophy. The patient had a history of hypercholesterolemia, obesity, emphysema, hypothyroidism, hypertension, acute hyponatremia (APR 2006), and benign prostatic hyperplasia. The patient was terminated from the study prior to the time he experienced symptoms of confusion, disorientation, and memory impairment which started on 02-MAY-2006. He went to the hospital the night of 02-MAY-2006, was admitted on 03-MAY-2006 and diagnosed with hyponatremia. The event was considered serious due to hospitalization. On 05-MAY-2006, the patient was discharged from hospital and the event was considered resolved. The investigator assessed that the concomitant medication furosemide was causally related to the event. The investigator reported that the study drug was unrelated to the event because the patient stopped the investigational product before the adverse event. The concomitant medications (other than furosemide) were also unrelated to the event. A company physician considered the event to be unrelated to the study therapy. The investigator site was unable to obtain any further information on this case after repeated attempts. Summary of follow up information received by AstraZeneca on 22-Sep-2006: Changed event confused, disoriented, developed memory impairment to hyponatremia. The patient recovered on 05-MAY-2006. Furosemide was determined to be causally related to the event. Summary of follow u p information received by AstraZeneca on 27-Sep-2006: Investigator clarified that patient went to hospital in late evening hours of 02-MAY-2003 (therefor this is the date the case became serious). Summary of follow up information received by AstraZeneca on 06-NOV-2006: Added Investigator causality statement.

2190

3

CONFIDENTIAL
AZSER12774863

**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00127/E0044054

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Triglycerides | Total Cholesterol | HDL | LDL | Hemoglobin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-11 (-7) | NA | 4.7 (mmol/L) | 6.1 (%) | 1.67 (mmol/L) | 4.64 (mmol/L) | 1.19 (mmol/L) | | 161 (g/L) |
| Visit prior to Event | Randomization (V1) | 2006-02-22 (1) | QUETIAPINE 600 | 5.3 (mmol/L) | 6.0 (%) | 1.34 (mmol/L) | 4.45 (mmol/L) | 1.37 (mmol/L) | | 170 (g/L) |
| Final Study Visit | Randomization (V1) | 2006-02-22 (1) | QUETIAPINE 600 | 5.3 (mmol/L) | 6.0 (%) | 1.34 (mmol/L) | 4.45 (mmol/L) | 1.37 (mmol/L) | | 170 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-11 (-7) | NA | 203 (x10E9/L) | 6.7 (x10E9/L) | 2.75 (x10E9/L) | 9 (IU/L) | 16 (IU/L) | 62 (umol/L) | 5.97 (mIU/L)H | 7.4 (pmol/L)L |
| Visit prior to Event | Randomization (V1) | 2006-02-22 (1) | QUETIAPINE 600 | 142 (x10E9/L) | 7.4 (x10E9/L) | 3.43 (x10E9/L) | 13 (IU/L) | 21 (IU/L) | 80 (umol/L) | 5.39 (mIU/L) | 9.2 (pmol/L)L |
| Final Study Visit | Randomization (V1) | 2006-02-22 (1) | QUETIAPINE 600 | 142 (x10E9/L) | 7.4 (x10E9/L) | 3.43 (x10E9/L) | 13 (IU/L) | 21 (IU/L) | 80 (umol/L) | 5.39 (mIU/L) | 9.2 (pmol/L)L |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range.   H=above normal range.   NR=not recorded   * - unscheduled visit

2191

4

CONFIDENTIAL
AZSER12774864

Narrative event
SAE, DAE

**Study phase-treatment during which event occurred**
Off Treatment - NA

Subject identifier
D1447C00127/E0044054

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2192

5

CONFIDENTIAL
AZSER12774865

**Subject identifier**
D1447C00127/E0044054

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
SAE, DAE

## Medication information: Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-12-07 (-254) | 2006-05-18 (86)# | Yes | VALPROIC ACID | 1500 MG | BIPOLAR DISORDER |
| 2005-01-15 (-215) | 2006-05-18 (86)# | Yes | POTASSIUM | 40 MG | POTASSIUM DEPLETION |
| 2005-07-18 (-31)# | 2006-05-18 (86)# | Yes | LEVOTHYROXINE | 0.025 MG | HYPOTHYROIDISM |
| 2005-07-18 (-31)# | 2006-05-18 (86)# | Yes | SALBUTAMOL | 4 PUFFS | EMPHYSEMA |
| 2005-07-18 (-31)# | 2006-05-18 (86)# | Yes | SIMVASTATIN | 40 MG | HYPERCHOLESTEROLEMIA |
| 2005-08-04 (-14) | 2006-05-18 (86)# | Yes | TERAZOSIN | 5 MG | BENIGN PROSTATIC HYPERPLASIA |
| 2006-03-18 (25) | 2006-05-18 (86)# | Yes | FUROSEMIDE | 160 MG | HYPERTENSION |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2193

6

CONFIDENTIAL
AZSER12774866

Narrative event: SAE

**START OF E NARRATIVE**

Subject identifier
D1447C00127/E0045001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event:**

| | |
|---|---|
| Death: | No |
| SAE: | NAUSEA, VOMITING |
| DAE: | No |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 41 | Male | Black | 35 | 2004-04-02 | 2004-05-06 | QUETIAPINE 400 | 2004-06-29 | Subject Lost to Follow-up |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

| | |
|---|---|
| Current: | constipation, osteoarthritis left hip, mild headaches, migraine headaches, allergic to pcn, trazodone, prozac |
| Past: | htn |

**Death information:**

| | |
|---|---|
| Date of death: | No death |
| Cause of death: | |
| Post-mortem: | |

2194

1

CONFIDENTIAL
AZSER12774867

**Subject identifier**
D1447C00127/E0045001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2004-03-25 (-8) | NA | DRY MOUTH(DRY MOUTH) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2004-04-04 (3) | 2004-04-04 (3) | DIZZINESS(LIGHT HEADEDNESS) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2004-04-14 (13) | 2004-04-15 (14) | NAUSEA(NAUSEA SECONDARY TO STRESS TEST) | 9.1 | Resolved | No | No | Yes/{HO} | Moderate |
| OL | QUETIAPINE 400 | 2004-04-14 (13) | 2004-04-15 (14) | VOMITING(VOMITTING SECONDARY TO STRESS TEST) | 9.1 | Resolved | No | No | Yes/{HO} | Moderate |
| OL | QUETIAPINE 400 | 2004-04-25 (24) | 2004-04-29 (28) | DIARRHOEA(DIARRHEA) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2004-05-06 (35) | 2004-05-06 (35) | WOUND(PUNCTURE WOUND (L) ARM) | 9.1 | Resolved | No | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2195

CONFIDENTIAL
AZSER12774868

**Subject identifier**
D1447C00127/E0045001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE

**Descriptive text:**

{NAUSEA SECONDARY TO STRESS TEST, VOMITING SECONDARY TO STRESS TEST} A report was received from an investigator concerning a 41-year-old male patient enrolled A Multicenter, Randomized, Parallel-group, Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients (D1447C00127).  Concomitant drugs included psyllium hydrophilic mucilloid for constipation, Excedrin migraine for headaches, valproate semisodium, naproxen sodium for left hip pain, and quetiapine fumarate.  Medical history included bipolar disorder, hypertension, constipation, osteoarthritis of left hip, hip pain, mild headaches, migraine headache, and allergies to penicillin, Prozac, and trazodone. The patient received Seroquel (quetiapine fumarate) 400 mg from 27-Mar-2004 to 28-Mar-2004.  The patient began therapy with study medication on 02-Apr-2004. On 14-Apr-2004, the patient experienced nausea and vomiting secondary to a stress test.  He was kept overnight (not admitted to the hospital).  The patient was considered recovered on 15-Apr-2004.  The last dose of study therapy was given on 06-May-2004.  The investigator considered the event to be unrelated to the study therapy.  The site had attempted several times to obtain follow-up information.  The patient had been lost to follow-up and discontinued from the study on 29-Jun-2004.  Summary of follow-up information received on 02-Jun-2004: Event "prolonged hospitalization" updated to "nausea and vomiting secondary to stress test".  Summary of follow-up information received on 15-Jun-2004: The site had attempted several times to obtain follow-up information.  The patient was discontinued from the study and lost to follow-up.  Summary of follow-up information received on 21-Jul-2004: Case downgraded per the investigator.  Reported that the patient had never been hospitalized in April as confirmed with the hospital.  Patient lost to follow-up and unavailable.  Summary of follow-up information received on 03-Dec-2004 and 07-Dec-2004: Added stop date of study therapy 06-May-2004, event term "nausea and vomiting secondary to stress test" updated to two separate events, added intensity of events as moderate.  Added date patient was discontinued from the study.

3

2196

**Narrative event**
SAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Subject identifier**
D1447C00127/E0045001

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-03-22 (-10) | NA | | 6.1 (%) | 0.71 (mmol/L) | 4.82 (mmol/L) | 1.74 (mmol/L) | | 140 (g/L) |
| Visit prior to Event | Enrollment | 2004-03-22 (-10) | NA | | 6.1 (%) | 0.71 (mmol/L) | 4.82 (mmol/L) | 1.74 (mmol/L) | | 140 (g/L) |
| Visit after Event | S4 | 2004-05-07 (36) | NA | | | | | | | 143 (g/L) |
| Final Study Visit | S4 | 2004-05-07 (36) | NA | | | | | | | 143 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-03-22 (-10) | NA | 200 (x10E9/L) | 6.1 (x10E9/L) | 3.87 (x10E9/L) | 15 (IU/L) | 15 (IU/L) | 80 (umol/L) | 2.02 (mIU/L) | 13.3 (pmol/L) |
| Visit prior to Event | Enrollment | 2004-03-22 (-10) | NA | 200 (x10E9/L) | 6.1 (x10E9/L) | 3.87 (x10E9/L) | 15 (IU/L) | 15 (IU/L) | 80 (umol/L) | 2.02 (mIU/L) | 13.3 (pmol/L) |
| Visit after Event | S4 | 2004-05-07 (36) | NA | | 7.8 (x10E9/L) | 5.83 (x10E9/L) | | | | | |
| Final Study Visit | S4 | 2004-05-07 (36) | NA | | 7.8 (x10E9/L) | 5.83 (x10E9/L) | | | | | |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range. H=above normal range. NR=not recorded    * - unscheduled visit

2197

4

CONFIDENTIAL
AZSER12774870

| | Narrative event |
|---|---|
| | SAE |

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Subject identifier**
D1447C00127/E0045001

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2198

5

CONFIDENTIAL
AZSER12774871

Narrative event
SAE

**Subject identifier**
D1447C00127/E0045001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-03-16 (-17) | 2004-06-05 (65)# | Yes | THOMAPYRIN N | 2 TABS | MIGRAINE HEADACHES, OCCASIONAL |
| 2004-03-21 (-12) | 2004-06-05 (65)# | Yes | PLANTAGO OVATA | 1 TBSP | INTERMITTENT CONSTIPATION |
| 2004-04-12 (11) | 2004-06-05 (65)# | Yes | VALPROIC ACID | 1000 MG | MOOD |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2199

6

CONFIDENTIAL
AZSER12774872

Narrative event
SAE, DAE

**START OF E NARRATIVE**
Subject identifier
D1447C00127/E0045022

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 1000

**Narrative event:**

Death:              No

SAE:               ACCIDENTAL OVERDOSE, SUICIDAL IDEATION

DAE:               ACCIDENTAL OVERDOSE, DYSPNOEA, SUICIDAL IDEATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 28 | Female | Black | 46 | 2004-07-26 | 2004-09-09 | QUETIAPINE 1000 | 2004-09-16 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA |  |  |

**Medical History:**

Current:        irritable bowel syndrome, migraine headaches, insomnia, anemia, rheumatoid arthritis, mildly overweight

Past:

**Death information:**

Date of death:       No death

Cause of death:

Post-mortem:

2200

1

CONFIDENTIAL
AZSER12774873