**Subject identifier**
D1447C00127/E0045022

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 1000

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discontinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2004-07-20 (-6) | 2004-07-27 (2) | URINARY TRACT INFECTION(URINARY TRACT INFECTION SYMPTOMS) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 200 | 2004-07-26 (1) | NA | SEDATION(SEDATION) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2004-08-09 (15) | NA | RHEUMATOID ARTHRITIS(WORSENING OF RHEUMATOID ARTHRITIS (KNEE PAIN)) | 9.1 | Continuing | No | No | No | Moderate |
| OL | QUETIAPINE 1000 | 2004-09-09 (46) | 2004-09-09 (46) | DYSPNOEA(CONSTRICTED BREATHING) | 9.1 | Resolved | Yes | Yes | No | Severe |
| OL | QUETIAPINE 1000 | 2004-09-09 (46) | 2004-09-09 (46) | ACCIDENTAL OVERDOSE(ACCIDENTAL OVERDOSE) | 9.1 | Resolved | No | Yes | Yes/{HO} | Severe |
| OL | QUETIAPINE 1000 | 2004-09-09 (46) | 2004-09-09 (46) | SUICIDAL IDEATION(SUICIDAL IDEATION) | 9.1 | Resolved | No | Yes | Yes/{HO} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2201

CONFIDENTIAL
AZSER12774874

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0045022 | Open Label - QUETIAPINE 1000 | SAE, DAE |

**Descriptive text:**

{ACCIDENTAL OVERDOSE, SUICIDAL IDEATION} A report was received from an investigator concerning a 29-year-old female patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  Concomitant drugs included iron for anemia, ibuprofen and Darvocet for knee pain and valproic acid for mood stabilizer.  The patient had a history of depression starting in teen years, worsening depression over last 4 years, previous overdose, methamphetamine use, autoimmune anemia with concurrent peripheral vascular disease, digital necrosis with auto amputation of four fingertips of right hand, irritable bowel syndrome, migraine headaches, insomnia, eczema, torn meniscus of right knee and rheumatoid arthritis.  On 26-Jul-2004, the patient began on an oral dose of open-label quetiapine, 400 twice daily. On 09-Sep-2004, she ingested 6 tablets of 100 mg Seroquel at once rather than as prescribed. Approximately fifteen to thirty minutes later, she experienced difficultly breathing. She was admitted to the hospital for suicidal ideation and medication overdose as she admitted to intentionally taking more than her prescribed dose of Seroquel in combination with inhaling amphetamines. On admission she was described as pleasant, alert and oriented.  Vital signs were stable.  A toxicity urine drug screen performed was positive for methamphetamine secondary to the patient smoking crystal methamphetamine.  Blood glucose of 156 was also reported. On 09-Sep-2004, the event was considered resolved.  While hospitalized she was started on Prozac (fluoxetine hydrochloride) for depression.  On 11-Sep-2004, she was discharged from the hospital and will continue Prozac use.  The patient was terminated prematurely from the study due to this event.   The overdose was considered accidental based on the patient's report to the site that the overdose was not intended (despite medical records indicating suicidal ideation).  The investigator considered the event of overdose and suicidal ideation to be unrelated to the study therapy.  Summary of follow up information received by AstraZeneca 17-Sep-2004: Medical history updated.  Action taken regarding study provided.  Amount of overdose clarified.  Laboratory information updated.  Summary of follow-up information received by AstraZeneca on 28-Sep-2004 revised the event term from constricted breathing to overdose medication, added event information that the patient admitted to the hospital staff that she intentionally took more than her prescribed dose of Seroquel in combination with inhaling amphetamines. Outcome and date recovered added.  Summary of follow-up information received by AstraZeneca on 10-Nov-2004 revised the causality assessment from yes to no.  Summary of follow-up information received by AstraZeneca on 24-Nov-2004 revised the event from one event of overdose medication to two events overdose medication and constricted breathing. Causality for overdose medication reported as no. Causality for constricted breathing was reported as yes. Summary of follow-up information received by AstraZeneca on 03-Dec-2004 revised the events from two events of overdose medication and constricted breathing to one event of overdose medication. The event of constricted breathing was not considered an SAE but an AE. The causality remained no for the event of overdose medication. Concomitant medication updated.  Case suppressed since no associated events due to overdose.  Summary of follow-up information received by AstraZeneca on 07-Jan-2005 added a second event of suicidal ideation since the hospital records indicated that the patient's overdose was due to suicidal ideation.  Case unsuppressed.  Summary of follow-up information received by AstraZeneca on 01-Apr-2005 updated the event from "Accidental Overdose" to "Accidental m edication overdose".

3

2202

CONFIDENTIAL
AZSER12774875

**Narrative event** SAE, DAE

**Subject identifier** D1447C00127/E0045022

**Study phase-treatment during which event occurred** Open Label - QUETIAPINE 1000

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-07-19 (-6) | NA | | 5.3 (%) | 0.80 (mmol/L) | 5.52 (mmol/L)H | 2.02 (mmol/L) | | 115 (g/L)L |
| Visit prior to Event | S4 | 2004-08-17 (23) | QUETIAPINE 400 | | | | | | | 114 (g/L)L |
| Visit after Event | S5 | 2004-09-16 (53) | NA | 3.2 (mmol/L)L | 5.2 (%) | 1.01 (mmol/L) | 4.87 (mmol/L) | 1.92 (mmol/L) | | 119 (g/L) |
| Final Study Visit | S5 | 2004-09-16 (53) | NA | 3.2 (mmol/L)L | 5.2 (%) | 1.01 (mmol/L) | 4.87 (mmol/L) | 1.92 (mmol/L) | | 119 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-07-19 (-6) | NA | 314 (x10E9/L) | 4.4 (x10E9/L) | 1.58 (x10E9/L)L | 18 (IU/L) | 23 (IU/L) | 62 (umol/L) | 3.03 (mIU/L) | 16.0 (pmol/L) |
| Visit prior to Event | S4 | 2004-08-17 (23) | QUETIAPINE 400 | 329 (x10E9/L) | 4.0 (x10E9/L)L | 1.57 (x10E9/L)L | | | | | |
| Visit after Event | S5 | 2004-09-16 (53) | NA | 304 (x10E9/L) | 4.9 (x10E9/L) | 2.33 (x10E9/L) | 7 (IU/L) | 15 (IU/L) | 71 (umol/L) | 0.86 (mIU/L) | 15.2 (pmol/L) |
| Final Study Visit | S5 | 2004-09-16 (53) | NA | 304 (x10E9/L) | 4.9 (x10E9/L) | 2.33 (x10E9/L) | 7 (IU/L) | 15 (IU/L) | 71 (umol/L) | 0.86 (mIU/L) | 15.2 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * = unscheduled visit

2203

4

CONFIDENTIAL
AZSER12774876

**Subject identifier**
D1447C00127/E0045022

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 1000

**Narrative event**
SAE, DAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2204

5

CONFIDENTIAL
AZSER12774877

**Subject identifier**
D1447C00127/E0045022

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 1000

**Narrative event**
SAE, DAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-06-25 (-31)# | 2004-10-09 (76)# | Yes | IBUPROFEN | 800 MG | RHEUMATOID ARTHRITIS |
| 2004-06-25 (-31)# | 2004-10-09 (76)# | Yes | IBUPROFEN | 800 MG | MIGRAINE HEADACHES |
| 2004-06-25 (-31)# | 2004-10-09 (76)# | Yes | IRON | 500 MG | ANEMIA |
| 2004-07-27 (2) | 2004-10-09 (76)# | Yes | PHENTERMINE | 1 TAB | MILDLY OVERWEIGHT |
| 2004-08-09 (15) | 2004-10-09 (76)# | Yes | PROPACET | 2 TAB | RHEUMATOID ARTHRITIS (KNEE PAIN) |
| 2004-08-11 (17) | 2004-10-09 (76)# | Yes | VALPROIC ACID | 2000 MG | MOOD |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2205

6

CONFIDENTIAL
AZSER12774878

**START OF E NARRATIVE**

Subject identifier
D1447C00127/E0045033

Study phase-treatment during which event occurred
Off Treatment - NA

Narrative event
SAE

**Narrative event:**

Death:        No

SAE:          SUICIDAL IDEATION

DAE:          No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 40 | Male | Black | 14 | 2004-10-29 | 2004-11-11 | NA | 2004-11-24 | Other (hospitalized due to a mood event) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:      hypertension

Past:

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

2206

1

CONFIDENTIAL
AZSER12774879

**Subject identifier**
D1447C00127/E0045033

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 500 | 2004-11-09 (12) | NA | WEIGHT DECREASED(WEIGHT LOSS) | 9.1 | Continuing | No | No | No | Mild |
| OffTrt | | 2004-11-14 (17) | 2004-11-17 (20) | SUICIDAL IDEATION(SUICIDAL IDEATION) | 9.1 | Resolved | No | No | Yes / {HO} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2207

CONFIDENTIAL
AZSER12774880

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0045033 | Off Treatment - NA | SAE |

**Descriptive text:**

{SUICIDAL IDEATION} A report was received from an investigator concerning a 40 year old male patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included valproate semisodium for mood stabilization. Hydroxyzine enbonate was added for anxiety on 14-Dec-2004. The patient had a history of prior alcohol use, drug user (methamphetamine and cocaine use), hypertension and obesity. On 14-Nov-2004 the patient was depressed and suicidal with thoughts of overdosing on medication. The patient voluntarily admitted himself for inpatient treatment in the behavioral health unit. At admission, the patient had worsening mood and psychotic symptoms with suicidal ideation (planning to jump off a bridge). The patient reported poor compliance with his medication regimen, and also admitted to recent alcohol and cocaine use. The mental status examination was performed, and was notable for psychomotor agitation with lability, irritability and disorganization. The patient's speech was rapid, pressured and interruptible. Mood was dysphoric with labile affect. Thought processes were delusional and tangential, but the patient denied suicidal or homicidal ideation at that time. The diagnostic impression was schizoaffective disorder, chronic acute decompensation with polysubstance abuse. An RPR obtained on 15-Nov-2004 was reactive. An evaluation the same day, revealed that the patient was depressed and started a Librium detoxification program due to recent use of alcohol and crack cocaine. During his stay, the patient received individual, group and milieu psychotherapy, as well as occupational and recreational therapy and individual behavior modification. On 17-Nov-2004 a urine drug screen was performed and was positive for cocaine and benzodia zepines. The patient improved, was no longer considered a danger to either self or others, and was discharged the same day to an outside facility (sober living program) for further care. Medications at discharge included Depakote, Trileptal, Seroquel, Effexor as well as hydrochlorothiazide and Altace. Study medication was discontinued, the last dose having been taken on 10-Nov-2004. The investigator considered the event to be unrelated to the study therapy. Summary of follow-up received by AstraZeneca on 24-Mar-2005: Narrative updated with event course/treatment, resolution date for event and outcome amended to recovered, concom med provided. Summary of follow-up received by AstraZeneca on 30-Mar-2005: Start/stop dates for suspect drug; additional concom meds.

3

2208

CONFIDENTIAL
AZSER12774881

**Subject identifier**
D1447C00127/E0045033

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
SAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-10-22 (-6) | NA | 4.1 (mmol/L) | 4.7 (%) | 1.76 (mmol/L) | 6.29 (mmol/L)H | 1.37 (mmol/L) | | 133 (g/L) |
| Visit prior to Event | Enrollment | 2004-10-22 (-6) | NA | 4.1 (mmol/L) | 4.7 (%) | 1.76 (mmol/L) | 6.29 (mmol/L)H | 1.37 (mmol/L) | | 133 (g/L) |
| Visit after Event | S3 | 2004-11-24 (27) | NA | 4.6 (mmol/L) | 4.5 (%) | 3.29 (mmol/L)H | 6.97 (mmol/L)H | 1.53 (mmol/L) | | 139 (g/L) |
| Final Study Visit | S3 | 2004-11-24 (27) | NA | 4.6 (mmol/L) | 4.5 (%) | 3.29 (mmol/L)H | 6.97 (mmol/L)H | 1.53 (mmol/L) | | 139 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-10-22 (-6) | NA | 265 (x10E9/L) | 7.1 (x10E9/L) | 4.57 (x10E9/L) | 19 (IU/L) | 15 (IU/L) | 124 (umol/L)H | 0.98 (mIU/L) | 11.6 (pmol/L) |
| Visit prior to Event | Enrollment | 2004-10-22 (-6) | NA | 265 (x10E9/L) | 7.1 (x10E9/L) | 4.57 (x10E9/L) | 19 (IU/L) | 15 (IU/L) | 124 (umol/L)H | 0.98 (mIU/L) | 11.6 (pmol/L) |
| Visit after Event | S3 | 2004-11-24 (27) | NA | 268 (x10E9/L) | 8.4 (x10E9/L) | 5.46 (x10E9/L) | 39 (IU/L) | 27 (IU/L) | 124 (umol/L)H | 0.97 (mIU/L) | 11.1 (pmol/L) |
| Final Study Visit | S3 | 2004-11-24 (27) | NA | 268 (x10E9/L) | 8.4 (x10E9/L) | 5.46 (x10E9/L) | 39 (IU/L) | 27 (IU/L) | 124 (umol/L)H | 0.97 (mIU/L) | 11.1 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range. H=above normal range. NR=not recorded   * = unscheduled visit

2209

4

CONFIDENTIAL
AZSER12774882

**Narrative event**
SAE

**Subject identifier**
D1447C00127/E0045033

**Study phase-treatment during which event occurred**
Off Treatment - NA

## Weight: Include only if DAE due to weight

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2210

5

CONFIDENTIAL
AZSER12774883

| | | Study phase-treatment during which event occurred | | Narrative event |
| | | Off Treatment - NA | | SAE |

**Subject identifier**
D1447C00127/E0045033

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-09-28 (-31)# | 2004-12-14 (47) | No | HYDROXYZINE | 600 MG | ANXIETY |
| 2004-09-28 (-31)# | 2004-12-14 (47) | No | TOPIRAMATE | 50 MG | MOOD STABILIZATION |
| 2004-09-28 (-31)# | 2004-12-14 (47) | No | VENLAFAXINE | 75 MG | DEPRESSION |
| 2004-11-09 (12) | 2004-11-19 (22) | No | VALPROIC ACID | 2000 MG | MOOD STABILIZATION |
| 2004-11-17 (20) | 2004-12-11 (44)# | Yes | HYDROCHLOROTHIAZIDE | 12.5 MG | HYPERTENSION |
| 2004-11-17 (20) | 2004-12-11 (44)# | Yes | OXCARBAZEPINE | 600 MG | MOOD STABILIZATION |
| 2004-11-17 (20) | 2004-12-11 (44)# | Yes | RAMIPRIL | 10 MG | HYPERTENSION |
| 2004-11-17 (20) | 2004-12-11 (44)# | Yes | VALPROIC ACID | 1500 MG | MOOD STABILIZATION |
| 2004-11-17 (20) | 2004-12-11 (44)# | Yes | VENLAFAXINE | 225 MG | DEPRESSION |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2211

6

CONFIDENTIAL
AZSER12774884

# START OF E NARRATIVE

**Subject identifier**
D1447C00127/E0047013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event**
SAE, DAE

**Narrative event:**

| | |
|---|---|
| Death: | No |
| SAE: | SUICIDE ATTEMPT |
| DAE: | SUICIDE ATTEMPT |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 34 | Male | Other | 22 | 2005-05-10 | 2005-05-31 | QUETIAPINE 600 | 2005-05-31 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

Current:    headaches - occasional 1990, intermittent exercise-induced muscle soreness 1999, hiv positive 1998

Past:

**Death information:**

| | |
|---|---|
| Date of death: | No death |
| Cause of death: | |
| Post-mortem: | |

1

2212

CONFIDENTIAL
AZSER12774885

**Subject identifier**
D1447C00127/E0047013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 600 | 2005-05-26 (17) | 2005-05-28 (19) | SUICIDE ATTEMPT(SUICIDE ATTEMPT) | 9.1 | Resolved | No | Yes | Yes / {HO} | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2

2213

CONFIDENTIAL
AZSER12774886

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0047013 | Open Label - QUETIAPINE 600 | SAE, DAE |

**Descriptive text:**

{SUICIDE ATTEMPT}  A report was received from an investigator concerning a 35-year-old Hispanic male patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  Concomitant drugs included fluoxetine hydrochloride for depression and bipolar disorder, aripiprazole for bipolar and acetylsalicylic acid for pain, intermittent headache, and exercise-induced muscle soreness.  The patient had a history of prior suicide attempts (overdose and swimming out to sea) and bipolar disorder with depressive episodes. The patient was HIV positive (since 1998) and homosexual. The patient had also experienced occasional headaches (since 1990), and intermittent exercise-induced muscle soreness (since 1999).  It was noted that the patient's Depakote level on 16 May 2005 was less than 10. During a study visit on 24-May-2005, the patient reported suicidal thoughts, but was not planning to harm himself and was able to contract for safety.  At approximately 1445 hours on 26-May-2005, the patient ingested two tablets of Depakote 500 mg and thirty-two doxylamine succinate 25 mg tablets. No Seroquel was taken in the overdose. According to the ER note, the patient had recently experienced increasing depression and paranoid thoughts. This attempt was made as a result of multiple stressors and triggered by an argument with friends. An hour following the ingestion, the patient appeared drowsy and was taken to the ER. The patient also reported nausea.  Physical examination was notable for a blood pressure of 150/93 mmHg and a pulse of 90 bpm, but was otherwise unremarkable.  Valproic acid level at admission was less than 10 mg/mL (normal range 50 to 125 ug/mL) and a urine drug screen was negative. Salicylates level and acetaminophen levels from the same day were reported as less than 4.0 m g/dL and less than 5 ug/mL. The patient was treated with charcoal lavage and admitted to the psychiatric unit. The mental status examination at admission revealed that the patient was mildly dysphoric and anxious with intermittent suicidal ideation. The Axis I assessment was bipolar disorder.  In the psychiatric unit, the patient was continued on Seroquel 600 mg and Depakote 1500 mg daily. The patient was treated with oral Haldol (haloperidol) as needed and possibly Ativan (lorazepam) for an episode of agitation on 27-May-2005. The patient was discharged from the hospital on 28-May-2005 with instructions to continue the Seroquel and Depakote. Because he met the criteria for a "mood event," he was discontinued from the study. The study termination visit took place on 31-May-2005. He denied any suicidology at that time. He will be followed by the investigator until an alternate treatment can be found.  Upon receipt of follow-up information on 30-AUG-2005, it was noted that the hospital notes indicated the intention of restarting antiretroviral therapy; however, there was no indication that this was done. The follow-up report from the investigator indicated that the subject was not on antiretroviral therapy in the 26 weeks prior to the study or during study participation. A discharge summary from the hospital has been requested by the site on two occasions, but not received.  The event of suicide attempt was considered serious due to hospitalization. The investigator assessed the event as unrelated to both Seroquel and Depakote. No causality assessment was provided by the investigator for the over-the-counter sleeping pills (doxylamine succinate); however the AstraZeneca physician noted a causality of "no" in relationship to the suicide attempt. The patient recovered from the event on 28-MAY-2005.

2214

3

CONFIDENTIAL
AZSER12774887

**Narrative event**
SAE, DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Subject identifier**
D1447C00127/E0047013

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Visit prior to Event | Enrollment * | 2005-05-04 (-5) | NA | 5.2 (mmol/L) | 5.3 (%) | 3.70 (mmol/L)H | 4.51 (mmol/L) | 0.88 (mmol/L)L | | 165 (g/L) |
| Visit after Event | V23* | 2005-05-30 (21) | QUETIAPINE 600 | 4.8 (mmol/L) | 5.3 (%) | 2.63 (mmol/L) | 4.12 (mmol/L) | 0.88 (mmol/L)L | | 159 (g/L) |
| Final Study Visit | V23* | 2005-05-30 (21) | QUETIAPINE 600 | 4.8 (mmol/L) | 5.3 (%) | 2.63 (mmol/L) | 4.12 (mmol/L) | 0.88 (mmol/L)L | | 159 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Visit prior to Event | Enrollment * | 2005-05-04 (-5) | NA | 247 (x10E9/L) | 5.4 (x10E9/L) | 3.65 (x10E9/L) | 40 (IU/L) | 32 (IU/L) | 71 (umol/L) | 0.57 (mIU/L) | 13.5 (pmol/L) |
| Visit after Event | V23* | 2005-05-30 (21) | QUETIAPINE 600 | 219 (x10E9/L) | 5.3 (x10E9/L) | 3.38 (x10E9/L) | 42 (IU/L) | 40 (IU/L) | 80 (umol/L) | 0.98 (mIU/L) | 15.0 (pmol/L) |
| Final Study Visit | V23* | 2005-05-30 (21) | QUETIAPINE 600 | 219 (x10E9/L) | 5.3 (x10E9/L) | 3.38 (x10E9/L) | 42 (IU/L) | 40 (IU/L) | 80 (umol/L) | 0.98 (mIU/L) | 15.0 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H =above normal range, NR=not recorded    * - unscheduled visit

2215

4

CONFIDENTIAL
AZSER12774888

Narrative event
SAE, DAE

**Subject identifier**
D1447C00127/E0047013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

## Weight: Include only if DAE due to weight

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2216

5

CONFIDENTIAL
AZSER12774889

| | | Study phase-treatment during which event occurred<br>Open Label - QUETIAPINE 600 | | | Narrative event<br>SAE, DAE |

**Subject identifier**
D1447C00127/E0047013

**Medication information: Include concomitant medications taken during the event only**

| Date started<br>(day started) | Date stopped<br>(day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-04-09 (-31)# | 2005-06-30 (52)# | Yes | ACETYLSALICYLIC ACID | 325 MG | INTERMITTENT HEADACHE,<br>EXERICSE-INDUCED MUSCLE<br>SORENESS PRN |
| 2005-05-24 (15) | 2005-06-30 (52)# | Yes | VALPROIC ACID | 2000 MG | BIPOLAR |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2217

6

CONFIDENTIAL
AZSER12774890

# START OF E NARRATIVE

**Subject identifier**
D1447C00127/E0048003

| | **Study phase-treatment during which event occurred**<br>Open Label - QUETIAPINE 400 | **Narrative event**<br>SAE |
|---|---|---|

## Narrative event:

Death:           No

SAE:             ANGIONEUROTIC OEDEMA, CELLULITIS

DAE:             No

## Baseline information and summary of treatment:

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 51 | Female | Black | 251 | 2004-03-10 | 2004-11-15 | QUETIAPINE 400 | 2004-11-16 | Eligibility Criteria not Fulfilled |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

## Medical History:

Current:          hypertension, arthritis

Past:             diabetes mellitus, cocciodomycosis

## Death information:

Date of death:    No death

Cause of death:

Post-mortem:

1

2218

CONFIDENTIAL
AZSER12774891

**Subject identifier**
D1447C00127/E0048003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2004-03-04 (-6) | 2004-03-06 (-4) | DYSURIA(DYSURIA) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 100 | 2004-03-10 (1) | 2004-03-13 (4) | NAUSEA(NAUSEA) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 100 | 2004-03-10 (1) | 2004-11-21 (257) | DRY MOUTH(DRY MOUTH) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 300 | 2004-03-16 (7) | NA | SOMNOLENCE(DROWSINESS) | 9.1 | Continuing | Yes | No | No | Severe |
| OL | QUETIAPINE 300 | 2004-03-16 (7) | 2004-03-23 (14) | HYPERTENSION(WORSENED HIGH BLOOD PRESSURE) | 9.1 | Resolved | No | No | No | Severe |
| OL | QUETIAPINE 300 | 2004-03-16 (7) | 2004-09-05 (180) | INCREASED APPETITE(INCREASED APPETITE) | 9.1 | Resolved | Yes | No | No | Severe |
| OL | QUETIAPINE 400 | 2004-03-23 (14) | 2004-11-21 (257) | WEIGHT INCREASED(WEIGHT GAIN) | 9.1 | Resolved | Yes | No | No | Severe |
| OL | QUETIAPINE 400 | 2004-03-31 (22) | 2004-04-30 (52) | TREMOR(TREMOR) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2004-05-04 (56) | 2004-05-04 (56) | NAUSEA(NAUSEA) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2004-05-10 (62) | 2004-11-16 (252) | HYPERCHOLESTEROLAEMIA(HYPERCHOLESTEROLEMIA) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2004-06-28 (111) | 2004-11-21 (257) | ALOPECIA(HAIR LOSS) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2004-08-29 (173) | 2004-10-15 (220) | NASOPHARYNGITIS(COLD SYMPTOMS) | 9.1 | Resolved | No | No | No | Severe |
| OL | QUETIAPINE 400 | 2004-11-03 (239) | 2004-11-21 (257) | CELLULITIS(CELLULITIS) | 9.1 | Resolved | No | No | Yes / {HO} | Severe |

2

2219

CONFIDENTIAL
AZSER12774892

**Subject identifier**
D1447C00127/E0048003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon- tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2004-11-03 (239) | 2004-11-21 (257) | ANGIONEUROTIC OEDEMA(ANGIOEDEMA) | 9.1 | Resolved | No | No | Yes / {HO} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2220

3

CONFIDENTIAL
AZSER12774893

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0048003 | Open Label - QUETIAPINE 400 | SAE |

**Descriptive text:**

{CELLULITIS, ANGIOEDEMA} A report was received from an investigator concerning a 51-year-old female patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  The patient had a history of arthritis, hypertension, diabetes mellitus, hypercholesterolemia, osteoarthritis, coccidioidomycosis, partial left lower lobectomy, penicillin allergy, ischemic heart disease, gastric reflux, allergic rhinitis, and headaches.  Concomitant drugs included lisinopril for hypertension, atenolol for hypertension, ibuprofen for osteoarthritis, valproate semi sodium for bipolar disorder and lovastatin for hypercholesterolemia.  The patient started study drug on 10-Mar-2004.  On approximately 02-Nov-2004, the patient experienced swelling in her legs and left arm, which was associated with pain.  The pain worsened and became unbearable and the patient was unable to walk.  On 03-Nov-2004, she sought treatment at the emergency department and was admitted on 04-Nov-2004. Physical examination at admission was remarkable for bilateral leg swelling with associated severe pain.  Swelling, redness and possible warmth were noted below the ankle bilaterally.  Calves were neither swollen nor tender.  Lower extremity reflexes and pulses (dorsalis pedis, popliteal) were intact and there was no evidence of trauma or injury.  Tenderness was greater in the right leg.  Initial treatment included intravenous hydration, enoxaparin sodium, cefazolin intravenous, and meperidine. Results of a complete blood count and a urinalysis performed on 04-Nov-2004 were normal.  On 05-Nov-2004 a Doppler ultrasound examination of each leg was negative for deep vein thrombosis.  A chest x-ray was also negative.  Zestril  (lisinopril) was discontinued (as angioedema is a known side effect of angiotensin-converting enzyme inhibitors) and the patient was switched to HCTZ.  Due to the patient's history of penicillin allergy, the cefazolin was discontinued and levofloxacin was started.  The patient also received diphenhydramine for both sleep and treatment of the angioedema.  She responded well to treatment as evidenced by reduction in swelling and redness, and the patient was discharged on 08-Nov-2004.  Discharge medications included levofloxacin, hydrocodone/acetaminophen, gatifloxacin, hydrochlorothiazide, atenolol, and lovastatin. Seroquel and valproate semi sodium were resumed on 08-Nov-2004, after having been stopped on admission.  Diagnosis at discharge was angioedema and bilateral cellulitis.  The patient reported during follow-up that all signs and symptoms were completely resolved on 21-Nov-2004. The investigator considered the event to be unrelated to the study therapy.  Summary of follow-up information received by AstraZeneca on 24-Nov-2004:  changed case and event start date from 02-Nov-2004 to 03-Nov-2004, added event stop date, lab results, past medical history, additional details to the narrative, and changed outcome from not yet recovered to recovered.  Summary of follow-up information received by AstraZeneca on 29-Nov-2004:  corrected dosing information for the suspect drug and lovastatin (concomitant medication), added past medical history, and additional details to the narrative.

2221

4

CONFIDENTIAL
AZSER12774894

**Subject identifier**
D1447C00127/E0048003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-03-04 (-5) | NA | | 5.9 (%) | 1.88 (mmol/L) | 4.64 (mmol/L) | 0.91 (mmol/L)L | | 127 (g/L) |
| Visit prior to Event | S9 | 2004-08-24 (168) | QUETIAPINE 400 | 10.4 (mmol/L)H | 7.4 (%)H | | | | | 137 (g/L) |
| Visit of Event | S12 | 2004-11-16 (252) | NA | 16.6 (mmol/L)H | 7.8 (%)H | 1.57 (mmol/L) | 3.50 (mmol/L) | 1.01 (mmol/L)L | | 141 (g/L) |
| Final Study Visit | S12 | 2004-11-16 (252) | NA | 16.6 (mmol/L)H | 7.8 (%)H | 1.57 (mmol/L) | 3.50 (mmol/L) | 1.01 (mmol/L)L | | 141 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-03-04 (-5) | NA | 226 (x10E9/L) | 4.5 (x10E9/L) | 2.12 (x10E9/L) | 19 (IU/L) | 20 (IU/L) | 88 (umol/L) | 1.11 (mIU/L) | 15.0 (pmol/L) |
| Visit prior to Event | S9 | 2004-08-24 (168) | QUETIAPINE 400 | 199 (x10E9/L) | 3.6 (x10E9/L)L | 1.01 (x10E9/L)L | | | | | |
| Visit of Event | S12 | 2004-11-16 (252) | NA | 249 (x10E9/L) | 4.5 (x10E9/L) | 1.40 (x10E9/L)L | 17 (IU/L) | 13 (IU/L) | 88 (umol/L) | 1.18 (mIU/L) | 20.0 (pmol/L) |
| Final Study Visit | S12 | 2004-11-16 (252) | NA | 249 (x10E9/L) | 4.5 (x10E9/L) | 1.40 (x10E9/L)L | 17 (IU/L) | 13 (IU/L) | 88 (umol/L) | 1.18 (mIU/L) | 20.0 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range. H=above normal range. NR=not recorded   * = unscheduled visit

5

2222

CONFIDENTIAL
AZSER12774895

**Subject identifier**
D1447C00127/E0048003

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

6

2223

CONFIDENTIAL
AZSER12774896

| Narrative event | | | | | |
| --- | --- | --- | --- | --- | --- |
| | | | | | SAE |

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Subject identifier**
D1447C00127/E0048003

## Medication information:  Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
| --- | --- | --- | --- | --- | --- |
| 2004-02-08 (-31)# | 2004-11-04 (240) | No | ATENOLOL | 120 MG | HYPERTENSION |
| 2004-02-08 (-31)# | 2004-11-04 (240) | No | IBUPROFEN | 1600 MG | OSTEOARTHRITIS/HEADACHES |
| 2004-02-08 (-31)# | 2004-11-04 (240) | No | LISINOPRIL | 60 MG | HYPERTENSION |
| 2004-05-06 (58) | 2004-11-04 (240) | No | VALPROIC ACID | 1500 MG | BIPOLAR DISORDER |
| 2004-05-10 (62) | 2004-12-15 (281)# | Yes | LOVASTATIN | 20 MG | HYPERCHOLESTEROLEMIA |
| 2004-11-01 (237) | 2004-11-12 (248) | No | LEVOFLOXACIN | 500 MG | CELLULITIS |
| 2004-11-04 (240) | 2004-11-15 (251) | No | CEFAZOLIN | | CELLULITIS |
| 2004-11-04 (240) | 2004-11-15 (251) | No | HEPARIN-FRACTION | 80 MG | DVT PROPHYLAXIS |
| 2004-11-04 (240) | 2004-11-15 (251) | No | PETHIDINE | 300 MG | CELLULITIS PAIN |
| 2004-11-04 (240) | 2004-12-15 (281)# | Yes | HYDROCHLOROTHIAZIDE | 25 MG | HYPERTENSION |
| 2004-11-05 (241) | 2004-11-15 (251) | No | DIPHENHYDRAMINE | 150 MG | ANGIOEDEMA/INSOMNIA |
| 2004-11-05 (241) | 2004-12-15 (281)# | Yes | ATENOLOL | 50 MG | HYPERTENSION |
| 2004-11-08 (244) | 2004-11-12 (248) | No | GATIFLOXACIN | 400 MG | CELLULITIS |
| 2004-11-08 (244) | 2004-12-15 (281)# | Yes | VALPROIC ACID | 1500 MG | BIPOLAR DISORDER |
| 2004-11-08 (244) | 2004-12-15 (281)# | Yes | VICODIN | 6 TABS | CELLULITIS PAIN PRN |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

7

2224

CONFIDENTIAL
AZSER12774897

START OF E NARRATIVE

Subject identifier
D1447C00127/E0048008

Study phase-treatment during which event occurred
Randomized - QUETIAPINE 400

**Narrative event:**

| | |
|---|---|
| Death: | No |
| SAE: | MIGRAINE |
| DAE: | No |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 45 | Female | Caucasian | 140 | 2004-04-07 | 2004-08-24 | QUETIAPINE 400 | 2005-01-18 | Other (protocol violation, pt. took seroquel, not study drug on 2 days) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| 146 | 2004-08-25 | 2005-01-17 |

**Medical History:**

Current:     asthmatic bronchitis, degenerative joint disease, hyperlipidemia, seasonal allergies, knee pain 2ndary to degenerative joint pain, back pain 2ndary to degenerative joint pain

Past:

**Death information:**

| | |
|---|---|
| Date of death: | No death |
| Cause of death: | |
| Post-mortem: | |

2225

1

CONFIDENTIAL
AZSER12774898

**Subject identifier**
D1447C00127/E0048008

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 200 | 2004-04-09 (3) | NA | DRY MOUTH(DRY MOUTH) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 200 | 2004-04-09 (3) | NA | SOMNOLENCE(DROWSINESS) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 200 | 2004-04-09 (3) | 2004-10-14 (191) | DIZZINESS(LIGHT HEADED) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2004-04-14 (8) | 2004-06-15 (70) | WEIGHT INCREASED(WEIGHT GAIN) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2004-04-18 (12) | 2004-06-09 (64) | LIGAMENT SPRAIN(LEFT THUMB LIGAMENTS PULLED) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2004-04-19 (13) | 2004-05-20 (44) | IRRITABILITY(INCREASED IRRITABILITY) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2004-04-19 (13) | 2004-05-20 (44) | ANXIETY(INCREASED ANXIETY) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2004-04-20 (14) | 2004-05-20 (44) | DISSOCIATIVE DISORDER(WORSENED DISASSOCIATIVE SYMPTOMS) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2004-05-25 (49) | 2004-05-28 (52) | ARTHRALGIA(WORSENED KNEE PAIN) | 9.1 | Resolved | No | No | No | Moderate |
| RD | QUETIAPINE 400 | 2004-09-17 (24) | 2004-10-01 (38) | CONCUSSION(CONCUSSION) | 9.1 | Resolved | No | No | No | Moderate |
| RD | QUETIAPINE 400 | 2004-11-09 (77) | 2004-11-13 (81) | ARTHRALGIA(WORSENED KNEE PAIN) | 9.1 | Resolved | No | No | No | Moderate |
| RD | QUETIAPINE 400 | 2005-01-05 (134) | 2005-01-11 (140) | MIGRAINE(MIGRAINE HEADACHE) | 9.1 | Resolved | No | No | Yes/ {HO} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2226

CONFIDENTIAL
AZSER12774899

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0048008 | Randomized - QUETIAPINE 400 | SAE |

**Descriptive text:**

{MIGRAINE HEADACHE} A report was received from an investigator concerning a 46 year old female patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included atorvastatin for hypercholesterolemia, fluticasone propionate for allergies, albuterol for asthmatic bronchitis, ibuprofen for degenerative joint disease, paracetamol for degenerative joint disease and valproate semisodium for bipolar disorder. The patient has a history of a moderate concussion in Sep-2004 as the result of the hood of her car falling on her head, hyperlipidemia and seasonal allergies. On 05-Jan-2005, the patient experienced a sharp pain in her head, slurred speech, blurred vision in the right eye, and numbness on the right side. Per patient report, an MRI with contrast, CT scan, lumbar puncture, and blood work were negative. The patient was diagnosed with a migraine headache and was treated with IV morphine and dilaudid on 05-Jan-2005. Imitrex from 05-Jan-2005 through 08-Jan-2005 and physical therapy. Study medication was temporarily stopped at admission, and the patient received Seroquel 400 mg and Depakote 1500 mg from 05-Jan-2005 through 08-Jan-2005. The patient was discharged on 08-Jan-2005 on Imitrex. The patient also reported using Tylenol III, Vicodin and ibuprofen on 09-Jan-2005. Study medication was also resumed the same day. With the exception of some residual right sided numbness, all symptoms have resolved. The company physician considered the event to be unrelated to the study therapy. The investigator considered the event to be unrelated to study therapy. Summary of follow-up information received by AstraZeneca on 26-Jan-2005. Added stop date for the event. Added the outcome of recovered. Summary of follow-up information received by Ast raZeneca on 31-Jan-2005. Added the results of magnetic resonance imaging done on 07-Jan-2005 to the lab data page.

3

2227

CONFIDENTIAL
AZSER12774900

**Narrative event** SAE

**Subject identifier** D1447C00127/E0048008

**Study phase-treatment during which event occurred** Randomized - QUETIAPINE 400

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-03-31 (-7) | NA | | 5.2 (%) | 1.79 (mmol/L) | 4.33 (mmol/L) | 0.93 (mmol/L)L | | 137 (g/L) |
| Visit prior to Event | V7 | 2004-11-22 (90) | QUETIAPINE 400 | | 5.5 (%) | 3.15 (mmol/L)H | 5.59 (mmol/L)H | 0.88 (mmol/L)L | | 138 (g/L) |
| Visit after Event | V23 | 2005-01-18 (287) | NA | | 5.2 (%) | 3.22 (mmol/L)H | 5.49 (mmol/L)H | 1.09 (mmol/L) | | 141 (g/L) |
| Final Study Visit | V23 | 2005-01-18 (287) | NA | | 5.2 (%) | 3.22 (mmol/L)H | 5.49 (mmol/L)H | 1.09 (mmol/L) | | 141 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-03-31 (-7) | NA | 241 (x10E9/L) | 7.1 (x10E9/L) | 3.85 (x10E9/L) | 23 (IU/L) | 16 (IU/L) | 62 (umol/L) | 1.36 (mIU/L) | 11.1 (pmol/L) |
| Visit prior to Event | V7 | 2004-11-22 (90) | QUETIAPINE 400 | 226 (x10E9/L) | 5.9 (x10E9/L) | 2.70 (x10E9/L) | 16 (IU/L) | 17 (IU/L) | 71 (umol/L) | 2.46 (mIU/L) | 14.8 (pmol/L) |
| Visit after Event | V23 | 2005-01-18 (287) | NA | 227 (x10E9/L) | 7.7 (x10E9/L) | 4.27 (x10E9/L) | 18 (IU/L) | 19 (IU/L) | 71 (umol/L) | 2.27 (mIU/L) | 12.8 (pmol/L) |
| Final Study Visit | V23 | 2005-01-18 (287) | NA | 227 (x10E9/L) | 7.7 (x10E9/L) | 4.27 (x10E9/L) | 18 (IU/L) | 19 (IU/L) | 71 (umol/L) | 2.27 (mIU/L) | 12.8 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range. H=above normal range. NR=not recorded    * = unscheduled visit

2228

4

CONFIDENTIAL
AZSER12774901

Narrative event
SAE

Subject identifier
D1447C00127/E0048008

Study phase-treatment during which event occurred
Randomized - QUETIAPINE 400

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2229

CONFIDENTIAL
AZSER12774902

**Narrative event**
SAE

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

**Subject identifier**
D1447C00127/E0048008

## Medication information: Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 1999-07-01 (-1742) | 2005-02-16 (176)# | Yes | SALBUTAMOL | 2 PUFFS | ASTHMATIC BRONCHITIS PRN |
| 2004-01-03 (-95) | 2005-02-16 (176)# | Yes | ATORVASTATIN | 20 MG | HYPERLIPIDEMIA |
| 2004-02-24 (-43) | 2005-02-16 (176)# | Yes | FLUTICASONE | 1 SQUIRT EACH NOSTRI | ALLERGIES PRN |
| 2004-03-20 (-18) | 2005-02-16 (176)# | Yes | IBUPROFEN | 300 MG | BACK PAIN 2NDARY TO DEGENERATIVE JOINT DISEASE PRN |
| 2004-03-20 (-18) | 2005-02-16 (176)# | Yes | IBUPROFEN | 300 MG | KNEE PAIN SECONDARY TO DEGENERATIVE JOINT PAIN PRN |
| 2004-03-20 (-18) | 2005-02-16 (176)# | Yes | PARACETAMOL | 1500 MG | BACK PAIN 2NDARY TO DEGENERATIVE JOINT DISEASE |
| 2004-03-20 (-18) | 2005-02-16 (176)# | Yes | PARACETAMOL | 1500 MG | KNEE PAIN 2NDARY TO DEGENERATIVE JOINT PAIN |
| 2004-04-08 (2) | 2005-02-16 (176)# | Yes | VALPROIC ACID | 1500 MG | BIPOLAR |
| 2005-01-05 (134) | 2005-01-05 (134) | No | HYDROMORPHONE | | MIGRAINE HEADACHE PAIN |
| 2005-01-05 (134) | 2005-01-05 (134) | No | MORPHINE | | MIGRAINE HEADACHE PAIN |
| 2005-01-05 (134) | 2005-01-05 (134) | No | ONDANSETRON | | NAUSEA SECONDARY TO MIGRAINE |
| 2005-01-05 (134) | 2005-01-05 (134) | No | PROMETHAZINE | | NAUSEA SECONDARY TO MIGRAINE |
| 2005-01-05 (134) | 2005-01-08 (137) | No | SUMATRIPTAN | 300 MG | MIGRAINE HEADACHE PAIN |
| 2005-01-09 (138) | 2005-01-09 (138) | No | PANADEINE CO | 1 TAB | MIGRAINE HEADACHE PAIN |
| 2005-01-09 (138) | 2005-01-09 (138) | No | VICODIN | 1 TAB | MIGRAINE HEADACHE PAIN |
| 2005-01-09 (138) | 2005-01-11 (140) | No | IBUPROFEN | 600 MG | MIGRAINE HEADACHE PAIN |
| 2005-01-10 (139) | 2005-01-11 (140) | No | PARACETAMOL | 500 MG | MIGRAINE HEADACHE PAIN |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2230

6

CONFIDENTIAL
AZSER12774903

**START OF E NARRATIVE**

Narrative event
SAE, DAE

Subject identifier
D1447C00127/E0048011

**Narrative event:**

Death:                  No

SAE:                    HYPERGLYCAEMIA, MUSCLE SPASMS

DAE:                    HYPERGLYCAEMIA

Study phase-treatment during which event occurred
Randomized - QUETIAPINE 400

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 51 | Male | Caucasian | 226 | 2004-03-24 | 2004-11-04 | QUETIAPINE 400 | 2005-01-26 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| 82 | 2004-11-05 | 2005-01-25 |

**Medical History:**

Current:               asthma, gerd

Past:                  pollen allergy, headaches (occasionally)

**Death information:**

Date of death:          No death

Cause of death:

Post-mortem:

2231

1

CONFIDENTIAL
AZSER12774904

**Subject identifier**
D1447C00127/E0048011

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 300 | 2004-03-29 (6) | 2004-12-25 (277) | DRY MOUTH(DRY MOUTH) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 300 | 2004-03-29 (6) | 2004-12-25 (277) | SOMNOLENCE(DROWSINESS) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2004-04-12 (20) | 2004-08-01 (131) | FLATULENCE(FLATULENCE) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2004-04-12 (20) | 2005-01-26 (309) | WEIGHT INCREASED(WEIGHT GAIN) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2004-04-24 (32) | 2004-08-01 (131) | DYSGEUSIA(BITTER TASTE) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2004-05-03 (41) | 2004-05-09 (47) | INFLUENZA(FLU SYMPTOMS) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2004-05-10 (48) | 2004-08-01 (131) | MUSCLE SPASMS(MUSCLE CRAMPS) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 500 | 2004-05-21 (59) | 2004-08-01 (131) | VERTIGO(VERTIGO) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 500 | 2004-05-23 (61) | 2004-05-28 (66) | TINNITUS(TINNITIS) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2004-10-01 (192) | NA | INSOMNIA(INSOMNIA) | 9.1 | Continuing | No | No | No | Moderate |
| RD | QUETIAPINE 400 | 2004-12-22 (48) | 2004-12-25 (51) | PHARYNGOLARYNGEAL PAIN(SORE THROAT) | 9.1 | Resolved | No | No | No | Moderate |
| RD | QUETIAPINE 400 | 2005-01-03 (60) | 2005-01-11 (68) | HYPOKALAEMIA(POTASSIUM DEFICIENCY) | 9.1 | Resolved | Yes | No | No | Moderate |
| RD | QUETIAPINE 400 | 2005-01-03 (60) | 2005-01-11 (68) | MUSCLE SPASMS(LEG CRAMPS) | 9.1 | Resolved | Yes | No | Yes / {HO} | Severe |

2

2232

CONFIDENTIAL
AZSER12774905

**Subject identifier**
D1447C00127/E0048011

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

**Narrative event**
SAE, DAE

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| RD | QUETIAPINE 400 | 2005-01-04 (61) | 2005-01-11 (68) | HYPERGLYCAEMIA(HYPERGLYCEMIA) | 9.1 | Resolved | Yes | Yes | Yes / {HO} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

3

2233

CONFIDENTIAL
AZSER12774906

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0048011 | Randomized - QUETIAPINE 400 | SAE, DAE |

**Descriptive text:**

{LEG CRAMPS, HYPERGLYCEMIA} A report was received from an investigator concerning a 46-year-old male patient enrolled in study D1447C00127. A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant medications included lansoprazole for gastroesophageal reflux disease, albuterol for asthma, Centrum Silver for vitamin supplementation, potassium for potassium supplementation, valproate semisodium for bipolar I disorder, nefazodone hydrochloride for bipolar I disorder, paracetamol for headaches and nicotine for quitting smoking. The patient had a history of pollen allergy. The patient was treated with Seroquel (quetiapine fumarate), 100 mg daily orally, from January 2004 through 23-Mar-2004, for bipolar I disorder prior to study therapy. On 24-Mar-2004, the patient began open-label study therapy. On 05-Nov-2004, the patient began blinded study therapy. On 03-Jan-2005, 285 days after initiating study therapy, the patient experienced severe leg cramps. Laboratory evaluation revealed a potassium deficiency, and the patient was hospitalized on 03-Jan-2005. The patient was treated with intravenous potassium replacement. On 04-Jan-2005, the patient's serum glucose levels were elevated and the patient's hospitalization was prolonged for treatment of hyperglycemia. The patient was treated with Percocet tablets for pain and insulin and oral diabetic medications for serum glucose control. On 11-Jan-2005, the patient was considered recovered from the leg cramps and she was discharged. Study drug was withdrawn in response to the events on 25-Jan-2005. The investigator considered the events of leg cramps and hyperglycemia to be causally related to the study therapy. The investigator did not know whether the leg cramps were due to a potassium deficiency or whether the potassium deficiency was due to concomitant medications.

2234

4

CONFIDENTIAL
AZSER12774907

**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00127/E0048011

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Triglycerides | Total Cholesterol | HDL | LDL | Hemoglobin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-03-18 (-6) | NA | | 5.2 (%) | 2.96 (mmol/L)H | 5.39 (mmol/L)H | 0.96 (mmol/L)L | | 141 (g/L) |
| Visit prior to Event | Randomization (V1) | 2004-11-04 (226) | QUETIAPINE 500 | 6.7 (mmol/L) | 7.0 (%)H | 3.16 (mmol/L)H | 6.14 (mmol/L)H | 1.09 (mmol/L) | | 136 (g/L) |
| Visit after Event | V23 | 2005-01-26 (309) | NA | 13.8 (mmol/L)H | 9.6 (%)H | 7.11 (mmol/L)H | 8.37 (mmol/L)H | 1.04 (mmol/L) | | 140 (g/L) |
| Final Study Visit | V23 | 2005-01-26 (309) | NA | 13.8 (mmol/L)H | 9.6 (%)H | 7.11 (mmol/L)H | 8.37 (mmol/L)H | 1.04 (mmol/L) | | 140 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-03-18 (-6) | NA | 294 (x10E9/L) | 8.3 (x10E9/L) | 4.53 (x10E9/L) | 7 (IU/L) | 16 (IU/L) | 71 (umol/L) | 1.44 (mIU/L) | 12.5 (pmol/L) |
| Visit prior to Event | Randomization (V1) | 2004-11-04 (226) | QUETIAPINE 500 | 293 (x10E9/L) | 7.2 (x10E9/L) | 4.85 (x10E9/L) | 8 (IU/L) | 18 (IU/L) | 80 (umol/L) | 1.42 (mIU/L) | 10.3 (pmol/L) |
| Visit after Event | V23 | 2005-01-26 (309) | NA | 215 (x10E9/L) | 6.0 (x10E9/L) | 2.90 (x10E9/L) | 10 (IU/L) | 12 (IU/L) | 71 (umol/L) | 3.33 (mIU/L) | 9.9 (pmol/L) |
| Final Study Visit | V23 | 2005-01-26 (309) | NA | 215 (x10E9/L) | 6.0 (x10E9/L) | 2.90 (x10E9/L) | 10 (IU/L) | 12 (IU/L) | 71 (umol/L) | 3.33 (mIU/L) | 9.9 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * = unscheduled visit

5

2235

CONFIDENTIAL
AZSER12774908

**Subject identifier**
D1447C00127/E0048011

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

**Narrative event**
SAE, DAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2236

6

CONFIDENTIAL
AZSER12774909

**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00127/E0048011

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-02-22 (-31)# | 2005-02-24 (112)# | Yes | CENTRUM SILVER | 1 TAB | SUPPLEMENT FOR PROPHALATIC USE |
| 2004-02-22 (-31)# | 2005-02-24 (112)# | Yes | LANSOPRAZOLE | 20 MG | GERD |
| 2004-02-22 (-31)# | 2005-02-24 (112)# | Yes | PARACETAMOL | 500 MG | HEADACHES USED ON A PRN BASIS |
| 2004-02-22 (-31)# | 2005-02-24 (112)# | Yes | POTASSIUM | 100 MG | SUPPLEMENT FOR PROPHALATIC USE |
| 2004-02-22 (-31)# | 2005-02-24 (112)# | Yes | SALBUTAMOL | 180 MCG | ASTHMA |
| 2004-04-21 (29) | 2005-02-24 (112)# | Yes | VALPROIC ACID | 1500 MG | BIPOLAR DEPRESSION |
| 2005-01-04 (61) | 2005-02-24 (112)# | Yes | ATORVASTATIN | 20 MG | HYPERTRIGLYCERIDEMIA |
| 2005-01-04 (61) | 2005-02-24 (112)# | Yes | GLIBENCLAMIDE | 5 MG | HYPERGLYCEMIA |
| 2005-01-04 (61) | 2005-02-24 (112)# | Yes | GLIPIZIDE | 5 MG | HYPERGLYCEMIA |
| 2005-01-04 (61) | 2005-02-24 (112)# | Yes | METFORMIN | 1000 MG | HYPERGLYCEMIA |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2237

7

CONFIDENTIAL
AZSER12774910

Narrative event
SAE

**START OF E NARRATIVE**

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 0

Subject identifier
D1447C00127/E0048014

**Narrative event:**

Death:          No

SAE:            CONCUSSION

DAE:            No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 30 | Female | Caucasian | 141 | 2004-04-07 | 2004-08-25 | QUETIAPINE 0 | 2004-12-16 | Other (non-compliance with study protocol.) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| 112 | 2004-08-26 | 2004-12-15 |

**Medical History:**

Current:

Past:          allergies to pcn/keflex & vicodin

**Death information:**

Date of death:          No death

Cause of death:

Post-mortem:

2238

1

CONFIDENTIAL
AZSER12774911

**Subject identifier**
DI447C00127/E0048014

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 0

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2004-04-07 (1) | 2004-10-01 (178) | INCREASED APPETITE(INCREASED APPETITE) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 100 | 2004-04-07 (1) | 2004-10-01 (178) | WEIGHT INCREASED(WEIGHT GAIN) | 9.1 | Resolved | Yes | No | No | Severe |
| OL | QUETIAPINE 200 | 2004-04-10 (4) | 2004-05-15 (39) | SOMNOLENCE(DROWSINESS) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2004-04-23 (17) | 2004-05-15 (39) | IRRITABILITY(IRRITABILITY) | 9.1 | Resolved | No | No | No | Severe |
| OL | QUETIAPINE 0 | 2004-04-30 (24) | 2004-05-03 (27) | CONCUSSION(CONCUSSION) | 9.1 | Resolved | No | No | Yes / {HO} | Severe |
| OL | QUETIAPINE 0 | 2004-04-30 (24) | 2004-05-15 (39) | RIB FRACTURE(FOUR BROKEN RIBS, LEFT SIDE) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 0 | 2004-04-30 (24) | 2004-05-15 (39) | CONTUSION(LEFT ARM CONTUSION) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2004-06-28 (83) | 2004-07-01 (86) | ABDOMINAL PAIN(ABDOMINAL PAIN) | 9.1 | Resolved | No | No | No | Severe |
| OL | QUETIAPINE 400 | 2004-08-22 (138) | 2004-08-29 (145) | TREMOR(HAND TREMOR) | 9.1 | Resolved | Yes | No | No | Moderate |
| RD | PLACEBO 400 | 2004-08-31 (6) | 2004-11-01 (68) | INSOMNIA(INSOMNIA) | 9.1 | Resolved | No | No | No | Mild |
| RD | PLACEBO 400 | 2004-09-01 (7) | 2004-10-01 (37) | ARTHRALGIA(RIGHT ELBOW PAIN) | 9.1 | Resolved | No | No | No | Moderate |
| RD | PLACEBO 400 | 2004-09-20 (26) | 2004-09-28 (34) | ARTHROPOD BITE(SPIDER BITE) | 9.1 | Resolved | No | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2

2239

CONFIDENTIAL
AZSER12774912

**Subject identifier**
D1447C00127/E0048014

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 0

**Narrative event**
SAE

**Descriptive text:**

{CONCUSSION} A report was received from an investigator concerning a 30 year old female patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included valproate semisodium for bipolar depression. Medical history includes penicillin, cephalexin and hydrocodone bitartrate allergies, and left foot surgery. The patient began study drug on 07-Apr-2004. On 30-Apr-2004 during the open-label treatment phase of the study the patient was assaulted and sustained deep contusions to her left arm, four left broken ribs and a concussion. Subsequently, she was hospitalized on 02-May-2004 for observation due to the concussion. On 03-May-2004 she was discharged. A faxed memo dated 02-Jun-2004 was sent on 09-Mar-2005. Have attempted to obtain medical records on several occasions and have not been able to obtain them. There are no relevant diagnostic or lab tests results either. No further attempts will be made at this point. The patient recovered without sequelae. The investigator considered the event to be unrelated to the study therapy. Summary of follow-up received by AstraZeneca on 14-Mar-2005. Unsuccessful attempts for further information.

2240

3

CONFIDENTIAL
AZSER12774913

**Subject identifier**
D1447C00127/E0048014

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 0

**Narrative event**
SAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-04-02 (-5) | NA | | 5.6 (%) | 0.93 (mmol/L) | 3.57 (mmol/L) | 1.09 (mmol/L) | | 99 (g/L)L |
| Visit prior to Event | Enrollment | 2004-04-02 (-5) | NA | | 5.6 (%) | 0.93 (mmol/L) | 3.57 (mmol/L) | 1.09 (mmol/L) | | 99 (g/L)L |
| Visit after Event | S4 | 2004-05-05 (29) | QUETIAPINE 400 | | | | | | | 108 (g/L)L |
| Final Study Visit | V7 | 2004-11-18 (85) | PLACEBO 400 | 4.3 (mmol/L) | 5.3 (%) | 1.72 (mmol/L) | 3.78 (mmol/L) | 1.17 (mmol/L) | | 131 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-04-02 (-5) | NA | 227 (x10E9/L) | 4.0 (x10E9/L)L | 2.15 (x10E9/L) | 16 (IU/L) | 21 (IU/L) | 53 (umol/L) | 1.10 (mIU/L) | 16.0 (pmol/L) |
| Visit prior to Event | Enrollment | 2004-04-02 (-5) | NA | 227 (x10E9/L) | 4.0 (x10E9/L)L | 2.15 (x10E9/L) | 16 (IU/L) | 21 (IU/L) | 53 (umol/L) | 1.10 (mIU/L) | 16.0 (pmol/L) |
| Visit after Event | S4 | 2004-05-05 (29) | QUETIAPINE 400 | 250 (x10E9/L) | 8.3 (x10E9/L) | 6.04 (x10E9/L) | | | | | |
| Final Study Visit | V7 | 2004-11-18 (85) | PLACEBO 400 | 214 (x10E9/L) | 5.7 (x10E9/L) | 3.35 (x10E9/L) | 14 (IU/L) | 20 (IU/L) | 35 (umol/L) | 2.44 (mIU/L) | 12.8 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range. H=above normal range. NR=not recorded    * = unscheduled visit

2241

4

CONFIDENTIAL
AZSER12774914

Narrative event
SAE

Subject identifier
D1447C00127/E0048014

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 0

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2242

5

CONFIDENTIAL
AZSER12774915

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127E0048014 | Open Label - QUETIAPINE 0 | SAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-04-07 (1) | 2004-04-30 (24) | No | VALPROIC ACID | 500 MG | BIPOLAR DEPRESSION |
| 2004-05-02 (26) | 2004-05-02 (26) | No | MORPHINE | 2 GRAINS | BROKEN RIBS |
| 2004-05-03 (27) | 2004-05-04 (28) | No | VALPROIC ACID | 500 MG | BIPOLAR DEPRESSION |
| 2004-05-03 (27) | 2004-05-15 (39) | No | IBUPROFEN | 2400 MG | BROKEN RIBS |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2243

CONFIDENTIAL
AZSER12774916

# START OF E NARRATIVE

**Subject identifier**
D1447C00127/E0048041

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
SAE, DAE

**Narrative event:**

Death:          No

SAE:            FACE INJURY

DAE:            DRY MOUTH, SOMNOLENCE

## Baseline information and summary of treatment:

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 49 | Male | Caucasian | 117 | 2004-10-15 | 2005-02-08 | NA | 2005-04-13 | Development of Study-Specific Discontinuation Criteria (mood event) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| 44 | 2005-02-09 | 2005-03-24 |

**Medical History:**

Current:        left ankle deformity with chronic leg pain

Past:           gerd (gastroesophalgeal reflux disease)

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

2244

1

CONFIDENTIAL
AZSER12774917

**Subject identifier**
D1447C00127/E0048041

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon- tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2004-10-28 (14) | 2005-03-09 (146) | SOMNOLENCE(DROWSINESS) | 9.1 | Resolved | Yes | Yes | No | Mild |
| OL | QUETIAPINE 400 | 2004-10-28 (14) | 2005-03-10 (147) | DRY MOUTH(DRY MOUTH) | 9.1 | Resolved | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 600 | 2004-12-01 (48) | 2004-12-20 (67) | FURUNCLE(HAIR FOLICAL INFECTION) | 9.1 | Resolved | No | No | No | Moderate |
| RD | PLACEBO 600 | 2005-03-09 (29) | NA | INSOMNIA(WORSENING INSOMNIA) | 9.1 | Continuing | No | No | No | Severe |
| OffTrt | | 2005-04-03 (54) | NA | FACE INJURY(FACIAL INJURY) | 9.1 | Continuing | No | No | Yes / {HO} | Severe |
| OffTrt | | 2005-04-03 (54) | 2005-04-03 (54) | TOOTH LOSS(TOOTH LOSS) | 9.1 | Resolved | No | No | No | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2245

2

CONFIDENTIAL
AZSER12774918

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0048041 | Off Treatment - NA | SAE, DAE |

**Descriptive text:**

{FACIAL INJURIES} A report was received from an investigator concerning a 49 year old male patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  Concomitant drugs included valproate semisodium for bipolar disorder, ibuprofen for chronic leg pain and esomeprazole for gerd.  The patient had a history of gerd, left ankle deformity and chronic leg pain.  The patient began study drug on 09-MAR-2005 and experienced facial injuries secondary to assault which started on 03-APR-2005. The event(s) were considered serious due to hospitalization. The patient recovered without sequelae.  The investigator considered the event(s) to be unrelated to the study therapy.

2246

3

CONFIDENTIAL
AZSER12774919

**Subject identifier**
D1447C00127/E0048041

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
SAE, DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-10-08 (-7) | NA | 6.1 (mmol/L) | 6.1 (%) | 0.96 (mmol/L) | 4.17 (mmol/L) | 1.04 (mmol/L) | | 148 (g/L) |
| Visit prior to Event | Randomiza-tion (V1) | 2005-02-09 (1) | PLACEBO 600 | 5.6 (mmol/L) | 6.2 (%)H | 1.60 (mmol/L) | 5.15 (mmol/L) | 0.78 (mmol/L)L | | 146 (g/L) |
| Final Study Visit | V23 | 2005-04-13 (181) | NA | 5.2 (mmol/L) | 5.6 (%) | 1.45 (mmol/L) | 4.66 (mmol/L) | 0.96 (mmol/L)L | | 163 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-10-08 (-7) | NA | 269 (x10E9/L) | 9.1 (x10E9/L) | 6.34 (x10E9/L) | 15 (IU/L) | 13 (IU/L) | 71 (umol/L) | 1.24 (mIU/L) | 13.7 (pmol/L) |
| Visit prior to Event | Randomiza-tion (V1) | 2005-02-09 (1) | PLACEBO 600 | 242 (x10E9/L) | 13.3 (x10E9/L)H | 10.40 (x10E9/L)H | 15 (IU/L) | 13 (IU/L) | 80 (umol/L) | 5.12 (mIU/L) | 16.8 (pmol/L) |
| Final Study Visit | V23 | 2005-04-13 (181) | NA | 255 (x10E9/L) | 9.1 (x10E9/L) | 5.72 (x10E9/L) | 17 (IU/L) | 21 (IU/L) | 80 (umol/L) | 3.99 (mIU/L) | 18.8 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range, H =above normal range, NR=not recorded   * - unscheduled visit

2247

4

CONFIDENTIAL
AZSER12774920

**Subject identifier**
D1447C00127/E0048041

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
SAE, DAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2248

5

CONFIDENTIAL
AZSER12774921

CONFIDENTIAL
AZSER12774922

**Subject identifier**
D1447C00127/E0048041

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
SAE, DAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-09-14 (-31)# | 2005-04-23 (74)# | Yes | IBUPROFEN | 2400 MG | CHRONIC LEG PAIN |
| 2005-04-03 (54) | 2005-04-05 (56) | No | HYDROMORPHONE | 60 MG | POST-OP PAIN |
| 2005-04-03 (54) | 2005-04-05 (56) | No | MORPHINE | 40 MG | POST-OP PAIN |
| 2005-04-06 (57) | 2005-04-11 (62) | No | QUETIAPINE | 100 MG | BIPOLAR DEPRESSION |
| 2005-04-06 (57) | 2005-04-23 (74)# | Yes | BUSPIRONE | 60 MG | ANXIETY |
| 2005-04-06 (57) | 2005-04-23 (74)# | Yes | VICODIN | 2 TABLETS | POST-OP PAIN |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2249

6

**START OF E NARRATIVE**

Subject identifier
D1447C00127/E0052018

Study phase-treatment during which event occurred
Off Treatment - NA

Narrative event
SAE, DAE

**Narrative event:**

Death:               No

SAE:                 PANCREATITIS

DAE:                 PANCREATITIS

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 50 | Male | Caucasian | 5 | 2004-11-10 | 2004-11-14 | NA | 2004-12-02 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:

Past:            enlarged liver (feb/march 2004), alcohol abuse

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

2250

1

CONFIDENTIAL
AZSER12774923

**Subject identifier**
D1447C00127/E0052018

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OffTrt | | 2004-11-15 (6) | 2004-11-20 (11) | PANCREATITIS(PANCREATITIS) | 9.1 | Resolved | No | Yes | Yes / {HO} | Severe |
| OffTrt | | 2004-11-20 (11) | NA | HYPERTENSION(HIGH BLOOD PRESSURE) | 9.1 | Continuing | Yes | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2251

CONFIDENTIAL
AZSER12774924

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0052018 | Off Treatment - NA | SAE, DAE |

**Descriptive text:**

{PANCREATITIS} A report was received from an investigator concerning a 50-year-old male patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included valproate semi sodium for bipolar disorder, quetiapine fumarate for bipolar disorder, and omega 3 fatty acids. The patient had a history of heavy alcohol use, depression, back surgery, enlarged liver, anxiety, suicidal thoughts and an appetite disturbance. The patient began treatment with study drug on 10-NOV-2004. On 15-Nov-2004, the patient was taken to the emergency room with complaints of abdominal pain radiating to back with nausea and vomiting. The patient was found to have elevated pancreatic enzymes (amylase 225 U/L and lipase 1870 U/L). He was admitted to the hospital for treatment. He was placed on IV fluids, made NPO, and given vitamins. The patient did well and was pain free within 24 hours. He was started on a clear liquid diet and then advanced to solids. He tolerated this diet without associated pain, nausea, or vomiting. He was discharged on 16-Nov-2004 with Vicodin and Phenergan as needed for pain or nausea. His Depakote was held. He was instructed to return if the pain increased or if he was not able to tolerate food. His discharge amylase was 195 U/L and lipase was 844 U/L. The patient presented to the emergency room again on 18-Nov-2004 with complaints of abdominal pain, nausea, and vomiting. He was admitted to the hospital, made NPO, and given IV hydration. His admission amylase was 63 U/L and lipase 450 U/L. Nubain and Phenergan IM were administered for pain. The patient's diet was advanced to clear liquids on 19-Nov-2004 and to a full diet on 20-Nov-2004. His lipase decreased each day. He tolerated two full meals and was discharged on 20-Nov-2004. Discharge medications included metoprolol tartrate and esomeprazole. The patient was instructed not to drink alcohol and to follow-up with his doctor in one week. The investigator considered the event to be unrelated to the study therapy. Summary of follow up information received by AstraZeneca 10-Dec-2004: Laboratory information and treatment medication provided. Course of events updated.

2252

3

CONFIDENTIAL
AZSER12774925

**Subject identifier**
D1447C00127/E0052018

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
SAE, DAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-11-03 (-6) | NA | 5.5 (mmol/L) | 5.9 (%) | 1.11 (mmol/L) | 5.02 (mmol/L) | 1.94 (mmol/L) | | 174 (g/L) |
| Visit prior to Event | Enrollment | 2004-11-03 (-6) | NA | 5.5 (mmol/L) | 5.9 (%) | 1.11 (mmol/L) | 5.02 (mmol/L) | 1.94 (mmol/L) | | 174 (g/L) |
| Visit after Event | V23 | 2004-12-02 (23) | NA | 5.2 (mmol/L) | 6.3 (%)H | 2.15 (mmol/L) | 5.31 (mmol/L)H | 0.93 (mmol/L)L | | 160 (g/L) |
| Final Study Visit | V23 | 2004-12-02 (23) | NA | 5.2 (mmol/L) | 6.3 (%)H | 2.15 (mmol/L) | 5.31 (mmol/L)H | 0.93 (mmol/L)L | | 160 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-11-03 (-6) | NA | 294 (x10E9/L) | 7.6 (x10E9/L) | 5.18 (x10E9/L) | 51 (IU/L)H | 40 (IU/L) | 71 (umol/L) | 1.20 (mIU/L) | 20.9 (pmol/L) |
| Visit prior to Event | Enrollment | 2004-11-03 (-6) | NA | 294 (x10E9/L) | 7.6 (x10E9/L) | 5.18 (x10E9/L) | 51 (IU/L)H | 40 (IU/L) | 71 (umol/L) | 1.20 (mIU/L) | 20.9 (pmol/L) |
| Visit after Event | V23 | 2004-12-02 (23) | NA | 389 (x10E9/L) | 9.5 (x10E9/L) | 7.00 (x10E9/L) | 18 (IU/L) | 19 (IU/L) | 80 (umol/L) | 0.80 (mIU/L) | 14.6 (pmol/L) |
| Final Study Visit | V23 | 2004-12-02 (23) | NA | 389 (x10E9/L) | 9.5 (x10E9/L) | 7.00 (x10E9/L) | 18 (IU/L) | 19 (IU/L) | 80 (umol/L) | 0.80 (mIU/L) | 14.6 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range. H=above normal range. NR=not recorded   * = unscheduled visit

2253

4

CONFIDENTIAL
AZSER12774926

**Subject identifier**
D1447C00127/E0052018

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Weight:  Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2254

5

CONFIDENTIAL
AZSER12774927

**Narrative event**
SAE, DAE

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Subject identifier**
D1447C00127/E0052018

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-11-20 (11) | 2004-12-14 (35)# | Yes | ESOMEPRAZOLE | 40 MG | PANCREATITIS SYMPTOMS |
| 2004-11-20 (11) | 2004-12-14 (35)# | Yes | METOPROLOL | 100 MG | HIGH BLOOD PRESSURE |
| 2004-11-20 (11) | 2004-12-14 (35)# | Yes | QUETIAPINE | 200 MG | DEPRESSION |
| 2004-11-20 (11) | 2004-12-14 (35)# | Yes | VALPROIC ACID | 500 MG | BIPOLAR |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2255

CONFIDENTIAL
AZSER12774928

Narrative event
SAE, DAE

# START OF E NARRATIVE

**Subject identifier**
D1447C00127/E0059014

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

## Narrative event:

| | |
|---|---|
| Death: | No |
| SAE: | DIABETIC KETOACIDOSIS, RENAL FAILURE, VISION BLURRED |
| DAE: | DIABETIC KETOACIDOSIS, RENAL FAILURE, VISION BLURRED, WEIGHT DECREASED |

## Baseline information and summary of treatment:

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 57 | Male | Black | 113 | 2004-07-21 | 2004-11-10 | QUETIAPINE 400 | 2004-12-22 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| 38 | 2004-11-11 | 2004-12-18 |

## Medical History:

| | |
|---|---|
| Current: | htn hypertenison, wears glasses sight impairment |
| Past: | |

## Death information:

| | |
|---|---|
| Date of death: | No death |
| Cause of death: | |
| Post-mortem: | |

2256

1

CONFIDENTIAL
AZSER12774929

Subject identifier
D1447C00127/E0059014

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2004-08-14 (25) | 2004-09-12 (54) | PRURITUS(ITCHING) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2004-08-18 (29) | NA | DRY MOUTH(DRY MOUTH) | 9.1 | Continuing | Yes | No | No | Mild |
| RD | QUETIAPINE 400 | 2004-11-11 (1) | 2004-11-14 (4) | TOOTHACHE(TOOTHACHE) | 9.1 | Resolved | No | No | No | Mild |
| RD | QUETIAPINE 400 | 2004-11-19 (9) | 2004-11-20 (10) | TOOTHACHE(TOOTHACHE) | 9.1 | Resolved | No | No | No | Mild |
| RD | QUETIAPINE 400 | 2004-11-28 (18) | 2004-11-28 (40) | PRURITUS(ITCHING) | 9.1 | Resolved | Yes | No | No | Mild |
| RD | QUETIAPINE 400 | 2004-12-03 (23) | 2005-01-05 (56) | WEIGHT DECREASED(WEIGHT LOSS) | 9.1 | Resolved | No | Yes | No | Moderate |
| RD | QUETIAPINE 400 | 2004-12-10 (30) | 2004-12-28 (48) | RENAL FAILURE(RENAL FAILURE) | 9.1 | Resolved | No | Yes | Yes / {HO} | Severe |
| RD | QUETIAPINE 400 | 2004-12-10 (30) | 2004-12-28 (48) | DIABETIC KETOACIDOSIS(DIABETIC KETOACIDOSIS) | 9.1 | Resolved | No | Yes | Yes / {HO} | Severe |
| RD | QUETIAPINE 400 | 2004-12-10 (30) | 2004-12-30 (50) | VISION BLURRED(BLURRY VISION) | 9.1 | Resolved | No | Yes | Yes / {HO} | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2257

CONFIDENTIAL
AZSER12774930

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0059014 | Randomized - QUETIAPINE 400 | SAE, DAE |

**Descriptive text:**

{DIABETIC KETOACIDOSIS, BLURRY VISION, RENAL FAILURE} A report was received from an investigator concerning a 48-year-old male patient enrolled in study D1447C00127. A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. The patient had a history of hypertension and diabetes. The patient began treatment with study drug on 10-Nov-2004. Around 10-Dec-2004, the patient began to experience weight loss, polyuria, and polydipsia. On 10-Dec-2005, the patient began to experience moderate blurred vision and severe renal failure. On 24-Dec-2004, the patient presented to the emergency room. For three days prior to the ER visit, he experienced fatigue, nausea, and vomiting. He denied fever chills, dysuria, cough and shortness of breath. The patient's serum glucose level on admission was 1445. He was admitted to the intensive care unit with diabetic ketoacidosis. He was treated with IV hydration and IV insulin. The patient was newly diagnosed with diabetes. His HbA1C was 17.2. On 28-Dec-2004, the events of diabetic ketoacidosis and renal failure resolved and the patient was discharged from the hospital with instruction to follow up at the diabetes clinic. He was given the following discharge medication: NPH insulin, regular insulin, aspirin, Lisinopril, Zocor (simvastatin), and Reglan (metoclopramide hydrochloride). On 30-Dec-2004, the event of blurry vision resolved. The patient withdrew from the study due to this event. The investigator considered the events to be unrelated to the study therapy.

2258

3

CONFIDENTIAL
AZSER12774931

**Subject identifier**
D1447C00127/E0059014

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

**Narrative event**
SAE, DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-07-15 (-6) | NA | | 5.0 (%) | 2.01 (mmol/L) | 4.12 (mmol/L) | 0.96 (mmol/L)L | | 142 (g/L) |
| Visit prior to Event | Randomization (V1) | 2004-11-10 (113) | QUETIAPINE 400 | 6.9 (mmol/L) | 7.1 (%)H | 2.18 (mmol/L) | 4.90 (mmol/L) | 0.83 (mmol/L)L | | 142 (g/L) |
| Visit of Event | V23 | 2004-12-22 (155) | NA | 50.0 (mmol/L)H | | 2.35 (mmol/L) | 4.48 (mmol/L) | 1.06 (mmol/L) | | |
| Final Study Visit | V23 | 2004-12-22 (155) | NA | 50.0 (mmol/L)H | | 2.35 (mmol/L) | 4.48 (mmol/L) | 1.06 (mmol/L) | | |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-07-15 (-6) | NA | 164 (x10E9/L) | 5.4 (x10E9/L) | 2.43 (x10E9/L) | 76 (IU/L)H | 66 (IU/L)H | 97 (umol/L) | 1.50 (mIU/L) | 12.9 (pmol/L) |
| Visit prior to Event | Randomization (V1) | 2004-11-10 (113) | QUETIAPINE 400 | 137 (x10E9/L)L | 5.3 (x10E9/L) | 2.12 (x10E9/L) | 82 (IU/L)H | 66 (IU/L)H | 115 (umol/L) | 2.07 (mIU/L) | 11.0 (pmol/L) |
| Visit of Event | V23 | 2004-12-22 (155) | NA | | | | 72 (IU/L)H | 66 (IU/L)H | 159 (umol/L)H | 2.32 (mIU/L) | 22.3 (pmol/L) |
| Final Study Visit | V23 | 2004-12-22 (155) | NA | | | | 72 (IU/L)H | 66 (IU/L)H | 159 (umol/L)H | 2.32 (mIU/L) | 22.3 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range.   H=above normal range.   NR=not recorded   * = unscheduled visit

2259

4

CONFIDENTIAL
AZSER12774932

Subject identifier
D1447C00127/E0059014

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

Narrative event
SAE, DAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| Enrollment | 2004-07-15 (-6) | | PreTrt | 83.6 |
| S2 | 2004-07-28 (8) | QUETIAPINE 300 | OL | 85.9 |
| S3 | 2004-08-04 (15) | QUETIAPINE 400 | OL | 86.2 |
| S6 | 2004-10-13 (85) | QUETIAPINE 400 | OL | 87.7 |
| Randomization (V1) | 2004-11-10 (113) | QUETIAPINE 400 | OL | 90 |
| V4 | 2004-12-08 (28) | QUETIAPINE 400 | RD | 86.4 |
| V23 | 2004-12-22 (42) | | OffTrt | 85.5 |

2260

5

CONFIDENTIAL
AZSER12774933

| | | | | | Narrative event |
|---|---|---|---|---|---|
| Subject identifier | | Study phase-treatment during which event occurred | | | SAE, DAE |
| D1447C00127/E0059014 | | Randomized - QUETIAPINE 400 | | | |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-04-15 (-97) | 2005-01-17 (68)# | Yes | ATENOLOL | 12.5 MG | BLOOD PRESSURE |
| 2004-04-15 (-97) | 2005-01-17 (68)# | Yes | HYDROCHLOROTHIAZIDE | 25 MG | BLOOD PRESSURE |
| 2004-07-28 (8) | 2005-01-17 (68)# | Yes | SERTRALINE | 50 MG | DEPRESSION SECONDARY TO BIPOLAR |
| 2004-07-28 (8) | 2005-01-17 (68)# | Yes | VALPROIC ACID | 1000 MG | MOOD |
| 2004-12-09 (29) | 2005-01-17 (68)# | Yes | DIPHENHYDRAMINE | 50 MG | ITCHING |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2261

6

CONFIDENTIAL
AZSER12774934

# START OF E NARRATIVE

**Subject identifier**
D1447C00127/E0059017

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 600

**Narrative event**
SAE

## Narrative event:

Death:        No

SAE:          ASTHMA

DAE:          No

## Baseline information and summary of treatment:

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 48 | Male | Caucasian | 112 | 2004-08-25 | 2004-12-14 | PLACEBO 600 | 2006-08-30 | Other (patient discontinued per pi due to abnormal lab values) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| 600 | 2004-12-15 | 2006-08-06 |

## Medical History:

Current:      hypertension, asthma

Past:

## Death information:

Date of death:      No death

Cause of death:

Post-mortem:

2262

1

CONFIDENTIAL
AZSER12774935

**Subject identifier**
D1447C00127/E0059017

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 600

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 600 | 2004-09-01 (8) | 2004-10-15 (52) | SEDATION(SEDATION) | 9.1 | Resolved | Yes | No | No | Mild |
| RD | PLACEBO 600 | 2005-01-28 (45) | 2005-02-15 (63) | UPPER RESPIRATORY TRACT INFECTION(UPPER RESPATORY INFECTION) | 9.1 | Resolved | No | No | No | Mild |
| RD | PLACEBO 600 | 2005-04-04 (111) | 2005-04-09 (116) | INFLUENZA(FLU) | 9.1 | Resolved | No | No | No | Mild |
| RD | PLACEBO 600 | 2005-09-12 (272) | 2005-09-15 (275) | ASTHMA(WORSENED ASTHMA) | 9.1 | Resolved | No | No | Yes / {HO} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2

2263

CONFIDENTIAL
AZSER12774936

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0059017 | Randomized - PLACEBO 600 | SAE |

**Descriptive text:**

{WORSENED ASTHMA}  A report was received from an investigator concerning a 49-year-old male patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  Concomitant drugs included albuterol for asthma, propanolol for hypertension, amlodipine besilate for hypertension and Advair (fluticasone) for asthma.  The patient had a history of asthma, hypertension and smoking.  The patient began blinded study drug on 15-DEC-2004. During a regularly scheduled visit on 21-Sep-2005, the patient reported that he was seen by his general practitioner on 12-SEP-2005. Wheezing was noted at that visit, and the patient was advised to go to the hospital for management of worsening of his asthma. He was hospitalized from 12-Sep-2005 to 15-SEP-2005.  The patient was seen by the pulmonary service at the hospital to whom he described a three day history of increasing cough, wheeze and dyspnea. He reported a one pack per day smoking history, which had been decreased to three cigarettes per day since the onset of this illness.  The patient was found to be alert, oriented and conversant. His blood pressure was 113.60, heart rate 63, and respiratory rate was 20. His pulse oximetry reading was 95 percent on room air. Diffuse rhonchi and expiratory wheezes were noted in all lung fields. No edema or clubbing were noted.  A chest x-ray noted no active infiltrates. On the day of admission, his blood gases revealed a pH of 7.43 (7.35 to 7.45), PCO2 of 42 mmHg (35 to 45 mmHg), PO2 75 mmHg (80 to 100 mmHg), HCO3 mmol/L (21-28 mmol/L), and an oxygen saturation of 95 percent (92 to 96 percent). The patient's white blood cell count was initially 9.8 X 10*3 u/L (4.0 to 10.8 X 10*3 u/L), but by 14-SEP-2005, it was elevated at 15.6 X10*3 u/L. Blood cultures were negative on 12-SEP-2005. A urine cul ture was pending.  The patient received additional medications, which the patient was unable to identify. The site had requested the patient's medical records. The Investigator considered the event of worsened asthma to serious due to the criteria of hospitalization and unrelated to study drug. The patient recovered without sequelae on 15-SEP-2005. Study therapy was not affected by this event.

2264

3

CONFIDENTIAL
AZSER12774937

**Subject identifier**
D1447C00127/E0059017

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 600

**Narrative event**
SAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-08-19 (-6) | NA | | 5.2 (%) | 0.93 (mmol/L) | 2.95 (mmol/L)L | 0.78 (mmol/L)L | | 161 (g/L) |
| Visit prior to Event | V11 | 2005-06-29 (197) | PLACEBO 600 | 5.4 (mmol/L) | 5.5 (%) | 1.03 (mmol/L) | 3.21 (mmol/L)L | 0.91 (mmol/L)L | | 172 (g/L) |
| Visit after Event | V14 | 2005-09-21 (281) | PLACEBO 600 | 4.6 (mmol/L) | 5.7 (%) | 1.21 (mmol/L) | 2.98 (mmol/L)L | 0.80 (mmol/L)L | | 147 (g/L) |
| Final Study Visit | V23 | 2006-08-30 (736) | NA | 4.1 (mmol/L) | 4.8 (%) | 1.50 (mmol/L) | 3.68 (mmol/L) | 0.73 (mmol/L)L | | |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-08-19 (-6) | NA | 289 (x10E9/L) | 6.6 (x10E9/L) | 2.61 (x10E9/L) | 48 (IU/L) | 31 (IU/L) | 62 (umol/L) | 0.82 (mIU/L) | 16.0 (pmol/L) |
| Visit prior to Event | V11 | 2005-06-29 (197) | PLACEBO 600 | 257 (x10E9/L) | 7.5 (x10E9/L) | 3.04 (x10E9/L) | 47 (IU/L) | 41 (IU/L) | 88 (umol/L) | 2.15 (mIU/L) | 14.8 (pmol/L) |
| Visit after Event | V14 | 2005-09-21 (281) | PLACEBO 600 | 217 (x10E9/L) | 9.0 (x10E9/L) | 3.03 (x10E9/L) | 22 (IU/L) | 19 (IU/L) | 71 (umol/L) | 1.70 (mIU/L) | 12.3 (pmol/L) |
| Final Study Visit | V23 | 2006-08-30 (736) | NA | | | | 21 (IU/L) | 34 (IU/L) | 80 (umol/L) | 1.87 (mIU/L) | 10.1 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range.  H=above normal range.  NR=not recorded    * - unscheduled visit

2265

4

CONFIDENTIAL
AZSER12774938

Narrative event
SAE

Subject identifier
D1447C00127/E0059017

Study phase-treatment during which event occurred
Randomized - PLACEBO 600

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2266

5

CONFIDENTIAL
AZSER12774939

| | Study phase-treatment during which event occurred | | Narrative event |
|---|---|---|---|
| **Subject identifier** D1447C00127/E0059017 | Randomized - PLACEBO 600 | | SAE |

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-01-15 (-223) | 2006-09-05 (630)# | Yes | AMLODIPINE | 5 MG | HYPERTENSION |
| 2004-01-15 (-223) | 2006-09-05 (630)# | Yes | PROPRANOLOL | 40 MG | HYPERTENSION |
| 2004-01-15 (-223) | 2006-09-05 (630)# | Yes | SALBUTAMOL | 2 PUFFS | ASTHMA PRN |
| 2004-01-15 (-223) | 2006-09-05 (630)# | Yes | SERETIDE MITE | 2 PUFFS | ASTHMA PRN |
| 2004-07-15 (-41) | 2006-09-05 (630)# | Yes | VALPROIC ACID | 1500 MG | MOOD SECONDARY TO BIPOLAR |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2267

6

CONFIDENTIAL
AZSER12774940

**START OF E NARRATIVE**

Subject identifier
D1447C00127/E0059020

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 600

Narrative event
SAE

**Narrative event:**

Death: No

SAE: CHOLECYSTITIS

DAE: No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 31 | Male | Caucasian | 112 | 2004-09-08 | 2004-12-28 | QUETIAPINE 600 | 2005-02-16 | Development of Study-Specific Discontinuation Criteria (manic event) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| 33 | 2004-12-29 | 2005-01-30 |

**Medical History:**

Current: cat allergy since 1975, acid reflux since 2001, back pain, hypertension, gastrointestinal reflux disease

Past: skin cancer on lip

**Death information:**

Date of death: No death

Cause of death:

Post-mortem:

1

2268

CONFIDENTIAL
AZSER12774941

**Subject identifier**
D1447C00127/E0059020

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 600 | 2004-10-05 (28) | 2004-10-08 (31) | DIARRHOEA(DIARRHEA) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 600 | 2004-10-05 (28) | 2004-10-08 (31) | CHOLECYSTITIS(GALLSTONE CHOLECYSTITIS) | 9.1 | Resolved | No | No | Yes / {HO} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2269

2

CONFIDENTIAL
AZSER12774942

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0059020 | Open Label - QUETIAPINE 600 | SAE |

**Descriptive text:**

{GALLSTONE CHOLECYSTITIS} A report was received from an investigator concerning a 31-year-old male patient enrolled in a Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  Concomitant drugs included olanzapine, flurazepam hydrochloride, esomeprazole, tramadol and valproate semisodium.  The patient has a history of hypertension, back pain and cigarette smoker.  The patient began study drug on 8-Sep-2004 and on 05-Oct-2004 he experienced abdominal pain and gastroenteritis.  On this same day he went to the emergency room and was admitted for further testing. Diagnosis at admission was gastroenteritis. On 8-Oct-2004 the patient was afebrile and discharged with Keflex, Imodium for diarrhea and Vicodin for severe pain. Clinical laboratory results obtained on 5-Oct-2004 showed elevated white blood cell count, segment neutrophils and valproate level.  An abdominal ultrasound performed this same day showed a fatty liver and two small gallstones at the neck of the gallbladder.  A chest x-ray showed a density over the right upper chest of uncertain but doubtful significance and an electrocardiogram demonstrated a normal sinus rhythm with sinus arrhythmia.  Laboratory results obtained on 6-Oct-2004 showed an elevated white blood cell count and normal segmented neutrophils.  A urine drug screen was positive for benzodiazepines and opiates. Laboratory results obtained on 8-Oct-2004 showed the white blood cell count had decreased but was still abnormal and the eosinophils had increased. According to the discharge summary, the final diagnosis was acute cholecystitis.  On 8-Oct-2004 the event resolved.  The patient was asymptomatic on his last study visit.  The event was considered serious due to hospitalization. The patient has recovered without sequelae.  The investigator considered the event of a bdominal pain to be unrelated to the study therapy.  Summary of follow up received on 19-Oct-2004: Added laboratory and diagnostic test results and updated narrative.  Summary of follow up received on 15-Mar-2005:  Added event term, added action taken, updated outcome and updated narrative.

2270

3

CONFIDENTIAL
AZSER12774943

**Narrative event** SAE

**Subject identifier** D1447C00127/E0059020

**Study phase-treatment during which event occurred** Open Label - QUETIAPINE 600

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-09-01 (-7) | NA | | 5.7 (%) | 3.39 (mmol/L)H | 5.44 (mmol/L)H | 0.80 (mmol/L)L | | 157 (g/L) |
| Visit prior to Event | Enrollment | 2004-09-01 (-7) | NA | | 5.7 (%) | 3.39 (mmol/L)H | 5.44 (mmol/L)H | 0.80 (mmol/L)L | | 157 (g/L) |
| Visit after Event | S4 | 2004-10-11 (34) | QUETIAPINE 600 | | | | | | | 164 (g/L) |
| Final Study Visit | V23 | 2005-02-16 (162) | NA | 4.6 (mmol/L) | 5.7 (%) | 1.67 (mmol/L) | 4.27 (mmol/L) | 0.73 (mmol/L) | | 152 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-09-01 (-7) | NA | 381 (x10E9/L) | 11.7 (x10E9/L) | 7.00 (x10E9/L) | 27 (IU/L) | 20 (IU/L) | 71 (umol/L) | 2.16 (mIU/L) | 16.8 (pmol/L) |
| Visit prior to Event | Enrollment | 2004-09-01 (-7) | NA | 381 (x10E9/L) | 11.7 (x10E9/L) | 7.00 (x10E9/L) | 27 (IU/L) | 20 (IU/L) | 71 (umol/L) | 2.16 (mIU/L) | 16.8 (pmol/L) |
| Visit after Event | S4 | 2004-10-11 (34) | QUETIAPINE 600 | 362 (x10E9/L) | 13.2 (x10E9/L)H | 8.87 (x10E9/L)H | | | | | |
| Final Study Visit | V23 | 2005-02-16 (162) | NA | 417 (x10E9/L) | 15.4 (x10E9/L)H | 9.24 (x10E9/L)H | 20 (IU/L) | 19 (IU/L) | 80 (umol/L) | 2.24 (mIU/L) | 20.4 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range. H=above normal range. NR=not recorded    * = unscheduled visit

2271

4

CONFIDENTIAL
AZSER12774944

**Narrative event**
SAE

**Subject identifier**
D1447C00127/E0059020

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2272

5

CONFIDENTIAL
AZSER12774945

Subject identifier
D1447C00127/E0059020

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

Narrative event
SAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2001-07-15 (-1151) | 2005-03-01 (63)# | Yes | ESOMEPRAZOLE | 40 MG | GASTROINTESTINAL REFLUX DISEASE |
| 2004-09-08 (1) | 2004-10-20 (43) | No | VALPROIC ACID | 500 MG | MOOD |
| 2004-10-05 (28) | 2004-10-08 (31) | No | LOPERAMIDE | 6 MG | DIARRHEA |
| 2004-10-06 (29) | 2004-10-08 (31) | No | VICODIN | 2 TABLETS | PAIN |
| 2004-10-06 (29) | 2004-10-12 (35) | No | CEFALEXIN | 1500 MG | GALLSTONE |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2273

CONFIDENTIAL
AZSER12774946

# START OF E NARRATIVE

**Subject identifier**
D1447C00127/E0062005

**Study phase-treatment during which event occurred**
Off Treatment - NA

## Narrative event:

| | |
|---|---|
| Death: | No |
| SAE: | NON-CARDIAC CHEST PAIN |
| DAE: | DIZZINESS, NON-CARDIAC CHEST PAIN, SOMNOLENCE |

## Baseline information and summary of treatment:

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 60 | Female | Caucasian | 10 | 2004-11-23 | 2004-12-02 | NA | 2004-12-07 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

## Medical History:

| | |
|---|---|
| Current: | hypertension, allergy to penicillin, allergy to codeine, allergy to septra, type ii diabetes, hypercholesterolemia, sinus congestion occasionally |
| Past: | |

## Death information:

| | |
|---|---|
| Date of death: | No death |
| Cause of death: | |
| Post-mortem: | |

2274

1

CONFIDENTIAL
AZSER12774947

**Subject identifier**
D1447C00127/E0062005

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 200 | 2004-11-29 (7) | 2004-12-05 (13) | SOMNOLENCE(SLEEPINESS) | 9.1 | Resolved | Yes | Yes | No | Moderate |
| OL | QUETIAPINE 200 | 2004-11-29 (7) | 2004-12-07 (15) | DIZZINESS(DIZZINESS) | 9.1 | Resolved | Yes | Yes | No | Moderate |
| OffTrt | | 2004-12-03 (11) | 2004-12-03 (11) | NON-CARDIAC CHEST PAIN(CHEST PAIN (NON-CARDIAC)) | 9.1 | Resolved | No | Yes | Yes / {HO} | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2275

CONFIDENTIAL
AZSER12774948

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0062005 | Off Treatment - NA | SAE, DAE |

**Descriptive text:**

{CHEST PAIN NON-CARDIAC} A report was received from an investigator concerning a 60 year old female patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. The patient began study drug on 23-NOV-2004.  Concomitant drugs included lithium for bipolar disorder, paroxetine hydrochloride for depression, fexofenadine hydrochloride for sinus congestion, rosiglitazone maleate for diabetes, glipizide for diabetes, atorvastatin for hypercholesterolemia, lisinopril + hydrochlorothiazide for hypertension, acetylsalicylic acid, multivitamin and flaxseed oil for hypercholesterolemia. The patient has allergies to penicillin, codeine and septra.  The patient presented to the emergency room on 03-Dec-2004 with a one day history of non-radiating mid chest pain. She denied shortness of breath, nausea, vomiting, diarrhea, constipation, and abdominal pain. She complained of dizziness and sleepiness which increased her anxiety prior to this event.  The chest pain was aggravated by movement and relieved with morphine in the emergency room.  She was pain free during her hospitalization.  Three sets of cardiac enzymes were negative.  A stress test done on the 3rd of December 2004 was negative. Cardiac chest pain was ruled out.  Psychiatry was consulted.  The patient was restarted on Paxil, and the Seroquel and Lithium were discontinued. She  was discharged from the hospital on 04-Dec-2004. The patient was discontinued from the study.   The patient recovered without sequelae. It should be noted that the patient was in the open label treatment phase at the time of the serious adverse event.    The investigator considered the event(s) to be unrelated to the study therapy. The company physician considered the event(s) to be unrelated to the study therapy.

2276

3

CONFIDENTIAL
AZSER12774949

**Subject identifier**
D1447C00127/E0062005

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
SAE, DAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Visit prior to Event | Enrollment * | 2004-11-17 (-5) | NA | 6.2 (mmol/L) | 6.8 (%)H | 1.31 (mmol/L) | 3.63 (mmol/L) | 1.71 (mmol/L) | | 127 (g/L) |
| Visit after Event | V23 | 2004-12-07 (15) | NA | 7.5 (mmol/L)H | 7.1 (%)H | 1.68 (mmol/L) | 4.14 (mmol/L) | 2.02 (mmol/L) | | 126 (g/L) |
| Final Study Visit | V23 | 2004-12-07 (15) | NA | 7.5 (mmol/L)H | 7.1 (%)H | 1.68 (mmol/L) | 4.14 (mmol/L) | 2.02 (mmol/L) | | 126 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Visit prior to Event | Enrollment * | 2004-11-17 (-5) | NA | 301 (x10E9/L) | 3.9 (x10E9/L)L | 1.99 (x10E9/L)L | 22 (IU/L) | 20 (IU/L) | 53 (umol/L) | 1.50 (mIU/L) | 12.1 (pmol/L) |
| Visit after Event | V23 | 2004-12-07 (15) | NA | 374 (x10E9/L) | 7.1 (x10E9/L) | 4.26 (x10E9/L) | 22 (IU/L) | 20 (IU/L) | 97 (umol/L) | 1.98 (mIU/L) | 13.5 (pmol/L) |
| Final Study Visit | V23 | 2004-12-07 (15) | NA | 374 (x10E9/L) | 7.1 (x10E9/L) | 4.26 (x10E9/L) | 22 (IU/L) | 20 (IU/L) | 97 (umol/L) | 1.98 (mIU/L) | 13.5 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range, H=above normal range, NR=not recorded   * = unscheduled visit

2277

4

CONFIDENTIAL
AZSER12774950

**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00127/E0062005

**Study phase-treatment during which event occurred**
Off Treatment - NA

## Weight: Include only if DAE due to weight

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2278

CONFIDENTIAL
AZSER12774951

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Subject identifier**
D1447C00127/E0062005

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-10-23 (-31)# | 2005-01-01 (40)# | Yes | ACETYLSALICYLIC ACID | 81 MG | PREVENTION OF HEART DISEASE |
| 2004-10-23 (-31)# | 2005-01-01 (40)# | Yes | ATORVASTATIN | 20 MG | HYPERCHOLESTEROLEMIA |
| 2004-10-23 (-31)# | 2005-01-01 (40)# | Yes | FEXOFENADINE | 180 MG | SINUS CONGESTION PRN |
| 2004-10-23 (-31)# | 2005-01-01 (40)# | Yes | FISH OIL | 2000 MG | HYPERCHOLESTEROLEMIA |
| 2004-10-23 (-31)# | 2005-01-01 (40)# | Yes | GLIPIZIDE | 2.5 MG | DIABETES |
| 2004-10-23 (-31)# | 2005-01-01 (40)# | Yes | HYDROCHLOROTHIAZIDE | 25 MG | HYPERTENSION |
| 2004-10-23 (-31)# | 2005-01-01 (40)# | Yes | LINUM USITATISSIMUM | 1000 MG | HYPERCHOLESTEROLEMIA |
| 2004-10-23 (-31)# | 2005-01-01 (40)# | Yes | LISINOPRIL | 20 MG | HYPERTENSION |
| 2004-10-23 (-31)# | 2005-01-01 (40)# | Yes | ROSIGLITAZONE | 8 MG | DIABETES |
| 2004-10-23 (-31)# | 2005-01-01 (40)# | Yes | VITAMINS NOS | 1 TAB | DIETARY SUPPLEMENT |
| 2004-12-03 (11) | 2004-12-03 (11) | No | MORPHINE | | CHEST PAIN |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2279

CONFIDENTIAL
AZSER12774952

**START OF E NARRATIVE**

**Subject identifier**
D1447C00127/E0062006

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE, DAE

**Narrative event:**

| | |
|---|---|
| Death: | No |
| SAE: | DEPRESSION, SUICIDAL IDEATION |
| DAE: | DEPRESSION, SUICIDAL IDEATION |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 25 | Female | Caucasian | 16 | 2004-12-07 | 2004-12-22 | QUETIAPINE 400 | 2005-01-11 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

| | |
|---|---|
| Current: | hypothyroidism, nicotine dependence |
| Past: | |

**Death information:**

| | |
|---|---|
| Date of death: | No death |
| Cause of death: | |
| Post-mortem: | |

1

2280

CONFIDENTIAL
AZSER12774953

Narrative event
SAE, DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Subject identifier**
D1447C00127/E0062006

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2004-12-04 (-3) | 2004-12-25 (19) | PHARYNGOLARYNGEAL PAIN(SORE THROAT) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 300 | 2004-12-08 (2) | 2004-12-25 (19) | UPPER RESPIRATORY TRACT INFECTION(UPPER RESPIRATORY INFECTION) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2004-12-22 (16) | 2004-12-29 (23) | DEPRESSION(INCREASED DEPRESSION) | 9.1 | Resolved | No | Yes | Yes / {HO} | Moderate |
| OL | QUETIAPINE 400 | 2004-12-22 (16) | 2004-12-29 (23) | SUICIDAL IDEATION(SUICIDAL IDEATION) | 9.1 | Resolved | No | Yes | Yes / {HO} | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2281

CONFIDENTIAL
AZSER12774954

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0062006 | Open Label - QUETIAPINE 400 | SAE, DAE |

**Descriptive text:**

{INCREASED DEPRESSION, SUICIDAL IDEATION} A report was received from an investigator concerning a 25-year-old female patient enrolled in study D1447C00127: A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included lithium, bupropion hydrochloride, ortho Tri-Cyclen, multivitamin, levothyroxine sodium and amoxicillin, and nicotine inhalers. Concurrent conditions included bipolar disorder and hypothyroidism. The patient had a history depression (1997), tobacco user (one pack per day/quit in November 2004) and sore throat. The patient was diagnosed with bipolar disorder type II in May 2004. The patient began study drug on 14-Dec-2004. Study drug was discontinued and the last dose was taken on 22-Dec-2004. The patient reported to the emergency room on 23-Dec-2004 and requested hospitalization for stabilization of increased depression and suicidal ideation. An evaluation revealed a two-week history of depressive symptoms. The patient also reported recent marital difficulties, including separation from her husband in May 2004 and the loss of full custody of her son, following a manic episode at that time. The patient also reported symptoms of panic; the last episode occurring approximately one month prior to the current event. During the past week the patient experienced suicidal ideation including thoughts of cutting her wrists, overdosing on medication or shooting herself; although she reported not acting on these thoughts. Nevertheless, the suicidal ideation was worsening. Mental status examination at admission was notable for broad and tearful affect at times suicidal and homicidal ideation. Screening for ethanol, drugs and pregnancy was negative. The patient was admitted and placed on suicide and escape precautions. The patient was treated with (off-s tudy) Seroquel with the dose increased from 400 mg to 800 mg daily. The dose increase was well tolerated by the patient. The patient also participated in individual and group treatments. The patient was started on Zithromax (azithromycin) 500 mg daily for an upper respiratory infection. The patient recovered and was discharged on 29-Dec-2004. Psychiatric diagnoses at discharge included bipolar type II, mixed episode, nicotine dependence and panic attacks. Concurrent medications will continue and psychosocial activities, as well as individual and group therapy will be provided as appropriate. The patient will be discontinued from the study on a scheduled date of 05-Jan-2005. The investigator considered the events of increased depression with suicidal ideation to be unrelated to the study therapy. Summary of follow-up received on 14-Jan-2005 updated the narrative with additional hospitalization details (Seroquel dosage); event outcome and date of discharge. Summary of follow-up received on 18-Jan-2005 updated the narrative with date of last dose of trial therapy and confirmed Seroquel treatment (off-study).

3

2282

CONFIDENTIAL
AZSER12774955

**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00127/E0062006

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-11-30 (-6) | NA | 4.1 (mmol/L) | 5.3 (%) | 2.94 (mmol/L)H | 8.18 (mmol/L)H | 1.86 (mmol/L) | | 135 (g/L) |
| Visit prior to Event | Enrollment | 2004-11-30 (-6) | NA | 4.1 (mmol/L) | 5.3 (%) | 2.94 (mmol/L)H | 8.18 (mmol/L)H | 1.86 (mmol/L) | | 135 (g/L) |
| Visit after Event | V23 | 2005-01-11 (36) | NA | 3.5 (mmol/L)L | 4.4 (%) | 1.16 (mmol/L) | 6.03 (mmol/L)H | 1.97 (mmol/L) | | 133 (g/L) |
| Final Study Visit | V23 | 2005-01-11 (36) | NA | 3.5 (mmol/L)L | 4.4 (%) | 1.16 (mmol/L) | 6.03 (mmol/L)H | 1.97 (mmol/L) | | 133 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-11-30 (-6) | NA | 214 (x10E9/L) | 10.6 (x10E9/L) | 7.79 (x10E9/L) | 57 (IU/L)H | 42 (IU/L)H | 71 (umol/L) | 6.46 (mIU/L)H | 12.1 (pmol/L) |
| Visit prior to Event | Enrollment | 2004-11-30 (-6) | NA | 214 (x10E9/L) | 10.6 (x10E9/L) | 7.79 (x10E9/L) | 57 (IU/L)H | 42 (IU/L)H | 71 (umol/L) | 6.46 (mIU/L)H | 12.1 (pmol/L) |
| Visit after Event | V23 | 2005-01-11 (36) | NA | 259 (x10E9/L) | 8.3 (x10E9/L) | 6.20 (x10E9/L) | 15 (IU/L) | 25 (IU/L) | 80 (umol/L) | 1.30 (mIU/L) | 12.0 (pmol/L) |
| Final Study Visit | V23 | 2005-01-11 (36) | NA | 259 (x10E9/L) | 8.3 (x10E9/L) | 6.20 (x10E9/L) | 15 (IU/L) | 25 (IU/L) | 80 (umol/L) | 1.30 (mIU/L) | 12.0 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range. H=above normal range. NR=not recorded    * - unscheduled visit

2283

4

CONFIDENTIAL
AZSER12774956

**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00127/E0062006

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2284

CONFIDENTIAL
AZSER12774957

| Subject identifier | Study phase-treatment during which event occurred | | Narrative event |
|---|---|---|---|
| D1447C00127/E0062006 | Open Label - QUETIAPINE 400 | | SAE, DAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-11-06 (-31)# | 2005-01-21 (46)# | Yes | CILEST | 1 TAB | BIRTH CONTROL |
| 2004-11-06 (-31)# | 2005-01-21 (46)# | Yes | VITAMINS NOS | 1 TAB | DIETARY SUPPLEMENT |
| 2004-11-15 (-22) | 2005-01-21 (46)# | Yes | NICOTINE | 4 MG | SMOKING CESSATION PRN |
| 2004-11-19 (-18) | 2004-12-22 (16) | No | LITHIUM | 600 MG | BIPOLAR DISORDER |
| 2004-12-08 (2) | 2005-01-21 (46)# | Yes | LEVOTHYROXINE | 50 MCG | HYPOTHYROIDISM |
| 2004-12-23 (17) | 2004-12-25 (19) | No | AZITHROMYCIN | 500 MG | UPPER RESPIRATORY INFECTION |
| 2004-12-23 (17) | 2005-01-21 (46)# | Yes | LITHIUM | 1200 MG | BIPOLAR DISORDER |
| 2004-12-23 (17) | 2005-01-21 (46)# | Yes | QUETIAPINE | 800 MG | BIPOLAR DISORDER |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2285

6

CONFIDENTIAL
AZSER12774958

**START OF E NARRATIVE**

Subject identifier
D1447C00127/E0064018

| | | Narrative event SAE |
|---|---|---|

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 500

**Narrative event:**

Death:              No

SAE:                OSTEOMYELITIS, POSTOPERATIVE INFECTION, TENDON INJURY

DAE:                No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 47 | Male | Black | 196 | 2004-12-09 | 2005-06-22 | QUETIAPINE 500 | 2006-08-14 | Other (study discontinued by sponsor) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| 417 | 2005-06-23 | 2006-08-13 |

**Medical History:**

Current:

Past:               trauma of right foot

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

1

2286

CONFIDENTIAL
AZSER12774959

**Subject identifier**
D1447C00127/E0064018

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 500

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2004-12-09 (1) | 2005-01-31 (54) | COORDINATION ABNORMAL(DISCOORDINATION) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 300 | 2005-01-01 (24) | 2005-01-06 (29) | SOMNOLENCE(DROWSINESS) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-01-10 (33) | 2005-03-10 (92) | IRRITABILITY(INCREASED IRRITABILITY) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-06-20 (194) | 2005-08-15 (250) | FATIGUE(FATIGUE) | 9.1 | Resolved | Yes | No | No | Moderate |
| RD | QUETIAPINE 400 | 2005-06-27 (5) | 2005-06-30 (8) | TREMOR(TREMORS) | 9.1 | Resolved | Yes | No | No | Moderate |
| RD | QUETIAPINE 400 | 2005-08-29 (68) | NA | LIGAMENT RUPTURE(LEFT KNEE PAIN DUE TO SURGERY FOR TORN LIGAMENT) | 9.1 | Continuing | No | No | No | Moderate |
| RD | QUETIAPINE 500 | 2006-02-02 (225) | 2006-03-03 (254) | ANXIETY(ELEVATED ANXIETY) | 9.1 | Resolved | No | No | No | Moderate |
| RD | QUETIAPINE 500 | 2006-02-03 (226) | 2006-02-03 (226) | ANIMAL BITE(MOUSE BITE) | 9.1 | Resolved | No | No | No | Mild |
| RD | QUETIAPINE 500 | 2006-02-24 (247) | NA | INSOMNIA(INSOMNIA) | 9.1 | Continuing | No | No | No | Severe |
| RD | QUETIAPINE 500 | 2006-03-14 (265) | 2006-03-20 (271) | OSTEOMYELITIS(EXACERBATION OF OSTEOMYCLITIS) | 9.1 | Resolved | No | No | Yes/{HO} | Severe |
| RD | QUETIAPINE 500 | 2006-04-15 (297) | 2006-06-22 (365) | TENDON INJURY(TENDON TEAR ON RIGHT FOOT DUE TO AN ACCIDENT) | 9.1 | Resolved | No | No | Yes/{HO} | Severe |
| RD | QUETIAPINE 500 | 2006-04-18 (300) | 2006-04-25 (307) | POSTOPERATIVE INFECTION(INFECTION SECONDARY TO SURGERY FOR TORN TENDON ON RIGHT FOOT) | 9.1 | Resolved | No | No | Yes/{HO} | Moderate |

2287

2

CONFIDENTIAL
AZSER12774960

**Subject identifier**
D1447C00127/E0064018

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 500

**Narrative event**
SAE

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discontinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| RD | QUETIAPINE 500 | 2006-05-04 (316) | 2006-05-04 (316) | HEADACHE(HEADACHE) | 9.1 | Resolved | Yes | No | No | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

3

2288

CONFIDENTIAL
AZSER12774961

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| DI447C00127/E0064018 | Randomized - QUETIAPINE 500 | SAE |

**Descriptive text:**

{EXACERBATION OF OSTEOMYELITIS} A report was received from an investigator concerning a 49 year old male patient enrolled in study DI447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included lithium for bipolar disorder. The patient began study drug on 23-JUN-2005 and experienced exacerbation of osteomyelitis which started on 21-MAR-2006. On 14-Mar-2006, the patient began experiencing pain in his right foot. He was admitted to the hospital on 16-Mar-2006 with a diagnosis of exacerbation of osteomyelitis. On 17-Mar-2006, the second digit of his right foot was amputated. The amputation was performed under general anesthesia, and need to amputate was due osteomyelitis. He was initially treated with intravenous antibiotics and Percocet (acetaminophen/oxycodone Hcl) for pain. Post-operatively his pain was managed with intramuscular Demerol (meperidine Hcl) and intravenous morphine. While hospitalized he was given 600 mg Seroquel from 16-Mar-2006 until 20-Mar-2006, instead of the investigational product. He resumed double-blind therapy on 21-Mar-2006. The event was considered serious due to hospitalization. The patient recovered without sequelae. No further information is expected. The investigator considered the event to be unrelated to the study therapy.

{TENDON TEAR ON RIGHT FOOT DUE TO AN ACCIDENT} A report was received from an investigator concerning a 49-year-old male patient enrolled in study DI447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included lithium for bipolar disorder, lorazepam for bipolar-associated insomnia, and an unspecified antibiotic for exacerbation of osteomyelitis. The patient had a medical history of osteomyelitis. The patient began study drug on 23-Jun-2005 and was temporarily discontinued on 22-Mar-2006 for an unspecified reason. Study medication was restarted on 28-Mar-2006. On 15-Apr-2006 the patient sustained a torn tendon of the right foot due to a fall. He was admitted to the hospital given Demerol for the pain. Surgery was performed under general anesthesia on 16-Apr-2006. He was discharged following the surgery on 16-Apr-2006. The patient's condition is improving. The event was considered serious due to hospitalization. The investigator considered the event to be unrelated to the study therapy.

{INFECTION SECONDARY TO SURGERY FOR TORN TENDON ON RIGHT FOOT} A report was received from an investigator concerning a 49-year-old male patient enrolled in study DI447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included lithium for bipolar disorder, lorazepam for bipolar associated insomnia, and an unspecified antibiotic for exacerbation of osteomyelitis. The patient had a medical history of osteomyelitis. The patient began study drug on 23-Jun-2005 and was temporarily stopped on 22-Mar-2005 for unspecified reason's. Study medication was restarted on 28-Mar-2006. On 16-Apr-2006, the patient had a torn tendon in his right foot surgically repaired. On 18-Apr-2006, he was readmitted to the hospital due to an infection secondary to surgery. He was treated initially with intravenous antibiotics and then with an oral preparation. The patient was discharged from the hospital on 22-Apr-2006 and was considered recovered on 25-Apr-2006. The event was considered serious due to hospitalization. The investigator considered the event to be unrelated to the study therapy.

2289

4

CONFIDENTIAL
AZSER12774962

**Subject identifier**
D1447C00127/E0064018

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 500

**Narrative event**
SAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-12-02 (-7) | NA | 4.4 (mmol/L) | 5.2 (%) | 2.98 (mmol/L)H | 4.07 (mmol/L) | 1.66 (mmol/L) | | 165 (g/L) |
| Visit prior to Event | V11 | 2006-01-03 (195) | QUETIAPINE 500 | 4.6 (mmol/L) | 5.1 (%) | 1.67 (mmol/L) | 4.22 (mmol/L) | 1.27 (mmol/L) | | 144 (g/L) |
| Visit after Event | V15 | 2006-05-05 (317) | QUETIAPINE 500 | 5.3 (mmol/L) | 5.4 (%) | 1.89 (mmol/L) | 3.13 (mmol/L)L | 1.55 (mmol/L) | | 152 (g/L) |
| Final Study Visit | V23 | 2006-08-14 (614) | NA | 4.9 (mmol/L) | 5.3 (%) | 3.67 (mmol/L)H | 4.01 (mmol/L) | 1.40 (mmol/L) | | 149 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-12-02 (-7) | NA | 130 (x10E9/L)L | 9.9 (x10E9/L) | 6.21 (x10E9/L) | 53 (IU/L)H | 39 (IU/L) | 80 (umol/L) | 1.39 (mIU/L) | 11.0 (pmol/L) |
| Visit prior to Event | V11 | 2006-01-03 (195) | QUETIAPINE 500 | 262 (x10E9/L) | 5.4 (x10E9/L) | 3.76 (x10E9/L) | 17 (IU/L) | 18 (IU/L) | 71 (umol/L) | 0.97 (mIU/L) | 15.5 (pmol/L) |
| Visit after Event | V15 | 2006-05-05 (317) | QUETIAPINE 500 | 214 (x10E9/L) | 10.8 (x10E9/L) | 7.25 (x10E9/L) | 57 (IU/L)H | 51 (IU/L)H | 88 (umol/L) | 1.68 (mIU/L) | 10.4 (pmol/L) |
| Final Study Visit | V23 | 2006-08-14 (614) | NA | 187 (x10E9/L) | 7.5 (x10E9/L) | 4.08 (x10E9/L) | 55 (IU/L)H | 37 (IU/L) | 95 (umol/L) | 1.56 (mIU/L) | 11.1 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range, H=above normal range, NR=not recorded   * - unscheduled visit

5

2290

CONFIDENTIAL AZSER12774963

**Narrative event**
SAE

**Subject identifier**
D1447C00127/E0064018

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 500

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

6

2291

CONFIDENTIAL
AZSER12774964

**Subject identifier**
D1447C00127/E0064018

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 500

## Medication information: Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-07-03 (11) | 2006-09-12 (447)# | Yes | LITHIUM | 1500 MG | BIPOLAR DISORDER |
| 2006-03-14 (265) | 2006-03-15 (266) | No | VICODIN | | EXACERBATION OF OSTEOMYELITIS |
| 2006-03-16 (267) | 2006-03-20 (271) | No | OXYCOCET | | EXACERBATION OF OSTEONIYELITIS |
| 2006-03-16 (267) | 2006-04-01 (283) | No | SULTAMICILLIN | | EXACERBATION OF OSTEONIYELITIS |
| 2006-03-17 (268) | 2006-03-17 (268) | No | ANAESTHETICS, GENERAL | | SURGERY FOR EXACERBATION OF OSTEONIYELITIS |
| 2006-03-17 (268) | 2006-03-17 (268) | No | BUPIVACAINE | | SURGERY FOR EXACERBATION OF OSTEOMYCLITIS |
| 2006-03-17 (268) | 2006-03-17 (268) | No | LIDOCAINE | | SURGERY FOR EXACERBATION OF OSTEOMYELITIS |
| 2006-03-17 (268) | 2006-03-20 (271) | No | MORPHINE | | EXACERBATION OF OSTEONIYELITIS |
| 2006-03-17 (268) | 2006-03-20 (271) | No | PETHIDINE | | EXACERBATION OF OSTEONIYELITIS |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

7

2292

CONFIDENTIAL
AZSER12774965

**START OF E NARRATIVE**

Subject identifier
D1447C00127/E0064023

Study phase-treatment during which event occurred
Randomized - QUETIAPINE 400

Narrative event
SAE

**Narrative event:**

Death:          No

SAE:            ARTHRALGIA, OEDEMA PERIPHERAL, PYREXIA

DAE:            No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 33 | Female | Other | 113 | 2005-02-14 | 2005-06-06 | QUETIAPINE 400 | 2006-08-30 | Other (study terminated by the sponsor) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| 449 | 2005-06-07 | 2006-08-29 |

**Medical History:**

Current:

Past:           anemia

**Death information:**

Date of death:   No death

Cause of death:

Post-mortem:

2293

1

CONFIDENTIAL
AZSER12774966

Subject identifier
D1447C00127/E0064023

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2005-04-15 (61) | 2005-05-10 (86) | SEASONAL ALLERGY(SEASONAL ALLERGIES) | 9.1 | Resolved | No | No | No | Mild |
| RD | QUETIAPINE 400 | 2005-09-05 (91) | 2005-09-19 (105) | NASOPHARYNGITIS(COMMON COLD) | 9.1 | Resolved | No | No | No | Moderate |
| RD | QUETIAPINE 400 | 2005-09-22 (108) | 2005-10-03 (119) | SEASONAL ALLERGY(SEASONAL ALLERGIES) | 9.1 | Resolved | No | No | No | Mild |
| RD | QUETIAPINE 400 | 2006-01-07 (215) | 2006-01-24 (232) | OEDEMA PERIPHERAL(SWELLING OF ARMS AND LEGS) | 9.1 | Resolved | No | No | Yes / {HO} | Severe |
| RD | QUETIAPINE 400 | 2006-01-07 (215) | 2006-01-24 (232) | ARTHRALGIA(JOINT PAIN) | 9.1 | Resolved | No | No | Yes / {HO} | Severe |
| RD | QUETIAPINE 400 | 2006-01-07 (215) | 2006-01-24 (232) | PYREXIA(FEVER) | 9.1 | Resolved | No | No | Yes / {HO} | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2294

CONFIDENTIAL
AZSER12774967

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0064023 | Randomized - QUETIAPINE 400 | SAE |

**Descriptive text:**

{UNKNOWN} A report was received from an investigator concerning a 34 year old patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs include lithium for bipolar disorder. The patient had a history of anemia. The patient began study drug on 13-JUN-2005 and experienced unknown which started on 13-JAN-2006. The patient was hospitalized on 13-JAN-2006 with fever, knee pain and joint swelling. No definitive diagnosis was provided. The event(s) were considered serious due to hospitalization. The patient recovered without sequelae. The investigator considered the event(s) to be unrelated to the study therapy.

{SWELLING OF ARMS AND LEGS, FEVER, JOINT PAIN} A report was received from an investigator concerning a 35-year-old female patient enrolled in study D1447C00127: A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included lithium for bipolar disorder. The patient had a history of anemia. The patient began study drug on 13-Jun-2005. On 11-Jan-2006, the patient called the site and reported swelling of her knees and hands of such severity that she had difficulty walking and making a fist. She stated that the symptoms had begun on 07-Jan-2006. She had been to an emergency room for the symptoms on 10-Jan-2006 where x-rays, blood work and urinalysis did not provide a diagnosis and she was sent home. She was advised by the site to return to the hospital on 11-Jan-2006. On 17-Jan-2006, a physician called the site and left a message that the patient had been hospitalized. The following day, site personnel spoke with the physician who reported that the patient was admitted to the hospital on 13-Jan-2006 with fever, knee pain and joint swelling. Her symptoms improved with antibiotic treatment. Again, x-rays, blood work and urinalysis failed to provide a diagnosis. She was discharged on 17-Jan-2006 and given two additional days of antibiotics. The patient reported that her symptoms resolved on 24-Jan-2006. No medical diagnosis was made by the treating physician and the patient remains in the study. The events were considered serious due to hospitalization. The investigator considered the events of swelling of arms and legs, fever and pain in arms and legs to be unrelated to the study therapy.

3

2295

CONFIDENTIAL
AZSER12774968

**Narrative event** SAE

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

**Subject identifier**
D1447C00127/E0064023

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-01-31 (-14) | NA | 4.1 (mmol/L) | 5.0 (%) | 0.54 (mmol/L) | 4.51 (mmol/L) | 1.37 (mmol/L) | | 120 (g/L) |
| Visit prior to Event | V11 | 2006-01-04 (212) | QUETIAPINE 400 | 4.6 (mmol/L) | 5.5 (%) | 1.20 (mmol/L) | 5.70 (mmol/L)H | 1.19 (mmol/L) | | 113 (g/L)L |
| Visit after Event | V14 | 2006-03-21 (288) | QUETIAPINE 400 | | 5.2 (%) | 1.02 (mmol/L) | 4.66 (mmol/L) | 1.17 (mmol/L) | | 115 (g/L)L |
| Final Study Visit | V23 | 2006-08-30 (563) | NA | 4.5 (mmol/L) | 5.6 (%) | 0.76 (mmol/L) | 4.69 (mmol/L) | 1.19 (mmol/L) | | 114 (g/L)L |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-01-31 (-14) | NA | 210 (x10E9/L) | 18.5 (x10E9/L)H | 13.88 (x10E9/L)H | 21 (IU/L) | 21 (IU/L) | 62 (umol/L) | 0.98 (mIU/L) | 12.9 (pmol/L) |
| Visit prior to Event | V11 | 2006-01-04 (212) | QUETIAPINE 400 | 198 (x10E9/L) | 4.9 (x10E9/L) | 3.21 (x10E9/L) | 31 (IU/L) | 28 (IU/L) | 53 (umol/L) | 0.56 (mIU/L) | 12.5 (pmol/L) |
| Visit after Event | V14 | 2006-03-21 (288) | QUETIAPINE 400 | 228 (x10E9/L) | 5.9 (x10E9/L) | 3.04 (x10E9/L) | 14 (IU/L) | 17 (IU/L) | 53 (umol/L) | 0.29 (mIU/L)L | 13.5 (pmol/L) |
| Final Study Visit | V23 | 2006-08-30 (563) | NA | 206 (x10E9/L) | 6.1 (x10E9/L) | 3.23 (x10E9/L) | 11 (IU/L) | 19 (IU/L) | 62 (umol/L) | 0.86 (mIU/L) | 14.8 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range. H=above normal range. NR=not recorded    * - unscheduled visit

2296

4

CONFIDENTIAL
AZSER12774969

| | Narrative event | SAE |

**Subject identifier**
D1447C00127/E0064023

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

## Weight: Include only if DAE due to weight

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2297

CONFIDENTIAL
AZSER12774970

Narrative event
SAE

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

**Subject identifier**
D1447C00127/E0064023

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2006-01-13 (221) | 2006-01-15 (223) | No | ANTIBIOTICS | | SWOLLEN LEGS, ARMS, JOINT PAIN, FEVER |
| 2006-01-19 (227) | 2006-07-20 (409) | No | CEFTRIAXONE | | SWOLLEN LEGS, ARMS, JOINT PAIN, FEVER |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2298

6

CONFIDENTIAL
AZSER12774971

Narrative event
SAE

**START OF E NARRATIVE**
Subject identifier
D1447C00127/E0064039

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event:**

Death:              No

SAE:                CHEST PAIN

DAE:                No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 57 | Male | Black | 124 | 2005-09-20 | 2006-01-21 | QUETIAPINE 400 | 2006-01-23 | Other (protocol noncompliance/safety) |

**Days on randomized treatment    Started randomized treatment    Stopped randomized treatment**

NA

**Medical History:**

Current:            high blood pressure, lower back pain

Past:

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

1

2299

CONFIDENTIAL
AZSER12774972

CONFIDENTIAL
AZSER12774973

| Subject identifier | | | Study phase-treatment during which event occurred | | | | | | | Narrative event |
| D1447C00127/E0064039 | | | Open Label - QUETIAPINE 400 | | | | | | | SAE |

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2005-09-20 (1) | NA | SOMNOLENCE(DROWSINESS) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-10-01 (12) | 2005-10-01 (12) | CHEST PAIN(HOSPITALIZATION FOR COCAINE-INDUCED CHEST PAINS) | 9.1 | Resolved | No | No | Yes / {HO} | Severe |
| OL | QUETIAPINE 400 | 2005-10-01 (12) | 2005-10-01 (12) | DYSPNOEA(SHORTNESS OF BREATH) | 9.1 | Resolved | No | No | No | Severe |
| OL | QUETIAPINE 400 | 2005-11-01 (43) | NA | DYSPEPSIA(HEARTBURN) | 9.1 | Continuing | No | No | No | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2300