| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0064039 | Open Label - QUETIAPINE 400 | SAE |

**Descriptive text:**

{HOSPITALIZATION FOR COCAINE-INDUCED CHEST PAINS} A report was received from an investigator concerning a 57 year old male patient enrolled in study D1447C00127. A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included olanzapine for bipolar, risperidone for bipolar, buspirone hydrochloride for bipolar, mirtazapine for bipolar, amlodipine besilate for high blood pressure, multivitamin for general health, ibuprofen for lower back pain and valproate semisodium for bipolar. The patient had a history of high blood pressure. The patient began study drug on 20-SEP-2005 and experienced hospitalization for chest pains which started on 01-OCT-2005. The patient went to the emergency room on 02-OCT-2005, where the patient reported he had ben "smoking crack all night" and had been experiencing chest pain for about eight hours prior to presentation, although he had no chest pain at the time he presented to the emergency room. The patient denied use of other recreational drugs and further stated the had not used recreational drugs for ten years prior to this event. He described the chest pain as an ache, without radiation, and was associated with nausea, diaphoresis, and shortness of breath, but without vomiting. Vital signs at presentation included heart rate 99 bpm, blood pressure 133/77 mmHg, and respiratory rat 20 bpm. Electrocardiogram was obtained and revealed ST elevation. Repeat ECG revealed a prolonged QT interval. Troponin-I values were obtained. The patient was started on intravenous hydration and a heparin drip. He received intravenous diazepam and was given aspirin in the emergency room. He was admitted for observation. Troponin-I was negative for infarction. On 03-OCT-2005, and echocardiogram was performed and revealed normal left ventricular ejectio n fraction 65 percent. The patient was discharged on 04-OCT-2006, and instructed by the hospital staff to follow up with his primary care physician. The patient was terminated from the study. The event was considered serious due to hospitalization. The patient recovered without sequelae. The investigator considered the event to be unrelated to the study therapy.

{CHEST PAINS} A report was received from an investigator concerning a 57-year-old male patient enrolled in study D1447C00127. A double-blind, Phase III comparison of the efficacy and safety of quetiapine fumarate to placebo when used as adjunct to mood stabilizers (lithium or divalprocx) in the maintenance treatment of Bipolar I disorder in adult patients. Concomitant drugs included olanzapine for bipolar disorder, risperidone for bipolar disorder, buspirone hydrochloride for bipolar disorder, mirtazapine for bipolar disorder, amlodipine besilate for high blood pressure, multivitamins, ibuprofen for lower back pain, and valproate semisodium for bipolar disorder. The patient had a history of high blood pressure. The patient began study drug on 20-Sep-2005 and experienced chest pains on 01-Oct-2005. The event resolved the same day and he was discharged from the hospital on 04-Oct-2005 with instructions to follow up with his primary care physician. The event was considered serious due to hospitalization. The investigator considered the event to be unrelated to the study therapy.

2301

3

CONFIDENTIAL
AZSER12774974

**Narrative event** SAE

**Subject identifier**
D1447C00127/E0064039

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-09-08 (-11) | NA | 7.8 (mmol/L)H | 5.6 (%) | 2.35 (mmol/L) | 4.61 (mmol/L) | 1.09 (mmol/L) | | 139 (g/L) |
| Visit prior to Event * | Enrollment | 2005-09-08 (-11) | NA | | 5.5 (%) | | | | | 138 (g/L) |
| Visit after Event | S4 | 2005-10-18 (29) | QUETIAPINE 400 | | | | | | | 138 (g/L) |
| Final Study Visit | S6 | 2005-12-13 (85) | QUETIAPINE 400 | 4.2 (mmol/L) | 5.7 (%) | | | | | 140 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-09-08 (-11) | NA | 240 (x10E9/L) | 3.2 (x10E9/L)L | 1.21 (x10E9/L)L | 29 (IU/L) | 32 (IU/L) | 124 (umol/L)H | 1.28 (mIU/L) | 12.3 (pmol/L) |
| Visit prior to Event * | Enrollment | 2005-09-08 (-11) | NA | 230 (x10E9/L) | 3.7 (x10E9/L)L | 1.65 (x10E9/L)L | | | | | |
| Visit after Event | S4 | 2005-10-18 (29) | QUETIAPINE 400 | 223 (x10E9/L) | 3.6 (x10E9/L)L | 1.74 (x10E9/L)L | | | | | |
| Final Study Visit | S6 | 2005-12-13 (85) | QUETIAPINE 400 | 253 (x10E9/L) | 3.7 (x10E9/L)L | 1.59 (x10E9/L)L | | | | | |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

4

2302

CONFIDENTIAL
AZSER12774975

**Narrative event**
SAE

**Subject identifier**
D1447C00127/E0064039

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

## Weight: Include only if DAE due to weight

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2303

CONFIDENTIAL
AZSER12774976

Narrative event
SAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Subject identifier**
D1447C00127/E0064039

## Medication information: Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-08-20 (-31)# | 2005-10-11 (22) | No | MIRTAZAPINE | 15 MG | BIPOLAR |
| 2005-08-20 (-31)# | 2006-02-20 (154)# | Yes | AMLODIPINE | 10 MG | HIGH BLOOD PRESSURE |
| 2005-08-20 (-31)# | 2006-02-20 (154)# | Yes | IBUPROFEN | 400 MG | LOWER BACK PAIN |
| 2005-08-20 (-31)# | 2006-02-20 (154)# | Yes | VITAMINS NOS | 1 TAB | GENERAL HEALTH |
| 2005-09-27 (8) | 2006-02-20 (154)# | Yes | VALPROIC ACID | 750 MG | BIPOLAR |
| 2005-10-01 (12) | 2005-10-04 (15) | No | ACETYLSALICYLIC ACID | 325 MG | GENERAL HEART HEALTH |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2304

6

CONFIDENTIAL
AZSER12774977

START OF E NARRATIVE

Subject identifier
D1447C00127/E0066009

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

Narrative event
SAE, DAE

**Narrative event:**

| | |
|---|---|
| Death: | No |
| SAE: | DEPRESSION, SUICIDAL IDEATION |
| DAE: | DEPRESSION, SUICIDAL IDEATION |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 35 | Female | Caucasian | 250 | 2005-05-01 | 2006-01-05 | QUETIAPINE 400 | 2006-05-23 | Development of Study-Specific Discontinuation Criteria (depressed mood event) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| 133 | 2006-01-06 | 2006-05-18 |

**Medical History:**

| | |
|---|---|
| Current: | intermittent headaches, seasonal allergies, asthma, intermittent neck pain, intermittent back pain |
| Past: | kidney stones |

**Death information:**

| | |
|---|---|
| Date of death: | No death |
| Cause of death: | |
| Post-mortem: | |

1

2305

CONFIDENTIAL
AZSER12774978

**Subject identifier**
D1447C00127/E0066009

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-04-28 (-3) | 2005-08-01 (93) | SEDATION(SEDATION) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-06-18 (49) | 2005-07-01 (62) | SKIN LACERATION(BILATERAL ARM LACERATIONS) | 9.1 | Resolved | No | No | No | Severe |
| OL | QUETIAPINE 400 | 2005-06-18 (49) | 2005-07-18 (79) | PAIN IN EXTREMITY(BILATERAL ARM PAIN SECONDARY TO LACERATIONS) | 9.1 | Resolved | No | No | No | Moderate |
| RD | QUETIAPINE 400 | 2006-02-06 (32) | 2006-02-06 (32) | VOMITING(VOMITING) | 9.1 | Resolved | No | No | No | Mild |
| RD | QUETIAPINE 400 | 2006-02-06 (32) | 2006-02-11 (37) | UPPER RESPIRATORY TRACT INFECTION(UPPER RESPIRATORY INFECTION) | 9.1 | Resolved | No | No | No | Moderate |
| RD | QUETIAPINE 400 | 2006-04-19 (104) | 2006-04-26 (111) | KIDNEY INFECTION(KIDNEY INFECTION) | 9.1 | Resolved | No | No | No | Moderate |
| RD | QUETIAPINE 400 | 2006-05-18 (133) | 2006-06-01 (147) | DEPRESSION(INCREASED DEPRESSION) | 9.1 | Resolved | No | Yes | Yes/ {HO} | Severe |
| RD | QUETIAPINE 400 | 2006-05-18 (133) | 2006-06-01 (147) | SUICIDAL IDEATION(SUICIDAL IDEATIONS) | 9.1 | Resolved | No | Yes | Yes/ {HO} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2306

CONFIDENTIAL
AZSER12774979

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0066009 | Randomized - QUETIAPINE 400 | SAE, DAE |

**Descriptive text:**

{INCREASED DEPRESSION, SUICIDAL IDEATION} A report was received from an investigator concerning a 36 year old female patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included lithium for mood stabilizer, salbutamol for asthma, ibuprofen for back pain and Bactrim for urinary tract infection. The patient had a history of recent kidney infection, asthma and tobacco use. The patient began study drug on 05-Jan-2006. On 18-May-2006, the patient reported increased depression along with paranoia and auditory hallucinations. At that time, she stopped the investigational product and lithium without notifying the investigator. On 20-May-2006, she was seen in a local emergency room for suicidal ideation and was referred to outpatient care. The patient contacted the study coordinator on 21-May-2006 and stated she was not a danger to herself, but that she could not continue study medications. She was seen by the investigator on 23-May-2006, who felt the patient required hospitalization. She was terminated from the trial at that visit. The patient was then admitted to the hospital on 23-May-2006 with severe depression with suicidal thoughts, but no plan or intent to act on those thoughts. She also had mania, but denied homicidal ideation. The patient was treated on a secure unit and agreed to medications that included Klonopin, Restoril, lithium carbonate, Seroquel, Zoloft, Risperdal, and BuSpar. The medications were titrated over the course of care. The patient reported feeling less depressed, but at one point had homicidal ideation, and also reported feeling more anxious. The patient was discharged to home on 01-Jun-2006 with no suicidal or homicidal ideation. She was to follow up with outpatient mental health services. Discharge medications included Restoril, Zoloft, Risperdal, lithium carbonate, and Buspar. It was noted in the discharge summary that the patient was allergic to Seroquel. The investigator considered the event to be unrelated to the study therapy.

2307

3

CONFIDENTIAL
AZSER12774980

**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00127/E0066009

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-04-20 (-11) | NA | 5.1 (mmol/L) | 5.1 (%) | 1.91 (mmol/L) | 6.09 (mmol/L)H | 2.33 (mmol/L)H | | 157 (g/L) |
| Visit prior to Event | V7 | 2006-04-07 (92) | QUETIAPINE 400 | 5.4 (mmol/L) | 5.0 (%) | 2.23 (mmol/L) | 4.64 (mmol/L) | 1.89 (mmol/L) | | 133 (g/L) |
| Visit of Event | V23 | 2006-05-23 (388) | NA | 7.7 (mmol/L)H | 5.3 (%) | 2.25 (mmol/L) | 5.02 (mmol/L) | 1.99 (mmol/L) | | 144 (g/L) |
| Final Study Visit | V23 | 2006-05-23 (388) | NA | 7.7 (mmol/L)H | 5.3 (%) | 2.25 (mmol/L) | 5.02 (mmol/L) | 1.99 (mmol/L) | | 144 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-04-20 (-11) | NA | 262 (x10E9/L) | 10.9 (x10E9/L) | 8.49 (x10E9/L) | 18 (IU/L)H | 20 (IU/L) | 71 (umol/L) | 1.77 (mIU/L) | 16.0 (pmol/L) |
| Visit prior to Event | V7 | 2006-04-07 (92) | QUETIAPINE 400 | 332 (x10E9/L) | 13.6 (x10E9/L)H | 10.17 (x10E9/L)H | 14 (IU/L)H | 13 (IU/L) | 88 (umol/L) | 2.23 (mIU/L) | 13.4 (pmol/L) |
| Visit of Event | V23 | 2006-05-23 (388) | NA | 258 (x10E9/L) | 11.7 (x10E9/L) | 9.22 (x10E9/L) | 14 (IU/L) | 15 (IU/L) | 97 (umol/L) | 0.96 (mIU/L) | 14.1 (pmol/L) |
| Final Study Visit | V23 | 2006-05-23 (388) | NA | 258 (x10E9/L) | 11.7 (x10E9/L) | 9.22 (x10E9/L)H | 14 (IU/L)H | 15 (IU/L) | 97 (umol/L) | 0.96 (mIU/L) | 14.1 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.      L=below normal range.  H=above normal range. NR=not recorded      * - unscheduled visit

2308

4

CONFIDENTIAL
AZSER12774981

**Subject identifier**
D1447C00127/E0066009

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

**Narrative event**
SAE, DAE

## Weight: Include only if DAE due to weight

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2309

CONFIDENTIAL
AZSER12774982

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0066009 | Randomized - QUETIAPINE 400 | SAE, DAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-03-31 (-31)# | 2006-06-17 (163)# | Yes | SALBUTAMOL | 1 PUFF | ASTHMA |
| 2005-04-18 (-13) | 2006-06-17 (163)# | Yes | IBUPROFEN | 800 MG | GENERALIZED PAIN |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2310

6

CONFIDENTIAL
AZSER12774983

**START OF E NARRATIVE**

Subject identifier
D1447C00127/E0067033

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

**Narrative event:**

Death:          No

SAE:            COLON ADENOMA

DAE:            No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 60 | Male | Caucasian | 85 | 2005-01-17 | 2005-04-11 | QUETIAPINE 400 | 2006-08-23 | Other (sponsor terminated study) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| 498 | 2005-04-12 | 2006-08-22 |

**Medical History:**

Current:        gout, hyperlipidemia, heartburn, hypothyroidism, elevated insulin, tremors

Past:           hx prostate infection

**Death information:**

Date of death:          No death

Cause of death:

Post-mortem:

2311

1

CONFIDENTIAL
AZSER12774984

**Subject identifier**
D1447C00127/E0067033

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon- tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| RD | QUETIAPINE 400 | 2005-10-07 (179) | 2005-10-28 (200) | COLON ADENOMA(TUBULOVILLOUS ADENOMA OF THE CECUM) | 9.1 | Resolved | No | No | Yes / {HO} | Severe |
| RD | QUETIAPINE 400 | 2005-10-28 (200) | 2005-10-28 (200) | PHARYNGOLARYNGEAL PAIN(SORE THROAT) | 9.1 | Resolved | No | No | No | Mild |
| RD | QUETIAPINE 400 | 2005-10-28 (200) | 2005-10-30 (202) | PROCEDURAL PAIN(PAIN SECONDARY TO SURGERY) | 9.1 | Resolved | No | No | No | Moderate |
| RD | QUETIAPINE 400 | 2005-10-30 (202) | 2005-10-30 (202) | FLATULENCE(FLACTULENCE) | 9.1 | Resolved | No | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2312

CONFIDENTIAL
AZSER12774985

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0067033 | Randomized - QUETIAPINE 400 | SAE |

**Descriptive text:**

{TUBULOVILLOUS ADENOMA OF THE CECUM; A report was received from an investigator concerning a 61-year-old male patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included levothyroxine sodium for hypothyroidism, atorvastatin calcium for hyperlipidemia, calcium carbonate for heartburn and lithium carbonate for bipolar I disorder. The patient had a history of gout, prostatic infection and elevated insulin. The patient began study drug on 12-Apr-2005. On 07-Oct-2005, the patient had a colonoscopy and a flat polypoid lesion was found in the cecum. On 28-Oct-2005, the patient was hospitalized and had the cecal lesion removed from his intestine along with six inches of intestine. The lesion was not resectable by endoscope. Biopsies of that lesion revealed a tubular adenoma. Three additional polyps found in the descending colon were removed by snare. Biopsies of the three polyps were read as sessile tubular adenomas. The pathology report indicates that a frozen section was submitted at the time of surgery that confirmed the lesion as a tubulovillous adenoma. The final pathology report indicated that the tubulovillous adenoma was negative for invasive carcinoma, the margins were free of lesion and four lymph nodes were negative for malignancy. The patient was considered recovered on 29-Oct-2005. The patient was discharged on 01-Nov-2005. Study drug was temporarily stopped on 27-Oct-2005. The investigator considered the event to be unrelated to the study therapy. Summary of follow-up information received by AstraZeneca 02-Jan-2006: Event term changed, frequency of study drug changed, concomitant medications and medical history added, diagnostics and surgery report provided. Summary of follow-up information received by AstraZeneca 09-Feb-2006: diagnostics updated. Summary of follow-up information received by AstraZeneca 28-Feb-2006: Event start date updated, discharge date updated, action taken with study drug updated, and medical history updated.

3

2313

CONFIDENTIAL
AZSER12774986

**Narrative event** SAE

**Subject identifier**
D1447C00127/E0067033

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Triglycerides | Total Cholesterol | HDL | LDL | Hemoglobin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-01-10 (-7) | NA | 5.2 (mmol/L) | 5.2 (%) | 1.77 (mmol/L) | 4.27 (mmol/L) | 1.42 (mmol/L) | | 154 (g/L) |
| Visit prior to Event | V7 | 2005-07-15 (95) | QUETIAPINE 400 | 5.0 (mmol/L) | 4.8 (%) | 1.56 (mmol/L) | 3.70 (mmol/L) | 1.32 (mmol/L) | | 138 (g/L) |
| Visit of Event | V11 | 2005-10-26 (198) | QUETIAPINE 400 | 4.4 (mmol/L) | 5.0 (%) | 2.33 (mmol/L) | 4.09 (mmol/L) | 1.32 (mmol/L) | | 145 (g/L) |
| Visit after Event | V14 | 2006-01-16 (280) | QUETIAPINE 400 | 5.4 (mmol/L) | 5.1 (%) | 2.67 (mmol/L) | 4.40 (mmol/L) | 1.63 (mmol/L) | | 153 (g/L) |
| Final Study Visit | V23 | 2006-08-23 (584) | NA | 5.8 (mmol/L) | 5.1 (%) | 1.90 (mmol/L) | 3.68 (mmol/L) | 1.35 (mmol/L) | | 150 (g/L) |

Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-01-10 (-7) | NA | 186 (x10E9/L) | 6.8 (x10E9/L) | 4.37 (x10E9/L) | 32 (IU/L) | 15 (IU/L) | 80 (umol/L) | 1.69 (mIU/L) | 13.0 (pmol/L) |
| Visit prior to Event | V7 | 2005-07-15 (95) | QUETIAPINE 400 | 236 (x10E9/L) | 6.1 (x10E9/L) | 3.89 (x10E9/L) | 29 (IU/L) | 22 (IU/L) | 88 (umol/L) | 2.96 (mIU/L) | 9.8 (pmol/L) |
| Visit of Event | V11 | 2005-10-26 (198) | QUETIAPINE 400 | 259 (x10E9/L) | 7.8 (x10E9/L) | 4.68 (x10E9/L) | 39 (IU/L) | 30 (IU/L) | 88 (umol/L) | 3.14 (mIU/L) | 8.1 (pmol/L) L |
| Visit after Event | V14 | 2006-01-16 (280) | QUETIAPINE 400 | 248 (x10E9/L) | 11.1 (x10E9/L) | 7.96 (x10E9/L) | 29 (IU/L) | 20 (IU/L) | 133 (umol/L)H | 2.97 (mIU/L) | 9.8 (pmol/L) |
| Final Study Visit | V23 | 2006-08-23 (584) | NA | 283 (x10E9/L) | 8.3 (x10E9/L) | 5.48 (x10E9/L) | 38 (IU/L) | 21 (IU/L) | 97 (umol/L) | 1.69 (mIU/L) | 12.4 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * - unscheduled visit

4

2314

CONFIDENTIAL
AZSER12774987

**Narrative event**
SAE

**Subject identifier**
D1447C00127/E0067033

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

## Weight: Include only if DAE due to weight

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2315

CONFIDENTIAL
AZSER12774988

Subject identifier
D1447C00127/E0067033

Study phase-treatment during which event occurred
Randomized - QUETIAPINE 400

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2001-02-01 (-1446) | 2006-09-21 (528)# | Yes | LITHIUM | 900 MG | BIPOLAR I |
| 2004-05-12 (-250) | 2006-09-21 (528)# | Yes | LEVOTHYROXINE | 50 MCG | HYPOTHYROIDISM |
| 2004-07-01 (-200) | 2006-09-21 (528)# | Yes | ATORVASTATIN | 20 MG | HYPERLIPIDEMIA |
| 2004-11-15 (-63) | 2006-09-21 (528)# | Yes | CALCIUM CARBONATE | 2 TABS | HEARTBURN |
| 2005-10-07 (179) | 2005-10-07 (179) | No | MIDAZOLAM | 2 MG | ROUTINE COLONOSCOPY |
| 2005-10-07 (179) | 2005-10-07 (179) | No | PETHIDINE | 75 MG | ROUTINE COLONOSCOPY |
| 2005-10-28 (200) | 2005-10-28 (200) | No | CETYLPYRIDINIUM | 1 | SORE THROAT PRN |
| 2005-10-28 (200) | 2005-10-30 (202) | No | GLUCOSE/SODIUM CL/POTASSIUM CL | 3000 ML | FLUID & ELECTROLYTE REPLACEMENT SECONDARY TO SURGERY |
| 2005-10-28 (200) | 2005-10-30 (202) | No | KETOROLAC | 30 MG | PAIN SECONDARY TO SURGERY PRN |
| 2005-10-28 (200) | 2005-10-30 (202) | No | PANTOPRAZOLE | 40 MG | SUPPRESS GASTRIC SECRETIONS SECONDARY TO SURGERY |
| 2005-10-28 (200) | 2005-10-31 (203) | No | CEFOXITIN | 4 GMS. | PROPHALATIC FOR SURGERY |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2316

CONFIDENTIAL
AZSER12774989

**START OF E NARRATIVE**
Subject identifier
D1447C00127/E0068002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event:**

Death:          No

SAE:            LOSS OF CONSCIOUSNESS, TRAUMATIC BRAIN INJURY

DAE:            HEPATOTOXICITY, LOSS OF CONSCIOUSNESS, TRAUMATIC BRAIN INJURY

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|------------------------|------------------------------|-----------------------|
| 30 | Female | Caucasian | 75 | 2004-11-30 | 2005-02-12 | QUETIAPINE 400 | 2005-02-22 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:

Past:           scoloiosis

**Death information:**

Date of death:   No death

Cause of death:

Post-mortem:

2317

1

CONFIDENTIAL
AZSER12774990

**Subject identifier**
D1447C00127/E0068002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2004-11-01 (-29) | 2004-12-28 (29) | MUSCLE SPASMS(MUSCLE SPASMS) | 9.1 | Resolved | No | No | No | Moderate |
| PreTrt | | 2004-11-12 (-18) | 2004-12-28 (29) | OEDEMA PERIPHERAL(PT. EXPERIENCED SWELLING IN HER ARMS, LEGS, FEET & HANDS AFTER INCREASING STUDY DRUG DOSE) | 9.1 | Resolved | Yes | No | No | Mild |
| PreTrt | | 2004-11-16 (-14) | NA | HEPATIC STEATOSIS(PATIENTS PRIMARY CARE DOCOTOR COLLECTS LABS & DIAGNOSES PT. W/ "FATTY LIVER DISEASE") | 9.1 | Continuing | No | No | No | Mild |
| PreTrt | | 2004-11-26 (-4) | 2004-11-26 (-4) | LOSS OF CONSCIOUSNESS(LOSS OF CONSCIOUSNESS) | 9.1 | Resolved | No | Yes | Yes / {HO ME} | Severe |
| PreTrt | | 2004-11-26 (-4) | 2004-11-30 (1) | TRAUMATIC BRAIN INJURY(CLOSED HEAD INJURY) | 9.1 | Resolved | No | Yes | Yes / {HO ME} | Severe |
| OL | QUETIAPINE 500 | 2005-01-10 (42) | 2005-02-22 (85) | HAEMOCHROMATOSIS(HEMOCHROM ATOSIS DIAGNOSIS) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 200 | 2005-02-10 (73) | NA | HEPATOTOXICITY(HEPATOTOXICITY) | 9.1 | Continuing | No | Yes | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2318

2

CONFIDENTIAL
AZSER12774991

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0068002 | Open Label - QUETIAPINE 400 | SAE, DAE |

**Descriptive text:**

{CLOSED HEAD INJURY, LOSS OF CONSCIOUSNESS} A report was received from an investigator concerning a 30 year old female patient enrolled in study D1447C00127. A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included valproic acid, clonazepam, and venlafaxine all for mood disorder. The patient began study drug on 02-NOV-2004 and experienced a closed head injury with an approximately one-minute loss of consciousness after falling off her horse on 26-NOV-2004. In the emergency room a CT Scan and x-rays were taken which indicated the patient had "bleeding on the brain." She was transferred to the intensive care unit and kept overnight for observation. On 27-Nov-2004, a CT Scan indicated no further bleeding on the brain and she was discharged. Therapy with study drug continued. The events were considered serious due to hospitalization and medically important. The patient was recovering at the time of this report. The investigator considered the events to be unrelated to the study therapy.

3

2319

CONFIDENTIAL
AZSER12774992

**Subject identifier**
D1447C00127/E0068002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE, DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-10-26 (-34) | NA | 4.7 (mmol/L) | 6.3 (%)H | 4.15 (mmol/L)H | 6.50 (mmol/L)H | 1.04 (mmol/L) | | 142 (g/L) |
| Visit prior to Event | Enrollment | 2004-10-26 (-34) | NA | 4.7 (mmol/L) | 6.3 (%)H | 4.15 (mmol/L)H | 6.50 (mmol/L)H | 1.04 (mmol/L) | | 142 (g/L) |
| Visit after Event | S5 | 2004-12-28 (29) | QUETIAPINE 500 | | | | | | | 148 (g/L) |
| Final Study Visit | S6* | 2005-01-25 (57) | QUETIAPINE 500 | | 10.2 (%)H | | | | | 149 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-10-26 (-34) | NA | 190 (x10E9/L) | 7.2 (x10E9/L) | 4.02 (x10E9/L) | 122 (IU/L)H | 90 (IU/L)H | 44 (umol/L) | 1.71 (mIU/L) | 8.9 (pmol/L)L |
| Visit prior to Event | Enrollment | 2004-10-26 (-34) | NA | 190 (x10E9/L) | 7.2 (x10E9/L) | 4.02 (x10E9/L) | 122 (IU/L)H | 90 (IU/L)H | 44 (umol/L) | 1.71 (mIU/L) | 8.9 (pmol/L)L |
| Visit after Event | S5 | 2004-12-28 (29) | QUETIAPINE 500 | 203 (x10E9/L) | 8.2 (x10E9/L) | 4.83 (x10E9/L) | | | | | |
| Final Study Visit | S6* | 2005-01-25 (57) | QUETIAPINE 500 | 240 (x10E9/L) | 7.9 (x10E9/L) | 5.06 (x10E9/L) | | | | | |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

2320

4

CONFIDENTIAL
AZSER12774993

**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00127E0068002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2321

CONFIDENTIAL
AZSER12774994

**Subject identifier**
D1447C00127/E0068002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE, DAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-10-29 (-32) | 2005-03-14 (105)# | Yes | DYAZIDE | 25 MG | BLOOD PRESSURE |
| 2004-10-30 (-31)# | 2004-12-30 (31) | No | VENLAFAXINE | 150 MG | MOOD |
| 2004-11-01 (-29) | 2004-12-27 (28) | No | CYCLOBENZAPRINE | 30 MG | MUSCLE SPASM |
| 2004-11-09 (-21) | 2004-12-29 (30) | No | VALPROIC ACID | 500 MG | MOOD STABILIZER |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2322

6

CONFIDENTIAL
AZSER12774995

START OF E NARRATIVE

**Subject identifier**
D1447C00127/E0070028

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event**
SAE

**Narrative event:**

Death:                 No

SAE:                   THROMBOPHLEBITIS

DAE:                   No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 40 | Female | Caucasian | 112 | 2005-05-02 | 2005-08-21 | QUETIAPINE 500 | 2006-08-21 | Other (sponsor decision. end of study) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| 364 | 2005-08-22 | 2006-08-20 |

**Medical History:**

Current:               hypertension

Past:

**Death information:**

Date of death:         No death

Cause of death:

Post-mortem:

2323

1

CONFIDENTIAL
AZSER12774996

**Subject identifier**
D1447C00127/E0070028

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-04-30 (-2) | 2005-05-04 (3) | SOMNOLENCE(DROWSINESS) | 9.1 | Resolved | No | No | No | Mild |
| PreTrt | | 2005-04-30 (-2) | 2005-09-26 (148) | DRY MOUTH(DRY MOUTH) | 9.1 | Resolved | No | No | No | Mild |
| PreTrt | | 2005-04-30 (-2) | 2005-09-26 (148) | THIRST(INCREASED THIRST) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 500 | 2005-05-12 (11) | 2005-06-01 (31) | DYSPEPSIA(INDIGESTION) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 500 | 2005-05-26 (25) | 2005-06-01 (31) | BACK PAIN(BACK PAIN) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 500 | 2005-07-12 (72) | 2005-07-18 (78) | THROMBOPHLEBITIS(THROMBOPHLE BITIS, right leg) | 9.1 | Resolved | No | No | Yes / {HO ME} | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2324

CONFIDENTIAL
AZSER12774997

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0070028 | Open Label - QUETIAPINE 500 | SAE |

**Descriptive text:**

{THROMBOPHLEBITIS, RIGHT LEG} A report was received from an investigator concerning a 41-year-old female patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  Concomitant drugs included valproate and benazepril for hypertension. The patient had a family history of thrombophlebitis (father).  In 2004, the patient began treatment with Cryselle-29, one tablet QD, oral for birth control.  The patient began study drug on 09-May-2005.  Approximately one week prior to admission, the patient drove continually for about ten hours. The following day she noted "stiffness" in her right leg that progressed to frank pain accompanied by swelling. The symptoms were severe enough to cause difficulty walking.  On 14-Jul-2005, the patient contacted the site and was evaluated at the clinic that day.  The patient's right calf was noted to be painful and swollen and she was referred directly to the emergency room, where the patient was admitted the same day.  In addition, the event was considered serious due to medically important.  Her vital signs on admission were: blood pressure 110/76, pulse 78 and regular, respirations 18 and she was afebrile. She had trace ankle edema bilaterally.  Her right leg was swollen and tender, especially the calf. Her white blood cell count was reported as 6,000 with a normal differential. The platelet count was 328,000 (no units or ranges given).  D-dimer was reported as elevated.  The baseline prothrombin time and INR were reported as normal.  A Doppler study of the right lower extremity revealed a non-occlusive thrombus in the right popliteal vein with a moderately occlusive thrombus in the gastrocnemius vessels. Tests for underlying thrombolytic tendencies were done, but the results were not available at this time.   The patient wa s started on heparin and the right lower extremity pain and swelling began to diminish immediately.  She had no complications of anticoagulation therapy.  On 14-Jul-2005, Cryselle-29 birth control treatment was discontinued.  On 18-Jul-2005, the patient recovered without sequelae and was discharged from the hospital on Coumadin (warfarin sodium) and given instructions for managing her anticoagulation therapy as an outpatient.  The patient continues in the study.  The investigator considered the event of thrombophlebitis, right leg to be related to her birth control pills, Cryselle-29, and strong family history of thrombophlebitis and unrelated to study therapy.

3

2325

CONFIDENTIAL
AZSER12774998

**Narrative event** SAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Subject identifier**
D1447C00127/E0070028

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-04-26 (-6) | NA | 5.7 (mmol/L) | 6.0 (%) | 1.88 (mmol/L) | 4.01 (mmol/L) | 0.83 (mmol/L)L | | 136 (g/L) |
| Visit prior to Event | S5 | 2005-06-27 (57) | QUETIAPINE 500 | | | | | | | 129 (g/L) |
| Visit after Event | S6 | 2005-07-25 (85) | QUETIAPINE 500 | 4.8 (mmol/L) | 6.0 (%) | | | | | |
| Final Study Visit | V23 | 2006-08-21 (477) | NA | 4.9 (mmol/L) | 6.0 (%) | 1.08 (mmol/L) | 4.09 (mmol/L) | 1.06 (mmol/L) | | 131 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-04-26 (-6) | NA | 331 (x10E9/L) | 5.4 (x10E9/L) | 2.72 (x10E9/L) | 36 (IU/L) | 23 (IU/L) | 53 (umol/L) | 1.55 (mIU/L) | 14.8 (pmol/L) |
| Visit prior to Event | S5 | 2005-06-27 (57) | QUETIAPINE 500 | 256 (x10E9/L) | 4.5 (x10E9/L) | 2.21 (x10E9/L) | | | | | |
| Visit after Event | S6 | 2005-07-25 (85) | QUETIAPINE 500 | | | | | | | | |
| Final Study Visit | V23 | 2006-08-21 (477) | NA | 270 (x10E9/L) | 6.2 (x10E9/L) | 3.56 (x10E9/L) | 28 (IU/L) | 19 (IU/L) | 62 (umol/L) | 2.70 (mIU/L) | 12.6 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

2326

4

CONFIDENTIAL
AZSER12774999

Narrative event
SAE

Subject identifier
D1447C00127/E0070028

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 500

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2327

5

CONFIDENTIAL
AZSER12775000

| | Study phase-treatment during which event occurred | Narrative event |
| | Open Label - QUETIAPINE 500 | SAE |

**Subject identifier**
D1447C00127/E0070028

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-04-01 (-31)# | 2005-07-18 (78) | No | ETHINYL ESTRADIOL W/NORGESTREL | 1 TAB | BIRTH CONTROL |
| 2005-04-01 (-31)# | 2006-09-19 (394)# | Yes | BENAZEPRIL | 20 MG | HYPERTENSION |
| 2005-04-29 (-3) | 2006-09-19 (394)# | Yes | VALPROIC ACID | 250 MG | BIPOLAR |
| 2005-07-12 (72) | 2006-09-19 (394)# | Yes | WARFARIN | 2 MG | THROMBOPHLEBITIS PREVENTION |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2328

6

CONFIDENTIAL
AZSER12775001

**START OF E NARRATIVE**
Subject identifier
D1447C00127/E0077009

| | Narrative event SAE |

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 700

**Narrative event:**

Death: No

SAE: APPENDICITIS

DAE: No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 28 | Male | Caucasian | 140 | 2004-06-08 | 2004-10-25 | PLACEBO 700 | 2005-04-28 | Development of Study-Specific Discontinuation Criteria (mood event (depressed)) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| 185 | 2004-10-26 | 2005-04-28 |

**Medical History:**

Current: seasonal allergies, attention deficit disorder, club foot left

Past:

**Death information:**

Date of death: No death

Cause of death:

Post-mortem:

2329

1

CONFIDENTIAL
AZSER12775002

**Subject identifier** D1447C00127/E0077009

**Study phase-treatment during which event occurred** Randomized - PLACEBO 700

**Narrative event** SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2004-06-08 (1) | 2004-07-04 (27) | TREMOR(TREMOR) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 100 | 2004-06-08 (1) | 2004-07-13 (36) | NASAL CONGESTION(NASAL CONGESTION) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 100 | 2004-06-08 (1) | 2004-08-01 (55) | DRY MOUTH(DRY MOUTH) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 100 | 2004-06-08 (1) | 2004-10-26 (141) | DYSARTHRIA(SLURRED SPEECH) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 100 | 2004-06-08 (1) | 2004-11-03 (149) | FATIGUE(TIREDNESS) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 700 | 2004-08-05 (59) | 2004-08-05 (59) | HEADACHE(HEADACHE) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 700 | 2004-10-11 (126) | 2004-10-26 (141) | DRY MOUTH(DRY MOUTH) | 9.1 | Resolved | Yes | No | No | Mild |
| RD | PLACEBO 700 | 2004-12-02 (38) | 2004-12-09 (45) | NASOPHARYNGITIS(COMMON COLD) | 9.1 | Resolved | No | No | No | Mild |
| RD | PLACEBO 700 | 2005-01-03 (70) | 2005-01-07 (74) | INFLUENZA(FLU (UPPER RESPIRATORY)) | 9.1 | Resolved | No | No | No | Moderate |
| RD | PLACEBO 700 | 2005-02-09 (107) | 2005-02-23 (121) | SKIN LACERATION(FOOT INJURY (CUT BY A TIRE SHREDDER)) | 9.1 | Resolved | No | No | No | Moderate |
| RD | PLACEBO 700 | 2005-03-02 (128) | 2005-03-03 (129) | VOMITING(VOMITING SECONDARY TO APPENDICITIS) | 9.1 | Resolved | No | No | No | Moderate |
| RD | PLACEBO 700 | 2005-03-02 (128) | 2005-03-03 (129) | DIARRHOEA(DIARRHEA SECONDARY TO APPENDICITIS) | 9.1 | Resolved | No | No | No | Moderate |
| RD | PLACEBO 700 | 2005-03-02 (128) | 2005-03-04 (130) | ABDOMINAL PAIN(ABDOMINAL PAIN SECONDARY TO APPENDICITIS) | 9.1 | Resolved | No | No | No | Moderate |
| RD | PLACEBO 700 | 2005-03-02 (128) | 2005-03-10 (136) | APPENDICITIS(APPENDICITIS) | 9.1 | Resolved | No | No | Yes/{HO} | Severe |

2330

2

CONFIDENTIAL
AZSER12775003

**Subject identifier**
D1447C00127/E0077009

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 700

**Narrative event**
SAE

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| RD | PLACEBO 700 | 2005-03-04 (130) | 2005-03-14 (140) | RASH GENERALISED(RASH OVER BODY) | 9.1 | Resolved | No | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

3

2331

CONFIDENTIAL
AZSER12775004

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0077009 | Randomized - PLACEBO 700 | SAE |

**Descriptive text:**

{APPENDICITIS} A report was received from an investigator concerning a 29-year-old male patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included lithium for bipolar disorder, and budesonide for congestion, cephalexin for foot injury, and seasonal allergies. The patient began study drug on 08-Jun-2004. The patient experienced abdominal pain, vomiting, and diarrhea on 02-Mar-2005. The patient was hospitalized with a diagnosis of appendicitis on 03-Mar-2005. An appendectomy was performed. Treatment included morphine, Tylenol, and Percocet for pain. Antibiotic therapy included Zosyn and ciprofloxacin. Other treatment medications included Zofran for nausea, Pepto-Bismol for diarrhea, and normal saline for rehydration. The patient was discharged on 04-Mar-2005. Discharge medications included Percocet and ciprofloxacin. The patient recovered on 10-Mar-2005. Study therapy continued. The event of appendicitis was considered serious due to hospitalization. The investigator considered the event of appendicitis to be unrelated to the study therapy.

2332

4

CONFIDENTIAL
AZSER12775005

**Subject identifier**
D1447C00127/E0077009

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 700

**Narrative event**
SAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-06-01 (-7) | NA | | 5.0 (%) | 2.69 (mmol/L) | 6.22 (mmol/L)H | 1.27 (mmol/L) | | 168 (g/L) |
| Visit prior to Event | V7* | 2005-01-20 (87) | PLACEBO 700 | 7.0 (mmol/L)H | | 1.94 (mmol/L) | 5.49 (mmol/L)H | 1.09 (mmol/L) | | 166 (g/L) |
| Visit after Event | V23 | 2005-04-28 (185) | PLACEBO 700 | 4.6 (mmol/L) | 4.8 (%) | 2.59 (mmol/L) | 5.21 (mmol/L)H | 1.01 (mmol/L)L | | 160 (g/L) |
| Final Study Visit | V23 | 2005-04-28 (185) | PLACEBO 700 | 4.6 (mmol/L) | 4.8 (%) | 2.59 (mmol/L) | 5.21 (mmol/L)H | 1.01 (mmol/L)L | | 160 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-06-01 (-7) | NA | 278 (x10E9/L) | 7.9 (x10E9/L) | 5.48 (x10E9/L) | 21 (IU/L) | 18 (IU/L) | 80 (umol/L) | 2.41 (mIU/L) | 18.1 (pmol/L) |
| Visit prior to Event | V7* | 2005-01-20 (87) | PLACEBO 700 | 286 (x10E9/L) | 8.7 (x10E9/L) | | 86 (IU/L)H | 48 (IU/L)H | 88 (umol/L) | 2.50 (mIU/L) | |
| Visit after Event | V23 | 2005-04-28 (185) | PLACEBO 700 | 267 (x10E9/L) | 9.7 (x10E9/L) | 6.41 (x10E9/L) | 15 (IU/L) | 19 (IU/L) | 97 (umol/L) | 3.01 (mIU/L) | 14.7 (pmol/L) |
| Final Study Visit | V23 | 2005-04-28 (185) | PLACEBO 700 | 267 (x10E9/L) | 9.7 (x10E9/L) | 6.41 (x10E9/L) | 15 (IU/L) | 19 (IU/L) | 97 (umol/L) | 3.01 (mIU/L) | 14.7 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

5

2333

CONFIDENTIAL
AZSER12775006

**Narrative event**
SAE

**Subject identifier**
D1447C00127/E0077009

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 700

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

6

2334

CONFIDENTIAL
AZSER12775007

**Narrative event**
SAE

**Subject identifier**
D1447C00127/E0077009

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 700

## Medication information: Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-07-06 (29) | 2005-05-28 (215)# | Yes | TRIAMCINOLONE | 2 PUFFS EACH NOSTRIL | PRN FOR CONGESTION DUE TO SEASONAL ALLERGIES |
| 2004-11-18 (24) | 2005-03-30 (156) | No | LITHIUM | 1800 MG | BIPOLAR DISORDER |
| 2005-03-03 (129) | 2005-03-03 (129) | No | ANAESTHETICS, GENERAL | | APPENDECTOMY DUE TO APPENDICITIS |
| 2005-03-03 (129) | 2005-03-03 (129) | No | BISMUTH | 30 ML | DIARRHEA DUE TO APPENDICITIS |
| 2005-03-03 (129) | 2005-03-03 (129) | No | MARCAINE WITH EPINEPHRINE | 30 CC | APPENDECTOMY DUE TO APPENDICITIS |
| 2005-03-03 (129) | 2005-03-03 (129) | No | MORPHINE | 12 MG | PRN FOR PAIN DUE TO APPENDICITIS |
| 2005-03-03 (129) | 2005-03-03 (129) | No | ONDANSETRON | 4 MG | NAUSEA DUE TO APPENDICITIS |
| 2005-03-03 (129) | 2005-03-03 (129) | No | PIP/TAZO | 6.75 MG | APPENDICITIS |
| 2005-03-03 (129) | 2005-03-03 (129) | No | SODIUM CHLORIDE | 1 L | DEHYDRATION RELATED TO APPENDICITIS |
| 2005-03-03 (129) | 2005-03-04 (130) | No | OXYCOCET | 60 MG | PRN FOR PAIN RELATED TO APPENDICITIS |
| 2005-03-04 (130) | 2005-03-10 (136) | No | CIPROFLOXACIN | 1000 MG | APPENDECTOMY DUE TO APPENDICITIS |
| 2005-05-05 (131) | 2005-03-09 (135) | No | PARACETAMOL | 800 MG | PAIN RELATED TO APPENDECTOMY DUE TO APPENDICITIS |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

7

2335

CONFIDENTIAL
AZSER12775008

**START OF E NARRATIVE**

Subject identifier
D1447C00127/E0078007

Narrative event
SAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event:**

Death:               No

SAE:                 CHEST PAIN, SUICIDAL IDEATION

DAE:                 No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|-------------------------------|-------------------------------|------------------------|------------------------------|------------------------|
| 44 | Female | Black | 140 | 2004-10-05 | 2005-02-21 | QUETIAPINE 600 | 2005-08-09 | Development of Study-Specific Discontinuation Criteria (mood event) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| 130 | 2005-02-22 | 2005-07-01 |

**Medical History:**

Current:        lightheadedness, diabetes, mild hypertension, constipation

Past:

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

1

2336

CONFIDENTIAL
AZSER12775009

**Subject identifier**
D1447C00127/E0078007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discontinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 600 | 2004-10-08 (4) | NA | SOMNOLENCE(SOMNOLENCE) | 9.1 | Continuing | Yes | No | No | Severe |
| OL | QUETIAPINE 600 | 2004-10-11 (7) | NA | HYPERLIPIDAEMIA(HYPERLIPIDEMIA) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 600 | 2004-10-11 (7) | 2004-10-13 (9) | CHEST PAIN(CHEST PAIN (UNSPECIFIED)) | 9.1 | Resolved | No | No | Yes/ {HO} | Severe |
| OL | QUETIAPINE 600 | 2004-11-16 (43) | 2004-11-30 (57) | MYOCLONUS(MYOCLONIC JERKS) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 600 | 2004-11-21 (48) | 2005-07-01 (270) | CONSTIPATION(WORSENING OF CONSTIPATION3) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 600 | 2004-12-30 (87) | 2005-01-01 (89) | CHEST PAIN(CHEST PAIN (UNSPECIFIED)) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 600 | 2005-01-10 (98) | 2005-01-24 (112) | MEMORY IMPAIRMENT(FORGETFULNESS) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 600 | 2005-01-28 (116) | 2005-02-08 (127) | CHLAMYDIAL INFECTION(CHLAMYDIA) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 600 | 2005-01-28 (116) | 2005-02-08 (127) | GONORRHOEA(GONORRHEA) | 9.1 | Resolved | No | No | No | Moderate |
| RD | PLACEBO 600 | 2005-02-23 (2) | 2005-03-07 (14) | NAUSEA(INTERMITTENT NAUSEA) | 9.1 | Resolved | No | No | No | Moderate |
| RD | PLACEBO 600 | 2005-02-25 (4) | 2005-02-25 (4) | HYPOGLYCAEMIA(LOW BLOOD SUGAR) HYPOGLYCEMIA) | 9.1 | Resolved | No | No | No | Moderate |
| RD | PLACEBO 600 | 2005-03-01 (8) | 2005-03-09 (16) | PRURITUS(ITCHING) | 9.1 | Resolved | No | No | No | Mild |
| RD | PLACEBO 600 | 2005-06-07 (106) | 2005-06-11 (110) | INFLUENZA(FLU) | 9.1 | Resolved | No | No | No | Severe |
| RD | PLACEBO 600 | 2005-06-11 (110) | 2005-07-01 (130) | HEADACHE(HEADACHES) | 9.1 | Resolved | No | No | No | Moderate |

2337

CONFIDENTIAL
AZSER12775010

**Subject identifier**
D1447C00127/E0078007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event**
SAE

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| RD | PLACEBO 600 | 2005-07-01 (130) | 2005-08-08 (168) | DRUG ABUSER(COCAINE ABUSE) | 9.1 | Resolved | No | No | No | Severe |
| OffTrt | | 2005-07-31 (160) | NA | SUICIDAL IDEATION(SUICIDAL IDEATION) | 9.1 | Continuing | No | No | Yes/{HO} | Severe |
| OffTrt | | 2005-08-02 (162) | NA | NICOTINE DEPENDENCE(NICOTINE CRAVING) | 9.1 | Continuing | No | No | No | Moderate |
| OffTrt | | 2005-08-02 (162) | 2005-08-06 (166) | URINARY TRACT INFECTION(URINARY TRACT INFECTION) | 9.1 | Resolved | No | No | No | Mild |
| OffTrt | | 2005-08-02 (162) | 2005-08-08 (168) | INSOMNIA(INSOMNIA) | 9.1 | Resolved | No | No | No | Severe |
| OffTrt | | 2005-08-08 (168) | NA | WOUND(RIGHT GREAT TOE WOUND) | 9.1 | Continuing | No | No | No | Mild |
| OffTrt | | 2005-08-08 (168) | NA | ARTHRALGIA(LEFT KNEE PAIN) | 9.1 | Continuing | No | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

3

2338

CONFIDENTIAL
AZSER12775011

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0078007 | Open Label - QUETIAPINE 600 | SAE |

**Descriptive text:**

{CHEST PAIN} A report was received from an investigator concerning a 44-year-old female patient enrolled in study D1447C00127, A Double-Blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included valproate for bipolar disorder, bupropion for bipolar disorder, acetylsalicylic acid, atenolol for hypertension, and metformin for diabetes. On 5-Oct-2004, the patient was placed on therapy with study drug 200 mg twice daily. On 6-Oct-2004, therapy was increased to 250 mg twice daily. On 7-Oct-2004, therapy was increased to 300 mg twice daily. On 11-Oct-2004, the patient called emergency services complaining of chest pain. Upon arrival, paramedics found her to be alert and oriented with a blood pressure of 132/76 mm/Hg, a pulse of 83 bpm, and respirations of 22. She was transported to the hospital and admitted for evaluation. Electrocardiograms were normal and a cardiac stress test performed on 12-Oct-2004 was negative. Cardiac enzymes were within normal limits. The patient was discharged, recovered, on 13-Oct-2004. Discharge medications included simvastatin and she was to follow-up up with her primary care physician. The investigator considered the event to be unrelated to the study therapy. Follow-up received 8-Nov-2004 included clinical course and diagnostic testing results. Resolution date was corrected as was investigational product information.

{SUICIDAL IDEATION} A report was received from an investigator concerning a 45 year old female patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included valproate semisodium for bipolar, acetylsalicylic acid, simvastatin for hypercholesterolemia, metformin for diabetes, glipizide for diabetes, bupropion hydrochloride, docusate sodium, temazepam, ezetimibe, simvastatin and glipizide. The patient had a history of substance abuse and alcohol abuse. The patient was off of her medications for one month. She has a history of crack/cocaine abuse and reported that she stopped taking her medications to decrease the risk of interaction. The patient reported that she became suicidal after smoking crack and experienced suicidal urges. She went to the emergency room claiming she had taken an overdose of sleeping pills. She then reported that she had not overdosed but wanted to protect herself from potentially traumatic sequelae. The patient was admitted to the inpatient psychiatric unit for safety and will restart medications when she is medically stable. On admission to the hospital, the patient was agitated, irritable and depressed and reported thoughts "flying through her mind". She was treated with a Haldol injection, then parenteral Ativan and Haldol. All her thoughts were described as negative and suicidal. She denied hallucinations, was oriented x 3 and memory was intact to recent events. Alcohol level was < 10, Aspirin level < 5 and Tylenol level < 10. Urine drug screen was positive for cocaine. She was admitted to an inpatient psychiatric unit for safety, stabilization, pharmacologic management and clarification of diagnosis. She was maintained on high-risk suicide precautions as she continued to voice significant suicidal i deation. She was restarted on Depakote 1000 daily and the dose was increased to 1500 mg daily on 13-Aug-2005 due to a Valproic acid level of 36. She was also treated with Ativan and Zydis PRN. Wellbutrin-SR was started for depressive symptoms. By the fifth day of hospitalization, her suicidal thoughts had decreased and suicide precautions were lowered to low-risk. She remained somewhat anxious and oral Haldol was started. She attended groups on the unit and interacted appropriately with peers. Her mood gradually improved and her suicidal thoughts remitted. On discharge, the patient denied any suicidal or homicidal ideation, hallucinations or delusions. She was alert and oriented. She had good insight into her illness and appropriate judgement. Speech was normal. Discharge plan included participation in an Intensive Outpatient Chemical Program, as well as follow-up with her psychiatrist and primary care The investigator considered the event to be unrelated to study therapy. The company physician considered the event(s) to be unrelated to the study therapy.

2339

4

CONFIDENTIAL
AZSER12775012

**Subject identifier** D1447C00127/E0078007

**Study phase-treatment during which event occurred** Open Label - QUETIAPINE 600

**Narrative event** SAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-09-30 (-5) | NA | | 8.6 (%)H | 1.58 (mmol/L) | 5.26 (mmol/L)H | 1.19 (mmol/L) | | 120 (g/L) |
| Visit prior to Event | Enrollment | 2004-09-30 (-5) | NA | | 8.6 (%)H | 1.58 (mmol/L) | 5.26 (mmol/L)H | 1.19 (mmol/L) | | 120 (g/L) |
| Visit after Event | S4 | 2004-11-02 (29) | QUETIAPINE 600 | | | | | | | 120 (g/L) |
| Final Study Visit | V23 | 2005-08-09 (309) | NA | 5.3 (mmol/L) | 7.7 (%)H | 2.07 (mmol/L) | 3.65 (mmol/L) | 0.91 (mmol/L)L | | 125 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-09-30 (-5) | NA | 167 (x10E9/L) | 6.7 (x10E9/L) | 3.45 (x10E9/L) | 11 (IU/L) | 12 (IU/L) | 80 (umol/L) | 1.11 (mIU/L) | 9.7 (pmol/L) L |
| Visit prior to Event | Enrollment | 2004-09-30 (-5) | NA | 167 (x10E9/L) | 6.7 (x10E9/L) | 3.45 (x10E9/L) | 11 (IU/L) | 12 (IU/L) | 80 (umol/L) | 1.11 (mIU/L) | 9.7 (pmol/L) L |
| Visit after Event | S4 | 2004-11-02 (29) | QUETIAPINE 600 | 187 (x10E9/L) | 6.3 (x10E9/L) | 3.09 (x10E9/L) | 14 (IU/L) | | | | |
| Final Study Visit | V23 | 2005-08-09 (309) | NA | 291 (x10E9/L) | 6.3 (x10E9/L) | 3.13 (x10E9/L) | 14 (IU/L) | 14 (IU/L) | 71 (umol/L) | 2.70 (mIU/L) | 13.5 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

2340

5

CONFIDENTIAL AZSER12775013

Narrative event
SAE

Subject identifier
D1447C00127/E0078007

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 600

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

6

2341

CONFIDENTIAL
AZSER12775014

Narrative event
SAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Subject identifier**
D1447C00127/E0078007

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-08-17 (-49) | 2004-11-02 (29) | No | BUPROPION | 300 MG | BIPOLAR I DISORDER |
| 2004-08-17 (-49) | 2005-07-01 (130) | No | VALPROIC ACID | 1000 MG | BIPOLAR |
| 2004-09-24 (-11) | 2004-10-12 (8) | No | ATENOLOL | 50 MG | HYPERTENSION |
| 2004-09-24 (-11) | 2004-11-20 (47) | No | MAGNESIUM HYDROXIDE | 2 TABS | CONSTIPATION |
| 2004-09-24 (-11) | 2005-07-01 (130) | No | ACETYLSALICYLIC ACID | 81 MG | GENERAL HEALTH |
| 2004-09-30 (-5) | 2005-01-29 (117) | No | METFORMIN | 1000 MG | DIABETES |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

7

2342

CONFIDENTIAL
AZSER12775015

**START OF E NARRATIVE**

Subject identifier
D1447C00127/E0080010

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 500

Narrative event
SAE

**Narrative event:**

Death:            No

SAE:              THERAPEUTIC AGENT TOXICITY

DAE:              No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 75 | Female | Caucasian | 115 | 2004-08-16 | 2004-12-08 | QUETIAPINE 500 | 2006-01-19 | Development of Study-Specific Discontinuation Criteria (mood event mixed) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| 384 | 2004-12-09 | 2005-12-27 |

**Medical History:**

Current:    hyperlipidemia, mild aortic stenosis, active chronic gastritis, hypertension, mild tricuspid regurgitation, gastroesophageal reflux disease, arthritis, glaucoma

Past:       fibromyalgia, allergies, breast cancer, vertigo, sinusitis, hypernatremia, hypothyroidism, left side numbness, lumbago, cervicalgia, hypercholesterolemia

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

2343

1

CONFIDENTIAL
AZSER12775016

**Subject identifier**
D1447C00127/E0080010

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 500

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2004-11-11 (88) | 2004-11-11 (88) | CONFUSIONAL STATE(CONFUSION) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2004-11-11 (88) | 2004-11-11 (88) | DISORIENTATION(DISORIENTATION) | 9.1 | Resolved | No | No | No | Mild |
| RD | QUETIAPINE 400 | 2005-03-01 (83) | 2005-12-19 (376) | ORTHOSTATIC HYPOTENSION(ORTHOSTATIC HYPOTENSION) | 9.1 | Resolved | No | No | No | Moderate |
| RD | QUETIAPINE 400 | 2005-08-07 (242) | 2005-10-01 (297) | COGNITIVE DISORDER(COGNITIVE DYSFUNCTION) | 9.1 | Resolved | No | No | No | Mild |
| RD | QUETIAPINE 400 | 2005-08-07 (242) | 2006-01-09 (397) | HYPOTHYROIDISM(WORSENING OF HYPOTHYROIDISM) | 9.1 | Resolved | No | No | No | Moderate |
| RD | QUETIAPINE 400 | 2005-09-15 (281) | 2005-12-14 (371) | MUSCLE SPASMS(BILATERAL SHOULDER MUSCLE SPASMS) | 9.1 | Resolved | No | No | No | Moderate |
| RD | QUETIAPINE 500 | 2005-11-03 (330) | 2005-11-17 (344) | ABDOMINAL DISCOMFORT(GI UPSET) | 9.1 | Resolved | No | No | No | Moderate |
| RD | QUETIAPINE 500 | 2005-12-14 (371) | 2006-01-19 (407) | RESTLESS LEGS SYNDROME(RESTLESS LEG SYNDROME) | 9.1 | Resolved | No | No | No | Moderate |
| RD | QUETIAPINE 500 | 2005-12-27 (384) | 2006-01-03 (391) | THERAPEUTIC AGENT TOXICITY(LITHIUM TOXICITY) | 9.1 | Resolved | No | No | Yes/{HO} | Severe |
| OffTrt | | 2006-01-03 (391) | 2006-01-08 (396) | URINARY TRACT INFECTION(URINARY TRACT INFECTION) | 9.1 | Resolved | No | No | No | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2                                                            2344

CONFIDENTIAL
AZSER12775017

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0080010 | Randomized - QUETIAPINE 500 | SAE |

**Descriptive text:**

{LITHIUM TOXICITY} A report was received from an investigator concerning a 76-year-old female patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. The patient was also taking ropinirole hydrochloride 1 mg QD for restless leg syndrome. Concomitant drugs included atorvastatin calcium for hypercholesterolemia, nisoldipine for hypertension, bimatoprost for glaucoma, lorazepam for bipolar, and thyroid for hypothyroidism. Medical history included old cerebrovascular accident, breast cancer, left mastectomy, anemia, recurrent urinary tract infections, cholecystectomy, and dyslipidemia. The patient began study drug on 09-DEC-2005 and experienced lithium toxicity, which started on 23-DEC-2005. The patient was hospitalized on 27-DEC-2005 and therapy with Seroquel was stopped. On examination in the emergency room, the patient was found to have a significant level of confusion and disorientation. It was felt she developed delirium secondary to noncompliance and sleep deprivation. She did not have any significant tremors, but did appear disorganized in her behavior and required frequent direction. Blood pressure was reported as 120/65 mmHg and her pulse was in the 60's. She was afebrile. Her lungs were clear to auscultation bilaterally. Her heart rate was described as regular with a blowing 3/6 systolic ejection murmur heard along the right sternal border and a grade 3/6 systolic ejection murmur in the left axilla. She had no peripheral edema. Her electrocardiogram revealed first-degree heart block. PR interval > 200 msec. Her C-reactive protein level was high normal. 0.16 MG/DL, and a urine culture revealed > 100,000 colony forming units of Escherichia Coli. In addition, her thyroid stimulating hormone level was reported as low at 0.21 uIU/L. Lithium level was reported as 1.6 (no units given). She was found to be dehydrated and possibly malnourished. It was felt that she had not been eating or drinking sufficiently and that she had not been taking her medications correctly. Once stabilized, she was transferred to the general psychiatric unit. She was treated with oral antibiotics, her lithium was held and her thyroid medication was adjusted. After a cardiology consult, her beta-blocker medication was discontinued and replaced with a calcium channel blocker. Her mental status slowly improved. She was described as alert and cooperative, with some word-finding difficulties, but at her previous level of functioning. She was able to perform her activities of daily living with some assistance. Her family, staff and physicians met, and it was decided that the patient should return home with home health care assistance. Her lithium was discontinued with the hope that a simplified medication regimen would benefit this patient. The patient was withdrawn from the study. On 31-DEC-2005 her lithium level was 0.36 mcq/L. The patient recovered on 03-JAN-2006. On 19-JAN-2006, her lithium level was <0.16 mmol/L. The investigator considered the event related to the compulsory concomitant medication Eskalith ER (lithium) and not related to study medication. The investigator also considered the event possibly related to the medication ropinirole hydrochloride. Follow up information received by AstraZeneca on 10-Jan-2006 revised the concomitant medication ropinirole hydrochloride to suspect drug due to possibly related to the event, added stop date for Seroquel, and updated the date the event met serious criteria. Follow up information received by AstraZeneca on 27-Jan-2006 added event stop date of 08-Jan-2006 with recovered without sequelae. Laboratory values and event information added and medical history updated.

2345

3

CONFIDENTIAL
AZSER12775018

**Narrative event** SAE

**Subject identifier**
D1447C00127/E0080010

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 500

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-08-09 (-7) | NA | | 5.4 (%) | 1.42 (mmol/L) | 4.71 (mmol/L) | 1.40 (mmol/L) | | 131 (g/L) |
| Visit prior to Event | V17 | 2005-12-14 (371) | QUETIAPINE 500 | 6.3 (mmol/L) | 5.5 (%) | 0.98 (mmol/L) | 4.51 (mmol/L) | 1.45 (mmol/L) | | 113 (g/L) |
| Visit after Event | V23 | 2006-01-19 (522) | NA | 7.7 (mmol/L)H | 5.9 (%) | 1.30 (mmol/L) | 6.22 (mmol/L)H | 1.30 (mmol/L) | | 114 (g/L) |
| Final Study Visit | V23 | 2006-01-19 (522) | NA | 7.7 (mmol/L)H | 5.9 (%) | 1.30 (mmol/L) | 6.22 (mmol/L)H | 1.30 (mmol/L) | | 114 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-08-09 (-7) | NA | 170 (x10E9/L) | 5.9 (x10E9/L) | 4.17 (x10E9/L) | 14 (IU/L) | 17 (IU/L) | 80 (umol/L) | 2.77 (mIU/L) | 11.7 (pmol/L) |
| Visit prior to Event | V17 | 2005-12-14 (371) | QUETIAPINE 500 | 244 (x10E9/L) | 5.8 (x10E9/L) | 3.97 (x10E9/L) | 11 (IU/L) | 16 (IU/L) | 106 (umol/L) | 2.94 (mIU/L) | 9.3 (pmol/L) L |
| Visit after Event | V23 | 2006-01-19 (522) | NA | 212 (x10E9/L) | 5.3 (x10E9/L) | 3.43 (x10E9/L) | 12 (IU/L) | 21 (IU/L) | 88 (umol/L) | 0.98 (mIU/L) | 12.6 (pmol/L) |
| Final Study Visit | V23 | 2006-01-19 (522) | NA | 212 (x10E9/L) | 5.3 (x10E9/L) | 3.43 (x10E9/L) | 12 (IU/L) | 21 (IU/L) | 88 (umol/L) | 0.98 (mIU/L) | 12.6 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range, H=above normal range, NR=not recorded   * - unscheduled visit

2346

CONFIDENTIAL
AZSER12775019

Narrative event
SAE

**Subject identifier**
D1447C00127/E0080010

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 500

## Weight: Include only if DAE due to weight

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2347

CONFIDENTIAL
AZSER12775020

| | | | | |
|---|---|---|---|---|
| | | **Study phase-treatment during which event occurred**<br>Randomized - QUETIAPINE 500 | | **Narrative event**<br>SAE |

**Subject identifier**
D1447C00127/E0080010

**Medication information:  Include concomitant medications taken during the event only**

| Date started<br>(day started) | Date stopped<br>(day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2003-11-06 (-284) | 2006-01-26 (414)# | Yes | ATORVASTATIN | 20 MG QD | HYPERLIPIDEMIA |
| 2004-05-27 (-81) | 2005-12-27 (384) | No | NISOLDIPINE | 20 MG | HYPERTENSION |
| 2004-07-16 (-31)# | 2006-01-26 (414)# | Yes | BIMATOPROST | 1 GTT QPM | GLAUCOMA |
| 2005-04-30 (143) | 2005-12-27 (384) | No | LORAZEPAM | 0.5 MG | BIPOLAR |
| 2005-12-09 (366) | 2005-12-27 (384) | No | LITHIUM | 675 MG | BIPOLAR |
| 2005-12-21 (378) | 2006-01-02 (390) | No | THYROID | 120 MG | WORSENING OF HYPOTHYROIDISM |
| 2005-12-28 (385) | 2006-01-26 (414)# | Yes | THERAGRAN | 1 TAB | SUPPLEMENT |
| 2005-12-30 (387) | 2006-01-26 (414)# | Yes | AMLODIPINE | 2.5 MG | HYPERTENSION |
| 2006-01-01 (389) | 2006-01-02 (390) | No | ACETYLSALICYLIC ACID | 650 MG | CARDIAC PROPHLAXIS PRN |
| 2006-01-03 (391) | 2006-01-08 (396) | No | ATENOLOL | 2000 MG | HYPERTENSION PRN |
| 2006-01-03 (391) | 2006-01-08 (396) | No | CEFPODOXIME | 400 MG | URINARY TRACT INFECTION |
| 2006-01-03 (391) | 2006-01-08 (396) | No | THYROID | 75 MCG | HYPOTHYROIDISM |
| 2006-01-03 (391) | 2006-01-26 (414)# | Yes | ACETYLSALICYLIC ACID | 81 MG | CARDIAC PROPHLAXIS |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2348

CONFIDENTIAL
AZSER12775021

**START OF E NARRATIVE**

Subject identifier
D1447C00127/E0080011

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

Narrative event
SAE

**Narrative event:**

Death:               No

SAE:                 THERAPEUTIC AGENT TOXICITY

DAE:                 No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 74 | Female | Caucasian | 109 | 2004-08-20 | 2004-12-06 | QUETIAPINE 600 | 2005-04-22 | Development of Study-Specific Discontinuation Criteria (mood event - mixed primary manic) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| 137 | 2004-12-07 | 2005-04-22 |

**Medical History:**

Current:        hypertension, irritable bowel syndrome - diarrhea, diabetes type 2, penicillin allergy, intermittent tremor, asthma - intermittent, congenital atrophy right hand

Past:

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

1

2349

CONFIDENTIAL
AZSER12775022

**Subject identifier**
D1447C00127/E0080011

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 600 | 2004-10-04 (46) | 2004-10-05 (47) | THERAPEUTIC AGENT TOXICITY(LITHIUM TOXICITY) | 9.1 | Resolved | No | No | Yes / {HO} | Moderate |
| OL | QUETIAPINE 600 | 2004-10-04 (46) | 2004-10-05 (47) | DEHYDRATION(DEHYDRATION) | 9.1 | Resolved | No | No | No | Moderate |
| RD | PLACEBO 600 | 2004-12-20 (14) | 2005-02-15 (71) | TREMOR(WORSENING OF INTERMITTENT TREMORS) | 9.1 | Resolved | No | No | No | Moderate |
| RD | PLACEBO 600 | 2005-01-24 (49) | NA | INSOMNIA(INSOMNIA) | 9.1 | Continuing | No | No | No | Moderate |
| RD | PLACEBO 600 | 2005-01-24 (49) | 2005-02-01 (57) | CONFUSIONAL STATE(CONFUSION) | 9.1 | Resolved | No | No | No | Mild |
| RD | PLACEBO 600 | 2005-01-24 (49) | 2005-02-01 (57) | AGITATION(AGITATION) | 9.1 | Resolved | No | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2350

CONFIDENTIAL
AZSER12775023

**Subject identifier**
D1447C00127/E0080011

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event**
SAE

**Descriptive text:**

2351

3

CONFIDENTIAL
AZSER12775024

**Subject identifier**
D1447C00127/E0080011

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event**
SAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| | Enrollment | 2004-08-13 (-7) | NA | | 6.1 (%) | 1.45 (mmol/L) | 4.43 (mmol/L) | 0.91 (mmol/L)L | | 126 (g/L) |
| Visit prior to Event | S4 | 2004-09-17 (29) | QUETIAPINE 600 | | | | | | | 124 (g/L) |
| Visit after Event | S5 | 2004-10-07 (49) | QUETIAPINE 600 | | | | | | | 129 (g/L) |
| Final Study Visit | V23 | 2005-04-22 (137) | PLACEBO 800 | 5.7 (mmol/L) | 5.3 (%) | 0.97 (mmol/L) | 3.70 (mmol/L) | 0.80 (mmol/L)L | | 129 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Enrollment | 2004-08-13 (-7) | NA | 351 (x10E9/L) | 7.6 (x10E9/L) | 5.17 (x10E9/L) | 28 (IU/L) | 28 (IU/L) | 71 (umol/L) | 1.65 (mIU/L) | 14.7 (pmol/L) |
| Visit prior to Event | S4 | 2004-09-17 (29) | QUETIAPINE 600 | 294 (x10E9/L) | 7.7 (x10E9/L) | 4.92 (x10E9/L) | | | | | |
| Visit after Event | S5 | 2004-10-07 (49) | QUETIAPINE 600 | 352 (x10E9/L) | 10.8 (x10E9/L) | 8.10 (x10E9/L) | | | | | |
| Final Study Visit | V23 | 2005-04-22 (137) | PLACEBO 800 | 382 (x10E9/L) | 9.0 (x10E9/L) | 6.09 (x10E9/L) | 42 (IU/L)H | 31 (IU/L) | 62 (umol/L) | 1.75 (mIU/L) | 13.0 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range. H=above normal range. NR=not recorded     * - unscheduled visit

2352

4

CONFIDENTIAL
AZSER12775025

Narrative event
SAE

Subject identifier
D1447C00127/E0080011

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 600

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2353

CONFIDENTIAL
AZSER12775026

Narrative event
SAE

Subject identifier
D1447C00127/E0080011

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 600

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-07-20 (-31)# | 2005-05-22 (167)# | Yes | ACETYLSALICYLIC ACID | 81 MG | CARDIAC PROPHLAXIS |
| 2004-07-20 (-31)# | 2005-05-22 (167)# | Yes | GLIMEPIRIDE | 4 MG | DIABETES TYPE 2 |
| 2004-07-20 (-31)# | 2005-05-22 (167)# | Yes | PROPRANOLOL | 10 MG | HYPERTENSION |
| 2004-07-20 (-31)# | 2005-05-22 (167)# | Yes | PROPRANOLOL | 10 MG | INTERMITTENT TREMORS |
| 2004-08-12 (-8) | 2005-05-22 (167)# | Yes | LOPERAMIDE | 6 MG | IRRITABLE BOWEL SYNDROME PRN |
| 2004-08-12 (-8) | 2005-05-22 (167)# | Yes | LOPERAMIDE | 6 MG | IRRITABLE BOWEL SYNDROME DIARRHEA PROMINENT PRN |
| 2004-09-17 (29) | 2004-10-06 (48) | No | LITHIUM | 675 MG | BIPOLAR |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2354

6

CONFIDENTIAL
AZSER12775027

**START OF E NARRATIVE**

Narrative event: SAE

Subject identifier
D1447C00127/E0080013

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 600

**Narrative event:**

Death:                No

SAE:                  DEEP VEIN THROMBOSIS

DAE:                  No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 47 | Male | Caucasian | 140 | 2004-09-23 | 2005-02-09 | QUETIAPINE 600 | 2005-02-18 | Other (mood event hospitalization) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:              hypertension, arthritis

Past:

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

2355

1

CONFIDENTIAL
AZSER12775028

**Subject identifier**
D1447C00127/E0080013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 600 | 2004-10-19 (27) | 2004-10-30 (38) | OTITIS EXTERNA(OTITIS EXTERNA) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 600 | 2005-01-31 (131) | 2005-02-11 (142) | DEEP VEIN THROMBOSIS(LEFT LEG DEEP VEIN THROMBOSIS WITH SECONDARY CELLULITIS) | 9.1 | Resolved | No | No | Yes / {HO} | Severe |
| OL | QUETIAPINE 700 | 2005-02-09 (140) | 2005-02-18 (149) | CELLULITIS(LEFT LOWER EXTREMITY CELLULITIS) | 9.1 | Resolved | No | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2

2356

CONFIDENTIAL
AZSER12775029

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0080013 | Open Label - QUETIAPINE 600 | SAE |

**Descriptive text:**

{LEFT LEG DEEP VEIN THROMBOSIS WITH SECONDARY CELLULITIS} A report was received from an investigator concerning a 48 year old male patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included clonidine for hypertension, valproate semisodium for bipolar disorder, lorazepam for bipolar disorder, lithium for bipolar, atenolol for hypertension, cortisporin otic drops for otitis externa, benzatropine mesilate for bipolar, trifluoperazine hydrochloride for bipolar and lithium carbonate for bipolar. The patient had a history of hypertension, obesity, penicillin allergy, arthritis and bipolar disorder. Additional medical history included alcohol abuse and some indication of blood sugar problems. The patient began study drug and experienced intermittent swelling previously, but on 31-Jan-2005 the patient noted increased pain and swelling. On 01-Feb-2005, the patient took a long distance trip via automobile. The following day, the patient reported to the clinic for a mood stabilizer level. During the visit, the patient's family reported that the patient's left leg was larger than the right leg. The patient was examined and sent to the hospital for a Doppler scan. The patient returned to the clinic and was informed that the Doppler scan was unremarkable. However, during discussion with the family it became apparent that the Doppler scan was performed on the incorrect leg. Physical examination was notable for two plus edema in the left lower extremity with pain over the area of the calf on compression and some pain behind the knee. A positive Homan's sign was also noted. Pulses were one plus and three plus in the left lower and right lower extremities respectively. Clinical evidence for deep venous thrombosis was sufficient to warrant anticoagulant therapy with Lovenox and Coumadin. The patient was hospitalized on the 02-Feb-2005. Pain and swelling had improved by the following day, and discharge was arranged. Medications at discharge included Lovenox, Coumadin, Depakote, Seroquel and atenolol. However, the patient was noted to be confused and disoriented and was transferred to a second facility for psychiatric consultation. Following transfer, considerable left leg edema remained. Pain increased and walking became uncomfortable. Anticoagulation with Lovenox and Coumadin was continued, but Coumadin was reduced following an elevated INR. Evaluation determined that the left leg blockage was due to tissue growth, and not a DVT, and Lovenox was stopped at discharge. The patient's psychiatric status improved, and he was transferred back to the original facility on 09-Feb-2005 for further psychiatric consultation and evaluation by a vascular surgeon. Seroquel was stopped the same day. At the time of transfer, physical examination was notable for a temperature of 100.1° F and manic demeanor. The left lower extremity was tender to palpation from the knee to the foot with 1+ firm edema, as well as erythema from the mid foot to distal knee. There was also tenderness to compression of the calf and a 6 cm circular, red colored, raised area on the anterior tibia. During hospitalization, the patient had periods of fever up to101.1° F. The patient was started on Coumadin and Lovenox; however, a left lower extremity venogram revealed no abnormalities and these were discontinued. As a result, suspicion for cellulitis increased and Keflex was started. The last dose of study drug was on 09-Feb-2005. The patient subsequently improved and was discharged in stable condition on 11-Feb-2005. Diagnoses at discharge included left lower extremity swelling and cellulitis. Following discontinuation from the study, however, the patient resumed (off study) Seroquel on 18-Feb-2005. The investigator considered the event to be unrelated to the study therapy. Summary of follow-up information received by AstraZeneca on 04-Feb-2005: discharge date and event stop date added; lab data added. Summary of follow-up information received by AstraZeneca on 10-Feb-2005: changed event verbatim from deep vein thrombosis, left leg to Left leg, venous blockage with apparent tissue growth; stop date for event removed; lab data added: event details added to narrative. Summary of follow-up information received by AstraZeneca on 03-Mar-2005: changed event and case start date from 02-Feb-2005 to 31-Jan-2005; changed outcome from not recovered to recovered without sequelae; added lab data; case and event stop date; changed event verbatim from left leg, venous blockage with apparent tissue growth to left leg deep vein thrombosis with secondary cellulitis and changed coding; added stop date for study drug.

3

2357

CONFIDENTIAL
AZSER12775030

**Subject identifier**
D1447C00127/E0080013

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event**
SAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-09-14 (-8) | NA | 5.8 (mmol/L) | 5.8 (%) | 2.28 (mmol/L) | 4.61 (mmol/L) | 0.91 (mmol/L)L | | 157 (g/L) |
| Visit prior to Event | S7 | 2005-01-17 (117) | QUETIAPINE 600 | | | | | | | 164 (g/L) |
| Visit after Event | V23 | 2005-02-18 (149) | NA | 6.5 (mmol/L) | 5.8 (%) | 2.76 (mmol/L) | 3.96 (mmol/L) | 0.67 (mmol/L)L | | 133 (g/L) |
| Final Study Visit | V23 | 2005-02-18 (149) | NA | 6.5 (mmol/L) | 5.8 (%) | 2.76 (mmol/L) | 3.96 (mmol/L) | 0.67 (mmol/L)L | | 133 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-09-14 (-8) | NA | 282 (x10E9/L) | 5.2 (x10E9/L) | 3.20 (x10E9/L) | 40 (IU/L) | 36 (IU/L) | 106 (umol/L) | 1.72 (mIU/L) | 15.5 (pmol/L) |
| Visit prior to Event | S7 | 2005-01-17 (117) | QUETIAPINE 600 | 170 (x10E9/L) | 5.0 (x10E9/L) | 2.75 (x10E9/L) | | | | | |
| Visit after Event | V23 | 2005-02-18 (149) | NA | 321 (x10E9/L) | 5.8 (x10E9/L) | 3.20 (x10E9/L) | 57 (IU/L)H | 46 (IU/L)H | 97 (umol/L) | 1.24 (mIU/L) | 15.2 (pmol/L) |
| Final Study Visit | V23 | 2005-02-18 (149) | NA | 321 (x10E9/L) | 5.8 (x10E9/L) | 3.20 (x10E9/L) | 57 (IU/L)H | 46 (IU/L)H | 97 (umol/L) | 1.24 (mIU/L) | 15.2 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range. H=above normal range. NR=not recorded   * = unscheduled visit

2358

4

CONFIDENTIAL
AZSER12775031

Narrative event
SAE

Subject identifier
D1447C00127/E0080013

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 600

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2359

CONFIDENTIAL
AZSER12775032

**Narrative event**
SAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Subject identifier**
D1447C00127/E0080013

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-08-23 (-31)# | 2005-09-08 (351) | No | LORAZEPAM | 3 MG | BIPOLAR |
| 2004-08-24 (-30) | 2005-03-11 (170)# | Yes | CLONIDINE | 0.1 MG QD | HYPERTENSION ROUTINE TREATMENT, NOT AE |
| 2004-09-09 (-14) | 2005-02-03 (134) | No | LORAZEPAM | 2 MG | BIPOLAR |
| 2004-09-22 (-1) | 2005-03-11 (170)# | Yes | ATENOLOL | 50 MG | HYPERTENSION ROUTINE TREATMENT |
| 2004-11-29 (68) | 2005-02-04 (135) | No | VALPROIC ACID | 2500 MG | BIPOLAR |
| 2005-02-02 (133) | 2005-02-04 (135) | No | WARFARIN | 7.5 MG | LEFT LEG DEEP VEIN THROMBOSIS |
| 2005-02-02 (133) | 2005-02-09 (140) | No | ZOLPIDEM | 10 MG | BIPOLAR |
| 2005-02-02 (133) | 2005-02-17 (148) | No | ENOXAPARIN | 162 MG QD | SUSPECTED DEEP VEIN THROMBOSIS LEFT LEG |
| 2005-02-03 (134) | 2005-02-09 (140) | No | HALOPERIDOL | 3 MG | BIPOLAR |
| 2005-02-04 (135) | 2005-03-11 (170)# | Yes | LORAZEPAM | 1 MG | MOOD EVENT MANIA PRN |
| 2005-02-04 (135) | 2005-03-11 (170)# | Yes | VALPROIC ACID | 2000 MG QD | BIPOLAR DISORDER |
| 2005-02-05 (136) | 2005-02-09 (140) | No | WARFARIN | 5 MG | LEFT LEG DEEP VEIN THROMBOSIS |
| 2005-02-08 (139) | 2005-03-11 (170)# | Yes | OLANZAPINE | 5 MG QD | MOOD EVENT MANIA |
| 2005-02-11 (142) | 2005-02-21 (152) | No | CEFALEXIN | 2000 MG | LEFT LEG CELLULITIS |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2360

6

CONFIDENTIAL
AZSER12775033

**START OF E NARRATIVE**

Subject identifier
D1447C00127/E0080029

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 800

**Narrative event:**

Death:                No

SAE:                  DEPRESSION, MANIA, SUICIDAL IDEATION

DAE:                  DEPRESSION, MANIA, SUICIDAL IDEATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|-------------------------------|-----------------------|------------------------------|------------------------|
| 41 | Female | Caucasian | 111 | 2005-06-22 | 2005-10-10 | QUETIAPINE 800 | 2005-11-10 | Development of Study-Specific Discontinuation Criteria (mixed mood event) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| 25 | 2005-10-11 | 2005-11-04 |

**Medical History:**

Current:       demerol drug allergy, reading glasses, chronic cough, sinus bradycardia, migraine headaches, borderline personality disorder secondary to bipolar, seasonal allergies, ruptured disc l-5, penicillin drug allergy, tetracycline drug allergy, codiene drug allergy

Past:          uterine tumor, pelvic adhesion disease

**Death information:**

Date of death:    No death

Cause of death:

Post-mortem:

2361

1

CONFIDENTIAL
AZSER12775034

**Subject identifier**
D1447C00127/E0080029

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 800

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 600 | 2005-07-28 (37) | 2005-07-28 (37) | VERTIGO(VERTIGO) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 600 | 2005-08-16 (56) | 2005-08-26 (66) | LYMPH GLAND INFECTION(INFECTED LYMPH NODE) | 9.1 | Resolved | No | No | No | Severe |
| RD | QUETIAPINE 800 | 2005-10-17 (7) | 2005-10-18 (8) | MIGRAINE(MIGRAINE) | 9.1 | Resolved | No | No | No | Severe |
| RD | QUETIAPINE 800 | 2005-10-21 (11) | 2005-11-10 (31) | INSOMNIA(INSOMNIA) | 9.1 | Resolved | No | No | No | Moderate |
| RD | QUETIAPINE 800 | 2005-10-24 (14) | 2005-11-10 (31) | ORTHOSTATIC HYPOTENSION(ORTHOSTATIC HYPOTENSION) | 9.1 | Resolved | Yes | No | No | Moderate |
| RD | QUETIAPINE 800 | 2005-10-26 (16) | NA | HYPOTHYROIDISM(HYPOTHYROIDISM) | 9.1 | Continuing | Yes | No | No | Moderate |
| RD | QUETIAPINE 200 | 2005-11-04 (25) | 2005-11-08 (29) | SUICIDAL IDEATION(SUICIDAL IDEATION) | 9.1 | Resolved | No | Yes | Yes/ {HO} | Severe |
| RD | QUETIAPINE 200 | 2005-11-04 (25) | 2005-11-08 (29) | DEPRESSION(WORSENING OF DEPRESSION) | 9.1 | Resolved | No | Yes | Yes/ {HO} | Severe |
| RD | QUETIAPINE 200 | 2005-11-04 (25) | 2005-11-08 (29) | MANIA(WORSENING OF MANIA) | 9.1 | Resolved | No | Yes | Yes/ {HO} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2

2362

CONFIDENTIAL
AZSER12775035

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0080029 | Randomized - QUETIAPINE 800 | SAE, DAE |

**Descriptive text:**

{SUICIDAL IDEATION, WORSENING OF MANIA, WORSENING OF DEPRESSION} A report was received from an investigator concerning a 41-year-old female patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  Concomitant drugs included estradiol for hormone replacement therapy, cetirizine hydrochloride for seasonal allergies, lithium carbonate for bipolar, thyroid for hypothyroidism, lorazepam for bipolar, zolpidem tartrate for insomnia, Estratest for hormone replacement therapy, nabupline and promethazine for migraine.  Medical history included hypothyroidism, sinus bradycardia, uterine tumor, pelvic adhesion disease, migraine headache, borderline personality disorder secondary to bipolar, ruptured disc (L-5), and allergies to penicillin, tetracycline, codeine, and Demerol.  The patient began study drug on 11-OCT-2005, and experienced suicidal ideation secondary to worsening of depression and mania, which started on 04-NOV-2005.  She presented to the emergency room with a plan to overdose on her pills.  Study therapy was permanently stopped on 04-Nov-2005.  The patient was admitted for observation.  She stated she had recently had racing thoughts, inability to focus, insomnia and felt overwhelmed. She had periods of agitation and an almost continuous sense of panic. She was unable to calm herself. She had multiple social stressors, such as loss of her job, repossession of her car, and isolation from her family. It was unclear if these circumstances exacerbated her symptoms or if her symptoms predisposed her to these stressors. She presented as alert but preoccupied. She had significant psychomotor agitaion.  Her vital signs were monitored and reported as stable. The dose of Seroquel was increased resulting in improvement of her sleep pattern and mental status sta bilization. Her thyroid medication was increased due to a low free T3 level.  The event was considered serious due to hospitalization. The patient recovered on 08-Nov-2005 and was discharged. The patient was discontinued from the trial after completing the after-care program.   The investigator considered the event to be unrelated to the study therapy.

{SUICIDAL IDEATION} A report was received from an investigator concerning a 41 year old female patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  Concomitant drugs included estradiol for hormone replacement therapy, cetirizine hydrochloride for seasonal allergies, lithium carbonate for bipolar, thyroid for hypothyroidism, lorazepam for bipolar, zolpidem tartrate for insomnia and estratest for hormone replacement therapy.  The patient had a history of sinus bradycardia, uterine tumor, pelvic adhesion disease, migraine headaches, borderline personality disorder, ruptured disc l-5, penicllin allergy, tetracycline allergy, codeine allergy and demerol allergy.  The patient began study drug on 11-OCT-2005 and experienced suicidal ideation which started on 04-NOV-2005. The event was considered serious due to hospitalization. The patient has not yet recovered. Therapy with study medication was withdrawn on 04-NOV-2005.  The investigator considered the event to be unrelated to the study therapy.

2363

3

CONFIDENTIAL
AZSER12775036

**Subject identifier**
D1447C00127/E0080029

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 800

**Narrative event**
SAE, DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-16 (-6) | NA | 4.7 (mmol/L) | 5.5 (%) | 1.19 (mmol/L) | 5.62 (mmol/L)H | 1.22 (mmol/L) | | 146 (g/L) |
| Visit prior to Event | Randomization (V1) | 2005-10-11 (1) | QUETIAPINE 800 | 5.4 (mmol/L) | 5.1 (%) | 1.54 (mmol/L) | 5.05 (mmol/L) | 1.66 (mmol/L) | | 142 (g/L) |
| Visit after Event | V23 | 2005-11-10 (142) | NA | 5.1 (mmol/L) | 5.3 (%) | 1.18 (mmol/L) | 4.45 (mmol/L) | 1.27 (mmol/L) | | 140 (g/L) |
| Final Study Visit | V23 | 2005-11-10 (142) | NA | 5.1 (mmol/L) | 5.3 (%) | 1.18 (mmol/L) | 4.45 (mmol/L) | 1.27 (mmol/L) | | 140 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-16 (-6) | NA | 418 (x10E9/L) | 11.4 (x10E9/L) | 8.36 (x10E9/L) | 7 (IU/L) | 15 (IU/L) | 80 (umol/L) | 2.03 (mIU/L) | 12.0 (pmol/L) |
| Visit prior to Event | Randomization (V1) | 2005-10-11 (1) | QUETIAPINE 800 | 438 (x10E9/L) | 8.4 (x10E9/L) | 3.85 (x10E9/L) | 12 (IU/L) | 14 (IU/L) | 88 (umol/L) | 3.72 (mIU/L) | 9.2 (pmol/L)L |
| Visit after Event | V23 | 2005-11-10 (142) | NA | 529 (x10E9/L)H | 7.1 (x10E9/L) | 3.27 (x10E9/L) | 12 (IU/L) | 15 (IU/L) | 88 (umol/L) | 1.74 (mIU/L) | 7.4 (pmol/L)L |
| Final Study Visit | V23 | 2005-11-10 (142) | NA | 529 (x10E9/L)H | 7.1 (x10E9/L) | 3.27 (x10E9/L) | 12 (IU/L) | 15 (IU/L) | 88 (umol/L) | 1.74 (mIU/L) | 7.4 (pmol/L)L |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range.   H=above normal range.   NR=not recorded    * - unscheduled visit

2364

4

CONFIDENTIAL
AZSER12775037

Narrative event
SAE, DAE

| Subject identifier | | | | Study phase-treatment during which event occurred |
| D1447C00127/E0080029 | | | | Randomized - QUETIAPINE 800 |

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
| --- | --- | --- | --- | --- |
| NA | | | | |

5

2365

CONFIDENTIAL
AZSER12775038

Narrative event
SAE, DAE

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 800

**Subject identifier**
D1447C00127/E0080029

## Medication information: Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-05-22 (-31)# | 2005-12-04 (55)# | Yes | CETIRIZINE | 5 MG | SEASONAL ALLERGIES |
| 2005-05-22 (-31)# | 2005-12-04 (55)# | Yes | ESTRADIOL | 2.5 MG EVERY 3 WEEKS | HORMONE REPLACEMENT THERAPY |
| 2005-06-22 (1) | 2005-12-04 (55)# | Yes | LITHIUM | 1350 MG | BIPOLAR |
| 2005-10-21 (11) | 2005-12-04 (55)# | Yes | ZOLPIDEM | 10 MG | INSOMNIA |
| 2005-10-26 (16) | 2005-12-04 (55)# | Yes | LORAZEPAM | 2 MG | BIPOLAR PRN |
| 2005-10-27 (17) | 2005-12-04 (55)# | Yes | THYROID | 30 MG | HYPOTHYROIDISM |
| 2005-11-04 (25) | 2005-12-04 (55)# | Yes | QUETIAPINE | 800 MG | BIPOLAR |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2366

6

CONFIDENTIAL
AZSER12775039

**START OF E NARRATIVE**

Subject identifier
D1447C00127/E0083029

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 700

Narrative event
SAE

**Narrative event:**

Death:                No

SAE:                  CHOLELITHIASIS, HYPERCALCAEMIA, MILK-ALKALI SYNDROME, RENAL FAILURE ACUTE

DAE:                  No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 41 | Female | Caucasian | 225 | 2004-07-19 | 2005-02-28 | QUETIAPINE 700 | 2005-12-08 | Other (required excluded pain medication) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| 282 | 2005-03-01 | 2005-12-07 |

**Medical History:**

Current:              recurrent headaches, gastroesophageal reflux, hypercholesterolemia, low back pain, allergy to penicillin, allergy to morphine

Past:                 ruptured disc

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

2367

1

CONFIDENTIAL
AZSER12775040

**Subject identifier**
DI447C00127/E0083029

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 700

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discontinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 800 | 2004-07-30 (12) | 2004-08-02 (15) | NAUSEA(NAUSEA) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 800 | 2004-07-30 (12) | 2004-08-02 (15) | VOMITING(VOMITING) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 800 | 2004-08-04 (17) | 2004-07-30 (12) | DIZZINESS(DIZZINESS) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 800 | 2004-07-30 (12) | 2004-08-31 (44) | DECREASED APPETITE(DECREASED APPETITE) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 800 | 2004-09-28 (72) | 2004-10-06 (80) | CONJUNCTIVITIS(CONJUNCTIVITIS) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 800 | 2004-10-11 (85) | 2005-02-01 (198) | PRODUCTIVE COUGH(PRODUCTIVE COUGH) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 800 | 2004-10-22 (96) | 2004-10-27 (101) | CONJUNCTIVITIS(CONJUNCTIVITIS) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 800 | 2004-11-20 (125) | 2005-04-24 (280) | TREMOR(INTERMITTENT BILATERAL TREMOR OF HANDS) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 800 | 2005-01-05 (171) | NA | AKATHISIA(AKATHISIA) | 9.1 | Continuing | Yes | No | No | Mild |
| RD | QUETIAPINE 800 | 2005-04-25 (56) | NA | TREMOR(WORSENING OF BILATERAL TREMOR OF HANDS) | 9.1 | Continuing | No | No | No | Moderate |
| RD | QUETIAPINE 700 | 2005-05-10 (71) | 2005-06-01 (93) | HERPES SIMPLEX(COLD SORES TO MOUTH) | 9.1 | Resolved | No | No | No | Mild |
| RD | QUETIAPINE 700 | 2005-05-13 (74) | 2005-05-16 (77) | PYREXIA(FEVER) | 9.1 | Resolved | No | No | No | Mild |
| RD | QUETIAPINE 700 | 2005-05-16 (77) | 2005-07-08 (130) | NAUSEA(INTERMITTENT NAUSEA) | 9.1 | Resolved | No | No | No | Mild |
| RD | QUETIAPINE 700 | 2005-05-16 (77) | 2005-07-08 (130) | VOMITING(INTERMITTENT VOMITING) | 9.1 | Resolved | No | No | No | Mild |

2368

2

CONFIDENTIAL
AZSER12775041

**Subject identifier**
D1447C00127/E0083029

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 700

**Narrative event**
SAE

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discontinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| RD | QUETIAPINE 700 | 2005-05-16 (77) | 2005-07-08 (130) | GASTROOESOPHAGEAL REFLUX DISEASE(WORSENING OF GASTROESOPHAGEAL REFLUX) | 9.1 | Resolved | No | No | No | Moderate |
| RD | QUETIAPINE 700 | 2005-05-16 (77) | 2005-07-08 (130) | COUGH(COUGH) | 9.1 | Resolved | No | No | No | Moderate |
| RD | QUETIAPINE 700 | 2005-06-06 (98) | 2005-06-13 (105) | CONFUSIONAL STATE(CONFUSION) | 9.1 | Resolved | No | No | No | Mild |
| RD | QUETIAPINE 700 | 2005-06-07 (99) | 2005-06-13 (105) | HYPERCALCAEMIA(HYPERCALCEMIA) | 9.1 | Resolved | No | No | Yes / {HO} | Severe |
| RD | QUETIAPINE 700 | 2005-06-07 (99) | 2005-06-13 (105) | RENAL FAILURE ACUTE(ACUTE RENAL FAILURE) | 9.1 | Resolved | No | No | Yes / {HO} | Moderate |
| RD | QUETIAPINE 700 | 2005-06-07 (99) | 2005-06-13 (105) | MILK-ALKALI SYNDROME(MILK-ALKALI SYNDROME) | 9.1 | Resolved | No | No | Yes / {HO} | Moderate |
| RD | QUETIAPINE 700 | 2005-06-07 (99) | 2005-07-07 (129) | CHOLELITHIASIS(CHOLELITHIASIS) | 9.1 | Resolved | No | No | Yes / {HO} | Mild |
| RD | QUETIAPINE 700 | 2005-06-13 (105) | 2005-07-13 (135) | HYPOPHOSPHATAEMIA(HYPOPHOSPHATEMIA) | 9.1 | Resolved | No | No | No | Mild |
| RD | QUETIAPINE 600 | 2005-10-03 (217) | NA | BACK PAIN(RECURRENT BACK PAIN) | 9.1 | Continuing | No | No | No | Moderate |
| RD | QUETIAPINE 600 | 2005-10-15 (229) | 2005-11-07 (252) | LARYNGITIS(LARYNGITIS) | 9.1 | Resolved | No | No | No | Mild |
| RD | QUETIAPINE 600 | 2005-11-20 (265) | NA | BACK PAIN(INCREASED SEVERITY OF BACK PAIN) | 9.1 | Continuing | No | No | No | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

3

2369

CONFIDENTIAL
AZSER12775042

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0083029 | Randomized - QUETIAPINE 700 | SAE |

**Descriptive text:**

{CHOLELITHIASIS, ACUTE RENAL FAILURE, MILK-ALKALI SYNDROME WITH ELEVATED CALCIUM} A report was received from an investigator concerning a 42-year-old female patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included promethazine for nausea, benzonatate for cough, histinex for cough, lithium carbonate for bipolar, lorazepam for bipolar, atorvastatin for hypercholesterolemia, calcium carbonate for gastroesophageal reflux disease, paracetamol for headache, benzatropine mesilate for akathisia and lorazepam for anxiety. The patient began study drug in July 2004. From approximately 13-May-2005 to 16-May-2005, the patient had a fever following a sunburn. On 16-May-2005, the patient experienced nausea and vomiting, which resolved and subsequently returned (date not reported). The patient's two daughters were also ill, and were tested on 19-May-2005 for whooping cough, for which the results were negative. On approximately 23-May-2005, the patient had been treating symptoms of cholelithiasis with increased consumption of milk and Tums. It was felt that cholecystectomy might be a treatment option at a later time. On 06-Jun-2005, the patient was evaluated by her primary care physician for intermittent vomiting and a productive cough. Laboratory results obtained at that time were notable for a white blood cell (WBC) count of 31.8 x 103/mL, with 90% neutrophils (ANC = 28.6); serum calcium of 16.4 mg/dL; glucose, 126 mg/dL; serum sodium, 134 mmol/L and creatinine, 2.3 mg/dL. The patient was also seen by the site on 07-Jun-2005, and was referred to the emergency room for hydration and further evaluation. The patient was hospitalized the same day. Admission laboratory results revealed a serum calcium of 15.5 mg/dL, serum potassium, 3.0 mmol/L, BUN, 26 mg/dL, and serum creatinine, 2.7 mg/dL. PTH calcium and PTH intact were 12.2 mg/dL and 22 pg/mL respectively, results suggestive of non-parathyroid hypercalcemia. A chest x-ray was negative and head CT scan revealed maxillary, ethmoid, and sphenoid sinus disease, but was otherwise unremarkable. Esophagogastroduodenoscopy showed mild antral gastritis, relaxed lower esophageal sphincter, and minimal distal esophageal erosions consistent with reflux esophagitis. An ultrasound of the gallbladder revealed gallstones, but a HIDA scan demonstrated normal gallbladder function. Renal ultrasound was also normal. The patient was treated with calcitonin and potassium repletion, as well as Protonix 40 mg daily for 3 months. Calcium, potassium, and renal function improved, and the patient was discharged on 13-Jun-2005. Diagnosis at discharge was acute renal failure secondary to milk-alkali syndrome with elevated calcium and volume depletion. The acute renal failure, elevated calcium, and volume depletion were secondary to milk-alkali syndrome. The acute renal failure was related to the milk-alkali syndrome and not study medication. Secondary diagnoses included hypomagnesemia, hypophosphatemia, gallstones, and gastritis with reflux esophagitis. On 07-Jul-2005, the patient underwent a cholecystectomy and was hospitalized overnight. On 08-Jul-2005, the patient was discharged from the hospital recovered. The investigative site learned of the event of cholelithiasis at the patient's regularly scheduled visit on 19-Jul-2005. The investigator considered the events of cholelithiasis and acute renal failure secondary to milk-alkali syndrome with elevated calcium and with volume depletion to be unrelated to the study therapy.

2370

4

CONFIDENTIAL
AZSER12775043

**Subject identifier**
D1447C00127/E0083029

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 700

**Narrative event**
SAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-07-12 (-7) | NA | | 5.2 (%) | 4.15 (mmol/L)H | 5.78 (mmol/L)H | 0.96 (mmol/L)L | | 138 (g/L) |
| Visit prior to Event | V7 | 2005-05-19 (80) | QUETIAPINE 700 | 4.7 (mmol/L) | 4.8 (%) | 3.59 (mmol/L)H | 5.34 (mmol/L)H | 1.17 (mmol/L) | | 145 (g/L) |
| Visit after Event | V11 | 2005-09-14 (198) | QUETIAPINE 600 | 5.3 (mmol/L) | 4.9 (%) | 3.54 (mmol/L)H | 5.88 (mmol/L)H | 0.98 (mmol/L)L | | 146 (g/L) |
| Final Study Visit | V23 | 2005-12-08 (508) | NA | 5.2 (mmol/L) | 5.1 (%) | 2.88 (mmol/L)H | 5.08 (mmol/L) | 1.01 (mmol/L)L | | 135 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-07-12 (-7) | NA | 305 (x10E9/L) | 12.4 (x10E9/L) | 9.56 (x10E9/L)H | 23 (IU/L) | 13 (IU/L) | 80 (umol/L) | 2.07 (mIU/L) | 9.8 (pmol/L) |
| Visit prior to Event | V7 | 2005-05-19 (80) | QUETIAPINE 700 | 349 (x10E9/L) | 16.6 (x10E9/L) | 12.17 (x10E9/L)H | 14 (IU/L)H | 11 (IU/L) | 115 (umol/L)H | 4.71 (mIU/L) | 9.7 (pmol/L)L |
| Visit after Event | V11 | 2005-09-14 (198) | QUETIAPINE 600 | 305 (x10E9/L) | 13.0 (x10E9/L) | 9.56 (x10E9/L)H | 18 (IU/L) | 22 (IU/L) | 88 (umol/L) | 4.12 (mIU/L) | 9.9 (pmol/L) |
| Final Study Visit | V23 | 2005-12-08 (508) | NA | 336 (x10E9/L) | 14.9 (x10E9/L)H | 10.97 (x10E9/L) | 22 (IU/L) | 18 (IU/L) | 80 (umol/L) | 5.84 (mIU/L)H | 12.1 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range.     H=above normal range.   NR=not recorded     * = unscheduled visit

5

2371

CONFIDENTIAL
AZSER12775044

Narrative event
SAE

Study phase-treatment during which event occurred
Randomized - QUETIAPINE 700

Subject identifier
D1447C00127/E0083029

## Weight: Include only if DAE due to weight

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2372

6

CONFIDENTIAL
AZSER12775045

| | | | **Narrative event** |
| | | | SAE |

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 700

**Subject identifier**
D1447C00127/E0083029

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-06-09 (-40) | 2006-01-06 (312)# | Yes | LORAZEPAM | 1.5 MG | PRN FOR BIPOLAR D/O |
| 2004-06-18 (-31)# | 2005-06-08 (100) | No | CALCIUM CARBONATE | 2 TABS | PRN FOR GASTROESOPHAGEAL REFLUX |
| 2004-06-18 (-31)# | 2006-01-06 (312)# | Yes | ATORVASTATIN | 10 MG | HYPERCHOLESTEROLEMIA |
| 2004-06-18 (-31)# | 2006-01-06 (312)# | Yes | PARACETAMOL | 650 MG | PRN FOR RECURRENT HEADACHES |
| 2004-07-15 (-4) | 2006-01-06 (312)# | Yes | PARACETAMOL | 1000 MG | PRN FOR RECURRENT BACK PAIN |
| 2004-12-07 (142) | 2006-01-06 (312)# | Yes | LITHIUM | 1125 MG | BIPOLAR I D/O |
| 2005-02-11 (208) | 2006-01-06 (312)# | Yes | BENZATROPINE | 2 MG | AKATHISIA |
| 2005-04-25 (56) | 2005-08-16 (169) | No | LITHIUM | 900 MG | BIPOLAR I D/O |
| 2005-06-06 (98) | 2005-06-07 (99) | No | BENZONATATE | 100 MG | PRN COUGH |
| 2005-06-06 (98) | 2005-06-07 (99) | No | PROMETHAZINE | 50 MG | PRN NAUSEA |
| 2005-06-06 (98) | 2005-06-07 (99) | No | TUSSEND | 5 ML | PRN COUGH |
| 2005-06-10 (102) | 2005-07-10 (132) | No | PANTOPRAZOLE | 40 MG | REFLUX ESOPHAGITIS |
| 2005-06-13 (105) | 2005-07-13 (135) | No | MAGNESIUM OXIDE | 1600 MG | HYPOMAGNESIA |
| 2005-06-13 (105) | 2005-07-13 (135) | No | NEUTRA-PHOS-K | 3 PACKETS | HYPOPHORPHATEMIA |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2373

7

CONFIDENTIAL
AZSER12775046

**START OF E NARRATIVE**

Subject identifier
D1447C00127/E0085008

Study phase-treatment during which event occurred
Randomized - QUETIAPINE 400

**Narrative event:**

Death:          No

SAE:            MALIGNANT MELANOMA

DAE:            No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 27 | Male | Caucasian | 97 | 2004-07-23 | 2004-10-27 | QUETIAPINE 400 | 2006-08-16 | Other (sponsor decision) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| 657 | 2004-10-28 | 2006-08-15 |

**Medical History:**

Current:        penicillin allergy, codeine allergy, ceclor allergy, intermittent headaches, seasonal allergies, bilateral tremor

Past:

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

2374

1

**Subject identifier**
D1447C00127/E0085008

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2004-07-17 (-6) | 2004-07-17 (-6) | NAUSEA(NAUSEA) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 200 | 2004-07-30 (8) | 2004-08-02 (11) | DIZZINESS(DIZZINESS) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2004-08-04 (13) | 2004-08-10 (19) | SEDATION(SEDATION) | 9.1 | Resolved | Yes | No | No | Mild |
| RD | QUETIAPINE 400 | 2005-01-05 (70) | 2005-01-17 (82) | TREMOR(RIGHT HAND TREMORS) | 9.1 | Resolved | No | No | No | Mild |
| RD | QUETIAPINE 400 | 2005-03-23 (147) | 2005-03-27 (151) | STOMACH DISCOMFORT(UPSET STOMACH) | 9.1 | Resolved | Yes | No | No | Mild |
| RD | QUETIAPINE 400 | 2005-05-16 (201) | 2005-05-16 (201) | MALIGNANT MELANOMA(SURGICAL REMOVAL OF MELANOMA OF SKIN ON SHOULDER SURG) | 9.1 | Resolved | No | No | No | Severe |
| RD | QUETIAPINE 400 | 2005-05-30 (215) | 2005-07-26 (272) | MALIGNANT MELANOMA(MELANOMA) | 9.1 | Resolved | No | No | Yes / {HO} | Moderate |
| RD | QUETIAPINE 400 | 2005-06-01 (217) | NA | TREMOR(BILATERAL HAND TREMORS) | 9.1 | Continuing | Yes | No | No | Mild |
| RD | QUETIAPINE 400 | 2005-06-23 (239) | 2005-06-23 (239) | LYMPHOMA(CANCEROUS LYMPH NODE SURGICAL REMOVAL) | 9.1 | Resolved | No | No | No | Severe |
| RD | QUETIAPINE 400 | 2005-09-05 (313) | 2005-09-19 (327) | HEADACHE(HEADACHES) | 9.1 | Resolved | No | No | No | Moderate |
| RD | QUETIAPINE 400 | 2005-11-25 (394) | 2005-11-30 (399) | BACK PAIN(BACK PAIN) | 9.1 | Resolved | No | No | No | Severe |
| RD | QUETIAPINE 400 | 2006-06-07 (588) | 2006-07-31 (642) | STOMACH DISCOMFORT(UPSET STOMACH) | 9.1 | Resolved | No | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2375

2

CONFIDENTIAL
AZSER12775048

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0085008 | Randomized - QUETIAPINE 400 | SAE |

**Descriptive text:**

{MELANOMA} A report was received from an investigator concerning a 28 year old male patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  Concomitant drugs included valproate semisodium.  The patient had a history of asthma.  The patient began study drug on 24-NOV-2004 and experienced melanoma which started on 30-MAY-2005. The event was considered serious due to hospitalization. The patient recovered without sequelae.  The investigator considered that there was no relationship between the event and the study medication.

2376

3

CONFIDENTIAL
AZSER12775049

**Subject identifier**
D1447C00127/E0085008

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

**Narrative event**
SAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-07-16 (-7) | NA | | 5.1 (%) | 4.59 (mmol/L)H | 6.94 (mmol/L)H | 1.06 (mmol/L) | | 155 (g/L) |
| Visit prior to Event | V11 | 2005-05-16 (201) | QUETIAPINE 400 | 6.5 (mmol/L) | 5.5 (%) | 8.99 (mmol/L)H | 6.68 (mmol/L)H | 1.01 (mmol/L)L | | 151 (g/L) |
| Visit after Event | V14 | 2005-08-08 (285) | QUETIAPINE 400 | 5.4 (mmol/L) | 5.5 (%) | 9.86 (mmol/L)H | 6.92 (mmol/L)H | 1.01 (mmol/L)L | | 144 (g/L) |
| Final Study Visit | V23* | 2006-08-16 (755) | NA | | 5.8 (%) | 5.25 (mmol/L)H | 6.06 (mmol/L)H | 0.91 (mmol/L)L | | 152 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-07-16 (-7) | NA | 225 (x10E9/L) | 8.7 (x10E9/L) | 5.97 (x10E9/L) | 45 (IU/L) | 24 (IU/L) | 97 (umol/L) | 0.52 (mIU/L) | 14.1 (pmol/L) |
| Visit prior to Event | V11 | 2005-05-16 (201) | QUETIAPINE 400 | 194 (x10E9/L) | 7.9 (x10E9/L) | 4.40 (x10E9/L) | 110 (IU/L)H | 52 (IU/L)H | 80 (umol/L) | 2.51 (mIU/L) | 15.5 (pmol/L) |
| Visit after Event | V14 | 2005-08-08 (285) | QUETIAPINE 400 | 241 (x10E9/L) | 7.4 (x10E9/L) | 4.07 (x10E9/L) | 178 (IU/L)H | 118 (IU/L)H | 80 (umol/L) | 3.75 (mIU/L) | 13.8 (pmol/L) |
| Final Study Visit | V23* | 2006-08-16 (755) | NA | 219 (x10E9/L) | 5.3 (x10E9/L) | 2.67 (x10E9/L) | 70 (IU/L)H | 44 (IU/L) | 97 (umol/L) | | |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range, H=above normal range, NR=not recorded   * - unscheduled visit

4

2377

CONFIDENTIAL
AZSER12775050

| | Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|---|
| | D1447C00127/E0085008 | Randomized - QUETIAPINE 400 | SAE |

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2378

CONFIDENTIAL
AZSER12775051

**Subject identifier**
D1447C00127/E0085008

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-08-01 (10) | 2006-09-14 (687)# | Yes | VITAMINS NOS | 1 TABLET | SUPPLEMENT |
| 2004-09-03 (43) | 2006-09-14 (687)# | Yes | LORATADINE | 10 MG | SEASONAL ALLERGIES |
| 2004-10-05 (75) | 2006-09-14 (687)# | Yes | VALPROIC ACID | 2000 MG | BIPOLAR |
| 2005-03-23 (147) | 2006-09-14 (687)# | Yes | VALPROIC ACID | 2500 | BIPOLAR |
| 2005-06-23 (239) | 2005-06-23 (239) | No | ANAESTHETICS | | SURGERY |
| 2005-06-23 (239) | 2005-06-23 (239) | No | FENTANYL | | SURGERY |
| 2005-06-23 (239) | 2005-06-23 (239) | No | LIDOCAINE | | SURGERY |
| 2005-06-23 (239) | 2005-06-23 (239) | No | MIDAZOLAM | | SURGERY |
| 2005-06-23 (239) | 2005-06-23 (239) | No | NITROUS OXIDE | | SURGERY |
| 2005-06-23 (239) | 2005-06-23 (239) | No | ONDANSETRON | | SURGERY |
| 2005-06-23 (239) | 2005-06-23 (239) | No | SEVOFLURANE | | CANCEROUS LYMPH NODES SURGERY |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2379

6

CONFIDENTIAL
AZSER12775052

**START OF E NARRATIVE**

**Subject identifier**
D1447C00127/E0085011

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE, DAE

**Narrative event:**

| | |
|---|---|
| Death: | No |
| SAE: | AGITATION, HALLUCINATION, VISUAL |
| DAE: | AGITATION, HALLUCINATION, VISUAL |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 26 | Male | Caucasian | 133 | 2004-08-23 | 2005-01-02 | QUETIAPINE 400 | 2005-01-02 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

**Medical History:**

| | |
|---|---|
| Current: | asthma, migraine |
| Past: | |

**Death information:**

| | |
|---|---|
| Date of death: | No death |
| Cause of death: | |
| Post-mortem: | |

2380

1

CONFIDENTIAL
AZSER12775053

**Subject identifier**
D1447C00127/E0085011

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 200 | 2004-08-30 (8) | NA | SEDATION(AM SEDATION) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 200 | 2004-09-02 (11) | 2004-09-02 (11) | NAUSEA(NAUSEA) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 200 | 2004-09-02 (11) | 2004-09-02 (11) | VOMITING(VOMITING) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2004-09-18 (27) | 2004-10-25 (64) | HEADACHE(INTERMITTENT HEADACHES) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2004-10-04 (43) | 2004-11-15 (85) | DYSARTHRIA(SLURRED SPEECH) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2004-11-06 (76) | 2004-11-15 (85) | INFLUENZA LIKE ILLNESS(FLU LIKE SYMPTOMS) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2004-12-13 (113) | NA | SOMNOLENCE(DROWSY) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-01-01 (132) | NA | AGITATION(AGITATION) | 9.1 | Continuing | No | Yes | Yes / {HO} | Severe |
| OL | QUETIAPINE 400 | 2005-01-02 (133) | NA | HALLUCINATION, VISUAL(VISUAL HALLUCINATIONS) | 9.1 | Continuing | No | Yes | Yes / {HO} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2381

CONFIDENTIAL
AZSER12775054

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0085011 | Open Label - QUETIAPINE 400 | SAE, DAE |

**Descriptive text:**

{AGITATION, VISUAL HALLUCINATIONS} A report was received from an investigator concerning a 27 year old male patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included albuterol for asthma and lithium for bipolar. The patient had a history of visual hallucinations, manic episodes, depressive episodes and migraines. The patient began study drug on 05-SEP-2004 and experienced agitation which started on 01-JAN-2005 and visual hallucinations which started on 02-JAN-2005. The event(s) were considered serious due to hospitalization. The investigator considered the event(s) to be unrelated to the study therapy.

3

2382

CONFIDENTIAL
AZSER12775055

**Subject identifier**
D1447C00127/E0085011

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE, DAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-08-16 (-6) | NA | | 5.2 (%) | 2.37 (mmol/L) | 4.74 (mmol/L) | 0.83 (mmol/L)L | | 161 (g/L) |
| Visit prior to Event | S6 | 2004-11-18 (88) | QUETIAPINE 400 | 4.3 (mmol/L) | 4.9 (%) | | | | | 160 (g/L) |
| Final Study Visit | S6 | 2004-11-18 (88) | QUETIAPINE 400 | 4.3 (mmol/L) | 4.9 (%) | | | | | 160 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-08-16 (-6) | NA | 214 (x10E9/L) | 7.0 (x10E9/L) | 3.30 (x10E9/L) | 70 (IU/L)H | 39 (IU/L) | 106 (umol/L) | 1.23 (mIU/L) | 13.9 (pmol/L) |
| Visit prior to Event | S6 | 2004-11-18 (88) | QUETIAPINE 400 | 222 (x10E9/L) | 7.6 (x10E9/L) | 4.28 (x10E9/L) | | | | | |
| Final Study Visit | S6 | 2004-11-18 (88) | QUETIAPINE 400 | 222 (x10E9/L) | 7.6 (x10E9/L) | 4.28 (x10E9/L) | | | | | |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

2383

4

CONFIDENTIAL
AZSER12775057

Narrative event
SAE, DAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Subject identifier
D1447C00127/E0085011

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2384

5

Narrative event
SAE, DAE

**Subject identifier**
D1447C00127/E0085011

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-07-23 (-31)# | 2005-02-01 (163)# | Yes | SALBUTAMOL | 1 PUFF | ASTHMA |
| 2004-10-13 (52) | 2005-02-01 (163)# | Yes | LITHIUM | 1200 MG | BIPOLAR |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2385

6

CONFIDENTIAL
AZSER12775058

**START OF E NARRATIVE**

| | |
|---|---|
| **Subject identifier** | **Study phase-treatment during which event occurred** | **Narrative event** |
| D1447C00127/E0086022 | Randomized - QUETIAPINE 400 | SAE |

**Narrative event:**

| | |
|---|---|
| Death: | No |
| SAE: | CHOLECYSTITIS |
| DAE: | No |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 52 | Female | Caucasian | 113 | 2004-12-23 | 2005-04-14 | QUETIAPINE 400 | 2005-09-30 | Development of Study-Specific Discontinuation Criteria (mood event) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| 168 | 2005-04-15 | 2005-09-29 |

**Medical History:**

| | |
|---|---|
| Current: | hypothyroidism, penicillin allergy, sulfa allergy |
| Past: | |

**Death information:**

| | |
|---|---|
| Date of death: | No death |
| Cause of death: | |
| Post-mortem: | |

1

2386

CONFIDENTIAL
AZSER12775059

**Subject identifier** D1447C00127/E0086022

**Study phase-treatment during which event occurred** Randomized - QUETIAPINE 400

**Narrative event** SAE

Adverse event information:

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discontinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2004-12-26 (4) | 2005-01-02 (11) | STOMACH DISCOMFORT(STOMACH DISCOMFORT) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 200 | 2004-12-27 (5) | 2004-12-29 (7) | NAUSEA(NAUSEA) | 9.1 | Resolved | No | No | No | Severe |
| OL | QUETIAPINE 400 | 2005-01-05 (14) | 2005-04-05 (104) | INCREASED APPETITE(INCREASED APPETITE) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-01-07 (16) | 2005-06-13 (173) | WEIGHT INCREASED(WEIGHT GAIN) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-02-03 (43) | 2005-03-03 (71) | STOMACH DISCOMFORT(STOMACH UPSET) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-02-10 (50) | NA | SEDATION(SEDATION IN AM) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-02-10 (50) | 2005-03-04 (72) | BRONCHITIS(BRONCHITIS) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 600 | 2005-03-26 (94) | 2005-03-31 (99) | GASTROENTERITIS VIRAL(STOMACH FLU) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 600 | 2005-04-01 (100) | NA | TACHYCARDIA(TACYCARDIA, INTERMITTENT) | 9.1 | Continuing | No | No | No | Moderate |
| OL | QUETIAPINE 600 | 2005-04-01 (100) | NA | INSOMNIA(INSOMNIA) | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 600 | 2005-04-01 (100) | NA | HYPOVENTILATION(SHALLOW BREATHING, INTERMITTENT) | 9.1 | Continuing | No | No | No | Moderate |
| RD | QUETIAPINE 600 | 2005-04-16 (2) | 2005-04-18 (4) | INFLUENZA(FLU SYMPTOMS) | 9.1 | Resolved | No | No | No | Moderate |
| RD | QUETIAPINE 700 | 2005-05-08 (24) | 2005-05-08 (24) | DIARRHOEA(DIARHREA) | 9.1 | Resolved | No | No | No | Moderate |
| RD | QUETIAPINE 700 | 2005-05-08 (24) | 2005-05-10 (26) | NAUSEA(NAUSEA) | 9.1 | Resolved | No | No | No | Severe |

2

2387

CONFIDENTIAL
AZSER12775060

**Subject identifier**
D1447C00127/E0086022

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

**Narrative event**
SAE

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| RD | QUETIAPINE 400 | 2005-06-07 (54) | 2005-06-09 (56) | PANIC ATTACK(PANIC ATTACKS) | 9.1 | Resolved | No | No | No | Moderate |
| RD | QUETIAPINE 400 | 2005-06-07 (54) | 2005-06-20 (67) | CHOLECYSTITIS(CHOLECYSTITIS) | 9.1 | Resolved | No | No | Yes / {HO} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

3

2388

CONFIDENTIAL
AZSER12775061

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0086022 | Randomized - QUETIAPINE 400 | SAE |

**Descriptive text:**

{CHOLECYSTITIS} A report was received from an investigator concerning a 52-year-old female patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included levothyroxine sodium for hypothyroidism, estradiol, lithium for bipolar disorder, Estratest, lorazepam for insomnia, and metformin for weight gain. The patient had a history of hypothyroidism, penicillin and sulfa allergy, and hysterectomy. The patient began study drug on 23-DEC-2004. The patient experienced nausea, vomiting, and abdominal pain for five days and was hospitalized on 07-JUN-2005 with diagnoses of dehydration and acute cholecystitis. Physical exam noted right upper quadrant tenderness and epigastric tenderness. The assessment was dehydration and probable acute cholelithiasis. Abdominal CT scan on 08-Jun-2005 revealed high probability of pancreatic head lesion with extension to stomach, common bile duct dilatation, and the gallbladder at the upper limits of normal size. On 08-Jun-2005, a gallbladder ultrasound showed dilatation of intrahepatic biliary radicles and common bile duct; no definite stone identified. On 10-Jun-2005, an MRI showed a small amount of sludge in the gallbladder and a small lesion in the left lobe of the liver of indeterminate etiology. Magnetic resonance cholangiopancreatography (MRCP) showed a small amount of sludge at neck of gallbladder, a stone could be masked at this level, a normal biliary ductal system and no obstructive biliary lesion. An esophagogastroduodenoscopy on 10-Jun-2005 revealed acute antral gastritis, hemorrhagic gastritis involving the fundus of the stomach, and grade C distal esophagitis (these findings were not considered serious). Treatment included hydration, antibiotics, Actigall, Reglan, and Zantac. The patient improved markedly and was discharged on 11-Jun-2005. Final primary diagnosis was calculus cholecystitis. Other diagnoses were dehydration, mass of the pancreatic head, severe gastritis, and gastroesophageal reflux disease with grade C distal esophagitis. These other diagnoses were considered incidental to the primary event of cholecystitis. Discharge medications included Prevacid, Actigall and Reglan. The patient was readmitted on 20-Jun-2005 with recurrent upper abdominal pain. Admission diagnoses were acute calculus cholecystitis, chronic cholecystitis, and questionable lesion of left lobe of liver. Liver nodule biopsy revealed a subcapsular benign hepatic nodule. A cholecystectomy was performed that same day. The patient recovered on 20-Jun-2005 and was discharged on 24-Jun-2005. Final diagnoses were chronic calculus cholecystitis, subcapsular benign hepatic nodule, iron deficiency anemia, and hypothyroidism. Study therapy had been temporarily stopped on 19-Jun-2005 and was re-started on 22-Jun-2005. The event was considered serious due to hospitalization. The investigator considered the event to be unrelated to the study therapy.

2389

4

CONFIDENTIAL
AZSER12775062

**Subject identifier**
D1447C00127/E0086022

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

**Narrative event**
SAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-12-17 (-6) | NA | 4.8 (mmol/L) | 4.7 (%) | 2.20 (mmol/L) | 3.60 (mmol/L) | 0.73 (mmol/L)L | | 141 (g/L) |
| Visit prior to Event | V2 | 2005-04-21 (7) | QUETIAPINE 600 | | 4.8 (%) | 2.75 (mmol/L) | | | | 136 (g/L) |
| Visit after Event | V7 | 2005-07-08 (85) | QUETIAPINE 700 | | 5.0 (%) | 2.75 (mmol/L) | 3.44 (mmol/L) | 0.73 (mmol/L)L | | 126 (g/L) |
| Final Study Visit | V23 | 2005-09-30 (282) | NA | | 5.0 (%) | 1.56 (mmol/L) | 3.83 (mmol/L) | 1.04 (mmol/L) | | 130 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-12-17 (-6) | NA | 241 (x10E9/L) | 4.4 (x10E9/L) | 2.25 (x10E9/L) | 16 (IU/L) | 16 (IU/L) | 71 (umol/L) | 0.08 (mIU/L)L | 25.5 (pmol/L) H |
| Visit prior to Event | V2 | 2005-04-21 (7) | QUETIAPINE 600 | 309 (x10E9/L) | 4.8 (x10E9/L) | 2.32 (x10E9/L) | 10 (IU/L) | 14 (IU/L) | | | |
| Visit after Event | V7 | 2005-07-08 (85) | QUETIAPINE 700 | 453 (x10E9/L)H | 5.5 (x10E9/L) | 3.03 (x10E9/L) | 11 (IU/L) | 17 (IU/L) | 88 (umol/L) | 5.14 (mIU/L) | 11.6 (pmol/L) |
| Final Study Visit | V23 | 2005-09-30 (282) | NA | 278 (x10E9/L) | 4.3 (x10E9/L) | 2.35 (x10E9/L) | 11 (IU/L) | 17 (IU/L) | 88 (umol/L) | 2.37 (mIU/L) | 13.8 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range.  H=above normal range.  NR=not recorded    * - unscheduled visit

2390

5

CONFIDENTIAL
AZSER12775063

Narrative event
SAE

Subject identifier
D1447C00127/E0086022

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

6

2391

CONFIDENTIAL
AZSER12775064

| | Subject identifier | Study phase-treatment during which event occurred | | Narrative event |
|---|---|---|---|---|
| | D1447C00127/E0086022 | Randomized - QUETIAPINE 400 | | SAE |

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-11-22 (-31)# | 2005-10-29 (198)# | Yes | ESTROGENS | 1 MG | HYSTERECTOMY |
| 2004-12-29 (7) | 2005-10-29 (198)# | Yes | LITHIUM | 900 MG | BIPOLAR DISORDER |
| 2005-02-10 (50) | 2005-10-29 (198)# | Yes | ESTRATEST HS | 1 TAB | HORMONE REPLACEMENT |
| 2005-04-15 (1) | 2005-08-04 (112) | No | LORAZEPAM | 1 MG | INSOMNIA |
| 2005-06-08 (55) | 2005-06-14 (61) | No | URSODEOXYCHOLIC ACID | 600 MG | CHOLELITHASIS |
| 2005-06-08 (55) | 2005-07-06 (83) | No | METOCLOPRAMIDE | 40 MG | CHOLELITHASIS |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

7

2392

CONFIDENTIAL
AZSER12775065

**START OF E NARRATIVE**

| | | | Narrative event |
|---|---|---|---|
| Subject identifier | | Study phase-treatment during which event occurred | SAE |
| D1447C00127/E0088009 | | Open Label - QUETIAPINE 500 | |

**Narrative event:**

Death:          No

SAE:            CELLULITIS, HAEMOPTYSIS, LOBAR PNEUMONIA, PULMONARY EMBOLISM

DAE:            No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 50 | Male | Caucasian | 225 | 2005-05-02 | 2005-12-12 | QUETIAPINE 500 | 2006-02-03 | Development of Study-Specific Discontinuation Criteria (depressed mood event) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| 42 | 2005-12-13 | 2006-01-23 |

**Medical History:**

Current:      hypercholesterolemia, hypertriglyceridemia, small, scattered hemangiones bilateral forearms, nocturia

Past:          l5-s1 herniated disc, injured (l) tympanic membrane

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

2393

1

CONFIDENTIAL
AZSER12775066

**Subject identifier**
D1447C00127/E0088009

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | MedDRA term (investigator text) | Date started (study day) | Date stopped (study day) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | WEIGHT INCREASED(WEIGHT GAIN) | 2005-04-25 (-7) | 2005-05-01 (-1) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 300 | WEIGHT INCREASED(WEIGHT GAIN) | 2005-05-02 (1) | NA | 9.1 | Continuing | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | CONSTIPATION(CONSTIPATION) | 2005-05-22 (21) | 2005-08-07 (98) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 500 | OEDEMA PERIPHERAL(PEDAL EDEMA) | 2005-06-21 (51) | 2005-09-26 (148) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 500 | PULMONARY EMBOLISM(MULTIPLE BILATERAL PULMONARY EMBOLISMS) | 2005-06-27 (57) | 2005-07-05 (65) | 9.1 | Resolved | No | No | Yes/{HO} | Severe |
| OL | QUETIAPINE 500 | HYPOAESTHESIA(NUMBNESS (L) LOWER EXTREMITY) | 2005-06-28 (58) | NA | 9.1 | Continuing | No | No | No | Moderate |
| OL | QUETIAPINE 500 | HAEMOPTYSIS(COUGHING UP BLOOD) | 2005-07-05 (65) | 2005-07-08 (68) | 9.1 | Resolved | No | No | Yes/{HO} | Severe |
| OL | QUETIAPINE 600 | DYSPNOEA(INTERMEDIATE DYSPNEA) | 2005-07-25 (85) | 2005-09-26 (148) | 9.1 | Resolved | No | No | No | Severe |
| OL | QUETIAPINE 700 | PAIN IN EXTREMITY((R) LATERAL UPPER LEG PAIN) | 2005-09-01 (123) | 2005-10-22 (174) | 9.1 | Resolved | No | No | No | Severe |
| OL | QUETIAPINE 700 | CELLULITIS(RIGHT LOWER EXTREMITY CELLULITIS) | 2005-10-11 (163) | 2005-10-14 (166) | 9.1 | Resolved | No | No | Yes/{HO} | Severe |
| OL | QUETIAPINE 700 | LOBAR PNEUMONIA(RIGHT LOWER LOBE PNEUMONIA) | 2005-10-11 (163) | 2005-10-14 (166) | 9.1 | Resolved | No | No | Yes/{HO} | Severe |
| OL | QUETIAPINE 700 | TOOTHACHE(TOOTHACHE) | 2005-12-09 (222) | 2005-12-22 (235) | 9.1 | Resolved | No | No | No | Severe |
| RD | PLACEBO 700 | POLYURIA(POLYURIA) | 2005-12-19 (7) | 2006-01-27 (46) | 9.1 | Resolved | No | No | No | Moderate |

2394

2

CONFIDENTIAL
AZSER12775067

**Subject identifier**
D1447C00127/E0088009

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event**
SAE

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| RD | PLACEBO 700 | 2005-12-23 (11) | NA | TREMOR(TREMOR) | 9.1 | Continuing | No | No | No | Moderate |
| RD | PLACEBO 700 | 2005-12-23 (11) | 2005-12-31 (19) | VOMITING(VOMITING) | 9.1 | Resolved | No | No | No | Severe |
| RD | PLACEBO 700 | 2005-12-23 (11) | 2006-01-18 (37) | NAUSEA(NAUSEA) | 9.1 | Resolved | No | No | No | Severe |
| RD | PLACEBO 700 | 2006-01-03 (22) | 2006-01-16 (35) | PHOTOPSIA(SEEING FLASHES OF LIGHT) | 9.1 | Resolved | No | No | No | Moderate |
| RD | PLACEBO 700 | 2006-01-06 (25) | 2006-01-12 (31) | THERAPEUTIC AGENT TOXICITY(TOXIC LITHIUM LEVEL) | 9.1 | Resolved | No | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

3

2395

CONFIDENTIAL
AZSER12775068

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| DI447C00127/E0088009 | Open Label - QUETIAPINE 500 | SAE |

**Descriptive text:**

{MULTIPLE BILATERAL PULMONARY EMBOLISMS} A report was received from an investigator concerning a 51-year-old male patient enrolled in a double-blind, phase III comparison of the efficacy and safety of quetiapine fumarate to placebo when used as adjunct to mood stabilizers (lithium or divalproex) in the maintenance treatment of Bipolar I disorder in adult patients. Concomitant drugs included lithium carbonate and atorvastatin. The patient has a history of elevated cholesterol and triglycerides and L5-S1 bulging disc repair surgery in Dec-1977. The patient began blinded study drug on 02-May-2005. On 21-Jun-2005, the patient was electively admitted to the hospital for non-urgent back surgery and was discharged on 23-Jun-2005. On 27-Jun-2005, the patient was re-admitted for multiple bilateral pulmonary embolisms. Further evaluation revealed the origin of the blood clots was in the patient's leg. The patient was treated with heparin and warfarin. The event resolved on 04-Jul-2005 and the patient was discharged on the same day on warfarin therapy. The investigator considered the event to be unrelated to the study therapy.

{COUGHING UP BLOOD} A report was received from an investigator concerning a 51 year old male patient enrolled in study DI447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included lithium carbonate for bipolar disorder and atorvastatin for elevated cholesterol. The patient had a history of multiple bilateral pulmonary emboli and L5 - S1 bulging disc repair surgery. The patient began study drug on 02-MAY-2005. The patient received Coumadin (warfarin sodium) and heparin therapy for previous pulmonary emboli. The experienced coughing up blood which started on 05-JUL-2005. The event(s) were considered serious due to hospitalization. The patient recovered without sequelae. The patient has continued on warfarin sodium, tolerating his other medications well and reports having a "very good" energy. At his clinic visit on 22-Aug-2005, the patient reported an episode of dyspnea since 25-Jul-2005. The investigator considered the event to be unrelated to the study therapy. The investigator considered the event related to therapy with Coumadin and heparin.

{RIGHT LOWER EXTREMITY CELLULITIS, RIGHT LOWER LOBE PNEUMONIA} A report was received from an investigator concerning a 51-year-old male patient enrolled in study DI447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included warfarin sodium for pulmonary emboli, lithium for mood stabilizer, atorvastatin for high cholesterol and lortab for back pain. The patient had a history of deep vein thrombosis, bipolar disorder and back surgery. The patient began open label study drug on 05-Nov-2004. On 11-Oct-2005, the patient was hospitalized due to right lower extremity cellulitis and right lower lobe pneumonia. The patient reported having shortness of breath for three days and a cough for three weeks prior to admission. On admission, pain, swelling, redness and 1+ edema were noted of the right lower extremity extending to the distal calf. Distal pulses were palpable and deep tendon reflexes were symmetrical bilaterally. The chest wall was symmetrical with respiration and a frequent, unproductive cough was noted. Occasional rhonchi were noted on auscultation. Laboratory data revealed a white blood cell count of 15.9 k/cmm. An electrocardiogram was read as normal. Doppler imaging of the right leg revealed deep veins that were clear and compressible. Chest x-ray showed no significant radiographic abnormalities. A computed tomography (CT) scan of the chest ruled out a pulmonary embolus, but was suspicious for a right lower lobe pneumonia. Lovenox therapy was started and his Coumadin was increased to obtain a therapeutic level. He was started on an oral antibiotic and both his right leg and pulmonary status improved. On 14-Oct-2005, the patient recovered without sequelae and was discharged from the hospital. The plan was to continue his Coumadin and ant ibiotic and to follow up with his primary care physician. Initially, the company physician considered the events of right lower extremity cellulitis and right lower lobe pneumonia to be unrelated to the study therapy. On follow up, the investigator considered the events of right lower extremity cellulitis and right lower lobe pneumonia to be unrelated to the study therapy.

2396

4

CONFIDENTIAL
AZSER12775069

**Narrative event** SAE

**Study phase-treatment during which event occurred** Open Label - QUETIAPINE 500

**Subject identifier** D1447C00127/E0088009

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-04-25 (-7) | NA | 4.8 (mmol/L) | 5.1 (%) | 0.98 (mmol/L) | 4.77 (mmol/L) | 1.45 (mmol/L) | | 136 (g/L) |
| Visit prior to Event | S4 | 2005-05-27 (26) | QUETIAPINE 500 | | | | | | | 139 (g/L) |
| Visit after Event | S6 | 2005-07-22 (82) | QUETIAPINE 600 | 6.1 (mmol/L) | 5.2 (%) | | | | | 117 (g/L)L |
| Final Study Visit | V23 | 2006-02-03 (278) | NA | 5.7 (mmol/L) | 5.2 (%) | 4.51 (mmol/L)H | 6.63 (mmol/L)H | 1.14 (mmol/L) | | 148 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-04-25 (-7) | NA | 232 (x10E9/L) | 7.2 (x10E9/L) | 4.74 (x10E9/L) | 35 (IU/L) | 24 (IU/L) | 80 (umol/L) | 2.09 (mIU/L) | 13.3 (pmol/L) |
| Visit prior to Event | S4 | 2005-05-27 (26) | QUETIAPINE 500 | 215 (x10E9/L) | 7.9 (x10E9/L) | 4.71 (x10E9/L) | | | | | |
| Visit after Event | S6 | 2005-07-22 (82) | QUETIAPINE 600 | 250 (x10E9/L) | 7.3 (x10E9/L) | 4.22 (x10E9/L) | | | | | |
| Final Study Visit | V23 | 2006-02-03 (278) | NA | 220 (x10E9/L) | 9.4 (x10E9/L) | 6.44 (x10E9/L) | 50 (IU/L)H | 30 (IU/L) | 97 (umol/L) | 2.49 (mIU/L) | 11.6 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range. H=above normal range. NR=not recorded    * - unscheduled visit

5

2397

CONFIDENTIAL
AZSER12775070

**Narrative event**
SAE

**Subject identifier**
D1447C00127/E0088009

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

6

2398

CONFIDENTIAL
AZSER12775071

---

**Subject identifier**
D1447C00127/E0088009

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 500

**Narrative event**
SAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-04-01 (-31)# | 2005-08-15 (106) | No | VICODIN | 3 TABLETS | BACK PAIN |
| 2005-05-02 (1) | 2005-09-19 (141) | No | LITHIUM | 1200 QHS | BIPOLAR I |
| 2005-06-23 (53) | 2006-02-22 (72)# | Yes | ATORVASTATIN | 20 MG | HIGH CHOLESTEROL/HIGH TRIGLYCERIDES |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2399

7

CONFIDENTIAL
AZSER12775072

# START OF E NARRATIVE

**Subject identifier**
D1447C00127/E0088015

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 50

## Narrative event:

| | |
|---|---|
| Death: | No |
| SAE: | CARDIAC FAILURE CONGESTIVE, RESPIRATORY FAILURE |
| DAE: | SEDATION |

## Baseline information and summary of treatment:

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 38 | Female | Caucasian | 4 | 2005-08-26 | 2005-08-29 | QUETIAPINE 50 | 2005-09-15 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| NA | | |

## Medical History:

| | |
|---|---|
| Current: | cervical muscle strain, severe obesity, hypertension, "cold immune disease", obstructive sleep apnea |
| Past: | |

## Death information:

| | |
|---|---|
| Date of death: | No death |
| Cause of death: | |
| Post-mortem: | |

2400

1

CONFIDENTIAL
AZSER12775073