**Subject identifier**
D1447C00127/E0088015

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 50

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2005-08-20 (-6) | 2005-08-26 (1) | SEDATION(SEDATION) | 9.1 | Resolved | No | Yes | No | Severe |
| PreTrt | | 2005-08-25 (-1) | 2005-08-25 (-1) | PYREXIA(FEVER) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 100 | 2005-08-27 (2) | 2005-09-06 (12) | SEDATION(SEDATION) | 9.1 | Resolved | Yes | Yes | No | Severe |
| OL | QUETIAPINE 50 | 2005-08-29 (4) | NA | CARDIAC FAILURE CONGESTIVE(CONGESTIVE HEART FAILURE) | 9.1 | Continuing | No | No | Yes / {HO} | Severe |
| OL | QUETIAPINE 50 | 2005-08-29 (4) | NA | OEDEMA PERIPHERAL(PEDAL EDEMA) | 9.1 | Continuing | No | No | No | Moderate |
| OL | QUETIAPINE 50 | 2005-08-29 (4) | 2005-09-06 (12) | RESPIRATORY FAILURE(RESPIRATORY FAILURE) | 9.1 | Resolved | Yes | No | Yes / {HO} | Severe |
| OffTrt | | 2005-09-06 (12) | NA | HYPERTENSION(HYPERTENSION) | 9.1 | Continuing | No | No | No | Mild |
| OffTrt | | 2005-09-06 (12) | NA | SLEEP APNOEA SYNDROME(OBSTRUCTIVE SLEEP APNEA) | 9.1 | Continuing | No | No | No | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2

CONFIDENTIAL
AZSER12775074

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| DI447C00127/E0088015 | Open Label - QUETIAPINE 50 | SAE, DAE |

**Descriptive text:**

{RESPIRATORY FAILURE} A report was received from an investigator concerning a 38-year-old female patient enrolled in study DI447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. The patient had a history of severe obesity. Upon follow-up, additional medical history included methamphetamine abuse (none in one year) and some type of immunodeficiency syndrome per the husband who was very unclear. The patient was also a smoker. Past surgical history included hernia repair and tubal ligation. Concomitant medication included valproate semisodium. The discharge summary also stated that the patient had been treated on some kind of supposedly trial of medications by her psychiatrist for her bipolar disorder. She had been on Seroquel and another unspecified antipsychotic. The patient began study drug with Seroquel (quetiapine fumarate) 50 mg daily on 19-Aug-2005. On 19-Aug-2005 she also started bupropion hydrochloride 500 mg at night and valproate semisodium 60 mg daily. She came in for her VS1 visit on 26-Aug-2005 and increased Seroquel study medication to 100 mg per day. She contacted the investigator on 29-Aug-2005 and reported that she was disoriented, could not get out of bed, and that her eyes were swollen shut. On 29-Aug-2005, the patient experienced excess sedation. The investigator lowered her Seroquel to 50 mg per day and referred her to a sleep study program at a hospital. The patient went to her appointment on 30-Aug-2005. Per the Consulting Psychiatrist at the hospital, the patient was observed having difficulty breathing. She was transferred to the hospital. On arrival, she was found to be hypersomnolent with oxygen saturations in the 50's and in acute respiratory failure. She was admitted to the ICU, aggressively diuresed, given Bi-level positive airway pressure (BiPAP), inhaled bronchodilators and corticosteroids, and the following medications were stopped: Seroquel, bupropion hydrochloride, and valproate semisodium. Her respiratory acidosis resolved with this treatment and she was then started on continuous positive airway pressure (15 cm of water) at night. Admitting diagnoses included acute on chronic respiratory failure with presumed obstructive sleep apnea/obesity hypoventilation syndrome, asthma history, smoker, elevated troponins likely to hypoxemia, bipolar disorder, hypertension and morbid obesity. On 31-Aug-2005, her blood pressure was 146/74, but according to the hospital notes, her initial diastolic blood pressure was over 100 and she was given Vasotec. Pulse was 85 and respirations 18. Oxygen saturations were 95% on BiPAP. She was awake, alert and oriented and denied any pain. Lung sounds revealed a few bibasilar crackles and she had 2+ bilateral lower extremity edema to above the knees. Initial arterial blood gases were pH 7.28 (7.35 - 7.45), PCO2 91 mmHg (35 - 45 mmHg), PO2 81 mmHg (80 - 100 mmHg), HCO3 42 mmol/L (19 - 30). By 03-Sep-2005, these had improved to pH 7.40 (7.35 - 7.45), PCO2 65 mmHg (35 - 45 mmHg), PO2 64 mmHg (80 - 100 mmHg), HCO3 39 mmol/L (19 - 30 mmol/L). She had mildly elevated troponin levels that decreased during the course of the admission, 0.38 - 0.11 ng (0.0 -0.04 ng). These were felt to be due to hypoxemia and heart strain. Creatine kinase level was 66 U (< 225 U) and B-type Natriuretic Peptide was 257 pg/ml (8 - 73 pg/ml). Valproic acid level was 27 (50.0 - 100.0 - no units given). A urine drug screen was negative. Electrocardiogram showed normal sinus rhythm at 86, with no ST-T changes. Chest x-ray revealed cardiomegaly and probably patchy, alveolar bilateral lower lobe infiltrates, all consistent with pulmonary edema. Echocardiogram showed a left ventricular ejection fraction of 55 - 60% (55 - 60%) and a myocardial perfusion scan showed no evidence of ischemia. Treatment included a low-dose angiotensin-converting enzyme inhibitor, a daily aspirin, diuresis, and continued use of continuous positive airway pressure at night. Medication for bipolar disorder was held while she was hospitalized. She did not require oxygen at the time of discharge. On 06-Sep-2005, the patient recovered without sequelae. She was discharged on 06-Sep-2005 with a sleep study scheduled for 07-Sep-2005, and a plan to follow up with her primary care physician in one week. The patient was to arrange her own psychiatry follow-up. Discharge diagnoses included presumed obstructive sleep apnea, obesity, hypoventilation syndrome, possible cor pulmonale, and questionable history of asthma. The investigator considered the event causally related to the study therapy with Seroquel and bupropion hydrochloride. Summary of follow-up information received by: AstraZeneca on 07-Nov-2005: added patient's ethnic origin; changed event verbatim from excess sedation to respiratory failure; updated case and event stop date from 01-Sep-2005 to 06-Sep-2005; added lab data and therapy dates and dosage of Depakote; event and case labeling updated from expected to unexpected; updated therapy dates for study drug; added indication for Depakote and updated dosage from 60 mg to 500 mg, added indication of depression for study drug.

2402

3

CONFIDENTIAL
AZSER12775075

**Subject identifier**
D1447C00127/E0088015

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 50

**Narrative event**
SAE, DAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Triglycerides | Total Cholesterol | HDL | LDL | Hemoglobin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-19 (-6) | NA | 8.3 (mmol/L)H | 7.0 (%)H | 0.96 (mmol/L) | 4.09 (mmol/L) | 1.17 (mmol/L) | | 148 (g/L) |
| Visit prior to Event | Enrollment | 2005-08-19 (-6) | NA | 8.3 (mmol/L)H | 7.0 (%)H | 0.96 (mmol/L) | 4.09 (mmol/L) | 1.17 (mmol/L) | | 148 (g/L) |
| Final Study Visit | V23 | 2005-09-15 (21) | NA | 10.1 (mmol/L)H | 7.5 (%)H | 1.29 (mmol/L) | 4.79 (mmol/L) | 1.24 (mmol/L) | | 144 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-08-19 (-6) | NA | 290 (x10E9/L) | 8.2 (x10E9/L) | 5.57 (x10E9/L) | 18 (IU/L) | 16 (IU/L) | 62 (umol/L) | 1.85 (mIU/L) | 14.6 (pmol/L) |
| Visit prior to Event | Enrollment | 2005-08-19 (-6) | NA | 290 (x10E9/L) | 8.2 (x10E9/L) | 5.57 (x10E9/L) | 18 (IU/L) | 16 (IU/L) | 62 (umol/L) | 1.85 (mIU/L) | 14.6 (pmol/L) |
| Final Study Visit | V23 | 2005-09-15 (21) | NA | 252 (x10E9/L) | 7.3 (x10E9/L) | 4.83 (x10E9/L) | 35 (IU/L) | 22 (IU/L) | 53 (umol/L) | 1.94 (mIU/L) | 13.2 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H= above normal range, NR=not recorded    * = unscheduled visit

2403

CONFIDENTIAL
AZSER12775076

Narrative event
SAE, DAE

**Subject identifier**
D1447C00127/E0088015

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 50

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2404

CONFIDENTIAL
AZSER12775077

**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00127/E0088015

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 50

## Medication information: Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-08-19 (-7) | 2005-08-30 (5) | No | VALPROIC ACID | 500 MG QHS | MOOD STABILIZER |
| 2005-09-06 (12) | 2005-09-07 (13) | No | PREDNISONE | 10 MG | SHORTNESS OF BREATH |
| 2005-09-06 (12) | 2005-09-28 (34)# | Yes | ACETYLSALICYLIC ACID | 81 MG | HIGH BLOOD PRESSURE |
| 2005-09-06 (12) | 2005-09-28 (34)# | Yes | FLUTICASONE | 220 MCG BID | SHORTNESS OF BREATH |
| 2005-09-06 (12) | 2005-09-28 (34)# | Yes | FUROSEMIDE | 60 MG | CONGESTIVE HEART FAILURE |
| 2005-09-06 (12) | 2005-09-28 (34)# | Yes | LISINOPRIL | 10 MG | HIGH BLOOD PRESSURE |
| 2005-09-06 (12) | 2005-09-28 (34)# | Yes | POTASSIUM | 10 MEQ | CONGESTIVE HEART FAILURE |
| 2005-09-06 (12) | 2005-09-28 (34)# | Yes | SALBUTAMOL | 2 PUFFS Q 4-6 HOURS, | SHORTNESS OF BREATH OR WHEEZING PRN |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2405

6

CONFIDENTIAL
AZSER12775078

**START OF E NARRATIVE**
Subject identifier
D1447C001271/E0092004

Study phase-treatment during which event occurred
Off Treatment - NA

Narrative event
SAE

**Narrative event:**

Death:               No

SAE:                 BIPOLAR I DISORDER

DAE:                 No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 28 | Male | Caucasian | 112 | 2004-10-07 | 2005-01-26 | NA | 2005-03-02 | Subject not Willing to Continue Study |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| 31 | 2005-01-27 | 2005-02-26 |

**Medical History:**

Current:             somnolence

Past:                (1) hip osteomyelitis with debridment

**Death information:**

Date of death:       No death

Cause of death:

Post-mortem:

2406

1

CONFIDENTIAL
AZSER12775079

Narrative event
SAE

**Subject identifier**
D1447C00127/E0092004

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2004-12-08 (63) | 2004-12-16 (71) | AKATHISIA(AKATHISIA) | 9.1 | Resolved | Yes | No | No | Moderate |
| OffTrt | | 2005-03-27 (60) | NA | BIPOLAR I DISORDER(BIPOLAR I DISORDER, MANIC EPISODE) | 9.1 | Continuing | No | No | Yes / {HO} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2407

CONFIDENTIAL
AZSER12775080

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0092004 | Off Treatment - NA | SAE |

**Descriptive text:**

{BIPOLAR I DISORDER, MANIC EPISODE}; A report was received from an investigator concerning a 29 year old male patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate  to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  Concomitant drugs included lithium carbonate for bipolar disorder.  The patient had a history of malaise.  On 27-Mar-2005 she experienced severe bipolar I disorder, manic episode and was hospitalized.  The investigator considered the event unrelated to the study therapy.

2408

3

CONFIDENTIAL
AZSER12775081

**Subject identifier**
D1447C00127/E0092004

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
SAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|-------|-------------|-------------------------------|--------------------------------|---------|-------|----------------|-------------------|-----|-----|-------------|
| Enrollment | Enrollment | 2004-09-30 (-7) | NA | 4.9 (mmol/L) | 5.6 (%) | 2.57 (mmol/L) | 5.98 (mmol/L)H | 1.19 (mmol/L) | | 149 (g/L) |
| Visit prior to Event | V4* | 2005-02-17 (22) | QUETIAPINE 400 | 5.1 (mmol/L) | 5.4 (%) | 3.94 (mmol/L)H | 4.90 (mmol/L) | 1.04 (mmol/L) | | 157 (g/L) |
| Final Study Visit | V4* | 2005-02-17 (22) | QUETIAPINE 400 | 5.1 (mmol/L) | 5.4 (%) | 3.94 (mmol/L)H | 4.90 (mmol/L) | 1.04 (mmol/L) | | 157 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|-------|-------------|-------------------------------|--------------------------------|----------------|-----------------|-------------|-----|-----|-----------|-----|-----|
| Enrollment | Enrollment | 2004-09-30 (-7) | NA | 212 (x10E9/L) | 5.6 (x10E9/L) | 3.54 (x10E9/L) | 60 (IU/L)H | 30 (IU/L) | 71 (umol/L) | 0.86 (mIU/L) | 10.8 (pmol/L) |
| Visit prior to Event | V4* | 2005-02-17 (22) | QUETIAPINE 400 | 230 (x10E9/L) | 7.4 (x10E9/L) | 4.94 (x10E9/L) | 48 (IU/L) | 26 (IU/L) | 80 (umol/L) | | |
| Final Study Visit | V4* | 2005-02-17 (22) | QUETIAPINE 400 | 230 (x10E9/L) | 7.4 (x10E9/L) | 4.94 (x10E9/L) | 48 (IU/L) | 26 (IU/L) | 80 (umol/L) | | |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

2409

4

CONFIDENTIAL
AZSER12775082

Narrative event
SAE

**Subject identifier**
D1447C00127/E0092004

**Study phase-treatment during which event occurred**
Off Treatment - NA

## Weight: Include only if DAE due to weight

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2410

5

CONFIDENTIAL
AZSER12775083

**START OF E NARRATIVE**

Subject identifier
D1447C00127/E0107013

Study phase-treatment during which event occurred
Off Treatment - NA

Narrative event
SAE, DAE

**Narrative event:**

Death: No

SAE: PNEUMONIA

DAE: PNEUMONIA

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 22 | Male | Caucasian | 57 | 2005-05-05 | 2005-06-30 | NA | 2005-08-05 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:

Past:

**Death information:**

Date of death: No death

Cause of death:

Post-mortem:

2411

1

CONFIDENTIAL
AZSER12775084

**Subject identifier**
D1447C00127/E0107013

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon- tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OffTrt | | 2005-07-01 (58) | 2005-07-15 (72) | PNEUMONIA(PNEUMONIA) | 9.1 | Resolved | No | Yes | Yes / {HO} | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2412

CONFIDENTIAL
AZSER12775085

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0107013 | Off Treatment - NA | SAE, DAE |

**Descriptive text:**

{PNEUMONIA} A report was received from an investigator concerning a 22-year-old male patient enrolled in study D1447C00127: A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included amitriptyline for bipolar I disorder, levothyroxine sodium for hyperthyroidism and bupropion hydrochloride for bipolar disorder. The patient began study drug and was hospitalized with moderate pneumonia on 01-Jul-2005. No laboratory tests were performed. The event was considered serious due to hospitalization. The patient recovered without sequelae. The patient was discharged on 05-Jul-2005 and event considered resolved on approximately 15-Jul-2005. The patient received the last dose of study therapy on 30-Jun-2005. The investigator considered the event of pneumonia to be unrelated to the study therapy.

2413

3

CONFIDENTIAL
AZSER12775086

**Narrative event**
SAE, DAE

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Subject identifier**
D1447C00127/E0107013

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Triglycerides | Total Cholesterol | HDL | LDL | Hemoglobin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-04-28 (-6) | NA | | 5.3 (%) | 1.34 (mmol/L) | 4.09 (mmol/L) | 1.11 (mmol/L) | | 132 (g/L) |
| Visit prior to Event | S4 | 2005-06-01 (28) | QUETIAPINE 800 | | | | | | | 134 (g/L) |
| Final Study Visit | S4 | 2005-06-01 (28) | QUETIAPINE 800 | | | | | | | 134 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-04-28 (-6) | NA | 250 (x10E9/L) | 9.5 (x10E9/L) | 4.08 (x10E9/L) | 15 (IU/L) | 16 (IU/L) | 88 (umol/L) | 3.65 (mIU/L) | 10.4 (pmol/L) |
| Visit prior to Event | S4 | 2005-06-01 (28) | QUETIAPINE 800 | 261 (x10E9/L) | 9.6 (x10E9/L) | 3.48 (x10E9/L) | | | | | |
| Final Study Visit | S4 | 2005-06-01 (28) | QUETIAPINE 800 | 261 (x10E9/L) | 9.6 (x10E9/L) | 3.48 (x10E9/L) | | | | | |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

2414

4

CONFIDENTIAL
AZSER12775087

**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00127/E0107013

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2415

CONFIDENTIAL
AZSER12775088

**Subject identifier**
D1447C00127/E0107013

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Medication information:  Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-04-04 (-31)# | 2005-07-30 (87)# | Yes | AMITRIPTYLINE | 50 MG | BIPOLAR |
| 2005-04-04 (-31)# | 2005-07-30 (87)# | Yes | LEVOTHYROXINE | 0.1 MG | HYPERTHYROIDISM |
| 2005-05-05 (1) | 2005-07-30 (87)# | Yes | VALPROIC ACID | 1000 MG | BIPOLAR |
| 2005-07-01 (58) | 2005-07-05 (62) | No | AZITHROMYCIN | 500 MG | PNEUMONIA |
| 2005-07-01 (58) | 2005-07-05 (62) | No | CEFUROXIME | 1550 MG | PNEUMONIA |
| 2005-07-01 (58) | 2005-07-05 (62) | No | PARACETAMOL | 650 MG | PNEUMONIA PRN |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2416

6

CONFIDENTIAL
AZSER12775089

**START OF E NARRATIVE**

Subject identifier
D1447C00127/E0108001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Narrative event
SAE

**Narrative event:**

Death:                   No

SAE:                     INTESTINAL OBSTRUCTION

DAE:                     No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 56  | Male | Caucasian | 141 | 2004-04-05 | 2004-08-23 | QUETIAPINE 400 | 2004-08-23 | Subject Lost to Follow-up |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA                           |                              |                              |

**Medical History:**

Current:          occassional back pain, insomnia

Past:

**Death information:**

Date of death:          No death

Cause of death:

Post-mortem:

2417

1

CONFIDENTIAL
AZSER12775090

**Subject identifier**
D1447C00127/E0108001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2004-04-26 (22) | 2004-05-31 (57) | SEDATION(SEDATION) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2004-05-31 (57) | 2004-06-13 (70) | CONSTIPATION(CONSTIPATION) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2004-06-10 (67) | 2004-06-13 (70) | INTESTINAL OBSTRUCTION(BOWEL OBSTRUCTION) | 9.1 | Resolved | No | No | Yes / {HO} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2418

CONFIDENTIAL
AZSER12775091

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0108001 | Open Label - QUETIAPINE 400 | SAE |

**Descriptive text:**

{BOWEL OBSTRUCTION} A report was received from an investigator concerning a 57 year old male patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate  to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  Concomitant drugs included divalproex sodium for bipolar disorder, sertraline hydrochloride, Tylenol (paracetamol), oxazepam, Neurontin (gabapentin), and bupropion hydrochloride.  The patient began study drug on 04-MAY-2004 and experienced stomach pain which started on 10-JUN-2004, during the open label treatment phase of the study.  The event was considered serious due to hospitalization and medically important.  She was diagnosed with bowel obstruction and underwent surgery.  She was discharged on 13-JUN-2004.  The investigator considered the event to be unrelated to the study therapy.  The patient has been discontinued from the study and lost to follow-up.   Summary of follow-up received by AstraZeneca on 30-Jun-2004: Event name amended.  Summary of follow-up received by AstraZeneca on 08-Sep-2004:  Database update. Serious criteria "medically important" removed.  Concurrent medications added.  The patient has been discontinued from the study and lost to follow-up.

3

2419

CONFIDENTIAL
AZSER12775092

**Subject identifier**
D1447C00127/E0108001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-03-29 (-6) | NA | | 5.5 (%) | 1.51 (mmol/L) | 5.41 (mmol/L)H | 1.09 (mmol/L) | | 131 (g/L) |
| Visit prior to Event | S5 | 2004-05-31 (57) | QUETIAPINE 400 | | | | | | | 128 (g/L)L |
| Final Study Visit | S5 | 2004-05-31 (57) | QUETIAPINE 400 | | | | | | | 128 (g/L)L |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-03-29 (-6) | NA | 217 (x10E9/L) | 6.2 (x10E9/L) | 4.17 (x10E9/L) | 22 (IU/L) | 17 (IU/L) | 97 (umol/L) | 3.36 (mIU/L) | 20.1 (pmol/L) |
| Visit prior to Event | S5 | 2004-05-31 (57) | QUETIAPINE 400 | 244 (x10E9/L) | 6.6 (x10E9/L) | 4.03 (x10E9/L) | | | | | |
| Final Study Visit | S5 | 2004-05-31 (57) | QUETIAPINE 400 | 244 (x10E9/L) | 6.6 (x10E9/L) | 4.03 (x10E9/L) | | | | | |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range, H=above normal range, NR=not recorded   * = unscheduled visit

2420

4

CONFIDENTIAL
AZSER12775093

Narrative event
SAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Subject identifier
D1447C00127/E0108001

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2421

5

CONFIDENTIAL
AZSER12775094

**Subject identifier**
D1447C00127/E0108001

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

## Medication information: Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-03-05 (-31)# | 2004-09-22 (171)# | Yes | OXAZEPAM | 15 MG | INSOMNIA |
| 2004-03-05 (-31)# | 2004-09-22 (171)# | Yes | SOLPADEINE /GB/ | 1 TABLET | OCCASIONAL BACK PAIN -PRN |
| 2004-03-05 (-31)# | 2004-09-22 (171)# | Yes | VALPROIC ACID | 1000 MG | BIPOLAR |
| 2004-04-26 (22) | 2004-09-22 (171)# | Yes | BUPROPION | 300 MG | DEPRESSION - BIPOLAR |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2422

6

CONFIDENTIAL
AZSER12775095

**START OF E NARRATIVE**

Subject identifier
D1447C00127/E0108007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Narrative event
SAE

**Narrative event:**

Death:                    No

SAE:                      HEART RATE INCREASED

DAE:                      No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 33 | Male | Caucasian | 134 | 2004-07-05 | 2004-11-15 | QUETIAPINE 400 | 2004-11-15 | Eligibility Criteria not Fulfilled |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| NA | | |

**Medical History:**

Current:          sleep apnea, obese, hypothyroidism, shakiness, abdominal strial

Past:

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

1

2423

CONFIDENTIAL
AZSER12775096

**Subject identifier**
D1447C00127/E0108007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 100 | 2004-07-05 (1) | NA | DYSURIA(DYSURIA) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 100 | 2004-07-05 (1) | NA | FATIGUE(FATIGUE) | 9.1 | Continuing | Yes | No | No | Severe |
| OL | QUETIAPINE 100 | 2004-07-05 (1) | 2004-08-09 (36) | SEDATION(SEDATION) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 400 | 2004-08-01 (28) | NA | HYPOTHYROIDISM(HYPOTHYROIDISM) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2004-08-09 (36) | NA | LIBIDO DECREASED(DECREASED LIBIDO) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2004-08-09 (36) | 2004-10-15 (103) | HYPERHIDROSIS(SWEATING) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2004-08-09 (36) | 2004-10-15 (103) | MYDRIASIS(PUPILS DIALATED) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2004-09-11 (69) | 2004-09-14 (72) | HEART RATE INCREASED(INCREASED PULSE RATE) | 9.1 | Resolved | No | No | Yes / {HO} | Severe |
| OL | QUETIAPINE 400 | 2004-09-12 (70) | 2004-09-12 (70) | DYSPNOEA(DIFFICULTY BREATHING) | 9.1 | Resolved | No | No | No | Severe |
| OL | QUETIAPINE 400 | 2004-09-12 (70) | 2004-09-12 (70) | CATATONIA(CATATONIC) | 9.1 | Resolved | No | No | No | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2424

CONFIDENTIAL
AZSER12775097

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0108007 | Open Label - QUETIAPINE 400 | SAE |

**Descriptive text:**

{INCREASED PULSE RATE} A report was received from an investigator concerning a 34-year-old male patient enrolled in study D1447C00127, A double-blind, Phase III comparison of the efficacy and safety of quetiapine fumarate to placebo when used as adjunct to mood stabilizers (lithium or divalproex) in the maintenance treatment of Bipolar I disorder in adult patients. Medical history included sleep apnea, obesity, and hypothyroidism. Concomitant drugs included venlafaxine hydrochloride for bipolar disorder and liothyronine sodium for hypothyroidism. On 09-Aug-2004, the patient began taking Dexedrine (dexamphetamine sulfate). On 05-Jul-2004, the patient began study therapy. On 11-Sep-2004, the patient experienced increased pulse rate and had slept for only three hours. On 12-Sep-2004, the patient showed signs of paranoia and dyspnea. The patient subsequently ingested ten to fifteen 5 mg tablets of Dexedrine. On 12-Sep-2004, at some time after ingesting the Dexedrine tablets, the patient was admitted to the emergency room. Treatment included Valium (diazepam) for sedation. On 14-Sep-2004, the patient was discharged from the hospital as recovered. The discharge diagnosis was "Increased pulse rate". The patient was instructed to not re-start the Dexedrine. Trial therapy was completed on 15-Nov-2004. The event was considered serious due to hospitalization. The investigator considered the event to be unrelated to the study therapy. The event was considered by the investigator as related to Dexedrine tablets. Follow-up information received on 13-Oct-2004: Added adjunct study therapy and treatment medication. The discharge diagnosis was "Increased pulse rate". Follow-up information received on 21-Jan-2005: Frequency for Seroquel amended from BID to DAILY. Hypothyroidism added to medical history.

2425

3

CONFIDENTIAL
AZSER12775098

**Subject identifier**
D1447C00127/E0108007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-06-29 (-5) | NA | | 5.0 (%) | 1.49 (mmol/L) | 5.36 (mmol/L)H | 0.96 (mmol/L)L | | 141 (g/L) |
| Visit prior to Event | S5 | 2004-09-07 (65) | QUETIAPINE 400 | | | | | | | 141 (g/L) |
| Visit after Event | S6 | 2004-09-27 (85) | QUETIAPINE 600 | | | | | | | 137 (g/L) |
| Final Study Visit | V23 | 2004-11-15 (134) | QUETIAPINE 600 | | 6.1 (%) | 2.53 (mmol/L) | 7.61 (mmol/L)H | 1.11 (mmol/L) | | 143 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-06-29 (-5) | NA | 179 (x10E9/L) | 7.9 (x10E9/L) | 5.22 (x10E9/L) | 24 (IU/L) | 15 (IU/L) | 80 (umol/L) | 2.34 (mIU/L) | 14.3 (pmol/L) |
| Visit prior to Event | S5 | 2004-09-07 (65) | QUETIAPINE 400 | 190 (x10E9/L) | 6.9 (x10E9/L) | 4.06 (x10E9/L) | | | | | |
| Visit after Event | S6 | 2004-09-27 (85) | QUETIAPINE 600 | 171 (x10E9/L) | 8.1 (x10E9/L) | 4.88 (x10E9/L) | | | | | |
| Final Study Visit | V23 | 2004-11-15 (134) | QUETIAPINE 600 | 207 (x10E9/L) | 7.1 (x10E9/L) | 3.20 (x10E9/L) | 23 (IU/L) | 21 (IU/L) | 80 (umol/L) | 2.46 (mIU/L) | 10.7 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range. H=above normal range. NR=not recorded     * - unscheduled visit

2426

4

CONFIDENTIAL
AZSER12775099

Narrative event
SAE

Subject identifier
D1447C00127/E0108007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Weight:  Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2427

CONFIDENTIAL
AZSER12775100

**Subject identifier**
D1447C00127/E0108007

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE

## Medication information: Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-08-05 (32) | 2004-10-27 (115) | No | LIOTHYRONINE | 50 UG | HYPOTHYROIDISM |
| 2004-08-05 (32) | 2004-10-27 (115) | No | VALPROIC ACID | 750 MG | BIPOLAR |
| 2004-09-08 (66) | 2004-09-11 (69) | No | DEXAMFETAMINE | 60 MG | FATIGUE |
| 2004-09-08 (66) | 2004-12-15 (164)# | Yes | VENLAFAXINE | 375 MG | BIPOLAR |
| 2004-09-12 (70) | 2004-09-12 (70) | No | DEXAMFETAMINE | 75 MG ESTIMATE | FATIGUE |
| 2004-09-12 (70) | 2004-09-12 (70) | No | DIAZEPAM | 6 MG | AGITATION. (DUE TO INCREASED PULSE RATE) |
| 2004-09-13 (71) | 2004-09-13 (71) | No | DEXAMFETAMINE | 60 MG | FATIGUE |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2428

6

CONFIDENTIAL
AZSER12775101

**START OF E NARRATIVE**

Subject identifier
D1447C00127/E0115007

Study phase-treatment during which event occurred
Off Treatment - NA

Narrative event
SAE

**Narrative event:**

Death: No

SAE: ABORTION SPONTANEOUS

DAE: No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 29 | Female | Black | 90 | 2005-05-31 | 2005-08-28 | NA | 2005-11-04 | Other (pregnancy) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| 68 | 2005-08-29 | 2005-11-04 |

**Medical History:**

Current: hands tremor, legs trenor

Past: pulmonary emboli

**Death information:**

Date of death: No death

Cause of death:

Post-mortem:

2429

1

CONFIDENTIAL
AZSER12775102

**Subject identifier**
D1447C00127/E0115007

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discontinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2005-06-02 (3) | NA | FATIGUE(FATIGUE) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-06-02 (3) | 2005-09-10 (103) | FATIGUE(FATIGUE) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-08-22 (84) | 2005-09-03 (96) | HEADACHE(HEADACHE) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-08-22 (84) | 2005-09-10 (103) | NAUSEA(NAUSEA) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-08-22 (84) | 2005-09-11 (104) | FEELING HOT AND COLD(HOT, COLD; FLASHES) | 9.1 | Resolved | No | No | No | Mild |
| RD | QUETIAPINE 800 | 2005-09-15 (18) | NA | FEELING HOT AND COLD(HOT, COLD FLASHES) | 9.1 | Continuing | No | No | No | Mild |
| RD | QUETIAPINE 800 | 2005-10-14 (47) | NA | INSOMNIA(INSOMNIA MILD) | 9.1 | Continuing | No | No | No | Mild |
| OffTrt | | REDACTED (157) | (157) | ABORTION SPONTANEOUS(SPONTANEOUS MISCARRIAGE) | 9.1 | Resolved | No | No | Yes / {ME} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2430

CONFIDENTIAL
AZSER12775103

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0115007 | Off Treatment - NA | SAE |

**Descriptive text:**

{SPONTANEOUS MISCARRIAGE} A report was received from an investigator concerning a 29-year-old female patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant medications included lithium. Initially, the patient's medical history listed pulmonary embolism, but on follow-up it was reported that the patient had no significant medical history. The patient began Seroquel in the open-label phase on 01-May-2005 until 30-May-2005. She then entered the randomization phase of the study on 29-Aug-2005. However, she took 200 mg of open-label Seroquel on 11-Sep-2005 and 12-Sep-2005. The patient's last menstruation period was on 18-Sep-2005 and study drug had been discontinued on 13-Sep-2005 due to the patient's pregnancy. On follow-up, it was reported that the patient had a spontaneous miscarriage in 〈○▷△▽□冂Ɽ〉 No further details were provided. Initially, an AstraZeneca company physician considered the event to be unrelated to study therapy, and on follow-up the investigator also considered the event to be unrelated to study therapy.

2431

3

CONFIDENTIAL
AZSER12775104

**Subject identifier**
DI447C00127/E0115007

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
SAE

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-05-24 (-7) | NA | 5.8 (mmol/L) | 6.2 (%)H | 0.61 (mmol/L) | 5.70 (mmol/L)H | 2.15 (mmol/L) H | | 121 (g/L) |
| Visit prior to Event | Randomiza tion (V1) | 2005-08-29 (1) | QUETIAPINE 400 | 4.3 (mmol/L) | 6.0 (%) | 1.12 (mmol/L) | 5.31 (mmol/L)H | 2.02 (mmol/L) | | 121 (g/L) |
| Final Study Visit | Randomiza tion (V1) | 2005-08-29 (1) | QUETIAPINE 400 | 4.3 (mmol/L) | 6.0 (%) | 1.12 (mmol/L) | 5.31 (mmol/L)H | 2.02 (mmol/L) | | 121 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-05-24 (-7) | NA | 240 (x10E9/L) | 5.3 (x10E9/L) | 3.44 (x10E9/L) | 66 (IU/L)H | 32 (IU/L) | 62 (umol/L) | 1.21 (mIU/L) | 14.1 (pmol/L) |
| Visit prior to Event | Randomiza tion (V1) | 2005-08-29 (1) | QUETIAPINE 400 | 258 (x10E9/L) | 5.1 (x10E9/L) | 2.60 (x10E9/L) | 15 (IU/L) | 24 (IU/L) | 80 (umol/L) | 1.44 (mIU/L) | 15.5 (pmol/L) |
| Final Study Visit | Randomiza tion (V1) | 2005-08-29 (1) | QUETIAPINE 400 | 258 (x10E9/L) | 5.1 (x10E9/L) | 2.60 (x10E9/L) | 15 (IU/L) | 24 (IU/L) | 80 (umol/L) | 1.44 (mIU/L) | 15.5 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.      L=below normal range, H=above normal range, NR=not recorded      * - unscheduled visit

2432

4

CONFIDENTIAL
AZSER12775105

Narrative event
SAE

**Subject identifier**
D1447C00127/E0115007

**Study phase-treatment during which event occurred**
Off Treatment - NA

## Weight: Include only if DAE due to weight

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2433

5

CONFIDENTIAL
AZSER12775106

Subject identifier
D1447C00127/E0115007

**Study phase-treatment during which event occurred**
Off Treatment - NA

Narrative event
SAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-06-14 (15) | 2005-12-04 (98)# | Yes | LITHIUM | 1500 MG | BIPOLAR |
| 2005-08-23 (85) | 2005-12-04 (98)# | Yes | PARACETAMOL | 500 MG | HEADACHE |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2434

CONFIDENTIAL
AZSER12775107

**START OF E NARRATIVE**

**Subject identifier**
D1447C00127/E0118011

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 400

Narrative event
SAE, DAE

**Narrative event:**

Death:                No

SAE:                  ATRIOVENTRICULAR BLOCK THIRD DEGREE, DRUG INTERACTION

DAE:                  ATRIOVENTRICULAR BLOCK THIRD DEGREE, DRUG INTERACTION, SYNCOPE

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 42 | Female | Caucasian | 117 | 2004-07-29 | 2004-11-22 | PLACEBO 400 | 2005-04-11 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| 132 | 2004-11-23 | 2005-04-03 |

**Medical History:**

Current:

Past:                 1984 knee torn acl (left), 1996 knee torn acl (right)

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

2435

1

CONFIDENTIAL
AZSER12775108

**Subject identifier**
D1447C00127/E0118011

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 400

**Narrative event**
SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discontinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| RD | PLACEBO 400 | 2005-04-03 (132) | 2005-04-03 (132) | SYNCOPE(FAINTING) | 9.1 | Resolved | No | Yes | No | Severe |
| RD | PLACEBO 400 | 2005-04-03 (132) | 2005-04-04 (133) | ATRIOVENTRICULAR BLOCK THIRD DEGREE(HEART BLOCK (THIRD DEGREE ATRIOVENTRICULAR BLOCK) DUE TO DRUG INTERACTION) | 9.1 | Resolved | Yes | Yes | Yes / {LT HO} | Severe |
| RD | PLACEBO 400 | 2005-04-03 (132) | 2005-04-04 (133) | DRUG INTERACTION(DRUG INTERACTION) | 9.1 | Resolved | No | Yes | Yes / {LT HO} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2436

2

CONFIDENTIAL
AZSER12775109

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0118011 | Randomized - PLACEBO 400 | SAE, DAE |

**Descriptive text:**

{THIRD DEGREE ATRIOVENTRICULAR BLOCK, DRUG INTERACTION} A report was received from an investigator concerning a 43-year-old female patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  Past medical history included a low pulse within the last 2 to 3 weeks, headache, overweight, bilateral knee surgery for torn anterior cruciate ligaments, jaw surgery status post motor vehicle accident (1994), smoker (1 pack per day), and tubal ligation.  The patient started study drug on 23-Nov-2004.  The study drug was stopped on 03-Apr-2005.  The patient started taking Lithium 600 mg oral on 22-Jul-2004 for bipolar disorder. Lithium was discontinued on 10-Apr-2005.  The patient started taking Tylenol (paracetamol) 2500 mg oral on Dec-2004, Aspirin (acetylsalicylic acid) 975 mg oral in Dec-2004, Tylenol PM (acetaminophen/diphenhydramine HCL) 1500 mg oral in Feb-2005, and Aleve (naproxen sodium) 1200 mg oral in Feb-2005.  On 03-Apr-2005, the patient experienced a fainting episode while at home, while sitting in her chair and having an argument with her roommate.  The episode was preceded by dizziness and lightheadedness. The patient lost consciousness for approximately a minute. The patient subsequently reported to the emergency room, where physical examination revealed a pulse of 37 bpm. Blood pressure was 142/72 mmHg. A systolic ejection murmur was also noted, but physical examination was otherwise unremarkable.  An ECG demonstrated third degree AV block with bradycardia (34 bpm) and the patient was admitted to the intensive care unit. Lithium level was 0.4 mEq/L.  Doppler echocardiography showed normal left ventricular size and function with mild aortic stenosis and mild mitral regurgitation. A pacemaker (DDD mode) was inserted to treat the heart block. There were no complications and the patient tolerated the procedure well. A post-operative chest x-ray showed no evidence of pneumothorax. The patient was discharged home on 04-Apr-2005 and the event was considered resolved with sequelae.  Diagnosis at discharge was third degree atrioventricular block.   The investigator did not feel that the study medication was responsible for the event, given the patient's exposure to Seroquel for the past 9 months, as well as tolerance of higher doses without adverse events.  The relationship of the event to lithium, interacting with Tylenol, Tylenol PM, aspirin, and Aleve, cannot be ruled out however.  Summary of follow-up information received by AstraZeneca on 15-Apr-2005: Removed the events of heart block and arrhythmia, added the event of third degree atrioventricular block, changed causality for study drug from yes to no, and changed outcome from improved to resolved with sequelae, and updated the narrative.  Summary of follow-up information received by AstraZeneca on 19-Apr-2005: changed the event of third degree atrioventricular block to heart block (third degree atrioventricular block) due to drug interaction.  Summary of follow-up information received by AstraZeneca on 17-Oct-2005:  changed event from heart block (third degree atrioventricular block) due to drug interaction to third degree atrioventricular block due to drug interaction and updated the event name in the narrative.

3

2437

CONFIDENTIAL
AZSER12775110

**Narrative event**
SAE, DAE

**Subject identifier**
D1447C00127/E0118011

**Study phase-treatment during which event occurred**
Randomized - PLACEBO 400

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-07-22 (-7) | NA | | 5.2 (%) | 2.72 (mmol/L) | 6.66 (mmol/L)H | 0.98 (mmol/L)L | | 129 (g/L) |
| Visit prior to Event | V7 | 2005-02-16 (86) | PLACEBO 400 | 4.9 (mmol/L) | 5.4 (%) | 3.70 (mmol/L)H | 6.48 (mmol/L)H | 0.98 (mmol/L)L | | 149 (g/L) |
| Visit after Event | V23 | 2005-04-11 (257) | NA | 5.2 (mmol/L) | 5.3 (%) | 1.91 (mmol/L) | 6.50 (mmol/L)H | 1.14 (mmol/L) | | 161 (g/L) |
| Final Study Visit | V23 | 2005-04-11 (257) | NA | 5.2 (mmol/L) | 5.3 (%) | 1.91 (mmol/L) | 6.50 (mmol/L)H | 1.14 (mmol/L) | | 161 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-07-22 (-7) | NA | 185 (x10E9/L) | 8.1 (x10E9/L) | 5.03 (x10E9/L) | 32 (IU/L) | 32 (IU/L) | 71 (umol/L) | 1.08 (mIU/L) | 9.5 (pmol/L)L |
| Visit prior to Event | V7 | 2005-02-16 (86) | PLACEBO 400 | 263 (x10E9/L) | 13.9 (x10E9/L)H | 9.26 (x10E9/L)H | 14 (IU/L) | 11 (IU/L) | 88 (umol/L) | 2.36 (mIU/L) | 12.9 (pmol/L) |
| Visit after Event | V23 | 2005-04-11 (257) | NA | 191 (x10E9/L) | 11.7 (x10E9/L) | 8.51 (x10E9/L)H | 11 (IU/L) | 18 (IU/L) | 62 (umol/L) | 1.71 (mIU/L) | 11.0 (pmol/L) |
| Final Study Visit | V23 | 2005-04-11 (257) | NA | 191 (x10E9/L) | 11.7 (x10E9/L) | 8.51 (x10E9/L)H | 11 (IU/L) | 18 (IU/L) | 62 (umol/L) | 1.71 (mIU/L) | 11.0 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * - unscheduled visit

4

2438

CONFIDENTIAL
AZSER12775111

| | Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|---|
| | D1447C00127/E0118011 | Randomized - PLACEBO 400 | SAE, DAE |

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2439

5

CONFIDENTIAL
AZSER12775112

| Subject identifier | Study phase-treatment during which event occurred | | | | | Narrative event |
| D1447C00127E0118011 | Randomized - PLACEBO 400 | | | | | SAE, DAE |

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-07-29 (1) | 2005-04-11 (140) | No | LITHIUM | 600 MG | PRIMARY STUDY CONDITION |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2440

CONFIDENTIAL
AZSER12775113

**START OF E NARRATIVE**

Subject identifier
D1447C00127/E0120002

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 400

Narrative event
SAE

**Narrative event:**

| Death: | No |
| SAE: | CHEST DISCOMFORT |
| DAE: | No |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 44 | Female | Caucasian | 168 | 2004-04-21 | 2004-10-05 | QUETIAPINE 400 | 2006-08-29 | Other (sponsor discontinued study early) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| 693 | 2004-10-06 | 2006-08-29 |

**Medical History:**

Current:   sleep apnea, colitis, gastric ulcer, fine hand tremor, tmj, intermittent generalized aches, intermittent headaches

Past:

**Death information:**

| Date of death: | No death |
| Cause of death: | |
| Post-mortem: | |

2441

1

CONFIDENTIAL
AZSER12775114

CONFIDENTIAL
AZSER12775115

**Subject identifier**
D1447C00127/E0120002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 200 | 2004-04-24 (4) | 2004-06-20 (61) | SEDATION(SEDATION) | 9.1 | Resolved | Yes | No | No | Moderate |
| OL | QUETIAPINE 200 | 2004-04-26 (6) | 2004-05-03 (13) | BALANCE DISORDER(LOSS OF BALANCE) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2004-09-08 (141) | 2004-09-12 (145) | CHEST DISCOMFORT(CHEST DISCOMFORT) | 9.1 | Resolved | No | No | Yes / {LT ME} | Severe |
| OL | QUETIAPINE 400 | 2004-10-05 (168) | 2004-10-10 (173) | BRONCHITIS(BRONCHITIS) | 9.1 | Resolved | No | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2

2442

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0120002 | Open Label - QUETIAPINE 400 | SAE |

**Descriptive text:**

{CHEST DISCOMFORT} A report was received from an investigator concerning a 44-year-old female patient enrolled in study D1447C00127. A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included paracetamol for intermittent headaches, zolpidem tartrate for bipolar disorder and valproate sodium for bipolar disorder. The patient had a history of sleep apnea, colitis, gastric ulcer, fine hand tremor, intermittent generalized aches and temporomandibular joint disorder. The patient started treatment with blinded therapy, twice a day dosing orally, and Depakote 2000 mg once a day orally. The patient stated that her chest pain and anxiety worsened as the stress she experienced at work had increased. On 07-Sep-2004, the patient presented to the hospital with complaints of chest discomfort and anxiety. The onset of the pain was sudden and it was located under the right breast. She developed diaphoresis and nausea and went to the emergency room. After waiting several hours there, she began to feel numbness on the right side of her face and extending down a narrow band to the right lateral neck. She also had some neck pain at the time along with a pins and needles sensation. She described feeling panicky at this time and she did express her symptoms had worsened as the stress she experienced at work had increased. The symptoms resolved within one hour. There was no obvious ischemia on her electrocardiogram, but she was admitted for a diagnostic work up. Her blood pressure was reported as 122/80, pulse 75 and regular, respiratory rate 19 and she was afebrile. Her lungs were clear, neurological exam was unremarkable with the cranial nerves intact. Cardiac enzymes were reported as negative times two and D-Dimer as 255. Her electrocardiogram showed sinus rhythm and nonspecific ST -T wave abnormalities. The patient was admitted to Telemetry, started on a daily aspirin and evaluated by neurology and cardiology. The neurologist noted that her cervical spine movements were normal, although she had some cervical myofascial tenderness, particularly in the upper lateral cervical regions. There was no facial asymmetry. It was felt there was a possibility of mild carpal tunnel syndrome on the right side. An MRI of the brain (performed on 10-Sept-2004) revealed no significant intracranial abnormalities. Her cardiology evaluation included a stress Myoview on (09-Sept-2004) reported as possibly showing mild functional impairment (although the electrocardiographic response appeared negative for objective evidence) and an echocardiogram which revealed an estimated ejection fraction of about 60%, trivial mitral and tricuspid valve regurgitation and no indirect evidence for significant pulmonary hypertension. Although her work-up was negative, it was felt she might have had a small transient ischemic attack. Her discharge instructions included medical follow-up and continuing daily aspirin. Seroquel, Depakote, Benadryl, and Ambien. Discharge diagnoses included anterior precordial chest pain, transient ischemic attack and obesity. The patient was considered recovered and discharged on 11-Sep-2004. The dose was changed for blinded study therapy. (increased on 13-Sep-2004) in response to this event. No action was taken with Depakote therapy. The investigator considered the event of chest pain to be unrelated to the study therapy or concomitant medications. Summary of follow-up information received by AstraZeneca 17-Mar-2006: Serious criteria updated, event details added, stop date updated, dosing details updated, concomitant medications updated, medical history updated and diagnostics provided. Summary of follow-up information received by AstraZeneca 18-OCT-2006: Changed initial hospitalization from 08-SEP-2004 to 07-SEP-2004 since hospital records consistently give 07-SEP-2004 as the admission date. Her discharge instructions included medical follow-up and continuing daily aspirin, Seroquel, Depakote, Benadryl, and Ambien. Discharge diagnoses included anterior precordial chest pain, transient ischemic attack and obesity. In concomitant medications changed escitalopram oxalate to valproate sodium.

3

2443

CONFIDENTIAL
AZSER12775116

**Subject identifier** D1447C00127/E0120002

**Study phase-treatment during which event occurred** Open Label - QUETIAPINE 400

**Narrative event** SAE

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-04-14 (-7) | NA | | 4.7 (%) | 3.55 (mmol/L)H | 3.86 (mmol/L) | 1.04 (mmol/L) | | 124 (g/L) |
| Visit prior to Event | S6 | 2004-07-14 (85) | QUETIAPINE 400 | | | | | | | 119 (g/L) |
| Visit after Event | Randomization (V1) | 2004-10-06 (1) | QUETIAPINE 500 | 4.3 (mmol/L) | 4.8 (%) | 3.97 (mmol/L)H | 4.25 (mmol/L) | 1.17 (mmol/L) | | 123 (g/L) |
| Final Study Visit | V23 | 2006-08-29 (693) | QUETIAPINE 500 | 4.7 (mmol/L) | 5.4 (%) | 9.18 (mmol/L)H | 5.49 (mmol/L)H | 1.27 (mmol/L) | | 130 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-04-14 (-7) | NA | 287 (x10E9/L) | 9.6 (x10E9/L) | 6.26 (x10E9/L) | 21 (IU/L) | 21 (IU/L) | 88 (umol/L) | 4.46 (mIU/L) | 9.3 (pmol/L)L |
| Visit prior to Event | S6 | 2004-07-14 (85) | QUETIAPINE 400 | 240 (x10E9/L) | 6.4 (x10E9/L) | 3.65 (x10E9/L) | | | | | |
| Visit after Event | Randomization (V1) | 2004-10-06 (1) | QUETIAPINE 500 | 241 (x10E9/L) | 7.0 (x10E9/L) | 3.72 (x10E9/L) | 25 (IU/L) | 30 (IU/L) | 106 (umol/L) | 2.38 (mIU/L) | 9.2 (pmol/L)L |
| Final Study Visit | V23 | 2006-08-29 (693) | QUETIAPINE 500 | 253 (x10E9/L) | 6.6 (x10E9/L) | 3.60 (x10E9/L) | 17 (IU/L) | 18 (IU/L) | 97 (umol/L) | 3.01 (mIU/L) | 10.3 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * - unscheduled visit

2444

4

CONFIDENTIAL
AZSER12775117

Narrative event
SAE

Subject identifier
D1447C00127/E0120002

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2445

CONFIDENTIAL
AZSER12775118

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Subject identifier**
D1447C00127/E0120002

## Medication information: Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-03-21 (-31)# | 2006-09-28 (723)# | Yes | PARACETAMOL | 650 MG | INTERMITTENT GENERALIZED ACHES |
| 2004-03-21 (-31)# | 2006-09-28 (723)# | Yes | ZOLPIDEM | 10 MG | BIPOLAR DISORDER |
| 2004-04-21 (1) | 2006-09-28 (723)# | Yes | VALPROIC ACID | 2000 MG | BIPOLAR DISORDER |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2446

6

CONFIDENTIAL
AZSER12775119

**START OF E NARRATIVE**

Subject identifier
D1447C00127/E0123012

Study phase-treatment during which event occurred
Open Label - QUETIAPINE 600

Narrative event
SAE

**Narrative event:**

Death:          No

SAE:            DEPRESSED LEVEL OF CONSCIOUSNESS

DAE:            No

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|----------------------|------------------------------|-----------------------|
| 27  | Male | Black | 8 | 2004-08-13 | 2004-08-20 | QUETIAPINE 600 | 2004-08-27 | Subject not Willing to Continue Study |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| NA | | |

**Medical History:**

Current:        severe miopia, mild knee injury

Past:           viral meningitis 1984, fracture left elbow, fracture left and right jaw

**Death information:**

Date of death:      No death

Cause of death:

Post-mortem:

1

2447

CONFIDENTIAL
AZSER12775120

**Subject identifier**
D1447C00127/E0123012

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Narrative event**
SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2004-08-11 (-2) | NA | BACK PAIN(BACK PAIN) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 600 | 2004-08-20 (8) | 2004-08-21 (9) | DEPRESSED LEVEL OF CONSCIOUSNESS(DECREASED LEVEL OF CONSCIOUSNESS) | 9.1 | Resolved | No | No | Yes / {HO} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

2

2448

CONFIDENTIAL
AZSER12775121

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0123012 | Open Label - QUETIAPINE 600 | SAE |

**Descriptive text:**

{DECREASED LEVEL OF CONSCIOUSNESS}  A report was received from a study investigator concerning a 27-year-old male patient who was enrolled in study D1447C00127. A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  Medical history included knee pain, depression related to bipolar disorder, viral meningitis, myopia, allergies to meperidine, tramadol, and ibuprofen.  Concomitant medications included paroxetine and trazodone for insomnia.  The patient started study drug on 13-AUG-2004.  On 20-AUG-2004, approximately one hour after a study visit, the patient was found in a medical building with decreased level of consciousness and twitching of his arms and face.  He was transported to the emergency room where he received diphenhydramine and lorazepam which were administered intravenously for agitation.  The agitation continued, prompting the initiation of a propofol drip.  The patient underwent a CT scan of the head that was negative.  On examination his mental status was alert and he was oriented times three.  He was cooperative, neutral affect, mildly anxious mood, negative for active intent of harming self or others, and no psychosis.  The patient denied chemical abuse but the urine screen was positive for morphine, tricyclics, and benzodiazepines.  When questioned, he explained that hydrocodone was prescribed for knee pain and his last dose was two weeks prior.  Allegedly the Seroquel medication bottle was found with four pills missing, equivalent to 400 mg.  The investigator reported that the patient denied remembering the incident and denied having any intention of harming himself, and appeared puzzled by the events.  He was further described as having retrograde amnesia.  On 21-AUG-2004, the event was considered resolved and the patient was discharged.  The last dose of study drug was 20 -AUG-2004.  The patient was then started on Seroquel 200 mg daily on 21-AUG-2004.  The patient was scheduled for a study termination visit on 31-AUG-2004.  The patient did not show up for the visit and was subsequently lost to follow-up.  The investigator assessed the event of decreased level of consciousness as causally unrelated to study drug.  The investigator assessed the event decreased level of consciousness as causally related to hydrocodone.

2449

3

CONFIDENTIAL
AZSER12775122

Narrative event
SAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Subject identifier**
D1447C00127/E0123012

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-08-09 (-3) | NA | | 5.5 (%) | 2.95 (mmol/L)H | 6.06 (mmol/L)H | 1.19 (mmol/L) | | 140 (g/L) |
| Visit prior to Event | Enrollment | 2004-08-09 (-3) | NA | | 5.5 (%) | 2.95 (mmol/L)H | 6.06 (mmol/L)H | 1.19 (mmol/L) | | 140 (g/L) |
| Final Study Visit | Enrollment | 2004-08-09 (-3) | NA | | 5.5 (%) | 2.95 (mmol/L)H | 6.06 (mmol/L)H | 1.19 (mmol/L) | | 140 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-08-09 (-3) | NA | 361 (x10E9/L) | 6.2 (x10E9/L) | 4.70 (x10E9/L) | 36 (IU/L) | 46 (IU/L)H | 71 (umol/L) | 0.41 (mIU/L) | 13.7 (pmol/L) |
| Visit prior to Event | Enrollment | 2004-08-09 (-3) | NA | 361 (x10E9/L) | 6.2 (x10E9/L) | 4.70 (x10E9/L) | 36 (IU/L) | 46 (IU/L)H | 71 (umol/L) | 0.41 (mIU/L) | 13.7 (pmol/L) |
| Final Study Visit | Enrollment | 2004-08-09 (-3) | NA | 361 (x10E9/L) | 6.2 (x10E9/L) | 4.70 (x10E9/L) | 36 (IU/L) | 46 (IU/L)H | 71 (umol/L) | 0.41 (mIU/L) | 13.7 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H =above normal range, NR=not recorded    * - unscheduled visit

4

2450

CONFIDENTIAL
AZSER12775123

Narrative event
SAE

Subject identifier
D1447C00127/E0123012

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

2451

5

CONFIDENTIAL
AZSER12775124

**Subject identifier**
D1447C00127/E0123012

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 600

## Medication information: Include concomitant medications taken during the event only

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-08-09 (-4) | 2004-09-19 (38)# | Yes | HYDROCODONE | | KNEE INJURY PRN |
| 2004-08-12 (-1) | 2004-08-20 (8) | No | LITHIUM | 600 MG | BIPOLAR DISORDER |
| 2004-08-13 (1) | 2004-08-20 (8) | No | PAROXETINE | 12.5 MG | DEPRESSION ASSOCIATED WITH BIPOLAR ILLNESS |
| 2004-08-20 (8) | 2004-08-20 (8) | No | DIPHENHYDRAMINE | 50 MG | DECREASED LEVEL OF CONSCIOUSNESS |
| 2004-08-20 (8) | 2004-08-20 (8) | No | HEPARIN | 10000 UNITS | DECREASED LEVEL OF CONNCIOUSNESS |
| 2004-08-20 (8) | 2004-08-20 (8) | No | HYDRALAZINE | 20 MG | DECREASED LEVEL OF CONSCIOUSNESS |
| 2004-08-20 (8) | 2004-08-20 (8) | No | LORAZEPAM | 2 MG | DECREASED LEVEL OF CONNCIOUSNESS |
| 2004-08-20 (8) | 2004-08-20 (8) | No | MAGNESIUM | 1 GM | DECREASED LEVEL OF CONSCIOUSNESS |
| 2004-08-20 (8) | 2004-08-20 (8) | No | POTASSIUM | 40 MEQ | DECREASED LEVEL OF CONSCIOUSNESS |
| 2004-08-20 (8) | 2004-08-20 (8) | No | PROPOFOL | 2 ML | DECREASED LEVEL OF CONSCIOUSNESS |
| 2004-08-20 (8) | 2004-08-20 (8) | No | SODIUM CHLORIDE | 1 LITER | DECREASED LEVEL OF CONSCIOUSNESS |
| 2004-08-21 (9) | 2004-09-19 (38)# | Yes | LITHIUM | 200 MG | BIPOLAR |
| 2004-08-21 (9) | 2005-01-15 (156) | No | QUETIAPINE | 200 MG | BIPOLAR DISORDER |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2452

CONFIDENTIAL
AZSER12775125

**START OF E NARRATIVE**

Subject identifier
D1447C00127/E0123020

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

Narrative event
SAE

**Narrative event:**

| | |
|---|---|
| Death: | No |
| SAE: | GASTRITIS |
| DAE: | No |

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/completion | Reason for withdrawal |
|---|---|---|---|---|---|---|---|---|
| 54 | Female | Black | 122 | 2005-06-17 | 2005-10-16 | QUETIAPINE 400 | 2006-05-01 | Other (subject non-compliant with mood stabilizer) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|---|---|---|
| 196 | 2005-10-17 | 2006-04-30 |

**Medical History:**

Current: diabetes, hep b, genital herpes, arthritis, chronic obstructive pulmonary disease, coronary artery disease, hypertension, sinus congestion, cold & congestion

Past:

**Death information:**

Date of death: No death

Cause of death:

Post-mortem:

1

2453

CONFIDENTIAL
AZSER12775126

**Subject identifier** D1447C00127/E0123020

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Narrative event** SAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 400 | 2005-06-17 (1) | NA | DRY MOUTH(DRY MOUTH) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-06-23 (7) | NA | CONSTIPATION(CONSTIPATION) | 9.1 | Continuing | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-09-12 (88) | 2005-10-08 (114) | GASTRITIS(GASTRITIS INDUCED BY NSAIDS) | 9.1 | Resolved | No | No | Yes/ {HO} | Severe |
| OL | QUETIAPINE 400 | 2005-09-12 (88) | 2005-10-17 (123) | WEIGHT INCREASED(WEIGHT INCREASE 7.8 KG) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-10-07 (113) | 2005-10-09 (115) | DYSPEPSIA(HEART BURN) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 400 | 2005-10-17 (1) | NA | ABDOMINAL TENDERNESS(EPIGASTRIC TENDERNESS) | 9.1 | Continuing | No | No | No | Mild |
| RD | PLACEBO 400 | 2006-01-08 (84) | 2006-03-06 (141) | INFECTION(LEG INFECTION) | 9.1 | Resolved | No | No | No | Mild |
| RD | PLACEBO 400 | 2006-02-07 (114) | NA | NAUSEA(NAUSEA) | 9.1 | Continuing | No | No | No | Mild |
| RD | PLACEBO 400 | 2006-04-15 (181) | NA | JOINT SWELLING(LEFT KNEE SWELLING/PAIN) | 9.1 | Continuing | No | No | No | Severe |
| RD | PLACEBO 400 | 2006-04-30 (196) | NA | PHARYNGOLARYNGEAL PAIN(SORE THROAT) | 9.1 | Continuing | No | No | No | Mild |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality birth defect, ME=important medical event

2454

CONFIDENTIAL AZSER12775127

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0123020 | Open Label - QUETIAPINE 400 | SAE |

**Descriptive text:**

{GASTRITIS INDUCED BY NSAIDS}. A report was received from an investigator concerning a 55 year old female patient enrolled in study D1447C00127. A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients.  Concomitant drugs included rosiglitazone maleate for diabetes, lisinopril for hypertension, acetylsalicylic acid for coronary artery disease, hydroxyzine for copd, valaciclovir hydrochloride for herpes zoster, lithium carbonate for bipolar, docusate sodium for constipation and naproxen for arthritis.   The patient had a history of diabetes, hypertension, arthritis, copd, constipation and bipolar disorder.  The patient began study drug, open label phase, on 16-JUN-2005 and experienced gastritis induced by nsaids which started on 12-SEP-2005. The event(s) were considered serious due to hospitalization. The patient recovered without sequelae.   The investigator considered the event to be unrelated to the study therapy.

2455

3

CONFIDENTIAL
AZSER12775128

**Narrative event**
SAE

**Subject identifier**
D1447C00127/E0123020

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-09 (-8) | NA | 5.0 (mmol/L) | 5.8 (%) | 2.17 (mmol/L) | 6.19 (mmol/L)H | 1.35 (mmol/L) | | 120 (g/L) |
| Visit prior to Event | S5 | 2005-08-09 (54) | QUETIAPINE 400 | | | | | | | 120 (g/L) |
| Visit of Event | S6 | 2005-09-12 (88) | QUETIAPINE 400 | 4.2 (mmol/L) | 5.6 (%) | | | | | |
| Visit after Event | Randomization (V1) | 2005-10-17 (1) | PLACEBO | 5.3 (mmol/L) | 5.6 (%) | 1.33 (mmol/L) | 5.98 (mmol/L)H | 1.32 (mmol/L) | | 112 (g/L)L |
| Final Study Visit | V23 | 2006-05-01 (319) | NA | 4.4 (mmol/L) | 5.9 (%) | 1.85 (mmol/L) | 6.92 (mmol/L)H | 1.48 (mmol/L) | | 142 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2005-06-09 (-8) | NA | 294 (x10E9/L) | 5.0 (x10E9/L) | 2.54 (x10E9/L) | 13 (IU/L) | 14 (IU/L) | 62 (umol/L) | 0.38 (mIU/L) | 18.3 (pmol/L) |
| Visit prior to Event | S5 | 2005-08-09 (54) | QUETIAPINE 400 | 312 (x10E9/L) | 4.6 (x10E9/L) | 2.13 (x10E9/L) | | | | | |
| Visit of Event | S6 | 2005-09-12 (88) | QUETIAPINE 400 | | | | | | | | |
| Visit after Event | Randomization (V1) | 2005-10-17 (1) | PLACEBO | 390 (x10E9/L) | 5.9 (x10E9/L) | 3.67 (x10E9/L) | 15 (IU/L) | 20 (IU/L) | 71 (umol/L) | 0.33 (mIU/L)L | 15.2 (pmol/L) |
| Final Study Visit | V23 | 2006-05-01 (319) | NA | | 6.6 (x10E9/L) | 4.10 (x10E9/L) | 14 (IU/L) | 17 (IU/L) | 80 (umol/L) | 0.66 (mIU/L) | 17.7 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.     L=below normal range, H=above normal range, NR=not recorded     * - unscheduled visit

4

2456

CONFIDENTIAL
AZSER12775129

**Narrative event**
SAE

**Subject identifier**
D1447C00127/E0123020

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

5

2457

CONFIDENTIAL
AZSER12775130

Narrative event
SAE

**Study phase-treatment during which event occurred**
Open Label - QUETIAPINE 400

**Subject identifier**
D1447C00127/E0123020

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2005-03-05 (-104) | 2006-05-30 (226)# | Yes | ACETYLSALICYLIC ACID | 325 MG | CORONARY ARTERY DISEASE |
| 2005-03-05 (-104) | 2006-05-30 (226)# | Yes | HYDROXYZINE | 75 MG | CHRONIC OBSTRUCTIVE PULMONARY DISEASE PRN |
| 2005-03-15 (-94) | 2006-05-30 (226)# | Yes | LISINOPRIL | 5 MG | HYPERTENSION |
| 2005-03-15 (-94) | 2006-05-30 (226)# | Yes | ROSIGLITAZONE | 8 MG | DIABETES |
| 2005-03-15 (-94) | 2006-05-30 (226)# | Yes | VALACICLOVIR | 500 MG | HERPES ZOSTER |
| 2005-03-21 (-88) | 2006-05-30 (226)# | Yes | GUAIFENESIN | 1560 MG | COLD & CONGESTION PRN |
| 2005-06-28 (12) | 2006-05-30 (226)# | Yes | NAPROXEN | 500 MG | ARTHRITIS |
| 2005-07-19 (33) | 2006-05-30 (226)# | Yes | DOCUSATE | 200 MG | CONSTIPATION PRN |
| 2005-09-12 (88) | 2006-04-30 (196) | No | LITHIUM | 900 MG | BIPOLAR DISORDER |
| 2005-10-07 (113) | 2005-10-07 (113) | No | METOCLOPRAMIDE | 20 MG | GASTROENTERITIS |
| 2005-10-07 (113) | 2005-10-09 (115) | No | PANTOPRAZOLE | 40 MG | HEARTBURN |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

6

2458

CONFIDENTIAL
AZSER12775131

**START OF E NARRATIVE**

Subject identifier
D1447C00127/E0127001

Study phase-treatment during which event occurred
Off Treatment - NA

Narrative event
SAE, DAE

**Narrative event:**

Death:          No

SAE:            BIPOLAR I DISORDER, SUICIDAL IDEATION

DAE:            BIPOLAR I DISORDER, SUICIDAL IDEATION

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------------------------------|------------------------------|------------------------------|-----------------------|------------------------------|-----------------------|
| 19 | Male | Caucasian | 143 | 2004-11-15 | 2005-04-06 | NA | 2005-10-31 | Development of Study-Specific Discontinuation Criteria (depression with passive suicidal ideation) |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------------------------------|------------------------------|------------------------------|
| 9 | 2005-04-07 | 2005-04-15 |

**Medical History:**

Current:

Past:

**Death information:**

Date of death:     No death

Cause of death:

Post-mortem:

2459

1

CONFIDENTIAL
AZSER12775132

**Subject identifier** D1447C00127/E0127001

**Study phase-treatment during which event occurred** Off Treatment - NA

**Narrative event** SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discontinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OL | QUETIAPINE 300 | 2004-11-15 (1) | NA | SEDATION(SEDATION) | 9.1 | Continuing | Yes | No | No | Severe |
| OL | QUETIAPINE 400 | 2004-11-25 (11) | 2005-02-07 (85) | HEADACHE(HEADACHE) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2005-01-06 (53) | 2005-01-06 (53) | ARTHRALGIA(KNEE PAIN) | 9.1 | Resolved | No | No | No | Mild |
| OL | QUETIAPINE 500 | 2005-02-24 (102) | 2005-04-28 (165) | PLEURISY(PLEURISY) | 9.1 | Resolved | No | No | No | Mild |
| RD | QUETIAPINE 500 | 2005-04-09 (3) | 2005-04-13 (7) | GASTROOESOPHAGEAL REFLUX DISEASE(GERD) | 9.1 | Resolved | No | No | No | Moderate |
| OffTrt | | 2005-04-26 (20) | 2005-04-27 (21) | DIARRHOEA(DIARRHEA) | 9.1 | Resolved | No | No | No | Moderate |
| OffTrt | | 2005-04-26 (20) | 2005-04-27 (21) | NAUSEA(NAUSEA) | 9.1 | Resolved | No | No | No | Mild |
| OffTrt | | 2005-04-26 (20) | 2005-04-27 (21) | VOMITING(VOMITING) | 9.1 | Resolved | No | No | No | Mild |
| OffTrt | | 2005-04-28 (22) | NA | INSOMNIA(INSOMNIA) | 9.1 | Continuing | Yes | No | No | Mild |
| OffTrt | | 2005-05-04 (28) | NA | ASTHMA(ASTHMA) | 9.1 | Continuing | No | No | No | Moderate |
| OffTrt | | 2005-06-25 (80) | 2005-06-25 (80) | DIZZINESS(DIZZINESS) | 9.1 | Resolved | No | No | No | Moderate |
| OffTrt | | 2005-06-30 (85) | 2005-06-30 (85) | DIARRHOEA(DIARRHEA) | 9.1 | Resolved | No | No | No | Mild |
| OffTrt | | 2005-11-01 (209) | 2005-11-23 (231) | BIPOLAR I DISORDER(BIPOLAR DISORDER MOST RECENT EPISODE DEPRESSION) | 9.1 | Resolved | No | Yes | Yes/ {HO} | Severe |

2

2460

CONFIDENTIAL
AZSER12775133

**Narrative event**
SAE, DAE

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Subject identifier**
D1447C00127/E0127001

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon-tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| OffTrt | | 2005-11-01 (209) | 2005-11-23 (231) | SUICIDAL IDEATION(SUICIDAL IDEATION) | 9.1 | Resolved | No | Yes | Yes / {HO} | Severe |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

3

2461

CONFIDENTIAL
AZSER12775134

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| D1447C00127/E0127001 | Off Treatment - NA | SAE, DAE |

**Descriptive text:**

{BIPOLAR DISORDER MOST RECENT EPISODE DEPRESSION, SUICIDAL IDEATION} A report was received from an investigator concerning a 20 year old male patient enrolled in study D1447C00127, A Double-blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients. Concomitant drugs included valproate semisodium for bipolar, venlafaxine hydrochloride for depression, advair for asthma, lorazepam for anxiety, paracetamol for headaches, albuterol for asthma and immodium for diarrhea.  The patient began study drug on 15-Apr-2005. At an unscheduled visit on 31-Oct-2005, the patient was withdrawn from the study after he reported passive thoughts of suicide. He denied any intent or plan at that time.  At 10:00 AM on 01-Nov-2005, the patient called the study coordinator and informed her that his mother brought him to the hospital because "he wanted to kill himself" and that he was being admitted to an in-patient unit.  He was discharged from the hospital on 03-Nov-2005.  The event was considered serious due to hospitalization. The patient recovered.  The investigator considered the event to be unrelated to the study therapy.   Summary of follow-up information received from the investigator on 22-Feb-2006: Outcome and event stop date provided, concomitant medication details provided, investigator causality provided, Depakote added as additional investigational product.

2462

4

CONFIDENTIAL
AZSER12775135

**Subject identifier**
D1447C00127/E012700l

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Laboratory information:**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-11-08 (-7) | NA | 4.4 (mmol/L) | 4.6 (%) | 1.21 (mmol/L) | 4.66 (mmol/L) | 1.19 (mmol/L) | | 175 (g/L) |
| Visit prior to Event | V23 | 2005-10-31 (351) | NA | 5.7 (mmol/L) | 4.9 (%) | 1.50 (mmol/L) | 3.83 (mmol/L) | 1.01 (mmol/L)L | | 161 (g/L) |
| Final Study Visit | V23 | 2005-10-31 (351) | NA | 5.7 (mmol/L) | 4.9 (%) | 1.50 (mmol/L) | 3.83 (mmol/L) | 1.01 (mmol/L)L | | 161 (g/L) |

**Laboratory information (continued):**

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-11-08 (-7) | NA | 269 (x10E9/L) | 6.6 (x10E9/L) | 3.81 (x10E9/L) | 17 (IU/L) | 20 (IU/L) | 71 (umol/L) | 1.68 (mIU/L) | 16.3 (pmol/L) |
| Visit prior to Event | V23 | 2005-10-31 (351) | NA | 289 (x10E9/L) | 7.4 (x10E9/L) | 3.85 (x10E9/L) | 15 (IU/L) | 17 (IU/L) | 71 (umol/L) | 5.50 (mIU/L) | 13.4 (pmol/L) |
| Final Study Visit | V23 | 2005-10-31 (351) | NA | 289 (x10E9/L) | 7.4 (x10E9/L) | 3.85 (x10E9/L) | 15 (IU/L) | 17 (IU/L) | 71 (umol/L) | 5.50 (mIU/L) | 13.4 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.    L=below normal range, H=above normal range, NR=not recorded    * - unscheduled visit

5

2463

**Subject identifier**
D1447C00127/E0127001

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
SAE, DAE

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

6

2464

CONFIDENTIAL
AZSER12775137

**Subject identifier**
D1447C00127/E0127001

**Study phase-treatment during which event occurred**
Off Treatment - NA

**Narrative event**
SAE, DAE

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-11-24 (10) | 2005-05-15 (39)# | Yes | PARACETAMOL | 1000 MG | HEADACHES/ARTHRITIS PAIN |
| 2005-04-25 (19) | 2005-05-15 (39)# | Yes | SALBUTAMOL | 1 PUFF | ASTHMA PRN |
| 2005-04-25 (19) | 2005-05-15 (39)# | Yes | SERETIDE MITE | 2 PUFFS | ASTHMA PRN |
| 2005-04-28 (22) | 2005-05-15 (39)# | Yes | LORAZEPAM | 1 MG QHS | INSOMNIA PRN |
| 2005-06-30 (85) | 2005-05-15 (39)# | Yes | LOPERAMIDE | 2 TABS | DIARRHEA |
| 2005-10-31 (208) | 2005-05-15 (39)# | Yes | QUETIAPINE | 100 MG QHR | BIPOLAR DISORDER |
| 2005-10-31 (208) | 2005-05-15 (39)# | Yes | VENLAFAXINE | 37.5 MG | DEPRESSION SYMPTOMS |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

7

2465

CONFIDENTIAL
AZSER12775138

**START OF E NARRATIVE**
**Subject identifier**
D1447C00127/E0128001

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

Narrative event
SAE, DAE

**Narrative event:**

Death:                No

SAE:                  CONVERSION DISORDER

DAE:                  CONVERSION DISORDER

**Baseline information and summary of treatment:**

| Age | Sex | Race | Days on open label treatment | Started open label treatment | Stopped open label treatment | Dose at time of event | Study withdrawal/ completion | Reason for withdrawal |
|-----|-----|------|------|------|------|------|------|------|
| 30 | Female | Caucasian | 90 | 2004-07-28 | 2004-10-25 | QUETIAPINE 400 | 2005-02-23 | Adverse Event |

| Days on randomized treatment | Started randomized treatment | Stopped randomized treatment |
|------|------|------|
| 112 | 2004-10-26 | 2005-02-14 |

**Medical History:**

Current:              migraine headaches, polycystic ovarian disease, pareathesias, asthma, irritable bowel syndrome, ruptured ovarian cysts, environmental allergies, drug allergies

Past:                 bladder infections, kidney infections, chronic fatigue syndrome

**Death information:**

Date of death:        No death

Cause of death:

Post-mortem:

1

2466

CONFIDENTIAL
AZSER12775139

**Subject identifier** DI447C00127/E0128001

**Study phase-treatment during which event occurred** Randomized - QUETIAPINE 400

**Narrative event** SAE, DAE

**Adverse event information:**

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discontinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| PreTrt | | 2004-07-23 (-5) | 2004-07-28 (1) | INSOMNIA(INSOMNIA) | 9.1 | Resolved | No | No | No | Mild |
| PreTrt | | 2004-07-27 (-1) | 2004-07-27 (-1) | OVARIAN CYST RUPTURED(RUPTURED OVARIAN CYST) | 9.1 | Resolved | No | No | No | Severe |
| OL | QUETIAPINE 200 | 2004-07-30 (3) | NA | DRY MOUTH(DRY MOUTH) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 200 | 2004-07-30 (3) | 2004-08-16 (20) | FATIGUE(MORNING TIREDNESS) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 200 | 2004-07-30 (3) | 2004-10-04 (69) | DYSGEUSIA(METALLIC TASTE) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2004-08-05 (9) | NA | DRY EYE(DRY EYES) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2004-08-05 (9) | NA | DRY SKIN(DRY SKIN) | 9.1 | Continuing | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2004-08-06 (10) | 2004-08-12 (16) | RASH(RASH ON CHEST) | 9.1 | Resolved | Yes | No | No | Mild |
| OL | QUETIAPINE 400 | 2004-08-19 (23) | 2004-09-13 (48) | MUSCLE STRAIN(LEFT SHOULDER MUSCULAR STRAIN) | 9.1 | Resolved | No | No | No | Moderate |
| OL | QUETIAPINE 400 | 2004-09-06 (41) | 2004-09-20 (55) | URINARY TRACT INFECTION(URINARY TRACT INFECTION) | 9.1 | Resolved | No | No | No | Moderate |
| RD | QUETIAPINE 400 | 2004-11-01 (7) | NA | PARAESTHESIA(PARATHESIAS IN FEET AND LEGS) | 9.1 | Continuing | No | No | No | Severe |
| RD | QUETIAPINE 400 | 2004-11-06 (12) | 2004-11-13 (19) | BACK PAIN(LOWER BACK PAIN) | 9.1 | Resolved | No | No | No | Mild |
| RD | QUETIAPINE 400 | 2004-11-14 (20) | NA | BACK PAIN(LOWER BACK PAIN) | 9.1 | Continuing | No | No | No | Severe |

2467

2

CONFIDENTIAL
AZSER12775140

**Subject identifier**
D1447C00127/E0128001

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

**Narrative event**
SAE, DAE

| Study phase when event began | Treatment when event began | Date started (study day) | Date stopped (study day) | MedDRA term (investigator text) | MedDRA version | Outcome | Related to IP | Discon- tinued | Serious | Max intensity |
|---|---|---|---|---|---|---|---|---|---|---|
| RD | QUETIAPINE 400 | 2004-12-08 (44) | NA | PARAESTHESIA(TINGLING IN FINGERS) | 9.1 | Continuing | Yes | No | No | Mild |
| RD | QUETIAPINE 400 | 2004-12-08 (44) | NA | PARAESTHESIA(TINGLING IN FACE @ NIGHT) | 9.1 | Continuing | Yes | No | No | Mild |
| RD | QUETIAPINE 400 | 2004-12-13 (49) | 2005-02-23 (121) | URINARY TRACT INFECTION(URINARY TRACT INFECTION) | 9.1 | Resolved | No | No | No | Moderate |
| RD | QUETIAPINE 400 | 2004-12-20 (56) | NA | TREMOR(VARIABLE RESTING TREMOR OF HAND) | 9.1 | Continuing | Yes | No | No | Mild |
| RD | QUETIAPINE 400 | 2004-12-20 (56) | 2004-12-26 (62) | FUNGAL INFECTION(YEAST INFECTION) | 9.1 | Resolved | No | No | No | Moderate |
| RD | QUETIAPINE 400 | 2004-12-23 (59) | 2005-02-23 (121) | UPPER RESPIRATORY TRACT INFECTION(UPPER RESPIRATORY INFECTION) | 9.1 | Resolved | No | No | No | Moderate |
| RD | QUETIAPINE 400 | 2005-02-02 (100) | 2005-02-16 (114) | CONVERSION DISORDER(PROBABLE CONVERSION DISORDER) | 9.1 | Resolved | No | Yes | Yes / {HO} | Moderate |
| RD | QUETIAPINE 400 | 2005-02-10 (108) | NA | MUSCLE SPASMS(BILATERAL CALF MUSCLE SPASM) | 9.1 | Continuing | No | No | No | Mild |
| RD | QUETIAPINE 400 | 2005-02-10 (108) | NA | PERONEAL NERVE PALSY(LEFT FOOT DROP) | 9.1 | Continuing | No | No | No | Moderate |

DE=death, HO=hospitalization, DI=disability/incapacity, LT=life threatening, CB=congenital abnormality/birth defect, ME=important medical event

3

2468

CONFIDENTIAL
AZSER12775141

| Subject identifier | Study phase-treatment during which event occurred | Narrative event |
|---|---|---|
| DI447C00127/E0128001 | Randomized - QUETIAPINE 400 | SAE, DAE |

**Descriptive text:**

{PROBABLE CONVERSION DISORDER} A report has been received from a study investigator concerning a 31 year old female patient who was enrolled in a multicenter, randomized, parallel-group, double-blind, phase III comparison of the efficacy and safety of quetiapine fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to placebo when used as adjunct to mood stabilizers (lithium or divalproex) in the maintenance treatment of bipolar I disorder in adult patients. Medical history included asthma, migraine headaches, polycystic ovarian disease in 2001, ruptured ovarian cyst, chronic fatigue syndrome, recurrent bladder infections, irritable bowel disease, kidney infections, mononucleosis in 1989, environmental allergies, multiple drug allergies to meperidine, nitrofurantoin macrocrystals and nitrofurantoin monohydrate, cefuroxime axetil, contrast dye, ciprofloxacin, phenazopyridine hydrochloride, loperamide, and cefaclor, intolerance to codeine products, paresthesias with opioids, sertraline hydrochloride, paroxetine hydrochloride, citalopram hydrobromide, lamotrigine. Concomitant drugs included triamcinolone acetonide, albuterol, montelukast, paracetamol, multivitamin, Ortho-Evra and olopatadine hydrochloride. On 28-Jul-2004, the patient began lithium therapy 600mg twice a day. On 26-Oct-2004, the patient began oral blinded study therapy. In Dec-2004, the patient was noted to have increasing frequency of episodes of immobility associated with urinary incontinence. Five days prior to current hospitalization, the patient experienced generalized shaking involving all limbs, followed by a 30-minute period of unresponsiveness during which her friends observed that the eye of the patient rolled back in her head. The patient also experienced increasing numbness in hands and feet, which has now spread to her face. On 08-Feb-2005, the patient awoke feeling very weak and tired. She reported having a migraine and noted she had been incontinent. She did not know whether s he had experienced a seizure the night before. That evening, the mother of the patient transported her to the hospital and the patient was admitted for possible seizure. A serum lithium level was obtained 09-Feb-2005 and was 1.45 mEq/liter, which was two to three hours after taking her dose. Urine drug screen and Lyme antibody testing were both negative. Physical examination was notable for bilateral loss of sensation at the V2 and V3 distribution of the trigeminal nerve and slight weakness of the left lower extremity. An electroencephalogram was performed on 09-Feb-2005, which showed no epileptiform discharges or seizures but did note some slowing in the left temporal region. An electroneuromyography showed no abnormalities. A magnetic resonance imaging of the brain and spine demonstrated white matter hyperintensity in the pons, which was enhanced by gadolinium, possibly indicating a capillary telangiectasia or foci of demyelination, no significant abnormality of the cervical cord but diffuse T1 hypointensity of the upper vertebral bodies and mild degenerative disc disease of C3-C4. Video monitoring during the course of the hospitalization revealed no seizure activity and there were no episodes of incontinence despite attempts to elicit seizure activity. Given the lack of seizure activity, a seizure disorder was felt to be unlikely. The patient was started on topiramate 50 mg twice a day for the treatment of seizures. The patient was discharged on 14-Feb-2005. The patient was expected to see her primary physician on 23-Feb-2005 for a follow up visit and to increase the dose of topiramate. A lithium taper was initiated with a reduction from 600 mg to 300 mg on 24-Feb-2005. The patient was withdrawn from the study due to this event. The investigator considered the event not related to study therapy.

2469

4

CONFIDENTIAL
AZSER12775142

**Narrative event** SAE, DAE

**Subject identifier** D1447C00127/E0128001

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

## Laboratory information:

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Glucose | HbA1c | Trigly-cerides | Total Cholesterol | HDL | LDL | Hemo-globin |
|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-07-21 (-7) | NA | | 5.0 (%) | 2.84 (mmol/L)H | 7.87 (mmol/L)H | 1.58 (mmol/L) | | 136 (g/L) |
| Visit prior to Event | V7 | 2005-01-19 (86) | QUETIAPINE 400 | 5.2 (mmol/L) | 4.9 (%) | 3.01 (mmol/L)H | 7.07 (mmol/L)H | 1.27 (mmol/L) | | 133 (g/L) |
| Visit after Event | V23 | 2005-02-23 (211) | NA | 4.4 (mmol/L) | 4.9 (%) | 4.18 (mmol/L)H | 6.45 (mmol/L)H | 1.58 (mmol/L) | | 128 (g/L) |
| Final Study Visit | V23 | 2005-02-23 (211) | NA | 4.4 (mmol/L) | 4.9 (%) | 4.18 (mmol/L)H | 6.45 (mmol/L)H | 1.58 (mmol/L) | | 128 (g/L) |

## Laboratory information (continued):

| Visit | Visit number | Actual visit date (visit day) | Treatment at time of assessment | Platelet count | Leukocyte count | Neutrophils | ALT | AST | Creatinine | TSH | T4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Enrollment | Enrollment | 2004-07-21 (-7) | NA | 319 (x10E9/L) | 10.8 (x10E9/L) | 6.83 (x10E9/L) | 20 (IU/L) | 27 (IU/L) | 62 (umol/L) | | 14.2 (pmol/L) |
| Visit prior to Event | V7 | 2005-01-19 (86) | QUETIAPINE 400 | 317 (x10E9/L) | 7.3 (x10E9/L) | 4.35 (x10E9/L) | 21 (IU/L) | 21 (IU/L) | 53 (umol/L) | 0.88 (mIU/L) | 11.0 (pmol/L) |
| Visit after Event | V23 | 2005-02-23 (211) | NA | 316 (x10E9/L) | 13.0 (x10E9/L)H | 9.57 (x10E9/L)H | 12 (IU/L) | 16 (IU/L) | 62 (umol/L) | | 15.1 (pmol/L) |
| Final Study Visit | V23 | 2005-02-23 (211) | NA | 316 (x10E9/L) | 13.0 (x10E9/L)H | 9.57 (x10E9/L)H | 12 (IU/L)H | 16 (IU/L) | 62 (umol/L) | | 15.1 (pmol/L) |

Visit prior and visit after event is relative to the first narrative event.   L=below normal range.  H=above normal range.  NR=not recorded   * = unscheduled visit

2470

5

Narrative event
SAE, DAE

**Subject identifier**
D1447C00127/E0128001

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

**Weight: Include only if DAE due to weight**

| Visit Number | Actual visit date (visit day) | Treatment at time of assessment | Study phase at time of assessment | Weight (kg) |
|---|---|---|---|---|
| NA | | | | |

6

2471

CONFIDENTIAL
AZSER12775144

**Narrative event**
SAE, DAE

**Study phase-treatment during which event occurred**
Randomized - QUETIAPINE 400

**Subject identifier**
D1447C00127/E0128001

**Medication information: Include concomitant medications taken during the event only**

| Date started (day started) | Date stopped (day stopped) | Continuing? | Generic medication name | Dose | Indication |
|---|---|---|---|---|---|
| 2004-06-27 (-31)# | 2005-02-21 (119) | No | EVRA | 1 PATCH PER WEEK | BIRTH CONTROL |
| 2004-06-27 (-31)# | 2005-03-16 (142)# | Yes | MONTELUKAST | 10 MG | ASTHMA |
| 2004-06-27 (-31)# | 2005-03-16 (142)# | Yes | MULTIVITAMINS WITH MINERALS | 1 TAB | NUTRITIONAL SUPPLEMENT |
| 2004-06-27 (-31)# | 2005-03-16 (142)# | Yes | PANTHENOL | 4 DROPS IN EACH EYE | ALLERGIES-PRN |
| 2004-06-27 (-31)# | 2005-03-16 (142)# | Yes | PARACETAMOL | 4 DROPS IN EACH EYE | ENVIRONMENTAL ALLERGIES |
| 2004-06-27 (-31)# | 2005-03-16 (142)# | Yes | SALBUTAMOL | 2 PUFFS | ASTHMA - PRN |
| 2004-06-27 (-31)# | 2005-03-16 (142)# | Yes | TRIAMCINOLONE | 8 PUFFS | ASTHMA |
| 2004-11-01 (7) | 2005-02-23 (121) | No | LITHIUM | 1200 MG | BIPOLAR DISORDER |
| 2004-12-07 (43) | 2005-03-16 (142)# | Yes | PARACETAMOL | 1950 MG | HEADACHES |
| 2005-02-14 (112) | 2005-03-06 (132) | No | TOPIRAMATE | 50 MG | SEIZURES |

# - Medication date is missing and imputed following rules defined in the Statistical Analysis Plan

2472

7

CONFIDENTIAL
AZSER12775145

**Study D1447C00127    Patient ID: E0001001    quetiapine  400mg        Withdrawal**
**AEs: Sedation**
**(MedDRA:  Sedation)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 33 year-old Caucasian male patient with bipolar I disorder, most recent episode mixed.

The patient had an adverse event of sedation (MedDRA: Sedation) on Day 4 of the Open Label Treatment Phase that the investigator considered to be severe in intensity.  At the time of the onset of sedation the patient was receiving quetiapine 200 mg daily.  The dose of quetiapine was increased to a maximum of 400 mg daily on Day 6 and subsequently decreased to 100 mg daily on Day 9.  The event persisted throughout the study and was ongoing at the time of withdrawal.  The patient was withdrawn from the study due to the adverse event on Day 13 and the last dose of study medication was taken the same day.

Physical examination at screening was normal.  The patient's relevant medical history included anxiety and sleep apnea.  Before the entering the study, the patient had been treated with zolpidem (AMBIEN™, Sanofi Aventis), 10 mg, sertraline (ZOLOFT™, Pfizer), 200 mg, topiramate (TOPAMAX™, Ortho McNeill) 25-50 mg, risperidone (RISPERDAL™ Janssen Pharmaceutica) 1 mg, and lithium 450 mg.   During the study the patient was given concomitant treatment with Ambien® (zolpidem) 10 mg, sertraline (ZOLOFT™, Pfizer) 200 mg, topiramate (TOPAMAX™, Ortho McNeill) 25-50 mg, and lithium 450 mg, per protocol.

The investigator considered the sedation to be related to study medication.

2473

CONFIDENTIAL
AZSER12775146

**Study D1447C00127   Patient ID:  E0001003**

**quetiapine 400 mg
Withdrawal AEs:
Slurred speech
(MedDRA:  Dysarthria),
Decreased balance
(MedDRA:  Balance
disorder)
Dizziness (MedDRA:
Dizziness),
Sluggish feeling
(MedDRA:
Sluggishness), Nausea
(MedDRA:  Nausea),
Vomiting (MedDRA:
Vomiting)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 59 year-old Caucasian male patient with bipolar disorder I, most recent episode mixed.

The patient had adverse events of slurred speech (MedDRA: Dysarthria) and decreased balance (MedDRA:  Balance disorder), on Day 1 of the Open-label Treatment Phase.  On Day 21 of the Open-label Treatment Phase, the subject experienced dizziness (MedDRA: Dizziness), sluggish feeling (MedDRA:  Sluggishness), nausea (MedDRA:  Nausea) and vomiting (MedDRA:  Vomiting).   The investigator judged the events of slurred speech, decreased balance, dizziness and sluggish feeling as moderate in intensity and the events of nausea and vomiting as severe in intensity.  At the time of the onset of slurred speech and decreased balance, the patient was receiving quetiapine 100 mg daily and at the time of the events of dizziness, sluggish feeling, nausea, and vomiting, the patient was receiving quetiapine 400 mg daily.  The last dose of study medication was on Day 22.  The events of nausea and vomiting resolved on Day 23, and the events of slurred speech, decreased balance, dizziness, and sluggish feeling resolved on Day 25.   The patient was withdrawn from the study due to these adverse events on Day 27.

Physical examination at screening revealed obesity and bilateral lower leg edema.  The subject had a prior medical history of diverticulitis, panic attacks, migraines, hypertension, high triglycerides, and depression.  Prior to the study the patient was treated with paroxetine (PAXIL™, Smith Kline Beecham) 60 mg/day and diltiazem ER (CARTIA XT™, Andrx Pharmaceuticals) 240 mg/day.  Concomitant medications during the study included paroxetine (PAXIL™, Smith Kline Beecham) 60 mg/day, diltiazem ER (CARTIA XT™, Andrx Pharmaceuticals) 240 mg/day, bismuth subsalicylate (PEPTO BISMOL™, Proctor and Gamble) 2 tablespoons/day , and divalproex sodium (DEPAKOTE™, Abbott), 250 mg/day per protocol

CONFIDENTIAL
AZSER12775147

| Study day | Dose (mg/day) | Blood pressure |
| --- | --- | --- |
| Day -7 | N/A | 177/98 mmHg (supine); 180/90 mmHg (standing) |
| Day 0 | 0 mg/day | 174/102 mmHg (supine); 157/96 mmHg (standing) |
| Day 27 | 0 mg/day | 182/100 mmHg (supine); 171/96 mmHg (standing) |

The investigator considered the events of slurred speech, decreased balance, dizziness, sluggish feeling, nausea, and vomiting to be related to study treatment.

CONFIDENTIAL
AZSER12775148

**Study D1447C00127**   **Patient ID:  E0001004**   **quetiapine 600 mg**   **Withdrawal AE: Sedation (MedDRA: Sedation), Dizziness (MedDRA: Dizziness), Decreased Balance (MedDRA: Balance disorder)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 73 year-old Caucasian male patient with bipolar disorder I, most recent episode mixed.  The patient had adverse events of sedation (MedDRA:  Sedation) and dizziness (MedDRA: Dizziness) on Day 1 and decreased balance (MedDRA:  Balance disorder) on Day 5 of the Open Label Treatment Phase,  The sedation and dizziness were judged by the investigator to be moderate in intensity; the decreased balance was judged by the investigator to be mild in intensity.  At the time of onset of sedation and dizziness the patient was receiving quetiapine 100 mg daily.  At the time of onset of decreased balance the patient was receiving quetiapine 400 mg daily.  The dose of quetiapine was increased to a maximum of 600 mg daily on Day 6 and subsequently reduced to 400 mg daily on Day 21.  The events persisted throughout the study and were ongoing at the time of withdrawal.   The patient was withdrawn from the study due to the adverse events on Day 51 and the last dose of study medication was taken the same day.

| Study day | Dose (mg/day) | Blood pressure |
|---|---|---|
| Day -5 | N/A | 133/81 mmHg (supine); 139/85 mmHg (standing) |
| Day 16 | 300 mg/day | 139/81 mmHg (supine); 134/84 mmHg (standing) |
| Day 51 | 400 mg/day | 132/82 mmHg (supine); 132/86 mmHg (standing) |

Physical examination at screening was normal.  The subject had a prior medical history of sleep apnea, heart murmur and attention deficit disorder.  Prior to the study the patient was treated with lithium 1200 mg/day, divalproex sodium (DEPAKOTE™, Abbott) 1000 mg/day, atomoxetine (STRATERRA™, Lilly) 50 mg, and multivitamins.  Concomitant medications at the time of the event included lithium 1200 mg, per protocol and multivitamins.

The investigator considered the events of sedation, dizziness and decreased balance to be related to study treatment.

CONFIDENTIAL
AZSER12775149

| Study D1447C00127 | Patient ID: E0001005 | Quetiapine 400 mg/day | Withdrawal AE: Sedation (MedDRA: Sedation) |

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 24-year old Caucasian female patient with bipolar I disorder, most recent episode mixed. The patient had an adverse event of sedation (MedDRA: Sedation) on Day 91 of the Open Label Treatment Phase that the investigator considered to be moderate in intensity. At the time of the onset of sedation the patient was treated with quetiapine 400 mg daily. The event persisted throughout the study and was ongoing at the time of withdrawal. The patient was withdrawn from the study due to the adverse event on Day 119 and the last dose of study medication was taken on Day 118.

Physical examination at screening was normal. The patient's relevant medical history included allergy to cephalosporin, asthma, and seasonal allergies. Before entering the study, the patient had been treated with albuterol 1 puff daily, venlafaxine (EFFEXOR™, Wyeth) 225 mg daily, and Seroquel® 200 mg daily. During the study the patient was given concomitant treatment with venlafaxine (EFFEXOR™, Wyeth) 75 mg daily, prednisone 40 mg daily, tapered to 30 mg daily, and subsequently decreased to 20 mg daily, sulfamethoxazole and trimethoprim (BACTRIM™ DS, Roche), 2 tablets daily, acetaminophen (TYLENOL™, Johnson & Johnson) 1500 mg daily, mometasone 1 topical application daily, and lithium 450 mg daily, titrated to 1800 mg daily, and subsequently decreased to 1350 mg daily, per protocol.

The investigator considered the sedation to be related to study medication.

2477

CONFIDENTIAL
AZSER12775150

Study D1447C00127          Patient ID: E0001007          quetiapine 400 mg          **Withdrawal AE:**
Decreased Balance
(**MedDRA:** Balance Disorder)
Visual Blurring
(**MedDRA:** Vision Blurred)

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 74-year old Caucasian male patient with bipolar I disorder, most recent episode manic. The patient had an adverse event of decreased balance (MedDRA: Balance disorder) on Day 5 of the Open Label Treatment Phase and visual blurring (MedDRA: Vision Blurred) on Day 17 of the Open Label Treatment Phase that the investigator considered to be moderate in intensity for decreased balance and mild in intensity for visual blurring. At the time of the onset of decreased balance the patient was treated with quetiapine 300 mg daily and at the time of the onset of visual blurring the patient was treated with quetiapine 400 mg daily. The dose of quetiapine was increased to a maximum of 400 mg daily on day 6 and subsequently decreased to 200 mg daily on Day 37. The event of decreased balance persisted throughout the study and was ongoing at the time of withdrawal. The event of visual blurring resolved on Day 44. The patient was withdrawn from the study due to the adverse events on Day 45 and the last dose of study medication was taken on Day 41.

Physical examination at screening revealed a prosthetic eye on the right. The patient's relevant medical history included pulmonary embolism, hypertension, diabetes insipidus, arthritis, hypercholesterolemia, and hepatitis and a surgical history of removal of a pancreatic cyst. Before entering the study, the patient had been treated with bupropion (WELLBUTRIN™, XL, GlaxoSmithKline) 800 mg daily, simvastatin (ZOCOR™, Merck) 80 mg daily, carbamazepine (CARBATROL™, Shire) 600 mg daily, divalporex sodium (DEPAKOTE™, Abbott Laboratories) 2000 mg daily, and propranolol (INDERAL™, Wyeth) 20 mg daily. During the study the patient was given concomitant treatment with bupropion (WELLBUTRIN™, XL, GlaxoSmithKline) 800 mg and 200 mg daily, simvastatin (ZOCOR™, Merck) 80 mg daily, propranolol (INDERAL™, Wyeth) 20 mg daily, carbamazepine (CARBATROL™, Shire) 600 mg daily, and divalporex sodium (DEPAKOTE™, Abbott Laboratories) 2000 mg daily, which was decreased to 1500 mg daily, per protocol.

The investigator considered decreased balance and visual blurring to be related to study medication.

CONFIDENTIAL
AZSER12775151

**Study D1447C00127     Patient E0001010     quetiapine 400 mg     Withdrawal AE: Sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 46-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode mixed. The patient had an adverse event of sedation (MedDRA: Sedation) on Day 24 of open label treatment phase that was considered by the investigator to be moderate in intensity. At the time of event the patient was being treated with 400-mg quetiapine. The patient had decreased his quetiapine dose to 200 mg on Day 38. The adverse event resolved on Day 45. The patient was withdrawn from the study due to the adverse events on Day 60 and the last dose of study medication was taken on Day 44.

Physical examination at screening was normal. The patient had a history of sleep apnea, cigarette smoking, hypertension, and tooth infection. Before entering the study, the patient had been treated with 10 mg of aripiprazole (ABILIFY®, Otsuka), 50 mg of quetiapine (SEROQUEL®, AstraZeneca), 500 mg of devalproex (DEPAKOTE®, Abbott), 300 mg of bupropion (WELLBUTRIN XL®, GlaxoSmithKline), and 2 mg of clonazepam (KLONOPIN®, Roche). During the study, the patient was given concomitant treatment with 150 – 1000 mg of devalproex (DEPAKOTE®, Abbott), per protocol, 150 – 300 mg of bupropion (WELLBUTRIN XL®, GlaxoSmithKline), 2 mg of clonazepam (KLONOPIN®, Roche), 20 mg of furosemide (LASIX®, Aventis), 15 mg of meloxicam, 1600 mg of ibuprofen (MOTRIN®, McNeil), 2000 mg of amoxicillin, and 21 mg of nicotine (NICODERM CQ).

The investigator considered the sedation to be related to study medication.

CONFIDENTIAL
AZSER12775152

| Study D1447C00127 | Patient ID: E0001014 | Quetiapine 100 mg/day | Withdrawal AEs: Sedation (MedDRA:  Sedation), Difficulty with concentration (MedDRA: Disturbance in attention), Unsteady gait (MedDRA: Gait Disturbance), Whole body tremors (MedDRA: Tremor), and Lethargy (MedDRA: Lethargy). |

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 51-year old Caucasian female patient with bipolar I disorder, most recent episode mixed.  The patient had adverse events of sedation (MedDRA: Sedation) on Day 1 of the Open Label Treatment Phase and difficulty with concentration (MedDRA: Disturbance in attention), unsteady gait (MedDRA: Gait Disturbance), whole body tremors (MedDRA: Tremor), and lethargy (MedDRA: Lethargy) on Day 11 of the Open Label Treatment Phase.  The investigator considered the adverse events of sedation and lethargy to be moderate in intensity and the adverse events of difficulty with concentration, unsteady gait, and whole body tremors to be mild in intensity.  At the time of the onset of sedation the patient was treated with quetiapine 100 mg daily and at the time of the onset of difficulty with concentration, unsteady gait, whole body tremors, and lethargy the patient was treated with quetiapine 300 mg daily.  The dose of quetiapine was increased to a maximum of 400 mg daily on Day 13 and subsequently decreased to 200 mg daily on Day 14.  The events persisted throughout the study and were ongoing at the time of withdrawal.  The patient was withdrawn from the study due to the adverse events on Day 17 and the last dose of study medication was taken on Day 14.

Physical examination at screening was normal.  The patient's relevant medical history included hypercholesterolemia, right knee pain, abdominal pain, constipation, abdominal hernia, and ovarian cyst and a surgical history of excision of ovarian cyst and abdominal hernia repair.  Before entering the study, the patient had been treated with bupropion (WELLBUTRIN™, XL, GlaxoSmithKline) 300 mg daily, disulfiram (ANTABUSE™, Odyssey Pharmaceuticals) 500 mg daily, olanzapine (ZYPREXA™, Eli Lilly) 10 mg daily, atorvastatin (LIPITOR™, Pfizer) 20 mg daily, carbamazepine (TEGRETOL™, Novartis) 1000 mg daily, and clonazepam (KLONOPIN™, Roche) 0.5 mg daily.  During the study the patient was given concomitant treatment with bupropion (WELLBUTRIN™, XL, GlaxoSmithKline) 300 mg daily, disulfiram (ANTABUSE™, Odyssey Pharmaceuticals) 500 mg daily, olanzapine (ZYPREXA™, Eli Lilly) 10 mg daily, atorvastatin (LIPITOR™, Pfizer) 20 mg daily, clonazepam (KLONOPIN™, Roche) 0.5 mg daily, lithium 900 mg daily, per protocol, enulose 2 tablespoons daily, carbamazepine (TEGRETOL™, Novartis) 1000 mg daily, tapered to 600 and 400 mg daily, and subsequently decreased to 200 mg daily, lorazepam (ATIVAN™, Wyeth) 1 mg daily, and cefdinir (OMNICEF™, Abbott Laboratories).

The investigator considered the sedation, unsteady gait, whole body tremors, and lethargy to be related to study medication and the difficulty with concentration to be unrelated to study medication.

CONFIDENTIAL
AZSER12775153

**Study D1447C00127      Patient E0003008    quetiapine   0 mg    SAE/Withdrawal AEs:**
**Bronchitis**
**(MedDRA: Bronchitis)**
**Exacerbation of asthma**
**(MedDRA: Asthma)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 55-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode manic.  The patient had serious adverse events of bronchitis (MedDRA: Bronchitis) and exacerbation of asthma (MedDRA: Asthma) during the enrollment phase that were considered by the investigator to be severe in intensity.  The patient was hospitalized and discharged 5 days later, and the adverse events resolved on the same day.  The patient was withdrawn from the study due to bronchitis and exacerbation of asthma and had not been treated with study medication.

Physical examination at screening revealed a thin women, left eye blindness, and healed surgical scars.  The patient had a history of asthma, back pain, scoliosis, legally blind left eye, and surgeries for left eye transplant, cholecystectomy, gastric bypass, and laparotomy.  Before entering and during the enrollment phase, the patient had been treated with unknown dose of carisoprodol (SOMA®, Forest), omeprazole (PRILOSEC®, Procter & Gamble), acetaminophen/hydrocodone (VICODIN®, 3M), albuterol, fluticasone propionate inhalation (FLONASE, GlaxoSmithKline),10 mg of montelukast (SINGULAIR®, Merck Frosst), and 250 mg of salmeterol/fluticasone (ADVAIR®, GlaxoSmithKline).

The investigator considered the bronchitis and exacerbation of asthma to be not related to study medication.

CONFIDENTIAL
AZSER12775154

Study D1447C00127   Patient ID:  E0005006        quetiapine 300 mg  Withdrawal
AE: Drowsiness

(MedDRA:  Somnolence)

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 27 year-old Black female patient with bipolar disorder I, most recent episode depressed.

The patient experienced the adverse event of drowsiness (MedDRA: Somnolence) on Day 2 of the Open Label Treatment Phase, which the investigator judged to be of mild intensity.  At the time of the event the patient was receiving quetiapine 100 mg daily.  The patient reached a maximum dose of 300 mg on Day 25 with a dose reduction to 200 mg on Day 32.  The last dose of study medication was on Day 47 and the event resolved on Day 49.  The patient was withdrawn from the study due to the adverse event on Day 58.

Physical examination at screening revealed eczema on the neck but was otherwise normal.  The subject had a prior medical history of eczema, toothache, and sinus congestion.  Prior to the study the patient was treated with melatonin 2 mg, acetaminophen/diphenhydramine HCl (TYLENOL PM™, McNeill) 1 capsule/day, naproxen sodium (ALEVE™, Bayer) 2 tablets/day, and Sudafed Cough and Sinus® 1-2 tablets/day.   Concomitant medications during the study included dextromethorphan/pseudoephedrine (SUDAFED COUGH AND SINUS™, Lambert) 1-2 tablets/day, naproxen sodium (ALEVE™, Bayer) , meperidine/promethazine (MEPROZINE™), 1 tablet/day, penicillin potassium 1500 mg/day, dexamethasone 12 mg/day, intravenous anesthesia (wisdom tooth extraction), and lithium carbonate (ESKALITH CR™, Glaxo Smith Kline) up to 900 mg/day, per protocol.

The investigator considered the event of drowsiness to be related to study treatment.

2482

CONFIDENTIAL
AZSER12775155

**Study D1447C00127          Patient ID:  E0005018          quetiapine 100 mg**
                                                                            **Withdrawal**
                                                                            **AE:  Drowsiness**
                                                                            **(MedDRA:**
                                                                            **Somnolence)**

-

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 49 year-old Caucasian male patient with bipolar disorder I, most recent episode depressed.

The patient had an adverse event of drowsiness (MedDRA:  Somnolence) on Day 3 of open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of the event the patient was receiving quetiapine 100 mg daily. The last dose of study medication was on Day 57 and the event resolved on Day 58.  The patient was withdrawn from the study due to the adverse event on Day 67.

Physical examination at screening was normal.  The patient's relevant medical history included irregular heartbeat, loss of consciousness, occasional muscle ache, and occasional headache.   Prior to entering the study the patient was treated with zolpidem (AMBIEN™, Sanofi Aventis) 10 mg, aspirin 2 tablets, and multivitamin (CENTRUM SILVER™,Wyeth).  During the study the patient was given concomitant treatment with lithium carbonate (ESKALITH CR®, GlaxoSmith Kline) 450 –1575 mg daily, per protocol, aspirin 2 tablets, and multivitamin (CENTRUM SILVER™,Wyeth).

The investigator considered the event of drowsiness to be related to study medication.

CONFIDENTIAL
AZSER12775156

**Study D1447C00127      Patient E0005023     quetiapine 100 mg           Withdrawal AE:**
**AM drowsiness**
**(MedDRA: Somnolence)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs)*
*and, in some instances, from source documentation. It is being submitted in the interest of full*
*disclosure and some details may change when more information is available.*

This narrative concerns a 34-year-old Caucasian man with a diagnosis of bipolar I disorder,
most recent episode mixed. The patient had an adverse event of AM drowsiness (MedDRA:
Somnolence) on Day 2 of the open label treatment phase that was considered by the
investigator to be mild in intensity. At the time of the event the patient was being treated with
100-mg quetiapine. The adverse event resolved on Day 141 of study treatment. The patient
was withdrawn from the study due to AM drowsiness on Day 154 and the last dose of study
medication was taken on Day 143.

Physical examination at screening revealed poison ivy rash. The patient had a history of
rotator cuff surgery, rectal fissure drain, hypertension, heartburn, and ADHD (attention deficit
hyperactivity disorder). Before entering the study, the patient had been treated with 60 mg of
atomoxetine (STRATTERA®, Eli Lilly), and 20 mg of lisinopril. During the study, the patient
was given concomitant treatment with 10 – 60 mg of atomoxetine (STRATTERA, Eli Lilly),
20 mg of lisinopril, 500 – 1500 mg of divalproex (DEPAKOTE® ER, Abbott), per protocol,
1 injection of tetanus vaccine (TETNUS® SHOT, Sanofi Pasteur), 1000 mg of cephalexin, 10
mg of cetirizine (ZYRTEC®, Pfizer), 1 – 6 tablets of methylprednisolone (MEDROL®,
Pfizer), 25 mg of diphenhydramine (BENADRYL®, Warner-Lambert).

The investigator considered the AM drowsiness to be related to study medication.

2484

CONFIDENTIAL
AZSER12775157

Study D1447C00127        Patient E0005024        quetiapine 100 mg        Withdrawal AE:
                                                                                    Drowsiness
                                                                          (MedDRA: Somnolence)

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 34-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode mixed. The patient had an adverse event of drowsiness (MedDRA: Somnolence) on Day 2 of the open label treatment phase that was considered by the investigator to be moderate in intensity. At the time of the event the patient was being treated with 100-mg quetiapine. The adverse event was ongoing at the time of withdrawal. The patient was withdrawn from the study due to drowsiness on Day 25 and the last dose of study medication was taken on Day 21.

Physical examination at screening was normal. The patient had a history of surgical repair for ACL (anterior cruciate ligament), colposcopy examinations, chicken pox in 2003, near-sightedness, occasional headache, and menstrual cramps. Before entering the study, the patient had been treated with 2 tablets of naproxen (ALEVE®, Bayer), 2 tablets of ibuprofen (ADVIL®, Wyeth-Ayerst), 2 tablets of naproxen sodium (PAMPRIN®, Chattem Labs). During the study, the patient was given concomitant treatment with 2 tablets of naproxen (ALEVE®, Bayer), 2 tablets of ibuprofen (ADVIL®, Wyeth-Ayerst), 2 tablets of naproxen sodium (PAMPRIN®, Chattem Labs), and 450 – 1350 mg of lithium (LITHOBID®, JDS), per protocol.

The investigator considered the drowsiness to be related to study medication.

2485

CONFIDENTIAL
AZSER12775158

**Study D1447C00127      Patient E0005026      quetiapine 100 mg          Withdrawal AE: Worsening depression (MedDRA: Depression)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 30-year-old Caucasian (Hispanic) woman with a diagnosis of bipolar I disorder, most recent episode depressed. The patient had an adverse event of worsening depression (MedDRA: Depression) on Day 8 of open label treatment phase that was considered by the investigator to be severe in intensity. At the time of event the patient was being treated with 100-mg quetiapine. The patient was hospitalized on Day 10 due to the worsening of depression and the event was ongoing at the time of withdrawal. The patient was withdrawn from the study due to worsening depression on Day 10 and the last dose of study medication was taken by Day 10.

Physical examination at screening revealed obesity. The patient had a history of cholecystectomy, tonsillectomy, C-section, breast reduction, skull fracture, and asthma. Before entering the study, the patient had been treated with 6mg/25mg of olanzapine/fluoxetine (SYMBYEX®, Eli Lilly), 200 mg of topiramate (TOPAMAX®, Ortho-McNeil), 2 mg of alprazolam (XANAX®, Pharamcia), 2 puffs of albuterol, and 1 tablet of drospirenone/ethinyl estradiol (YASMIN®, Berlex). During the study, the patient was given concomitant treatment with 2 puffs of albuterol, 1 tablet of drospirenone/ethinyl estradiol (YASMIN®, Berlex), 100 mg of topiramate (TOPAMAX®, Ortho-McNeil) and 450 – 900 mg of lithium (LITHOBID®, JDS), per protocol.

The investigator considered the worsening depression to be not related to study medication.

CONFIDENTIAL
AZSER12775159

**Study D1447C00127   Patient ID: E0005031          quetiapine 300 mg       Withdrawal AE:**

**Daytime drowsiness (MedDRA: Somnolence)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 46 year-old Black female patient with bipolar I disorder, most recent episode mixed.

The patient had an adverse event of daytime drowsiness (MedDRA: Somnolence) on Day 30 of the open label treatment phase that was considered by the investigator to be of moderate intensity. At the time of the onset of daytime drowsiness the patient was receiving quetiapine 300 mg daily.   The event resolved on Day 49.  The patient was withdrawn from the study due to the adverse event on Day 50.

Physical examination at screening was normal.  The patient had a prior medical history of appendicitis, benign cyst left breast, and Attention Deficit Hyperactivity Disorder (ADHD.)  Surgical history included appendectomy and benign cyst removed left breast. Before entering the study the patient had been treated with sertraline (ZOLOFT™, Pfizer) 50mg.  During the study the patient was given concomitant treatment with sertraline (ZOLOFT™, Pfizer) 50mg , lithium carbonate (ESKALITH CR®, GlaxoSmithKline) 450mg (which increased to 900 mg,) per protocol, acetaminophen/chlorpheniramine maleate/ dextromethorphan hydrobromide/pseudoephedrine hydrochloride (THERA-FLU™, Novartis) 2 packets, acetaminophen/aspirin/caffeine (EXCEDRIN™, Bristol Myers Squibb) 4 caplets, and acetaminophen (TYLENOL™, McNeil) 4 tablets.

The investigator considered the daytime drowsiness to be related to study treatment.

2487

CONFIDENTIAL
AZSER12775160

**Study D1447C00127**      **Patient E0005033**      **quetiapine 200 mg**      **Withdrawal AE: Daytime drowsiness (MedDRA: Somnolence)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 39-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode manic. The patient had an adverse event of daytime drowsiness (MedDRA: Somnolence) on Day 5 of the open label treatment phase that was considered by the investigator to be mild in intensity. At the time of the event the patient was being treated with 200-mg quetiapine. The adverse event resolved on Day 6. On Day 9, AM drowsiness (MedDRA: Somnolence) was reported as mild in intensity per the investigator and resolved on Day 57. On Day 58, daytime drowsiness (MedDRA: Somnolence) was reported and considered by the investigator to be moderate in intensity. The adverse event resolved on Day 105. The patient was withdrawn from the study due to daytime drowsiness on Day 105 and the last dose of study medication was taken on Day 82.

Physical examination at screening was normal. The patient had a history of appendectomy, hip replacement due to hip fracture secondary to injury, difficulty to sleep, hypertension, and male pattern baldness. Before entering the study, the patient had been treated with 10 mg of escitalopram (LEXAPRO®, Forest), 5 mg of zolpidem (AMBIEN®, Novartis), 80 mg of valsartan (DIOVAN®, Novartis), and 1 mg of finasteride (PROPECIA®, Merck Frosst). During the study, the patient was given concomitant treatment with 80 mg of valsartan (DIOVAN®, Novartis), 1 mg of finasteride (PROPECIA®, Merck Frosst), 10 mg of escitalopram (LEXAPRO®, Forest), 5 mg of zolpidem (AMBIEN®, Novartis), and 500 – 1000 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the daytime drowsiness to be related to study medication.

2488

CONFIDENTIAL
AZSER12775161

**Study D1447C00127      Patient E0005037   quetiapine 300 mg          Withdrawal AE:**
**Daytime drowsiness**
**(MedDRA: Somnolence)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs)*
*and, in some instances, from source documentation.  It is being submitted in the interest of full*
*disclosure and some details may change when more information is available.*

This narrative concerns a 26-year-old Caucasian woman with a diagnosis of bipolar I disorder,
most recent episode depressed.  The patient had an adverse event of daytime drowsiness
(MedDRA: Somnolence) on Day 17 of the open label treatment phase that was considered by
the investigator to be mild in intensity.  At the time of the event the patient was being treated
with 300-mg quetiapine.  The adverse event was resolved on Day 47 of study treatment.  The
patient was withdrawn from the study on Day 43 and the last dose of study medication was
taken on Day 42.

Physical examination at screening was normal.  The patient had a history of hypothyroidism,
dysmenorrhea, torn ligaments in the right knee, post-surgical right knee pain, headaches, an
allergy to sulfa drugs, and right knee surgeries in 2003 and 2004.  Before entering the study,
the patient had been treated with 20 mg of fluoxetine (PROZAC®, Eli Lilly), 100 mg of
levothyroxine, 5/500 mg of acetaminophen/hydrocodone (VICODIN®, 3M), 200 mg of
ibuprofen (ADVIL®, Wyeth-Ayerst), 220 mg of naproxen (ALEVE®, Bayer), and 2 tablets of
acetaminophen/caffeine (MIDOL®, Bayer).  During the study, the patient was given
concomitant treatment with 20 mg of fluoxetine (PROZAC®, Eli Lilly), 100 mg of
levothyroxine, 200 mg of ibuprofen (ADVIL®, Wyeth-Ayerst), 220 mg of naproxen
(ALEVE®, Bayer), 2 tablets of acetaminophen/caffeine (MIDOL®, Bayer), 250 – 750 mg of
divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the daytime drowsiness to be related to study medication.

CONFIDENTIAL
AZSER12775162

**Study D1447C00127          Patient E0005040          quetiapine 400 mg          Withdrawal AE: Unintentional overdose (MedDRA: Accidental Overdose)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 45-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode manic.  The patient had an adverse event of unintentional overdose (MedDRA: Accidental Overdose) on Day 35 of open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of the adverse event the patient was being treated with 400-mg quetiapine.  The adverse event resolved on the same day.  The patient was withdrawn from the study due to unintentional overdose on Day 36, and the last dose of study medication was taken on the Day 35.

Physical examination at screening revealed healed poison ivy scars.  The patient had a history of a staphylococcus infection of the left knee, poison ivy, tinnitus, constipation, and surgery for cervical spine fusion in 1990.  Before entering the study, the patient had been treated with 500 mg of divalproex (DEPAKOTE®, Abbott), 0.25 mg of alprazolam (XANAX®, Pharmacia), 50 mg of sertraline (ZOLOFT®, Pfizer), 20 mg of paroxetine (PAXIL®, GlaxoSmithKline), 4 mg of diazepam (VALIUM®, Roche), and 2 mg of methylprednisolone.  During the study, the patient was given concomitant treatment with 500 – 1000 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the unintentional overdose to be not related to study medication.

2490

CONFIDENTIAL
AZSER12775163

Study D1447C00127        Patient E0005042        quetiapine 400 mg        Withdrawal AE:
                                                                              Weight gain
                                                          (MedDRA: Weight Increased)

*The information provided in this narrative is extracted from the Case Report Form (CRFs)
and, in some instances, from source documentation.  It is being submitted in the interest of full
disclosure and some details may change when more information is available.*

This narrative concerns a 27-year-old Caucasian woman with a diagnosis of bipolar I disorder,
most recent episode mixed.  The patient had an adverse event of weight gain (MedDRA:
Weight Increased) on Day 15 of the open label treatment phase that was considered by the
investigator to be severe in intensity.  At the time of the adverse event the patient was being
treated with 400-mg quetiapine.  The adverse event resolved on Day 56 of study treatment.
The patient was withdrawn from the study due to weight gain on Day 56, and the last dose of
study medication was taken on the Day 55.

Physical examination at screening was normal.  The patient had a history of allergies to
penicillin, sulfa, and codeine, dysmenorrhea, dysfunctional uterine bleeding, ovarian cyst, post
partum depression, and a hysterectomy.  Before entering the study, the patient had been
treated with 2 tablets of acetaminophen (TYLENOL®, McNeil), 3 tablets of acetaminophen
(extra strength EXCEDRIN®, Bristol-Myers Squibb), 10 mg of escitalopram (LEXAPRO®,
Forest), and 10 mg of zaleplon (SONATA®, Wyeth).  During the study, the patient was given
concomitant treatment with 450 – 1350 mg of lithium (ESKALITH CR®, GlaxoSmithKline),
per protocol, 100 mg of acetaminophen/propoxyphene (DARVOCET-N 100®, Eli Lilly),
1 tablet of naproxen sodium (ANAPROX®, Roche), 1 tablet of  dimenhydrinate
(DRAMAMINE®, Pfizer), 3 tablets of  acetaminophen (extra strength EXCEDRIN®,
Bristol-Myers Squibb), 1 tablet of acetaminophen (TYLENOL®, McNeil), and 2 tablets of
pseudoephedrine (SUDAFED®, Pfizer).

The investigator considered the weight gain to be related to study medication.

**Table 1**            **Body weight**

| Study day | Dose (mg/day) | Weight (kg) |
|-----------|---------------|-------------|
| Enrollment | Not applicable | 57.9 |
| Unknown date | | 58.1 |
| Day 15 | 400 | 59.0 |
| Day 56 | Not applicable | 65.3 |

2491

**Study D1447C00127      Patient E0005053      quetiapine 300 mg      Withdrawal AE: Drowsy (MedDRA: Somnolence)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 60-year-old Black man with a diagnosis of bipolar I disorder, most recent episode mixed. The patient had an adverse event of being drowsy (MedDRA: Somnolence) on Day 12 of the open label treatment phase that was considered by the investigator to be moderate in intensity. At the time of the event the patient was being treated with 300-mg quetiapine. The adverse event was ongoing at the time of withdrawal. The patient was withdrawn from the study due to the adverse event on Day 29 and the last dose of study medication was taken on Day 28.

Physical examination at screening was normal. The patient had a history of hypertension. Before entering the study, the patient had been treated with 81 mg of aspirin. During the study, the patient was given concomitant treatment with 900 mg of lithium, per protocol, 81 mg of aspirin, and 5 mg of amlodipine (NORVASC®, Pfizer).

The investigator considered the adverse event to be related to study medication.

CONFIDENTIAL
AZSER12775165

**Study D1447C00127          Patient E0005060          quetiapine 300 mg          Withdrawal AE:**
                                                                                              **AM drowsiness**
                                                                                      **(MedDRA: Somnolence)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 28-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode manic.  The patient had an adverse event of AM drowsiness (MedDRA: Somnolence) on Day 5 of the open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of the adverse event the patient was being treated with 300-mg quetiapine.  The adverse event resolved on Day 40 of study treatment.  The patient was withdrawn from the study due to AM drowsiness on Day 37, and the last dose of study medication was taken on the Day 36.

Physical examination at screening revealed a small healing blister on the right hand.  The patient had a history of an allergy to penicillin, psoriasis, hiatal hernia, occasional headache, erectile dysfunction, and fever busters.  Before entering the study, the patient had been treated with 50 mg of sildenafil (VIAGRA®, Pfizer), and 1 tablet of diphenydramine hydrochloride (BENADRYL®, Warner-Lambert).  During the study, the patient was given concomitant treatment with 450 – 1350 mg of lithium (ESKALITH CR®, GlaxoSmithKline), per protocol, 50 mg of sildenafil (VIAGRA®, Pfizer), and 1 tablet of diphenydramine hydrochloride (BENADRYL®, Warner-Lambert).

The investigator considered the AM drowsiness to be related to study medication.

2493

CONFIDENTIAL
AZSER12775166

**Study D1447C00127      Patient E0005066      quetiapine 400 mg            Withdrawal AE:**
**Excessive night time sleepiness**
**(MedDRA: Somnolence)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs)*
*and, in some instances, from source documentation. It is being submitted in the interest of full*
*disclosure and some details may change when more information is available.*

This narrative concerns a 30-year-old black woman with a diagnosis of bipolar I disorder,
most recent episode manic. The patient had an adverse event of excessive night time
sleepiness (MedDRA: Somnolence) on Day 68 of the open label treatment phase that was
considered by the investigator to be moderate in intensity. At the time of the event the patient
was being treated with 400-mg quetiapine. The adverse event was resolved on Day 104 of the
randomized treatment phase. The patient was withdrawn from the study on Day 112 of the
randomized treatment phase and the last dose of study medication was taken on Day 103 of
the randomized treatment phase.

Physical examination at screening was normal. The patient had a history of seasonal allergies,
allergies to penicillin and Septra, nearsightedness, gall stones, an abnormal pap smear,
menstrual cramps, occasional headache, occasional swelling of the left ankle, an
appendectomy, and a gall bladder removal. Before entering the study, the patient had been
treated with 2 tablets of acetaminophen (TYLENOL®, McNeil), 2 tablets of acetaminophen
and phenylephrine (TYLENOL® COLD AND SINUS, McNeil), 2 teaspoons of
dextromethorphan (ROBITUSSIN DM®, Wyeth-Ayerst), and 1 tablet of vitamins. During the
study, the patient was given concomitant treatment with 2 tablets of acetaminophen
(TYLENOL®, McNeil), 2 tablets of acetaminophen and phenylephrine (TYLENOL COLD
AND SINUS®, McNeil), 2 teaspoons of dextromethorphan (ROBITUSSIN DM®, Wyeth-
Ayerst), 1 tablet of vitamins, 400 mg of miconazole (MONISTAT CREAM®, McNeil) and
450 – 900 mg of lithium carbonate (ESKALITH®, GlaxoSmithKline), per protocol.

The investigator considered the excessive night time sleepiness to be related to study
medication.

2494

CONFIDENTIAL
AZSER12775167

**Study D1447C00127        Patient E0005071      quetiapine 100 mg           Withdrawal AE: Akathisia (MedDRA: Akathisia)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 45-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode mixed. The patient had an adverse event of akathisia (MedDRA: Akathisia) on Day 1 of the open label treatment phase that was considered by the investigator to be moderate in intensity. At the time of the event the patient was being treated with 100-mg quetiapine. The adverse event was resolved on Day 8. The patient was withdrawn from the study on Day 14 and the last dose of study medication was taken on Day 9.

Physical examination at screening was normal. The patient had a history of an allergy to codeine, mitral valve prolapse, occasional sinus congestion, occasional headache, and breast augmentation. Before entering the study, the patient had been treated with 1 tablet of ethinyl estradiol/norethindrone (LOESTRIN®, Warner Chilcott), 1 tablet of diphenhydramine (BENADRYL®, Warner-Lambert), and 1 tablet of naproxen (ALEVE®, Bayer). During the study, the patient was given concomitant treatment with 1 tablet of ethinyl estradiol/norethindrone (LOESTRIN®, Warner Chilcott), 1 tablet of diphenhydramine (BENADRYL®, Warner-Lambert), 1 tablet of naproxen (ALEVE®, Bayer), and 450 – 900 mg of lithium (ESKALITH®, GlaxoSmithKline), per protocol.

The investigator considered the akathisia to be related to study medication.

CONFIDENTIAL
AZSER12775168

**Study D1447C00127**      **Patient E0005072**   **quetiapine 100 mg**              **Withdrawal AE:**
**Daytime sedation**
**(MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 65-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of daytime sedation (MedDRA: Sedation) on Day 28 of the open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of the event the patient was being treated with 100-mg quetiapine.  The adverse event was resolved on Day 35.  The patient was withdrawn from the study on Day 60 and the last dose of study medication was taken on Day 31.

Physical examination at screening was normal.  The patient had a history of glaucoma, stress incontinence, a pinched nerve in neck, bilateral deQuervain's disease bilateral writsts, osteoporosis, allergies to penicillin and shellfish, a diskectomy L5-S1, and a laminectomy L4-L5.  Before entering the study, the patient had been treated with 1 gtt of travoprost (TRAVATAB®, Alcon Laboratories), 35 mg of risedronate (ACTONEL®, Procter & Gamble), and 220 mg of naproxen (ALEVE®, Bayer).  During the study, the patient was given concomitant treatment with 1 gtt of travoprost (TRAVATAB®, Alcon Laboratories), 35 mg of risedronate (ACTONEL®, Procter & Gamble), 220 mg of naproxen (ALEVE®, Bayer), 450 – 900 mg of lithium (ESKALITH CR®, GlaxoSmithKline), per protocol, and 500 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the daytime sedation to be related to study medication.

2496

CONFIDENTIAL
AZSER12775169

**Study D1447C00127       Patient E0005075   quetiapine 400 mg              Withdrawal AE:
Drowsiness
(MedDRA: Somnolence)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs)
and, in some instances, from source documentation.  It is being submitted in the interest of full
disclosure and some details may change when more information is available.*

This narrative concerns a 36-year-old Caucasian woman with a diagnosis of bipolar I disorder,
most recent episode depressed.  The patient had an adverse event of drowsiness (MedDRA:
Somnolence) on Day 6 of the open label treatment phase that was considered by the
investigator to be moderate in intensity.  At the time of the event the patient was being treated
with 400-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The
patient was withdrawn from the study on Day 28 and the last dose of study medication was
taken on Day 27.

Physical examination at screening revealed numbness and pain in the left arm.  The patient
had a history of allergic rhinitis, nearsightedness, anxiety disorder, menstrual cramps, and a
pinched nerve in left arm.  Before entering the study, the patient had been treated with 1 tablet
of acetaminophen and pseudophedrine (TYLENOL® Sinus, McNeil) and 2 tablets of
ibuprofen.  During the study, the patient was given concomitant treatment with 1 tablet of
acetaminophen and pseudophedrine (TYLENOL® Sinus, McNeil), 2 tablets of ibuprofen,
1,000 mg of amoxicillin and 500 – 1,000 mg of divalproex (DEPAKOTE®, Abbott), per
protocol.

The investigator considered the drowsiness to be related to study medication.

CONFIDENTIAL
AZSER12775170

Study D1447C00127        Patient E0005077      quetiapine 100 mg        Withdrawal AEs:
                                                                         Nervousness
                                                                  (MedDRA: Nervousness)
                                                                          Acute Anxiety
                                                                     (MedDRA: Anxiety)

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 39-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode manic.  The patient had an adverse event of nervousness (MedDRA: Nervousness) on Day 1 of the open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of this event the patient was being treated with 100-mg quetiapine.  The patient also had an adverse event of acute anxiety (MedDRA: Anxiety) on Day 6 of the open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of this event the patient was being treated with 200-mg quetiapine.  The adverse events resolved on Day 6.  The patient was withdrawn from the study on Day 10 and the last dose of study medication was taken on Day 5.

Physical examination at screening was normal.  The patient had a history of an allergy to ampicillin and amoxicillin, bilateral cataracts, endometriosis, a pinched nerve in neck, bilateral lens implants, bilateral cataract removal, and a tubal ligation.  Before entering the study, the patient had been treated with 1 tablet of multivitamin, 400 mg of ibuprofen (ADVIL®, Wyeth-Ayerst), 2 tablets of acetaminophen, caffeine, and pyrilamine (MIDOL®, Bayer Healthcare), and 1 tablet of acetaminophen and hydrocodone (VICODIN®, Abbott ).  During the study, the patient was given concomitant treatment with 400 mg of ibuprofen (ADVIL®, Wyeth-Ayerst), 2 tablets of acetaminophen, caffeine, and pyrilamine (MIDOL®, Bayer Healthcare), 2 tablets of lorazepam (ATIVAN®, Wyeth), 1 tablet of diphenhydramine (BENADRYL®, Warner-Lambert), 30 mg of flurazepam, and 450 mg of lithium (ESKALITH® CR, GlaxoSmithKline), per protocol.

The investigator considered the nervousness and acute anxiety to be related to study medication.

2498

CONFIDENTIAL
AZSER12775171

**Study D1447C00127          Patient E0005082   quetiapine 100 mg          Withdrawal AE: Sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 24-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode manic.  The patient had an adverse event of sedation (MedDRA: Sedation) on Day 2 of the open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of the event the patient was being treated with 100-mg quetiapine.  The adverse event was resolved on Day 29.  The patient was withdrawn from the study on Day 29 and the last dose of study medication was taken on Day 26.

Physical examination at screening was normal.  The patient had a history of a sore throat, kidney stones, urinary tract infection, a fractured left arm, headaches, an allergy to seafood, and repair of left arm fracture.  Before entering the study, the patient had been treated with 2 tablets of acetaminophen and propoxyphene (DARVOCET®, Eli Lilly), 4 tsp of dextromethorphan (ROBITUSSIN®, Wyeth-Ayerst), 2 caplets of acetaminophen an diphenhydramine (TYLENOL® PM, McNeil), and 1 tablet of stacker (supplement.  During the study, the patient was given concomitant treatment with 1,000 mg of cephalexin, 2 tablets of acetaminophen and propoxyphene (DARVOCET®, Eli Lilly), 4 tabs of acetaminophen and pseudophedrine (TYLENOL® COLD & SINUS, McNeil), 4 tsp of dextromethorphan (ROBITUSSIN®, Wyeth-Ayerst), and 450 – 900 mg of lithium (ESKALITH®, GlaxoSmithKline), per protocol.

The investigator considered the sedation to be related to study medication.

CONFIDENTIAL
AZSER12775172

**Study D1447C00127      Patient E0006011      quetiapine 400 mg      Withdrawal AE:**
**Hair loss**
**(MedDRA: Alopecia)**
**Cold Symptom**
**(MedDRA: Nasopharyngitis)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 51-year-old Black woman with a diagnosis of bipolar I disorder, most recent episode depressed. The patient had an adverse event of hair loss (MedDRA: Alopecia) and Cold Symptom (MedDRA: Nasopharyngitis) on Day 45 of the randomized treatment phase that was considered by the investigator to be moderate in intensity. At the time of the event the patient was being treated with 400-mg study drug vs placebo. The adverse event resolved on Day 59 of the randomized treatment phase. The patient was withdrawn from the study due to hair loss and cold symptom on Day 61 and the last dose of study medication was taken on Day 59 of the randomized treatment phase.

Physical examination at screening was normal. The patient had a history of hypertension. Before entering the study, the patient had been treated with 5 mg of amlodipine (NORVASC®, Pfizer). During the study, the patient was given concomitant treatment with 750 – 1000 mg of divalproex (DEPAKOTE ER®, Abbott), per protocol, 5 mg of amlodipine (NORVASC®, Pfizer), 500 mg of azithromycin (ZITHROMAX®, Pfizer), and 600 mg of ibuprofen (MOTRIN®, McNeil).

The investigator considered the hair loss to be not related to study medication.

2500

CONFIDENTIAL
AZSER12775173