**Study D1447C00127   Patient ID:  E0006025**          **quetiapine 100 mg Withdrawal AE: Lethargy (MedDRA: Lethargy),**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 25 year-old Black female patient with bipolar I disorder, most recent episode depressed.

The patient had an adverse event of lethargy (MedDRA:  Lethargy) on Day 1 of the Open Label Treatment Phase that was considered by the investigator to be moderate in intensity.  Treatment was withdrawn on Day 1 and the event resolved the following day.  At the time of the onset of lethargy the patient was receiving quetiapine 100 mg daily.  The patient was withdrawn from the study due to the adverse event on Day 7.

Physical examination at screening revealed a transient grade I systolic ejection murmur.  Before entering the study and during the study the patient received concomitant treatment with loratadine (CLARITIN™, Schering-Plough) 10 mg PRN and ibuprofen (MOTRIN™, McNeil), 800 mg PRN.  A current mood stabilizer was not reported.  The investigator considered the lethargy to be related to study treatment.

CONFIDENTIAL
AZSER12775174

**Study D1447C00127**      **Patient E0006030**      **quetiapine 100 mg**      **Withdrawal AE: Drowsy (MedDRA: Somnolence)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 44-year-old  Black woman with a diagnosis of bipolar I disorder, most recent episode manic.  The patient had an adverse event of being drowsy (MedDRA: Somnolence) on Day 1 of the open label treatment phase that was considered by the investigator to be moderate in intensity. At the time of the adverse event the patient was being treated with 100-mg quetiapine.  The adverse event resolved on Day 2 of study treatment. The patient was withdrawn from the study due to the adverse event on Day 8, and the last dose of study medication was taken on the Day 1.

Physical examination at screening was normal.  The patient had a history of hiatal hernia, and surgeries for tubal ligation and breast reduction.  Before entering the study, the patient had been treated with 20 mg of omeprazole (PRILOSEC®, Procter & Gamble), and 75 mg of ranitidine (ZANTAC®, GlaxoSmithKline).  During the study, the patient was given concomitant treatment with 20 mg of omeprazole (PRILOSEC®, Procter & Gamble), and 75 mg of ranitidine (ZANTAC®, GlaxoSmithKline).

The investigator considered the adverse event to be related to study medication.

CONFIDENTIAL
AZSER12775175

**Study D1447C00127          Patient E0006044          quetiapine 200 mg          Withdrawal AE: Sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 41-year-old black woman with a diagnosis of bipolar I disorder, most recent episode depressed. The patient had an initial adverse event of sedation on Day 2 of the open label treatment phase that was considered by the investigator to be moderate in intensity. The patient then had another adverse event of sedation (MedDRA: Sedation) on Day 7 of the open label treatment phase that was considered by the investigator to be moderate in intensity. At the time of the adverse event the patient was being treated with 200-mg quetiapine. The adverse event resolved on Day 10 of study treatment. The patient was withdrawn from the study due to sedation on Day 14, and the last dose of study medication was taken on the Day 10.

Physical examination at screening was normal. The patient had a history of bilateral glaucoma, hypertension, and high cholesterol. Before entering the study, the patient had been treated with 1 tablet of losartan/hydrochlorothiazide (HYZAAR®, Merck Frosst), 80 mg of fluvastatin (LESCOL XR®, Merck Frosst), 1 drop of bimatoprost (LUMIGAN®, Allergan), 1 drop of dorzolamide HCl (TRUSOPT®, Merck Frosst), 1 drop of timolol, 750 mg of divalproex (DEPAKOTE®, Abbott), and 75 mg venlafaxine (EFFEXOR XR®, Wyeth-Ayerst). During the study, the patient was given concomitant treatment with 1 tablet of losartan/hydrochlorothiazide (HYZAAR®, Merck Frosst), 80 mg of fluvastatin (LESCOL XR, Merck Frosst), 1 drop of bimatoprost (LUMIGAN®, Allergan), 1 drop of dorzolamide HCl (TRUSOPT®, Merck Frosst), 1 drop of timolol, 750 mg of divalproex (DEPAKOTE®, Abbott), per protocol,  and 37.5 mg venlafaxine (EFFEXOR XR®, Wyeth-Ayerst).

The investigator considered the sedation to be related to study medication.

CONFIDENTIAL
AZSER12775176

**Study D1447C00127        Patient E0006065   quetiapine 100 mg        Withdrawal AE: Lethargic (MedDRA: Lethargy)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 40-year-old black woman with a diagnosis of bipolar I disorder, most recent episode manic.  The patient had an adverse event of lethargic (MedDRA: Lethargy) on Day 2 of open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of the event the patient was being treated with 200-mg quetiapine.  The adverse event resolved on Day 3 of study treatment.  The patient was withdrawn from the study on Day 8 and the last dose of study medication was taken on Day 1.

Physical examination at screening was normal.  The patient had a history of asthma, headache, surgery for tubal ligation, and bunionectomy on left and right feet.  Before entering the study, the patient had been treated with 2 puffs of triamcinolone (AZMACORT®, Kos), 2 puffs of ipratropium bromide/albuterol (COMBIVENT®, Boehringer Ingelheim), 2 puffs of albuterol (PROVENTIL, Schering-Plough),  and 1 tablet of vitamin.  During the study, the patient was given concomitant treatment with 2 puffs of triamcinolone (AZMACORT®, Kos), 2 puffs of ipratropium bromide/albuterol (COMBIVENT®, Boehringer Ingelheim), 2 puffs of albuterol (PROVENTIL, Schering-Plough), 1 tablet of vitamin, 400 mg of ibuprofen, and 500 mg of divalproex (DEPAKOTE ER®, Abbott), per protocol.

The investigator considered the event of lethargic to be related to study medication.

CONFIDENTIAL
AZSER12775177

**Study D1447C00127        Patient E0006070        quetiapine 200 mg        Withdrawal AE: Increased leg cramp (MedDRA: Muscle Spasms)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 47-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had an adverse event of increased leg cramp (MedDRA: Muscle Spasms) on Day 2 of the open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of the adverse event the patient was being treated with 200-mg quetiapine.  The adverse event resolved on Day 22 of study treatment.  The patient was withdrawn from the study due to increased leg cramp on Day 29, and the last dose of study medication was taken on the same day.

Physical examination at screening was normal.  The patient had a history of chronic back pain, seasonal allergy, leg cramps, restless leg cramps, allergies to NAVANE[®], (Pfizer, thiothixene), HALDOL[®], (Ortho-McNeil, haloperidol), azithromycin, and trazodone. The patient had surgeries for appendectomy, wisdom teeth removal, and hammer toe repair. Before entering the study, the patient had been treated with 1500 mg of divalproex (DEPAKOTE[®], Abbott), 15 mg olanzapine (ZYPREXA[®], Elil Lilly), 10 mg of laratadine/pseudoephedrine (CLARITIN[®], Schering Plough), and 600 mg of ibuprofen (MOTRIN[®], McNeil).  During the study, the patient was given concomitant treatment with 1500 mg of divalproex (DEPAKOTE[®], Abbott), per protocol, 10 mg of laratadine/pseudoephedrine (CLARITIN[®], Schering Plough), 15 mg olanzapine (ZYPREXA[®], Elil Lilly), 600 mg of ibuprofen (MOTRIN[®], McNeil), and 400 mg of ibuprofen.

The investigator considered the increased leg cramp to be related to study medication.

2505

CONFIDENTIAL
AZSER12775178

**Study D1447C00127**          **Patient: E0007002**          **quetiapine 100 mg Withdrawal: Akathisia (MedDRA: Akathisia)**

This narrative concerns a 49 year-old Caucasian female patient with Bipolar I Disorder, most recent episode depressed.

The patient had an adverse event of akathisia (MedDRA: akathisia) on Day 1 of the open label treatment phase that was considered by the investigator to be moderate in intensity. At the time of the event the patient was receiving quetiapine 100 mg daily. The akathisia persisted unchanged and on Day 2, treatment was discontinued. The patient was withdrawn the following day. The akathisia resolved on Day 3.

Physical examination at screening showed a small stab wound in the left knee (arthroscopic surgery) and bilateral breast implants but was otherwise normal. The patient's relevant medical history included gastroesophageal reflux disease, fibromyalgia, migraine headaches, diabetes, osteoarthritis, restless leg syndrome, reaction to Depakote® and a surgical history of torn knee tendon surgery, left wrist carpal tunnel surgery, breast implants, and pneumothorax surgery. Before entering the study, the patient had been treated with ranitidine 75 mg. During the study, the patient was given concomitant treatment with propranolol 160 mg, zolmitriptan (ZOMIG™, AstraZeneca) 5 mg, acetaminophen/aspirin/caffeine (EXCEDRIN MIGRAINE™, Bristol Myers Squibb) 2 tablets, multivitamin, acetaminophen 500 mg, famotidine (PEPCID™, Johnson and Johnson – Merck) 20 mg, and lithium carbonate 600 mg, per protocol.

The investigator considered the akathisia to be related to study treatment.

2506

CONFIDENTIAL
AZSER12775179

**Study D1447C00127    Patient E0007021   Quetiapine 0 mg       Withdrawal AEs:**
                                                                            **Sedation**
                                                                **(MedDRA: Sedation)**
                                                                            **Falls down**
                                                                    **(MedDRA: Falls)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 47-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode manic. The patient had an adverse event of sedation (MedDRA: Sedation) and falls down (MedDRA: Fall) on Day 1 of the open label treatment phase that was considered by the investigator to be moderate in intensity. At the time of the events the patient was dispensed quetiapine (study medication) in the open label period but according to data clarification form #77825 patient did not take any study medication. The adverse events resolved on Day 1. The patient was withdrawn from the study on Day 12 and the reason for termination was an adverse event.

Physical examination at screening was normal. The patient had a history of chronic neck pain, bilateral carpal tunnel syndrome, depression, stomach ulcer, arthritis, seasonal allergies, and a hysterectomy. Before entering the study, the patient had been treated with 2 puffs of salmeterol xinafoate (SEREVENT®, GlaxoSmithKline), 20 mg of paroxetine (PAXIL®, GlaxoSmithKline), 20 mg of valdecoxib (BEXTRA®, Pfizer), and 40 mg of esomeprazole (NEXIUM®, AstraZeneca). During the study, the patient was given concomitant treatment with 2 puffs of salmeterol xinafoate (SEREVENT®, GlaxoSmithKline), 20 mg of paroxetine (PAXIL®, GlaxoSmithKline), 20 mg of valdecoxib (BEXTRA®, Pfizer), 40 mg of esomeprazole (NEXIUM®, AstraZeneca), and 500 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

CONFIDENTIAL
AZSER12775180

Study D1447C00127        Patient ID: E0007022        Quetiapine 0-mg        Withdrawal AEs:
                                                                            Drowsiness
                                                                            (MedDRA: Somnolence)

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 31 year-old Caucasian female patient with bipolar I disorder, most recent episode depressed.   The patient had an adverse event of drowsiness (MedDRA: Somnolence) on Day 60 of the Open Label Treatment Phase that the investigator considered to be moderate in intensity.  At the time of the onset of drowsiness the patient was not treated with Quetiapine.  The dose of quetiapine was increased to a maximum of 500-mg daily on Day 32 and subsequently decreased to 400-mg daily on Day 46 and discontinued on Day 56. The event was ongoing at the time of withdrawal.  The patient was withdrawn from the study due to the adverse event on Day 60 and the last dose of study medication was taken the on Day 56.

Physical examination at screening revealed multiple tattoos, pierced eyebrow, erythematous maculopapular lesions on the face, wheezing throughout the lung fields, mild obesity and abdomen striae.  The patient's relevant surgical history included a tubal ligation.  No relevant medical history was noted.  Before the entering the study, the patient had been treated with .25-mg risperidone (RISPERDAL®, Janssen), 300-mg oxcarbazepine (TRILEPTAL®, Novartis), 200-mg paroxetine (PAXIL®, GlaxoSmithKline), and 150-mg bupropion HCL (WELLBUTRIN®, GlaxoSmithKline).  During the study the patient was given concomitant treatment with 10-mg paroxetine (PAXIL®, GlaxoSmithKline), 75 and 150-mg bupropion HCL (WELLBUTRIN®, GlaxoSmithKline), .25-mg risperidone (RISPERDAL®, Janssen), 300-mg oxcarbazepine (TRILEPTAL®, Novartis), and 500, 1000 and 1500-mg divalproex sodium (DEPAKOTE®, Abbott) per protocol.

The investigator considered the drowsiness to be related to study medication.

2508

CONFIDENTIAL
AZSER12775181

**Study D1447C00127      Patient E0007048      quetiapine 200 mg           Withdrawal AE:**

**Akathesia**

**(MedDRA:  Akathisia)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs)
and, in some instances, from source documentation.  It is being submitted in the interest of full
disclosure and some details may change when more information is available.*

This narrative concerns a 41-year-old Caucasian woman with a diagnosis of bipolar I disorder,
most recent episode manic.  The patient had an adverse event of akathesia (MedDRA:
Akathisia) on Day 5 of the open label treatment phase that was considered by the investigator
to be severe in intensity.  At the time of the adverse event the patient was being treated with
200-mg quetiapine.  The adverse event resolved on Day 7 of study treatment.  The patient was
withdrawn from the study due to akathesia on Day 8, and the last dose of study medication
was taken on Day 7.

Physical examination at screening revealed a pierced umbilicus with stud in place and a
healed scar on the right palmar hand.  The patient had a history of recurrent headaches,
recurrent insomnia, and surgery for tubal ligation.  Before entering the study, the patient had
been treated with 2 tablets of acetaminophen (EXCEDRIN®, Bristol-Myers Squibb), and 2
tablets of acetaminophen and diphenhydramine (TYLENOL® PM, McNeil).  During the study,
the patient was given concomitant treatment with 2 tablets of acetaminophen (EXCEDRIN®,
Bristol-Myers Squibb), 2 tablets of acetaminophen and diphenhydramine (TYLENOL® PM,
McNeil), 4 mg of benztropine (COGENTIN®, Merck), 10 mg of olanzapine (ZYPREXA®, Eli
Lilly), and 1200 mg of gabapentin (NEURONTIN®, Pfizer).

The investigator considered the akathesia to be related to study medication.

CONFIDENTIAL
AZSER12775182

**Study D1447C00127**      **Patient E0007051**      **quetiapine 100 mg**      **Withdrawal AE: Drowsiness (MedDRA: Somnolence)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 32-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of drowsiness (MedDRA: Somnolence) on Day 2 of the open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of the adverse event the patient was being treated with 100-mg quetiapine.  The adverse event resolved on Day 8 of study treatment.  The patient was withdrawn from the study due to drowsiness on Day 9, and the last dose of study medication was taken on the same day.

Physical examination at screening revealed a lower transverse scar on abdomen.  The patient had a history of depression, seasonal allergies, and surgery for tubal ligation.  Before entering the study, the patient had been treated with 150 mg of bupropion (WELLBUTRIN®, GlaxoSmithKline).  During the study, the patient was given concomitant treatment with 500 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the drowsiness to be related to study medication.

2510

CONFIDENTIAL
AZSER12775183

| | | | |
|---|---|---|---|
| Study D1447C00127 | Patient ID: E0008004 | Quetiapine 500-mg | Withdrawal AEs: Weight gain (MedDRA: Weight increased); Type II diabetes (MedDRA: Diabetes mellitus non-insulin-dependent) |

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 47 year-old black female patient with bipolar I disorder, most recent episode depressed.   The patient had adverse events of weight gain (MedDRA: Weight increased) and type II diabetes (MedDRA: Diabetes mellitus non-insulin-dependent) on Day 169 of the Open Label Treatment Phase that the investigator considered to be moderate in intensity.  At the time of the onset of the weight gain and type II diabetes the patient was treated with quetiapine 500-mg daily.  The events persisted throughout the study and were ongoing at the time of withdrawal.  The patient was withdrawn from the study due to the adverse events on Day 2 of the Double-Blind Treatment Phase and the last dose of study medication was taken the same day.

Physical examination at screening revealed hypertension.  The patient's relevant medical history included hypertension and migraine headaches and the surgical history included a partial hysterectomy and surgery on a broken finger.  Before the entering the study, the patient had been treated with 8-mg valsartan (DIOVAN®, Norvartis) and one-package aspirin with caffeine (BC POWDER®, GlaxoSmithKline).   During the study the patient was given concomitant treatment with 8-mg valsartan (DIOVAN®, Norvartis) and one and two-packages aspirin with caffeine (BC POWDER®, GlaxoSmithKline), 1700-mg metformin (GLUCOPHAGE®, Bristol-Myers Squibb), and 900 and 1200 mg lithium per protocol.

The investigator considered the weight gain and type II diabetes to be related to study medication.

| Study day | Dose (mg/day) | Weight  (kg) |
|---|---|---|
| Enrollment | N/A | 84.8 |
| Day 8 | 500 | 85.4 |
| Day 85 | 400 | 95 |
| Day 169 | 500 | 95.4 |

CONFIDENTIAL
AZSER12775184

**Study D1447C00127**   **Patient E0008028   quetiapine 500 mg**   **Withdrawal AE: Weight gain (MedDRA: Weight Increased)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 59-year-old Oriental woman with a diagnosis of bipolar I disorder, most recent episode mixed. The patient had an adverse event of weight gain (MedDRA: Weight Increased) on Day 8 of the open label treatment phase that was considered by the investigator to be moderate in intensity. At the time of the event the patient was being treated with 500-mg quetiapine. The adverse event was ongoing at the time of withdrawal. The patient was withdrawn from the study on Day 64 and the last dose of study medication was taken on Day 62.

Physical examination at screening was normal. The patient had a history of allergies, and had two C-sections. Before entering the study, the patient had been treated with 900 mg of lithium. During the study, the patient was given concomitant treatment with 900 mg of lithium, per protocol.

The investigator considered the weight gain to be related to study medication.

**Table 1**       **Body weight**

| Study day | Dose (mg/day) | Weight (kg) |
|---|---|---|
| Enrollment | Not applicable | 53.6 |
| Day 8 | 500 | 55.4 |
| Day 64 | Not applicable | 58.6 |

2512

CONFIDENTIAL
AZSER12775185

Study D1447C00127        Patient ID: E0010003        Quetiapine 400-mg        Withdrawal AEs: Somnolence (MedDRA: Somnolence)

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 39 year-old Caucasian male patient with bipolar I disorder, most recent episode depressed.  The patient had an adverse event of somnolence (MedDRA: Somnolence) on Day 2 of the Open Label Treatment Phase that the investigator considered to be moderate in intensity.  At the time of the onset of somnolence the patient was treated with quetiapine 400 mg daily.  The event persisted throughout the study and was ongoing at the time of withdrawal.  The patient was withdrawn from the study due to the adverse event on Day 47 and the last dose of study medication was taken on Day 44.

Physical examination at screening was normal.  The patient's relevant medical history included two suicide attempts, alcoholism and insomnia and the surgical history included a left breast cyst removal, appendectomy and tonsillectomy.  Before the entering the study, the patient had been treated with 100-mg sertraline (ZOLOFT®, Pfizer), 1000-mg divalproex sodium (DEPAKOTE®, Abbott), and 100-mg trazodone hydrochloride (DESYREL®, Bristol-Myers Squibb).   During the study the patient was given concomitant treatment with 100-mg sertraline (ZOLOFT®, Pfizer), 100-mg trazodone hydrochloride (DESYREL®, Bristol-Myers Squibb), 1500-mg amoxicillin, 1000-mg divalproex sodium (DEPAKOTE®, Abbott) and 1000-mg valproic acid (DEPAKENE®, Abbott), per protocol.

The investigator considered the somnolence to be related to study medication.

2513

CONFIDENTIAL
AZSER12775186

**Study D1447C00127**             **Patient: E0010005**     **quetiapine 200 mg Withdrawal: Fatigue (MedDRA: Fatigue)**

This narrative concerns a 19-year-old Caucasian male patient with Bipolar I disorder, most recent episode mixed.
The patient had an adverse event of fatigue (MedDRA: Fatigue) on Day 3 of the open label treatment phase that was considered by the investigator to be moderate in intensity. At the time of the event the patient was receiving quetiapine 200 mg daily. On Day 16, the patient was withdrawn from the study. The date of last dose and stop date of the event are unknown.

Physical examination at screening was normal. The patient's relevant medical history included X- linked juvenile retinal schisis, seasonal allergies, impulse control disorder, and a surgical history of placement of a buckle in back of right eye, and laser eye surgery.

During the study, the patient was given concomitant treatment with divalproex sodium (DEPAKOTE™, Abbott) 500 mg, per protocol.

The investigator considered the fatigue to be related to study treatment.

2514

CONFIDENTIAL
AZSER12775187

Study D1447C00127      Patient ID: E0010007      Quetiapine 400 mg      **Withdrawal AEs: Dizziness**
                                                                        **(MedDRA: Dizziness)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 55 year-old Caucasian male patient with bipolar I disorder, most recent episode depressed. The patient had an adverse event of dizziness (MedDRA: Dizziness) on Day 6 of the Open Label Treatment Phase that the investigator considered to be moderate in intensity. At the time of the onset of the dizziness the patient was treated with quetiapine 400-mg daily. The event persisted throughout the study and was ongoing at the time of withdrawal. The patient was withdrawn from the study due to the adverse event on Day 29 and the last dose of study medication was taken the same day.

Physical examination at screening was normal. The patient's relevant medical history included hypertension and the surgical history included hernia surgery. Before the entering the study, the patient had been treated with 2-20 perphenazine and amitriptyline HCL (TRIAVIL®, Merck Frosst), 10-mg lisinopril, 1200-mg oxcarbazepine (TRILEPTAL®, Novartis), 500-mg aspirin, 10-mg olanzapine (ZYPREXA®, Lilly) and 25-mg paroxetine (PAXIL®, GlaxoSmithKline). During the study the patient was given concomitant treatment with 2-20 perphenazine and amitriptyline HCL (TRIAVIL®, Merck Frosst), 10-mg lisinopril, 1200-mg oxcarbazepine (TRILEPTAL®, Novartis), 500-mg aspirin, 10-mg olanzapine (ZYPREXA®, Lilly), 25-mg paroxetine (PAXIL®, GlaxoSmithKline) and 1500-mg divalproex sodium (DEPAKOTE®, Abbott) per protocol.

The investigator considered the dizziness to be related to study medication.

| Study day | Dose | Blood pressure |
|-----------|------|----------------|
| Enrollment | N/A | 104/78 mmHg (supine); 110/80 mmHg (standing) |
| Day 8 | 400 mg/day | 108/78 mmHg (supine); 112/82 mmHg (standing) |
| Day 15 | 400 mg/day | 108/78 mmHg (supine); 110/80 mmHg (standing) |
| Withdrawal | 400 mg/day | 108/76 mmHg (supine); 110/80 mmHg (standing) |

2515

CONFIDENTIAL
AZSER12775188

**Study D1447C00127**      **Patient E0010011**      **quetiapine 400 mg**      **Withdrawal AE: Drowsiness (MedDRA: Somnolence)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 22-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had an adverse event of drowsiness (MedDRA: Somnolence) on Day 8 of the open label treatment phase that was considered by the investigator to be moderate in intensity. At the time of the event the patient was being treated with 400-mg quetiapine.  The adverse event resolved on Day 14.  The patient was withdrawn from the study due to drowsiness on Day 15 and the last dose of study medication was taken on Day 13.

Physical examination at screening was normal.  The patient had a history of tonsillectomy in 1987, right ankle broken in 1993, extra tear duct removed (right eye) in 1993, open heart surgery in 1997 for ASD (atrial septal defect) repair, migraines, insomnia, and obesity. Before entering the study, the patient had been treated with 600 mg of oxcarbazepine (TRILEPTAL®, Novartis), 150 mg of trazodone (DESYREL®, Apothecon), 150 mg of venlafaxine (EFFEXOR®, Wyeth-Ayerst), and 1000 mg of acetaminophen (TYLENOL®, McNeil).  During the study, the patient was given concomitant treatment with 1000 mg of acetaminophen (TYLENOL®, McNeil), 600 mg of oxcarbazepine (TRILEPTAL®, Novartis), 150 mg of trazodone (DESYREL®, Apothecon), 150 mg of venlafaxine (EFFEXOR®, Wyeth-Ayerst), 600 mg of lithium carbonate, per protocol, and 1000 mg of ibuprofen.

The investigator considered the drowsiness to be related to study medication.

2516

CONFIDENTIAL
AZSER12775189

**Study D1447C00127       Patient ID: E0010012       quetiapine 200-mg       Withdrawal AEs: Drowsiness (MedDRA: Somnolence)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 26 year-old Caucasian male patient with bipolar I disorder, most recent episode mixed. The patient had an adverse event of drowsiness (MedDRA: Somnolence) on Day 4 of the Open Label Treatment Phase that the investigator considered to be moderate in intensity. At the time of the onset of the drowsiness the patient was treated with quetiapine 200-mg daily. The event resolved on Day 23. The patient was withdrawn from the study due to the adverse event on Day 32 and the last dose of study medication was taken on Day 22.

Physical examination at screening was normal. The patient's relevant medical history included gastro-esophageal reflux disease and gallstones. Before the entering the study, the patient had been treated with 15-mg lansoprazole (PREVACID®, Tap Pharm). During the study the patient was given concomitant treatment with 15-mg lansoprazole (PREVACID®, Tap Pharm), and 1500-mg divalproex sodium (DEPAKOTE®, Abbott) per protocol.

The investigator considered the drowsiness to be related to study medication.

2517

CONFIDENTIAL
AZSER12775190

**Study D1447C00127   Patient:      E0012003    quetiapine 400mg   Withdrawal: Possible absence seizure (MedDRA: Petit mal epilepsy)**

This narrative concerns a 24-year-old Caucasian female patient with bipolar I disorder, most recent episode manic.

The patient had an adverse event of possible absence seizure (MedDRA:  Petit mal epilepsy) on Day 19 of open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of the event the patient was receiving quetiapine 400 mg.   The possible absence seizure resolved the same day.  On Day 20, treatment was discontinued and the patient was withdrawn.

| Study day | Dose (mg/day) | Blood pressure |
|-----------|---------------|----------------|
| Day –6 | N/A | 123/70 mmHg (supine); 130/72 mmHg (standing) |
| Day 8 | 100 mg/day | 101/78 mmHg (supine); 104/78 mmHg (standing) |
| Day 15 | 400 mg/day | 100/83 mmHg (supine); 104/85 mmHg (standing) |
| Day 20 | 0 mg/day | Not done |
| | | **Urine drug screen** |
| Day -6 | N/A | Negative |

Physical examinations at screening and at Day 20 were normal.  The patient's relevant medical history included intermittent agitation, intermittent headaches, hypothyroidism and a surgical history of tubal ligation. Before entering the study, the patient had been treated with lithium 900 mg and levothyroxine sodium (SYNTHROID™, Abbott) 0.05 mg.  During the study, the patient was given concomitant treatment with lithium 900 mg, per protocol, levothyroxine sodium (SYNTHROID™, Abbott) 0.05 mg and lorazepam (ATIVAN™, Wyeth) 1 mg.

The investigator considered the possible absence seizure to be unrelated to study treatment.

CONFIDENTIAL
AZSER12775191

**Protocol D1447C00127**

**ADVERSE EVENT WITHDRAWAL NARRATIVE**

**Study D1447C00127   Patient: E0012005   Quetiapine100 mg/day       Withdrawal: Drowsiness                                          (MedDRA:  Somnolence)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 26-year-old Caucasian female patient with bipolar I disorder, most recent episode manic.  The patient had an adverse event of drowsiness (MedDRA: Somnolence) on Day 1 of open label treatment phase that the investigator considered to be severe in intensity.  At the time of the onset of drowsiness the patient was receiving quetiapine 100 mg daily.  The event continued until Day 9. The patient was withdrawn from the study on Day 10 due to the adverse event and the last dose of study medication was taken on Day 9.

Physical exam at screening was normal.  The patient's medical history was insignificant, and surgical history included tubal ligation and cholecystectomy.  Before entering the study, the patient had been treated with 750-mg Depakote ER (divalproex sodium).   During the study, the patient was given concomitant treatment with 750-mg Depakote ER (divalproex sodium) per protocol.

The investigator considered the drowsiness to be related to study treatment.

1

CONFIDENTIAL
AZSER12775192

**Study D1447C00127      Patient E0012016      quetiapine 400 mg                Withdrawal AE:**
**Stomach cramps**
**(MedDRA: Abdominal Pain Upper)**
**Vomitting**
**(MedDRA: Vomiting)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 22-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode manic.  The patient had adverse events of stomach cramps (MedDRA: Abdominal Pain Upper) and vomiting on Day 119 of the open label treatment phase that were considered by the investigator to be moderate in intensity. At the time of the event the patient was being treated with 400-mg quetiapine.  The adverse events were ongoing at the time of withdrawal.  The patient was withdrawn from the study due to stomach cramps and vomiting on Day 133 and the last dose of study medication was taken on Day 119.

Physical examination at screening was normal.  The patient had a history of menses.  Before entering the study, the patient had been treated with 900 mg of lithium.  During the study, the patient was given concomitant treatment with 1200 mg of lithium, per protocol, and 2 tablets of acetaminophen (EXCEDRIN®, Bristol-Myers).

The investigator considered the stomach cramps to be not related to study medication.

2520

CONFIDENTIAL
AZSER12775193

**Study D1447C00127        Patient E0012017        quetiapine 300 mg        Withdrawal AE:
Excessive sleep
(MedDRA: Hypersomnia)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs)
and, in some instances, from source documentation.  It is being submitted in the interest of full
disclosure and some details may change when more information is available.*

This narrative concerns a 27-year-old Caucasian woman with a diagnosis of bipolar I disorder,
most recent episode mixed.  The patient had an adverse event of excessive sleep (MedDRA:
Hypersomnia) on Day 28 of the open label treatment phase that was considered by the
investigator to be mild in intensity. At the time of the event the patient was being treated with
300-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient
was withdrawn from the study due to excessive sleep on Day 140 and the last dose of study
medication was taken on Day 84.

Physical examination at screening was normal.  The patient had a history of an overdose in
1992, and C-section in 2001.  Before entering the study, the patient had been treated with
600 – 900 mg of lithium, and 1 patch/week of norelgestromin/ethinyl estradiol (ORTHO
EVRA®, Ortho-McNeil).  During the study, the patient was given concomitant treatment with
900 – 1500 mg of lithium, per protocol, and 150 mcg/20 mcg of norelgestromin/ethinyl
estradiol (ORTHO EVRA®, Ortho-McNeil).

The investigator considered the excessive sleep to be related to study medication.

2521

CONFIDENTIAL
AZSER12775194

**Study D1447C00127        Patient ID: E0012020        quetiapine  400mg    Withdrawal AE:**
**Suicidal Thoughts (MedDRA:**
**Suicidal ideation)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 24 year-old Caucasian male subject with bipolar I disorder, most recent episode mixed. The patient had an adverse event of suicidal thoughts (MedDRA: Suicidal ideation) on Day 33 of the Open Label Treatment Phase that the investigator considered to be severe in intensity.  At the time of the onset of suicidal thoughts the patient was receiving quetiapine 400 mg daily.  The event was ongoing at the time of withdrawal. The patient was withdrawn from the study due to the adverse event on Day 35 and the last dose of study medication was on Day 34.

Physical exam at screening was normal.  The patient's relevant medical history included seizure (drug induced) and asthma; no surgical history is noted.  Before entering the study, the patient had been treated with Risperdal® (risperidone) 2 mg and Prozac® (fluoxetine hydrochloride) 60 mg.  During the study the patient was given concomitant treatment with lithium 900 mg (which was increased to 1200 mg) per protocol.

The investigator considered the suicidal thoughts to be unrelated to study medication.

CONFIDENTIAL
AZSER12775195

**Protocol D1447C00127**

**ADVERSE EVENT WITHDRAWAL NARRATIVE**

**Study** D1447C00127        **Patient ID:** E0012021        **Quetiapine** 300 mg/day    **Withdrawal AE:** Anxiety Worsening
                                                                                          **(MedDRA:** Anxiety**)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 36-year old Caucasian female subject with bipolar I disorder, most recent episode mixed. The patient had an adverse event of anxiety worsening (MedDRA: Anxiety) on Day 9 of the Open Label Treatment Phase that the investigator considered to be moderate in intensity. At the time of the onset of anxiety the patient was treated with quetiapine 300 mg daily. The dose of quetiapine was increased to a maximum of 300 mg daily on Day 8. The event persisted throughout the study and was ongoing at the time of withdrawal. The patient was withdrawn from the study due to the adverse event on Day 17 and the last dose of study medication was taken on Day 16.

Physical examination at screening was normal. The patient's relevant medical history included tubal ligation. During the study the patient was given concomitant treatment with lithium 600 mg daily, which was increased to 1200 mg daily, per protocol and ibuprofen 2 tabs daily (MIDOL™, Bayer).

The investigator considered the anxiety worsening to be unrelated to study medication.

2523

CONFIDENTIAL
AZSER12775196

**Protocol D1447C00127**

**ADVERSE EVENT WITHDRAWAL NARRATIVE**

**Study D1447C00127**          **Patient ID:** E0012022          **Quetiapine**  600 mg/day          **Withdrawal AE:** Anxiety
                                                                                                                **(MedDRA:**  Anxiety)

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 47-year old Caucasian male subject with bipolar I disorder, most recent episode mixed.  The patient had an adverse event of anxiety (MedDRA: Anxiety) on Day 15 of the Open Label Treatment Phase that the investigator considered to be moderate in intensity.  At the time of the onset of anxiety the patient was treated with quetiapine 600 mg daily.  The dose of quetiapine was increased to a maximum of 600 mg daily on Day 8.  The event persisted throughout the study and was ongoing at the time of withdrawal.  The patient was withdrawn from the study due to the adverse event on Day 18 and the last dose of study medication was taken on Day 17.

Physical examination at screening was normal.  The patient had no relevant medical history.  During the study the patient was given concomitant treatment with lithium 900 mg daily, per protocol and diphenhydramine/acetaminophen 2 geltabs daily (TYLENOL PM™, Johnson & Johnson).

The investigator considered the anxiety to be related to study medication.

2524

CONFIDENTIAL
AZSER12775197

## Protocol D1447C00127

## ADVERSE EVENT WITHDRAWAL NARRATIVE

**Study D1447C00127**          **Patient ID:** E0016003          **Quetiapine** 100 mg/day          **Withdrawal AE:** Sedation
                                                                                                                       **(MedDRA:** Sedation**)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 29-year old Caucasian male subject with bipolar I disorder, most recent episode mixed. The patient had an adverse event of sedation (MedDRA: Sedation) on Day 1 of the Open Label Treatment Phase that the investigator considered to be severe in intensity. At the time of the onset of sedation the patient was treated with quetiapine 100 mg daily. The dose of quetiapine was increased to a maximum of 200 mg daily on Day 2 and subsequently decreased to 100 mg daily on Day 3. The event resolved on Day 5. The patient was withdrawn from the study due to the adverse event on Day 20 and the last dose of study medication was taken on Day 4.

Physical examination at screening was normal. The patient's relevant medical history included asthma. Before entering the study, the patient had been treated with divalporex sodium (DEPAKOTE™ ER, Abbott Laboratories) 500 mg daily. During the study the patient was given concomitant treatment with divalporex sodium (DEPAKOTE™ ER, Abbott Laboratories) 1000 mg daily, per protocol and albuterol 2 puffs daily (PROVENTIL™ HFA, Schering-Plough).

The investigator considered the sedation to be related to study medication.

CONFIDENTIAL
AZSER12775198

## Protocol D1447C00127

## ADVERSE EVENT WITHDRAWAL NARRATIVE

**Study D1447C00127**          **Patient ID:** E0016006          **Quetiapine** 600 mg/day   **Withdrawal AE:** Sedation
                                                                                              **(MedDRA:** Sedation**)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 47-year old Caucasian female subject with bipolar I disorder, most recent episode mixed. The patient had an adverse event of sedation (MedDRA: Sedation) on Day 7 of the Open Label Treatment Phase that the investigator considered to be moderate in intensity. At the time of the onset of sedation the patient was treated with quetiapine 600 mg daily. The dose of quetiapine was increased to a maximum of 600 mg daily on Day 5 and subsequently decreased to 400 mg daily on Day 16. The event resolved on Day 44. The patient was withdrawn from the study due to the adverse event on Day 65 and the last dose of study medication was taken on Day 30.

Physical examination at screening was normal. The patient's relevant medical history included hypothyroidism, irritable bladder, ganglion cyst-left hand, hemorrhoids, fibroid uterine tumor-benign and a surgical history of hysterectomy and hemorrhoid repair. Before entering the study, the patient had been treated with 175 mcg daily levothyroxine (SYNTHROID™, Abbott Laboratories), 50 mg daily sertraline (ZOLOFT™, Pfizer), 4 mg daily tolterodine (DETROL™, Pfizer), and lithium 600 mg daily. During the study the patient was given concomitant treatment with lithium 900 mg daily, per protocol which was decreased to 600 mg daily, and sertraline 25 mg daily (ZOLOFT™, Pfizer).

The investigator considered the sedation to be related to study medication.

2526

CONFIDENTIAL
AZSER12775199

## Protocol D1447C00127

### ADVERSE EVENT WITHDRAWAL NARRATIVE

**Study** D1447C00127          **Patient ID:** E0016008          **Quetiapine** 200 mg/day     **Withdrawal AE:** Sedation
                                                                                              **(MedDRA:** Sedation**)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 26-year old Caucasian female subject with bipolar I disorder, most recent episode mixed. The patient had an adverse event of sedation (MedDRA: Sedation) on Day 2 of the Open Label Treatment Phase that the investigator considered to be severe in intensity. At the time of the onset of sedation the patient was treated with quetiapine 200 mg daily. The dose of quetiapine was increased to a maximum of 400 mg daily on Day 4. The event resolved on Day 49. The patient was withdrawn from the study due to the adverse event on Day 52 and the last dose of study medication was taken on Day 45.

Physical examination at screening was normal. The patient's relevant medical history included cholecystitis, insulin resistance, ovarian cyst and a surgical history of cholecystectomy and ovarian cyst removal. Before entering the study, the patient had been treated with lithium 600 mg daily, paroxetine 37.5 mg daily (PAXIL™, Glaxo-Smith-Kline), and trazodone 50 mg daily (DESYREL™, Bristol-Myers Squibb). During the study the patient was given concomitant treatment with lithium 900 mg daily, per protocol which was increased to 1200 mg daily and paroxetine 25 mg daily, which was decreased to 12.5 mg daily (PAXIL™, Glaxo-Smith-Kline).

The investigator considered the sedation to be related to study medication.

CONFIDENTIAL
AZSER12775200

**Study D1447C00127        Patient E0016017   quetiapine 400 mg           Withdrawal AE:**
**Sedation**
**(MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs)
and, in some instances, from source documentation.  It is being submitted in the interest of full
disclosure and some details may change when more information is available.*

This narrative concerns a 26-year-old black woman with a diagnosis of bipolar I disorder,
most recent episode manic.  The patient had an initial event of sedation on Day 27 of the open
label treatment phase that resolved on Day 52 and was considered by the investigator to be
mild in intensity.  The patient then had another adverse event of sedation (MedDRA:
Sedation) on Day 74 of the open label treatment phase that was considered by the investigator
to be moderate in intensity.  At the time of the event the patient was being treated with
400-mg quetiapine.  The adverse event resolved on Day 90 of study treatment.  The patient
was withdrawn from the study on Day 91 and the last dose of study medication was taken on
Day 85.

Physical examination at screening was normal.  The patient had a history of anemia, cubital
tunnel syndrome, lower back pain, seasonal allergies, raped two weeks prior, and ADHD
(attention deficit hyperactivity disorder).  Before entering the study, the patient had been
treated with 400 mg of ibuprofen, 60 mg of fexofenadine/pseudoephedrine (ALLEGRA®,
Aventis), 200 mg of celecoxib (CELEBREX®, Pfizer), and 10 mg of hydroxyzine
(ATARAX®, Pfizer).  During the study, the patient was given concomitant treatment with 400
mg of ibuprofen, 60 mg of fexofenadine/pseudoephedrine (ALLEGRA®, Aventis), 200 mg of
celecoxib (CELEBREX®, Pfizer), 10 mg of hydroxyzine (ATARAX®, Pfizer), and 600 – 900
mg of lithium, per protocol.

The investigator considered the sedation to be related to study medication.

CONFIDENTIAL
AZSER12775201

**Study D1447C00127        Patient E0016020   quetiapine 400 mg**                    **Withdrawal AE: Sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 42-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode manic.  The patient had an initial adverse event adverse event of sedation on Day 1 of the open label treatment phase that resolved on Day 7 that was considered by the investigator to be severe in intensity.  At the time of that event the patient was being treated with 100-mg quetiapine.  The patient then had another adverse event of sedation (MedDRA: Sedation) on Day 8 of open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of the event the patient was being treated with 400-mg quetiapine.  The adverse event resolved on Day 28 of study treatment.  The patient was withdrawn from the study on Day 30 and the last dose of study medication was taken on Day 25.

Physical examination at screening was normal.  The patient had a history of fractured pelvis, lower back pain, erectile dysfunction, asthma, and surgical repair of fractured pelvis.  Before entering the study, the patient had been treated with 200 mg of naproxen (ALEVE®, Bayer) and 10 mg of tadalafil (CIALIS®, Eli Lilly).  During the study, the patient was given concomitant treatment with 200 mg of naproxen (ALEVE®, Bayer), 10 mg of tadalafil (CIALIS®, Eli Lilly), and 500 mg of divalproex (DEPAKOTE ER®, Abbott), per protocol.

The investigator considered the sedation to be related to study medication.

CONFIDENTIAL
AZSER12775202

**Study D1447C00127**    **Patient E0016021   quetiapine 400 mg**    **Withdrawal AE: Weight Gain (MedDRA: Weight Increased)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 23-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of weight gain (MedDRA: Weight Increased) on Day 10 of the open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of the event the patient was being treated with 400-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient was withdrawn from the study on Day 248 and the last dose of study medication was taken on Day 234.

Physical examination at screening was normal.  The patient had a history of surgical removal of bone overgrowth in both feet, asthma, headaches, ovarian cysts, nasal fracture, bone overgrowth bilateral insteps, and menstrual cramps.  Before entering the study, the patient had been treated with 2 puffs of albuterol, 600 mg of ibuprofen.  During the study, the patient was given concomitant treatment with 2 puffs of albuterol, 600 mg of ibuprofen, 1000 mg of naproxen (ALEVE®, Bayer), 1300 mg of acetaminophen (TYLENOL®, McNeil), 600 mg of gabapentin (NEUROTONIN®, Pfizer), and 500 – 1250 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the weight gain to be related to study medication.

**Table 1**         **Body weight**

| Study day | Dose (mg/day) | Weight (kg) |
|-----------|---------------|-------------|
| Enrollment | Not applicable | 69.3 |
| Day 10 | 400 | 72.9 |
| Day 16 | 400 | 73.4 |
| Day 80 | 400 | 72.0 |
| Day 171 | 400 | 74.7 |
| Day 248 | Not applicable | 81.9 |

CONFIDENTIAL
AZSER12775203

**Study D1447C00127        Patient E0016024   quetiapine 100 mg        Withdrawal AE: Sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 42-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of sedation (MedDRA: Sedation) on Day 1 of the open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of the event the patient was being treated with 100-mg quetiapine.  The adverse event resolved on Day 26 of study treatment.  The patient was withdrawn from the study on Day 30 and the last dose of study medication was taken on Day 25.

Physical examination at screening was normal.  The patient had a history of hypercholesterolemia, headaches, epigastric discomfort, diarrhea, and bilateral hearing loss.  Before entering the study, the patient had been treated with 900 mg of lithium.  During the study, the patient was given concomitant treatment with 400 mg of ibuprofen (MOTRIN®, McNeil), and 900 – 1200 mg of lithium, per protocol.

The investigator considered the sedation to be related to study medication.

2531

CONFIDENTIAL
AZSER12775204

**Protocol D1447C00127**

**ADVERSE EVENT WITHDRAWAL NARRATIVE**

**Study D1447C00127**          **Patient ID:** E0018005          **Quetiapine** 200 mg/day          **Withdrawal AE:** Sedation
                                                                                                                                              **(MedDRA:**  Sedation**)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 37-year old Caucasian male subject with bipolar I disorder, most recent episode manic.  The patient had an adverse event of sedation (MedDRA: Sedation) on Day 2 of the Open Label Treatment Phase that the investigator considered to be moderate in intensity.  At the time of the onset of sedation the patient was treated with quetiapine 200 mg daily.  During the course of the study, the dose of quetiapine fluctuated between 100 mg to 300 mg daily.  The event resolved on Day 26.  The patient was withdrawn from the study due to the adverse event on Day 86 and the last dose of study medication was taken on Day 24.

Physical examination at screening was normal.  The patient's relevant medical history included mild transient ischemic attack, right Achilles torn tendon, and a surgical history of strabismus repair.  Before and during the study, the patient had been treated with ziprasidone 40 mg daily (GEODON™, Pfizer).

The investigator considered the sedation to be related to study medication.

2532

CONFIDENTIAL
AZSER12775205

**Study D1447C00127     Patient E0018016     quetiapine 400 mg          Withdrawal AE: Morning sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 37-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had an adverse event of morning sedation (MedDRA: Sedation) on Day 18 of the open label treatment phase that was considered by the investigator to be mild in intensity.  At the time of the event the patient was being treated with 400-mg quetiapine.  The adverse event resolved on Day 154.  The patient was withdrawn from the study due to morning sedation on Day 148 and the last dose of study medication was taken on Day 147.

Physical examination at screening revealed alopecia.  The patient had a history of tubal ligation, migraines, dysmenorrhea, alopecia areata, and seasonal allergies.  Before entering the study, the patient had been treated with 1 pack of aspirin/acetaminophen (GOODY'S POWDER®, GlaxoSmithKline), 2 tablets of acetaminophen (EXCEDRIN®, Bristol-Myers), 1 tablet of multivitamins, 1 tablet of pseudoephedrine (SUDAFED®, Pfizer), 1 tablet of sumatriptan (IMITREX®, GlaxoSmithKline), and 1 tablet of hydrocodone/acetaminophen (LORTAB®, Watson).  During the study, the patient was given concomitant treatment with 1 pack of aspirin/acetaminophen (GOODY'S POWDER®, GlaxoSmithKline), 2 tablets of acetaminophen (EXCEDRIN®, Bristol-Myers), 1 tablet of multivitamins, 1 tablet of pseudoephedrine (SUDAFED®, Pfizer), 750 – 1500 mg of divalproex (DEPAKOTE®, Abbott), per protocol, and 1000 mg of clarithromycin (BIAXIN®, Abbott).

The investigator considered the morning sedation to be related to study medication.

2533

CONFIDENTIAL
AZSER12775206

Study D1447C00127        Patient E0018018      quetiapine 400 mg          Withdrawal AEs:
                                                                          Masked facies
                                                                    (MedDRA: Masked Facies)

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 44-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode depressed. The patient had an adverse event of masked facies (MedDRA: Masked facies) on Day 15 of the open label treatment phase that was considered by the investigator to be moderate in intensity. At the time of the adverse event the patient was being treated with 400-mg quetiapine. The investigator considered the adverse event to be mild on Day 29 and it was ongoing at the time of withdrawal. The patient was withdrawn from the study due to the masked facies on Day 22, and the last dose of study medication was taken on Day 21.

Physical examination at screening revealed prominent psychomotor retardation. The patient had a history of hypertension, an allergy to sulfa, and seasonal allergies. Before entering the study, the patient had been treated with 240 mg of verapamil, 180 mg of fexofenadine/pseudoephedrine (ALLEGRA®, Aventis), 1500 mg of divalproex (DEPAKOTE®, Abbott), 10 mg of zolpidem (AMBIEN®, Novartis), 500 mg of paroxetine (PAXIL CR®, GlaxoSmithKline), 225 mg of venlafaxine (EFFEXOR®, Wyeth-Ayerst), 1 mg of alprazolam (XANAX®, Pharmacia), 2 mg of risperidone (RISPERDAL®, Janssen-Ortho) . During the study, the patient was given concomitant treatment with 240 mg of verapamil, 180 mg of fexofenadine/pseudoephedrine (ALLEGRA®, Aventis), 1000 – 1500 mg of divalproex (DEPAKOTE®, Abbott), per protocol, 10 mg of zolpidem (AMBIEN®, Novartis), 25 – 500 mg of paroxetine (PAXIL CR®, GlaxoSmithKline), 75 – 225 mg of venlafaxine (EFFEXOR®, Wyeth-Ayerst), 1 mg of alprazolam (XANAX®, Pharmacia), 2 mg of risperidone (RISPERDAL®, Janssen-Ortho), 2 mg of benztropine, 80 mg of ziprasidone (GEODON®, Pfizer), and 1 – 2 mg of clonazepam.

The investigator considered the masked facies to be related to study medication.

CONFIDENTIAL
AZSER12775207

**Study D1447C00127      Patient E0018023   quetiapine 400 mg**          **Withdrawal AE: Lower back pain (MedDRA: Back Pain)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 35-year-old black woman with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of lower back pain (MedDRA: Back Pain) on approximately Day 42of the open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of the event the patient was being treated with 400-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient was withdrawn from the study on Day 76 and the last dose of study medication was taken on Day 74.

Physical examination at screening revealed Band-Aid scar from tubal ligation.  The patient had a history of headaches, insomnia, and surgery for tubal ligation.  Before entering the study, the patient had been treated with 2 tablets of acetaminophen (EXCEDRIN[®], Bristol-Myers Squibb) and 2 tablets of ibuprofen (ADVIL[®], Wyeth-Ayerst).  During the study, the patient was given concomitant treatment with 2 tablets of acetaminophen (EXCEDRIN[®], Bristol-Myers Squibb), 2 tablets of ibuprofen (ADVIL[®], Wyeth-Ayerst), and 900 – 1350 mg of lithium, per protocol.

The investigator considered the lower back pain to be not related to study medication.

2535

CONFIDENTIAL
AZSER12775208

**Study D1447C00127      Patient E0018024   Randomized PBO/VAL   Withdrawal: Mood Event Worsening of insomnia (MedDRA: Insomnia)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 59-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode mixed. The patient had adverse events of worsening of insomnia (MedDRA: Insomnia) on Day 7 of the randomized treatment phase that was considered by the investigator to be moderate in intensity. On the same day the patient presented with mixed mood event, predominantly with depressed symptoms. At the time of event the patient was being treated with placebo and valproate in the randomised phase. The adverse event was ongoing at the time of withdrawal. The patient was withdrawn due to mood event on Day 16 of the randomized treatment phase and the last dose of study medication was taken on the same day. After multiple conflicting data clarifications, DCF #7792605 confirmed the reason for study termination was a mood event and not an AE of insomnia.

Physical examination at screening revealed mid-line thoracic scar. The patient had a history of myocardial infarction and percutaneous cardiac intervention with stent in 1995, myocardial infarction and angioplasty in 1997, headache, general body aches, insomnia, psoriasis, hypertension, arthritis, and personality disorder. Before entering the study, the patient had been treated with 650 mg of aspirin, 2 envelopes of aspirin/salicylamide/caffeine (BC® POWDER, GlaxosmithKline), 4 mg of sublingual nitroglycerine, 800 mg of ibuprofen (MOTRIN®, McNeil), 1000 mg of divalproex (DEPAKOTE®, Abbott), and 2 mg of alprazolam (XANAX®, Pharmacia). During the study, the patient was given concomitant treatment with 650 mg of aspirin, 2 envelopes of aspirin/salicylamide/caffeine (BC® POWDER, GlaxosmithKline), 4 mg of sublingual nitroglycerine, 800 mg of ibuprofen (MOTRIN®, McNeil), 1 topical application of psoriasis cream, and 500 – 1000 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

CONFIDENTIAL
AZSER12775209

**Study D1447C00127**   **Patient E0018030   quetiapine 400 mg**        **Withdrawal AE:**
**Weight gain**
**(MedDRA: Weight Increased)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns an 18-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode mixed. The patient had an adverse event of weight gain (MedDRA: Weight Increased) on Day 84 of the open label treatment phase that was considered by the investigator to be severe in intensity. At the time of the event the patient was being treated with 400-mg quetiapine. The adverse event was ongoing at the time of withdrawal. The patient was withdrawn from the study on Day 113 and the last dose of study medication was taken on Day 112.

Physical examination at screening was normal. The patient had a history of headache, insomnia, abnormal cervical cells, and surgical leap for benign dysplasia. Before entering the study, the patient had been treated with 500 mg of divalproex (DEPAKOTE®, Abbott). During the study, the patient was given concomitant treatment with 500 – 750 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the weight gain to be related to study medication.

**Table 1**        **Body weight**

| Study day | Dose (mg/day) | Weight (kg) |
|-----------|---------------|-------------|
| Enrollment | Not applicable | 58.5 |
| Day 7 | 400 | 58.5 |
| Day 15 | 400 | 59.4 |
| Day 84 | 400 | 72.3 |
| Day 113 | Not applicable | 76.2 |

2537

CONFIDENTIAL
AZSER12775210

**Study D1447C00127      Patient E0018032      quetiapine 200 mg      Withdrawal AEs:**
**Aching joints**
**(MedDRA: Arthralgia)**
**Weakness (Muscle)**
**(MedDRA: Asthenia)**
**Shakiness**
**(MedDRA: Tremor)**
**Diffuse pruritis without rash**
**(MedDRA: Pruritus Generalized)**
**Increased symptoms of depression**
**(MedDRA: Depression)**
**Aerophagia**
**(MedDRA: Aerophagia)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 54-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode depressed. The patient had adverse events of aching joints (MedDRA: Arthralgia), weakness (muscle) (MedDRA: Asthenia), shakiness (MedDRA: Tremor), diffuse pruritis without rash (MedDRA: Pruritus Generalized), increased symptoms of depression (MedDRA: Depression), and aerophagia (MedDRA: Aerophagia) on Day 103 of the open label treatment phase that were considered by the investigator to be moderate in intensity. At the time of the adverse events the patient was being treated with 200-mg quetiapine. The adverse events were ongoing at the time of withdrawal. The patient was withdrawn from the study due to the adverse events on Day 104, and the last dose of study medication was taken on Day 103.

Physical examination at screening was normal. The patient had a history of restless leg syndrome, hypertension, tear in right rotator cuff, lower back pain, degenerative disc disease, prostate infection, numbness in the feet, sciatica, and surgery for right rotator repair. Before entering the study, the patient had been treated with 75 mg of irbesartan (AVAPRO®, Aventis-Synthelabo), 6 tablets of hydrocodone, 2 tablets of diphenhydramine hydrochloride (BENADRYL®, Warner-Lambert), 1 tablet of aspirin. During the study, the patient was given concomitant treatment with 75 mg of irbesartan (AVAPRO®, Aventis-Synthelabo), 2 tablets of diphenhydramine hydrochloride (BENADRYL®, Warner-Lambert), 1 tablet of aspirin, 2 mg of lorazepam, 750 – 1000  mg of divalproex (DEPAKOTE ER®, Abbott), per protocol, 60 mg of ziprasidone (GEODON®, Pfizer), and 2 sprays of cold remedy (ZYCAM®, Matrixx).

The investigator considered the adverse events of aching joints, weakness, shakiness, and increased symptoms of depression to be related to study medication, and the adverse events of diffuse pruritis without rash and aerophagia to be not related to study medication.

CONFIDENTIAL
AZSER12775211

**Study D1447C00127**      **Patient E0018034   quetiapine 400 mg**      **Withdrawal AE:**
**Weight Gain**
**(MedDRA: Wieght Increased)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 33-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of weight gain (MedDRA: Weight Increased) on Day 8 of the open label treatment phase that was considered by the investigator to be mild in intensity.  At the time of event the patient was being treated with 400-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient was withdrawn from the study on Day 71 and the last dose of study medication was taken on Day 69.

Physical examination at screening was normal.  The patient had a history of headaches, menstrual cramps, irritable bowel syndrome, sulfa allergies, and acne.  Before entering the study, the patient had been treated with 2 tablets of acetaminophen (TYLENOL[®], McNeil), 2 tablets of ibuprofen (ADVIL[®], Wyeth-Ayerst), 200 mg of amoxicillin, 50 mg hyoscyamine, and 1 tablet of passion flower.  During the study, the patient was given concomitant treatment with 2 tablets of acetaminophen (TYLENOL[®], McNeil), 2 tablets of ibuprofen (ADVIL[®], Wyeth-Ayerst), 200 mg of amoxicillin, 50 mg of hyoscyamine, 900 mg of lithium carbonate (ESKALITH CR[®], GlaxoSmithKline), per protocol, 25 mg of promethazine (PHENERGAN[®], Wyeth), 2 tablets of minocycline, 1 tablet of zinc, and 1200 mg of lithium, per protocol.

The investigator considered the weight gain to be related to study medication.

**Table 1**          **Body weight**

| Study day | Dose (mg/day) | Weight (kg) |
| --- | --- | --- |
| Enrollment | Not applicable | 61.2 |
| Day 8 | 100 | 62.5 |
| Day 16 | 400 | 63.4 |
| Day 71 | Not applicable | 66.1 |

CONFIDENTIAL
AZSER12775212

**Study D1447C00127      Patient E0018035   quetiapine 400 mg              Withdrawal AE:**
**Sedation**
**(MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 22-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of sedation (MedDRA: Sedation) on Day 9 of the open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of the event the patient was being treated with 400-mg quetiapine.  The adverse event resolved on Day 24 of study treatment.  The patient was withdrawn from the study on Day 30 and the last dose of study medication was taken on Day 22.

Physical examination at screening was normal.  The patient had a history of insomnia.  Before entering the study, the patient had been treated with 2 tablespoons of acetaminophen/dextromethorphan (NYQUIL®, Vicks).  During the study, the patient was given concomitant treatment with 2 tablespoons of acetaminophen/dextromethorphan (NYQUIL®, Vicks), 900 mg of lithium (ESKALITH CR®, GlaxoSmithKline), per protocol, and 1350 mg of lithium, per protocol.

The investigator considered the sedation to be related to study medication.

2540

CONFIDENTIAL
AZSER12775213

Protocol D1447C00127

**ADVERSE EVENT WITHDRAWAL NARRATIVE**

**Study D1447C00127**     **Patient: E0020007**   **Quetiapine 100 mg/day Withdrawal: Dizziness (MedDRA: Dizziness), Fatigue (MedDRA: Fatigue), Drowsiness (Somnolence), Incoordination (MedDRA: Coordination abnormal)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 20-year-old Caucasian female patient with bipolar disorder I, most recent episode mixed.

The patient had an adverse event of drowsiness (MedDRA: Somnolence) on Day 1 of the Open-label Treatment Phase that was considered by the investigator to be moderate in intensity. On Day 2 of the Open-label Treatment Phase the subject experienced the adverse events of dizziness (MedDRA: Dizziness), fatigue (MedDRA: Fatigue), and incoordination (MedDRA: Coordination abnormal) considered by the investigator to be mild in intensity. At the time of the onset of drowsiness, fatigue, dizziness and incoordination the patient was treated with quetiapine 100 mg daily. The dose of quetiapine was increased to a 200 mg daily on Day 4, to 300 mg daily on Day 7, reduced to 200 mg daily on Day 9, increased to 300 mg daily on Day 11 and increased to 400 mg daily on Day 14. The adverse events resolved on Day 17. The patient was withdrawn from the study due to the adverse events on Day 29 and the last dose of study medication was taken on Day 15.

The results of the physical examination were unremarkable. The patient's relevant medical history included tension headaches and an allergy to clarithromycin (BIAXIN®, Abbott Laboratories); no surgical history is noted. Before entering the study the patient had been treated with levonorgestrel (AVIANE®, Barr Laboratories) one tablet. During the study, the patient was given concomitant treatment with 500 mg and 1000 mg of divalproex sodium (DEPAKOTE®, Abbott Laboratories), per protocol.

1

CONFIDENTIAL
AZSER12775214

| Study day | Dose (mg/day) | Blood pressure |
|---|---|---|
| enrollment | N/A | 110/78 mmHg (supine); 114/80 mmHg (standing) |
| 10 | 200 mg/day | 106/78 mmHg (supine); 110/80 mmHg (standing) |
| 29 | N/A | 110/70 mmHg (supine); 112/74 mmHg (standing) |

The investigator considered the dizziness, fatigue, drowsiness, and incoordination to be related to study treatment.

2

CONFIDENTIAL
AZSER12775215

Protocol D1447C00127

**ADVERSE EVENT WITHDRAWAL NARRATIVE**

**Study D1447C00127**                  **Patient: E0020010    Quetiapine 100 mg/day Withdrawal: Dizziness (MeDRA: Dizziness), Sedation (MeDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 34-year-old Caucasian female patient with bipolar disorder I, most recent episode mixed.  The patient had adverse events of dizziness (MeDRA: Dizziness) and sedation (MeDRA: Sedation) on Day 1 of the open label treatment phase that were considered by the investigator to be mild and moderate in intensity, respectively.  At the time of onset the patient was being treated with quetiapine 100 mg daily.  The dose was titrated to a maximum of 400-mg daily on Day 9, temporarily discontinued on Day 50 and restarted at 400-mg daily on Day 53. The events persisted throughout the study and were ongoing at the time of withdrawal. The patient was withdrawn from the study due to the adverse events on Day 63 and the last dose of the study medication was taken on Day 62.

| Study day | Dose (mg/day) | Blood pressure |
|---|---|---|
| enrollment | N/A | 110/72 mmHg (supine); 116/80 mmHg (standing) |
| Day 7 | 300 mg/day | 106/68 mmHg (supine); 110/70 mmHg (standing) |
| Day 14 | 400 mg/day | 106/68 mmHg (supine); 110/70 mmHg (standing) |
| Day 63 | 000 mg/day | 106/64 mmHg (supine); 118/70 mmHg (standing) |

Physical examination at screening revealed the patient had scoliosis and a mild bilateral intention tremor.  The patient's relevant medical history included cervical dysplasia, scoliosis, iron deficiency anemia, migraine headaches, environmental allergies, allergy to Penicillin, chronic tension headaches; and a surgical history of caesarean section, tonsillectomy and tubal ligation.   Before entering the study, the patient had been treated with 50-mg sertraline ( ZOLOFT[®], Pfizer), 300-mg bupropion (WELLBUTRIN SR[®], GlaxoSmithKline), one pack as needed BC POWDER (GlaxoSmithKline), one tablet multivitamin, one tablet vitamin B complex and 1000-iu vitamin E.   During the study, the patient was given concomitant treatment with one pack as needed BC POWDER (GlaxoSmithKline), one tablet multivitamin, one tablet vitamin B complex, 1000-iu vitamin E, 5/500-mg hydrocodone/acetaminophen

1

2543

CONFIDENTIAL
AZSER12775216

(VICODIN®, Abbott), 1200-mg clindamycin, two capsules pancrelipase (CREON 10®, Solvay), and 1250-mg divalproex sodium (DEPAKOTE®, Abbott) per protocol.

The investigator considered the sedation and dizziness to be related to study treatment.

2

2544

CONFIDENTIAL
AZSER12775217

**Study D1447C00127          Patient E0020014      quetiapine 400 mg            Withdrawal AE:**
**Type II diabetes mellitus**
**(MedDRA: Diabetes Mellitus Non-Insulin-Dependent)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 36-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode depressed. The patient had an adverse event of type II diabetes mellitus (MedDRA: Diabetes Mellitus Non-Insulin-Dependent) on Day 165 of the open label treatment phase that was considered by the investigator to be moderate in intensity. At the time of the event the patient was being treated with 400-mg quetiapine. The adverse event was ongoing at the time of withdrawal. The patient was withdrawn from the study due to type II diabetes mellitus on Day 225 and the last dose of study medication was taken on Day 224.

Physical examination at screening revealed varicose veins and tattoos. The patient had a history of tension headaches, migraine headaches, asthma, osteoarthritis, allergy to pollen, hay fever, allergy to sulfa, and surgery for a benign cyst on the right temple. Before entering the study, the patient had been treated with 200 – 400 mg of ibuprofen, and 650 mg of aspirin. During the study, the patient was given concomitant treatment with 200 – 400 mg of ibuprofen, 650 mg of aspirin, 500 – 1500 mg of divalproex (DEPAKOTE® ER, Abbott), per protocol, 75 mcg of selenium, and 5 mg of aripiprazole (ABILIFY®, Otsuka).

The investigator considered the type II diabetes mellitus to be related to study medication.

CONFIDENTIAL
AZSER12775218

Study D1447C00127          Patient: E0020023    **Quetiapine 400 mg/day Withdrawal: Sedation (MedDRA: Sedation), Dysarthria (MedDRA: Dysarthria), Ataxia (MedDRA: Ataxia), and Weight gain (MedDRA: Weight increased)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 39-year-old Caucasian female patient with bipolar disorder I, most recent episode manic. On Day 13 of the open label treatment phase the patient had adverse events of sedation (MedDRA: Sedation), dysarthria (MedDRA: Dysarthria) and ataxia (MedDRA: Ataxia) all considered by the investigator to be moderate in intensity. On Day 32 of the open label treatment phase the patient had the adverse event of weight gain (MedDRA:Weight increased) considered by the investigator to be moderate in intensity. At the onset of the sedation, dysarthria and ataxia the patient was being treated with quetiapine 400mg. The patient discontinued the quetiapine treatment at the onset of adverse event of the weight gain. The events persisted throughout the study and were ongoing at the time of withdrawal. The patient was withdrawn from the study due to the adverse events on Day 32 of the study and the last dose of study medication was taken on Day 31.

The physical examination revealed tattoos, an abdominal scar, capped teeth, spina bifida and scoliosis. The patient's relevant medical history included asthma, mild spina bifida, migraine headaches, and allergies to pollen, dust, egg white, dander and morphine sulfate, umbilical hernia and hyperlipidemia and a surgical history of abdominoplasty. Before entering the study the patient had been treated with 20-mg escitalopram oxalate (LEXAPRO®, Forest), 250/50-mcg salmeterol/fluticasone (ADVAIR®, GlaxoSmithKline), 17-g albuterol, one squirt each nostril mometasone furoate monohydrate (NASONEX®, Shering), one tablet multivitamin, 500-mg calcium supplement, 25-mg PRN sumatriptan (IMITREX®, GlaxoSmithKline) and 500-mg divalproex sodium (DEPAKOTE®, Abbott). During the study, the patient was given concomitant treatment with with 20-mg escitalopram oxalate (LEXAPRO®, Forest), 250/50-mcg salmeterol/fluticasone (ADVAIR®, GlaxoSmithKline), 17-g albuterol, one squirt each nostril mometasone furoate monohydrate (NASONEX®, Shering), one tablet multivitamin, 500-mg calcium supplement, 25-mg PRN sumatriptan (IMITREX®, GlaxoSmithKline), 10-mg rosuvastatin, 360-mg orlistat (XENICAL®, Roche Laboratories), one drop gatifloxacin ophthalmic (ZYMAR®, Allergan), one drop loteprednol ophthalmic (ALREX®, Bausch & Lomb), and 750-mg and 1000-mg divalproex sodium (DEPAKOTE®, Abbott) per protocol.

1

CONFIDENTIAL
AZSER12775219

The investigator considered the sedation, dysarthria, ataxia, and weight gain to be related to study treatment.

CONFIDENTIAL
AZSER12775220

**Study D1447C00127**     **Patient E0020027   quetiapine 300 mg**          **Withdrawal AE:**
**Tachycardia**
**(MedDRA: Tachycardia)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 24-year-old Caucasian (Puerto Rican) woman with a diagnosis of bipolar I disorder, most recent episode mixed. The patient had an adverse event of tachycardia (MedDRA: Tachycardia) on Day 32 of the open label treatment phase that was considered by the investigator to be moderate in intensity. At the time of the event the patient was being treated with 300-mg quetiapine. The adverse event resolved on Day 41 of study treatment. The patient was withdrawn from the study on Day 45 and the last dose of study medication was taken on Day 40.

Physical examination at screening revealed the patient was overweight. The patient had a history of recurrent tension-like headaches, acute bronchitis, human papillomavirus (HPV), exogenous obesity, and C-section. Before entering the study, the patient had been treated with 1 mg of clonazepam (KLONOPIN®, Roche). During the study, the patient was given concomitant treatment with 1 mg of clonazepam (KLONOPIN®, Roche), 60 mg of nicotine (NICOTROL®, McNeil), and 900 – 1200 mg of lithium, per protocol.

The investigator considered the tachycardia to be related to study medication.

**Table 1          Blood Pressure and Heart Rate**

| Study day | Dose (mg/day) | Supine BP (mmHg) | Supine HR (bpm) | Standing BP (mmHg) | Standing HR (bpm) |
|---|---|---|---|---|---|
| Enrollment | Not applicable | 114/60 | 72 | 120/78 | 80 |
| Day 8 | 300 | 110/60 | 64 | 114/70 | 72 |
| Day 21 | 300 | 119/62 | 80 | 122/80 | 88 |
| Day 45 | Not applicable | 108/76 | 68 | 118/80 | 70 |

CONFIDENTIAL
AZSER12775221

**Study D1447C00127      Patient E0020031      quetiapine 200 mg**

**Withdrawal AEs:
Sleepiness
(MedDRA: Somnolence)
Muscle spasms
(MedDRA: Muscle Spasms)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 36-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode mixed. The patient had adverse events of sleepiness (MedDRA: Somnolence) on Day 4 of the open label treatment phase and muscle spasms (MedDRA: Muscle Spasms) on Day 7 that were considered by the investigator to be mild in intensity. At the time of the sleepiness the patient was being treated with 200-mg quetiapine and at the time of the muscle spasms the patient was being treated with 300-mg quetiapine. Both adverse events resolved on Day 51 of study treatment. The patient was withdrawn from the study due to the sleepiness and muscle spasms on Day 57, and the last dose of study medication was taken on the Day 49.

Physical examination at screening revealed a scar on the left leg, and mild deep abdominal pain upon palpitation on both flanks mid abdomen. The patient had a history of mild transient elevated blood pressure, urolithiasis, and allergies to dust and animals. Before entering the study, the patient had been treated with 1000 mg of aspirin (BAYER EXTRA STRENGHT®, Bayer), 400 mg of ibuprofen, 6 tablets of saw palmetto, 1 tablet of vitamins A and E, and 1 tablet of enzyte. During the study, the patient was given concomitant treatment with 1000 mg of aspirin (BAYER EXTRA STRENGHT®, Bayer), 400 mg of ibuprofen, and 1500 mg of divalproex (DEPAKOTE ER®, Abbott), per protocol.

The investigator considered the adverse events to be related to study medication.

2549

CONFIDENTIAL
AZSER12775222

**Study D1447C00127      Patient E0020032   quetiapine 100 mg        Withdrawal AEs:**
**Sedation**
**(MedDRA: Sedation)**
**Fatigue**
**(MedDRA: Fatigue)**
**Ataxia**
**(MedDRA: Coordination Abnormal)**
**Increased appetite**
**(MedDRA: Increased Appetite)**
**Vivid dreams**
**(MedDRA: Abnormal Dreams)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 52-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode mixed. The patient had adverse events of sedation (MedDRA: Sedation), fatigue (MedDRA: Fatigue), ataxia (MedDRA: Coordination Abnormal), and increased appetite (MedDRA: Increased Appetite) on Day 3 of the open label treatment phase. On Day 4 the patient had vivid dreams (MedDRA: Abnormal Dreams). The investigator considered the increased appetite and vivid dreams to be mild in intensity, and the sedation, fatigue, and ataxia to be moderate in intensity. At the time of the adverse events the patient was being treated with 100-mg quetiapine. The sedation resolved on Day 21 of study treatment and fatigue, ataxia, increased appetite, and vivid dreams resolved on Day 22. The patient was withdrawn from the study due to the adverse events on Day 24, and the last dose of study medication was taken on the Day 20.

Physical examination at screening revealed right ring finger healed laceration. The patient had a history of allergic sinusitis, hypertension, nearsightedness, GERD (gastroesophageal reflux disease), kidney stones, type II diabetes mellitus, environmental allergies, left ankle fracture, right ring finger laceration, hyperlipidemia, and a cardiac catheterization, screening colonoscopy, upper endoscopy, right ring finger sutures, vasectomy, lithotripsy, and cystoscopy. Before entering the study, the patient had been treated with 100 mg of sertraline (ZOLOFT®, Pfizer), 80 mg of simvastatin (ZOCOR®, Merck Frosst), 1000 mg of metformin, 10 mg of ezetimibe (ZETIA®, Merck/Schering-Plough), 40 mg of pantoprazole (PROTONIX®, Wyeth-Ayerst), 60 mg of fexofenadine/pseudoephedrine (ALLEGRA®, Aventis), 20 mg of benazepril (LOTENSIN®, Novartis), 25 mg of hydrochlorothiazide, 8 mg of rosiglitazone (AVANDIA®, SB Pharmco), 500 mg of vitamin C, 81 mg of aspirin, 1 capsule of fish oil, and multivitamins. During the study, the patient was given concomitant treatment with 25 – 50 mg of sertraline (ZOLOFT®, Pfizer), 80 mg of simvastatin (ZOCOR®, Merck Frosst), 1000 mg of metformin, 10 mg of ezetimibe (ZETIA®, Merck/Schering-Plough), 60 mg of fexofenadine/pseudoephedrine (ALLEGRA®, Aventis), 40 mg of pantoprazole (PROTONIX®, Wyeth-Ayerst), 20 mg of benazepril (LOTENSIN®, Novartis), 25 mg of hydrochlorothiazide, 8 mg of rosiglitazone (AVANDIA®, SB Pharmco),

CONFIDENTIAL
AZSER12775223

500 mg of vitamin C, 81 mg of aspirin, 1 capsule of fish oil, multivitamins, and 600 – 900 mg of lithium (LITHOBID®, JDS), per protocol.

The investigator considered the adverse events to be related to study medication.

CONFIDENTIAL
AZSER12775224

**Study D1447C00127**     **Patient E0020038**     **quetiapine 100 mg**        **Withdrawal AEs:**
            **Sedation**
            **(MedDRA: Sedation)**
            **Dizziness**
            **(MedDRA: Dizziness)**
            **Upset stomach**
            **(MedDRA: Stomach Discomfort)**
            **Ataxia**
            **(MedDRA: Coordination Abnormal)**
            **Slurred speech**
            **(MedDRA: Dysarthria)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 54-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode mixed. The patient had adverse events of sedation (MedDRA: Sedation), dizziness (MedDRA: Dizziness), upset stomach (MedDRA: Stomach Discomfort), and ataxia (MedDRA: Coordination Abnormal) on Day 1 of the open label treatment phase. On Day 2 the patient had slurred speech (MedDRA: Dysarthria). The investigator considered the sedation, dizziness, ataxia, and slurred speech to be severe in intensity, and the upset stomach to be mild in intensity. At the time of the adverse events the patient was being treated with 100-mg quetiapine. The adverse events resolved on Day 2 of study treatment. The patient was withdrawn from the study due to the adverse events on Day 8, and the last dose of study medication was taken on the Day 1.

Physical examination at screening revealed post radiation induration and discoloration of skin on the right neck, and a healed scar on the right neck. The patient had a history of mild GERD (gastroesophageal reflux disease, tonsillitis, squamous cell CA on right neck, and surgeries for squamous cell CA excision and tonsillectomy. Before entering the study, the patient had been treated with 81 mg of aspirin and 1 tablet of multivitamin. During the study, the patient was given concomitant treatment with 81 mg of aspirin, 1 tablet of multivitamin, and 500 mg of divalproex (DEPAKOTE ER®, Abbott), per protocol.

The investigator considered the adverse events to be related to study medication.

CONFIDENTIAL
AZSER12775225

**Study D1447C00127      Patient E0020041   quetiapine 100 mg      Withdrawal AEs:**
**Dizziness**
**(MedDRA: Dizziness)**
**Heaviness in lower limbs**
**(MedDRA: Sensation of Heaviness)**
**Tingling lower limbs**
**(MedDRA: Paraesthesia)**
**Sedation**
**(MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 24-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had adverse events of dizziness (MedDRA: Dizziness) on Day 1 of the open label treatment phase, heaviness in lower limbs (MedDRA: Sensation of Heaviness) and tingling lower limbs (MedDRA: Paraesthesia) on Day 2, and sedation (MedDRA: Sedation) on Day 4.   The adverse events were considered by the investigator to be mild in intensity. At the time of the adverse events the patient was being treated with 100-mg quetiapine.  The adverse events resolved on Day 18 of study treatment. The patient was withdrawn from the study due to the adverse events on Day 32, and the last dose of study medication was taken on the Day 16.

Physical examination at screening revealed tattoos on the neck and on the right arm.  The patient had a history of GERD (gastroesophageal reflux disease), occasional acne, environmental allergies, benign heart murmur, tonsillitis, and a tonsillectomy.  During the study, the patient was given concomitant treatment with 1000 mg of amoxicillin (TRIMOX®, Apothecon), 500 – 1000 mg of divalproex (DEPAKOTE ER®, Abbott), per protocol.

The investigator considered the adverse events to be related to study medication.

**Table 1          Blood Pressure and Heart Rate**

| Study day | Dose (mg/day) | Supine BP (mmHg) | Supine HR (bpm) | Standing BP (mmHg) | Standing HR (bpm) |
|---|---|---|---|---|---|
| Enrollment | Not applicable | 100/68 | 54 | 106/70 | 60 |
| Day 9 | 300 | 100/68 | 80 | 108/70 | 88 |
| Day 16 | 400 | 100/64 | 80 | 108/72 | 96 |
| Day 32 | Not applicable | 100/58 | 64 | 108/64 | 72 |

2553

CONFIDENTIAL
AZSER12775226

**Study D1447C00127      Patient E0020044      quetiapine 100 mg**

**Withdrawal AEs:**
**Sedation**
**(MedDRA: Sedation)**
**Dizziness**
**(MedDRA: Dizziness)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 38-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode manic. The patient had adverse events of sedation (MedDRA: Sedation) and dizziness (MedDRA: Dizziness) on Day 2 of the open label treatment phase. The investigator considered the sedation to be severe and dizziness to be mild in intensity. At the time of the adverse events the patient was being treated with 100-mg quetiapine. The adverse events resolved on Day 3 of study treatment. The patient was withdrawn from the study due to the sedation and dizziness on Day 8, and the last dose of study medication was taken on the Day 2.

Physical examination at screening revealed a well healed gross sectional suprapubical cicatrix and use of corrective lenses. The patient had a history of endometriosis, tension headaches, vertigo, allergies to pets and pollen, and a surgical history of a C-section, laparoscopy, and laparotomy. Before entering the study, the patient had been treated with 400 mg of ibuprofen (ADVIL®, Wyeth-Ayerst ). During the study, the patient was given concomitant treatment with 400 mg of ibuprofen (ADVIL®, Wyeth-Ayerst ) and 600 mg of lithium, per protocol.

The investigator considered the sedation and dizziness to be related to study medication.

**Table 1          Blood Pressure and Heart Rate**

| Study day | Dose (mg/day) | Supine BP (mmHg) | Supine HR (bpm) | Standing BP (mmHg) | Standing HR (bpm) |
|---|---|---|---|---|---|
| Enrollment | Not applicable | 100/60 | 60 | 104/64 | 68 |
| Day 8 | Not applicable | 100/60 | 64 | 100/50 | 62 |

CONFIDENTIAL
AZSER12775227

**Study D1447C00127        Patient E0020047        quetiapine 600 mg            Withdrawal AE:**
**Weight gain**
**(MedDRA: Weight Increased)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs)*
*and, in some instances, from source documentation.  It is being submitted in the interest of full*
*disclosure and some details may change when more information is available.*

This narrative concerns a 36-year-old Caucasian woman with a diagnosis of bipolar I disorder,
most recent episode depressed.  The patient had an adverse event of weight gain (MedDRA:
Weight Increased) on Day 84 of the open label treatment phase that was considered by the
investigator to be moderate in intensity. At the time of the adverse event the patient was being
treated with 600-mg quetiapine.  The adverse event resolved on Day 314 of study treatment.
The patient was withdrawn from the study due to the adverse event on Day 307, and the last
dose of study medication was taken on the same day.

Physical examination at screening revealed a tattoo on the upper the left breast.  The patient
had a history of asthma, migraine headaches, environmental allergies, an allergy to codeine,
and surgery for post partum urinary incontinence in 2003.  Before entering the study, the
patient had been treated with 10 mg of montelukast (SINGULAIR®, Merck Frosst), 2 puffs of
albuterol, 1 tablet of multivitamin (CENTRUM SILVER®, Wyeth), 1000 mg of calcium
supplement (VIACTIV®, McNeil), and 2 capsules of flaxseed oil supplement.  During the
study, the patient was given concomitant treatment with 10 mg of montelukast
(SINGULAIR®, Merck Frosst), 2 puffs of albuterol, 1 tablet of multivitamin (CENTRUM
SILVER®, Wyeth), 1000 mg of calcium supplement (VIACTIV®, McNeil), 2 capsules of
flaxseed oil supplement, and 500 – 1500 mg of divalproex (DEPAKOTE ER®, Abbott), per
protocol.

The investigator considered the weight gain to be related to study medication.

**Table 1            Body weight**

| Study day | Dose (mg/day) | Weight (kg) |
|---|---|---|
| Enrollment | Not applicable | 86.9 |
| Day 8 | 300 | 88.7 |
| Day 13 | 400 | 87.8 |
| Day 83 | 600 | 93.0 |
| Day 167 | 600 | 99.0 |
| Day 195 | 600 | 101.3 |
| Day 221 | 400 | 102.6 |
| Day 249 | 400 | 105.3 |

CONFIDENTIAL
AZSER12775228

| Study day | Dose (mg/day) | Weight (kg) |
|-----------|---------------|-------------|
| Day 307   | 600           | 104.9       |

CONFIDENTIAL
AZSER12775229

Study D1447C00127      Patient E0020050      quetiapine 400 mg           Withdrawal AE:
                                                                           Weight gain
                                                              (MedDRA: Weight Increased)

*The information provided in this narrative is extracted from the Case Report Form (CRFs)
and, in some instances, from source documentation.  It is being submitted in the interest of full
disclosure and some details may change when more information is available.*

This narrative concerns a 38-year-old Caucasian woman with a diagnosis of bipolar I disorder,
most recent episode depressed.  The patient had an adverse event of weight gain (MedDRA:
Weight Increased) on Day 49 of the open label treatment phase that was considered by the
investigator to be moderate in intensity.  At the time of the adverse event the patient was being
treated with 400-mg quetiapine.  The adverse event resolved on Day 63 of study treatment.
The patient was withdrawn from the study due to the weight gain on Day 49, and the last dose
of study medication was taken on the same day.

Physical examination at screening revealed obesity and use of corrective lenses.  The patient
had a history of hypertension, nearsightedness, farsightedness, asthma, GERD
(gastroesophageal reflux disease), environmental allergies, recurrent UTI (urinary tract
infection), tonsillitis, small bowel valvulus, and surgeries for bilateral tubal ligation, uterine
ablation, tonsillectomy, appendectomy, small bowel resection, dilation curettage, and eye
correction.  Before entering the study, the patient had been treated with 150 mg of irbersartan
(AVAPRO®, Sanofi-Synthelabo), 1 capsule of
isometheptene/dichloralphenazone/acetaminophen (MIDRIN®, Elan Pharmaceuticals), 800
mg of ibuprofen, 90 mcg of albuterol, 20 mg of omeprazole (PRILOSEC®, Procter &
Gamble), and 25 mg of diphenhydramine hydrochloride (BENADRYL®, Warner-Lambert).
During the study, the patient was given concomitant treatment with 150 mg of irbersartan
(AVAPRO®, Sanofi-Synthelabo), 1 capsule of
isometheptene/dichloralphenazone/acetaminophen (MIDRIN®, Elan Pharmaceuticals), 800
mg of ibuprofen, 90 mcg of albuterol, 20 mg of omeprazole (PRILOSEC®, Procter &
Gamble), 25 mg of diphenhydramine hydrochloride (BENADRYL®, Warner-Lambert), 500 –
1500 mg of divalproex (DEPAKOTE ER®, Abbott), per protocol, 1000 mg of cephalexin
(KEFLEX®, Advancis), and 1 tablet of unknown diuretic.

The investigator considered the weight gain to be related to study medication.

**Table 1          Body weight**

| Study day  | Dose (mg/day)  | Weight (kg) |
|------------|----------------|-------------|
| Enrollment | Not applicable | 118.4       |
| Day 8      | 300            | 119.0       |
| Day 15     | 400            | 122.0       |

2557

CONFIDENTIAL
AZSER12775230

| Study day | Dose (mg/day) | Weight (kg) |
|-----------|---------------|-------------|
| Day 49    | 400           | 128.3       |

CONFIDENTIAL
AZSER12775231

**Study D1447C00127        Patient E0020051    quetiapine 600mg           Withdrawal AEs:
                                                                              Neutropenia
                                                                      (MedDRA: Neutropenia)
                                                                              Monocytosis
                                                                      (MedDRA: Monocytosis)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 21-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode mixed. The patient had an adverse event of neutropenia (MedDRA: Neutropenia) on Day 92 of randomized treatment phase that was considered by the investigator to be moderate in intensity. On Day 106, the patient had an adverse event of monocytosis (MedDRA: Monocytosis) that was considered by the investigator to be moderate in intensity. At the time of events the patient was being treated with 600-mg study drug vs placebo. The adverse events resolved on Day 135 of the randomized treatment phase. The patient was withdrawn from the study due to neutropenia and monocytosis on Day 108 of the randomized treatment phase and the last dose of study medication was taken on the same day.

Physical examination at screening revealed acne on the face, shoulders and torso, and a large tattoo on the back. It was also observed mild tenderness in the lower quadrants (right > left), and mild tics of ears and neck. The patient had a history of dysmenorrhea, tinnitus, tension headaches, osteoarthritis of both knees, acne, migraine headaches, nearsightedness, allergy to aspartame and saccharine, hydrocodone intolerance, and vulvar vestibulitis. Before entering the study, the patient had been treated with 100 mg of gabapentin (NEURONTIN®, Pfizer), 10 mg of amitriptyline, 1 tablet of multivitamin (A, B, C, D, and E), 2 tablets of acetaminophen (EXCEDRIN®, Bristol-Myers Squibb), and 3 tablets of glucosamine/chondroitin. During the study, the patient was given concomitant treatment with 1 tablet of multivitamin (A, B, C, D, and E), 150 mg of medroxiprogesterone acetate (DEPO-PROVERA®, Pfizer), 2 tablets of acetaminophen (EXCEDRIN®, Bristol-Myers Squibb), 3 tablets of glucosamine/chondroitin, 2% lidocaine, 1000 – 1500 mg of divalproex (DEPAKOTE®, Abbott), per protocol, 700 mg of acetaminophen (TYLENOL®, McNeil), 500 mg of ibuprofen, 2 tablets of pseudoephedrine (SUDAFED®, Pfizer), 20 mL of dextromethorphan/guaifenesin (ROBITUSSIN®, Wyeth-Ayesrt), 10 – 15 mg of aripiprazole (ABILIFY®, Otsuka), 200 mg of tramadol, and 150 mg of diclofenac.

The investigator considered the neutropenia and monocytosis to be related to study medication.

2559

CONFIDENTIAL
AZSER12775232

**Study D1447C00127     Patient E0020055     quetiapine 200 mg     Withdrawal AE: Motor incoordination (MedDRA: Coordination Abnormal)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 44-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had an adverse event of motor incoordination (MedDRA: Coordination Abnormal) on Day 7 of open label treatment phase that was considered by the investigator to be mild in intensity.  At the time of the adverse event the patient was being treated with 200-mg quetiapine.  The adverse event resolved on Day 11 of study treatment.  The patient was withdrawn from the study due to the motor incoordination on Day 11, and the last dose of study medication was taken on the same day.

Physical examination at screening revealed the patient was overweight with a bandage to buffer pressure on the right foot due to bone spur on plantar area.  The patient had a history of diabetes, sarcoidosis, osteoarthritis, environmental allergies, food allergy (shellfish), tonsillitis, tension headaches, sinus headaches, and surgeries for nearsightedness (LASIK surgery), tonsillectomy, and biopsy on lymph node.  Before entering the study, the patient had been treated with 2.5 mg glipizide (GLUCOTROL®, Pfizer) and 400 mg of ibuprofen.  During the study, the patient was given concomitant treatment with 2.5 mg glipizide (GLUCOTROL®, Pfizer), 400 mg of ibuprofen, and 2500 mg of divalproex (DEPAKOTE ER®, Abbott), per protocol.

The investigator considered the motor incoordination to be related to study medication.

CONFIDENTIAL
AZSER12775233

**Study D1447C00127      Patient E0020087      quetiapine 800 mg      Withdrawal AEs:**
**Weight gain**
**(MedDRA: Weight Increased)**
**Insulin Resistance**
**(MedDRA: Insulin Resistance)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 49-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode depressed. The patient had an adverse event of weight gain (MedDRA: Weight Increased) on Day 85 of the open label treatment phase that was considered by the investigator to be mild in intensity. The patient also had increased insulin (MedDRA: Blood Insulin Increased) on Day 82 of the randomized treatment phase that was considered by the investigator o be moderate in intensity. At the time of the weight gain and the increased insulin the patient was being treated with 500-mg and 800-mg quetiapine, respectively. The adverse events were ongoing at the time of withdrawal. The patient was withdrawn from the study due to the weight gain and increased insulin on Day 135 of the randomized treatment phase, and the last dose of study medication was taken on Day 134 of the randomized treatment phase.

Physical examination at screening revealed obesity, an 8-cm well-healed scar on left scapular area, and small cataracts on both eyes. The patient had a history of tonsillitis, occasional muscle aches, an allergy to penicillin, and surgeries for tonsillectomy and removal of benign lipoma from back. Before entering the study, the patient had been treated with 220 mg of naproxen (ALEVE®, Bayer). During the study, the patient was given concomitant treatment with 220 mg of naproxen (ALEVE®, Bayer), 1000 – 1500 mg of divalproex (DEPAKOTE ER®, Abbott), per protocol, 650 mg of acetaminophen, 30 mg of dextromethorphan HBr, 60 mg of pseudoephedrine HCl.

The investigator considered the adverse events to be related to study medication.

**Table 1          Body weight**

| Study day | Dose (mg/day) | Weight (kg) |
|---|---|---|
| Enrollment | Not applicable | 122.9 |
| Day 8 | 300 | 124.2 |
| Day 15 | 400 | 124.0 |
| Day 85 | 500 | 130.5 |
| Day 177 | 500 | 135.9 |

2561

CONFIDENTIAL
AZSER12775234

| Study day | Dose (mg/day) | Weight (kg) |
|---|---|---|
| Day 197 | 600 | 137.7 |
| Day 225 | 800 | 140.8 |
| Day 250 | 800 | 142.4 |
| Day 303 | Not applicable | 144.1 |

2562

CONFIDENTIAL
AZSER12775235

**Study D1447C00127**        **Patient E0020095**        **quetiapine 100 mg**                **Withdrawal AE:**
                                                                                                                   **Sedation**
                                                                                                          **(MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 27-year-old Black female with a diagnosis of bipolar I disorder, most recent episode, mixed.  The patient had an adverse event of sedation (MedDRA: Sedation) on Day 1 of open-label treatment phase that was considered by the investigator to be severe in intensity.  At the time of the adverse event the patient was being treated with 1000-mg valproic acid (DEPAKOTE SLOW-RELEASE®, Abbott).  The adverse event was continuing upon subject discontinuation.  The patient was withdrawn from the study due to patient lost to follow-up on Day 37, and the last dose of study medication was taken on Day 6.

Physical examination at screening revealed abnormalities of obesity, abnormal striae, and 1+ edema non-pitting bilateral ankles.  The patient had a history of environmental allergies, history of asthma/stable, obesity, history of back pain, and surgery for cesarian section 2001.  Before entering the study, the patient had been treated with an unknown dose of para-seltzer (EXCEDRIN®, Bristol-Myers Squibb) and an unknown dose of paracetamol (TYLENOL®, McNeil Consumer Products).  During the study, the patient was given concomitant treatment with 1000 mg of valproic acid (DEPAKOTE®, Abbott), per protocol.

The investigator considered the sedation to be related to study medication.

2563

CONFIDENTIAL
AZSER12775236

**Study D1447C00127**      **Patient E0020097   quetiapine 100 mg**      **Withdrawal AE:**
**Fatigue**
**(MedDRA: Fatigue)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs)
and, in some instances, from source documentation.  It is being submitted in the interest of full
disclosure and some details may change when more information is available.*

This narrative concerns a 24-year-old Caucasian man with a diagnosis of bipolar I disorder,
most recent episode mixed.  The patient had an adverse event of fatigue (MedDRA: Fatigue)
on Day 1 of the open label treatment phase that was considered by the investigator to be
moderate in intensity.  At the time of the adverse event the patient was being treated with
100-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient
was withdrawn from the study due to fatigue on Day 10, and the last dose of study medication
was taken on Day 2.

Physical examination at screening revealed tattoos on the left forearm and on the right
shoulder, and acne scars on the face.  The patient had a history of allergy to deer fly bites,
dermatologic acne, head trauma in 1986, and loss of consciousness in 1992.  During the study,
the patient was given concomitant treatment with 1 package of aspirin/salicylamide/caffeine
(BC POWDER®, GlaxoSmithKline).

The investigator considered the fatigue to be related to study medication.

CONFIDENTIAL
AZSER12775237

**Study D1447C00127      Patient E0020099      quetiapine 400 mg      Withdrawal AEs: Weight gain (MedDRA: Weight Increased) Increased insulin level (MedDRA: Blood Insulin Increased) Increased fasting plasma glucose level (MedDRA: Blood Glucose Abnormal)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 55-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode manic. The patient had an adverse event of weight gain (MedDRA: Weight Increased) on Day 53 of the open label treatment phase. On Day 108 the patient had increased insulin level (MedDRA: Blood Insulin Increased) and increased fasting plasma glucose level (MedDRA: Blood Glucose Abnormal). These adverse events were considered by the investigator to be moderate in intensity. At the time of the adverse events the patient was being treated with 400-mg quetiapine. The adverse events were ongoing at the time of withdrawal. The patient was withdrawn from the study due to weight gain, increased insulin level, and increased fasting plasma glucose level on Day 117, and the last dose of study medication was taken on Day 116.

Physical examination at screening revealed obesity, three small scars from lipoma removals, and both knees tender due to ligament tears. The patient had a history of mitral valve deficiency, torn medial meniscus on the left, torn anterior cruciate ligament on the right, an allergy to dust mites, lipoma on the right forearm, near sightedness and use of correction lenses, irritable bowel syndrome, and surgeries for tonsillectomy at the age of 4-years, and lipoma removal in 1994. Before entering the study, the patient had been treated with 1200 mg of lithium, 1 pill of multivitamin, and 1 pill of acetaminophen (TYLENOL®, McNeil). During the study, the patient was given concomitant treatment with 1200 – 1500 mg of lithium, per protocol, 1 pill of multivitamin, and 1 pill of acetaminophen (TYLENOL®, McNeil).

The investigator considered the adverse events to be related to study medication.

**Table 1            Body weight**

| Study day | Dose (mg/day) | Weight (kg) |
|---|---|---|
| Enrollment | Not applicable | 131.4 |
| Day 11 | 400 | 130.1 |
| Day 17 | 400 | 123.8 |
| Day 80 | 400 | 136.0 |

CONFIDENTIAL AZSER12775238

| Study day | Dose (mg/day) | Weight (kg) |
|---|---|---|
| Day 117 | Not applicable | 140.9 |

CONFIDENTIAL
AZSER12775239

**Study D1447C00127      Patient E0020100   quetiapine 600 mg            Withdrawal AE:**
**Weight Gain**
**(MedDRA: Weight Increased)**
**Bilateral Ankle Edema**
**(MedDRA: Oedema Pheripheral)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 42-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had an adverse events of weight gain (MedDRA: Weight Increased) and bilateral ankle edema (MedDRA: Oedema Peripheral) on Day 50 of the open label treatment phase that were both considered by the investigator to be moderate in intensity.  At the time of the events the patient was being treated with 600-mg quetiapine.  The adverse events were ongoing at the time of withdrawal.  The patient was withdrawn from the study on Day 123 and the last dose of study medication was taken on Day 90.

Physical examination at screening revealed stretch marks over abdomen, a healed C-section scar, and surgically corrected toes.  The patient had a history of gastroesophageal reflux disease, seasonal allergies, congenital malformation, a motor vehicle accident and a herniated nucleus propulsis, kidney stones, asthma, allergic sinusitis, farsightedness, three separate C-sections, toe surgery correcting congenital malformation, and bilateral tubal ligation.  Before entering the study, the patient had been treated with 2 puffs of albuterol, 2 puffs of fluticasone/salmeterol (ADVAIR®, GlaxoSmithKline), and 1 pill of omeprazole (PRILOSEC®, Procter & Gamble).  During the study, the patient was given concomitant treatment with 2 puffs of albuterol, 2 puffs of fluticasone/salmeterol (ADVAIR®, GlaxoSmithKline), 1 pill of omeprazole (PRILOSEC®, Procter & Gamble), 500 mg of penicillin, 1 tablespoon of Tussin, 50 mg of sertraline (ZOLOFT®, Pfizer), and 500 – 1500 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the weight gain and bilateral ankle edema to be related to study medication.

**Table 1            Body weight**

| Study day | Dose (mg/day) | Weight (kg) |
|---|---|---|
| Enrollment | Not applicable | 98.1 |
| Day 8 | 300 | 98.1 |
| Day 15 | 500 | 99.6 |
| Day 123 | Not applicable | 103.9 |

2567

CONFIDENTIAL
AZSER12775240

**Study D1447C00127        Patient E0020103        quetiapine 600 mg        Withdrawal AE:**
**Dry mouth**
**(MedDRA: Dry Mouth)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 41-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode mixed. The patient had an initial adverse event of dry mouth on Day 2 of the open label treatment phase that was considered by the investigator to be mild in intensity. At the onset of that event the patient was being treated with 200-mg quetiapine. On Day 5 of the open label treatment phase the patient had an adverse event of dry mouth (MedDRA: Dry Mouth) that was considered by the investigator to be moderate in intensity. At the time of the adverse event the patient was being treated with 600-mg quetiapine. The adverse event was ongoing at the time of withdrawal. The patient was withdrawn from the study due to the dry mouth on Day 32, and the last dose of study medication was taken on Day 29.

Physical examination at screening revealed an appendectomy scar on the right quadrant of abdomen, use of corrective lenses for astigmatism, and right shoulder stiff and sore. The patient had a history of sinusitis, tubes in ears as child, tonsillitis, childhood asthma, diverticulitis, 9 broken bones lifetime, seasonal allergies and allergies to mold and shellfish, arthritis, hypertension, mononucleosis, hepatitis, tonsillectomy, adenoidectomy, and appendectomy. During the study, the patient was given concomitant treatment with 4 pills of naproxen and pseudophedrine (ALEVE® Sinus and Cold, Bayer) and 325 mg of aspirin.

The investigator considered the dry mouth to be related to study medication.

CONFIDENTIAL
AZSER12775241

**Study D1447C00127   Patient: E0021005   Quetiapine 400 mg/day   Withdrawal: Restlessness (MedDRA: Restlessness)**

***The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.***

This narrative concerns a 43-year-old Black female patient with bipolar I disorder, most recent episode depressed.  The patient had an adverse event of restlessness (MedDRA: Restlessness) on Day 41 of open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of onset the patient was treated with 400-mg quetiapine. The event persisted throughout the study and was ongoing at the time of withdrawal.  The patient was withdrawn from the study due to the adverse event on Day 83 and the last dose of study medication was taken on Day 62.

The physical examination at screening was normal.  The patient's relevant medical history included hypertension, sinusitis, fibroids, headaches, migraines, and knee sprain; surgical history included tubal ligation and hysterectomy.  Before entering the study, the patient had been treated with 40-mg paroxetine hydrochloride  (PAXIL®, GlaxoSmithKline), one tablet prinizide, 800-mg ibuprofen (MOTRIN®, McNeil Consumer Products), 325-mg hydrocodone with acetaminophen (VICODIN®, Abbott Pharmaceutical), 300-mg quetiapine fumarate and 900-mg lithium carbonate (ESKALITH®, GlaxoSmithKline).  During the study, the patient was given concomitant treatment with 40-mg paroxetine hydrochloride (PAXIL®, GlaxoSmithKline), one tablet prinizide, 800-mg ibuprofen (MOTRIN®, McNeil Consumer Products), one tablet sennosides (EX LAX®, Novartis), 1-mg lorazepam and 900 and 1350-mg lithium carbonate (ESKALITH®, GlaxoSmithKline) per protocol.

The investigator considered the restlessness to be related to study treatment.

CONFIDENTIAL
AZSER12775242

**Study D1447C00127      Patient E0021023      quetiapine 100 mg      Withdrawal AE: Sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 42-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of sedation (MedDRA: Sedation) on Day 1 of open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of the adverse event the patient was being treated with 100-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient was withdrawn from the study due to sedation on Day 31, and the last dose of study medication was taken on Day 30.

Physical examination at screening revealed eczematin patches on feet and ankles.  The patient had a history of mitral valve prolapse, hepatitis, pancreatitis, seasonal allergies, pneumonia, moderate hearing loss, eczema, gingivectomy, and appendectomy.  Before entering the study, the patient had been treated with 25 mg of cetirizine (ZYRTEC®, Pfizer).  During the study, the patient was given concomitant treatment with 25 mg of cetirizine (ZYRTEC®, Pfizer), and 900 mg of lithium (ESKALITH®, GlaxoSmithKline), per protocol.

The investigator considered the sedation to be related to study medication.

2570

CONFIDENTIAL
AZSER12775243

Study D1447C00127        Patient: E0022002        Quetiapine 300mg        Withdrawal AE: Sedation (MedDRA: Sedation)

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 54-year old Caucasian female patient with bipolar I disorder, most recent episode mixed. The patient had an adverse event of sedation (MedDRA: Sedation) on Day 3 of the Open Label Treatment Phase that the investigator considered to be moderate in intensity. At the time of the onset of sedation the patient was being treated with quetiapine 300 mg daily. The adverse event persisted throughout the study and was ongoing at the time of withdrawal. The patient was withdrawn from the study due to the adverse event on Day 15 and the last dose of study medication was taken on the same day.

Physical examination at screening revealed right facial weakness. The patient's relevant medical history included tachycardia, a facial neuroma, stress incontinence, joint pain, and Meniere's disease. The patient's relevant surgical history included stomach stapling, gastric bypass, a craniotomy, and an abdominal hysterectomy. Before entering the study, the patient was treated with 2 mg of risperidone (RISPERDAL™, Janssen), 150 mg of bupropion hydrochloride (WELLBUTRIN XL™, GlaxoSmithKline), 0.75 mg of clonazepam (KLONIPIN™, Roche Pharmaceuticals), 75 mg of atenolol, 20 mg of furosemide (LASIX™, Aventis Pharmaceuticals), 10 mEq of potassium chloride, 1 tablet of multivitamin, 325 mg of ferrous sulfate, 100 mg of zinc, 500 mcg of vitamin B12, 400 IU of vitamin E, 1000 mg of calcium, 25 mg of rofecoxib (VIOXX™, Merck), 0.0375 mg of estradiol transdermal system (VIVELLE-DOT™, Novogyne Pharmaceuticals), and 4 mg of tolterodine tartrate (DETROL LA™, Pfizer). During the study the patient was given concomitant treatment with 2 mg of risperidone (RISPERDAL™, Janssen), 150 mg of bupropion hydrochloride (WELLBUTRIN XL™, GlaxoSmithKline), 0.75 mg of clonazepam (KLONIPIN™, Roche Pharmaceuticals), 75 mg of atenolol, 20 mg of furosemide (LASIX™, Aventis Pharmaceuticals), 10 mEq of potassium chloride, 1 tablet of multivitamin, 325 mg of ferrous sulfate, 100 mg of zinc, 500 mcg of vitamin B12, 400 IU of vitamin E, 1000 mg of calcium, 25 mg of rofecoxib (VIOXX™, Merck), 0.0375 mg of estradiol transdermal system (VIVELLE-DOT™, Novogyne Pharmaceuticals), 4 mg of tolterodine tartrate (DETROL LA™, Pfizer), and 1000 mg of divalproex sodium (DEPAKOTE ER™, Abbott Laboratories), per protocol.

The investigator considered the sedation to be related to study medication.

2571

CONFIDENTIAL
AZSER12775244

**Study D1447C00127**          **Patient: E0022009**          **Quetiapine 200 mg/day Withdrawal: Diarrhea (MedDRA: Diarrhoea)**

This narrative concerns a 33-year-old Caucasian female patient with bipolar disorder I, most recent episode mixed. The patient had an adverse event of diarrhea (MedDRA: Diarrhoea) on Day 2 of the open label treatment phase that the investigator considered to be moderate in intensity. At the time of onset of the diarrhea the patient was being treated with quetiapine 200-mg daily. The dose of quetiapine was increased to a maximum dose of 600-mg daily on Day 6 and subsequently decreased to 500-mg daily on Day 7. The event resolved on Day 13. The patient was withdrawn from the study due to the adverse event on Day 18 and the last dose of study medication was taken on Day 11.

The physical examination at screening was normal. The patient's relevant medical history included asthma, migraine headaches and seasonal allergies. Before entering the study, the patient had been treated with 10-mg monotelukast (SINGULAIR®, Schein), two puffs salmeterol (SEREVENT®, GlaxoSmithKline), 2 puffs albuterol, 20-mg escitalpram oxalate (LEXAPRO®, Forest), 25-mg diphenhydramine hydrochloride (BENADRYL®, Pfizer, Inc), 1-mg alprazolam (XANAX®, Pharmacia & Up John Company) and 5-mg oxycodone hydrochloride (PERCOCET®, Endo Laboratories). During the study the patient was given concomitant treatment with 10-mg monotelukast (SINGULAIR®, Schein), two puffs salmeterol (SEREVENT®, GlaxoSmithKline), 2 puffs albuterol, 20-mg escitalpram oxalate (LEXAPRO®, Forest), 25-mg diphenhydramine hydrochloride (BENADRYL®, Pfizer, Inc), 1-mg alprazolam (XANAX®, Pharmacia & Up John Company) and 1000-mg divalproex sodium (DEPAKOTE®, Abbott) per protocol.

The investigator considered the diarrhea to be unrelated to study treatment.

1

CONFIDENTIAL
AZSER12775245

**Study D1447C00127**       **Patient E0024010  quetiapine 400 mg**       **Withdrawal AEs:**
**Somnolence**
**(MedDRA: Somnolence)**
**Low energy**
**(MedDRA: Asthenia)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 36-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of somnolence (MedDRA: Somnolence) and low energy (MedDRA: Asthenia) on Day 2 of the open label treatment phase that were considered by the investigator to be moderate in intensity.  At the time of the event the patient was being treated with 400-mg quetiapine.  The adverse events resolved on Day 59.  The patient was withdrawn from the study on Day 59 and the last dose of study medication was taken on Day 46.

Physical examination at screening was normal.  The patient had a history of a fractured left foot, and tendonitis in the hands, feet, and knee.  Before entering the study, the patient had been treated with 1,500 mg of divalproex (DEPAKOTE®, Abbott).  During the study, the patient was given concomitant treatment with 1,500 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the somnolence and low energy to be related to study medication.

2573

CONFIDENTIAL
AZSER12775246

**Study D1447C00127**      **Patient: E0024014**      **quetiapine 400mg**      **Withdrawal AE: Weight gain (MedDRA: Weight increased)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 49-year old Caucasian (Hispanic) female patient with bipolar I disorder, most recent episode mixed. The patient had an adverse event of weight gain (MedDRA: Weight increased) on Day 57 of the Open Label Treatment Phase that the investigator considered to be moderate in intensity. At the time of the onset of the weight gain, the patient was being treated with quetiapine 400 mg daily. The adverse event persisted throughout the study and was ongoing at the time of withdrawal. The patient was withdrawn from the study due to the adverse event on Day 25 of the Randomized Treatment phase and the last dose of study medication was taken on Day 24 of the Randomized Treatment Phase.

Physical examination at screening was normal. Before entering the study, the patient was treated with 900 mg of lithium (ESKALITH™, GlaxoSmithKline). During the study, the patient was given concomitant treatment with 900 mg of lithium (ESKALITH™, GlaxoSmithKline), per protocol.

The investigator considered the weight gain to be related to study medication.

| Study Day | Dose (mg/day) | Weight |
|---|---|---|
| Enrollment | N/A | 81.6 kg |
| Open Label Treatment Phase Day 13 | 400 mg | 82.1 kg |
| Open Label Treatment Phase Day 82 | 400 mg | 84.9 kg |
| Randomized Treatment Phase Visit 1 | N/A | 90.0 kg |
| Termination | N/A | 90.9 kg |

CONFIDENTIAL
AZSER12775247

**Study D1447C00127       Patient E0024016  quetiapine 400 mg        Withdrawal AE:**
**Weight Gain**
**(MedDRA: Weight Increased)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs)*
*and, in some instances, from source documentation.  It is being submitted in the interest of full*
*disclosure and some details may change when more information is available.*

This narrative concerns a 56-year-old Caucasian woman with a diagnosis of bipolar I disorder,
most recent episode mixed.  The patient had an adverse event of weight gain (MedDRA:
Weight Increased) on Day 13 of the open label treatment phase that was considered by the
investigator to be moderate in intensity.  At the time of the event the patient was being treated
with 400-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The
patient was withdrawn from the study on Day 280 of the randomized treatment phase and the
last dose of study medication was taken on Day 280 of the randomized treatment phase.

Physical examination at screening revealed the patient was overweight.  The patient had a
history of migraines, hypothyroidism, nausea due to migraines, a hysterectomy, and a
cesarean section.  Before entering the study, the patient had been treated with 0.25 mg of
alprazolam (XANAX®, Pfizer), 2.5 mg of naratriptan (AMERGE®, GlaxoSmithKline), 0.125
mg of levothyroxine (LEVOXYL®,  King), 80 mg of propranolol (INDERAL®, Wyeth), 1
capsule of aspirin/butalbital/caffeine (FIORINAL®, Watson), 5 mg of prochlorperazine
(COMPAZINE®, GlaxoSmithKline), and 1000 mg of divalproex (DEPAKOTE®, Abbott).
During the study, the patient was given concomitant treatment with 0.50 mg of alprazolam
(XANAX®, Pfizer), 0.125 mg of levothyroxine (LEVOXYL®,  King), 80 mg of propranolol
(INDERAL®, Wyeth), 1 capsule of aspirin/butalbital/caffeine (FIORINAL®, Watson), 5 mg of
prochlorperazine (COMPAZINE®, GlaxoSmithKline), 1000 mg of naproxen, and 1000 mg of
divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the weight gain to be related to study medication.

**Table 1         Body weight**

| Study day | Dose (mg/day) | Weight (kg) |
|---|---|---|
| Enrollment | Not applicable | 99.4 |
| Day 7  open label treatment | 400 | 99.4 |
| Day 93 open label treatment | 400 | 104.4 |
| Day 174 open label treatment | 400 | 105.3 |
| Day 28 randomized treatment | 400 mg blinded study medication vs. placebo | 105.3 |
| Day 56 randomized treatment | 400 mg blinded study medication vs. placebo | 110.7 |
| Day 84 randomized treatment | 400 mg blinded study medication vs. placebo | 110.6 |

CONFIDENTIAL
AZSER12775248

| Study day | Dose (mg/day) | Weight (kg) |
|---|---|---|
| Day 186 randomized treatment | 400 mg blinded study medication vs. placebo | 110.3 |
| Day 280 randomized treatment | 400 mg blinded study medication vs. placebo | 113.0 |

2576

CONFIDENTIAL
AZSER12775249

**Study D1447C00127      Patient E0024027   quetiapine 600 mg                     Withdrawal AE:**
                                                                                                         **Weight gain**
                                                                                **(MedDRA: Weight Increased)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 36-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of weight gain (MedDRA: Weight Increased) on Day 15 of the open label treatment phase that was considered by the investigator to be mild in intensity.  At the time of the event the patient was being treated with 600-mg quetiapine.  The adverse event was resolved on Day 93.  The patient was withdrawn from the study on Day 74 and the last dose of study medication was taken on Day 73.

Physical examination at screening was normal.  The patient had a history of seasonal asthma, and deep vein thrombosis.  Before entering the study, the patient had been treated with 8 mg of warfarin (COUMADIN®, Bristol-Myers Squibb), 0.25 mg of norgestimate/ethinyl estradiol (ORTHO CYCLIN®, Ortho-McNeil), 1 – 2 puffs of albuterol, and 900 mg of lithium.  During the study, the patient was given concomitant treatment with 8 mg of warfarin (COUMADIN®, Bristol-Myers Squibb), 0.25 mg of norgestimate/ethinyl estradiol (ORTHO CYCLIN®, Ortho-McNeil), 1 – 2 puffs of albuterol, and 900 – 1,200 mg of lithium, per protocol.

The investigator considered the weight gain to be related to study medication.

CONFIDENTIAL
AZSER12775250

| Study D1447C00127 | Patient E0024033   quetiapine 600 mg | Withdrawal AEs: |
|---|---|---|

**Withdrawal AEs:**
**Weight gain**
**(MedDRA: Weight Increased)**
**Somnolence**
**(MedDRA: Somnolence)**
**Ankle and leg swelling**
**(MedDRA: Oedema Peripheral)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 46-year-old Caucasian (Hispanic) woman with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of weight gain (MedDRA: Weight Increased), and somnolence (MedDRA: Somnolence) on Day 8 of the open label treatment phase that were considered by the investigator to be moderate in intensity.  The patient also had an adverse event of ankle and leg swelling (MedDRA: Oedema Peripheral) on Day 9 of the open label treatment phase that was considered to be moderate in intensity.  At the time of the events the patient was being treated with 600-mg quetiapine.  The adverse events of weight gain and ankle and leg swelling resolved on Day 61.  The adverse event of somnolence was ongoing at the time of withdrawal.  The patient was withdrawn from the study on Day 57 and the last dose of study medication was taken on Day 57.

Physical examination at screening was normal.  The patient had a history of a thyroid nodule, somnolence, a hysterectomy, and gall bladder removal.  Before entering the study, the patient had been treated with 500 – 1,000 mg of divalproex (DEPAKOTE®, Abbott), 50 mg of sertraline (ZOLOFT®, Pfizer), 100 – 300 mg of quetiapine (SEROQUEL®, AstraZeneca) and 0.625 mg of estrogen (PREMARIN®, Wyeth-Ayerst).  During the study, the patient was given concomitant treatment with 500 – 1,000 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the weight gain, somnolence, and ankle and leg swelling, to be related to study medication.

**Table 1**        **Body weight**

| Study day | Dose (mg/day) | Weight (kg) |
|---|---|---|
| Enrollment | Not applicable | 71.6 |
| Day 8 | 600 | 77.4 |
| Day 15 | 700 | 78.3 |
| Day 57 | Not applicable | 78.3 |

CONFIDENTIAL
AZSER12775251

**Study D1447C00127      Patient E0024034   quetiapine 400 mg**                **Withdrawal AE:**
                                                                               **Pre-tibial rash**
                                                                               **(MedDRA: Rash)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs)
and, in some instances, from source documentation.  It is being submitted in the interest of full
disclosure and some details may change when more information is available.*

This narrative concerns a 48-year-old Caucasian woman with a diagnosis of bipolar I disorder,
most recent episode mixed.  The patient had an adverse event of pre-tibial rash (MedDRA:
Rash) on Day 26 of the randomized treatment phase that was considered by the investigator to
be mild in intensity.  At the time of the event the patient was being treated with 400-mg
quetiapine.  The adverse event resolved on Day 36.  The patient was withdrawn from the
study on Day 28 of the randomized treatment phase and the last dose of study medication was
taken on Day 27 of the randomized treatment phase.

Physical examination at screening revealed bronchitis.  The patient had a history of bronchitis,
seasonal allergies, gastroesophageal disease, dry mouth, somnolence, increased appetite, and
bilateral foot surgeries for Morton's neuroma, and bunionectomies.  Before entering the study,
the patient had been treated with 500 mg of azithromycin (ZITHROMAX®, Pfizer), 1 capsule
of guaifenesin and dextromethorphan (HUMIBID®, Carolina Pharmaceuticals), 2 puffs of
fluticasone propionate inhalation (FLONASE®, GlaxoSmithKline), 90 mcg of albuterol, 20
mg of rabeprazole sodium (ACIPHEX®, Eisai), 2.68 mg of clemastine (TAVIST®, 3M), 100 –
200 mg of quetiapine (SEROQUEL®, AstraZeneca), and 500 – 1000 mg of divalproex
(DEPAKOTE®, Abbott).  During the study, the patient was given concomitant treatment with
10 mg of loratadine (CLARTIN®, Schering-Plough), 90 mcg of albuterol, 20 mg of
rabeprazole sodium (ACIPHEX®, Eisai), 2.68 mg of clemastine (TAVIST®, 3M), 25 mg of
spironolactone, and 1000 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the pre-tibial rash to be related to study medication.

2579

CONFIDENTIAL
AZSER12775252

**Study D1447C00127      Patient E0024041      quetiapine 400 mg**               **Withdrawal AE: Sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 41-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode mixed. The patient had an adverse event of sedation (MedDRA: Sedation) on Day 10 of the open label treatment phase that was considered by the investigator to be severe in intensity. At the time of the event the patient was being treated with 400-mg quetiapine. The adverse event resolved on Day 27. The patient was withdrawn from the study on Day 24 and the last dose of study medication was taken on Day 23.

Physical examination at screening was normal. The patient had a history of alopecia, muscle and neck pain, gastric bypass surgery, a cholecystectomy, hernia repair, pancolectomy, and a hysterectomy. Before entering the study, the patient had been treated with 37.5 mg of paroxetine (PAXIL®, GlaxoSmithKline), 0.5 mg of alprazolam (XANAX®, Pfizer), 50 mg of trazodone, 10 mg of cyclobenzaprine (FLEXERIL®, McNeil), 100 – 200 mg of quetiapine (SEROQUEL®, AstraZeneca), 500 – 1000 mg of divalproex (DEPAKOTE®, Abbott), and 450 – 500 mg of lithium. During the study, the patient was given concomitant treatment with 3 mg of propranolol, 50 mg of iron, 1 tablet of acetaminophen/hydrocodone (VICODIN®, Abbott), and 900 mg of lithium, per protocol.

The investigator considered the sedation to be related to study medication.

CONFIDENTIAL
AZSER12775253

**Study D1447C00127      Patient E0024044   quetiapine 400 mg                       Withdrawal AE:**
**Weight Gain**
**(MedDRA: Weight Increased)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 21-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of weight gain (MedDRA: Weight Increased) on Day 92 of the open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of the event the patient was being treated with 400-mg quetiapine.  The adverse event was resolved on Day 173.  The patient was withdrawn from the study on Day 170 and the last dose of study medication was taken on Day 169.

Physical examination at screening revealed the patient to be overweight.  The patient had a history of acid reflux, and asthma.  Before entering the study, the patient had been treated with 900 mg of lithium (ESKALITH®, GlaxoSmithKline), 150 mg of medroxyprogesterone (DEPO PROVERA®, Pfizer), and 50 mg of quetiapine (SEROQUEL®, AstraZeneca).  During the study, the patient was given concomitant treatment with 2 mg of benztropine (COGENTIN®, Merck), 2 puffs of fluticasone/salmeterol (ADVAIR®, GlaxoSmithKline), 150 mg of medroxyprogesterone (DEPO PROVERA®, Pfizer), and 900 – 1350 mg of lithium (ESKALITH®, GlaxoSmithKline), per protocol.

The investigator considered the weight gain to be related to study medication.

**Table 1          Body weight**

| Study day | Dose (mg/day) | Weight (kg) |
|---|---|---|
| Enrollment | Not applicable | 110.2 |
| Day 8 | 300 | 113.0 |
| Day 15 | 400 | 113.4 |
| Day 92 | 400 | 125.8 |
| Day 170 | Not applicable | 126.0 |

2581

CONFIDENTIAL
AZSER12775254

**Study D1447C00127**      **Patient E0024049   quetiapine 700 mg**           **Withdrawal AEs: Weight Gain (MedDRA: Weight Increased)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 50-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of weight gain (MedDRA: Weight Increased) on Day 29 of the open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of the event the patient was being treated with 700-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient was withdrawn from the study on Day 85 and the last dose of study medication was taken on Day 84.

Physical examination at screening revealed a systolic murmur that was not clinically significant.  The patient had a history of migraines, and a tubal ligation.  Before entering the study, the patient had been treated with 1 mg of risperidone (RISPERDAL®, Janssen-Ortho), 325/50 mg of butalbital, acetaminophen and caffeine (FIORICET®, Watson), 100 – 200 mg of quetiapine (SEROQUEL®, AstraZeneca), and 500 mg of divalproex (DEPAKOTE®, Abbott).  During the study, the patient was given concomitant treatment with 325/50 mg of butalbital, acetaminophen and caffeine (FIORICET®, Watson), and 1000 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the weight gain to be related to study medication.

**Table 1          Body weight**

| Study day | Dose (mg/day) | Weight (kg) |
|-----------|---------------|-------------|
| Enrollment | Not applicable | 66.2 |
| Day 8 | 400 | 67.6 |
| Day 15 | 500 | 67.0 |
| Day 85 | Not applicable | 71.0 |

CONFIDENTIAL
AZSER12775255

**Study D1447C00127**      **Patient E0024052**      **quetiapine 500 mg**      **Withdrawal AE: Alopecia (MedDRA: Alopecia)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 47-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode mixed. The patient had an adverse event of alopecia (MedDRA: Alopecia) on Day 106 of the open label treatment phase that was considered by the investigator to be moderate in intensity. At the time of the event the patient was being treated with 500-mg quetiapine. The adverse event was ongoing at the time of withdrawal. The patient was withdrawn from the study on Day 140 and the last dose of study medication was taken on Day 140.

Physical examination at screening was normal. The patient had a history of asthma, kidney stones, heart murmur, wheeze (lungs), seasonal allergies, hypertension, migraines, fluid retention, sulfa drug allergy, gall bladder removed, tubal ligation, hernia repair operation, cholecystectomy, and a C-section. Before entering the study, the patient had been treated with 75 mg of triamterene, 500 – 1,000 mg of divalproex (DEPAKOTE®, Abbott), 125 mg of quetiapine (SEROQUEL®, AstraZeneca), 100 mg of diphenhydramine (BENADRYL®, Warner-Lambert), 1 to 2 puffs of albuterol inhaler, 25/37.5 mg of hydrochlorothiazide and triamterene (DYAZIDE®, GlaxoSmithKline), and 2,500 mg of acetaminophen (TYLENOL®, McNeil). During the study, the patient was given concomitant treatment with 75 mg of triamterene, 100 mg of diphenhydramine (BENADRYL®, Warner-Lambert), 1 to 2 puffs of albuterol inhaler, 25/37.5 mg of hydrochlorothiazide and triamterene (DYAZIDE®, GlaxoSmithKline), 2,500 mg of acetaminophen (TYLENOL®, McNeil), 1,000 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the alopecia to be not related to study medication.

2583

CONFIDENTIAL
AZSER12775256

**Study D1447C00127**     **Patient E0024055**   **quetiapine 400 mg**     **Withdrawal AEs:**
**Weight gain**
**(MedDRA: Weight Increased)**
**Poor memory recall**
**(MedDRA: Memory Impairment)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 61-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode mixed. The patient had an adverse event of weight gain (MedDRA: Weight Increased) on Day 57 of the open label treatment phase and poor memory recall (MeDRA: Memory Impairment) on Day 112 of the open label treatment phase. Both were considered by the investigator to be moderate in intensity. At the time of the events the patient was being treated with 400-mg quetiapine. The adverse events were ongoing at the time of withdrawal. The patient was withdrawn from the study on Day 112 and the last dose of study medication was taken on Day 112.

Physical examination at screening revealed the patient to be overweight and wearing eye glasses. The patient had a history of hypertension and hearing loss. Before entering the study, the patient had been treated with 20 mg of fluoxetine (PROZAC®, Eli Lilly), 200 mg of triamterene, 900 mg of lithium (LITHOBID®, JDS), and 25 – 50 mg of quetiapine (SEROQUEL®, AstraZeneca). During the study, the patient was given concomitant treatment with 600 – 900 mg of lithium (LITHOBID®, JDS), per protocol.

The investigator considered the weight gain and poor memory recall to be related to study medication.

2584

CONFIDENTIAL
AZSER12775257

**Study D1447C00127        Patient: E0025003        Quetiapine 400 mg**

**Withdrawal:Increased sedation (MedDRA: Sedation), slurred speech (MedDRA: Dysarthria), dry mouth (MedDRA: Dry mouth), weight gain (MedDRA: Weight increased)**

**The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.**

This narrative concerns a 48-year-old Black female patient with bipolar I disorder, most recent episode manic.  The patient had adverse events of increased sedation (MedDRA: Sedation), slurred speech (MedDRA: Dysarthria) and dry mouth (MedDRA: Dry mouth) on Day 5 and weight gain (MedDRA: Weight increased) on Day 8 of open label treatment phase.  The investigator considered the increased sedation to be moderate in intensity and the slurred speech, dry mouth and weight gain to be mild in intensity.  At the time of onset of the increased sedation, slurred speech and dry mouth the patient was being treated with quetiapine 400 mg daily.  On Day 7 the quetiapine dose was increased to the maximum dose of 600-mg, and subsequently decreased and then increased again.  At the time of onset of the weight gain the patient was being treated with quetiapine 200-mg.  The Slurred speech resolved on Day 13.  The increased sedation, dry mouth and weight gain persisted throughout the study and were ongoing at the time of withdrawal.  The patient was withdrawn from the study due to the adverse events on Day 15 and the last dose of study medication was taken on Day 12.

The physical examination at screening revealed obesity and a septum deviation.  The patient's relevant medical history included diabetes, acne, gastroesophageal reflux disease, hypertension, deviated septum, and asthma attacks and surgical history of deviated septum repair.  Before entering the study, the patient had been treated with 107-units insulin, 20-mg lisinopril, 1000-mg metformin, 20-mg rabeprazole (ACIPHEX®, Eisai), 200-mg minocycline, one tablet acetaminophen with codeine phosphate (DARVOCET®, Lilly, Eli & Co), 1-mg resperidone (RISPERDAL®, Jansen Pharmaceutica), 200-mg lamotrigine (LAMICTAL®, GlaxoSmithKline), PRN budesonide, PRN albuterol, 75/25-mg hydrochlorothiazide (MAXZIDE®, Bertek Pharaceuticals) and 1 mg diazepam (VALIUM®, Roche Laboratories).  During the study, the patient was given concomitant treatment with 107-units insulin, 20-mg lisinopril, 1000-mg metformin, 20-mg rabeprazole (ACIPHEX®, Eisai), 200-mg minocycline, one tablet acetaminophen with codeine phosphate (DARVOCET®, Lilly, Eli & Co), 1-mg diazepam (VALIUM®, Roche Laboratories), 5-mg amlodipine besylate (NORVASC®,

1

CONFIDENTIAL
AZSER12775258

Pfizer), one-puff budesonide, one-puff albuterol, 75/25-mg hydrochlorothiazide (MAXZIDE®, Bertek Pharaceuticals) and 900-mg lithium per protocol.

| Study day | Dose (mg/day) | Weight (kg) |
|---|---|---|
| Enrollment | N/A | 143.1 |
| Day 8 | 200-mg | 144.0 |
| Discontinuation | 200-mg | 143.6 |

The investigator considered the increased sedation, slurred speech, dry mouth, and weight gain to be related to study treatment.

2

CONFIDENTIAL
AZSER12775259

**Study D1447C00127**      **Patient E0026002   quetiapine 600 mg**      **Withdrawal AE: Type II Diabetes (MedDRA: Diabetes Mellitus Non-Insulin Dependent)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 33-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of Type II Diabetes (MedDRA: Diabetes Mellitus) on Day 533 of the randomized treatment phase that was considered by the investigator to be moderate in intensity.  At the time of the event the patient was being treated with 600-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient was withdrawn from the study on Day 540 of the randomized treatment phase and the last dose of study medication was taken on Day 535 of the randomized treatment phase.

Physical examination at screening revealed fluid behind left tympanic membrane.  The patient had a history of chronic sinusitis, intermittent sharp chest wall pain, low back pain, hip pain, bilateral knee pain, bilateral foot pain, left wrist pain, left wrist pain, bilateral arm fractures, fractured right ankle, arthritis, borderline hypertension, hemorrhoids, headaches, weight gain, sedation, and dry mouth.  Before entering the study, the patient had been treated with 200 mg of quetiapine (SEROQUEL®, AstraZeneca), 1,500 – 2,000 mg of divalproex (DEPAKOTE®, Abbott), 2 tablets of ibuprofen, 2 mg of olanzapine (ZYPREXA®, Eli Lilly), 150 mg of bupropion (WELLBUTRIN XL®, GlaxoSmithKline), 1 mg of risperidone (RISPERDAL®, Janssen-Ortho), 50 mg of sertraline (ZOLOFT®, Pfizer), and 25 mg of topiramate (TOPAMAX®, Ortho-McNeil).  During the study, the patient was given concomitant treatment with 2 tablets of ibuprofen, 325 – 650 mg of acetaminophen (ASPIRIN®, Bayer), 0.5 – 1 mg of alprazolam, 150 mg of ranitidine, 250 – 500 mg of azithromycin (ZITHROMAX Z-PAK®, Pfizer), 2 capsules of acetaminophen/dextromethorphan/ pseudophedrine (TYLENOL® FLU, McNeil), 2 puffs of albuterol, 2 mg of clonazepam, and 1,500 – 2,000 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the Type II Diabetes to be related to study medication.

2587

CONFIDENTIAL
AZSER12775260

**Study D1447C00127        Patient: E0026005        Quetiapine** 200 **mg/day Withdrawal: Weight Gain (MedDRA: Weight increased)**

The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.

This narrative concerns a 37 year-old Caucasian male patient with bipolar disorder, most recent episode depressed.  The patient had an adverse event of weight gain (MedDRA: Weight increased) on Day 3 of open label treatment phase that the investigator considered to be moderate in intensity.  At the time of the onset of the weight gain the patient was treated with quetiapine 200 mg daily.   The dose of quetiapine was increased to a maximum of 400-mg daily on Day 8.  The event persisted throughout the study and was ongoing at the time of withdrawal.  The patient was withdrawn from the study due to the adverse event on Day 29 and the last dose of study medication was taken on Day 28.

The physical examination at screening revealed moderate obesity and a 4-centimeter surgical scar of the lumbar spine.  The patient's relevant medical history included arthritis in the back, migraine headaches, obesity, a back injury, poor vision, intermittent back pain, and inattention secondary to bipolar disorder; surgical history included spinal fusion back surgery in 1989, 1990, and 1991.   Before entering the study, the patient had been treated with 220-mg naproxyn sodium (ALEVE®, Bayer), two tablets valerian root, methylphenidate hydrochloride (RITALIN®, Novartis), clonazepam (KLONOPIN®, Roche Laboratories) and one tablet oxycodone hydrochloride (PERCOCET®, Endo Laboratories). During the study, the patient was given concomitant treatment with 220-mg naproxyn sodium (ALEVE®, Bayer), one tablet oxycodone hydrochloride (PERCOCET®, Endo Laboratories) and 500-mg divalproex sodium (DEPAKOTE®, Abbott) per protocol.

The investigator considered the weight gain to be related to study treatment.

| Study day | Dose (mg/day) | Weight (kg) |
|---|---|---|
| Enrollment | N/A | 110.9 |
| Day 8 | 400-mg | 113.6 |
| Day 15 | 400-mg | 114.5 |
| Discontinuation | 400-mg | 119.5 |

1

CONFIDENTIAL
AZSER12775261

**Study D1447C00127      Patient: E0026008      quetiapine 100mg      Withdrawal AE: Sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 21-year old Caucasian male patient with bipolar I disorder, most recent episode depressed. The patient had an adverse event of sedation (MedDRA: sedation) on Day 1 of the Open Label Treatment Phase that the investigator considered to be moderate in intensity. At the time of the onset of the sedation, the patient was being treated with quetiapine 100 mg daily. The adverse event resolved on Day 148. The patient was withdrawn from the study due to the adverse event on Day 154 and the last dose of study medication was taken on Day 148.

Physical examination at screening was normal. The patient's relevant medical history included an allergy to penicillin and an allergy to cat hair. Before entering the study, the patient was treated with 4000 mg of divalproex sodium (DEPAKOTE™, Abbott Laboratories) and 1 tablet of multivitamin. During the study, the patient was given concomitant treatment with 4000 mg of divalproex sodium (DEPAKOTE™, Abbott Laboratories), per protocol, 1 tablet of multivitamin.

The investigator considered the sedation to be related to study medication.

CONFIDENTIAL
AZSER12775262

**Study D1447C00127**          **Patient: E0026010**    **Quetiapine 200 mg/day**
                                                          **Withdrawal:**
                                                          **Sedation (MedDRA:**
                                                          **Sedation)**

**The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.**

This narrative concerns a 41 year-old Caucasian female patient with bipolar I disorder, most recent episode depressed. The patient had an adverse event of sedation (MedDRA: Sedation) on Day 1 of open label treatment phase that the investigator considered to be moderate in intensity. At the time of the onset of sedation the patient was being treated with quetiapine 200-mg daily. The dose of quetiapine was increased to a maximum of 400-mg on Day 11. The dose was subsequently decreased to 100-mg daily on Day 29 and the patient was re-titrated to a maximum of 400-mg on Day 39 after an involuntarily discontinuation. The event resolved on Day 53. The patient was withdrawn from the study due to the adverse event on Day 57 and the last dose of study medication was taken on Day 52.

The physical examination at screening revealed the patient was overweight and had a chronic soft tissue deformity on the hard palate. The patient's relevant medical history included seasonal allergies, morphine allergy, anemia during pregnancy, hemorrhoids, cholelithiasis, and colon polyps; surgical history included tubal pregnancy, cholecystectomy, tubal ligation, and colon polypectomy. Before entering the study, the patient had been treated with 75-mg venlafaxine (EFFEXOR®, Wyeth-Ayerst) and one tablet loratadine. During the study, the patient was given concomitant treatment with 37.5-mg venlafaxine (EFFEXOR®, Wyeth-Ayerst), one tablet loratadine, 600-mg cranberry supplement and 300 and 600-mg lithium, per protocol.

The investigator considered the sedation to be related to study treatment.

CONFIDENTIAL
AZSER12775263

**Study D1447C00127      Patient: E0026011      quetiapine 300mg      Withdrawal AE: Weight Gain (MedDRA: Weight Increased)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 29-year old Caucasian male patient with bipolar I disorder, most recent episode mixed. The patient had an adverse event of weight gain (MedDRA: Weight Increased) on Day 1 of the Open Label Treatment Phase that the investigator considered to be moderate in intensity. At the time of the onset of weight gain the patient was being treated with quetiapine 300 mg daily. The adverse event resolved on Day 164. The patient was withdrawn from the study due to the adverse event on Day 175 and the last dose of study medication was taken on Day 162.

Physical examination at screening revealed scarring from a laceration over the right second metacarpal joint. The patient's relevant medical history included acne vulgaris, low back pain, right second metacarpal joint laceration, and headaches. Before entering the study, the patient was treated with 1 tablet of multivitamin. During the study the patient was given concomitant treatment with 1 tablet of multivitamin, 600 mg of acetaminophen (TYLENOL™, Johnson & Johnson), and 250 – 750 mg of divalproex sodium (DEPAKOTE™, Abbott Laboratories), per protocol, and 1000 mg of ascorbic acid.

The investigator considered the weight gain to be related to study medication.

| Study Day | Dose (mg/day) | Weight |
| --- | --- | --- |
| Enrollment | N/A | 80.0 kg |
| Day 8 | 400 mg | 82.7 kg |
| Day 15 | 400 mg | 84.5 kg |
| Day 85 | 400 mg | 86.8 kg |
| Termination | N/A | 93.6 kg |

CONFIDENTIAL
AZSER12775264

**Study D1447C00127        Patient: E0026012        Quetiapine 200mg        Withdrawal AE: Sedation (MedDRA: Sedation), Weight Gain (MedDRA: Weight Increased)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 26-year old Caucasian (American-Indian) female patient with bipolar I disorder, most recent episode manic.  The patient had adverse events of sedation (MedDRA: Sedation) on Day 1 and weight gain (MedDRA: Weight Increased) on Day 29 of the Open Label Treatment Phase.  The investigator considered the weight gain to be moderate in intensity.  At the time of the onset of sedation the patient was being treated with quetiapine 200 mg daily.  At the time of the onset of the weight gain the patient was being treated with quetiapine 400 mg daily.  The adverse events persisted throughout the study and were ongoing at the time of withdrawal.  The patient was withdrawn from the study due to the adverse events on Day 85 and the last dose of study medication was taken on Day 83.

Physical examination at screening revealed a burn on the left side of the back that was healing.  The patient's relevant medical history included asthma, a burn on the left side of the back, recurrent right ankle eversion injuries, irregular menses, and muscle pain.  The patient's relevant surgical history included tubal ligation and wisdom teeth extractions.  Before entering the study, the patient was treated with 1 tablet of multivitamin, 100 mg of salmon oil, and 600 mg of ibuprofen.  During the study the patient was given concomitant treatment with 1 tablet of multivitamin, 100 mg of salmon oil, 600 mg of ibuprofen, and 250 - 1000 mg of divalproex sodium (DEPAKOTE™, Abbott Laboratories), per protocol.

The investigator considered the sedation and weight gain to be related to study medication.

| Study Day | Dose (mg/day) | Weight |
|---|---|---|
| Enrollment | N/A | 80.0 kg |
| Day 8 | 400 mg | 77.7 kg |
| Day 15 | 400 mg | 77.7 kg |
| Termination | N/A | 89.1 kg |

2592

CONFIDENTIAL
AZSER12775265

**Study D1447C00127        Patient: E0026014        quetiapine 400mg        Withdrawal**
**AE: Weight gain**
**(MedDRA: Weight increased)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 21-year old Caucasian female patient with bipolar I disorder, most recent episode depressed.  The patient had an adverse event of weight gain (MedDRA: Weight increased) on Day 8 of the Open Label Treatment Phase that the investigator considered to be moderate in intensity.  At the time of the onset of weight gain, the patient was being treated with quetiapine 300 mg daily.  The adverse event persisted throughout the study and was ongoing at the time of withdrawal.  The patient was withdrawn from the study due to the adverse event on Day 113 and the last dose of study medication was taken on Day 112.

Physical examination at screening was normal.  The patient's relevant medical history included psoriasis, migraine headaches, an allergy to sertraline hydrochloride, and an allergy to fluvoxamine.  Before entering the study, the patient was treated with 150 mg of medroxyprogesterone acetate (DEPO-PROVERA, Pfizer)™ and 1000 mg of calcium (VIACTIV™, McNeil Nutritionals).  During the study, the patient was given concomitant treatment with 150 mg of medroxyprogesterone acetate (DEPO-PROVERA™, Pfizer), 1000 mg of calcium (VIACTIV™, McNeil Nutritionals), and 500 - 1000 mg of divalproex sodium (DEPAKOTE ER™, Abbott Laboratories), per protocol.

The investigator considered the weight gain to be related to study medication.

| Study Day | Dose (mg/day) | Weight |
|---|---|---|
| Enrollment | N/A | 63.2 kg |
| Day 8 | 300 mg | 61.8 kg |
| Day 15 | 400 mg | 61.4 kg |
| Day 87 | 400 mg | 71.8 kg |
| Discontinuation | N/A | 75.8 kg |

2593

CONFIDENTIAL
AZSER12775266

| | | | |
|---|---|---|---|
| **Study D1447C00127** | **Patient: E0026016** | **quetiapine 200mg** | **Withdrawal AE: Dry mouth (MedDRA: Dry Mouth), Sedation (MedDRA: Sedation) Lightheaded** |

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 29-year old Caucasian male patient with bipolar I disorder, most recent episode manic. The patient had adverse events of dry mouth (MedDRA: Dry mouth) and lightheadedness on Day 3 of the Open Label Treatment Phase and sedation (MedDRA: Sedation) on Day 4 that the investigator considered to be moderate in intensity. At the time of the onset of the adverse events, the patient was being treated with quetiapine 200 mg daily. The adverse events persisted throughout the study and were ongoing at the time of withdrawal. The patient was withdrawn from the study due to the adverse events on Day 10 and the last dose of study medication was taken on Day 9.

Physical examination at screening was normal. The patient's relevant medical history included an allergy to penicillin, season allergies, lower back pain, chlamydia, and a sinus infection. The patient's relevant surgical history included hernia surgery in 1986, 2001, and 2002. During the study, the patient was given concomitant treatment with erythromycin and 500 mg of divalproex sodium (DEPAKOTE ER™, Abbott Laboratories), per protocol.

The investigator considered the sedation and dry mouth to be related to study medication.

2594

CONFIDENTIAL
AZSER12775267

**Study D1447C00127      Patient: E0026018      quetiapine 100mg      Withdrawal AE: Sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 43-year old Caucasian male patient with bipolar I disorder, most recent episode depressed. The patient had an adverse event of sedation (MedDRA: Sedation) on Day 1 of the Open Label Treatment Phase that the investigator considered to be moderate in intensity. At the time of the onset of the sedation, the patient was being treated with quetiapine 100 mg daily. The sedation resolved on Day 28. The patient was withdrawn from the study due to the adverse event on Day 29 and the last dose of study medication was taken on Day 27.

Physical examination at screening revealed that the patient was overweight. The patient's relevant medical history included papule genital warts, intermittent lower back pain, intermittent headaches, a right femur fracture, and a penile polyp. The patient's relevant surgical history included a penile polypectomy and genital wart removal. Before entering the study, the patient was treated with 600 mg of ibuprofen. During the study, the patient was given concomitant treatment with 600 mg of ibuprofen, 1 tablet of antacid (EQUATE™), and 500 - 1000 mg of divalproex sodium (DEPAKOTE ER™, Abbott Laboratories), per protocol.

The investigator considered the sedation to be related to study medication.

CONFIDENTIAL
AZSER12775267

**Study D1447C00127      Patient: E0026021      quetiapine 200mg      Withdrawal AE: Sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 33-year old Caucasian (Hispanic) female patient with bipolar I disorder, most recent episode depressed.  The patient had an adverse event of sedation (MedDRA: Sedation) on Day 4 of the Open Label Treatment Phase that the investigator considered to be moderate in intensity.  At the time of the onset of the sedation, the patient was being treated with quetiapine 200 mg daily.  The sedation resolved on Day 32.  The patient was withdrawn from the study due to the adverse event on Day 36 and the last dose of study medication was taken on Day 24.

Physical examination at screening revealed moderate obesity.  The patient's relevant medical history included chronic bronchitis, migraines, hypercholesteremia, seasonal allergies, a bladder infection, intermittent tension headaches, obesity, and insomnia.  The patient's relevant surgical history included a tubal ligation, a cesarean section, and orthoscopic surgery of the right knee.  Before entering the study, the patient was treated with 1000 mg of ibuprofen and 1000 mg of acetaminophen (TYLENOL™, Johnson & Johnson).  During the study, the patient was given concomitant treatment with 1000 mg of ibuprofen, 1000 mg of acetaminophen (TYLENOL™, Johnson & Johnson), 500 mg of divalproex sodium (DEPAKOTE ER™, Abbott Laboratories), per protocol, 0.25 mg of alprazolam (XANAX™, Pfizer), 4 tablets of pseudoephedrine hydrochloride (SUDAFED™, Pfizer), and half a tablet of acetaminophen with hydrocodone bitartrate (VICODIN™, Abbott Pharmaceuticals).

The investigator considered the sedation to be related to study medication.

2596

CONFIDENTIAL
AZSER12775269

**Study D1447C00127      Patient E0026025      quetiapine 400 mg**                **Withdrawal AE:**
**Decreased Concentration**
**(MedDRA: Disturbance in Attention)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 35-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode depressed. The patient had an adverse event of decreased concentration (MedDRA: Disturbance in Attention) on Day 150 of the open label treatment phase that was considered by the investigator to be moderate in intensity. At the time of the event the patient was being treated with 400-mg quetiapine. The adverse event was ongoing at the time of withdrawal. The patient was withdrawn from the study on Day 162 and the last dose of study medication was taken on Day 157.

Physical examination at screening revealed mild obesity. The patient had a history of hypothyroidism, endometriosis, asthma, lower back pain, left clavicle fracture, peptic ulcer disease, gastroesophageal reflux disease, mild obesity, and a partial hysterectomy. Before entering the study, the patient had been treated with 0.075 mg of levothyroxine (LEVOXYL®, King), 1 puff of albuterol, 10 mg of cyclobenzaprine (FLEXERIL®, McNeil), 5/500 mg of acetaminophen/hydrocodone (VICODIN®, Abbott ), 150 mg of ranitidine, and 440 mg of naproxen (ALEVE®, Bayer). During the study, the patient was given concomitant treatment with 0.75 mg of levothyroxine (LEVOXYL®, King), 1 puff of albuterol, 60 mg of cyclobenzaprine (FLEXERIL®, McNeil), 5/500 mg of acetaminophen/hydrocodone (VICODIN®, Abbott), 150 mg of ranitidine, and 440 mg of naproxen (ALEVE®, Bayer), 0.5 – 1 mg of lorazepam, 10 cc of aluminum/magnesium (MAALOX®, Novartis), 100 mg of hydroxyzine, 10 cc of lidocaine, 10 cc of diphenhydramine (BENADRYL®, Warner-Lambert), 60 mg of ketorolac, 10 mg of morphine, 800 mg of ibuprofen, 50 mg of tramadol (ULTRAM®, Ortho-McNeil), 100 mg of meperidine (DEMEROL®, Sanofi-Synthelabo), 25 mg of promethazine (PHENERGAN®, Wyeth), and 250 – 1000 mg of divalproex (DEPAKOTE®, Abbott).

The investigator considered the decreased concentration to be related to study medication.

2597

CONFIDENTIAL
AZSER12775270

**Study D1447C00127      Patient: E0027005      quetiapine 300mg      Withdrawal AE: Hair loss (MedDRA: Alopecia)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 35-year old Caucasian female patient with bipolar I disorder, most recent episode mixed. The patient had an adverse event of hair loss (MedDRA: Alopecia) on Day 5 of the Open Label Treatment Phase that the investigator considered to be severe in intensity. At the time of the onset of the hair loss, the patient was being treated with quetiapine 300 mg daily. The hair loss persisted throughout the study and was ongoing at the time of withdrawal. The patient was withdrawn from the study due to the adverse event on Day 7 and the last dose of study medication was taken the same day.

Physical examination at screening was normal. The patient's relevant medical history included bruising from gabapentin (Neurontin™, Pfizer), generalized aches and pains, intermittent headaches, abnormal tissue on the cervix, and gastrointestinal discomfort. The patient's relevant surgical history included two cesarean sections and a loop electrosurgical excision procedure. Before entering the study, the patient was treated with 50 mg of sertraline hydrochloride (ZOLOFT™, Pfizer) and 1 tablet of norethindrone and ethinyl estradiol (NECON™, WATSON Pharma, Inc.). During the study, the patient was given concomitant treatment with 50 mg of sertraline hydrochloride (ZOLOFT™, Pfizer), 1 tablet of norethindrone and ethinyl estradiol (NECON™, WATSON Pharma, Inc.), and 250 - 500 mg of divalproex sodium (DEPAKOTE ER™, Abbott Laboratories), per protocol.

The investigator considered the hair loss to be related to study medication.

CONFIDENTIAL
AZSER12775271

**Study D1447C00127        Patient ID: E0029002   quetiapine 100mg        Withdrawal AEs: Daytime Sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 32 year old Caucasian male subject with bipolar I disorder, most recent episode depressed. The patient had an adverse event of daytime sedation (MedDRA: Sedation) on Day 2 of the Open Label Treatment Phase that the investigator considered to be moderate in intensity. At the time of the onset of sedation the patient was receiving quetiapine 100 mg daily. The dose of quetiapine was increased to a maximum of 600 mg on Day 11 and was subsequently decreased to 400 mg on Day 15. The event resolved on Day 72. The patient was withdrawn from the study due to the adverse event on Day 105 and the last dose of study medication was taken on Day 67.

Physical examination at screening revealed tenderness at the right temporomandibular joint. The patient's relevant medical history included impacted wisdom teeth and temporomandibular joint syndrome. Before the entering the study, the patient had been treated with citalopram 20mg (CELEXA™, Forest) and lithium 900mg (ESKALITH™, GlaxoSmithKline). During the study the patient was given concomitant treatment with citalopram 20mg (CELEXA™, Forest), lithium 900mg (ESKALITH™, GlaxoSmithKline) and divalproex sodium 1000mg (DEPAKOTE™, Abbott), per protocol.

The investigator considered the daytime sedation to be related to study medication.

CONFIDENTIAL
AZSER12775272

**Study D1447C00127          Patient ID: E0029003    100 mg**

Withdrawal AEs: Lethargy
(MedDRA:
Lethargy), Somnolence
(MedDRA: Somnolence)

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 24 year old Caucasian female subject with bipolar I disorder, most recent episode mixed.  The patient had an adverse event of lethargy (MedDRA: Lethargy) and somnolence
(MedDRA: Somnolence) on Day 2 of the Open Label Treatment Phase that the investigator considered to be moderate in intensity.  At the time of the onset of lethargy and somnolence the patient was receiving quetiapine 100 mg daily.  Quetiapine was increased to a maximum of 400 mg on Day 9.  The event resolved on Day 15.  The patient was withdrawn from the study due to the adverse event on Day 21 and the last dose of study medication was taken the on Day 13.

Physical examination at screening revealed that the patient wore glasses.   The patient's relevant medical history included dysmenorrhea, corrective glasses, codeine allergy and zolpidem (Ambien™, Sanofi Aventis) allergy.  Before the entering the study, the patient had been treated with medroxyprogesterone acetate 150 mg (DEPO-PROVERA™, Pharmacia), norgestrel - ethinyl estradiol one tablet (OVRAL 28™, Wyeth-Ayerst), and divalproex sodium 1500 mg (DEPAKOTE™, Abbott).  During the study the patient was given concomitant treatment with medroxyprogesterone acetate 150 mg (DEPO-PROVERA™, Pharmacia), norgestrel - ethinyl estradiol one tablet (OVRAL 28™, Wyeth-Ayerst), and divalproex sodium 1500 mg (DEPAKOTE™, Abbott), per protocol.

The investigator considered the lethargy and somnolence to be related to study medication.

CONFIDENTIAL
AZSER12775273