**Study D1447C00127    Patient ID: E0029011    Quetiapine 300 mg    Withdrawal: Occasional shortness of breath (MedDRA: Dyspnoea), Tightness in chest (MedDRA: Chest discomfort), Acid reflux (MedDRA: Dyspepsia), and Swelling of the left side of the face (MedDRA: Swelling face)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 40 year old Caucasian male patient with bipolar I disorder, most recent episode depressed.  The patient had an adverse event of occasional shortness of breath (MedDRA: Dyspnoea), tightness in chest (MedDRA: Chest discomfort), acid reflux (MedDRA: Dyspepsia), and swelling of the left side of the face (MedDRA: Swelling face) on Day 5 of the Open Label Treatment Phase.  The investigator considered the events of occasional shortness of breath, tightness in chest and swelling of the left side of the face to be mild in intensity.  The event of acid reflux was considered moderate in intensity.  At the time of onset of the occasional shortness of breath and tightness in chest the patient was receiving quetiapine 300 mg daily.  At the time of onset of acid reflux and swelling of the left side of face, the patient was receiving quetiapine 400 mg daily.   The dose of quetiapine was increased to a maximum of 400 mg on Day 6.  The events persisted throughout the study and were ongoing at the time of withdrawal.  The patient was withdrawn from the study due to the adverse events on Day 10 and the last dose of study medication was taken on Day 9.

Physical examination at screening revealed a scar on the left elbow due to surgery.  The patient's relevant medical history included ongoing pain of the left fifth finger due to nerve damage.   Before the entering the study, the patient had been treated with multivitamin one tablet, fish oil one capsule, Vitamin E 400 IU, Vitamin B Complex one tablet, glucosamine one tablet, and gabapentin 100 mg (NEURONTIN™, Parke-Davis).  During the study the patient was given concomitant treatment with multivitamin one tab, fish oil one capsule, Vitamin E 400 IU, Vitamin B Complex one tablet, lithium 600 mg, lithium 900 mg, lithium carbonate 900 mg (ESKALITH CR™, GlaxoSmithKline) per protocol, and calcium carbonate one tablet (ROLAIDS™, Pfizer).

The investigator considered the occasional shortness of breath, tightness in chest, acid reflux, and swelling of the left side of the face to be unrelated to study treatment.

CONFIDENTIAL
AZSER12775274

**Study D1447C00127**     **Patient E0029014   quetiapine 100 mg**     **Withdrawal AEs: Lethargy (MedDRA: Lethargy) Somnolence (MedDRA: Somnolence)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 49-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode manic.  The patient had an adverse event of lethargy (MedDRA: Lethargy) on Day 2 of the open label treatment that was considered by the investigator to be moderate in intensity.  The patient also had an adverse event of somnolence (MedDRA: somnolence) on Day 2 of the open label treatment phase that was considered by the investigator to be severe in intensity.  At the time of the events the patient was being treated with 100-mg quetiapine.  The adverse events resolved on Day 29 of study treatment.  The patient was withdrawn from the study on Day 33 and the last dose of study medication was taken on Day 26.

Physical examination at screening was normal.  The patient had a history of allergy to penicillin, high cholesterol, basal cell carcinoma in extremities, Lasik surgery in June 2002, farsighted, pinched sciatic nerve in February 2004, sleep apnea/CPAP (continuous positive airway pressure) in December 2003, renal stones, and allergic rhinitis.  Before entering the study, the patient had been treated with 1500 mg of divalproex (DEPAKOTE ER®, Abbott), 50 mg of sertraline (ZOLOFT®, Pfizer), 5 mg of escitalopram oxalate (LEXAPRO®, Forest), and 20 mg of simvastatin (ZOCOR®, Merck Frosst).  During the study, the patient was given concomitant treatment with 1500 mg of divalproex (DEPAKOTE ER®, Abbott), per protocol, 25 mg of sertraline (ZOLOFT®, Pfizer), 20 mg of simvastatin (ZOCOR®, Merck Frosst), and 5 – 10 mg of escitalopram oxalate (LEXAPRO®, Forest).

The investigator considered the lethargy and somnolence to be related to study medication.

2602

CONFIDENTIAL
AZSER12775275

**Study D1447C00127      Patient E0029021      Quetiapine 0 mg      SAE/Withdrawal AEs:**
                                                                     **Increased depression**
                                                                     **(MedDRA: Depression)**
                                                                     **Increased suicidal ideation**
                                                                     **(MedDRA: Suicidal Ideation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 25-year-old Hispanic man with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had serious adverse events of increased depression (MedDRA: Depression) and increased suicidal ideation (MedDRA: Suicidal ideation) during the screening phase that were considered by the investigator to be severe and moderate in intensity, respectively.  At no time during the study did the patient take quetiapine.  The patient was hospitalized and the events resolved 6 days later. The patient was withdrawn from the study due to increased depression and increased suicidal ideation 5 days after the onset of the adverse events.

Physical examination at screening revealed a small hemangioma on the back and on the left arm.  The patient had a history of allergy to shellfish, hemangioma on left shoulder, and a surgery for hemangioma removal.

The investigator considered the serious adverse events of increased depression and increased suicidal ideation to not related to study medication.

CONFIDENTIAL
AZSER12775276

**Study D1447C00127**     **Patient E0029032   quetiapine 100 mg**     **Withdrawal AEs:**
**Sedation**
**(MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs)*
*and, in some instances, from source documentation.  It is being submitted in the interest of full*
*disclosure and some details may change when more information is available.*

This narrative concerns a 39-year-old Caucasian man with a diagnosis of bipolar I disorder,
most recent episode manic.  The patient had an adverse event of sedation (MedDRA:
Sedation) on Day 1 of the open label treatment that was considered by the investigator to be
moderate in intensity.  At the time of the events the patient was being treated with 100-mg
quetiapine.  The adverse events resolved on Day 2 of study treatment.  The patient was
withdrawn from the study on Day 3 and the last dose of study medication was taken on Day 1.

Physical examination at screening revealed that the patient wears reading glasses.  The patient
had a history of tube implant in left ear due to history of otitis media, ingrown hair or cysts,
hypothyroidism, farsightedness, sleep apnea, 3 episodes of undiagnosed chest pains in 2002,
and kidney stones in 1996.  Before entering the study, the patient had been treated with 50
mcg of levothyroxine sodium (SYNTHROID®, Abbott), 1500 mg of divalproex (DEPAKOTE
ER®, Abbott), and 1 tablet of nitroglycerin.  During the study, the patient was given
concomitant treatment with 50 mcg of levothyroxine sodium (SYNTHROID®, Abbott), 1500
mg of divalproex (DEPAKOTE ER®, Abbott), per protocol, and 1 tablet of nitroglycerin.

The investigator considered the sedation to be related to study medication.

CONFIDENTIAL
AZSER12775277

**Study D1447C00127         Patient E0029035   quetiapine 400 mg                Withdrawal AEs:**
**Legs shaking**
**(MedDRA: Tremor)**
**Calf pain**
**(MedDRA: Pain in Extremity)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 19-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode manic.  The patient had an adverse event of legs shaking (MedDRA: Tremor) and calf pain (MedDRA: Pain in Extremity) on Day 7 of the open label treatment that was considered by the investigator to be moderate in intensity.  At the time of the events the patient was being treated with 400-mg quetiapine.  The adverse events resolved on Day 9 of study treatment.  The patient was withdrawn from the study on Day 20 and the last dose of study medication was taken on Day 20.

Physical examination at screening was normal.  The patient had a history of pelvic inflammatory disease and a miscarriage at age 18.  Before entering the study, the patient had been treated with 500 mg of naproxen.  During the study, the patient was given concomitant treatment with 500 mg of naproxen and 500 mg of divalproex (DEPAKOTE ER®, Abbott), per protocol.

The investigator considered the legs shaking and calf pain to be related to study medication.

CONFIDENTIAL
AZSER12775278

**Study D1447C00127     Patient E0029037   quetiapine 100 mg          Withdrawal AE:**
                                                                      **Sedation**
                                                                **(MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 21-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of sedation (MedDRA: Sedation) on Day 2 of the open label treatment that was considered by the investigator to be moderate in intensity.  At the time of the event the patient was being treated with 100-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient was withdrawn from the study on Day 15 and the last dose of study medication was taken on Day 11.

Physical examination at screening was normal.  The patient had a history of environmental allergies and intermittent headaches.  During the study, the patient was given concomitant treatment with 1500 mg of divalproex (DEPAKOTE ER®, Abbott), per protocol.

The investigator considered the sedation to be related to study medication.

2606

CONFIDENTIAL
AZSER12775279

**Study D1447C00127       Patient E0029039   quetiapine 800 mg            Withdrawal AE:**
                                                                    **Decreased blood neutrophils**
                                                       **(MedDRA: Neutrophil Count Decreased)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 42-year-old black woman with a diagnosis of bipolar I disorder, most recent episode depressed. The patient had an adverse event of decreased blood neutrophils (MedDRA: Neutrophil Count Decreased) on Day 36 of the open label treatment that was considered by the investigator to be moderate in intensity. At the time of the event the patient was being treated with 800-mg quetiapine. The adverse event was ongoing at the time of withdrawal. The patient was withdrawn from the study on Day 160 and the last dose of study medication was taken on Day 153.

Physical examination at screening revealed the patient was farsighted and wearing glasses. The patient had a history of tubal ligation and surgery for fractured right wrist. Before entering the study, the patient had been treated with 100 mg of trazodone, 800 mg of gabapentin (NEURONTIN®, Pfizer), 10 mg of escitalopram oxalate (LEXAPRO®, Forest), and 45 mg of paroxetine (PAXEL®, GlaxoSmithKline). During the study, the patient was given concomitant treatment with 100 mg of trazodone, 800 mg of gabapentin (NEURONTIN®, Pfizer), 10 mg of escitalopram oxalate (LEXAPRO®, Forest), 500 mg of metronidazole (FLAGYL®, GD Searle), 2000 mg of cephalexin (KEFLEX®, Advancis), 1 tablet of ibuprofen/pseudoephedrine (ADVIL® Cold & Sinus, Wyeth-Ayerst), and 1000 – 1500 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the decrease in blood neutrophils to be related to study medication.

CONFIDENTIAL
AZSER12775280

**Study D1447C00127       Patient E0029040   quetiapine 500 mg**       **Withdrawal AE: Increased hair loss (MedDRA: Alopecia)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 60-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode mixed. The patient had an adverse event of increased hair loss (MedDRA: Alopecia) on Day 151 of the open label treatment that was considered by the investigator to be mild in intensity. At the time of the event the patient was being treated with 500-mg quetiapine. The adverse event was ongoing at the time of withdrawal. The patient was withdrawn from the study on Day 510 of the randomized treatment phase and the last dose of study medication was taken on Day 509 of the randomized treatment phase.

Physical examination at screening revealed decreased muscle mass in the right leg and a shorter right leg, a well healed midline surgical scar from a c-section and decreased lower extremity reflexes secondary to polio. The patient had a history of seasonal allergies, allergies to demerol, codiene, morphine, zithromax, and contrast dye, hypertension, hypothyroidism, gastroesophageal reflux disease, hepatitis B, an ovarian cyst, chronic bronchitis, arthritis, post polio syndrome, frequent headaches, hemorrhoids, a partial hysterectomy, left ovary removed, and corrective surgery for polio. Before entering the study, the patient had been treated with 4 capsules of lung support (lithium citrus root, aster root), 4 capsules of ALJ supplement, 0.45 mg of estrogen (PREMARIN®, Wyeth-Ayerst), 50 mcg of levothyroxine (SYNTHROID®, Abbott), 25 mg of atenolol, 20 mg of paroxetine (PAXIL®, GlaxoSmithKline), 400 IU of Vitamin E, 1000 mg of Vitamin C, 1000/400 mg calcium/Vitamin D, 0.5 mg lorazepam, 1 tablet of multivitamin, 25 mg of hydrochlorothiazide, 1500/1200 mg of glucosamine/chondroitin, 2 capsules of Bifidophilus Flora Force, 10 mg of loratadine (CLARTIN®, Schering-Plough), 2 capsules of omega-3 fish oil, 2 caps of colostrum. During the study, the patient was given concomitant treatment with 4 capsules of lung support (lithium citrus root, aster root), 4 capsules of ALJ supplement, 0.45 mg of estrogen (PREMARIN®, Wyeth-Ayerst), 50 mcg of levothyroxine (SYNTHROID®, Abbott), 25 – 50 mg of atenolol, 20 mg of paroxetine (PAXIL®, GlaxoSmithKline), 400 IU of Vitamin E, 1000 mg of Vitamin C, 1000/400 mg calcium/Vitamin D, 0.5 mg lorazepam, 1 tablet of multivitamin, 12.5 – 50 mg of hydrochlorothiazide, 1500/1200 mg of glucosamine/chondroitin, 2 capsules of Bifidophilus Flora Force, 10 mg of loratadine (CLARTIN®, Schering-Plough), 2 capsules of omega-3 fish oil, 2 caps of colostrum, 50 mg of diphenhydramine (BENADRYL®, Warner-Lambert), 1 mg of lorazepam (ATIVAN®, Wyeth), 200 mg of ibuprofen (MOTRIN®, McNeil), 30 mg of pseudoephedrine (SUDAFED®, Pfizer), 500 mg of cefuroxime axetil (CEFTIN®, GlaxoSmithKline), 875 mg of amoxicillin/clavulanate (AUGMENTIN®, GlaxoSmithKline), 1 puff of fluticasone propionate inhalation (FLONASE®, GlaxoSmithKline), 1 tablet of selenium, 1 tablet of Vitamin B$_6$, 10 mg of famotidine (PEPCID®, Johnson & Johnson), and 750 – 1250 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

CONFIDENTIAL
AZSER12775281

The investigator considered the increased hair loss to be not related to study medication.

2609

CONFIDENTIAL
AZSER12775282

**Study D1447C00127      Patient E0029053   quetiapine 100 mg              Withdrawal AE:**
**Sedation**
**(MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 56-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of sedation (MedDRA: Sedation) on Day 2 of the open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of the adverse event the patient was being treated with 100-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient was withdrawn from the study due to sedation on Day 16, and the last dose of study medication was taken on the same day.

Physical examination at screening was normal.  The patient had a history of allergy to yeast and iodine, lasik eye surgery on both eyes, and arthroscopic surgery on both knees and on both shoulders.  Before entering the study, the patient had been treated with 40 mg of paroxetine (PAXIL®, GlaxoSmithKline), 10 mg of escitalopram (LEXAPRO®, Forest), 1000 mg of divalproex (DEPAKOTE®, Abbott), 2 mg of lorazepam (ATIVAN®, Wyeth), 1 tablet of multivitamin, and unknown dose of oxycodone (OXYCONTIN®, Purdue Pharma).  During the study, the patient was given concomitant treatment with 2 mg of lorazepam (ATIVAN®, Wyeth), 1 tablet of multivitamin, 1000 mg of divalproex (DEPAKOTE®, Abbott), per protocol, and 500 mg of levofloxacin (LEVAQUIN®, Ortho-McNeil).

The investigator considered the sedation to be related to study medication.

2610

CONFIDENTIAL
AZSER12775283

**Study D1447C00127        Patient E0030013  quetiapine 600 mg           Withdrawal AE:
Attempted suicide
(MedDRA: Suicide Attempt)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs)
and, in some instances, from source documentation.  It is being submitted in the interest of full
disclosure and some details may change when more information is available.*

This narrative concerns a 33-year-old Caucasian man with a diagnosis of bipolar I disorder,
most recent episode depressed.  The patient had an adverse event of attempted suicide
(MedDRA: Suicide Attempt) on Day 27 of the open label treatment that was considered by the
investigator to be severe in intensity.  At the time of the event the patient was being treated
with 600-mg quetiapine.  The adverse event resolved on Day 27 of study treatment.  The
patient was withdrawn from the study on Day 29 and the last dose of study medication was
taken on Day 27.

Physical examination at screening was normal.  The patient had a history of skin graft on left
side of face in 1990, gastroesophageal reflux, occasional headaches, fracture of right hand,
and bilateral hearing loss.  Before entering the study, the patient had been treated with 2
tablets of acetaminophen (EXCEDRIN®, Bristol-Myers Squibb).  During the study, the patient
was given concomitant treatment with 250 mg of divalproex (DEPAKOTE®, Abbott), per
protocol.

The investigator considered the suicide attempt to be related to study medication.

2611

CONFIDENTIAL
AZSER12775284

**Study D1447C00127        Patient E0030014   quetiapine 400 mg                    Withdrawal AE: Somnolence
(MedDRA: Somnolence)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 42-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of somnolence (MedDRA: Somnolence) on Day 4 of the open label treatment phase that was considered by the investigator to be severe in intensity.  At the time of the event the patient was being treated with 400-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient was withdrawn from the study on Day 110 and the last dose of study medication was taken on Day 79.

Physical examination at screening was normal.  The patient had a history of gastroesophageal reflux, whiplash headaches, osteoarthritis in the back, removal of gallstones, and a tubal ligation.  Before entering the study, the patient had been treated with 800 qid of penicillin and 800 mg of ibuprofen.  During the study, the patient was given concomitant treatment with 800 mg of ibuprofen, and 250 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the somnolence to be related to study medication.

CONFIDENTIAL
AZSER12775285

**Study D1447C00127**          **Patient E0030015   quetiapine 200 mg**          **Withdrawal AE:**
**Somnolence**
**(MedDRA: Somnolence)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs)*
*and, in some instances, from source documentation.  It is being submitted in the interest of full*
*disclosure and some details may change when more information is available.*

This narrative concerns a 21-year-old Caucasian woman with a diagnosis of bipolar I disorder,
most recent episode mixed.  The patient had an adverse event of somnolence (MedDRA:
Somnolence) on Day 2 of the open label treatment phase that was considered by the
investigator to be severe in intensity.  At the time of the adverse event the patient was being
treated with 200-mg quetiapine.  The adverse event resolved on Day 18.  The patient was
withdrawn from the study due to somnolence on Day 14, and the last dose of study medication
was taken on Day 11.

Physical examination at screening was normal.  The patient had a history of esophageal reflux
and migraine headaches.  Before entering the study, the patient had been treated with 10 mg of
fluoxetine (PROZAC®, Eli Lilly), 75 mg of bupropion (WELLBUTRIN®, GlaxoSmithKline),
and 5 mg of acetaminophen/hydrocodone (VICODIN®, 3M).  During the study, the patient
was given concomitant treatment with 10 mg of fluoxetine (PROZAC®, Eli Lilly), 5 mg of
acetaminophen/hydrocodone (VICODIN®, 3M), and 250 mg of divalproex (DEPAKOTE®,
Abbott), per protocol.

The investigator considered the somnolence to be related to study medication.

CONFIDENTIAL
AZSER12775286

| | | | |
|---|---|---|---|
| Study D1447C00127 | Patient ID: E0031004 | 400 mg | Withdrawal: Weight Gain (MedDRA: Weight increased) |

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns 24 year old Caucasian female patient with bipolar I disorder, most recent episode manic. The patient had an adverse event of weight gain (MedDRA: Weight increased) on Day 76 of the Open Label Treatment Phase that the investigator considered to be moderate in intensity. At the time of the onset of the weight gain the patient was receiving quetiapine 400 mg daily. The event persisted throughout the study and was ongoing at the time of withdrawal. The patient was withdrawn from the study due to the adverse event on Day 125 and the last dose of study medication was taken the same day.

| Study day | Weight |
|---|---|
| Enrollment | 75.9kg |
| Visit S2 | 77.2kg |
| Visit S3 | 77.3kg |
| Visit S6 | 79.7kg |
| Discontinuation | 79.9kg |

Physical examination at screening was normal. The patient's relevant medical history included asthma, irritable bowel syndrome, gastritis, bulimia, and an allergy to penicillin. Before the entering the study, the patient had been treated with lamotrigine 50 mg (LAMICTAL™, GlaxoSmithKline), risperidone 2 mg (RISPERDAL™, Janssen) and drospirenone and ethinyl estradiol one tablet (YASMIN™, Berlex). During the study the patient was given concomitant treatment with lamotrigine 50 mg (LAMICTAL™, GlaxoSmithKline), risperidone 2 mg (RISPERDAL™, Janssen), drospirenone and ethinyl estradiol one tablet (YASMIN™, Berlex), acetaminophen 650 mg (TYLENOL™, McNeil), sulfonamide and trimethoprim two tablets (BACTRIM™, Roche), divalproex sodium 500 mg (DEPAKOTE ER™, Abbott), per protocol and methenamine and sodium salicylate one tablet (CYSTEK™, Numark).

The investigator considered the weight gain to be related to study medication.

CONFIDENTIAL
AZSER12775287

**Study D1447C00127**              **Patient: E0031007**              **Quetiapine 400 mg/day**
                                                                     **Withdrawal:Fainting (MedDRA: Syncope)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 36-year-old Caucasian (Hispanic) female patient with Bipolar I disorder, most recent episode manic. The patient had an adverse event of fainting (MedDRA: Syncope) on Day 36 of the open label treatment phase that was considered by the investigator to be moderate in intensity. At the time of onset of fainting, the patient was treated with quetiapine 400mg daily. The event resolved on Day 36. The patient was withdrawn from the study due to the adverse event on Day 40 and the last dose of study medication was taken on Day 38.

| Study day | Dose (mg/day) | Blood pressure |
|---|---|---|
| Enrollment | 0 mg | 120/86 mmHg supine, 124/90 standing |
| Visit S3 | 400 mg | 122/86 mmHg supine, 116/86 standing |
| Discontinuation | 0 mg | 118/80 mmHg supine, 112/76 standing |

Physical examination at screening was normal. The patient's relevant medical history included chronic sinusitis, an ectopic pregnancy, and removal of the left fallopian tube. Before entering the study, the patient had been treated with desogestrel/ethinyl estradiol (CYCLESSA®, Organon) and divalproex sodium (DEPAKOTE®, Abbott). During the study, the patient was given concomitant treatment with desogestrel/ethinyl estradiol (CYCLESSA®, Organon), divalproex sodium (DEPAKOTE®, Abbott) 1500mg, cephalexin 1000mg, and lithium 1200mg and 900mg, per protocol.

The investigator considered the fainting to be related to study treatment.

CONFIDENTIAL
AZSER12775288

Study D1447C00127          Patient ID: E0031015          Seroquel® 600 mg/day          Withdrawal AE: Bloated feeling in stomach (MedDRA:  Abdominal Distension)

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 41-year old Black female patient with bipolar I disorder, most recent episode depressed.  The patient had an adverse event of bloated feeling in stomach (MedDRA: Abdominal Distension) on Day 57 of the Open Label Treatment Phase that the investigator considered to be moderate in intensity.  At the time of the onset of bloated feeling in stomach the patient was treated with Seroquel® 600 mg daily.  The event of bloated feeling in stomach was ongoing at the time of withdrawal.  The patient was withdrawn from the study due to the adverse event on Day 57 and the last dose of study medication was taken on an unknown date.

Physical examination at screening revealed surgical scars on the anterior right and left shoulders.  The patient's relevant medical history included arthritic pain in the left shoulder, seasonal allergies, asthma, left shoulder dislocation, right shoulder pain, and miscarriage and a surgical history of left shoulder repair, right shoulder repair, and tubal ligation.  Before entering the study, the patient had been treated with albuterol 2 puffs daily, bupropion (WELLBUTRIN™, GlaxoSmithKline) 50 mg daily, acetaminophen (TYLENOL™, Johnson & Johnson) 1300 mg daily, and acetaminophen with codeine (TYLENOL™3, Johnson & Johnson) 3 tablets daily.  During the study the patient was given concomitant treatment with albuterol 2 puffs daily, divalporex sodium (DEPAKOTE™ ER, Abbott Laboratories) 1500 mg daily, per protocol, and acetaminophen (TYLENOL™, Johnson & Johnson) 1300 mg daily.

The investigator considered the bloated feeling in stomach not to be related to study medication.

2616

CONFIDENTIAL
AZSER12775289

Study D1447C00127          Patient E0031022  quetiapine 400 mg          Withdrawal AE:
                                                                          Weight gain
                                                        (MedDRA: Weight Increased)

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 34-year-old black woman with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of weight gain (MedDRA: Weight Increased) on Day 107 of the open label treatment that was considered by the investigator to be mild in intensity.  At the time of the event the patient was being treated with 400-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient was withdrawn from the study on Day 165 and the last dose of study medication was taken on Day 137.

Physical examination at screening revealed obesity.  The patient had a history of removal of benign growths on back of right leg, amenorrhea, asthma, swelling of the knees and ankles, gastric acid reflux disease, and allergies to amoxicillin and penicillin.  Before entering the study, the patient had been treated with 1500 mg of divalproex (DEPAKOTE ER®, Abbott), 75 mg of venlafaxin (EFFEXOR EX®, Wyeth-Ayerst), 3 mg of risperidone (RISPERDAL®, Janssen-Ortho), 2 mg of benztropine mesylate (COGENTIN®, Merck), 2 puffs of albuterol, 20 mg of furosemide (LASIX®, Aventis), and 150 mg of ranitidine (ZANTAC®, GlaxoSmithKline).  During the study, the patient was given concomitant treatment with 2 puffs of albuterol, 75 mg of venlafaxin (EFFEXOR EX®, Wyeth-Ayerst), 3 mg of risperidone (RISPERDAL®, Janssen-Ortho), 2 mg of benztropine mesylate (COGENTIN®, Merck), 20 mg of furosemide (LASIX®, Aventis), 150 mg of ranitidine (ZANTAC®, GlaxoSmithKline), 25 mg of hydrochlorothiazide, 1200 mg of ibuprofen, and 1500 mg of divalproex (DEPAKOTE ER®, Abbott), per protocol.

The investigator considered the weight gain to be related to study medication.

Table 1          Body weight

| Study day | Dose (mg/day) | Weight (kg) |
|---|---|---|
| Enrollment | Not applicable | 100.2 |
| Day 7 | 400 | 103.6 |
| Day 15 | 400 | 104.7 |
| Day 79 | 400 | 108.1 |
| Day 165 | Not applicable | 111.1 |

2617

CONFIDENTIAL
AZSER12775290

**Study D1447C00127**      **Patient E0031029**      **placebo 600 mg**      **Withdrawal AE: Pregnancy (MedDRA: Pregnancy)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 36-year-old bi-racial woman with a diagnosis of bipolar I disorder, most recent episode manic. The patient had an adverse event of pregnancy (MedDRA: Pregnancy) on Day 453 of the randomized treatment phase that was considered by the investigator to be severe in intensity. At the time of the event the patient was being treated with 600 mg blinded study medication vs. placebo. The adverse event was ongoing at the time of withdrawal. The patient was withdrawn from the study on Day 453 of the randomized treatment phase and the last dose of study medication was taken on Day 453 of the randomized treatment phase.

Physical examination at screening revealed midline scar. The patient had a history of human papilloma virus, impacted wisdom teeth, tonsillitis, abnormal cervical pap smears, tonsillectomy, impacted wisdom tooth removal, nine abortions, dilation and curettage, loop electrosurgical excision procedures, and two cesarean sections. Before entering the study, the patient had been treated with 1 patch of norlegstromin/ethinyl estradiol (ORTHO-EVRA®, Ortho-McNeil), and 500 – 1000 mg of divalproex (DEPAKOTE®, Abbott). During the study, the patient was given concomitant treatment with 1 patch of norlegstromin/ethinyl estradiol (ORTHO-EVRA®, Ortho-McNeil), 1000 mg of acetaminophen (TYLENOL®, McNeil), 0.1% of mometasone furoate, and 2000 – 3000 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the pregnancy to be not related to study medication.

2618

CONFIDENTIAL
AZSER12775291

**Study D1447C00127**        **Patient E0031033  quetiapine 600 mg**        **Withdrawal AE: Difficulty breathing (MedDRA: Dyspnoea)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 28-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of difficulty breathing (MedDRA: Dyspnoea) on Day 6 of the open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of the adverse event the patient was being treated with 600-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient was withdrawn from the study due to difficulty breathing on Day 13, and the last dose of study medication was taken on the same day.

Physical examination at screening was normal.  The patient had a history of seasonal allergies.  Before entering the study, the patient had been treated with 600 mg of oxcarbazepine (TRILEPTAL®, Novartis), 0.25 mg of risperidone (RISPERDAL®, Janssen-Ortho), 150 mg of venlafaxine (EFFEXOR®, Wyeth-Ayerst), 2 mg of alprazolam (XANAX®, Pharmacia), 10 mg of zolpidem (AMBIEN®, Novartis), and 10 mg of zaleplon (SONATA®, Wyeth).  During the study, the patient was given concomitant treatment with 300 mg of oxcarbazepine (TRILEPTAL®, Novartis), 0.25 mg of risperidone (RISPERDAL®, Janssen-Ortho), 75 mg of venlafaxine (EFFEXOR®, Wyeth-Ayerst), 2 mg of alprazolam (XANAX®, Pharmacia), 400 mg of quetiapine (SEROQUEL®, AstraZeneca), 2000 mg of divalproex (DEPAKOTE®, Abbott), per protocol, 75 mg of diclofenac, 2 mg of lorazepam (ATIVAN®, Wyeth), and 2 tablets of hydrocodone.

The investigator considered the difficulty breathing to be related to study medication.

CONFIDENTIAL
AZSER12775292

**Study D1447C00127          Patient E0031037  quetiapine 800 mg                 Withdrawal AE:
Decrease in coordination
(MedDRA: Coordination Abnormal)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs)
and, in some instances, from source documentation.  It is being submitted in the interest of full
disclosure and some details may change when more information is available.*

This narrative concerns a 46-year-old Caucasian woman with a diagnosis of bipolar I disorder,
most recent episode manic.  The patient had an adverse event of decrease in coordination
(MedDRA: Coordination Abnormal) on Day 163 of the open label treatment that was
considered by the investigator to be moderate in intensity.  At the time of the event the patient
was being treated with 800-mg quetiapine.  The adverse event was ongoing at study
termination.  The patient was withdrawn from the study on Day 168 and the last dose of study
medication was taken on Day 167.

Physical examination at screening revealed an abdominal scar.  The patient had a history of
tubal ligation, hysterectomy due to pre-cancerous cells of the ovaries, appendectomy,
migraines, headaches, hypothyroidism, insomnia, arthritis of both knees, appendicitis, leg
cramps, pneumonia.  Before entering the study, the patient had been treated with 25 mg of
rofecoxib (VIOXX®, Merck), 450 mg of lithium, 300 mg of quetiapine (SEROQUEL®,
AstraZeneca), 0.625 mg of conjugated estrogen (PREMARIN, Wyeth-Ayerst), 1500 mg of
divalproex (DEPAKOTE ER®, Abbott), an unknown amount of investigational mood
stabilizer, 10 mg of cyclobenzaprine (FLEXERIL®, McNeil), 300 mg of topiramate
(TOPAMAX®, Ortho-McNeil), 25 mcg of levothyroxine (LEVOTHROID®, Forest), and 1 mg
of clonazepam (KLONOPIN®, Roche).  During the study, the patient was given concomitant
treatment with 5 mg of rofecoxib (VIOXX®, Merck), 450 – 900 mg of lithium, per protocol,
0.625 mg of conjugated estrogen (PREMARIN®, Wyeth-Ayerst), 10 mg of cyclobenzaprine
(FLEXERIL®, McNeil), 25 mcg of levothyroxine (LEVOTHROID®, Forest), 1 mg of
clonazepam (KLONOPIN®, Roche), 400 mg of ibuprofen, 4 mg of lorazepam (ATIVAN®,
Wyeth), 1 tablet of acetaminophen/oxycodone (PERCOCET®, Endo), 90 mg of oxazepam
(SERAX®, Wyeth-Ayerst), and 12 tablets of acetaminophen with codeine.

The investigator considered the decrease in coordination to be not related to study medication.

CONFIDENTIAL
AZSER12775293

| | | | |
|---|---|---|---|
| **Study D1447C00127** | **Patient ID: E0031042** | **400 mg** | **Withdrawal AEs: Daytime somnolence (MedDRA Somnolence)** |

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 31 year old Caucasian (Hispanic) female patient with bipolar I disorder, most recent episode manic.  The patient had an adverse event of daytime somnolence (MedDRA: Somnolence) on Day 2 of the Open Label Treatment Phase that the investigator considered to be moderate in intensity.  At the time of the onset of sedation the patient was receiving  quetiapine 400 mg daily.  The event persisted throughout the study and was ongoing at the time of withdrawal.  The patient was withdrawn from the study due to the adverse event on Day 44 and the last dose of study medication was taken on Day 15.

Physical examination at screening was normal.  The patient's relevant medical history included menstrual cramps and removal of benign tumor of the left breast.  Before the entering the study, the patient had been treated with lithium 900 mg and ibuprofen one tablet (MIDOL™, Bayer Healthcare).  During the study the patient was given concomitant treatment with lithium 900 mg, per protocol and ibuprofen one tablet (MIDOL™, Bayer Healthcare).

The investigator considered the sedation to be related to study medication.

CONFIDENTIAL
AZSER12775294

**Study D1447C00127       Patient E0033001     quetiapine 100 mg           Withdrawal AE:**

**Dry Mouth; Sedation**
**(MedDRA: Dry Mouth; Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 26year-old Caucasian, male with a diagnosis of bipolar I disorder, most recent episode, mixed. The patient had an adverse event of dry mouth (MedDRA: Dry Mouth) and an adverse event of sedation (MedDRA: Sedation) on Day 2 of open-label treatment phase that was considered by the investigator to be mild in intensity for moderate. At the time of the adverse event the patient was being treated with 1000-mg valproic acid (DEPAKOTE SLOW-RELEASE®, Abbott). Both of the adverse events were continuing upon subject discontinuation. The patient was withdrawn from the study due to patient not willing to continue study on Day 422, and the last dose of study medication was taken on Day 422.

Physical examination at screening revealed no abnormalities. The patient had a history of spastic colon, and surgery for right and left elbow surgery and left ankle surgery. Before entering the study, the patient had been treated with 300-mg of lithium (LITHIUM®, Roxane Laboratories), and 10-mg olanzapine (ZYPREXA®, Eli Lilly and Co.). During the study, the patient was given concomitant treatment of 900-mg of lithium (LITHIUM®, Roxane Laboratories), per protocol.

The investigator considered dry mouth and sedation to be related to study medication.

2622

CONFIDENTIAL
AZSER12775295

**Study D1447C00127          Patient E0033002    quietiapine 300 mg          Withdrawal AE:
Thrombocytosis
(MedDRA:Thrombocythaemia)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs)
and, in some instances, from source documentation. It is being submitted in the interest of full
disclosure and some details may change when more information is available.*

This narrative concerns a 46-year-old Caucasian woman with a diagnosis of bipolar I disorder,
most recent episode mixed. The patient had an adverse event of thrombocytosis (MedDRA:
Thrombocythaemia) on Day 1 of the randomized treatment phase that was considered by the
investigator to be moderate in intensity. At the time of event the patient was being treated
with 300-mg study drug vs placebo. The adverse event was ongoing at the time of
withdrawal. The patient was withdrawn from the study due to thrombocytosis on Day 18 of
the randomized treatment phase and the last dose of study medication was taken on Day 14.

Physical examination at screening was normal. The patient had a history of nasal drainage,
hyphothyroidism, nearsightedness, constipation, left ankle pain, bilateral breast pain,
migraines, painful menses, and herniated lumbar disc. Before entering the study, the patient
had been treated with 15 – 30 mg of paroxetine (PAXIL®, GlaxoSmithKline), 1.75 mg of
levothyroxin (SYNTHROID®, Knoll), 150 mg of trazodone, 20 mg of aripiprazole
(ABILIFY®, Otsuka), 1000 mg of divalproex (DEPAKOTE® ER, Abbott), and 200 mg of
celecoxib (CELEBREX®, Pfizer). During the study, the patient was given concomitant
treatment with 12.5 mg of paroxetine (PAXIL® CR, GlaxoSmithKline), 1.75 mg of
levothyroxin (SYNTHROID®, Knoll), 1000 – 1250 mg of divalproex (DEPAKOTE® ER,
Abbott), per protocol, 20 mg of omeprazole (PRILOSEC, Procter & Gamble), 25 mg of
hydrochlorotiazide, and 800 mg of ibuprofen.

The investigator considered the increased platelet count to be related to study medication.

CONFIDENTIAL
AZSER12775296

**Study D1447C00127      Patient E0033004   quetiapine 100 mg      Withdrawal AE:**
**Sedation**
**(MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 36-year-old Caucasian (Hispanic) woman with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had an adverse event of sedation (MedDRA: Sedation) Day 3 of the open label treatment that was considered by the investigator to be moderate in intensity.  At the time of the event the patient was being treated with 100-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient was withdrawn from the study on Day 3 and the last dose of study medication was taken on Day 3.

Physical examination at screening was normal.  The patient had a history of an allergy to codeine, acid reflux, poor vascular distribution, and tubal ligation.  During the study, the patient was given concomitant treatment with 450 mg of lithium (ESKALITH CR$^{®}$, GlaxoSmithKline), per protocol.

The investigator considered the sedation to be related to study medication.

2624

CONFIDENTIAL
AZSER12775297

**Study D1447C00127      Patient ID: E0033005      100 mg      Withdrawal AE: Sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns 40 year old Caucasian female patient with bipolar I disorder, most recent episode manic. The patient had an adverse event of sedation (MedDRA: Sedation) on Day 1 of the Open Label Treatment Phase that the investigator considered to be severe in intensity. At the time of the onset of sedation the patient was receiving quetiapine 100 mg daily. The event resolved on Day 3. The patient was withdrawn from the study due to the adverse event on Day 8 and the last dose of study medication was taken on Day 1.

Physical examination at screening was normal. The patient's relevant medical history included
seasonal allergies, hypertension, palpitations, constipation, diarrhea, asthma, interstitial cystitis, left knee pain and torn ligament, back pain, Cesarean section, breast augmentation, partial hysterectomy, laparotomy and appendectomy. Before the entering the study, the patient had been treated with trandolapril (MAVIK™, Abbott), zoldipem tartrate (AMBIEN™, Sanofi-Aventis), diphenhydramine hydrochloride (BENADRYL™, Pfizer), and albuterol. During the study the patient was given concomitant treatment with trandolapril (MAVIK™, Abbott), and albuterol.

The investigator considered the sedation to be related to study medication.

CONFIDENTIAL
AZSER12775298

**Study D1447C00127          Patient ID: E0033009          quietiapine 400 mg**

                                                              **Withdrawal AEs:**
                                                              **Sedation (MedDRA:**
                                                              **Sedation),**
                                                              **increased ankle pain**
                                                              **(MeDRA:**
                                                              **Arthralgia)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns 40 year old Caucasian male patient with bipolar I disorder, most recent episode  mixed.  The patient had an adverse event of sedation (MedDRA: Sedation) and increased ankle pain (MedDRA: Arthralgia) on Day 5 of the Open Label Treatment Phase.  The investigator considered the sedation to be severe in intensity.  The ankle pain was mild in intensity.  At the time of the onset of the sedation the patient was receiving quetiapine 200 mg daily.  At the time of the onset of the ankle pain the patient was receiving quetiapine 400 mg daily.  The dose of quetiapine was increased to a maximum of 400 mg on Day 13, and subsequently decreased and increased again.  The events persisted throughout the study and were ongoing at the time of withdrawal on Day 31.  The patient was withdrawn from the study due to the adverse events on Day 31 and the last dose of study medication was taken the same day.

Physical examination at screening was normal. The patient's relevant medical history included migraine headaches, an allergy to penicillin, irritable bowel syndrome, knee pain, lower back pain, ankle pain and eye surgery.  Before the entering the study, the patient had been treated with fluoxetine hydrochloride 20 mg (PROZAC®, Lilly) and divalproex sodium 1500 mg (DEPAKOTE®, Abbott).  During the study the patient was given concomitant treatment with divalproex sodium 1500 mg (DEPAKOTE®, Abbott) per protocol.

The investigator considered the sedation and increased ankle pain to be related to study medication.

2626

CONFIDENTIAL
AZSER12775299

**Study D1447C00127          Patient E0033010   quetiapine 300 mg          Withdrawal AE: Sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 21-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had an adverse event of sedation (MedDRA: Sedation) on Day 9 of the open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of the event the patient was being treated with 300-mg quetiapine.  The adverse event resolved on Day 17.  The patient was withdrawn from the study on Day 15 and the last dose of study medication was taken on Day 10.

Physical examination at screening was normal.  The patient had a history of asthma, seasonal allergies, acute bronchial asthma, and a tonsillectomy.  Before entering the study, the patient had been treated with 500 mg of naproxen (NAPROSYN®, Roche).  During the study, the patient was given concomitant treatment with 500 mg of naproxen (NAPROSYN®, Roche).

The investigator considered the sedation to be related to study medication.

CONFIDENTIAL
AZSER12775300

**Study D1447C00127      Patient E0033014   quetiapine 100 mg           Withdrawal AE:**
**Sedation**
**(MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs)
and, in some instances, from source documentation.  It is being submitted in the interest of full
disclosure and some details may change when more information is available.*

This narrative concerns a 43-year-old Caucasian woman with a diagnosis of bipolar I disorder,
most recent episode depressed.  The patient had an adverse event of sedation (MedDRA:
Sedation) on Day 3 of the open label treatment phase that was considered by the investigator
to be moderate in intensity.  At the time of the event the patient was being treated with
100-mg quetiapine.  The adverse event was resolved on Day 14.  The patient was withdrawn
from the study on Day 17 and the last dose of study medication was taken on Day 13.

Physical examination at screening was normal.  The patient had a history of environmental
allergies, penicillin allergy, irritable bowel syndrome, gallbladder surgery, and a
hysterectomy.  Before entering the study, the patient was not treated with any medication.
During the study, the patient was given concomitant treatment with an unknown amount of
ibuprofen (MOTRIN®, McNeil).

The investigator considered the sedation to be related to study medication.

2628

CONFIDENTIAL
AZSER12775301

**Study D1447C00127      Patient E0033018   quetiapine 200 mg      Withdrawal AEs:**
**Palpitations**
**(MedDRA: Palpitations)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs)
and, in some instances, from source documentation.  It is being submitted in the interest of full
disclosure and some details may change when more information is available.*

This narrative concerns a 31-year-old Caucasian woman with a diagnosis of bipolar I disorder,
most recent episode manic.  The patient had an adverse event of palpitations (MedDRA:
Palpitations) on Day 5 of the open label treatment phase which was considered by the
investigator to be moderate in intensity.  At the time of the event the patient was being treated
with 200-mg quetiapine.  The adverse event of palpitations was ongoing at the time of
withdrawal.  The patient was withdrawn from the study on Day 8 and the last dose of study
medication was taken on Day 8.

Physical examination at screening was normal.  The patient had a history of thyrotoxicosis,
nearsightedness, lower back pain, and a tonsillectomy.  Before entering the study, the patient
had been treated with 500 mg of hydrocodone and acetaminophen (LORTAB®, UCB
Pharma), 0.5 mg of alprazolam (XANAX®, Pfizer), and 300 mg of bupropion
(WELLBUTRIN®, GlaxoSmithKline).  During the study, the patient was given concomitant
treatment with 150 mg of bupropion (WELLBUTRIN®, GlaxoSmithKline), and 600 – 900 mg
of lithium, per protocol.

The investigator considered the palpitations to be related to study medication.

2629

CONFIDENTIAL
AZSER12775302

**Study D1447C00127**      **Patient E0033022**      **quetiapine 400 mg**      **Withdrawal AE:**
**Sedation**
**(MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 41-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode depressed. The patient had an initial event of sedation on Day 2 of the open label treatment phase that was considered by the investigator to be mild in intensity. That event resolved on Day 28. The patient had another adverse event of sedation (MedDRA: Sedation) on Day 29 of the open label treatment phase that was considered by the investigator to be severe in intensity. At the time of the adverse event the patient was being treated with 400-mg quetiapine. The adverse event resolved on Day 60 of study treatment. The patient was withdrawn from the study due to the adverse event on Day 77, and the last dose of study medication was taken on the Day 66.

Physical examination at screening was normal. The patient had a history of chronic sinusitis, pins in left leg, and a broken leg. During the study, the patient was given concomitant treatment with 600 – 900 mg of lithium, per protocol.

The investigator considered the sedation to be related to study medication.

2630

CONFIDENTIAL
AZSER12775303

**Study D1447C00127        Patient E0033024        quetiapine 400 mg        Withdrawal AE:**

**Somnolence
(MedDRA: Somnolence)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs)
and, in some instances, from source documentation.  It is being submitted in the interest of full
disclosure and some details may change when more information is available.*

This narrative concerns a 34-year-old black woman with a diagnosis of bipolar I disorder,
most recent episode mixed.  The patient had an adverse event of somnolence (MedDRA:
Somnolence) on Day 15 of the open label treatment phase that was considered by the
investigator to be moderate in intensity. At the time of the adverse event the patient was being
treated with 400-mg quetiapine.  The adverse event resolved on Day 50 of study treatment.
The patient was withdrawn from the study due to the somnolence on Day 64, and the last dose
of study medication was taken on the Day 49.

Physical examination at screening was normal.  The patient had a history of acne and cervical
dysplasia, and laser surgery for cervical dysplasia.   Before entering the study, the patient had
been treated with 100 mg of minocycline, 9 g of internal sweep dietary supplement, 500 mg of
paranix dietary supplement, 1 tablet of vitamin (ONE A DAY WOMAN'S), 10 mg of
acidophilus, and 200 mcg of chromium. During the study, the patient was given concomitant
treatment with 9 g of internal sweep dietary supplement, 500 mg of paranix dietary
supplement, 1 tablet of vitamin (ONE A DAY WOMAN'S), 10 mg of acidophilus, 200 mcg
of chromium, 100 mg of minocycline, and 900 mg of lithium (ESKALITH®,
GlaxoSmithKline), per protocol.

The investigator considered the somnolence to be related to study medication.

2631

CONFIDENTIAL
AZSER12775304

**Study D1447C00127        Patient E0033029    quetiapine 500 mg            Withdrawal AE: Weight gain (MedDRA: Weight Increased)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 29-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had an adverse event of weight gain (MedDRA: Weight Increased) on Day 23 of open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of event the patient was being treated with 500-mg quetiapine.  The adverse event resolved on Day 185 of study treatment.  The patient was withdrawn from the study due to weight gain on Day 185 and the last dose of study medication was taken on the Day 178.

Physical examination at screening was normal.  The patient had a history of GERD (gastroesophageal reflux disease), seasonal allergies, and insomnia.  Before entering the study, the patient had been treated with unknown dose of ranitidine (ZANTAC®, GlaxoSmithKline), 10 mg of loratadine/pseudoephedrine (CLARITIN®, Schering-Plough), 1 tablet of multivitamin, 2000 mg of vitamin C, 400 IU of vitamin E, 5 mg of vitamin D, and 2 capsules of valerian.   During the study, the patient was given concomitant treatment with 750 – 1500 mg of divalproex (DEPAKOTE®, Abbott), per protocol, unknown does of ranitidine (ZANTAC®, GlaxoSmithKline), 10 mg of omeprazole (PRILOSEC®, Procter & Gamble), 3 – 4 mg of benztropine (COGENTIN®, Merck), and unknown dose of acetaminophen (EXCEDRIN®, Bristol-Myers Squibb), 1 tablet of multivitamin, 2000 mg of vitamin C, 400 IU of vitamin E, and 5 mg of vitamin D.

The investigator considered the weight gain to be related to study medication.

**Table 1            Body weight**

| Study day | Dose (mg/day) | Weight (kg) |
|---|---|---|
| Enrollment | Not applicable | 66.8 |
| Day 10 | 400 | 70.2 |
| Day 23 | 500 | 73.8 |
| Day 85 | 500 | 80.6 |
| Day 113 | 500 | 81.9 |
| Day 169 | 500 | 88.9 |
| Day 185 | Not applicable | 85.5 |

CONFIDENTIAL
AZSER12775305

**Study D1447C00127        Patient E0033036        quetiapine 400 mg            Withdrawal AE: Fasciculation (MedDRA: Muscle Contractions Involuntary)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 63-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of fasciculation (MedDRA: Muscle Contractions Involuntary) on Day 15 of the open label treatment phase that was considered by the investigator to be moderate in intensity. At the time of the adverse event the patient was being treated with 400-mg quetiapine.  The adverse event resolved on Day 27 of study treatment.  The patient was withdrawn from the study due to the fasciculation on Day 31, and the last dose of study medication was taken on the Day 24.

Physical examination at screening revealed contact dermatitis on both hands.  The patient had a history of dermatitis, muscle spasm in the throat, and a broken nose 3 times.   During the study, the patient was given concomitant treatment with 450 – 900 mg of lithium, per protocol.

The investigator considered the fasciculation to be related to study medication.

2633

CONFIDENTIAL
AZSER12775306

**Study D1447C00127        Patient E0033044  quetiapine 100 mg              Withdrawal AEs:**
                                                                            **Swelling hands and fingers**
                                                                            **(MedDRA: Oedema Peripheral)**
                                                                            **Weight gain**
                                                                            **(MedDRA: Weight Increased)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs)
and, in some instances, from source documentation.  It is being submitted in the interest of full
disclosure and some details may change when more information is available.*

This narrative concerns a 24-year-old Caucasian woman with a diagnosis of bipolar I disorder,
most recent episode mixed.  The patient had an adverse event of swelling hands and fingers
(MedDRA: Oedema Peripheral) on Day 3 of the open label treatment phase that was
considered by the investigator to be mild in intensity.  At the time of the adverse event the
patient was being treated with 100-mg quetiapine.  On Day 13 the patient had weight gain
(MedDRA: Weight Increased) considered by the investigator to be moderate in intensity. The
weight gain resolved 2 days later and the swelling hands and fingers were ongoing at the time
of withdrawal.  At the time of the weight gain, the patient was being treated with 400-mg
quetiapine.  The patient was withdrawn from the study due to swelling hands and fingers and
weight gain on Day 15, and the last dose of study medication was taken on Day 13.

Physical examination at screening was normal.  The patient had a history of seasonal allergies,
an allergy to penicillin, near sightedness, far sightedness, astigmatism, ovarian cyst, frequent
headaches, asthma, tonsillectomy, and right ankle surgery.  Before entering the study, the
patient had been treated with 30 mg of citalopram (CELEXA®, Forest), 1 tablet of norgestrel
and ethinyl estradiol (Lo Ovral®, Wyeth), 10 mg of montelukast (SINGULAIR®, Merck
Frosst), and 1 spray of fluticasone propionate inhalation (FLONASE®, GlaxoSmithKline).
During the study, the patient was given concomitant treatment with 15 mg of citalopram
(CELEXA®, Forest), 1 tablet of norgestrel and ethinyl estradiol (Lo Ovral®, Wyeth), 10 mg of
montelukast (SINGULAIR®, Merck Frosst), and 1 spray of fluticasone propionate inhalation
(FLONASE®, GlaxoSmithKline).

The investigator considered the adverse events to be related to study medication.

**Table 1              Body weight**

| Study day   | Dose       | Weight |
|-------------|------------|--------|
|             | (mg/day)   | (kg)   |
| Enrollment  | Not applicable | 98.6 |
| Day 6       | 200        | 102.1  |
| Day 13      | 400        | 107.5  |
| Day 15      | Not applicable | 103.9 |

CONFIDENTIAL
AZSER12775307

**Study D1447C00127       Patient E0033045 quetiapine   100 mg             Withdrawal AE: Sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 30-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of sedation (MedDRA: Sedation) on Day 1 of the open label treatment phase that was considered by the investigator to be severe in intensity.  At the time of the adverse event the patient was being treated with 100-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient was withdrawn from the study due to sedation on Day 6, and the last dose of study medication was taken on Day 1.

Physical examination at screening was normal.  The patient had a history of an allergy to penicillin, rocephin, and cyclines, hypertension, migraines, asthma, and surgery for tubal ligation.  Before entering the study, the patient had been treated with unknown dose of acetaminophen/aspirin/caffeine (EXCEDRIN MIGRAINE®, Bristol-Myers Squibb), 800 mg of ibuprofen, and unknown dose of acetaminophen/propoxyfephene (DARVOCET®, Eli Lilly).  During the study, the patient was given concomitant treatment with unknown dose of acetaminophen/aspirin/caffeine (EXCEDRIN MIGRAINE®, Bristol-Myers Squibb), and 500 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the sedation to be not related to study medication.

2635

CONFIDENTIAL
AZSER12775308

**Study D1447C00127        Patient E0034001    quetiapine 600 mg              Withdrawal AE:**
                                                                                **Increased back pain**
                                                                                **(MedDRA: Back Pain)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 36-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode manic.  The patient had an adverse event of increased back pain (MedDRA: Back Pain) on Day 89 of the open label treatment phase that was considered by the investigator to be mild in intensity.  At the time of the event the patient was being treated with 600-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient was withdrawn from the study due to increased back pain on Day 172 and the last dose of study medication was taken on the Day 171.

Physical examination at screening revealed back pain.  The patient had a history of sinusitis, back pain, and alcohol abuse.  Before entering the study, the patient had been treated with 500 mg of divalproex (DEPAKOTE®, Abbott), 100 – 300 mg of quetiapine (SEROQUEL®, AstraZeneca), 100 mg of thiamine, 1 tablet of multivitamin (THERAGRAN®, Bristol-Myers Squibb), 5 mg of olanzapine (ZYPREXA®, Eli Lilly), and 25 mg of (LIBRIUM®, Valeant). During the study, the patient was given concomitant treatment with 500 – 1500 mg of divalproex (DEPAKOTE®, Abbott), per protocol, 650 – 1300 mg of aspirin, 325 – 2000 mg of acetaminophen (TYLENOL®, McNeil), 240 mg of pseudoephedrine (SUDAFED®, Pfizer), 400 mg of ibuprofen (MOTRIN®, McNeil), 5 mg of diazepam (VALIUM®, Roche), 1050 – 1400 mg of carisoprodol (SOMA®, Forest), 500 mg of acetaminophen/hydrocodone (VICODIN®, 3M), 800 mg of naproxen (NAPROSYN®, Roche), 3000 mg of calcium carbonate (TUMS®, GlaxoSmithKline), and 6 tablets of bismuth subsalicylate (PEPTO-BISMOL®, Procter & Gamble).

The investigator considered the increased back pain to be not related to study medication.

CONFIDENTIAL
AZSER12775309

**Study D1447C00127       Patient E0034009   quetiapine 400 mg**                **Withdrawal AE: Sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 30-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode mixed. The patient had an adverse event of sedation (MedDRA: Sedation) on Day 53 of the open label treatment phase that was considered by the investigator to be moderate in intensity. At the time of the event the patient was being treated with 400-mg quetiapine. The adverse event was ongoing at the time of withdrawal. The patient was withdrawn from the study due to sedation on Day 85 and the last dose of study medication was taken on the Day 84.

Physical examination at screening was normal. The patient had a history hypertension, and sinus congestion. Before entering the study, the patient had been treated with 2 sprays of fluticasone propionate inhalation (FLONASE®, GlaxoSmithKline), 2500 mg of divalproex (DEPAKOTE®, Abbott), 5 mg of lisinopril, and 100 mg of quetiapine (SEROQUEL®, AstraZeneca). During the study, the patient was given concomitant treatment with 2 sprays of fluticasone propionate inhalation (FLONASE®, GlaxoSmithKline), 450 – 1350 mg of lithium (ESKALITH® CR, GlaxoSmithKline), per protocol, 5 mg of lisinopril, and 4 tablets of bismuth subsalicylate (PEPTO-BISMOL®, Procter & Gamble).

The investigator considered the sedation to be related to study medication.

2637

CONFIDENTIAL
AZSER12775310

**Study D1447C00127        Patient E0036002      quetiapine 100 mg            Withdrawal AE: Drowsiness (MedDRA: Somnolence)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 50-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode depressed. The patient had an adverse event of drowsiness (MedDRA: Somnolence) on Day 7 of the open label treatment phase that was considered by the investigator to be moderate in intensity. At the time of the event the patient was being treated with 100-mg quetiapine. The adverse event was ongoing at the time of withdrawal. The patient was withdrawn from the study due to drowsiness on Day 18 and the last dose of study medication was taken on the same day.

Physical examination at screening was normal. The patient had a history of asthma, allergies, ADHD (attention deficient hyperactivity disorder), breast implant in 1980, and wisdom teeth extraction in 1992. Before entering the study, the patient had been treated with 2 puffs of albuterol, and 1 weekly allergy shot. During the study, the patient was given concomitant treatment with 2 puffs of albuterol, 1 weekly allergy shot, and 500 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the drowsiness to be related to study medication.

CONFIDENTIAL
AZSER12775311

Study D1447C00127          Patient ID: E0036004          quetiapine 400 mg          Withdrawal AEs: Increased sleepiness (MedDRA: Somnolence), Increased depression (MedDRA: Depression), Decreased energy (MedDRA: Asthenia)

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 19 year-old Caucasian female patient with bipolar I disorder, most recent episode manic. The patient had adverse events of increased sleepiness (MedDRA: Somnolence) on Day 24 of the Open Label Treatment Phase, and increased depression (MedDRA: Depression) and decreased energy (MedDRA: Asthenia) on Day 43 of the Open Label Treatment Phase that the investigator considered to be severe in intensity. At the time of the onset of the increased sleepiness, increased depression, and the decreased energy, the patient was being treated with quetiapine 400 mg daily. The adverse events persisted throughout the study and were ongoing at the time of withdrawal. The patient was withdrawn from the study due to the adverse events on Day 70 and the last dose of study medication was taken that same day.

Physical examination at screening was normal. The patient's relevant medical history included back pain and a non-sebaceous cyst. The patient's relevant surgical history included a tooth extraction and a non-sebaceous cyst removal. Before entering the study, the patient had been treated with 600 mg of lithium, 400 mg of quetiapine fumarate (SEROQUEL®, AstraZeneca), 1 tablet of multivitamin, and birth control. During the study, the patient was given concomitant treatment with 600 – 900 mg of lithium, per protocol, 1 mg of lorazepam (ATIVAN®, Wyeth), 1 tablet of mulitvitamin, birth control, and 1 application of benzyl/peroxide cream.

The investigator considered the increased sleepiness and decreased energy to be related to study medication, and the increased depression to be unrelated to study medication.

2639

**Study D1447C00127        Patient E0036009        quetiapine 400 mg        Withdrawal AE: Sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 53-year-old black woman with a diagnosis of bipolar I disorder, most recent episode manic.  The patient had an adverse event of sedation (MedDRA: Sedation) on Day 17 of open the label treatment phase that was considered by the investigator to be moderate in intensity. At the time of the adverse event the patient was being treated with 400-mg quetiapine.  The adverse event resolved on Day 37 of study treatment.  The patient was withdrawn from the study due to the sedation on Day 65, and the last dose of study medication was taken on the Day 28.

Physical examination at screening was normal.  The patient had a history of swelling in the legs, and a tubal pregnancy in 1984.   During the study, the patient was given concomitant treatment with 600 – 900 mg of lithium, per protocol, 5 mg of bisacodyl, and 100 mg of docusate sodium.

The investigator considered the sedation to be related to study medication.

2640

CONFIDENTIAL
AZSER12775313

**Study D1447C00127**       **Patient E0036020   quetiapine 400 mg**       **Withdrawal AE: Sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 58-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of sedation (MedDRA: Sedation) on Day 13 of the open label treatment phase that was considered by the investigator to be severe in intensity. At the time of the adverse event the patient was being treated with 400-mg quetiapine.  The adverse event resolved on Day 15 of study treatment.  The patient was withdrawn from the study due to the sedation on Day 19, and the last dose of study medication was taken on the Day 15.

Physical examination at screening revealed the left arm thinner than the right forearm, a scar on the forearm due to multiple surgeries, and decreased sensation and motor weakness of left forearm and hand.  The patient had a history of back pain, gunshot injury on left forearm in 1976, small frontal benign tumor since 1994, sinus polyp, knee arthritis, Meniere's disease, multiple surgeries on left forearm, 2 back surgeries in 1991 and 2001, 2 knee surgeries in 1987, and 5 surgeries for sinus polyp in 2001.   Before entering the study, the patient had been treated with 200 mg of sertraline (ZOLOFT®, Pfizer) and 1 tablet of hydrocodone bitartrate.  During the study, the patient was given concomitant treatment with 50 – 100 mg of sertraline (ZOLOFT®, Pfizer), 1 tablet of hydrocodone bitartrate, and       1000 – 2000 mg of divalproex (DEPAKOTE ER®, Abbott), per protocol .

The investigator considered the sedation to be related to study medication.

2641

CONFIDENTIAL
AZSER12775314

**Study D1447C00127      Patient E0036023    Seroquel® 100 mg commercial product**

**Withdrawal AE:**
**Restlessness (muscular unrest)**
**(MedDRA: Restlessness)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 51-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode depressed. The patient had an initial adverse event of restlessness (MedDRA: Restlesness) on Day 2 of the screening phase (Visit 1) that was considered by the investigator to be moderate in intensity. This event resolved on Day 6 of the open label phase. The patient then had an adverse event of restlessness (muscular unrest) (MedDRA: Restlessness) on Day 2 of the open label treatment phase that was considered by the investigator to be moderate in intensity. At the time of the adverse event the patient was being treated with Seroquel® 100 mg commercial product and not study medication. The adverse event resolved on Day 12 of open label treatment. The patient was withdrawn from the study due to the restlessness on Day 15, and the last dose of quetiapine was taken on Day 11 of open label treatment.

Physical examination at screening was normal. The patient had a history of GERD (gastroesophageal reflux disease), tubal ligation in 1978, callus on toe and removal of the callus in 1987. During the study, the patient was given concomitant treatment with 30 mg of lansoprazole (PREVACID®, Tap pharmaceuticals), and 1000 mg of divalproex (DEPAKOTE ER®, Abbott), per protocol .

The investigator considered the restlessness to be related to quetiapine.

2642

CONFIDENTIAL
AZSER12775315

**Study D1447C00127          Patient ID: E0037002          quetiapine 400 mg          Withdrawal**
                                                                                           **AE: Lethargy**
                                                                                    **(MedDRA: Lethargy)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 19 year-old Caucasian female patient with bipolar I disorder, most recent episode depressed. The patient had an adverse event of lethargy (MedDRA: Lethargy) on Day 1 of the Open Label Treatment Phase that the investigator considered to be mild in intensity. At the time of the onset of the lethargy, the patient was being treated with quetiapine 100 mg daily. The dose of quetiapine was increased to a maximum of 400 mg daily on Day 8 and was subsequently decreased to 300 mg daily on Day 29. The lethargy resolved on Day 39. The patient was withdrawn from the study due to the adverse event on Day 78 and the last dose of study medication was taken on Day 33.

Physical examination at screening was normal. The patient's relevant medical history included headaches, asthma, and a urinary tract infection. Before entering the study, the patient had been treated with 2 puffs of an albuterol inhaler, 1000 mg of acetaminophen (TYLENOL®, Johnson & Johnson). During the study, the patient was given concomitant treatment with 2 puffs of an albuterol inhaler, 1000 mg of acetaminophen (TYLENOL®, Johnson & Johnson), 875 mg of amoxicillin, 100 mg of nitrofurantoin macrocrystals (MACRODANTIN®, Procter & Gamble Pharmaceuticals), 15 ml of acetaminophen/dextromethorphan HBr/phenylephrine (DAYQUIL, Procter & Gamble Pharmaceuticals), and 300 – 900 mg of lithium, per protocol.

The investigator considered the lethargy to be related to study medication.

2643

CONFIDENTIAL
AZSER12775316

**Study D1447C00127**                    **Patient: E0037007    Quetiapine 700 mg**
                                                            **Withdrawal AE:**
                                                            **somnolence**
                                                            **(MedDRA:**
                                                            **Somnolence)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 22 year-old Caucasian female patient with bipolar I disorder, most recent episode manic.  The patient had an adverse event of somnolence (MedDRA: Somnolence) on Day 22 of the open label treatment phase that the investigator considered to be mild in intensity.  At the time of the onset of somnolence the patient was treated with quetiapine 700-mg daily.  The dose of quetiapine was increased to a maximum of 800 mg daily on Day 27 and subsequently decreased to 600 mg daily on Day 30.  The event persisted throughout the study and was ongoing at the time of withdrawal.  The patient was withdrawn from the study due to the adverse event on Day 85 and the last dose of study drug was taken on Day 49.

Physical examination at screening was normal.  The patient's relevant medical history included asthma, headaches, and cholelithiasis.  The patient's relevant surgical history included a cholecystectomy.  Before entering the study and concomitantly during the study, the patient was treated with 900 mg of lithium daily, per protocol.

The investigator considered the somnolence to be related to study medication.

1

2644

CONFIDENTIAL
AZSER12775317

**Study D1447C00127**        **Patient: E0037008        Quetiapine 200 mg**
**Withdrawal AE: Sedation**
**(MedDRA: Sedation)**

*The information provided in this narrative is extracted from Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 39 year-old Caucasian male patient with bipolar I disorder, most recent episode mixed. The patient had an adverse event of sedation (MedDRA: Sedation) on Day 2 of the open label treatment phase that the investigator considered to be moderate in intensity.  At the time of the onset of sedation the patient was treated with 200 mg of quetiapine daily.  The dose of quetiapine was increased to a maximum of 400 mg daily on Day 11, but subsequently decreased.  The sedation resolved on Day 27.  The patient was withdrawn from the study due to the adverse event on Day 35 and the last dose of study medication was taken on Day 26.  .

Physical examination at screening revealed a left eye retinal scar.  The patient's relevant medical history included left foot pain, headaches, traumatic injury left retina, allergic rhinitis, traumatic left foot injury, and relevant surgical history included reconstruction surgery to the left great toe.  Before entering the study, the patient was treated with 600 mg of lamotrigine (LAMICTAL™, GlaxoSmithKline), 450 mg of bupropion (WELLBUTRIN™, GlaxoSmithKline), and 400 mg of ibuprofen (ADVIL™, Wyeth).  During the study, the patient was given concomitant treatment with 600 mg of lamotrigine (LAMICTAL™, GlaxoSmithKline), 450 mg of bupropion (WELLBUTRIN™, GlaxoSmithKline), 400 mg of ibuprofen (ADVIL™, Wyeth), and 300 - 900 mg of lithium, per protocol.

The investigator considered the sedation to be related to study treatment.

CONFIDENTIAL
AZSER12775318

**Study D1447C00127   Patient: E0037010       Quetiapine 600 mg               Withdrawal**
**AE: weight gain (MedDRA: Weight increased)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 34 year-old Caucasian female patient with bipolar I disorder, most recent episode depressed. The patient had an adverse event of weight gain (MedDRA: Weight increased) on Day 8 of the open label treatment phase that the investigator considered to be mild in intensity. At the time of onset of the weight gain the patient was being treated with 600 mg of quetiapine daily. The event persisted throughout the study and was ongoing at the time of withdrawal. The patient was withdrawn due to the adverse event on Day 29 and the last dose of study medication was taken on Day 25.

Physical examination at screening was normal. The patient's relevant medical history included tension headaches and asthma. The patient's relevant surgical history included tubal ligation. Before entering the study, the patient had been treated with 500-mg divalproex sodium (DEPAKOTE™, Abbott Laboratories), albuterol inhaler, and 1 tablet of acetaminophen/aspirin/caffeine (EXCEDRIN MIGRAINE™, Bristol-Myers). During the study, the patient was given concomitant treatment with 1000-mg divalproex sodium (DEPAKOTE™, Abbott Laboratories), per protocol, albuterol inhaler, and 1 tablet of acetaminophen/aspirin/caffeine (EXCEDRIN MIGRAINE™, Bristol-Myers).

The investigator considered the weight gain to be related to study medication.

1

2646

CONFIDENTIAL
AZSER12775319

**Study D1447C00127   Patient: E0037013     Quetiapine 200 mg Withdrawal AE: Sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 60 year-old Caucasian male patient with bipolar I disorder, most recent episode depressed.  The patient had an adverse event of sedation (MedDRA: Sedation) on Day 2 of the open label treatment phase that the investigator considered to be moderate in intensity.  At the time of the onset of the sedation the patient was being treated with 200-mg quetiapine daily.  The dose of quetiapine was increased to a maximum of 600 mg daily on Day 11, but subsequently decreased.  The event resolved on Day 57.  The patient was withdrawn from the study due to the adverse event on Day 85 and the last dose of study medication was taken the same day.

Physical examination at screening revealed that the patient's uvula was surgically absent.  The patient's relevant medical history included Still's disease, sleep apnea syndrome, and obsessive compulsive disorder.  Surgical history included somnoplasty and uvulectomy.  Before entering the study, the patient had been treated with 5 mg of escitalopram oxalate (LEXAPRO™, Forest Pharmaceuticals, Inc.) and 75 mg of indomethacin.  During the study, the patient was given concomitant treatment with 500 – 1000 mg of divalproex sodium (DEPAKOTE™, Abbott Laboratories), per protocol, 75 mg of indomethacin, 2000 mg of penicillin, 60 mg of prednisone, and 100 mg of hydroxyzine embonate (ATARAX™, Pfizer).

The investigator considered the sedation to be related to study treatment.

CONFIDENTIAL
AZSER12775320

Study D1447C00127          Patient ID: E0037014          quetiapine 500 mg          Withdrawal AE:
Hyperglycemia
(MedDRA: Hyperglycaemia)

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 28 year-old Caucasian male patient with bipolar I disorder, most recent episode depressed. The patient had an adverse event of hyperglycemia (MedDRA: Hyperglycaemia) on Day 78 of the Randomized Treatment Phase that the investigator considered to be mild in intensity. At the time of the onset of the hyperglycemia, the patient was in the Randomized Treatment Phase and was being treated with 500 mg daily of blinded study medication vs. quetiapine. The adverse event resolved on Day 98 of the Randomized Treatment Phase. The patient was withdrawn from the study due to the adverse event on Day 98 of the Randomized Treatment Phase and the last dose of study medication was taken on Day 85 of the Randomized Treatment Phase.

Physical examination at screening revealed that the patient was obese. The patient's relevant medical history included obesity. During the study, the patient was given concomitant treatment with 300 – 1500 mg of lithium, per protocol, and 440 mg of naproxen sodium (ALEVE®, Bayer).

The investigator considered the hyperglycemia to be related to study medication.

2648

CONFIDENTIAL
AZSER12775321

| Study D1447C00127 | Patient ID: E0037023 | quetiapine 600 mg | Withdrawal AE: Sedation (MedDRA: Sedation) |

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 40 year-old Caucasian female patient with bipolar I disorder, most recent episode mixed. The patient had an adverse event of sedation (MedDRA: Sedation) on Day 8 of the Open Label Treatment Phase that the investigator considered to be mild in intensity. At the time of the onset of the sedation, the patient was being treated with quetiapine 600 mg daily. The adverse event persisted throughout the study and was ongoing at the time of withdrawal. The patient was withdrawn from the study due to the adverse event on Day 106 of the Open Label Treatment Phase and the last dose of study medication was taken on Day 105.

Physical examination at screening revealed that the patient was obese. The patient's relevant medical history included obstructive sleep apnea, tension headaches, migraine headaches, asthma, gestational diabetes, hepatitis C, cholecystitis, dysmenorrhea, insomnia secondary to bipolar disorder, and an allergy to bacitracin zinc/neomycin sulfate/ polymyxin B sulfate (NEOSPORIN[®], Pfizer). The patient's relevant surgical history included a tubal ligation and a cholecystectomy. Before entering the study, the patient was treated with 1000 mg of acetaminophen (TYLENOL[®], Johnson & Johnson) and 4 puffs of an albuterol inhaler. During the study, the patient was given concomitant treatment with 1000 mg of acetaminophen (TYLENOL[®], Johnson & Johnson), 4 puffs of an albuterol inhaler, 5 - 20 mg of zolpidem tartrate, 1000 - 1500 mg of divalproex sodium (DEPAKOTE[®], Abbott Laboratories), per protocol, and 50 mg of diphenhydramine hydrochloride (BENADRYL[®], Warner-Lambert Company).

The investigator considered the sedation to be related to study medication.

2649

CONFIDENTIAL
AZSER12775322

**Study D1447C0012    Patient: E0037031    Quetiapine 200 mg**  **Withdrawal AEs: Somnolence (MedDRA: Somnolence), Dizziness (MedDRA: Dizziness), Decreased concentration (MedDRA: Disturbance in attention)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 43 year-old Caucasian male patient with bipolar I disorder, most recent episode manic. The patient had an adverse event of somnolence (MedDRA: Somnolence) and dizziness (MedDRA: Dizziness) on Day 2, and decreased concentration (MedDRA: Disturbance in attention) on Day 22 of the open label treatment phase that the investigator considered to be mild in intensity. At the time of the onset of somnolence and dizziness the patient was being treated with 200 mg of quetiapine daily. At the time of the onset of decreased concentration the patient was being treated with 400 mg of quetiapine. The dose of quetiapine was increased to a maximum of 600 mg daily on Day 5, but subsequently decreased. The events persisted throughout the study and were ongoing at the time of withdrawal. The patient was withdrawn due to the somnolence, dizziness, and decreased concentration on Day 29 and the last dose of study medication was given the same day.

The physical examination at screening was normal. The patient's relevant medical history included headaches and heartburn. Before entering the study, the patient had been treated with 600 mg of ibuprofen, and 2 tablets of calcium carbonate (TUMS™, GlaxoSmithKline). During the study the patient was given concomitant treatment with 600 mg of ibuprofen, 2 tablets of calcium carbonate (TUMS™, GlaxoSmithKline), and 500-1000 mg of divalproex sodium (DEPAKOTE™, Abbott Laboratories), per protocol.

The investigator considered the somnolence, dizziness, and decreased concentration to be related to study medication.

1

CONFIDENTIAL
AZSER12775323

**Study D1447C00127        Patient: E0037032        Quetiapine 0mg/day   Withdrawal: Nausea (MedDRA: Nausea)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 29 year-old Caucasian female patient with Bipolar I Disorder, most recent episode depressed.  The patient had an adverse event of nausea (MedDRA: Nausea) during the screening phase that was considered by the investigator to be mild in intensity.  The patient was withdrawn during the screening phase and the adverse event resolved on the day of withdrawal.  The patient did not receive any study medication.

Physical examination at screening revealed abdominal obesity.   The patient's relevant medical history included headaches, dysmenorrhea, a sulfa allergy, obesity, and heartburn.  Before entering the study, the patient was treated with 1 tablet of ethinyl estradiol and norgestimate (ORTHO CYCLEN™, Johnson & Johnson), 300 mg of ibuprofen, 500 mg of acetaminophen, 2 - 3 mg of lorazepam, 300 – 900 mg of lithium, 1200 mg of oxcarbazepine (TRILEPTAL™, Novartis), 1 mg of risperidone (RISPERDAL™, Janssen), and 6 mg of lamotrigine (LAMICTAL™, GlaxoSmithKline).   During the enrollment phase, the patient was treated with 1 tablet of ethinyl estradiol and norgestimate (ORTHO CYCLEN™, Johnson & Johnson), 300 mg of ibuprofen, 500 mg of acetaminophen, 2 - 3 mg of lorazepam, 300 – 900 mg of lithium, per protocol, and 1200 mg of oxcarbazepine (TRILEPTAL™, Novartis),

The investigator considered the nausea to be related to study treatment.

1

2651

CONFIDENTIAL
AZSER12775324

**Study D1447C00127      Patient:E0037035      Quetiapine 600mg      Withdrawal AE: Poor Concentration (MedDRA: Disturbance in attention)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is provided*

This narrative concerns a 36 year-old Caucasian male patient with bipolar I disorder, most recent episode depressed. The patient had an adverse event of poor concentration (MedDRA: Disturbance in attention) on Day 5 of the open label treatment phase that the investigator considered to be mild in intensity. At the time of the onset of poor concentration the patient was being treated with 600 mg of quetiapine daily. The event persisted throughout the study and was ongoing at the time of withdrawal. The patient was withdrawn from the study due to the poor concentration on Day 14 and the last dose of study medication was given on Day 13.

The patient's relevant medical history included headaches, a torn ligament, allergic rhinitis, and a torn left meniscus. The physical examination at screening was normal. Before entering the study, the patient had been treated with 25-mg rofecoxib (VIOXX™, Merck) and 100-mg trazodone hydrochloride. During the study the patient was given concomitant treatment with 2 tablets of acetaminophen/diphenhydramine hydrochloride (TYLENOL PM™, McNeil, PPC), 100-mg trazodone hydrochloride, 300-mg lithium, per protocol, 550-mg naproxen sodium (ALEVE™, Bayer), and 25-mg rofecoxib (VIOXX™, Merck).

The investigator considered the poor concentration to be related to study medication.

1

2652

CONFIDENTIAL
AZSER12775325

**Study D1447C00127    Patient ID: E0037038    quetiapine 400 mg**

**Withdrawal AEs:**
**Orthostatic dizziness**
**(MedDRA: Dizziness postural),**
**Orthostatic syncope**
**(MedDRA: Syncope)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 23 year-old Caucasian female patient with bipolar I disorder, most recent episode depressed.  The patient had adverse events of orthostatic dizziness (MedDRA: Dizziness postural) on Day 22 and orthostatic syncope (MedDRA: Syncope) on Day 25 of the Open Label Treatment Phase that the investigator considered to be mild in intensity.  At the time of the onset of the orthostatic dizziness, the patient was being treated with quetiapine 400 mg daily and at the time of the onset of the orthostatic syncope, the patient was being treated with quetiapine 300 mg daily. The adverse events resolved on Day 25.  The patient was withdrawn from the study due to the adverse events on Day 45 and the last dose of study medication was taken on Day 29.

Physical examination at screening was normal.  Before entering the study, the patient was treated with 50 mg of diphenhydramine (SOMINEX®, GlaxoSmithKline).  During the study, the patient was given concomitant treatment with 50 mg of diphenhydramine (SOMINEX®, GlaxoSmithKline) and 300 – 600 mg of lithium, per protocol.

The investigator considered the orthostatic dizziness and the orthostatic syncope to be related to study medication.

2653

CONFIDENTIAL
AZSER12775326

**Study D1447C00127      Patient: E0037042      Quetiapine 400 mg      Withdrawal AE:
Sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs)
and, in some instances, from source documentation.  It is being submitted in the interest of full
disclosure and some details may change when more information is available.*

This narrative concerns a 33 year-old Caucasian female patient with bipolar I disorder, most
recent episode depressed.  The patient had an adverse event of sedation (MedDRA: Sedation)
on Day 12 of the open label treatment phase that the investigator considered to be mild in
intensity.  At the time of the onset of the sedation the patient was being treated with 400 mg of
quetiapine daily.  The dose of quetiapine was subsequently reduced to 200 mg daily.  The
event persisted throughout the study and was ongoing at the time of withdrawal.  The patient
was withdrawn on Day 15 and the last dose of study medication was taken on Day 14.

Physical examination at screening was normal.  The patient's relevant medical history
included headaches and an allergy to codeine.  Before entering the study, the patient had been
treated with 800 mg of ibuprofen and 1 tablet of ethinyl estradiol and desogestrel
(DESOGEN™, Organon International).  During the study, the patient was given concomitant
treatment with 300 mg of lithium, per protocol, 800 mg of ibuprofen, 1 tablet of ethinyl
estradiol and desogestrel (DESOGEN™, Organon International), 1 tablet of acetaminophen
and oxycodone (PERCOCET, Endo Pharmaceuticals), and 500 mg of
acetaminophen/hydrocodone bitartrate (VICODIN, Abbott Laboratories).

The investigator considered the sedation to be related to study medication.

1

CONFIDENTIAL
AZSER12775327

**Study D1447C00127     Patient: E0037043     Quetiapine 100 mg     Withdrawal AE: Dizziness (MedDRA: Dizziness)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 49 year-old Caucasian male patient with bipolar I disorder, most recent episode manic.  The patient had an adverse event of dizziness (MedDRA: Dizziness) on Day 1 of the open label treatment phase that the investigator considered to be mild in intensity.  At the time of the onset of dizziness the patient was receiving 100 mg of quetiapine daily.  The event resolved on Day 4.  The patient was withdrawn from the study due to the adverse event on Day 7 and the last dose of study medication was taken on Day 4.

Physical examination at screening was normal.  The patient's relevant medical history included diabetes mellitus type II, allergic rhinitis, headaches, and insomnia.  Before entering the study, the patient had been treated with 1200 - 2400 mg of lithium, 2000-mg metformin hydrochloride (GLUCOPHAGE™, Bristol-Meyers Squibb Company), 10-mg glipizide, 2-sprays fluticasone propionate (FLONASE™, GlaxoSmithKline), 440-mg naproxen sodium (ALEVE™, Bayer), 10-mg zoldipem tartrate (AMBIEN™, Sanofi Aventis), and 81-mg aspirin.  During the study, the patient was given concomitant treatment with 1500-mg lithium, per protocol, 2000-mg metformin hydrochloride (GLUCOPHAGE™, Bristol-Meyers Squibb Company), 10-mg glipizide, 2-sprays fluticasone propionate (FLONASE™, GlaxoSmithKline), 440-mg naproxen sodium (ALEVE™, Bayer), 10-mg zoldipem tartrate (AMBIEN™, Sanofi Aventis), and 81-mg aspirin.

The investigator considered the dizziness to be related to study medication.

1

2655

CONFIDENTIAL
AZSER12775328

**Study D1447C00127     Patient: E0037052     Quetiapine 200 mg     Withdrawal AE: Sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 69 year-old Caucasian male patient with bipolar I disorder, most recent episode depressed. The patient had an adverse event of sedation (MedDRA: Sedation) on Day 2 of the open label treatment phase that the investigator considered to be mild in intensity. At the time of the onset of sedation the patient was being treated with 200 mg of quetiapine daily. The dose of quetiapine was increased to a maximum of 600 mg daily on Day 5, but subsequently decreased. The event resolved on Day 7. The patient was withdrawn from the study due to the sedation on Day 8 and the last dose of study medication was taken on Day 6.

Physical examination at screening revealed the presence of a pacemaker, a II/VI systolic murmur, and a well-healed abdominal surgical scar. The patient's relevant medical history included back pain, a transient ischemic attack, bradycardia, hepatitis A, nephrolithiasis, and left ear hearing loss. Before entering the study, the patient had been treated with 440 mg of naproxen sodium (ALEVE™, Bayer) and 1 tablet of hydrocodone bitartrate and acetaminophen (VICODIN™, Abbott Laboratories). During the study, the patient was given concomitant treatment with 440 of mg naproxen sodium (ALEVE™, Bayer) and 250 mg of divalproex sodium (DEPAKOTE™, Abbott Laboratories), per protocol.

The investigator considered the sedation to be related to study medication.

2656

CONFIDENTIAL
AZSER12775329

**Study D1447C00127        Patient E0037053        quetiapine 800 mg        Withdrawal AE:
Lithium Induced Hypothyroidism
(MedDRA: Hypothyroidism)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs)
and, in some instances, from source documentation. It is being submitted in the interest of full
disclosure and some details may change when more information is available.*

This narrative concerns a 27-year-old Caucasian man with a diagnosis of bipolar I disorder,
most recent episode depressed. The patient had an adverse event of lithium induced
hypothyroidism (MedDRA: Hypothyroidism) on Day 169 of the open label treatment phase
that was considered by the investigator to be mild in intensity. At the time of the event the
patient was being treated with 800-mg quetiapine. The adverse event was ongoing at the time
of withdrawal. The patient was withdrawn from the study on Day 169 and the last dose of
study medication was taken on Day 168.

Physical examination at screening revealed mild bilateral hand tremor. The patient had a
history of headaches, and allergic rhinitis. Before entering the study, the patient had been
treated with 650 mg of acetaminophen (TYLENOL®, McNeil), 400 mg of ibuprofen, and 900
mg of lithium carbonate. During the study, the patient was given concomitant treatment with
650 mg of acetaminophen (TYLENOL®, McNeil), 400 mg of ibuprofen, 10 mg of
acetaminophen/hydrocodone (VICODIN®, Abbott ), and 900 mg of lithium carbonate, per
protocol.

The investigator considered the lithium induced hypothyroidism to be related to study
medication.

CONFIDENTIAL
AZSER12775330

**Study D1447C00127**          **Patient: E0037057**          **Quetiapine 600 mg**
                                                       **Withdrawal: Alopecia**
                                                       **(MedDRA: Alopecia)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 35 year-old Caucasian female patient with bipolar I disorder, most recent episode depressed. The patient had an adverse event of alopecia (MedDRA: Alopecia) on Day 20 of the open label treatment phase that the investigator considered to be mild in intensity. At the time of the onset of the alopecia the patient was being treated with 600 mg of quetiapine daily. The event persisted throughout the study and was ongoing at the time of withdrawal. The patient was withdrawn from the study due to the alopecia on Day 29 and the last dose of study medication was taken on Day 22.

Physical examination at screening was normal. The patient's relevant medical history included allergic rhinitis, heartburn/reflux, water retention, and dysmenorrhea. The patient's surgical history included a total hysterectomy. Before entering the study, the patient had been treated with 10-mg loratidine (CLARITIN™, Schering-Plough Healthcare Products Inc.), 10-mg omeprazole (PRILOSEC™, Procter & Gamble), an unknown dose of divalproex sodium (DEPAKOTE™, Abbott Laboratories), and 300 - 900 mg of lithium. During the study, the patient was given concomitant treatment with 10-mg loratidine (CLARITIN™, Schering-Plough Healthcare Products Inc.), 10-mg omeprazole (PRILOSEC™, Procter & Gamble), 20-40-mg fluoxetine hydrochloride (PROZAC™, Lilly), 440-mg naproxen sodium (ALEVE™, Bayer), and 900-mg lithium, per protocol.

The investigator considered the alopecia to be related to study medication.

1

2658

CONFIDENTIAL
AZSER12775331

**Study D1447C00127        Patient E0037061     quetiapine 100 mg          Withdrawal AE:
Somnolence
(MedDRA: Somnolence)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs)
and, in some instances, from source documentation.  It is being submitted in the interest of full
disclosure and some details may change when more information is available.*

This narrative concerns a 32-year-old Caucasian man with a diagnosis of bipolar I disorder,
most recent episode manic.  The patient had an adverse event of somnolence (MedDRA:
Somnolence) on Day 1 of the open label treatment phase that was considered by the
investigator to be mild in intensity.  At the time of the event the patient was being treated with
100-mg quetiapine.  The adverse event resolved on Day 3 of study treatment.  The patient was
withdrawn from the study due to somnolence on Day 15 and the last dose of study medication
was taken on Day 2.

Physical examination at screening was normal.  The patient had a history of musculoskeletal
pain and onychomycosis.  Before entering the study, the patient had been treated with
1000 mg of naproxen, 1 tablet of acetaminophen/hydrocodone (VICODIN®, 3M), 250 mg of
terbinafine (LAMISIL®, Novartis), and 75 – 200 mg of lamotrigine (LAMICTAL®,
GlaxoSmithKline).  During the study, the patient was given concomitant treatment with
1000 mg of naproxen, 1 tablet of acetaminophen/hydrocodone (VICODIN®, 3M), 250 mg of
terbinafine (LAMISIL®, Novartis), 300 – 900 mg of lithium, per protocol.

The investigator considered the somnolence to be related to study medication.

CONFIDENTIAL
AZSER12775332

**Study D1447C00127**          **Patient: E0037062**          **Quetiapine 400 mg**

**Withdrawal AE:
Sedation (MedDRA:
Sedation)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs)
and, in some instances, from source documentation. It is being submitted in the interest of full
disclosure and some details may change when more information is available.*

This narrative concerns a 45 year-old Caucasian male patient with bipolar I disorder, most
recent episode manic. The patient had an adverse event of sedation (MedDRA: Sedation) on
Day 2 of the open label treatment phase that the investigator considered to be mild in
intensity. At the time of the onset of sedation the patient was receiving 100-mg quetiapine
daily. The dose of quetiapine was increased to a maximum of 400 mg on Day 10. The event
resolved on Day 15. The patient was withdrawn from the study due to the sedation on Day 23
and the last dose of study medication was given on Day 11.

Physical examination at screening was normal. The patient's relevant medical history
included musculoskeletal pain. Before entering the study, the patient had been treated with
400-mg ibuprofen, 500-mg divalproex sodium (DEPAKOTE™, Abbott Laboratories), and 20-
mg paroxetine (PAXIL™, GlaxoSmithKline). During the study, the patient was given
concomitant treatment with 300-mg lithium, 500-mg divalproex sodium (DEPAKOTE™,
Abbott Laboratories), per protocol, 20-mg paroxetine (PAXIL™, GlaxoSmithKline), and 400-
mg ibuprofen.

The investigator considered the sedation to be related to study medication.

1

CONFIDENTIAL
AZSER12775333

**Study D1447C00127      Patient E0037065      quetiapine 200 mg      Withdrawal AE:**
**Somnolence**
**(MedDRA: Somnolence)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs)*
*and, in some instances, from source documentation.  It is being submitted in the interest of full*
*disclosure and some details may change when more information is available.*

This narrative concerns a 26-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode manic.  The patient had an adverse event of somnolence (MedDRA: Somnolence) on Day 2 of the open label treatment phase that was considered by the investigator to be mild in intensity.  At the time of the event the patient was being treated with 200-mg quetiapine.  The adverse event resolved on Day 60 of study treatment.  The patient was withdrawn from the study due to somnolence on Day 90 and the last dose of study medication was taken on Day 59.

Physical examination at screening revealed obesity.  The patient had a history of headaches, and obesity.  Before entering the study, the patient had been treated with 400 mg of ibuprofen.  During the study, the patient was given concomitant treatment with 400 mg of ibuprofen, 900 mg of lithium, per protocol, and 1 tablet of desogestrel/ethinyl estradiol (ORTHO-CEPT®, McNeil).

The investigator considered the somnolence to be related to study medication.

2661

CONFIDENTIAL
AZSER12775334

**Study ID: D1447C00127**          **Patient ID: E0037066**          **Quetiapine 100mg**

**Withdrawal AE:**

**Sedation  (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 28 year-old black (oriental) female patient with bipolar I disorder, most recent episode manic.  The patient had an adverse event of sedation (MedDRA: Sedation) on Day 2 of the open label treatment phase that the investigator considered to be mild in intensity.  At the time of the onset of sedation the patient was receiving quetiapine 100 mg daily.  The dose of quetiapine was increased to a maximum of 200 mg daily on Day 4. The event persisted throughout the study and was ongoing at the time of withdrawal.  The patient was withdrawn from the study due to the adverse event on Day 7 and the last dose of study drug was taken on Day 4.

Physical examination at screening was normal.  The patient's relevant medical history included headaches and indigestion.  Before entering the study, the patient had been treated with 2 tablets of acetaminophen (TYLENOL™, McNeil PPC) and 1 tablet of famotidine (PEPCID AC™, Johnson & Johnson – Merck Consumer Pharmaceuticals).  During the study, the patient was given concomitant treatment with 2 tablets of acetaminophen (TYLENOL™, McNeil PPC), 1 tablet of famotidine (PEPCID AC™, Johnson & Johnson – Merck Consumer Pharmaceuticals), and 500 mg of divalproex sodium (DEPAKOTE™, Abbott Laboratories), per protocol.

CONFIDENTIAL
AZSER12775335

2/15/2007

**Study D1447C00127 Patient ID: E0037071**   **Quetiapine 100 mg   Withdrawal AEs: Somnolence   (MedDRA: Somnolence), Irritability on Rising (MedDRA: Irritability)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 40 year-old Caucasian male patient with bipolar I disorder, most recent episode manic. The patient had adverse events of somnolence (MedDRA: Somnolence) and irritability on rising (MedDRA: Irritability) on Day 1 of the open label treatment phase that the investigator considered to be mild in intensity. At the time of the onset of the somnolence and irritability on rising the patient was receiving quetiapine 100 mg daily. The events resolved on Day 3. The patient was withdrawn from the study due to the adverse event on Day 9 and the last dose of study medication was taken on Day 2.

Physical examination at screening was normal. The patient's relevant medical history included dyslexia, headaches, and toothaches. Before entering the study, the patient had been treated with 400-mg ibuprofen. During the study, the patient was given concomitant treatment with 400 mg of ibuprofen and 300-900 mg of lithium, per protocol.

The investigator considered the somnolence and irritability on rising to be related to study medication.

2663

CONFIDENTIAL
AZSER12775336

**Study D1447C00127      Patient E0037074  quetiapine 700 mg           Withdrawal AE: Nausea (MedDRA: Nausea)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 43-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode manic.  The patient had an adverse event of nausea (MedDRA: Nausea) on Day 59 of the open label treatment phase that was considered by the investigator to be mild in intensity.  At the time of the event the patient was being treated with 700-mg quetiapine. The adverse event was resolved on Day 88.  The patient was withdrawn from the study on Day 114 and the last dose of study medication was taken on Day 83.

Physical examination at screening revealed upper dentures.  The patient had a history of headaches, back pain, uterine fibroids, an allergy to Depakote, morbid obesity, a hysterectomy, and gastric bypass surgery.  Before entering the study, the patient had been treated with 650 mg of acetaminophen (TYLENOL®, McNeil), and 400 mg of ibuprofen (ADVIL®, Wyeth-Ayerst).  During the study, the patient was given concomitant treatment with 650 mg of acetaminophen (TYLENOL®, McNeil), 400 mg of ibuprofen (ADVIL®, Wyeth-Ayerst), and 300 – 900 mg of lithium, per protocol.

The investigator considered the nausea to be related to study medication.

CONFIDENTIAL
AZSER12775337

**Study D1447C00127**       **Patient E0037075   quetiapine 200 mg**       **Withdrawal AE:**
**Somnolence**
**(MedDRA: Somnolence)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 21-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode manic. The patient had an adverse event of somnolence (MedDRA: Somnolence) on Day 3 of the open label treatment phase that was considered by the investigator to be mild in intensity. At the time of the event the patient was being treated with 200-mg quetiapine. The adverse event resolved on Day 51. The patient was withdrawn from the study on Day 56 and the last dose of study medication was taken on Day 36.

Physical examination at screening was normal. The patient had history of headaches. Before entering the study, the patient had been treated with 600 mg of oxcarbazepine (TRILEPTAL®, Novartis), 175 mg of lamotrigine (LAMICTAL®, GlaxoSmithKline), 25 mg of topiramate (TOPAMAX®, Ortho-McNeil), and 75 mg of bupropion (WELLBUTRIN®, GlaxoSmithKline). During the study, the patient was given concomitant treatment with 250 – 500 mg of azithromycin (ZITHROMAX®, Pfizer), and 300 – 900 mg of lithium, per protocol.

The investigator considered the somnolence to be related to study medication.

CONFIDENTIAL
AZSER12775338

Study D1447C00127      Patient ID: E0037081      Seroquel® 200 mg      Withdrawal AEs: Sedation
(MedDRA: Sedation)

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 54 year old Caucasian woman with bipolar I disorder, most recent episode depressed.

The patient had adverse event of sedation (MedDRA: Sedation) on Day 3 of the Open Label Treatment Phase that the investigator considered to be mild in intensity. At the time of the onset of the sedation the patient was treated with quetiapine 200 mg daily. The event resolved on Day 19 and the patient was discontinued from the study on Day 23. The last dose of study medication was taken on Day 17.

Physical examination at screening was normal with the exception of a midline abdominal suprapubic scar and a RUQ scar. The patient's relevant medical history included headaches, rosacea, osteoarthritis, hyperlipidemia, asthma, gastro-esophageal reflux, nephrolithiasis, cholelithiasis, appendicitis, and tendonitis of the right thumb. Relevant surgical history included a cholecystectomy and an appendectomy. Before the entering the study, the patient had been treated with 325-mg to 650-mg acetaminophen (TYLENOL®, McNeil Consumer), and 400-mg ibuprofen. During the study, the patient was given concomitant treatment with 325-mg to 650-mg acetaminophen (TYLENOL®, McNeil Consumer), 300-mg to 900-mg lithium, per protocol and 2 puffs albuterol.

The investigator considered the sedation to be related to the study medication.

2666

CONFIDENTIAL
AZSER12775339

**Study D1447C00127**      **Patient E0037085   quetiapine 500 mg**                **Withdrawal AE:**
**Sedation**
**(MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs)
and, in some instances, from source documentation.  It is being submitted in the interest of full
disclosure and some details may change when more information is available.*

This narrative concerns a 55-year-old Caucasian man with a diagnosis of bipolar I disorder,
most recent episode depressed.  The patient had an adverse event of sedation (MedDRA:
Sedation) on Day 108 of the open label treatment phase that was considered by the
investigator to be mild in intensity.  At the time of the event the patient was being treated with
500-mg quetiapine.  The adverse event resolved on Day 114.  The patient was withdrawn from
the study on Day 118 and the last dose of study medication was taken on Day 117.

Physical examination at screening was normal.  The patient had a history of headaches,
gastroesophageal reflux, partial blindness in left eye, and allergy to penicillin.  Before entering
the study, the patient was not on any medication.  During the study, the patient was given
concomitant treatment with 250 – 1,500 mg of divalproex (DEPAKOTE®, Abbott), per
protocol.

The investigator considered the sedation to be related to study medication.

2667

CONFIDENTIAL
AZSER12775340

**Study D1447C00127**      **Patient E0037090**      **quetiapine 200 mg**                 **Withdrawal AE:**
                                                                                            **Sedation**
                                                                                   **(MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 26-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had an adverse event of sedation (MedDRA: Sedation) on Day 3 of the open label treatment phase that was considered by the investigator to be mild in intensity.  At the time of the event the patient was being treated with 200-mg quetiapine.  The adverse event was resolved on Day 12.  The patient was withdrawn from the study on Day 22 and the last dose of study medication was taken on Day 8.

Physical examination at screening revealed a sty on left eye and a heart murmur.  The patient had a history of a cardiac murmur, a sty on left eye, and back pain.  Before entering the study, the patient had been treated with an unknown amount of methadone, and 400 mg of ibuprofen (ADVIL®, Wyeth-Ayerst).  During the study, the patient was given concomitant treatment with 400 mg of ibuprofen (ADVIL®, Wyeth-Ayerst), and 300 – 900 mg of lithium, per protocol.

The investigator considered the sedation to be related to study medication.

CONFIDENTIAL
AZSER12775341

**Study D1447C00127   Patient E0037091   Quetiapine 500 mg**                    **Withdrawal AE: Dizziness (MedDRA: Dizziness)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 45-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had an adverse event of dizziness (MedDRA: Dizziness) on Day 1 of the open label treatment phase that was considered by the investigator to be severe in intensity.  At the time of the event the patient was being treated with 100-mg quetiapine.  The adverse event resolved on Day 21.  The patient was withdrawn from the study on Day 59 and the last dose of study medication was taken on Day 20.

Physical examination at screening was normal.  The patient had a history of musculoskeletal pain, headaches, allergic rhinitis, hypothyroidism, menorrhagia, and endometrial ablation.  Before entering the study, the patient had been treated with 25 – 50 mg of lamotrigine (LAMICTAL®, GlaxoSmithKline), 0.125 mg of levothyroxine (LEVOXYL®, King), 400 mg of ibuprofen, and 10 mg of loratadine (CLARTIN®, Schering-Plough).  During the study, the patient was given concomitant treatment with 0.125 mg of levothyroxine (LEVOXYL®, King), 25 mg of lamotrigine (LAMICTAL®, GlaxoSmithKline), 400 mg of ibuprofen, 10 mg of loratadine (CLARTIN®, Schering-Plough) and 250 – 750 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the dizziness to be related to study medication.

CONFIDENTIAL
AZSER12775342

**Study D1447C00127      Patient E0037093   quetiapine 100 mg                  Withdrawal AE: Sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 51-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had an adverse event of sedation (MedDRA: Sedation) on Day 2 of the open label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of the event the patient was being treated with 100-mg quetiapine.  The adverse event resolved on Day 8.  The patient was withdrawn from the study on Day 24 and the last dose of study medication was taken on Day 8.

Physical examination at screening was normal.  The patient had a history of gastroesophageal reflux.  Before entering the study, the patient had been treated with 75 mg of ranitidine (ZANTAC®, GlaxoSmithKline).  During the study, the patient was given concomitant treatment with 75 mg of ranitidine (ZANTAC®, GlaxoSmithKline) and 300 mg of lithium, per protocol.

The investigator considered the sedation to be related to study medication.

2670

CONFIDENTIAL
AZSER12775343

**Study D1447C00127       Patient E0037108   quetiapine 600 mg          Withdrawal AE:
                                                                                Worsening migraine headaches
                                                                                (MedDRA: Migraine)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs)
and, in some instances, from source documentation.  It is being submitted in the interest of full
disclosure and some details may change when more information is available.*

This narrative concerns a 46-year-old Caucasian woman with a diagnosis of bipolar I disorder,
most recent episode mixed.  The patient had an adverse event of worsening of migraine
headaches (MedDRA: Migraine) on Day 33 of the open label treatment phase that was
considered by the investigator to be mild in intensity.  At the time of the event the patient was
being treated with 600-mg quetiapine.  The adverse event was ongoing at the time of
withdrawal.  The patient was withdrawn from the study on Day 92 and the last dose of study
medication was taken on Day 91.

Physical examination at screening revealed a right elbow scar.  The patient had a history of
migraine headaches, pseudocholinesterase, sleep apnea, fractured right elbow, abnormal
vaginal bleeding, cholelithiasis, bilateral carpal tunnel syndrome, gastroesophageal reflux
disease, hysterectomy, cholecystectomy, and bilateral carpel tunnel release.  Before entering
the study, the patient had been treated with 50 mg of atenonol, 40 mg of eletriptan
(RELPAX[®], Pfizer), and 440 mg of naproxen (ALEVE[®], Bayer).  During the study, the
patient was given concomitant treatment with 50 mg of atenonol, 440 mg of naproxen
(ALEVE[®], Bayer), 40 mg of eletriptan (RELPAX[®], Pfizer), 10 mg of zolpidem (AMBIEN[®],
Novartis), and 450 – 1350 mg of lithium, per protocol.

The investigator considered the worsening of migraine headaches to be related to study
medication.

2671

CONFIDENTIAL
AZSER12775344

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 54 year old Caucasian woman with bipolar I disorder, most recent episode depressed.

The patient had an adverse event of muscle twitches (MedDRA: Muscle twitching) on Day 2 of the Open Label Treatment Phase that the investigator considered to be mild in intensity.  At the time of the onset of the muscle twitches the patient was treated with quetiapine 100 mg daily.  The event resolved on Day 15 and the patient was discontinued from the study on Day 14.  The last dose of study medication was taken on Day 14.

Physical examination at screening was normal.  The patient's relevant medical history included intermittent sinusitis, torn cartilage of both knees, left ankle injury, migraine headaches, diarrhea, and bronchitis. Relevant surgery history included bilateral knee repair and left ankle repair. Before entering the study, the patient had been treated with 650-mg aspirin, 50-mg desyrel (TRAZODONE®, Bristol Meyers Squibb), 20-mg fluoxetine hydrochloride (PROZAC®, Eli Lilly) and 30-mg codeine. During the study, the patient was given concomitant treatment with 650-mg aspirin, 50-mg desyrel (TRAZODONE®, Bristol Meyers Squibb), 0.5-mg and 1.0-mg lorazepam (ATIVAN®, Wyeth), and 250-mg and 500-mg divalproex sodium EC (DEPAKOTE®, Abbott Laboratories), per protocol.

The investigator considered the muscle twitches to be related to the study drug.

2672

CONFIDENTIAL
AZSER12775345

**Study D1447C00127        Patient E0037119        quetiapine 100 mg                    Withdrawal AE:**
                                                                                                          **Somnolence**
                                                                                       **(MedDRA: Somnolence)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 23-year-old Native American woman with a diagnosis of bipolar I disorder, most recent episode manic.  The patient had an adverse event of somnolence (MedDRA: Somnolence) on Day 1 of the open label treatment phase that was considered by the investigator to be mild in intensity.  At the time of the event the patient was being treated with 100-mg quetiapine.  The adverse event resolved on Day 50.  The patient was withdrawn from the study on Day 57 and the last dose of study medication was taken on Day 48.

Physical examination at screening was normal.  The patient had a history of headaches, nephrolithiasis, and weight gain.  Before entering the study, the patient had been treated with 1 tablet of norgestimate/ethinyl estradiol (ORTHO TRI-CYCLEN®, Ortho-McNeil), 400 mg of ibuprofen, 20 mg of ziprasidone (GEODON®, Pfizer), 150 – 300 mg of bupropion (WELLBUTRIN®, GlaxoSmithKline), 250 mg of divalproex (DEPAKOTE®, Abbott), and 30 mg of phentermine.  During the study, the patient was given concomitant treatment with 1 tablet of norgestimate/ethinyl estradiol (ORTHO TRI-CYCLEN®, Ortho-McNeil), 400 mg of ibuprofen, 20 – 40 mg of ziprasidone (GEODON®, Pfizer), 150 – 300 mg of bupropion (WELLBUTRIN®, GlaxoSmithKline), 150 mg of fluconazole (DIFLUCAN®, Pfizer), and 250 – 750 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the somnolence to be related to study medication.

2673

CONFIDENTIAL
AZSER12775346

**Study D1447C00127    Patient E0037121    quetiapine 600 mg    Withdrawal AE:
Sedation
(MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs)
and, in some instances, from source documentation.  It is being submitted in the interest of full
disclosure and some details may change when more information is available.*

This narrative concerns a 42 year-old Black, female with a diagnosis of bipolar I disorder,
most recent episode, manic.  The patient had an adverse event of sedation (MedDRA:
Sedation) on Day 9 of open-label treatment phase that was considered by the investigator to be
mild in intensity for moderate.  At the time of the adverse event the patient was being treated
with 60-mg of lithium (LITHIUM®, Roxane Laboratories).  The adverse event was continuing
upon subject discontinuation.  The patient was withdrawn from the study due to development
of study-specific discontinuation criteria on Day 505, and the last dose of study medication
was taken on Day 487.

Physical examination at screening revealed an abnormality of bilateral lower extremity edema.
The patient had a history of osteoarthritis, pancreatitis, fractured fibula, torn cartiledge right
knee, hypertension, hepatitis c, lower extremity edema, gastro esophageal reflux, and surgery
for internal reduction and fixation right fibula, arthroscopic repair right knee, and tubal
ligation.  Before entering the study, the patient had been treated with 90-mg of nifedipine
(PROCARDIA®, Pfizer), 800-mg of ibuprofen (IBUPROFEN®, Whitehall Robins
Laboratories), 50-mg of hydrochlorothiazide (HDYROCHLOROTHIAZIDE®, Various Mfr.),
10-mg of olanzapine (ZAPREXA®, Eli Lilly and Co.), 2000-mg gabapentin (Neurontin®,
Parke-Davis), 400-mg of bupropion (WELLBUTRIN®, GalxoSmithKline), 75-mg of
ranitidine (RANITIDINE®, Various Mfr.).  During the study, the patient was given
concomitant treatment of 5-mg of olanzapine (ZAPREXA®, Eli Lilly and Co.), 1000-mg
gabapentin (Neurontin®, Parke-Davis), 20-mg of piroxicam (PIROXICAM®, Various Mfr.), 2
tablets of vicodin (VICODIN®, Knoll), 200-mg of nitrofurantoin (MACROBID®, Proctor and
Gamble Pharm.), 6-mg morphine (MORPHINE®, Various Mfg.), 1950-mg of paracetamol
(TYLENOL®, McNeil Consumer Products Co.), 6-tablets of glucosamine
(GLUCOSAMINE®, Various Mfr.), 20-mg of paroxetine (PAXIL®, GlaxoSmithKline), 300,
600 and 900-mg of lithium (LITHIUM®, Roxane Laboratories), 1-tablet dyazide
(HYDROCHLOROTHIAZIDE®, GlaxoSmithKline), per protocol.

The investigator considered sedation to be related to study medication.

CONFIDENTIAL
AZSER12775347

**Study D1447C00127**   **Patient E0037125**   **quetiapine 200 mg**   **Withdrawal AE: Somnolence (MedDRA: Somnolence)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 24-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of somnolence (MedDRA: Somnolence) on Day 3 of the open label treatment phase that was considered by the investigator to be mild in intensity.  At the time of the event the patient was being treated with 200-mg quetiapine.  The adverse event was resolved on Day 38.  The patient was withdrawn from the study on Day 60 and the last dose of study medication was taken on Day 37.

Physical examination at screening revealed a surgical scar in the lower back.  The patient had a history of headaches, allergic rhinitis, a sulfa allergy, Hepatitis C, back pain, and a vertebral fusion.  Before entering the study, the patient had been treated with 1 tablet of norgestimate/ethinyl estradiol (Ortho Cyclin®, Ortho-McNeil), 650 mg of acetaminophen (TYLENOL®, McNeil).  During the study, the patient was given concomitant treatment with 1 tablet of norgestimate/ethinyl estradiol (Ortho Cyclin®, Ortho-McNeil), 650 mg of acetaminophen (TYLENOL®, McNeil), 10 mg of loratadine, and 300 – 1200 mg of lithium, per protocol.

The investigator considered the somnolence to be related to study medication.

2675

CONFIDENTIAL
AZSER12775348

**Study D1447C00127        Patient E0037129        quetiapine 200 mg        Withdrawal AE: Somnolence (MedDRA: Somnolence)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 29-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of somnolence (MedDRA: Somnolence) on Day 4 of the open label treatment phase that was considered by the investigator to be mild in intensity.  At the time of the event the patient was being treated with 200-mg quetiapine.  The adverse event was resolved on Day 7.  The patient was withdrawn from the study on Day 8 and the last dose of study medication was taken on Day 6.

Physical examination at screening revealed obesity, and mild bilateral pedal ankle edema. The patient had a history of asthma, hepatitis A, mononucleosis, gastroesophageal reflux, obesity, mild bilateral ankle edema, and headaches.  Before entering the study, the patient had been treated with 20 mg of omeprazole (PRILOSEC®, Procter & Gamble), 20 mg of famotidine (PEPCID®, Johnson & Johnson), and 650 mg of acetaminophen (TYLENOL®, McNeil).  During the study, the patient was given concomitant treatment with 20 mg of omeprazole (PRILOSEC®, Procter & Gamble), 20 mg of famotidine (PEPCID®, Johnson & Johnson), and 650 mg of acetaminophen (TYLENOL®, McNeil)

The investigator considered the somnolence to be related to study medication.

2676

CONFIDENTIAL
AZSER12775349

**Study D1447C00127          Patient E0037130   quetiapine 100 mg          Withdrawal AE:
Sedation
(MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs)
and, in some instances, from source documentation.  It is being submitted in the interest of full
disclosure and some details may change when more information is available.*

This narrative concerns a 22-year-old Caucasian woman with a diagnosis of bipolar I disorder,
most recent episode mixed.  The patient had an adverse event of sedation (MedDRA:
Sedation) on Day 2 of the open label treatment phase that was considered by the investigator
to be moderate in intensity.  At the time of the event the patient was being treated with
100-mg quetiapine.  The adverse event was resolved on Day 7.  The patient was withdrawn
from the study on Day 19 and the last dose of study medication was taken on Day 5.

Physical examination at screening was normal.  The patient had a history of headaches and
genital herpes.  Before entering the study, the patient had been treated with 1,000 mg of
acyclovir, and 2 tablets of acetaminophen/aspirin/caffeine (EXCEDRIN®, Bristol-Myers
Squibb).  During the study, the patient was given concomitant treatment with 1,000 mg of
acyclovir, 2 tablets of acetaminophen/aspirin/caffeine (EXCEDRIN®, Bristol-Myers Squibb),
and 250 mg divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the sedation to be related to study medication.

CONFIDENTIAL
AZSER12775350

**Study D1447C00127        Patient E0037133  quetiapine 400 mg        Withdrawal AEs:
Dizziness
(MedDRA: Dizziness)
Nausea
(MedDRA: Nausea)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs)
and, in some instances, from source documentation.  It is being submitted in the interest of full
disclosure and some details may change when more information is available.*

This narrative concerns a 61-year-old Caucasian woman with a diagnosis of bipolar I disorder,
most recent episode depressed.  The patient had an adverse event of dizziness (MedDRA:
Dizziness) and nausea (MedDRA: Nausea) on Day 11 of the open label treatment phase that
were considered by the investigator to be mild in intensity. At the time of the adverse events
the patient was being treated with 400-mg quetiapine.  The adverse events were ongoing at the
time of withdrawal.  The patient was withdrawn from the study due to dizziness and nausea on
Day 15, and the last dose of study medication was taken on the Day 13.

Physical examination at screening was normal.  The patient had a history of uterine fibroids
and a hysterectomy.   During the study, the patient was given concomitant treatment with
1 tablet of olanzapine/fluoxetine (SYMBYEX®,  Eli Lilly) and 250 – 500 mg of divalproex
(DEPAKOTE®, Abbott), per protocol .

The investigator considered the dizziness and nausea to be related to study medication.

**Table 1            Blood Pressure and Heart Rate**

| Study day | Dose (mg/day) | Supine BP (mmHg) | Supine HR (bpm) | Standing BP (mmHg) | Standing HR (bpm) |
|---|---|---|---|---|---|
| Enrollment | Not applicable | 120/80 | 58 | 110/80 | 72 |
| Day 9 | 600 | 98/76 | 90 | 104/76 | 111 |

2678

CONFIDENTIAL
AZSER12775351

**Study D1447C00127          Patient E0037134 quetiapine 400 mg                  Withdrawal AE:**
**Somnolence**
**(MedDRA: Somnolence)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 61-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode manic. The patient had an initial adverse event of somnolence on Day 2 of the open label treatment phase considered by the investigator to be mild in intensity. At the time of the adverse event the patient was being treated with 100-mg quetiapine. The patient then had another adverse event of somnolence (MedDRA: Somnolence) on Day 31 of the open label treatment phase that was considered by the investigator to be mild in intensity. At the time of the adverse event the patient was being treated with 400-mg quetiapine. The adverse event resolved on Day 102 of study treatment. The patient was withdrawn from the study due to somnolence on Day 107, and the last dose of study medication was taken on the Day 100.

Physical examination at screening revealed a systolic murmur and mild difficulty with tandem gait. The patient had a history of peripheral neuropathy, Sjögren's disease, restless leg syndrome, arthritis, hypothyroidism, heart murmur, incontinence, peptic ulcer, acid reflux, vertigo, uterine fibroids, rash caused by penicillin, bilateral plantar fasciitis, and surgeries for bladder fixation and a hysterectomy due to uterine fibroids. Before entering the study, the patient had been treated with 700 mg of lithium, 125 mcg of levothyroxine, 100 mg of nortriptyline, 0.25 mg of clonazepam, 500 mg of acetaminophen (TYLENOL[®], McNeil), 2000 mg of calcium carbonate (TUMS[®], GlaxoSmithKline), and 400 mg of ibuprofen. During the study, the patient was given concomitant treatment with 700 mg of lithium, per protocol, 125 mcg of levothyroxine, 25 – 100 mg of nortriptyline, 500 mg of acetaminophen (TYLENOL[®], McNeil), 2000 mg of calcium carbonate (TUMS[®], GlaxoSmithKline), 400 mg of ibuprofen, 0.5 mg of lorazepam, 20 mg of omeprazole (PRILOSEC[®], Procter & Gamble), and 200 mg of doxycycline.

The investigator considered the somnolence to be related to study medication.

2679

CONFIDENTIAL
AZSER12775352

**Study D1447C00127        Patient E0037136 quetiapine 400 mg        Withdrawal AEs: Sedation (MedDRA: Sedation) Weight gain (MedDRA: Weight Increased)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 33-year-old Hispanic woman with a diagnosis of bipolar I disorder, most recent episode manic.  The patient had adverse events of sedation (MedDRA: Sedation) on Day 9 of the open label treatment phase and weight gain (MedDRA: Weight Increased) on Day 30, that were considered by the investigator to be mild in intensity. At the time of the adverse events the patient was being treated with 400-mg quetiapine.  The sedation resolved on Day 44 of study treatment and the weight gain was ongoing at the time of withdrawal.  The patient was withdrawn from the study due to sedation and weight gain on Day 51, and the last dose of study medication was taken on the Day 42.

Physical examination at screening was normal.  The patient had a history of headaches, heartburn, and surgery for bilateral tubal ligation.  Before entering the study, the patient had been treated with 500 mg of divalproex (DEPAKOTE®, Abbott).  During the study, the patient was given concomitant treatment with 500 – 1000 mg of divalproex (DEPAKOTE®, Abbott), per protocol, and 1000 mg of acetaminophen (TYLENOL®, McNeil).

The investigator considered the sedation and weight gain to be related to study medication.

**Table 1            Body weight**

| Study day | Dose (mg/day) | Weight (kg) |
|---|---|---|
| Enrollment | Not applicable | 60.4 |
| Day 7 | 400 | 61.5 |
| Day 14 | 400 | 62.5 |
| Day 51 | Not applicable | 65.0 |

CONFIDENTIAL
AZSER12775353

**Study D1447C00127     Patient E0037137  quetiapine 300 mg     Withdrawal AE: Somnolence (MedDRA: Somnolence)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 48-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had an adverse event of somnolence (MedDRA: Somnolence) on Day 5 of the open label treatment phase that was considered by the investigator to be mild in intensity. At the time of the adverse event the patient was being treated with 300-mg quetiapine.  The somnolence resolved on Day 34 of study treatment.  The patient was withdrawn from the study due to somnolence on Day 41, and the last dose of study medication was taken on the Day 27.

Physical examination at screening was normal.  The patient had a history of lumbar disc disease, sensitivity to corticosteroids, and headaches.  Before entering the study, the patient had been treated with 1000 mg of acetaminophen (TYLENOL®, McNeil) and 100 mg of lamotrigine (LAMICTAL®, GlaxoSmithKline).  During the study, the patient was given concomitant treatment with 1000 mg of acetaminophen (TYLENOL®, McNeil), 25 – 100 mg of lamotrigine (LAMICTAL®, GlaxoSmithKline), 300 – 900 mg of lithium, per protocol, 5 mg of acetaminophen/hydrocodone (VICODIN®, 3M), and 1 tablet of carisoprodol (SOMA®, Forest).

The investigator considered the somnolence to be related to study medication.

CONFIDENTIAL
AZSER12775354

**Study D1447C00127        Patient E0037138  quetiapine 200 mg                Withdrawal AE:**
**Worsening headache**
**(MedDRA: Headache)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs)*
*and, in some instances, from source documentation.  It is being submitted in the interest of full*
*disclosure and some details may change when more information is available.*

This narrative concerns a 24-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of worsening headache (MedDRA: Headache) on Day 4 of the open label treatment phase that was considered by the investigator to be mild in intensity. At the time of the adverse event the patient was being treated with 200-mg quetiapine.  The adverse event resolved on Day 15 of study treatment.  The patient was withdrawn from the study due to worsening headache on Day 11, and the last dose of study medication was taken on the Day 10.

Physical examination at screening was normal.  The patient had a history of environmental allergies, irritable bowel syndrome, allergy to WELLBUTRIN®, (bupropion, GlaxoSmithKline), migraine, headaches, exercise-induced asthma, and pneumonia.  Before entering the study, the patient had been treated with 255 g of  polyethylene glycol (MIRALAX®, Braintree), 600 – 800 mg of ibuprofen (ADVIL®, Wyeth-Ayerst), 500 mg of acetaminophen (TYLENOL®, McNeil), 120 mg of fexofenadine/pseudoephedrine (ALLEGRA®, Aventis), 8 sprays of fluticasone propionate inhalation (FLONASE®, GlaxoSmithKline), 1 tablet of trinessa, 2 capsules of bismuth subsalicylate (PEPTO BISMOL®, Procter & Gamble),        500 – 1000 mg of divalproex (DEPAKOTE®, Abbott), 300 mg of lamotrigine (LAMICTAL®, GlaxoSmithKline), and 30 mg of escitalopram (LEXAPRO®, Forest).  During the study, the patient was given concomitant treatment with 255 g of  polyethylene glycol (MIRALAX®, Braintree), 600 – 800 mg of ibuprofen (ADVIL®, Wyeth-Ayerst), 500 mg of acetaminophen (TYLENOL®, McNeil), 120 mg of fexofenadine/pseudoephedrine (ALLEGRA®, Aventis), 8 sprays of fluticasone propionate inhalation (FLONASE®, GlaxoSmithKline), 1 tablet of trinessa, and 2 capsules of bismuth subsalicylate (PEPTO BISMOL®, Procter & Gamble).

The investigator considered the worsening headache to be related to study medication.

2682

CONFIDENTIAL
AZSER12775355

**Study D1447C00127**          **Patient E0037140  quetiapine 200 mg**          **Withdrawal AE: Chest pain (non-cardiac) (MedDRA: Chest Pain)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 23-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode manic.  The patient had an adverse event of chest pain (non-cardiac) (MedDRA: Chest Pain) on Day 4 of the open label treatment phase that was considered by the investigator to be moderate in intensity. At the time of the adverse event the patient was being treated with 200-mg quetiapine.  The adverse event resolved on Day 5 of study treatment. The patient was withdrawn from the study due to chest pain on Day 9, and the last dose of study medication was taken on the Day 3.

Physical examination at screening was normal.  The patient had no relevant medical history. During the study, the patient was given concomitant treatment with 300 mg of lithium, per protocol.

The investigator considered the chest pain to be related to study medication.

2683

CONFIDENTIAL
AZSER12775356

**Study D1447C00127        Patient E0040001        quetiapine 600 mg        Withdrawal AE: Diabetes mellitus (MedDRA: Diabetes mellitus)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 47-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode manic. The patient had an adverse event of diabetes mellitus (MedDRA: Diabetes mellitus) on Day 73 of open label treatment phase that was considered by the investigator to be mild in intensity.  At the time of event the patient was being treated with 600-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient was withdrawn from the study due to the adverse event on Day 87.

The physical examination at screening revealed edema on feet, arthritis on knees, very mild tremor on hands, and obesity.  The patient had a history of uterine cancer and hysterectomy for removal of the tumor, gastroesophageal reflux disease, hypertension, osteoarthritis (bilateral knees), tooth abscess, peridental disease, hypothyroidism, obesity, and an allergy to penicillin and codeine.  Before entering the study, the patient had been treated with 20 mg of fluoxetine (PROZAC®, Eli Lilly), 200 mcg of levothyroxin (SYNTHROID®, Knoll), 100 mg of labetalol, 900 mg of lithium, 100 – 400 mg of quetiapine fumarate (SEROQUEL®, AstraZeneca), 500 mg of naproxen (ALEVE®, Bayer), 1 tablet of hydrocodone, 2000 mg of penicillin V potassium (Pen Vee K®, Wyeth), 60 mg of intramuscular ketorolac (TORADOL®, Roche), 600 mg of eprosartan (TEVETEN®, Unimed), and 600 – 1200 mg of lithium (LITHOBID®, JDS).  During the study, the patient was given concomitant treatment with 900 – 1200 mg of lithium, per protocol, 20 mg of fluoxetine (PROZAC®, Eli Lilly), 200 mcg of levothyroxin (SYNTHROID®, Knoll), 100 mg of labetalol, 500 mg of naproxen (ALEVE®, Bayer), 600 mg of eprosartan (TEVETEN®, Biovail), 20 mg of famotidine (PEPCID®, Merck Frosst), 1000 mg of acetaminophen, 200 mg of olmesartan (BENICAR®, Sankyo), 40 mg of fluvastatin (LESCOL®, Merck Frosst), 5/500 mg of glyburide and metformin (GLUCOVANCE®, Bristol-Myers Squibb), 10 mg of loratadine and pseudoephedrine (CLARITIN-D®, Schering-Plough), and 500 mg of azithromycin.

The investigator considered the diabetes mellitus to be not related to study medication.

2684

CONFIDENTIAL
AZSER12775357

**Study D1447C00127    Patient: E0040002    Quetiapine 100 mg/day   Withdrawal: Intermittent Numbness Over Face (MedDRA: Hypoaesthesia)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 39 year-old Caucasian woman with bipolar I disorder, most recent episode depressed. The patient had an adverse event of intermittent numbness over face (MedDRA: Hypoaesthesia) on Day 2 of the open label treatment phase that was considered by the investigator to be moderate in intensity. At the time of the onset of the intermittent numbness over the face, the patient was receiving quetiapine 100 mg daily. The study medication was gradually increased to a maximum of 600-mg on day 7 and the last dose of the study medication was taken on Day 31. The event of intermittent numbness of face was ongoing when the patient was discontinued from the study on Day 77.

The patient's relevant medical history included diabetes, hypothyroidism, hypertension, obesity, hypercholesterolemia, asthma, sleep apnea, hyponatremia, and bronchitis. The results of the physical exam were unremarkable. Before entering the study, the patient had been treated with 70/30 insulin, 2000-mg metformin hydrochloride (GLUCOPHAGE™,Bristol-Meyers Squibb), 200-mg levothyroxine sodium (SYNTHROID™, Abbott), 40-mg simvastin (Zocor™, Merck), 200-mg topiramate (TOPAMAX™, Ortho-McNeil), 40-mg fluoxetine (PROZAC™, Eli Lilly), 600-mg eprosartan (TEVETEN™, Biovail), 8-mg albuterol, 500-mg azithromycin (ZITHROMAX™, Pfizer), and 500-mg acetaminophen (TYLENOL™, McNeil Consumer).  During the study, the patient was given concomitant treatment with 600-mg and 900-mg lithium, per protocol and 70/30 insulin, 2000-mg metformin hydrochloride (GLUCOPHAGE™,  Bristol-Meyers Squibb), 200-mg levothyroxine sodium (SYNTHROID™, Abbott), 40-mg simvastin (Zocor™, Merck), 200-mg topiramate (TOPAMAX™, Ortho-McNeil), 40-mg fluoxetine (PROZAC™, Dista), 600-mg eprosartan (TEVETEN™, Biovail), 8-mg albuterol, 500-mg azithromycin (ZITHROMAX™, Pfizer), and 500-mg acetaminophen (TYLENOL™, McNeil Consumer).

The investigator considered the intermittent numbness over face to be related to study treatment.

1

2685

CONFIDENTIAL
AZSER12775358

**Study D1447C00127**      **Patient E0041025   quetiapine 400 mg**            **Withdrawal AE:**
                                                                               **Sedation**
                                                                               **(MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 22-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had an adverse event of sedation (MedDRA: Sedation) on Day 17 of the open label treatment phase that was considered by the investigator to be severe in intensity.  At the time of the event the patient was being treated with 400-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient was withdrawn from the study on Day 69 and the last dose of study medication was taken on Day 61.

Physical examination at screening was normal.  The patient had a history of gastroesophageal reflux disease, cervical scoliosis, and seasonal allergies.  Before entering the study, the patient had been treated with 650 mg of acetaminophen and pseudophedrine (TYLENOL SINUS®, McNeil), and 1 tablet of levonorgestrel and ethinyl estradiol (LEVOLIN®, Berlex Laboratories).  During the study, the patient was given concomitant treatment with 650 mg of acetaminophen and pseudophedrine (TYLENOL SINUS®, McNeil), 1 tablet of levonorgestrel and ethinyl estradiol (LEVOLIN®, Berlex Laboratories), and 250 – 1,000 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the sedation to be related to study medication.

CONFIDENTIAL
AZSER12775359

**Study D1447C00127  Patient E0041034   Quetiapine 300 mg**     **Withdrawal AE: Sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 47-year-old Hispanic man with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of sedation (MedDRA: Sedation) on Day 8 of the open label treatment phase that was considered by the investigator to be mild in intensity.  At the time of the event the patient was being treated with 300-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient was withdrawn from the study on Day 55 and the last dose of study medication was taken on Day 55.

Physical examination at screening revealed scars on the abdomen, right thigh, and left arm.  The patient had a history of a skin graft on the right thigh, splenectomy and tracheostomy, repair of liver laceration, removal of sixth toe on right foot, and repair of left arm laceration.  Before entering the study, the patient had been treated with 300 mg of bupropion (WELLBUTRIN®, GlaxoSmithKline), 1500 mg of divalproex (DEPAKOTE®, Abbott), and 150 mg trazodone.  During the study, the patient was given concomitant treatment with 150 mg of bupropion (WELLBUTRIN®, GlaxoSmithKline), 500 mg of naprosen, and 500 – 1,000 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the sedation to be related to study medication.

2687

CONFIDENTIAL
AZSER12775360

**Study D1447C00127    Patient ID: E0042001    quetiapine 400 mg/day    Withdrawal AEs: Nausea (MedDRA: Nausea), Dry mouth (MedDRA: Dry mouth), Increased thirst (MedDRA: Thirst), Insomnia (MedDRA: Insomnia), Light-headedness (MedDRA: Dizziness), Bilateral leg tremors (MedDRA: Tremors)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 60 year-old Caucasian female patient with bipolar I disorder, most recent episode manic.

The patient had adverse events of nausea (MedDRA: Nausea), dry mouth (MedDRA: Dry mouth), increased thirst (MedDRA: Thirst), insomnia (MedDRA: Insomnia), light-headedness (MedDRA: Dizziness), and bilateral leg tremors (MedDRA: Tremors) on Day 11 of the Open Label Treatment Phase that the investigator considered to be moderate in intensity. At the time of the events of nausea, dry mouth, increased thirst, insomnia, light-headedness and bilateral leg tremors, the patient was receiving quetiapine 400 mg daily. On Day 15, the dose of quetiapine was reduced to 300 mg daily. All of the above noted events resolved on Day 17. The patient was withdrawn from the study due to these adverse events on Day 19. The last dose of the study medication was taken on Day 16.

Physical examination at screening revealed a scar on the right upper lip and a cough. The patient's relevant history included basal cell carcinoma of the right upper lip, codeine allergy and a rash from lamotrigine (LAMICTAL™, GlaxoSmithKline). Before entering the study, the patient had been treated with 60 mg-ziprasidone (GEODON™, Pfizer), and 25 mg-trazodone. During the study, the patient was given concomitant treatment with 1500 mg and 1000 mg-divalproex sodium (DEPAKOTE™, Abbott), per protocol.

The investigator considered the nausea, dry mouth, increased thirst, light-headedness and bilateral leg tremors related to study medication and the insomnia unrelated to study medication.

| Study Day | Dose | Blood pressure |
|---|---|---|
| Day  - 4 | N/A | 96/58 mmHg (supine) |
| Day  - 4 | N/A | 100/60 mmHg (standing, after 2 minutes) |
| Day 19 | N/A | 98/60 mmHg (supine) |
| Day 19 | N/A | 100/62 mmHg (standing, after 2 minutes) |

2688

CONFIDENTIAL
AZSER12775361

**Study C1447C00127    Patient: E0042005    Quetiapine 0 mg    Withdrawal AEs:**
**Loose stool (MedDRA: Loose stool),**
**Incontinence of stool (MedDRA: Faecal Incontinence),**
**Intestinal gas (MedDRA: Flatulence),**
**Abdominal cramping (MedDRA: Abdominal pain)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 44 year-old Caucasian female patient with bipolar I disorder, most recent episode mixed.

The patient had an adverse event of (severe) loose stool (MedDRA: Loose stool), incontinence of stool (MedDRA: Faecal incontinence), intestinal gas (MedDRA: Flatulence) and abdominal cramping (MedDRA: Abdominal pain) on Day 21 of the open label treatment phase. The adverse event of loose stool (MedDRA: Loose stool) was considered by the investigator to be severe in intensity. The adverse event of incontinence of stool (MedDRA: Faecal incontinence) was considered by the investigator to be mild in intensity and the adverse events of abdominal cramping (MedDRA: Abdominal pain) and intestinal gas (MedDRA: Flatulence) were considered by the investigator to be moderate in intensity. At the time of the onset of the loose stool, incontinence of stool, intestinal gas and abdominal cramping, the patient was not being treated with the study drug, as it had been stopped on Day 20. The maximum dose of 400 mg-Quetiapine was taken on days 5 through 19. The events of loose stool, incontinence of stool, intestinal gas and abdominal cramping resolved on Day 24. The patient withdrew from the study due to these events on Day 35.

The patient's relevant medical history included occasional dizziness and headaches, right shoulder fracture, intermittent right shoulder pain, bilateral joint pain of the hands and knees, and intermittent constipation. The physical examination at screening was unremarkable.

Before entering the study, the patient had been treated with 2-mg risperidone (RISPERDAL™, Janssen). During the study the patient was given concomitant therapy with 1500-mg and 1000-mg divalproex sodium (DEPAKOTE™, Abbott), per protocol, an unknown dose of imodium, and 4-mg benztropine (COGENTIN™, Merck).

The investigator considered the events of (severe) loose stool and incontinence of stool not related to study medication; the events of abdominal cramping and intestinal gas were considered related to study medication.

2689

CONFIDENTIAL
AZSER12775362

**Study D1447C00127     Patient E0042010     quetiapine 400 mg     Withdrawal AE: Increased Sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 59-year-old black woman with a diagnosis of bipolar I disorder, most recent episode mixed.  The patient had an adverse event of increased sedation (MedDRA: Sedation) on Day 18 of open label treatment phase that was considered by the investigator to be severe in intensity.  At the time of event the patient was being treated with 400-mg quetiapine.  The increased sedation resolved on Day 21.  The patient was withdrawn from the study due to the adverse event on Day 29.

The results of the physical examination at screening were normal.  The patient had a history of pneumonia, uterine tumor, hysterectomy, breast biopsy, and current diabetes mellitus, hypercholesterolemia, gastroesophageal reflux disorder, arthritis, arthritic joint pain, and peripheral vascular disease.  Before entering the study, the patient had been treated with 375 mg of aspirin, 75 mg of clopidogrel bisulfate (PLAVIX®, Sanofi-Synthelabo), 20 mg of simvastatin (ZOCOR®, Merck Frosst), 0.5 mg of clonazepam, 30 mg of lansoprazole (PREVACID®, Tap Pharmaceuticals), 40 μ of insulin glargine (LANTUS®, Aventis), 300 mg of lithium (LITHOBID®, JDS), 5 mg of aripiprazole (ABILIFY®, Otsuka), 0.5 mg of clonazepam (KLONOPIN®, Roche), 325 mg of acetaminophen (TYLENOL®, McNeil), and 250 – 500 mg of azithromycin (Zithromax Z-pack®, Pfizer).  During the study, the patient was given concomitant treatment with 375 mg of aspirin, 75 mg of clopidogrel bisulfate (PLAVIX®, Sanofi-Synthelabo), 20 mg of simvastatin (ZOCOR®, Merck Frosst), 0.5 mg of clonazepam, 30 mg of lansoprazole (PREVACID®, Tap Pharmaceuticals), 40 μ of insulin glargine (LANTUS®, Aventis), 300 mg of lithium (LITHOBID®, JDS), per protocol, unknown dosage of amoxicillin, 5 mg of aripiprazole (ABILIFY®, Otsuka), 0.5 mg of clonazepam (KLONOPIN®, Roche), 325 mg of acetaminophen (TYLENOL®, McNeil), and 1000 mg of vitamin C.

The investigator considered the increased sedation to be related to study medication.

CONFIDENTIAL
AZSER12775363

**Study D1447C00127**          **Patient: E0042011**          **Seroquel® 400 mg/day**

**Withdrawel AE: Morning sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 20 year-old Caucasian male patient with bipolar I disorder, most recent episode mixed.

The patient had an adverse event of morning sedation (MedDRA: Sedation) on Day 56 of the Open Label Treatment Phase that was considered by the Investigator to be severe in intensity. At the time of the onset of sedation, the patient was treated with Seroquel ® 400 mg daily. The event resolved on Day 62. The patient was withdrawn from the study due to the adverse event on Day 66 and the last dose of study medication was taken on Day 61.

The physical examination at screening was normal. The patient's relevant medical history included diabetes mellitus II, gastroesophageal reflux disease, back pain, and knee pain. Before entering the study, the patient had been treated with 40-mg esomeprazole (NEXIUM®, AstraZeneca LP) as needed, an unknown dose of aripiprazole (ABILIFY®, Bristol-Meyers Squibb), and an unknown dose of paroxetine (PAXIL®, GlaxoSmithKline). During the study, the patient was given concomitant treatment with 500-mg, 750-mg, and 1000-mg divalproex (DEPAKOTE®, Abbott), per protocol, and 40-mg esomeprazole (NEXIUM®, AstraZeneca LP) as needed.

The Investigator considered the morning sedation to be related to study treatment.

1

2691

CONFIDENTIAL
AZSER12775364

**Study D1447C00127      Patient E0042016 quetiapine   250 mg      Withdrawal AE: Sedation (MedDRA: Sedation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 31-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode manic.  The patient had an adverse event of sedation (MedDRA: Sedation) on Day 1 of open the label treatment phase that was considered by the investigator to be moderate in intensity.  At the time of the adverse event the patient was being treated with 250-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient was withdrawn from the study due to sedation on Day 92, and the last dose of study medication was taken on Day 58.

Physical examination at screening was normal.  The patient had a history of migraines, deafness of left ear since birth, and hypertension.  During the study, the patient was given concomitant treatment with 600 mg of lithium, per protocol.

The investigator considered the sedation to be related to study medication.

2692

CONFIDENTIAL
AZSER12775365

**Study D1447C00127        Patient E0044010        Quetiapine 0 mg        Withdrawal AEs:**
**Spasm of hands**
**(MedDRA: Muscle Spasms)**
**Forgetfulness**
**(MedDRA: Memory Impairment)**
**Tremor of hands**
**(MedDRA: Tremor)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 28-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode mixed. The patient had adverse events of spasm of hands (MedDRA: Muscle Spasms), forgetfulness (MedDRA: Memory Impairment), and tremor of hands (MedDRA: Tremor) on Day 7 of the screening phase of the trial that were considered by the investigator to be moderate in intensity.  At the time of event the patient had not received any study medication.  The adverse events were ongoing at the time of withdrawal.  The patient was withdrawn from the study due to the adverse events 12 days after enrolling in the study.

The results of the physical examination at screening were normal.  The patient had a history of gestational diabetes, irritable bowel syndrome, migraines, endometriosis, cystoscopy, laparoscopy for endometrial repair, anxiety, and nightmares.  Before entering the study, the patient had been treated with 900 mg of lithium (ESCALITH CR®, SmithKline Beecham), 2 mg of alprazolam (XANAX®, Pharmacia & Upjohn), 40 mg of fluoxetine (PROZAC®, Eli Lilly), 50 mg of quetiapine (SEROQUEL®, AstraZeneca), 100 mg of sumatriptan (IMITREX®, GlaxoSmithKline), 500/5 mg of acetaminophen and hydrocodone (VICODIN®, Abbott), 60 mg of propanolol (INDERAL®, Wyeth-Ayerst), 1 patch weekly of norelgestromin and ethinyl estradiol (ORTHOEVRA®, Ortho-McNeil).  During the enrollment phase, the patient was treated with 900 mg of lithium (ESCALITH CR®, SmithKline Beecham), per protocol, 2 mg of alprazolam (XANAX®, Pharmacia & Upjohn), 40 mg of fluoxetine (PROZAC®, Eli Lilly), 50 mg of quetiapine (SEROQUEL®, AstraZeneca), 100 mg of sumatriptan (IMITREX®, GlaxoSmithKline), 500/5 mg of acetaminophen and hydrocodone (VICODIN®, Abbott), 60 mg of propanolol (INDERAL®, Wyeth-Ayerst), 1 patch weekly of norelgestromin and ethinyl estradiol (ORTHOEVRA®, Ortho-McNeil).

2693

CONFIDENTIAL
AZSER12775366

**Study D1447C00127      Patient E0044017      quetiapine 700 mg            Withdrawal AEs:
                                                                            Hallucination
                                                            (MedDRA: Hallucintation)
                                                                               Agitation
                                                                (MedDRA: Agitation)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 24-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode depressed.  The patient had an adverse event of hallucination (MedDRA: Hallucination) and agitation (MedDRA: Agitation) on Day 39 of the open label treatment phase that were considered by the investigator to be moderate in intensity.  At the time of the events the patient was being treated with 700-mg quetiapine.  The adverse events were ongoing at the time of withdrawal.  The patient was withdrawn from the study on Day 53 and the last dose of study medication was taken on Day 47.

Physical examination at screening was normal.  The patient had a history of alcohol abuse, attention deficit hyperactive disorder, acne, polysubstance dependence, history of alcohol related liver damage, and surgery for bilateral ear tubes.  Before entering the study, the patient had been treated with 700 mg of quetiapine (SEROQUEL®, AstraZeneca), and 1,500 mg of divalproex (DEPAKOTE® ER, Abbott).  During the study, the patient was given concomitant treatment with 1,500 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the hallucination and agitation to be related to study medication.

2694

CONFIDENTIAL
AZSER12775367

**Study D1447C00127**     **Patient E0044028**    **quetiapine  600 mg**     **Withdrawal AE:**
    **Heurolytic Anemia**
    **(MedDRA: Haemolytic Anaemia)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation.  It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 62-year-old Caucasian woman with a diagnosis of bipolar I disorder, most recent episode manic.  The patient had an adverse event of hemolytic anemia (MedDRA: Anemia) on Day 1 of the randomized treatment phase that was considered by the investigator to be moderate in intensity.  At the time of the event the patient was being treated with 600-mg quetiapine.  The adverse event was ongoing at the time of withdrawal.  The patient was withdrawn from the study on Day 15 of the randomized treatment phase and the last dose of study medication was taken on Day 12 of the randomized treatment phase.

Physical examination at screening revealed arthritis.  The patient had a history of bronchitis, urinary tract infection, hypertension, chronic headaches, urinary incontinence, arthritis, lifting of the urinary bladder with sling, and a tubal ligation.  Before entering the study, the patient had been treated with 50 mg of hydroxyzine, 50 mg of indomethacin, 50 mg of tramadol, 1250 mg of divalproex (DEPAKOTE®, Abbott), and 600 mg of quetiapine (SEROQUEL®, AstraZeneca).  During the study, the patient was given concomitant treatment with 50 mg of hydroxyzine, 50 mg of indomethacin, 50 mg of tramadol, 1 mg of lorazepam, 500 – 1250 mg of divalproex (DEPAKOTE®, Abbott), per protocol.

The investigator considered the hemolytic anemia not to be related to study medication.

CONFIDENTIAL
AZSER12775368

**Study D1447C00127      Patient E0045002    quetiapine   200 mg              Withdrawal AE:**
**Muscle weakness (right lower extremity)**
**(MedDRA: Muscular Weakness)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs)*
*and, in some instances, from source documentation.  It is being submitted in the interest of full*
*disclosure and some details may change when more information is available.*

This narrative concerns a 32-year-old Hispanic man with a diagnosis of bipolar I disorder,
most recent episode mixed.  The patient had an adverse event of muscle weakness (right lower
extremity) (MedDRA: Muscular Weakness) on Day 5 of the open label treatment phase that
was considered by the investigator to be moderate in intensity.  At the time of the adverse
event the patient was being treated with 200-mg quetiapine.  The adverse event was ongoing
at the time of withdrawal.  The patient was withdrawn from the study due to muscle weakness
on Day 22, and the last dose of study medication was taken on Day 17.

Physical examination at screening was normal.  The patient had a history of myopia, inactive
bleeding ulcer, head injury, degenerative discs, Bell's palsy, attention deficit disorder, and
insomnia.  Before entering the study, the patient had been treated with 100 mg of bupropion
(WELLBUTRIN®, GlaxoSmithKline), 300 mg of lithium, 25 mg of quetiapine
(SEROQUEL®, AstraZeneca), 2 capsules of cod liver oil supplement, unknown dose of
methylphenidate (RITALIN®, Novartis), an unknown dose of trazodone, and paroxetine
(PAXIL®, GlaxoSmithKline).  During the study, the patient was given concomitant treatment
with 100 mg of bupropion (WELLBUTRIN®, GlaxoSmithKline), 300 – 1200 mg of lithium,
per protocol, and 2 capsules of cod liver oil supplement.

The investigator considered the muscle weakness to be not related to study medication.

2696

CONFIDENTIAL
AZSER12775369

**Study D1447C00127**        **Patient ID:** E0045003        **Quetiapine** 200 mg/day        **Withdrawal AE: 1)** Sedation **(MedDRA:** Sedation) and **2)** Numbness (MedDRA: Hypoaesthesia) and tingling (MedDRA: Paraesthesia) in arms and legs.

*The information provided in this narrative is extracted from the Case Report Forms (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 40-year old Caucasian male patient with bipolar I disorder, most recent episode depressed. The patient had an adverse event of sedation (MedDRA: Sedation) and numbness (MedDRA: Hypoaesthesia) and tingling (MedDRA: Paraesthesia) in arms and legs on Day 1 of the Open Label Treatment Phase that the investigator considered to be moderate in intensity for sedation and mild in intensity for numbness and tingling in arms and legs. At the time of the onset of sedation the patient was treated with quetiapine 200 mg daily. The dose of quetiapine was decreased to 100 mg daily on Day 1. The event resolved on Day 2. The patient was withdrawn from the study due to the adverse event on Day 8 and the last dose of study medication was taken on Day 1.

Physical examination at screening revealed obesity. The patient's relevant medical history included mild headaches, lower lumbar back pain, right foot numbness, and obesity and a history of surgery on lower lumbar back. Before entering the study, the patient had been treated with lamotrigine (LAMICTAL™, GlaxoSmithKline) 150 mg daily and acetaminophen (TYLENOL™, Johnson & Johnson) 975 mg daily. During the study the patient was given concomitant treatment with lithium 900 mg daily, per protocol.

The investigator considered sedation and numbness and tingling in arms and legs to be related to study medication.

CONFIDENTIAL
AZSER12775370

**Study D1447C00127**      **Patient E0045012**      **quetiapine   50 mg**      **Withdrawal AEs:**
**Sedation**
**(MedDRA: Sedation)**
**Nausea**
**(MedDRA: Nausea)**

*The information provided in this narrative is extracted from the Case Report Form (CRFs)
and, in some instances, from source documentation.  It is being submitted in the interest of full
disclosure and some details may change when more information is available.*

This narrative concerns a 31-year-old Caucasian (Hispanic) woman with a diagnosis of
bipolar I disorder, most recent episode depressed.  The patient had adverse events of sedation
(MedDRA: Sedation) and nausea (MedDRA: Nausea) starting on Day 2 of the open label
phase.  The investigator considered the sedation to be severe and the nausea to be moderate in
intensity.  At the time of the adverse events the patient was being treated with 50-mg
quetiapine (SEROQUEL®, AstraZeneca).  The adverse events were ongoing at the time of
withdrawal.  The patient was withdrawn from the study due to sedation and nausea 6 days
after the patient had signed the consent to participate.

Physical examination at screening was normal.  The patient had a history of elevated
cholesterol, irritable bowel syndrome, menstrual cramps, migraines, occasional headaches,
insomnia, right breast mass, overweight, an allergy to penicillin, and surgeries for tubal
ligation and cholecystectomy.  Before entering the study, the patient had been treated with 750
mg of divalproex (DEPAKOTE®, Abbott), 25 – 40 mg of paroxetine (PAXIL CR®,
GlaxoSmithKline), 2 tablets of ibuprofen (ADVIL®, Wyeth-Ayerst), 1 tablet of
acetaminophen, caffeine, pyrilamine maleate (MIDOL®, Bayer), and   1 – 2 tablets of
acetaminophen (TYLENOL®, McNeil).  During the enrolment phase, the patient was given
concomitant treatment with 1000 mg of divalproex (DEPAKOTE ER®, Abbott), per protocol,
50 mg of quetiapine (SEROQUEL®, AstraZeneca), 25 mg of paroxetine (PAXIL CR®,
GlaxoSmithKline), 2 tablets of ibuprofen (ADVIL®, Wyeth-Ayerst), 1 tablet of
acetaminophen, caffeine, pyrilamine maleate (MIDOL®, Bayer ), and 1 – 2 tablets of
acetaminophen (TYLENOL®, McNeil) .

The investigator considered the sedation and nausea to be not related to study medication.

CONFIDENTIAL
AZSER12775371

Study D1447C00127          Patient ID: E0045016          **quetiapine** 100 mg/day    **Withdrawal AE:** Sedation
                                                                                      **(MedDRA:** Sedation**)**

*The information provided in this narrative is extracted from the Case Report Forms (CRFs)
and, in some instances, from source documentation. It is being submitted in the interest of
full disclosure and some details may change when more information is available.*

This narrative concerns a 43-year old Caucasian female patient with bipolar I disorder, most
recent episode depressed. The patient had an adverse event of sedation (MedDRA:
Sedation) on Day 9 of the Open Label Treatment Phase that the investigator considered to be
mild in intensity. At the time of the onset of sedation the patient was treated with quetiapine
100 mg daily. The dose of quetiapine was increased to a maximum of 200 mg daily on Day
19. The event resolved on Day 41. The patient was withdrawn from the study due to the
adverse event on Day 39 and the last dose of study medication was taken on Day 38.

Physical examination at screening was normal. The patient's relevant medical history
included pneumonia, hepatitis C, insomnia, mood changes with menses, and menstrual
cramping and a surgical history of tubal ligation. Before entering the study, the patient had
been treated with ibuprofen 600 mg daily. During the study the patient was given
concomitant treatment with ibuprofen 600 mg daily, and divalporex sodium (DEPAKOTE™
ER, Abbott Laboratories) 500 mg daily, per protocol, which was increased to 1000 mg daily.

The investigator considered the sedation to be related to study medication.

CONFIDENTIAL
AZSER12775372

Study D1447C00127    Patient E0045021    Quetiapine 0mg    Withdrawal AEs:
Muscle twitching
(MedDRA: Muscle Twitching)
Tremors
(MedDRA: Tremor)

*The information provided in this narrative is extracted from the Case Report Form (CRFs) and, in some instances, from source documentation. It is being submitted in the interest of full disclosure and some details may change when more information is available.*

This narrative concerns a 47-year-old Caucasian man with a diagnosis of bipolar I disorder, most recent episode depressed. On Day 6 of the screening phase, the patient had adverse events of muscle twitching (MedDRA: Muscle Twitching) and tremors (MedDRA: Tremor) during the enrollment phase. The investigator considered the muscle twitching to be severe and the tremors to be mild in intensity. The patient had not received study medication. The adverse events were ongoing at the time of withdrawal. The patient was withdrawn from the study due to muscle twitching and tremors 11 days after the patient had signed the consent to participate.

Physical examination at screening revealed a vertical midline incision scar on abdomen. The patient had a history of sleep apnea, occasional headaches, insomnia, chronic lower back pain, pinched nerve in the neck, bursitis of the left shoulder, low grade fever, and a hernia repair and exploratory chest wall surgery. Before entering the study, the patient had been treated with 324 mg of ASA, 100 mg of lamotrigine (LAMICTAL®, GlaxoSmithKline), 200 mg of bupropion (WELLBUTRIN®, GlaxoSmithKline), 1 tablet of acetaminophen and codeine (TYLENOL® #4, Ortho-McNeil), and unknown dose of energy vitamin pack. During the enrollment phase, the patient was given concomitant treatment with 324 mg of ASA, 1 tablet of acetaminophen and codeine (TYLENOL® #4, Ortho-McNeil), 500 mg of divalproex (DEPAKOTE ER®, Abbott), per protocol, 50 – 100 mg of quetiapine (SEROQUEL®, AstraZeneca), and unknown dose of energy vitamin pack.

2700

CONFIDENTIAL
AZSER12775373